Mark J. Friedman, Esquire
Jodie E. Buchman, Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21206
Telephone:    (410) 580-3000
Facsimile:     (410) 580-3001

Attorneys for DLA Piper LLP (US)

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____X | : | |
| In re: | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____X | | |

**RESPONSE BY DLA PIPER LLP (US) TO DEBTORS'
160TH OMNIBUS OBJECTION TO CLAIMS**

DLA Piper LLP (US) ("DLA Piper"), by its undersigned counsel, hereby files this Response to Debtors' 160th Omnibus Objection to Claims (the "Claims Objection"). In support hereof, DLA Piper states:

1.    On January 26, 2011, the Debtors filed the Claims Objection requesting that this Court disallow and expunge, among others, DLA Piper's proof of claim in the amount of $127,649.51, assigned claim number 22640 (the "Proof of Claim") because it is "relating to certain executory contracts that have been assumed by General Motors LLC (the "New GM") pursuant to the terms of that certain Amended and Restated Master Sale and Purchase Agreement (the "Master Purchase Agreement"), dated as of June 26, 2009, by and among General Motors Corporation, Saturn LLC, Saturn Distribution Corporation, Chevrolet-Saturn of Harlem, Inc., and New GM."

2. The Proof of Claim represents amounts due to DLA Piper from its pre-petition representation of the Debtors in certain asbestos litigation cases.

3. Pursuant to the Master Purchase Agreement, the New GM assumed all liabilities and obligations relating to the purchased contracts or assumed executory contracts.

4. DLA Piper did not represent the Debtors in connection with any of the purchased contracts or assumed executory contracts transferred to the New GM.

5. Therefore, the liability for DLA Piper's Proof of Claim did not transfer to the New GM.

6. Additionally, to date, the New GM has taken no responsibility for the debt owed to DLA Piper.

7. Accordingly, the Claims Objection should be overruled as it relates to DLA Piper's Proof of Claim.

WHEREFORE, DLA Piper requests that this Court:

A. Overrule the Claims Objection insofar as it relates to DLA Piper's Proof of Claim; and

B. Grant such other and further relief as is just and appropriate under the circumstances.

                Respectfully submitted,

DATE: February 22, 2011       /s/ Mark J. Friedman
                Mark J. Friedman (MD Bar No. 00575)
                Jodie E. Buchman (Fed. Bar No. 26004)
                DLA Piper LLP (US)
                The Marbury Building
                6225 Smith Avenue
                Baltimore, Maryland 21209
                Telephone:  (410) 580-3000
                Facsimile:  (410) 580-3001
                Email:      mark.freidman@dlapiper.com
                              jodie.buchman@dlapiper.com

                Attorneys for DLA Piper LLP (US)

EAST\44279618.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2011, copies of the foregoing *Response by DLA Piper LLP (US) to Debtors' 160th Omnibus Objection to Claims* were sent by first-class mail postage prepaid to:

Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Motors Liquidation Company
Attn.: Thomas Morrow
401 South Old Woodward Avenue
Suite 370
Birmingham, Michigan 48009

General Motors LLC
Attn.: Lawrence s. Buonomo, Esquire
400 Renaissance Center
Detroit, Michigan 48265

John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

United States Department of the Treasury
Attn.: Joseph Samarias, Esquire
1500 Pennsylvania Avenue, N.W.
Room 2312
Washington, DC 20220

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019

Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksoud, Esquire
Jennifer Sahrret, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Office of the United States Trustee
for the Southern District of New York
Attn.: Tracy Hope Davis, Esquire
33 Whitehall Street, 21st Floor
New York, New York 10004

United States Attorney's Office
Southern District of New York
Attn.: David S. Jones, Esquire
Attn.: Natalie Kuehler, Esquire
86 Chambers Street, Third Floor
New York, New York 10007

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Trevor W. Swett, III, Esquire
Kevin C. Maclay, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

    /s/ Jodie E. Buchman
    Jodie E. Buchman