UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
In Re:

MOTORS LIQUIDATION COMPANY, *et al.*,
    f/k/a General Motors Corp., *et al.*,

                  Debtors.

Case No. 09-50026 (REG)
Chapter 11
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Kelly C. Collins of Harris Beach PLLC, hereby certify that on the 22nd day of February, 2011, this office electronically filed the Limited Objection of Town of Salina To Debtors' Motion For An Order Estimating Maximum Amount Of Certain Claims For Purposes Of Establishing Claim Reserves Under The Debtors' Amended Joint Chapter 11 Plan, in the above-referenced matter, with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification to the CM/ECF participants, with a courtesy copy mailed to the Court via regular mail, postage paid, through the United States Postal Service.

I further hereby certify that on February 22, 2011, I caused service of the above-referenced document by overnight mail, via Federal Express priority overnight delivery, postage paid official depository, on the following parties:

    Weil Gotshal & Manges LLP
    Attn: Harvey R. Miller, Esq.,
    Stephen Karotkin, Esq. and
    Joseph H. Smolinsky, Esq.
    767 Fifth Avenue
    New York, New York 10153

    Motors Liquidation Company
    Attn: Thomas Morrow
    401 South Old Woodward Avenue
    Suite 370
    Birmingham, MI 48009

    General Motors, LLC
    Attn: Lawrence S. Buonomo, Esq.
    400 Renaissance Center
    Detroit, Michigan 48243

229314 1537315.1

Cadwalader Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

U.S. Dept. of Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Ave NW
Room 2312
Washington, DC 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.
Lauren Macksoud, Esq. & Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

Office of the U.S. Trustee
For the Southern District of NY
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

U.S. Attorney's Office S.D.N.Y.
Attn: David S. Jones, Esq. & Natalie Kuehler, Esq.
86 Chamber St., Third Floor
New York, New York 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq. & Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq.  Kevin C. Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

229314 1537315.1

Stutzman, Bromberg, Esserman & Plifka
Attn: Sander L. Esserman, Esq.
and Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Executed on February 22, 2011            /s/Kelly C. Collins
                                          Kelly C. Collins

229314 1537315.1