# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2011, in addition to the notice and service provided through the Court's CM/ECF System, true and correct copies of *Crown Equipment Corporation's Response To The Debtors' 161st Omnibus Objection To Claims* were served by electronic and regular mail on the following:

*Via Electronic and Regular Mail:*
Motors Liquidation Company
c/o Thomas Morrow
401 South Old Woodward Ave.
Suite 370
Birmingham, Michigan 48009

*Via Electronic and Regular Mail:*
Harvey R. Miller, Esquire
Stephen Karotkin, Esquire
Joseph H. Smolinsky, Esquire
Weil, Gotshal& Manges LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys For The Debtors*

*Via Electronic and Regular Mail:*
Lawrence S. Buonomo, Esquire
General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265

*Via Electronic and Regular Mail:*
John J. Rapisardi, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
*Attorneys for the United States Department of the Treasury*

*Via Electronic and Regular Mail:*
Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Export Development Canada*

*Via Electronic and Regular Mail:*
Joseph Samarias, Esquire
The United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

*Via Electronic and Regular Mail:*
Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksoud, Esquire
Jennifer Sharret, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
*Attorneys for the Statutory Committee Of Unsecured Creditors*

*Via Electronic and Regular Mail:*
Tracy Hope Davis, Esquire
The Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

SL1 1055016v1/000000.00000

*Via Electronic and Regular Mail:*
David S. Jones, Esquire
Natalie Kuehler, Esquire
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007

*Via Electronic and Regular Mail:*
Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
*Attorneys For The Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims*

*Via Electronic and Regular Mail:*
Trevor W. Swett III, Esquire
Kevin C. Maclay, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
*Attorneys For The Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims*

*Via Electronic and Regular Mail:*
Sander L. Esserrnan, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Essermail & Plifka, A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
*Attorneys For Dean M. Trafelet In His Capacity As The Legal Representative For Future Asbestos Personal Injury Claimants*

                                                */s/ John D. Demmy*
                                                John D. Demmy