# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>**MOTORS LIQUIDATION COMPANY**, et al.,<br>f/k/a Gneral Motors Corp., et al.<br><br>Debtors | Chapter 11 Case No.<br><br>09-50026 (REG)<br><br>(Jointly Administered) |

## RESPONSE TO DEBTORS' 192ND OMNIBUS OBJECTION TO CLAIMS SEEKING THE ENTRY OF AN ORDER TO EXPUNGE THE DUPLICATE DEBT CLAIM OF
### Hilde Lukat

1. Hilde Lukat submitted a proof of claim to the court by two methods of delivery: (1) regular post and (2) registered post, which requires a signature of the addressee.

2. The two methods of delivery resulted in her single claim being mistakenly entered as two separate (duplicate) claims.

3. Hilde Lukat consents to the expungement of one of these claims, Claim # 23302

Hilde Lukat requests that the Debtors' Objection to Claim # 23080 be denied on the grounds that, with the expungement of Claim #23302, Claim #23080 is not a duplicate claim, is her sole remaining claim, and represents money that she is lawfully owed by the debtor.

Respectfully submitted,

Hilde Lukat
Am alten Hafen 115
D 27568 Bremerhaven , Germany
Tel. 0049-471-412239

*Hilde Lukat, 13.04.2011*