# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a Gneral Motors Corp., et al.

Debtors

Chapter 11 Case No.

09-50026 (REG)

(Jointly Administered)

## RESPONSE TO DEBTORS' 192ND OMNIBUS OBJECTION TO CLAIMS SEEKING THE ENTRY OF AN ORDER TO EXPUNGE THE DUPLICATE DEBT CLAIM OF BEATE KREMBZOW

1. Beate Krembzow submitted a proof of claim to the court by two methods of delivery: (1) regular post and (2) registered post, which requires a signature of the addressee.

2. The two methods of delivery resulted in her single claim being mistakenly entered as two separate (duplicate) claims.

3. Beate Krembzow consents to the expungement of one of these claims, Claim # 28649

Beate Krembzow requests that the Debtors' Objection to Claim # 23532 be denied on the grounds that, with the expungement of Claim #28649, Claim #23532 is not a duplicate claim, is her sole remaining claim, and represents money that she is lawfully owed by the debtor.

Respectfully submitted

Frankfurt, den 14.02.2011

*B. Krembzow*
Beate Krembzow

Steinkleestraße 20 a, 60435 Frankfurt/M – Germany

069 548 54 52 or 01577 23 88 506

beate.krembzow@gmx.de