United States Bankruptcy Court S.D.N.Y
One Bovling Green
Room 534
New York
New York 10004



Norway – Haugesund. 12 februar 2011

**In re Motors Liquidation Company
Case No. 09-50026   Court Docket Number 8847
( General order M-399 )**

Information concerning my claim nr 70280 against Motors Liquidation Company f/k/a General Motors Corparation

My claim was late because the people in General Motors Company did not tell me that the bankruptcy court set a deadline to file a Proofs of Claim before November 30- 2009

GM did not tell me to fill a proof of Claim at all, but I found the information, on the Internett in May 2010 - information for claim aigainst GM

Then after emailing MLC and by phone call, they told me to file the proff of claim, and thereafter my claim got number 70280.

I send by mail copys of email that my case startet in May 2008 but the GM company gave me misleding information, and GM send me misleding email messages, because that way, GM hopes not to pay me for my warranty

I want my warranty-money, and i think GM in my case................ gave me the runaround

Rg
Terje Sørhaug
Haakonsvegen 24B
N - 5519 Haugesund
Norway

Copy To :

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York 10153

Copy To :

The Garden City Group Inc
Attn: Motors Liquidation Company Caims Prossesing
P.O Boks 9386
Dublin, Ohio 43017 - 4286

Copy is sendt by email

This is a copy off 3 mail with Vince Styrna

To: Terje

I did a little searching and found out the organization that is processing your claim. They have informed me that they have the paper work and it all looks valid but, because the vehicle is now registered in Norway that, the GM Europe Warranty center will have to process your claim.
They are forwarding all of your information to them and once they receive it someone from their processing center will contact you.
It maybe moving slow but it is moving along.
Have a Good day.

Vince Styrna
**GM Fleet & Commercial**
An employee of Unistaff, Inc.
Providing Specialized Services for GM Fleet Operations
31 E Judson
Pontiac, MI 48342
**800-353-3867**
Fax: 248-874-0943
Hours of Operation
Monday - Friday
8:00am - 8:00pm Eastern

---

From: terje-anne
To: vince.styrna@gm.com
Sent: Wednesday, May 28, 2008 8:44 PM
Subject: Re: The latest Status of your claim

Dear Vince Styrna

My claim was intended to take 60 days, and I am pushing bacause it now has gone nearly 90 days
What is status............... ?

----- Original Message -----
From: sherri_maurer@gmexpert.com
To: anne-aa2@online.no
Sent: Saturday, September 20, 2008 5:44 PM
Subject: Re: Norway - SC 04039 - VIN: 1GCHK23101F205653

Hello Terje SÃ¸rhaug,

Thank you for responding back to me. As I stated in my previous email, your vehicle is not eligible for this coverage unless it is done in the US, by a US General Motors dealer. We were trying to look into assisting you as a one time goodwill gesture, but unfortunately we are not able to do this. We can not process a claim with an address outside of the US and the GM Europe Warranty Center is refusing your claim because it is not valid in Europe.

I appologize that we were not able to assist you with this matter.

Sincerely,

Sherri Maurer
Team Leader - Special Teams

## Anne-Terje

**Fra:** "Anne-Terje" <anne-aa2@online.no>
**Til:** <sherri_maurer@gmexpert.com>
**Sendt:** 15. februar 2009 15:57
**Emne:** Norway - SC 04039 - VIN: 1GCHK23101F205653

General Motors Corperation
P.O. Boks 33170
Detroit. MI 48 232-5170

Haugesund 8. Ferbruar 2009.

I send a reimbursement / claim – for fuel injector to yours company for one years ago, and yours Vince Styrna and Sherri Maurer has answer me with some mail. Vince and Sherri are trying hard not to accommodate me with my demands. General Motor is not intrest only to give me back my payment for the reparation for the damages. Sherii is writing that the claim is not for cars in Norway. That is not true.
The company Bergheim Auto.in city Drammen-Norway has reparation a lot of cars from Chevrolet with just the same problem, and the owner of the car has not paid for the reparation. I did send one mail to the dealer James Wood, and James Wood in a mail to me, said that thy did not has had my car as a dealer. That is not true.

General Motor is only making problem for me and I will take this case to court if General Motors don't answer on this letter very soon.

I give you and update for my new address

Claiment name: Terje Sorhaug
*Street address: Haakonsvegen 24 B*
*City : Haugesund*
*Zip code. 5519*
*Area. Norway*
Mailadress: anne-aa2@online.no

Terje Sørhaug