# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ■ **Motors Liquidation Company, Case No. 09-50026** |
|---|---|
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Millender Center Associates Limited Partnership<br>c/o Vicki R. Harding, Esq.<br>Pepper Hamilton LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, Michigan 48243 |
| Claim Number (if known): | 45840 |
| Date Claim Filed: | November 25, 2010 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Millender Center Associates Limited Partnership

By: Forest City Equity Services, Inc.
Its: General Partner

Dated: 2/15/11

By: _____
Mark Gerteis, Vice President

US_ACTIVE:¥43632711¥01¥72240.0639