

**GCG**
People. Power. Performance.

February 18, 2011

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

RECEIVED
FEB 2 2 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

   *Re: **Motors Liquidation., et al.***
     ***Case Co.:  09-50026 REG***

Dear Mr. Diamond:

   Enclosed please find a claim withdrawal as follows:

Denise A. Haas – Clam #09018 in the amount of $1,597,200.00

   Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

          Very truly yours,

          /s/Alison Moodie
          Alison Moodie
          Project Supervisor
          Bankruptcy Operations

Enclosures

# Alison Moodie

**Subject:**          FW: Proof of Claim

---

**From:** Denise Haas [mailto:dhaas1948@att.net]
**Sent:** Thursday, February 17, 2011 4:53 PM
**To:** Griffiths, David
**Cc:** MLMSLTeam
**Subject:** Re: Proof of Claim

"I, Denise A. Haas, hereby request that my proof of claim (No. 09018) be withdrawn from the claims register of Motors Liquidation Company".

Thank you
Denise A. Haas

Sent from my ICHAD
☐



1