

February 18, 2011

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    ***Re:   Motors Liquidation., et al.***
           ***Case Co.:  09-50026 REG***

Dear Mr. Diamond:

    Enclosed please find a claim withdrawal as follows:

Darlene K. Elliott – Clam #32910 in the amount of $350 per month at age 62.

    Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

                          Very truly yours,

                          <u>/s/David Schwimmer</u>
                          David Schwimmer
                          Bankruptcy Consultant
                          Bankruptcy Operations

Enclosures

To Motors Liquidation Co.

Care of Garden City Group



02/16/2011

To all concerned I, Darlene K. Elliott, hereby withdraw my claim #32910.

I was misinformed by my attorney on filing paperwork and have discovered I should not be included in this action. According to Fidelity my retirement is secured and that is why I had filed the claim. Thank you for your cooperation in this matter.



Respectfully,

Darlene K. Elliott

5770 Onsted Hwy.

Onsted, Mi. 49265-8501

Signed before me this 16th day of February, 2011.

Melanie D. Brooks

MELANIE D. BROOKS
Notary Public, Lenawee Co., MI
Acting in Lenawee Co., MI
My Comm. Expires June 23, 2012

