**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
 :
In re : Chapter 11
 :
**MOTORS LIQUIDATION COMPANY,** *et al.* : Case No. 09-50026 (REG)
  f/k/a General Motors Corp., *et al.* :
 : **(Jointly Administered)**
 **Debtors.** :
 :
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
  ) ss.:
COUNTY OF NEW YORK )

Joseph Monzione, being duly sworn, deposes, and says:

 1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

 2. On February 22, 2011, I caused to be served copies of the **Objection of Enterprise Holdings Inc. to Debtors' Motion for Entry of an Order Estimating Maximum Amount of Certain Claims for Purposes of Establishing Claims Reserves Under the Debtors' Amended Joint Chapter 11 Plan** (together with accompanying exhibits) on the persons set forth on the attached service list.

Doc#: US1:6756048v1

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner indicated on the attached service list.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
22nd day of February, 2011

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2014

## SERVICE LIST

**By Federal Express**

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, MI 48009

Lawrence S. Buonomo
General Motors LLC
400 Renaissance Center
Detroit, MI 48265

Joseph Samarias
United States Department of the Treasury
1500 Pennsylvania Avenue, NW, Room 2312
Washington, DC 20220

T.W. Swett III
K.C. Maclay
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 2005

Sander Esserman
Robert T. Brousseau
Stutzman Bromberg Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

**By Hand Delivery**

Harvey Miller
Joseph Smolinsky
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John J. Rapisardi
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Michael Edelman
Michael Schein
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Thomas Mayer
Robert Schmidt
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York. NY 10036

Elihu Inselbuch
Rita Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

David S. Jones
Natalie Kuehler
United States Attorney's Office / SDNY
86 Chambers Street, Third Floor
New York, NY 10007