HEARING DATE AND TIME: MARCH 1, 2011 @ 9:45 A.M.
OBJECTION DEADLINE: FEBRUARY 22, 2011 @ 4:00 P.M.

**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
973-992-4800
Richard M. Meth, Esq. (RM7791)
rmeth@foxrothschild.com
*Attorneys for GE Consumer & Industrial*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY., *et al.*,<br>f/k/a General Motors Corp., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG) |

**CERTIFICATE OF SERVICE REGARDING RESPONSE
OF GE CONSUMER & INDUSTRIAL f/k/a GE SECURITY
TO DEBTORS' 161ST OMNIBUS OBJECTION TO CLAIMS**
**(Claims Assumed By General Motors LLC)**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.   I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068. Fox Rothschild LLP is counsel to GE Consumer & Industrial f/k/a GE Security in connection with the above-referenced matter.

2.   On February 22, 2011, I electronically filed the Response of GE Consumer & Industrial f/k/a GE Security to Debtors' 161st Omnibus Objection to Claims (the "Response") with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

RL1 873932v1 02/22/11

-2-

3. In addition, I caused copies of the Response to be served upon the parties identified on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: February 22, 2011

# SERVICE LIST

**Served Via Email And First Class Mail On 2/22/2011**

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)
Emails:  harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com

Cadwalader, Wickersham & Taft LLP
Attorneys for the United States Department of the Treasury
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)
Email: john.rapisardi@cwt.com

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)
Emails:  mjeidelman@vedderprice.com; mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
Attorneys for the statutory committee of unsecured creditors
1177 Avenue of the Americas
New York, New York 10036
(Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.)
Emails: tmayer@kramerlevin.com; rschmidt@kramerlevin.com;  lmacksoud@kramerlevin.com; jsharret@kramerlevin.com

Caplin & Drysdale, Chartered
Attorneys for the official committee of unsecured creditors holding
asbestos-related claims
375 Park Avenue, 35th Floor
New York, New York 10152-3500
(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.)
Emails: ei@capdale.com; rct@capdale.com

Caplin & Drysdale, Chartered
Attorneys for the official committee of unsecured creditors holding
asbestos-related claims
One Thomas Circle, N.W., Suite 1100,
Washington, DC 20005
(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.)
Emails: tws@capdale.com; kcm@capdale.com

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation
Attorneys for Dean M. Trafelet in his capacity as the legal representative
for future asbestos personal injury claimants
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.)
Emails:  esserman@sbep-law.com; brousseau@sbep-law.com

**Served Via First Class Mail On 2/22/2011**

The Debtors
c/o Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
(Attn: Thomas Morrow)

General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

The United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Joseph Samarias, Esq.)

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq.)

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.)

RL1 873932v1 02/22/11