Hearing Date and Time: March 1, 2011 at 9:45 a.m. EST

Jane C. Bogue
1818 Buckner St
Longview, Texas 75604-2406

Phone:   903-759-5925
e-mail: janebouge@yahoo.com

Retired salaried employee of General Motors
with unsecured claim for life insurance benefits
Claim No. 3201. Page 2, Exhibit A, Debtor's 181st Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re                                                   :          **Chapter 11 Case No.**
                                                        :
**MOTORS LIQUIDATION COMPANY, et al.,**   :          **09-50026 (REG)**
      f/k/a General Motors Corp., et al.                :
                                                        :          **(Jointly Administered)**
                       **Debtors.**                     :
------------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 181st OMNIBUS OBJECTION TO CLAIMS**, dated January 26, 2010.

I am appealing the reduction in my life insurance. I worked for GMAC for over 32 years and was promised that I would have $29,172 in life insurance for the rest of my life. Attached are letters from Metropolitan Life and GM Benefits that prove this.

I am now 74 years old, retired, widowed and am being told that I have only $10,000 of life insurance.

Someone should be able to see that this is not right.

I pray that the Court will correct this wrong doing and award me and others enough money to pay for the life insurance we were promised.

Dated: Longview, Texas
          February 17th, 2011

                                                                  /s/ Jane C. Bogue
                                                                  Jane C. Bogue