UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

MOTOR LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*

                                  CHAPTER 11
                                  Case No.  09-50026 (REG)

Debtor.

## NOTICE OF APPEARANCE AND DEMAND FOR
## NOTICES AND SERVICE OF PAPER

**PLEASE TAKE NOTICE**, that Kevin T. O'Brien, Webster Szanyi LLP, hereby appears in the above-captioned case for Members of the Frontier Chemical Site PRP Group (Creditor) and pursuant to Rules 2002, 9007 and 9010(b) of the rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, Members of the Frontier Chemical Site PRP Group demand that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or

request, whether formal or information, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated:    February 22, 2011
              Buffalo, New York

**WEBSTER SZANYI** LLP
Attorneys for Members of the Frontier
Chemical Site PRP Group

*/s/ Kevin T. O'Brien*
Kevin T. O'Brien
1400 Liberty Building
Buffalo, New York 14202
Telephone: (716) 842-2800
ko'brien@websterszanyi.com

2