UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: GENERAL MOTORS CORPORATION,   Case No.: 09-50026-reg

   Chapter 11

 Debtor

-----------------------------------------------------------------x

 Adversary Proceeding No.: _____

 Plaintiff

 v.

 Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of  James P. Eckels , to be admitted, ***pro hac vice***, to represent  Daniels Motors, Inc. and Rival, LLC , (the "Client") a s  creditors  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Colorado  and, if applicable, the bar of the U.S. District Court for the _____ District of  Colorado , it is hereby

**ORDERED**, that  James P. Eckels , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  2/22/2011
 New York , New York   /s/  Robert E. Gerber
 UNITED STATES BANKRUPTCY JUDGE