THE HONORABLE ROBERT E. GERBER

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ONE BOWLING GREEN

NEW YORK, NY 10004


NOTICE OF DEBTORS 184 OMNIBUS OBJECTION TO CLAIMS

CLAIMS OF FORMER SALARIED EMPLOYEE

MOTORS LIQUIDATION COMPANY

GENERAL MOTORS CORPORATION

DEBTORS


CHAPTER 11 CASE NO. 09-50026 (REG)

CLAIM 37728



DONALD T. LICO

CREDITOR RETIRED SALARY EMPLOYEE OF GENERAL MOTORS

SELF REPRESENTED

54501 CAMBRIDGE DR.

SHELBY TOWNSIP, MI  48315

586-677-1930


NOTICE OF DEBTORS 184 OMNIBUS OBJECTION TO CLAIMS

CLAIMS OF FORMER SALARIED EMPLOYEE

MOTORS LIQUIDATION COMPANY

GENERAL MOTORS CORPORATION

DEBTORS

CHAPTER 11 CASE NO. 09-50026 (REG)

CLAIM NO. 37728

DONALD T. LICO

54501 CAMBRIDGE DR.

SHELBY TOWNSHIP, MI 48315

GENERAL MOTORS CORPORATION

CLAIM 37728

CHAPTER 11 CASE NO. 09-50026 (REG)


NOTICE OF DEBTORS 184 OMNIBUS OBJECTION TO CLAIMS

(WELFARE BENEFITS CLAIMS OF RETIRED AND FORMER SALARIED AND
EXECUTIVE EMPLOYEES)


AS A GENERAL MOTORS EMPLOYEE FOR 32.04 YEARS OF LOYAL AND

DEDICATED SERVICE, I AM OBJECTING TO YOUR DECISION THAT I AM NOT

ENTITLED TO BENEFITS THAT WERE PROMISED TO ME AT MY

RETIREMENT. AT MY CURRENT AGE OF 80 YEARS OLD, I AM INELIGIBLE

TO PURCHASE THESE SUPPLEMENTAL HEALTH BENEFITS AND/OR IT IS

COST PROHIBITIVE ON MY RETIREMENT INCOME.


AT THE TIME OF MY RETIREMENT, THERE WAS NO MENTION OF SECURED,

UNSECURED OR VESTED BENEFITS. IN FACT, I RECEIVED A COPY OF A

PERSONAL BENEFIT SUMMARY AT THE TIME OF MY RETIREMENT ON

10/01/1986 OUTLINING ALL OF MY HEALTH CARE BENEFITS. (SEE COPY

OF PERSONAL BENEFIT SUMMARY.) AT THAT TIME, I COULD HAVE BEEN

ELIGIBLE TO PURCHASE MY OWN SUPPLEMENTAL HEALTH INSURANCE AT

AN AFFORDABLE RATE WITHIN MY RETIREMENT INCOME, HAD I BEEN

AWARE THAT THESE BENEFITS WERE NOT SECURE. AS A SALARY

EMPLOYEE, I WORKED COUNTLESS HOURS OF OVERTIME, OFTEN

WITHOUT COMPENSATION, HELPING TO STRENGTHEN AND BUILD

GENERAL MOTORS. I DID THIS WITH THE BELIEF THAT I WOULD BE ABLE

TO HAVE A SECURE RETIREMENT FOR MYSELF AND MY FAMILY.


I BELIEVE THAT MY HEALTH BENEFITS SHOULD BE GIVEN THE SAME

CONSIDERATION BY THE DEBTORS AS THE UNION REPRESENTED

EMPLOYEES.


MY CLASS 3 (GENERAL UNSECURED CLAIMS) SHOULD BE ALLOWED TO GO

FORWARD UNDER THE JOINT CHAPTER 11 "PLAN" OF MOTORS

LIQUIDATION COMPANY. PLEASE NOTE THAT MY RETIREMENT PAPERS

WERE APPROVED BY A GENERAL MOTORS AUTHORIZED DELEGATE.


RESPECTFULLY SUBMITTED,


DONALD T. LICO

GMC CENTRAL OFFICE
3044 W GRAND BLVD
DETROIT                    MI 48202

# YOUR SHARE OF THE GM BENEFIT PROGRAM

### PREPARED FOR:

0876 10001   236 48063

LICO    .DONALD    T
2685 NEW ENGLAND DRIVE
ROCHESTER    MI 48063

### Based on your personal data as of December 31, 1985.

The salary you receive through your paycheck is one tangible form of the total income and benefits available to you and your family from General Motors. Your GM benefit programs enrich this income, and add to your total financial security and that of your family. Your GM benefits are among the best in American industry. Further improvements were made in certain of these programs during 1985, which can enlarge your opportunity for personal financial planning through GM savings and investment programs.

We are pleased to provide you with this updated summary of your GM benefits and their net worth to you and your family. The summary has been expanded to reflect the Informed Choice Plan and improvements in the Flexible Compensation Program. Your continuing contribution to the success of GM helps make these improvements possible.

Chairman

## HEALTH CARE BENEFITS (Informed Choice Plan)

YOU AND ENROLLED FAMILY MEMBERS HAVE CHOSEN THE
TRADITIONAL OPTION OF THE INFORMED CHOICE PLAN.
YOUR ENROLLMENT INCLUDES: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES
In most cases and for the most part, any health care costs you incur for covered services are passed directly on to GM. The approximate total annual cost to GM of supplying these coverages for you, your dependents, and all other persons covered by our health care programs during 1985 is shown below.

| | |
|---|---|
| HOSPITAL/SURGICAL/MEDICAL | |
| PRESCRIPTION DRUG | $1,804,896,100 |
| HEARING AID | |
| SUBSTANCE ABUSE | |
| VISION | 47,431,473 |
| DENTAL | 269,884,888 |
| CMEIP | 14,563,205 |
| Total | $2,136,775,666 |

The average annual cost to GM of your health care coverages is   $2,831.61 FOR FAMILY COVERAGE.

## FLEX 85 (Flexible Compensation Spending Accounts)

For 1986, you chose to make before-tax deposits to Flex spending accounts as follows:

Health Care
Dependent Care
Legal Services