THE HONORABLE ROBERT E. GERBER

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ONE BOWLING GREEN

NEW YORK, NY 10004


NOTICE OF DEBTORS 183 OMNIBUS OBJECTION TO CLAIMS

CLAIMS OF FORMER SALARIED EMPLOYEE

MOTORS LIQUIDATION COMPANY

GENERAL MOTORS CORPORATION

DEBTORS


CHAPTER 11 CASE NO. 09-50026 (REG)

CLAIM 36730

DONALD T. LICO

CREDITOR RETIRED SALARY EMPLOYEE OF GENERAL MOTORS

SELF REPRESENTED

54501 CAMBRIDGE DR.

SHELBY TOWNSIP, MI 48315

586-677-1930


NOTICE OF DEBTORS 183 OMNIBUS OBJECTION TO CLAIMS

CLAIMS OF FORMER SALARIED EMPLOYEE

MOTORS LIQUIDATION COMPANY

GENERAL MOTORS CORPORATION

DEBTORS

CHAPTER 11 CASE NO. 09-50026 (REG)

CLAIM NO. 36730

DONALD T. LICO

54501 CAMBRIDGE DR.

SHELBY TOWNSHIP, MI  48315

GENERAL MOTORS CORPORATION

CLAIM 36730

CHAPTER 11 CASE NO. 09-50026 (REG)


<u>NOTICE OF DEBTORS 183 OMNIBUS OBJECTION TO CLAIMS</u>

(WELFARE BENEFITS CLAIMS OF RETIRED AND FORMER SALARIED AND EXECUTIVE EMPLOYEES)


AS A GENERAL MOTORS EMPLOYEE FOR 32.04 YEARS OF LOYAL AND DEDICATED SERVICE, I AM OBJECTING TO YOUR DECISION THAT I AM NOT ENTITLED TO LIFE INSURANCE BENEFITS THAT WERE PROMISED TO ME AT MY RETIREMENT.  AT MY CURRENT AGE OF 80 YEARS OLD, I AM INELIGIBLE TO PURCHASE THESE BENEFITS AND/OR IT IS COST PROHIBITIVE ON MY RETIREMENT INCOME.

AT THE TIME OF MY RETIREMENT, THERE WAS NO MENTION OF SECURED, UNSECURED OR VESTED BENEFITS.  IN FACT, I RECEIVED A COPY OF A PERSONAL BENEFIT SUMMARY AT THE TIME OF MY RETIREMENT ON 10/01/1986 OUTLINING ALL OF MY LIFE INSURANCE BENEFITS.  (SEE COPY OF PERSONAL BENEFIT SUMMARY.)  AT THAT TIME, I COULD HAVE BEEN ELIGIBLE TO PURCHASE MY OWN LIFE INSURANCE AT AN AFFORDABLE RATE WITHIN MY RETIREMENT INCOME, HAD I BEEN

AWARE THAT THESE BENEFITS WERE NOT SECURE. AS A SALARY EMPLOYEE, I WORKED COUNTLESS HOURS OF OVERTIME, OFTEN WITHOUT COMPENSATION, HELPING TO STRENGTHEN AND BUILD GENERAL MOTORS. I DID THIS WITH THE BELIEF THAT I WOULD BE ABLE TO HAVE A SECURE RETIREMENT FOR MYSELF AND MY FAMILY.

I BELIEVE THAT MY LIFE INSURANCE BENEFITS SHOULD BE GIVEN THE SAME CONSIDERATION BY THE DEBTORS AS THE UNION REPRESENTED EMPLOYEES.

MY CLASS 3 (GENERAL UNSECURED CLAIMS) SHOULD BE ALLOWED TO GO FORWARD UNDER THE JOINT CHAPTER 11 "PLAN" OF MOTORS LIQUIDATION COMPANY. PLEASE NOTE THAT MY RETIREMENT PAPERS WERE APPROVED BY A GENERAL MOTORS AUTHORIZED DELEGATE.

RESPECTFULLY SUBMITTED,

*Donald T. Lico*
DONALD T. LICO

```
GMC CENTRAL OFFICE
3044 W GRAND BLVD
DETROIT           MI 48202
```



*1986*

## *PERSONAL BENEFIT SUMMARY*
## YOUR SHARE OF THE GM BENEFIT PROGRAM

PREPARED FOR:

```
            J876 10001   236 48063
LICO    DONALD      T
2685 NEW ENGLAND DRIVE
ROCHESTER     MI 48063
```

Based on your personal data as of December 31, 1985.

The salary you receive through your paycheck is one tangible form of the total income and benefits available to you and your family from General Motors. Your GM benefit programs enrich this income, and add to your total financial security and that of your family. Your GM benefits are among the best in American industry. Further improvements were made in certain of these programs during 1985, which can enlarge your opportunity for personal financial planning through GM savings and investment programs.

We are pleased to provide you with this updated summary of your GM benefits and their net worth to you and your family. The summary has been expanded to reflect the Informed Choice Plan and improvements in the Flexible Compensation Program. Your continuing contribution to the success of GM helps make these improvements possible.

*Chairman*

## *HEALTH CARE BENEFITS (Informed Choice Plan)*

YOU AND ENROLLED FAMILY MEMBERS HAVE CHOSEN THE
TRADITIONAL OPTION OF THE INFORMED CHOICE PLAN.
YOUR ENROLLMENT INCLUDES: BASIC, DENTAL, VISION AND MAJOR MEDICAL COVERAGES

# RETIREMENT BENEFITS

Through December 31, 1985, your credited service is **31 YEARS AND 8 MONTHS**.

Your contributions are:
- Prior to 7-1-77 .......... $7,757.43
- 7-1-77 to 10-1-79 ........ $1,424.37
- After 10-1-79 ............ $4,138.27

If you work for GM until age 65 in **1996** your estimated monthly retirement income would be:

From the Retirement Program
- —Noncontributory benefits ........ $970.00
- —Contributory benefits ........... $2,000.00*

From Social Security
- —Yourself ....................... $859.00
- —Dependent spouse at age 65 ..... $430.00

**Total Monthly** ............ $4,259.00

Estimated retirement benefits are based on the assumption that your current pay will stay the same until retirement. Retirement payments are for your lifetime only. Your election of survivor benefits would reduce these amounts.

Estimates of your retirement income at other ages are available upon request from your Personnel Office.

## Plus

If you retire from GM (except at employe option between ages 55 and 60 when your age and credited service total less than 85):
- You may (1) take your Savings-Stock Purchase Program account in a lump sum, (2) defer receipt to the year after the year you attain age 70½, or (3) convert your account to a lifetime annuity.
- Your health care coverage will be continued for your lifetime.
- A portion of your Life Insurance and Personal Accident Insurance may be continued for your lifetime. Optional Life Insurance may be continued until age 70.

\* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

# SURVIVOR BENEFITS

In the event of your death while employed by GM, the following payments will be made to your beneficiary:

## Monthly Payments

**From the Insurance Program:**
$350 to an eligible survivor, for up to 24 months ($200 if certain Social Security benefits are payable). Thereafter, your spouse 1) who, upon your death, was at least age 45, or 2) whose age, when added to your years of service totals 55 or more, would be paid $350 a month until the earlier of (1) age 62, (2) remarriage or (3) entitlement to unreduced Social Security because of your death.

**From the Retirement Program:**
A noncontributory benefit of **$380 PER MONTH** for your spouse's lifetime when Insurance Program survivor benefits are not payable or are waived.
Contributory benefits of **$883 PER MONTH** would begin immediately for your spouse's lifetime in lieu of return of contributions.

**From Social Security:**
Social Security could pay a surviving spouse and children as much as **$1,388 PER MONTH.**

*Optional Dependent Insurance:*
- $50,000  Life Insurance—spouse
- $10,000  Life Insurance—each child

Contributory Personal Accident Insurance, which provides additional coverage for death, dismemberment, and certain other conditions resulting from bodily injury sustained in an accident, also is available to you.

## Lump-Sum Payments

- $104,000  Basic Life Insurance
- $260,000  Optional Life Insurance
- $16,716   Savings-Stock Purchase Program
- SEE B     Retirement Program contributions
- $255      Social Security death payment
- $602      Employe Stock Ownership Plan
- $156,000  SUPPLEMENTAL LIFE INS.
- $537,557  Total

Plus, if death is accidental:
- $52,000  -Extra Accident Insurance
- $52,000  -Extra Accident Insurance (while on company business)

## Plus

GM will pay for health care coverages for your spouse and eligible children if you die while actively employed provided you:
1) Elected the Retirement Program contributory surviving spouse option and had 10 or more years of credited service, or
2) Were eligible to retire voluntarily (except between ages 55 and 60 when your age and credited service total less than 85).

---

AS A GENERAL MOTORS EXECUTIVE, YOU MAY BE ELIGIBLE TO RECEIVE ADDITIONAL COMPENSATION UNDER THE GENERAL MOTORS BONUS PLAN.

AS YOU KNOW, THESE PLANS PROVIDE OUTSTANDING REWARDS TO EXECUTIVES BASED ON CORPORATE, UNIT, AND INDIVIDUAL ACHIEVEMENT.

SUPPLEMENTAL EXECUTIVE RETIREMENT PROGRAM (SERP)

IN ADDITION TO THE RETIREMENT BENEFITS SHOWN ABOVE, UPON RETIREMENT AT AGE 65, YOU MAY BE ELIGIBLE FOR BENEFITS UNDER THE NEW SUPPLEMENTAL EXECUTIVE RETIREMENT PROGRAM.

GM NATIONAL RETIREE SERVICING CENTER
LIFE INSURANCE COVERAGES AND AMOUNTS IN FORCE

February 8, 1996

RETIREE: Donald T. Lico
SOC SEC #:     0876     CISCO: 10001

| | | |
|---|---|---|
| **BASIC GROUP LIFE INSURANCE**<br>Policy #14000-G | Prior to reducing<br>Currently<br>Ultimate Amount | $104,000<br>$99,840<br>$50,440 |
| **OPTIONAL LIFE INSURANCE**<br>Policy #23600-G | Prior to reducing<br>Currently | $104,000<br>$104,000 |
| **DEPENDENT LIFE INSURANCE**<br>Policy #23950-G | Spouse<br>Child | $20,000<br>$4,000 |
| **SUPPLEMENTAL GROUP LIFE INSURANCE**<br>Policy #24390-G | | $0 |
| **SUPPLEMENTAL LIFE BENEFITS PROGRAM** | | $156,000 |
| **PERSONAL UMBRELLA LIABILITY INSURANCE** | | $2 MIL |
| **PERSONAL ACCIDENT INSURANCE** | <br>Spouse<br>Child | $0<br>$0<br>$0 |

THE INFORMATION CONTAINED IN THIS DOCUMENT CORRECTS AND SUPERSEDES ANY PREVIOUS CORRESPONDENCE.

*ALL INFORMATION PROVIDED IN THIS LETTER IS SUBJECT TO THE TERMS AND CONDITIONS OF THE APPLICABLE GROUP POLICIES OR PROGRAM. THESE POLICIES ARE TERM INSURANCE AND HAVE NO CASH VALUE.*