```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :   No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*                   :
                                                               :   (Jointly Administered)
                        Debtors.                               :
                                                               :
---------------------------------------------------------------x
```

### ORDER RE FAILURE TO COMPLY WITH
### BANKRUPTCY RULE 2019

It appearing that a group (the "**Group**") consisting of Anchorage Capital Master Offshore Ltd, Canyon-GRF Master Fund, L.P., Canyon Value Realization Fund L.P., CSS, LLC, CQS Directional Master Fund Inc., KIVU Investment Fund Limited, Knighthead Master Fund, LP, LMA SPC for and on behalf of MAP 84, Lyxor/Canyon Realization Fund, Ltd., Onex Debt Opportunity Fund, Ltd., Redwood Master Fund Ltd, and The Canyon Value Realization Master Fund, L.P., represented by Brown Rudnick LLP, which referred to itself variously as "Certain holders of notes" and "Certain Noteholders," filed a submission (ECF #9207) with respect to confirmation of the Debtors' chapter 11 plan;

And it having been brought to the Court's attention that the Group failed to file the statement required under Fed.R.Bankr.P. 2019;

And the Court having determined, pursuant to Fed.R.Bankr.P. 2019(b)(1), and subject to the Group's rights to be heard, upon submission of appropriate briefing, on any contentions that the Court is incorrect, that the Group and its members have failed to comply with the requirements of Fed.R.Bankr.P. 2019(a);

-1-

It is ORDERED:

1. Pursuant to Fed.R.Bankr.P. 2019(a), the Group or its counsel shall file, on behalf of and with respect to each member of the Group, the disclosure required under Fed.R.Bankr.P. 2019 by no later than 12:00 noon on March 1, 2011.

2. Pursuant to Fed.R.Bankr.P. 2019(b)(1), if the Group does not timely comply, in full, with the requirements of Fed.R.Bankr.P. 2019(a), the Group's submission will not be considered.

Dated: New York, New York              *s/Robert E. Gerber*
       February 23, 2011                     United States Bankruptcy Judge