February 18, 2011

Honorable Judge Robert E. Gerber
U.S. Bankruptcy Court
Southern District of New York

SUBJECT: GM/Motors Liquidation Company Bankruptcy
Chapter 11 Case No. 09-50026 (REG)

REFERENCE: 1.) Notice of Debtors' 155th Omnibus Objection to Claims
(attached)    Daniel Plouffe Claim  # 45172   $62,792
"Grounds for Objection – Equity Interest Claim"

2.) Notice of Hearing on Motion of Debtors for Entry of an
Order Estimating Maximum Amount of Certain Claims for Purposes
Of Establishing Claims Reserves under the Debtors' Amended Joint
Chapter 11 Plan.

Daniel Plouffe Claim # 45171  $162,320
"Objection Status – Under Objection"

Dear Judge Gerber,

I am just an average citizen who tries to do the right thing in my daily walk in life. I am also someone who spent my career working very diligently for GM for over 30 years.

I do not have a lawyer to represent me … and I do not have the resources to hire one. I am also one of the individuals whose life was severely and permanently affected as a result of GM's unfortunate bankruptcy. Most individuals who are in similar circumstances have had to sit back and just accept what GM dealt out to us … I do not believe it is fair that GM should continue to harm my family and me. I am appealing to you for your help in this situation.

GM/Motors Liquidation Company has obviously hired a team of highly successful lawyers with significant resources at their disposal whose objective is to find any and all ways to ensure claims are not paid to people like me.

They are apparently trying to get my claim(s) dismissed because they indicate they are "Equity Interest Claims" as reason for dismissal under "Grounds for Objection".

I am not sure I totally understand the basis for their objection but my side of the story is real simple. GM paid me for services I rendered to them with stock RSU' and options … I would have much rather received cash compensation but I had no choice in this decision. Just as I had no choice in the many ill timed and poor strategic decisions that were made by former top GM leaders for years!

I believe I should be permitted to have my claims stand as a valid claim against GM/Motors Liquidation Company and continue to participate in and recover whatever portion funds is fair and appropriate.

Anything you can do to help me in this regard would be much appreciated.

Lastly, I want to thank and commend Helene Blum who was a breath of fresh air and a tremendous help to me. I had spent a lot of time and effort trying to reach the debtor's lawyers for questions I had on how to precede. I left my contact information on their automated system after listening to their lengthy messages filled with legalize. No one has ever returned my calls. Finally after researching your court, I found Helene. Please tell her on my behalf that it was really reassuring to talk to someone who displayed sensitively, patience and compassion in attempting to help my family and me.

Sincerely,

*[signature]*

Daniel Plouffe

09-50026-mg   Doc 9406   Filed 02/22/11   Entered 02/25/11 14:49:25   Main Document
Pg 3 of 6
HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
> HERETO TO DETERMINE WHETHER THIS OBJECTION
> AFFECTS YOUR CLAIM(S)

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

*[handwritten annotations: GM BANKRUPTCY / Rec'd Jan 2011 / "Information line" / must call 800-414-9607 Alex & Partners / Long lengthy message / Left my contact info 1/30/11]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
                                 :
In re                            :     Chapter 11 Case No.
                                 :
MOTORS LIQUIDATION COMPANY, et al., :   09-50026 (REG)
     f/k/a General Motors Corp., et al. :
                                 :
                    Debtors.     :     (Jointly Administered)
                                 :
---------------------------------x

*[handwritten: GM Case #]*

**NOTICE OF DEBTORS' 155TH OMNIBUS OBJECTION TO CLAIMS**
(Claims for Equity Interests)

PLEASE TAKE NOTICE that on January 25, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 155th omnibus objection to disallow certain claims[1] (the "**155th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 155th

*[handwritten margin notes: Including my small claim for $62,792 / Hearing on March 1]*

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 155th Omnibus Objection to Claims.

Omnibus Objection 09-50026-mg    Doc 9406    Filed 02/22/11    Entered 02/23/11 14:43:52    Main Document
Exhibit A
Pg 4 of 6

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALGOET, SUSAN L<br>268 BERMUDA BEACH DR<br>FORT PIERCE, FL 34949 | 21318 | Motors Liquidation Company | $17,345.51 | Equity Interest Claim | Pgs. 1-5 |
| ANDERSON, HUGO J<br>533 LINCOLN RD<br>OTSEGO, MI 49078 | 6285 | Motors Liquidation Company | $4,911.46 | Equity Interest Claim | Pgs. 1-5 |
| BALIK, EMILY M<br>614 E 31ST ST<br>LA GRANGE PARK, IL 60526 | 5871 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BROOKEY, THOMAS W<br>APT 124<br>2505 KEYSTONE CLUB DRIVE<br>DAYTON, OH 45439 | 48366 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CIMB-GK SECURITIES PTE. LTD<br>A/C CLIENT - TRUST<br>-SINGLE AGENCY ACCOUNT-<br>50 RAFFLES PLACE #19-00<br>SINGAPORE LAND TOWER, SINGAPORE 048623<br>SINGAPORE | 17763 | Motors Liquidation Company | $485,392.50 | Equity Interest Claim | Pgs. 1-5 |
| CLARENCE & KATHRYN SINGMASTER TTEE<br>C W SINGMASTER TR U/A<br>DTD 01/24/2008<br>10880 SW DAVIES RD APT 3007<br>BEAVERTON, OR 97008 | 8392 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COCHRAN JR, DELBERT E<br>637 SUMMER WINDS LN<br>SAINT PETERS, MO 63376 | 10514 | Motors Liquidation Company | $3,953.00 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL PLOUFFE<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236 | 45172 | Motors Liquidation Company | $62,792.00 | Equity Interest Claim | Pgs. 1-5 |
| DELBERT COCHRAN JR<br>637 SUMMER WINDS LN<br>SAINT PETERS, MO 63376 | 10515 | Motors Liquidation Company | $3,953.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**HEARING DATE AND TIME:** March 1, 2011 at 9:45 a.m. (Eastern Time)
**OBJECTION DEADLINE:** February 22, 2011 at 4:00 p.m. (Eastern Time)

*[handwritten: Rec'd 2/15/11]*

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*[handwritten: Must call 800-444-9607 Same message as before. Left my contact info 2/16/11]*

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
MOTORS LIQUIDATION COMPANY, et al.,                :    09-50026 (REG)
f/k/a General Motors Corp., et al.                 :
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
-------------------------------------------------------x

*[handwritten: Just a hearing]*

*[handwritten: Reference #2]*

**NOTICE OF HEARING ON MOTION OF DEBTORS FOR
ENTRY OF AN ORDER ESTIMATING MAXIMUM AMOUNT OF
CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES
UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

PLEASE TAKE NOTICE that upon the annexed Motion, dated February 11, 2011 (the "**Motion**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), for an order, pursuant to sections 105(a), 502(c), and 1142(b) of title 11, United States Code (the "**Bankruptcy Code**"), estimating the maximum amount of certain claims for purposes of establishing claims reserves under the Debtors' Amended Joint Chapter 11 Plan, all as more fully set forth in the Motion, a hearing will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **March 1, 2011 at**

US_ACTIVE:\43620617\08\72240.0639

Partially Unliquidated Claims Estimation Motion — Exhibit F - Equity Security Holders Claims — Motors Liquidation Company, et al., Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Liquidated Claim Amount for Reserve Purposes | Reserve Type | Objection Status |
|---|---|---|---|---|---|
| MARTIN KOHN<br>OLOF PALME STR 7<br>D-60439 FRANKFURT GERMANY<br>GERMANY | 30195 | Motors Liquidation Company | $1,700.00 | Partially Unliquidated claims | Under Objection |
| MOHAMMED REZAUL HUSSAIN<br>4318 WALNUT STREET<br>APT 2-R<br>PHILADELPHIA, PA 19104 | 7678 | Motors Liquidation Company | $4,833.66 | Partially Unliquidated claims | Under Objection |
| MUSSELL, JOHN A<br>9783 ALLEN ST<br>GOWANDA, NY 14070 | 2598 | Motors Liquidation Company | $2,500.00 | Partially Unliquidated claims | Under Objection |
| NELLY BAUER-ROLLANDIN & FRANK OUW<br>ROMERSTR 3A<br>76870 KANDEL, GERMANY<br>GERMANY | 64784 | Motors Liquidation Company | $10,702.08 | Partially Unliquidated claims | Under Objection |
| NORMAN B. THOT<br>ANGERSTRASSE 11A<br>40878 RATINGEN GERMANY<br>GERMANY | 15192 | Motors Liquidation Company | $1,522.48 | Partially Unliquidated claims | Under Objection |
| PLOUFFE, DANIEL C<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236 | 45171 | Motors Liquidation Company | $162,320.00 | Partially Unliquidated claims | Under Objection |
| PRIER OTTO<br>WEIDSTRASSE NR 5<br>55120 MAINZ GERMANY<br>GERMANY | 64054 | Motors Liquidation Company | $166.14 | Partially Unliquidated claims | Under Objection |
| ROBERT P SPROED<br>CGM IRA CUSTODIAN<br>10444 WESTLAND LANE<br>DAYTON, OR 97114 | 13667 | Motors Liquidation Company | $10,185.00 | Partially Unliquidated claims | Under Objection |
| RUDOLF DITTRICH<br>DIESTELWEG 30<br>28816 STUHR GERMANY<br>GERMANY | 30953 | Motors Liquidation Company | $3,584.45 | Partially Unliquidated claims | Under Objection |

(1) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.