Judge Robert E. Gerber,

<u>Claim # 69723</u>

My name is Jennifer Denny and on 10-14-08, my 1997 Buick Regal caught fire because of a recall on a part. I was never told about. The Pontiac people told me to have my car towed to the nearest Pontiac Dealer. I did as they asked, their inspector did agree the cause was the faulty part on the car. The main mechanic at the Pontiac Dealer said it would cost $6664.86 to fix my car. I had a claim (#661831) and the claim Administrator (Brian Schwartz) sent me a letter saying they would pay me $1,000.00 to drop this. That would not fix my car nor buy a new car. I work really hard to pay for what I have and at no fault of mine some

of that was taken away on 10-14-08. When I would not agree the next thing I know, my case has been handed over to someone else. Now I'm getting papers about a bankruptcy and that I may have filed some papers late. I beg you, please don't let them throw my case out because I didn't know of the papers I was supposed to file. I still have no idea what is going on. I get these court papers in the mail that I don't understand, so I call the lawyers whose name is on the papers and they say they can't help me. So I pray the court see fit not to throw my claim out. I have done nothing wrong.

Please make them be accountable for what they caused. This claim is still very important to me and my family. Thank-you so much. And I am so sorry I had to involve you into my problems but I seen you was the Judge this case is going to be heard by and everyone I call will not help me.

Thank you,
Jennifer Denny
2-12-11

JENNIFER DENNY
1855 Long Hollow Rd.
LA FOLLETTE, TN.
37766

PHONE # 423-566-8290