UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------x
                     :

In re                      :        Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY,    :        09-5026 (REG)
et al., f/k/a General Motors Corp., et al.  :

            Debtors.        :        (Jointly Administered)
                     :
--------------------------------------------------x

## RESPONSE TO NOTICE OF DEBTORS' 183rd OMNIBUS OBJECTION TO CLAIMS
(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

Comes now David L. Robertson, Pro se claimant in the above styled bankruptcy proceeding, and would show unto the court that he has duly filed Claim No. 61493 as a vested retiree of General Motors Corporation, and would further show unto the Court that in order to determine the status hereunder, the debtors in possession must provide an accounting of said claim in such format and in such time as to prepare for hearing in this matter.

Claimant demands an immediate accounting and further demands that this matter be set for hearing or otherwise that the objection be overruled.

_____
David L. Robertson
Pro se Claimant
P. O. Box 695
Huntsville, AL 35804
(256) 653-4036

## CERTIFICATE OF SERVICE

I hereby certify that I have this date mailed a copy of the foregoing Response to

Notice of Debtors 183rd Omnibus Objection to Claims to Harvey R. Miller, Stephen

Karotkin, and Joseph H. Smolinsky of the firm of Weil, Gotshal & Manges, LLP, to their

regular mailing address of 767 Fifth Avenue, New York, New York 10153, properly

addressed and postage prepared, this the ___17___ day of February, 2011.

_____
David L. Robertson
Pro se Claimant