Date: 2-17-11

U.S. Bankruptcy Court
Southern District of New York
Attention: Chambers
1 Bowling Green
Room 534
New York, NY 10004

RECEIVED 2-22-2011

For your attention:

My name is Glenn C. Kuntz (G.M. Salaried Retiree).

I am responding to the "Debtors 185th Omnibus Objection".

I strongly disagree with the decision to deny my claim for compensation:

Case: Motors Liquidation Co.
Claim #10078

Upon request, I can provide significant documentation supporting my claim. Please advise.

Thank you,

Glenn C. Kuntz
1505 Clear Brook Dr.
Dayton, OH 45440

(937) 848-7288

gjkuntz@aol.com