# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Cheryl Nicholas<br>Keogh Keogh Cox & Wilson<br>POB 1151 701 Main Street<br>Baton Rouge, LA 70821-1151 |
| Claim Number (if known): | 3128 |
| Date Claim Filed: | 9/29/2009 |
| Total Amount of Claim Filed: | $5,000,000.00 |

(RECEIVED FEB 22 2011 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. I withdraw the above-referenced claim since the above-referenced Debtor has stated that it has no liability for the creditor's claims because the claims were expressly assumed by the Purchaser under the terms of the Master Sale and Purchase Agreement.

Dated: February 18, 2011

Print Name: Christopher K. Jones

Title (if applicable): Attorney

US_ACTIVE:¥43632285¥01¥72240.0639