**DAY PITNEY LLP**
One International Place
Boston, MA 02110
(617) 345-4600
DANIEL J. CARRAGHER, ESQ. (DC-0328)

– and –

7 Times Square
New York, NY 10036-7311
Telephone: (212) 297-5800
Facsimile: (212) 916 2940

*Counsel To United Technologies Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al*., | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

SUZANNE P. MICKLICH, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Day Pitney LLP. My business address is 242 Trumbull Street, Hartford, Connecticut. Day Pitney LLP is counsel to United Technologies Corporation in connection with the above-referenced matter.

2. On February 22, 2011, I electronically filed the following documents with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served:

    a. Response of United Technologies Corporation to Debtor's Motion for Entry of An Order Estimating Maximum Amount of Certain Claims for Purposes of Establishing Claims Reserves Under the Debtors' Amended Joint Chapter 11 Plan; and

42200357.1

      b.    Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims.

3.    In addition, I caused copies of the aforementioned documents to be served upon the parties set forth on the annexed service list on the date and in the manner noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                      /s/ Suzanne P. Micklich
                                      SUZANNE P. MICKLICH

Dated: February 23, 2011

**SERVICE LIST**

**Served Via Email and First-Class Mail, Postage Prepaid on 2/23/11:**

Weil, Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
(Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.)
Emails: harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com; Edward.wu@weil.com

Cadwalader, Wickersham & Taft LLP
Attorneys for the United States Department of the Treasury
One World Financial Center
New York, New York 10281
(Attn: John J. Rapisardi, Esq.)
Email: john.rapisardi@cwt.com

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, New York 10019
(Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.)
Emails: mjedelman@vedderprice.com; mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
Attorneys for the statutory committee of unsecured creditors
1177 Avenue of the Americas
New York, New York 10036
(Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.)
Emails: tmayer@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com

Caplin & Drysdale, Chartered
Attorneys for the official committee of unsecured creditors holding asbestos-related claims
375 Park Avenue, 35th Floor
New York, New York 10152-3500
(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.)
Emails: ei@capdale.com; rct@capdale.com

Caplin & Drysdale, Chartered
Attorneys for the official committee of unsecured creditors holding
asbestos-related claims
One Thomas Circle, N.W., Suite 1100,
Washington, DC 20005
(Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.)
Emails: tws@capdale.com; kcm@capdale.com

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation
Attorneys for Dean M. Trafelet in his capacity as the legal representative
for future asbestos personal injury claimants
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.)
Emails: esserman@sbep-law.com; brousseau@sbep-law.com

**Served Via UPS on 2/23/11:**

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq.)

**Served Via First-Class Mail, Postage Prepaid on 2/23/11**

The Debtors
c/o Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
(Attn: Thomas Morrow)

General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
(Attn: Lawrence S. Buonomo, Esq.)

The United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
(Attn: Joseph Samarias, Esq.)

The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
(Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.)