**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss
COUNTY OF NASSAU   )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013. This Affidavit of Service supplements the original Affidavit of Service (Docket No. 9317) to reflect the designated party upon which service was made.

2. On February 22, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by overnight delivery upon the designated party at each entity identified on Exhibit A annexed hereto (affected parties):

- Notice of Hearing and Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 365 Authorizing the Debtors to Assume and Assign Certain Contracts to the Environmental Response Trust Conditioned on and as of the Effective Date [Docket No. 9297].

Dated:  February 24, 2011                    /s/ Kimberly Gargan
            New Hyde Park, New York       Kimberly Gargan

Sworn to before me this 24th day of February, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Nassau County
Commission Expires:  February 28, 2011

# EXHIBIT A

| | |
|---|---|
| AME. WORKPLACE TRUCKING CTR, INC.<br>ATTN: WILLIAM MORROW, PRESIDENT<br>5910 KINGS POINTE DR<br>ROCHESTER, MI 48306 | AYSO REGION 766<br>PAM RINOLDO-DIKOS<br>5270 WYNDEMERE COMMON SQ<br>SWARTZ CREEK, MI 48473-8913 |
| BITZER SCROLL, INC.<br>DR. C WAHLERS, TREASURER & SEC<br>6731 COLLAMER ROAD<br>EAST SYRACUSE, NY 13057 | BOGUS SWAMP DRAINAGE DISTRICT<br>ATTN: RICHARD L. SODE<br>407 NORTH CEDAR STREET<br>MASON, MI 48854 |
| CAPITAL AREA TRANS. AUTHORITY<br>ST. VINCENT CATHOLIC CHARITIES<br>2800 W WILLOW ST<br>ATTN: SANDRA L. DRAGGOO<br>LANSING, MI 48917 | CARRIER CREEK DRAINAGE DIST #326<br>C/O EATON COUNTY DRAIN COMMISSIONER<br>1045 INDEPENDENCE BOULEVARD<br>BRADY HARRINGTON<br>CHARLOTTE, MI 48813 |
| CENTERPOINT ASSOC. LTD PARTNERSHIP<br>DOUGLAS OR BRUCE ETKIN<br>29100 NORTHWESTERN HWY STE 200<br>SOUTHFIELD, MI 48034 | CHARTER TOWNSHIP OF LANSING,<br>WEST SIDE WATER SUPPLY<br>3209 W MICHIGAN AVE<br>ATTN: JOHN G. DAHER, SUP<br>LANSING, MI 48917 |
| CITY OF FLINT<br>ATTN: MAYOR<br>1101 S SAGINAW ST<br>FLINT, MI 48502 | CITY OF FLINT<br>FLOYD J MCCREE, MAYOR<br>902 E HAMILTON AVE<br>FLINT, MI 48550 |
| CITY OF PONTIAC<br>DEPT OF PUBLIC SERVICES<br>55 WESSEN ST<br>PONTIAC, MI 48341 | CITY OF PONTIAC<br>RODERYCK B. BLAKE<br>DEPARTMENT OF PUBLIC SERVICES<br>47450 WOODWARD AVE<br>PONTIAC, MI 48342-5021 |
| CITY OF PONTIAC<br>THOMAS E. HUNTER, DEPUTY CITY ATTY<br>47450 WOODWARD AVE<br>PONTIAC, MI 48342 | CONSOLIDATED RAIL CORPORATION<br>ATTN: WFG SUPERVISOR<br>2801 WEST SAGINAW STREET<br>LANSING, MI 48912 |
| CONSUMER POWER COMPANY<br>ATTN: W. L. REID<br>212 W MICHIGAN AVE<br>JACKSON, MI 49201-2236 | CSX TRANSPORTATION<br>CSXT CONTRACT ADMINISTRATION J180<br>500 WATER ST<br>J-180<br>JACKSONVILLE, FL 32202-4423 |
| DETROIT EDISON COMPANY<br>MICHIGAN BELL TELEPHONE COMPANY<br>KEITH J REGAN; RIGHT OF WAY<br>1565 CASS AVENUE<br>DETROIT, MI 48226 | ERIE-LACKAWANNA RAILROAD COMPANY<br>VICE PRESIDENT<br>5088 TALLOW POINT ROAD<br>TALLAHASSEE, FL 32309 |
| ETKIN EQUITIES, INC.<br>ATTN DOUG ETKIN<br>55 WESSEN STREET<br>PONTIAC, MI 48341 | ETKIN EQUITIES, INC.<br>DOUG ETKIN<br>450 WIDE TRACK DRIVE EAST<br>PONTIAC, MI 48058 |

| | |
|---|---|
| FRALO PLASTECH MANUFACTURING, LLC<br>CHIEF EXECUTIVE OFFICER<br>ONE GENERAL MOTORS DRIVE<br>SYRACUSE, NY 13206 | GENERAL MOTORS CORPORATION<br>ATTN: G.L HEINS<br>3044 W GRAND BLVD<br>DETROIT, MI 48202 |
| GENERAL MOTORS CORPORATION<br>DIRECTOR OF RETAIL REAL ESTATE<br>485 W MILWAUKEE ST<br>DETROIT, MI 48202-3220 | GRAND TRUNK WESTERN RAILWAY COMPANY<br>ATTN: GENERAL COUNSEL<br>131 W LAFAYETTE BLVD<br>DETROIT, MI 48226-2600 |
| GRAND TRUNK WESTERN RAILWAY COMPANY<br>MANAGER OF REAL ESTATE<br>131 W LAFAYETTE BLVD<br>DETROIT, MI 48226-2600 | GRAND TRUNK WESTERN RAILWAY COMPANY<br>MANAGER OF REAL ESTATE & TAX<br>131 W LAFAYETTE BLVD<br>DETROIT, MI 48226 |
| GRAND TRUNK WESTERN RAILWAY COMPANY<br>W. GLAVIN, VICE PRESIDENT, ADMIN<br>131 W LAFAYETTE BLVD<br>DETROIT, MI 48226 | HAROLD W. NESTLE<br>300 36TH ST SW<br>MC 495-300-00<br>GRAND RAPIDS, MI 49548-2107 |
| HYATT HILLS GOLF COURSE COMMISSION<br>ATTN: CHAIRMAN<br>1300 RARITAN RD<br>CLARK, NJ 07066-1100 | HYATT HILLS GOLF COURSE COMMISSION<br>ATTN: CHAIRMAN<br>37 ALDEN STREET<br>CRANFORD, NJ 07016 |
| KS CITY S RAILWAY CO AND KCSRC<br>Y COMPANIA, S. EN N.C. (KCSR MEX)<br>427 W 12TH ST<br>ATTN: ASSISTANT TO THE PRESIDENT<br>KANSAS CITY, MO 64105 | LANSING BOARD OF WATER AND LIGHT<br>ATTN: CORPORATE SECRETARY<br>123 W OTTAWA ST<br>PO BOX 13007<br>LANSING, MI 48933-1601 |
| LEEDS INDUSTRIAL PARK, INC.<br>ATTN: MR. JEFF VANCE<br>6817 STADIUM DRIVE<br>#2<br>KANSAS CITY, MO 64129 | NEW CASTLE COUNTY, ST OF DELAWARE<br>ATTN: COUNTY EXECUTIVE<br>87 READS WAY<br>NEW CASTLE, DE 19720 |
| NEW PAR D/B/A VERIZON WIRELESS<br>ATTN: NETWORK REAL ESTATE<br>180 WASHINGTON VALLEY RD<br>BEDMINSTER, NJ 07921-2120 | NIAGARA MOHAWK POWER CORPORATION<br>ATTN: RON KUHN<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202-4201 |
| NIAGARA MOHAWK POWER CORPORATION<br>ATTN: SUPERVISOR REAL ESTATE DEPT.<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202-4201 | NIAGARA MOHAWK POWER CORPORATION<br>ATTN: SUPERVISOR, REAL ESTATE DEPT.<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202-4201 |
| NIAGARA MOHAWK POWER CORPORATION<br>ATTN: VP ELECTRIC DELIVERY<br>300 ERIE BLVD W<br>SYRACUSE, NY 13202-4201 | OHIO EDISON COMPANY<br>ATTN: VICE PRESIDENT<br>47 N MAIN ST<br>AKRON, OH 44308-1925 |

| | |
|---|---|
| RED OAK HOLDINGS, INC.<br>ATTN: CLAUDIA BARONS, PRESIDENT<br>6101 SW 76TH ST<br>SOUTH MIAMI, FL 33143-5021 | REMEDIATION & LIAB. MGMT CO, INC.<br>LINDEN PROP. DEV. AND MGMT, LLC<br>6249 COVERED WAGONS TRL<br>ATTN: JOHN BLANCHARD, VP<br>FLINT, MI 48532 |
| ROTH GLOBAL PLASTICS, INC.<br>CSXT CONTRACT ADMINISTRATION J180<br>1 GENERAL MOTORS DRIVE<br>SYRACUSE, NY 13206 | SMITH GROUP DEVELOPMENT<br>ARNOLD MIKON<br>150 W JEFFERSON AVE STE 100<br>DETROIT, MI 48226 |
| SRCTEC, INC.<br>PHIL FAZIO, CHIEF FINANCIAL OFFICER<br>5801 EAST TAFT ROAD<br>NORTH SYRACUSE, NY 13212 | SYRACUSE GLASS COMPANY, INC.<br>ATTN: JOHN DWYER<br>1 GENERAL MOTORS DRIVE<br>P.O. BOX 381<br>SYRACUSE, NY 13206 |
| SYRACUSE GLASS COMPANY, INC.<br>C/O S. CURTIN GRUNDER & REGAN P.C.<br>250 SOUTH CLINTON STREET, SUITE 502<br>SYRACUSE, NY 13202 | THE CHESAPEAKE AND OH RAILWAY CO<br>ATTN: VP AND GM<br>1 LEWIS STREET<br>WHITESVILLE, WV 25209 |
| THE CITY OF ANDERSON, INDIANA<br>CHAIRMAN, BOARD OF PUBLIC WORKS<br>120 E 8TH ST<br>ANDERSON, IN 46016 | THE CITY OF LANSING<br>ATTN: MAYOR<br>123 W OTTAWA ST<br>LANSING, MI 48933-1601 |
| THE CITY OF PONTIAC<br>ATTN: DEPT OF PUBLIC SERVICES<br>450 WIDE TRACK DRIVE , EAST<br>PONTIAC, MI 48058 | THE DETROIT EDISON COMPANY<br>ATTN: MANAGER OF PURCHASES<br>2000 2ND AVE<br>DETROIT, MI 48226-1203 |
| THE DETROIT EDISON COMPANY<br>ATTN: RIGHT OF WAY AGENT<br>200 SECOND AVENUE<br>DETROIT, MI 48226 | THE DETROIT EDISON COMPANY<br>DIRECTOR<br>2000 2ND AVE<br>DETROIT, MI 48226-1203 |
| THE DETROIT EDISON COMPANY<br>DIRECTOR, R.E. & RIGHTS OF WAY DEPT<br>200 SECOND AVENUE<br>DETROIT, MI 48226 | THE DETROIT EDISON COMPANY<br>PAUL ROTTER; CORP REAL ESTATE SERV<br>2000 2ND AVE<br>DETROIT, MI 48226 |
| THE KANSAS CITY SOUTHERN RAIL C/O KANSAS CITY POWER & LIGHT<br>ATTN: VICE PRESIDENT<br>1201 WALNUT<br>P.O. BOX 418679<br>KANSAS CITY, MO 64106 | THE NY CENTRAL RAILROAD COMPANY<br>ATTN: GENERAL MANAGER<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| THE VILLAGE OF TILTON, ILLINOIS<br>ATTN: MAYOR<br>201 W 5TH ST<br>TILTON, IL 61833-7429 | XSTRAATA MAGNESIUM CORPORATION<br>ATTN: JAN GUY<br>1820 EAST 32ND STREET<br>ANDERSON, IN 46013 |

XSTRAATA MAGNESIUM CORPORATION  
BRUNSON & KAHN  
HARLAN D. KAHN  
300 WEST WASHINGTON; 14TH FLOOR  
CHICAGO, IL 60606