HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 25, 2011 at 4:00 p.m. (Eastern Time)
(extended by agreement)

David A. Golin
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone: (312) 876-7800
Facsimile: (312) 876-0288

Attorneys for Sentry Insurance a Mutual Company
and Sentry Select Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al.* | **09-50026 (REG)** |
| **Debtors.** | **(Jointly Administered)** |

**RESPONSE OF SENTRY INSURANCE A MUTUAL COMPANY AND SENTRY SELECT
INSURANCE COMPANY TO DEBTORS' MOTION FOR ENTRY OF ORDER
ESTABLISHING CLAIMS RESERVES IN CONNECTION WITH DISTRIBUTIONS
TO BE MADE UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN
WITH RESPECT TO, AMONG OTHER THINGS,
<u>CERTAIN UNLIQUIDATED CLAIMS</u>**

Sentry Insurance a Mutual Company ("<u>Sentry Insurance</u>") and Sentry Select Insurance Company ("<u>Sentry Select</u>"), by their attorneys, hereby respond to the Debtors' Motion For Entry Of Order Establishing Claims Reserves In Connection With Distributions To Be Made Under The Debtors' Amended Joint Chapter 11 Plan With Respect To, Among Other Things, Certain Unliquidated Claims (the "<u>Motion</u>") filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "<u>Debtors</u>") and state as follows:

1. Sentry Insurance and Sentry Select are filing this response to preserve their rights under section 502(j) of the Bankruptcy Code.

2. On November 24, 2009, Sentry Insurance and Sentry Select each filed two proofs of claim: one against Motors Liquidation Company f/k/a General Motors Corp. ("GM") and one against MLCS, LLC, f/k/a Saturn LLC ("Saturn"). The proofs of claim are summarized below:

| Claimant | Debtor | Claim No. |
| --- | --- | --- |
| Sentry Insurance | GM | 44307 |
| Sentry Insurance | Saturn | 44304 |
| Sentry Select | GM | 44306 |
| Sentry Select | Saturn | 44884 |

3. Sentry Insurance and Sentry Select issued product liability insurance policies to certain GM and Saturn auto dealerships prior to the commencement of the Debtors' chapter 11 cases. Copies of the proofs of claim are attached hereto collectively as Exhibit A. Each of the proofs of claim relate to different policies and different dealerships.

4. At the time that the proofs of claim were filed, the claims were all unliquidated.

5. Subsequent to the filing of the proofs of claim, one of them (Claim No. 44306) has become liquidated, in part. On July 30, 2009, a lawsuit was filed by DEF Properties against C Thompson Automotive, Inc. (a dealer) and GM in the State Court of South Carolina. The complaint alleged damages due to defective parts and improper service. Sentry Select settled the litigation by making a payment on behalf of the dealer to DEF Properties in the amount of $340,000. Sentry Select also incurred attorneys' fees of $10,540 in connection with this matter. Additionally, at this time there are four other lawsuits pending against former GM dealers insured by Sentry Select. To date, Sentry Select has incurred approximately $230,000 in attorneys' fees related to these matters.

6. On January 14, 2011, the Bankruptcy Court entered an order granting the Debtors' 110th Omnibus Objection to Claims disallowing and expunging certain claims referred to as "Contingent Co-Liability Claims" under section 502 (e)(1)(B) of the Bankruptcy Code.[1] Claim No. 44306 and Claim No. 44307 were included among the claims disallowed by the order.

7. Sentry Select intends to file a motion pursuant to section 502(j) of the Bankruptcy Code for reconsideration of Claim No. 44306 to allow the foregoing fixed and liquidated portion of the claim.

8. Sentry Insurance and Sentry Select reserve the right to have their claims reconsidered to the extent they become further fixed and liquidated, pursuant to section 502(j) of the Bankruptcy Code.[2] [3]

9. Sentry Insurance and Sentry Select believe that the aggregate amount of their four proofs of claim (including the liquidated amounts described above) shall not exceed $1,800,000.

WHEREFORE, Sentry Insurance and Sentry Select pray that any order entered on the Motion be without prejudice to the rights of Sentry Insurance and Sentry Select to request

---

[1] Sentry Insurance and Sentry Select did not receive notice of the Debtors' 110th Omnibus Objection to Claims.

[2] On January 26, 2011, the Debtors filed their 159th Omnibus Objection to Claims in which the Debtors seek to disallow Claim No. 44884 as a Contingent Co-Liability Claim under section 502 (e)(1)(B) of the Bankruptcy Code.

[3] On December 21, 2010, the Debtors filed their 120th Omnibus Objection to Claims seeking to disallow Claim No. 44304 on the basis that it is identical to and duplicative of Claim No. 44306. On January 26, 2011, Sentry Insurance and Sentry Select filed a response to the Debtors' 120th Omnibus Objection advising the Debtors that the two claims are not duplicative. The hearing with respect to these claims was adjourned to April 26, 2011.

reconsideration of any of their claims to the extent that the are currently or in the future become fixed and unliquidated.

                                              SENTRY INSURANCE A MUTUAL COMPANY
                                              SENTRY SELECT INSURANCE COMPANY

Dated: February 24, 2011                  /s/ David A. Golin
                                              David A. Golin

                                              ARNSTEIN & LEHR LLP
                                              120 S. Riverside Plaza, Suite 1200
                                              Chicago, IL 60606
                                              Phone: (312) 876-7100
                                              Fax: (312) 876-0288

9456263.1

# CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, hereby certify that on February 24, 2011, the **Response of Sentry Insurance A Mutual Company and Sentry Select Insurance Company to Debtors' Motion For Entry Of Order Establishing Claims Reserves In Connection With Distributions To Be Made Under The Debtors' Amended Joint Chapter 11 Plan With Respect To, Among Other Things, Certain Unliquidated Claims** was filed *electronically* through the Court's ECF Filing System and served via overnight delivery to the entities and individuals listed on the attached Service List.

/s/ David A. Golin

9456263.1

5

# SERVICE LIST

| Attorneys for the Debtors<br><br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller<br>Attn: Stephen Karotkin<br>Attn: Joseph H. Smolinsky | The Debtors<br><br>Motors Liquidation Company<br>401 South Woodward Ave., Suite 370<br>Birmingham, MI 48009<br>Attn: Thomas Morrow |
|---|---|
| Attorneys for the Statutory Committee of Unsecured Creditors<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Thomas Moers Mayer<br>Attn: Robert Schmidt<br>Attn: Lauren Macksoud<br>Attn: Jennifer Sharret | Attorneys for the United States Department of the Treasury<br><br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi |
| Attorneys for the Official Committee of Unsecured Creditors holding Asbestos-related Claims<br><br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-3500<br>Attn: Elihu Inselbuch<br>Attn: Rita C. Tobin | Attorneys for the Official Committee of Unsecured Creditors holding Asbestos-related Claims<br><br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005<br>Attn: Trevor W. Swett III<br>Attn: Kevin C. Maclay |
| Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants<br><br>Stutzman, Bromberg, Esserman & Plitka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201<br>Attn: Sander L. Esserman<br>Attn: Robert T. Brousseau | Attorneys for Export Development Canada<br><br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn: Michael J. Edelman<br>Attn: Michael L. Schein |

| | |
|---|---|
| United States Department of the Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington D.C. 20220<br>Attn: Joseph Samarias | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis |
| General Motors, LLC<br>400 Renaissance Center<br>Detroit, MI 48265<br>Attn: Lawrence S. Buonomo | United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street<br>Third Floor<br>New York, NY 10007<br>Attn: David S. Jones<br>Attn: Natalie Kuehler |

9414807.1