

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

Search | Help | Home

Honorable Arthur J. Gonzalez, Chief Judge    Vito Genna, Clerk of Court

# Judge Robert E. Gerber

ECF/PACER →

Local Rules/ Orders/ Guidelines

Judges and → Chambers Information

- Judge Bernstein
- Judge Chapman
- Judge Drain
- Judge Gerber
- Judge Glenn
- Chief Judge Gonzalez
- Judge Gropper
- Judge Lane
- Judge Lifland
- Judge Morris
- Judge Peck
←

Court → Calendars

Directories →

Opinions →

Forms

Filing Procedures/ Policies

Mediators

Fees

Related Sites

About Us →

Vacancy Announcements

### Court

One Bowling Green
New York, NY 10004-1408
Chambers: (212) 668-5660
Courtroom: 621

### Chambers Directory

Courtroom Deputy:
Helene Blum
(212) 668-2870 ext. 3622

Law Clerk: Ashutosh Habbu
(212) 668-2870 ext. 3624

Law Clerk: Isley Markman
(212) 668-2870 ext. 3625

### Profile

Robert E. Gerber is a United States Bankruptcy Judge for the Southern District of New York. When appointed to the bench in 2000, he was a partner in the New York City law firm of Fried, Frank, Harris, Shriver & Jacobson, where, with an interruption for service in the U.S. Air Force in 1971 and 1972, he practiced for 30 years, specializing in securities and commercial litigation and, thereafter, bankruptcy litigation and counseling. He practiced very nearly entirely in the bankruptcy area over his last 11 years of private practice, representing debtors and creditors in about equal numbers, principally in large chapter 11 cases.

Judge Gerber received a B.S. in Industrial Engineering from Rutgers University, from which he graduated, with high honors, in 1967, and a J.D. degree from Columbia University, from which he graduated, magna cum laude, in 1970, and where, among other things, he was a James Kent Scholar.

He is a contributing author to Collier on Bankruptcy and is a Fellow of the American College of Bankruptcy.

Dear Court & Judge Gerber         2-19-11

I tried to file this electronically last evening but could not figure out how to! ID, Password, legal jargon, etc. Sorry.

Please accept the hardcopy as my response to this ~~my~~ inquire!

Sincerely,

Kathryn J. Slade

20904 Torre Del Lago

Estero, FL. 33928

HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

*[Handwritten: Response attached; file by 2-22-11 4pm]*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                                 :   Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, et al.,                   :   09-50026 (REG)
f/k/a General Motors Corp., et al.                    :
                                                      :
                    Debtors.                          :   (Jointly Administered)
                                                      :
------------------------------------------------------x

## NOTICE OF DEBTORS' 179th OMNIBUS OBJECTION TO CLAIMS
(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)

**PLEASE TAKE NOTICE** that on January 26, 2011, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "**Debtors**"), filed their 179th omnibus objection to expunge certain compensation and welfare benefits claims of retired and former salaried and executive employees (the "**179th Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 179th Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

US_ACTIVE:\43611356\02\72240.0639

To Whom It May Concern                                                Feb. 18th 2011

**To the Bankruptcy Court & Honorable Judges who preside over the Old GM & New GM,,,,,,**

I, Kathryn J. Slade, retired Salaried Employee of General Motor Corporation (Old GM & New GM), am writing this letter not only on MY BEHALF but the behalf of all Salaried employees that have submitted a claim due to The Old GM filing for bankruptcy and our claims are to be "Disallowed and Expunged" from any liability of either company (they are one of the same company to me and probably all other retired GM employees)...

## I take exception that my claim may be "Disallowed and/or Expunged" in any form or manner due to the following reasons listed below:

I WORKED FOR GENERAL MOTORS CORPORATION FOR JUST OVER 30 YEARS TAKING AN EARLY RETIREMENT (30 YRS AND OUT) ON APRIL 1ST, 2009. OVER THAT 30 YEARS I (AND ALL OTHER SALARIED WORKERS) TOOK NUMEROUS PAY FREEZES, TOOK BENEFIT REDUCTIONS OVER TIME AND EVEN WORKED OVERTIME "WITHOUT PAY" AS A WAY TO BE PART OF A "TEAM" OF GENERAL MOTORS TO ASSIST THIS COMPANY TO SURVIVE DURING HARD TIMES, ECONOMICS CRISIS' AND SUCH. DURING THAT TIME OF WORKING OVERTIME "WITHOUT PAY", IT WAS ASSUMED THRU MANAGEMENT THAT ALL SALARIED WORKERS WOULD WORK ON A DAILY BASIS OF 9 HRS MININUM PLUS WHAT EVER OVERTIME WAS NEEDED TO "GET THE JOB DONE". I DID NOT BITCH BUT JUST FOLLOWED THE RULES APPLIED BY MY MANAGEMENT (AS THEY DID ALSO). (I DO UNDERSTAND THAT MOST STATE OR FEDERAL LAWS REQUIRE THAT EMPLOYERS PAY WORKERS FOR OVERTIME OVER 40 HRS A WEEK. I GUESS THAT DID NOT APPLY TO GENERAL MOTORS CORPORATION. )

THIS INFORMATION CAN BE VERIFIED BY MY BADGE SWIPES IN AND OUT OF PLANTS IN MY LAST 3-4 YEARS AT GM. I WORKED OUT OF STATE FOR 3 MONTHS AT A TIME (AT A JOB MIND YOU I REALLY LOVED AND ENJOYED) WORKING SOMETIMES 10-16 HRS A DAY TO FULLFILL MY JOB REQUIREMENT AND PROVIDE NOT ONLY MY COMPANY BUT MYSELF A STRONG AND QUALITY PRODUCT. DURING ALL THIS TIME, WE STILL HAD WAGE FREEZES, BENEFIT REDUCTIONS AND **GREAT STRESS** OVER WHETHER WE WOULD STILL HAVE A JOB TOMORROW. I FEEL AND THINK THAT I PUT FORTH 110% OF MYSELF TO MY CORPORATION TO ENSURE MY LIVELYHOOD AS WELL AS THE LIVELYHOOD OF THE CORPORATION.

ALL THIS HARD WORK AND DEDUCATION TO GENERAL MOTORS CORPORATION (OLD, NEW OR OTHERWISE) AND I AM STILL FACING THE FACT THAT ANY MONTH OR YEAR IN THE FUTURE I MAY WAKE UP AND FIND MY "PENSION" EITHER CUT OR COMPLETELY GONE. ABOUT 6-8 YEARS AGO WHEN I WAS WORKING AT THE FLINT, MICHIGAN 3800 ENGINE PLANT, I RECALL OUR "PENSION FUND" WAS "OVERFUNDED AT THAT TIME".... WELL I HAVE READ SOMEWHERE (DETROIT NEWS OR A LOCAL PAPER IN MICHIGAN" SOMETIME IN THE PAST 2 YRS) THAT THAT PENSION FUND WAS DIPPED INTO TO PAY FOR WORKER BUYOUTS. NO WONDER I FEAR MY PENSION MAY DISAPEAR SOME DAY!

Page1                                                    Kathryn J. Slade

WHETHER THE COURTS OR A JUDGE(S) PRESIDING OVER THE GENERAL MOTORS CLAIMS FROM SALARIED EMPLOYEES DECIDE IN THE FAVOR OF THE WORKERS OR THE CORPORATION, I WILL ALWAYS FEEL THAT MY 30 YEARS OF DEDUCATION AND HARD WORK IS PART OF THE REASON **WHY** GENERAL MOTORS IN NOW TURNING PROFITS.   YOU SEE, MANAGEMENT ALWAYS TOOK THEIR BIG BONUS'S EVEN WHEN **WE** DID NOT GET ANY WAGE INCREASES!  OR  MANAGEMENT GOT THEIR STOCK OPTIONS WHEN THE STOCK PRICES WERE LOW, AND THEY GAVE US STOCK OPTIONS WHEN PRICES WERE HIGH, AS OUR "BONUS".  WELL THOSE STOCK OPTIONS ALSO GOT LOST WHEN GM FILED FOR BANKRUPTCY, I LOST THAT MONEY ALSO..... I DON'T RECALL IF I INCLUDED THAT IN MY CLAIM BUT I DON'T BELIEVE SO.

I KNOW I AM BORING YOU WHO EVER GOT TO READ THIS (PROBABLY NO-ONE)...

THANK YOU FOR THIS OPPORTUNITY TO RESPOND TO THE ORDER OF DISALLOWING/EXPUNGING MY CLAIM, THAT GENERAL MOTORS CORPORATION (OLD/NEW) IS OBJECTING TO BEING RESPONSIBLE FOR SALARIED WORKERS AND THEIR CLAIMS TO LOST MONIES BY ANY FORM.   I WISH ALL THE SUCCESS TO THE NEW GM AND ITS FUTURE BECAUSE I BELIEVE AS AN AMERICAN WORKER, THERE WAS NO BETTER COMPANY TO WORK FOR IN THIS COUNTRY.

**PLEASE CONSIDER MY REQUEST TO <u>RESPECTFULLY</u> OBJECT TO THIS NOTICE OF DEBTORS 179TH OMNIBUS OBJECTION TO CLAIMS (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)**

**Kathryn J. Slade
20904 Torre Del Lago St
Estero, Florida  33928**

Page2                                                                                              Kathryn J. Slade