United States Bankruptcy Court                                      February 16, 2011

Southern District of New York

One Bowling Green

New York, NY 10004

Honorable Robert E. Gerber, United States Bankruptcy Judge


In re

Motors Liquidation Company, et al.,

    f/k/a General Motors Corp., et al.        Chapter 11 Case No.

                                                          09-50026 (reg)


In regards to the Notice of Debtors' 171st Omnibus Objection to Claims dated January 26, 2011, I, Gerald S. Kaspzyk, retired General Motors employee object to the claims of the debtors for the following reasons:

<u>Life Insurance</u>

a. I was an employee of General Motors Corporation for 38 Years (starting on October 1, 1960 retiring on October 1, 1998) (exhibit A).
b. At the time of retirement my salary was $ 79,134.36 (exhibit A).
c. In my General Motors benefit package at the time of retirement I was told I would be provided with a life insurance at age 65. The amount of insurance in affect would be equal to my salary at time of retirement.
d. Effective August 1, 2009 the amount of Basic Life Insurance provided by General Motors in retirement was reduced to a Maximum of $ 10,000 (exhibit B).


<u>Health Care Benefit Losses</u>


Based on information recently provided by General Motors Company, the average cost of health care for Medical, Prescription, Dental, Vision and Extended Care Coverage to the company under the salary cap implemented in 2006/2007 was $ 5500. Beginning at 65, the loss per year, would be $5500 minus the $3600 annual Level Benefit ($300 per month GM added to our pensions starting on January 1, 2009), or $1900. Based on these figures I have determined that my Health Care Benefit Losses for me and my

wife, Kathryn A. Kaspzyk would be $ 67,317.00. This Loss Calculation Total figure is based on the Social Security Administration's period life table which predicts longevity based on gender and age times $ 1900.00. My date of birth is 3-31-1943 and my wife, Kathryn A. Kaspzyk, date of birth is 7-9-1942. (exhibit C).

Rationale for Requested Claims

United States Bankruptcy Courts have the right to alter all contracts of all participants going through bankruptcy. In that context they have upheld UAW agreements with regard to contracts between parties including Health Care Benefits. The UAW Health Care Benefits were maintained by letting the UAW assume all the Health Care Benefits for their employees and having it funded by GM through cash infusions and acquiring approximately 17% in the New GM stock. Therefore, since some of the parties (UAW) have not had their benefits altered by bankruptcy then salary benefits should not be adversely modified since that would be treating employees differently.

Therefore, I should receive recompense for the losses in Life Insurance and Health Care Benefits I was promised at the time of retirement and the relief requested by the Debtors should be denied.

Sincerely,

*[signature]*

Gerald S. Kaspzyk
1772 Kilburn
Rochester Hills, MI 48306
248-651-2711

AUTHORIZATION OF MONTHLY BENEFITS                                        SRP 117
GENERAL MOTORS RETIREMENT PROGRAM FOR SALARIED EMPLOYES

```
GERALD S KASPZYK                              RETIREMENT NO: R369427389
1772 KILBURN RD N                             DIVISION: GENERAL MOTORS CORP.
ROCHESTER              MI 483063034           CISCO: 10001

  NK                                          CREDITED SERVICE
 NBD BANK                                       PART A:  38-00
 G S KASPZYK                                    PART B:  38-00
 611 WOODWARD AT FORT
 DETROIT               MI 48232               BENEFIT CLASS CODE: D
BANK ACCOUNT NUMBER    ACCOUNT TYPE           BASIC     BENEFIT RATE:  40.00
41023155                   CHCK               TEMPORARY BENEFIT RATE:  37.40
EFT: P
                                              SOCIAL SECURITY NO:        -7389
RETIREMENT TYPE: 56                           BIRTH DATE: 03-31-1943
 WINDOW RETIREMENT AGE 53 TO 62               SALARY
RETIREMENT DATE: 10-01-1998                     AVERAGE MONTHLY  :     6,594.53

                    FACTORS             OPTION  EMPLOYE CONTRIBUTIONS
             AGE   OPTION  SURVIVOR     CODE      PRIOR TO 07-77:    1,809.12
              %      %        %                   07-77 TO 10-79:      878.92
BASIC        84.90  95.00    60.00       SS       10-79 &  LATER:    9,519.17
TEMPORARY    84.90  NONE     NONE        NONE
SUPPLEMENTARY 84.90 95.00    60.00       SS     AUTHORIZED DEDUCTIONS
PRIMARY      84.90  95.00    60.00       SS       % FEDERAL INCOME TAX
```

********************************************************************************
THE FOLLOWING MONTHLY BENEFITS HAVE BEEN AUTHORIZED. ADDITIONAL INFORMATION
REGARDING YOUR RETIREMENT BENEFITS ARE EXPLAINED ON THE ATTACHED FORM SRP 117A.

```
                 **** AUTHORIZED BENEFITS ****
                  COMMENCEMENT            AMOUNT AT     AMOUNT AT
                  DATE        AMOUNT      AGE  62       AGE 65
                                $            $             $
BASIC            10-01-1998   1,214.48    1,444.00      1,444.00
TEMPORARY        10-01-1998     952.58
SUPPLEMENTARY    10-01-1998     795.19      795.19        795.19
PRIMARY          10-01-1998     757.04      757.04        757.04
SPECIAL-INS      04-01-2008                                43.80
     TOTAL                    3,719.29    2,996.23      3,040.03
```

********************************************************************************
                    **** SURVIVOR INFORMATION ****
KATHRYN A KASPZYK
SOCIAL SECURITY NO:        -4225                    BIRTH DATE: 07-09-1942
        **** SURVIVOR BENEFITS AT RETIREE COMMENCEMENT DATE ****
                       AMOUNT
                          $
BASIC                   866.40
SUPPLEMENTARY           477.11
PRIMARY                 454.23
TOTAL                 1,797.74

********************************************************************************
I UNDERSTAND THIS BENEFIT AUTHORIZATION REFLECTS MY ELECTION OF THE
SURVIVING SPOUSE OPTION.


I AM THE EMPLOYE HEREIN NAMED AND IDENTIFIED. I HAVE READ AND UNDERSTAND
THE DATA AND CALCULATIONS SHOWN.

                                   _____  10-21-98
      APPROVED BY:                       EMPLOYE SIGNATURE              DATE


_____    _____
SIGNATURE AUTHORIZED DELEGATE             DATE



                         EXHIBIT A



                                   ISSUE DATE AND TIME: 10-20-1998  12:02:07
DISTRIBUTION: ORIGINAL-MASTER RETIREMENT FILE    COPY-EMPLOYE
```

## Retired Employee Life Insurance Losses

| | |
|---|---|
| Annualized Salary at time of retirement | $ 79,134.36 |
| Current amount of Company provided Life Insurance | - $ 10,000.00 |
| Value of Lost Life Insurance | $ 69,134.36 |

*EXHIBIT C*

## Health Care Benefit Losses

### Gerald Stanley Kaspzyk (GM retiree)

    Date of Birth: 3-31-43

| | |
|---|---|
| Annual post-65 benefit loss beginning 2010 * | $ 1900.00 |
| Number of years between 65 and full life expectancy | X 16.73 |
| Amount of loss after age 65 | $ 31,787.00 |

### Kathryn Anne Kaspzyk (wife of GM retiree)

    Date of Birth: 7-9-42

| | |
|---|---|
| Annual post-65 benefit loss beginning 2010 | $ 1900.00 |
| Number of years between 65 and full life expectancy | X 18.7 |
| Amount of loss after age 66 | $ 35,530.00 |

*Based on information provided by General Motors Company for retiree's 65 and older, the average cost of health care for Medical, Prescription, Dental, Vision and Extended Care Coverage to the company under the salaried cap implemented in 2006/7 was $ 5500 minus the $ 3600 annual Level Benefit through life expectancy, or $ 1900.

09-50026-mg    Doc 9434    Filed 02/22/11    Entered 02/24/11 16:35:26    Main Document
Pg 6 of 6

*EXHIBIT C*

SSA Actuarial Table Data
http://www.ssa.gov/OACT/STATS/table4c6.html

| Exact Age as of Jan 1, 2009 | Life Expectancy Male | Total | Life Expectancy Female | Total |
|---|---|---|---|---|
| 45 | 32.81 | $51,539 | 36.79 | $59,101 |
| 46 | 31.93 | $50,407 | 35.87 | $57,893 |
| 47 | 31.06 | $49,294 | 34.96 | $56,704 |
| 48 | 30.2 | $48,200 | 34.05 | $55,515 |
| 49 | 29.34 | $47,106 | 33.14 | $54,326 |
| 50 | 28.49 | $46,031 | 32.24 | $53,156 |
| 51 | 27.65 | $44,975 | 31.35 | $52,005 |
| 52 | 26.83 | $43,957 | 30.46 | $50,854 |
| 53 | 26 | $42,920 | 29.57 | $49,703 |
| 54 | 25.19 | $41,921 | 28.69 | $48,571 |
| 55 | 24.37 | $40,903 | 27.82 | $47,458 |
| 56 | 23.57 | $39,923 | 26.94 | $46,326 |
| 57 | 22.77 | $38,943 | 26.08 | $45,232 |
| 58 | 21.97 | $37,963 | 25.22 | $44,138 |
| 59 | 21.19 | $37,021 | 24.37 | $43,063 |
| 60 | 20.42 | $36,098 | 23.53 | $42,007 |
| 61 | 19.66 | $35,194 | 22.7 | $40,970 |
| 62 | 18.91 | $34,309 | 21.88 | $39,952 |
| 63 | 18.17 | $33,443 | 21.08 | $38,972 |
| 64 | 17.44 | $32,596 | 20.28 | $37,992 |
| 65 | 16.73 | $31,787 | 19.49 | $37,031 |
| 66 | 16.02 | $30,438 | 18.7 | $35,530 |
| 67 | 15.32 | $29,108 | 17.93 | $34,067 |
| 68 | 14.63 | $27,797 | 17.17 | $32,623 |
| 69 | 13.96 | $26,524 | 16.42 | $31,198 |
| 70 | 13.3 | $25,270 | 15.69 | $29,811 |
| 71 | 12.66 | $24,054 | 14.97 | $28,443 |
| 72 | 12.04 | $22,876 | 14.27 | $27,113 |
| 73 | 11.43 | $21,717 | 13.58 | $25,802 |
| 74 | 10.84 | $20,596 | 12.9 | $24,510 |
| 75 | 10.26 | $19,494 | 12.24 | $23,256 |
| 76 | 9.7 | $18,430 | 11.59 | $22,021 |
| 77 | 9.15 | $17,385 | 10.96 | $20,824 |
| 78 | 8.63 | $16,397 | 10.34 | $19,646 |
| 79 | 8.11 | $15,409 | 9.74 | $18,506 |
| 80 | 7.62 | $14,478 | 9.16 | $17,404 |
| 81 | 7.14 | $13,566 | 8.59 | $16,321 |
| 82 | 6.68 | $12,692 | 8.04 | $15,276 |