February 17, 2011

1 of 9

United States Bankruptcy Court
Southern District of New York

In re

Motors Liquidation Company, et al.,
f/k/a General Motors Corp, et al.

        Debtors.

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

I Sharyl Y. Carter at 1541 LaSalle Ave #1 Niagara Falls, New York 14301. My numbers are (716) 282-1639 and (716) 930-4495.

I continue to object, disagree with the Debtors and their affiliated Debtors on all Plans. Also to the Debtors objection to all my Sharyl Y. Carter claims Nos. 50552,

Sharyl Y. Carter
Case No 09-50026    2 of 9

6702D, 14901, 19246, and 19247 filed by me, Sharyl Y. Carter against the Debtors and their affiliated Debtors.

I have recently filed a response that was due by February 11, 2011 in this Court, United States Bankruptcy Court Southern District of New York to Judges/Judge - Honorable Robert E. Gerber and Courts of my claims. As I continue to file my objection, disagreements to all the Debtors Plans and their affiliated Debtors to the best of my Sharyl Y. Carter ability without an Attorney-Lawyer. Due to past misrepresentation, misleading, mis-guiding, and alot more concerns

of previously Attorneys-Lawyers who attempted to represent me Sharyl Y. Carter in my claims against the Debtors and their affiliated Debtors. I respectfully ask the Judge/Courts to allow all my claims against the Debtors.

I Sharyl Y. Carter would not be in your Courts - Honor Robert E. Gerber and any other Courts if the Debtors and their affiliated Debtors would not have damage me for life or place me in situations to have filed all my claims against the Debtors.

I have always filed my Responses in a timely manner by the deadline

Sheryl Y. Carter
Case No 09-50026    4 of 9.

Whenever I Sheryl Y. Carter was mailed the documents in a timely manner, given me enough time to read over all the massive pages by the Debtors and their affiliated Debtors.

I Sheryl Y. Carter respectfully ask the Judge/Courts - Honorable Robert E. Gerber, to allow all my claims against the Debtors and their affiliated Debtors claim nos 01316, 00552, 07020, 09072, 14901, and 19247 (The Carter Claims) and any other claims against the Debtors. As the Debtors stated they want to expunge six of the seven claims

that comprise the Carter claims, some were filed duplicate claims, that was not my fault, I blame that of the Debtors and their affiliated Debtors, and their Attorneys, employees who handled the Proof of Claims.

Also I Sheryl Y. Carter set forth the legal and factual basis to the best of my ability. I against Respectfully ask the Judge/Courts to allow all my claims against the Debtors.

As stated my claims the Carter claims were filed against MLC Debtors each in an unliquidated amount and without sufficient documentation that would

allow the Debtors to effectively analyze the asserted liability according to the Debtors. Then why did the Debtors attorneys contacted me, by phone, and mailing documents asking what price I wanted to settle with, if the Debtors do not think I have any claims against them. The Debtors stated I Sharyl Y. Carter engaged in a letter writing campaign to send letters to the Courts, Clerk of the Court, Garden City Group, Inc, Weil, Gotshal & Manges LLP, and the Class counsel in class action

litigation, several of which were attached to certain of the later claims. The Debtors states none of those letters provide adequate information to substantiate a claim. With that statement from the Debtors and their affiliated Debtors, why and how did I, we end up in this courts with all my claims, also other courts. Where are all the documents I already provided to attorneys of the Debtors and my previously attorney. Why am I continuing to be torted, retaliated against, discriminate, harass on going. Also why their are NO records

on my behalf with the Debtors and their affiliated Debtors. Why was I given Re small settlements that were place into my Fidility Stock with the Debtors, and blocked on past, present, maybe future funds that is rightfully due to me Sharyl Y Carter. As the Debtors continue to ask for Proof of Claims from me, I gave it to them that is why there was no amount attached, also I had respectfully ask the Judge/Courts to allow an amount higher if needed for all my claims against the Debtors

As the Debtors stated I Sharyl Y. Carter filed claims against Delphi

Corporation, a former General Motors Corporation subsidiary that was spun off in 1998. The Debtors stated they are not aware of the disposition of such claims. Again my question is how did we get to this point if I do not have claims against Motors Liquidation Company, and Delphi Corporation, Debtors and affiliated Debtors.

I respectfully ask the Courts/Judge to allow all my claims against the Debtors and their affiliated Debtors. As I Sheryl L. Carter have did the best that I could to represent myself in the years that it is taking to reply, answer deadline response that is require from me to do so.

Sincerely,
Sheryl L. Carter