February 17, 2011

United States Bankruptcy Court          1 of 4
Southern District of New York

IN RE

Motors Liquidation Company, et al.,
f/k/a General Motors Corp., et al.

    Debtors

Chapter 11, Case No.
09-50026 (REG)

(Jointly Administered)

I, Sharyl Y. Carter at 1541 LaSalle Ave #1 Niagara Falls, New York 14301. My numbers are (716) 282-1639 and (716) 930-4495

I object, disagree with all of the Debtors and their affiliated Debtors Plans in this court and any other courts concerning my, Sharyl Y. Carter claims against the above Debtors.

I Sheryl Y Carter respectfully ask the United States Bankruptcy Judge/Courts Southern District of New York to allow all my claims against Motors Liquidation Company-Debtors and their affiliated Debtors.

As the Debtors stated, despite the progress made to date in reconciling the tens of thousands of claims filed in these chapter 11 cases, much work remains. I Sheryl Y Carter the claimant have responded by much work, also an employee of the Debtors and their affiliated Debtors have been and continues to go through alot of pain and suffering, due to my claims against the Debtors, and as an employee

I Sheryl Y. Carter respectfully ask of the Judge/Courts to allow the Debtors to mail me documents, informations on all Plans, at the same time I am mailed notices of Hearing, Date and Time, and Objection Deadline responses. I should not have to response several times before the deadline.

I Sheryl Y. Carter respectfully ask the Judge/Courts to allow all my claims against the Debtors and their affiliated Debtors, also allowing <u>Cash only, not stock</u> within the Debtors Company or any other company.

I Sheryl Y. Carter filing my objection to the Debtors and their affiliated Debtors Plans.

As stated by the Debtors and their affiliated Debtors, and their professionals have conducted an extensive, nearly claim-by-claim analysis of the fully unliquidated disputed general unsecured claims in order to determine an appropriate reserve value for such claims. In performing this analysis, the Debtors and their professionals aimed to estimate each claim at a value, that, to the best of the Debtors' knowledge, reflects a reasonable "high-end" estimate.

I Sharyl Y. Carter object to the Debtors and affiliated Debtors Plans.

Sincerely
Sharyl Y. Carter