UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY<br>f/k/a GENERAL MOTORS CORPORATION,<br>*et al.*, | 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John N. Hanson, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent the Marion Bragg Group, a creditor in the above-referenced Chapter 11 case.

I certify that I am a member in good standing of the bar in the District of Columbia (Bar No. 316315).

I have submitted the filing fee of $25.00 with this Motion for *Pro Hac Vice* Admission.

Dated: February 16, 2011
Washington, DC

Respectfully submitted,

John N. Hanson
BEVERIDGE & DIAMOND, P.C.
1350 I Street, NW, Suite 700
Washington, DC 20005
Telephone: (202) 789-6015
Facsimile: (202) 789-6190
Email: jhanson@bdlaw.com

RECEIVED FEB 17 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

In re                                              :     Chapter 11 Case No.
                                                   :
MOTORS LIQUIDATION COMPANY                         :     09-50026 (REG)
f/k/a GENERAL MOTORS CORPORATION,                  :
*et al.*,                                          :
                                                   :
                    Debtors.                       :     (Jointly Administered)
                                                   :
---------------------------------------------

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John N. Hanson to be admitted, *pro hac vice*, to represent the Marion Bragg Group, a creditor in the above-referenced case, and upon the movant's certification that the movant is a member of good standing of the bar in the District of Columbia, it is hereby:

**ORDERED** that John N. Hanson, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Marion Bragg Group in the United States Bankruptcy Court for the Southern District of New York, provided that the $25.00 filing fee has been paid.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE