HEARING DATE AND TIME: March 29, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: March 22, 2011 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND
THE ATTACHMENTS HERETO TO DETERMINE WHETHER
THIS OBJECTION AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                            :

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

**<u>NOTICE OF DEBTORS' 210TH OMNIBUS OBJECTION TO CLAIMS</u>**
**(Claims for Equity Interests)**

       **PLEASE TAKE NOTICE** that on February 24, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 210th omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**March 29, 2011 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

To the extent a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **March 22, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing

system (the User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5

inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on

or before the deadline for response:

    A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

    B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

    C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

A Claimant's Response, if any, must contain at a minimum the following: (i) a

caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case

number, and the number of the Objection to which the Response is directed; (ii) the name of the

Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting

forth the reasons why the claim should not be disallowed and expunged for the reasons set forth

in the Objection, including, but not limited to, the specific factual and legal bases upon which the

Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the

claim, to the extent not included with the proof of claim previously filed with the Bankruptcy

Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which

the Debtors must return any reply to the Claimant's Response, if different from that presented in

the proof of claim; and (vi) the name, address, and telephone number of the person that can be

contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, <u>please contact</u>

the Debtors at **1-800-414-9607**.  **CLAIMANTS SHOULD NOT CONTACT THE CLERK**

**OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.**

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief**

**requested in the Objection without further notice or a hearing if a Claimant fails to file a**

**timely Response or appear at the Hearing.**

Dated: New York, New York
       February 24, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                    :
In re                               :      Chapter 11 Case No.
                                    :
MOTORS LIQUIDATION COMPANY, et al., :      09-50026 (REG)
        f/k/a General Motors Corp., et al. :
                                    :
                Debtors.            :      (Jointly Administered)
                                    :
------------------------------------------------------------x
```

## DEBTORS' 210TH OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT "A" ANNEXED TO THIS OBJECTION.**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.        Prior to the commencement of these chapter 11 cases, the Debtors issued

hundreds of millions of shares of common equity.  This Objection addresses individual proofs of

claim that assert equity interests (collectively, the "**Subject Proofs of Claim**" and each a

"**Subject Proof of Claim**").[1]  A list of Subject Proofs of Claim is attached hereto as

**Exhibit "A."**  A proof of claim that asserts an equity interest as a "claim" is improper because

equity interests are not claims and, in turn, equity interests holders are not creditors on account of

such interests.  To extent that a proof of claim asserts an equity interest as a "claim," such

"claim" should be disallowed and reclassified as an equity interest.  Reclassification will

preserve the equity holder's rights on account of its the equity interest, but remove the "claim"

from the Debtors' claims register.

2.        The Debtors file this 210th Omnibus Objection (the "**210th Omnibus**

**Objection**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**") and object to the Subject Proofs of Claim on the basis that the Subject Proofs of Claim

asserts an equity interest and, accordingly, they should be disallowed and reclassified as equity

interests.[2]

---

[1] Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab.
Creditors without access to the Internet may request a copy of the cover page of any proof of claim by
mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386,
Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

[2] All the Subject Proofs of Claim were filed after the deadline to file proofs of claim (i.e., November 9,
2009).  To the extent they are not reclassified, the Debtors reserve the right to object to the Subject Proofs
of Claim as being late filed.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      On June 1, 2009 ("**Commencement Date**"), four of the Debtors (the "**Initial Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[4] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors filed their schedules of assets and liabilities and statements of financial affairs.

5.      On October 6, 2010, this Court entered an order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases,[5] which authorized the Debtors to file omnibus objections to claims on several grounds that are in addition to those grounds permitted under Bankruptcy Rule 3007(d).

---

[3] The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[4] The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

[5] Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establishing Procedures for Settling Certain Claims, dated October 6, 2009 (ECF No. 4180).

### Equity Interests Should be Disallowed and Reclassified as Equity Interests

6.      A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

7.      Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection

to claims that are "are interests, rather than claims."  The rationale behind such objections is that

the Bankruptcy Code differentiates between a "claim" and an "equity security."  *See* 11 U.S.C.

§§ 101(5), 101(16).  Under the Bankruptcy Code, those who have "claims" against the Debtors

are called "creditors" while those who hold "equity securities" are called "equity security

holders."  *See id.* §§ 101(10), 101(17).  While creditors may need to file proofs of claim to

preserve their rights to receive distributions on account of their claims,[6] the Court has yet to

require equity security holders to file proofs of interests to preserve the rights, if any, based

solely on the ownership of equity interests.  The filing of a proof of claim by an equity security

holder to assert an equity interest is neither necessary nor sufficient.  *See McGimsey v. USA*

*Capital Diversified Trust Deed Fund, LLC (In re USA Commercial Mortg. Co.)*, 377 B.R. 608,

615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an allowed proof of claim requires something

more than mere equity ownership").

---

[6] Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3)
Establishing the Deadline for Filing Proofs of Claim (Including Claims under Bankruptcy Code
Section 503(b)(9)) and Procedures Relating Thereto and Approving the Form and Manner of Notice
Thereof, dated September 16, 2009 (ECF No. 4079).

8.      Based on the foregoing, the Debtors request the Subject Proofs of Claim be disallowed and reclassified as equity interests.  The reclassification of the Subject Proofs of Claim to equity interests will preserve any entitlement the holders of such proofs of claim have to a distribution solely on account of the ownership of the Debtors' equity interests.

### **Reservation of Rights**

9.      The Debtors reserve the right to object to any of the claims that is not disallowed in their entirety for any reason and to object on any basis to any claim for an equity interest that is reclassified as equity interests.

### **Notice**

10.     Notice of this 210th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

11.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
February 24, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**Exhibit "A"**

Exhibit A

| CLAIMS TO RECLASSIFY |
|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEX ROSENZWEIG REVOCABLE LIVING TRUST<br>7366 HAVILAND CIRCLE<br><br>BOYNTON BEACH, FL 33437 | 70651 | Motors Liquidation Company | $1,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ALEX ROSENZWEIG REVOCABLE LIVING TRUST<br>7366 HAVILAND CIRCLE<br><br>BOYNTON BEACH, FL 33437 | 70710 | Motors Liquidation Company | $1,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ANGIE C SUNG<br>22317 WARD ST<br><br>TORRANCE, CA 90505 | 70735 | Motors Liquidation Company | $2,796.00 | Equity Interest Claim | Pgs. 1-5 |
| AUSTIN CHI-YEH SUNG<br>C/O AI SUNG<br>4721 STEELE STREET<br>TORRANCE, CA 90503 | 70734 | Motors Liquidation Company | $9,236.00 | Equity Interest Claim | Pgs. 1-5 |
| BARBARA HOLZBERG<br>CGM IRA CUSTODIAN<br>12920 CORAL LAKES DRIVE<br>BOYNTON BEACH, FL 33437 | 18630 | Motors Liquidation Company | $1,837.22 | Equity Interest Claim | Pgs. 1-5 |
| BEN WAKS<br>2171 NORTHWEST 87TH AVE<br><br>SUNRISE, FL 33322 | 70582 | Motors Liquidation Company | $99.00 | Equity Interest Claim | Pgs. 1-5 |
| BERTHA JACKSON<br>2720 FROSTWOOD DRIVE<br><br>SHREVEPORT, LA 71108 | 70678 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CAROL E DELGER<br>28494 NORRIS RD #2<br><br>BOZEMAN, MT 59718 | 70895 | Motors Liquidation Company | $152.10<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CAROLE KILLALEA<br>17 DEERCREST SQUARE<br><br>INDIAN HEAD PK, IL 60525<br>UNITED STATES OF AMERICA | 70699 | Motors Liquidation Company | $375.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CLARK ZIMMERMAN<br>20301 ANITA<br><br>CLINTON TOWNSHIP, MI 48036 | 70762 | Motors<br>Liquidation<br>Company | $306.62 | Equity Interest Claim | Pgs. 1-5 |
| CURTIS R GILES<br>5201 HWY 1702<br><br>GUSTINE, TX 76455 | 70865 | Motors<br>Liquidation<br>Company | $1,160.00 | Equity Interest Claim | Pgs. 1-5 |
| CZESLAW & KAZIMIERA CHRUSLAK<br>7412 N ORIOLE AVE<br><br>CHICAGO, IL 60631<br>UNITED STATES OF AMERICA | 70981 | Motors<br>Liquidation<br>Company | $8,333.48 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL AKERLEY<br>6643 SE SEVEN OAKS LN<br><br>STUART, FL 34997 | 70745 | Motors<br>Liquidation<br>Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DAVIS, REGINALD E<br>3250 MOBLEY RIDGE RD<br><br>DUCK RIVER, TN 38454 | 17902 | Motors<br>Liquidation<br>Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DEBORAH L FINDLAY<br>10305 COLLINGHAM DR<br><br>FAIRFAX, VA 22032 | 70577 | Motors<br>Liquidation<br>Company | $3,890.00 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS & JILL GALLAHER<br>18160 CLEAR SPRING LANE<br><br>EDEN PRAIRIE, MN 55347 | 70943 | Motors<br>Liquidation<br>Company | $5,585.95 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS & JILL GALLAHER<br>18160 CLEAR SPRING LANE<br><br>EDEN PRAIRIE, MN 55347 | 70970 | Motors<br>Liquidation<br>Company | $5,585.95 | Equity Interest Claim | Pgs. 1-5 |
| DONALD M WAGNER<br>12501 ULMERTON RD<br>SITE 78<br>LARGO, FL 33774 | 70746 | Motors<br>Liquidation<br>Company | $167,937.00 | Equity Interest Claim | Pgs. 1-5 |
| DOROTHY KENNEDY<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | 70793 | Motors<br>Liquidation<br>Company | $145.50 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

Exhibit A

## CLAIMS TO RECLASSIFY

| Name/Address | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| EDA MURINO & CARL MURINO<br>31 RICHMOND STREET<br>ISLIP, NY 11751 | 70980 | Motors Liquidation Company | $1,325.84 | Equity Interest Claim | Pgs. 1-5 |
| EDWARD DWAYNE HARRISON<br>2617 HERITAGE COLONY<br>WEBSTER, TX 77598 | 70684 | Motors Liquidation Company | $4,856.00 | Equity Interest Claim | Pgs. 1-5 |
| EDWIN W LEHMANN<br>1313 LYTLE<br>KERRVILLE, TX 78028 | 70977 | Motors Liquidation Company | $3,858.95 | Equity Interest Claim | Pgs. 1-5 |
| EILEEN BUNDY<br>10208 WILL ALLMAN RD<br>GEORGETOWN, OH 45121<br>UNITED STATES OF AMERICA | 70532 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ELAINE FATER KUBICEK<br>2606 PARK SPRING LN<br>SPRING, TX 77373 | 70599 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELIZABETH GUPPY<br>9009 SMITHVILLE RD<br>MAPLETON, IL 61547<br>UNITED STATES OF AMERICA | 70756 | Motors Liquidation Company | $772.50 | Equity Interest Claim | Pgs. 1-5 |
| ELY, JEFFREY S<br>6899 N WILLIAMS RD<br>SAINT JOHNS, MI 48879 | 18213 | Motors Liquidation Company | $20,771.45 | Equity Interest Claim | Pgs. 1-5 |
| EUGENE TRACY<br>2239 LONG'S MILL RD.<br>BLANCH, NC 27212<br>UNITED STATES OF AMERICA | 70625 | Motors Liquidation Company | $1,141.75 | Equity Interest Claim | Pgs. 1-5 |
| EVAN ROMERO<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | 70795 | Motors Liquidation Company | $165.00 | Equity Interest Claim | Pgs. 1-5 |
| GARY BARBAGALLO<br>2107 BRANCH HILL ST<br>TAMPA, FL 33612 | 70733 | Remediation And Liability Management Company, Inc. | $12,770.99 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | |
|---|---|---|---|---|
| GARY NELSON<br>515 E. TIMBERVIEW LANE<br><br>ARLINGTON, TX 76014<br>UNITED STATES OF AMERICA | 70737 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GEORGE DOLAN<br>625 W DEER VALLEY RD<br><br>PHOENIX, AZ 85027 | 70770 | Motors Liquidation Company | $10,303.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE DOLAN<br>625 W DEER VALLEY RD<br><br>PHOENIX, AZ 85027 | 70772 | Motors Liquidation Company | $20,606.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE W MORTE JR<br>3113 ENCINO AVE<br><br>BAY CITY, TX 77414 | 70600 | Motors Liquidation Company | $8,816.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGIA E MALAK<br>304 HILLCREST LANE<br><br>BRENHAM, TX 77833 | 70749 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GLENN BRANCH<br>5401 TIMBER CREEK LN<br><br>NORTH LITTLE ROCK, AR 72116 | 70773 | Motors Liquidation Company | $2,285.76 | Equity Interest Claim | Pgs. 1-5 |
| HELEN ANFINSON<br>2316 S VAN EPS<br><br>SIOUX FALLS, SD 57105 | 70657 | Motors Liquidation Company | $8,454.95 | Equity Interest Claim | Pgs. 1-5 |
| HENRI P RACINE<br>2968 MATAPEDIA AVE<br>G1W 1X9 QUEBEC CANADA<br>CANADA | 70790 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HENRY JACKSON<br>2633 STEEPLECHASE ROAD<br><br>Edmond, OK 73034 | 70824 | Motors Liquidation Company | $2,980.00 | Equity Interest Claim | Pgs. 1-5 |
| HERBOLD JAMES<br>51449 FAIRLANE DR<br><br>SHELBY TOWNSHIP, MI 48316 | 64239 | Motors Liquidation Company | $325,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

## Exhibit A

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| HERMAN L HOBBS<br>1111 HADCOCK RD<br>BRUNSWICK, OH 44212 | 70561 | Motors Liquidation Company | $25,100.00 | Equity Interest Claim | Pgs. 1-5 |
| HERMAN WALLACE JR<br>1020 36TH STREET<br>WEST PALM BEACH, FL 33407 | 70928 | Motors Liquidation Company | $46,800.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES C MITCHELL<br>C/O PATRICIA A MITCHELL<br>5706 STONEACRE COURT<br>GLEN ALLEN, VA 23059 | 70601 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAMES HUMPHRIES<br>129 WEBBER LAKE RD<br>UNION, SC 29379 | 70728 | Motors Liquidation Company | $39,989.44 | Equity Interest Claim | Pgs. 1-5 |
| JERRY  E. COX<br>310 E. 74TH ST 3B<br>NEW YORK, NY 10021 | 70671 | Motors Liquidation Company | $9,990.95 | Equity Interest Claim | Pgs. 1-5 |
| JERRY BRINK<br>42111 BRIARCLIFF CT<br>CANTON, MI 48187 | 13686 | Motors Liquidation Company | $7,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOHN P MOSKAL<br>170 CROFTON DR<br>WEST SENECA, NY 14224 | 70674 | Motors Liquidation Company | $50.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH G DUSHAW<br>32 LAURELBROOK CT<br>CRESSON, PA 16630 | 70654 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH R ZACHARA<br>1601 MADSEN DR<br>ORTONVILLE, MI 48462 | 70588 | Motors Liquidation Company | $180.00 | Equity Interest Claim | Pgs. 1-5 |
| JULIA SANDIFER<br>PO BOX 2335<br>HARVEY, IL 60426 | 60916 | Motors Liquidation Company | $13,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| KENNEDY REV<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN TRUST WAY MS7<br>SANTA ANA, CA 92707 | 70794 | Motors Liquidation Company | $860.25 | Equity Interest Claim | Pgs. 1-5 |
| KENNETH DOUGLAS<br>1301 E LINCOLN ST<br>EAST TAWAS, MI 48730 | 19737 | Motors Liquidation Company | $18,915.78 | Equity Interest Claim | Pgs. 1-5 |
| LARRY MEADOWS<br>1698A LAWRENCE BROS<br>BATESVILLE, MS 38606 | 70791 | MLCS, LLC | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LEONID GARBER<br>215-05 64 AVE<br>BAYSIDE, NY 11364 | 70848 | Motors Liquidation Company | $84,769.00 | Equity Interest Claim | Pgs. 1-5 |
| LYNNE G JACOBS<br>18 ROOSEVELT STREET<br>TAPPAN, NY 10983 | 70562 | Motors Liquidation Company | $3,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MARGARET A MANTLER<br>4704 LONG GREEN DR<br>GLEN ARM, MD 21057 | 70963 | Motors Liquidation Company | $3,644.65 | Equity Interest Claim | Pgs. 1-5 |
| MARTHA L CHROMIK & WILLIAM J CHROMIK<br>29 PARKSIDE TRAIL<br>BALLSTON LAKE, NY 12019 | 70642 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCGIGOR, JOSEPH N<br>21123 WOODFARM DR<br>NORTHVILLE, MI 48167 | 29484 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCKINNEY, DAVID O'NEAL<br>470 HAYS RD N<br>SMITHS GROVE, KY 42171 | 2234 | Motors Liquidation Company | $220,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL FINAZZO<br>8908 BILLINGS ROAD<br>KIRTLAND, OH 44094 | 70764 | Motors Liquidation Company | $375.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| MICHAEL J NORTON AND<br>ANN-MARIE NORTON JTWROS<br>8 BULL CALF LN<br>CENTERPORT, NY 11721 | 14822 | Motors Liquidation Company | $6,892.50 | Equity Interest Claim | Pgs. 1-5 |
| MIKE MITSURU FUKUSHIMA TTEE<br>FBO MIKE M FUKUSHIMA REV TRUST<br>U/A/D 8/24/88<br>2854 A BOOTH ROAD<br>HONOLULU, HI 96813 | 70692 | Motors Liquidation Company | $20,677.21 | Equity Interest Claim | Pgs. 1-5 |
| MR. JOSEPH LEE<br>20833  GARDEN GATE DR<br>CUPERTINO, CA 95014 | 70939 | Motors Liquidation Company | $21,806.90 | Equity Interest Claim | Pgs. 1-5 |
| O'KEEFE AGENCY<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | 70796 | Motors Liquidation Company | $487.50 | Equity Interest Claim | Pgs. 1-5 |
| PHILLIP FRANKLIN<br>6105 E CENTENNIAL AVE<br>MUNCIE, IN 47303 | 70629 | Motors Liquidation Company | $40.00 | Equity Interest Claim | Pgs. 1-5 |
| POY J LEW<br>14615 SE 224TH ST<br>KENT, WA 98042 | 70612 | Motors Liquidation Company | $39,601.10 | Equity Interest Claim | Pgs. 1-5 |
| PUTKOVICH, VIOLA E<br>PO BOX 1636<br>CASHIERS, NC 28717 | 8036 | Motors Liquidation Company | $35,815.86 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD ALUMBAUGH<br>6526 E COUNTY RD 225 N<br>SULLIVAN, IN 47882<br>UNITED STATES OF AMERICA | 70620 | Motors Liquidation Company | $1,494.10 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD FREEMAN<br>416 FLEMING STREET<br>APT. C<br>Key West, FL 33040<br>UNITED STATES OF AMERICA | 70579 | Motors Liquidation Company | $3,215.99 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD LINEHAN<br>585 CHESTNUT ST APT 1317<br>ABINGTON, MA 02351 | 17829 | Motors Liquidation Company | $2,415.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| RITA MACK<br>9005 BALCONES CLUB DRIVE<br><br>AUSTIN, TX 78750<br>UNITED STATES OF AMERICA | 70717 | Motors Liquidation Company | $1,069.00 | Equity Interest Claim | Pgs. 1-5 |
| ROGER A SCHARF<br>2521 BOYD ST<br><br>DES MOINES, IA 50317 | 70688 | Motors Liquidation Company | $2,091.40 | Equity Interest Claim | Pgs. 1-5 |
| RONALD BIRKNER<br>84 SURREY LANE<br><br>CLIFTON, NJ 07012 | 70866 | Motors Liquidation Company | $2,982.24 | Equity Interest Claim | Pgs. 1-5 |
| RONALD P KLOECKNER<br>28435 SUNSET BLVD W<br><br>LATHRUP VILLAGE, MI 48076 | 70564 | Motors Liquidation Company | $200,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ROSALIE S LANE<br>37 W 12TH ST APT 4J<br><br>NEW YORK, NY 10011 | 70781 | Motors Liquidation Company | $22,740.04 | Equity Interest Claim | Pgs. 1-5 |
| SERAZIO, FRANK A<br>5247 KENDAL ST<br><br>DEARBORN, MI 48126 | 70567 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SHARON MCSWAIN CARTLEDGE<br>401 VISTA WAY<br><br>FT WASHINGTON, MS 20744 | 70553 | Motors Liquidation Company | $175.92 | Equity Interest Claim | Pgs. 1-5 |
| SOLEDAD GAY<br>11903 CRESCENT COVE<br><br>PEARLAND, TX 77584 | 70560 | Motors Liquidation Company | $10,345.12 | Equity Interest Claim | Pgs. 1-5 |
| SOLOMAN KIRKPATRICK<br>2321 10TH ST<br><br>PORT NECHES, TX 77651<br>UNITED STATES OF AMERICA | 70604 | Motors Liquidation Company | $6,549.00 | Equity Interest Claim | Pgs. 1-5 |
| SUSAN THUMANN<br>931 SMOKETREE DRIVE<br><br>TUCKER, GA 30084 | 70718 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | |
|---|---|---|---|---|
| T S SUKUL<br>BERNHARD ROSLER STR-32 B<br>41366 SCHWALMTAL GERMANY<br>GERMANY | 70742 | Motors Liquidation Company | $3,000.00 | Equity Interest Claim | Pgs. 1-5 |
| T S SUKUL<br>BERNHARD-ROSLER - STR 32B<br>41366 SCHWALMTAL GERMANY<br>GERMANY | 70743 | Motors Liquidation Company | $6,000.00 | Equity Interest Claim | Pgs. 1-5 |
| TERRI FINAZZO<br>8908 BILLINGS ROAD<br>KIRTLAND, OH 44094 | 70763 | Motors Liquidation Company | $150.00 | Equity Interest Claim | Pgs. 1-5 |
| THANH PHUC THI<br>48-19 208TH STREET<br>BAYSIDE, NY 11364 | 70673 | Motors Liquidation Company | $4,112.50<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TOBY ANN MEAD<br>55 IPSWICH ROAD<br>BOXFORD, MA 01921 | 70663 | Motors Liquidation Company | $4,940.68 | Equity Interest Claim | Pgs. 1-5 |
| VELT AND LOUISE BARBEE<br>16026 BARBEE RD<br>STANFIELD, NC 28163 | 70851 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WANDA PALMER<br>289 BRIGHTON CT<br>MERIDEN, CT 06450 | 70687 | Motors Liquidation Company | $28.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIE DAVID BRANHAM<br>22987 29 1/2 MILE RD<br>PO BOX 152<br>SPRINGPORT, MI 49284 | 70968 | Motors Liquidation Company | $1,608.10 | Equity Interest Claim | Pgs. 1-5 |
| XIAO QING CHEN<br>209-908 CLARKE RD<br>PORT MOODY  BC V3H IL8 CANADA<br>CANADA | 70822 | Motors Liquidation Company | $12,540.33 | Equity Interest Claim | Pgs. 1-5 |
| YOUNUS KHAN<br>69 CARLISLE CRESCENT<br>SCARBOROUGH, ONTARIO<br>CANADA M1B 4X3<br>CANADA | 70740 | Motors Liquidation Company | $41,159.95 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY |
| --- |

89

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                             :
In re                                        :        Chapter 11 Case No.
                                             :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :        **09-50026 (REG)**
      **f/k/a General Motors Corp.,** *et al.* :
                                             :
                    **Debtors.**             :        **(Jointly Administered)**
                                             :
-----------------------------------------------------------------x

<u>**ORDER GRANTING DEBTORS' 210TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Claims for Equity Interests)**

Upon the 210th omnibus objection, dated February 24, 2011 (the "**210th Omnibus**

**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to

section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, seeking entry of an order that disallowing and

reclassifying the Subject Proofs of Claim as an equity interest, all as more fully described in the

210th Omnibus Objection; and due and proper notice of the 210th Omnibus Objection having

been provided, and it appearing that no other or further notice need be provided ; and the Court

having found and determined that the relief sought in the 210th Omnibus Objection is in the best

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and

factual bases set forth in the 210th Omnibus Objection establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the 210th Omnibus Objection.

ORDERED that the relief requested in the 210th Omnibus Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Subject Proofs of Claim listed on Exhibit "A" annexed hereto (the "**Order Exhibit**") are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 210th Omnibus Objection that are not disallowed pursuant to this Order, and any of the claims for equity interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
        _____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE