UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                            :

In re                            :           Chapter 11 Case No.
                            :

MOTORS LIQUIDATION COMPANY, *et al.*,   :           09-50026 (REG)
      f/k/a General Motors Corp., *et al*.   :
                            :           (Jointly Administered)
                Debtors.      :
                            :
-------------------------------------------------------------------x

### DECLARATION OF JANE SULLIVAN OF EPIQ BANKRUPTCY SOLUTIONS, LLC REGARDING VOTING ON, AND TABULATION OF, BALLOTS ACCEPTING AND REJECTING THE DEBTORS' AMENDED <u>JOINT CHAPTER 11 PLAN, WITH RESPECT TO CLASS 3 DEBT SECURITIES</u>

Jane Sullivan, being duly sworn, declares, under penalty of perjury:

1.      I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("**<u>Epiq</u>**"), located at 757 Third Avenue, 3rd Floor, New York, New York 10017, which was retained as the Debtors' debt instruments voting agent.

2.      I submit this Declaration with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated December 7, 2010, (as modified and/or amended from time to time, the "**<u>Plan</u>**").[1]  Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents.  If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.      The procedures for the solicitation and tabulation of votes with respect to the Plan are outlined in the *Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and*

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan and the Disclosure Statement Order (as defined below).

*Objection Procedures for Confirmation of the Plan; (V) Approving Notice Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Forms of Notices to Non-Voting Classes Under the Plan,* dated December 8, 2010 [Docket No. 8043] (the "**Disclosure Statement Order**").  Pursuant to the Disclosure Statement Order, Epiq was designated as the Debtors' debt instruments voting agent to assist the Debtors with, *inter alia*, soliciting, receiving, and tabulating the ballots accepting or rejecting the Plan with respect to the debt securities in Class 3 General Unsecured Claims (the "**Voting Securities**").

4.        Pursuant to the Disclosure Statement Order, Epiq solicited and tabulated ballots to vote on the Plan by the holders of Voting Securities.

5.        As specified in the Disclosure Statement Order, December 7, 2010 (the "Record Date") was established as the record date for determining the Holders of Voting Securities entitled to vote on the Plan.

6.        In accordance with the Disclosure Statement Order, Epiq solicited the holders of Voting Securities as of the Record Date.  Epiq's *Affidavit of Service of Solicitation Documents to Holders of Debt Securities* was filed with this Court on January 7, 2011, [Docket No. 8449].  Epiq's *Affidavit of Service of Translated Documents on Certain Holders of Debt Securities* was filed with this Court on February 22, 2011, [Docket No. 9327].

7.        Epiq was instructed to tabulate ballots submitted by holders of Voting Securities in accordance with the Disclosure Statement Order.  I supervised the tabulation process performed by personnel of Epiq with respect to votes cast by Holders of Voting Securities.

8.        Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in New York, New York.  All ballots received by Epiq

were date-stamped upon receipt and were processed in accordance with the Disclosure Statement

Order.

9.        For a ballot to be counted as valid, the ballot must have been properly

completed in accordance with the Disclosure Statement Order and executed by the relevant holder,

or such holder's authorized representative, and must have been received by Epiq by the deadline of

5:00 p.m. Eastern Time on February 11, 2011, (the "**Voting Deadline**")[2].  All validly executed

ballots cast by holders of Voting Securities and received by Epiq on or before the Voting Deadline

were tabulated as outlined in the Disclosure Statement Order.

10.        I declare that the results of the voting by holders of Voting Securities

received by the February 11, 2011 Voting Deadline are as set forth in Exhibit A hereto, which is

a true and correct copy of the final tabulation of votes cast by timely and properly executed

Ballots received by Epiq[3].

11.        A report of all votes not included in the tabulation prepared by Epiq and

the reasons for exclusion of such votes is attached as Exhibit B hereto.

12.        The *Declaration of Jeffrey S. Stein of The Garden City Group, Inc.*

*Certifying the Methodology for the Tabulation of Votes On and Results of Voting With Respect to*

*the Debtors' Amended Joint Chapter 11 Plan*, was filed with this Court on February 24, 2011,

---

[2]  The Debtors extended the voting deadline for holders in Italy to February 22, 2011 (the "**Extended Voting Deadline**"), and none of the Ballots received pursuant to the Extended Voting Deadline are included in this Declaration. A supplemental declaration will be filed with this Court upon completion of the tabulation of Ballots received in connection with the Extended Voting Deadline.

[3]  In accordance with the *Order With Respect to (I) Motions of (A) Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, and (B) Certain Noteholders, and (II) Joinders of (A) Morgan Stanley & Co. International PLC, (B) Certain Noteholders, and (C) Goldman Sachs & Co, Pursuant to Fed. R. Bankr. P. 3018 (A) for Temporary Allowance of Claims for Purpose of Voting to Accept or Reject Plan*, dated February 14, 2011, [Docket No. 9215] (the "**3018 Order**"), holders of Nova Scotia Guaranty Claims were not permitted to vote, other than in accordance with the 3018 Order. Other than the votes in the 3018 Order, no votes with respect to Nova Scotia Guaranty Claims are included in the tabulation.  Notwithstanding that certain votes cast by Nova Scotia Noteholders (as defined in the 3018 Order) were not submitted by the Nova Scotia Noteholder or not located in the tabulation records, Epiq included the full amount covered by the 3018 Order, and included in the tabulation 29 votes to reject the Plan in the amount of $1.072 billion.

[Docket No. 9439] (the "**GCG Declaration**").   The GCG Declaration did not include the votes tabulated by Epiq in Class 3.

13.        Epiq prepared a comprehensive tabulation of all votes cast in Class 3, on a combined basis, whether tabulated by Epiq or GCG.  I hereby certify that the results of the comprehensive tabulation of Class 3 votes are as set forth on Exhibit C hereto.  In preparing this comprehensive tabulation, Epiq relied on its tabulation contained in Exhibit A hereto and the results for Class 3 contained in the GCG Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:   New York, New York
         February 24 , 2010

                                        _____
                                        Jane Sullivan
                                        Executive Vice President
                                        Epiq Bankruptcy Solutions, LLC

**Exhibit A**

**MOTORS LIQUIDATION COMPANY, et al.**

**TABULATION OF BALLOTS:**

**VOTING SECURITIES ONLY**

| | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) |
|---|---|---|---|---|
| CLASS 3 VOTING SECURITIES ONLY | $16,259,369,870.31 (92.19%) | $1,378,248,036.06 (7.81%) | 84,238 (96.72%) | 2,861 (3.28%) |

**Exhibit B**

**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,062.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $10,125.00 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $10,125.00 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $71,786.25 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $2,531.25 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $1,670.63 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,062.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $2,531.25 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $8,226.56 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $20,250.00 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,062.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,062.50 | ACCEPT | Duplicate Vote |
| 370442121 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,312.50 | ACCEPT | Duplicate Vote |
| 370442121 | BENEFICIAL HOLDER | 3 | $15,187.50 | ACCEPT | Cannot Verify Record Date Position |
| 370442121 | BENEFICIAL HOLDER | 3 | $20,250.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442121 | BENEFICIAL HOLDER | 3 | $75,937.50 | ACCEPT | Cannot Verify Record Date Position |
| 370442121 | MORGAN STANLEY & CO. INCORPORATED | 3 | $5,328,711.56 | ACCEPT | Duplicate Vote |
| 370442121 | U.S. BANK N.A. | 3 | $2,531.25 | ACCEPT | Duplicate Vote |
| 370442121 | U.S. BANK N.A. | 3 | $498,782.81 | ACCEPT | Duplicate Vote |
| 370442691 | BENEFICIAL HOLDER | 3 | $128,456.25 | ACCEPT | Cannot Verify Record Date Position |
| 370442691 | MERRILL LYNCH, PIERCE FENNER & SMITH | 3 | $104,225.88 | ACCEPT | Not a Record Date Holder |
| 370442691 | PNC BANK, NATIONAL ASSOCIATION | 3 | $2,770,625.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442691 | THE BANK OF NEW YORK MELLON | 3 | $5,037.50 | **REJECT** | Duplicate Vote |
| 370442717 | BENEFICIAL HOLDER | 3 | $7,677,083.33 | ACCEPT | Cannot Verify Record Date Position |
| 370442717 | BENEFICIAL HOLDER | 3 | $12,795.14 | ACCEPT | Cannot Verify Record Date Position |
| 370442717 | M&I MARSHALL & ILSLEY BANK | 3 | $25,590.28 | ACCEPT | Not a Record Date Holder |
| 370442717 | NORTHERN TRUST COMPANY, THE | 3 | $20,697,391.08 | ACCEPT | Cannot Verify Record Date Position |
| 370442717 | THE BANK OF NEW YORK MELLON | 3 | $97,243.06 | ACCEPT | Duplicate Vote |
| 370442717 | U.S. BANK N.A. | 3 | $2,431.08 | ACCEPT | Duplicate Vote |
| 370442717 | U.S. BANK N.A. | 3 | $2,552,399.90 | ACCEPT | Duplicate Vote |
| 370442725 | BENEFICIAL HOLDER | 3 | $25,081.94 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | BENEFICIAL HOLDER | 3 | $6,270.49 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | BENEFICIAL HOLDER | 3 | $6,671.80 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | BENEFICIAL HOLDER | 3 | $10,032.78 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | BENEFICIAL HOLDER | 3 | $40,131.11 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | BENEFICIAL HOLDER | 3 | $50,163.89 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | BENEFICIAL HOLDER | 3 | $4,765.57 | ACCEPT | Cannot Verify Record Date Position |
| 370442725 | MORGAN STANLEY & CO. INCORPORATED | 3 | $1,342,410.75 | ACCEPT | Duplicate Vote |
| 370442725 | U.S. BANK N.A. | 3 | $722,159.34 | ACCEPT | Duplicate Vote |
| 370442733 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $26,594.53 | ACCEPT | Duplicate Vote |
| 370442733 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $30,393.75 | ACCEPT | Duplicate Vote |
| 370442733 | BENEFICIAL HOLDER | 3 | $2,049,627.86 | ACCEPT | Cannot Verify Record Date Position |
| 370442733 | BENEFICIAL HOLDER | 3 | $28,088.89 | ACCEPT | Cannot Verify Record Date Position |
| 370442733 | BENEFICIAL HOLDER | 3 | $17,501.73 | ACCEPT | Cannot Verify Record Date Position |
| 370442733 | MORGAN STANLEY & CO. INCORPORATED | 3 | $6,332,031.25 | ACCEPT | Duplicate Vote |
| 370442733 | MORGAN STANLEY & CO. INCORPORATED | 3 | $3,440,217.91 | ACCEPT | Duplicate Vote |
| 370442733 | U.S. BANK N.A. | 3 | $358,418.30 | ACCEPT | Duplicate Vote |
| 370442741 | BENEFICIAL HOLDER | 3 | $12,640.62 | ACCEPT | Cannot Verify Record Date Position |
| 370442741 | BENEFICIAL HOLDER | 3 | $34,458.34 | ACCEPT | Cannot Verify Record Date Position |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $75,241.67 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $22,572.50 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,016.11 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $12,540.28 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $12,540.28 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,016.11 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,080.56 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $12,540.28 | ACCEPT | Duplicate Vote |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $40,128.89 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $37,620.83 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,016.11 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $45,145.00 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $12,540.28 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,080.56 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,016.11 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $10,032.22 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $12,540.28 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,016.11 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $2,508.06 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,016.11 | ACCEPT | Duplicate Vote |
| 370442758 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $20,064.44 | ACCEPT | Duplicate Vote |
| 370442758 | BENEFICIAL HOLDER | 3 | $7,524.17 | ACCEPT | Cannot Verify Record Date Position |
| 370442758 | BENEFICIAL HOLDER | 3 | $10,032.22 | ACCEPT | Cannot Verify Record Date Position |
| 370442758 | BENEFICIAL HOLDER | 3 | $12,540.28 | ACCEPT | Cannot Verify Record Date Position |
| 370442758 | BENEFICIAL HOLDER | 3 | $12,540.28 | ACCEPT | Cannot Verify Record Date Position |
| 370442758 | INGALLS & SNYDER, L.L.C. | 3 | $290,884.28 | ACCEPT | Duplicate Vote |
| 370442758 | INGALLS & SNYDER, L.L.C. | 3 | $6,270.14 | ACCEPT | Duplicate Vote |
| 370442758 | INGALLS & SNYDER, L.L.C. | 3 | $50,161.11 | ACCEPT | Duplicate Vote |
| 370442758 | U.S. BANK N.A. | 3 | $673,488.16 | ACCEPT | Duplicate Vote |
| 370442766 | BENEFICIAL HOLDER | 3 | $50,614.58 | ACCEPT | Cannot Verify Record Date Position |
| 370442766 | BENEFICIAL HOLDER | 3 | $12,653.65 | ACCEPT | Cannot Verify Record Date Position |
| 370442766 | BENEFICIAL HOLDER | 3 | $45,553.13 | ACCEPT | Cannot Verify Record Date Position |
| 370442766 | BENEFICIAL HOLDER | 3 | $37,960.94 | ACCEPT | Cannot Verify Record Date Position |
| 370442766 | BENEFICIAL HOLDER | 3 | $12,653.65 | ACCEPT | Cannot Verify Record Date Position |
| 370442766 | BENEFICIAL HOLDER | 3 | $25,307.29 | ACCEPT | Cannot Verify Record Date Position |
| 370442766 | BROWN BROTHERS HARRIMAN & CO. | 3 | $50,614.58 | NO VOTE | No Vote |
| 370442766 | MORGAN STANLEY & CO. INCORPORATED | 3 | $5,258,095.99 | ACCEPT | Duplicate Vote |
| 370442766 | U.S. BANK N.A. | 3 | $140,582.01 | ACCEPT | Duplicate Vote |
| 370442774 | BENEFICIAL HOLDER | 3 | $30,277.92 | ACCEPT | Cannot Verify Record Date Position |
| 370442774 | U.S. BANK N.A. | 3 | $947,547.40 | ACCEPT | Duplicate Vote |
| 370442816 | BENEFICIAL HOLDER | 3 | $2,523.16 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $2,523.16 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $2,523.16 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $5,046.32 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $18,923.70 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $7,569.48 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $2,523.16 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $2,523.16 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $19,882.50 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | BENEFICIAL HOLDER | 3 | $25,231.60 | ACCEPT | Cannot Verify Record Date Position |
| 370442816 | U.S. BANK N.A. | 3 | $1,452,557.82 | ACCEPT | Duplicate Vote |
| 370442AJ4 | AMERIPRISE ENTERPRISE INVESTMENT SERVICES INC./BETA/133 | 3 | $6,179,000.00 | ACCEPT | Not a Record Date Holder |
| 370442AJ4 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AJ4 | PERSHING LLC | 3 | $670,000.00 | NO VOTE | No Vote |
| 370442AJ4 | RBC CAPITAL MARKETS CORPORATION | 3 | $50,000.00 | NO VOTE | No Vote |
| 370442AN5 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AN5 | NATIONAL FINANCIAL SERVICES LLC | 3 | $75,000.00 | NO VOTE | No Vote |
| 370442AN5 | U.S. BANK N.A. | 3 | $26,000.00 | **REJECT** | Duplicate Vote |
| 370442AN5 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 3 | $5,000,000.00 | NO VOTE | No Vote |
| 370442AN5 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 3 | $5,000,000.00 | ACCEPT | Duplicate Vote |
| 370442AR6 | BENEFICIAL HOLDER | 3 | $100,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AR6 | NATIONAL FINANCIAL SERVICES LLC | 3 | $70,000.00 | NO VOTE | No Vote |
| 370442AR6 | NORTHERN TRUST COMPANY, THE | 3 | $20,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AR6 | NORTHERN TRUST COMPANY, THE | 3 | $100,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AR6 | RAYMOND JAMES & ASSOCIATES, INC | 3 | $106,000.00 | NO VOTE | No Vote |
| 370442AR6 | U.S. BANK N.A. | 3 | $1,100,000.00 | ACCEPT | Duplicate Vote |
| 370442AR6 | U.S. BANK N.A. | 3 | $30,000.00 | ACCEPT | Duplicate Vote |
| 370442AT2 | JPMORGAN CHASE BANK/PCS SHARED SERVI | 3 | $7,000.00 | ACCEPT | Duplicate Vote |
| 370442AU9 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AU9 | CHARLES SCHWAB & CO., INC. | 3 | $15,000.00 | NO VOTE | No Vote |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| 370442AU9 | EDWARD D. JONES & CO. | 3 | $50,000.00 | NO VOTE | No Vote |
| 370442AU9 | THE BANK OF NEW YORK MELLON/ MELLON TRUST OF NEW ENGLAND, NATIONAL ASSOCIATION | 3 | $50,000.00 | ACCEPT | Not a Record Date Holder |
| 370442AU9 | U.S. BANK N.A. | 3 | $100,000.00 | ACCEPT | Duplicate Vote |
| 370442AU9 | U.S. BANK N.A. | 3 | $400,000.00 | ACCEPT | Duplicate Vote |
| 370442AV7 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $40,000.00 | ACCEPT | Duplicate Vote |
| 370442AV7 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $10,000.00 | ACCEPT | Duplicate Vote |
| 370442AV7 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $40,000.00 | ACCEPT | Duplicate Vote |
| 370442AV7 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $10,000.00 | ACCEPT | Duplicate Vote |
| 370442AV7 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $5,000.00 | ACCEPT | Duplicate Vote |
| 370442AV7 | NATIONAL FINANCIAL SERVICES LLC | 3 | $100,000.00 | NO VOTE | No Vote |
| 370442AV7 | NORTHERN TRUST COMPANY, THE | 3 | $12,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AV7 | NORTHERN TRUST COMPANY, THE | 3 | $150,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AV7 | NORTHERN TRUST COMPANY, THE | 3 | $5,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442AV7 | US BANCORP INVESTMENTS, INC. | 3 | $14,000.00 | ACCEPT | Duplicate Vote |
| 370442AZ8 | CHARLES SCHWAB & CO., INC. | 3 | $33,000.00 | NO VOTE | No Vote |
| 370442AZ8 | CREDIT SUISSE SECURITIES (USA) LLC | 3 | $1,682,000.00 | NO VOTE | No Vote |
| 370442AZ8 | EDWARD D. JONES & CO. | 3 | $3,000.00 | ACCEPT | Duplicate Vote |
| 370442AZ8 | JPMORGAN CHASE BANK/PCS SHARED SERVI | 3 | $5,000.00 | ACCEPT | Duplicate Vote |
| 370442AZ8 | MORGAN STANLEY & CO. INCORPORATED | 3 | $2,201,000.00 | ACCEPT | Duplicate Vote |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $10,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $7,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $16,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $60,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $47,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $30,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $250,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $15,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | BENEFICIAL HOLDER | 3 | $15,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BB0 | CITIGROUP GLOBAL MARKETS INC. | 3 | $50,000.00 | NO VOTE | No Vote |
| 370442BB0 | PERSHING LLC | 3 | $931,000.00 | NO VOTE | No Vote |
| 370442BQ7 | CREDIT SUISSE SECURITIES (USA) LLC | 3 | $784,000.00 | NO VOTE | No Vote |
| 370442BQ7 | U.S. BANK N.A. | 3 | $30,000.00 | **REJECT** | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $10,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $50,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $15,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $20,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $20,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $22,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $20,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BAIRD (ROBERT W.) & CO. INCORPORATED | 3 | $25,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | BROWN BROTHERS HARRIMAN & CO. | 3 | $347,000.00 | NO VOTE | No Vote |
| 370442BS3 | TD AMERITRADE CLEARING, INC. | 3 | $50,000.00 | NO VOTE | No Vote |
| 370442BS3 | TRUST INDUSTRIAL BANK | 3 | $72,000.00 | ACCEPT | Not a Record Date Holder |
| 370442BS3 | U.S. BANK N.A. | 3 | $50,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | U.S. BANK N.A. | 3 | $250,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | US BANCORP INVESTMENTS, INC. | 3 | $30,000.00 | ACCEPT | Duplicate Vote |
| 370442BS3 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 3 | $17,000.00 | NO VOTE | No Vote |
| 370442BT1 | AMERIPRISE ENTERPRISE INVESTMENT SERVICES INC./BETA/133 | 3 | $90,000.00 | NO VOTE | No Vote |
| 370442BT1 | BARCLAYS CAPITAL INC./LE | 3 | $100,000.00 | NO VOTE | No Vote |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $5,000,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $8,164.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $40,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $9,458,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | BENEFICIAL HOLDER | 3 | $41,675,400.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BT1 | CITIGROUP GLOBAL MARKETS INC. | 3 | $100,000.00 | NO VOTE | No Vote |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| 370442BT1 | JPMORGAN CHASE BANK/PCS SHARED SERVI | 3 | $52,000.00 | ACCEPT | Duplicate Vote |
| 370442BT1 | PERSHING LLC | 3 | $600,000.00 | NO VOTE | No Vote |
| 370442BT1 | PNC BANK, NATIONAL ASSOCIATION | 3 | $405,000.00 | ACCEPT | Duplicate Vote |
| 370442BT1 | RIDGE CLEARING & OUTSOURCING SOLUTIONS, INC. | 3 | $450,000.00 | NO VOTE | No Vote |
| 370442BT1 | STIFEL, NICOLAUS & COMPANY INCORPORATED | 3 | $90,000.00 | NO VOTE | No Vote |
| 370442BT1 | U.S. BANK N.A. | 3 | $75,000.00 | **REJECT** | Duplicate Vote |
| 370442BT1 | U.S. BANK N.A. | 3 | $2,500,000.00 | ACCEPT | Duplicate Vote |
| 370442BW4 | BENEFICIAL HOLDER | 3 | $5,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BW4 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BW4 | BENEFICIAL HOLDER | 3 | $23,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 370442BW4 | GOLDMAN, SACHS, & CO | 3 | $300,000.00 | NO VOTE | No Vote |
| 370442BW4 | PERSHING LLC | 3 | $340,000.00 | NO VOTE | No Vote |
| 370442BW4 | PERSHING LLC | 3 | $300,000.00 | NO VOTE | No Vote |
| 370442BW4 | PERSHING LLC | 3 | $75,000.00 | NO VOTE | No Vote |
| 37045EAS7 | INGALLS & SNYDER, L.L.C. | 3 | $50,000.00 | ACCEPT | Duplicate Vote |
| 37045EAS7 | INGALLS & SNYDER, L.L.C. | 3 | $3,000.00 | ACCEPT | Duplicate Vote |
| 37045EAS7 | THE BANK OF NEW YORK MELLON | 3 | $1,000,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 349272AT1 | SOUTHWEST SECURITIES, INC. | 3 | $200,000.00 | ACCEPT | Not a Record Date Holder |
| 616649AA2 | BENEFICIAL HOLDER | 3 | $25,000.00 | ACCEPT | Cannot Verify Record Date Position |
| 616649AA2 | NORTHERN TRUST COMPANY, THE | 3 | $10,000.00 | ACCEPT | Duplicate Vote |
| N/A | BENEFICIAL HOLDER | 3 | | ACCEPT | Non-European Ballot |
| N/A | BENEFICIAL HOLDER | 3 | | ACCEPT | Non-European Ballot |
| N/A | COLLINS STEWART ( CI) LTD | 3 | | ACCEPT | Non-European Ballot |
| N/A | JP MORGAN BANK: NORDEA BANK | 3 | | ACCEPT | Non-European Ballot |
| N/A | JP MORGAN BANK: NORDEA BANK | 3 | | ACCEPT | Non-European Ballot |
| N/A | JP MORGAN BANK: NORDEA BANK | 3 | | ACCEPT | Non-European Ballot |
| N/A | NONE PROVIDED | 3 | | | Supplemental Document |
| XS0171942757 | ANK CAISSE D'ESPARGNE DE PARIS | 3 | $84,540.93 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCO SABADELL | 3 | $81,533.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $19,628.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $19,628.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $21,138.25 | ACCEPT | Not Original Ballot |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $21,138.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $542,800.12 | **REJECT** | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $57,375.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $10,569.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BENEFICIAL HOLDER | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA LOMBARDA | 3 | $113,240.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CITIBANK LONDON N.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $1,509,875.16 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $55,865.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $188,734.40 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE APOTHEKER- UND ARZTEBANK | 3 | $0.00 | ACCEPT | No Amount |
| XS0171942757 | DEUTSCHE APOTHEKER- UND ARZTEBANK | 3 | $0.00 | ACCEPT | No Amount |
| XS0171942757 | DEUTSCHE BUNDESBANK | 3 | $0.00 | ACCEPT | No Amount |
| XS0171942757 | DEXIA BIL | 3 | $12,079.00 | NO VOTE | No Vote |
| XS0171942757 | DEXIA BIL | 3 | $40,766.63 | NO VOTE | No Vote |
| XS0171942757 | IBC MIA | 3 | $141,928.27 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | LANDESBANK BADEN-WURTTEMBERG | 3 | $1,509.88 | NO VOTE | No Vote |
| XS0171942757 | MORVAL SIM SPA | 3 | $83,043.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | OBISPADO SAN SEBASTIAN | 3 | $679,443.82 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | RAIFFEISEN MEINE BANK | 3 | $3,019.75 | ACCEPT | Duplicate |
| XS0171942757 | RAIFFEISEN REGIONAL BANK MODLING | 3 | $27,177.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | RAIFFEISENLANDESBANK | 3 | $0.00 | ACCEPT | No Amount |
| XS0171942757 | SOCIETE GENERALE PRIVATE BANKING | 3 | $0.00 | ACCEPT | No Amount |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171942757 | UBS AG | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | UBS SECURITIES LLC | 3 | $1,962,837.71 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | UBS SECURITIES LLC | 3 | $830,431.34 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | AS SEB PANK | 3 | $452,151.86 | ACCEPT | Duplicate |
| XS0171943649 | BANQUE DE LUXEMBOURG | 3 | $39,186.49 | ACCEPT | Duplicate |
| XS0171943649 | BANQUE DE LUXEMBOURG | 3 | $301,434.58 | ACCEPT | Duplicate |
| XS0171943649 | BANQUE ET CAISSE E EPARGNE DE L'ETAT LUXEMBOURG | 3 | $42,200.84 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA | 3 | $275,812.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA S.C. | 3 | $34,664.98 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA, S.C. | 3 | $79,880.16 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA, S.C. | 3 | $27,129.11 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA, S.C. | 3 | $39,186.49 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA, S.C. | 3 | $16,578.90 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA, S.C. | 3 | $27,129.11 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANQUE FORTUNA, S.C. | 3 | $82,894.51 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BEI (EUROPEAN INVESTMENT BANK) | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $170,310.53 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $75,358.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $97,966.24 | **REJECT** | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $46,722.36 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $753,586.44 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $0.00 | ACCEPT | No Amount |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $180,860.75 | ACCEPT | No Signature |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $753,586.44 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $36,172.15 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CITIBANK LONDON | 3 | $55,765.40 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $14,544,218.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $301,434.58 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $301,434.58 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $75,358.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $226,075.93 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $150,717.29 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $1,055,021.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | COMPAGNIE MONEGASQUE DE BANQUE (CMB) | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | DEXIA BIL | 3 | $75,358.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | DWPBANK | 3 | $22,607.59 | ACCEPT | Duplicate |
| XS0171943649 | FREIE INTERNATIONALE SPARKASSE S.A. | 3 | $3,293,734.91 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | GENERALI BANK AG | 3 | $31,650.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | GENERALI BANK AG | 3 | $34,664.98 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | LANDESBANK BADEN-WURTTEMBERG | 3 | $45,215.19 | NO VOTE | No Vote |
| XS0171943649 | LANDESBANK BADEN-WURTTEMBERG | 3 | $4,521.52 | NO VOTE | No Vote |
| XS0171943649 | LANDESBANK BADEN-WURTTEMBERG | 3 | $30,143.46 | NO VOTE | No Vote |
| XS0171943649 | MERCK, FINCK & CO. | 3 | $10,550.21 | ACCEPT | Not Original Ballot |
| XS0171943649 | MM WARBURG & CO LUXEMBOURG | 3 | $217,032.89 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | SIX SIS | 3 | $37,679.32 | ACCEPT | Duplicate |
| XS0171943649 | SOCIETE GENERALE PRIVATE BANKING | 3 | $0.00 | ACCEPT | No Amount |
| XS0171943649 | WESTERN ASSET MANAGEMENT ON BEHALF OF THE CLIENT | 3 | $8,608,971.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171922643 | BANCO BEST | 3 | $8,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | BANK JULIUS BAR & CO. AG | 3 | $20,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | BANK OF CYPRUS ATHENS GREECE | 3 | $370,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | BANK OF CYPRUS ATHENS GREECE | 3 | $35,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | BNCO BEST | 3 | $8,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | CITIGROUP GLOBAL MARKET INC | 3 | $21,783,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | CITIGROUP GLOBAL MARKET INC | 3 | $15,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $5,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $22,000.00 | ACCEPT | Superseded by 3018 Order |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $8,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $20,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $5,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $10,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $15,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $11,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $10,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $10,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $72,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $5,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | COLLINS STEWART (CI) LTD | 3 | $14,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | CREDIT SUISSE SECURITIES (EUROPE) LIMITED PRIME BROKERAGE | 3 | $7,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | CREDIT SUISSE SECURITIES (USA)-CUSTODY NEW YORK | 3 | $435,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | DEUTSCHE BANK AG LONDON | 3 | $20,800,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | DEUTSCHE BANK AG LONDON | 3 | $1,831,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | DEUTSCHE BANK AG LONDON | 3 | $46,200,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | DEUTSCHE BANK AG LONDON | 3 | $761,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | DEUTSCHE WERTPAPIER SERVICE BANK AG | 3 | $4,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $4,322,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $35,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $1,750,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $4,116,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $1,760,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $12,861,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $1,029,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $246,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $4,000,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $6,281,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $6,561,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $7,341,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $8,799,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $15,185,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $15,435,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $815,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $8,337,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS & CO. | 3 | $22,413,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS INTERNATIONAL | 3 | $636,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | GOLDMAN SACHS INTERNATIONAL | 3 | $364,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | HSBC BANK PLC | 3 | $217,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | HSBC TRINKAUS AG | 3 | $100,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | JP MORGAN CHASE NA | 3 | $65,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | JP MORGAN CHASE NA | 3 | $10,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | JP MORGAN CHASE NA | 3 | $3,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | JP MORGAN CHASE NA | 3 | $65,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | JP MORGAN CHASE NA | 3 | $14,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | JP MORGAN SECURITIES LIMITED. | 3 | $41,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | MLI/SFG. LDN | 3 | $3,500,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | MORGAN STANLEY AND CO INTERNATIONAL PLC. | 3 | $22,689,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | RBL EUROPEAN PRIVATE BANKERS | 3 | $9,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | SIX SIS AG | 3 | $11,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | THE BANK OF NEW YORK MELLON SA/NV | 3 | $5,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | THE BANK OF NEW YORK MELLON SA/NV | 3 | $5,633,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171922643 | THE ROYAL BANK OF SCOTLAND PLC | 3 | $8,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171922643 | UBS AG | 3 | $100,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | AXA INVESTMENT MANAGESUK LTD. | 3 | $1,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | BNP PARIBAS S.A./AGENT:  CLEARSTREAM | 3 | $1,325,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | CITIGROUP GLOBAL MARKET INC. | 3 | $4,806,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | CREDIT SUISSE SECURITIES (EUROPE) LIMITED PRIME BROKERAGE | 3 | $3,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | CREDIT SUISSE SECURITIES (EUROPE) LIMITED PRIME BROKERAGE | 3 | $300,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | DEUTSCHE WERTPAPIER SERVICE BANK AG | 3 | $7,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | DEXIA BIL | 3 | $23,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $3,268,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $4,955,000.00 | **REJECT** | Superseded by 3018 Order |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $23,538,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $818,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $9,182,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $70,450,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $5,000,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $12,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $35,880,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $19,847,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $144,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $3,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS & CO. | 3 | $18,599,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | GOLDMAN SACHS INTERNATIONAL | 3 | $2,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | JP MORGAN CHASE | 3 | $3,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | JP MORGAN SECURITIES LIMITED. | 3 | $7,294,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | MERRION STOCKHOLDERS LIMITED | 3 | $7,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | MORGAN STANLEY AND CO INTERNATIONAL PLC. | 3 | $15,405,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | SIX SIS AG | 3 | $4,000,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | THE BANK OF NEW YORK MELLON SA/NV | 3 | $2,400,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | THE BANK OF NEW YORK MELLON SA/NV | 3 | $1,600,000.00 | **REJECT** | Superseded by 3018 Order |
| XS0171908063 | UBS | 3 | $5,000.00 | ACCEPT | Superseded by 3018 Order |
| XS0171908063 | UBS AG LONDON | 3 | $965,000.00 | ACCEPT | Superseded by 3018 Order |

NOTE: Epiq received approximately 1,290 beneficial owner ballots that were likely duplicates of votes that were otherwise included in the tabulation.  Insufficient information was included in the ballots to allow them to be included in the chart of ballots not tabulated, although 1,188 of the ballots (92.09%) were voted to accept the Plan; 27 of the ballots (2.09%) were voted to reject the Plan; and 76 of the ballots (5.89%) were not marked either to accept or reject the Plan.



**Exhibit C**

**MOTORS LIQUIDATION COMPANY, et al.**

**TABULATION OF BALLOTS:**

**<u>COMBINED TALLY</u>**

| | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) |
|---|---|---|---|---|
| CLASS 3 (GENERAL UNSECURED CLAIMS) | $17,931,509,584.31 (85.28%) | $3,096,173,237.17 (14.72%) | 85,185 (96.68%) | 2,922 (3.32%) |