HEARING DATE AND TIME: March 29, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: March 22, 2011 at 4:00 p.m. (Eastern Time)

<div style="border:1px solid black;">

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND
THE ATTACHMENTS HERETO TO DETERMINE WHETHER
THIS OBJECTION AFFECTS YOUR CLAIM(S)**

</div>

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                          :

**In re**                      :        **Chapter 11 Case No.**
                       :

**Motors Liquidation Company, *et al.*,**    :    **09-50026 (REG)**
     **f/k/a General Motors Corp., *et al.*** :
                       :

              **Debtors.**    :    **(Jointly Administered)**
                       :
------------------------------------------------------------x

## NOTICE OF DEBTORS' 214TH OMNIBUS OBJECTION TO CLAIMS
### (Administrative Proofs of Claim for Equity Interests)

     **PLEASE TAKE NOTICE** that on February 24, 2011, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their 214th omnibus objection to claims (the "**Objection**"), and that a

hearing (the "**Hearing**") to consider the Objection will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York (the "**Bankruptcy Court**"), One Bowling Green, New York,

New York 10004, on **March 29, 2011 at 9:45 a.m. (Eastern Time),** or as soon thereafter as

counsel may be heard.

To the extent a Claimant disagrees with the Objection's treatment of the Claimant's claim, the Claimant may call the Debtors to try and resolve the Claimant's concerns at **1-800-414-9607**.  If a Claimant is unable to resolve the Claimant's concerns with the Debtors before the deadline to respond, then the Claimant <u>must</u> file and serve a written response (a "**Response**") to the Objection in accordance with this notice, and the Claimant <u>must</u> appear at the Hearing described below.

A Claimant may participate in the Hearing telephonically provided that the Claimant complies with the Court's instructions, which can be found on the Court's website at www.nysb.uscourts.gov (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."  A Claimant must also provide prior written notice by mail or e-mail of the Claimant's telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (edward.wu@weil.com)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Lauren Macksoud, Esq. (lmacksoud@kramerlevin.com)).

**If a Claimant does not oppose the disallowance and expungement of the Claimant's claim, then the Claimant does not need to file a Response or appear at the Hearing.**

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **March 22, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  A Claimant's Response will be deemed timely only if it is:  (a) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing

system (the User's Manual for the Electronic Case Filing System can be found at

www.nysb.uscourts.gov) before the deadline for Responses **or** (b) **actually** received on a 3.5

inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format <u>and</u> in hard copy at each of the following addresses on

or before the deadline for response:

> A. Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;
>
> B. Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and
>
> C. Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

A Claimant's Response, if any, must contain at a minimum the following: (i) a

caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case

number, and the number of the Objection to which the Response is directed; (ii) the name of the

Claimant and description of the basis for the amount of the claim; (iii) a concise statement setting

forth the reasons why the claim should not be disallowed and expunged for the reasons set forth

in the Objection, including, but not limited to, the specific factual and legal bases upon which the

Claimant will rely in opposing the Objection; (iv) all documentation or other evidence of the

claim, to the extent not included with the proof of claim previously filed with the Bankruptcy

Court, upon which the Claimant will rely in opposing the Objection; (v) the address(es) to which

the Debtors must return any reply to the Claimant's Response, if different from that presented in

the proof of claim; and (vi) the name, address, and telephone number of the person that can be

contacted in connection with the Objection.

If a Claimant has any questions about this notice or the Objection, <u>please contact</u> the Debtors at **1-800-414-9607**.  **CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.**

**PLEASE TAKE FURTHER NOTICE THAT the Court may grant the relief requested in the Objection without further notice or a hearing if a Claimant fails to file a timely Response or appear at the Hearing.**

Dated: New York, New York
    February 24, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY**, *et al.*, :        **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*  :
                                          :
              **Debtors.**                :        **(Jointly Administered)**
                                          :
-------------------------------------------------------------x

<u>**DEBTORS' 214TH OMNIBUS OBJECTION TO CLAIMS**</u>
**(Administrative Proofs of Claim for Equity Interests)**

┌─────────────────────────────────────────────────────────────────┐
│     THIS OBJECTION SEEKS TO DISALLOW AND RECLASSIFY CERTAIN        │
│  FILED PROOFS OF CLAIM.  CLAIMANTS RECEIVING THIS OBJECTION SHOULD │
│  LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT "A" ANNEXED TO THIS OBJECTION. │
└─────────────────────────────────────────────────────────────────┘

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and

its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully

represent:

## Relief Requested

1.       Prior to the commencement of these chapter 11 cases, the Debtors issued hundreds of millions of shares of common equity.  By order dated December 14, 2010,[1] the Court established February 14, 2011 as the deadline to file proofs of claim for administrative expenses (the "**Administrative Proofs of Claim**") arising between June 1, 2009 and January 31, 2011.  Since providing notice of the deadline to file Administrative Proofs of Claim, the Debtors have received numerous Administrative Proofs of Claim asserting equity interests as the basis of the claim (the "**Equity Administrative Proofs of Claim**").  A schedule of Equity Administrative Proofs of Claim subject to this Objection is annexed hereto as **Exhibit "A."**

2.       A proof of claim that asserts an equity interest as an "administrative expense claim" is improper because equity interests are not administrative expenses and holders of equity interests are not creditors on account of such interests.  To the extent that a proof of claim asserts an equity interest as an "administrative expense claim," such "claim" should be disallowed and reclassified as an equity interest.  Reclassification will preserve the equity holder's rights on account of its equity interest, but remove the "claim" from the Debtors' claims register.

3.       The Debtors submit this 214th Omnibus Objection (the "**214th Omnibus Objection**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

---

[1] Consent Order Pursuant to Section 503(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Requests for Payment of Certain Administrative Expenses and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof, dated December 14, 2010 (ECF No. 8099).

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      On June 1, 2009 ("**Commencement Date**"), four of the Debtors (the "**Initial Debtors**")[2] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9, 2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered with those of the Initial Debtors under Case Number 09-50026.  On September 15, 2009, the Initial Debtors filed their schedules of assets and liabilities and statements of financial affairs, which were amended on October 4, 2009.  On October 15, 2009, the REALM/ENCORE Debtors filed their schedules of assets and liabilities and statements of financial affairs.

6.      On October 6, 2010, this Court entered an order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases,[4] which authorized the Debtors to file omnibus objections to claims on several grounds that are in addition to those grounds permitted under Bankruptcy Rule 3007(d).

---

[2] The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3] The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

[4] Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 3007 and 9019(b) Authorizing the Debtors to (I) File Omnibus Claims Objections and (II) Establishing Procedures for Settling Certain Claims, dated October 6, 2009 (ECF No. 4180).

## Equity Administrative Proofs of Claim Should
## Be Disallowed and Reclassified as Equity Interests

7.     A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729, 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

8.     Bankruptcy Rule 3007(d)(7) allows a debtor to file an omnibus objection

to claims that are "are interests, rather than claims."  The rationale behind such objections is that

the Bankruptcy Code differentiates between a "claim" and an "equity security" that is entitled to

a lower priority of distribution than a claim.  *See* 11 U.S.C. §§ 101(5), 101(16), 1129(b)(2).

While creditors may need to file proofs of claim to preserve their rights to receive distributions

on account of their claims,[5] the Court has yet to require equity security holders to file proofs of

interests to preserve their rights, if any, based solely on the ownership of equity interests.  The

filing of a proof of claim by an equity security holder to assert an equity interest is neither

necessary nor sufficient.  *See McGimsey v. USA Capital Diversified Trust Deed Fund, LLC (In re*

*USA Commercial Mortg. Co.)*, 377 B.R. 608, 615 (9th Cir. B.A.P. 2007) ("It is axiomatic that an

allowed proof of claim requires something more than mere equity ownership").

9.     An administrative expense is a special type of claim that is generally

entitled to priority in payment before certain other claims.  11 U.S.C. §§ 503, 507.

---

[5] Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim (Including Claims under Bankruptcy Code Section 503(b)(9)) and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof, dated September 16, 2009 (ECF No. 4079).

Administrative expenses are reserved solely to those entities that provide a benefit to the Debtors subsequent to the Commencement Date.  These claims, therefore, do not represent appropriate administrative expenses.

10.    Based on the foregoing, the Debtors request the Equity Administrative Proofs of Claim be disallowed and reclassified as an equity interest.  The reclassification of the Equity Administrative Proofs of Claim to equity interests will preserve any entitlement to distributions solely on account of the ownership of the Debtors' equity interests.

## Reservation of Rights

11.    The Debtors reserve the right to object to any of the Equity Administrative Proofs of Claim that are not disallowed in their entirety for any reason and to object on any basis to any Equity Administrative Proof of Claim that is reclassified as equity interests.

## Notice

12.    Notice of this 214th Omnibus Objection to Claims has been provided to each claimant listed on Exhibit "A" and parties in interest in accordance with the Fifth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated January 3, 2011 (ECF No. 8360).  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

13.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: New York, New York
       February 24, 2011

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

**Exhibit "A"**

**Exhibit A**

| | CLAIMS TO RECLASSIFY | | | | |
|---|---|---|---|---|---|

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEXANDER OSBURN<br>4842 E BRADEN ROAD<br><br>BYRON, MI 48418<br>UNITED STATES OF AMERICA | 70647 | Motors Liquidation Company | $1,989.95 | Equity Interest Claim | Pgs. 1-5 |
| ANDREW W MYERS<br>64 KNICKERBOCKER RD<br><br>CLOSTER, NJ 07624 | 70544 | Motors Liquidation Company | $11,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BETTY L. REEMSNYDER<br>5202 EVERHARD RD. N.W.<br>APT. 5<br>CANTON, OH 44718<br>UNITED STATES OF AMERICA | 70691 | Motors Liquidation Company | $1,056.40 | Equity Interest Claim | Pgs. 1-5 |
| BILLY ALDRIDGE<br>7208 N 22ND DR<br><br>PHOENIX, AZ 85021<br>UNITED STATES OF AMERICA | 70719 | Motors Liquidation Company | $508.91 | Equity Interest Claim | Pgs. 1-5 |
| BORIS MOGILEVICH<br>900 LYDIG AVE., APT.6C<br><br>Bronx, NY 10462<br>UNITED STATES OF AMERICA | 70616 | Motors Liquidation Company | $1,289.95 | Equity Interest Claim | Pgs. 1-5 |
| CARL C WEBB<br>C/O C C WEBB<br>42 PENLAWN CT<br>HOWARD, OH 43028 | 70661 | Motors Liquidation Company | $4,100.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES A MAHER<br>PO BOX 1131<br><br>ELGIN, SC 29045<br>UNITED STATES OF AMERICA | 70799 | Motors Liquidation Company | $6,519.90 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES B. SPENCER<br>319 FOREST OAKS DR.<br><br>NEW BERN, NC 28562<br>UNITED STATES OF AMERICA | 70594 | Motors Liquidation Company | $371.83 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

# Exhibit A

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CHARLES C ROSS<br>1104 NORTH X ST<br><br>LOMPOC, CA 93436 | 70783 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CYNTHIA SILEO<br>37 FRATERNITY LANE<br><br>STONY BROOK, NY 11790 | 70537 | Motors Liquidation Company | $147.00 | Equity Interest Claim | Pgs. 1-5 |
| DAN HARRIS, TRUSTEE<br>1335 SABATINA STREET<br><br>PRESCOTT, AZ 86301 | 70815 | Motors Liquidation Company | $2,280.00 | Equity Interest Claim | Pgs. 1-5 |
| DANA M ALDERMAN<br>1813 20TH ST<br><br>PARKERSBURG, WV 26101<br>UNITED STATES OF AMERICA | 70659 | Motors Liquidation Company | $1,004.55 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL REILERT<br>PO BOX 402<br><br>SIMSBURY, CT 06070<br>UNITED STATES OF AMERICA | 70632 | Motors Liquidation Company | $124.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID LESTER AMASON<br>328 E LAKEWOOD RD<br><br>W PALM BEACH, FL 33405<br>UNITED STATES OF AMERICA | 70656 | Motors Liquidation Company | $1,205.00 | Equity Interest Claim | Pgs. 1-5 |
| DEBORAH L FINDLAY<br>10305 COLLINGHAM DR<br><br>FAIRFAX, VA 22032 | 70578 | Motors Liquidation Company | $3,890.00 | Equity Interest Claim | Pgs. 1-5 |
| DONALD WEAKLAND<br>16 HIGHLAND AVENUE<br><br>EAGLEVILLE, PA 19403 | 70782 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DOUGLAS M WOJCIK<br>16630 JESSICA LANE<br><br>ROMULUS, MI 48174 | 70583 | Motors Liquidation Company | $6,867.10 | Equity Interest Claim | Pgs. 1-5 |
| DR SONYA L JONES<br>PO BOX 289<br><br>SOMERSET, KY 42502 | 70747 | Motors Liquidation Company | $1,778.29 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| EDGAR RABE<br>1810 THICKET CT.<br><br>FORT WAYNE, IN 46814<br>UNITED STATES OF AMERICA | 70596 | Motors Liquidation Company | $4,061.00 | Equity Interest Claim | Pgs. 1-5 |
| EHAB AMIN<br>94 AHMED ORABI ST.<br>MOHANDSSIN GIZA, 12411<br>EGYPT | 70817 | Motors Liquidation Company | $952.63 | Equity Interest Claim | Pgs. 1-5 |
| ELLIOT M HELFAND<br>2245 OLEADA CT<br><br>ENGLEWOOD, FL 34224 | 70665 | Motors Liquidation Company | $1,537.00 | Equity Interest Claim | Pgs. 1-5 |
| ESTATE OF PATRICIA SINCLAIR<br>C/O WILLIAM WALSH EXECUTOR<br>410 WELD ST<br>WEST ROXBURY, MA 02132 | 70681 | Motors Liquidation Company | $150.00 | Equity Interest Claim | Pgs. 1-5 |
| FELDNER FAMILY LTD PART.<br>138 BEECHWOOD RD<br><br>ORADELL, NJ 07649<br>UNITED STATES OF AMERICA | 70787 | Motors Liquidation Company | $3,557.00 | Equity Interest Claim | Pgs. 1-5 |
| GARY J REED<br>14445 N 51ST AVE W<br><br>MINGO, IA 50168 | 70631 | Motors Liquidation Company | $132.25 | Equity Interest Claim | Pgs. 1-5 |
| GENNARO GIRARDI<br>50 ERLANGER BLVD<br><br>NORTH BABYLON, NY 11703<br>UNITED STATES OF AMERICA | 70624 | Motors Liquidation Company | $10,454.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE P FELDNER<br>138 BEECHWOOD RD<br><br>ORADELL, NJ 07649<br>UNITED STATES OF AMERICA | 70786 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GEORGE P HATZIGEORGIS<br>PO BOX 130370<br><br>BIRMINGHAM, AL 35213 | 70652 | Motors Liquidation Company | $5,236.35 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE W LUKOVSKY<br>5620 HUNTINGTON ST<br><br>DULUTH, MN 55807 | 70751 | Motors Liquidation Company | $3,649.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

Exhibit A

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| GEORGETTE JOHNSON<br>2106 BOEGER AVE.<br>WESTCHESTER, IL 60154 | 70700 | Motors Liquidation Company | $5,272.51 | Equity Interest Claim | Pgs. 1-5 |
| GEORGIA E MALAK<br>304 HILLCREST LANE<br>BRENHAM, TX 77833 | 70748 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GERALD KRUTSINGER<br>55796 205TH TRL<br>CHARITON, IA 50049<br>UNITED STATES OF AMERICA | 70591 | Motors Liquidation Company | $944.49 | Equity Interest Claim | Pgs. 1-5 |
| GWEN WALRAVEN<br>401 RIO CONCHO DRIVE APT 47<br>SAN ANGELO, TX 76903 | 70731 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HELEN DAVIS<br>22578 E RIVER<br>GROSSE ILE, MI 48138 | 70765 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HENRI P RACINE<br>2968 MATAPEDIA AVE<br>G1W 1X9 QUEBEC CANADA<br>CANADA | 70789 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| IBRAHIM D IBRAHIM<br>1468 HUNTER MOON WAY<br>BEAUMONT, CA 92223 | 70682 | Motors Liquidation Company | $4,778.74 | Equity Interest Claim | Pgs. 1-5 |
| IRVIN STENZEL<br>3777 E MCDOWELL RD<br>APT 1042<br>PHOENIX, AZ 85008<br>UNITED STATES OF AMERICA | 70778 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACOB F. KRYGOSKI<br>9561 CRESTWOOD LN.<br>ANAHEIM, CA 92804<br>UNITED STATES OF AMERICA | 70645 | Motors Liquidation Company | $2,630.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES ROLAND<br>4673 ST. ALBANS<br>STERLING HEIGHTS, MI 48314<br>UNITED STATES OF AMERICA | 70607 | Motors Liquidation Company | $42,800.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| JEFF C. WANG<br>18810 RACQUET RIDGE<br><br>HUMBLE, TX 77346<br>UNITED STATES OF AMERICA | 70633 | Motors Liquidation Company | $1,741.00 | Equity Interest Claim | Pgs. 1-5 |
| JEFFREY F HADDEN<br>131 CURRY ROAD<br><br>WAPPINGERS FALLS, NY 12590<br>UNITED STATES OF AMERICA | 70575 | Motors Liquidation Company | $1,237.94 | Equity Interest Claim | Pgs. 1-5 |
| JENTIFER B. SMITH<br>138 BOMBA STREET<br><br>BARNWELL, SC 29812 | 70813 | Motors Liquidation Company | $659.79 | Equity Interest Claim | Pgs. 1-5 |
| JEROME JAKOBOWSKI<br>2007 CRAVENS DR.<br><br>CROSSVILLE, TN 38572 | 70767 | Motors Liquidation Company | $4,264.00 | Equity Interest Claim | Pgs. 1-5 |
| JERRY AND LYNN MCCARTY<br>30W012 WILLOW LANE<br><br>WARRENVILLE, IL 60555 | 70712 | Motors Liquidation Company | $2,445.16 | Equity Interest Claim | Pgs. 1-5 |
| JOAN N MURRAY<br>805 MALLEY DRIVE<br><br>NORTHGLENN, CO 80233 | 70722 | Motors Liquidation Company | $42.54 | Equity Interest Claim | Pgs. 1-5 |
| JOHN BAYBO<br>1084 DEBORAH DRIVE<br><br>ARNOLD, MO 63010<br>UNITED STATES OF AMERICA | 70605 | Motors Liquidation Company | $2,637.09 | Equity Interest Claim | Pgs. 1-5 |
| JOHN N. & ROSALYN FAZZI<br>370 PITTSTON BLVD<br><br>WILKES BARRE, PA 18702<br>UNITED STATES OF AMERICA | 70580 | Motors Liquidation Company | $6,876.33 | Equity Interest Claim | Pgs. 1-5 |
| JOHNNY R WHITE<br>549 N FM 270, SUITE 100<br><br>LEAGUE CITY, TX 77573 | 70650 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH FISCHETTI<br>228 COOK STREET<br><br>HUNTINGTON STATION, NY 11746 | 70753 | Motors Liquidation Company | $19,858.81 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

Exhibit A

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| JOSEPH L MALONEY<br>8331 LAMPSON APT 3<br><br>GARDEN GROVE, CA 92841 | 70755 | Motors Liquidation Company | $11,651.47 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH P SCHORN<br>7 GREENACRE LANE<br><br>NORTHPORT, NY 11768 | 70669 | Motors Liquidation Company | $2,216.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH YAKLIC<br>49830 CRANBERRY CREEK DR.<br><br>MACOMB, MI 48042<br>UNITED STATES OF AMERICA | 70680 | Motors Liquidation Company | $26,820.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH YAKLIC II<br>52471 INDIAN SUMMER DR.<br><br>CHESTERFIELD TWP., MI 48051<br>UNITED STATES OF AMERICA | 70677 | Motors Liquidation Company | $1,291.50 | Equity Interest Claim | Pgs. 1-5 |
| JUDY A SIERSON<br>7242 RESERVOIR ROAD<br><br>CHINTON, NY 13323 | 70744 | Motors Liquidation Company | $6,759.63 | Equity Interest Claim | Pgs. 1-5 |
| JUDY TURNER<br>6002 NORTHGAP<br><br>SAN ANTONIO, TX 78239<br>UNITED STATES OF AMERICA | 70587 | Motors Liquidation Company | $147.75<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JULIA SZETO<br>1629 S.PRAIRIE AVE<br>#2203<br>CHICAGO, IL 60616 | 70666 | Motors Liquidation Company | $7,973.80 | Equity Interest Claim | Pgs. 1-5 |
| JUNE HECK<br>81514 ALEXANDER<br><br>CHAPEL HILL, NC 27517<br>UNITED STATES OF AMERICA | 70584 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KARL C. WENTZ<br>3450 LAKESHORE DRIVE<br><br>TALLAHASSEE, FL 32312<br>UNITED STATES OF AMERICA | 70554 | Motors Liquidation Company | $15,345.56 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T COLE TTEE<br>39 OLIVE AVE<br><br>REHOBOTH BEACH, DE 19971 | 70589 | Motors Liquidation Company | $7,186.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

**Exhibit A**

| | CLAIMS TO RECLASSIFY | | | | |
|---|---|---|---|---|---|
| KATHERINE T COLE TTEE<br>39 OLIVE AVE<br><br>REHOBOTH BEACH, FL 19971 | 70623 | Motors Liquidation Company | $7,186.00 | Equity Interest Claim | Pgs. 1-5 |
| KHOJESTA A. PRICE<br>8604 J VIA MALLORCA<br><br>LA JOLLA, CA 92037<br>UNITED STATES OF AMERICA | 70609 | Motors Liquidation Company | $347.70 | Equity Interest Claim | Pgs. 1-5 |
| L KILMER & H KILMER TTEE<br>KILMER FAMILY TRUST U/A DTD 10/20/1998<br>19420 TREADWAY RD<br>BROOKEVILLE, MD 20833 | 70648 | Motors Liquidation Company | $172.95 | Equity Interest Claim | Pgs. 1-5 |
| LARRY MULROONEY<br>241 HAZEN RD.<br><br>HACKETTSTOWN, NJ 07840<br>UNITED STATES OF AMERICA | 70573 | Motors Liquidation Company | $262.04 | Equity Interest Claim | Pgs. 1-5 |
| LARRY S MASSEY<br>426 STEVENS AVE<br><br>GREENWOOD, SC 29646<br>UNITED STATES OF AMERICA | 70615 | Motors Liquidation Company | $3,637.82 | Equity Interest Claim | Pgs. 1-5 |
| LEO REINER<br>MARK REINER<br>19 JOHN HANCOCK DR #B<br>MONROE TWP, NJ 08831 | 70761 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LOUIS G. JOHNSON & PATRICIA A JOHNSON<br>4800 GREELY CHAPEL ROAD<br><br>LIMA, OH 45806<br>UNITED STATES OF AMERICA | 70619 | Motors Liquidation Company | $8,941.40 | Equity Interest Claim | Pgs. 1-5 |
| LYNN SWIECICKI<br>756 BRADY AVE # 106<br><br>BRONX, NY 10462 | 70608 | Motors Liquidation Company | $476.67 | Equity Interest Claim | Pgs. 1-5 |
| M.LOUISE SCHUMAN<br>101 KOKOMO WAY<br><br>SENECA, SC 29672 | 70643 | Motors Liquidation Company | $3,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARK & ANN STAHLA JTWROS<br>MARK STAHLA<br>PO BOX 1976<br>KEY WEST, FL 33041 | 70711 | Motors Liquidation Company | $3,010.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| MAYNELL ADAMS<br>3835 N STONE GULLY<br><br>MESA, AZ 85207 | 70693 | Motors Liquidation Company | $2,034.27<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MELISSA GRIGIONE<br>25 ORCHARD RD<br><br>BREWSTER, NY 10509 | 70819 | Motors Liquidation Company | $3,200.00 | Equity Interest Claim | Pgs. 1-5 |
| MOJGAN LATIFI<br>26120 ALIZIA CANYON DRIVE<br>UNIT D<br>Calabasas, CA 91302<br>UNITED STATES OF AMERICA | 70784 | Motors Liquidation Company | $336.00 | Equity Interest Claim | Pgs. 1-5 |
| NORMA BUTLER<br>2022 WEST AUTUMN LN<br><br>FORT WAYNE, IN 46845<br>UNITED STATES OF AMERICA | 70542 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NORMA JEAN WALENS<br>8922 KREWSTOWN RD #209<br><br>PHILADELPHIA, PA 19115 | 70530 | Motors Liquidation Company | $1,183.00 | Equity Interest Claim | Pgs. 1-5 |
| ORRETT KONG<br>2750 BALFORN TOWER WAY<br><br>WINTER GARDEN, FL 34787 | 70726 | Motors Liquidation Company | $2,400.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA ANN MCLAWHORN<br>5535 CAL JONES ROAD<br><br>VANCEBORO, NC 28586 | 70672 | Motors Liquidation Company | $1,009.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA FELDNER<br>138 BEECHWOOD ROAD<br><br>ORADELL, NJ 07649 | 70805 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RAE & DOWLING GREGORY<br>806 E 14TH ST N<br><br>NEWTON, IA 50208<br>UNITED STATES OF AMERICA | 70590 | Motors Liquidation Company | $6,679.00 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD FROHM<br>4705 EAST BRILLIANT SKY DRIVE<br><br>CAVE CREEK, AZ 85331<br>UNITED STATES OF AMERICA | 70550 | Motors Liquidation Company | $4,017.74 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| RICHARD M CHMIEL<br>1432 W. PETERSON AVENUE<br><br>PARK RIDGE, IL 60068 | 70714 | Motors Liquidation Company | $3,542.99 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT A & DELL M JOHNSTON JT TEN<br>107 OLD WELLS ROAD<br><br>WEST POINT, GA 31833 | 70721 | Motors Liquidation Company | $34,608.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT MELVIN CHAPLIN<br>5845 DALTRY LANE<br><br>COLORADO SPRINGS, CO 80906 | 70621 | Motors Liquidation Company | $100.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT V REHAK<br>3420 LANDVIEW DR<br><br>ROCHESTER, MI 48306 | 70785 | Motors Liquidation Company | $51,262.12 | Equity Interest Claim | Pgs. 1-5 |
| ROMANO LUBRANO<br>2525 DU GUEPIER<br>H7L 4W8 LAVAL QUEBEC<br>CANADA | 70649 | Motors Liquidation Company | $1,262.00 | Equity Interest Claim | Pgs. 1-5 |
| RONNIE L GARVEY<br>1248 LAKERIDGE CIRCLE<br><br>TROUTVILLE, VA 24175 | 70738 | Motors Liquidation Company | $689.56 | Equity Interest Claim | Pgs. 1-5 |
| ROSE FISHER<br>13829 VALLEY VISTA BLVD.<br><br>Sherman Oaks, CA 91423<br>UNITED STATES OF AMERICA | 70559 | Motors Liquidation Company | $6,293.00 | Equity Interest Claim | Pgs. 1-5 |
| RYAN D'AMOUR<br>17922 W. MARSHALL COURT<br><br>LITCHFIELD PARK, AZ 85340<br>UNITED STATES OF AMERICA | 70552 | Motors Liquidation Company | $654.76 | Equity Interest Claim | Pgs. 1-5 |
| SCHWARZKOPF<br>3 SHERIDAN SQUARE 12D<br><br>NEW YORK, NY 10014<br>UNITED STATES OF AMERICA | 70634 | Motors Liquidation Company | $12,057.00 | Equity Interest Claim | Pgs. 1-5 |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>PO BOX 6<br>ST PETER PORT GUERNSEY<br>GY1 3AE CHANNEL ISLANDS<br>GREAT BRITAIN | 70613 | Motors Liquidation Company | $60,182.76 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| SHIRLEY J WATTS<br>13506 SESAME ST<br><br>SAN ANTONIO, TX 78232<br>UNITED STATES OF AMERICA | 70729 | Motors Liquidation Company | $29,227.00 | Equity Interest Claim | Pgs. 1-5 |
| STELLA V MALLES<br>21 WILSON AVE<br><br>RUTHERFORD, NJ 07070 | 70816 | Motors Liquidation Company | $14,493.88 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN ALDRIDGE<br>5650 W YUCCA ST<br><br>GLENDALE, AZ 85304<br>UNITED STATES OF AMERICA | 70563 | Motors Liquidation Company | $1,250.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN ALDRIDGE<br>5650 W YUCCA ST<br><br>GLENDALE, AZ 85304 | 70713 | Motors Liquidation Company | $1,250.00 | Equity Interest Claim | Pgs. 1-5 |
| SUSANNE WINTER SHEPHERD<br>3247 INNSBRUCK CIRCLE<br><br>COLLEGE STATION, TX 77845 | 70543 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TIMOTHY G MAYER<br>10625 W MARIPOSA ST<br><br>PHOENIX, AZ 85037<br>UNITED STATES OF AMERICA | 70622 | Motors Liquidation Company | $5,907.50 | Equity Interest Claim | Pgs. 1-5 |
| TONY C. ESTEVES<br>411 ROYALE PARK DRIVE<br><br>SAN JOSE, CA 95136<br>UNITED STATES OF AMERICA | 70586 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TYRON MORISSETTE<br>202 WILLOUGHBY LN<br><br>JACKSONVILLE, NC 28546<br>UNITED STATES OF AMERICA | 70540 | Motors Liquidation Company | $222.09 | Equity Interest Claim | Pgs. 1-5 |
| WAYNE & HAZEL DAYHUFF<br>11228 VILLAS ON THE GREEN DR<br><br>RIVERVIEW, FL 33579 | 70723 | Motors Liquidation Company | $618.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM C GRAY<br>PO BOX 319<br><br>COUNCE, TN 38326 | 70725 | Motors Liquidation Company | $42,968.74 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| XIN YING GUAN<br>302-650 PRIDEAUX STREET.<br>NANAIMO BC CANADA V9R 2P1<br>CANADA | 70739 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| YVON ROUSSEL<br>5732 RAMSEY ROAD<br>NIAGARA FALLS ON L2E 6X8 CANADA<br>CANADA | 70820 | Motors Liquidation Company | $6,167.85 | Equity Interest Claim | Pgs. 1-5 |

**100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                            :
In re                                       :        Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :        09-50026 (REG)
        f/k/a General Motors Corp., et al.  :
                                            :
                    Debtors.                :        (Jointly Administered)
                                            :
----------------------------------------------------------------x
```

<u>ORDER GRANTING DEBTORS' 214TH OMNIBUS OBJECTION TO CLAIMS</u>
(Administrative Proofs of Claim for Equity Interests)

Upon the 214th omnibus objection, dated February 24, 2011 (the "**214th Omnibus**

**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its

affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to

section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, seeking entry of an order disallowing and reclassifying

Equity Administrative Proofs of Claim as equity interests, all as more fully described in the 214th

Omnibus Objection; and due and proper notice of the 214th Omnibus Objection having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the 214th Omnibus Objection is in the best interests

of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the 214th Omnibus Objection establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the 214th Omnibus Objection.

ORDERED that the relief requested in the 214th Omnibus Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Equity Administrative Expense Proofs of Claim listed on Exhibit "A" annexed to hereto (the "**Order Exhibit**") are disallowed and reclassified as equity interests; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the 214th Omnibus Objection that are not disallowed pursuant to this Order, and any of the claims for equity interests that are reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
           _____, 2011

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE