GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
       mitchelln@gtlaw.com
       baej@gtlaw.com
       ticollg@gtlaw.com

*Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP,*
*Elliott Management Corporation, and Fortress Investment Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :   Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,                         :
                                                            :
                                                            :
Debtors.                                                    :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MICHAEL JACKSON, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

*NY 240,965,358v1 2-25-11*

2. On February 11, 2011, I caused to be served a true and accurate copy of the *Objection Of Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, And Fortress Investment Group LLC To Debtors' Amended Joint Chapter 11 Plan* [Docket No. 9202] via First Class Mail upon the parties listed on the attached Exhibit A.

|  |  |
|---|---|
| | */s/ Michael Jackson* |
| Sworn to before me this | Michael Jackson |
| 25th day of February, 2011. | |

*/s/ Doreen Cusumano*
Doreen Cusumano
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission expires October 9, 2013

# **EXHIBIT A**

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Stephen Karatkin, Esq.
Joseph Smolinksy, Esq.
767 Fifth Avenue,
New York, NY 10153

Motors Liquidation Company
Attn: Thomas Morrow
401 South Old Woodward Avenue
Suite 370
Birmingham, Michigan 48009

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, Michigan 48265

Cadwalder, Wickersham & Taft LLP
Attn: John Rapisardi, Esq.
One World Financial Center
New York, NY 10281

United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq.
Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, NY 10019

# **EXHIBIT A**

| | |
|---|---|
| Kramer Levin Naftails & Frankel LLP<br>Attn: Thomas Moers Mayer, Esq.<br>Robert Scmidt, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Office of the United States Trustee<br>Attn: Tracy Hope Davis, Esq.<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| U.S. Attorney's Office, S.D.N.Y.<br>Attn: David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>86 Chambers Street<br>Third Floor<br>New York, NY 10007 | Caplin & Drysdale, Chartered<br>Attn: Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq.<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152 |
| Caplin & Drysdale, Chartered<br>Attn: Trevor W. Swett II, Esq.<br>Kevin C. Maclay, Esq.<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005 | Stutzman, Bromberg, Esserman & Plifka<br>Attn: Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201 |