**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
```

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

```
-------------------------------------------------------------------x
```

## <u>AFFIDAVIT OF SERVICE</u>

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF NASSAU | ) |

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.      On February 18, 2011, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list parties, notice of appearance parties, and affected parties with an email address), by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc., and a notice of appearance party whose e-mail address failed), by facsimile on the parties identified on Exhibit C annexed hereto (Office of the United States Trustee and notice of appearance parties whose e-mail address failed), and by overnight delivery

- **Supplement to Debtors' Amended Joint Chapter 11 Plan ("Debtors' Amended Joint Chapter 11 Plan Supplement") [Docket No. 9309].**

3.     On February 21, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the **Debtors' Amended Joint Chapter 11 Plan Supplement** to be served by overnight delivery on the parties identified on Exhibit E annexed hereto (contract counterparties with a physical delivery address).

4.     On February 22, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the **Debtors' Amended Joint Chapter 11 Plan Supplement** to be served by Express Mail  on the parties identified on Exhibit F annexed hereto (contract counterparties where the only known address contained a Post Office box or no  exact  delivery address).


Dated:  February 24, 2011                          /s/ Alison Moodie_____
         New Hyde Park, New York              Alison Moodie


Sworn to before me this 23rd day of February, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

3M COMPANY
ATT: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144-1000
email: arbrown@mmm.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
email: david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: NATALIE E. LEVINE
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: nlevine@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: dladdin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
email: hwangr@michigan.gov

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
email: leslie.levy@nebraska.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
email: rbernard@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114-3485
email: wgibson@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: dworkman@bakerlaw.com

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
ATTN: MAX A. MOSELEY
ATTY FOR SERRA CHEVROLET, INC AND KEYSTONE AUTOMOTIVE, INC
420 20TH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203
email: mmoseley@bakerdonelson.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR M-HEAT INVESTORS, LLC
ATTN: PATRICK E. MEARS & JOHN T. GREGG
171 MONROE AVE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: pmears@btlaw.com, jgregg@btlaw.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: jonathan.alter@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: mrichards@blankrome.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
email: rcpottinger@bslbv.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: anna.boelitz@bingham.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
email: cdarke@bodmanllp.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
email: borgeslawfirm@aol.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
email: renee.dailey@bgllp.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
email: schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: J. KIM & G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: JKim@burkelaw.com ; Gring@Burkelaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161-0039
email: Peter.Lee@bnsf.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084
email: paige@bsplaw.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com, zachary.smith@cwt.com

CANON U.S.A. INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com; rct@capdale.com;

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mweinczok@casselsbrock.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009
email: ccahill@clarkhill.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110
email: goldberg@cwg11.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
email: sjohnston@cov.com

CROWELL & MORING LLP
ATTY FOR WINKELMANN SP Z.O.O.
ATTN STEVEN B. EICHEL
590 MADISON AVE, 20TH FL
NEW YORK, NY 10022
email: seichel@crowell.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945
email: rmeth@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
email: hryder@daypitney.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036
email: adoshi@daypitney.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-0950
email: rmeth@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
email: dtrafelet@sbcglobal.net

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
email: juliet.sarkessian@dechert.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184
email: jkots@state.pa.us

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: mchammer3@dickinsonwright.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
email: stephanie.wickouski@dbr.com, Kristin.Going@dbr.com,

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
P.O.BOX 2327
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.
ATT: DIANNE RUHLANDT
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: mkogan@ecjlaw.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
email: ppascuzzi@ffwplaw.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
email: fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
email: vavilaplana@foley.com; mriopelle@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
email: ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN
ATTY FOR CLARCOR, INC.
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN 37219
email: bguy@fbtlaw.com ; mkroplin@fbtlaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
ATTY FOR SERRA CHEVROLET, INC. & KEYSTON AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
email: jeff@galese-ingram.com

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265
email: lawrence.s.buonomo@gm.com

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022
email: prachmuth@gerstensavage.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: jberlage@ghsllp.com

GOHN, HANKEY & STICHEL, LLP
ATTN: B DELFINO
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: bdelfino@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com

GREENBURG TRAURIG, LLP
ATT: R.ZIRINSKY, N. MITCHELL, A. KADISH
ATTY FOR AURELIUS CAPITAL MANAGEMENT, ET AL.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
ATTY FOR BALINTULO PLAINTIFFS
11 BROADWAY, SUITE 615
NEW YORK, NY 10004
email: solson@hausfeldllp.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007
email: judith.elkin@haynesboone.com

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020-1007
email: matthew.russell@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC 29211-1889
email: bshort@hsblawfirm.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com; prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
email: amy.chipperson@hp.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON, MA 02109
email: tcurran@haslaw.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN ROBERT B WEISS ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: rweiss@honigman.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: tomschank@hunterschank.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
email: jlsaffer@jlsaffer.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: jeff.rich@klgates.com; eric.moser@klgates.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK, NY 10022-3598
email: rsmolev@kayescholer.com;

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KIRKLAND & ELLIS LLP
ATTYS FOR NUMMI
ATTN: RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60651
email: ray.schrock@kirkland.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: pwh@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com; jmacyda@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN MACKSOUD, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
lmacksoud@kramerlevin.com, jsharret@kramerlevin.com, jfriedman@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
email: dmb@kompc.com; psm@kompc.com; mws@kompc.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
email: sheehan@txschoollaw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com

LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
email: shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281-2199
email: kwalsh@lockelord.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
email: dhartheimer@mazzeosong.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: kab@mccarthylebit.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN MICHAEL REED ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: mreed@mvbalaw.com, sveselka@mvbalaw.com, gbragg@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
email: cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: jmayes@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: gardinerk@michigan.gov

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
email: msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
email: robbins@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTYS FOR JPMORGAN CHASE BANK
ATTN:  ANDREW D. GOTTFRIED & ANNIE C. WELLS
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTYS FOR JPMORGAN CHASE BANK
ATTN:  ANDREW D. GOTTFRIED & ANNIE C. WELLS
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY 10022
email: bankruptcy@morrisoncohen.com

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
ATTY FOR THE TIMKEN COMPANY & THE TIMKEN CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: jsullivan@mosessinger.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE
SUITE 370
BIRMINGHAM, MI 48009
email: tmorrow@alixpartners.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
email: CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
email: Info@AndrewCuomo.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
email: Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RFRANKEL@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON & ROBERT F. LAWRENCE
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
email: rwyron@orrick.com ; rlawrence@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: email@orumroth.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: maricco.michael@pbgc.gov

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
ATTY FOR SATTERLEE, ROSE AND SPRINGFIELD TOWNSHIP GROUPS
100 RENIASSANCE CENTER, STE. 3600
DETROIT, MI 48243
email: kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: LAURA LINN NOGGLE
ATTY FOR SKF USA INC
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK, NY 10018-1405
email: nogglel@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
email: toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & LAURA LINN NOGGLE
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243-1157
email: kayesd@pepperlaw.com; nogglel@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PHILIP MORRIS USA
2335 BELLS RD
RICHMOND, VA 23234-2274
email: joy.e.tanner@altria.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS, TX 75201
email: rpatel@pronskepatel.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY 10036-8299
email: srutsky@proskauer.com; aberkowitz@proskauer.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
ATTY FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: psibley@pryorcashman.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191
email: Lee_Cooper@raytheon.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT 06510
email: cfelicetta@reidandriege.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
email: rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
email: richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: JHong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: jhong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: NBinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: nbinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: mfriedman@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
email: akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
email: rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
email: judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
875 3RD AVE FL 9
NEW YORK, NY 10022-0123
email: rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, NY 94105
email: kstrickland@rmkb.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005-1101
email: bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
email: achaykin@shinnfuamerica.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: nlagemann@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
email: avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032
email: nboehler@cbmlaw.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: DMACK@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SPECTRUM GROUP MANAGEMENT LLC
C/O DAVID D.R. BULLOCK
1250 BROADWAY, SUITE 810
NEW YORK, NY 10001
email: dbullock@spectrumgp.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com, newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com ;
jgroves@sandw.com ; cbodell@sandw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037-0222
email: dselwocki@swappc.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: marvin.clements@ag.tn.gov

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119
email: lischen@tcwtgn.com

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
ATTY FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
email: djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: BARBARA KEANE
105 MAXESS ROAD
MELVILLE, NY 11747
email: barbara_keane@gardencitygroup.com

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
email: rbrownlee@thompsoncoburn.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY 10017
email: abauer@torys.com; tmartin@torys.com

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR.,
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
email: JOSEPH.SAMARIAS@DO.TREAS.GOV

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov,
natalie.kuehler@usdoj.gov

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182-2707
email: lakatz@venable.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103-0040
email: roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
email: crusemg@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
email: zacharym@atg.wa.gov

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: STEVEN OSTROW, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
email: ostrows@whiteandwilliams.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: dockterman@wildman.com, young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARINO, ESQ.
ATTY FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: laccarrino@wilentz.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & MINDY D. COHN & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com; mcohn@winston.com

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY 10166
email: sschwartz@winston.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
1300 NATIONAL DR STE 140
SACRAMENTO, CA 95834-1981

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

# EXHIBIT C

AIKEN SCHENK HAWKINS & RICCARDI P.C.
ATT: BARBARA LEE CALDWELL
ATTY FOR MARICOPA COUNTY
4742 NORTH 24TH STREET, SUITE 100
PHOENIX, AZ 85016
FAX: 602-248-8840

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
FAX: 212-668-2255

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY & IAN POHL, ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
FAX: 212-757-3990

# EXHIBIT D

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC
ONE BRYANT PARK
NEW YORK, NY 10036

BINGHAM MCCUTCHEN LLPMILISSA MURRAY
ATTY FOR ILCO SITE REMEDIATION GRP
ATTN: MILISA MURRAY
2020 K STREET, NW
WASHINGTON, DC 22406

CA DEPT OF TOXIC SUBSTANCES CONTROL
OLIVIA W KARLIN
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013

ERMAN TEICHER MILLER ZUCKER FREEDM
ATT: DIANNE RUHLANDT
400 GALLERIA OFFICENTRE, SUITE 444
ATTY FOR CENTERPOINT ASSOCIATES
SOUTHFIELD, MI 48034

HARRIS BEACH PLLC
ATTN: L WOODARD
ONE PARK PLACE,4TH FL
300 SOUTH STATE STREET
SYRACUSE, NY 13202

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  A. Gottfried & A. Wells
101 PARK AVENUE
NEW YORK, NY 10178

NCR CORPORATION
C/O MATTHEW A. HAMERMESH
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

WINDELS,MARX, LANE & MITTENDORF LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE CO.
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940

BARNES & THORNBURG LLP
ATTY FOR M-HEAT INVESTORS, LLC
ATTN: PATRICK MEARS & JOHN GREGG
171 MONROE AVE, NW, SUITE 1000
GRAND RAPIDS, MI 49503

BROWN RUDNICK LLP
COUNSEL TO GEN. MOTORS NOVA SCOTIA
ATTN: ROBERT STARK & DANIEL SAVAL
SEVEN TIMES SQUARE
NEW YORK, NY 10036

CROWELL & MORING LLP
ATTY FOR WINKELMANN SP Z.O.O.
ATTN STEVEN B. EICHEL
590 MADISON AVE, 20TH FL
NEW YORK, NY 10022

GREENBURG TRAURIG, LLP
ATT:R.ZIRINSKY,N.MITCHELL,A.KADISH
ATTY FOR AURELIUS CAPITAL MANAG.
200 PARK AVENUE
NEW YORK, NY 10166

KIRKLAND & ELLIS LLP
ATTYS FOR NUMMI
ATTN: RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60651

NCR CORPORATION
ATTN: EDWARD GALLAGHER, ESQUIRE
LAW VICE PRESIDENT
250 GREENWICH STREET
NEW YORK, NY 10007

NEW YORK STATE DEPARTMENT OF LAW
ATT: MAUREEN F. LEARY
THE CAPITOL
ENVIRONMENTAL PROTECTION BUREAU
ALBANY, NY 12224

# EXHIBIT E

360 COMMUNICATIONS
ATTN: CORP OFFICER/AUTH AGENT
8725 HIGGINS ROAD
RE: TELESPECTRUM INC.
CHICAGO, IL

ABBINGTON ASSOCIATES  INC.
ATTN: CORP OFFICER/AUTH AGENT
922 STATE ROUTE 33
FREEHOLD, NJ 07728-8439

ACTION FREIGHT SERVICES
ATTN: CORP OFFICER/AUTH AGENT
27106 TROLLEY INDUSTRIAL DR
VICKI TKACH
TAYLOR, MI 48180-1421

ADAMS & QUINTON PA
ATTN: CORP OFFICER/AUTH AGENT
7300 W CAMINO REAL; CAMINO REAL CTR
WHITLEY CHEVROLET INC ROGER
BOCA RATON, FL 33433

AL SERRA BUICK-GMC TRUCK,  INC.
ATTN: CORP OFFICER/AUTH AGENT
G6201 S SAGINAW
JOSEPH SERRA
GRAND BLANC, MI 48439

AL SERRA CHEVROLET  L.L.C.
ATTN: CORP OFFICER/AUTH AGENT
1570 AUTO MALL LOOP
JEROME COLTEN
COLORADO SPRINGS, CO 80920-954

ALLIANCE COMMUNICATIONS CABLE  INC.
ATTN: CORP OFFICER/AUTH AGENT
1650 INTERNATIONAL COURT #200
NORCROSS, GA 30093-3354

AMACOR - ADV MAGNESIUM ALLOYS CORP
ATTN: CORP OFFICER/AUTH AGENT
1820 EAST 32ND STREET
ANDERSON, IN 46013

AMERICAN AXLE & MANUFACTURING, INC.
ATTN: CORP OFFICER/AUTH AGENT
1840 HOLBROOK AVENUE
DETROIT, MI 48212

AMERICAN AXLE & MANUFACTURING, INC.
ATTN: CORP OFFICER/AUTH AGENT
ONE DAUCH DRIVE
DETROIT, MI

ANEX WAREHOUSE & DIST COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1200 LEBANON RD
WEST MIFFLIN, PA 15122

ARAMARK
ATTN: CORP OFFICER/AUTH AGENT
1101 MARKET STREET
PHILADELPHIA, PA 19107

ARGONAUT HOLDINGS  INC.
ATTN: CORP OFFICER/AUTH AGENT
485 W MILWAUKEE ST
BOARD OF WATER AND LIGHT
DETROIT, MI 48202-3220

ARROWLOINT CAPITAL CORP
ATTN: CORP OFFICER/AUTH AGENT
3600 ARCO CORPORATE DRIVE
RE: ARROWOOD INDEMNITY CO
CHARLOTTE, NC 28273

ARTESIAN WATER COMPANY
ATTN: CORP OFFICER/AUTH AGENT
664 CHURCHMAN'S ROAD
NEWARK, DE 19702

ARTESIAN WATER COMPANY  INC.
ATTN: CORP OFFICER/AUTH AGENT
664 CHURCHMANS RD
VICE PRESIDENT
NEWARK, DE 19702-1934

AUGUSTA DRAIN DRAINAGE DISTRICT
ATTN: CORP OFFICER/AUTH AGENT
550 S TELEGRAPH RD
PONTIAC, MI 48341-375

AVERITT EXPRESS
ATTN: CORP OFFICER/AUTH AGENT
1415 NEAL ST
PO BOX 3166
COOKEVILLE, TN 38502-3166

AVERITT EXPRESS  INC.
ATTN: CORP OFFICER/AUTH AGENT
1415 NEAL ST
PO BOX 3166
COOKEVILLE, TN 38502-3166

BANC OF AMERICA SECURITIES LLC
ATTN: CORP OFFICER/AUTH AGENT
100 N. TRYON ST.
STE 220
CHARLOTTE, NC 28255

BANKBOSTON, N.A.
ATTN: CORP OFFICER/AUTH AGENT
100 FEDERAL ST FL 31
BOSTON, MA 02110-1883

BARCLAYS CAPITAL INC
ATTN: CORP OFFICER/AUTH AGENT
200 PARK AVENUE FLOOR 3W
NEW YORK, NY 10166-2199

BEAR STEARNS
ATTN: CORP OFFICER/AUTH AGENT
383 MADISON AVENUE
NEW YORK, NY 10179

BEMIS COMPANY  INC.
ATTN: CORP OFFICER/AUTH AGENT
ONE NEENAH CENTER, 4TH FLOOR
PO BOX 669
NEENAH, WI 54957-0669

BERGSTROM CADILLAC-HUMMER  INC.
ATTN: CORP OFFICER/AUTH AGENT
1200 APPLEGATE RD
MADISON, WI 53713-3220

BERGSTROM CHEVROLET OF MILWAUKEE
ATTN: CORP OFFICER/AUTH AGENT
11100 METRO BOULEVARD
MILWAUKEE, WI 53224-4327

BERGSTROM CHEVROLET-BUICK
ATTN: CORP OFFICER/AUTH AGENT
150 N GREEN BAY RD
-PONTIAC-CADILLAC-HUMMER  INC.
NEENAH, WI 54956

BERKSHIRE FUND VI  LTD PARTNERSHIP
ATTN: CORP OFFICER/AUTH AGENT
ONE BOSTON PLACE SUITE 3300
ATTN: LARRY S. HAMELSKY
BOSTON, MA 02108

BERKSHIRE PARTNERS LLC
ATTN: LARRY S. HAMELSKY
ONE BOSTON PLACE SUITE 3300
RE ELECTRO-MOTIVE DIESEL  INC.
BOSTON, MA 02108

BMW OF NORTH AMERICA  LLC
ATTN: CORP OFFICER/AUTH AGENT
300 CHESTNUT RIDGE ROAD
WOODCLIFF LAKE, NJ 07675

BOROUGH OF WEST MIFFLIN
ATTN: CORP OFFICER/AUTH AGENT
3000 LEBANON CHURCH RD
WEST MIFFLIN, PA 15122-2603

BOSTON EDISON COMPANY
ATTN: CORP OFFICER/AUTH AGENT
800 BOYLSTON ST
BOSTON, MA 02199-8010

BOWMAN AND BROOKE LLP
ATTN: CORP OFFICER/AUTH AGENT
50 WEST BIG BEAVER ROAD SUITE 600
ATTN: THOMAS P. BRANIGAN, ESQ
TROY, MI 48084

BOWMAN AND BROOKE LLP
ATTN: THOMAS P. BRANIGAN, ESQ.
50 WEST BIG BEAVER ROAD
SUITE 600
TROY, MI 48084

BRUNSON & KAHNCHICAGO
ATTN: CORP OFFICER/AUTH AGENT
300 WEST WASHINGTON
14TH FLOOR
CHICAGO, IL 60606

BURTON-DIXIE CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
2024 S. RACINA AVE.
CHICAGO, IL 60608

CALIFORNIA AUTO RETAILING GRP  INC.
ATTN: CORP OFFICER/AUTH AGENT
4200 JOHN MONEGO COURT
DUBLIN, CA 94568

CALIFORNIA AUTO RETAILING GRP  INC.
ATTN: CORP OFFICER/AUTH AGENT
4200 JOHN MONEGO CT
INDER DOSANJH
DUBLIN, CA 94568

CAMARGO CADILLAC INC.
ATTN: CORP OFFICER/AUTH AGENT
9880 MONTGOMERY ROAD
CINCINNATI, OH 45242

CAMINO REAL GMC PONTIAC BUICK  LLC.
ATTN: CORP OFFICER/AUTH AGENT
15550 BEACH BLVD
WESTMINSTER, CA 92683-7105

CAPITOL MOTOR CO.  INC.
ATTN: CORP OFFICER/AUTH AGENT
405 EASTERN BLVD
GARSIDE HARRIS MCGOUGH
MONTGOMERY, AL 36117-2013

CARNEGIE NATURAL GAS COMPANY
ATTN: CORP OFFICER/AUTH AGENT
800 REGIS AVENUE
PITTSBURGH, PA 15236

CARPENTER INDUSTRIES  INC.
ATTN: CORP OFFICER/AUTH AGENT
7945 HALITE CRSE
FAYETTEVILLE, NY 13066-9687

CARPENTER LIPPS & LELAND LLP
ATTN: CORP OFFICER/AUTH AGENT
280 NORTH HIGH ST, STE 1300
MICHAEL H. CARPENTER
COLUMBUS, OH 43215

CATERPILLAR INC.
ATTN: CORP OFFICER/AUTH AGENT
100 NORTH EAST ADAMS STREET
PEORIA, IL 61629

CBS OUTDOOR
ATTN: CORP OFFICER/AUTH AGENT
88 CUSTER ST
DETROIT, MI 48202-3106

CENTERPOINT ASSOC LTD PARTNERSHIP
ATTN: CORP OFFICER/AUTH AGENT
29100 NW HWY, 200 FRANKLIN CTR
2500 CENTERPOINT PKY INV LTD PTNSP
SOUTHFIELD, MI 48034

CENTERPOINT ASSOC LTD PARTNERSHIP
ATTN: CORP OFFICER/AUTH AGENT
29100 NW HWY, 200 FRANKLIN CTR
2800 CENTERPOINT PKY INVMTS LTD
SOUTHFIELD, MI 48034

CENTERPOINT ASSOC LTD PARTNERSHIP
ATTN: CORP OFFICER/AUTH AGENT
29100 NW HWY, 200 FRANKLIN CTR
RE: MIRO WEINER & KRAMER
SOUTHFIELD, MI 48034

CENTERPOINT ASSOC LTD PARTNERSHIP
ATTN: CORP OFFICER/AUTH AGENT
3600 CENTERPOINT PKW INVESTMT, LLC
29100 NW HWY, 200 FRANKLIN CTR
SOUTHFIELD, MI 48034

CENTERPOINT PROPERTIES CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
1808 SWIFT DRIVE
OAK BROOK, IL 60523

CENTERPOINT REALTY SERVICES COR
ATTN: CORP OFFICER/AUTH AGENT
1808 SWIFT DRIVE
OAK BROOK, IL 60523

CENTRAL HUMMER EAST LIMITED
ATTN: CORP OFFICER/AUTH AGENT
2801 CARNEGIE AVE
CLEVELAND, OH 44115-2628

CHICAGO TITLE INSURANCE COMPANY
ATTN: CORP OFFICER/AUTH AGENT
171 N CLARK STREET FLOOR 9
CHICAGO, IL 60601-3309

CITIGROUP GLOBAL MARKETS INC.
ATTN: CORP OFFICER/AUTH AGENT
388 GREENWICH ST.
NEW YORK, NY 10013

CITY OF BURTON
ATTN: CORP OFFICER/AUTH AGENT
4303 S. CENTER ROAD
BURTON, MI 58519

CITY OF FLINT
ATTN: CORP OFFICER/AUTH AGENT
1101 S. SAGINAW STREET
FLINT, MI 48502

CITY OF FLINT
ATTN: CORP OFFICER/AUTH AGENT
1101 S. SAGINAW STREET
FIRST NATIONAL TRUST COMPANY
FLINT, MI 48502

CITY OF FLINT
ATTN: CORP OFFICER/AUTH AGENT
902 E HAMILTON AVE
FLINT, MI 48550-0001

CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
123 W OTTAWA ST
ATTN: BOARD OF WATER AND LIGHT
LANSING, MI 48933

CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
123 WEST OTTAWA STREET
P.O. BOX 13007
LANSING BOARD OF WATER AND LIGHT
LANSING, MI 48901-3007

CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
2800 WEST SAGINAW STREET
BOGUS SWAMP DRAINAGE DISTRICT
LANSING, MI

CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
2800 WEST SAGINAW STREET
MC: 489-006-020
LANSING, MI 48917

CITY OF PONTIAC
ATTN: CORP OFFICER/AUTH AGENT
47450 WOODWARD AVE
PONTIAC, MI 48342-5009

CITY OF PONTIAC
ATTN: CORP OFFICER/AUTH AGENT
47450 WOODWARD AVE
RE 3333, 3555 CENTERPOINT PKY
PONTIAC, MI 48342

CITY OF PONTIAC
ATTN: CORP OFFICER/AUTH AGENT
47450 WOODWARD AVENUE
PONTIAC, MI 48342-5021

CNF INC.
ATTN: CORP OFFICER/AUTH AGENT
3240 HILLVIEW AVENUE
PALO ALTO, CA 94304

CNF SERVICE COMPANY  INC.
ATTN: CORP OFFICER/AUTH AGENT
1717 NW 21ST AVE
PORTLAND, OR 97209-1709

CNF TRANSPORTATION INC.
ATTN: CORP OFFICER/AUTH AGENT
1717 NW 21ST AVE
PORTLAND, OR 97209-1709

COGGIN PONTIAC-GMC
ATTN: CORP OFFICER/AUTH AGENT
7245 BLANDING BLVD
CADILLAC-SAAB OF ORANGE PARK, LLC
JACKSONVILLE, FL 32244-4503

COLE/GILMORE PONTIAC-CADILLAC
ATTN: CORP OFFICER/AUTH AGENT
6600 S WESTNEDGE AVE
-NISSAN INC.
PORTAGE, MI 49002

COMMERCE UNION BANK
ATTN: CORP OFFICER/AUTH AGENT
ONE COMMERCE PLACE
ATTN: CORPORATE TRUST DEPARTMENT
NASHVILLE, TN 37219

COMMERICAL INDUSTRIAL RE SERVICES
ATTN: CORP OFFICER/AUTH AGENT
28511 ORCHARD LAKE RD.
JOE LERCZAK
FARMINGTON HILLS, MI 48334

CONSILIDATED RAIL CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
2801 WEST SAGINAW STREET
LANSING, MI 48912

CONSOLIDATED RAIL CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
100 TOWER DR STE 222
BURR RIDGE, IL 60527-5744

CONSOLIDATED RAIL CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
2801 WEST SAGINAW STREET
LANSING, MI 48912

CONSUMERS POWER COMPANY
ATTN: CORP OFFICER/AUTH AGENT
212 W MICHIGAN AVE
JACKSON, MI 49201-2236

CON-WAY INC.
ATTN: CORP OFFICER/AUTH AGENT
2211 OLD EARHART ROAD SUITE 100
ANN ARBOR, MI 48105-2751

CORAL CADILLAC  INC.
ATTN: CORP OFFICER/AUTH AGENT
5101 N FEDERAL HWY
CHRISTIAN BERIAN
POMPANO BEACH, FL 33064-7001

COUNTY OF GENESEE, MICHIGAN
ATTN: CORP OFFICER/AUTH AGENT
G-4610 BEECHER ROAD
CSX TRANSPORTATION
FLINT, MI 48532

CRISWELL CHEVROLET, INC.
ATTN: CORP OFFICER/AUTH AGENT
503 QUINCE ORCHARD RD
GAITHERSBURG, MD 20878

CSX REALTY
ATTN: CORP OFFICER/AUTH AGENT
301 WEST BAY STREET
SUITE 2736
JACKSONVILLE, FL 32202

CSX TRANSPORTATION
ATTN: CORP OFFICER/AUTH AGENT
500 WATER ST
J-180
JACKSONVILLE, FL 32202-4423

CSX TRANSPORTATION  INC.
ATTN: CORP OFFICER/AUTH AGENT
1225 W WASHINGTON ST STE 400
PERE MARQUETTE RAILWAY CO.
TEMPE, AZ 85281-1240

DAILMER CHRYSLER CORP -  EVP
ATTN: CORP OFFICER/AUTH AGENT
800 CHRYSLER DR CIMS 484-14-16
PRODUCT DEV - BMW GROUP
AUBURN HILLS, MI 48326

DAIMLER CHRYSLER CORPORATION  LLC
ATTN: CORP OFFICER/AUTH AGENT
1000 CHRYSLER DR
NEW VENTURE GEAR, INC.
AUBURN HILLS, MI 48326-2766

DAKINE AUTOMOTIVE GROUP  INC.
ATTN: CORP OFFICER/AUTH AGENT
11146 FLORENCE AVE
DOWNEY, CA 90241-3142

DAMES CHEVROLET  INC.
ATTN: CORP OFFICER/AUTH AGENT
525 E HIGH ST
POTTSTOWN, PA 19464-5677

DAVE TOWELL CADILLAC
ATTN: CORP OFFICER/AUTH AGENT
111 WEST MARKET STREET
AKRON, OH 44303-2391

DELAWARE DIVISION OF HIGHWAYS
ATTN: CORP OFFICER/AUTH AGENT
23697 DUPONT BOULEVARD
GEORGETOWN, DE 19947-8806

DELAWARE POWER & LIGHT COMPANY
ATTN: CORP OFFICER/AUTH AGENT
800 N KING ST
WILMINGTON, DE 19801-3550

DELCO ELECTRONICS CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
7929 SOUTH HOWELL AVENUE
OAK CREEK, WI 53154-2997

DELPHI CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
5725 DELPHI DRIVE
DELPHI CORPORATION
TROY, MI 48098

DEMCO INC.
ATTN: CORP OFFICER/AUTH AGENT
4810 FOREST RUN ROAD
MADISON, WI 53704-7336

DEPLOYMENT STRATEGIES GROUP  LLC
ATTN: CORP OFFICER/AUTH AGENT
1245 E COLDWATER ROAD
FLINT, MI 48505-1701

DETROIT DIESEL CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
13400 OUTER DRIVE
DETROIT, MI 48239

DEUTSCHE BANK SECURITIES INC.
ATTN: CORP OFFICER/AUTH AGENT
60 WALL ST
NEW YORK, NY 10005

DEW CADILLAC  INC.
ATTN: CORP OFFICER/AUTH AGENT
3333 GANDY BLVD.
PINELLAS PARK, FL 33781

DJQ ENTERPRISES  INC.
ATTN: CORP OFFICER/AUTH AGENT
1250 S WILLOW ST
MANCHESTER, NH 03103-4040

DON ALLEN CHEVROLET  INC.
ATTN: CORP OFFICER/AUTH AGENT
2050 N MIAMI AVE
MIAMI, FL 33127-4914

DON THORNTON CADILLAC SAAB  INC.
ATTN: CORP OFFICER/AUTH AGENT
3939 S MEMORIAL DR
TULSA, OK 74145-1332

DOUG'S NW CADILLAC-HUMMER  INC.
ATTN: DOUGLAS IKEGAMI
17545 AURORA AVE N
RE ADZAM, INC.
SHORELINE, WA 98133

DRA  INC.
ATTN: CORP OFFICER/AUTH AGENT
6711 W 121ST STREET
LEAWOOD, KS 66209-2003

DRB-HICOM
ATTN: CORP OFFICER/AUTH AGENT
USAHAWAN U1/8 SEKSYEN U1
SHAH ALAM, 40150, MALAYSIA

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
ARQUETTE, ALEXIS
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, EDWIN BRUCE
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, ELIZABETH
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, HELEN
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, JAZMINE
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, KAWEHRAS
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, LUZ
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, SARAH
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BENEDICT, VICKY
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BERO, DAWN A
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BERO, SHAWNA A
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
BURNS, THERESA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
COOK, JULIUS J
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
DAVID, BETTY A
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
DAVID, KAHAWANION
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
GARROW, CHAD
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
GEORGE, MARGARET
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
GEORGE, MARK
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
GEORGE, RACHEL
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
IEGEE,
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
JACOBS, BIANCA J
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
JACOBS, JEAN
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
JACOBS, MARY
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
JACOBS, THERESA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
KING, FERYN
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
KING, GORDON
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
LAFRANCE, BRENDA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
LAFRANCE, BRETTANI
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
LAFRANCE, DAWN
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
LEAF, ANN Y
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
LEAF, AUTUMN A
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
MITCHELL, KERRY R
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
MITCHELL, KORA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
MITCHELL, TINA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
SHARROW, KANIETEHEWI
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
SHARROW, KARONHIOTHA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, ANNA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, DULSIE
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, ERIC
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, HARRY
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, JUDITH L
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, LORAN
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, OREN L
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
THOMPSON, TINA
ALBANY, NY 12210

DREYER BOYAJIAN LLP
ATTN: CORP OFFICER/AUTH AGENT
75 COLUMBIA STREET
WAROROKS, IETSISTOHK
ALBANY, NY 12210

DUPONT DE NEMOURS AND COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1007 MARKET STREET
WILMINGTON, DE

DUQUESNE LIGHT COMPANY
ATTN: CORP OFFICER/AUTH AGENT
435 6TH AVE
PITTSBURGH, PA 15219-1808

DURHAM AUTOMOTIVE COMPANY
ATTN: JOSEPH HENDRICK
409 S ROXBORO ST
RE HENDRICK AUTOMOTIVE GROUP
DURHAM, NC 27701

DWANE SHANK MOTORS V
ATTN: CORP OFFICER/AUTH AGENT
300 S MAIN ST
GREENSBURG, KS 67054

DYKEMA GOSSETT  LLP
ATTN: CORP OFFICER/AUTH AGENT
333 S GRAND AVE STE 2100
DEREK S. WHITEFIELD ESQ.
LOS ANGELES, CA 90071-1525

DYKEMA GOSSETT  PLLC
ATTN: CORP OFFICER/AUTH AGENT
400 RENAISSANCE
MICHAEL P. COONEY
DETROIT, MI 48243

DYKEMA GOSSETT  PLLC
ATTN: CORP OFFICER/AUTH AGENT
400 RENAISSANCE CTR
BRITTANY M. SCHULTZ ESQ.
DETROIT, MI 48243-1607

DYKEMA GOSSETT  PLLC
ATTN: CORP OFFICER/AUTH AGENT
400 RENAISSANCE CTR
MICHAEL P. COOMEY ESQ.
DETROIT, MI 48243-1607

DYKEMA GOSSETT  PLLC
ATTN: CORP OFFICER/AUTH AGENT
400 RENAISSANCE CTR
MICHAEL P. COONEY ESQ.
DETROIT, MI 48243-1607

DYKEMA GOSSETT PLLC
ATTN: CORP OFFICER/AUTH AGENT
400 RENAISSANCE CENTER
ATTN: MICHAEL P. COONEY, ESQ
DETROIT, MI

E. I. DUPONT DE NEMOURS AND COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1007 MARKET STREET
WILMINGTON, DE

ECKERT SEAMANS CHERIN & MELLOTT LLC
ATTN: CORP OFFICER/AUTH AGENT
10 BANK ST #1061
WHITE PLAINS, NY 10606-1947

ECKERT SEAMANS CHERIN & MELLOTT LLC
ATTN: CORP OFFICER/AUTH AGENT
2 LIBERTY PL 50 SOUTH 16TH STREET
ATTN: EDWARD A. GRAY, ESQ.
PHILADELPHIA,, PA 19102

ED HAMMER  INC.
ATTN: CORP OFFICER/AUTH AGENT
107 E ALGER ST
SHERIDAN, WY 82801-3913

ELCO CHEVROLET INC.
ATTN: CORP OFFICER/AUTH AGENT
15110 MANCHESTER RD
MARK HADFIELD
BALLWIN, MO 63011-4628

ELDRIDGE COOPER STEICHEN & LEACH
ATTN: CORP OFFICER/AUTH AGENT
110 W 7TH STREET SUITE 200
ATTN: MARY QUINN-COOPER, ESQ.
TULSA, OK 74119

ELECTRO-MOTIVE DIESEL  INC.
ATTN: CORP OFFICER/AUTH AGENT
9301 WEST 55TH STREET
ATTN: CEO
LAGRANGE, IL 60525

END OF LIFE VEHICLE SOLUTIONS CORP.
ATTN: CORP OFFICER/AUTH AGENT
2000 TOWN CTR STE 1140
SOUTHFIELD, MI 48075-1251

ENERNOC  INC
ATTN: CORP OFFICER/AUTH AGENT
24 WEST 40TH STREET
16TH FLOOR
NEW YORK, NY 10018

ENV CORPORATE REMEDIATION CO INC.
ATTN: CORP OFFICER/AUTH AGENT
200 RENAISSANCE CTR
C/O WORLDWIDE REAL ESTATE
DETROIT, MI 48265

EQ INDUSTRIAL SERVICES INC.
ATTN: CORP OFFICER/AUTH AGENT
2701 NORTH I-94 SERVICE DRIVE
YPSILANTI, MI 48198

EQUITABLE GAS COMPANY
ATTN: CORP OFFICER/AUTH AGENT
420 BLVD OF THE ALLIES
PITTSBURGH, PA 15219-1301

ERIE-LACKAWANNA RAILROAD COMPANY
ATTN: CORP OFFICER/AUTH AGENT
5088 TALLOW POINT ROAD
TALLAHASSE, FL 32309

ERIE-LACKAWANNA RAILROAD COMPANY
ATTN: CORP OFFICER/AUTH AGENT
5088 TALLOW POINT ROAD
ERIE LAND AND IMPROVEMENT CO OF PA
TALLAHASSE, FL 32309

ETKIN EQUITIES
ATTN: CORP OFFICER/AUTH AGENT
200 FRANKLIN CENTER
29100 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48034

FIRST AMERICAN CAPITAL MGNT INC
ATTN: CORP OFFICER/AUTH AGENT
1600 RAND TOWER
MINNEAPLIS, MS 55402

FLADEBOE MOTORCARS INC.
ATTN: CORP OFFICER/AUTH AGENT
18 AUTO CENTER DR
IRVINE, CA 92618-2802

FLINT TOWNSHIP
ATTN: CORP OFFICER/AUTH AGENT
1490 S DYE RD
FLINT, MI 48532-4121

FLOW AUTOMOTIVE CENTER
ATTN: CORP OFFICER/AUTH AGENT
1400 S STRATFORD RD
OF WINSTON-SALEM LLC
WINSTON SALEM, NC 27103

FORD MOTOR CO.
ATTN: CORP OFFICER/AUTH AGENT
1 AMERICAN RD
DEARBORN, MI 48126

FORREST CHEVROLET-CADILLAC  INC.
ATTN: CORP OFFICER/AUTH AGENT
2400 N MAIN ST
CHARLES FORREST
CLEBURNE, TX 76033

FUJI HEAVY INDUSTRIES LTD
ATTN: CORP OFFICER/AUTH AGENT
SUBARU BUILDING 7-2
1-CHOME NISHI-SHINJUKU JAPAN

FUJI HEAVY INDUSTRIES LTD.
ATTN: GENERAL MGR OF CORP PLANNING
SUBARU BUILDING 7-2
1-CHOME NISHI-SHINJUKU JAPAN

FUJI HEAVY INDUSTRIES LTD.
ATTN: PRESIDENT
SUBARU BUILDING 7-2
1-CHOME NISHI-SHINJUKU JAPAN

G STREET DEVELOPMENT LLC
ATTN: CORP OFFICER/AUTH AGENT
8000 MARYLAND AVE STE 1170
CLAYTON, MO 63105-3946

GARDNER CHEVROLET-OLDSMOBILE-CADILLAC INC.
ATTN: CORP OFFICER/AUTH AGENT
270 ROUTE 72 E
JOHN GARDNER
MANAHAWKIN, NJ 08050-3533

GARDNER CHEVROLET-OLDSMOBILE-CADILLAC INC.
ATTN: CORP OFFICER/AUTH AGENT
435 ROUTE 72 W
MANAHAWKIN, NJ 08050

GATES CHEVY WORLD INC.
ATTN LARRY GATES
636 W MCKINLEY AVE
RE GURLEY-LEEP BUICK-GMC, INC.
MISHAWAKA, IN 46545

GATES CHEVY WORLD INC.
ATTN: CORP OFFICER/AUTH AGENT
636 W MCKINLEY AVE
LARRY GATES
MISHAWAKA, IN 46545-5518

GENE LATTA BUICK, INC.
ATTN: CORP OFFICER/AUTH AGENT
1565 CARLISLE PIKE
HANOVER, PA 17331

GENERAL MOTORS CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
3044 W GRAND BLVD
BOROUGH OF WEST MIFFLIN
DETROIT, MI 48202-3009

GENERAL MOTORS CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
3044 W GRAND BLVD
CITY OF FLINT
DETROIT, MI 48202-3009

GENERAL MOTORS CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
3044 W GRAND BLVD
CONSUMERS POWER COMPANY
DETROIT, MI 48202-3009

GENERAL MOTORS CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
3044 W GRAND BLVD
MICHIGAN STATE HIGHWAY COMMISSION
DETROIT, MI 48202-3009

GENERAL MOTORS STRASBOURG S.A.
ATTN: CORP OFFICER/AUTH AGENT
81 RUE DE LA ROCHELLE
67 STRASBOURG-NEUHOF FRANCE

GENERAL MOTORS STRASBOURG SAS
ATTN: CFO
81 RUE DE LA ROCHELLE
FRANCE

GENERAL MOTORS STRASBOURG SAS
ATTN: CORP OFFICER/AUTH AGENT
81 RUE DE LA ROCHELLE
FRANCE

GENERAL MOTORS THAILAND LIMITED
ATTN WILLAIM BOTNICIS
111/1 MOO 4 EASTERN SEABOARD IND
FUJI HEAVY INDUSTRIES LTD. THAILAND

GEORGE GEE BUICK-PONTIAC-GMC
ATTN GEORGE GEE
21502 E GEORGE GEE AVE
RE PONTIAC RANCH INC.
LIBERTY LAKE, WA 99019

GETRAG TRANSMISSION CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
35533 MOUND RD
FRIEDEMANN STRASSER CEO
STERLING HEIGHTS, MI 48310-4724

GM DAEWOO AUTO TECHNOLOGY CO LTD.
ATTN: CORP OFFICER/AUTH AGENT
199-1 CHEONGCHEON-DONG
FUJI HEAVY INDUSTRIES LTD. KOREA

GM POWERTRAIN GROUP
ATTN: CORP OFFICER/AUTH AGENT
902 E HAMILTON AVE
RE CSX TRANSPORTATION
FLINT, MI 48550

GM POWERTRAIN-STRASBOURG OPERATIONS
ATTN: CORP OFFICER/AUTH AGENT
81 RUE DE LA ROCHELLE
FRANCE

GM SMALL CAR GROUP ED GRANT
ATTN: CORP OFFICER/AUTH AGENT
920 TOWNSEND AVE.
LANSING, MI 48291

GM STRASBOURG BP 33
ATTN: CORP OFFICER/AUTH AGENT
81 RUE DE LA ROCHELLE
STRASBOURG F-67026 CEDEX FRANCE

GMAC,  WORLDWIDE REAL ESTATE  DIR
ATTN: CORP OFFICER/AUTH AGENT
485 W MILWAUKEE ST
ALLTEL COMMUNICATIONS, INC.
DETROIT, MI 48202

GMC PONTIAC BUICK AUTOPLEX INC.
ATTN: CORP OFFICER/AUTH AGENT
1515 CUMBERLAND FALLS HWY
CORBIN, KY 40701

GMPT GRP-STRASBOURG OPER.
ATTN LAURENCE JEANPERRIN
81 RUE DE LA ROCHELLE BP33
BR

GOLD COAST AUTOMOTIVE  LLC.
ATTN: CORP OFFICER/AUTH AGENT
3118 E HILL RD
GRAND BLANC, MI 48439-8106

GPX INTERNATIONAL TIRE CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
155 DELTA PARK BLVD
CA

GRAND TRUNK WESTERN RAILROAD
ATTN: CORP OFFICER/AUTH AGENT
131 W LAFAYETTE BLVD
ATTN: OFFICE OF THE CHIEF ENGINEER
DETROIT, MI 48226

GRAND TRUNK WESTERN RAILROAD
ATTN: CORP OFFICER/AUTH AGENT
2000 CENTERPOINT PKWY
PONTIAC, MI 48341-3146

GRAND TRUNK WESTERN RAILWAY COMPANY
ATTN: CORP OFFICER/AUTH AGENT
131 W LAFAYETTE BLVD
DETROIT, MI 48226-2600

GRAND TRUNK WESTERN RALROAD COMPANY
ATTN: CORP OFFICER/AUTH AGENT
131 W LAFAYETTE BLVD
ATTN: W.B. BERRINGTON - MGR IND DEV
DETROIT, MI 48226

GREEN BROOK PONTIAC-GMC INC.
ATTN: CORP OFFICER/AUTH AGENT
101 US HIGHWAY 22 EASTBOUND
DAVID FERRAEZ
GREEN BROOK, NJ 08812

GREENBRIAR EQUITY FUND L.P.
ATTN: CORP OFFICER/AUTH AGENT
555 THEODORE FREMD AVE STE A-201
GREENBRIAR CO-INVESTMENT PTRS L.P.
RYE, NY 10580

GREENBRIAR EQUITY GROUP LLC
ATTN: JOHN DAILEADER
555 THEODORE FREMD AVE STE A-201
RE ELECTRO-MOTIVE DIESEL  INC.
RYE, NY 10580

GREG JAMES VENTURES LLC
ATTN: CORP OFFICER/AUTH AGENT
2 SHORELINE PKWY
GREG JAMES
SAN RAFAEL, CA 94901-5566

GREINER PONTIAC-BUICK, INC.
ATTN: CORP OFFICER/AUTH AGENT
14555 CIVIC DRIVE #A
VICTORVILLE SATURN, INC.
VICTORVILLE, CA 92394-0847

GREINER PONTIAC-BUICK, INC.
ATTN: CORP OFFICER/AUTH AGENT
401 AUTO VISTA DR
VICTORVILLE SATURN  INC
PALMDALE, CA 93551

GUIDE CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
121 E 11TH ST
DENNIS STACHELSKI
ANDERSON, IN 46016-1703

HANSON MAREK BOLKCOM & GREENE LTD
ATTN: CORP OFFICER/AUTH AGENT
527 MARQUETTE AVE 2200 RAND TOWER
ATTN: MARY E. BOLKCOM, ESQ.
MINNEAPOLIS, MN 55402

HANSON, MAREK, BOLKCOM & GREENE
ATTN: CORP OFFICER/AUTH AGENT
2200 RAND TOWER 527 MARQUETTE AVE
MARY E. BOLKCOM, ESQ.
MINNEAPOLIS, MN 55402

HANSON, MAREK, BOLKCOM AND GREENE
ATTN: CORP OFFICER/AUTH AGENT
2300 RAND TOWER 527 MARQUETTE AVE
KENT B. HANSON
MINNEAPOLIS, MN 55402

HARBOR CHEVROLET CADILLAC
ATTN: CORP OFFICER/AUTH AGENT
3502 E MICHIGAN BLVD
HARBOR AUTO SALES, INC.
MICHIGAN CITY, IN 46360-6525

HARRISON CONSTRUCTION COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1101 WESTERN AVE, NORTHSIDE
SOCONY-VACUUM OIL COMPANY, INC
PITTSBURGH, PA 15233

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
66688 N. CENTRAL EXPY SUITE 1000
DREYER & KERN LLP KYLE H. DREYER
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPRESSWAY STE 1000
ATTN: KYLE H. DREYER, ESQ.
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
KYLE H. DREYER
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
DERON L. WADE
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
J. KARL VIEHMAN ESQ.
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
JEFFREY J. COX
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
KYLE H. DREYER
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
KYLE H. DREYER ESQ.
DALLAS, TX 75206

HARTLINE DACUS BARGER DREYER & KERN
ATTN: CORP OFFICER/AUTH AGENT
6688 N CENTRAL EXPY STE 1000
WENDY D. MAY
DALLAS, TX 75206

HARVEY-WASHBURN SALES INC.
ATTN: CORP OFFICER/AUTH AGENT
1400 E END BLVD S
CHAD WASHBURN
MARSHALL, TX 75670-6418

HE HOLDINGS  INC.
ATTN: CORP OFFICER/AUTH AGENT
7200 HUGHES TERRACE
LOS ANGELES, CA 90045-0066

HITACHI
ATTN: CORP OFFICER/AUTH AGENT
6-6 MARUNOUCHI, 1 CHOME
CHIYODA-KU 100-8280 TOKYO JAPAN

HOLIDAY SATURN  INC.
ATTN: CORP OFFICER/AUTH AGENT
401 AUTO VISTA DR
PALMDALE, CA 93551-3711

HUBBARD  FOX  THOMAS  WHITE & BENGTSON  PC
ATTN: CORP OFFICER/AUTH AGENT
5801 WEST MICHIGAN AVE. PO BOX 80857
CHERYL J. NODARSE
LANSING, MI 48917

HUGHES ELECTRONICS CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
2230 E IMPERIAL HWY
EL SEGUNDO, CA 90245-3504

HUMMER OF COLUMBUS  LLC
ATTN: CORP OFFICER/AUTH AGENT
250 E 5TH ST STE 285
CINCINNATI, OH 45202-4154

HYATT HILLS GOLF COURSE COMMISSION
ATTN: CORP OFFICER/AUTH AGENT
1300 RARITAN RD P.O. BOX 5663
COMMISSION CHAIRMAN
CLARK, NJ 07066-1100

INDIANAPOLIS WATER COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1220 WATERWAY BLVD.
INDIANAPOLIS, IN 46202

INDIANAPOLIS WATER COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1220 WATERWAY BLVD.
ATTN: MAURICE STOUT SVP
INDIANAPOLIS, IN 46202

INDUSTRIAL REALTY GROUP  LLC
ATTN: CORP OFFICER/AUTH AGENT
12214 LAKEWOOD BOULEVARD
DOWNEY, CA 90242

J.P. MORGAN SECURITIES INC.
ATTN: CORP OFFICER/AUTH AGENT
270 PARK AVE
12TH FL
NEW YORK, NY 10017-2014

JEFF WYLER BUICK PONTIAC GMC
ATTN JEFFREY WYLER
1154 BURLINGTON PIKE
JEFF WYLER ALEXANDRIA, INC
FLORENCE, KY 41042

JENNER & BLOCK
ATTN: CORP OFFICER/AUTH AGENT
ONE IBM PLAZA 330 NORTH WABASH
PHILIP L. HARRIS
CHICAGO, IL 60611

JOHNSON CONTROLS  INC.
ATTN: CORP OFFICER/AUTH AGENT
5757 N GREEN BAY AVE
PO BOX 591
MILWAUKE, WI 53201

JP MORGAN CHASE BANK
ATTN: CORP OFFICER/AUTH AGENT
270 PARK AVE
NEW YORK, NY 10017-2014

KACHINA CADILLAC OLDSMOBILE  L.L.C.
ATTN: CORP OFFICER/AUTH AGENT
1200 N SCOTTSDALE RD
JOHN LUND
SCOTTSDALE, AZ 85257-3409

KING & SPALDING
ATTN: CORP OFFICER/AUTH AGENT
1180 PEACHTREE ST. NE
PHILLIP E. HOLLADAY
ATLANTA, GA 30309

KING & SPALDING
ATTN: CORP OFFICER/AUTH AGENT
1180 PEACHTREE STREET NE
ATTN: PHILLIP E. HOLLADAY, ESQ.
ATLANTA, GA 30309

KING & SPALDING
ATTN: CORP OFFICER/AUTH AGENT
1180 PEACHTREE STREET NE
JAMESON B. CARROLL ESQ.
ATLANTA, GA 30309

KING & SPALDING
ATTN: CORP OFFICER/AUTH AGENT
1180 PEACHTREE STREET NE
PHILLIP E. HOLLADAY ESQ.
ATLANTA, GA 30309

KING & SPALDING
ATTN: CORP OFFICER/AUTH AGENT
1180 PEACHTREE STREET NE
W. RAY PERSONS ESQ.
ATLANTA, GA 30309

KORF CONTINENTAL STERLING INC.
ATTN: CORP OFFICER/AUTH AGENT
1200 W MAIN ST
STERLING, CO 80751-2833

KUNI HUBACHER MOTORS LLC
ATTN: CORP OFFICER/AUTH AGENT
2341 FULTON AVE
SACRAMENTO, CA 95825-0364

LANDEL METROPOLITAN DISTRICT
ATTN: CORP OFFICER/AUTH AGENT
123 W OTTAWA ST
LANSING, MI 48933-1601

LANSING BOARD OF WATER AND LIGHT
ATTN: CORP OFFICER/AUTH AGENT
123 W OTTAWA ST
PO BOX 13007
LANSING, MI 48933-1601

LAPOSTA AUTOMOTIVE  INC.
ATTN: CORP OFFICER/AUTH AGENT
235 THREE SPRINGS DR
DAVID LAPOSTA
WEIRTON, WV 26062-3814

LAVIN O'NEIL RICCI CEDRONE &
ATTN: CORP OFFICER/AUTH AGENT
190 N. INDEPENDENCE MALL W,  ST 500
FRANCIS J. GREY JR. ESQ.
PHILADELPHIA, PA 19106

LEONI ENGINEERING PRODUCTS & S
ATTN: CORP OFFICER/AUTH AGENT
2505 INDUSTRIAL ROW DR
TROY, MI 48084

LLOYD'S LONDON
ATTN: CORP OFFICER/AUTH AGENT
1 LIME STREET
LONDON EC3M 7HA UNITED KINGDOM

MAGNEQUENCH INTERNATIONAL  INC.
ATTN: CORP OFFICER/AUTH AGENT
6435 SCATTERFIELD ROAD
SUITE 100
ANDERSON, IN 46013-9606

MARVIN K. BROWN AUTO CENTER INC.
ATTN: CORP OFFICER/AUTH AGENT
1441 CAMINO DEL RIO S
SAN DEIGO, CA 92108

MCALPINE & MCALPINE P.C.
ATTN: CORP OFFICER/AUTH AGENT
2000 N WOODWARD, STE 105
BROAD INDUSTIRAL CORPORATION
BLOOMFIELD HILLS, MI 48304

MCALPINE & MCALPINE P.C.
ATTN: CORP OFFICER/AUTH AGENT
2000 N WOODWARD, SUITE 105
BROAD VOGT & CONANT INC
BLOOMFIELD HILLS, MI 48304

MCCANN MOTORS  INC.
ATTN: CORP OFFICER/AUTH AGENT
6411 20TH ST E
MELAINE MCCANN
FIFE, WA 98424-2205

MEDICALOGIC/MEDSCAPE  INC.
ATTN: CORP OFFICER/AUTH AGENT
20540 NW EVERGREEN PARKWAY
HILLSBORO, OR 97124

LAVIN O'NEIL RICCI CEDRONE &
ATTN: CORP OFFICER/AUTH AGENT
190 INDEPENDENCE MALL W STE 500
JOSEPH O'NEIL ESQ.
PHILADELPHIA, PA 19106

LEEDS INDUSTRIAL PARK  INC.
ATTN: CORP OFFICER/AUTH AGENT
6817 STADIUM DRIVE #2
MR. JEFF VANCE
KANSAS CITY, MO 64129

LEVINSON DRAIN DRAINAGE DISTRICT
ATTN: CORP OFFICER/AUTH AGENT
550 S TELEGRAPH RD
PONTIAC, MI 48341-2375

LUND CADILLAC  L.L.C
ATTN: CORP OFFICER/AUTH AGENT
1311 E BELL RD
JOHN LUND
PHOENIX, AZ 85022

MARK A DOWNEY AUTO GROUP L.L.C.
ATTN: CORP OFFICER/AUTH AGENT
1100 W DALLAS AVE
MARK DOWNEY
COOPER, TX 75432-1302

MCALPINE & MCALPINE P.C.
ATTN: CORP OFFICER/AUTH AGENT
2000 N WOODWARD, STE 105
BROAD FINANCIAL GROUP LLC
BLOOMFIELD HILLS, MI 48304

MCALPINE & MCALPINE P.C.
ATTN: CORP OFFICER/AUTH AGENT
2000 N WOODWARD, STE 105
BROAD RACK STRUCTURES INC
BLOOMFIELD HILLS, MI 48304

MCALPINE & MCALPINE P.C.
ATTN: CORP OFFICER/AUTH AGENT
2000 N WOODWARD, SUITE 105
BROAD, JOHN W
BLOOMFIELD HILLS, MI 48304

MCCLUSKEY CHEVROLET  INC.
ATTN: CORP OFFICER/AUTH AGENT
8525 READING ROAD
CINCINNATI, OH 45215-5530

MENLO LOGISTICS INC.
ATTN: CORP OFFICER/AUTH AGENT
4000 TECHNOLOGY CT
SANDSTON, VA 23150-5018

MENLO WORLDWIDE FORWARDING  INC.
ATTN: CORP OFFICER/AUTH AGENT
1 LAGOON DR., STE 400
F/K/A EMERY AIR FREIGHT CORP
REDWOOD, CA 94065

MENLO WORLDWIDE LLC
ATTN: CORP OFFICER/AUTH AGENT
2855 CAMPUS DR.
STE 300
SAN MATEO, CA 94403

MENLO WORLDWIDE TECHNOLOGIES LLC
ATTN: CORP OFFICER/AUTH AGENT
9008 NE 54TH ST
VANCOUVER, WA 98662-9209

MICHIGAN BELL TELEPHONE COMPANY
ATTN: CORP OFFICER/AUTH AGENT
444 MICHIGAN AVE
DETROIT, MI 48226-2517

MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CORP OFFICER/AUTH AGENT
525 WEST ALLEGAN STREET
PO BOX 30473
LANSING, MI 48909-7973

MICHIGAN DEPT OF STATE HIGHWAYS AND TRANSPORTATION
ATTN: CORP OFFICER/AUTH AGENT
425 W OTTAWA ST PO BOX 30050
LANSING, MI 48909

MIDSIZE & LUXURY CAR GROUP
ATTN: CORP OFFICER/AUTH AGENT
902 E HAMILTON
DONALD C. TREVILLIAN
FLINT, MI 48550-0001

MIKE RAISOR PONTIAC  INC.
ATTN: CORP OFFICER/AUTH AGENT
2912 MAIN ST
MICHAEL RAISOR
LAFAYETTE, IN 47904-3354

MINTZ LEVIN COHN FERRIS, ET AL
WILLIAM COWEN MATTHEW HURLEY
ONE FINANCIAL CENTER
RE FIREPOND INC
BOSTON, MA 02111

MIRO WEINER & KRAMER  P.C.
ATTN: SEAN P. CORCORAN
500 NORTH WOODWARD SUITE 100
RE NATHAN & NATHAN P.C.
BLOOMFIELD HILLS, MI 48303

MONTGOMERY CNTY SAN ENG DEPT
ATTN: CORP OFFICER/AUTH AGENT
1850 SPAULDING RD
PO BOX 817601
DAYTON, OH 45481-0001

MORGAN PONTIAC, INC.
ATTN: CORP OFFICER/AUTH AGENT
8757 BUSINESS PARK DRIVE
SHREVEPORT, LA 71105

MORGAN STANLEY, INV BANKING DIV
ATTN: CORP OFFICER/AUTH AGENT
1585 BROADWAY FLOOR 33
NEW YORK, NY 10036

N. J. CURRI OLDSMOBILE INC.
ATTN: CORP OFFICER/AUTH AGENT
9562 STATE ROUTE 49
MARCY, NY 13403-2343

NATIONAL FUEL RESOURCES INC.
ATTN: CORP OFFICER/AUTH AGENT
165 LAWRENCE BELL DRIVE
SUITE 120
WILLIAMSVILLE, NY 14221

NATIONSBANK OF TENNESSEE  NATL ASSC
ATTN: CORP OFFICER/AUTH AGENT
816 SOUTH GARDEN ST.
ATTN: CORPORATE TRUST DEPARTMENT
COLUMBIA, TN 38401

NEW CASTLE COUNTY
ATTN: CORP OFFICER/AUTH AGENT
87 READS WAY
FINANCE DIV - TREASURY
NEW CASTLE, DE 19720-1648

NEW VENTURE GEAR
ATTN: CORP OFFICER/AUTH AGENT
1650 RESEARCH DRIVE
SUITE 300
TROY, MI 48083

NEW VENTURE GEAR  INC.
ATTN: CORP OFFICER/AUTH AGENT
1000 CHRYSLER DR
AUBURN HILLS, MI 48326-2766

NEW VENTURE GEAR OF INDIANA LLC
ATTN: CORP OFFICER/AUTH AGENT
1650 RESEARCH DR STE 350
DAIMLER CHRYSLER CORPORATION LLC
TROY, MI 48083-2139

NEXTEL COMMUNIATIONS INC.
ATTN: CORP OFFICER/AUTH AGENT
2001 EDMUND HALLEY DR
ATTN: LEGAL DEPT. CONTRACTS MANAGER
RESTON, VA 20191-3436

NEXTEL WEST CORP
ATTN: CORP OFFICER/AUTH AGENT
27755 STANSBURY BLVD., 2ND FLOOR
NEXTEL COMMUNIATIONS, INC.
FARMINGTON HILLS, MI 48334

O'HAGAN SPENCER
ATTN: CORP OFFICER/AUTH AGENT
6806 PARAGON PL STE 200
CHRISTOPHER C. SPENCER
RICHMOND, VA 23230-1824

OMNIBUS BB TRANSPORTES S.A.
ATTN: JOSE DE LA REA
CARRETERA PANAMERICANA N KM 5.5Y
QUITO ECUADOR

PARKWAY OLDSMOBILE CADILLAC
ATTN: CORP OFFICER/AUTH AGENT
24055 CREEKSIDE RD
P. BAKSHI
VALENCIA, CA 91355

PATRIOT BUICK PONTIAC GMC
ATTN: CORP OFFICER/AUTH AGENT
933 E PHILADELPHIA AVE
PO BOX 545
RH FLORIDA, LLC
BOYERTOWN, PA 19512-0545

PEARSON SIMON SOTER WARSHAW &
ATTN: CORP OFFICER/AUTH AGENT
15165 VENTURA BOULEVARD
BUTTERFIELD, HENRY P
SHERMAN OAKS, CA 91403

PENN CENTRAL TRANSPORTATION COMPANY
ATTN: CORP OFFICER/AUTH AGENT
SIX PENN CENTER PLAZA
OFFICE OF THE SECRETARY
PHILADELPHIA, PA 19104

PERFORMANCE AUTOMOTIVE
ATTN: CORP OFFICER/AUTH AGENT
741 RUSSELL PKWY
EDWARD WIGGINS
WARNER ROBINS, GA 31088-6035

PLAZA PONTIAC BUICK GMC INC.
ATTN: CORP OFFICER/AUTH AGENT
11911 I STREET
OMAHA, NE 68137

NEXTEL COMMUNIATIONS, INC.
ATTN: CORP OFFICER/AUTH AGENT
2001 EDMUND HALLEY DR, 6TH FL
MAIL STOP 6E630
RESTON, VA 20191

NUCAR CONNECTION INC.
ATTN: CORP OFFICER/AUTH AGENT
174 N DUPONT HWY
NEW CASTLE, DE 19720-3103

OHIO EDISON COMPANY
ATTN: CORP OFFICER/AUTH AGENT
2525 W 4TH ST
SPRINT F/K/A UNITED TEL CO OF OHIO
MANSFIELD, OH 44906

PALM CHEVROLET OF GAINESVILLE LLC
ATTN: CORP OFFICER/AUTH AGENT
2600 N MAIN ST
SHANNON DAVIS
GAINESVILLE, FL 32609-3003

PARKWAY OLDSMOBILE GMC TRUCK INC.
ATTN: CORP OFFICER/AUTH AGENT
24055 CREEKSIDE RD
VALENCIA, CA 91355

PAUL CHEVROLET-OLDS-PONTIAC-BUICK
ATTN: CORP OFFICER/AUTH AGENT
321 S HOFFMAN BLVD
PAUL ORKIN
ASHLAND, PA 17921-1909

PENDARVIS CHEVROLET-OLDS CO INC.
ATTN: CORP OFFICER/AUTH AGENT
650 AUGUSTA RD
EDGEFIELD, SC 29824

PENN CENTRAL TRANSPORTATION COMPANY
ATTN: CORP OFFICER/AUTH AGENT
UNION STATION
ROOM 482
CHICAGO, IL 60654

PITTSBURGH MFD OPERATIONS
ATTN: CORP OFFICER/AUTH AGENT
1451 LEBANON SCHOOL RD
WEST MIFFLIN, PA 15122-3431

PLETCHER MOTOR COMPANY INC.
ATTN: CORP OFFICER/AUTH AGENT
1001 W PIKE STREET
GOSHEN, IN 46526-2096

PRICEWATERHOUSECOOPERS LLP
ATTN: CORP OFFICER/AUTH AGENT
300 MADISON AVENUE 24TH FLOOR
RE DELPHI CORPORATION
NEW YORK, NY 10017

PRICHARD, HAWKINS, MCFARLAND &
ATTN: CORP OFFICER/AUTH AGENT
3401 ALLEN PKWY STE 100
HOUSTON
DWAYNE DAY, TX 77019

QUIXX LINDEN L.P.
ATTN: CORP OFFICER/AUTH AGENT
600 S TYLER ST STE 1510
AMARILLO, TX 79101-2353

R.O.I. ENERGY L.L.C.
ATTN: CORP OFFICER/AUTH AGENT
9400 N. BROADWAY
OKLAHOMA CITY, OK 73114

RAILWORKS ANNEX/ARMCORE
ATTN: CORP OFFICER/AUTH AGENT
1624 W ARMSTRONG RD
PO BOX 433
FRANKFORT, IN 46041-8272

REICHARD BUICK PONTIAC GMC INC.
ATTN: CORP OFFICER/AUTH AGENT
161 SALEM AVE
EUGENE REICHARD
DAYTON, OH 45406-5802

RIDER AUTO INC. INC.
ATTN: CORP OFFICER/AUTH AGENT
1703 W COLLEGE AVE
CHARLES RIDER
STATE COLLEGE, PA 16801-2720

ROGER D. HERRINGOTN P.C.
ATTN: CORP OFFICER/AUTH AGENT
485 W MILWAUKEE ST
9TH FLOOR-ARGONAUT A BUILDING
DETROIT, MI 48202-3220

ROI ENERGY LLC
ATTN: CORP OFFICER/AUTH AGENT
1250 N PONTIAC TRL
HARVEY THOMAS
WALLED LAKE, MI 48390-3139

RUSS-DARROW-WAUKESHA INC.
ATTN: CORP OFFICER/AUTH AGENT
2141 E MORELAND
WAUKESHA, WI 53186

PRICHARD HAWKINS MCFARLAND &
ATTN: CORP OFFICER/AUTH AGENT
10101 REUNION PL BLVD STE 600
ATTN: DAVID M. PRICHARD, ESQ.
SAN ANTONIO, TX 78216

PULLMAN & COMLEY LLC
ATTN: CORP OFFICER/AUTH AGENT
90 STATE HOUSE SQUARE
290 PRATT STREET LLC
HARTFORD, CT 06103

R & M INVESTMENTS
ATTN: CORP OFFICER/AUTH AGENT
11423 SUNRISE GOLD CIR STE 16
RANCHO CORDOVA, CA 95742-6585

R.O.I. ENERGY, L.L.C.
ATTN: CORP OFFICER/AUTH AGENT
9400 N. BROADWAY
OKLAHOMA CITY, OK 73114

RAMSEY PONTIAC-GMC LLC
ATTN: CORP OFFICER/AUTH AGENT
386 STATE RT 17
MAHWAH, NJ 07430-2110

RIDER AUTO INC.
ATTN: CORP OFFICER/AUTH AGENT
1703 W COLLEGE AVENUE
STATE COLLEGE, PA 16801-2720

RIPPY CADILLAC-OLDSMOBILE
ATTN: CORP OFFICER/AUTH AGENT
4951 NEW CENTRE DR
J. FRED RIPPY
WILMINGTON, NC 28403-1662

ROI ENERGY LLC
ATTN: CORP OFFICER/AUTH AGENT
1250 N PONTIAC TRL
WALLED LAKE, MI 48390-3139

RUHE MOTOR CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
1501 SUMMER AVENUE
ALLENTOWN, PA 18102-1239

SAAB SCANIA AB
ATTN: CORP OFFICER/AUTH AGENT
S-581 88 LINKOPING
SWEDEN  13 18 00 00

SALINA INDUSTRIAL POWERPARK
ATTN: CORP OFFICER/AUTH AGENT
ONE GENERAL MOTORS DRIVE
PAUL MACKEY
SYRACUSE, NY 13206

SANCHEZ & DANIELS
ATTN: CORP OFFICER/AUTH AGENT
333 W WACKER DR STE 500
MANUEL D. SANCHEZ
CHICAGO, IL 60606-1225

SCHUMACHER BUICK-OLDSMOBILE INC.
ATTN: CORP OFFICER/AUTH AGENT
3031 OKEECHOBEE BLVD
WEST PALM BEACH, FL 33408

SCOTT NICHOLS  INC.
ATTN: CORP OFFICER/AUTH AGENT
2750 HIGHWAY 180 E
SILVER CITY, NM 88062

SHELL ENERGY N AMERICA (CANADA)
ATTN: CORP OFFICER/AUTH AGENT
450 1ST STREET S.W. SUITE 350
CALGARY AB T2P5H1 CANADA

SIEVING MICHAEL M LAW OFFICES OF
ATTN: CORP OFFICER/AUTH AGENT
350 UNIVERSITY AVENUE SUITE 105
SHERWOOD AUTOMOTIVE GROUP INC
SACRAMENTO, CA 95825

SILVESTRY CHEVROLET  INC.
ATTN: CORP OFFICER/AUTH AGENT
1609 S MAIN ST
FRANK SILVESTRY
LAURINBURG, NC 28352-5405

SOCIETY NATIONAL BANK
ATTN: CORP OFFICER/AUTH AGENT
5000 TIEDEMAN RD
SEXTANT MQI DEBT HOLDINGS, L.L.C.
CLEVELAND, OH 44144

SOCONY MOBILE OIL COMPANY
ATTN: CORP OFFICER/AUTH AGENT
79 ROYAL OAK DR
WATERBURY, CT 06708-3634

ST. LAWRENCE GAS COMPANY, INC.
ATTN: CORP OFFICER/AUTH AGENT
33 STEARNS STREET
PO BOX 270
MASSENA, NY 13662

SAM SWOPE AUTO GROUP LLC
ATTN: CORP OFFICER/AUTH AGENT
10 SWOPE AUTOCENTER DR.
LOUISVILLE, KY 40299

SATURN OF FLAGSTAFF
ATTN: CORP OFFICER/AUTH AGENT
7677 SATURN DR
FLAGSTAFF, AZ 86004-1109

SCOTT CHEVROLET  INC.
ATTN: CORP OFFICER/AUTH AGENT
3333 LEHIGH ST
ALLENTOWN, PA 18103-7036

SEMERSKY ENTERPRISES
ATTN: CORP OFFICER/AUTH AGENT
2490 SKOKIE VALLEY RD
HIGHLAND PARK, IL 60035-1737

SIEVING MICHAEL M LAW OFFICES OF
ATTN: CORP OFFICER/AUTH AGENT
350 UNIVERSITY AVENUE SUITE 105
ANAHEIM CHEVROLET
SACRAMENTO, CA 95825

SILVER STAR MOTOR CAR COMPANY
ATTN: CORP OFFICER/AUTH AGENT
3601 AUTO MALL DR
WESTLAKE VILLAGE, CA 91362-3611

SMITH GROUP DEVELOPMENT
ATTN: CORP OFFICER/AUTH AGENT
150 W JEFFERSON AVE STE 100
DETROIT, MI 48226-4452

SOCONY MOBILE OIL COMPANY
ATTN: CORP OFFICER/AUTH AGENT
150 EAST 42ND STREET
NEW YORK, NY 10017

ST LAWRENCE GAS
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 270
22 STEARNS STREET
MASSENA, NY 13662-0270

ST. LAWRENCE GAS COMPANY, INC.
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 270
22 STEARNS STREET
MASSENA, NY 13662-0270

STARR ROBERT L LAW OFFICE OF
ATTN: CORP OFFICER/AUTH AGENT
23277 VENTURA BOULEVARD
PENDARVIS CHEVROLET-OLDS CO, INC.
WOODLAND HILLS, CA 91364

STATE OF INDIANA
ATTN: CORP OFFICER/AUTH AGENT
200 WEST WASHINGTON ST.
INDIANAPOLIS, IN 46204

STEVE BALDO CHEVROLET-
ATTN: CORP OFFICER/AUTH AGENT
11208 GOWANDA STATE RD
OLDSMOBILE-BUICK-CADILLAC  INC.
NORTH COLLINS, NY 14111

SUBURBAN CHEVROLET
ATTN DAVID FISCHER
3515 JACKSON RD
SUBURBAN ANN ARBOR, LLC
ANN ARBOR, MI 48103

SUBURBAN MOTORS COMPANY INC.
ATTN: CORP OFFICER/AUTH AGENT
25000 HAGGERTY ROAD
FARMINGTON, MI 48335-1000

T & M ASPHALT PAVING INC
ATTN: CORP OFFICER/AUTH AGENT
4755 OLD PLANK RD
MILFORD, MI 48381-4066

TANSEY, FANNING, HAGGERTY, KELLY, CONVERY & TRACY
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 5555 521 GREEN STREET
CONVERY & TRACY THOMAS M. KELLY ESQ.
WOODBRIDGE, NJ 07095-0997

TEAM PASADENA AUTOMOTIVE, INC.
ATTN: CORP OFFICER/AUTH AGENT
3003 E COLORADO BLVD
DANIEL GABY
PASADENA, CA 91107-860

TEF-FOUR, LLC
ATTN: CORP OFFICER/AUTH AGENT
40500 ANN ARBOR DR., SUITE 200
P.O. BOX 6249
PLYMOUTH, MI 48170

TEF-FOUR, LLC
ATTN: CORP OFFICER/AUTH AGENT
5455 CORPORATE DRIVE, SUITE 104
TROY, MI 48098

THE AMERICAN NATIONAL RED CROSS
ATTN: CORP OFFICER/AUTH AGENT
2025 E ST. NW
AND ONSTAR CORPORATION
WASHINGTON, DC 20006

THE BALTIMORE AND OHIO RAILROAD CO
ATTN: CORP OFFICER/AUTH AGENT
15900 CRAWFORD AVE
MARKHAM, IL 60428

THE CHESAPEAKE AND OHIO RAILWAY CO
ATTN: CORP OFFICER/AUTH AGENT
1 LEWIS STREET
WHITESVILLE, WV 25209

THE CITY OF FLINT, MICHIGAN
ATTN: CORP OFFICER/AUTH AGENT
1101 S. SAGINAW STREET
CSX TRANSPORTATION
FLINT, MI 48502

THE CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
123 WEST OTTAWA STREET
LANSING, MI

THE DETROIT EDISON COMPANY
ATTN: CORP OFFICER/AUTH AGENT
2000 2ND AVE
CONSUMERS POWER COMPANY
DETROIT, MI 48226-1203

THE DETROIT EDISON COMPANY
ATTN: CORP OFFICER/AUTH AGENT
2000 2ND AVE
ROOM 2310 WCB
DETROIT, MI 48226-1203

THE KANSAS CITY SOUTHERN RAIL C/O KANSAS CITY POWER & LIGHT
ATTN: CORP OFFICER/AUTH AGENT
1201 WALNUT
P.O. BOX 418679
KANSAS CITY, MO 64106

THE KANSAS CITY SOUTHERN RAILWAY CO
ATTN: CORP OFFICER/AUTH AGENT
427 WEST 12TH STREET
KANSAS CITY, MO 64105

THE MAYOR AND COUNCIL OF WILMINGTON
ATTN: CORP OFFICER/AUTH AGENT
102 NORTH THIRD STREET
CITY HALL
WILMINGTON, NC 28401

THE NEW YORK CENTRAL RAILROAD CO
ATTN: CORP OFFICER/AUTH AGENT
230 PARK AVENUE
NEW YORK, NY 10169

TODD A NOTEBOOM
ATTN: CORP OFFICER/AUTH AGENT
150 SOUTH FIFTH STREET SUITE 2300
CLEAR WITH COMPUTERS INC
MINNEAPOLIS, MN 55402

TOTAL DISTRIBUTION SERVICES  INC.
ATTN: CORP OFFICER/AUTH AGENT
1245 E COLDWATER RD
CSX CORPORATION
FLINT, MI 48505

TOTAL DISTRIBUTION SVCS ./CSX CORP
ATTN: CORP OFFICER/AUTH AGENT
550 WATER STREET
JACKSONVILLE, FL 32202

TRANSPORT SUPPORT INC.
ATTN: CORP OFFICER/AUTH AGENT
1450 WEST LONG LAKE ROAD
TROY, MI 48098

TWIN CITY PONTIAC  BUICK  GMC  INC.
ATTN: CORP OFFICER/AUTH AGENT
10549 MEMORIAL BLVD
KENNETH RUDDY
PORT ARTHUR, TX 77640-1586

TYGART VALLEY MOTOR CO. INC.
ATTN: CORP OFFICER/AUTH AGENT
RTE 250 S ELKINS SHPG PLAZA
GREG JAMES VENTURES, LLC
ELKINS, WV 26241

UBS SECURITIES LLC
ATTN: CORP OFFICER/AUTH AGENT
1 NORTH WACKER DRIVE
CHICAGO, IL 60606

UNION PACIFIC RAILROAD COMPANY
ATTN: CORP OFFICER/AUTH AGENT
1400 DOUGLAS STREET MAIL STOP 1920
ATTENTION: ASSISTANT TREASURER
OMAHA, NE 68179

UNITED STATES GYPSUM COMPANY
ATTN: CORP OFFICER/AUTH AGENT
125 SOUTH FRANKLIN ST.
ROBERT B. COOPER
CHICAGO, IL 60606

UNITED STATES STEEL CORPORATION
ATTN: JOE LAPORTE
400 STATE ST
CLAIRTON WORKS
CLAIRTON, PA 15025

UNITED TELEPHONE COMPANY OF OHIO
ATTN: CORP OFFICER/AUTH AGENT
665 LEXINGTON AVE
MANSFIELD, OH 44907-1504

UNIVERSITY CHEVROLET LLC
ATTN: CORP OFFICER/AUTH AGENT
11300 N FLORIDA AVE
TAMPA, FL 33612-5666

VECTOR SCM LLC
ATTN: CORP OFFICER/AUTH AGENT
27275 HAGGERTY RD STE 550
NOVI, MI 48377-3637

VERIZON
ATTN: CORP OFFICER/AUTH AGENT
3910 KIRKWOOD HIGHWAY
WILMINGTON, DE 19808

VERIZON
ATTN: CORP OFFICER/AUTH AGENT
3910 KIRKWOOD HWY
WILMINGTON, DE 19808-5110

VERIZON TELEPHONE COMPANIES
ATTN: CORP OFFICER/AUTH AGENT
2980 FAIRVIEW PARK DR.
FALLS CHURCH, VA 22042

VERMILION AUTO CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
1615 GEORGETOWN RD
CHARLES SHAPLAND
TILTON, IL 61833-8139

VESTAR, INC. DBA VESTAR, INC
ATTN: CORP OFFICER/AUTH AGENT
139 EAST MAIN STREET
ROOM 100 C
CINCINNATI, OH 45201

VIRGINIA ELECTRIC AND POWER COMPANY
ATTN: CORP OFFICER/AUTH AGENT
120 TREDEGAR ST
DBA DOMINION VIRGINA POWER
RICHMOND, VA 23219

VOLVO GM HEAVY TRUCK CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
8355 HIGHFIELD DR
LEWIS CENTER, OH 43035

VOLVO GM HEAVY TRUCK CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
8355 HIGHFIELD DR
LEWIS CENTER, OH 43035

VOLVO NORTH AMERICA CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
1 VOLVO DRIVE
PO BOX 914
ROCKLEIGH, NJ 07647

VOLVO NORTH AMERICA CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
1 VOLVO DRIVE
PO BOX 914
ROCKLEIGH, NJ 07647

WACHOVIA CAPITAL MARKETS LLC
ATTN: CORP OFFICER/AUTH AGENT
301 S. COLLEGE ST.
CHARLOTTE, NC 28202

WALKER & COMPANY
ATTN: CORP OFFICER/AUTH AGENT
88 CUSTER ST
DETROIT, MI 48202-3106

WAYNE STATE UNIVERSITY
ATTN: CORP OFFICER/AUTH AGENT
5700 CASS AVE.
STE. 4900 A/AB
DETROIT, MI 48202

WEIL GOTSHAL & MANGES LLP
ATTN: CORP OFFICER/AUTH AGENT
767 FIFTH AVENUE
STEPHEN KAROTKIN
NEW YORK, NY 10153

WEST COVINA MOTORS INC.
ATTN: CORP OFFICER/AUTH AGENT
2000 E GARVEY AVENUE SOUTH
WEST COVINA, CA 91791

WEST SIDE WTR LANSING TWP
ATTN: CORP OFFICER/AUTH AGENT
3209 W MICHIGAN AVE
LANSING, MI 48917-2921

WHANN & ASSOCIATES
ATTN: CORP OFFICER/AUTH AGENT
6300 FRANTZ ROAD
MORRIS PONTIAC GMC INC ROBERT
DUBLIN, OH 43017

WHYCO FINISHING TECHNOLOGIES LLC
ATTN: CORP OFFICER/AUTH AGENT
670 WATERBURY RD
THOMASTON, CT 06787-2023

WILSON PETTY KOSMO & TURNER
ATTN: CORP OFFICER/AUTH AGENT
550 WEST C STREET SUITE 1050
ATTN: VICKIE E. TURNER, ESQ.
SAN DIEGO, CA

WILSON, PETTY, KOSMO & TURNER
ATTN: CORP OFFICER/AUTH AGENT
550 W C ST STE 1050
VICKIE E. TURNER ESQ.
SAN DIEGO, CA 92101

WINSTON & STRAWN LLP
ATTN: CORP OFFICER/AUTH AGENT
335 W WACKER DR
ASHLEY DELTA, LLC
CHICAGO, IL 60606-1204

WOODFIELD CHEVROLET INC.
ATTN: CORP OFFICER/AUTH AGENT
1100 E GOLF RD
SCHAUMBURG, IL 60173-4508

XSTRAATA MAGNESIUM CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
1820 EAST 32ND STREET
ANDERSON, IN 46013

# EXHIBIT F

AEP (COLUMBUS STHRN PWR)
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 88880
CANTON, OH 44701

BOARD OF WATER AND LIGHT
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 570
LANSING, MI 48903

CARNEGIE NATURAL GAS COMPANY
ATTN: CORP OFFICER/AUTH AGENT
FRICK BUILDING
PITTSBURGH, PA

CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 20820
FERNDALE, MI

CITY OF LANSING
ATTN: CORP OFFICER/AUTH AGENT
POST OFFICE BOX 13007
LANSING, MI

COLUMBUS (CITY OF)
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 182882
COLUMBUS, OH 43218-2882

CONSOLIDATED RAIL CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 85004450
PHILADELPHIA, PA 19178-0001

CONSOLIDATED RAIL CORPORATION
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 85004450
PENN CENTRAL COMPANY
PHILADELPHIA, PA 19178-0001

CSX TRANSPORTATION
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 64753
GM POWERTRAIN GROUP
BALTIMORE, MD 21264-4753

DAVID F. HALES
ATTN: CORP OFFICER/AUTH AGENT
STATE OF MICHIGAN
LANSING, MI 48909

DAYTON POWER & LIGHT CO
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 740598
CINCINNATI, OH 45274-0598

DELMARVA POWER
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 17000
WILMINGTON, DE 19886-7000

DETROIT BRD OF WTR COMISNRS
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 32711
DETROIT, MI 48232-0711

DUQUESNE LIGHT COMP
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 10
PITTSBURGH, PA 15230-0010

EQUITABLE GAS COMP
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 371820 PITTSBURGH
PITTSBURGH, PA 15250

FITE DAVIS ATKINSON GUYTON AND BENTLEY P C
ATTN: CORP OFFICER/AUTH AGENT
P O BOX 157
WINFIELD CITY BOARD OF EDUCATION
HAMILTON, AL 35570

GRAND TRUNK WESTERN RALROAD COMPANY
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 95361
CHICAGO, IL 60694-5391

PENN CENTRAL TRANSPORTATION COMPANY
ATTN: CORP OFFICER/AUTH AGENT
P.O. BOX 8333
PHILADELPHIA, PA 19101

PENNSYLVANIA-AMERICAN WTR COMP
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 371412
PITTSBURGH, PA 15250-7412

STATE OF DELAWARE
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 778
DOVER, DE 19903-0778

STATE OF DELAWARE, DEPARTMENT OF TRANSPIRATION
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 778
DEPARTMENT OF TRANSPORATION
DOVER, DE 19903-0778

TROY (CITY OF )
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 103
PO BOX 33321
DETROIT, MI 48231-0103

TURNER, REID, DUNCAN, LOOMER & PATTON, PC
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 4043
DUNCAN LOOMER & PATTON PC RODNEY E. LOOMER ESQ.
SPRINGFIELD, MO 65808-4043

VOLVO LASTVAGNAR AB
ATTN: CORP OFFICER/AUTH AGENT
GROPEGAARDSGATAN GOETEBOR
S-405 08, SWEDEN

VOLVO LASTVAGNAR AB
ATTN: CORP OFFICER/AUTH AGENT
VOLVO CANADIANS HOLDINGS, LTD
S-405 08, SWEDEN

WEST MIFFLIN SSA PA LEGAL TAX
ATTN: CORP OFFICER/AUTH AGENT
PO BOX 10020
LEGAL TAX SERVICE INC.
PITTSBURGH, PA 15236-6020

THE CHESAPEAKE AND OHIO RAILWAY CO
ATTN: CORP OFFICER/AUTH AGENT
INDUSTRIAL DEVELOPMENT DEPT
BALTIMORE, MD 21201

TURNER REID DUNCAN LOOMER & PATTON PC
ATTN: CORP OFFICER/AUTH AGENT
P.O. BOX 4043
ATTN: RODNEY E. LOOMER, ESQ.
SPRINGFIELD, MO 65808

VOLVO LASTVAGNAR AB
ATTN: CORP OFFICER/AUTH AGENT
GROPEGAARDSGATAN GOETEBOR
S-405 08, SWEDEN

VOLVO LASTVAGNAR AB
ATTN: CORP OFFICER/AUTH AGENT
GROPEGAARDSGATAN GOETEBOR
S-405 08, SWEDEN

VOLVO LASTVAGNAR AB
ATTN: CORP OFFICER/AUTH AGENT
VOLVO NORTH AMERICA CORP
S-405 08, SWEDEN