**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No.: 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel J. Carragher, a member in good standing of the bar in the State of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent United Technologies Corporation, a creditor in the above referenced case.

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice* in the above-referenced matter.

Dated: February 25, 2011
        Boston, MA

                                /s/ Daniel J. Carragher_____
                                DANIEL J. CARRAGHER (DC-0328)
                                DAY PITNEY LLP
                                One International Place
                                Boston, MA 02110
                                (617) 345-4600
                                djcarragher@daypitney.com

### ORDER

**ORDERED**,
that Daniel J. Carragher, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
        _____, New York

                                _____
                                UNITED STATES BANKRUPTCY JUDGE