**Hearing Date: March 3, 2011 at 9:45 a.m (EDT)**

Andrew K. Craig, Esq.
WINDELS, MARX, LANE
& MITTENDORF, LLP
One Giralda Farms – Suite 380
Madison, NJ 07940
Telephone: (973) 966-3205
E-Mail: acraig@windelsmarx.com

Counsel for Allstate Insurance Company,
as successor in interest to Northbrook Excess
and Surplus Insurance Company, formerly
Northbrook Insurance Company

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In Re: <br><br> MOTORS LIQUIDATION CORPORATION, et al., f.k.a *General Motors Corp., et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> Jointly Administered |
|---|---|

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Andrew K. Craig, request admission *pro hac vice*, before the Honorable Robert E. Gerber, to represent Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, an interested party in the above referenced case.

I certify that I am a member in good standing of the State Bar of New Jersey and bars of the United States District Court for the District of New Jersey, United States District Court for the District of Columbia and the United States District Court for the District of Colorado.

{10623694:1}

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: February 24, 2011

Respectfully submitted,

WINDELS, MARX, LANE
& MITTENDORF, LLP

By: _____
    Andrew K. Craig
acraig@windelsmarx.com
One Giralda Farms – Suite 380
Madison, New Jersey 07940
Phone: (973) 966-3205

Counsel for Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company