UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>MOTORS LIQUIDATION CORPORATION, *et al.*, *f.k.a* General Motors Corp., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Andrew K. Craig, Esq., to be admitted *pro hac vice*, to represent Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company ('the Client"), an interested party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New Jersey and the bars of the United States District Court for the District of New Jersey, United States District Court for the District of Columbia and the United States District Court for the District of Colorado, it is hereby

ORDERED that Andrew K. Craig, Esq. is admitted to practice, pro hac vice, in the above-captioned case, as well as all other proceedings related thereto, to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Date: _____          /s/_____
      New York, New York                United States Bankruptcy Judge

{10623691:1}