UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*                           :
    f/k/a General Motors Corp., *et al.*   :   Case No. 09-50026 (REG)
                                                               :
         Debtors. :   (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Annie C. Wells, hereby certify that I am over the age of 18 and not a party to the above captioned proceeding. I further certify that on February 25, 2011, I caused a copy of the *Motion of JPMorgan Chase Bank, N.A., as Agent, for Authorization to Present Oral Argument at Hearing on Confirmation* to be served upon the parties on the attached list via overnight express mail or electronic mail.

                    /s/ Annie C. Wells

                    Morgan, Lewis & Bockius LLP
                    101 Park Avenue
                    New York, NY 10178

DB1/66537364.3

**Service List**

| | |
|---|---|
| Motors Liquidation Company<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, MI  48009<br>Attn:   Thomas Morrow | U.S. Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, New York  10007<br>Attn:   David Jones, Esq.<br>         Natalie Kuehler, Esq. |
| (Via email and overnight delivery)<br>Weil, Gotshal &Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>Attn:   Harvey R. Miller, Esq.<br>         Stephen Karotkin, Esq.<br>         Joseph H. Smolinsky, Esq. | Kramer Levin Naftalis & Frankel LLP<br>1177 Ave. of the Americas<br>New York, New York  10036<br>Attn:   Thomas Moers Mayer, Esq.<br>         Robert Schmidt, Esq.<br>         Lauren Macksoud, Esq.<br>         Jennifer Sharret, Esq. |
| General Motors LLC<br>400 Renaissance Center<br>Detroit, MI  48265<br>Attn:   Lawrence S. Buonomo, Esq. | United States Department of the Treasury<br>1500 Pennsylvania Avenue NW - Room 2312<br>Washington, DC  20220<br>Attn:   Joseph Samarias, Esq. |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281<br>Attn:   John J. Rapisardi, Esq. | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York  10004<br>Attn:   Tracy Hope Davis, Esq. |
| Caplin & Drysdale, Chartered<br>375 Park Avenue -- 35th Floor<br>New York, New York  10152-3500<br>Attn:   Elihu Inselbuch, Esq.<br>         Rita Tobin, Esq. | Stutzman, Bromberg, Esserman & Plifka, PC<br>2323 Bryan Street -- Suite 2200<br>Dallas, Texas  75201<br>Attn:   Sander Esserman, Esq.<br>         R. Brousseau, Esq. |
| Vedder Price PC<br>1633 Broadway – 47th Floor<br>New York, New York  10019<br>Attn:   Michael J. Edelman, Esq.<br>         Michael L. Schein, Esq. | Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W. -- Suite 1100<br>Washington, DC  20005<br>Attn:   Trevor Swett III, Esq.<br>         Kevin Maclay, Esq. |
| (Via electronic mail)<br>The Honorable Robert E. Gerber<br>United States Bankruptcy Judge<br>United States Bankruptcy Court – S.D.N.Y.<br>One Bowling Green<br>New York, NY 10004-1408 | |

DB1/66537364.3