Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
In re:                                                            :   Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY., *et al.*                             :   Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*                     :
                                                                  :
                                     Debtors.                     :   (Jointly Administered)
----------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   s.s.:
COUNTY OF NEW YORK        )

       1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

       2. I caused to be served on February 22, 2011 a true and correct copy of the

RESPONSE OF WELLS FARGO BANK NORTHWEST, N.A., AS AGENT FOR THE TPC LENDERS, TO (I) MOTION OF DEBTORS FOR ENTRY OF AN ORDER ESTABLISHING CLAIMS RESERVES IN CONNECTION WITH DISTRIBUTIONS TO BE MADE UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN WITH RESPECT TO, AMONG OTHER THINGS, CERTAIN UNLIQUIDATED CLAIMS [D.I. 9212]; AND (II) MOTION OF DEBTORS FOR ENTRY OF AN ORDER ESTIMATING MAXIMUM AMOUNT OF CERTAIN CLAIMS FOR PURPOSES OF ESTABLISHING CLAIMS RESERVES UNDER THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN [D.I. 9213]; by email and by Federal Express for overnight delivery upon (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq. (harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com); (ii) Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq. (tmayer@kramerlevin.com; rschmidt@kramerlevin.com; lmacksoud@kramerlevin.com; jsharret@kramerlevin.com); (iii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, MI 48009, Attn: Thomas Morrow (tmorrow@motorsliquidation.com; tm@motorsliquidation.com) (; (iv) General Motors LLC, 400 Renaissance Center, Detroit, MI 48265, Attn: Lawrence S. Buonomo, Esq. (lawrence.s.buonomo@gm.com); (v) Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281, Attn: John J. Rapisardi, Esq. (john.rapisardi@cwt.com); (vi) the United States Department of Treasury, 1500 Pennsylvania Avenue NW, Rm. 2312, Washington, D.C. 20220, Attn: Joseph Samaris, Esq. (JOSEPH.SAMARIAS@DO.TREAS.GOV); (vii) Vedder Price, P.C., 1633 Broadway, 47th Fl.,

New York, NY  10019, Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.( MJEdelman@vedderprice.com; MSchein@vedderprice.com); (viii) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, 3rd Fl., New York, NY  10007, Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.  (david.jones6@usdoj.gov; natalie.kuehler@usdoj.gov); (ix) Caplin & Drysdale, Chartered, 375 Park Avenue, 35th Fl., New York, NY  10152-3400, Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.; and One Thomas Circle, N.W., Suite 11100, Washington, DC  20005, Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.; (ei@capdale.com; rct@capdale.com; tws@capdale.com; kcm@capdale.com); and (x) Stuzman, Bromberg, Esserman & Plifka, 2323 Bryan Street, Suite 2200, Dallas, TX  75201, Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq. (esserman@sbep-law.com; brousseau@sbep-law.com); and by email and hand delivery upon (xi) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York  10004, Attn: Tracy Hope Davis, Esq. (tracy.davis@usdoj.gov);

.

                                         /s/ Eileen A. McDonnell_____
                                          EILEEN A. MCDONNELL

Sworn to before me this
25th day of February, 2011

/s/ Melanie Nelson_____
    Notary Public
Notary Public, State of New York
 No. 01NE6214750
Qualified in New York County
Commission Expires 12/21/13