GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
       mitchelln@gtlaw.com
       baej@gtlaw.com
       ticollg@gtlaw.com

*Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP,*
*Elliott Management Corporation, and Fortress Investment Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,       :
                                          :
                                          :
                                          :
              Debtors.                    :    (Jointly Administered)
                                          :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Doreen Cusumano, being duly sworn, deposes and says:

1) I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

2) On February 25, 2011, I caused to be served a true and accurate copy of the ***Supplement to Objection of Appaloosa Management L.P, Aurelius Capital Management, LP, Elliot Management Corporation, and Fortress Investment Group LLC to Debtors Amended***

NY240,966,918v1

***Joint Chapter 11 Plan*** [Docket No. 9460] via Regular Mail upon the parties listed on the attached Exhibit A.

*/s/ Doreen Cusumano*
DOREEN CUSUMANO

Sworn to before me this
28th day of February, 2011

*/s/ Elizabeth M Connolly*
Elizabeth M Connolly
Notary Public State of New York
No. 02CO6213945
Qualified in New York County
Commission Expires 11/23/2013

# **EXHIBIT A**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
and Joseph H. Smolinsky, Esq.

Debtors c/o Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
Attn: Thomas Morrow

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center,
New York, New York 10281
Attn: John J. Rapisardi, Esq.

*NY240,966,918v1*

| | |
|---|---|
| The United States Department of the Treasury<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, D.C. 20220<br>Attn: Joseph Samarias, Esq. | Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq. |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Thomas Moers Mayer, Esq. Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq. | The Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Tracy Hope Davis, Esq. |

NY240,966,918v1

| | |
|---|---|
| The U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Attn: David S. Jones, Esq. and Natalie Kuehler, Esq. | Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, New York 10152-3500<br>Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq. |
| Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation<br>2323 Bryan Street, Suite 2200,<br>Dallas, Texas 75201<br>Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq. | Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005<br>Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq. |

*NY240,966,918v1*