Honorable Robert E. Gerber
US Bankruptcy Judge
Room 621 U.S Bankruptcy Ct.
One Bowling Green, N.Y.
New York 10004

Feb 20, 2011

    This is to inform you of my objection to Motors Liquidation of my final amount of insurance ($15,466.00) I do not approve of the liquidation.
    Kindly mail the proceeds $15,466.00 to me as soon as possible.
    Mail to    Floyd N. Yates
                    16 Belgian Trails
                    St. Peters, Mo 63376

Signature:    Floyd N. Yates