reason for objection
Dana Leigh Thompson
to:
gerber.chambers
02/24/2011 03:56 PM
Show Details

Judge Gerber:

The settlement agreement does not address the fact that the poison that General Motors left will not be cleaned up. It will only be covered up. Which means that the massive mountian of poison will stay. That will leech,leak,become airbone as it has since the day that they dumped it onto the earth. The animals,fish,birds,and the land and rivers. The human beings will continue to be affected. This is morally wrong. The right thing that should be done is for General Motors to clean up what they did. And if you accept this Environmental Response Trust Consent Decree and Settlement Agreement, then that get away with all that they have done to the Onkwehonwe at Akwesasne. The site is known to you as General Motors-Central Foundry Divison Superfund Site, Rooseveltown Hwy, St.Lawrence County, Massena,ny. Bond number k07593119.

                                    Kanietakeron "Larry Thompson"
                                    Bear Clan