Pg 1 of 3

JOSEPH C. SINGER
CREDITOR RETIRED SALARY EMPLOYEE OF GENERAL MOTORS
SELF REPRESENTED
2166 SANDLEWOOD DR.
SHELBY TWP., MICHIGAN 48316
248-650-8648

NOTICE TO DEBTORS 182 OMNIBUS OBJECTION TO CLAIMS
MOTORS LIQUIDATION COMPANY
GENERAL MOTORS CORPORATION
CHAPTER 11 CASE NO. 09-50026 (REG)
CLAIM NO. 29999

ATTACHMENTS TO BE ADDED TO MY ORIGINAL OBJECTIONS THAT YOU RECEIVED ON FEBRUARY 15, 2011 AT 12:24 P.M.

PLEASE ADD THE ATTACHED COPIES OF LETTERS FROM GENERAL MOTORS NATIONAL BENEFIT CENTER TO MY OBJECTION OF NOTICE DEBTORS 182-CLAIM NO. 29999.
LETTER "A" CLEARLY STATES THAT $91,390.00 WILL REMAIN IN EFFECT FOR THE REST OF MY LIFE AND IS PROVIDED BY GENERAL MOTORS AT NO COST TO ME.
ATTACHMENT "B" COVERS ALL OF MY LIFE INSURANCES. THE SUPPLEMENTAL LIFE BENEFIT OF $228,000.00 WAS ALSO FOR LIFE AND AT NO COST TO ME.
ATTACHMENT "A"-"B" WILL HELP SUPPORT MY OBJECTION AND DISAGREEMENT WITH THE DEBTORS.

JOSEPH C. SINGER
jcbvsinger@sbcglobal.net
FEBRUARY 18, 2011

"A"

**GENERAL MOTORS NATIONAL BENEFIT CENTER**
**BENEFIT SERVICES GROUP**
Regional Personnel Administration
P.O. Box 5152
Southfield, Michigan 48086-5152

March 29, 1993

Joseph C Singer
2166 Sandlewood
Shelby Twp, MI 48316-1053

Dear Joseph C Singer,

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life insurance.

Our insurance records, as of the date of this letter, show the Continuing Life insurance has now fully reduced to the ultimate amount of $91,390.00. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call the General Motors National Benefit Center toll-free, 1-800-633-3900, during normal business hours, or write to the address above.

Retirees currently serviced by the National Retiree Servicing Center may continue to call 1-800-828-9236 for assistance.

Always include this Social Security number, ███-██-0297, in all your correspondence.

Benefit Services Group

UA01

**GM NATIONAL RETIREE SERVICING CENTER**
NAO PERSONNEL Administration
P.O. Box 5113
Southfield, Michigan 48086-5113
1-800-828-9236
TDD 1-800-872-8682

December 09, 1994

Joseph C Singer
2166 Sandlewood
Shelby Twp, MI   48316-1053

Dear Joseph C Singer,

As a result of your request, this letter is to confirm your current coverages and amounts in force, provided any required contributions have been paid. Contribution information can be found on the reverse side of this letter.

Our records, as of the date of this letter, show the following information:

| Coverage | Amount |
| --- | --- |
| Basic Life Insurance | $ 91,390 |
| Dependent Life Insurance(Spouse/Child) | $ 30,000 / 6,000 |
| Optional Life Insurance | $ 76,000 |
| Personal Umbrella Liability Insurance | $ 5,000,000 |
| Survivor Income Benefit Insurance | |
| Supplemental Life Benefits Program | $ 228,000 |
| Employee Personal Accident Insurance | $ 50,000 |
| Spouse Personal Accident Insurance | $ 50,000 |

Information provided in this letter is subject to the terms and conditions of the General Motors Life and Disability Benefits Program. All insurances are term and have no cash value.

If you have any questions regarding this letter, you may call toll-free, 1-800-828-9236 (Telephone Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, ▓▓▓-0297, in all your correspondence.

**Retiree Servicing Center**

*Indicates that coverage or part of the coverage is owned by someone other than you.

CF00