The Family of James W. Mirgon
324 Shellbourne Drive
Rochester Hill, MI 48309

February 15, 2011

Dear Former Colleagues, Managers, State Representatives, President Obama and Others,

James W. Mirgon, a 37 year employee of General Motors died October 21, 2010 **WITHOUT** any prior notification of any changes to his life insurance benefit. His Continuing Life Insurance Benefit was $120,803.00. **It was dropped to $10,000 WITHOUT ANY NOTIFICATION from General Motors or MetLife.**

Obviously, we do not need to reiterate the fact that James and wife were never notified of any changes to James' Continuing Life Insurance Benefit. They planned their lives, medical care/treatment and death around receiving the full amount $120,803.00. James and his wife, Barbara paid for medications, treatments, chemotherapies and more knowing that in the event of James' un-timely death that Barbara would received that money to recoup the financial devastation incurred with any terminal illness. On James' deathbed, he in fact made sure his wife, daughters and his Hospice nurse knew where all of the paperwork was and how much money his wife would receive. He could not die in peace without making sure his wife would receive the aforementioned life insurance monies. Can you imagine the shock, horror, again devastation now not only dealing with the loss of her spouse of 46 years but to get the horrid news that the life insurance benefit was taken away and dropped to $10,000. The stress that this has caused can not be measured in dollars and is worth far more than the remaining amount of the life insurance.

We demand that James' spouse, Barbara Mirgon be paid in full the remaining amount of $110,803.00.

Attached please find a timeline as well as an invoice for the remaining amount.

We implore you to do the right thing. After all, our tax dollars helped to save the company that so disgracefully, unethically and unmorally terminated this policy without having the decency to notify James of any changes to the policy.

Sincerely,

The Family of James W. Mirgon
5900 Golden Brooke Lane
Kewadin, MI 49649

The Family of James W. Mirgon
324 Shellbourne Drive
Rochester Hills, MI 48309

<u>Phone Numbers of James' Daughters</u>
Jennifer Mirgon Small (313) 363-5113
Mary Mirgon Smetana (248) 232-3822
Christine Mirgon Joy (781) 585-6930

Cc:

<u>General Motors</u>
Mr. Daniel Akerson
Mr. David Bonderman
Mr. Erroll B. Davis, Jr.
Mr. Stephen Girsky
Mr. E. Neville Isdell
Mr. Robert Krebs
Mr. Philip Laskawy
Ms. Kathryn Marinello
Mr. Christopher Liddell
Ms. Carol Stephenson
Dr. Cynthia Telles

<u>GM Retirees Association</u>
Via Email

<u>Government</u>
President Barack Obama
Attorney General of the United States-Mr. Eric Holder
Governor of Michigan-Mr. Rick Snyder
Attorney General of Michigan-- Mr. Bill Schuette
Senator Carl Levin
Senator Debbie Stabenow
Mr. Tom McMillan
Mr. Hugh Crawford
Mr. Tim Melton
Ms. Lisa Brown
Mr. Bill Rogers
Mr. Greg McMaster
Judge Robert Gerber

<u>Law Offices</u>
Mr. Geoffrey Fieger
Ms. Nan E. Joesten—Farella Braun & Martel, LLP

The Family of James W. Mirgon
324 Shellbourne Drive
Rochester Hills, MI  48309


Media
Mr. Johnathon Wolman—Editor, The Detroit News
Mr. John Hillkirk –Editor, USA Today
Editor, The Wall Street Journal

WDIV Channel 4
Attention: 4 Defenders

WXYZ Channel 7
Attention: Mr. Bill Spencer

WJBK Fox 2 News
Attention: Problem Solvers

CNN
Attention: Mr. Mark Whitaker

MSNBC
Attention: Mr. Brian Williams

FOX NEWS
Attention: Mr. Bill Sammon

**Barbara E. Mirgon**

5900 Golden Brooke Lane
Kewadin, MI 49648
231-264-8697

# INVOICE

Invoice Number: 001

Invoice Date: Feb. 2, 2011

Customer Information:

| Billing Address: | | Shipping Address: | |
|---|---|---|---|
| Company: | General Motors | Company: | |
| Name: | c/o MetLife | Name: | Barbara E. Mirgon |
| Address: | PO Box 14406 | Address: | 5900 Golden Brooke Lane |
| | | | |
| City/State/Zip | Lexington, KY 40512-4406 | City/State/Zip | Kewadin, MI 49648 |

Shipping Method: Priority Mail

Order Information:

| Qty | Product Description | Amount Each | Amount |
|---|---|---|---|
| | Balance Due on Basic Life Insurance | | $110,803.00 |
| | | | |
| | | Subtotal: | |
| | | Tax: | |
| | | Shipping: | |
| | | Grand Total: | $110,803.00 |

**Notes:**

See cover letter attached. Balance due immediately.

Employee—James W. Mirgon  SSN# ▮▮▮-▮▮-1822
Deceased 10/21/10. Never received termination notice of Basic Life Insurance.
38 Years of Dedicated Service. Do the right thing. We know for a fact there are numerous dedicated retirees who have fallen through the cracks of this *dismal abomination*.

**RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

July 16, 2001

James W Mirgon
6153 Brookstone Ln.
Grand Blanc, MI 48439 US

Dear James W Mirgon:

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life Insurance.

Our insurance records, as of the date of this letter, show the Continuing Life Insurance has now fully reduced to the ultimate amount of **$120,803.00**. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

This is not a guarantee of the coverage amount.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telecommunication Device for the Deaf 1-800-872-8682), during normal business hours, or write to the address above.

Always include this Social Security number, ███-██-1822, in all your correspondence.

Retiree Servicing Center

UA01



**ROBERT C. SCHWERT, D.O., P.C.**
**DAVID S. GORDON, M.D.**

ONCOLOGY / HEMATOLOGY

4960 SKYVIEW COURT
TRAVERSE CITY, MI 49684
PHONE # (231) 947-3070
FAX # (231) 947-5934

February 7, 2011

To Whom It May Concern:

Re:   James Mirgon
      DOB: 4/19/1943

James was a patient of mine who was under my care for the diagnosis and treatment of IgG Multiple Myeloma Lambda, which is a form of cancer. He was diagnosed 1/19/09 and was under my care from 1/17/09 until he expired 10/21/10 under the care of hospice. Please feel free to contact the office at (231) 947-3070 with further questions.

Sincerely,

Robert C. Schwert D.O.
RCS/lmc