UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                              Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY,et al.,
        f/k/a General Motors Corp.,et al.

                                                                    Case No. 09-50026 (REG)


Debtor(s).
--------------------------------------------------------x

                        RESPONCE to or ANSWER to DEBTORS OBJECTION

                                                         RECEIVED
                                                         FEB 2 4 2011
                                                         U.S. BANKRUPTCY COURT
                                                         SO. DIST. OF NEW YORK

Debtor-creditor law governs situations where one party is unable to pay a monetary debt to another.

                        RELIEF REQUESTED

I THOMAS SMALLEY WILL affirmatively  defend THAT I BELEIVE I AM ENTITLED TO A MONETARY
SETTLEMENT DO TO MY LOSSES

1. core re:  GM HAS YET TO REPLACE MY CAR UNDER RECALL (after many many requests)

2. non-core re: MEDICAL CLAIM UPON MY FIRST NOTICE , MY INJURY IS DIRECT RESULT OF GM RECALL

3. with the damage my body has sustained CAUDIA EQUINE SYNDROME will not show up in most cases
utill 4 or 5 years after a serious car accident with injury involved by a severe auto roll over accident .
 thus relating to future  Asbestos  Claims

4. under Background 4 they claim I did not pursue a claim in court,thou the MANY post cards recieved
says to take to a dealer,NOT TO FILE CLAIM IN A COURT?
under Background 6 say that 18 days after a debtors filing of June 1 2009
IN FACT even NHTSA states law gives 3 remedies (see #B page 2 2nd to last paragraph) to this date near 13 years later I still
have no replacement

5. I also am suprised in there objection they did not INFORM you or report to the court they had telephoned me on 12-15-10
claiming theres a 500 million  fine for filing a false claim?
they said they are willing to offer $5000 if i could drop this suit,or claim? I RESPONDED and said that does not even come
close to my medical costs or replace the FAULTY automobile

for the last 13 years i have suffered from my lack of earning ,the pain & suffering I go thru 4-5 HOURS EVERY DAY as i try
and eliminate my bodies waste

they also said that sense I an DISABLED per Social Security they told me  " Oh your Disabled then we can have you report to
the court Tela-Video"  or of some form like that?

There are 94 federal judicial districts.  Each of these handle bankruptcy matters.  In almost every district, bankruptcy courts
hear bankruptcy cases and
bankruptcy cases cannot be filed in state court.

how then could I obtain a remedy at a 2 year window Caudia Equine Syndrome does not appear untill year 4 or 5 and in any
state for that matter and SHOULD be allowed as if a  future  Asbestos  Claims 1st notice

they also FAILED to  INFORM you or report to the court any other information about AlixPartners or an email recieved after

it said to return more info.? (marked 1)
was this the mediation & informed them in my reply my disability

The court, on its own motion or on the request of a party in interest, may - (1) hold a status conference regarding any case or proceeding under this title after notice to the parties in interest; and (2) unless inconsistent with another provision of this title or with applicable Federal Rules of Bankruptcy Procedure, issue an order at any such conference prescribing such limitations and conditions as the court deems appropriate to ensure that the case is handled expeditiously and economically

I also have a SS case in Federal Court in Des Moines ,Iowa(for what will be 50 months of backpay)  that may or maynot be enjoined to determine if either Social Security or GM should contribute to my NEEDS and Such (NON CORE) or if a Lower NY Court could grant,apon your broad powers in these matters. and if it Pleases the court I would be willing to amend the claim down to $15,000,000

PUBLIC LAW 106–414—NOV. 1, 2000
TRANSPORTATION RECALL ENHANCEMENT,
ACCOUNTABILITY, AND DOCUMENTATION
(TREAD) ACT

SEC. 5. PENALTIES.
(a) CIVIL PENALTIES.—Section 30165(a) of title 49, United States
Code, is amended to read as follows:
"(a) CIVIL PENALTIES.—
"(1) IN GENERAL.—A person that violates any of section
30112, 30115, 30117 through 30122, 30123(d), 30125(c), 30127,
or 30141 through 30147, or a regulation prescribed thereunder,
is liable to the United States Government for a civil penalty
of not more than $5,000 for each violation. A separate violation
occurs for each motor vehicle or item of motor vehicle equipment
and for each failure or refusal to allow or perform an act
required by any of those sections. The maximum penalty under
this subsection for a related series of violations is $15,000,000.

SEC. 6. ACCELERATION OF MANUFACTURER REMEDY PROGRAM.
(a) REMEDY PROGRAM.—Section 30120(c) of title 49, United
States Code, is amended by inserting at the end thereof the following:
"(3) If the Secretary determines that a manufacturer's remedy
program is not likely to be capable of completion within a reasonable
time, the Secretary may require the manufacturer to accelerate
the remedy program if the Secretary finds—
"(A) that there is a risk of serious injury or death if the
remedy program is not accelerated; and
"(B) that acceleration of the remedy program can be reasonably
achieved by expanding the sources of replacement parts,
expanding the number of authorized repair facilities, or both.
The Secretary may prescribe regulations to carry out this paragraph.".
(b) REIMBURSEMENT PRIOR TO RECALL.—Section 30120(d) of
title 49, United States Code, is amended by inserting at the end
thereof the following: "A manufacturer's remedy program shall
include a plan for reimbursing an owner or purchaser who incurred
the cost of the remedy within a reasonable time in advance of
the manufacturer's notification under subsection (b) or (c) of section
30118. The Secretary may prescribe regulations establishing what
constitutes a reasonable time for purposes of the preceding sentence
and other reasonable conditions for the reimbursement plan.".



CAMPAIGN INFORMATION PROCESSING CENTER
PO BOX 8056, ROYAL OAK, MI 48068-8056

PRSRT STD
U.S. POSTAGE
PAID
HEBRON, OH
PERMIT NO. 137

***************** 3-DIGIT 501

2G4WB54T4M1805673
THOMAS M SMALLEY
705 EAST ST
LYNNVILLE, IA  50153

0485766

# ⓦ BUICK

If any of the conditions listed are applicable,
please check (✓) the appropriate box, provide
the information requested, and return
this card.

I have never owned this vehicle

Vehicle damaged beyond repair

Vehicle stolen and not recovered

Campaign Completed: _____

Date _____ / _____ / _____

☐ Self    ☐ Dealer/Retailer    ☐ Other

_____
Signed

**2G4WB54T4M1805673**

☐ Vehicle Sold/Traded/Returned to:

_____
New Owner/Firm Name

_____
Address

City _____ State _____ Zip Code _____

Area Code ___ Phone Number _____

_____
Owner Signature

The attached Campaign Card identifies your vehicle. Presentation of it to your dealer/
retailer will assist in making the necessary correction in the shortest possible time.
If you have sold or traded your vehicle, please let us know by completing the postage-
paid Owner Reply Card and returning it to us.

() 00061



Remove
this portion
before
mailing



**BUICK**

CAMPAIGN INFORMATION PROCESSING CENTER
PO BOX 8056, ROYAL OAK, MI 48068-8056

12-28-2010

BULK RATE
U.S. POSTAGE
**PAID**
HEBRON, OH
PERMIT NO. 137



0290867

***************** 3-DIGIT 501

2G4WB54T4M1805673
THOMAS M SMALLEY
705 EAST ST
LYNNVILLE, IA  50153

|.|.|.||......||.|.|..||..||.|

---

**BUICK**

If any of the conditions listed are applicable, please check (✓) the appropriate box, provide the information requested, and return this card.

☐ I have never owned this vehicle

☐ Vehicle damaged beyond repair

☐ Vehicle stolen and not recovered

☐ Campaign Completed: _____

Date _____ / _____ / _____

☐ Self  ☐ Dealer/Retailer  ☐ Other

Signed _____

2G4WB54T4M1805673

Vehicle Sold/Traded/Returned to:

_____
New Owner/Firm Name

_____
Address

_____
City                    State        Zip Code

_____
Area Code    Phone Number

_____
Owner Signature

The attached Campaign Card identifies your vehicle. Presentation of it to your dealer/retailer will assist in making the necessary correction in the shortest possible time. If you have sold or traded your vehicle, please let us know by completing the postage-paid Owner Reply Card and returning it to us.

( )  00061



*Remove this portion before mailing*

CAMPAIGN INFORMATION PROCESSING CENTER
PO BOX 8056, ROYAL OAK, MI 48068-8056

PRSRT STD
U.S. POSTAGE
PAID
LOCKPORT, IL
PERMIT NO. 313



2G4WB54T4M1805673
THOMAS M. SMALLEY
705 EAST ST.
LYNNVILLE IA 50153

## BUICK

If any of the conditions listed are applicable, please check (✓) the appropriate box, provide the information requested, and return this card.

☐ I have never owned this vehicle

☐ Vehicle damaged beyond repair

☐ Vehicle stolen and not recovered

☐ Recall Completed: _____

Date ___/___/___

☐ Self  ☐ Dealer/Retailer  ☐ Other

Signed _____

2G4WB54T4M1805673

Vehicle Sold/Traded/Returned to:

_____
New Owner/Firm Name

_____
Address

_____
City          State       Zip Code

_____
Area Code   Phone Number

_____
Owner Signature

The attached Recall Card identifies your vehicle. Presentation of it to your dealer/retailer will assist in making the necessary correction in the shortest possible time. If you have sold or traded your vehicle, please let us know by completing the postage-paid Owner Reply Card and returning it to us.

() 00061

Remove this portion before mailing.

*Rec. 6-18-01*

PRSRT STD
U.S. POSTAGE
PAID
HEBRON, OH
PERMIT NO. 137

CAMPAIGN INFORMATION PROCESSING CENTER
PO BOX 8056, ROYAL OAK, MI 48068-8056



2G4WB54T4M1805673
THOMAS        M SMALLEY
705 EAST ST
LYNNVILLE IA 50153



## (W) BUICK

If any of the conditions listed are applicable, please check (✓) the appropriate box, provide the information requested, and return this card.

- I have never owned this vehicle

- Vehicle damaged beyond repair

- Vehicle stolen and not recovered

- Campaign Completed: _____

- Date _____ / _____ / _____

    Self ___ Dealer/Retailer ___ Other

_____
Signed

**2G4WB54T4M1805673**

☐ Vehicle Sold/Traded/Returned to:

_____
New Owner/Firm Name

_____
Address

_____
City                State        Zip Code

_____
Area Code    Phone Number

_____
Owner Signature

The attached Campaign Card identifies your vehicle. Presentation of it to your dealer/retailer will assist in making the necessary correction in the shortest possible time. If you have sold or traded your vehicle, please let us know by completing the postage-paid Owner Reply Card and returning it to us.

() 00061

Remove
this portion
before
mailing

**WES FINCH
AUTO PLAZA, INC.**

410 West St. South
PO Box 537
Grinnell, IA 50112
(641) 236-2100



PRSRT
STANDARD
U.S. POSTAGE PAID
PERMIT #1
LIVONIA, MI 48150

**Goodwrench
Service
Plus**

*On covered parts and labor
See us for Limited Lifetime Service Guarantee details

**Service Hours:**
Mon - Fri: 7:00 a.m. - 5:30 p.m.
Sat: 8:00 a.m. - 12:00 p.m.

**We Accept:**
Most major credit cards

• **Lifetime service guarantee***
• **Courtesy transportation**
• **Competitive up-front pricing**



**URGENT RECALL!**

*****************3-DIGIT 501
THOMAS M SMALLEY
705 EAST ST
LYNNVILLE, IA 50153

# ━━━ RECALL NOTICE ━━━

DEAR THOMAS M SMALLEY:

Our records indicate that your 1991 BUICK is included in a recall campaign.
Corrective action is required to assure its continued safe operation.

204WB54T4M1805673                                    00061
(vehicle identification number)                        (campaign number)

Please call our service department at **(641) 236-2100** to schedule an
appointment for this "no charge" service. If you no longer own this vehicle
or have already had this recall done please notify us, either by phone or by
mailing this card back to the address listed below, so that we may update
our records.

## Thank You!
**Wes Finch Auto Plaza, Inc.**
**410 West St. South • Grinnell, IA 50112**

*See inside for valuable coupon offers.*

*Handwritten annotations: SMALL, ENVOST, EA 00-011, 802-327-4236, 02:75, NHTSA.DOT.GOV*

BUICK®

*NHTSA.*

B00061-S
September, 2000

Dear Buick Customer:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

**Reason For This Recall:** General Motors has decided that a defect which relates to motor vehicle safety exists in certain 1988-90 and early 1991 Buick Regal model vehicles located in the following states that include areas identified as having severe corrosion environments and heavy exposure to road salt:

| | | | |
|---|---|---|---|
| Connecticut | Delaware | District of Columbia | Illinois |
| Indiana | – Iowa – | Maine | Maryland |
| Massachusetts | Michigan | Minnesota | Missouri |
| New Hampshire | New Jersey | New York | Ohio |
| Pennsylvania | Rhode Island | Vermont | West Virginia |
| Wisconsin | | | |

Some of these vehicles exhibit a condition in which the frame/cradle bolts pull through the retainers due to corrosion of the retainer. If both front bolts or both rear bolts pull through, the frame/cradle would not be properly supported and the intermediate steering shaft may separate from the steering gear. If this were to occur while the vehicle was in motion, a vehicle crash could result without prior warning.

**What Will Be Done:** Your dealer will replace the front and rear frame/cradle bolts and retainers. This service will be performed for you at **no charge.**

**How Long Will The Repair Take?** The length of time required to perform this service correction is approximately 25 minutes. Additional time may be required to schedule and process your vehicle. If your dealer has a large number of vehicles awaiting service, this additional time may be significant. Please ask your dealer if you wish to know how much additional time will be needed to schedule, process and repair your vehicle.

**Contacting Your Dealer:** Please contact your Buick dealer as soon as possible to arrange a service date. Parts are available and instructions for making this correction have been sent to your dealer. Your Buick dealer is best equipped to obtain parts and provide services to correct your vehicle as promptly as possible. Should your dealer be unable to schedule a service date within a reasonable time, you should contact the Buick Customer Assistance Center at 1-800-521-7300. Deaf, hearing impaired or speech impaired call 1-800-832-8425 (Utilizes Telecommunication Devices for the Deaf/Text Telephones TDD/TTY).

Buick Motor Division • General Motors Corporation   200 Renaissance Center   Detroit, Michigan 48265-2000

*Handwritten: Buick (1-800-934-8517) NHTSB 1-800-424-9393*

CHEVROLET   PONTIAC   Oldsmobile   BUICK   Cadillac   GMC

**GM OWNER:** Present this card to your GM dealer to help identify the correction required to your vehicle.
PLEASE CHECK (X) THE APPROPRIATE BOX IF ANY OF THE CONDITIONS LISTED BELOW ARE APPLICABLE.
SUPPLY THE INFORMATION REQUESTED AND RETURN IN THE ENVELOPE PROVIDED.
☐ I have never owned this vehicle   ☐ Vehicle damaged beyond repair   ☐ Vehicle stolen and not recovered
☐ Campaign Completed on Date ___/___/___ by ☐ Self ☐ Other ☐ Vehicle Sold/Traded/Returned to:

00000111921
00061-2G4WB54T4M1805673*B-I

THOMAS    M SMALLEY
705 EAST ST
LYNNVILLE, IA 50153

| | |
|---|---|
| NEW OWNER/FIRM NAME | |
| ADDRESS | |
| CITY | STATE    ZIP CODE |
| (AREA CODE) PHONE NUMBER | |
| OWNER SIGNATURE | |

faxed to Tim Neis
TNeis@AlixPartners.com
313-486-2981 office
313-486-4258 fax

June 24,2010

Motors Liquidation Company
attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas,TX. 75201

Dear Claims Team,

attached is my Liquidation Letter,I had sent a booklet to

THE GARDEN CITY GROUP
ATTEN. MOTORS LIQUID
PO BOX 9386
DUBLIN, OH 43017-4286

In this booklet it says most likely mediation will take place that will basically argue Down the amount claimed ,so to start with this amount will surely be reduced , a claim of any less would never in most cases be argued UP ?

Not sure what the Value is for lost income,broken ribs,the Nerve Damage ,and the daily pain I go thru over last 10 years and Future 30+ years ,loss of my Vehicle, simple pleasures I can no longer do and the blatent disregard of my phone calls and loss for replacement. The fact the they tried to sweep under table by paying Congress Hundreds of Millions over last 15 years to avoid a "TOYOTA " type publicity linching that I feel my claim is appropriate knowing that even any amount that is near 10% would be fair and just!

Therefore I will claim the same amount I sent to GARDEN CITY GROUP

PS re: mediation , I did or wish to claim Hardship as to a location if I would need to travel for mediation, a Des Moines Location would be better able to assist me,Unfortunaly My Father died last year and I could not travel the 350 miles to Chicago for services due to the ongoing pain I try and deal with on a daily basis.

re email :
Dear Thomas;

I am contacting you on behalf of MOTORS LQUIDATION COMPANY f/k/a GENERAL MOTORS CORPORATION regarding claim# claim# 69998 THOMAS M SMALLEY. I have attached the claim for your convenience.

We are working to resolve the claims. We would like to proceed to the evaluation and prioritization of claims within our pool and need to have your claim amount liquidated to do so.

Please review the attached document, complete and return by June 11, 2010. Instructions are included within the attachment. Please contact me with any questions and thank you for your help in this matter. Regards, Tim

Tim Neis
TNeis@AlixPartners.com
313-486-2981 office
313-486-4258 fax

<u>VIA ELECTRONIC MAIL</u>

THOMAS M SMALLEY
POB 93
LYNNVILLE, IA   50153

Re:    In re Motors Liquidation Company, et al. (f/k/a/ In re General Motors Corporation, et al.) Case No.: 09-50026 (REG)

Dear Sir,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors ("MLC") are in receipt of the following unsecured claims that you filed against MLC in an unspecified amount:

Claim# 69998 THOMAS M SMALLEY

The purpose of this letter is to request that you provide MLC with a liquidated amount for your unsecured claims against MLC.  If you do not provide us with a liquidated amount for your unsecured claims, MLC may choose to pursue liquidation of your claims in the Bankruptcy Court via an objection or other available procedures.  If you wish to provide MLC with a liquidated amount for your unsecured claims, please fill out and the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 11, 2010.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed unsecured claims provided in the letter.  Please be aware that submission of a Claim Liquidation Letter will not result in allowance of your unsecured claims.  MLC reserves all rights with regard to the above-listed unsecured claims, including the right to object to the liquidated amount of your claims.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,

Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

      **Re:**    **In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
Unsecured Claim Liquidation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following unsecured claims:

| Claim Number | Liquidated Amount (Unsecured) |
| --- | --- |
|  |  |
|  |  |

I understand and acknowledge that submission of this letter does not constitute allowance of the
above-described unsecured claims, and that the Debtors reserve all rights with respect to these claims.
I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to
update the official claims register with the liquidated amount provided in this letter for the above-listed
unsecured claims.

Very truly yours,

X       _____
By      _____
Address  _____
City and State _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY,et al.,
        f/k/a General Motors Corp.,et al.
                                                                          Case No. 09-50026 (REG)


Debtor(s).
-----------------------------------------------------------x

**LOSS-MITIGATION REQUEST – BY A CREDITOR**
I am a creditor (including a holder, servicer or trustee of a mortgage or lien secured by property used by the Debtor as a
principal residence) of the Debtor in this case.  I hereby request loss mitigation with respect to [Identify the property, loan and
creditor(s) for which you are requesting loss mitigation]:
Thomas M Smalley

**SIGNATURE**
I have reviewed the Loss Mitigation Procedures, and I understand that if the Court orders loss mitigation in this case, I will be
bound by the Loss Mitigation Procedures.  I agree to comply with the Loss Mitigation Procedures, and I will participate in
loss mitigation in good faith.  If loss mitigation is ordered, I agree to provide the Court with a written or verbal status report
stating whether or not the parties participated in one or more loss mitigation sessions, whether or not a settlement was
reached, and whether negotiations are ongoing.  I agree that I will not require the Debtor to request or cause dismissal of this
case as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.
Sign:                                                                     Date: 2-14, 2011
Print Name:                           Thomas M Smalley


Telephone Number:      641-781-2843
E-mail address (if any):

**Wes Finch Auto Plaza**
410 West Street South / P.O. Box 537
Grinnell, IA 50112-0537

MAR 20 '01
IA
PB METER
8151786
≈ 0.20
U.S. POSTAGE

Thomas M. Smalley
705 East St.
Lynnville IA 50153

U.S. Postal Service Delivery Confirmation Receipt

Postage and Delivery Confirmation fees must be paid before mailing

Article Sent To: (to be completed by mailer)

Garden City Group
PO Box 9386

DELIVERY CONFIRMATION NUMBER:
7005 1630 0003 9711 4045

LYNNVILLE IA
50153-99▮▮
Postmark
Here
FEB  4  2010
USPS

**POSTAL CUSTOMER:**
▮ep this receipt. For Inquiri
Access internet web site at
www.usps.com •
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

☒ Priority Mail™ Service
☐ First-Class Mail parcel
☐ Package Services parce

(See Reverse)

PS Form 152, May 2002

# ENGINEERRECALL NOTICE

Your Mr. _14000_  Vehicle is in need of correction to assure its continual Safe operation. You have been notified by your automotive dealer of the existing problent but you have **NOT** taken steps to have the correction made. We urge you to call for an appointment As Soon As Possible.

This is extremely important. Call _800-800-3181_ —Service Dept.

Vehicle Identification No. _2C4GB54T4M 180 5673_

If, after contacting the Buick Customer Assistance Center, you are still not satisfied that we have done our best to remedy this condition without charge and within a reasonable time, you may wish to write the Administrator, National Highway Traffic Safety Administration, 400 Seventh Street SW, Washington, DC 20590 or call 1-888-327-4236.

**Customer Reply Card:** The attached customer reply card identifies your vehicle. Presentation of this card to your dealer will assist in making the necessary correction in the shortest possible time. If you no longer own this vehicle, please let us know by completing the attached and mailing it in the postage paid envelope.

We are sorry to cause you this inconvenience; however, we have taken this action in the interest of your safety and continued satisfaction with our products.

        Buick Motor Division
        General Motors Corporation

Enclosure

N H TSA
400  7TH ST.  S.W.
WA              D.C.
         20590

EA 0011



**000612G4WB54T4M1805673**

# GM GOODWRENCH QUICK LUBE PLUS

- Change oil with up to five quarts of GM Goodwrench quality oil
- Install an AC Delco oil filter
- Complete chassis lube
- Check fluid levels
- Inspect belts, air filter, hoses and tire pressure
- Guaranteed in 29 minutes or the next one is FREE
- Valid on most GM vehicles
- Not valid with any other offer
- Bring this mailer with you

**$14.95**

WES FINCH AUTO PLAZA, INC.

Most vehicles, some slightly higher. Price does not include tax, shop supplies, and environmental fees.

**Expiration Date: 12/22/01**

Produced by Huje Recall, Inc. (248) 388-2000

GM Goodwrench Service Plus

*On covered parts and labor. See us for Limited Lifetime Service Guarantee details

# TIRE ROTATION AND BALANCE + FREE BRAKE INSPECTION

- Inspect for irregular tire wear
- Check tire pressure, rotate per manufacturer's specification
- Inspect rims
- Computer balance 4 wheels
- Check brake linings, rotors, drums, hydraulic system & master cylinder

**$19.95**

WES FINCH AUTO PLAZA, INC.

Most vehicles, some slightly higher. Price does not include tax, shop supplies, and environmental fees.

**Expiration Date: 12/22/01**

Produced by Huje Recall, Inc. (248) 388-2000

GM Goodwrench Service Plus

DEALER:
WES FINCH AUTO PLAZA, INC.
410 WEST STREET, SOUTH
GRINNELL IA 50112

BUICK

**RECALL NOTICE**

**Recall campaign service performed at no charge to owner.**

**ATTENTION:** Completion of the recall campaigns listed to the right is required. If these corrections have not been made, contact your dealer/retailer immediately for an appointment. If the corrections have been made, or you no longer own this vehicle for any of the reasons listed on the attached Owner Reply Card, please update the card and drop it into any mailbox.

ACCORDING TO OUR RECORDS AS OF MAY 1, 2001, THE FOLLOWING RECALL CAMPAIGN(S) HAVE NOT BEEN COMPLETED ON YOUR BUICK
VEHICLE IDENTIFICATION NUMBER 2G4WB54T4M1805673

00061 ENG FRT & REAR CRDL BOLT RETNR CORROS

BUICK

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 40 ROYAL OAK, MI

POSTAGE WILL BE PAID BY THE ADDRESSEE

**CAMPAIGN INFORMATION PROCESSING CENTER**
**BOX 8056**
**ROYAL OAK MI 48068-9864**

ACCORDING TO OUR RECORDS AS OF NOVEMBER 1, 2001, THE FOLLOWING RECALL(S) HAVE NOT BEEN COMPLETED ON YOUR BUICK.
VEHICLE IDENTIFICATION NUMBER 2G4WB54T4M1805673
00061    ENG FRT & REAR CRDL BOLT RETAIN CORROS



## BUICK

### RECALL NOTICE
### Recall service performed at no charge to owner.

ATTENTION: Completion of the recall listed to the right is required. If these corrections have not been made, contact your dealer/retailer immediately for an appointment. If the corrections have been made, or you no longer own this vehicle for any of the reasons listed on the attached Owner Reply Card, please update the card and drop it into any mailbox.



## BUICK

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 40   ROYAL OAK, MI

POSTAGE WILL BE PAID BY THE ADDRESSEE

RECALL INFORMATION
PROCESSING CENTER
BOX 8056
ROYAL OAK MI 48068-9864

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



the card and drop it into any mailbox.

listed on the attached Owner Reply Card, please update

you no longer own this vehicle for any of the reasons

an appointment. If the corrections have been made, or

been made, contact your dealer/retailer immediately for

to the right is required. If these corrections have not

ATTENTION: Completion of the recall campaigns listed

**performed at no charge to owner.**

**Recall campaign service**

## RECALL NOTICE

## ⓦ BUICK



ACCORDING TO OUR RECORDS AS OF NOVEMBER 1,
2000, THE FOLLOWING RECALL CAMPAIGN(S)
HAVE NOT BEEN COMPLETED ON YOUR BUICK,
**VEHICLE IDENTIFICATION NUMBER 2G4WB54T4M1805673**



00061   ENG FRT & REAR CRDL BOLT RETNR CORROS

---



ⓦ **BUICK**

| | NO POSTAGE |
| | NECESSARY |
| | IF MAILED |
| | IN THE |
| | UNITED STATES |

## BUSINESS REPLY MAIL

FIRST-CLASS MAIL   PERMIT NO. 40   ROYAL OAK, MI

POSTAGE WILL BE PAID BY THE ADDRESSEE

**CAMPAIGN INFORMATION**
**PROCESSING CENTER**
**BOX 8056**
**ROYAL OAK MI 48068-9864**

[redacted]

DEALER:
WES FINCH AUTO PLAZA, INC.
410 WEST [illegible] STREET, SOUTH
GRINNELL, IA 50112
(641) 236-2100

BUICK

**RECALL NOTICE**

**Recall campaign service performed at no charge to owner.**

**ATTENTION:** Completion of the recall campaigns listed to the right is required. If these corrections have not been made, contact your dealer/retailer immediately for an appointment. If the corrections have been made, or you no longer own this vehicle for any of the reasons listed on the attached Owner Reply Card, please update the card and drop it into any mailbox.

ACCORDING TO OUR RECORDS AS OF FEBRUARY 1, 2001, THE FOLLOWING RECALL CAMPAIGN(S) HAVE NOT BEEN COMPLETED ON YOUR BUICK, VEHICLE IDENTIFICATION NUMBER 2G4WB54T4M1805673

00061 ENG FRT & REAR CRDL BOLT RETNR CORROS

BUICK

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 40 ROYAL OAK, MI

POSTAGE WILL BE PAID BY THE ADDRESSEE

**CAMPAIGN INFORMATION
PROCESSING CENTER
BOX 8056
ROYAL OAK MI 48068-9864**



