**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

## CLAIMANT'S RESPONSE TO DEBTORS'
## NOTICE OF 187TH OMNIBUS OBJECTION TO CLAIMS

COMES NOW Rebecca S. McNutt, Pro Se Claimant under Claim Number 28176 and for her response to Debtors' objection to her claim states as follows:

1.    Claimant McNutt has no direct and immediate access to the funds under the Plan and is subject to the Plan's administration by the Debtor, its successors in interest, or that of the Plan Trustees.

2.    Claimant has no knowledge whether General Motors, LLC (New GM) has assumed sponsorship of Debtors' claim, nor has she received any notice of such sponsorship. Claimant believes the Plan is administered by Fidelity Investments. The only notice Claimant has received explaining the Plan has been from "GM Benefits & Service Center".

WHEREFORE, Claimant respectfully requests entry of an Order denying the Debtors' relief regarding Claim Number 28176. A copy of the claim reference submitted by Debtor is attached hereto as Exhibit A.

*Rebecca S. McNutt*

Rebecca S. McNutt
Pro Se Claimant under POC 28176

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent by U.S. Mail this 22nd day of February, 2011, to:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Harvey R. Miller, Esq.
    Stephen Karotkin, Esq.
    Joseph H. Smolinsky, Esq.

General Motors Corp.
c/o Motors Liquidation Company
401 South Old Woodward Ave., Suite 370
Birmingham, MI 48009
Attn:  Ted Stenger

General Motors LLC
400 Renaissance Center
Detroit, MI 48265
Attn:  Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn:  John J. Rapisardi Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn:  Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn:  Michael J. Edelman, Esq.
    Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn:  Thomas Moers Mayer,Esq.
    Robert Schmidt, Esq.
    Lauren Macksoud, Esq.
    Jennifer Sharret, Esq.

Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, NY 10007
Attn:  David S. Jones, Esq.
    Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn:  Elihu Inselbuch, Esq.
    Rita C. Tobin, Esq.

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn:  Trevor W. Swett III, Esq.
    Kevin C. Maclay, Esq.

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Attn:  Sander L. Esserman, Esq.
    Robert T. Brousseau, Esq.

*Rebecca S. McNutt*

- 2 -

187th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MASHBURN LUCILLE A<br>1258 NW WOODBURY PL<br><br>GRAIN VALLEY, MO 64029 | 28765 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MASHBURN LUCILLE A<br>1258 NW WOODBURY PL<br><br>GRAIN VALLEY, MO 64029 | 65963 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC GUIRE, LAURENCE D<br>21266 REDBUD CT<br><br>WARRENTON, MO 63383 | 7942 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC NUTT, REBECCA S<br>625 LONGHORN DR<br><br>O FALLON, MO 63368 | 28176 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCCARTNEY MADILYN<br>925 S GREGORY RD<br><br>FOWLERVILLE, MI 48836 | 31715 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.