# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CRAIG PERKINS<br>PETER PERLMAN ESQ<br>388 SOUTH BROADWAY<br>LEXINGTON, KY 40508 |
| Claim Number (if known): | 39021 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $1,500,000.00 |

RECEIVED FEB 25 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Jan. 6, 2011

Print Name: Peter Perlman
Title (if applicable): Attorney for Craig Perkins

1