# EXHIBIT C

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 09-50026

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


GENERAL MOTORS CORPORATION, et al.,


       Debtors.


- - - - - - - - - - - - - - - - - - - -x


             United States Bankruptcy Court

             One Bowling Green

             New York, New York


             July 2, 2009

             9:02 AM



B E F O R E:

HON. ROBERT E. GERBER

U.S. BANKRUPTCY JUDGE

220

1       THE COURT:  These are executory contract objections?

2       MR. SMOLINSKY:  Cure objections, sorry.

3       THE COURT: Cure?  Okay.

4       MR. SMOLINSKY:  Thank you.

5       MR. KANZA:  Good afternoon, Your Honor.  Ken Kansa of

6 Sidley Austin on behalf of the TPC lender group.  We have

7 agreed language for the order with the debtors and the

8 purchaser that resolves the TPC lenders' objections.  And so on

9 reliance on that language, we withdraw the objection.

10      THE COURT:  Okay.

11      Anybody else?

12      Going once.  All right, I see no response.

13      MR. SMOLINSKY:  Your Honor, we've been working on a

14 term sheet for a resolution of the Michigan workers'

15 compensation issues.  I think everyone is agreed in principle.

16 We just revised the term sheet over at Kinko's.  And we would

17 just need everyone to sign off, but we think that everyone is

18 in agreement on the terms.

19      MS. PRZEKOP-SHAW:  Good afternoon, Your Honor.  My

20 name is Susan Przekop-Shaw.  I'm an assistant attorney general

21 for the state of Michigan.

22      THE COURT:  Forgive me again.  You're last name,

23 please?

24      MS. PRZEKOP-SHAW:  Przekop-Shaw.

25      THE COURT:  Okay.