# EXHIBIT F
# Bierman Decl.

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549-1004

## FORM 8-K

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported) August 7, 2009

# GENERAL MOTORS COMPANY
(Exact Name of Company as Specified in its Charter)

| 333-160471 | DELAWARE | 27-03832222 |
|---|---|---|
| (Commission File Number) | (State or other jurisdiction of incorporation) | (I.R.S. Employer Identification No.) |

| 300 Renaissance Center, Detroit, Michigan | 48265-3000 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**(313) 556-5000**
(Company's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the company under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17-CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

**Table of Contents**

**GENERAL MOTORS COMPANY AND SUBSIDIARIES**

**ITEM 8.01.    OTHER EVENTS**

General Motors Company, formerly NGMCO, Inc., which was formed by the United States Department of the Treasury (UST) and was the successor to Vehicle Acquisition Holdings LLC, incorporated in 2009 under the laws of the State of Delaware, is sometimes referred to in this Current Report on Form 8-K, for the periods on or subsequent to July 10, 2009, as "we," "our," "us," "ourselves," the "Company," "General Motors," or "GM." Motors Liquidation Company, formerly known as General Motors Corporation, is sometimes referred to in this Current Report on Form 8-K, for the periods on or before July 9, 2009, as "Motors Liquidation" or "MLC".

We are filing this Current Report on Form 8-K to include the following textual, non-financial information:

- Business;
- Risk Factors;
- Properties;
- Security Ownership of Certain Beneficial Owners and Management;
- Directors and Executive Officers;
- Executive Compensation;
- Certain Relationships and Related Transactions, and Director Independence;
- Legal Proceedings;
- Market Price of the Dividends on the Company's Common Equity and Related Stockholder Matters;
- Recent Sales of Unregistered Securities;
- Description of the Company's Securities;
- Indemnification of Directors and Officers;
- Changes in and Disagreements with Accountants on Accounting and Financial Disclosure; and
- Exhibits.

We are a private company and are not subject to the filing requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934. We are a voluntary filer with the Securities and Exchange Commission (SEC). We are filing this textual, non-financial information pursuant to our agreement with the SEC, as described in a no-action letter issued to Motors Liquidation by the SEC on July 9, 2009 regarding our filing requirements and those of Motors Liquidation, which formerly operated the business acquired and currently operated by us.

**Table of Contents**

## GENERAL MOTORS COMPANY AND SUBSIDIARIES

## INDEX

| | Page |
|---|---:|
| Business | 1 |
| Risk Factors | 20 |
| Properties | 32 |
| Security Ownership of Certain Beneficial Owners and Management | 33 |
| Directors and Executive Officers | 34 |
| Executive Compensation | 39 |
| Certain Relationships and Related Transactions, and Director Independence | 72 |
| Legal Proceedings | 73 |
| Market Price of and Dividends on the Company's Common Equity and Related Stockholder Matters | 75 |
| Recent Sales of Unregistered Securities | 76 |
| Description of the Company's Securities | 77 |
| Indemnification of Directors and Officers | 82 |
| Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 82 |
| Exhibits | 83 |

**Table of Contents**

GENERAL MOTORS COMPANY AND SUBSIDIARIES

**Business**

**Launch of General Motors Company**

Prior to July 10, 2009, the business of the Company was operated by Motors Liquidation. On June 1, 2009, Motors Liquidation and three of its domestic direct and indirect subsidiaries filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code (Bankruptcy Code) in the U.S. Bankruptcy Court for the Southern District of New York (Bankruptcy Court). The Company, through certain of its subsidiaries, acquired substantially all of the assets of Motors Liquidation on July 10, 2009 in a sale transaction completed pursuant to Section 363(b) of the Bankruptcy Code (363 Sale) and the Bankruptcy Court's sale order dated July 5, 2009. Pursuant to the 363 Sale, the Company also assumed certain of the liabilities and obligations of Motors Liquidation. Motors Liquidation continues to exist as a distinct legal entity for the sole purpose of liquidating its remaining assets and liabilities.

The formation of General Motors Company comes with a renewed focus on customers, cars and culture. As part of the 363 Sale, we acquired the assets

necessary to produce our four core brands: Chevrolet, Cadillac, Buick, and GMC. These four core brands will have a total of 34 U.S. nameplates by 2010. We believe the focus on four core brands will enable us to allocate more resources to each, resulting in improved products and stronger marketing.

General Motors Company will support a portfolio of award-winning vehicles including:

- Chevrolet Malibu – North American Car of the Year (2008), Car and Driver's 10 Best Cars (2008) and J.D. Power and Associates' segment leader in its 2008 Initial Quality Survey;
- Cadillac CTS – Motor Trend's Car of the Year (2008) and Car and Driver's 10 Best Cars (2008);
- Opel Insignia – European Car of the Year (2009);
- Buick Enclave – Consumers Digest magazine's midsize SUV Best Buy list (2008);
- Buick brand – tied for first place in J.D. Power and Associates' 2009 Vehicle Dependability Study.

We are moving aggressively to develop a full range of energy saving technologies, including advanced internal combustion engines, biofuels, fuel cells, and hybrid vehicles. We are a leader in extended-range electric vehicles, with our first model, the Chevrolet Volt, currently undergoing road testing and scheduled to launch in 2010. We are also in the process of making advanced battery development a core competency. Refer to "Research, Development and Intellectual Property" below.

The Section 363 transaction enabled a substantial dealer consolidation. Our goal is to reduce the number of GM brand dealers in the U.S. from 6,031 at June 30, 2009 to approximately 3,600 by the end of 2010. With approximately 3,600 dealers, we would still have the largest dealer network in the U.S. We believe that a smaller dealer network in the most advantageous locations will allow us to improve the customer experience and to maximize the effectiveness of our advertising and marketing expenditures. Refer to "Relationship with Dealers" below.

In order to streamline our business and speed our decision making processes, we are revising our operational structure, combining the former Europe, Latin America/Africa/Middle East (LAAM) and Asia Pacific segments into one segment, General Motors International Operations (GMIO), and eliminating our former regional president positions and the regional strategy boards. Additionally, two senior leadership forums, the Automotive Strategy Board and the Automotive Product Board, will be replaced by a single, smaller executive committee, which will meet more frequently and focus on business results, products, brands, and customers.

**General**

We and MLC prior to July 10, 2009 are engaged primarily in the worldwide development, production and marketing of cars, trucks and parts. We develop, manufacture and market vehicles worldwide through our two segments: General Motors North America (GMNA) and GMIO. In this Report, the business enterprise formerly operated by MLC and subsequently acquired by us is referred to as "the Business."

1

**Table of Contents**

GENERAL MOTORS COMPANY AND SUBSIDIARIES

Total worldwide car and truck vehicle sales for MLC were 3.6 million in the six months ended June 30, 2009 and 8.4 million and 9.4 million in the years ended December 31, 2008 and 2007. Substantially all of the cars, trucks and parts are marketed through retail dealers in North America, and through distributors and dealers outside of North America, the substantial majority of which are independently owned. GMNA primarily meets the demands of customers in North America with vehicles developed, manufactured and/or marketed under the following core brands:

- Buick
- Cadillac
- Chevrolet
- GMC

GMIO primarily meets the demands of customers with vehicles developed, manufactured and/or marketed under the following brands:

- Buick
- Daewoo
- HUMMER
- Saab
- Cadillac
- GMC
- Isuzu
- Vauxhall
- Chevrolet
- Holden
- Opel

At June 30, 2009, MLC had equity ownership stakes directly or indirectly through various regional subsidiaries, including GM Daewoo, Shanghai GM, SAIC-GM-Wuling Automobile Co., Ltd. (SGMW) and CAMI Automotive Inc. These companies design, manufacture and market vehicles under the following brands:

- Buick
- Chevrolet
- GMC
- Wuling
- Cadillac
- Daewoo
- Holden

In addition to the products we sell to our dealers for consumer retail sales, we also sell cars and trucks to fleet customers, including daily rental car companies, commercial fleet customers, leasing companies and governments. Sales to fleet customers are completed through our network of dealers and in some cases directly by us. Our retail and fleet customers can obtain a wide range of aftersale vehicle services and products through our dealer network, such as maintenance, light repairs, collision repairs, vehicle accessories and extended service warranties.