# EXHIBIT I

# Bierman Decl.

**This is a print preview of this page**

This box will not appear when you print. **Return to the existing page.**

# Federal, State, and Local Governments Partner to Expand Green Manufacturing in Maryland, Create Jobs

## O'Malley, Mikulski, Cardin, Ruppersberger, Smith gather to unveil next generation motors to be produced at GM Powertrain Baltimore

**WHITE MARSH, MD (January 26, 2010)** –Governor Martin O'Malley, Senators Barbara A. Mikulski and Benjamin Cardin, Congressman C.A. Dutch Ruppersberger, and Baltimore County Executive Jim Smith today joined Thomas G. Stephens, GM Vice Chairman of Global Product Operations, to announce that GM will produce next generation two mode rear wheel drive motors and related electric drive components at GM Powertrain Baltimore in White Marsh. The company will construct a high-volume electric drive manufacturing facility at the Baltimore County Transmission plant, creating approximately 200 jobs and retaining hundreds more already at the plant.

"Maryland is proud to be home for this new innovation driven by GM for the next generation of green technology.  The technology being unveiled today will help drivers drive further on less fuel, and provide green jobs for Marylanders to support their families," said Governor O'Malley. "Maryland is home to one of the nation's most talented and skilled workforces, and GM's decision to house the manufacturing of their new technology in our State is validation of their commitment to fuel innovation, create jobs, and drive economic progress here in Maryland."

"Today's announcement is great news for GM's Baltimore Transmission Plant, great news for jobs, and great news for Maryland's economy.  Just last year, people wanted to write-off the American auto industry. But I and my Team Maryland colleagues knew differently," Senator Mikulski said. "Building the fuel efficient engines of the future, GM's Baltimore Transmission Plant is going to lead the way to a better way, showing America can compete, America can innovate, and the American auto industry can lead again."

"I applaud GM's decision to partner with Maryland in using the technology of the future to build

cleaner, more efficient cars that will lead to in new jobs for Marylanders," said Senator Cardin, a member of the Environment and Public Works Committee. "This exciting projects brings together recovery funding, state financing and GM's commitment to build automobiles of the future that will help restore our economy and the auto industry"

The new manufacturing facility will have the capacity to produce 40,000 Global Rear Wheel Drive (GRE) motors. The GRE motors, which will be placed in both automobiles and trucks, contain two electric motors and three planetary gear sets that transform power from a motor vehicle's gasoline engine and battery into usable power to propel the vehicle and provide the fuel savings of an electric drive.

"I worked hard to attract General Motors to the White Marsh facility during my tenure as Baltimore County Executive and it has been very rewarding to watch the GM Baltimore Transmission Plant evolve and grow with technology," Congressman Ruppersberger said. "Over the years, GM has continued to invest in Maryland's high-caliber workforce, providing a stable source of manufacturing jobs for our hard-working families. This expansion is just the latest investment, to the tune of $129 million, creating and retaining yet hundreds more jobs while providing industry-leading fuel efficiency innovation."

"With this significant investment in green technology at GM's Baltimore transmission plant, manufacturing jobs are not only staying here, they're coming back from Mexico to White Marsh," stated Baltimore County Executive Jim Smith.

GM is investing $129 million in the Baltimore Transmission Plant to build electric motors and related electric drive components. The company was selected by the U.S. Department of Energy for a $105 million grant for electric drive systems manufacturing. In addition, the State of Maryland is providing a $3 million grant through the Maryland Economic Development Assistance Fund (MEDAF) and a $1.5 million grant from the Maryland Department of Labor, Licensing & Regulation Workforce Training Fund. Baltimore County is providing a $6 million conditional grant from the Baltimore County Business Growth Fund and a $150,000 Baltimore County Economic Development Training grant.

Opened in December 2000, GM Powertrain Baltimore was selected to manufacture GM's two-mode hybrid transmission in 2006. The plant is still GM's exclusive manufacturer of the two-mode hybrid drivetrain. GM currently employs more than 200 salaried and hourly workers in the eco-friendly White Marsh facility.