# EXHIBIT K

# Bierman Decl.





**MSRP(1) Starting at**

View Current Offers

Price after tax savings. Net price shown includes the full $7,500 tax credit.
$40,280 MSRP (4) with federal tax savings from $0 up to $7500.

- Request a Quote
- Get a Trade-in Appraisal
- Request Information
- Calculate Monthly Payment

BUILD YOUR OWN

- EXTERIOR
- INTERIOR
- PERFORMANCE
- TECHNOLOGY
- SAFETY
- SPECIAL OFFERS

It's just one of the many good things Motor Trend magazine had to say about the all-new Chevrolet Volt as it named the car the "2011 Motor Trend Car of the Year®." The annual award is one of the most prestigious honors bestowed in the auto industry and further proof that it's a new day for Chevrolet, not to mention the entire auto industry. Powered by electricity without being tethered to electrical outlets, the Volt does everything a great car does and, according to Motor Trend, better than any other. It's further proof that today, tomorrow and on into the future, Chevy Runs Deep.

Download Owner's Manual Download Warranty

Get plugged in.
Say hello to the Volt, Chevrolet's new electric vehicle that can use gas (but only if you need to). The Volt will take you wherever you need to go whether it's to the

corner store or a long-distance road trip. Check out the video to get an overview of the Volt from the minds behind its creation.



Like   4K people   LL VIDEOS

Back to top



### Thoughtful efficiency

By its very nature, the all-new Volt is engineered to change the face of transportation as we know it. Nearly every component of the Volt has been selected to get the most out of every charge, including:

- Aerodynamics that maximize the distance per charge and miles per gallon of fuel
- A closed grille and aerodynamic back edges contribute to its fuel efficiency(9)
- Energy-efficient Bose® Sound System
- Goodyear Assurance Fuel Max tires



Like   4K people   E GALLERY



### The dashboard re-imagined
Volt has two LCD screens that display speed, battery power, range to recharge or re-fill as well as an efficiency gauge that gives you real-time feedback. On the center console you'll find a seven-inch diagonal high-resolution screen with touch-sensitive control that helps you get the most out of your Volt.



DISPLAY TECHNOLOGY & CONVENIENCES

Like   4K people   FEATURES

Back to top



### More power from a superior battery
The Volt battery has gone through numerous environment-specific tests, including corrosion and hot- and cold-weather testing and the results were so promising that the 16-kWh lithium-ion battery pack is backed by an 100,000 mile/8-year warranty(3).
Here are a few more notes on the battery:

- Just plug it in to charge the battery, and most people can commute gas-free and tailpipe emissions-free for about $1.50 of electricity per day.
- A small, quiet on-board gas generator creates electricity that powers your Volt as you drive for hundreds of miles on battery and gas power.
- Lithium-ion cells outperform nickel metal hydride cells (found in today's hybrids) in terms of life cycle
- A liquid thermal cooling and heating system keeps the battery at a comfortable temperature as it's being charged and discharged

### Here are a few more advantages
- Can be set to charge during off-peak hours for greater savings
- Your Volt will be fully charged in about 10 hours, depending on climate, with standard 120-volt line, or as little as 4 hours using a dedicated 240-volt line

### Innovation everywhere
Volt offers the performance and forward-thinking you've come to expect from Chevrolet. Take a look:

- Instant, smooth and seamless torque right at the wheels
- Regenerative braking captures the energy from forward motion that would otherwise be lost when the car slows or stops and then converts it into electricity, helping to make the Volt even more efficient to drive
- When running on electricity, the Volt can reach a top speed of 100 mph in near silence. Free of the typical noise of the internal combustion engine, the Volt offers a quieter, more relaxing ride at any speed


HOW THE VOLT WORKS


DESIGN & PERFORMANCE

Like   4K people   FEATURES

Back to top



#### Making the future safer
Volt drivers and passengers will be wrapped in a cocoon of standard safety. With eight air bags(7) ready to deploy in an emergency, it's obvious safety is of the highest priority. Joining this built-in safety is an unprecedented five-year subscription to OnStar's®(12) Directions and Connections® Plan including Automatic Crash Response. In the event of a collision, built-in sensors can automatically alert an OnStar Advisor, who is immediately connected into your vehicle to see if you need help sent to your exact location — even if you can't respond.



FEATURES

Back to top



#### Pick your mode
The Volt has been programmed with three unique driving modes to accommodate different driving styles. Normal mode is the most efficient setting that takes the electricity and focuses it on operating the electric drive. Sport mode sacrifices a small amount of efficiency for more responsive acceleration, and Mountain mode makes sure the battery has a bigger energy reserve for driving up long, steep inclines.



#### Volt Mobile App
Anywhere you get a signal on your smartphone, you can have total control of your Volt. Tap away and, with the OnStar mobile app(12), you'll be able to check the battery charge level, available range, tire pressure, remote lock and unlock and even activate the remote start to heat or cool the interior to your preferred temperature. Navigate the interactive screens of the app, and you can change how and when you want your Volt to charge. You can even set up Alerts via text or email to remind you to plug in your Volt, when charging is complete or if charging has been interrupted. The app also provides a single button to access a Volt Customer Advisor who can answer vehicle specific questions.

#### Electricity - a more sensible primary fuel
Put simply, electricity is a cleaner source of power. And as technology improves in the generation of electricity, we will continue to see reduced carbon outputs. Advancements in electricity production along with reduction in emissions from electric-powered driving could help make our world a cleaner place.





Back to top

### There's nothing like changing everything

The year of the Volt continues. Green Car Journal has just named the all-new Chevrolet Volt its 2011 Green Car of the Year, the first electric car to ever win the award. The premier magazine on high fuel efficiency and alternative fuel vehicles says, "This has been a long time coming," noting that early electric cars showed promise, but lacked practicality. The Volt runs on electricity for an initial range of 35 miles on a single charge, before a gas generator seamlessly creates electricity for up to 340 additional miles on a full tank of gas.* Practical indeed.

*EPA estimates. Actual range varies with conditions



### MSRP(1) Starting at $32,780
Price after tax savings. Net price shown includes the full $7,500 tax credit.
$40,280 MSRP (4) with federal tax savings from $0 up to $7500.



- Request a Quote
- Get a Trade-in Appraisal
- View Current Offers
- Calculate Monthly Payment

**BULID YOUR OWN**



⬇ Download Owner's Manual        ⬇ Download Warranty









Help Center   Contact Us   Get Email Updates   Download a Brochure   Sitemap   GM Sites   Chevrolet Worldwide   RSS
©2010 General Motors   Copyright & Trademark Info   Privacy Statement   Important Information   User Guidelines

Cars   Trucks   SUVs/Crossovers   Vans

1  The Manufacturer's Suggested Retail Price excludes destination freight charge, tax, title, license, dealer fees and optional equipment. Click here to see all
   Chevrolet vehicles' destination freight charges.

View Additional Disclosures