# EXHIBIT L

# Bierman Decl.

Locate a Vehicle | Find a Dealer | Request a Quote |

| CARS | CROSSOVERS / SUVS | TRUCKS / VANS | PRICING & OFFERS | CHEVY RUNS DEEP | OWNERS |

Super Bowl    Stories & Events    Community    Fuel Solutions    Safety    History & Heritage



← Back To All Stories                                                Share this story 



The Chevrolet Volt has been named the 2011 North American Car of the Year after making its debut on the international automotive scene as a concept car.

"It's a great honor to be recognized," said GM CEO Dan Akerson. "Since development began, we believed the Volt had the potential to transform the automotive industry. Today, the Volt is the first electric vehicle to win the prestigious North American Car of the Year award, and the first vehicle ever to receive the industry's highest automotive, technology, and environmental recognitions.",/p>

This esteemed award is selected by a group of automotive journalists from a broad selection of American and Canadian magazine, radio, television, newspaper and digital channels. In order to be eligible for the award a vehicle must be a new or "substantially" changed vehicle. Entries are judged on a variety of metrics including innovation, design, safety and driver satisfaction.

The Volt travels up to 35 miles gas- and emissions-free on a full charge before a gasoline-powered generator engages providing an extended range up to 375 miles (1). And with its impressive ability to drive gas free without neglecting the opportunity for spontaneity the Volt has captivated consumers across America.

The car was first delivered in December, and demand has since grown enough to raise anticipated U.S. production.

The 2011 Chevrolet Volt is available to order in participating dealers in CA, TX, MI, NY, NJ, CT and Washington D.C. Quantities are limited.

(1) EPA estimates. Actual ranges vary with conditions.



| Help Center | Contact Us | Get Email Updates | Download a Brochure | Sitemap | GM Sites | Chevrolet Worldwide | RSS |

©2010 General Motors   |   Copyright & Trademark Info   |   Privacy Statement   |   Important Information   |   User Guidelines

Cars    Trucks    SUVs/Crossovers    Vans

1   The Manufacturer's Suggested Retail Price excludes **destination freight charge**, tax, title, license, dealer fees and optional equipment. **Click here to see all Chevrolet vehicles' destination freight charges.**

View Additional Disclosures