# EXHIBIT N

# Bierman Decl.

Text -A  A  +A   Google Translate      RSS Feeds

**REPORT FRAUD, WASTE & ABUSE**

Connect With Us

Recovery.gov is the U.S. government's official website that provides easy access to data related to Recovery Act spending and allows for the reporting of potential fraud, waste, and abuse.

All of Recovery.gov      Search      Go

**Looking For ?**    HOME    ABOUT    ACCOUNTABILITY    WHERE IS THE MONEY GOING?    OPPORTUNITIES    NEWS    FAQS & RESOURCES    CONTACT US    SITE INDEX

Home > Where is The Money Going? > Recipient Reported Data > Recipient Project Summary

- Map Gallery
- Comparison Maps
- Recipient Reported Data
  - Awards Map
  - Quarterly Summary
  - State/Territory Summaries
  - Jobs Summary
  - State/Territory Totals by Award Type
  - State/Territory Totals by Agency
  - Late Reporters
  - Changed Reports
- Agency Reported Data
- Images of Recovery
- Recipient Project Summary

## GRANTS - AWARD SUMMARY

**GENERAL MOTORS LLC**

construction and validation of the first U.S. manufacturing capability for electric motor components, which was planned for outside the U.S. based on standalone project financials. Bringing the motor manufacturing to the U.S. and co-locating with the GRE manufacturing will establish a Center of Electric Drive Manufacturing in the Baltimore area. GM will have the capacity to produce 40,000 Global Rear-Wheel Drive Electric (GRE) drive units, creating core manufacturing capabilities.
Clarification Of Codes

**Choose a quarter and click "Go."**
October 1 - December 31, 2010    Go

Feedback — Provide feedback or comments on the performance and progress of awards. >> Submit Feedback/Comments

See Where the Money Is Going >> Go to the Recipient Reported Data Map

### AWARD OVERVIEW

| | | | |
|---|---|---|---|
| Award Number | DE-EE0002629 | Funding Agency | Department of Energy |
| Total Award Amount | $105,000,000 | Project Location - City | Pontiac |
| Award Date | 04/12/2010 | Project Location - State | MI |
| Project Status | Less Than 50% Completed | Project Location - Zip | 483402920 |
| Jobs Reported | 25.30 | Congressional District | 09 |
| Project Location - Country | US | | |

### RECIPIENT INFORMATION (GRANTS)

| | |
|---|---|
| Recipient Name | GENERAL MOTORS LLC |
| Recipient DUNS Number | 076336064 |
| Recipient Address | 895 JOSLYN AVE |
| Recipient City | PONTIAC |
| Recipient State | Michigan |
| Recipient Zip | 483402920 |
| Recipient Congressional District | 09 |
| Recipient Country | USA |
| Required to Report Top 5 Highly Compensated Officials | No |

### PROJECTS AND JOBS INFORMATION

| | |
|---|---|
| Project Title | US Electric Drive Manufacturing Center |
| Project Status | Less Than 50% Completed |
| Final Project Report Submitted | No |
| Project Activities Description | Automobile Manufacturing |
| Quarterly Activities/Project Description | See above Award Description. Required quarterly technical report in progress. |
| Jobs Created | 25.30 |
| Description of Jobs | |

Created        Engineers/Technicians

## PURCHASER INFORMATION (GRANTS)

| | |
|---|---|
| Contracting Office ID | Not Reported |
| Contracting Office Name | Not Available |
| Contracting Office Region | Not Available |
| TAS Major Program | 89-0331 |

## AWARD INFORMATION

| | |
|---|---|
| Award Date | 04/12/2010 |
| Award Number | DE-EE0002629 |
| Order Number | |
| Award Type | Grants |
| Funding Agency ID | 89 |
| Funding Agency Name | Department of Energy |
| Funding Office Name | Not Available |
| Awarding Agency ID | 89 |
| Awarding Agency Name | Department of Energy |
| Amount of Award | $105,000,000 |
| Funds Invoiced/Received | $6,041,570 |
| Expenditure Amount | $6,041,570 |
| Infrastructure Expenditure Amount | $0 |
| Infrastructure Purpose and Rationale | Not applicable |
| Infrastructure Point of Contact Name | Lillian Dodge |
| Infrastructure Point of Contact Email | lillian.dodge@gm.com |
| Infrastructure Point of Contact Phone | 2488570545 |
| Infrastructure Point of Contact Address | 895 Joslyn Avenue |
| Infrastructure Point of Contact City | Pontiac |
| Infrastructure Point of Contact State | MI |
| Infrastructure Point of Contact Zip | 483402920 |

## PRODUCT OR SERVICE INFORMATION (GRANTS)

| | |
|---|---|
| Primary Activity Code | 336111 |
| Activity Description | Automobile Manufacturing |

## SUB-AWARDS INFORMATION

| | |
|---|---|
| Sub-awards to Organizations | 0 |
| Sub-award Amounts to Organizations | $0 |
| Sub-Awards to Individuals | 0 |
| Sub-Award Amounts to Individuals | $0 |
| Number of Sub-awards less than $25,000/award | 0 |
| Amount of Sub-awards less than $25,000/award | $0 |
| Number of payments to vendors greater than $25,000 | 3 |
| Total Amount of payments to vendors greater than $25,000/award | $555,538 |
| Number of payments to vendors less than $25,000/award | 131 |
| Total Amount of payments to vendors less than $25,000/award | $421,315 |

## VENDOR TRANSACTIONS

D&V ELECTRONIC LTD - Award Number DE-EE0002629 - D&V ELECTRONIC LTD

| | |
|---|---|
| Award Number | DE-EE0002629 |
| Sub-Award Number | N/A |
| Vendor DUNS Number | 255008328 |
| Vendor HQ Zip Code + 4 | |
| Vendor Name | D&V ELECTRONIC LTD |
| Product and Service Description | cooling unit |
| Payment Amount | $138,420 |

Orchid Monroe LLC - Award Number DE-EE0002629 - Orchid Monroe LLC

| | |
|---|---|
| Award Number | DE-EE0002629 |
| Sub-Award Number | N/A |
| Vendor DUNS Number | 145075516 |
| Vendor HQ Zip Code + 4 | 535662739 |
| Vendor Name | Orchid Monroe LLC |
| Product and Service Description | stator lamination |
| Payment Amount | $378,962 |

Spartan Automation, Inc. - Award Number DE-EE0002629 - Spartan Automation, Inc.

| | |
|---|---|
| Award Number | DE-EE0002629 |
| Sub-Award Number | N/A |
| Vendor DUNS Number | 623574469 |
| Vendor HQ Zip Code + 4 | 483153949 |
| Vendor Name | Spartan Automation, Inc. |
| Product and Service Description | wire machines |
| Payment Amount | $38,156 |

**PROJECT LOCATION DETAIL**

| | |
|---|---|
| Latitude, Longitude | 42º 39' 43", -83º 16' 48" |
| Congressional District | 09 |
| Address 1 | 895 Joslyn Avenue |
| Address 2 | Mail Code 483-710-210 |
| City | Pontiac |
| County | Oakland |
| State | MI |
| Zip | 483402920 |

Required Plug-ins                                                                                 SHARE/PRINT

Accessibility    Contact Information    Copyright Information    FOIA    Posting Guidelines    Privacy Policy    Site Index