UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                         ) ss
COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.      On February 25, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties), by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc., master service list and notice of appearance parties whose e-mail address failed, and affected parties), by facsimile on the parties identified on Exhibit C annexed hereto (Office of the United States Trustee and notice of appearance parties whose e-mail address failed), and by overnight delivery on the parties identified on Exhibit D annexed hereto (affected parties):

- Debtors' Omnibus Reply to Objections Received in Connection with Motion of the Debtors for Entry of an Order Estimating Maximum Amount of Certain Claims for Purposes of Establishing Claims Reserves under the Debtors' Amended Joint Chapter 11 Plan [Docket No. 9463].

Dated: February 28, 2011                        /s/ Alison Moodie_____
       New Hyde Park, New York               Alison Moodie

Sworn to before me this 28th day of February, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

3M COMPANY
ATT: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144-1000
email: arbrown@mmm.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
email: david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: NATALIE E. LEVINE
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: nlevine@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: dladdin@agg.com; frank.white@agg.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
email: hwangr@michigan.gov

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
email: leslie.levy@nebraska.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISTANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
email: rbernard@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114-3485
email: wgibson@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: dworkman@bakerlaw.com

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
ATTN: MAX A. MOSELEY
ATTY FOR SERRA CHEVROLET, INC AND KEYSTONE AUTOMOTIVE, INC
420 20TH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203
email: mmoseley@bakerdonelson.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
email: rcpottinger@bslbv.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: jonathan.alter@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: anna.boelitz@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: mrichards@blankrome.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
email: cdarke@bodmanllp.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
email: borgeslawfirm@aol.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
email: renee.dailey@bgllp.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
email: schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: J. KIM & G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: JKim@burkelaw.com ; Gring@Burkelaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161-0039
email: Peter.Lee@bnsf.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084
email: paige@bsplaw.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel; fishere@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com, zachary.smith@cwt.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com; rct@capdale.com;

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mweinczok@casselsbrock.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009
email: ccahill@clarkhill.com

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110
email: goldberg@cwg11.com

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDON, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
email: sjohnston@cov.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945
email: rmeth@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
email: hryder@daypitney.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036
email: adoshi@daypitney.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-0950
email: rmeth@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
email: dtrafelet@sbcglobal.net

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
email: juliet.sarkessian@dechert.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184
email: jkots@state.pa.us

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: MICHAEL C. HAMMER, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: mchammer3@dickinsonwright.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
email: stephanie.wickouski@dbr.com, Kristin.Going@dbr.com,

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
P.O.BOX 2327
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: mkogan@ecjlaw.com

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
email: ppascuzzi@ffwplaw.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
email: fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: STEVEN H. HILFINGER, JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com; jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: STEVEN H. HILFINGER, FRANK W. DICASTRI, JOHN A. SIMON
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com; fdicastri@foley.com; jsimon@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: STEVEN H. HILFINGER
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: shilfinger@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
email: vavilaplana@foley.com; mriopelle@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
email: ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN
ATTY FOR CLARCOR, INC.
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN 37219
email: bguy@fbtlaw.com ; mkroplin@fbtlaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
ATTY FOR SERRA CHEVROLET, INC. & KEYSTON AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
email: jeff@galese-ingram.com

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265
email: lawrence.s.buonomo@gm.com

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022
email: prachmuth@gerstensavage.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
ATTY FOR BALINTULO PLAINTIFFS
11 BROADWAY, SUITE 615
NEW YORK, NY 10004
email: solson@hausfeldllp.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007
email: judith.elkin@haynesboone.com

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020-1007
email: matthew.russell@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC 29211-1889
email: bshort@hsblawfirm.com

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com; prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
email: amy.chipperson@hp.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON, MA 02109
email: tcurran@haslaw.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN ROBERT B WEISS ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: rweiss@honigman.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: tomschank@hunterschank.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
email: jlsaffer@jlsaffer.com

JACKSON WALKER L.L.P.
ATTN HEATHER M. FORREST, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: hforrest@jw.com

JACKSON WALKER L.L.P.
ATTN JEFFREY G. HAMILTON, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: jhamilton@jw.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: jeff.rich@klgates.com; eric.moser@klgates.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK, NY 10022-3598
email: rsmolev@kayescholer.com;

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: pwh@krwlaw.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com; jmacyda@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN MACKSOUD, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
lmacksoud@kramerlevin.com, jsharret@kramerlevin.com, jfriedman@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
email: dmb@kompc.com; psm@kompc.com; mws@kompc.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
email: sheehan@txschoollaw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET, SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com

LECLAIRRYAN P.C.
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
email: shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281-2199
email: kwalsh@lockelord.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
email: dhartheimer@mazzeosong.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: kab@mccarthylebit.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN MICHAEL REED ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: mreed@mvbalaw.com, sveselka@mvbalaw.com, gbragg@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
email: cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: jmayes@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: gardinerk@michigan.gov

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
email: msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
email: robbins@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTYS FOR JPMORGAN CHASE BANK
ATTN:  ANDREW D. GOTTFRIED & ANNIE C. WELLS
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY 10022
email: bankruptcy@morrisoncohen.com

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
ATTY FOR THE TIMKEN COMPANY & THE TIMKEN CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: jsullivan@mosessinger.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE
SUITE 370
BIRMINGHAM, MI 48009
email: tmorrow@alixpartners.com

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
email: CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
email: Info@AndrewCuomo.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
email: Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RFRANKEL@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON & ROBERT F. LAWRENCE
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
email: rwyron@orrick.com ; rlawrence@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: email@orumroth.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; rzubaty@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: maricco.michael@pbgc.gov

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
ATTY FOR SATTERLEE, ROSE AND SPRINGFIELD TOWNSHIP GROUPS
100 RENAISSANCE CENTER, STE. 3600
DETROIT, MI 48243
email: kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: LAURA LINN NOGGLE
ATTY FOR SKF USA INC
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK, NY 10018-1405
email: nogglel@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
email: toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & LAURA LINN NOGGLE
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243-1157
email: kayesd@pepperlaw.com; nogglel@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PHILIP MORRIS USA
2335 BELLS RD
RICHMOND, VA 23234-2274
email: joy.e.tanner@altria.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY 10036-8299
email: srutsky@proskauer.com; aberkowitz@proskauer.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191
email: Lee_Cooper@raytheon.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS, TX 75201
email: rpatel@pronskepatel.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
ATTY FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: psibley@pryorcashman.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT 06510
email: cfelicetta@reidandriege.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
email: rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
email: richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: JHong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: jhong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: NBinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: nbinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: mfriedman@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
email: akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
email: rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
email: judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
875 3RD AVE FL 9
NEW YORK, NY 10022-0123
email: rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, NY 94105
email: kstrickland@rmkb.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005-1101
email: bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
email: achaykin@shinnfuamerica.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: nlagemann@sidley.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
email: avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC., DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: DMACK@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032
email: nboehler@cbmlaw.com

SPECTRUM GROUP MANAGEMENT LLC
C/O DAVID D.R. BULLOCK
1250 BROADWAY, SUITE 810
NEW YORK, NY 10001
email: dbullock@spectrumgp.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com, newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com ;
jgroves@sandw.com ; cbodell@sandw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037-0222
email: dselwocki@swappc.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: marvin.clements@ag.tn.gov

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
ATTY FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
email: djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: BARBARA KEANE
105 MAXESS ROAD
MELVILLE, NY 11747
email: barbara_keane@gardencitygroup.com

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
email: rbrownlee@thompsoncoburn.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY 10017
email: abauer@torys.com; tmartin@torys.com

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
email: JOSEPH.SAMARIAS@DO.TREAS.GOV

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov, natalie.kuehler@usdoj.gov

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182-2707
email: lakatz@venable.com

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103-0040
email: roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
email: crusemg@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
email: zacharym@atg.wa.gov

WEBSTER SZYANYI LLP
ATTN KEVIN T. O'BRIEND
ATTY FOR MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: ko'brien@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WHITE AND WILLIAMS LLP
ATTY FOR CISCO SYSTEMS, INC.
ATTN: STEVEN OSTROW, ESQ.
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY 10119
email: ostrows@whiteandwilliams.com

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: dockterman@wildman.com, young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
ATTY FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: laccarrino@wilentz.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & CAREY D. SCHREIBER
35 WEST WACKER DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com;

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY 10166
email: sschwartz@winston.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ACD HOLDINGS LLC
ATTN JOHN B T CAMBELL
C/O ROBERT A BALL ESQ
225 BROADWAY STE 2220
SAN DIEGO, CA 92101-5089

ACD HOLDINGS LLC
C/O ROBERT A BALL, ESQ
ATTN JOHN B CAMBELL
225 BROADWAY STE 2220
SAN DIEGO, CA 92101-5089

ACD HOLDINGS LLC
C/O ROBERT A BALL, ESQ
ATTN JOHN BT CAMBELL
225 BROADWAY STE 2220
SAN DIEGO, CA 92101-5089

ACD HOLDINGS LLC
C/O ROBERT A BALL, ESQ
ATTN JOHN BT CAMBELL
225 BROADWAY STE 2220
SAN DIEGO, CA 92101-5089

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ALEKSANDER & WALDEMAR MALINOWSKI, MDS
SECHSHAUSERSTRASSE 88-82/2/12
1150 WIEN (VIENNA) AUSTRIA

ALEKSANDER AND WALDEMAR MALINOWSKI
SECHSHAUSERSTRASSE 88-92/2/12
1150 WIEN VIENNA  AUSTRIA

ALFRED CLARK
306 W GREEN VALLEY DR
HORSESHOE BEND, AR 72512-2708

ALFRED DEBUHR
8211 DUNHAM RD
DOWNERS GROVE, IL 60516-4709

ANDREW J FORD
5347 BRISTOL PARKE DR
CLARKSTON, MI 48348

ANDREWS, MARJORIE C
5920 HERSHINGER CLOSE
DULUTH, GA 30097-6419

ANGELA BROWN
C/O GREGORY P CAFOUROS KROGER GARDIS & REGAS LLP
111 MONUMENT CIRCLE  STE 900
INDIANAPOLIS, IN 46204-5125

ANGELOS MICHOS, VASILIKI PAPADOPOULOU,
IRANNIS MICHOS, GEORGIOS MICHOS
218 EFYINOU PONPOU ST, NEA
SMIRNI, 17123, GREECE

ANITA M KEDAS
ALEX R KEDAS
310 N J ST
TILTON, IL 61833-7449

ANTHONY GOMEZ
CINDY OR ANTHONY GOMEZ
101 N DOWLING RD STE A
COLLEGE STATION, TX 77845

APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1
C/O APPALOOSA MANAGEMENT LP
51 JOHN F KENNEDY PARKWAY
ATTN KENNETH MAIMAN
SHORT HILLS, NJ 07078

APPALOOSA INVESTMENT LIMITED PARTNERSHIP 1
GREENBERG TRAURIG LLP
ATTN  BRUCE R ZIRINSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

APPALOOSA INVESTMENT LIMITED PARTNERSHIP I
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PARKWAY
SHORT HILLS, NJ 07078

APRIL PERRY
C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204-5125

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARNO BUTZ
ADOLFSTR 9
42655 SOLINGEN GERMANY

ARTHUR M FITZPATRICK
4246 HIGHLAND DRIVE
CARLSBAD, CA 92008

ASHLAND INC
C/O DAVID L RIESER
77 WEST WACKER DRIVE
SUITE 4100
CHICAGO, IL 60601

ASSET ENGINEERING CORPORATION ASSIGNEE OF VANNATTER GROU
8 STEELCASE ROAD WEST
MARKHAM, CANADA

ATEL LEASING CORPORATION, AS AGENT
ATTN V MORAIS OR R WILDER
600 CALIFORNIA STREET, 6TH FLOOR
SAN FRANCISCO, CA 94108-2733

AUDENAERT HENDRIK
CORTEWALLEDREEF 57/2
B 9120 BEVEREN WAAS BELGIUM

AURELIUS INVESTMENT LLC
535 MADISON AVENUE 22ND FLOOR
ATTN DAN GROPPER
NEW YORK, NY 10022

AURELIUS INVESTMENT LLC
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

AWERBUCH MD PLLC
5889 BAY RD STE 104
SAGINAW, MI 48604-2539

BAKER & MCKENZIE
BAKER & MCKENZIE LLP
ATTN IRA A REID ESQ
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

BALDWIN STANLEY E
18576 PURLINGBROOK ST
LIVONIA, MI 48152-3308

BANCA ADIGE PO CREDITO COOPERATIVO LUSIA
SOCIETA COOPERATIVA VIALE EUROPA 95
ATTN OLIVO PERZOLLA
45020 LUSIA RO ITALIA

BANCA CASSA DI RISPARMTO DI SAVIGLIANO S P A
ATTN SILVIA DARO
PIAZZA DEL POPOLO 15
12038 SAVIGLIANO CN ITALIA

BANCA CREMONESE CREDITO COOPERATIVO SOCIETA COOPERATIVA
ATTN LAURA FRANZOSI/CLAUDIA GHIRALDI
VIA PREJER 10
26020 CASALMORANO (CR)  ITALIA

BANCA DE CREDITO COOPERATIVO DELLE PREALPI SOCIETA COOPER
VIA ROMA 87
ATTN STEFANO MORINI
31020 TARZO (TV) ITALY

BANCA DI CARNIA E GEMONESE CREDITO COOPERATIVO
SOCIETA COOPERATIVA  ATTN PAOLO PERESSINI / ALBERTO BROLLO
VIA CARNIA LIBERA 1944 25
33028 TOLMEZZO UD ITALIA

BANCA DI CREDITO COOPERATIVO ABRUZZESE
CAPPELLE SUL TAVO SOCIETA COOPERTIVA
VIA UMBERTO I N78/80 65010 CAPPELLE SUL TABO PE
ATTN MASSIMO FERRATI
65010 CAPPELLE SUL TABO PE ITALIA

BANCA DI CREDITO COOPERATIVO DE BARLASSINA (MILANO) SOCIETA
ATTN GRAZIA PONTIGGIA/ROBERTO MORELLI
VIA C COLUMBO 1/3
20030 BARLASSINA (MI) ITALIA

BANCA DI CREDITO COOPERATIVO DEL CARSO-ZADRUZNA KRASKA BA
SOCIETA COOPERATIVA
ATTN: RADIVOJ RACMAN
VIA DEL RICREATORIO 2
34151 TRIESTE (TS) ITALIA

BANCA DI CREDITO COOPERATIVO DI CALCIO E DI COVO -
SOCIETA COOPERATIVA
VIA PAPA GIOVANNI XXIII N 51
ATTN GIOVANNA PREVITALI
24054 CALCIO ITALY

BANCA DI CREDITO COOPERATIVO DI CARATE BRIANZA SOCIETA COO
ATTN MICHELE BRENNA
VIA CUSANI 6
20048 CARATA BRIANZA (MI) ITALIA

BANCA DI CREDITO COOPERATIVO DI CHERASCO SOCIETA COOPERAT
ATTN SARA CHESSA / ALESSANDRA MOGNA
VIA BRA 15
RORETO DI CHERASCO (CN) ITALIA

BANCA DI CREDITO COOPERATIVO DI CHERASCO SOCIETA COOPERAT
C/O ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVENUE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI CIVITANOVA MARCHE E MONTEC
C/O ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVENUE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI CIVITANOVA MARCHE E MONTEC
SOCIETA COOPERATIVA
ATTN ANDREA PIERINI/LEOPOLDO RAPAGNANI
VIALE MATTEOTTI N 8
62012 CIVITANOVA MARCHE (MC) ITALIA

BANCA DI CREDITO COOPERATIVO DI DOBERDO E SAVOGNA SOCIETA
ATTN KATIA PIRC/ CRISTINA KRAVOS
VIA ROMA 23
34070 DOBERDO DEL LAGO (GORIZIA) ITALIA

BANCA DI CREDITO COOPERATIVO DI DOVERA E POSTINO SOCIETA
SOCIETA COOPERATIVA
VIA EUROPA 6/1
ATTN ISABELLA BONIZZI/STEFANIA BARZIZZA
26010 DOVERA CR ITALY

BANCA DI CREDITO COOPERATIVO DI FIUGGI SOCIETA COOPERATIVA
ATTN PIETRO DUCA
VIA GARIBALDI 18
03014 FIUGGI ITALIA

BANCA DI CREDITO COOPERATIVO DI FIUGGI SOCIETA COOPERATIVA
ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI GRADARA SOCIETA COOPERATI
ATTN FABRIZIO REGGIANT/ CHRISTIAN FRANCHINI
VIA CATTOLICA 20
61012 GRADARA ITALIA

BANCA DI CREDITO COOPERATIVO DI GRADARA SOCIETA COOPERATI
C/O OIRRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVENUE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI LESMO SOCIETA COOPERATIVA
ATTN CARLO BORSETTO
PIAZZA DANTE 21/22
20050 LESMO MI ITALY

BANCA DI CREDITO COOPERATIVO DI LESMO SOCIETA COOPERATIVA
C/O ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI PERGOLA - SOCIETA COOPERAT
ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI PERGOLA - SOCIETA COOPERAT
VIALE MARTIRI DELLA LIBERTA 46/B
ATTN GIOVANNI LONDER
61045 PERGOLA ITALY

BANCA DI CREDITO COOPERATIVO DI POMPIANO E DELLA FRANCIACO
POMPIANO SOCIETA COOPERATIVE
ATTN PIETRO BIGNETTI
PIAZZA S ANDREA 12
25030 POMPIANO ITALIA

BANCA DI CREDITO COOPERATIVO DI PRATOLA PELIGNA
SOCIETA COOPERATIVA
ATTN CATIA DE STEPHANIS
VIA ANTONIO GRAMSCI 136
67035 PRATOLA PELIGNA ITALIA

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
ATTN MR ROBERTO PALOMBO AND MR ROSSANO GIUPPA
VIALE OCEANO INDIANO 13C
00144 ROMA ITALY

BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA
C/O ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVENUE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI S ELENA SOCIETA COOPERATIV/
ATTN LOREDANA MINGARDO
VIA ROMA 10
35040 S ELENA (PD) ITALIA

BANCA DI CREDITO COOPERATIVO DI S ELENA SOCIETA COOPERATIV/
ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN ALYSSA D ENGLUND ESQ
666 FIFTH AVENUE
NEW YORK, NY 10103

BANCA DI CREDITO COOPERATIVO DI SAN GIOGIO E MEDUNO
SOCIETA COOPERATIVA
ATTN ANDREA TREVISOL
VIA RICHINVELDA 4
33095 SAN GIORGIO DELLA RICHINVELDA  PN ITALIA

BANCA DI CREDITO COOPERATIVO PORDENONESE SOCIETA COOPER/
ATTN PIERANTONIO REDIVO
VIA TRENTO 1 3
33082 AZZANO DECIMO PN ITALY

BANCA DI CREDITO COOPERATIVO S VICENZO DE PAOLI DI CASAGIOVI
SOCIETA COOPERATIVA PER AZIONI
VIA MADONNA DI POMPEI
ATTN ANGELA SANTORO
4 - 81022 CASAGIOVE ITALIA

BANCA DI FORLI CREDITO COOPERATIVO SOCIETA COOPERATIVA
ATTN ANDREA GALLEGATI/ GABRIELE FABBRI
CORSO DELLA REPUBBLICA 2/4
47100 FORLI (FC) ITALIA

BANCA DI VERONA CREDITO COOPERATIVO CADIDAVID
SOCIETA COOPERATIVA PER AZIONI
VIA FORTE TOMBA 8
ATTN ANDREA CERADINI
FRAZ CA DI DAVID 37135 VERONA ITALY

BANCA MALATESTIANA CREDITO COOPERATIVO - SOCIETA COOPERAT
VIA XX SETTEMBRE 63
ATTN STEFANO CLEMENTI/ BARBARA COLOMBINI
47900 RIMINI ITALY

BANCA POPOLARE DI VICENZA SCPA
ATTENTION MR UMBERTO MAGGIO
VIA BTG FRAMARIN, 18
36100 VICENZA ITALY

BANCA SAN GIORGIO E VALLE AGNO CREDITO COOPERATIVO DI FARA
SOCIETA COOPERATIVA
ATTN PASINI OTTORINO
VIA PERLENA 78
36030 SAN GIORGIO DI PERIENA VI ITALY

BANK LEUMI USA
562 FIFTH AVENUE
NEW YORK, NY 10036

BARBARA LARSON
803 S 4TH AVE # 4
ALBERT LEA, MN 56007-1905

BARNES & THORNBURG LLP
C/O WENDY D BREWER ESQ
11 S MERIDIAN ST
INDIANAPOLIS, IN 46204

BARRY CHABALA
43080 AVON RD.
CANTON, MI 48187

BARTLETT PROPERTY MANAGEMENT
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
2017 30TH ST
BEDFORD, IN 47421-5409

BASF CORPORATION
ATTN: DAVID P SCHNEIDER ESQ
BRESSLER AMERY & ROSS PC
PO BOX 1980
MORRISTOWN, NJ 07962

BASF CORPORATION
C/O BRESSLER AMERY & ROSS PC
ATTN DAVID P SCHNEIDER ESQ
PO BOX 1980
MORRISTOWN, NJ 07962

BASIEWICZ CHESTER A
4884 DAVIS CT
TROY, MI 48085-4984

BAY AREA DRUM AD HOC PRP GROUP
C/O NICHOLAS W VAN AELSTYN BEVERIDGE DIAMOND PC
456 MONTGOMERY STREET STE 1800
SAN FRANCISCO, CA 94104

BEJARANO, JOSE
WAGNER COOK FREIBERGER & WASHIENKO LLC
18 TREMONT ST STE 903
BOSTON, MA 02108-2305

BGE
PO BOX 1475
BALTIMORE, MD 21201

BHALODIA RV/RM/PATEL R G
PORTLAND HOUSE
69-71 WEMBLEY HILL ROAD
WEMBLEY MIDDLESEX, HA9 8B11 UK

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVENUE, SUITE 4400
LOS ANGELES, CA 90071

BLANKENSHIP, BETTY F
65 ELLEN CIR
HAMILTON, OH 45011-6901

BOARD OF COUNTY COMMISSIONERS LUCAS CO OH
C/O LANCE KEIFFER
711 ADAMS ST 2ND FL
TOLEDO, OH 43604

BOARD OF COUNTY COMMISSIONERS LUCAS CO OH
ONE GOVERNMENT CENTER
SUITE 800
TOLEDO, OH 43604

BOHLER-UDDEHOLM
2595 MEADOWVALE BLVD
MISSISSAUGA ON L5N 7Y3 CANADA

BOOTH OIL SITE ADMINISTRATIVE FUND
SET A DAVIS ESQ
ELIAS GROUP LLP
411 THEODORE FREMD AVE SUITE 102
RYE, NY 10580

BORG WARNER INC
ATTN THOMAS D LUPO
WILLIAMS MONTGOMERY & JOHN LTD
233 S WACKER DR SUITE 6100
CHICAGO, IL 60606

BP/CGCENTER I LLC
C/O DOUGLAS B ROSNER ESQ
GOULSTON & STORRS PC
400 ATLANTIC AVE
BOSTON, MA 02110-3333

BP/CGCENTER I LLC
MATTHEW W MAYER, VICE PRESIDENT
599 LEXINGTON AVE SUITE 1800
NEW YORK, NY 10022

BREDE, WILLIAM R
73 HAMPTON HALL BLVD
BLUFFTON, SC 29910-7813

BRIGETTE CARTER
BRIGETTE CARTER
18267 LAUDER
DETROIT, MI 48235

BRISTOL CENTER LLC
BLDG MANAGEMENT CO INC
ATTN DONALD OLENICK
417 FIFTH AVE  4TH FL
NEW YORK, NY 10016

BROWN, LYLE L
527 RETREAT LN
GULF SHORES, AL 36542-3237

BROWN, PATSY K
2299 CAMP HARDTNER RD
POLLOCK, LA 71467-4129

BROWNING-FERRIS INDUSTRIES OF OHIO INC
ATTN: STEPHEN K DEXTER
LATHROP & GAGE LLP
370 17TH ST STE 4650
DENVER, CO 80202-5607

BROWN-JACKSON, ANITA
PO BOX 82893
CONYERS, GA 30013-8000

BRUCE D MULLEN
13 LAWRENCE PL
PLYMOUTH MEETING, PA 19462

BRUNAUD ANDRE MARCELLE
9 APPEES DES BESSES
36200 LE MENOUX FRANCE

BRYANT JR, JAMES O
6 LAWRENCE DR APT B
BROWNS MILLS, NJ 08015-1754

BSH
PRAZISIONS-STAHIROHRHANDEL GMBH
ADOLFSTRASSE 9
42655 SOLINGEN GERMANY

BSH
PRAZISIONS-STAHLROHRHANDEL GMBH
POSTFACH 17 02 26
42621 SOLINGEN GERMANY

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

C THOMPSON AUTOMOTIVE INC
PO BOX 358
GREENWOOD, SC 29648

C.I.K. INVESTMENTS S.A.
56 EVRIPIDOU STREET
383 33 VOLOS, GREECE

CANYON VALUE REALIZATION FUND LP
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

CANYON VALUE REALIZATION FUND LP
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CANYON VALUE REALIZATION FUND LP
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CANYON VALUE REALIZATION FUND LP
c/o SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

CANYON VALUE REALIZATION FUND LP
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST DIDTH ST., 40TH FLOOR
LOS ANGELES, CA 90013

CANYON-GRF MASTER FUND LP
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

CANYON-GRF MASTER FUND LP
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CANYON-GRF MASTER FUND LP
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CANYON-GRF MASTER FUND LP
c/o SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

CANYON-GRF MASTER FUND LP
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL ESQ
555 WEST FIFTH STREET
40TH FLOOR

CANYON-GRF MASTER FUND LP
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ
555 WEST FIFTH ST, 40TH FL
LOS ANGELES, CA 90013

CARDENAS MOTORS, INC.
RENATO CARDENAS
1500 N EXPY 83
BROWNSVILLE, TX 78521

CARGILL, INCORPORATED CARGILL, INCORPORATED
C/O MARK ERZEN
KARAGANIS WHITE & MAGEL LTD
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2841

CAROL L CLARK
162 WARREN STREET APT 2
GLENS FALLS, NY 12801

CASMALIA RESOURCES SITE STEERING COMMITTEE
C/O MELISSA MURRAY ESQ, BINGHAM MCCUTCHEN LLP
2020 K STREET NW
WASHINGTON, DC 20006-1806

CASSA CENTRALE BANCA-CREDITO COOPERATIVO DEL NORD EST S.P
VIA G SEGANTINI 5
ATTN MS MANUELA ACLER
38100 TRENTO ITALY

CASSA RAIFFEISEN MERANO - SOCIETA COOPERATIVA
ATTN: PETER GRUBER/DOTT MARTIN KLOTZNER
CORSO LIBERTA 40
39012 MERANO (BZ) ITALIA

CASTILLO, MARIA H
108 ENECA ST
DEFIANCE, OH 43512-2280

CATHERINE C GRAHAM
WBNA CUSTODIAN ROTH IRA
2563 RIVER KNOLL DR
LILBURN, GA 30047

CENTERPOINT PROP TRUST, AS CORP SUCCESSOR TO
CENTERPOINT PROP CORP & CENTERPOINT REALTY SERVICES COR
J MARK FISHER / JASON M TORF
SCHIFF HARDIN LLP
233 S WACKER DR SUITE 6600
CHICAGO, IL 60606-6473

CHAD NEEDHAM
907 CHESTNUT ST
HICO, TX 76457

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CHEMCLENE SITE DEFENSE GROUP
C/O LANGSAM STEVENS & MORRIS
1616 WALNUT ST STE 612
PHILADELPHIA, PA 19103-5308

CHERYL ELLERO
18825 BEDFORD DR
CLINTON TOWNSHIP, MI 48038-4969

CHRISTIE, JOHN D
58046 PHEASANT RDG
WASHINGTON TOWNSHIP, MI 48094-3531

CHRISTOPHER W GIGNILLIAT
PO BOX 314
665 WAYDES BRANCH ROAD
CENTERVILLE, TN 37033-0314

CIENKI, JOHN E
6120 LAKE WAY MEWS
NORTH RICHLAND HILLS, TX 76180-5348

CISCO SYSTEMS CAPITAL CORPORATION
LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE300
PALO ALTO, CA 94306

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
390 GREENWICH ST
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN  KEN ZINGALE, CORP ACTIONS
111 WALL STREET, 4TH FL
NEW YORK, NY 10005

CITIGROUP GLOBAL MARKETS INC
ATTN KEN ZINGALE, CORP ACTIONS
111 WALL STREET, 4TH FLOOR
NEW YORK, NY 10005

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
ATTN: CHETAN BANSAL
390 GREENWICH ST
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC
c/o CQS DIRECTIONAL OPPORTUNITIES MASTER
FUND LIMITED - C/O CQS (UK) LLP
ATTN PRODUCT CONTROL
33 GROSVENOR PLACE - 5TH FLOOR
LONDON, SW1X 7HY,

CITIGROUP GLOBAL MARKETS INC
c/o KIVU INVESTMENT FUND LIMITED
C/O CQS (UK) LLP
ATTN PRODUCT CONTROL
33 GROSVENOR PLACE - 5TH FLOOR
LONDON SW1X7HY,

CITIGROUP GLOBAL MARKETS INC
c/o KNIGHTHEAD MASTER FUND, L.P.
C/O KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

CITIGROUP GLOBAL MARKETS INC
c/o LMA SPC FOR & OBO THE MAP 84 SGRT
PORTFOLIO C/O KNIGHTHEAD CAPITAL MNGT.
ATTN: LAURA TORRADO
623 FIFTH AVENUE, 29TH FLOOR
NEW YORK, NY 10033

CITIGROUP GLOBAL MARKETS INC
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW SUITE 6000
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, STE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON & FOESTER LLP
2000 PENNSYLVANIA AVE NW
ATTN CHARLES M COLE
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW, STE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC
MORRISON FOESTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC.
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC.
ATTN: CHETAN BANSAL
390 GREENWICH STREET
NEW YORK, NY 10013

CITIGROUP GLOBAL MARKETS INC.
MORRISON & FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITIGROUP GLOBAL MARKETS INC.
MORRISON & FOERSTER LLP
ATTN: CHARLES M COLE
2000 PENNSYLVANIA AVE NW, SUITE 5500
WASHINGTON, DC 20006

CITY OF LIVONIA MICHIGAN
DEPARTMENT OF LAW
33000 CIVIC CENTER DR
LIVONIA, MI 48154

CITY OF LOS ANGELES LOS ANGELES WORLD AIRPORTS
ATTENTION  MICHAEL TY ESQ
1 WORLD WAY
LOS ANGELES, CA 90045

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CLOWNEY, WILLIAM H
164 BERESFORD ST
HIGHLAND PARK, MI 48203-3333

CLYDE & CLAIRENE STRILER
4136 W COLDWATER RD
FLINT, MI 48504

CLYDE & CLAIRENE STRILER
TTEE'S CLYDE & CLAIRENE
STRILER REV LIV TRUST
UAD 8/07/02
4136 W. COLDWATER RD.
FLINT, MI 48504-1102

COLONIAL PIPELINE COMPANY
GENERAL COUNSEL'S OFFICE
1185 SANCTUARY PARKWAY, SUITE 100
ALPHARETTA, GA 30009

COLONIAL PIPELINE COMPANY
GENERAL COUNSEL'S OFFICE
PO BOX 1624
ALPHARETTA, GA 30009

COLVIN, FRANK L
28862 JEFFERSON AVE
ST CLR SHORES, MI 48081-1380

COMPUTER ASSOCIATES INTERNATIONAL, INC.
PLATINUM TECHNOLOGY INTERNATIONAL, INC.
ATTN ROBERT AUSTEN
1 CA PLZ
ISLANDIA, NY 11749-7000

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

CONRAD WILHELM
1108 ORIOLE CIR
FILLMORE, CA 93015-1601

CONTITECH MGW GMBH
ACCOUNTS DEPT
A FRANZISKA HEUER, KASSELER STRABE 11
POSTFACH 1420
D 34334 HANN MUNDEN GERMANY

CONTITIECH MGW GMBH
A FRANZISKA HEUER
D-34346 HANN MUNDEN
POSTFACH 1420
D 34334 HANN MUNDEN GERMANY

CRAIG MCMILLEN
4457 WILLOW CREEK SE
WARREN, OH 44484

CRAIG SOBOL
557 WILDFLOWER TRAIL
MYRTLE SEACH, SC 29579

CREDITO COOPERATIVO VALDINIEVOLE SOCIETA COOPERATIVA
ATTN ANNA BALDECCHI UFFICIO FINANZA
VIA UGO FOSCOLO 16/2
51016 MONTECATINI TERME (PT) ITALIA

CREDITO COOPERATIVO-CASSA RURALE ED ARTIGIANA DE LUCINICO I
CAPRIVA-SOCIETA COOPERATIVA
VIA VISINI 2 -
ATTN SANDRO LORENZUT / MAURIZIO FRANCO
34170 GORIZIA (GO) ITALIA

CREDITO EMILIANO SPA
ATTN: MR LUCA MARIANI
VIA FMILIA S PIETRO 4
42100 REGGIO EMILIA ITALY

CRIS SMITH
9095 APPLE ORCHARD
FENTON, MI 48430

CROWN ENTERPRISES INC
C/O MARILYN MITCHELL
12225 STEPHENS RD
WARREN, MI 48089

CROWN ENTERPRISES INC
C/O MARILYN MITCHELL
12225 STEPHENS RD
WARREN, MI 48089

D. A. STUART COMPANY
C/O EUGENE CARLINE
HOUGHTON INTERNATIONAL
MADISON & VAN BUREN AVE.
PO BOX 930
VALLEY FORGE, PA 19482

DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATE!
ATTN LISA WURSTER
3939 TECHNOLOGY DRIVE
MAUMEE, OH 43537

DANA HOLDING CORPORATION AND ITS SUBSIDIARIES AND AFFILIATE!
C/O PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ALAN KORNBERG
1285 AVE OF THE AMERICAS
NEW YORK, NY 10019

DAVID AND SANDRA MOSKOVITZ
1514 SW 149TH AVE
PEMBROKE PINES, FL 33027

DAVID DURRANT
3164 DANBURY DR W
JANESVILLE, WI 53546-8826

DAWSON, GEORGE C
745 SW ROBINHOOD DR
DALLAS, OR 97338-1839

DAWSON, GEORGE C
STEPHEN T TWEET ATTORNEY FOR CREDITOR
PO BOX 968
SALEM, OR 97308

DE BUSSEY, LAWRENCE L
7093 BALTIC DR SW
BYRON CENTER, MI 49315-8162

DEKALB COUNTY
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

DEUTSCHE BANK S P A
ATTN MR ANDREA CASTALDI
PIAZZA DEL CALENDARIO 7
20126 MILANO ITALY

DOMENICA DITTMEIER
32 SHELLEY AVE
VALHALLA, NY 10595

DOMENICA S DITTMEIER
32 SHELLEY AVE
VALHALLA, NY 10595-1406

DONNA TURNER
1741 FM 450 N
HALLSVILLE, TX 75650

DOUGLAS B FOSTER
1338 RT9
SPOFFORD, NH 03462

DR ANDREUS HESSE
WIESUGRUNDSTR 7A
57482 WENDEU GERMANY

DR ROBERT EBERLEIN
RUA VITORIA M6  APTO 132
CEP 09030 520 SANTO ANDRE SP BRAZIL

DRAWBRIDGE DSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS 46TH FLOOR
ATTN CONSTANTINE M DAKOLIAS
NEW YORK, NY 10105

DRAWBRIDGE DSO SECURITIES LLC
GREENBERG TRAUNG LLP
ATTN BRUCE R ZINNSKY, ESQ  NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

DRAWBRIDGE OSO SECURITIES LLC
1345 AVENUE OF THE AMERICAS
46TH FLOOR
ATTN CONSTANTINE M DAKOLIAS
NEW YORK, NY 10105

DRAWBRIDGE OSO SECURITIES LLC
GREENBERG TRAURIG LLP
200 PARK AVENUE
ATTN BRUCE R ZIRINSKY
NEW YORK, NY 10166

DUANE MARINE STEERING COMMITTEE (ON BEHALF OF DUANE MARIN
C/O NORMAN W BERSTEIN ESQ
NW BERNSTEIN & ASSOCIATES LLC
800 WESTCHESTER AVE N319
RYE BROOK, NY 10573

E MICHAEL MUTCHLER
6000 ROYAL MARCO WAY #553
MARCO ISLAND, FL 34145-1885

EASON, ELDON R
2006 STAFFORD DR
ARLINGTON, TX 76012-1837

EDGEWATER SITE ADMINISTRATIVE GROUP
ATTN  PAUL G MCCUSKER ESQ
C/O MCCUSKER ANSELM ROSEN AND CARVELLI
210 PARK AVENUE SUITE 301
PO BOX 240
FLORHAM PARK, NJ 07932

EDWARD CORBETT
351 MAINSAIL DR
HAMPTON, VA 23664-2207

EDWARD R BARRON
1 LONGFELLOW PL APT 3218
BOSTON, MA 02114

EKREM BAKA
AN DER UNTERGEIS 3
36251 BAD HERSFELD GERMANY

ELLIOTT INTERNATIONAL LP
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: ELLIOT GREENBERG
712 FIFTH AVENUE 35TH FLOOR
NEW YORK, NY 10019

ELLIOTT INTERNATIONAL LP
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

EMILBANCA CREDITO COOPERATIVO SOCIETA COOPERATIVA
ATTN LUIGI TACCHI
VIA MAZZINI 15
BOLOGNA 40138 ITALIA

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE RENT A CAR COMPAN
ATTN THOMAS P LAFFEY
600 CORPORATE PARK DRIVE
ST LOUIS, MO 63105

ENTERPRISE HOLDINGS INC (F/K/A ENTERPRISE RENT A CAR COMPAN
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN ALAN W KORNERG & JONATHAN T KOEVARY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

ESTA PERDUE
715 S PORTLAND ST
BRYAN, OH 43506-2060

ESTA PERDUE
ATTN DAVID PERDUE
GUARDIAN OF ESTA PERDUE
715 S PORTLAND ST
BRYAN, OH 43506

EUGENE L PETRINI
14802 N BOLIVAR DR
SUN CITY, AZ 85351

EVA ESCHHOLZ
FUHRENKAMP 11
27721 RITTERHUDE GERMANY

EXXON MOBIL CORPORATION
ANDREW E ANSELMI ESQ
MCCUSKER ANSELMI ROSEN AND CARVELLI PC
210 PARK AVENUE STE 301
PO BOX 240
FLORHAM PARK, NJ 07932

EXXON MOBIL CORPORATION
ATTN PAUL G MCCUSKER ESQ
MCCUSKER ANSELMI ROSEN & CARVELLI
210 PARK AVENUE STE 301
PO BOX 240

EXXON MOBIL CORPORATION
ATTN PAUL G MCCUSKER ESQ
MCCUSKER ANSELMI ROSEN & CARVELLI
210 PARK AVENUE STE 301
PO BOX 240
FLORHAM PARK, NJ 07932

EXXON MOBIL CORPORATION
PAUL G MCCUSKER
MCCUSKER ANSELMI ROSEN & CARVELLI
210 PARK PL, STE 301, PO BOX 240
FLORHAM PARK, NJ 07932

FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

FAST TEK GROUP LLC
9850 E 30TH ST
INDIANAPOLIS, IN 46229

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

FCOF UB SECURITIES LLC
ATTN CONSTANTINE M DAKOLIAS
1345 AVENUE OF THE AMERICAS 46TH FLOOR
NEW YORK, NY 10105

FCOF UB SECURITIES LLC
GREENBERG TRAURIG LLP
ATTN BRUCE R ZINNSKY ESQ NANCY A MITCHELL ESQ
200 PARK AVE
NEW YORK, NY 10166

FERGUSON, CLIFFORD W
6319 WOODMERE CT
FLINT, MI 48532-2165

FINDLAY INDUSTRIES ESPANA SL
CARRETERA DE CAPELLADES A MARTORELL KM 17,3,
08783 MASQUEFA, BARCELONA, SPAIN

FIRST UNITED INC.
ATTN: DAVID WICK
5440 MOOREHOUSE DRIVE
SUITE 4000
SAN DIEGO, CA 92121

FLEXTRONICS AUTOMOTIVE INC
LAWRENCE SCHWAB / THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

FLEXTRONICS CORPORATION (F/K/A SOLECTRON CORP)
LAWRENCE SCHWAB / THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

FLEXTRONICS CORPORATION (F/K/A SOLECTRON CORP)
LAWRENCE SCHWAB / THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

FLEXTRONICS INTERNATIONAL LTD
ATTN LAWRENCE SCHWAB/THOMAS GAA
C/O BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

FLEXTRONICS INTERNATIONAL LTD
ATTN LAWRENCE SCHWAB/THOMAS GAA
C/O BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

FLEXTRONICS INTERNATIONAL LTD
ATTN: LAWRENCE SCHWAB/THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

FORAKER JR, DAVID E
10 ANTRIM DELLS
SPRINGBORO, OH 45066-9512

FOUNTAIN LAKES I LLC
c/o HAIN CAPITAL HOLDINGS, LLC
ATTN GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

FRANK GAMBINO
2449 CEDAR KEY DR
LAKE ORION, MI 48360-1823

FRED LUNDGAARD
69525 RIVERBEND LN
ARMADA, MI 48005-4012

GARCIA & VILLARREAL LLP
4401 N MCCOLL RD
MCALLEN, TX 78504-2464

GARY OSBORN
3436 BLOSSOM LN
BLOOMFIELD, MI 48302-1305

GENERAL DYNAMICS CORPORATION
NORMAN W BERNSTEIN ESQ
N.W. BERNSTEIN & ASSOCIATES LLC
800 WESTCHESTER AVENUE STE N319
RYE BROOK, NY 10573

GENERAL DYNAMICS LAND SYSTEMS INC
MCCARTER & ENGLISH LLP ATTN ROBERT J HOELSCHER PARTNER
1735 MARKET STREET SUITE 700
PHILADELPHIA, PA 19103

GENERAL ELECTRIC COMPANY
C/O EHS COUNSEL
APPLIANCE PARK, AP2-225
LOUISVILLE, KY 40225

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GEORGE SCHNEIDER
1105 E FAIRVIEW LANE
ROCHESTER HILLS, MI 48306

GEORGE W MCCLAIN
3022 IMPERIAL VALLEY DRIVE
LITTLE ROCK, AR 72212-3108

GEORGIA WASTE SYSTEMS, INC
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

Gerald Morris
4625 Compeau Road
Alpena, MI 49707

GERRY L MENDELSOHN TTEE
FBO GERRY MENDELSOHN REV TR
U/A/D 08-15-2005
1512 PALISADE AVE,
APT 14 N
FORT LEE, NJ 07024-5315

GERT AND GISELA FRANKE
IM EICHWALD 39
HEUSENSTAMM 63150 GERMANY

GIRARD GIBBS LLP (COURT-APPROVED CLASS COUNSEL)
ATTN A J DE BARTOLOMEO ESQ
COURT-APPROVED CLASS COUNSEL IN GENERAL MOTORS
DEX-COOL/GASKET CASES
601 CALIFORNIA ST SUITE 1400
SAN FRANCISCO, CA 94108

GIRARD GIBBS LLP (COURT-APPROVED CLASS COUNSEL)
ATTN A J DE BARTOLOMEO ESQ
COURT-APPROVED CLASS COUNSEL IN JASON ANDERSON V
GENERAL MOTORS CORP
601 CALIFORNIA ST SUITE 1400
SAN FRANCISCO, CA 94108

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GOETZ G WILL
AM MEILENHOFEN WEG 6
92348 BERG GERMANY

GOIDEL, LOU P
245 SKAGGS CREEK RD
GLASGOW, KY 42141-9660

GOMES, FRANCISCO P
RUA DR AQUILINO RIBEIRO BLOCO
ESQUERDO RES-DO-CHAO
PAREDES DE COURA, PORTUGAL  4940533

GOODRICH CORPORATION
C/O POLYONE CORP
ATTN: RICHARD E HAHN, ASST SEC
33587 WALKER ROAD
AVON LAKE, OH 44012

GREENE & REID
ATTN: DAVID MATT, JASON SMITH & BONITA STEVENS
173 INTREPID LN
SYRACUSE, NY 13205-2550

GROSSKLAUS, TIMOTHY A
22220 EAST RIVER ROAD
GROSSE ILE, MI 48138-1385

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

GUY & JUANITA RAMSAUR
PO BOX 338
IRON STATION, NC 28080

HADDON, JAMES P
9217 SHERIDAN RD
GAINES, MI 48436-8932

HALEY & ALDRICH DESIGN AND CONTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HARVEY WASHBURN SALES INC
C/O SCOTT E STEVENS
P O BOX 807
LONGVIEW, TX 75606

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

HELEN Z MEIER
401 D'ERCOLE COURT
UNIT 226
NORWOOD, NJ 07648-1565

HELMUT LITZENBERG
ST JOHANN 6 - APP 185
D-91056 ERLANGEN GERMANY

HERMAN, DOROTHY B
5168 CORNERS DR
W BLOOMFIELD, MI 48322-3934

HERR BARRY E
6013 LAKE BREEZE RD
GROVE, OK 74344-7882

HERTA HILLERS
KIRCHBUEHL 4
6314 UNRERAEGERI, SWITZERLAND

HESS, DOUGLAS M
8 SYCAMORE LN
GROSSE POINTE, MI 48230-1936

HETZER, MICHAEL A
2664 DARKE CT
CINCINNATI, OH 45233-4207

HIGH POINT INS CO
C/O ANDREA HEMSCHOOT ESQ
LAW OFFICE OF DEBRA HART
303 FELLOWSHIP RD STE 300
MT LAUREL, NJ 08054

HOBART CORPORATION
KRISTIN B MAYHEW
POPE & HAZARD LLP
30 JEILIFF LANE
SOUTHPORT, CT 06890

HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED AT
C/O GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ
200 PARK AVENUE
NEW YORK, NY 10166

HOLDERS OF 8 375% & 8 875% GTD NOTES DESCRIBED IN ANNEXED AT
FISCAL AGENT DEUTSCHE BANK LUXEMBOURG S A
ATTN COUPON PAYING DEPARTMENT
2 BLD KONRAD ADENAUER
L-1115 LUXEMBOURG

HOLLIDAY REMEDIATION TASK FORCE
LISA A EPPS & JAMES T. PRICE
SPENCER FANE BRITT & BROWNE LLP
C/O DOEPKE-HOLLIDAY SUPERFUND SITE
1000 WALNUT ST STE 1400
KANSAS CITY, MO 64106-2140

HONEYWELL INTERNATIONAL INC
ARNOLD & PORTER LLP
ATTN BRIAN D ISRAEL
555 TWELFTH ST, NW
WASHINGTON, DC 20004

HONEYWELL INTERNATIONAL INC
ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

HONEYWELL INTERNATIONAL INC.
ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

HOU LI
ANTONLANGERGASSE 46/2/1
1130 VIENNA AUSTRIA

HUB PROPERTIES TRUST
C/O REIT MANAGEMENT & RESEARCH LLC
400 CENTRE STREET
NEWTON, MA 02458

ILCO SITE REMEDIATION GROUP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

ILCO SITE REMEDIATION GROUP
C/O DONALD WORKMAN & CHRISTOPHER GIAIMO
BAKER & HOSTETLER, LLP
1050 CONNECTICUT AVE., STE 1100
WASHINGTON, DC 20036

ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
JAMES L MORGAN, ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL BUREAU
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

ILLINOIS TOOL WORKS INC
KRISTIN B MAYHEW
POPE & HAZARD LLP
30 JAILIFF LANE
SOUTHPORT, CT 06890

INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
ATTN TIMOTHY J JUNK DAG
100 N SENATE AVE
MAIL CODE 60-1
INDIANAPOLIS, IN 46204

INGRID TANGERMANN
WALDSTR 15
21465 REINBEK, GERMANY

INSTATUNE HUSKY
10357-61 AVE NW
EDMONTON AB T6H 1L1 CANADA

INSTATUNE HUSKY
5520 CALGARY TRAIL NW
EDMONTON AB T6H 4K1 CANADA

INTESA  SANPAOLO PRIVATE BANKING S.P.A.
20121 MILANO
VIA HOEPLI 10 ITALY

INTESA  SANPAOLO PRIVATE BANKING S.P.A.
WHITE & CASE LLP
ATTN ABRAHAM ZYLBERBERG
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

INTESA SANPAOLO SPA
VIA VERDI 8
MILANO 20121 ITALY

INTESA SANPAOLO SPA
WHITE & CASE LLP
ATTN: ABRAHAM ZYLBERBERG
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

INTEVA PRODUCTS LLC
ATTN GENERAL COUNSEL
1401 CROOKS ROAD
TROY, MI 48084

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

IRENE VENTURA
126 CASTLEMONT DRIVE
GRASS VALLEY, CA 95945

IRMA Y VELIZ
12565 PETALUMA RD
VICTORVILLE, CA 92392-9271

IRVINE, JOHN
GIRARD GIBBS & DEBARTOLOMEO LLP
601 CALIFORNIA ST STE 1400
SAN FRANCISCO, CA 94108-2819

ITW FOOD EQUIPMENT GROUP LLC
KRISTIN B MAYHEW
PEPE & HAZARD LLP
30 JELLIFF LANE
SOUTHPORT, CT 06690

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

JAMES A AND VICKY L BEEDIE
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIRC STE 900
INDIANAPOLIS, IN 46204-5125

JAMES MARCIA S
1941 W LEONARD RD
LEONARD, MI 48367-1639

JAMES PALMIERI
17701 HERON LN
FORT MYERS, FL 33908-6179

JAMES R LEONARD (IRA)
FCC AS CUSTODIAN
PO BOX 82367
LAFAYETTE, LA 70598-2367

JAMES WELTON
800 PEACHTREE LANE
ROCHESTER HILLS, MI 48306

JAMES WHITESEL
2650 SOLAR DR
LAKE ORION, MI 48360

JAMES WHITESEL
2650 SOLAR DRIVE
LAKE ORION, MI 48360

JANE TYLENDA
2373 ANDRUS
HAMTRAMCK, MI 48212

JANICE UNDERWOOD
5518 EAST TIMBERVIEW CT
WILMINGTON, DE 19805

JBH BRUNAUD JACQUES
DOMAINE LE TERTRE
CIRON 36300 LE BLANC FRANCE

JERRY AND JANIS MCPIKE
C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204-5125

JIS PERFORMING PARTY GROUP
BASF CORP BRISTOL MYERS SQUIBB CO ET AL
C/O MARY W KOKS, MUNSCH HARDT KOPF HARR PC
700 LOUISIANA #4600
HOUSTON, TX 77002

JIS PERFORMING PARTY GROUP
GIBBONS PC
ATTN: IRVIN M FREILICH, ESQ
1 GATEWAY CENTER - 17TH FL
NEWARK, NJ 07102

JOANNE F LABINER
722 BROADWAY
#8
NEW YORK, NY 10003-0900

JOANNE J. GROSE
503 ASHMEDE CT.
ARLINGTON, TX 76013

JOHANN HAY GMBH & CO KG
KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605

JOHN ENGLAND
1308 OLD COX RD APT 10
ASHEBORO, NC 27205-9408

JOHN J QUINLAN
1030 S SUPERIOR ST
ANTIGO, WI 54409-0459

JOHN N GRAHAM TRUSTEE
C/O THOMAS J SCHANK
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604

JOHN N GRAHAM TRUSTEE
THOMAS J SCHANK
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604

JOHN T O'MALLEY
10 CASCO COURT
LAKEWOOD, NJ 08701-5779

JOLLY, THOMAS G
2839 BIRCHWOOD ST
TRENTON, MI 48183-3643

JONATHAN BRIENZA
411 WALNUT STREET
UNIT # 3964
GREEN COVE SPRINGS, FL 32043-3443

JP MORGAN SECURITIES LIMITED
125 LONDON WALL
ATTN: ANGUS J SCOTT
LONDON EC2Y 5AJ, UNITED KINGDON

JULIA MCLAUGHLIN
4207 45TH STREET EAST
BRADENTON, FL 34208

JULIAN P KORNFELD
4100 PERIMETER CENTER DR
STE 150
OKLAHOMA CITY, OK 73112

KATKO JR, CHARLES
187 GREENAN LN
LAKE ORION, MI 48362-2172

KELSEY HAYES COMPANY
KRISTIN B MAYHEW
POPE & HAZARD LLP
30 JEILIFF LANE
SOUTHPORT, CT 06890

KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER COF
C/O SCOTT D BLACKHURST
KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

KENNETH M TAYLOR
CGM IRA ROLLOVER CUSTODIAN
P.O. BOX 527
KARNACK, TX 75661-0527

KINGHTHEAD MASTER FUND, LP
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KNIGHTHEAD MASTER FUND
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KNIGHTHEAD MASTER FUND LP
KNIGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

KPMG LLP
58 CLARENDON RD DEPT 791
WD17 1DE WATFORD
UNITED KINGDOM GREAT BRITAIN

KUKA ROBOTS IBERICA S A
C/O BRYAN CERMAK
KUKA GROUP LEGAL DEPT
22500 KEY DRIVE
CLINTON TOWNSHIP, MI 48036

LARRY D & KATHERINE A CRANE
C/O GREGORY P CAFOUROS KROGER GARDIS & REGAS LLP
111 MONUMENT CIRCLE  STE 900
INDIANAPOLIS, IN 46204-5125

LARRY DIXON
C/O GREGORY P CAFOUROS KROGER GARDIS & REGAS LLP
111 MONUMENT CIRCLE  STE 900
INDIANAPOLIS, IN 46204-5125

LARRY L SNAPP
6610 GASPARILLA PINE BLVD #112
ENGLEWOOD, FL 34224

LARRY LEIDLEIN
3841 WINDING PINE
METAMORA, MI 48455

LAW DEBENTURE TRUST COMPANY OF NEW YORK
AS SUCCESSOR ENDENTURE TRUSTEE
ATTN MR ROBERT BICE
400 MADISON AVENUE 4TH FLOOR
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK
AS SUCCESSOR INDENTURE TRUSTEE
ATTN MR ROBERR BICE
400 MADISON AVENUE 4TH FLOOR
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK
AS SUCCESSOR INDENTURE TRUSTEE
ATTN MR ROBERT BICE
400 MADISON AVENUE 4TH FLOOR
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK
AS SUCCESSOR INDENTURE TRUSTEE
ATTN MR ROBERT BICE
400 MADISON AVENUE 4TH FLOOR
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR
INDENTURE TRUSTEE
400 MADISON AVENUE 4TH FLOOR
ATTN MR ROBERT RICE
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
ATTN DAVID F RETTER ESQ, KRISTEN ELLIOT ESQ
NEW YORK, NY 10178

LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INI
400 MADISON AVENUE 4TH FLOOR
ATTN MR ROBERT BICE
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INI
400 MADISON AVENUE 4TH FLOOR
ATTN MR ROBERT BICE
NEW YORK, NY 10017

LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR TR
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

LAW DENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDEI
KELLEY DRYE & WARREN LLP
ATTN DAVID F RETTER ESQ, KRISTEN ELLIOT ESQ
NEW YORK, NY 10178

LAWANDA ASBELL AND JAMES HAMMOND
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

LEE J FULLER C/O KEIS GEORGE LLP
KEIS GEORGE LLP
55 PUBLIC SQUARE, #800
CLEVELAND, OH 44113

LENZ, MARSHA L
13508 S RED COAT DR
LEMONT, IL 60439-8159

LEON CRUMP
PO BOX 55523
OKLAHOMA CITY, OK 73155-0523

LEONARD J PILZ
10221 ROOD AVE
LAKE, MI 48632

LESLIE MYERSON
12 RICHMOND B
DEERFIELD BEACH, FL 33442-2951

LESLYN C BLACK
2480 LEISURE WORLD
MESA, AZ 85206-5414

LESLYN C BLACK
2480 LEISURE WORLD
MESA, AZ 85206-5414

LINDA DALLAS
3070 ALSTONE DR
DECATUR, GA 30032

LINDA SALMON
1681 CARNELIAN CT
LINCOLN, CA 95648-8752

LINDEN DEVELOPMENT LLC
C/O LOUIS F SOLIMINE
THOMPSON HINE LLP
312 WALNUT ST STE 1400
CINCINNATI, OH 45202

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFO
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFO
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFO
KINGHTHEAD CAPITAL MANAGEMENT
623 FIFTH AVENUE, 29TH FLOOR
ATTN: LAURA TORRADO
NEW YORK, NY 10033

LOCKHEED MARTIN CORPORATION
C/O HANGLEY ARONCHICK SEGAL & PUDLIN
ATTN MATTHEW A HAMERMESH ESQ & STEVEN T MIANO ESQ
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

LOHMAN V BLUE JR
C/O FORTSON, BENTLEY & GRIFFIN, PA
2500 DANIELL'S BRIDGE RD BLDG 200, STE 3A
ATHENS, GA 30606

LOHNER, ANN M
3661 TIMBERLANE DR
EASTON, PA 18045-5746

LOMBARDO, DENNIS M
4730 CECELIA ANN CT
CLARKSTON, MI 48346-4087

LONG, RICHARD C
HOLT, KRISTINE W
1518 WALNUT ST STE 800
PHILADELPHIA, PA 19102-3405

LORAMENDI S COOP
ALIBARRA 26
VITORIA SPAIN 01010

LUCINDA WESSEL
C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204-5125

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
c/o SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FLOOR
LOS ANGELES, CA 90013

LYXOR/CANYON VALUE REALIZATION FUND LIMITED
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH STREET, 40TH FL
LOS ANGELES, CA 90013

MALINDA CORNELIUS
6430 LIBERTY VALLEY DR
KATY, TX 77449-4250

MALINDA CORNELIUS
6430 LIBERTY VALLEY DR
KATY, TX 77449-4250

MALLINCKRODT INC
C/O JONATHAN ERIC BERRY, ESQ
HUSCH BLACKWELL SANDERS LLP
190 CARONDELET PLAZA SUITE 600
ST LOUIS, MO 63105

MANOS, KATHERINE
12125 SPARTAN WAY APT 102
BAYONET POINT, FL 34667-3141

MANPOWER INC
C/O DAVID L RIESER
77 WEST WACKER DRIVE
SUITE 4100
CHICAGO, IL 60601

MARANGOS, DIMITRIOS S
3162  GLENGROVE   DR
ROCHESTER HILLS, MI 48309-2735

MARCUS JORDAN
GERALD D WAHL (P26511)
STERLING ATTORNEYS AT LAW PC
30500 NORTHWESTERN HWY  STE 425
FARMINGTON HILLS, MI 48048

MARGARETE KOWARZIK
STRUNDENER STRASSE 86 A
D-51069  KOLN GERMANY

MARIE V PILZ SPOUSE OF LEONARD J PILZ (RETIREE)
C/O LEONARD J PILZ
10221 ROOD AVE
LAKE, MI 48632

MARION BRAGG GROUP
C/O JOHN HANSON
BEVERIDGE & DIAMOND PC
1350 I STREET NW SUITE 700
WASHINGTON, DC 20005-3311

MARJORIE L MARTIN
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

MARK HYLAND
BUREAU OF REMEDIATION AND WASTE MANAGEMENT
DEPT OF ENVIRONMENTAL PROTECTION
17 STATE HOUSE STATION 28 TYSON DRIVE
AUGUSTA, ME 04333

MARTIN IMMKE
ZILLESTR. 99C
10585 BERLIN GERMANY

MARTIN KOHN
OLOF PALME STR 7
D-60439 FRANKFURT GERMANY

MARWIN HENRY R
3096 MYDDLETON DRIVE
TROY, MI 48084-1223

MATHEWS MD
3973 KNOX AVE
ROSAMOND, CA 93560-6417

MATT DAVID
MATT, DAVID
173 INTREPID LN
SYRACUSE, NY 13205-2548

MATTHIAS INNERKOFLER
VIA BARLETTA
8 IT-39100
BOLZANO (ITALY)

MAX MILLER JR
6299 QUAIL STREET
HASLETT, MI 48840-8934

MC GARRY RAYMOND G
2932 BIRNAM CT
OAKLAND TOWNSHIP, MI 48306-4904

MCCOMBS PONTIAC-GMC TRUCK LTD
ROBERT R BIECHLIN JR
THORNTON BIECHLIN, SEGRATO, REYNOLDS & GUERRA LC
100 N E LOOP 410 SUITE 500
SAN ANTONIO, TX 78216

MEADWESTVACO CORPORATION
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

MEMBERS OF THE BEMS GENERATOR GROUP
JOHN R EMBICK ESQ
C/O JOHN R EMBICK PLLC
PO BOX 5234
WEST CHESTER, PA 19380

MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP AN UNINCOI
ASSOCIATION BY ITS CHAIRMAN A TIMOTHY WEBSTER
C/O WEBSTER SZANYI LLP
1400 LIBERTY BLDG 424 MAIN STREET
BUFFALO, NY 14202

MEOLDY A MCGINNESS
RONALD MCGINNESS JR
114 BROOKS AVE
BAYVILLE, NJ 08721

MERIDIAN LIGHTWEIGHT TECHNOLOGIES INC
ATTN: ALAN J MILLER
25 MCNAB AVE
STRATHROY ONTARIO N7G 4H6 CANADA

METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY (MARTA)
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

METROPOLITAN P&C INSURANCE CO
ATTN RICHARD J PLOUFFE ESQ
40 GROVE ST STE 220
WELLESLEY, MA 02482

MICHAEL ZIMMERMANN
TRESCKOWSTRASSE 50
20259 HAMBURG GERMANY

MILLER JR DALE F
4333 LIVE OAK BLVD
FORT WAYNE, IN 46804-4036

MISSOURI DEPARTMENT OF NATURAL RESOURCES
JEFF KLUSMEIER
ATTORNEY GENERALS OFFICE
PO BOX 899
JEFFERSON CITY, MO 65102

MOHAMMED REZAUL HUSSAIN
4318 WALNUT STREET
APT 2-R
PHILADELPHIA, PA 19104-5242

MONTGOMERY CTY, OHIO & THE MONTGOMERY CTY
SOLID WASTE DIST.    DOUGLAS TROUT, ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402

MOORE, ODELL
844 BOUTELL DR
GRAND BLANC, MI 48439-1943

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
ATTN: NICK INFANTE
NEW YORK, NY 10036

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MORGAN STANLEY & CO INTERNATIONAL PLC
RICHARDS KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
ATTN MANAGING CLERK
NEW YORK, NY 10281

MOYER, BARRY R
404 RIVERS EDGE LN
PORTLAND, MI 48875-1266

MR JOCHEN BADERSCHNEIDER
JOCHEN BADERSCHNEIDER
VEICHTEDERPOINTWEG 33
D 84036 LANDSHUT  GERMANY

MR JOCHEN BADERSCHNEIDER
VEICHTEDERPOINTWEG 33
84036 LANDSHUT, GERMANY

MR KIRBY N PRIDDY
PO BOX 151
OOLITIC, IN 47451-0151

MRS MARIE GIASE
46 BROADWAY AVE
COLONIA, NJ 07067-2304

MTECH ASSOCIATES LLC
C/O KATHLEEN H. KLAUS
MADDIN HAUSER
28400 NORTHWESTERN HIGHWAY
3RD FLOOR
SOUTHFIELD, MI 48034

MUJUMDAR, JAYANT S
21183 E CHIGWIDDEN ST
NORTHVILLE, MI 48167-1012

MUSSELL, JOHN A
9783 ALLEN ST
GOWANDA, NY 14070

NANCY GRUBBA
6419 WOODBURNE CT.
GRAND BLANC, MI 48439

NAPLETON INVESTMENT PARTNERSHIP LP
406 NORTH MONROE
HINSDALE, IL 60521

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
CNA SURETY
333 S WABASH AVE
41ST FLOOR
CHICAGO, IL 60604

NAVISTAR INC
C/O MICHAEL K MCCRORY
BARNES & THORNBURG LLP
11 S MERIDIAN STREET
INDIANAPOLIS, IN 46204

NAZAREEN WARD
2038 85TH AVE
OAKLAND, CA 94621

NCR CORPORATION
ATTN: MATTHEW A HAMERMESH, ESQ
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE, 27TH FL
PHILADELPHIA, PA 19103

NCR CORPORATION
EDWARD GALLAGHER LAW VICE PRESIDENT
NCR CORPORATION WHQ-2E
3097 SATELLITE BLVD STE 100
DULUTH, GA 30096-1293

NCR CORPORATION
EDWARD GALLAGHER, LAW VP
NCR CORPORATION, WHQ-2E
3097 SATELLITE BLVD STE 100
DULUTH, GA 30096-1293

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

NEIL DODRILL
3228 COREY RD
TOLEDO, OH 43615-1647

NELLY BAUER-ROLLANDIN & FRANK OUW
ROMERSTR 3A
76870 KANDEL, GERMANY

NELSON, MARIANNE
8839 DILL DR
STERLING HEIGHTS, MI 48312-1238

NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION
C/O ATTORNEY GENERAL OF NEW JERSEY
ATTN RACHEL JEANNE LEHR
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET STREET PO BOX 093
TRENTON, NJ 08625-0093

NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION
C/O MCCARTER & ENGLISH, LLP
ATTN:  CHARLES A. STANZIALE, JR.
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK, NJ 07102

NEW UNITED MOTOR MANUFACTURING INC
KIRKLAND & ELLIS LLP
ATTN MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104

NEW UNITED MOTOR MANUFACTURING INC
KIRKLAND & ELLIS LLP
ATTN RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60654

NEW UNITED MOTOR MANUFACTURING INC
KIRKLAND & ELLIS LLP
C/O RICHARD M. CIERI
601 LEXINGTON AVENUE
NEW YORK, NY 10022-4611

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE  300 SOUTH STATE ST
ATTN: SUSAN R KATZOFF ESQ
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY, LLP
ATTN: SUSAN R KATZOFF, ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE 300 SOUTH STATE STREET
ATTN: SUSAN R. KATZOFF, ESQ.
SYRACUSE, NY 13202

NICOLAS PATRICK HARNIST
MARIA HARNIST JT TEN
901 BRICKELL KEY BLVD APT 304
MIAMI, FL 33131-3512

NIDEC MOTORS & ACUATORS
C/O DAVID M EISENBERG
ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC
400 GALLERIA OFFICENTRE SUITE 444
SOUTHFIELD, MI 48034

NIDEC MOTORS & ACUATORS
C/O DAVID M EISENBERG
ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC
400 GALLERIA OFFICENTRE SUITE 444
SOUTHFIELD, MI 48034

NIDEC MOTORS & ACUATORS
C/O DAVID M EISENBERGY
ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC
400 GALLERIA OFFICENTRE SUITE 444
SOUTHFIELD, MI 48034

NIDEC MOTORS & ACUATORS
C/O DAVID M. EISENBERG
ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P C
400 GALLERIA OFFICENTRE, SUITE 444
SOUTHFIELD, MI 48034

NJECT SERVICES COMPANY
C/O HEATHER L FORAN ESQ
ASSOCIATE GENERAL COUNSEL - LITIGATION
INGERSOLL - RAND
100 CENTENNIAL AVENUE
PISCATAWAY, NJ 08854

NIJECT SERVICES COMPANY
C/O RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
ATTN J ALEX KRESS ESQ   HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981

NL INDUSTRIES INCORPORATED
C/O TRACEE THOMAS
5430 LBJ FREEWAY, SUITE 1700
DALLAS, TX 75240

NL INDUSTRIES INCORPORATED
TRACEE THOMAS
5430 LBJ FREEWAY SUITE 1700
DALLAS, TX 75240

NORMAN B. THOT
ANGERSTRASSE 11A
40878 RATINGEN GERMANY

NORMAN CLAERR
12956 HUMMINGBIRD RIDGE
DAVISBURG, MI 48350

NORMAN GUSSE
1405 LAUREL DRIVE
MACEDONIA, OH 44056-1431

NORTH SHORE GAS COMPANY
C/O STEPHEN H ARMSTRONG
JENNER & BLOCK LLP
353 N CLARK STREET
CHICAGO, IL 60654

NORTHROP GRUMMAN CORPORATION
C/O BRIAN J HUFNAGEL ESQ, AARON GERSHONOWITZ ESQ
PORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO, COHN & TERRANA LLP
333 EARLE OVINGTON BLVD SUITE 1010
UNIONDALE, NY 11553

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.
C/O GABRIEL CALVO
7555 COLSHIRE DRIVE
M/S C-4S1
MCLEAN, VA 22102

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.
JOSEPH P KWAN, CORP DIRECTOR
NORTHROP GRUMMAN CORP, ENCIRONMENTAL REMEDIATION
1840 CENTURY PARK EAST
LOS ANGELES, CA 90067

NORTHSIDE SANITARY LANDFILL TR
C/O BARNES & THORNBURG
ATTN JOHN KYLE
11 S MERIDIAN STREET
INDIANAPOLIS, IN 46204-3506

NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION
ENVIRONMENTAL PROTECTION BUREAU - OFFICE OF THE ATTORNEY
GENERAL
ATTN MAUREEN F LEARY ESQ ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

OIL STEERING COMMITTEE
C/O ALLAN H ICKOWITZ ESQ
NOSSAMAN LLP
445 S FIGUEROA STREET 31ST FLOOR
LOS ANGELES, CA 90071

ONEX DEBT OPPORTUNITY FUND, LTD
C/O ONEX CREDIT PARTNERS, LLC
ATTN MICHAEL I GELBLAT
910 SYLVAN AVENUE SUITE 100
ENGLEWOOD CLIFFS, NJ 07632

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY
JOHN H MULROY CIVIC CENTER 10TH FLOOR
421 MONTGOMERY STREET
SYRACUSE, NY 13202

OWENS-ILLINOIS, INC.
C/O SUSAN SMITH
THREE O-I PLAZA
ONE MICHAEL OWENS WAY
PERRYSBURG, OH 43551

PALOMINO FUND LTD
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078

PALUMBO, MICHELE
C/O CHARLES HESS, ATTORNEY
7211 SAWMILL ROAD, SUITE 200
DUBLIN, OH 43016

PAUL DAY
7922 JENNIFER LN
BROWNSBURG, IN 46112-8599

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION
MAUREEN F LEARY ESQ
ASSISTANT ATTORNEY GENERAL, ENVIRONMENTAL PROTECTION
BUREAU
OFFICE OF THE ATTORNEY GENERAL
THE CAPITAL
ALBANY, NY 12224

OHIO ENVIRONMENTAL PROTECTION AGENCY
MICHELLE T SUTTER, ASSISTANT ATTORNEY GENERAL
30 EAST BROAD STREET 25TH FLOOR
COLUMBUS, OH 43215

OLIVER BRAUN
AUSTR 14
96047 BAMBERG GERMANY

ONONDAGA COUNTY NEW YORK
KEVIN C MURPHY ESQ
THE WLADIS LAW FIRM PC
5795 WIDEWATERS PKWY, PO BOX 245
SYRACUSE, NY 13214

OTS SIGNS LP
C/O HERRICK FEINSTEIN LLP
ATTN GLORIA HUANG
2 PARK AVENUE
NEW YORK, NY 10016

PALOMINO FUND LTD
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PARKWAY
SHORT HILLS, NJ 07078

PALOMINO FUND LTD
C/O GREENBERG TRAURIG LLP
ATTN: BRUCE R ZIRNSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

PATRICIA CRAIG
C/O SAM MORGAN ESQ
GASIOREK MORGAN & GRECO PC
30500 NORTHWESTERN HWY SUITE 425
FARMINGTON HILLS, MI 48334

PAUL FRIIS
13201 PINEHURST LANE
GRAND BLANC, MI 48439

PAUL FRIIS
13201 PINEHURST LANE
GRAND BLANC, MI 48439

PAUL, EDGAR B
1 QUAIL HOLLOW RD
MURFREESBORO, NC 27855-2115

PAYNE, PATRICIA A
3090 RHODA ST
FLINT, MI 48507-4555

PERRY PARTNERS INTERNATIONAL INC
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

PERRY PARTNERS INTERNATIONAL INC
C/O CQS DIRECTIONAL OPPORTUNITIES MASTER
FUND LIMITED - C/O CQS (UK) LLP
ATTN PRODUCT CONTROL
33 GROSVENOR PLACE - 5TH FLOOR
LONDON, SW1X 7HY,

PERRY PARTNERS INTERNATIONAL INC
c/o KIVU INVESTMENT FUND LIMITED
C/O CQS (UK) LLP
ATTN PRODUCT CONTROL
33 GROSVENOR PLACE - 5TH FLOOR
LONDON SW1X7HY,

PERRY PARTNERS INTERNATIONAL INC
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

PERRY PARTNERS LP
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

PERRY PARTNERS LP
c/o CITIGROUP GLOBAL MARKETS INC.
ATTN: KEN ZINGALE
CORP. ACTIONS 4TH FLOOR
111 WALL STREET
NEW YORK, NY 10005

PERRY PARTNERS LP
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

PERRY PARTNERS LP
c/o SG AURORA MASTER FUND L.P.
825 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

PETROLEUM TANK CLEANERS, INC
BEVERIDGE & DIAMOND, PC
ATT  MICHAEL MURPHY ESQ
477 MADISON AVENUE 15TH FLOOR
NEW YORK, NY 10022

PHARMACIA CORPORATION BY ITS ATTORNEY IN FACT MONSANTO CC
C/O JONATHAN ERIC BERRY ESQ
HUSCH BLACKWELL SANDERS LLP
190 CARONDELET PLAZA SUITE 600
ST LOUIS, MO 63105

PHELEY, GARY N
3662 HONORS WAY
HOWELL, MI 48843-7498

PLETCHER RODNEY C
1001 W PIKE ST
GOSHEN, IN 46526-2035

PLOUFFE, DANIEL C
70 FONTANA LN
GROSSE POINTE SHORES, MI 48236-1505

PREMO, DOUGLAS C
31 RIVERSIDE PKWY
MASSENA, NY 13662-1704

PRIER OTTO
WEIDSTRASSE NR 5
55120 MAINZ GERMANY

PROGRESSIVE CASUALTY INSURANCE COMPANY
KEIS GEORGE LLP
55 PUBLIC SQUARE #800
CLEVELAND, OH 44113

PROGRESSIVE MAX INSURANCE COMPANY
KEIS GEORGE LLP
55 PUBLIC SQUARE #800
CLEVELAND, OH 44113

QUANTA RESOURCES CORP
ALLEN G REITER, ESQ
JAMES M SULLIVAN ESQ
ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019

QUANTA RESOURCES CORP
C/O ALLEN G REITER ESQ/JAMES M SULLIVAN ESQ
ARENT FOX LLP
1675 BROADWAY
NEW YORK, NY 10019

RABY, SANDRA D
2651 N EAST SHORE
BIRCHWOOD, WI 54817

RABY, SANDRA D
2671 N EAST SHORE DR
BIRCHWOOD, WI 54817-3052

RAYMOND DELOZIER
5051 N HWY A1A
APT PH2-4
FT PIERCE, FL 34949

RED RIVER BUSINESS INC
FAO MR G R MACHAN
VERITE TRUST CO LTD, PO BOX 36
1ST FL, 37 BROAD ST
ST HELIER JERSEY JE4 9NU CHANNEL ISLANDS

REDWOOD MASTER FUND LTD
REDWOOD CAPITAL MANAGEMENT LLC
ATTN: JONATHAN KOLATCH
910 SYLVAN AVENUE
INGLEWOOD, NJ 07632

REICHHOLD INC
C/O DAVID FLYNN
PHILLIPS LYTLE LLP
3400 HSBC CENTER
BUFFALO, NY 14203

RENATE KUMMER
BADISH 10
73776 ALTBACH GERMANY

RENOLDS METALS COMPANY
C/O HUNTON & WILLIAMS LLP
ATTN JASON W HARBOUR ESQ
951 E BYRD STREET
RICHMOND, VA 23219

REYNOLDS METALS COMPANY
ATTN GENERAL COUNSEL
390 PARK AVENUE
NEW YORK, NY 10022

RICHARD M POWERS
P O BOX 29
COPPER HARBOR, MI 49918

ROBERT & CHERYL CLICK
3028 PINNACLE CT.
CLERMONT, FL 34711

ROBERT A GLADSTONE, ON BEHALF OF THE
CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM
ROBERT A GLADSTONE, ESQ
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NJ 08648

ROBERT GRUBBA
6419 WOODBURNE CT.
GRAND BLANC, MI 48439

ROBERT P SPROED
10444 SE WESTLAND LN
DAYTON, OR 97114

ROBERT P SPROED
CGM IRA CUSTODIAN
10444 WESTLAND LANE
DAYTON, OR 97114-8044

ROBERT PIZANO
C/O ARTURO ACOSTA
DOVALINA & EURESTE LLP
122 TUAM ST STE 100
HOUSTON, TX 77006

ROBERT SCHIEB
5317 LAKE FOREST RESERVE LN
BRUNSWICK, OH 44212

ROBERT TRIPOLSKY
43440 HERRING DR
CLINTON TWP, MI 48038-4445

ROCKWELL AUTOMATION INC
ATTN IRVIN M FREILICH
ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CENTER 17TH FL
NEWARK, NJ 07102

RODNEY R & DELLA O (DECD)
BERTLSHOFER TTEE
7231 E BROADWAY RD APT 116
MESA, AZ 05208-9218

ROGER L THACKER ROGER L SANDERS THOMAS J HANSON
HELMER MARTINS RICE & POPHAM CO, LPA
600 VINE ST SUITE 2704
CINCINNATI, OH 45202

ROLF PETERS
REUßSTR 1
38640 GOSLAR GERMANY

ROSWITHA DINGAS
WAHRINGERSTRASSE 15/21
A-1090 VIENNA AUSTRIA/EUROPE

ROTH GLOBAL PLASTICS INC
C/O HARTER SECREST & EMERY LLP (JRW)
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

ROVIGOBANCA CREDITO COOPERATIVO SOC COOP
VIA CASALINI 10
ATTN BARBARA COSTA
45100 ROVIGO ITALY

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

RUDOLF DITTRICH
DIESTELWEG 30
28816 STUHR GERMANY

RUSS TOWNER
204 S CREEDMOOR WAY
ANDERSON, IN 46011-9018

RUSSELL TOWNER
204 S CREEDMOOR WAY
ANDERSON, IN 46011-9018

SANDRA J CONFORTI
854 MARSHALL DR
CARLISLE, PA 17013

SANFORD TENEBAUM
1955 YOSEMITE BLVD.
APT. 30
BIRMINGHAM, MI 48009

SC JOHNSON & SON INC ET AL
C/O LINDA E BENFIELD AS HUNT'S SITE TRUSTEE
FOLEY & LARDNER LLP
777 E WISCONSIN AVENUE
MILWAUKEE, WI 53202

SCG CAPITAL CORPORATION
ATTN CYNTHIA DWELLE ESQ
74 WEST PARK PLACE
STAMFORD, CT 06901

SCG CAPITAL CORPORATION
ATTN GERARD DICONZA
DICONZA LAW PC
630 THIRD AVENUE 7TH FLOOR
NEW YORK, NY 10017

SCP CARLSTADT PRP GROUP
C/O WILLIAM L. WARREN
DRINKER BIDDLE & REATH LLP
105 COLLEGE ROAD EAST
P.O. BOX 627
PRINCETON, NJ 08542

SEALAND SUPERFUND SITE REMEDIATION TRUST
ATTN DAVID L COOK ESQ
NIXON PEABODY LLP
1100 CLINTON SQUARE
ROCHESTER, NY 14604

SEARS ROEBUCK & CO
C/O GEORGE F SANDERSON III
ELLIS & WINTERS LLP
PO BOX 33550
RALEIGH, NC 27636

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

SEWELL, CAROLYN S
2121 WINSLOW AVE
FLOWER MOUND, TX 75028-4513

SHAH ATUL C MD
2884 MANORWOOD DR
TROY, MI 48085-1145

SHIGA INTERNATIONAL PATENT OFFICE
MASATAKE SHIGA PRESIDENT
GRAN TOKYO SOUTH TOWER
1-9-2 MARUNOUCHI
CHIYODA KU TOKYO JAPAN 100-6620

SHUN-PING CHEN
AUF DER OHE 15
BARMSTEDT GERMANY D-25355

SIKORA GMBH
RUHLSDORFER STR 95 HAUS 81
STAHNSDORF BB 14532 GERMANY

SIMON PROPERTY GROUP
C/O GEORGE DUNCAN
DUNCAN & ADAIR, P.C.
7000 CENTRAL PARKWAY
SUITE 220
ATLANTA, GA 30328-4553

SMITH, JASON J
GREENE & REID
173 INTREPID LN
SYRACUSE, NY 13205-2550

SOLUTIA INC.
C/O JOHN COLLINS
HUSCH BLACKWELL SANDERS LLP
190 CARONDELET PLAZA
SUITE 600
ST. LOUIS, MO 63105

SOUTH TROY TECH LLC
MICHAEL S LEIB (P30470)
MADDIN, HAUSER, WARTELL, ROTH & HELLER PC
28400 NORTHWESTERN HWY  3RD FL
SOUTHFIELD, MI 48034

STAPLETON LOYD K
9168 GLENRIDGE BLVD
CENTERVILLE, OH 45458-5018

SG AURORA MASTER FUND LP
825 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

SHEIPE, ROBERT
484 E CARMEL DR PMB 311
CARMEL, IN 46032-2812

SHIRLEY BERNSTEIN-MASON
7737 LA MIRADA DR
BOCA RATON, FL 33433

SIDNEY EISENBERG
3406 VANTAGE POINTE DR
ROWLAND HEIGHTS, CA 91748-5115

SILVIA GUELFAND &
JOZEF MULLER JT TEN
BURGOS 240, DEPTO. 61
LAS CONDES
SANTIAGO, CHILE

SKINNER LANDFILL SITE PRP GROUP
C/O MICHAEL J O'CALLAGHAN
SHUMAKER, LOOP & KENDRICK LLP
41 S HIGH ST STE 2400
COLUMBUS, OH 43215

SOLANDINE, DIXIE H
1845 BARTH AVE
INDIANAPOLIS, IN 46203-3930

SORTZI, BRYAN K
57292 PLYMOUTH RD
WASHINGTON, MI 48094-3354

SPRANGER, ROY C
11421 MASONIC BLVD
WARREN, MI 48093-1128

STATE FARM MUTUAL ATUOMOBILE INSURANCE COMPANY
KEIS GEORGE LLP
55 PUBLIC SQUARE #800
CLEVELAND, OH 44113

STATE OF ARKANSAS/ADEQ
ARKANSAS ATTORNEY GENERAL
ATTN KENDRA AKIN JONES
323 CENTER STREET STE 400
LITTLE ROCK, AR 72201

STATE OF MD DEPT OF THE ENVIRONMENT
HORACIO TABLADA DIRECTOR OF LMA
MARYLAND DEPARTMENT OF THE ENVIRONMENT
1800 WASHINGTON BLVD
BALTIMORE, MD 21230

STATE OF NC DENR DIVISION OF WASTE MANAGEMENT
JOHN G REEN JR ESQ
NC OFFICE OF ATTORNEY GENERAL
ENVIRONMENTAL DIVISION
POST OFFICE BOX 629
RALEIGH, NC 27602-0629

STATE OF NC DENR-DIVISION OF WASTE MANAGEMENT
JOHN R GREEN JR, ESQ
NC OFFICE OF ATTORNEY GENERAL
ENVIRONMENTAL DIVISION
POST OFFICE BOX 629
RALEIGH, NC 27602-0629

STATE OF RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
TERENCE J TIERNEY S A A G
DEPARTMENT OF ATTORNEY GENERAL
150 SOUTH MAIN STREET
PROVIDENCE, RI 02903

STATE OF WISCONSIN DEPARTMENT OF NATURAL RESOURCES
C/O WILLIAM H RAMSEY, ASSISTANT ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
PO BOX 7857
MADISON, WI 53707-7857

STEPAN COMPANY
ATTN TIMOTHY W GARVEY ESQ
LATSHA DAVIS YOHE & MCKENNA P C
350 EAGLEVIEW BLVD SUITE 100
EXTON, PA 19341

STEVE MATSIL
4701 BONNIE CT
WEST BLOOMFIELD, MI 48322

STEVE MUELLER
ROSENFELDER RING 52
10315 BERLIN  GERMANY

STEVENS, BONITA
GREENE & REID
173 INTREPID LN
SYRACUSE, NY 13205-2550

STOLPIN, ROGER M
3136 QUICK RD
HOLLY, MI 48442-1059

SUBSCRIBING PARTIES TO THE CHEMSOL SUPERFUND SITE TRUST FL
C/O WILLIAM H HYATT JR, ESQ
K&L GATES LLP
ONE NEWARK CENTER TENTH FLOOR
NEWARK, NJ 07102-5252

SULHDOST LISA
OTTO-BRAUNSTR 19
40595 DUSSELDORF GERMANY

SUN MICROSYSTEMS INC
C/O LAWRENCE SCHWAB/THOMAS GAA
BIALSON, BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO, CA 94306

SUNRISE LANDFILL SITE PRP GROUP
MICHEL O'NEAL
WARNER NORCROSS & JUDD LLP
900 FIFTH THIRD CENTER, 111 LYON ST NW
GRAND RAPIDS, MI 49503-2487

SUPER SIGN COMPANY
HERRICK FEINSTEIN LLP
ATTN GLORIA HUANG
2 PARK AVE
NEW YORK, NY 10016

SUPPER, REINHARD
AM HORSTENSTEIN 24B
12277 BERLIN  GERMANY

SUSAN L VAN COTT
12389 AVENIDA CONSENTIDO
SAN DIEGO, CA 92128-3284

SUSAN R RAINES
C/O GREGORY P CAFOUROS, KROGER, GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204-5125

SUTLIFF, DALLAS E
22000 W WICKIE RD
BANNISTER, MI 48807-9302

SYRACUSE CHINA COMPANY
ATTN SUSAN A KOOACH, VP GENERAL COUNSEL & SECRETARY
300 MADISON AVENUE
TOLEDO, OH 43604

SYRACUSE CHINA COMPANY
C/O DUSTIN P ORDWAY ESQ
ORDWAY LAW FIRM
300 OTTAWA AVENUE NW SUITE 801
GRAND RAPIDS, MI 49503

TERJE SØRHAUG
HAAKONSVEGEN 24 B
5519 HAUGESUND NORWAY

TERRY MCCLAIN
11317 WAY CROSS RD
OKLAHOMA CITY, OK 73162

THANH PHUC THI
48-19 208TH STREET
BAYSIDE, NY 11364-1116

THE ADVENT GLOBAL OPPORTUNITY MASTER FUND
ADVENT CAPITAL MANAGEMENT LLC
ATTN CHUNG TAM
1271 AVENUE OF THE AMERICAS FL 45
NEW YORK, NY 10020

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA, MI 48152

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN ESQ
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN KAPLAN, ESQ.
2000 AVENUE OF THE STARS, 11TH FL
LOS ANGELES, CA 90067

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
c/o CITIGROUP GLOBAL MARKETS INC.
390 GREENWICH ST.
ATTN: CHETAN BANSAL
NEW YORK, NY 10013

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
c/o MORRISON & FOERSTER LLP
ATTN: CHARLES M. COLE & C.S. CAMPBELL
2000 PENNSYLVANIA AVE., NW
SUITE 5500
WASHINGTON, DC 20006

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
SIDLEY AUSTIN LLP
ATTN JEREMY ROSENTHAL ESQ
555 WEST FIFTH STRET, 40TH FLOOR
LOS ANGELES, CA 90013

THE CANYON VALUE REALIZATION FUND (CAYMAN) LTD
SIDLEY AUSTIN LLP
ATTN: JEREMY ROSENTHAL, ESQ.
555 WEST FIFTH ST, 40TH FL
LOS ANGELES, CA 90013

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119

THE CITY OF ANDERSON INDIANA
ATTN GARY MCKINNEY
120 EAST 8TH STREET
PO BOX 2100
ANDERSON, IN 46018

THE LIVERPOOL LIMITED PARTNERSHIP
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: ELLIOT GREENBERG
712 FIFTH AVENUE 35TH FLOOR
NEW YORK, NY 10019

THE LIVERPOOL LIMITED PARTNERSHIP
GREENBERG TRUARIG LLP
ATTN BRUCE R ZIRINSKY ESQ NANCY A MITCHELL ESQ
NEW YORK, NY

THE MASTROMARCO FIRM
ATTY FOR GERALD HAYNOR
1024 N. MICHIGAN AVE
SAGINAW, MI 48602-4325

THE PROCTER & GAMBLE CO
ATTN: JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST  STE 1900
CINCINNATI, OH 45202

THE QUAKER OATS COMPANY
ATTN LARS S JOHNSON ESQ VP - QTG/PCNA PATENT &
ENVIRONMENTAL LAW
PEPSICO CHICAGO
555 W MONROE ST MAIL CODE 11-12
CHICAGO, IL 60661

THE STANLEY WORKS
ATTN IRVIN M FREILICH
ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CENTER  17TH FL
NEWARK, NJ 07102

THE STANLEY WORKS
ATTN IRVIN M FREILICH
ROBERTSON FREILICH BRUNO & COHEN LLC
1 GATEWAY CENTER 17TH FL
NEWARK, NJ 07102

THOMAS ENDRES
4294 DOMINION BLVD
BRIGHTON, MI 48114-4984

THOMAS HANRAHAN
CGM IRA CUSTODIAN
3 VIDONI PLACE
HUNTINGTON, NY 11743-3815

THOMAS MANCEWICZ
2300 HILLCRESCENT
TROY, MI 48085

THOMAS SEILER
COMDIRECT BANK AG
PASCALLEHRE 15
QUICKBORN GERMANY 25451

THOMAS WILSON
BOX 20
BANGLAMUNG POST OFFICE
20150 CHONBURI THAILAND

THOMAS ZEBEHAZY
3364 W YORK CT
ROCHESTER HILLS, MI 48306-1470

THOROUGHBRED FUND LP
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PARKWAY
SHORT HILLS, NJ 07078

THOROUGHBRED FUND LP
C/O APPALOOSA MANAGEMENT LP
ATTN: KENNETH MAIMAN
51 JOHN F KENNEDY PKWY
SHORT HILLS, NJ 07078

THOROUGHBRED FUND LP
C/O GREENBERG TRAURIG LLP
ATTN: BRUCE R ZIRINSKY ESQ & NANCY A MITCHELL ESQ
200 PARK AVENUE
NEW YORK, NY 10166

THOROUGHBRED MASTER LTD
C/O APPALOOSA MANAGEMENT LP
51 JOHN F KENNEDY PARKWAY
ATTN  KENNETH MAIMAN
SHORT HILLS, NJ 07078

THOROUGHBRED MASTER LTD
C/O APPALOOSA MANAGEMENT LP
51 JOHN F KENNEDY PARKWAY
ATTN: KENNETH MAIMAN
SHORT HILLS, NJ 07078

THOROUGHBRED MASTER LTD
GREENBERG TRAURIG LLP
ATTN BRUCE R ZIRINSKY ESQ
200 PARK AVENUE
NEW YORK, NY 10166

THORSTEN JUNG
SEESTRASSE 4
56459 POTTUM GERMANY

TOWN CENTER AT COBB, LLC
C/O GEORGE DUNCAN
DUNCAN & ADAIR, P.C.
7000 CENTRAL PARKWAY
SUITE 220
ATLANTA, GA 30328-4553

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

TOWN OF SALINA
ATTN: FRANK C PAVIA
HARRIS BEACH PLLC
99 GARNSEY RD
PITTSFORD, NY 14534-4565

TOYOTA MOTOR CORPORATION
ATTN: TMC-LEGAL
NO.1 TOYOTA-CHO,
TOYOTA CITY, AICHI PREFECTURE, 471-8571
JAPAN

TOYOTA MOTOR CORPORATION
C/O FOLEY & LARDNER LLP
ATTN MATTHEW J RIOPELLE
402 W BROADWAY SUITE 2100
SAN DIEGO, CA 92101

TOYOTA MOTOR SALES U S A INC
ATTN TOBIN LIPPERT ESQ
19001 SOUTH WESTERN AVE HQ12
TORRANCE, CA 90509

TOYOTA MOTOR SALES U S A INC
MORGAN LEWIS & BOCKIUS LLP
ATTN WENDY E WALKER ESQ
101 PARK AVENUE
NEW YORK, NY 10178

TRACY L BARLOW
C/O GREGORY P CAFOUROS
KROGER GARDIS & REGAS LLP
111 MONUMENT CIR STE 900
INDIANAPOLIS, IN 46204-5125

TRUSTEES OF THE SCREEN ACTORS GUILD-
PRODUCER PENSION & HEALTH PLANS
3601 WEST OLIVE AVENUE
BURBANK, CA 91510-7830

TRUSTEES OF THE SCREEN ACTORS GUILD-PRODUCER PENSION & HE
PETER S DICKINSON
BUSH GOTTLIEB SINGER LOPEZ KOHANSKI ADELSTEIN & DICKINSON
500 NORTH CENTRAL AVENUE SUITE 800
GLENDALE, CA 91203

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

UBS AG
BINGHAM MCCUTCHEN LLP
ATTN KENNETH KOPELMAN
399 PARK AVENUE
NEW YORK, NY 10022

UBS AG
KENNETH A KOPELMAN ESQ PARTNER
BINGHAM MCCUTCHEN LLP
399 PARK AVENUE
NEW YORK, NY 10022

UBS AG
STEPHEN A THATCHER
DIRECTOR & COUNSEL
677 WASHINGTON BLVD 8TH FL
STAMFORD, CT 06901

UBS AG
STEPHEN A THATCHER
DIRECTOR & COUNSEL
UBS AG
677 WASHINGTON BLVD 8TH FLOOR
STAMFORD, CT 06901

UNICREDIT BANCA DI ROMA S.P.A
ATTN MR CRISTIANO CARLUCCI
VIA U TUPINI 180
00144 ROMA ITALY

UNITED STATES OF AMERICA
C/O UNITED STATES ATTORNEY'S OFFICE
NATALIE N KUEHLER, AUSA
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP
THOMAS D GOLDBERG ESQ
DAY PITNEY LLP
ONE CANTERBURY GREEN
STAMFORD, CT 06901

UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP
WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL
UNITED TECHNOLOGIES CORP
ONE FINANCIAL PLAZA MS 524
HARTFORD, CT 06103

UNITED TECHNOLOGIES CORPORATION, ON BEHALF OF ITS
FORMER SUBSIDIARY ESSEX GROUP INC
ATTN: WILLIAM F LEIKIN ESQ ASSISTANT GENERAL COUNSEL
UNITED TECHNOLOGIES CORP
ONE FINANCIAL PLAZA MS 524
HARTOFRD, CT 06103

UNIVAR USA INC
C/O LESLIE R SCHENCK
GARVEY SCHUBERT BARER
1191 2ND AVE  18TH FL
SEATTLE, WA 98101

UNIVAR USA INC
C/O LESLIE R SCHENCK
GARVEY SCHUBERT BARER
1191 SECOND AVE 18TH FL
SEATTLE, WA 98101-2939

UNIVAR USA INC
UNIVAR USA INC C/O LESLIE R SCHENCK
GARVEY SCHUBERT BARER
1191 SECOND AVENUE 18TH FLOOR
SEATTLE, WA 98101

UNIVERSAL UNDERWRITERS INS CO & ITS AFFILIATES
C/O FOX HEFTER SWIBEL LEVIN & CARROLL LLP
ATTN MARGARET M ANDERSON
200 W MADISON ST SUITE 3000
CHICAGO, IL 60606

UPDEGRAFF, DALE E
2346 WESTDALE CT
KOKOMO, IN 46901-5090

US BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE F/B/O
BODMAN LLP
C/O MARC M BAKST ESQ
1901 ST ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48228

US BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE F/B/O
CORPORATE TRUST SERVICES DIVISION
ATTN: DEBORAH A IBRAHIM, VP
ONE FEDERAL STREET
BOSTON, MA 02110

US BANK NATIONAL ASSOCIATION AS OWNER TRUSTEE F/B/O
EDWARDS ANGELL PALMER DODGE LLP
RICHARD HIERSTEINER ESQ AND JEANNE P DARCEY ESQ
111 HUNTINGTON AVENUE
BOSTON, MA 02199

US CUSTOMS AND BORDER PROTECTION
ATTN REVENUE DIVISION BANKRUPTCY TEAM
6650 TELECOM DR SUITE 100
INDIANAPOLIS, IN 46278

VALLEYCREST LANDFILL SITE GROUP
ATTN: JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST, STE 1900
CINCINNATI, OH 45202

VALLEYCREST LANDFILL SITE GROUP MEMBERS
ATTN JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI, OH 45202

VAN COTT, PETER
12389 AVENIDA CONSENTIDO
SAN DIEGO, CA 92128-3284

VANDERWALL, DAVID J
737 WILLINGTON WAY
THE VILLAGES, FL 32162-2607

VEHICLE OCCUPANT SENSING SYSTEM LLC
C/O TADLOCK LAW FIRM
ATTN: CRAIG TADLOCK ESQ
400 E ROYAL LANE SUITE 290
IRVING, TX 75039

VESTY, JOHN P
250 MARMOOR CT
ROCHESTER HILLS, MI 48309-1782

VINSON & ELKINS LLP
C/O CHARLES D TETRAULT
THE WILLARD OFFICE BLDG
1455 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-1008

VINSON & ELKINS LLP
JANE LEE VRIS
C/O VINSON & ELKINS LLP
666 FIFTH AVE 26TH FL
NEW YORK, NY 10103-0040

WACHOVIA BANK, NATIONAL ASSOCIATION
C/O RUSKIN MOSCOU FALTISCEK PC
1425 RXR PLAZA
UNIONDALE, NY 11556

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WASTE MANAGEMENT OF OHIO INC
C/O JACQUOLYN E MILLS
1001 FANNIN STREET SUITE 4000
HOUSTON, TX 77002

WASTE MANAGEMENT OF OHIO INC
C/O JACQUOLYN E MILLS
1001 FANNIN STREET SUITE 4000
HOUSTON, TX 77002

WASTE MANAGEMENT OF OHIO INC
C/O JACQUOLYN E MILLS
1001 FANNIN STREET SUITE 4000
HOUSTON, TX 77002

WASTE-STREAM, INC
ATTN: GENERAL COUNSEL (RE: POTSDAM SITE)
C/O CASELLA WAST SYSTEMS, INC
25 GREENS HILL LN
RUTLAND, VT 05701

WATER SERVICES DEPT OF MONTGOMERY COUNTY OHIO
DOUGLAS TROUT ESQUIRE
DAYTON-MONTGOMERY COUNTY COURTS BLDG
301 W THIRD STREET
DAYTON, OH 45402

WATKINS TRUCKS, INC
ATTN. GEORGE WATKINS, PRESIDENT
4031 NEW CASTLE AVEUNE
NEW CASTLE, DE 19720

WATKINS TRUCKS, INC.
ATTN. GEORGE WATKINS, PRESIDENT
4031 NEW CASTLE AVENUE
NEW CASTLE, DE 19720

WATKINS TRUCKS, INC.
C/O PHILLIPS GOLDMAN & SPENCE, P A
ATTN: STEPHEN W SPENCE, ESQUIRE
1200 NORTH BROOM STREET
WILMINGTON, DE 19806

WDC EXPLORATION & WELLS
1300 NATIONAL DR STE 140
SACRAMENTO, CA 95834-1981

WENDALL L WHITE
2520 IH 10 #21 RM 137
BEAUMONT, TX 77703-4968

WESTERN RESERVE MUTUAL CASUALTY COMPANY
ROBERTS, MATEJCZYK AND ITACO LPA
5045 PARK AVE WEST
SUITE 2B
SEVILLE, OH 44273

WESTERN RESERVE MUTUAL CASUALTY COMPANY
ROBERTS, MATEJCZYK AND ITACO LPA
5045 PARK AVENUE WEST
SUITE 2B
SEVILLE, OH 44273

WICE HARVEY
50 CROCKER BLVD, SUITE 100
MOUNT CLEMENS, MI 48043-2580

WIGGINS, JUDY M
2892 CHURCHILL DR
KINSTON, NC 28504-9036

WILLIAM A HEIDORN
5420 GILBERT AVE
LA GRANGE HIGHLANDS, IL 60525

WILLIAM A HEIDORN
5420 WILLOW SPRINGS RD
LA GRANGE HIGHLANDS, IL 60525-7013

WILLIAM LOCKE
116 PARKWOODS CT
NOBLE, OK 73068-9399

WILLIAM SIMMONS
2935 TIMBER LANE
JANESVILLE, WI 53548

WILLIAM SIMMONS
2935 TIMBER LANE
JANESVILLE, WI 53548

WILSON, MARLIN
6668 N BLUE RIVER RD
ARLINGTON, IN 46104-9471

WIRTH THOMAS
WIRTH, THOMAS
27780 NOVI RD STE 105
NOVI, MI 48377-3427

WORKERS COMPENSATION COURT OF OKLAHOMA
KEVIN BLANEY PC
PO BOX 657
OKLAHOMA CITY, OK 73101-0657

YOSEMITE CREEK PRP GROUP
C/O NICHOLAS W. VAN AELSTYN
BEVERIDGE& DIAMOND PC
456 MONTGOMERY STREET, SUITE 1800
SAN FRANCISCO, CA 94104

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

ZITZLER, JEAN
858 TARRANT DR
FONTANA, WI 53125-1334

# EXHIBIT C

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
FAX: 410-752-2519

GOHN, HANKEY & STICHEL, LLP
ATTN: B DELFINO
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
FAX: 410-752-2519

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
FAX: 212-668-2255

# EXHIBIT D

DANIEL PLOUFFE
70 FONTANA LN
GROSSE POINTE SHORES, MI 48236-1505

DAY PITNEY LLP
ATTY FOR UNITED TECHNOLOGIES CORP
DANIEL J. CARRAGHER, ESQ.
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATTN: JEFFREY A. SOBLE
321 NORTH CLARK STREE, STE 2800
CHICAGO, IL 60654-5313

FOLEY & LARDNER LLP
V. VILAPLANA & M. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101

HARRIS BEACH PLLC
100 WALL STREET
NEW YORK, NY 10005

HARRIS BEACH PLLC
ATTN: L WOODARD
ONE PARK PLACE,4TH FL
300 SOUTH STATE STREET
SYRACUSE, NY 13202

KIRKLAND & ELLIS LLP
ATTY FOR NEW UNITED MOTOR MANUF.
ATTN: RICHARD M. CIERI
601 LEXINGTON AVENUE
NEW YORK, NY 10005

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60654

NYS DEPT OF ENVIRO CONSERVATION
MAUREEN F. LEARY, AAG
THE CAPITOL
OFFICE OF THE NYS ATTORNEY GENERAL
ALBANY, NY 12224

ONONDAGA COUNTY NEW YORK
KEVIN C MURPHY ESQ
THE WLADIS LAW FIRM PC
5795 WIDEWATERS PKWY, PO BOX 245
SYRACUSE, NY 13214

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATT.
JOHN H MULROY CIVIC CENTER 10TH FL
421 MONTGOMERY STREET
SYRACUSE, NY 13202

THE WLADIS LAW FIRM, P.C
ATTY FOR ONONDAGA COUNTY, NY
ATTN: KEVIN C. MURPHY
6312 FLY ROAD
EAST SYRACUSE, NY 13057