**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

<u>AMENDED NOTICE OF MATTERS SCHEDULED</u>
<u>FOR  HEARING ON MARCH 1, 2011 AT 9:45 A.M.</u>

Location of Hearing:  United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton U.S. Custom House, before the
Honorable Robert E. Gerber, United States Bankruptcy Judge,
Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED MATTERS

1.    Motion of Debtors for Entry of an Order Establishing Claims Reserves in
Connection with Distribution to Be Made Under the Debtors' Amended
Chapter 11 Plan (the "**Reserve Motion for Fully Unliquidated Claims**")
(**ECF No. 9212**)

<u>Responses Filed</u>:

A.    Toyota Motor Corporation's Reservation of Rights and
Opposition to the Reserve Motion for Fully Unliquidated Claims
(the "**Toyota Objection**") (**ECF No. 9335**)

B.    Response to Debtors' the Reserve Motion for Fully Unliquidated
Claims by Edmund J. Sterniak (the "**Sterniak Objection**")
(**ECF No. 9356**)

C.    Limited Response of Wells Fargo Bank Northwest, N.A., as
Agent for the TPC Lenders, to (I) the Reserve Motion for Fully
Unliquidated Claims; and (II) Motion of Debtors for Entry of an
Order Estimating Maximum Amount of Certain Claims for
Purposes of Establishing Claims Reserves Under the Debtors'
Amended Joint Chapter 11 Plan (**ECF No. 9362**)

D.   New United Motor Manufacturing, Inc.'s Objection to the Debtors' Claims Estimation and Reserve Motions (**ECF No. 9365**)

E.   State of New York's Limited Objection to, and Request for Clarification of, the Reserve Motion for Fully Unliquidated Claims (the "**New York Objection**") (**ECF No. 9387**)

F.   Objection of JPMorgan Chase Bank, N.A., as Agent, to the Reserve Motion for Fully Unliquidated Claims (the "**J.P. Morgan Objection**") (**ECF No. 9409**)

G.   Objection to the Reserve Motion for Fully Unliquidated Claims by Sharyl Y. Carter (the "**Carter Objection**") (**ECF No. 9437**)

H.   Objection to the Reserve Motion for Fully Unliquidated Claims by Tracy Woody (the "**Woody Objection**") (**ECF No. 9436**)

I.   Response of Sentry Insurance A Mutual Company and Sentry Select Insurance Company to the Reserve Motion for Fully Unliquidated Claims (the "**Sentry Objection**") (**ECF No. 9429**)

Replies Filed:

J.   Debtors' Omnibus Reply to Objections Received in Connection with the Reserve Motion for Fully Unliquidated Claims (**ECF No. 9469**)

Additional Documents:       None to date.

**Status:**       This matter is going forward.  All objections have been resolved except for the Toyota Objection, Sterniak Objection, Carter Objection, and the Woody Objection. The J.P. Morgan Objection is resolved, but a statement will be made on the record by counsel.  The Sentry Objection appears to be a reservation of rights only.

2.   Motion of Debtors for Entry of an Order Estimating Maximum Amount of Certain Claims for Purposes of Establishing Claims Reserves under the Debtors' Amended Joint Chapter 11 Plan (the "**Reserve Motion for Partially Unliquidated Claims**") (**ECF No. 9213**)

Responses Filed:

A.   MTech Associates, LLC's Limited Objection to the Reserve Motion for Partially Unliquidated Claims (**ECF Nos. 9304 and 9375**)

B.      Watkins Trucks, Inc.'s Limited Objection to the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9321**)

C.      Toyota Motor Corporation's Reservation of Rights and Opposition to the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9334**)

D.      Limited Objection of Town of Salina to the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9337**)

E.      Objection of Enterprise Holdings Inc. to the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9340**)

F.      Objection of Onondaga County, New York to the Reserve Motion for Partially Unliquidated Claims (the "**Onondaga Objection**") (**ECF No. 9354**)

G.      Limited Response of Wells Fargo Bank Northwest, N.A., as Agent for the TPC Lenders, to (I) the Reserve Motion for Fully Unliiquidated Claims; and (II) the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9362**)

H.      New United Motor Manufacturing, Inc.'s Objection to the Debtors' Claims Estimation and Reserve Motions (**ECF No. 9365**)

I.      Response of United Technologies Corporation to the Reserve Motion for Partially Unliquidated Claims (the "**United Technologies Objection**") (**ECF No. 9386**)

J.      State of New York's Limited Objection to, and Request for Clarification of, the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9387**)

K.      Daniel Plouffe's Response the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9406**)

Replies Filed:

L.      Debtors' Omnibus Reply to Objections Received in Connection with the Reserve Motion for Partially Unliquidated Claims (**ECF No. 9463**)

Additional Documents:          None to date.

**Status:**          This matter is going forward.  All objections have been resolved except for the Onondaga Objection and United

Technologies Objection.  All other objections listed above have been resolved.

3.    Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) (**ECF No. 5908**)

Responses Filed:

    A.    Ohio Department of Taxation (the "**Ohio Response**") (**ECF No. 6107**)

    B.    State of Michigan, Department of the Treasury (**ECF No. 6109**)

    C.    IRS (the "**IRS Response**") (Informal)

Replies Filed:

    D.    Debtors' Reply to the Ohio Response (**ECF No. 9421**)

Additional Documents:

    E.    Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) (**ECF No. 6184**)

    F.    Revised Order Granting Debtors' Seventeenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) (**ECF No. 6268**)

    G.    Additional Order Granting Debtors' Seventeenth Omnibus Objection to Claims (**ECF No. 6643**)

**Status:**    The matter is going forward with respect to the Ohio Response.  The Debtors and the IRS have entered into a stipulation and order to be submitted to the Court at the hearing.  The State of Michigan ("**Michigan**") has withdrawn all of its claims that are subject to the Seventeenth Omnibus Objection (the "**Objection**"), and therefore, the Objection will be withdrawn as to Michigan. This fully resolves the Seventeenth Omnibus Objection.

4.    Debtors' Objection to Proof of Claim No. 69998 filed by Thomas Smalley (**ECF No. 8899**)

Responses Filed:

    A.       Response to or Answer to Debtors' Objection filed by Thomas Smalley (**ECF No. 9488**)

Replies Filed:          None to date.

Additional Documents:      None to date.

**Status:**      The Debtors received a late-filed response from Thomas Smalley the day before the hearing. This matter is going forward.

## II.    UNCONTESTED MATTERS

1.    Debtors' Motion to Reclassify Proof of Claim 60528 Filed by the Michigan Department of Environmental Quality (**ECF No. 8900**)

    Responses Filed:

    A.       Michigan Department of Environmental Quality's Response to Debtors' Motion to Reclassify Proof of Claim 60528 (**ECF No. 9358**)

    Replies Filed:          None to date.

    Additional Documents:      None to date.

    **Status:**      The Debtors and the Michigan Department of Environmental Quality have entered into a stipulation which will be submitted to the Court at the hearing.

2.    Debtors' Motion Pursuant to 11 U.S.C. § 365(a) to Reject Utility Services Agreement (**ECF No. 8492**)

    Responses Filed:

    A.       Objection of DTE Pontiac North, LLC to Debtors' Motion Pursuant to 11 U.S.C. § 365(a) to Reject Utility Services Agreement (**ECF No. 8944**)

    Replies Filed:          None to date.

    Additional Documents:      None to date.

    **Status:**      The Debtors and DTE Pontiac North, LLC have reached an agreement in principle to resolve this matter by stipulation and agreed order, which will be submitted to the Court at the conclusion of the hearing.

3.  Motion of Debtors for Entry of Order Pursuant to Sections 105(a) and
    363(b) of the Bankruptcy Code (I) Authorizing the Providing of Certain
    Retiree Benefits Consistent with Union Settlement Agreement by General
    Motors LLC and (II) Granting Participation in General Unsecured Claim
    (**ECF No. 9121**)

    Responses Filed:            None to date.

    Replies Filed:              None to date.

    Additional Documents:       None to date.

    **Status:**     This matter is going forward.

4.  Motion of the Junsos to Be Deemed to have Timely Filed an Informal
    Proof of Claim or, Alternatively, for Leave to Late File a Proof of Claim
    (**ECF No. 7294**)

    Responses Filed:

    A.  Objection of the Official Committee of Unsecured Creditors of
        Motors Liquidation Company to Motion of the Junsos to Be
        Deemed to Have Filed an Informal Proof Of Claim or,
        Alternatively, For Leave to Late File a Proof of Claim (**ECF No.
        7737**)

    Replies Filed:              None to date.

    Additional Documents:       None to date.

    **Status:**     The Debtors, Official Committee of Unsecured Creditors
                    and the Junsos have an agreement in principle to resolve
                    this matter pursuant to a stipulation and order, which will
                    be submitted to the Court at the hearing.

5.  Debtors' Objection to Proof of Claim No. 02307 Filed by Bobbie Jean
    Ford Pierce (**ECF No. 8941**)

    Responses Filed:            None to date.

    Replies Filed:              None to date.

    Additional Documents:       None to date.

    **Status:**     This matter is going forward.

6.      Debtors' Objection to Proof of Claim 69923 Filed by Ella M. Lewis (**ECF No. 8880**)

> Responses Filed:            None to date.

> Replies Filed:              None to date.

> Additional Documents:       None to date.

> **Status:**      This matter is going forward.

7.      Debtors' Objection to Proof of Claim 69969 Filed by Luceal Anderson (**ECF No. 8881**)

> Responses Filed:            None to date.

> Replies Filed:              None to date.

> Additional Documents:       None to date.

> **Status:**      This matter is going forward.

8.      Debtors' Objection to Proof of Claim 69970 Filed by Bernadine Toliver (**ECF No. 8882**)

> Responses Filed:            None to date.

> Replies Filed:              None to date.

> Additional Documents:       None to date.

> **Status:**      This matter is going forward.

9.      Debtors' Objection to Proof of Claim 70000 of Audrey Magee (**ECF No. 8883**)

> Responses Filed:            None to date.

> Replies Filed:              None to date.

> Additional Documents:       None to date.

> **Status:**      This matter is going forward.

10.     Debtors' Objection to Proof of Claim No. 70461 Filed by Christi Coleman (**ECF No. 8896**)

Responses Filed:              None to date.

Replies Filed:              None to date.

Additional Documents:     None to date.

**Status:**      This matter is going forward.

11.    Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) (**ECF No. 5909**)

Responses Filed:

    A.    City and County of San Francisco ("**San Francisco**") (Informal)

Replies Filed:              None to date.

Additional Documents:

    B.    Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Tax Claims Assumed by General Motors, LLC) (**ECF No. 6185**)

**Status:**      This matter is going forward on an uncontested basis as San Francisco has notified the Debtors that it will not contest the Eighteenth Omnibus Objection to Claims.

12.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

    A.    Response by Deborah Dilks (**ECF No. 6510**)

    B.    Michael Jones Objection/Opposition to Omnibus Objection for claim # 29055 (the "**Jones Response**") (**ECF No. 6513**)

    C.    Objection to the Purported Reclassification of my Claim [#44210] in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented With My Claim [# 44240]; And For Other Purposes [Timely or By Leave of Court] Related Hereto by Marvin Echols (**ECF No. 6445**)

    D.    Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (**ECF No. 6446**)

    E.       Claimant Rachel Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6447**)

    F.       Objection to Motion to Reclassify Claim by Doyle Carmack (**ECF No. 6475**)

    G.       Erma Jeanine Buckley (Informal)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:     None to date.

**<u>Status</u>:**        This matter is going forward only with respect to the Jones Response, which will be on an uncontested basis as Michael Jones has notified the Debtors that he will not oppose the Debtors' Twenty-Seventh Omnibus Objection to Claims.  All responses listed above except the Jones Response are adjourned to March 29, 2011, at 9:45 a.m.

13.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

    <u>Responses Filed</u>:

    A.       Limited Response and Reservation of Rights of New Flyer of America, Inc. to the Debtors' 110th Omnibus Objection to Claims (the "**New Flyer Response**") (**ECF No. 8232**)

    B.       Response of Northrop Grumman Ohio Corporation to the Debtors' 110th Omnibus Objection to Claims (the "**Northrop Response**") (**ECF No. 8346**)

    C.       Cummins Inc.'s Response to the Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (the "**Cummins Response**") (**ECF No. 8393**)

    D.       Granite State Insurance Company et al. (Informal)

    E.       Detroit Diesel Corporation (Informal)

    F.       Expedition Helicopters (Informal)

<u>Replies Filed</u>:          None to date.

Additional Documents:

> G.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

> **Status:**    The Debtors are attempting to reach a consensual order with respect to each of the claimants that filed the above responses, which will be submitted to the Court at the hearing.  In the event the consensual orders are not agreed upon by the hearing, this matter will be adjourned to March 9, 2011, at 9:45 a.m.

14.    Debtors' 146th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8819**)

> Responses Filed:              None to date.

> Replies Filed:              None to date.

> Additional Documents:        None to date.

> **Status:**        This matter is going forward.

15.    Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8820**)

> Responses Filed:

> > A.    Response to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by David Radke (the "**Radke Response**") (**ECF No. 9285**)

> > B.    Objection to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by Dale R. Spirnak (**ECF No. 9291**)

> Replies Filed:              None to date.

> Additional Documents:        None to date.

> **Status:**        This matter is going forward except for the Radke Response and Spirnak Response, which are adjourned to March 29, 2011 at 9:45 a.m.

16.    Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8821**)

Responses Filed:

    A.    Response to Claim Objection by Thomas Jarusinski (the
"**Jarusinski Response**") (**ECF No. 9076**)

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except for the Jarusinski
Response, which is adjourned to March 29, 2011 at 9:45
a.m.

17.    Debtors' 149th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8822**)

Responses Filed:      None to date.

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

18.    Debtors' 150th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8823**)

Responses Filed:      None to date.

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

19.    Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8824**)

Responses Filed:

    A.    Objection to Debtors' 151st Omnibus Objection to Claims  by
Mark F. Hasson III (**ECF No. 9287**)

    B.    Lindell L. Estes (Informal)

    C.    Barney J. Rosso (Informal)

    D.      Lindell Estes (Informal)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:      None to date.

**<u>Status</u>:**        This matter is going forward except for each of the responses listed above, which are adjourned to March 29, 2011, at 9:45 a.m.

20.    Debtors' 152nd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8825**)

    <u>Responses Filed</u>:

    A.      Response to Claim by Thomas Jarusinski (the "**Jarusinski Response**") (**ECF No. 9076**)

    B.      Nelly Bauer-Rollandin (the "**Bauer-Rollandin Response**") (Informal)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:      None to date.

**<u>Status</u>:**        This matter is going forward except for the Jarusinski Response and Bauer-Rollandin Response, which are adjourned to March 29, 2011 at 9:45 a.m.

21.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

    <u>Responses Filed</u>:

    A.      Response to Motion to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) by Ruth Meyer (the "**Meyer Response**") (**ECF No. 9075**)

    B.      Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (the "**Tanciar  Response**") (**ECF No. 9308**)

<u>Replies Filed</u>:           None to date.

Additional Documents:        None to date.

**Status:**        This matters is going forward except for Meyer Response
and Tanciar Response, which are adjourned to March 29,
2011, at 9:45 a.m.

22.    Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8827**)

Responses Filed:

   A.    Response to Debtors' 154th Omnibus Objection to Claims by
Carroll R. Waters (the "**Waters Response**") (**ECF No. 9347**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matters is going forward except for the Waters
Response, which is adjourned to March 29, 2011, at 9:45
a.m.

23.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8828**)

Responses Filed:

   A.    Response to Debtor's Motion Re: Claim Amount by Hugo
Anderson (the "**Anderson Response**") (**ECF No. 9222**)

   B.    Response To Debtors' 155th Omnibus Objection Re: Claim No.
45172 by Daniel Plouffe (the "**Plouffe Response**") (**ECF No.
9403**)

   C.    Domencia S. Dittmeier (the "**Dittmeier Response**") (Informal)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward except for the Anderson
Response, Plouffe Response and Dittmeier Response,
which are adjourned to March 29, 2011, at 9:45 a.m.

24.    Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8829**)

Responses Filed:

    A.    Response to Debtors' Motion Re: Claim No. 68114 by Edmund J. Sterniak Jr. (the "**Sterniak Response**") (**ECF No. 9356**)

    B.    William Darras (the "**Darras Response**") (Informal)

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except for the Sterniak Response and the Darras Response. The Sterniak Response is adjourned to March 29, 2011, 9:45 a.m. The 156th Omnibus Objection to Claims is withdrawn with respect to claim no. 17900 filed by William Darras.

25.    Debtors' 157th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8836**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

26.    Debtors' 158th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8839**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

27.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.    Response to Motion re Debtors' 159th Omnibus Objection to Claims by Sentry Select Insurance Company (the "**Sentry Response**") (**ECF No. 9430**)

      B.      Arrowood Indemnity Company (the "**Arrowood Response**") (Informal)

      C.      Travelers Indemnity Company (the "**Travelers Response**")

<u>Replies Filed</u>:      None to date.

<u>Additional Documents</u>:      None to date.

<u>**Status:**</u>      This matter is going forward except for the Arrowood Response, Travelers Response and Sentry Response. The Arrowood Response is adjourned to March 29, 2011 at 9:45 a.m. The Debtors and Sentry Select Insurance Company have an agreement in principle to resolve the Sentry Response through a consent order that will be submitted to the Court at the hearing or shortly thereafter.

28.      Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

      <u>Responses Filed</u>:

      A.      Response of Modcomp, Inc. to Debtors' 160th Omnibus Objection to Claims (the "**Modcomp Response**") (ECF No. 9349)

      B.      Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (the "**DLA Piper Response**") (ECF No. 9359)

      C.      Sundram International Inc. (the "**Sundram Response**") (Informal)

<u>Replies Filed</u>:      None to date.

<u>Additional Documents</u>:      None to date.

<u>**Status**</u>:      This matter is going forward except for the Modcomp Response, the DLA Piper Response and the Sundram Response, which are adjourned to March 29, 2011 at 9:45 a.m.

29.      Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

      <u>Responses Filed</u>:

    A.    Lapeer Metal Stamping Companies, Inc.'s Response in Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9322**)

    B.    Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    C.    Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

    D.    Crown Equipment Corporation's Response to the Debtors' 161st Omnibus Objection to Claims (**ECF No. 9351**)

    E.    Johann Hay GmbH & Co KG (Informal)

    F.    Carrier Corp. (Informal)

    G.    Haden Schweitzer Corporation (the "**Haden Response**") (Informal)

    H.    Sundram Fasteners Limited (Informal)

    I.    Moody's Investors Service (Informal)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except for each of the responses listed above.  All of the responses listed above except the Haden Response are adjourned to March 29, 2011, at 9:45 a.m.  The 161st Omnibus Objection to Claims is withdrawn with respect to claim no. 51355, filed by Haden Schweitzer Corporation.

30.    Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8844**)

Responses Filed:

    A.    John N. Graham, Trustee (the "**Graham Response**") (informal)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except for the Graham

Response, which is adjourned to March 29, 2011 at 9:45 a.m.

31.    Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

Responses Filed:

   A.    Jack Wendall and Freda Peterson (the "**Wendall Response**") (Informal)

   B.    Marion and Della Goble (the "**Goble Response**") (Informal)

   C.    Donald Kaufman (the "**Kaufman Response**") (Informal)

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is going forward except for the Wendall Response, Goble Response, and Kaufman Response.  The Wendall Response and Goble Response are adjourned to March 29, 2011, at 9:45 a.m.  The 163rd Omnibus Objection to Claims is withdrawn with respect to claim no. 62927, filed by Donald Kaufman.

32.    Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

Responses Filed:

   A.    Response to Debtors' Motion to Disallowing and Expunging Claim No. 15821 by Patricia A. Chapman, Sean J. Chapman (the "**Chapman Response**") (**ECF No. 9257**)

   B.    Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (the "**Daniel Response**") (**ECF No. 9384**)

   C.    Fernando and Bertha Ibarra (the "**Ibarra Response**") (Informal)

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is going forward except for the Daniel Response, Ibarra Response and the Chapman Response.

> The Daniel Response is adjourned to March 29, 2011, at
> 9:45 a.m. The 164th Omnibus Objection to Claims is
> withdrawn with respect to the claim no. 15821, filed by
> Sean J. Chapman and the claim no. 974, filed by Fernando
> and Bertha Ibarra.

33.     Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar
        Date Orders (Late-Filed Claims) (**ECF No. 8847**)

        Responses Filed:

        A.      Response to Debtors' 165 Omnibus Objection to Claims and
                Motion Requesting Enforcement of Bar Date Orders by Stanley
                R. Stasko (the "**Stasko Response**") (**ECF No. 9251**)

        B.      Objection to Debtors' Motion Expunging Claim by Theresa M.
                McHugh (**ECF No. 9231**)

        C.      Response in Opposition of Pompey Dodge to Debtors' 165th
                Omnibus Objection to Claims and Motion Requesting
                Enforcement of the Bar Date Orders (**ECF No. 9298**)

        D.      Response of Debtors' Objection to Proof of Claim #70180 by
                Betty E. Dalton (**ECF No. 9344**)

        E.      Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug
                (**ECF No. 9369**)

        F.      Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny
                (**ECF No. 9408**)

        G.      James Hoerig (Informal)

        H.      Brandon J. Davis (Informal)

        I.      Rachel L. Boodram (Informal)

        J.      Ronald L. Phillips (Informal)

        K.      Wayne Hutchinson (Informal)

    Replies Filed:              None to date.

    Additional Documents:       None to date.

    **Status:**        This matter is going forward except for each of the
                       responses listed above.  All of the responses listed above

except the Stasko Response are adjourned to March 29, 2011 at 9:45 a.m.  The 165th Omnibus Objection to Claims is withdrawn with respect to claim no. 70285, filed by Stanley R. Stasko.

34.  Debtors' 166th Omnibus Objection to Claims (Duplicate Debt Claims– Industrial Revenue Bonds) (**ECF No. 8848**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**        This matter is going forward.

35.  Debtors' 167th Omnibus Objection to Claims (Products Liability Claims Assumed by General Motors LLC) (**ECF No. 8849**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**        This matter is going forward.

36.  Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

A.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.    Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.    Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.    Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.    Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

<u>Replies Filed</u>:                None to date.

<u>Additional Documents</u>:        None to date.

**<u>Status</u>:**        This matter is going forward except for each of the responses listed above, which are adjourned to March 29, 2011, at 9:45 a.m.

37.    Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

   <u>Responses Filed</u>:

   A.    Response to Claim by Thomas Jarusinski (the "**Jarusinski Response**") (**ECF No. 9076**)

   B.    Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (the "**Meder Response**") (**ECF No. 9293**)

   C.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (the "**Johnson-Green Response**") (**ECF No. 9286**)

   D.    Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (the "**Szynski Response**") (**ECF No. 9253**)

   E.    Objection to Debtors' 169th Omnibus Objection to Claims by Melvin J. Kendziorski (the "**Kendziorski Response**") (Informal)

   <u>Replies Filed</u>:                None to date.

   <u>Additional Documents</u>:        None to date.

   **<u>Status</u>:**        This matter is going forward except for the Jarusinski Response, Meder Response, Johnson-Green Response, Szynski Response, and Kendziorski Response, which are adjourned until March 29, 2011 at 9:45 a.m.

38.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

   <u>Responses Filed</u>:

   A.    Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (the "**Sterett Response**") (**ECF No. 9355**)

Replies Filed:           None to date.

Additional Documents:      None to date.

**Status:**       This matter is going forward except for the Sterett Response, which is adjourned to March 29, 2011 at 9:45 a.m.

39.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

    A.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (the "**Johnson-Green Response**") (**ECF No. 9286**)

    B.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (the "**Curzan Response**") (**ECF No. 9357**)

    C.    Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (the "**Kaspzyk Response**") (**ECF No. 9434**)

    D.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:           None to date.

Additional Documents:      None to date.

**Status:**       This matter is going forward except for the Johnson-Green Response, Curzan Response, Kaspzyk Response, and Fetouh Response, which are adjourned to March 29, 2011, at 9:45 a.m.

40.    Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims, by Ronald Tanciar (the "**Tanciar Response**") (**ECF No. 9308**)

Replies Filed:           None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward except for the Tanciar Response, which is adjourned to March 29, 2011, at 9:45 a.m.

41.    Debtors' 173rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8855**)

Responses Filed:      None to date.

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward.

42.    Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

   A.    Objection to Debtors' 153rd Omnibus Objection to Claims, by Ronald Tanciar (**ECF No. 9308**)

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward except for the Tanciar Response, which is adjourned to March 29, 2011, at 9:45 a.m.

43.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

   A.    Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (the "**Singer Response**") (**ECF No. 9273**)

   B.    Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (the "**Kuechenmeist Response**") (**ECF No. 9239**)

Replies Filed:      None to date.

<u>Additional Documents</u>:          None to date.

<u>**Status:**</u>          This matter is going forward except for the Singer Response and the Kuechenmeist Response, which are adjourned to March 29, 2011 at 9:45 a.m.

44.    Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8858**)

<u>Responses Filed</u>:

A.    Richard Knoth (the "**Knoth Response**") (**ECF No. 9391**)

B.    Objection to Debtors' 176th Omnibus Objection to Claims by Melvin J. Kendziorski (the "**Kendziorski Response**") (Informal)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:          None to date.

<u>**Status:**</u>          This matter is going forward except for the Knoth Response and Kendziorski Response, which are adjourned to March 29, 2011, at 9:45 a.m.

45.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

<u>Responses Filed</u>:

A.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

B.    Richard A. Knoth (the "**R.A. Knoth Response**") (**ECF No. 9402**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:          None to date.

<u>**Status:**</u>          This matter is going forward except for the R.A. Knoth Response and the Fetouh Response, which are adjourned to March 29, 2011, at 9:45 a.m.

46.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF 8861**)

<u>Responses Filed</u>:          None to date.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward.

47.     Debtors' 179th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8862**)

Responses Filed:

    A.    Objection to Debtors' 179th Omnibus Objection to Claims, by Larry Schramm (the "**Schramm Response**") (**ECF No. 9288**)

    B.    Objection to Debtors' 179th Omnibus Objection to Claims, by Alan C. Zak (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412)**

    C.    Kathryn J. Slade ("**Slade Response**") (**ECF No. 9433**)

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward except for the Schramm Response, Zak Response, and Slade Response, which are adjourned to March 29, 2011 at 9:45 a.m.

48.     Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**        This matter is going forward.

49.     Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

    A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

      B.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

      C.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

      D.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

      E.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

      F.      Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:              None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward except for each of the responses listed above, which are adjourned until March 29, 2011 at 9:45 a.m.

50.      Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

      A.      Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (the "**Singer Response**") (**ECF No. 9270**)

      B.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (the "**Sheipe Response**") (**ECF No. 9376**)

      C.      Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (the "**Turner Response**") (**ECF No. 9393**)

      D.      Calvin Purnell Response and Objections to Debtors' 182nd Omnibus Objection to Claims (the "**Purnell Response**") (ECF No. 9491)

Replies Filed:              None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward except for the Singer Response, Sheipe Response, Turner Response, and the Purnell Response, which are adjourned to March 29, 2011 at 9:45 a.m.

51.    Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

Responses Filed:

A.    Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

B.    Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

C.    Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

D.    Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward except for each of the responses listed above, which are adjourned to March 29, 2011 at 9:45 a.m.

52.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

Responses Filed:

A.    Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

B.    Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

C.    Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

D.      Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

Replies Filed:          None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward except for each of the responses listed above, which are adjourned to March 29, 2011 at 9:45 a.m.

53.      Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

A.      Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (the "**McClain Response**") (**ECF No. 9241**)

B.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (the "**Sheipe Response**") (**ECF No. 9376**)

C.      Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (the "**Kuntz Response**") (**ECF No. 9413**)

Replies Filed:          None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward except for the McClain Response, Sheipe Response, and Kuntz Response, which are adjourned to March 29, 2011 at 9:45 a.m.

54.      Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

A.      Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (the "**Coscarelli Response**") (**ECF No. 9294**)

B.      Carolyn Deruso ("**Deruso Response**") (Informal)

Replies Filed:             None to date.

Additional Documents:    None to date.

**Status:**      This matter is going forward except for the Coscarelli Response and Deruso Response, which is adjourned to March 29, 2011 at 9:45 a.m.

55.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.    Objection to Debtors' 187th Omnibus Objection to Claims by Doris E. McConnick (the "**McConnick Response**") (**ECF No. 9343**)

    B.    Jessica High (the "**High Response**") (Informal)

    C.    Claimant's Response to Debtors' Notice of 187th Omnibus Objection to Claim by Rebecca S. McNutt  (the "**McNutt Response**") (ECF No. 9489)

Replies Filed:             None to date.

Additional Documents:    None to date.

**Status:**      This matter is going forward except for the McConnick Response, High Response, and McNutt Response, which are adjourned to March 29, 2011 at 9:45 a.m.

56.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

    A.    Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (the "**Sciortino Response**") (**ECF No. 9284**)

Replies Filed:             None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward except for the Sciortino Response, which is adjourned to March 29, 2011 at 9:45 a.m.

57.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8874**)

Responses Filed:     None to date.

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward.

58.    Debtors' 190th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by UAW) (**ECF No. 8873**)

Responses Filed:     None to date.

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward.

59.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 8897**)

Responses Filed:     None to date.

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward.

60.    Debtors' 192nd Omnibus Objection to Claims (Duplicate Debt Claims from different Series of Debt) (**ECF No. 8903**)

Responses Filed:

A.    Response to Debtors' 192nd Omnibus Objection to Claims of Hanna Kjaer-Greger (**ECF No. 9348**)

B.      Response to Debtors' 192nd Omnibus Objection to Claims of Caroline Joisten (**ECF No. 9350**)

C.      Response to Debtors' 192nd Omnibus Objection to Claims of Philip Joisten (**ECF No. 9352**)

D.      Response to Debtors' 192nd Omnibus Objection to Claims of Hilde Lukat (**ECF No. 9366**)

E.      Response to Debtors' 192nd Omnibus Objection to Claims of Beate Krembzow (**ECF No. 9367**)

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**       This matter is going forward except for each of the responses listed above, which are adjourned to March 29, 2011 at 9:45 a.m.

61.     Debtors' 193rd Omnibus Objection to Claims (Duplicate Debt Claims from Different Series of Debt) (**ECF No. 8904**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**       This matter is going forward.

62.     Debtors' 194th Omnibus Objection to Claims (Duplicate Debt Claims from Different Series of Debt) (**ECF No. 8905**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**       This matter is going forward.

63.     Debtors' 195th Omnibus Objection to Claims (Duplicate Debt Claims from Different Series of Debt) (**ECF No. 8906**)

Responses Filed:              None to date.

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**  This matter is going forward.

64. Debtors' 196th Omnibus Objection to Claims (Claims for Equity Interests and Duplicate Debt Claims) (**ECF No. 8907**)

Responses Filed:  None to date.

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**  This matter is going forward.

65. Debtors' 197th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8908**)

Responses Filed:

  A. Response in form of a letter to Judge Robert E. Gerber by Barbara Enoch (the "**Enoch Response**") (**ECF No. 9237**)

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**  This matter is going forward except for the Enoch Response, which is adjourned to March 29, 2011 at 9:45 a.m.

66. Debtors' 198th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8909**)

Responses Filed:  None to date.

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**  This matter is going forward.

67. Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

    A.    Response in form of a letter by Frank N. Orris (the "**Orris Response**") (**ECF No. 9252**)

    B.    Robert Nann (the "**Nann Response**") (Informal)

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except for the Orris Response and Nann Response, which are adjourned to March 29, 2011 at 9:45 a.m.

68.    Debtors' 200th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8911**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

69.    Debtors' 201st Omnibus Objection to Claims (Workers' Compensation Claims) (**ECF No. 8912**)

Responses Filed:

    A.    Dimitrios S. Marangos (the "**Marangos Response**") (Informal)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except for the Marangos Response. The 201st Omnibus Objection to Claims is withdrawn with respect to claim no. 61381, filed by Dimitrios S. Marangos.

70.    Debtors' 202nd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8913**)

Responses Filed:    None to date.

| Replies Filed: | None to date. |
|---|---|

| Additional Documents: | None to date. |
|---|---|

**Status:**    This matter is going forward.

71.    Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

Responses Filed:

    A.    Response to Objection Duplicate Debt Claims by Alma G. Haller (the "**Haller Response**") (**ECF No. 9292**)

| Replies Filed: | None to date. |
|---|---|

| Additional Documents: | None to date. |
|---|---|

**Status:**    This matter is going forward except for the Haller Response, which is adjourned to March 29, 2011 at 9:45 a.m.

72.    Debtors' 204th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8918**)

| Responses Filed: | None to date. |
|---|---|

| Replies Filed: | None to date. |
|---|---|

| Additional Documents: | None to date. |
|---|---|

**Status:**    This matter is going forward.

73.    Debtors' 205th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 8924**)

| Responses Filed: | None to date. |
|---|---|

| Replies Filed: | None to date. |
|---|---|

| Additional Documents: | None to date. |
|---|---|

**Status:**    This matter is going forward.

74.    Debtors' 206th Omnibus Objection to Claims (Claims Against GMAC) (**ECF No. 8925**)

- 33 -

Responses Filed:              None to date.

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**       This matter is going forward.

75.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

    A.    Frances L. Kelleher (the "**Kelleher Response**") (Informal)

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status:**       This matter is going forward except for the Kelleher Response, which is adjourned to March 29, 2011 at 9:45 a.m.

76.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

    A.    Response to Debtors' 208th Omnibus Objection to Claim by Dearborn Refining Site Customers PRP Group (**ECF No. 9318**)

    B.    Response of Northrop Grumman Systems Corporation to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9328**)

    C.    Response of Kelsey-Hayes Company to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9329**)

    D.    Response of The Standard Register Company to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9330**)

    E.    Response of Valleycrest Landfill Site Group to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9331**)

    F.    Response of Cargill, Incorporated to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9332**)

G.    Response of Chemclene Site Defense Group to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9333**)

H.    Response of NCR Corporation in Opposition to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9339**)

I.    Response of Lammers Barrell Factory PRP Group to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9346**)

J.    Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

K.    Browning Ferris Indus. of Ohio Inc. (informal)

L.    Forrest Waste Coordinating Committee Group (informal)

M.    NL Industries Incorporated (informal)

N.    The Williams Companies Inc. on Behalf of AGRICO Chemical (Informal)

O.    Wacker Chemical Corp. (Informal)

P.    Scotsman Group LLC (Informal)

Q.    Eljer Manufacturing Company Inc. (Informal)

R.    Honeywell International Inc. (Informal)

S.    Sealand Superfund Site Remediation Trust (Informal)

T.    Kettering University (Informal)

U.    North Shore Gas Company (Informal)

V.    Ford Motor Company (Informal)

W.    Flowserve Corporation (Informal)

X.    RPM, Inc (Informal)

Y.    Holiday Remediation Task Force (Informal)

Z.    Maryland Sand & Gravel (Informal)

AA.    BKK Joint Defense Group (Informal)

BB.    Casmalia Resources Site Steering Committee (Informal)

09-50026-mg    Doc 9501    Filed 02/28/11    Entered 02/28/11 23:37:58    Main Document
Pg 36 of 44

CC.    Operating Industries Inc. (Informal)

DD.    Maxus Energy Corp (Informal)

EE.    Tierra Solutions (Informal)

FF.    CNA Holdings LLC (Informal)

GG.    AKZO Nobel Coatings, Inc. (Informal)

HH.    Federal Screw Works (Informal)

II.    Michelin North America (Informal)

JJ.    Detrex Corporation (Informal)

KK.    Neigra Mowak Power Corp. (Informal)

LL.    TRW Automotive US LLC (Informal)

MM.    Oil Steering Committee (Informal)

NN.    Tierra Solutions (Informal)

OO.    Maxus Energy Corp (Informal)

<u>Replies Filed</u>:            None to date.

<u>Additional Documents</u>:            None to date.

**<u>Status</u>:**        This matter is going forward except for each of the responses listed above, which are adjourned to March 29, 2011 at 9:45 a.m.  After entering into stipulations with the following parties, which will be submitted to the Court at the hearing or shortly thereafter, the 208th Omnibus Objection to Claims is withdrawn with respect to the claim no. 59020 by Maxus Energy Corp.; claim no. 59313 by Tierra Solutions, and claim no. 45842 by Oil Steering Committee.

77.    Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

<u>Responses Filed</u>:

A.  Response of the Marion Bragg Group to Debtors' 209th
Omnibus Objection to Claims (the "**Marion Bragg Response**")
(**ECF No. 9379**)

B.  Response of the Members of the Frontier Chemical Site PRP
Group in Opposition to Debtors' 209th Omnibus Objection to
Claims (the "**Frontier Chemical Response**") (**ECF No. 9382**)

C.  Response To Debtors' 209th Omnibus Objection to Claims Re:
Claim No. 1225 & 1458 by LDC PRP Group (the "**LDC PRP
Response**") (**ECF No. 9426**)

D.  Neigra Mowak Power Corp. (Informal)

E.  The Quaker Oats Company (Informal)

F.  Alcoa Inc (Informal)

G.  Reynolds Metals Company (Informal)

H.  Waste-Stream, Inc. (Informal)

I.  DTE Energy Company (Informal)

J.  Gerdau MacSteel (Informal)

K.  Tecumseh Products Company (Informal)

L.  General Electric Company (Informal)

M.  Michelin NA Inc. (Informal)

N.  Owens-Illinois Inc. (Informal)

O.  Jones Industrial Services (Informal)

P.  SCP Carlstadt PRP Group (Informal)

Replies Filed:            None to date.

Additional Documents:     None to date.

**Status:**     This matter is going forward except for each of the
responses listed above, which are adjourned to March 29,
2011 at 9:45 a.m.  The 209th Omnibus Objection to
Claims is withdrawn with respect to claim no. 43878 by
SCP Carlstadt PRP Group.

**III.    ADJOURNED MATTERS:**

1.    Debtors' Objection to Claim Nos. 67121 and 67122 (**ECF No. 8878**)

Responses Filed:                None to date.

Replies Filed:                None to date.

Additional Documents:                None to date.

**Status:**        This matter is adjourned to March 9, 2011, at 9:45 a.m.

2.    Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

C.    Supplemental Order signed on 11/16/2010 Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**        This matter is adjourned until March 29, 2011 at 9:45 a.m.

3.    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

A.    The DeMassi Response (**ECF No. 6454**)

Replies Filed:                 None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

    C.    Supplemental Order signed on 11/16/2010 Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**    This matter is adjourned until March 29, 2011 at 9:45 a.m.

4.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

    A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. ("295 Park") by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                 None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

    C.    Supplemental Order signed on 11/16/2010 Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**    This matter is adjourned until March 29, 2011 at 9:45 a.m.

5.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

Responses Filed:

    A.    Response to the Ninty-Eighth Omnibus Objection of Debtor by Sherif Rafik Kodsy (**ECF No. 7309**)

      B.      City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7373**)

Replies Filed:          None to date.

Additional Documents:

      C.      Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**      This matter is adjourned until March 29, 2011 at 9:45 a.m.

6.      Debtors' 136th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8303**)

Responses Filed:

      A.      D. Andreas Hesse (Informal)

Replies Filed:          None to date.

Additional Documents:

      B.      Order Granting Debtors' 136th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9182**)

**Status:**      This matter is adjourned to March 29, 2011 at 9:45 a.m.

7.      Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8304**)

Responses Filed:

      A.      Letter re: Claim #65396 by Gerhard Vogt (**ECF Nos. 7096, 8939**)

      B.      Response in form of a letter to Claim by Guntbert Horn (**ECF No. 9042**)

Replies Filed:          None to date.

Additional Documents:

      C.      Order Granting Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

**Status:**          This matter is adjourned to March 29, 2011 at 9:45 a.m.

8.          Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8305**)

Responses Filed:

   A.          Objection to Motion Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) by Ingrid Herzele (**ECF No. 9043**)

   B.          Response to Motion Debtors' 138th Omnibus Objection to Claims Helmut Schaefer (**ECF No. 8804**)

Replies Filed:                    None to date.

Additional Documents:

   C.          Order Granting Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9185**)

**Status:**          This matter is adjourned to March 29, 2011 at 9:45 a.m.

9.          Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8307**)

Responses Filed:

   A.          Objection to Debtors' Motion for Disallowing and Expunging Claim by Liborio Di Salvo (**ECF No. 9084**)

Replies Filed:                    None to date.

Additional Documents:

   B.          Order Granting Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9187**)

**Status:**          This matter is adjourned to March 29, 2011 at 9:45 a.m.

10.          Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8308**)

Responses Filed:

   A.          Response to Debtors' 141st to Omnibus Objection to Claims by Jochen Baderschneider (**ECF No. 8796**)

B.    Mark-Edward Grey (Informal)

Replies Filed:                None to date.

Additional Documents:

C.    Order Granting Debtors' 141st Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9188**)

**Status:**        This matter is adjourned to March 29, 2011 at 9:45 a.m.

11.    Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt)
(**ECF No. 8310**)

Responses Filed:

A.    Response to MLC's Notice of Objection No. 143rd by Rainer D.
Lemcke (**ECF No. 9077**)

B.    Response to Debtors' Motion Re: Claims by Paul Schwake
(**ECF No. 9083**)

Replies Filed:                None to date.

Additional Documents:

C.    Order Granting Debtors' 143rd Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**        This matter is adjourned to March 29, 2011 at 9:45 a.m.

12.    Debtors' 145th Omnibus Objection to Claims (Eurobond Deutsche Debt)
(**ECF No. 8312**)

Responses Filed:

A.    Response to Debtors' Motion by Walter Plapp (**ECF No. 9078**)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting Debtors' 145th Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9192**)

**Status:**        This matter is adjourned to March 29, 2011 at 9:45 a.m.

IV.    **WITHDRAWN MATTERS:**

1.    Debtors' (I) Objection to Proof of Claim No. 3128 Filed by Cheryl
Nicholas, Proof of Claim No. 59632 Filed by Tammy Hammond, Proof of
Claim No. 51094 Filed by Robert Golish, Proof of Claim No. 51092 Filed
by John Irvine, Proof of Claim Nos. 58984 and 58985 Filed by David
Matt, Proof of Claim No. 58983 Filed by Jason J. Smith, and Proof of
Claim No. 58987 Filed by Bonita Stevens and, in the Alternative, (II)
Motion to Estimate Proofs of Claim Nos. 3128, 51092, 58984, 58985,
58983, and 58987 (collectively, the "**On Star Claims**") (**ECF No. 8172**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:

    A.    Withdrawal of Claim Number 3128 by Cheryl P. Nicholas (**ECF
No. 9414**)

    B.    Withdrawal of Claim Number 51092 by John Irvine (**ECF No.
9415**)

    C.    Withdrawal of Claim Number 51094 by Matthew B. George on
behalf of Robert Golish (**ECF No. 9416**)

    D.    Withdrawal of Claim Number 59632 by Tammy Hammond
(**ECF No. 9422**)

**Status:**    This matter has been withdrawn.  Each of the On Star
Claims have been withdrawn pursuant to a
notice of withdrawal filed on the docket, or a stipulation
between the Debtors and the holders of the On Star Claims.

2.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Incorrectly
Classified)

Responses Filed:

    A.    Acument Global Technologies, Inc.'s Response to the Debtors'
Twenty-Eighth Omnibus Objection to Claims (Incorrectly
Classified Claims) (**ECF No. 6453**)

Replies Filed:              None to date.

Additional Documents:

    B.    Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

    C.    Supplemental Order signed on 11/16/2010 Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7796**)

    D.    Notice of Withdrawal of Claim of Acument Global Technologies, Inc. (**ECF No. 9299**)

**Status:**    This matter has been withdrawn as Acument has withdrawn all of its claims that are subject to the Twenty-Eighth Omnibus Objection to Claims.

Dated: New York, New York
       February 28, 2011

          /s/ Joseph H. Smolinsky
          Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession