BREDHOFF & KAISER P.L.L.C.
805 Fifteenth Street, N.W. Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Andrew D. Roth (admitted *pro hac vice*)
Ramya Ravindran (admitted *pro hac vice*)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Deborah M. Buell
James L. Bromley

*Counsel for International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re                                            :

MOTORS LIQUIDATION CORPORATION, *et al.*,        :
    f/k/a General Motors Corp., *et al.*,

                                                 :
            Debtors.
                                                 :

------------------------------------------------------------ X

Chapter 11

Case No. 09-50026 (REG)

(Joint Administration)

CERTIFICATE OF SERVICE

     I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

     On the 28th day of February 2011, the Reply Memorandum of Law Concerning Jurisdiction Over Motion of General Motors LLC to Enforce the Sale Order is being served by

electronic mail and Federal Express upon:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive
> Chicago, IL 60606
> Attn: John Wm. Butler, Jr., Esq., Albert Hogan III, Esq.,
> and Ron E. Meisler, Esq.
> Email(s): jack.butler@skadden.com, al.hogan@skadden.com,
> ron.meisler@skadden.com
>
> Jones Day
> 222 East 41st Street
> New York, NY 10017
> Attn: Lisa G. Laukitis, Esq.
> Email(s): llaukitis@jonesday.com
>
> Jones Day
> 901 Lakeside Avenue
> Cleveland, OH 44114-1190
> Attn: Heather Lennox, Esq.
> Email(s): hlennox@jonesday.com
>
> Jones Day
> 51 Louisiana Avenue NW
> Washington, D.C. 20001
> Attn: Andrew M. Kramer, Esq.
> Email(s): akramer@jonesday.com
>
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.
> and Joseph H. Smolinsky, Esq.
> Email(s): harvey.miller@weil.com, stephen.karotkin@weil.com,
> joseph.smolinsky@weil.com
>
> Motors Liquidation Company
> 500 Renaissance Center, Suite 1400
> Detroit, Michigan 48243
> Attn: Ted Stenger
> Email(s): TStenger@alixpartners.com

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.
Email(s): lawrence.s.buonomo@gm.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: John J. Rapisardi, Esq.
Email(s): john.rapisardi@cwt.com

The United States Department of Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.
Email(s): joseph.samarias@do.treas.gov

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
Email(s): mjedelman@vedderprice.com, mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
Lauren Macksoud, Esq., and Jennifer Sharret, Esq.
Email(s): tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
lmacksoud@kramerlevin.com, jsharret@kramerlevin.com

The Office of the United States Trustee for
the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracey Hope Davis, Esq.
Email(s): tracy.davis@usdoj.gov

The U.S. Attorney's Office, S.D.NY.
86 Chambers Street, 3rd Floor
New York, NY 10007
Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.
Email(s): david.jones6@usdoj.gov, natalie.kuehler@usdoj.gov

        Caplin & Drysdale
        375 Park Avenue, 35th Floor
        New York, NY 10152-3500
        Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
        Email(s): ei@capdale.com, rct@capdale.com

        Caplin & Drysdale
        One Thomas Circle, N.W., Suite 1100
        Washington, D.C. 20005
        Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
        Email(s): tws@capdale.com, kcm@capdale.com

        Stutzman, Bromberg, Esserman, & Plifka
        2323 Bryan Street, Suite 2200
        Dallas, Texas 75201
        Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.
        Email(s): esserman@sbep-law.com, brousseau@sbep-law.com

Dated: New York, New York
       February 28, 2011

                                                      /s/ Brendan Cyr
                                                      Brendan Cyr