Bielefeld, 15.02.2011

Mr.
Isa Kalkan
Koelner Str. 26
33647 Bielefeld

Germany

US Bankruptcy Court
Southern District of New York
Judge Robert E. Gerber / Courtroom 621
One Bowling Green
New York

USA – NY 10004-1408

**Petition of appeal procedure**

Ladies and Gentlemen,

i am a rightful claimant.

I hereby would like to make my right to claim damages.

The reason is for the claim against the Government of the USA because of the nonconsideration by the issue of the new General Motors.

For this I add my stock orders received in 2008 at the General Motors shares.

Thank you for your effort in advance.

Yours sincerely,

Isa Kalkan

*[signature]*

# citibank

Citibank Privatkunden AG & Co. KGaA
Postfach 10 11 52
47011 Duisburg

www.citibank.de

Abs: PF 10 02 30, 47051 Duisburg
DV  12  0,55  Deutsche Post 

^9281^0000972^
Herrn
Isa Kalkan
Nordstr. 26
33613 Bielefeld

01.12.2008

KALKAN, ISA

Depot-Nr.                010164231700

## Effektenabrechnung

| Kauf | | | | | |
|---|---|---|---|---|---|
| GENERAL MOTORS CORP. REG.SH. DL 1,666 | | | WKN | | 850000 |
| | | | ISIN | | US3704421052 |
| Verwahrart | Girosammelverwahrung | | Gesch.-Nr. | | 36433849 |
| | | | Ref.-Nr. | | 3180869900 |
| Nominal / Stück | ST | 500 | Börse | | FRANKFURT |
| Kurs | EUR | 4,00 | Schlusstag | | 01.12.2008 |
| Auftragsart | Limitauftrag | | Handelszeit | | 12:41:48 |

                                                                            2.000,00 - EUR
Kurswert

                                                                               9,99 - EUR
                                                                               1,60 - EUR
Provision
Courtage / Transaktionsentgelt

                                                                            2.011,59 - EUR
Gesamtbetrag

Verbuchung erfolgt in EUR zu Lasten    Konto-Nr.        Valuta              2.011,59- EUR
                                       0101642317       03.12.2008

Kommissionsgeschäft

Diese Finanzdienstleistungen sind umsatzsteuerfrei gem. § 4 Nr. 8 a-h UStG.
Rechnungsnummer:  EE2-505-BA00-00036433849