

*[Handwritten annotations: "Unsuccessful Documentation"; "Anything else required please let us know —"; "Marian L. Morelli"; "Paper trail. From 2008 → Present"]*

**HEARING DATE AND TIME: March 1, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 22, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------x
:
In re :   Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*, :   09-50026 (REG)
f/k/a General Motors Corp., *et al.* :
:
Debtors. :   (Jointly Administered)
:
---------------------------------x

### DEBTORS' 163RD OMNIBUS OBJECTION TO CLAIMS
(Claims with Insufficient Documentation)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE EXHIBIT ANNEXED TO THIS OBJECTION.**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), respectfully represent:

US_ACTIVE:\43612860\01\72240.0639

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IRA FBO MARIAN S MORELLI<br>PERSHING LLC AS CUSTODIAN<br>286 BETH LANE<br>UNIT 5<br>WATERBURY, CT 06705 | 28045 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,067.84 (U)<br>$7,067.84 (T) | Insufficient Documentation | Pgs. 1-5 |
| ISHMAEL, HARRIET M.<br>7606 MOUNT WHITNEY ST<br>HUBER HEIGHTS, OH 45424 | 2432 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JACK L THOMAS<br>2705 LINCOYA CIR SE<br>DECATUR, AL 35603 | 2064 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JACK W WENDELL AND FREDA PETERSON<br>13013 N PANORAMA DR<br>#117<br>FOUNTAIN HILLS, AZ 85268 | 17917 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,500.00 (U)<br>$37,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOHN HALE<br>14200 ROYAL HARBOUR CT UNIT 405<br>FT MYERS, FL 33908 | 33021 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,000.00 (U)<br>$28,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOSEPH P RYKACZEWSKI<br>242 ABERDEEN AVE<br>DAYTON, OH 45419 | 61768 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,015,000.00 (U)<br>$1,015,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

# P3 Financial Corp.
Member FINRA/SIPC

One Edwards Plaza, Fourteenth Floor
Omaha, NE 68102
Toll Free: (800) 537-4090

## Individual Retirement Account Statement

IRA FBO MARIAN S MORELLI
PERSHING LLC AS CUSTODIAN
100 ROSEANNA ROAD
PLANTSVILLE CT 06479-1231

**Your Financial Advisor is:**
LEON VACCARELLI
(203) 755-7676

Account Number: 14V-027711
Statement Period: 07/01/2008 – 07/31/2008

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $131,749.58 |
| Dividends/Interest | 628.15 |
| Fees | -139.87 |
| Change in Account Value | -200.14 |
| Ending Account Value | $132,037.72 |
| Estimated Annual Income | $1,819.94 |

### Asset Allocation

| | Value This Period | Percent Allocation |
|---|---|---|
| Cash and Cash Equivalents | 74,216.81 | 56% |
| Equities | 57,820.91 | 44% |
| **Account Total (Pie Chart)** | **$132,037.72** | **100%** |

Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

DALBAR RATED FOR COMMUNICATION

B00046690CSF802D5

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Customer Service Information

**Your Financial Advisor Is:** LWV

LEON VACCARELLI
231 BANK ST STE A
WATERBURY    CT 06702-2213

**Contact Information**
Telephone Number: (203) 755-7676
Fax Number: (203) 755-5980

**Date of Birth:** 07/29/1949

Prior Year-End Fair Market Value: $133,059.63 will be furnished to the Internal Revenue Service.

**Note:** Please verify the accuracy of your personal information. If incorrect, notify your financial organization. (if applicable).

## Portfolio Holdings

### Cash and Cash Equivalents  56.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash Balance | 353.64 | 0.00 | | | |
| 74,216.810 | Money Market<br>PERSHING GOVERNMENT ACCOUNT | 73,374.89 | 74,216.81 | 0.00 | 773.45 | 1.33% |
| | **Total Money Market** | **$73,374.89** | **$74,216.81** | **$0.00** | **$773.45** | |
| | **Total Cash and Cash Equivalents** | **$73,728.53** | **$74,216.81** | **$0.00** | **$773.45** | |

### Equities  44.00% of Portfolio

**Preferred Stocks** *(listed by expiration date)*

| Quantity | Description | Market Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|
| 356.000 | GENERAL MTRS CORP PFD 7.5% CALLABLE<br>6/30/09 MTY 7/01/44<br>Dividend Option: Cash<br>*Security Identifier:* GMS | 11.8800 | 4,229.28 | 667.50 | 15.78% |
| 293.000 | TENNESSEE VALLEY AUTH PUTABLE<br>AUTOMATIC RT RESET SEC PARRS 1999 SER A<br>6.5%<br>Dividend Option: Cash<br>*Security Identifier:* TVE | 25.9100 | 7,591.63 | 378.99 | 4.99% |
| | **Total Preferred Stocks** | | **$11,820.91** | **$1,046.49** | |

# Q3 Financial Corp.
*Member FINRA/SIPC*

One Hillmont Plaza, Fourth Floor
P.O. Box 540135
Omaha, NE 68154
Toll Free (888) 557-4500

## Individual Retirement Account Statement

**Account Number:** 14V-027711
**Statement Period:** 01/01/2009 - 01/31/2009

IRA FBO MARIAN S MORELLI
PERSHING LLC AS CUSTODIAN
286 BETH LANE
UNIT 5
WATERBURY CT 06705-2548

**Your Financial Advisor is:**
LEON VACCARELLI
(203) 755-7676

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $133,549.43 |
| Cash Deposits | 353.64 |
| Dividends/Interest | 549.26 |
| Fees | -141.78 |
| Change in Account Value | -3,113.71 |
| **Ending Account Value** | **$131,196.84** |
| Estimated Annual Income | $1,729.37 |

### Asset Allocation

| | This Period | % Allocation |
|---|---|---|
| Cash, Money Funds, and FDIC Deposits[1] | 68,525.04 | 52% |
| Equities | 62,671.80 | 48% |
| **Account Total (Pie Chart)** | **$131,196.84** | **100%** |



Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

[1] Includes FDIC insured bank deposits. FDIC insured bank deposits are not securities, are not held by Pershing LLC, and are not covered by the Securities Investor Protection Corporation. These bank deposits are covered by the Federal Deposit Insurance Corporation.

DALBAR RATED
FOR COMMUNICATION

B00071B2CSFB02D5

PAR-02-ROLL    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 1 of 6

# Customer Service Information

**Your Financial Advisor Is:** LWV

LEON VACCARELLI
231 BANK ST STE A
WATERBURY  CT 06702-2213

**Contact Information**
**Telephone Number:** (203) 755-7676
**Fax Number:** (203) 755-5980

**Date of Birth:** 07/29/1949

Prior Year-End Fair Market Value: $133,549.43 will be furnished to the Internal Revenue Service.

**Note:** Please verify the accuracy of your personal Information. If incorrect, notify your financial organization. (If applicable).

# Portfolio Holdings

## Cash, Money Funds, and FDIC Deposits  52.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Money Market** | | | | | |
| | PERSHING GOVERNMENT ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 | 0.20% |
| | **Total Money Market** | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **FDIC Insured Bank Deposits** | | | | | |
| 68,525.040 | RESERVE INSURED DEPOSITS | 67,763.92 | 68,525.04 | 1.59 | 2.88 | N/A |
| | **Total FDIC Insured Bank Deposits** | $67,763.92 | $68,525.04 | $1.59 | $2.88 | |
| | **Total Cash, Money Funds, and FDIC Deposits** | $67,763.92 | $68,525.04 | $1.59 | $2.88 | |

## Equities  48.00% of Portfolio

| Quantity | Description | Market Price | Market Value | Accrued Income | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Common Stocks** | | | | | |
| 1,000.000 | ALCOA INC COM<br>Dividend Option: Cash<br>Security Identifier: AA | 7.7900 | 7,790.00 | | 680.00 | 8.72% |
| | **Total Common Stocks** | | $7,790.00 | | $680.00 | |
| | **Preferred Stocks** (Listed by expiration date) | | | | | |
| 356.000 | GENERAL MTRS CORP PFD 7.5% CALLABLE<br>6/30/09 MTY 7/01/44<br>Dividend Option: Cash<br>Security Identifier: GMS | 3.5500 | 1,263.80 | | 667.50 | 52.81% |
| 293.000 | TENNESSEE VALLEY AUTH PUTABLE<br>AUTOMATIC RT RESET SEC PARRS 1999 SER A<br>VARIABLE RATE<br>Dividend Option: Cash | 26.0000 | 7,618.00 | | 378.99 | 4.97% |

DALBAR RATED
FOR COMMUNICATION
B000718ZCSF802

Financial Corp.
Member FINRA/SIPC

One Valsborn Plaza, Fourth Floor
Omaha, NE 68154
PO Box 47555
Toll-Free: (866) 337-4090

A009867CSF101DP

# Individual Retirement Account Statement

Statement Period: 11/01/2010 - 11/30/2010

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|---|
| 11/01/10 | | BOND INTEREST RECEIVED TVE | 293 SHRS TENNESSEE VALLEY AUTH PUTABLE AUTOMATIC RATE RESET VARIABLE RATE RD 10/29 PD 11/01/10 | | | | 82.41 | USD |
| 11/02/10 | | FDIC INSURED BANK DEPOSIT USD999997 | LIQUID INS DEPOSITS | | | | -82.41 | USD |
| 11/10/10 | | MANAGEMENT FEE PAID USD999997 | QA3 MANAGEMENT FEE | | | | -144.60 | USD |
| 11/12/10 | | FDIC INSURED BANK WITHDRAWAL USD999997 | LIQUID INS DEPOSITS | | | | 144.60 | USD |
| 11/16/10 | | FDIC INSURED BANK DEPOSITS INTEREST REINVESTED 761991108 | LIQUID INS DEPOSITS INTEREST REINVESTED | | | | -3.94 | USD |
| 11/16/10 | | FDIC INSURED BANK DEPOSITS INTEREST RECEIVED 761991108 | LIQUID INS DEPOSITS INTEREST CREDITED | | | | 3.94 | USD |
| 11/17/10 | | PAPER SURCHARGE - STATEMENTS USD999997 | Statement Paper Surcharge IBD 34F SEPT 2010 STMT FEE | | | | -0.95 | USD |
| 11/17/10 | | PAPER SURCHARGE - STATEMENTS USD999997 | Statement Paper Surcharge IBD 34F OCT 2010 STMT FEE | | | | -0.95 | USD |
| 11/24/10 | 11/24/10 | YOUR ASSET TRANSFERRED USD999997 | TO A/C 5DQ-355551 INFINEX INVESTMENTS | | | | -86,029.86 | USD |
| 11/24/10 | 11/24/10 | YOUR ASSET TRANSFERRED USD999997 | TO A/C 5DQ-355551 INFINEX INVESTMENTS | | | | 1.90 | USD |
| 11/24/10 | 11/24/10 | YOUR ASSET TRANSFERRED 12599571 | CNL LIFESTYLE PROPERTIES INC F/K/A CNL INCOME TO A/C 5DQ-355551 INFINEX INVESTMENTS | -2,300.000 | | | 0.00 | USD |
| 11/24/10 | 11/24/10 | YOUR ASSET TRANSFERRED 22003A959 | CORPORATE PPTY ASSOCS 16 GLOBAL INC COM TO A/C 5DQ-355551 INFINEX INVESTMENTS | -2,300.000 | | | 0.00 | USD |
| 11/26/10 | 11/24/10 | YOUR ASSET TRANSFERRED 370442121 | GENERAL MTRS CORP PFD 7.5% CALLABLE 6/30/09 MTY 7/01/44 TO A/C 5DQ-355551 INFINEX INVESTMENTS | -356.000 | | | 0.00 | USD |
| 11/26/10 | 11/24/10 | YOUR ASSET TRANSFERRED TVE | TENNESSEE VALLEY AUTH PUTABLE AUTOMATIC RATE RESET TO A/C 5DQ-355551 INFINEX INVESTMENTS | -293.000 | | | 0.00 | USD |

PAR-02-6-ROLL

Account Number: 14V-027711
IRA FBO MARIAN S MORELLI

go paperless

#1 Brokerage Statement,
2009, 2010

Clearing through Pershing LLC, a subsidiary
of The Bank of New York Mellon Corporation

Page 3 of 5

# Infinex
**FINANCIAL GROUP**

Infinex Investments, Inc.
538 Preston Avenue
Meriden, CT 06450
(203) 599-6000  (203) 599-6001

## Individual Retirement Account Statement

IRA FBO MARIAN MORELLI
PERSHING LLC AS CUSTODIAN
286 BETH LN APT 5
WATERBURY CT 06705 - 2548

**Your Account Executive:**
DAVID W ROGERS
(203) 206-9570

**Account Number:** ███████████
**Statement Period:** 01/01/2011 – 01/31/2011

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $139,802.11 |
| Cash Deposits | 380.88 |
| Cash Withdrawals | -86,000.00 |
| Dividends/Interest | 3.61 |
| Change in Account Value | -141.11 |
| **Ending Account Value** | **$54,045.49** |
| Estimated Annual Income | $333.23 |

### Asset Allocation

| | Last Period | This Period | % Allocation |
|---|---|---|---|
| Cash, Money Funds, and FDIC Deposits[1] | 86,409.84 | 794.33 | 1% |
| Equities | 10,152.27 | 10,011.16 | 19% |
| Alternative Investments | 43,240.00 | 43,240.00 | 80% |
| **Account Total (Pie Chart)** | **$139,802.11** | **$54,045.49** | **100%** |



Asset Allocation percentages are rounded to the nearest whole percentage.
Pie Chart allocation excludes all asset classes which net to a liability.

1 Includes FDIC insured bank deposits. FDIC insured bank deposits are not securities, are not held by Pershing LLC, and are not covered by the Securities Investor Protection Corporation. These bank deposits are covered by the Federal Deposit Insurance Corporation, up to allowable limits.

▶ go paperless
Ask about e-delivery

#1 Brokerage Statement,
2009, 2010
DALBAR RATED
FOR COMMUNICATION

Clearing through Pershing LLC, a subsidiary
of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

## Customer Service Information

**Your Account Executive:** DWR

INFINEX INVESTMENTS INC
LOCATED AT NAUGATUCK SAVINGS
87 CHURCH ST
NAUGATUCK    CT 06770-4111

DAVID W ROGERS

**Contact Information**
Telephone Number: (203) 206-9570
Fax Number: (203) 272-4042

Prior Year-End Fair Market Value: $139,802.11 will be furnished to the Internal Revenue Service.
Account Default Disposition Method: FIRST IN FIRST OUT
Mutual Fund Default Disposition Method: FIRST IN FIRST OUT

## Portfolio Holdings

### Cash, Money Funds, and FDIC Deposits  1.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **FDIC Insured Bank Deposits** | | | | | | |
| 794,330 | LIQUID INSURED DEPOSITS | 86,409.84 | 794.33 | 0.08 | 3.61 | N/A |
| **Total FDIC Insured Bank Deposits** | | $86,409.84 | $794.33 | $0.08 | $3.61 | |
| **Total Cash, Money Funds, and FDIC Deposits** | | $86,409.84 | $794.33 | $0.08 | $3.61 | |

### Equities  19.00% of Portfolio

| Quantity | Description | Market Price | Market Value | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Preferred Stocks** *(listed by expiration date)* | | | | | | |
| 356,000 | GENERAL MTRS CORP SR NT | 7.7100 | 2,744.76 | | | |
| | Dividend Option: Cash | | | | | |
| | Security Identifier: 370442121 | | | | | |
| 293,000 | TENNESSEE VALLEY AUTH PUTABLE AUTOMATIC RATE RESET VARIABLE RATE | 24.8000 | 7,266.40 | | 329.62 | 4.53% |
| | Dividend Option: Cash | | | | | |
| | Security Identifier: TVE | | | | | |
| **Total Preferred Stocks** | | | $10,011.16 | | $329.62 | |
| **Total Equities** | | | $10,011.16 | | $329.62 | |

### Alternative Investments  80.00% of Portfolio

| Quantity | Description | Market Price | Estimated Value | | | |
|---|---|---|---|---|---|---|
| 2,300.000 | CNL LIFESTYLE PROPERTIES INC F/K/A CNL INCOME PROPERTIES INC | 10.0000 | 23,000.00 | | | |

# Infinex
FINANCIAL GROUP

Infinex Investments, Inc.
538 Preston Avenue
Meriden, CT 06450
(203) 599-6000  (203) 599-6601

## Individual Retirement Account Statement

Statement Period: 01/01/2011 - 01/31/2011

## Portfolio Holdings (continued)

### Alternative Investments (continued)

| Quantity | Description | Market Price | Estimated Value |
|---|---|---|---|
| 2,300.000 | Valuation Date: 01/25/11  Valuation Code: B, L, C<br>Security Identifier: 125995571<br>**CORPORATE PPTY ASSOCS 16 GLOBAL INC**<br>COM<br>Valuation Date: 01/25/11  Valuation Code: A, F, C<br>Security Identifier: 22003A959 | 8.8000 | 20,240.00 |

### Total Alternative Investments       $43,240.00

### Valuation Codes:
A = This is an estimate of the investors' interest in the net assets of the program.
B = This is an estimate of the value of the security.
C = The source of this information is the management of the program.
F = The method of valuation is based on an independent third party appraisal.
L = The method of valuation is based on the price of program interests in an initial offering that closed no more than twelve months prior to the valuation date.

### Total Portfolio Holdings

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| | $54,045.49 | $0.00 | $333.23 |

### Disclosures and Other Information

The estimated values, where indicated of Alternative Investments, including limited partnerships, real estate investment trusts (REITs), direct participation programs (DPPs), hedge funds, fund of funds, private equity, real estate and managed future have been provided by the management of the Alternative Investment, generally through an intermediary. The values are not guaranteed, provided for informational purposes only and are intended to reflect an estimate of the interest in the Alternative Investment represented by the units or shares described above. Alternative Investment securities are generally illiquid, and the value may not be realized when you seek to liquidate the security. Please note the estimated values for Alternative Investments, which are provided by the management of the Alternative Investment, may not reflect recent activity or current values and do not reflect an independent evaluation of the Alternative Investment.

Where no value is indicated, please note that:
- Alternative Investment securities are generally illiquid
- The value of the security may be different from its purchase price
- Accurate valuation information is not available

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking

A010381SCSF30031

Account Number: ▓▓▓▓▓
IRA FBO MARIAN MORELLI

▶ go paperless
Ask about e-delivery

#1 Brokerage Statement,
2009, 2010
DALBAR RATED
FOR COMMUNICATION

Clearing through Pershing LLC, a subsidiary
of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC

PAR-02-ROLL                                      Page 3 of 6