UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                      :

In re                                            :         Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,   :         09-50026 (REG)
     f/k/a General Motors Corp., *et al.*    :

                         Debtors.         :         (Jointly Administered)

---------------------------------------------------------------x

                                                       **NOTICE**

       On March 3, 2011, contemporaneous hearings in the Courthouse, in this case and others, are expected to draw many attendees. To allow for the expected large crowds, the **Court Security Officers will permit attendees to go to the courtroom and overflow room for the Motors Liquidation case starting at 8:00 a.m.** The Motors Liquidation Company confirmation hearing will begin at 9:45 a.m., and the Court will expect counsel to have cleared security and to be ready to proceed at that time. **COUNSEL AND OTHERS EXPECTING TO SPEAK AT THE CONFIRMATION HEARING SHOULD ALLOW AMPLE TIME TO CLEAR SECURITY, WHICH MAY TAKE HALF AN HOUR OR MORE.**

Dated: March 2, 2011