Hearing Date and Time:  March 3, 2011 at 9:45 a.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* <br> f/k/a General Motors Corp., *et al.* <br>                    Debtors. | 09-50026 (REG) <br><br> (Jointly Administered) |

### WITHDRAWAL OF DOCKET NO. 9201 - CENTERPOINT ASSOCIATES, LLC'S LIMITED OBJECTION TO DEBTORS' AMENDED JOINT CHAPTER 11 PLAN

CENTERPOINT ASSOCIATES, LLC, f/k/a Centerpoint Associates Limited Partnership ("Centerpoint"), by and through its undersigned attorneys, hereby withdraws its Limited Objection to Confirmation of the Debtors' Amended Joint Chapter 11 Plan [Docket No. 9201], said objection having been resolved by the Debtor's assumption and assignment of the subject Ground Lease in its entirety to the Environmental Response Trust and without prejudice to Centerpoint's rights therein.

                    Respectfully submitted,
                    ERMAN, TEICHER, MILLER,
                    ZUCKER & FREEDMAN, P.C.

                     */s/ Dianne S. Ruhlandt*
                    Dianne S. Ruhlandt (P60483-MI)
                    Attorneys for Centerpoint Associates, LLC
                    400 Galleria Officentre, Suite 444
                    Southfield, MI 48034
                    Phone: (248) 827-4100
                    Fax:    (248) 827-4106
                    druhlandt@ermanteicher.com

Dated:  March 2, 2011

F:\CHAP11\GENERAL MOTORS\centerpoint associates\withdraw obj confirmation.doc