**Hearing Date: March 3, 2011 at 9:45 a.m.**

HANGLEY ARONCHICK SEGAL & PUDLIN
By:   Matthew A. Hamermesh (admitted *pro hac vice*)
      Jacqueline R. Dungee (JD6936)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200

*Attorneys for NCR Corporation*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| **MOTORS LIQUIDATION COMPANY *et al*.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Case No. 09-50026 (REG) |

**WITHDRAWAL OF DOCKET NO. 9198 - OBJECTION OF**
**NCR CORPORATION TO CONFIRMATION OF DEBTORS'**
**AMENDED JOINT CHAPTER 11 PLAN**

NCR Corporation ("NCR") hereby withdraws its Objection to Confirmation of Debtors' Amended Joint Chapter 11 Plan [Docket No. 9198], that objection having been resolved by the Debtors' agreement to include certain language concerning NCR in the Confirmation Order.

HANGLEY ARONCHICK SEGAL & PUDLIN, P.C.

Dated: March 2, 2011          By:   /s/ Matthew A. Hamermesh
                                    Matthew A. Hamermesh
                                    Jacqueline R. Dungee
                                    One Logan Square, 27th Floor
                                    Philadelphia, PA  19103
                                    Telephone:    (215) 568-6200
                                    Telecopy:     (215) 568-0300

                              Attorneys for NCR Corporation