

# FRANKLIN COUNTY ATTORNEY

Court House, Malone, New York 12953                  (518) 483-8400
                                                     Fax: (518) 483-2054

Office of
Jonathan J. Miller
County Attorney

*Remailed to Dana Leigh 11/17/09*

August 5, 2009

Hon. Neal P. McCurn
U.S. District Court, Northern District
100 South Clinton Street
P.O. Box 7367
Syracuse, New York 13261

RE: Dana Leigh Thompson et. al. v. Franklin County

Dear Judge McCurn:

Franklin County received the signed In Rem order of the State Court signed on 7/31/09, a copy of which is enclosed.

The parcels of land of the above plaintiffs were not included in the parcels in which the County sought title, and as such are not included in the list of parcels in which the county was granted title.

As there is no issue of the plaintiff's loss of title in the foreclosure proceedings, I kindly request that the Court grant a Rule 41 dismissal of the action, as the matter is moot.

Very truly yours,

JONATHAN J. MILLER

JJM/cam
Enc.
Philip H. Tarbell
Dana Leigh Thompson
Michael Rhodes-Devey, Esq.