40, via Villafranca,
90141 Palermo, Italy.
liboriodisalvo@hotmail.it
February 21, 2011.

Chamber of the Honorable Robert E. Gerber, United States
Bankruptcy Court, One Bowling Green, Room 621, New York,
New York   10004-1408.

INDIVIDUAL EUROBOND DEUTSCHE DEBIT CLAIMS. MR LIBORIO DI SALVO. *Date (30 Nov. 2009)*
CLAIM INFORMATION: Date 30/11/2009. Claim N° 63622. Debitor:(30 Nov. 2009)
Motors Liquidation Company. Amount: Unsecured $151,000.00.
BASIS FOR OBJECTION: Debitors' Plan alredy provides for clai-
mants to receive a distribution on account of all accrued and
unpaid interest, and the Objection is subject to confirmation
of the Plan.To United States Bankruptcy Court for the Soutern
Discrict of New York. Debitors: Motors Liquidation Company. *Date*
CASE N°09-50026 5REG). CLAIM N°63622. DATE: 30/11/2009.(30 November 2009.)
CREDITOR: LIBORIO DI SALVO. ADDRESS:40, VIA VILLAFRANCA, PALERMO,
ITALY.

HONORABLE MR ROBERT E. GERBER,
U.S. BANKRUPTCY JUDGE, ROOM 621, N.Y.

Following your Order Granding Debitors 140th Omni-
bus Objection to Claims (Eurobond Deutsche Debit Claims), da-
ted: New York, New York February 10,2011, tha claimant LIBORIO
DI SALVO, with the OBJECTION ADJOUNED TO MARCH 1, 2011, confirm:

(i) All the objection send to you, dated January
24,2011, with the N°2 copy of the FAX sended to London and
Luxembourg Banks, i.e. Italian Mail Registred UPS Express 86838VK4D9G.

(ii) All the Claim's request dated November 20,
2009, send to your U.S. Bankruptcy Court for the Soutern Di-
strict of New York. Basis for Claim: Money loaned, ISIN N°
XS0171942757. At June 1, 2009 $151,000.00 with Document's
Summary enclosed, i.e. Italian Mail Registred N°RA 2579 6985 2 IT.

(iii) The Proof of Claim sended to you on January
25, 2010, with copy enclosed of General Motors Co.'s Bonds de-
posited into Kredietbank, Luxembourg, with Kredietbank's docu-
ment confirmed that the Bonds are held with Clearstream Banking
S.A., Luxembourg, i.e. Italian Mail Registred N°RA 2500 1243 5 IT.

I am waiting for receive the distribution for my
bond (The Eurobond Deutsche Debit Claim) and interest for $
151,000.oo at June 1, 2009, plus up to date interests and le-
gal expenditures for claim's procedure.

Yours faithfully    *Liborio Di Salvo*

Mr Liborio Di Salvo.