February 23, 2011

Bankruptcy Court
One Bowling Green
New York, NY 10004-1408



Honorable Court Members:

    Before a bankruptcy settlement is made with the "old" General Motors Corporation, I wanted to express my own personal concerns. As a retired public school teacher, I thought that the current recession period provided me with an excellent opportunity to purchase stocks while the share values were falling and on the low end. I decided to purchase shares of General Motors stock as an investment and as the stock prices slid, I continued to buy more. I was not buying "old" General Motors stock; I was buying General Motors stock. Since the "new" company has decided to sell stock on the open market at $36-37/share, my original stock investment did not rollover and is now worth app. $0.08/share when I last checked. I realize others are in the same predicament and I'm not sure where to turn or what can be done, but writing this letter at least allows me to express my feelings and vent a little.
    I hope you will consider my point and the views of others as you make your final decisions concerning the "old" General Motors bankruptcy case before you.
    Thank you for allowing me to express myself and I hope your decisions will be fair to all concerned.

Sincerely,

Mark L. Paloolian

904 Weninger Dr.
Carson City, NV 89703
775-883-9152