February 22, 2011

Honorable Robert E. Gerber
United States Bankuptcy Judge
Room 621
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

Dear Honorable Robert E. Gerber;

    I am writing in response to the 154th Omnibus Objection to Claims filed by General Motors LLC.  They (Motors Liquidation Company, et al., f/k/a General Motors Corp, et al.
My claim, Thomas F. Warner, 460 Flat Rock Rd. Woodburn, Ky. 42170, of $101,254.07 should not be disallowed.  My claim is for the amount of money I put in over 39 nine years
of service to General Motors.  This amount does not include any dividends, interest or bonus money, it is only the amount that I gave out of my check.  I obtained this figure
from Fidelity Investments Co.  This amount is minus the amount they sold my ownership in General Motors for without my permission.  I ask for no more that what I put into my 401k
plan.
    My objection to this dissallowment claim is that I was an owner of General Motors.  How can one owner be put to the curb while the others still set in their ivory towers and haven't lost a thing, still drawing their bonus and salaries.  I helped build Gerneral Motors over the 39 years, invested many hours of hard work and time to build the company.  Mr Rick Wagoner recieved $20 million for getting fired, Mr. Witiker, now CEO of General Motors recieved a bonus just for being there a few months.  This was my life savings for my life after General Motors, and they should not be allowed to wipe it out just to make a bigger bonus and salary at another General Motors owners expense.  I do not have an army of attorneys to write this letter,  this is the best way I know how to put my objection down and pray that you and the courts can make a just and right decision

Sincerely
Thomas F. Warner

*[signed] Thomas F Warner*