## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
------------------------------------------------------------------X
In re:                                                :
                                                      :
MOTORS LIQUIDATION COMPANY, et al.,                   :
        f/k/a General Motors Corp., et al.            :            Chapter 11
                                                      :            Case No. 09-50026 (REG)
                                                      :            (Jointly Administered)
                        Debtors.                      :
------------------------------------------------------------------X
```

<u>AFFIDAVIT OF SERVICE</u>

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **NASSAU**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 2, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9540) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

/s/ Chanpreet Kondal
Chanpreet Kondal

Sworn to before me this 2nd day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Barclays Bank PLC
Attn: Daniel Crowley, Managing Director
745 Seventh Avenue
New York, NY 10019

<u>TRANSFEREE</u>

One East Capital
Attn: Alan Gomez and Michelle Laryea Godfrey
551 Madison Avenue, 10th Floor
New York, NY 10022