UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*     :
                                                         :    (Jointly Administered)
               Debtors.                :
                                                         :
-----------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF JANE SULLIVAN OF EPIQ BANKRUPTCY
SOLUTIONS, LLC REGARDING VOTING ON, AND TABULATION OF,
BALLOTS ACCEPTING AND REJECTING THE DEBTORS' AMENDED
JOINT CHAPTER 11 PLAN, WITH RESPECT TO CLASS 3 DEBT SECURITIES**

Jane Sullivan, being duly sworn, declares, under penalty of perjury:

      1.      I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("**Epiq**"), located at 757 Third Avenue, 3rd Floor, New York, New York 10017, which was retained as the Debtors' debt instruments voting agent.

      2.      I submit this Supplemental Declaration with respect to the *Debtors' Amended Joint Chapter 11 Plan*, dated December 7, 2010, (as modified and/or amended from time to time, the "**Plan**").[1] Except as otherwise indicated, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

      3.      The *Declaration of Jane Sullivan of Epiq Bankruptcy Solutions, LLC Regarding Voting on, and Tabulation of, Ballots Accepting and Rejecting the Debtors' Amended Joint Chapter 11 Plan, With Respect to Class 3 Debt Securities* was filed with this Court on

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan, Disclosure Statement Order, or Initial Declaration (each as defined herein).

February 24, 2011 [Docket No. 9449] (the "**Initial Declaration**"). The Initial Declaration indicated that the Debtors had extended the voting deadline for holders in Italy to February 22, 2011 (the "**Extended Voting Deadline**"), and that none of the Ballots received pursuant to the Extended Voting Deadline were included in Initial Declaration. The Initial Declaration also indicated that a supplemental declaration would be filed with this Court upon completion of the tabulation of Ballots received in connection with the Extended Voting Deadline.

4. The Initial Declaration is incorporated in its entirety herein by reference. For clarity, certain information contained in the Initial Declaration is also included in this Supplemental Declaration.

5. All validly executed ballots cast by holders of Voting Securities and received by Epiq on or before the February 11, 2011 Voting Deadline, or in the case of holders in Italy, the Extended Deadline (each a "**Relevant Deadline**"), were tabulated as outlined in the Disclosure Statement Order.

6. I declare that the results of the voting by holders of Voting Securities received by a Relevant Deadline are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq[2] (the "**Updated Tabulation**")

---

[2] In accordance with the *Order With Respect to (I) Motions of (A) Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company, and (B) Certain Noteholders, and (II) Joinders of (A) Morgan Stanley & Co. International PLC, (B) Certain Noteholders, and (C) Goldman Sachs & Co, Pursuant to Fed. R. Bankr. P. 3018 (A) for Temporary Allowance of Claims for Purpose of Voting to Accept or Reject Plan*, dated February 14, 2011, [Docket No. 9215] (the "**3018 Order**"), holders of Nova Scotia Guaranty Claims were not permitted to vote, other than in accordance with the 3018 Order. Other than the votes in the 3018 Order, no votes with respect to Nova Scotia Guaranty Claims are included in the tabulation. Notwithstanding that certain votes cast by Nova Scotia Noteholders (as defined in the 3018 Order) were not submitted by the Nova Scotia Noteholder or not located in the tabulation records, Epiq included the full amount covered by the 3018 Order, and included in the tabulation 29 votes to reject the Plan in the amount of $1.072 billion.

2

7.      A report of all votes <u>in connection with the Extended Deadline only</u> that were not included in the Updated Tabulation prepared by Epiq, and the reasons for exclusion of such votes, is attached as <u>Exhibit B</u> hereto.

8.      The *Declaration of Jeffrey S. Stein of The Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes On and Results of Voting With Respect to the Debtors' Amended Joint Chapter 11 Plan*, was filed with this Court on February 24, 2011, [Docket No. 9439] (the "**GCG Declaration**"). The GCG Declaration did not include the votes tabulated by Epiq in Class 3.

9.      Epiq prepared a comprehensive tabulation of all votes cast in Class 3, on a combined basis, whether tabulated by Epiq or GCG. I hereby certify that the results of the comprehensive tabulation of Class 3 votes are as set forth on <u>Exhibit C</u> hereto. In preparing this comprehensive tabulation, Epiq relied on its Updated Tabulation contained in Exhibit A hereto and the results for Class 3 contained in the GCG Declaration

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  New York, New York
           March 2, 2010

                                              Jane Sullivan
                                              Executive Vice President
                                              Epiq Bankruptcy Solutions, LLC

3

**Exhibit A**

## MOTORS LIQUIDATION COMPANY, et al.

## TABULATION OF BALLOTS:

## VOTING SECURITIES ONLY

| | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) |
|---|---|---|---|---|
| **CLASS 3 VOTING SECURITIES ONLY** | **$16,788,830,935.08** (92.36%) | **$1,388,880,953.05** (7.64%) | **93,504** (96.81%) | **2,981** (3.19%) |

**Exhibit B**

**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171942757 | BANCA CR FIRENZE SPA | 3 | $18,118.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA CR FIRENZE SPA | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA CR FIRENZE SPA | 3 | $123,809.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA CR FIRENZE SPA | 3 | $3,019.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DEL FUEINO SPA | 3 | $37,746.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DEL FUEINO SPA | 3 | $113,240.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $27,177.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $90,592.51 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DELL'ADRIATICO SPA | 3 | $95,122.14 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DI CREDITO COOPERATIVO DEL CARSO | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DI CREDITO COOPERATIVO DEL CARSO | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DI CREDITO COOPERATIVO DEL CARSO | 3 | $13,588.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DI CREDITO COOPERATIVO DEL CARSO | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA DI IMOLA SPA | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA GENERALI S.P.A | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA GENERALI S.P.A | 3 | $98,141.89 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA GENERALI S.P.A | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA GENERALI S.P.A | 3 | $25,667.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE DI MILANO SCRL | 3 | $67,944.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $52,845.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $24,158.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $4,529.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | BANCA POPOLARE FRIULADRIA S.P.A. | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $4,529.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $301,975.03 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $241,580.03 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $4,529.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $48,316.01 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $27,177.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $13,588.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $37,746.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $18,118.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $61,904.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $6,039.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $3,019.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $52,845.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $158,536.89 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORO EST SPA | 3 | $211,382.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DEL RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $120,790.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DEL RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DEL RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $4,529.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DEL RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DEL RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $105,691.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DEL FRIULI VENEZIA GIULIA SPA | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DEL FRIULI VENEZIA GIULIA SPA | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DEL FRIULI VENEZIA GIULIA SPA | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI CENTO SPA | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI CENTO SPA | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI CITTA' DI CASTELLO S.P.A. | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI CITTA' DI CASTELLO S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI CITTA' DI CASTELLO S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI FERMO S.P.A | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI FERMO S.P.A | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI FERMO S.P.A | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI PISTOIA E PESCIA SPA | 3 | $24,158.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI PISTOIA E PESCIA SPA | 3 | $202,323.27 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI PISTOIA E PESCIA SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI PISTOIA E PESCIA SPA | 3 | $80,023.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI RAVENNA SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI RAVENNA SPA | 3 | $98,141.89 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI RAVENNA SPA | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI RAVENNA SPA | 3 | $9,059.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI RAVENNA SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI RIETI SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $98,141.89 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171942757 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARRIO DI CEJENA | 3 | $57,375.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA DI RISPARRIO DI CEJENA | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA LOMBARDA SPA | 3 | $19,628.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CASSA LOMBARDA SPA | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | CREDIT MUTUAL MONTMARTRE | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $158,536.89 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $202,323.27 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $4,529.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $67,944.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $166,086.27 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $67,944.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $9,059.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $34,727.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $27,177.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $105,691.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $301,975.03 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $19,628.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $18,118.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $10,569.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $105,691.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $9,059.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $301,975.03 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $13,588.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $10,569.13 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $13,588.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $33,217.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $196,283.77 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $16,608.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $37,746.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $19,628.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $196,283.77 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $49,825.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $78,513.51 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $181,185.02 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $181,185.02 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $21,138.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $24,158.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $37,746.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $626,598.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $3,019.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $24,158.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $1,509.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $150,987.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $12,079.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $27,177.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $60,395.01 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $6,039.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $83,043.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $18,118.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $143,438.14 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $306,504.66 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $12,079.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $37,746.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $24,158.00 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $45,296.25 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $39,256.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $113,240.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $39,256.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $181,185.02 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $539,025.43 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $37,746.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $7,549.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $75,493.76 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $90,592.51 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $15,098.75 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $22,648.13 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $77,003.63 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $25,667.88 | ACCEPT | Cannot Verify Record Date Position |
| XS0171942757 | DEUTSCHE BANK S.P.A. | 3 | $30,197.50 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | ICCREA BANCA: BANCA DI CREDITO COOPERATIVO DI GRADARA SOC. COOP | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | ICCREA BANCA: BANCA DI CREDITO COOPERATIVO DI GRADARA SOC. COOP | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA CR FIRENZE SPA | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA CR FIRENZE SPA | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA CR FIRENZE SPA | 3 | $21,100.42 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA CR FIRENZE SPA | 3 | $37,679.32 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA CR FIRENZE SPA | 3 | $37,679.32 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA CR FIRENZE SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DEL FUEINO SPA | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DI CREDITO COOPERATIVO DEL CARSO | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DI CREDITO COOPERATIVO DEL CARSO | 3 | $4,521.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DI CREDITO SARDO SPA | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DI CREDITO SARDO SPA | 3 | $60,286.92 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DI IMOLA SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA DI TRENTO E BOLZANO SPA | 3 | $4,521.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA GENERALI S.P.A | 3 | $376,793.22 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA GENERALI S.P.A | 3 | $105,502.10 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA GENERALI S.P.A | 3 | $150,717.29 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $18,086.07 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $60,286.92 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $301,434.58 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $22,607.59 | **REJECT** | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCA MEDIOLANUM SPA | 3 | $84,401.68 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $10,550.21 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $3,014.35 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $3,014.35 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $12,057.38 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $4,521.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $4,521.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $63,301.26 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANCO DI CREDITO P.AZZOAGLIO SPA | 3 | $57,272.57 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANKA POPOLARE FRIULADRIA S.P.A. | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANKA POPOLARE FRIULADRIA S.P.A. | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANKA POPOLARE FRIULADRIA S.P.A. | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANKA POPOLARE FRIULADRIA S.P.A. | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANKA POPOLARE FRIULADRIA S.P.A. | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BANKA POPOLARE FRIULADRIA S.P.A. | 3 | $18,086.07 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $49,736.70 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $78,372.99 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | BENEFICIAL HOLDER | 3 | $40,693.67 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASA DEI RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $39,186.49 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASA DEI RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $316,506.30 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASA DEI RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASA DEI RISPARMI DI FORLI E DELLA ROMAGNA SPA | 3 | $3,014.35 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $42,200.84 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $3,014.35 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $301,434.58 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $4,521.52 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $452,151.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $97,966.24 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $90,430.37 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit B**
**MOTORS LIQUIDATION COMPANY, et al.,**
**f/k/a General Motors Corp., et al.**
**Additional Ballots Not Tabulated**

| CUSIP/ISIN | Name of Creditor | Plan Class | Amount Voted | Vote | Reason(s) Not Tabulated |
|---|---|---|---|---|---|
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $150,717.29 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $90,430.37 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $105,502.10 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $52,751.05 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $6,028.69 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $256,219.39 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA CENTRALE BANCA CREDITO COOPERATIVO DEL NORD EST SPA | 3 | $105,502.10 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISARMIO DI RAVENNA SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISARMIO DI RAVENNA SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI BOLZANO/ITALY (BANK) | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI FERMO S.P.A | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI FERMO S.P.A | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI RIETI SPA | 3 | $22,607.59 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI TERNI E NARNI SPA | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $45,215.19 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $301,434.58 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $60,286.92 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $60,286.92 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $238,133.31 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARMIO DI VENEZIA SPA | 3 | $75,358.64 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARRIO DI CEJENA | 3 | $15,071.73 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | CASSA DI RISPARRIO DI CEJENA | 3 | $30,143.46 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | FLESSABANK BANKHAUS MAX FLESSA KG | 3 | $16,578.90 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | SGSS S.P.A. | 3 | $7,535.86 | ACCEPT | Cannot Verify Record Date Position |
| XS0171943649 | SGSS S.P.A. | 3 | $18,086.07 | ACCEPT | Cannot Verify Record Date Position |



**Exhibit C**

**MOTORS LIQUIDATION COMPANY, et al.**

**TABULATION OF BALLOTS:**

**COMBINED TALLY**

|  | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) |
|---|---|---|---|---|
| **CLASS 3 (GENERAL UNSECURED CLAIMS)** | $18,460,970,649.08 (85.60%) | $3,106,806,154.16 (14.40%) | 91,470 (96.78%) | 3,042 (3.22%) |