BARNES & THORNBURG LLP
Attorneys for M-Heat Investors, LLC
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :   Chapter 11 Case No.
In re                                                          :
                                                               :   09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al*.                    :   (Jointly Administered)
                                                               :
        Debtors.                                            :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF JOINT OBJECTION OF M-HEAT INVESTORS, LLC**
**AND CHAPTER 7 TRUSTEE OF MICRO-HEAT, INC. TO CONFIRMATION**
**OF DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

     M-Heat Investors, LLC, by and through its undersigned attorneys, hereby withdraws its Joint Objection to Confirmation of Debtors' Amended Joint Chapter 11 Plan.  Noting contained herein shall be deemed to effect any other claims of M-Heat Investors, LLC or Basil Simon, the Chapter 7 Trustee of the Estate of Micro-Heat, LLC against the debtors' estates.

Dated:  March 3, 2011                        BARNES & THORNBURG LLP
                                                       Attorneys for M-Heat Investors, LLC


                                                       By:  /s/John T. Gregg
                                                           John T. Gregg
                                                   Business Address:

171 Monroe Avenue, NW, Suite 1000  
Grand Rapids, MI 49503  
(616) 742-3936

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record.

                                                                /s/ John T. Gregg