

In re Motors Liquidation Company, Case No. 09-50026 (REG)
Piron, Caleb B.
to:
gerber.chambers
03/02/2011 06:13 PM
Show Details

Endorsed Order:

Granted.

S/REG
USBJ
3/2/11

1 Attachment

GM - Amended Rule 2019 Order [Dkt No 9405].pdf

Dear Judge Gerber,

We represent the "Certain Noteholders" referenced in the attached Order of this Court, entered on February 23, 2011.  Today, we became aware of this Order, which requires Brown Rudnick to file the disclosure required under Rule 2019 of the Federal Rules of Bankruptcy Procedure by no later than 12:00 noon on March 1, 2011.

We are now working to gather the information from our clients in order to comply with this Order.  We respectfully request that the Court extend the deadline set forth in the Order until 12:00 noon on Monday, March 7, 2011, to allow us to do so.

Thank you.

Respectfully,
Caleb Piron

**Caleb B. Piron**
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Phone: +1.212.209.4921
Facsimile: +1.212.938.2831
www.brownrudnick.com

*********************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

*********************************************************************