UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In Re                                                    :         Chapter 11 Case
:
**MOTORS LIQUIDATION COMPANY**, et al.,     :         09-50026 (REG)
    f/k/a General Motors Corp., et al.         :
:
            Debtors.                           :         (Jointly Administered)
:
---------------------------------------------------------x


### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE


I, Samuel J. Behringer, Jr., request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Calvin H. Purnell, 83rd Omnibus Objection Respondent #62124, in the above referenced bankruptcy case.

I certify that I am a member in good standing of the State Bar of Michigan, attorney reference number P-23751.

I have submitted the filing fee of $25.00 with this motion for this *pro hac vice* admission.


Dated: Detroit, MI
       February 28, 2011

                                        _____
                                        Samuel J. Behringer, Jr. (P-23751)
                                        Attorney at Law
                                        333 McKinley Avenue
                                        Grosse Pointe Farms, MI 48236-3420
                                        Telephone (313) 885-1948
                                        Fax (313) 886-6443
                                        sblawd35@msn.com

RECEIVED FEB 22 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
                                      :
In Re                                 :       Chapter 11 Case
                                      :
**MOTORS LIQUIDATION COMPANY**, et al.,    :       09-50026 (REG)
    f/k/a General Motors Corp., et al.   :
                                      :
            Debtors.                  :       (Jointly Administered)
                                      :
_____x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Samuel J. Behringer, Jr., to be admitted, *pro hac vice*, to represent 83rd Omnibus Objection Respondent #62124 ("the Client"), in the above referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the State Bar of Michigan, it is hereby:

ORDERED that Samuel J. Behringer, Jr., is hereby admitted to practice, *pro hac vice*, in the above referenced bankruptcy case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February ___, 2011
       New York, NY

                                    _____
                                    THE HONORABLE ROBERT E. GERBER
                                    UNITED STATES BANKRUPTCY COURT JUDGE