Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
In re:                                          :      Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY., *et al.*           :      Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*    :
                                                :
                            Debtors.            :      (Jointly Administered)
--------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK            )
                             )      s.s.:
COUNTY OF NEW YORK           )

      1.  EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2.  On February 28, 2011 I caused to be served a true and correct copy of the (i) MEMORANDUM OF LAW OF THE TPC LENDERS CONCERNING THE PROPER

VALUATION METHODOLOGY UNDER THE SALE ORDER AND SECTION 506 OF THE BANKRUPTCY CODE TO BE APPLIED TO THE TPC PROPERTY; and

(ii) DECLARATION OF STEVEN M. BIERMAN IN SUPPORT OF THE MEMORANDUM OF LAW OF THE TPC LENDERS CONCERNING THE PROPER VALUATION METHODOLOGY UNDER THE SALE ORDER AND SECTION 506 OF THE BANKRUPTCY CODE TO BE APPLIED TO THE TPC PROPERTY; (a) by email service upon those parties listed on the Service List annexed hereto as Exhibit "A" (Case Service List); (b) by first class mail, postage prepaid upon those parties listed on the Service List annexed hereto as Exhibit "B" (Case Service List); (c) by email and by hand delivery upon (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York  10153, Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq. (harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com); (ii) King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036, Attn: Arthur Jay Steinberg, Esq., H. Slayton Dabney, Esq., and Scott Davidson, Esq. (asteinberg@kslaw.com; sdabney@kslaw.com; sdavidson@kslaw.com); and (d) by email and Federal Express for overnight delivery upon (d) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York  10004, Attn: Tracy Hope Davis, Esq. (tracy.davis@usdoj.gov).

.                              _____/s/Eileen A. McDonnell_____
                                        EILEEN A. MCDONNELL

Sworn to before me this
3rd day of March, 2011

__/s/ Melanie Nelson_____
     Notary Public
Notary Public, State of New York
 No. 01NE6214750
Qualified in New York County
Commission Expires 12/21/13