# EXHIBIT "A"

arbrown@mmm.com; blc@ashrlaw.com; david.boyle@airgas.com; dgolden@akingump.com; nlevine@akingump.com; pdublin@akingump.com; cbasler@alixpartners.com; dfish@allardfishpc.com; cwoodruff-neer@alpine-usa.com; Elizabeth.Spangler@arcadis-us.com; rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com; dowd.mary@arentfox.com; dgoing@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; jg5786@att.com; hwangr@michigan.gov; leslie.levy@nebraska.gov; bk-mbrowning@oag.state.tx.us; victoria.garry@ohioattomeygeneralgov; raterinkd@michigan.gov; bk-kwalsh@oag.state.tx.us; przekopshaws@michigan.gov; neal.mann@oag.state.ny.us; rbernard@bakerlaw.com; jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com; mmoseley@bakerdonelson.com; summersm@ballardspahr.com; jgregg@btlaw.com; mark.owens@btlaw.com; rcpottinger@bslbv.com; ffm@bostonbusinesslaw.com; CSALOMON@BECKERGLYNN.COM; tgaa@bbslaw.com; Robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com; jonathan.alter@bingham.com; anna.boelitz@bingham.com; Kelbon@blankrome.com; mrichards@blankrome.com; JRumley@bcbsm.com; mbakst@bodmanllp.com; cdarke@bodmanllp.com; borgeslawfirm@aol.com; renee.dailey@bgllp.com; bwilliam@gklaw.com; bankruptcy.asbpo.asbdom@braytonlaw.com; JMcDonald@Briggs.com; wilkins@bwst-law.com; hall@bwst-law.com; rbrown@brownwhalen.com; schristianson@buchalter.com; JKim@burkelaw.com; Gring@Burkelaw.com; Peter.Lee@bnsf.com; ccarson@burr.com; paige@bsplaw.com; sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com; radom@butzel.com; newman@butzel.com; cbblac@acxiom.com; john.rapisardi@cwt.com; douglas.mintz@cwt.com; peter.friedman@cwt.com; zachary.smith@cwt.com; rweinstein@cusa.canon.com; ei@capdale.com; rct@capdale.com; pvnl@capdale.com; rer@capdale.com; tws@capdale.com; kcm@capdale.com; tws@capdale.com; brcy@carsonfischer.com; mweinczok@casselsbrock.com; alan@chapellassociates.com; ccahill@clarkhill.com; rgordon@clarkhill.com; BSUSKO@CGSH.COM; jbromley@cgsh.com; DGOTTLIEB@CGSH.COM; RLINCER@CGSH.COM; dbuell@cgsh.com; soneal@cgsh.com; bceccotti@cwsny.com; goldberg@cwg11.com; sfalanga@connellfoley.com; chemrick@connellfoley.com; pretekin@coollaw.com; belkys.escobar@loudoun.gov; sjohnston@cov.com; mbaxter@cov.com; jcarberiy@cl-law.com; lisa.wurster@dana.com; donald.bernstein@dpw.com; gm@dmms.com; hryder@daypitney.com; adoshi@daypitney.com; rmeth@daypitney.com; .info@dealertire.com; jpowers@debevoise.com; dtrafelet@sbcglobal.net; rfhahn@debevoise.com; james.moore@dechert.com; juliet.sarkessian@dechert.com; shmuel.vasser@dechert.com; jkots@state.pa.us; CONTACT-OCFO@DOLGOV; csweeney@dickinsonwright.com; dyitzchaki@dickinsonwright.com; jplemmons2@dickinsonwright.com; kewald@dickinsonwright.com; mchammer3@dickinsonwright.com; gdiconza@dlawpc.com; stephanie.wickouski@dbr.com; kristin.going@dbr.com; ayala.hassell@hp.com; jwhitlock@eapdlaw.com; rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com; george.sanderson@elliswinters.com; akatz@entergy.com; druhlandt@ermanteicher.com; eerman@ermanteicher.com; deisenberg@ermanteicher.com; mkogan@ecjlaw.com; ngoteiner@fbm.com; ppascuzzi@ffwplaw.com; jsimon@foley.com; kcatanese@foley.com; jsoble@foley.com; jmurch@foley.com; jlee@foley.com; fdicastri@foley.com; maiello@foley.com; shilfinger@foley.com; sseabolt@foley.com; rhuey@foley.com; vavilaplana@foley.com; mriopelle@foley.com; klynch@formanlaw.com; ygeron@foxrothschild.com; ahammer@freebornpeters.com; tfawkes@freebornpeters.com; rgreenberg@dclawfirm.com; bguy@fbtlaw.com; mkroplin@fbtlaw.com; Iboydston@fulbright.com; drosenzweig@fulbrightcom; jrabin@fulbright.com; mparker@fulbright.com; mhaut@fulbright.com; lstrubeck@fulbright.com; lawrence.s.buonomo@gm.com; prachmuth@gerstensavage.com; dcrapo@gibbonslaw.com; mjwilliams@gibsondunn.com; dfeldman@gibsondunn.com; dcg@girardgibbs.com; ajd@girardgibbs.com; Glenn.Reisman@ge.com; tnixon@gklaw.com; candres@gklaw.com; kstadler@gklaw.com; bdelfino@ghsllp.com; bhoover@goldbergsegalla.com; cbelter@goldbergsegalla.com; jflaxer@golenbock.com; dfurth@golenbock.com;

bmehlsack@gkllaw.com; gkaden@goulstonstorrs.com; drosner@goulstonstorrs.com;
Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com; jdivack@hahnhessen.com;
hpatwardhan@hahnhessen.com; Idpowar@hahnlaw.com; dademarco@hahnlaw.com;
cbattaglia@halperinlaw.net; jdyas@halperinlaw.net; info@harmanbecker.de; solson@hausfeldllp.com;
jonathan.hook@haynesboone.com; patrick.hughes@haynesboone.com;
peter.ruggero@haynesboone.com; charles.beckham@haynesboone.com;
brooks.hamilton@haynesboone.com; judith.elkin@haynesboone.com;
matthew.russell@haynesboone.com; bshort@hsblawfirm.com; sselbst@herrick.com;
prubin@herrick.com; ecurrenti@hess.com; amy.chipperson@hp.com; tcurran@haslaw.com;
skatzoff@hblaw.com; sagolden@hhlaw.com; bjgrieco@hhlaw.com; jsgroi@honigman.com;
tsherick@honigman.com; rweiss@honigman.com; jrhunter@hunterschank.com;
tomschank@hunterschank.com; anne.boudreau@ic.gc.ca; rgriffin@iuoe.org;
memberservices@ivawfcu.com; nganatra@uaw.net; mneier@ibolaw.com; jlsaffer@jlsaffer.com;
rkruger@jaffelaw.com; dmurray@jenner.com; ptrostle@jenner.com; jboyles@jhvgglaw.com;
jeff.rich@klgates.com; eric.moser@klgates.com; rsmolev@kayescholer.com; jstitt@kmklaw.com;
twilson@kelley-ferraro.com; KDWBankruptcyDepartment@kelleydrye.com;
KDWBankruptcyDepartment@kelleydnie.com; sjennik@kjmlabor.com; tmurray@kjmlabor.com;
jed@krwlaw.com; pwh@krwlaw.com; ecf@kaalaw.com; MBranzburg@klehr.com; jwe@kjk.com;
fberg@kotzsangster.com; jmacyda@kotsangster.com; acaton@kramerlevin.com;
tmayer@kramerleyin.com; rschmidt@kramerlevin.com; Imacksoud@kramerleyin.com;
jsharret@kramerlevin.com; jfriedman@kramerlevin.com; dmb@kompc.com; psm@kompc.com;
mws@kompc.com; scook@lambertleser.com; abruski@lambertleser.com; Robert.Rosenberg@lw.com;
Adam.Goldberg@lw.com; gabriel.delvirginia@verizon.net; sheehan@txschoollaw.com;
larrykraines@gmail.com; michaelhastings@leclairryan.com; michael.conway@leclairryan.com;
shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com; klewis@lewisplIc.com;
dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com;
austin.bankruptcy@publicans.com; kwalsh@lockelord.com; metkin@lowenstein.com;
steele@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; khk@maddinhauser.com;
msl@maddinhauser.com; smatta@mattablair.com; dhartheimer@mazzeosong.com;
jtesta@mccarter.com; cstanziale@mccarter.com; kab@mccarthylebit.com; rrk@mccarthylebit.com;
mreed@mvbalaw.com; sveselka@mvbalaw.com; gbragg@mvbalaw.com; cdorkey@mckennalong.com;
jmayes@mckennalong.com; cgraham@mckennalong.com; lamme@mltw.com; privitera@mltw.com;
hkolko@msek.com; elobello@msek.com; gardinerk@michigan.gov; msholmes@cowgillholmes.com;
gillcr@michigan.gov; funds@michigan.gov; wcacinfo@michigan.gov; tlomazow@milbank.com;
skhalil@milbank.com; ecfsarbt@millerjohnson.com; ecfwolfordr@millerjohnson.com;
fusco@millercanfield.com; hutchinson@millercanfield.com; swansonm@millercanfield.com;
robbins@millercanfield.com; pricotta@mintz.com; sdnyecf@dor.mo.gov; nramsey@mmwr.com;
joneil@mmwr.com; RTODER@MORGANLEWIS.COM; eliu@morganlewis.com;
AGOTTFRIED@MORGANLEWIS.COM; rmauceri@morganlewis.com;
bankruptcy@morrisoncohen.com; jgilbert@motleyrice.com; jbaden@motleyrice.com;
tmorrow@alixpartners.com; CMcManus@muchshelist.com; mkoks@munsch.com;
rsox@dealerlawyer.com; nwbernstein@nwbllc.com; dsammons@nagelrice.com; jrice@nagelrice.com;
dbrody@borahgoldstein.com; Gkelly@narmco.com; peter.haley@nelsonmullins.com;
george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com;
Maureen.Leary@oag.state.ny.us; Susan.Taylor@oag.state.ny.us; steven.koton@ag.ny.gov;
cmomjian@attorneygeneral.gov; Info@AndrewCuomo.com; lucas.ward@ohioattomeygeneralgov;
MJR1@gwestchestergov.com; Michelle.sutter@ohioattorneygeneral.gov; RWYRON@ORRICK.COM;
RFRANKEL@ORRICK.COM; rwyron@orrick.com; rlawrence@orrick.com; jansbro@orrick.com;
email@orumroth.com; tsandler@osler.com; DWALLEN@OSHR.COM; JHELFAT@OSHR.COM;
SSOLL@OSHR.COM; OSHR-GM-bk@oshr.com; chipford@parkerpoe.com;
AROSENBERG@PAULWEISS.COM; harveystrickon@paulhastings.com; akornberg@paulweiss.com;
jkoevary@paulweiss.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com;

rzubaty@paulweiss.com; ipohl@paulweiss.com; arosenberg@paulweiss.com;
bhermann@paulweiss.com; mphillips@paulweiss.com; maricco.michael@pbgc.gov;
nogglel@pepperlaw.com; toolee@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com;
carignanj@pepperlaw.com; kayesd@pepperlaw.com; ebcalvo@pbfcm.com; joy.e.tanner@altria.com;
tsadutto@platzerlaw.com; dbernstein@plunkettcooney.com; mfleming@plunkettcooney.com;
dlerner@plunkettcooney.com; jsmairo@pbnlaw.com; rmschechter@pbnlaw.com;
dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com; rmcneill@potteranderson.com;
fp@previant.com; sjg@previant.com; rpatel@pronskepatel.com; srutsky@proskauer.com;
aberkowitz@proskauer.com; Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com;
jrabinowitz@rltlawfirm.com; rrm_narumanchi@hotmail.com; stingey@rqn.com;
Lee_Cooper@raytheon.com; kgwynne@reedsmith.com; eschaffer@reedsmith.com;
cfelicetta@reidandriege.com; tlzabel@rhoadesmckee.com; rmallenski@aol.com;
richardnotice@rwmaplc.com; NBinder@rkollp.com; mfriedman@rkollp.com; JHong@rkollp.com;
jhong@rkollp.com; jshickich@riddellwilliams.com; akress@riker.com; akress@riker.com;
rkchevysales@rkautogroup.net; judith.adler@us.bosch.com; rsmith@cniinc.cc;
rpm@robinsonbrog.com; aleffert@rwolaw.com; kstrickland@rmkb.com; cbelmonte@ssbb.com;
pbosswick@ssbb.com; aisenberg@saul.com; jhampton@saul.com; tcurrier@saul.com;
rheilman@schaferandweiner.com; glee@schaferandweiner.com; bdeutsch@schnader.com;
bbressler@schnader.com; david.karp@srz.com; adam.harris@srz.com; mschonfeld@gibsondunn.com;
dlin@seyburn.com; dlin@seyburn.com; dennis.odea@sfslawgroup.com; bshaw100@shawgussis.com;
fsosnick@shearman.com; jfrizzley@shearman.com; etillinghast@sheppardmullin.com;
mcademartori@sheppardmullin.com; bwolfe@sheppardmullin.com; achaykin@shinnfuamerica.com;
kkansa@sidley.com; sbierman@sidley.com; nlagemann@sidley.com; avery@silvermanmorris.com;
ARosen@SilvermanAcampora.com; DMACK@STBLAW.COM; PPANTALEO@STBLAW.COM;
levick@singerlevick.com; mshriro@singerlevick.com; jack.butler@skadden.com;
nboehler@cbmlaw.com; cmeyer@ssd.com; tcornell@stahlcowen.com; ccaldwell@starkreagan.com;
wpayne@stemberfeinstein.com; JSTEMBER@STEMBERFEINSTEIN.COM;
EFEINSTEIN@STEMBERFEINSTEIN.COM; EDOYLE@STEMBERFEINSTEIN.COM;
shgross5@yahoo.com; sgoll@sbplclaw.com; cbullock@sbplclaw.com;
nashvillebankruptcyfilings@stites.com; bmeldrum@stites.com; streusand@streusandlandon.com;
brousseau@sbep-law.com; esserman@sbep-law.com; hartwick@sbep-law.com; d'apice@sbep-law.com;
newton@sbep-law.com; brousseau@sbep-Iaw.com; esserman@sbep-law.com; hartwick@sbep-
law.com; rhiersteiner@sandw.com; jdarcey@sandw.com; azuccarello@sandw.com;
jgroves@sandw.com; cbodell@sandw.com; dselwocki@swappc.com; jteitelbaum@tblawllp.com;
marvin.clements@ag.tn.gov; lischen@tcwtgn.com; djr@thecreditorslawgroup.com;
barbara_keane@gardencitygroup.com; casey.roy@oag.state.tx.us; dkowich@umich.edu;
rbrownlee@thompsoncobum.com; jesse@tipotexchevrolet.com; mgamell@tlggr.com;
abauer@torys.com; tmartin@torys.com; sdellafera@trenklawfirm.com;
jeffrey.kelley@troutmansanders.com; BRETT.GOODMAN@TROUTMANSANDERS.COM;
JOSEPH.SAMARIAS@DO.TREAS.GOV; mkilgore@up.com; david.jones6@usdoj.gov;
jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov; natalie.kuehler@usdoj.gov;
OFSChiefCounselNotices@do.treas.gov; antitrust.atr@usdoj.gov; askDOJ@usdoj.gov; djury@usw.org;
MJEdelman@vedderprice.com; MSchein@vedderprice.com; MJEDELMAN@VEDDERPRICE.COM;
lakatz@venable.com; roran@velaw.com; tscobb@vorys.com; crusemg@wnj.com; kbrauer@wnj.com;
sgrow@wnj.com; gtoering@wnj.com; rbarrows@wdblaw.com; rbarrows800@gmail.com;
zacharym@atg.wa.gov; HARVEY.MILLER@WEIL.COM; JOSEPH.SMOLINSKY@WEIL.COM;
STEPHEN.KAROTKIN@WEIL.COM; ostrows@whiteandwilliams.com; dockterman@wildman.com;
young@wildman.com; dpacheco@wilentz.com; laccarrino@wilentz.com; uncbill@msn.com;
philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com; dennis.jenkins@wilmerhale.com;
mbotica@winston.com; mcohn@winston.com; sschwartz@winston.com; cschreiber@winston.com;
wdcoffeylaw@yahoo.com; swolfson@wolfsonbolton.com; jwyly@wylyrommel.com;
skrause@zeklaw.com; bleinbach@zeklaw.com;

# EXHIBIT "B"

DRIAN ENVIRONMENTAL
MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

*AIMS/DYKEMA GOSSETT PLLC*
*10 SOUTH WACKER DRIVE*
*CHICAGO, IL 60606*

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

*ARCADIS BBL*
*10559 CITATION DRIVE*
*SUITE 100*
*BRIGHTON, MI 48118*

ARCADIS BBL
ATT: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

*ARCADIS GERAGHTY & MILLER, INC.*
*ATT: CHRIS PETERS*
*10559 CITATION DRIVE*
*SUITE 100*
*BRIGHTON, MI 48118*

BT2, INC.
ATT: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

*CHARTER TOWNSHIP OF FLINT*
*ATT: SANDRA S WRIGHT*
*1490 S. DYE ROAD*
*FLINT, MI 48532*

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

*CHARTER TWP. OF GENESEE*
*ATT: TOM MANNOR, TREASURER*
*7244 N. GENESSE ROAD*
*P.O. BOX 215*
*GENESEE, MI 48437*

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL
SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATT:  BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATT:  MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL
CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATT:  DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GLOBAL ENVIRONMENTAL
ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL
ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

HALEY & ALDRICH DESIGN AND
CONSTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HDR ENGINEERING
ATT:  DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN:  JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATT:  TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

SEVENSON ENVIRONMENTAL SERVICES,
INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING
DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE 224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
1300 NATIONAL DR STE 140
SACRAMENTO, CA 95834-1981

YOUNG'S ENVIRONMENTAL CLEANUP,
INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505