## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                      :
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :
      f/k/a General Motors Corp., *et al.*   :    Chapter 11
                                                            :    Case No. 09-50026 (REG)
                                                            :    (Jointly Administered)
            Debtors.               :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                                ) ss
COUNTY OF **NASSAU**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1. I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2. On March 3, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9545) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                      /s/ Chanpreet Kondal
                                                      Chanpreet Kondal

Sworn to before me this 3rd day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Norman Forester
c/o Langdon & Emison
Attn: J. Kent Emison
911 Main Street
Lexington, MO 64067-1342

Norman Forester
c/o Langdon & Emison
Attn: J. Kent Emison
P.O. Box 220
Lexington, MO 64067-0220

<u>TRANSFEREE</u>

Dover Master Fund II, L.P.
c/o Longacre Management, LLC
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019