**Hearing Date: March 3, 2011 at 9:45 a.m (EDT)**

Stefano V. Calogero, Esq.
WINDELS, MARX, LANE
& MITTENDORF, LLP
One Giralda Farms – Suite 380
Madison, NJ 07940
Telephone: (973) 966-3205
E-Mail: scalogero@windelsmarx.com

Counsel for Allstate Insurance Company,
as successor in interest to Northbrook Excess
and Surplus Insurance Company, formerly
Northbrook Insurance Company

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>MOTORS LIQUIDATION CORPORATION, *et al., f.k.a General Motors Corp., et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### ALLSTATE INSURANCE COMPANY'S WITHDRAWAL OF ALL OBJECTIONS TO CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF MOTORS LIQUIDATION CORPORATION, *et al*

Allstate Insurance Company, as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company ("Allstate"), hereby withdraws all of its objections to confirmation of the Joint Plan of Reorganization and all plan-related documents (ECF Nos. 9206 and 9467), those objections having been resolved by the Debtors' agreement to include certain language concerning Allstate in the Confirmation Order.

{10625770:1}

Dated: March 3, 2011

Respectfully submitted,

WINDELS, MARX, LANE
& MITTENDORF, LLP

By:*/s/ Stefano Calogero*
    Stefano Calogero
scalogero@windelsmarx.com
One Giralda Farms – Suite 380
Madison, New Jersey 07940
Phone: (973) 966-3205

Counsel for Allstate Insurance Company,
as successor in interest to Northbrook Excess
and Surplus Insurance Company, formerly
Northbrook Insurance Company

{10625770:1}

2