**APPENDIX B**
**(Continued)**

| | | | | |
|---|---|---|---|---|
| 736167 | 7-Sep-07 | 2007 | $2.56 | Outstanding |
| 736181 | 7-Sep-07 | 2007 | $2.56 | Outstanding |
| 737120 | 12-Sep-07 | 2007 | $31.60 | Outstanding |
| 737139 | 13-Sep-07 | 2007 | $57.02 | Outstanding |
| 737176 | 13-Sep-07 | 2007 | $5.12 | Outstanding |
| 737194 | 14-Sep-07 | 2007 | $46.56 | Outstanding |
| 737214 | 14-Sep-07 | 2007 | $2.56 | Outstanding |
| 737226 | 14-Sep-07 | 2007 | $7.68 | Outstanding |
| 738146 | 20-Sep-07 | 2007 | $50.66 | Outstanding |
| 738166 | 20-Sep-07 | 2007 | $2.56 | Outstanding |
| 738181 | 20-Sep-07 | 2007 | $5.12 | Outstanding |
| 738195 | 21-Sep-07 | 2007 | $12.72 | Outstanding |
| 738213 | 21-Sep-07 | 2007 | $2.56 | Outstanding |
| 738226 | 21-Sep-07 | 2007 | $2.56 | Outstanding |
| 739105 | 27-Sep-07 | 2007 | $71.04 | Outstanding |
| 739112 | 27-Sep-07 | 2007 | $2.56 | Outstanding |
| 739126 | 27-Sep-07 | 2007 | $5.12 | Outstanding |
| 739140 | 28-Sep-07 | 2007 | $16.82 | Outstanding |
| 739169 | 28-Sep-07 | 2007 | $5.12 | Outstanding |
| 739180 | 28-Sep-07 | 2007 | $46.56 | Outstanding |
| 740119 | 3-Oct-07 | 2007 | $63.20 | Outstanding |
| 740145 | 4-Oct-07 | 2007 | $55.34 | Outstanding |
| 740164 | 4-Oct-07 | 2007 | $2.56 | Outstanding |
| 740177 | 4-Oct-07 | 2007 | $5.12 | Outstanding |
| 740195 | 5-Oct-07 | 2007 | $48.24 | Outstanding |
| 740223 | 5-Oct-07 | 2007 | $2.56 | Outstanding |
| 741124 | 10-Oct-07 | 2007 | $31.60 | Outstanding |
| 741144 | 11-Oct-07 | 2007 | $55.34 | Outstanding |
| 741164 | 11-Oct-07 | 2007 | $2.56 | Outstanding |
| 741179 | 11-Oct-07 | 2007 | $2.56 | Outstanding |
| 741197 | 12-Oct-07 | 2007 | $48.24 | Outstanding |
| 741209 | 12-Oct-07 | 2007 | $142.08 | Outstanding |
| 741217 | 12-Oct-07 | 2007 | $2.56 | Outstanding |
| 741227 | 12-Oct-07 | 2007 | $5.12 | Outstanding |
| 742100 | 17-Oct-07 | 2007 | $57.02 | Outstanding |
| 742121 | 17-Oct-07 | 2007 | $31.60 | Outstanding |
| 742143 | 18-Oct-07 | 2007 | $55.34 | Outstanding |
| 742180 | 18-Oct-07 | 2007 | $5.12 | Outstanding |
| 742194 | 19-Oct-07 | 2007 | $8.04 | Outstanding |
| 742214 | 19-Oct-07 | 2007 | $2.56 | Outstanding |
| 742225 | 19-Oct-07 | 2007 | $5.12 | Outstanding |
| 743121 | 24-Oct-07 | 2007 | $63.20 | Outstanding |
| 743143 | 25-Oct-07 | 2007 | $12.72 | Outstanding |
| 743193 | 26-Oct-07 | 2007 | $50.66 | Outstanding |
| 743212 | 26-Oct-07 | 2007 | $2.56 | Outstanding |
| 744122 | 1-Nov-07 | 2007 | $46.56 | Outstanding |
| 744139 | 1-Nov-07 | 2007 | $2.56 | Outstanding |
| 744152 | 1-Nov-07 | 2007 | $2.56 | Outstanding |
| 744168 | 2-Nov-07 | 2007 | $57.02 | Outstanding |
| 744186 | 2-Nov-07 | 2007 | $2.56 | Outstanding |
| 744195 | 2-Nov-07 | 2007 | $5.12 | Outstanding |
| 745101 | 7-Nov-07 | 2007 | $57.02 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 745125 | 7-Nov-07 | 2007 | $63.20 | Outstanding |
| 745147 | 8-Nov-07 | 2007 | $46.56 | Outstanding |
| 745159 | 8-Nov-07 | 2007 | $142.08 | Outstanding |
| 745166 | 8-Nov-07 | 2007 | $71.04 | Outstanding |
| 745183 | 8-Nov-07 | 2007 | $5.12 | Outstanding |
| 745200 | 9-Nov-07 | 2007 | $57.02 | Outstanding |
| 745220 | 9-Nov-07 | 2007 | $10.24 | Outstanding |
| 745233 | 9-Nov-07 | 2007 | $5.12 | Outstanding |
| 746119 | 14-Nov-07 | 2007 | $158.00 | Outstanding |
| 746139 | 15-Nov-07 | 2007 | $43.56 | Outstanding |
| 746150 | 15-Nov-07 | 2007 | $142.08 | Outstanding |
| 746172 | 15-Nov-07 | 2007 | $5.12 | Outstanding |
| 746202 | 16-Nov-07 | 2007 | $5.12 | Outstanding |
| 747109 | 20-Nov-07 | 2007 | $46.56 | Outstanding |
| 747145 | 23-Nov-07 | 2007 | $5.12 | Outstanding |
| 748116 | 28-Nov-07 | 2007 | $63.20 | Outstanding |
| 748141 | 29-Nov-07 | 2007 | $55.34 | Outstanding |
| 748160 | 29-Nov-07 | 2007 | $2.56 | Outstanding |
| 748175 | 29-Nov-07 | 2007 | $7.68 | Outstanding |
| 748187 | 29-Nov-07 | 2007 | $53.66 | Outstanding |
| 748205 | 30-Nov-07 | 2007 | $2.56 | Outstanding |
| 748217 | 30-Nov-07 | 2007 | $5.12 | Outstanding |
| 749100 | 5-Dec-07 | 2007 | $57.02 | Outstanding |
| 749112 | 5-Dec-07 | 2007 | $1,940.40 | Outstanding |
| 749122 | 5-Dec-07 | 2007 | $63.20 | Outstanding |
| 749146 | 6-Dec-07 | 2007 | $43.56 | Outstanding |
| 749159 | 6-Dec-07 | 2007 | $142.08 | Outstanding |
| 749167 | 6-Dec-07 | 2007 | $2.56 | Outstanding |
| 749179 | 6-Dec-07 | 2007 | $5.12 | Outstanding |
| 749198 | 7-Dec-07 | 2007 | $55.34 | Outstanding |
| 749218 | 7-Dec-07 | 2007 | $2.56 | Outstanding |
| 749230 | 7-Dec-07 | 2007 | $2.56 | Outstanding |
| 749243 | 7-Dec-07 | 2007 | $57.02 | Outstanding |
| 750102 | 12-Dec-07 | 2007 | $57.02 | Outstanding |
| 750125 | 12-Dec-07 | 2007 | $63.20 | Outstanding |
| 750145 | 13-Dec-07 | 2007 | $48.24 | Outstanding |
| 750157 | 13-Dec-07 | 2007 | $71.04 | Outstanding |
| 750166 | 13-Dec-07 | 2007 | $2.56 | Outstanding |
| 750178 | 13-Dec-07 | 2007 | $5.12 | Outstanding |
| 750198 | 14-Dec-07 | 2007 | $55.34 | Outstanding |
| 750217 | 14-Dec-07 | 2007 | $2.56 | Outstanding |
| 750230 | 14-Dec-07 | 2007 | $5.12 | Outstanding |
| 751113 | 19-Dec-07 | 2007 | $63.20 | Outstanding |
| 751134 | 20-Dec-07 | 2007 | $8.04 | Outstanding |
| 751149 | 20-Dec-07 | 2007 | $2.56 | Outstanding |
| 751174 | 21-Dec-07 | 2007 | $84.50 | Outstanding |
| 802172 | 11-Jan-08 | 2007 | $138.96 | Outstanding |
| 803131 | 17-Jan-08 | 2007 | $71.04 | Outstanding |
| 803171 | 18-Jan-08 | 2007 | $71.04 | Outstanding |
| 803176 | 18-Jan-08 | 2007 | $142.08 | Outstanding |
| 804113 | 24-Jan-08 | 2007 | $71.04 | Outstanding |
| 804162 | 25-Jan-08 | 2007 | $71.04 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 805156 | 31-Jan-08 | 2007 | $71.04 | Outstanding |
| 806105 | 6-Feb-08 | 2007 | $71.04 | Outstanding |
| 806115 | 6-Feb-08 | 2007 | $12.30 | Outstanding |
| 806140 | 6-Feb-08 | 2007 | $53.20 | Outstanding |
| 806154 | 7-Feb-08 | 2007 | $71.04 | Outstanding |
| 807113 | 13-Feb-08 | 2007 | $71.04 | Outstanding |
| 807164 | 14-Feb-08 | 2007 | $267.64 | Outstanding |
| 807170 | 14-Feb-08 | 2007 | $142.08 | Outstanding |
| 807211 | 15-Feb-08 | 2007 | $71.04 | Outstanding |
| 808108 | 20-Feb-08 | 2007 | $71.04 | Outstanding |
| 808151 | 21-Feb-08 | 2007 | $71.04 | Outstanding |
| 809040 | 27-Feb-08 | 2008 | $293.76 | Outstanding |
| 809150 | 28-Feb-08 | 2007 | $71.04 | Outstanding |
| 809202 | 29-Feb-08 | 2007 | $71.04 | Outstanding |
| 810030 | 1-Mar-08 | 2007 | $9.00 | Outstanding |
| 810040 | 5-Mar-08 | 2007 | $85.84 | Outstanding |
| 810070 | 3-Mar-08 | 2007 | $342.72 | Outstanding |
| 811040 | 12-Mar-08 | 2007 | $120.73 | Outstanding |
| 811050 | 8-Mar-08 | 2007 | $538.56 | Outstanding |
| 811156 | 14-Mar-08 | 2007 | $97.92 | Outstanding |
| 813070 | 21-Mar-08 | 2007 | $391.68 | Outstanding |
| 813111 | 28-Mar-08 | 2007 | $53.20 | Outstanding |
| 71406FS | 26-May-07 | 2007 | $177.38 | Outstanding |
| 71407FS | 4-Apr-07 | 2007 | $244.80 | Outstanding |
| 714141 | 4-Apr-07 | 2007 | $5.12 | Outstanding |
| 714185 | 5-Apr-07 | 2007 | $63.20 | Outstanding |
| 71432 | 2-Apr-07 | 2007 | $63.20 | Outstanding |
| 71476 | 3-Apr-07 | 2007 | $2.56 | Outstanding |
| 71480 | 3-Apr-07 | 2007 | $31.60 | Outstanding |
| 71489 | 3-Apr-07 | 2007 | $5.12 | Outstanding |
| 71501 | 10-Apr-07 | 2007 | $2.56 | Outstanding |
| 71507FS | 6-Apr-07 | 2007 | $342.72 | Outstanding |
| 715128 | 12-Apr-07 | 2007 | $63.20 | Outstanding |
| 715179 | 13-Apr-07 | 2007 | $63.20 | Outstanding |
| 71527 | 10-Apr-07 | 2007 | $2.56 | Outstanding |
| 71531 | 10-Apr-07 | 2007 | $31.60 | Outstanding |
| 71540 | 10-Apr-07 | 2007 | $10.24 | Outstanding |
| 71591 | 11-Apr-07 | 2007 | $2.56 | Outstanding |
| 71607FS | 14-Apr-07 | 2007 | $248.33 | Outstanding |
| 716109 | 18-Apr-07 | 2007 | $2.56 | Outstanding |
| 716121 | 18-Apr-07 | 2007 | $5.12 | Outstanding |
| 716142 | 19-Apr-07 | 2007 | $200.08 | Outstanding |
| 716154 | 19-Apr-07 | 2007 | $63.20 | Outstanding |
| 716193 | 20-Apr-07 | 2007 | $63.20 | Outstanding |
| 716220 | 21-Apr-07 | 2007 | $2.56 | Outstanding |
| 71625 | 16-Apr-07 | 2007 | $63.20 | Outstanding |
| 71633 | 16-Apr-07 | 2007 | $10.24 | Outstanding |
| 71667 | 17-Apr-07 | 2007 | $2.56 | Outstanding |
| 71671 | 17-Apr-07 | 2007 | $94.80 | Outstanding |
| 71679 | 17-Apr-07 | 2007 | $2.56 | Outstanding |
| 71708FS | 21-Apr-07 | 2007 | $248.33 | Outstanding |
| 717120 | 25-Apr-07 | 2007 | $2.56 | Outstanding |

| Invoice | Date | Year | Amount | Status |
|---|---|---|---|---|
| 717135 | 25-Apr-07 | 2007 | $12.80 | Outstanding |
| 717173 | 26-Apr-07 | 2007 | $63.20 | Outstanding |
| 717225 | 27-Apr-07 | 2007 | $31.60 | Outstanding |
| 71725 | 23-Apr-07 | 2007 | $31.60 | Outstanding |
| 717251 | 28-Apr-07 | 2007 | $2.56 | Outstanding |
| 71732 | 23-Apr-07 | 2007 | $10.24 | Outstanding |
| 71769 | 24-Apr-07 | 2007 | $2.56 | Outstanding |
| 71773 | 24-Apr-07 | 2007 | $63.20 | Outstanding |
| 71782 | 24-Apr-07 | 2007 | $15.36 | Outstanding |
| 71793/145 | 23-Apr-07 | 2007 | $79.20 | Outstanding |
| 71803FS | 22-Jun-07 | 2007 | $293.76 | Outstanding |
| 71810 | 30-Apr-07 | 2007 | $0.42 | Outstanding |
| 718111 | 2-May-07 | 2007 | $2.56 | Outstanding |
| 718125 | 2-May-07 | 2007 | $7.68 | Outstanding |
| 718161 | 3-May-07 | 2007 | $63.20 | Outstanding |
| 718196 | 4-May-07 | 2007 | $65.52 | Outstanding |
| 718209 | 4-May-07 | 2007 | $63.20 | Outstanding |
| 71827 | 30-Apr-07 | 2007 | $63.20 | Outstanding |
| 71836 | 30-Apr-07 | 2007 | $10.24 | Outstanding |
| 71870 | 1-May-07 | 2007 | $63.20 | Outstanding |
| 71878 | 1-May-07 | 2007 | $10.24 | Outstanding |
| 71902FS | 5-May-07 | 2007 | $35.48 | Outstanding |
| 71907FS | 7-May-07 | 2007 | $70.95 | Outstanding |
| 71908FS | 9-May-07 | 2007 | $293.76 | Outstanding |
| 71911FS | 9-May-07 | 2007 | $38.91 | Outstanding |
| 719132 | 9-May-07 | 2007 | $7.68 | Outstanding |
| 719173 | 10-May-07 | 2007 | $63.20 | Outstanding |
| 719195 / 249 | 7-May-07 | 2007 | $55.20 | Outstanding |
| 719247 | 11-May-07 | 2007 | $162.00 | Outstanding |
| 719256 | 12-May-07 | 2007 | $2.56 | Outstanding |
| 71928 | 7-May-07 | 2007 | $31.60 | Outstanding |
| 71938 | 7-May-07 | 2007 | $7.68 | Outstanding |
| 71971 | 8-May-07 | 2007 | $2.56 | Outstanding |
| 71975 | 8-May-07 | 2007 | $63.20 | Outstanding |
| 71985 | 8-May-07 | 2007 | $12.80 | Outstanding |
| 72002FS | 12-May-07 | 2007 | $461.18 | Outstanding |
| 72006FS | 15-May-07 | 2007 | $293.76 | Outstanding |
| 720124 | 16-May-07 | 2007 | $2.56 | Outstanding |
| 720139 | 16-May-07 | 2007 | $12.80 | Outstanding |
| 720180 | 17-May-07 | 2007 | $63.20 | Outstanding |
| 720200 | 15-May-07 | 2007 | $1.98 | Outstanding |
| 720231 | 18-May-07 | 2007 | $63.20 | Outstanding |
| 720257 | 19-May-07 | 2007 | $2.56 | Outstanding |
| 72029 | 14-May-07 | 2007 | $690.00 | Outstanding |
| 72038 | 14-May-07 | 2007 | $12.80 | Outstanding |
| 72076 | 15-May-07 | 2007 | $2.56 | Outstanding |
| 72080 | 15-May-07 | 2007 | $63.20 | Outstanding |
| 72089 | 15-May-07 | 2007 | $15.36 | Outstanding |
| 72101SPO | 23-May-07 | 2007 | $120.73 | Outstanding |
| 72107FS | 19-May-07 | 2007 | $319.28 | Outstanding |
| 72108FS | 23-May-07 | 2007 | $244.80 | Outstanding |
| 721120 | 23-May-07 | 2007 | $2.56 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 721134 | 23-May-07 | 2007 | $10.24 | Outstanding |
| 721173 | 24-May-07 | 2007 | $63.20 | Outstanding |
| 721223 | 25-May-07 | 2007 | $63.20 | Outstanding |
| 72129 | 21-May-07 | 2007 | $31.60 | Outstanding |
| 72134 | 21-May-07 | 2007 | $7.68 | Outstanding |
| 72171 | 22-May-07 | 2007 | $2.56 | Outstanding |
| 72175 | 22-May-07 | 2007 | $63.20 | Outstanding |
| 72186 | 22-May-07 | 2007 | $7.68 | Outstanding |
| 72203FS | 28-Jul-07 | 2007 | $342.72 | Outstanding |
| 72204FS | 30-May-07 | 2007 | $354.75 | Outstanding |
| 722130 | 31-May-07 | 2007 | $31.60 | Outstanding |
| 722183 | 1-Jun-07 | 2007 | $63.20 | Outstanding |
| 72227 | 29-May-07 | 2007 | $2.56 | Outstanding |
| 72231 | 29-May-07 | 2007 | $63.20 | Outstanding |
| 72242 | 29-May-07 | 2007 | $10.24 | Outstanding |
| 72290 | 30-May-07 | 2007 | $5.12 | Outstanding |
| 72306FS | 2-Jun-07 | 2007 | $342.72 | Outstanding |
| 72312FS | 6-Jun-07 | 2007 | $106.43 | Outstanding |
| 723176 | 7-Jun-07 | 2007 | $913.01 | Outstanding |
| 723245 | 8-Jun-07 | 2007 | $63.20 | Outstanding |
| 72331 | 4-Jun-07 | 2007 | $63.20 | Outstanding |
| 72352 | 5-Jun-07 | 2007 | $31.60 | Outstanding |
| 72376 | 5-Jun-07 | 2007 | $2.56 | Outstanding |
| 72404FS | 9-Jun-07 | 2007 | $293.76 | Outstanding |
| 724176 | 14-Jun-07 | 2007 | $63.20 | Outstanding |
| 724234 | 15-Jun-07 | 2007 | $63.20 | Outstanding |
| 72428 | 11-Jun-07 | 2007 | $31.60 | Outstanding |
| 72475 | 12-Jun-07 | 2007 | $2.56 | Outstanding |
| 72479 | 12-Jun-07 | 2007 | $63.20 | Outstanding |
| 72509FS | 16-Jun-07 | 2007 | $244.80 | Outstanding |
| 72808 | 9-Jul-07 | 2007 | $49.44 | Outstanding |
| 72813 | 9-Jul-07 | 2007 | $41.30 | Outstanding |
| 72823 | 10-Jul-07 | 2007 | $2.56 | Outstanding |
| 72836 | 11-Jul-07 | 2007 | $2.56 | Outstanding |
| 72838 | 11-Jul-07 | 2007 | $2.56 | Outstanding |
| 72906FS | 14-Jul-07 | 2007 | $391.68 | Outstanding |
| 729103 / 150 / 254 | 20-Jul-07 | 2007 | $145.04 | Outstanding |
| 729114 | 25-Jul-07 | 2007 | $118.57 | Outstanding |
| 729118 | 25-Jul-07 | 2007 | $195.84 | Outstanding |
| 729126 | 18-Jul-07 | 2007 | $390.01 | Outstanding |
| 729127 | 25-Jul-07 | 2007 | $145.04 | Outstanding |
| 729134 | 18-Jul-07 | 2007 | $81.30 | Outstanding |
| 729135 | 18-Jul-07 | 2007 | $43.20 | Outstanding |
| 729137 | 18-Jul-07 | 2007 | $244.80 | Outstanding |
| 729139 | 18-Jul-07 | 2007 | $152.00 | Outstanding |
| 729141 | 18-Jul-07 | 2007 | $20.95 | Outstanding |
| 729143 | 18-Jul-07 | 2007 | $96.67 | Outstanding |
| 729145 | 18-Jul-07 | 2007 | $408.91 | Outstanding |
| 729147 | 18-Jul-07 | 2007 | $334.48 | Outstanding |
| 729148 | 25-Jul-07 | 2007 | $234.36 | Outstanding |
| 729149 | 18-Jul-07 | 2007 | $549.50 | Outstanding |
| 729152 | 25-Jul-07 | 2007 | $1,054.62 | Outstanding |

| Invoice | Date | Year | Amount | Status |
|---|---|---|---|---|
| 729178 | 19-Jul-07 | 2007 | $63.20 | Outstanding |
| 729233 | 20-Jul-07 | 2007 | $63.20 | Outstanding |
| 729262 | 21-Jul-07 | 2007 | $2.56 | Outstanding |
| 72928 | 16-Jul-07 | 2007 | $31.60 | Outstanding |
| 72940 | 16-Jul-07 | 2007 | $5.12 | Outstanding |
| 72951/102/151/206/255 | 16-Jul-07 | 2007 | $703.08 | Outstanding |
| 72981 | 17-Jul-07 | 2007 | $63.20 | Outstanding |
| 72990 | 17-Jul-07 | 2007 | $5.12 | Outstanding |
| 73004FS | 21-Jul-07 | 2007 | $293.76 | Outstanding |
| 730179 | 26-Jul-07 | 2007 | $63.20 | Outstanding |
| 730233 | 27-Jul-07 | 2007 | $63.20 | Outstanding |
| 730263 | 28-Jul-07 | 2007 | $2.56 | Outstanding |
| 73031 | 23-Jul-07 | 2007 | $63.20 | Outstanding |
| 73041 | 23-Jul-07 | 2007 | $5.12 | Outstanding |
| 73054 / 101 | 23-Jul-07 | 2007 | $79.20 | Outstanding |
| 73078 | 24-Jul-07 | 2007 | $2.56 | Outstanding |
| 73082 | 24-Jul-07 | 2007 | $63.20 | Outstanding |
| 73091 | 24-Jul-07 | 2007 | $5.12 | Outstanding |
| 73104SPO | 2-Aug-07 | 2007 | $482.94 | Outstanding |
| 73107FS | 29-Sep-07 | 2007 | $342.72 | Outstanding |
| 731128 | 1-Aug-07 | 2007 | $2.56 | Outstanding |
| 731142 | 1-Aug-07 | 2007 | $5.12 | Outstanding |
| 731144 | 1-Aug-07 | 2007 | $115.57 | Outstanding |
| 731180 | 2-Aug-07 | 2007 | $63.20 | Outstanding |
| 731189 | 2-Aug-07 | 2007 | $86.40 | Outstanding |
| 731208 | 2-Aug-07 | 2007 | $30.36 | Outstanding |
| 731223 | 3-Aug-07 | 2007 | $43.68 | Outstanding |
| 731238 | 3-Aug-07 | 2007 | $63.20 | Outstanding |
| 731266 | 3-Aug-07 | 2007 | $342.72 | Outstanding |
| 73130 | 30-Jul-07 | 2007 | $63.20 | Outstanding |
| 73139 | 30-Jul-07 | 2007 | $7.68 | Outstanding |
| 73151 / 154 | 3-Aug-07 | 2007 | $108.00 | Outstanding |
| 73175 | 31-Jul-07 | 2007 | $2.56 | Outstanding |
| 73179 | 31-Jul-07 | 2007 | $63.20 | Outstanding |
| 73189 | 31-Jul-07 | 2007 | $5.12 | Outstanding |
| 73204, 55 | 6-Aug-07 | 2007 | $110.65 | Outstanding |
| 73205FS | 4-Aug-07 | 2007 | $391.68 | Outstanding |
| 732130 | 8-Aug-07 | 2007 | $2.56 | Outstanding |
| 732142 | 8-Aug-07 | 2007 | $5.12 | Outstanding |
| 732182 | 9-Aug-07 | 2007 | $63.20 | Outstanding |
| 73219, 20 | 6-Aug-07 | 2007 | $293.76 | Outstanding |
| 732237 | 10-Aug-07 | 2007 | $63.20 | Outstanding |
| 732256 | 7-Aug-07 | 2007 | $48.96 | Outstanding |
| 73230 | 6-Aug-07 | 2007 | $63.20 | Outstanding |
| 73242 | 6-Aug-07 | 2007 | $7.68 | Outstanding |
| 73285 | 7-Aug-07 | 2007 | $63.20 | Outstanding |
| 73295 | 7-Aug-07 | 2007 | $5.12 | Outstanding |
| 733113 | 15-Aug-07 | 2007 | $120.32 | Outstanding |
| 733117 | 15-Aug-07 | 2007 | $200.08 | Outstanding |
| 733120 | 22-Aug-07 | 2007 | $53.20 | Outstanding |
| 733121 | 15-Aug-07 | 2007 | $135.51 | Outstanding |
| 733124 | 22-Aug-07 | 2007 | $116.88 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 733126 | 22-Aug-07 | 2007 | $387.45 | Outstanding |
| 733127 | 15-Aug-07 | 2007 | $1.82 | Outstanding |
| 733128 | 15-Aug-07 | 2007 | $52.00 | Outstanding |
| 733130 | 15-Aug-07 | 2007 | $106.40 | Outstanding |
| 733135 | 15-Aug-07 | 2007 | $13.56 | Outstanding |
| 733136 | 15-Aug-07 | 2007 | $97.80 | Outstanding |
| 733140 | 15-Aug-07 | 2007 | $97.92 | Outstanding |
| 733142 | 15-Aug-07 | 2007 | $104.00 | Outstanding |
| 733144 | 15-Aug-07 | 2007 | $1.38 | Outstanding |
| 733146 | 15-Aug-07 | 2007 | $11.20 | Outstanding |
| 733148 | 15-Aug-07 | 2007 | $244.80 | Outstanding |
| 733149 | 15-Aug-07 | 2007 | $552.06 | Outstanding |
| 73314FS | 11-Aug-07 | 2007 | $342.72 | Outstanding |
| 733151 | 22-Aug-07 | 2007 | $1,054.62 | Outstanding |
| 733152 | 15-Aug-07 | 2007 | $751.14 | Outstanding |
| 733181 | 16-Aug-07 | 2007 | $31.60 | Outstanding |
| 733204 | 15-Aug-07 | 2007 | $12.80 | Outstanding |
| 733234 | 17-Aug-07 | 2007 | $63.20 | Outstanding |
| 733263 | 18-Aug-07 | 2007 | $2.56 | Outstanding |
| 73330 | 13-Aug-07 | 2007 | $63.20 | Outstanding |
| 73339 | 13-Aug-07 | 2007 | $7.68 | Outstanding |
| 73380 | 14-Aug-07 | 2007 | $63.20 | Outstanding |
| 73390 | 14-Aug-07 | 2007 | $5.12 | Outstanding |
| 73404FS | 18-Aug-07 | 2007 | $342.72 | Outstanding |
| 734153 / 250 | 21-Aug-07 | 2007 | $97.92 | Outstanding |
| 734252 | 24-Aug-07 | 2007 | $126.40 | Outstanding |
| 73432 | 20-Aug-07 | 2007 | $63.20 | Outstanding |
| 73441 | 20-Aug-07 | 2007 | $7.68 | Outstanding |
| 73452 | 20-Aug-07 | 2007 | $557.79 | Outstanding |
| 73483 | 21-Aug-07 | 2007 | $63.20 | Outstanding |
| 73492 | 21-Aug-07 | 2007 | $5.12 | Outstanding |
| 73508FS | 27-Oct-07 | 2007 | $293.76 | Outstanding |
| 73510FS | 29-Aug-07 | 2007 | $55.80 | Outstanding |
| 735132 / 145 | 29-Aug-07 | 2007 | $197.76 | Outstanding |
| 73514FS | 29-Aug-07 | 2007 | $53.20 | Outstanding |
| 73514FSA | 30-Aug-07 | 2007 | $88.29 | Outstanding |
| 735158 / 196 | 30-Aug-07 | 2007 | $278.44 | Outstanding |
| 735177 | 30-Aug-07 | 2007 | $31.60 | Outstanding |
| 735224 | 31-Aug-07 | 2007 | $63.20 | Outstanding |
| 73533 | 27-Aug-07 | 2007 | $63.20 | Outstanding |
| 73539 | 27-Aug-07 | 2007 | $7.68 | Outstanding |
| 73550 / 240 | 27-Aug-07 | 2007 | $664.02 | Outstanding |
| 73574 | 28-Aug-07 | 2007 | $2.56 | Outstanding |
| 73578 | 28-Aug-07 | 2007 | $31.60 | Outstanding |
| 73584 | 28-Aug-07 | 2007 | $5.12 | Outstanding |
| 73603FS | 31-Aug-07 | 2007 | $440.64 | Outstanding |
| 73607FS | 5-Sep-07 | 2007 | $342.72 | Outstanding |
| 736119 | 6-Sep-07 | 2007 | $63.20 | Outstanding |
| 736171 | 7-Sep-07 | 2007 | $63.20 | Outstanding |
| 736189 | 4-Sep-07 | 2007 | $2.16 | Outstanding |
| 736190 / 200 | 7-Sep-07 | 2007 | $3,376.41 | Outstanding |
| 736198 | 8-Sep-07 | 2007 | $2.56 | Outstanding |

| Invoice | Date | Year | Amount | Status |
|---|---|---|---|---|
| 73628 | 4-Sep-07 | 2007 | $63.20 | Outstanding |
| 73636 | 4-Sep-07 | 2007 | $10.24 | Outstanding |
| 73674 | 5-Sep-07 | 2007 | $2.56 | Outstanding |
| 73683 | 5-Sep-07 | 2007 | $2.56 | Outstanding |
| 737116 | 12-Sep-07 | 2007 | $2.56 | Outstanding |
| 73711FS | 8-Sep-07 | 2007 | $391.68 | Outstanding |
| 737128 | 12-Sep-07 | 2007 | $5.12 | Outstanding |
| 737164 | 13-Sep-07 | 2007 | $63.20 | Outstanding |
| 737218 | 14-Sep-07 | 2007 | $63.20 | Outstanding |
| 737245 | 15-Sep-07 | 2007 | $2.56 | Outstanding |
| 73728 | 10-Sep-07 | 2007 | $63.20 | Outstanding |
| 73735 | 10-Sep-07 | 2007 | $5.12 | Outstanding |
| 73772 | 11-Sep-07 | 2007 | $2.56 | Outstanding |
| 73776 | 11-Sep-07 | 2007 | $63.20 | Outstanding |
| 73784 | 11-Sep-07 | 2007 | $5.12 | Outstanding |
| 73801, 236 | 21-Sep-07 | 2007 | $2,675.51 | Outstanding |
| 73809FS | 15-Sep-07 | 2007 | $489.60 | Outstanding |
| 738119 | 19-Sep-07 | 2007 | $63.20 | Outstanding |
| 738128 | 19-Sep-07 | 2007 | $5.12 | Outstanding |
| 738170 | 20-Sep-07 | 2007 | $63.20 | Outstanding |
| 738217 | 21-Sep-07 | 2007 | $63.20 | Outstanding |
| 73828 | 17-Sep-07 | 2007 | $63.20 | Outstanding |
| 73834 | 17-Sep-07 | 2007 | $5.12 | Outstanding |
| 73842, 90 | 17-Sep-07 | 2007 | $937.44 | Outstanding |
| 73844, 237 | 19-Sep-07 | 2007 | $1,874.88 | Outstanding |
| 73870 | 18-Sep-07 | 2007 | $2.56 | Outstanding |
| 73874 | 18-Sep-07 | 2007 | $126.40 | Outstanding |
| 73881 | 18-Sep-07 | 2007 | $5.12 | Outstanding |
| 739116 | 27-Sep-07 | 2007 | $63.20 | Outstanding |
| 73912FS | 22-Sep-07 | 2007 | $195.84 | Outstanding |
| 739161 | 28-Sep-07 | 2007 | $31.60 | Outstanding |
| 739191 | 29-Sep-07 | 2007 | $2.56 | Outstanding |
| 73926 | 24-Sep-07 | 2007 | $63.20 | Outstanding |
| 73935 | 24-Sep-07 | 2007 | $7.68 | Outstanding |
| 73955 | 25-Sep-07 | 2007 | $31.60 | Outstanding |
| 73960 | 25-Sep-07 | 2007 | $5.12 | Outstanding |
| 73986 | 26-Sep-07 | 2007 | $5.12 | Outstanding |
| 74009FS | 24-Nov-07 | 2007 | $244.80 | Outstanding |
| 740115 | 3-Oct-07 | 2007 | $2.56 | Outstanding |
| 740131 | 3-Oct-07 | 2007 | $5.12 | Outstanding |
| 740168 | 4-Oct-07 | 2007 | $63.20 | Outstanding |
| 740218 | 5-Oct-07 | 2007 | $63.20 | Outstanding |
| 740239 | 6-Oct-07 | 2007 | $2.56 | Outstanding |
| 740241 | 6-Oct-07 | 2007 | $195.30 | Outstanding |
| 74026 | 1-Oct-07 | 2007 | $63.20 | Outstanding |
| 74035 | 1-Oct-07 | 2007 | $5.12 | Outstanding |
| 74076 | 2-Oct-07 | 2007 | $31.60 | Outstanding |
| 74083 | 2-Oct-07 | 2007 | $5.12 | Outstanding |
| 74108FS | 6-Oct-07 | 2007 | $489.60 | Outstanding |
| 741120 | 10-Oct-07 | 2007 | $2.56 | Outstanding |
| 741131 | 10-Oct-07 | 2007 | $5.12 | Outstanding |
| 741168 | 11-Oct-07 | 2007 | $63.20 | Outstanding |

| Invoice | Date | Year | Amount | Status |
|---|---|---|---|---|
| 741192 / 247 | 12-Oct-07 | 2007 | $536.90 | Outstanding |
| 74121FS | 10-Oct-07 | 2007 | $2.59 | Outstanding |
| 741221 | 12-Oct-07 | 2007 | $63.20 | Outstanding |
| 74129 | 8-Oct-07 | 2007 | $63.20 | Outstanding |
| 74135 | 8-Oct-07 | 2007 | $65.90 | Outstanding |
| 74136 | 8-Oct-07 | 2007 | $7.68 | Outstanding |
| 74175 | 9-Oct-07 | 2007 | $2.56 | Outstanding |
| 74179 | 9-Oct-07 | 2007 | $63.20 | Outstanding |
| 74185 | 9-Oct-07 | 2007 | $5.12 | Outstanding |
| 74204FS | 13-Oct-07 | 2007 | $1,991.34 | Outstanding |
| 74205FS | 17-Oct-07 | 2007 | $489.60 | Outstanding |
| 74209FS | 17-Oct-07 | 2007 | $13.18 | Outstanding |
| 742130 | 17-Oct-07 | 2007 | $5.12 | Outstanding |
| 742168 | 18-Oct-07 | 2007 | $63.20 | Outstanding |
| 742218 | 19-Oct-07 | 2007 | $63.20 | Outstanding |
| 742241 | 20-Oct-07 | 2007 | $2.56 | Outstanding |
| 742243 | 20-Oct-07 | 2007 | $293.76 | Outstanding |
| 74227 | 15-Oct-07 | 2007 | $63.20 | Outstanding |
| 74235 | 15-Oct-07 | 2007 | $5.12 | Outstanding |
| 74245 / 234 | 16-Oct-07 | 2007 | $97.92 | Outstanding |
| 74278 | 16-Oct-07 | 2007 | $63.20 | Outstanding |
| 74285 | 16-Oct-07 | 2007 | $5.12 | Outstanding |
| 74307FS | 20-Oct-07 | 2007 | $391.68 | Outstanding |
| 743117 | 24-Oct-07 | 2007 | $2.56 | Outstanding |
| 743138 | 24-Oct-07 | 2007 | $78.12 | Outstanding |
| 743169 | 25-Oct-07 | 2007 | $31.60 | Outstanding |
| 743216 | 26-Oct-07 | 2007 | $63.20 | Outstanding |
| 743244 | 27-Oct-07 | 2007 | $2.56 | Outstanding |
| 74325 | 22-Oct-07 | 2007 | $63.20 | Outstanding |
| 74371 | 23-Oct-07 | 2007 | $2.56 | Outstanding |
| 74375 | 23-Oct-07 | 2007 | $63.20 | Outstanding |
| 744109 | 31-Oct-07 | 2007 | $2.56 | Outstanding |
| 74413FS | 21-Dec-07 | 2007 | $391.68 | Outstanding |
| 74428 | 29-Oct-07 | 2007 | $5.12 | Outstanding |
| 74464 | 30-Oct-07 | 2007 | $2.56 | Outstanding |
| 74470 | 30-Oct-07 | 2007 | $2.56 | Outstanding |
| 74480 / 118 | 30-Oct-07 | 2007 | $97.92 | Outstanding |
| 74509FS | 3-Nov-07 | 2007 | $538.56 | Outstanding |
| 745121 | 7-Nov-07 | 2007 | $2.56 | Outstanding |
| 745132 | 7-Nov-07 | 2007 | $5.12 | Outstanding |
| 745136 | 7-Nov-07 | 2007 | $244.80 | Outstanding |
| 745172 | 8-Nov-07 | 2007 | $63.20 | Outstanding |
| 745224 | 9-Nov-07 | 2007 | $31.60 | Outstanding |
| 745250 | 10-Nov-07 | 2007 | $2.56 | Outstanding |
| 74528 | 5-Nov-07 | 2007 | $63.20 | Outstanding |
| 74537 | 5-Nov-07 | 2007 | $5.12 | Outstanding |
| 74574 | 6-Nov-07 | 2007 | $2.56 | Outstanding |
| 74578 | 6-Nov-07 | 2007 | $63.20 | Outstanding |
| 74586 | 6-Nov-07 | 2007 | $5.12 | Outstanding |
| 74607FS | 10-Nov-07 | 2007 | $244.80 | Outstanding |
| 746115 | 14-Nov-07 | 2007 | $2.56 | Outstanding |
| 746128 | 14-Nov-07 | 2007 | $2.56 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 746161 | 15-Nov-07 | 2007 | $63.20 | Outstanding |
| 746197 | 16-Nov-07 | 2007 | $63.20 | Outstanding |
| 74623 | 12-Nov-07 | 2007 | $63.20 | Outstanding |
| 74633 | 12-Nov-07 | 2007 | $20.48 | Outstanding |
| 74670 | 13-Nov-07 | 2007 | $63.20 | Outstanding |
| 74679 | 13-Nov-07 | 2007 | $5.12 | Outstanding |
| 74692 | 13-Nov-07 | 2007 | $2.56 | Outstanding |
| 74703SPO | 21-Nov-07 | 2007 | $55.80 | Outstanding |
| 74710FS | 17-Nov-07 | 2007 | $244.80 | Outstanding |
| 747132 | 21-Nov-07 | 2007 | $5.12 | Outstanding |
| 74727 | 19-Nov-07 | 2007 | $31.60 | Outstanding |
| 74737 | 19-Nov-07 | 2007 | $2.56 | Outstanding |
| 74744 / 108 | 19-Nov-07 | 2007 | $105.60 | Outstanding |
| 74783 | 20-Nov-07 | 2007 | $2.56 | Outstanding |
| 74787 | 20-Nov-07 | 2007 | $63.20 | Outstanding |
| 74796 | 20-Nov-07 | 2007 | $5.12 | Outstanding |
| 74806FS | 26-Jan-08 | 2007 | $391.68 | Outstanding |
| 748110 | 28-Nov-07 | 2007 | $71.04 | Outstanding |
| 748126 | 28-Nov-07 | 2007 | $5.12 | Outstanding |
| 748164 | 29-Nov-07 | 2007 | $31.60 | Outstanding |
| 748189 / 224 | 30-Nov-07 | 2007 | $514.40 | Outstanding |
| 748189 /224 | 30-Nov-07 | 2007 | $195.84 | Outstanding |
| 748192 / 226 | 30-Nov-07 | 2007 | $234.36 | Outstanding |
| 748194 / 228 | 30-Nov-07 | 2007 | $278.44 | Outstanding |
| 748202 / 231 | 30-Nov-07 | 2007 | $233.76 | Outstanding |
| 748204 / 233 | 30-Nov-07 | 2007 | $253.82 | Outstanding |
| 748209 | 30-Nov-07 | 2007 | $63.20 | Outstanding |
| 74827 | 26-Nov-07 | 2007 | $63.20 | Outstanding |
| 74838 | 26-Nov-07 | 2007 | $5.12 | Outstanding |
| 74870 | 27-Nov-07 | 2007 | $2.56 | Outstanding |
| 74874 | 27-Nov-07 | 2007 | $63.20 | Outstanding |
| 74881 | 27-Nov-07 | 2007 | $5.12 | Outstanding |
| 74908FS | 30-Nov-07 | 2007 | $391.68 | Outstanding |
| 749131 | 5-Dec-07 | 2007 | $2.56 | Outstanding |
| 749171 | 6-Dec-07 | 2007 | $63.20 | Outstanding |
| 749222 | 7-Dec-07 | 2007 | $31.60 | Outstanding |
| 74929 | 3-Dec-07 | 2007 | $63.20 | Outstanding |
| 74938 | 3-Dec-07 | 2007 | $5.12 | Outstanding |
| 74974 | 4-Dec-07 | 2007 | $2.56 | Outstanding |
| 74978 | 4-Dec-07 | 2007 | $63.20 | Outstanding |
| 74986 | 4-Dec-07 | 2007 | $5.12 | Outstanding |
| 75002SPO | 12-Dec-07 | 2007 | $1,026.24 | Outstanding |
| 75004SPO | 10-Dec-07 | 2007 | $181.10 | Outstanding |
| 75010FS | 8-Dec-07 | 2007 | $440.64 | Outstanding |
| 750133 | 12-Dec-07 | 2007 | $5.12 | Outstanding |
| 750170 | 13-Dec-07 | 2007 | $63.20 | Outstanding |
| 750221 | 14-Dec-07 | 2007 | $63.20 | Outstanding |
| 75028 | 10-Dec-07 | 2007 | $63.20 | Outstanding |
| 75035 | 10-Dec-07 | 2007 | $5.12 | Outstanding |
| 75047 / 244 | 10-Dec-07 | 2007 | $264.00 | Outstanding |
| 75075 | 11-Dec-07 | 2007 | $2.56 | Outstanding |
| 75079 | 11-Dec-07 | 2007 | $63.20 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 75088 | 11-Dec-07 | 2007 | $5.12 | Outstanding |
| 75104FS | 15-Dec-07 | 2007 | $48.96 | Outstanding |
| 751104 / 128 | 19-Dec-07 | 2007 | $81.71 | Outstanding |
| 75110FS | 19-Dec-07 | 2007 | $40.80 | Outstanding |
| 751153 | 20-Dec-07 | 2007 | $63.20 | Outstanding |
| 751192 | 21-Dec-07 | 2007 | $63.20 | Outstanding |
| 75125 | 17-Dec-07 | 2007 | $126.40 | Outstanding |
| 75131 | 17-Dec-07 | 2007 | $5.12 | Outstanding |
| 75167 | 18-Dec-07 | 2007 | $2.56 | Outstanding |
| 75171 | 18-Dec-07 | 2007 | $63.20 | Outstanding |
| 75201 | 18-Dec-07 | 2007 | $2.56 | Outstanding |
| 75203 | 19-Dec-07 | 2007 | $2.56 | Outstanding |
| 80103FS | 23-Feb-08 | 2008 | $244.80 | Outstanding |
| 80201FS | 4-Jan-08 | 2008 | $40.80 | Outstanding |
| 80202SPO | 9-Jan-08 | 2008 | $482.94 | Outstanding |
| 80214FS | 7-Jan-08 | 2008 | $440.64 | Outstanding |
| 80304FS | 12-Jan-08 | 2008 | $4.50 | Outstanding |
| 80308FS | 15-Jan-08 | 2008 | $195.84 | Outstanding |
| 803193 | 18-Jan-08 | 2008 | $0.16 | Outstanding |
| 80405FS | 18-Jan-08 | 2008 | $244.80 | Outstanding |
| 804187 | 25-Jan-08 | 2008 | $38.04 | Outstanding |
| 80504FS | 29-Mar-08 | 2008 | $48.96 | Outstanding |
| 805141 | 31-Jan-08 | 2008 | $38.04 | Outstanding |
| 80611FS | 1-Feb-08 | 2008 | $293.76 | Outstanding |
| 806213 | 8-Feb-08 | 2008 | $12.30 | Outstanding |
| 806228 | 8-Feb-08 | 2008 | $60.20 | Outstanding |
| 80628 | 4-Feb-08 | 2008 | $12.30 | Outstanding |
| 80701FS | 9-Feb-08 | 2008 | $408.96 | Outstanding |
| 80705FS | 11-Feb-08 | 2008 | $538.56 | Outstanding |
| 80805FS | 16-Feb-08 | 2008 | $146.88 | Outstanding |
| 80841 | 18-Feb-08 | 2008 | $346.96 | Outstanding |
| 809123 | 27-Feb-08 | 2008 | $97.92 | Outstanding |
| 81022 | 3-Mar-08 | 2008 | $342.72 | Outstanding |
| 812123 | 21-Mar-08 | 2008 | $27.68 | Outstanding |
| 81225 | 17-Mar-08 | 2008 | $8.02 | Outstanding |
| 81278,88,89 | 19-Mar-08 | 2008 | $281.28 | Outstanding |
| 81282, 91 | 19-Mar-08 | 2008 | $18.62 | Outstanding |
| Debit Note - Dec'07 | Dec'07 | 2008 | $10,470.16 | Outstanding |
| Debit Note - Feb'08 | Feb'08 | 2008 | $244.00 | Outstanding |
| Debit Note - Jan'08 | Jan'08 | 2008 | $172.38 | Outstanding |
| Debit Note - July'07 | July'07 | 2008 | $19,556.89 | Outstanding |
| Debit Note - Mar'08 | Mar'08 | 2008 | $69.00 | Outstanding |
| Debit Note - Nov'07 | Nov'07 | 2008 | $9,746.57 | Outstanding |
| Debit Note - Oct'07 | Oct'07 | 2008 | $10,930.79 | Outstanding |
| 20034 | 13-May-08 | 2008 | $139.80 | Outstanding |
| 20036 | 13-May-08 | 2008 | $48.00 | Outstanding |
| 20038 | 13-May-08 | 2008 | $42.92 | Outstanding |
| 20042 | 13-May-08 | 2008 | $67.92 | Outstanding |
| 20044 | 13-May-08 | 2008 | $189.00 | Outstanding |
| 20045 | 13-May-08 | 2008 | $46.88 | Outstanding |
| 20047 | 13-May-08 | 2008 | $51.12 | Outstanding |
| 20049 | 13-May-08 | 2008 | $140.64 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 20051 | 13-May-08 | 2008 | $126.00 | Outstanding |
| 20053 | 13-May-08 | 2008 | $30.10 | Outstanding |
| 81406 | 2-Apr-08 | 2008 | $636.48 | Outstanding |
| 81408 | 2-Apr-08 | 2008 | $680.40 | Outstanding |
| 81427 | 31-Mar-08 | 2008 | $204.00 | Outstanding |
| 81495 | 3-Apr-08 | 2008 | $51.12 | Outstanding |
| 81512 | 10-Apr-08 | 2008 | $14.20 | Outstanding |
| 81516 | 7-Apr-08 | 2008 | $93.76 | Outstanding |
| 81601 | 14-Apr-08 | 2008 | $63.00 | Outstanding |
| 81604 | 16-Apr-08 | 2008 | $342.72 | Outstanding |
| 81613 | 14-Apr-08 | 2008 | $71.04 | Outstanding |
| 81705 | 23-Apr-08 | 2008 | $391.68 | Outstanding |
| 81706 | 23-Apr-08 | 2008 | $37.50 | Outstanding |
| 81713 | 21-Apr-08 | 2008 | $46.88 | Outstanding |
| 81806 | 30-Apr-08 | 2008 | $342.72 | Outstanding |
| 81807 | 1-May-08 | 2008 | $65.90 | Outstanding |
| 81813 | 2-May-08 | 2008 | $13.50 | Outstanding |
| 81906 | 7-May-08 | 2008 | $391.68 | Outstanding |
| 81936 | 6-May-08 | 2008 | $270.90 | Outstanding |
| 81981 | 7-May-08 | 2008 | $118.80 | Outstanding |
| 81997 | 8-May-08 | 2008 | $71.04 | Outstanding |
| 82001 | 13-May-08 | 2008 | $244.80 | Outstanding |
| 82078 | 14-May-08 | 2008 | $118.80 | Outstanding |
| 82111 | 19-May-08 | 2008 | $67.92 | Outstanding |
| 82201 | 27-May-08 | 2008 | $75.00 | Outstanding |
| 82302 | 6-Jun-08 | 2008 | $1.42 | Outstanding |
| 82415 | 9-Jun-08 | 2008 | $71.04 | Outstanding |
| 82419 | 9-Jun-08 | 2008 | $180.00 | Outstanding |
| 82503 | 18-Jun-08 | 2008 | $391.68 | Outstanding |
| 82517 | 16-Jun-08 | 2008 | $71.04 | Outstanding |
| 82586 | 17-Jun-08 | 2008 | $48.96 | Outstanding |
| 82625 | 23-Jun-08 | 2008 | $2.21 | Outstanding |
| 82657 | 24-Jun-08 | 2008 | $71.04 | Outstanding |
| 82690 | 25-Jun-08 | 2008 | $71.04 | Outstanding |
| 82804 | 9-Jul-08 | 2008 | $391.68 | Outstanding |
| 82807 | 9-Jul-08 | 2008 | $178.08 | Outstanding |
| 82808 | 7-Jul-08 | 2008 | $71.04 | Outstanding |
| 82840 | 9-Jul-08 | 2008 | $71.04 | Outstanding |
| 82881 | 11-Jul-08 | 2008 | $71.04 | Outstanding |
| 82902 | 15-Jul-08 | 2008 | $356.16 | Outstanding |
| 82904 | 16-Jul-08 | 2008 | $440.64 | Outstanding |
| 82958 | 15-Jul-08 | 2008 | $71.04 | Outstanding |
| 82993 | 16-Jul-08 | 2008 | $71.04 | Outstanding |
| 83006 | 23-Jul-08 | 2008 | $440.64 | Outstanding |
| 83017 | 21-Jul-08 | 2008 | $71.04 | Outstanding |
| 83058 | 22-Jul-08 | 2008 | $71.04 | Outstanding |
| 83126 | 28-Jul-08 | 2008 | $1.46 | Outstanding |
| 83198 | 30-Jul-08 | 2008 | $71.04 | Outstanding |
| 83215 | 4-Aug-08 | 2008 | $71.04 | Outstanding |
| 83260 | 5-Aug-08 | 2008 | $71.04 | Outstanding |
| 83283 | 5-Aug-08 | 2008 | $391.30 | Outstanding |
| 83291 | 6-Aug-08 | 2008 | $30.10 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 83298 | 6-Aug-08 | 2008 | $71.04 | Outstanding |
| 83312 | 11-Aug-08 | 2008 | $72.27 | Outstanding |
| 83321 | 11-Aug-08 | 2008 | $71.04 | Outstanding |
| 83417 | 18-Aug-08 | 2008 | $71.04 | Outstanding |
| 83491 | 20-Aug-08 | 2008 | $71.04 | Outstanding |
| 83498 | 20-Aug-08 | 2008 | $212.80 | Outstanding |
| 83502 | 25-Aug-08 | 2008 | $53.20 | Outstanding |
| 83512 | 25-Aug-08 | 2008 | $71.04 | Outstanding |
| 83581 | 27-Aug-08 | 2008 | $71.04 | Outstanding |
| 83601 | 3-Sep-08 | 2008 | $391.68 | Outstanding |
| 83617 | 2-Sep-08 | 2008 | $71.04 | Outstanding |
| 83705 | 10-Sep-08 | 2008 | $391.68 | Outstanding |
| 83717 | 8-Sep-08 | 2008 | $71.04 | Outstanding |
| 83788 | 10-Sep-08 | 2008 | $69.90 | Outstanding |
| 83801 | 15-Sep-08 | 2008 | $11.60 | Outstanding |
| 83805 | 17-Sep-08 | 2008 | $367.68 | Outstanding |
| 83806 | 17-Sep-08 | 2008 | $408.96 | Outstanding |
| 83819 | 15-Sep-08 | 2008 | $71.04 | Outstanding |
| 83888 | 17-Sep-08 | 2008 | $71.04 | Outstanding |
| 83905 | 24-Sep-08 | 2008 | $293.76 | Outstanding |
| 83914 | 22-Sep-08 | 2008 | $71.04 | Outstanding |
| 83920 | 22-Sep-08 | 2008 | $1.07 | Outstanding |
| 83954 | 23-Sep-08 | 2008 | $71.04 | Outstanding |
| 84007 | 29-Sep-08 | 2008 | $293.76 | Outstanding |
| 84032 | 29-Sep-08 | 2008 | $255.60 | Outstanding |
| 84045 | 30-Sep-08 | 2008 | $71.04 | Outstanding |
| 84106 | 8-Oct-08 | 2008 | $391.68 | Outstanding |
| 84202 | 13-Oct-08 | 2008 | $342.72 | Outstanding |
| 84204 | 15-Oct-08 | 2008 | $102.24 | Outstanding |
| 84305 | 20-Oct-08 | 2008 | $342.72 | Outstanding |
| 84403 | 29-Oct-08 | 2008 | $244.80 | Outstanding |
| 84504 | 5-Nov-08 | 2008 | $244.80 | Outstanding |
| 84608 | 12-Nov-08 | 2008 | $244.80 | Outstanding |
| 84630 | 10-Nov-08 | 2008 | $51.12 | Outstanding |
| 84662 | 11-Nov-08 | 2008 | $541.80 | Outstanding |
| 84705 | 19-Nov-08 | 2008 | $391.68 | Outstanding |
| 84801 | 25-Nov-08 | 2008 | $195.84 | Outstanding |
| 84803 | 25-Nov-08 | 2008 | $102.24 | Outstanding |
| 84814 | 24-Nov-08 | 2008 | $51.12 | Outstanding |
| 84830 | 27-Nov-08 | 2008 | $118.80 | Outstanding |
| 84905 | 3-Dec-08 | 2008 | $299.80 | Outstanding |
| 85004 | 10-Dec-08 | 2008 | $342.72 | Outstanding |
| 85053 | 9-Dec-08 | 2008 | $71.04 | Outstanding |
| 85105 | 17-Dec-08 | 2008 | $146.88 | Outstanding |
| 85149 | 16-Dec-08 | 2008 | $71.04 | Outstanding |
| 85168 | 16-Dec-08 | 2008 | $375.04 | Outstanding |
| 90303 | 13-Jan-09 | 2008 | $195.68 | Outstanding |
| 814109 | 4-Apr-08 | 2008 | $186.35 | Outstanding |
| 814122 | 4-Apr-08 | 2008 | $46.88 | Outstanding |
| 814131 | 4-Apr-08 | 2008 | $53.20 | Outstanding |
| 814141 | 5-Apr-08 | 2008 | $46.88 | Outstanding |
| 817102 | 24-Apr-08 | 2008 | $5,520.96 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 817109 | 25-Apr-08 | 2008 | $153.36 | Outstanding |
| 818112 | 1-May-08 | 2008 | $24.00 | Outstanding |
| 824101 | 11-Jun-08 | 2008 | $71.04 | Outstanding |
| 824141 | 12-Jun-08 | 2008 | $71.04 | Outstanding |
| 825105 | 18-Jun-08 | 2008 | $71.04 | Outstanding |
| 825145 | 19-Jun-08 | 2008 | $71.04 | Outstanding |
| 825178 | 20-Jun-08 | 2008 | $71.04 | Outstanding |
| 826136 | 27-Jun-08 | 2008 | $71.04 | Outstanding |
| 829169 | 18-Jul-08 | 2008 | $71.04 | Outstanding |
| 830137 | 24-Jul-08 | 2008 | $26.60 | Outstanding |
| 830167 | 24-Jul-08 | 2008 | $102.24 | Outstanding |
| 830183 | 25-Jul-08 | 2008 | $71.04 | Outstanding |
| 831159 | 31-Jul-08 | 2008 | $5.40 | Outstanding |
| 831178 | 1-Aug-08 | 2008 | $71.04 | Outstanding |
| 832173 | 8-Aug-08 | 2008 | $71.04 | Outstanding |
| 833176 | 15-Aug-08 | 2008 | $71.04 | Outstanding |
| 834162 | 22-Aug-08 | 2008 | $142.08 | Outstanding |
| 835155 | 29-Aug-08 | 2008 | $71.04 | Outstanding |
| 836141 | 5-Sep-08 | 2008 | $71.04 | Outstanding |
| 837100 | 10-Sep-08 | 2008 | $71.04 | Outstanding |
| 837149 | 11-Sep-08 | 2008 | $30.10 | Outstanding |
| 837179 | 12-Sep-08 | 2008 | $71.04 | Outstanding |
| 839151 | 26-Sep-08 | 2008 | $255.60 | Outstanding |
| 839156 | 26-Sep-08 | 2008 | $71.04 | Outstanding |
| 835131144 | 28-Aug-08 | 2008 | $234.40 | Outstanding |
| 83101SPO | 28-Jul-08 | 2008 | $422.57 | Outstanding |
| 83104SPO | 31-Jul-08 | 2008 | $60.37 | Outstanding |
| 83301SPO | 11-Aug-08 | 2008 | $55.80 | Outstanding |
| 83518/37 | 25-Aug-08 | 2008 | $212.80 | Outstanding |
| 837125, 163 | 11-Sep-08 | 2008 | $159.60 | Outstanding |
| 83902SPO | 25-Sep-08 | 2008 | $362.20 | Outstanding |
| 84001SPO | 3-Oct-08 | 2008 | $60.37 | Outstanding |
| 84103SPO | 7-Oct-08 | 2008 | $301.84 | Outstanding |
| 84203SPO | 17-Oct-08 | 2008 | $120.73 | Outstanding |
| 84568, 88 | 5-Nov-08 | 2008 | $234.40 | Outstanding |
| 84902SPO | 1-Dec-08 | 2008 | $301.84 | Outstanding |
| 90352, 90360 | 16-Jan-09 | 2009 | $120.40 | Outstanding |
| 90355, 90331 | 16-Jan-09 | 2009 | $320.40 | Outstanding |
| 90502SPO | 28-Jan-09 | 2009 | $22.88 | Outstanding |
| 90602FS | 4-Feb-09 | 2009 | $97.92 | Outstanding |
| 90603SPO | 6-Feb-09 | 2009 | $60.37 | Outstanding |
| 90702FS | 11-Feb-09 | 2009 | $97.92 | Outstanding |
| 90805FS | 18-Feb-09 | 2009 | $146.88 | Outstanding |
| 91101SPO | 9-Mar-09 | 2009 | $301.84 | Outstanding |
| 91117 & 27 | 10-Mar-09 | 2009 | $504.00 | Outstanding |
| 91201SPO | 16-Mar-09 | 2009 | $181.10 | Outstanding |
| 91201SPOA | 16-Mar-09 | 2009 | $22.88 | Outstanding |
| 91202FS | 18-Mar-09 | 2009 | $97.92 | Outstanding |
| 91303FS | 25-Mar-09 | 2009 | $97.92 | Outstanding |
| 91305FS | 27-Mar-09 | 2009 | $146.88 | Outstanding |
| 91440 | 3-Apr-09 | 2009 | $35.52 | Outstanding |
| 91515 | 7-Apr-09 | 2009 | $35.52 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 91606 | 14-Apr-09 | 2009 | $35.52 | Outstanding |
| 91632 | 16-Apr-09 | 2009 | $35.52 | Outstanding |
| 91651 | 17-Apr-09 | 2009 | $204.48 | Outstanding |
| 91706 | 20-Apr-09 | 2009 | $35.52 | Outstanding |
| 91711 | 20-Apr-09 | 2009 | $204.48 | Outstanding |
| 91722 | 21-Apr-09 | 2009 | $102.24 | Outstanding |
| 91743 | 23-Apr-09 | 2009 | $35.52 | Outstanding |
| 91761 | 24-Apr-09 | 2009 | $153.36 | Outstanding |
| 91839 | 1-May-09 | 2009 | $693.00 | Outstanding |
| 91840 | 1-May-09 | 2009 | $267.00 | Outstanding |
| 91841 | 1-May-09 | 2009 | $189.00 | Outstanding |
| 91842 | 1-May-09 | 2009 | $159.60 | Outstanding |
| 91843 | 1-May-09 | 2009 | $204.48 | Outstanding |
| 91901 | 4-May-09 | 2009 | $53.20 | Outstanding |
| 91902 | 4-May-09 | 2009 | $223.80 | Outstanding |
| 91903 | 4-May-09 | 2009 | $255.60 | Outstanding |
| 91904 | 4-May-09 | 2009 | $30.10 | Outstanding |
| 91905 | 4-May-09 | 2009 | $53.20 | Outstanding |
| 91906 | 4-May-09 | 2009 | $63.00 | Outstanding |
| 91907 | 4-May-09 | 2009 | $46.88 | Outstanding |
| 91908 | 4-May-09 | 2009 | $971.28 | Outstanding |
| 91909 | 4-May-09 | 2009 | $106.80 | Outstanding |
| 91910 | 4-May-09 | 2009 | $63.00 | Outstanding |
| 91911 | 4-May-09 | 2009 | $1,158.84 | Outstanding |
| 91912 | 4-May-09 | 2009 | $53.20 | Outstanding |
| 91913 | 4-May-09 | 2009 | $153.36 | Outstanding |
| 91914 | 4-May-09 | 2009 | $1,380.24 | Outstanding |
| 91915 | 4-May-09 | 2009 | $51.12 | Outstanding |
| 91916 | 5-May-09 | 2009 | $153.36 | Outstanding |
| 91917 | 5-May-09 | 2009 | $45.00 | Outstanding |
| 91918 | 5-May-09 | 2009 | $126.00 | Outstanding |
| 91919 | 5-May-09 | 2009 | $213.60 | Outstanding |
| 91920 | 5-May-09 | 2009 | $46.88 | Outstanding |
| 91921 | 5-May-09 | 2009 | $63.00 | Outstanding |
| 91922 | 5-May-09 | 2009 | $153.36 | Outstanding |
| 91923 | 5-May-09 | 2009 | $150.50 | Outstanding |
| 91924 | 6-May-09 | 2009 | $53.20 | Outstanding |
| 91925 | 6-May-09 | 2009 | $153.36 | Outstanding |
| 91926 | 6-May-09 | 2009 | $63.00 | Outstanding |
| 91927 | 6-May-09 | 2009 | $160.20 | Outstanding |
| 91928 | 6-May-09 | 2009 | $204.48 | Outstanding |
| 91929 | 7-May-09 | 2009 | $102.24 | Outstanding |
| 91930 | 7-May-09 | 2009 | $72.27 | Outstanding |
| 91931 | 7-May-09 | 2009 | $53.40 | Outstanding |
| 91932 | 7-May-09 | 2009 | $53.20 | Outstanding |
| 91933 | 7-May-09 | 2009 | $46.88 | Outstanding |
| 91934 | 7-May-09 | 2009 | $63.00 | Outstanding |
| 91935 | 7-May-09 | 2009 | $60.20 | Outstanding |
| 91936 | 7-May-09 | 2009 | $153.36 | Outstanding |
| 91937 | 8-May-09 | 2009 | $102.24 | Outstanding |
| 91938 | 8-May-09 | 2009 | $63.00 | Outstanding |
| 91939 | 8-May-09 | 2009 | $46.88 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 91940 | 8-May-09 | 2009 | $80.10 | Outstanding |
| 91941 | 8-May-09 | 2009 | $46.88 | Outstanding |
| 91942 | 8-May-09 | 2009 | $63.00 | Outstanding |
| 91943 | 8-May-09 | 2009 | $53.20 | Outstanding |
| 91944 | 8-May-09 | 2009 | $204.48 | Outstanding |
| 92001 | 11-May-09 | 2009 | $53.20 | Outstanding |
| 92002 | 11-May-09 | 2009 | $236.20 | Outstanding |
| 92003 | 11-May-09 | 2009 | $126.00 | Outstanding |
| 92004 | 11-May-09 | 2009 | $53.40 | Outstanding |
| 92005 | 11-May-09 | 2009 | $30.10 | Outstanding |
| 92006 | 11-May-09 | 2009 | $153.36 | Outstanding |
| 92007 | 11-May-09 | 2009 | $1,380.24 | Outstanding |
| 92008 | 11-May-09 | 2009 | $51.12 | Outstanding |
| 92009 | 12-May-09 | 2009 | $161.54 | Outstanding |
| 92010 | 12-May-09 | 2009 | $63.00 | Outstanding |
| 92011 | 12-May-09 | 2009 | $53.40 | Outstanding |
| 92012 | 12-May-09 | 2009 | $63.00 | Outstanding |
| 92013 | 12-May-09 | 2009 | $53.20 | Outstanding |
| 92014 | 12-May-09 | 2009 | $204.48 | Outstanding |
| 92015 | 12-May-09 | 2009 | $361.20 | Outstanding |
| 92016 | 12-May-09 | 2009 | $51.12 | Outstanding |
| 92017 | 13-May-09 | 2009 | $77.75 | Outstanding |
| 92018 | 13-May-09 | 2009 | $42.92 | Outstanding |
| 92019 | 13-May-09 | 2009 | $126.00 | Outstanding |
| 92020 | 13-May-09 | 2009 | $53.40 | Outstanding |
| 92021 | 13-May-09 | 2009 | $63.00 | Outstanding |
| 92022 | 13-May-09 | 2009 | $53.20 | Outstanding |
| 92023 | 13-May-09 | 2009 | $204.48 | Outstanding |
| 92024 | 14-May-09 | 2009 | $69.90 | Outstanding |
| 92025 | 14-May-09 | 2009 | $102.24 | Outstanding |
| 92026 | 14-May-09 | 2009 | $80.42 | Outstanding |
| 92027 | 14-May-09 | 2009 | $63.00 | Outstanding |
| 92028 | 14-May-09 | 2009 | $46.88 | Outstanding |
| 92029 | 14-May-09 | 2009 | $607.50 | Outstanding |
| 92030 | 14-May-09 | 2009 | $53.40 | Outstanding |
| 92031 | 14-May-09 | 2009 | $204.48 | Outstanding |
| 92032 | 15-May-09 | 2009 | $69.90 | Outstanding |
| 92033 | 15-May-09 | 2009 | $153.36 | Outstanding |
| 92034 | 15-May-09 | 2009 | $126.00 | Outstanding |
| 92035 | 15-May-09 | 2009 | $63.00 | Outstanding |
| 92036 | 15-May-09 | 2009 | $1,158.84 | Outstanding |
| 92037 | 15-May-09 | 2009 | $204.48 | Outstanding |
| 92101 | 18-May-09 | 2009 | $38.70 | Outstanding |
| 92102 | 18-May-09 | 2009 | $806.00 | Outstanding |
| 92103 | 18-May-09 | 2009 | $51.12 | Outstanding |
| 92104 | 18-May-09 | 2009 | $42.92 | Outstanding |
| 92105 | 18-May-09 | 2009 | $67.92 | Outstanding |
| 92106 | 18-May-09 | 2009 | $189.00 | Outstanding |
| 92107 | 18-May-09 | 2009 | $63.00 | Outstanding |
| 92108 | 18-May-09 | 2009 | $102.24 | Outstanding |
| 92109 | 18-May-09 | 2009 | $153.36 | Outstanding |
| 92110 | 18-May-09 | 2009 | $102.24 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 92111 | 19-May-09 | 2009 | $116.45 | Outstanding |
| 92112 | 19-May-09 | 2009 | $495.20 | Outstanding |
| 92113 | 19-May-09 | 2009 | $204.48 | Outstanding |
| 92114 | 19-May-09 | 2009 | $179.88 | Outstanding |
| 92115 | 19-May-09 | 2009 | $63.00 | Outstanding |
| 92116 | 19-May-09 | 2009 | $46.88 | Outstanding |
| 92117 | 19-May-09 | 2009 | $53.40 | Outstanding |
| 92118 | 19-May-09 | 2009 | $46.88 | Outstanding |
| 92119 | 19-May-09 | 2009 | $53.20 | Outstanding |
| 92120 | 19-May-09 | 2009 | $153.36 | Outstanding |
| 92121 | 22-May-09 | 2009 | $53.40 | Outstanding |
| 92122 | 22-May-09 | 2009 | $93.76 | Outstanding |
| 92123 | 20-May-09 | 2009 | $31.20 | Outstanding |
| 92124 | 20-May-09 | 2009 | $133.50 | Outstanding |
| 92125 | 20-May-09 | 2009 | $102.24 | Outstanding |
| 92126 | 20-May-09 | 2009 | $95.42 | Outstanding |
| 92127 | 20-May-09 | 2009 | $67.92 | Outstanding |
| 92128 | 20-May-09 | 2009 | $53.20 | Outstanding |
| 92129 | 20-May-09 | 2009 | $63.00 | Outstanding |
| 92130 | 20-May-09 | 2009 | $153.36 | Outstanding |
| 92132 | 23-May-09 | 2009 | $53.40 | Outstanding |
| 92133 | 21-May-09 | 2009 | $69.90 | Outstanding |
| 92134 | 21-May-09 | 2009 | $102.24 | Outstanding |
| 92135 | 21-May-09 | 2009 | $63.00 | Outstanding |
| 92136 | 21-May-09 | 2009 | $80.10 | Outstanding |
| 92137 | 21-May-09 | 2009 | $46.88 | Outstanding |
| 92138 | 21-May-09 | 2009 | $204.48 | Outstanding |
| 92139 | 21-May-09 | 2009 | $1,380.24 | Outstanding |
| 92140 | 21-May-09 | 2009 | $102.24 | Outstanding |
| 92201 | 26-May-09 | 2009 | $46.55 | Outstanding |
| 92202 | 26-May-09 | 2009 | $356.90 | Outstanding |
| 92203 | 26-May-09 | 2009 | $204.48 | Outstanding |
| 92204 | 26-May-09 | 2009 | $336.12 | Outstanding |
| 92205 | 26-May-09 | 2009 | $46.88 | Outstanding |
| 92206 | 26-May-09 | 2009 | $133.50 | Outstanding |
| 92207 | 26-May-09 | 2009 | $63.00 | Outstanding |
| 92208 | 26-May-09 | 2009 | $153.36 | Outstanding |
| 92210 | 27-May-09 | 2009 | $102.24 | Outstanding |
| 92211 | 27-May-09 | 2009 | $52.50 | Outstanding |
| 92212 | 27-May-09 | 2009 | $67.92 | Outstanding |
| 92213 | 27-May-09 | 2009 | $53.40 | Outstanding |
| 92214 | 27-May-09 | 2009 | $53.20 | Outstanding |
| 92215 | 27-May-09 | 2009 | $204.48 | Outstanding |
| 92216 | 28-May-09 | 2009 | $102.24 | Outstanding |
| 92217 | 28-May-09 | 2009 | $146.54 | Outstanding |
| 92218 | 28-May-09 | 2009 | $53.40 | Outstanding |
| 92219 | 28-May-09 | 2009 | $63.00 | Outstanding |
| 92220 | 28-May-09 | 2009 | $204.48 | Outstanding |
| 92221 | 29-May-09 | 2009 | $102.24 | Outstanding |
| 92222 | 29-May-09 | 2009 | $102.24 | Outstanding |
| 92223 | 29-May-09 | 2009 | $80.10 | Outstanding |
| 92224 | 29-May-09 | 2009 | $153.36 | Outstanding |

| | | | | |
|---|---|---|---|---|
| 91403FS | 1-Apr-09 | 2009 | $48.96 | Outstanding |
| 91506FS | 8-Apr-09 | 2009 | $97.92 | Outstanding |
| 91508FS | 9-Apr-09 | 2009 | $97.92 | Outstanding |
| 91601SPO | 15-Apr-09 | 2009 | $181.10 | Outstanding |
| 91602FS | 15-Apr-09 | 2009 | $97.92 | Outstanding |
| 91602SPO | 17-Apr-09 | 2009 | $60.37 | Outstanding |
| 91604FS | 16-Apr-09 | 2009 | $97.92 | Outstanding |
| 91702FS | 22-Apr-09 | 2009 | $97.92 | Outstanding |
| 91802FS | 29-Apr-09 | 2009 | $97.92 | Outstanding |
| 91904FS | 6-May-09 | 2009 | $146.88 | Outstanding |
| 91905FS | 7-May-09 | 2009 | $48.96 | Outstanding |
| 92001SPO | 12-May-09 | 2009 | $181.10 | Outstanding |
| 92002FS | 13-May-09 | 2009 | $97.92 | Outstanding |
| 92101SPO | 21-May-09 | 2009 | $60.37 | Outstanding |
| 92102FS | 20-May-09 | 2009 | $146.88 | Outstanding |
| 92201SPO | 27-May-09 | 2009 | $241.47 | Outstanding |
| 92202SPO | 29-May-09 | 2009 | $60.37 | Outstanding |
| 92203FS | 27-May-09 | 2009 | $195.84 | Outstanding |
| Total Outstanding | | | $478,841.43 | |

## CERTIFICATE OF SERVICE

John W. Bryant hereby certifies that on March 4, 2011, he caused a true and correct copy of the foregoing document to be served by the Court's ECF system upon all parties in interest.

Dated: March 4, 2011

/s/ John W. Bryant
John W. Bryant (P-11331)
**DEAN & FULKERSON**
801 W. Big Beaver Road, Suite 500
Troy, MI 48084-4724
(248) 362-1300