SECOND DISTRICT OF NEW YORK

```
Dana H. Fox, Pro-se          )
       Plaintiff/appellant   )
                             )
V.                           )   Lower Court Case:  09-50026(REG)
                             )              Claim #4287
General Motors, Inc.         )
Motors Liquidators, etal     )   Appeal #
       Defendants/appellee   )
                             )
```

MOTION FOR LEAVE TO APPEAL

Now Comes Plaintiff/Appellant Dana H. Fox, Pro-se to re-submit this direct appeal from Federal Bankruptcy Court to this Honorable Federal Court of Appeals.

Please review previous submittal of 12/4/11/10 as served by U.S. mail and note that on 2/2/11 a clerk in Appeals Court verified that this matter is not in your computer.

Mr. Fox Pro-se motions to waive filing fee as he (and others) are involuntarily "dragged" into Bankruptcy Court; This is a matter of Public Safety and public interest.

Mr. Fox Pro-se was One hearing away from a §Contempt of Court Finding against General Motors, Inc. in the lower Court (Circuit Court) in Florida; When "The automatic stay of Bankruptcy" was entered by General Motor's Attorneys.

Other Matters for direct Appeal:

1). A Provision in Bankruptcy Court Order to have certain cases RETURNED TO Lower Court from Bankruptcy Court.

    A). Motion for this by Mr. Fox, Pro-se is denied by Bankruptcy Court.

2). Alternate Dispute Resolution is offered through Bankruptcy Court Order:

    A). Accepted by Mr. Fox, Pro-se.

    B). No Response (to Date) From Motors Liqidators.



RECEIVED FEB -7 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

3). Bankruptcy Court orders to maintain Jurisdiction of this matter in "OMNIBUS" order; As it so appears, to Dismiss and/or Cancel the value of the legitimate claim(s) from lower circuit court.

    A). Omnibus Objection order entered several times to date (on record): The most recent date of Jan. 27, 2010 with March 1, 2011 Hearing with a submittal deadline of Feb. 22, 2011:

THIS MOTION FOR LEAVE TO APPEAL IS MR. FOX PRO-SE'S OBJECTION TO THE OMNIBUS OBJECTION.

Mr. Fox, Pro-se points out, again, that General Motors, Inc. IS NOT Bankrupt as they (The Corporation) is bailed out by the U.S. Government!

Wherefore, Mr. Fox, Pro-se files this motion for leave to Appeal Directly to Federal Appeals Court so this matter will be handled beyond The "Glut" of Submittals in Bankruptcy Court: [Additional Pleading to Follow as deemed necessary].

Please see copy of mail receipt verifying service of previous submittal on 12/13/10, Ex. 1 and follow up on 1/7/11 (To Bankruptcy Court Zip Code). Motion for more time to Respond by Mr. Fox, Pro-se is brought forward Here-in.

Please see copies of correspondence from Bankruptcy Court without filing fee and not recognizing the direct Appeal to Appeals Court; Ex. 1,2,3 attached.

Respectfully submitted
Dana H. Fox, Pro-se

AFFIDAVIT OF SERVICE D.H.F.
I certify that true copies are
served by U.S. Mail on this date 2/2/11
to;
Appeals Court 2nd District New York
Bankruptcy Court Southern District N.Y.
Motors Liqidators for General Motors and their Attorney(s)
PLEASE FORWARD

D.H.F.

ADDRESS OF RECORD:
8/16 2522 BARRACUDA DR.
CAPE CORAL, FLA. 33904

DANA H. FOX, PRO-SE
1500 LAFAYETTE RD. #192
PORTSMOUTH, N.H. 03801
MAIL FORWARDING, QUICKER.

UNITED STATES COURT OF APPEALS
40 FOLEY SQ.
N.Y., N.Y. 10007
ATT. CLERK'S OFFICE

RE: APPEAL FROM U.S. BANKRUPTCY COURT RELATING TO GENERAL MOTORS, INC.
CASE: 09-50026 (REG)
CLAIM: 4287
MOTION: TO WAIVE FILING FEE

DEAR YOUR HONORS:

MR. FOX, PRO-SE SUBMITS THIS APPEAL IN THE BEST MANNER HE CAN, AT PRESENT.

THE U.S. BANKRUPTCY COURT IN NEW YORK WAS CREATED AS THERE WASN'T ONE, NOT THAT LONG AGO, MR. FOX WAS THERE, AFTER NUMEROUS REQUESTS, TO SOLVE THIS PROBLEM. AS A VOLUNTEER TO AMERICA AND UNDER VOWS OF POVERTY: [THE TRUSTEES OF THE U.S. OWE MR. FOX SO MUCH MONEY, THEY CAN'T AFFORD TO PAY HIM], THIS ALSO MAKES IT DIFFICULT FOR MR. FOX, PRO-SE TO UPHOLD HIS OATH(S) [3 TIMES TAKEN] TO DEFEND THE CONSTITUTION. MR. FOX, PRO-SE IS UNWILLINGLY FORCED INTO A BANKRUPTCY CONFRONTATION (AGAIN) WITH GENERAL MOTORS, INC. OVER THE SAME AUTOMOBILE, BEFORE THIS COURT, AGAIN; AND IN CIRCUIT COURT IN FORT MYERS, FLORIDA, MR. FOX PRO-SE WAS ONE HEARING AWAY FROM GENERAL MOTORS, INC. BEING FOUND IN CONTEMPT OF COURT FOR FAILING TO RESPOND TO A COURT ORDERED SUBPOENA. ALTERNATE DISPUTE RESOLUTION IS GIVEN BY BANKRUPTCY COURT AND THE LOWER COURT RECORD SHOWS MR. FOX, PRO-SE CHOSE THIS YET NO ONE HAS CONTACTED MR. FOX OR SENT HIM, BY MAIL, A PERSON TO CONTACT AT MOTORS LIQUIDATORS [GARDEN CITY GROUP, INC. DUBLIN, OH]. NOW, BANKRUPTCY COURT HAS AN "OMNIBUS DECISION" CANCELLING, YET SAVING, CLAIMS AND A CLAUS, THAT CERTAIN CASES CAN RETURN TO LOWER COURT. NO RESPONSE TO DATE TO MR. FOX PRO-SE'S ADDITIONAL MOTIONS; OBSTRUCTION OF JUSTICE & COLLUSION.

CC- BANKRUPTCY COURT
§ GARDEN CITY GROUP, INC.   12/11/10
(MOTORS LIQUIDATOR)

RESPECTFULLY SUBMITTED
Dana H. Fox, PRO-SE
DANA H. FOX

※ P.S. INSTEAD OF MAILING THIS ALL BACK, PLEASE INFORM MR. FOX, PRO-SE WHAT THE FILING FEE IS, IF IT CANNOT BE WAIVED → MOTIONED FOR DUE TO PUBLIC INTEREST

UNITED STATES COURT
DISTRICT OF NEW YORK
NEW YORK

DANA H. FOX, PRO-SE )
PLAINTIFF/APPELLANT )
v. ) LOWER COURT CASE: 09-50026 (REG)
) CLAIM # 4287
NEW YORK SOUTHERN DISTRICT )
UNITED STATES BANKRUPTCY COURT )
GENERAL MOTORS, INC. ) APPEAL #: _____
MOTOR LIQUIDATORS, INC., ET AL )
UNITED STATES GOVERNMENT )
APPELLEES )

## NOTICE OF APPEAL AND MOTIONS

NOW COMES PLAINTIFF/APPELLANT DANA H. FOX, PRO-SE ASKING RELIEF FROM U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK; IN REGARDS TO THE ALLEGED BANKRUPTCY OF GENERAL MOTORS INC.,:

1. GENERAL MOTORS, INC. IS NOT BANKRUPT; THEY (IT) IS BAILED OUT BY THE UNITED STATES GOVERNMENT.

2. IT APPEARS THAT GENERAL MOTORS, INC., THE UNITED STATES GOVERNMENT AND NOW, THE U.S. BANKRUPTCY COURT, MAY BE IN OBVIOUS COLLUSION TO DE-FRAUD DEBTORS, PLAINTIFFS AND SHARE HOLDERS (INVESTORS): MR. FOX PRO-SE PRESENTS THIS ONLY FROM A CAREFUL AND STUDIED, VANTAGE POINT OF FIRST HAND EXPERIENCE

3. THE MOST RECENT U.S. BANKRUPTCY COURT RULING IN AN "OMNIBUS" DECISION SHOWS HOW CONVOLUTED THIS MATTER HAS BECOME [AND CONTRADICTORY TO THE POINT OF BEING MOOT].

   A.) THE BANKRUPTCY COURT CLAIMS TO RETAIN JURISDICTION WHEREAS MR. FOX, PRO-SE MOTIONS THE APPEALS COURT TO TAKE JURISDICTION AS THIS COURT HAS JURISDICTION AS DEFINED IN APPELLANT PROCEDURES:

[THERE IS NO SENSIBLE COURSE, OR CAUSE OF ACTION TO DELAY THIS MATTER IN U.S. DISTRICT COURT.]

MR. FOX, PRO-SE MOTIONS THE APPEALS COURT TO RECOGNIZE THE RIGHTS OF A PRO-SE LITIGANT; DOES THIS HONORABLE COURT RECOGNIZE THE RIGHTS OF A PRO-SE LITIGANT? AND GRANT LEEWAY WITH EXTRA TIME TO RESPOND DUE TO MAIL FORWARDING.

MR. FOX, PRO-SE MOTIONS THIS HONORABLE COURT TO ACCEPT THIS HANDWRITTEN SUBMITTAL AND SUBSEQUENT PLEADINGS AS MR. FOX PRO-SE HAS PROMISED NOT TO USE COMPUTERS AND THE INTERNET (WHICH DOES MAKE EVERYTHING MORE DIFFICULT FOR MR. FOX PRO-SE); AS A TRAVELER, MR FOX PRO-SE CANNOT FIND TYPEWRITERS OR EVEN WORD PROCESSORS ANYMORE, WHICH DOES NOT HELP IN HIS TRAVEL RESPONSIBILITIES.

THIS IS ALSO A MOTION TO HAVE THE RECORD FROM U.S. BANKRUPTCY COURT TRANSFERRED TO U.S. APPEALS COURT N.Y., N.Y. AND MR. FOX PRO-SE ASKS THE U.S. APPEALS COURT TO ORDER THE U.S. BANKRUPTCY COURT NOT TO OBSTRUCT JUSTICE IN THIS MATTER ANYMORE.

, MEMORANDUM PLEADING TO FOLLOW

I CERTIFY THAT A TRUE COPY IS SERVED BY U.S. MAIL ON THIS DATE 12/11/10 TO:
U.S. BANKRUPTCY COURT AND MOTORS LIQUIDATORS: GARDEN CITY GROUP, INC.

RESPECTFULLY SUBMITTED
_____ PRO-SE
DANA A. FOX PRO-SE

```
==========================================
              CASAS ADOBES
            TUCSON, Arizona
               857049998
            0363680735-0099
   01/07/2011 (800)275-8777 03:22:51 PM
==========================================
============ Sales Receipt ============
Product          Sale Unit       Final
Description      Qty  Price      Price
------------------------------------------
NEW YORK NY 10004                $0.44
Zone-8 First-Class
Letter
 0.80 oz.
                              ========
  Issue PVI:                     $0.44

                              ==========
Total:                           $0.44

Paid by:
Cash                             $1.00
Change Due:                     -$0.56

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
```

```
==========================================
              SAFFORD MPO
            SAFFORD, Arizona
               855469998
            0363680554-0099
   12/13/2010 (928)428-0220 09:09:30 AM
==========================================
============ Sales Receipt ============
Product          Sale Unit       Final
Description      Qty  Price      Price
------------------------------------------
DUBLIN OH 43017                  $0.44
Zone-7 First-Class
Letter
 0.70 oz.
                              ========
  Issue PVI:                     $0.44

NEW YORK NY 10007                $0.44
Zone-8 First-Class
Letter
 0.70 oz.
                              ========
  Issue PVI:                     $0.44

NEW YORK NY 10004                $0.44
Zone-8 First-Class
Letter
 0.70 oz.
                              ========
  Issue PVI:                     $0.44

                              ==========
Total:                           $1.32

Paid by:
Cash                             $1.32

Order stamps at USPS.com/shop or
```

ex-7

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN ROOM 534
NEW YORK, NY 10004-1408
(212) 668-2870

**Vito Genna**
**CLERK OF COURT**

December 29, 2010

Dana H. Fox
1500 A Lafayette Rd - #192
Portsmouth, NH 03801

RE: General Motors, Inc.  (REG)

Dear Dana H. Fox:

An appeal was filed in the above named proceeding on December 17, 2010.

The Designation of the Contents of the Record on Appeal and Statement of Issues must be filed on or before *fourteen (14) days* from the *date* that the *notice of appeal* was filed, including weekends and holidays. You are required to serve the designation and file an affidavit of service with the Bankruptcy Court. All items that support your appeal listed in the Designation must appear on the Bankruptcy Docket Sheet.

Please note that once the appeal is sent to the District Court, the District Court may request you to provide a copy of all the documents listed in your designation.

Failure to comply with filing your **designation** or **paying the filing fee** may result in the Bankruptcy Clerk's Office transmitting an incomplete appeal to the United States District Court with a recommendation that the appeal be dismissed.

Sincerely,

Anatin Rouzeau
Deputy Clerk

EX-2

DANA FOX PRO-SE
1500 A LAFAYETTE RD.
#192
PORTS., NH. 03801

UNITED STATES BANKRUPTCY COURT
ONE BOWLING GREEN RM. 534
N.Y., N.Y. 10004-1408

ATT: ANATIN ROUZEAU

RE: DEC. 29, 2010
CORRESPONDENCE
09-50026 (REG)
CLAIM #4287.

PLEASE NOTE MR. FOX PRO-SE'S MOTION FOR MORE TIME TO RESPOND DUE TO TRAVEL RESPONSIBILITIES.

IN YOUR CORRESPONDENCE OF 12/29/10 THERE IS NO MENTION OF WHAT THE FILING FEE IS.

THE APPEAL NOTICE WAS SENT TO THE U.S. COURT OF APPEALS NOT DISTRICT COURT.

THE COPY OF APPEAL WAS SERVED BY U.S. MAIL TO MOTORS LIQUIDATORS AS THEY CLAIM TO HANDLE THE COURT PAPERS IN THIS MATTER.

MR. FOX HAS MOTIONED THE APPEAL COURT TO WAIVE THE FILING FEE FOR PUBLIC INTEREST.

PLEASE SEND THE ADDRESS FOR DISTRICT COURT THE FEE REQUIREMENT AND ANYTHING ELSE YOU REQUIRE WITH THE CIVIL COVER SHEET.

RESPECTFULLY
Dana H. Fox
DANA H. FOX, PRO-SE

EX-3

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN ROOM 534
NEW YORK, NY 10004-1408
(212) 668-2870

**Vito Genna**
**CLERK OF COURT**

January 24, 2011

Dana H. Fox
1500 A Lafayette Rd - #192
Portsmouth, NH 03801

RE: General Motors, Inc. 09-B-50026 (REG)

Dear Dana H. Fox:

An appeal was filed in the above named proceeding on December 17, 2010.

Along with this appeal, an Application to Waive the Appeal Filing Fee was filed. On January 6, 2011, Judge Robert E. Gerber has DENIED this application. Attached is a copy of this Order. A **filing fee** of **$255.00** is now required to proceed with this appeal to the United States District Court.

Failure to comply with **paying the filing fee** may result in the Bankruptcy Clerk's Office transmitting an incomplete appeal to the United States District Court with a recommendation that the appeal be dismissed.

The Designation of the Contents of the Record on Appeal and Statement of Issues must also be filed on or before *fourteen (14) days* from the *date* that the *notice of appeal* was filed, including weekends and holidays. You are required to serve the designation and file an affidavit of service with the Bankruptcy Court. All items that support your appeal listed in the Designation must appear on the Bankruptcy Docket Sheet.

Sincerely,

Anatin Rouzeau
Deputy Clerk

EX-4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Motors Liquidation Company, *et al.*,<br>f/k/a General Motors Corp., *et al.*<br><br>       Debtors. | Chapter 11<br><br>Case No. 09-50026(REG)<br><br>Jointly Administered |

### ENDORSED ORDER REGARDING DANA FOX'S
### MOTION TO WAIVE APPEAL FILING FEE

The Court deems the letter received from Dana Fox on December 17, 2010 (ECF #8292) to be a motion to waive appeal filing fee. Fox's appeal is ECF #8291. The motion is denied for failure to indicate the order that the litigant is appealing and for failure to provide financial information so that the Court can determine whether the litigant has the ability to pay the filing fee.

Dated: New York, New York      *s/Robert E. Gerber*
   January 6, 2011        United States Bankruptcy Judge

EX-4