UNITED STATES COURT OF APPEALS
SECOND DISTRICT OF NEW YORK

Dana H. Fox, Pro-se )
    Plaintiff/Appellant )
)
V. ) Lowere Case : 09-50026(Reg)
) Claim #4287
General Motors, Inc. )
Motors Liqidators, et al ) Appeal #
    Defendants/ Appellee )
)

RECEIVED FEB 22 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## Addendum

Mr. Fox, Pro-se Submits this addendum for thr Following points:

1). This matter involves the <u>Magnuson-Moss Federal Warranty Act</u>:

    A). A product is suppose to work the way it was, Or is intended, or the customer gets their money back...

2). The Aurora Automobile was returned to the dealership with the Title signed over for <u>Re-Purchace</u> by the dealer/General Motors, and there is a copy of the title on record.

3). The problem(s) with the Aurora are previously litigated in State and Federal Court by Mr. Fox pro-se and George Bush Sr. (Who was in the Hospital for two weeks due to an accident in his); Mr. Fox was lucky and was able to get the vehicle back under control.

4). This is a public safety matter and does not belong in Bankruptcy Court.

5.) General Motors was going to be found in Contempt of Court in Florida Circuit Court in Lee Conty Florida for Failure to respond to a court Ordered Subpoena: Enter the Automatic Stay Of Bankruptcy.

Wherefore, Mr. Fox Pro-se motions for this matter to go to the Court of Appeals.

Affidavit of Service: D.H.Fx
I/certify that a true copy is served by U.S. Mail on this date 2/16/11
to Appeals and Bankruptcy Court
and Motors Liqudators for G.M.'S, Inc.
Attorneys

Respectfully Submitted,
Dana H. Fox Pro-se