UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.

Case No.: 09-50026

Chapter 11

Debtor

----------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John W. Bryant, request admission, ***pro hac vice***, before the Honorable _____, to represent Sundram Fasteners Limited, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: March 3, 2011

_____, New York

/s/ John W. Bryant

*Mailing Address:*

Dean & Fulkerson PC

801 W. Big Beaver Road, Suite 500

Troy, MI 48084

*E-mail address*: Jbryant@dflaw.com

*Telephone number*: (248) 362-1300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: Motors Liquidation Company, et al., f/k/a
General Motors Corp., et al.

    Debtor

-------------------------------------------------------------x

    Plaintiff

    v.

    Defendant

-------------------------------------------------------------x

Case No.: 09-50026

Chapter 11

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  John W. Bryant  , to be admitted, *pro hac vice*, to represent  Sundram Fasteners Limited  , (the "Client") a _____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Michigan  and, if applicable, the bar of the U.S. District Court for the  Eastern  District of  Michigan  , it is hereby

**ORDERED**, that  John W. Bryant  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                UNITED STATES BANKRUPTCY JUDGE