UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.

Case No.: 09-50026
Chapter 11

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John W. Bryant_____, request admission, *pro hac vice*, before the Honorable _____, to represent Sundram International, Inc._____, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Michigan_____ and, if applicable, the bar of the U.S. District Court for the Eastern District of Michigan_____.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: March 3, 2011
_____, New York

/s/ John W. Bryant_____
*Mailing Address*:

Dean & Fulkerson PC_____
801 W. Big Beaver Road, Suite 500_____
Troy, MI 48084_____
*E-mail address*: Jbryant@dflaw.com_____
*Telephone number*: (248) 362-1300_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| In re: Motors Liquidation Company, et al., f/k/a General Motors Corp., et al. | Case No.: 09-50026 <br> Chapter 11 |
| Debtor | |

----------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of  John W. Bryant                    , to be admitted, *pro hac vice*, to represent  Sundram International, Inc.         , (the "Client") a _____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Michigan             and, if applicable, the bar of the U.S. District Court for the  Eastern     District of  Michigan            , it is hereby

**ORDERED**, that  John W. Bryant          , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York           /s/ _____

UNITED STATES BANKRUPTCY JUDGE