**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :   09-50026 (REG)
       f/k/a **General Motors Corp.**, *et al.*                  :
                                                                :
                           Debtors.                             :   (Jointly Administered)
                                                                :
-----------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO
### PROOF OF CLAIM NO. 02307 FILED BY BOBBIE JEAN FORD PIERCE

Upon the Objection, dated January 28, 2011 (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order establishing the deadline for filing of proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging the Pierce PoC on the grounds that such claim does not include sufficient documentation to ascertain the validity of the claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and it appearing that Bobbie Jean Pierce did not file a response to the Objection and failed to appear at the hearing to consider the Objection; and the Court having found and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Pierce PoC (Proof of Claim No. 02307) is disallowed and expunged in its entirety; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **_March 4, 2011_**

                                                    **_s/ Robert E. Gerber_**
                                                    United States Bankruptcy Judge