In Response to:

Motors Liquidation Company
f/k/a General Motors Corp

TO WHOM IT MAY CONCERN:

I AM WRITING TO OBJECT TO THE 165th OMNIBUS OBJECTION TO CLAIMS. I FILED MY CLAIM APPROXIMATELY 6 WEEKS LATE. I DIDN'T EVEN REALIZE THERE WAS ANYTHING I COULD DO UNTIL THE RECALL NOTICES CONTINUED TO COME. I LOST MY ONLY TRANSPORTATION THAT EVENING. IF MY TRIP HAD TAKEN JUST A FEW MINUTES LONGER - MY 9 MONTH OLD SON AND 12 YEAR OLD DAUGHTER, MYSELF AND MY HUSBAND COULD HAVE BURNED UP IN THE CAR. I DIDN'T EVEN KNOW WHY THE CAR CAUGHT FIRE. IT WASN'T UNTIL SEVERAL MONTHS AFTER THE FIRE THAT I GOT A RECALL NOTICE. THE RECALL NOTICE WASN'T IN TIME.

THANK YOU FOR YOUR TIME.
CAROLYN M. SHADE
Carolyn M Shade