**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :    09-50026 (REG)
     f/k/a **General Motors Corp.,** *et al.*         :
                                                                :
                        Debtors.    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**ORDER PURSUANT TO BANKRUPTCY RULES**
**9006(b) AND 9027 ENLARGING THE TIME WITHIN WHICH**
**TO FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS**

        Upon the Motion, dated February 17, 2011 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to Rules 9006(b) and 9027 of the Federal Rules of Bankruptcy Procedure, for entry of an order enlarging the time within which to file notices of removal of related proceedings, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

        ORDERED that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion, or the Plan, as applicable.

ORDERED that the time provided by Bankruptcy Rule 9027 within which the Debtors, or the GUC Trust Administrator, as appropriate, may file notices of removal of Civil Actions is extended until the date that is one year after the date on which the Debtors confirm a chapter 11 plan subject to the rights of the Debtors, or the GUC Trust Administrator to seek further extensions; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      **_March 4, 2011_**

                                        **_s/ Robert E. Gerber_**
                                        United States Bankruptcy Judge