**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,* : **09-50026 (REG)**
            **f/k/a General Motors Corp.,** *et al.* :
:
            **Debtors.** : **(Jointly Administered)**
:
-------------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. § 365 AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN CONTRACTS TO THE ENVIRONMENTAL RESPONSE TRUST CONDITIONED ON AND AS OF THE EFFECTIVE DATE

Upon the Motion, dated February 17, 2011 (the "**Motion**"),[1] of Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), for an order authorizing the Debtors to assume and

assign certain contracts to the Environmental Response Trust, on and as of the effective date of

the Plan, pursuant to section 365 of title 11, United States Code (the "**Bankruptcy Code**"), and

Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), all as more

fully described in the Motion; and due and proper notice of the Motion having been provided,

and it appearing that no other or further notice need be provided; and it appearing that no

objections were filed with respect to the Motion; and the Court having found and determined that

the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that the requirements set forth in Bankruptcy Rule 6004(a) are hereby waived; and it is further

ORDERED that pursuant to Bankruptcy Rule 6004(h), the terms and provisions of the Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that pursuant to sections 365(a), (b) and (f) of the Bankruptcy Code, the Debtors are hereby authorized to assume the Contracts listed on the annexed **Exhibit A**, and assign them to the ERT, on and as of the effective date of the Plan; and it is further

ORDERED that in the absence of an objection to the cure amounts set forth on **Exhibit A**, each counterparty to a Contract shall be barred from asserting a claim for any defaults arising prior to the effective date of assumption; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     *March 4, 2011*

                                        *s/ Robert E. Gerber*
                                       United States Bankruptcy Judge

Pg 3 of 21

**Exhibit A**
**Executory Contracts**

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 1. | American Workplace Trucking Centers, Inc. | Easement/ Access/ License Agreement | Hamilton & Industrial SE Vacant Flint, Michigan | 12/15/2006 | Attn: William Morrow, President 5910 Kings Pointe Dr. Rochester, MI 48306-2246 | $0.00 |
| 2. | AYSO Region 766 | Easement/ Access/ License Agreement | 28 Acres - Linden Road Flint, Michigan | 1/1/2000 | Attn: Pam Rinoldo-Dikos 5270 Wyndemere Common Square Swartz Creek, MI 48473 | $0.00 |
| 3. | Bitzer Scroll, Inc. | Landlord Lease | One General Motors Circle Syracuse, New York | 2/1/2008 | Dr. Christian Wahlers, Treasurer & Secretary 6731 Collamer Road East Syracuse, NY 13057 | $0.00 |
| 4. | Bogus Swamp Drainage District | Easement/ Access/ License Agreement | 2800 West Saginaw Street Lansing, Michigan | 5/11/1979 | Richard L. Sode 407 North Cedar Street Mason, MI 48854-1012 | $0.00 |
| 5. | Camp Dresser & McKee Inc. | Landlord Lease | Syracuse, New York | 3/5/2002 | Salina Industrial Power Park Attn: Legal Officer/Bankruptcy Department One General Motors Drive, Suite 2 Syracuse, NY 13206 | $0.00 |
| 6. | Capital Area Transportation Authority | Easement/ Access/ License Agreement | 2800 West Saginaw Street Lansing, Michigan | 7/25/2007 | St. Vincent Catholic Charities Attn: Sandra L. Draggoo, CEO/Executive Director 2800 W. Willow St. Lansing, MI 48917-1833 | $0.00 |
| 7. | Carrier Creek Drain Drainage District #326 | Easement/ Access/ License Agreement | Central Circle Drive (a/k/a 2901 S. Canal Rd.) Eaton, Michigan | | Braden L Harrington Carrier Creek Drain Drainage District #326 1045 Independence Blvd. Attn: Brady Harrington Charlotte, MI 48813 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 8. | Carrier Creek Drain Drainage District #326 | Easement/ Access/ License Agreement | Central Circle Drive (a/k/a 2901 S. Canal Rd.) Eaton, Michigan | | Braden L Harrington Carrier Creek Drain Drainage District #326 1045 Independence Blvd. Attn: Brady Harrington Charlotte, MI 48813 | $0.00 |
| 9. | Centerpoint Associates Limited Partnership | Landlord Lease | Parts of Centerpoint Area Pontiac, Michigan | 8/22/1994 | Douglas Etkin or Bruce Etkin 29100 Northwestern Highway Suite 200 Southfield, MI 48034 | $0.00 |
| 10. | Charter Township of Lansing, West Side Water Supply | Easement/ Access/ License and Amendment/ Continuation | 2801 West Saginaw Street Lansing, Michigan | 6/19/1986 | Charter Township Of Lansing West Side Water Supply Attn: John G. Daher, Supervisor 3209 W Michigan Ave. Lansing, MI 48917-2921 | $0.00 |
| 11. | Chesapeake and Ohio Railway Company | Easement/ Access/ License and Amendment/ Continuation | 902 East Hamilton Avenue Flint, Michigan | 2/27/1951 | The Chesapeake And Ohio Railway Company Attn: Vice President and General Manager 1 Lewis Street Whitesville, WV 25209 | $0.00 |
| 12. | City of Anderson, Indiana | Easement/ Access/ License Agreement | 2915 Pendleton Avenue Anderson, Indiana | | The City Of Anderson, Indiana Attn: Chairman, Board of Public Works 120 E 8th St Anderson, IN 46016-1505 | $0.00 |
| 13. | City of Flint | Easement/ Access/ License and Amendment/ Continuation | 902 East Hamilton Avenue Flint, Michigan | 12/4/1967 | City Of Flint Attn: Floyd J McCree, Mayor 902 E. Hamilton Ave. Flint, MI 48550-0001 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 14. | City of Flint | Easement/ Access/ License Agreement | 902 East Hamilton Avenue Flint, Michigan | 4/20/1960 | City Of Flint Attn:  Floyd J McCree, Mayor 902 E. Hamilton Ave Flint, MI 48550-0001 | $0.00 |
| 15. | City of Flint | Easement/ Access/ License Agreement | 902 East Hamilton Avenue Flint, Michigan | 1/25/2007 | City Of Flint Attn:  Mayor 1101 S. Saginaw Street Flint, MI 48502 | $0.00 |
| 16. | City of Lansing | Easement/ Access/ License Agreement | 2800 West Saginaw Street Lansing, Michigan | 9/16/1968 | City of Lansing Attn:  Mayor 123 W Ottawa Street Lansing, MI 48933-1601 | $0.00 |
| 17. | City of Pontiac | Easement/ Access/ License and Amendment/ Continuation | Parts of Centerpoint Area Pontiac, Michigan | 6/1/1995 | City Of Pontiac Department Of Public Services Attn: Roderyck B. Blake 47450 Woodward Ave. Pontiac, MI 48342-5009 | $0.00 |
| 18. | City of Pontiac | Easement/ Access/ License Agreement | Parts of Centerpoint Area Pontiac, Michigan | 6/1/1995 | City Of Pontiac Department Of Public Services Attn: Roderyck B. Blake 47450 Woodward Ave. Pontiac, MI 48342-5009 | $0.00 |
| 19. | City of Pontiac | Easement/ Access/ License and Amendment/ Continuation | Parts of Centerpoint Area Pontiac, Michigan | 6/1/1995 | City Of Pontiac Attn: Thomas E. Hunter, Deputy City Attorney 47450 Woodward Ave Pontiac, MI 48342-5009 | $0.00 |
| 20. | City of Pontiac | Easement/ Access/ License and Amendment/ Continuation | 2100 South Opdyke Road Pontiac, Michigan | 9/14/1995 | City of Pontiac Attn:  Dept of Public Services 450 Wide Track Drive, East Pontiac, MI 48058 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 21. | City of Pontiac | Easement/ Access/ License Agreement | Roadways@ Centerpoint Business Pontiac, Michigan | 1/19/1994 | City of Pontiac Attn:  Dept of Public Services 55 Wessen Street Pontiac, MI 48341 | $0.00 |
| 22. | City of Pontiac | Easement/ Access/ License Agreement | Roadways@ Centerpoint Business Pontiac, Michigan | 1/19/1994 | Dept of Public Services 450 Wide Track Drive, East Pontiac, MI 48058 -and- Attn:  Corporate Officer/Authorized Agent 55 Wessen Street Pontiac, MI 48341 | $0.00 |
| 23. | City of Pontiac | Easement/ Access/ License and Amendment/ Continuation | 2100 South Opdyke Road Pontiac, Michigan | 11/25/1969 | The City Of Pontiac Attn:  Dept of Public Services 47450 Woodward Ave Pontiac, MI 48342-5009 | $0.00 |
| 24. | City of Pontiac | Easement/ Access/ License Agreement | 2000 Centerpoint Parkway Pontiac, Michigan | 8/22/1977 | The City Of Pontiac Attn:  Dept of Public Services 450 Wide Track Drive, East Pontiac, MI 48058 | $0.00 |
| 25. | City of Pontiac | Easement/ Access/ License Agreement | 200 South Boulevard West Pontiac, Michigan | 2/3/1978 | The City Of Pontiac Attn:  Dept of Public Services 450 Wide Track Drive, East Pontiac, MI 48058 | $0.00 |
| 26. | City of Syracuse, New York | Easement/ Access/ License Agreement | One General Motors Circle Syracuse, New York | | The City Of Syracuse Attn:  Legal Officer/Bankruptcy Department 233 East Washington Street Syracuse, NY 13202 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 27. | City of Syracuse, New York | Easement/ Access/ License and Amendment/ Continuation | One General Motors Circle Syracuse, New York | | The City Of Syracuse Attn:  Legal Officer/Bankruptcy Department 233 East Washington Street Syracuse, NY 13202 | $0.00 |
| 28. | Clark Street Redevelopment Five, LLC | Partnership Agreement | Former Cadillac Site Detroit, Michigan | 6/1/1998 | Smith Group Development, Inc. Attn:  Arnold Mikon 150 W Jefferson Ave., Ste. 100 Detroit, MI 48226-4452 | $0.00 |
| 29. | Clark Street Redevelopment Four, LLC | Partnership Agreement | Former Cadillac Site Detroit, Michigan | 8/1/1998 | Smith Group Development, Inc. Attn:  Arnold Mikon 150 W Jefferson Ave., Ste. 100 Detroit, MI 48226-4452 | $0.00 |
| 30. | Clark Street Redevelopment One, LLC | Partnership Agreement | Former Cadillac Site Detroit, Michigan | 6/1/1998 | Smith Group Development, Inc. Attn:  Arnold Mikon 150 W Jefferson Ave., Ste. 100 Detroit, MI 48226-4452 | $0.00 |
| 31. | Clark Street Redevelopment Three, LLC | Partnership Agreement | Former Cadillac Site Detroit, Michigan | 10/1/1998 | Smith Group Development, Inc. Attn:  Arnold Mikon 150 W Jefferson Ave., Ste. 100 Detroit, MI 48226-4452 | $0.00 |
| 32. | Clark Street Redevelopment, LLC | Partnership Agreement | Former Cadillac Site Detroit, Michigan | 1/1/1998 | Smith Group Development, Inc. Attn:  Arnold Mikon 150 W Jefferson Ave., Ste. 100 Detroit, MI 48226-4452 | $0.00 |
| 33. | Consolidated Rail Corporation | Easement/ Access/ License Agreement | 2800 West Saginaw Street Lansing, Michigan | 11/1/1951 | Consolidated Rail Corporation Attn:  WFG Supervisor 2801 West Saginaw Street Lansing, MI 48912 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 34. | Consolidated Rail Corporation | Easement/ Access/ License Agreement | 2801 West Saginaw Street Lansing, Michigan | 8/1/1953 | Consolidated Rail Corporation Attn:  WFG Supervisor 2801 West Saginaw Street Lansing, MI 48912 | $0.00 |
| 35. | Consumers Power Company | Easement/ Access/ License Agreement | 902 East Hamilton Avenue Flint, Michigan | 5/12/1952 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 36. | Consumers Power Company | Easement/ Access/ License and Amendment/ Continuation | 902 East Hamilton Avenue Flint, Michigan | 5/9/1957 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 37. | Consumers Power Company | Easement/ Access/ License Agreement | 902 East Hamilton Avenue Flint, Michigan | 5/9/1957 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 38. | Consumers Power Company | Easement/ Access/ License and Amendment/ Continuation | 902 East Hamilton Avenue Flint, Michigan | 7/1/1966 | Consumers Power Company Attn:  Senior Vice President 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 39. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 11/20/1987 | Consumers Power Company Attn:  Executive Vice President 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 40. | Consumers Power Company | Easement/ Access/ License Agreement | 200 South Boulevard West Pontiac, Michigan | 2/3/1977 | Consumers Power Company Attn:  Director Corporate Real Estate 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 41. | Consumers Power Company | Easement/ Access/ License Agreement | 902 East Hamilton Avenue Flint, Michigan | 8/8/1980 | General Motors Corporation Attn: Director Of Retail Real Estate 3044 W Grand Blvd. Detroit, MI 48202-3009 | $0.00 |
| 42. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 10/26/1970 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 43. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 9/22/1972 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 44. | Consumers Power Company | Easement/ Access/ License and Amendment/ Continuation | 902 East Hamilton Avenue Flint, Michigan | 11/1/1967 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 45. | Consumers Power Company | Easement/ Access/ License Agreement | 902 East Hamilton Avenue Flint, Michigan | 11/1/1967 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 46. | Consumers Power Company | Maintenance Agreement | 902 East Hamilton Avenue Flint, Michigan | 11/1/1967 | Consumers Power Company Attn:  Corporate Officer/Authorized Agent 212 W Michigan Ave. Jackson, MI 49201-2236 | $0.00 |
| 47. | Consumers Power Company | Easement/ Access/ License Agreement | 200 South Boulevard West Pontiac, Michigan | 2/3/1977 | General Motors Corporation Attn:  G.L. Heins 3044 W Grand Blvd. Detroit, MI 48202-3009 | $0.00 |
| 48. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 8/31/1978 | General Motors Corporation Attn:  Corporate Officer/Authorized Agent 485 W. Milwaukee St. 9th Floor, Argonaut "A" Building Detroit, MI 48202-3220 | $0.00 |
| 49. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 8/31/1987 | Harold W. Nestle 300 36th St. SW MC 495-300-00 Grand Rapids, MI 49548-2107 | $0.00 |
| 50. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 10/1/1987 | Harold W. Nestle 300 36th St. SW MC 495-300-00 Grand Rapids, MI 49548-2107 | $0.00 |
| 51. | Consumers Power Company | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 9/1/1988 | Harold W. Nestle 300 36th St. SW MC 495-300-00 Grand Rapids, MI 49548-2107 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 52. | County of Genesee | Easement/ Access/ License Agreement | 1245 Coldwater Road Flint, Michigan | 10/3/2005 | County Of Genesee Attn: Legal Officer/Bankruptcy Department G-4610 Beecher Road Flint, MI 48532 | $0.00 |
| 53. | County of Genesee | Easement/ Access/ License Agreement | 1245 Coldwater Road Flint, Michigan | 10/3/2005 | County Of Genesee Attn: Legal Officer/Bankruptcy Department G-4610 Beecher Road Flint, MI 48532 | $0.00 |
| 54. | CSX Transportation, Inc. | Easement/ Access/ License Agreement | Route 37 East Massena, New York | 2/15/2002 | CSX Transportation, Inc. CSXT Contract Administration J180 Karen E. Mohler 500 Water Street Jacksonville, FL 32202 | $0.00 |
| 55. | CSX Transportation, Inc. | Easement/ Access/ License Agreement | One General Motors Circle Syracuse, New York | 1/21/2004 | CSX Transportation, Inc. CSXT Contract Administration J180 Attn: Karen E. Mohler 500 Water St Jacksonville, FL 32202-4423 | $0.00 |
| 56. | CSX Transportation, Inc. | Easement/ Access/ License Agreement | One General Motors Circle Syracuse, New York | 1/21/2004 | Roth Global Plastics, Inc. CSXT Contract Administration J180 John C. Pezzi 1 General Motors Drive Syracuse, NY 13206 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 57. | Detroit Edison Company | Easement/ Access/ License Agreement | Former Cadillac Site Detroit, Michigan | 11/18/2004 | Detroit Edison Company Attn:  Corporate Officer/Authorized Agent 2000 Second Avenue Detroit, MI 48226 | $0.00 |
| 58. | Detroit Edison Company | Easement/ Access/ License Agreement | Parts of Centerpoint Area Pontiac, Michigan | 3/4/1986 | Michigan Bell Telephone Company Attn:  Keith J Regan, Staff Manager, Right of Way 1565 Cass Avenue Detroit, MI 48226 | $0.00 |
| 59. | Detroit Edison Company | Easement/ Access/ License Agreement | Clark Street & Michigan Avenue Detroit, Michigan | 4/27/1998 | Detroit Edison Company Attn:  Paul Rotter, Corporate Real Estate Services 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |
| 60. | Detroit Edison Company | Easement/ Access/ License Agreement | Clark Street & Michigan Avenue Detroit, Michigan | 4/27/1998 | Detroit Edison Company Attn:  Paul Rotter, Corporate Real Estate Services 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |
| 61. | Detroit Edison Company | Easement/ Access/ License Agreement | 2100 South Opdyke Road Pontiac, Michigan | 5/10/1996 | Detroit Edison Company Attn:  Paul Rotter, Corporate Real Estate Services 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 62. | Detroit Edison Company | Easement/ Access/ License Agreement | 2000 Centerpoint Parkway Pontiac, Michigan | 9/13/1961 | Detroit Edison Company Attn:  Director, Real Estate and Rights of Way Dept 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |
| 63. | Detroit Edison Company | Landlord Lease | 620 South East Boulevard Pontiac, Michigan | 3/15/1955 | Detroit Edison Company Attn:  Manager of Purchases 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |
| 64. | Detroit Edison Company | Easement/ Access/ License and Amendment/ Continuation | 2000 Centerpoint Parkway Pontiac, Michigan | 7/1/1988 | Detroit Edison Company Attn:  Corporate Officer/Authorized Agent 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |
| 65. | Detroit Edison Company | Easement/ Access/ License and Amendment/ Continuation | 660 East South Boulevard Pontiac, Michigan | 11/28/1950 | Detroit Edison Company Attn:  Right of Way Agent 2000 Second Avenue Room 2310 Wcb Detroit, MI 48226 | $0.00 |
| 66. | Erie-Lackawanna Railroad Company | Easement/ Access/ License and Amendment/ Continuation | 2525 W. Fourth Street Mansfield, Ohio | 12/31/1956 | Erie-Lackawanna Railroad Company Attn:  Vice President 5088 Tallow Point Road Tallahassee, FL 32309 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 67. | Erie-Lackawanna Railroad Company | Easement/ Access/ License Agreement | 2525 W. Fourth Street Mansfield, Ohio | 12/31/1956 | Erie-Lackawanna Railroad Company Attn:  Vice President 5088 Tallow Point Road Tallahassee, FL 32309 | $0.00 |
| 68. | Fralo Plastech Manufacturing, LLC | Landlord Lease and Amendment/ Continuation | One General Motors Circle Syracuse, New York | 12/9/2002 | Chief Executive Officer One General Motors Drive, Syracuse, NY 13206 | $0.00 |
| 69. | Grand Trunk Railroad | Easement/ Access/ License Agreement | 200 South Boulevard West Pontiac, Michigan | 7/20/1977 | General Motors Corporation Attn:  Corporate Officer/Authorized Agent 3044 W Grand Blvd. Detroit, MI 48202-3009 | $0.00 |
| 70. | Grand Trunk Western Railroad Company | Landlord Lease | 200 South Boulevard West Pontiac, Michigan | 8/20/1970 | Grand Trunk Western Railroad Company Attn:  W. Glavin, Vice President, Administration 131 W Lafayette Blvd. Detroit, MI 48226-2600 | $0.00 |
| 71. | Grand Trunk Western Railroad Company | Easement/ Access/ License and Amendment/Continuation | 2100 South Opdyke Road Pontiac, Michigan | 10/23/1972 | Grand Trunk Western Railroad Company Attn:  Manager of Real Estate 131 W Lafayette Blvd. Detroit, MI 48226-2600 | $0.00 |
| 72. | Grand Trunk Western Railroad Company | Easement/ Access/ License and Amendment/Continuation | 200 South Boulevard West Pontiac, Michigan | 8/20/1970 | Grand Trunk Western Railroad Company Attn:  Manager of Real Estate and Tax 131 W Lafayette Blvd. Detroit, MI 48226-2600 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 73. | Grand Trunk Western Railway Company | Easement/ Access/ License Agreement | 200 South Boulevard West Pontiac, Michigan | 7/20/1977 | Grand Trunk Western Railway Company Attn:  General Counsel 131 W Lafayette Blvd. Detroit, MI 48226-2600 | $0.00 |
| 74. | Hyatt Hills Golf Course Commission | Operating Agreement | 1300 Raritan Road Clark, New Jersey | 8/20/2002 | 1300 Raritan Road Attn:  Chairman P.O. Box 5663 Clark, NJ 07066 -and- Rogut Mccarthy PC Attn:  Legal Officer/Bankruptcy Department 37 Alden Street Cranford, NJ 07016 | $0.00 |
| 75. | Kansas City Power & light Company | Easement/ Access/ License and Amendment/Continuation | 6817 Stadium Drive Kansas City, Missouri | 6/7/1963 | Kansas City Power & Light Company Attn:  Vice President P.O. Box 418679 Kansas City, MO 64141 | $0.00 |
| 76. | Kansas City Southern Railway Company | Easement/ Access/ License Agreement | 6817 Stadium Drive Kansas City, Missouri | 6/1/1962 | The Kansas City Southern Railway Company Attn:  Assistant to the President 427 West 12th Street Kansas City, MO 64105-1403 | $0.00 |
| 77. | Klein Steel Service Inc. | Landlord Lease | One General Motors Circle Syracuse, New York | 1/2/2009 | Salina Industrial Powerpark Attn:  Corporate Officer/Authorized Agent 1 General Motors Drive Syracuse, NY 13206 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 78. | Lansing Board of Water and Light | Easement/ Access/ License Agreement | 2800 West Saginaw Street Lansing, Michigan | 11/4/1996 | Lansing Board Of Water And Light Attn: Corporate Secretary 123 West Ottawa Street P.O. Box 13007 Lansing, MI 48901-3007 | $0.00 |
| 79. | Leeds Industrial Park, Inc. | Landlord Lease | 6817 Stadium Drive Kansas City, Missouri | 11/13/2006 | Attn: Jeff Vancet 6817 Stadium Drive, #2 Kansas City, MO 64129 | $0.00 |
| 80. | New Castle County, State of Delaware | Easement/ Access/ License Agreement | 801 Boxwood Road Wilmington, Delaware | 8/3/1970 | NCC Government Center Attn: County Executive 87 Read's Way New Castle, DE 19720 | $0.00 |
| 81. | New Castle County, State of Delaware | Easement/ Access/ License Agreement | 801 Boxwood Road Wilmington, Delaware | 8/3/1970 | NCC Government Center Attn: County Executive 87 Read's Way New Castle, DE 19720 | $0.00 |
| 82. | New Par d/b/a Verizon Wireless | Easement/ Access/ License Agreement | 660 East South Boulevard Pontiac, Michigan | 2/23/2005 | Network Real Estate 180 Washington Valley Road Bedminster, NJ 07921 | $0.00 |
| 83. | New York Central Railroad Company | Easement/ Access/ License Agreement | One General Motors Circle Syracuse, New York | 3/18/1953 | New York Central Railroad Company Attn: General Manager 230 Park Avenue New York, NY 10169-0005 | $0.00 |
| 84. | New York Central Railroad Company | Easement/ Access/ License Agreement | Route 37 East Massena, New York | 1/19/1962 | New York Central Railroad Company Attn: General Manager 230 Park Avenue New York, NY 10169-0005 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 85. | New York Power Authority | Maintenance Agreement | Massena, New York | 11/30/1992 | New York Power Authority Attn:  Legal Officer/Bankruptcy Department PO Box 2245 Syracuse, NY 13220-2245 | $0.00 |
| 86. | New York Power Authority | Operating Agreement | Massena, New York | 6/23/1992 | New York Power Authority Attn:  Legal Officer/Bankruptcy Department PO Box 2245 Syracuse, NY 13220-2245 | $0.00 |
| 87. | New York Central Railroad Company | Easement/ Access/ License Agreement | One General Motors Circle Syracuse, New York | 1/21/2004 | New York Central Railroad Company Attn:  General Manager 230 Park Avenue New York, NY 10169-0005 | $0.00 |
| 88. | Niagara Mohawk Power Corporation | Easement/ Access/ License Agreement | Townline Road Syracuse, New York | 1/7/1997 | Niagara Mohawk Power Corporation Attn:  VP Electric Delivery 300 Erie Blvd W. Syracuse, NY 13202-4201 | $0.00 |
| 89. | Niagara Mohawk Power Corporation | Easement/ Access/ License Agreement | Route 37 East Massena, New York | 8/27/2007 | Niagara Mohawk Power Corporation Attn: Supervisor, Real Estate Dept. 300 Erie Blvd W. Syracuse, NY 13202-4201 | $0.00 |
| 90. | Niagara Mohawk Power Corporation | Easement/ Access/ License Agreement | Route 37 East Massena, New York | 1/8/2007 | Niagara Mohawk Power Corporation Attn: Supervisor, Real Estate Dept. 300 Erie Blvd W. Syracuse, NY 13202-4201 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 91. | Niagara Mohawk Power Corporation | Easement/ Access/ License Agreement | Townline Road Syracuse, New York | 1/7/1997 | Niagara Mohawk Power Corporation Attn: Ron Kuhn 300 Erie Blvd W. Syracuse, NY 13202-4201 | $0.00 |
| 92. | Norfolk Southern Corporation c/o Met Fab Division | Easement/ Access/ License Agreement | 300 36th Street Southwest Grand Rapids, Michigan | 5/8/1973 | Norfolk Southern Corporation c/o Met Fab Division Attn:  Corporate Officer/Authorized Agent 300 36th St. SW Grand Rapids, MI 49548-2107 | $0.00 |
| 93. | Ohio Edison Company | Easement/ Access/ License and Amendment/ Continuation | 2525 W. Fourth Street Mansfield, Ohio | 11/15/1956 | Ohio Edison Company Attn:  Vice President 47 N Main St. Akron, OH 44308-1925 | $0.00 |
| 94. | Ohio Edison Company | Easement/ Access/ License and Amendment/ Continuation | 2525 W. Fourth Street Mansfield, Ohio | 9/17/1957 | Ohio Edison Company 47 N Main St. Attn:  Corporate Officer/Authorized Agent Akron, OH 44308-1925 | $0.00 |
| 95. | Onondaga County Water Authority | Easement/ Access/ License and Amendment /Continuation | One General Motors Drive Syracuse, New York | 4/23/1958 | Onondaga County Water Authority 1240 Wolf Street Attn:  Legal Officer/Bankruptcy Department Salina, NY 13208 | $0.00 |
| 96. | Pyramid Brokerage, Inc. | Operating Agreement | One General Motors Drive Syracuse, New York | 1/1/2000 | Pyramid Brokerage, Inc. Attn: John Clark 5786 Widewaters Pkwy P.O. Box 3 Syracuse, NY 13214 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 97. | Remediation and Liability Management Company, Inc. | Easement/ Access/ License Agreement | 12950 Eckles Road Livonia, Michigan | 8/21/2002 | Detroit Edison Company Director 2000 2nd Ave Detroit, MI 48226-1203 | $0.00 |
| 98. | Remediation and Liability Management Company, Inc. | Easement/ Access/ License Agreement | 28 Acres - Linden Road Flint, Michigan | 12/8/2005 | John Blanchard, Vice President 6249 Covered Wagon Trail Flint, MI 48532 | $0.00 |
| 99. | Remediation and Liability Management Company, Inc. c/o Worldwide Real Estate | Easement/ Access/ License Agreement | 12950 Eckles Road Livonia, Michigan | 8/21/2002 | Detroit Edison Company Attn: Director 2000 2nd Ave Detroit, MI 48226-1203 | $0.00 |
| 100. | Sinclair Pipe Line Company | Easement/ Access/ License and Amendment/ Continuation | 2525 W. Fourth Street Mansfield, Ohio | 11/20/1957 | Sinclair Pipe Line Company Attn:  Corporate Officer/Authorized Agent P.O. Box 30825 Salt Lake City, UT 84130 | $0.00 |
| 101. | SRCTec, Inc. | Landlord Lease | One General Motors Circle Syracuse, New York | 11/15/2008 | Phil Fazio, CEO 5801 East Taft Road, North Syracuse, NY 13212 | $0.00 |
| 102. | St. Lawrence Gas Company, Inc. | Easement/ Access/ License and Amendment/ Continuation | Route 37 East Massena, New York | 3/13/1973 | St. Lawrence Gas Company, Inc. Attn:  Corporate Officer/Authorized Agent 42 Main St Massena, NY 13662-1920 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 103. | Syracuse Glass Company, Inc. | Landlord Lease and Amendment/ Continuation | One General Motors Circle Syracuse, New York | 5/1/2009 | One General Motors Drive Suite 617 Attn: John Dwyer P.O. Box 381 Syracuse, NY 13206 -and- Shulman Curtin Grunder & Regan P.C. Attn: Legal Officer/Bankruptcy Department 250 South Clinton Street Suite 502 Syracuse, NY 13202-1262 | $0.00 |
| 104. | Village of Tilton | Easement/ Access/ License Agreement | 1-74 G Street Danville, Illinois | | The Village Of Tilton, Illinois Attn: Mayor 201 W 5th St. Tilton, IL 61833-7429 | $0.00 |
| 105. | Village of Tilton | Easement/ Access/ License Agreement | 1-74 G Street Danville, Illinois | | The Village Of Tilton, Illinois Attn: Mayor 201 W 5th St. Tilton, IL 61833-7429 | $0.00 |
| 106. | Village of Tilton, Illinois | Easement/ Access/ License Agreement | 1-74 G Street Danville, Illinois | | The Village Of Tilton, Illinois Attn: Mayor 201 W 5th St. Tilton, IL 61833-7429 | $0.00 |
| 107. | Village of Tilton, Illinois | Easement/ Access/ License Agreement | 1-74 G Street Danville, Illinois | | The Village Of Tilton, Illinois Attn: Mayor 201 W 5th St. Tilton, IL 61833-7429 | $0.00 |

| | Counterparty Name | Contract Type | Property Address | Start Date | Notice Address | Cure Amount |
|---|---|---|---|---|---|---|
| 108. | Village of Tilton, Illinois | Easement/ Access/ License Agreement | 1-74 G Street Daniville, Illinois | | The Village Of Tilton, Illinois Attn:  Mayor 201 W 5th St. Tilton, IL 61833-7429 | $0.00 |
| 109. | Xstraata Magnesium Corporation | Easement/ Access/ License Agreement | 1820 East 32nd St Anderson, Indiana | 1/16/2001 | Jan Guy 1820 East 32nd Street Anderson, IN 46013 -and- Brunson & Kahn 300 West Washington, 14th Floor Chicago, IL, 60606 | $0.00 |
| 110. | Xstraata Magnesium Corporation | Easement/ Access/ License Agreement | 1820 East 32nd St Anderson, Indiana | 1/16/2001 | Jan Guy 1820 East 32nd Street Anderson, IN 46013 -and- Brunson & Kahn 300 West Washington, 14th Floor Chicago, IL, 60606 | $0.00 |