UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1.　　I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.　　On March 2, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Regarding Debtors' Rejection of Certain Executory Contracts with DTE [Docket No. 9539].

| Dated: March 4, 2011 | /s/ Alison Moodie |
| New Hyde Park, New York | Alison Moodie |

Sworn to before me this 4th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

| | |
|---|---|
| DTE PONTIAC NORTH, LLC<br>ATTN: GENERAL COUNSEL<br>414 S MAIN ST STE 600<br>ANN ARBOR, MI 48104-2398 | HUNTON & WILLIAMS LLP<br>ATTN: PETER PARTEE<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |