UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss
COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.     On March 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Resolving Objections to the Motion of Debtors for Entry of an Order Estimating Maximum Amount of Certain Claims for Purposes of Establishing Claims Reserves under the Debtors' Amended Joint Chapter 11 Plan [Docket No. 9560].

| Dated:  March 4, 2011 | /s/ Alison Moodie_____ |
| New Hyde Park, New York | Alison Moodie |

Sworn to before me this 4th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

| | |
|---|---|
| DANIEL PLOUFFE<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236-1505 | DAY PITNEY LLP<br>ATTY FOR UNITED TECHNOLOGIES CORPORATION<br>DANIEL J. CARRAGHER, ESQ.<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110 |
| FOLEY & LARDNER LLP<br>ATTY FOR TOYOTA MOTOR CORPORATION<br>ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE<br>402 WEST BROADWAY, SUITE 2100<br>SAN DIEGO, CA 92101-3542 | FOLEY & LARDNER LLP<br>ATTY FOR TOYOTA MOTOR CORPORATION<br>ATTN:  JEFFREY A. SOBLE<br>321 NORTH CLARK STREE, STE 2800<br>CHICAGO, IL 60654-5313 |
| HARRIS BEACH PLLC<br>100 WALL STREET<br>NEW YORK, NY 10005 | HARRIS BEACH PLLC<br>ATTY FOR TOWN OF SALINA; ATTN L. WOODARD ESQ<br>ONE PARK PLACE,4TH FL<br>300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 |
| KIRKLAND & ELLIS LLP<br>ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.<br>ATTN:  RICHARD M. CIERI<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10005 | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP<br>ATTN MARK E. MCKANE<br>555 CALIFORNIA STREET, 27TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP<br>ATTN RAY C. SCHROCK<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 | NYS DEPT OF ENVIRONMENTAL CONSERVATION<br>MAUREEN F. LEARY, AAG<br>ENVIRONMENTAL PROTECTION BUREAU<br>OFFICE OF THE NYS ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 |
| ONONDAGA COUNTY NEW YORK<br>KEVIN C MURPHY ESQ<br>THE WLADIS LAW FIRM PC<br>5795 WIDEWATERS PKWY, PO BOX 245<br>SYRACUSE, NY 13214 | ONONDAGA COUNTY NEW YORK<br>LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY<br>JOHN H MULROY CIVIC CENTER 10TH FLOOR<br>421 MONTGOMERY STREET<br>SYRACUSE, NY 13202 |
| THE WLADIS LAW FIRM, P.C<br>ATTY FOR ONONDAGA COUNTY, NY<br>ATTN: KEVIN C. MURPHY<br>6312 FLY ROAD<br>EAST SYRACUSE, NY 13057 | |