PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
JAIMIE L. NAWADAY
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2528
Facsimile: (212) 637-2750
Email: jaimie.nawaday@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
                                                :
                                                :
In re:                                          :    Chapter 11
                                                :
MOTORS LIQUIDATION COMPANY, *et al.,*           :    Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*           :
    *al.*,                                      :    Jointly Administered
                                                :
          Debtors.                              :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF LODGING OF PROPOSED
NON-OWNED SITE SETTLEMENT AGREEMENT**

The United States of America hereby lodges with the Court the proposed Non-Owned Site Settlement Agreement attached hereto as Exhibit A. This Settlement Agreement has been executed by all parties.

The United States requests that the Court not approve the proposed Settlement Agreement at this time. Notice of the lodging of the proposed Settlement Agreement will be published in the *Federal Register*, following which the United States Department of Justice will accept public comments on the proposed Settlement Agreement for a 15-day period. After the conclusion of the public comment period, the United States will file with the Court any comments received, as

well as responses to the comments, and at that time, if appropriate, will request that the Court approve the proposed Settlement Agreement.

Dated:    New York, New York
            March 4, 2011

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the United States of America

By:      */s/ Jaimie L. Nawaday*
          DAVID S. JONES
          NATALIE N. KUEHLER
          JAIMIE L. NAWADAY
          Assistant United States Attorneys
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Telephone:  (212) 637-2528
          Facsimile:  (212) 637-2750
          Email: jaimie.nawaday@usdoj.gov