| 146th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| A.B. NELSON<br>0435 W 025 N<br>LAGRANGE, IN 46761 | 17773 | Motors Liquidation Company | $54,600.00 | Equity Interest Claim | Pgs. 1-5 |
| A.F. KNOLL<br>HEER STR 131<br>14055 BERLIN GERMANY<br>GERMANY | 27206 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>NICKOLAS BACHES<br>5145 CLEARWATER DRIVE<br>STONE MOUNTAIN, GA 30087 | 12976 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>MANUELA USER<br>5452 CLARIDGE LN<br>WEST BLOOMFIELD, MI 48322 | 65520 | Motors Liquidation Company | $4,900.00 | Equity Interest Claim | Pgs. 1-5 |
| ABILIO MANUEL MARTINS MACHADO<br>BRACHVOGELWEG 5<br>21629 NEU WULMSTORF GERMANY<br>GERMANY | 63914 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| ADA MIRANDA<br>74 SYLVAN LAKE BLVD<br>BAYVILLE, NJ 08721 | 30678 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ADAM KAZARIAN JR &<br>ISABELLE MARIE KAZARIAN<br>JT WROS<br>44097 GINKGO DR<br>STERLING HEIGHTS, MI 48314 | 4339 | Motors Liquidation Company | $35,890.00 | Equity Interest Claim | Pgs. 1-5 |
| ADAMS, IRENE T<br>503 MEADOWLAND DR<br>HUBBARD, OH 44425 | 43346 | Motors Liquidation Company | $10,420.62 | Equity Interest Claim | Pgs. 1-5 |
| ADAMS, RICHARD G<br>1405 LAUREL MEADOWS DR<br>BARTOW, FL 33830 | 26877 | Motors Liquidation Company | $29,562.83 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| ADY, JEWEL<br>2602 EVE ANN DR<br>PORT JEFFERSON STATION, NY 11776 | 4159 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AGNER C WALLER<br>345 RIDGELAKE SCENIC DR<br>MONTGOMERY, TX 77316 | 9806 | Motors Liquidation Company | $477.75 | Equity Interest Claim | Pgs. 1-5 |
| AIELLO, BRUCE L<br>83 ISLAND ESTATES PARKWAY<br>PALM COAST, FL 32137 | 14437 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AKERLEY, DANIEL C<br>8729 CENTER RD<br>TRAVERSE CITY, MI 49686 | 61851 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| AL EICHER<br>2494 LOCH CREEK WAY<br>BLOOMFIELD, MI 48304 | 29523 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALAN GREENLEAF<br>9929 PRIMM SPRINGS RD<br>WILLIAMSPORT, TN 38487 | 10830 | Motors Liquidation Company | $34,632.89 | Equity Interest Claim | Pgs. 1-5 |
| ALBANO, ROBERTA<br>4105 ABELIA CT<br>ARLINGTON, TX 76017 | 15708 | Motors Liquidation Company | $1,014.50 | Equity Interest Claim | Pgs. 1-5 |
| ALBERT DEBONO &<br>CHERYL DEBONO JT TEN<br>25130 SANDPIPER GREENS CT<br>UNIT 201<br>BONITA SPGS, FL 34134 | 28310 | Motors Liquidation Company | $1,061.28 | Equity Interest Claim | Pgs. 1-5 |
| ALBERTS, GARY D<br>6537 VENTURA DR<br>PITTSBURGH, PA 15236 | 7471 | Motors Liquidation Company | $190,474.28 | Equity Interest Claim | Pgs. 1-5 |
| ALBRECHT FLOR<br>PROF-BAUER-STR 1<br>97294 UNTERPLEICHFELD GERMANY<br>GERMANY | 31427 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9606-1    Filed 03/07/11    Entered 03/07/11 11:13:37    Errata A
Pg 3 of 11

146th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| ALEXANDER ATANASSOW<br>ADLERHORST 16<br>45478 MUELHEM GERMANY<br>GERMANY | 45078 | Motors Liquidation Company | $4,373.73 | Equity Interest Claim | Pgs. 1-5 |
| ALEXANDER DIETZ<br>SCHNEIDERSTR 4<br>65931 FRANKFURT GERMANY<br>GERMANY | 64152 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALEXANDER FUCHSLE<br>IM SONNENWINKEL 4<br>89150 LAICHINGEN GERMANY<br>GERMANY | 30956 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ALEXANDER, DONALD L<br>5115 S 50 W<br>ANDERSON, IN 46013 | 1856 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALFRED & THERESA D'ARCO<br>PO BOX 307 APT 7A-1<br>SCARBOROUGH, NY 10510 | 3462 | Motors Liquidation Company | $5,836.03 | Equity Interest Claim | Pgs. 1-5 |
| ALFRED ESCOBAR JR<br>1507 PARKWAY DR<br>ALVIN, TX 77511 | 4332 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ALI UZUN & RAIFE UZUN<br>TALSTR 3A<br>42859 REMSCHEID GERMANY<br>GERMANY | 30805 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ALVARADO, LILIA P<br>1813 E WEBSTER RD<br>FLINT, MI 48505 | 2853 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANA LAUBE<br>OTTENSENER WEG 55<br>BUXTEHUDE GERMANY 21614<br>GERMANY | 23283 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANDERSON, WILLIE<br>14673 ABINGTON AVE<br>DETROIT, MI 48227 | 3357 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9606-1    Filed 03/07/11    Entered 03/07/11 11:13:37    Errata A
Pg 4 of 11

146th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| ANDREA HEIN<br>SENNEGARTEN 26<br>38667 BAD HARZBURG GERMANY<br>GERMANY | 61191 | Motors Liquidation Company | $465.00 | Equity Interest Claim | Pgs. 1-5 |
| ANDREA HERZOG<br>ANNASTR 38<br>D-45130 ESSEN GERMANY<br>GERMANY | 44472 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ANDREAS LISKE<br>HOHENZOLLERNSTRASSE 16<br>73540 HEUBACH GERMANY<br>GERMANY | 28849 | Motors Liquidation Company | $623.43 | Equity Interest Claim | Pgs. 1-5 |
| ANDRES FONTAO<br>136 FRANKLIN AVENUE<br>WYCKOFF, NJ 07481 | 65075 | Motors Liquidation Company | $893.53 | Equity Interest Claim | Pgs. 1-5 |
| ANNA, NORMAN F<br>4461 STACK BLVD APT E223<br>MELBOURNE, FL 32901 | 13116 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANNABELLE SHURIN<br>11903 PARLIAMENT ST APT 522<br>SAN ANTONIO, TX 78216 | 4277 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ANNE MOORE<br>6102 AUGUSTA DR APT 202<br>FORT MYERS, FL 33907 | 8214 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ARLENE W MONK TTEE UA DTD<br>FOSTER MONK MARITAL TRUST<br>6035 SEA RANCH DR APT 312<br>HUDSON, FL 34667 | 62639 | Motors Liquidation Company | $7,075.66 | Equity Interest Claim | Pgs. 1-5 |
| ARTHUR GOLDSTEIN AND ROBERTA GOLDSTEIN JT/WROS<br>46 JANE DRIVE<br>ENGLEWOOD CLIFFS, NJ 07632 | 651 | Motors Liquidation Company | $1,068.80 | Equity Interest Claim | Pgs. 1-5 |
| ARTHUR J CAHILL<br>9 WIDE HORIZONS DR<br>COLTS NECK, NJ 07722 | 3078 | Motors Liquidation Company | $22,425.25 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 9606-1   Filed 03/07/11   Entered 03/07/11 11:13:37   Errata A
Pg 5 of 11

| 146th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| ASHER, MARY ELLEN<br>511 CAYUGA CT<br>BOULDER CITY, NV 89005 | 8462 | Motors Liquidation Company | $200,022.00 | Equity Interest Claim | Pgs. 1-5 |
| AVINASH GUPTA<br>POORNIMA GUPTA JTWROS<br>C/O LIL DIGRISTINA<br>RBC WEALTH MANAGEMENT<br>650 FROM RD, STE 151<br>PARAMUS, NJ 07652 | 67642 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| AXTHAMMER MANFRED<br>HOHENZOLLERN 26<br>83022 ROSENHEIM GERMANY<br>GERMANY | 28881 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| BAGINSKI, IRENE W<br>8825 ARNOLD<br>REDFORD, MI 48239 | 46090 | Motors Liquidation Company | $126,570.73 | Equity Interest Claim | Pgs. 1-5 |
| BAILEY, CHARLES A<br>18299 KANDT DR<br>MACOMB, MI 48044 | 2693 | Motors Liquidation Company | $106,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BAK, GENEVIEVE M<br>52 ANDRES PL<br>BUFFALO, NY 14225 | 46100 | Motors Liquidation Company | $41,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BALDWIN STANLEY E<br>18576 PURLINGBROOK ST<br>LIVONIA, MI 48152 | 38882 | Motors Liquidation Company | $3,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BALLARD, MICHAEL A<br>967 E 225TH ST<br>BRONX, NY 10466 | 63662 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BALSAMICO, CHARLES A<br>213 WICKER HILL RD<br>BURLESON, TX 76028 | 4637 | Motors Liquidation Company | $8,841.26 | Equity Interest Claim | Pgs. 1-5 |
| BARBARA HOFFMAN TTEE<br>BARBARA L. HOFFMAN DECL OF TRUST<br>U/A DTD 05/16/2003<br>604 PIERPORT LANE<br>ROMEOVILLE, IL 60446 | 2483 | Motors Liquidation Company | $18,750.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9606-1    Filed 03/07/11    Entered 03/07/11 11:13:37    Errata A
Pg 6 of 11

146th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| BARBARA JEAN DARLING<br>2235 MALLARD DRIVE<br>REESE, MI 48757 | 45267 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BARLOW, DONALD M<br>2400 WHISTLE STOP LN<br>HOLLY, MI 48442 | 11218 | Motors Liquidation Company | $110,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BARTH, HENRY A<br>769 JUSTO LN<br>SEVEN HILLS, OH 44131 | 11062 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BATES, MICHAEL D<br>21945 N NUNNELEY RD<br>CLINTON TWP, MI 48036 | 4231 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BATTE, BONNIE W<br>1314 QUINCY DR<br>BOSSIER CITY, LA 71111 | 17229 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BAUGHEY, JACK C<br>2655 ELMWOOD DR<br>ADRIAN, MI 49221 | 27027 | Motors Liquidation Company | $7,364.00 | Equity Interest Claim | Pgs. 1-5 |
| BAUM, JUDITH M<br>2280 GOLDEN POND<br>FENTON, MI 48430 | 7538 | Motors Liquidation Company | $23,081.66 | Equity Interest Claim | Pgs. 1-5 |
| BEAIRD, MARGARET F<br>101 WILLIAMS CT<br>MOBILE, AL 36606 | 61038 | Motors Liquidation Company | $27,800.00 | Equity Interest Claim | Pgs. 1-5 |
| BEANY, RICHARD T<br>3855 EDINBURGH DR<br>YOUNGSTOWN, OH 44511 | 18223 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BEASLEY, CLAUDETTA<br>1507 COUNTRYSIDE PL<br>CHAMPAIGN, IL 61821 | 16956 | Motors Liquidation Company | $251.88 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9606-1    Filed 03/07/11    Entered 03/07/11 11:13:37    Errata A
Pg 7 of 11

| 146th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| BEBEE, SHIRLEY<br>459 LAWRENCE ST<br>PORTLAND, MI 48875 | 28074 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BEEKER, ROLF<br>VAUTIERSTR. 89<br>D-40235 DISSOLDORF GERMANY<br>GERMANY | 36169 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BEHREND, ELEANOR M<br>BEHREND ELEANOR M TTEE<br>129 CHIPPENHAM LN<br>CHESTERFIELD, MO 63005 | 61584 | Motors Liquidation Company | $19,537.00 | Equity Interest Claim | Pgs. 1-5 |
| BELL, EARLA<br>801 MEADOWSTREET<br>1568 SKEETCLUB RD # 25<br>HIGH POINT, NC 27265 | 8277 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BENTHIN, RONALD G<br>11759 AYERS RD<br>MARCELLUS, MI 49067 | 2611 | Motors Liquidation Company | $2,074.62 | Equity Interest Claim | Pgs. 1-5 |
| BERK, CHARLES M<br>2601 W WILLOWLAKE DR APT 34<br>PEORIA, IL 61614 | 20600 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BETTY K ROGERS<br>26311 HENDON RD<br>BEACHWOOD, OH 44122 | 22566 | Motors Liquidation Company | $22,779.88 | Equity Interest Claim | Pgs. 1-5 |
| BETTY RUTH LEWIS<br>2604 S SIESTA DR<br>TEMPE, AZ 85282 | 15251 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BEVERLY JOHNSON<br>P.O. BOX 7454<br>NEWCOMB, NM 87455<br>UNITED STATES OF AMERICA | 70332 | Motors Liquidation Company | $5,400.00 | Equity Interest Claim | Pgs. 1-5 |
| BEVERLY LOOK<br>4302 WESTERN RD LOT 36<br>FLINT, MI 48506 | 4312 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

09-50026-mg    Doc 9606-1    Filed 03/07/11    Entered 03/07/11 11:13:37    Errata A
Pg 8 of 11

146th Omnibus Objection                                    Exhibit A                                    Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| BEVERLY R SANDRACO<br>10966 N GRAND LAKE HWY<br>POSEN, MI 49776 | 68434 | Motors Liquidation Company | $5,592.27 | Equity Interest Claim | Pgs. 1-5 |
| BIENIEK, MONICA A<br>BIENIEK, CHRISTINA C<br>12892 SPARLING AVE<br>DETROIT, MI 48212 | 49547 | Motors Liquidation Company | $2,124.00 | Equity Interest Claim | Pgs. 1-5 |
| BILLY L WILSON<br>23958 180TH AVE<br>CENTERVILLE, IA 52544 | 44109 | Motors Liquidation Company | $84,400.00 | Equity Interest Claim | Pgs. 1-5 |
| BILLY TOWNSEND<br>307 INDIAN CREEK ROAD<br>BROWNSVILLE, KY 42210<br>UNITED STATES OF AMERICA | 22235 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| BIRCHFIELD, LYLE K<br>303 NE 3RD AVE<br>WILLISTON, FL 32696 | 10119 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BIRGIT AND UDO HINRICHS<br>VENNSTR 190<br>D-40627 DUSSELDORF GERMANY<br>GERMANY | 28415 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| BLACK, DAVID W<br>55725 RESORT RD<br>THREE RIVERS, MI 49093 | 44157 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BLANCHE GORDON<br>7873 WHISPERING PALMS DR<br>APT 101<br>BOYNTON BEACH, FL 33437 | 11376 | Motors Liquidation Company | $4,552.00 | Equity Interest Claim | Pgs. 1-5 |
| BLEVINS, JAMES L<br>26730 CASH CT<br>LEESBURG, FL 34748 | 8016 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BLIZZARD, EUNICE V<br>64245 TIPPERARY DR<br>WASHINGTON TWP, MI 48095 | 2104 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9606-1    Filed 03/07/11    Entered 03/07/11 11:13:37    Errata A
Pg 9 of 11

146th Omnibus Objection                                Exhibit A                        Motors Liquidation Company, et al.
                                                                                        Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| BORCHERS, JOHN B<br>392 NW STRATFORD LN<br>PORT ST LUCIE, FL 34983 | 33557 | Motors Liquidation Company | $77,270.30 | Equity Interest Claim | Pgs. 1-5 |
| BOWDLE, BETTY MARSHA<br>453 HIGHWAY 29 S<br>DELIGHT, AR 71940 | 45593 | Motors Liquidation Company | $28,251.00 | Equity Interest Claim | Pgs. 1-5 |
| BOWE, GERALD L<br>106 SUMMIT PL<br>LANSDALE, PA 19446 | 6141 | Motors Liquidation Company | $2,520.00 | Equity Interest Claim | Pgs. 1-5 |
| BOWHAY, BRUCE E<br>7032 40TH ST<br>BERWYN, IL 60402 | 44339 | Motors Liquidation Company | $1,875.00 | Equity Interest Claim | Pgs. 1-5 |
| BOWLES LUCILE E<br>C/O PATRICIA FIGUEROA (TRUSTEE)<br>20650 CALLE BELLA<br>YORBA LINDA, CA 92887 | 65126 | Motors Liquidation Company | $709.29 | Equity Interest Claim | Pgs. 1-5 |
| BOYER, ROY B<br>4132 ROCK HILL LOOP<br>APOPKA, FL 32712 | 8750 | Motors Liquidation Company | $56,018.10 | Equity Interest Claim | Pgs. 1-5 |
| BRADLEY GOFFENA<br>818 ASHOKAN RD<br>ENGLEWOOD, OH 45322 | 10622 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRENNEMAN, MARIAN A<br>3832 W BEECHWOOD AVE<br>FRESNO, CA 93711 | 65401 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRENT STONE<br>2154 HAINES RD<br>LAPEER, MI 48446 | 5063 | Motors Liquidation Company | $30,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BRICKHOUSE, BENITA<br>9151 SPRINGFIELD RD UNIT 1101<br>POLAND, OH 44514 | 64529 | Motors Liquidation Company | $19,631.25 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 146th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|---|
| BRIGGS, LEON A<br>12353 LAKE RD<br>MONTROSE, MI 48457 | 4632 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRINK, JERRY L<br>42111 BRIARCLIFF CT<br>CANTON, MI 48187 | 13685 | Motors Liquidation Company | $7,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BRISBOY, THAD L<br>6448 S SHERMAN RD<br>BLANCHARD, MI 49310 | 17119 | Motors Liquidation Company | $9,168.54 | Equity Interest Claim | Pgs. 1-5 |
| BRONIKOWSKI, GERALD<br>155 HAZELWOOD DR<br>PRUDENVILLE, MI 48651 | 5375 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BROWN, PATSY K<br>2299 CAMP HARDTNER RD<br>POLLOCK, LA 71467 | 20930 | Motors Liquidation Company | $6,637.72<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRUCE DE BRUHL<br>1960 L GABRIELS CREEK RD<br>MARS HILL, NC 28754 | 65402 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BRUCE GRATHWOHL<br>106 E MAPLE ST<br>ALEXANDRIA, VA 22301<br>UNITED STATES OF AMERICA | 37214 | Motors Liquidation Company | $6,690.00 | Equity Interest Claim | Pgs. 1-5 |
| BRUCE PIERSON<br>2101 STONESTHROW DR<br>LAPEER, MI 48446 | 11259 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| BRYA, TERRANCE L<br>2323 YALLUP RD<br>SAINT JOHNS, MI 48879 | 26572 | Motors Liquidation Company | $2,274.26 | Equity Interest Claim | Pgs. 1-5 |
| BUELL E. DAVIS AND AUDREY H. DAVIS<br>251 JOHN ROAD<br>CHEHALIS, WA 98532 | 793 | Motors Liquidation Company | $2,510.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**146th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| BURCH, EDDIE<br>PO BOX 35323<br>DETROIT, MI 48235 | 12076 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim   Pgs. 1-5 |

*CLAIMS TO BE RECLASSIFIED*     **100**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.