**147th Omnibus Objection**

**Exhibit A**

| CLAIMS TO RECLASSIFY |
|---|

***OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLAUDETTE ELLISON<br>459 FOX HILLS DR N<br><br>BLOOMFIELD HILLS, MI 48304 | 32852 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DALE SPIRNAK<br>207 MAPLEDALE DR<br><br>MUNHALL, PA 15120 | 63648 | Motors Liquidation Company | $1,648,995.40 | Equity Interest Claim | Pgs. 1-5 |
| DAVID RADKE<br>1067 GULICK RD<br><br>HASLETT, MI 48840<br>UNITED STATES OF AMERICA | 63113 | Motors Liquidation Company | $504,671.00 | Equity Interest Claim | Pgs. 1-5 |

***OBJECTION ADJOURNED***                    **3**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY |
|---|

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BURKS JR, RAYMOND<br>800 S 12TH ST<br>MONROE, LA 71202 | 68180 | Motors Liquidation Company | $1,605.95 | Equity Interest Claim | Pgs. 1-5 |
| BURKS, KATHERINE L<br>800 S 12TH ST<br>MONROE, LA 71202 | 68181 | Motors Liquidation Company | $2,585.00 | Equity Interest Claim | Pgs. 1-5 |
| BYRNES, PATRICIA L<br>473 THALIA AVE<br>ROCHESTER HILLS, MI 48307 | 10354 | Motors Liquidation Company | $1,037.10 | Equity Interest Claim | Pgs. 1-5 |
| C GLIELMI & JV GLIELMI CO TTEE<br>CARMINE GLIELMI TRUST<br>560 LYNN ST<br>HARRINGTON PARK, NJ 07640 | 65056 | Motors Liquidation Company | $6,786.00 | Equity Interest Claim | Pgs. 1-5 |
| C.W. EARP<br>5112 DANA DRIVE<br>FORT WORTH, TX 76117 | 28915 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CADENBACH, ROBERT C<br>1216 POMONA CT<br>FENTON, MI 48430 | 4994 | Motors Liquidation Company | $11,400.00 | Equity Interest Claim | Pgs. 1-5 |
| CANDI S CUTRELL BENEFICIARY IRA<br>642 SOUTH BEACH ST<br>ORMOND BEACH, FL 32174 | 6072 | Motors Liquidation Company | $10,073.00 | Equity Interest Claim | Pgs. 1-5 |
| CAPLES, EMMA L<br>229 BRIARWOOD LN<br>ROGERSVILLE, MO 65742 | 19831 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CARL USER<br>CGM IRA CUSTODIAN<br>4975 COUNTRYSIDE DRIVE<br>WEST BLOOMFIELD, MI 48323 | 46127 | Motors Liquidation Company | $3,877.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CARL USER TTEE<br>FBO CARL USER<br>U/A/D 06/10/02<br>4975 COUNTRYSIDE DRIVE<br>WEST BLOOMFIELD, MI 48323 | 46126 | Motors Liquidation Company | $3,846.00 | Equity Interest Claim | Pgs. 1-5 |
| CARLEY EASTERWOOD<br>39714 MAYVILLE ST<br>PLYMOUTH, MI 48170 | 10658 | Motors Liquidation Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CAROL WRIGHT<br>414  TERRELL  DR<br>BAKERSVILLE, NC 28705 | 68233 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CARSTEN KUNZ<br>GIERER STR 89<br>D-41470 NEUSS GERMANY<br>GERMANY | 22815 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CARVER JILL D IRA<br>1033 S COOPER ST<br>KOKOMO, IN 46902 | 65233 | Motors Liquidation Company | $35.20 | Equity Interest Claim | Pgs. 1-5 |
| CATHERINE ALLESON<br>932 SO 245TH PLACE<br>DES MOINES, WA 98198 | 45282 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CATHERINE C GRAHAM<br>WBNA CUSTODIAN ROTH IRA<br>2563 RIVER KNOLL DR<br>LILBURN, GA 30047 | 4100 | Motors Liquidation Company | $4,476.69<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CATHERINE ELLWOOD-RITCHIE<br>5546 BEECHER RD SW<br>GRANVILLE, OH 43023 | 69673 | Motors Liquidation Company | $460.00 | Equity Interest Claim | Pgs. 1-5 |
| CAVALIER, PAIGE G<br>6117 AVERILL WAY APT D<br>DALLAS, TX 75225 | 3452 | Motors Liquidation Company | $302.00 | Equity Interest Claim | Pgs. 1-5 |
| CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 30007 | Motors Liquidation Company | $625.66 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 30009 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CEDE & CO<br>ATTN  GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 43966 | Motors Liquidation Company | $2,527.75 | Equity Interest Claim | Pgs. 1-5 |
| CEDE & CO DONNA J KENNEY<br>CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041<br>UNITED STATES OF AMERICA | 63308 | Motors Liquidation Company | $282.00 | Equity Interest Claim | Pgs. 1-5 |
| CENCARIK, JOHN A<br>1116 BARONE DR<br>WEIRTON, WV 26062 | 16642 | Motors Liquidation Company | $62,111.33 | Equity Interest Claim | Pgs. 1-5 |
| CESIA MILLER<br>6567 COLGATE AVE<br>LOS ANGELES, CA 90048 | 6830 | Motors Liquidation Company | $372,616.00 | Equity Interest Claim | Pgs. 1-5 |
| CGMIRA FBO HOVANESS MARONIAN<br>14 RIDGEWAY ESTATES<br>ROCHESTER, NY 14626 | 68444 | Motors Liquidation Company | $1,378.00 | Equity Interest Claim | Pgs. 1-5 |
| CHADWICK, RICHARD J<br>PO BOX 448<br>OAK HARBOR, OH 43449 | 30979 | Motors Liquidation Company | $5,152.00 | Equity Interest Claim | Pgs. 1-5 |
| CHANEY, BENNIE M<br>1825 MILL POND DR<br>OXFORD, MI 48371 | 15648 | Motors Liquidation Company | $72,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHANG, JOSE A<br>5479 DUSKYWING DR<br>ROCKLEDGE, FL 32955 | 19543 | Motors Liquidation Company | $101,396.71 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES A DENNY<br>1486 DENNY RD<br>WILMINGTON, OH 45177 | 30011 | Motors Liquidation Company | $70,598.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO RECLASSIFY

| | | | | | |
|---|---|---|---|---|---|
| CHARLES BAILEY<br>18299 KANDT DR<br><br>MACOMB, MI 48044 | 2692 | Motors Liquidation Company | $106,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES BENNINGHOFF<br>P.O. BOX 2806<br><br>RANCHO CUCAMONGA, CA 91729 | 69089 | Motors Liquidation Company | $15,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES E BRIGGS IRA<br>FCC AS CUSTODIAN<br>105 COBB BLUFF<br>MURPHY, NC 28906 | 21238 | Motors Liquidation Company | $15,961.25 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES PRICE<br>1685 HILLBRIDGE RD<br><br>OWENSBORO, KY 42303<br>UNITED STATES OF AMERICA | 19827 | Motors Liquidation Company | $3,075.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES R DYER<br>7677 SALEM ROAD<br><br>LEWISBURG, OH 45338 | 10332 | Motors Liquidation Company | $24,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES W ROSSNER<br>4524 N TURNBULL DR<br><br>METAIRIE, LA 70002 | 19890 | Motors Liquidation Company | $1,271.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLOTTE & GERALD BUCHANAN<br>LIV TRUST U/A/D 4 2 92 -- CHARLOTTE BUCHANAN &<br>GERALD BUCHANAN TTEES<br>6034 PECK AVE<br>WARREN, MI 48092 | 4338 | Motors Liquidation Company | $7,480.10 | Equity Interest Claim | Pgs. 1-5 |
| CHARLOTTE SCHULTZ<br>16531 FOREST VIEW DR<br><br>CLINTON TWP, MI 48036 | 9812 | Motors Liquidation Company | $14,854.00 | Equity Interest Claim | Pgs. 1-5 |
| CHAVES JR, ANTHONY J<br>31 ELM ST<br><br>WESTBOROUGH, MA 01581 | 44254 | Motors Liquidation Company | $44,446.97 | Equity Interest Claim | Pgs. 1-5 |
| CHEEK, DOROTHEA E<br>25015 MEADOWBROOK RD<br><br>NOVI, MI 48375 | 43370 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CHERYL CRAHEN<br>BRANTNER, MERTYCE C (DECD)<br>7060 MORNING DOVE LANE<br>OLMSTED FALLS, OH 44138 | 3612 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CHRIS SCARVELLIS<br>1740 MERIDEN RD APT<br><br>WTBY, CT 06705 | 3182 | Motors Liquidation Company | $144.25 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTEL WIECHERN<br>AUF DEM HEIDLANDE 9<br>D-22969 WITZHAVE GERMANY<br>GERMANY | 28684 | Motors Liquidation Company | $510.00 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTINE BRANDT<br>KOCHERSTRASSE 12<br>71642 LUDWIGSBURG GERMANY<br>GERMANY | 60986 | Motors Liquidation Company | $3,698.50 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH EHRENBERG<br>WEITZACKER 6<br>97705 BURKARDROTH GERMAY<br>GERMANY | 21375 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH ERPENBECK<br>KAMPCHENSWEG 90<br>50933 KOLN  GERMANY<br>GERMANY | 50080 | Motors Liquidation Company | $1,332.10 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH MATZ<br>LERCHENSTR 70<br>70176 STUTTGART GERMANY<br>GERMANY | 29431 | Motors Liquidation Company | $5,879.11 | Equity Interest Claim | Pgs. 1-5 |
| CHRISTOPH ROS<br>QUIRINSTRASSE 56<br>D-40545 DUSSELDORF  GERMANY<br>GERMANY | 61339 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CHRISTY, MAXINE H<br>4900 SHARON RD<br><br>CHARLOTTE, NC 28210 | 65061 | Motors Liquidation Company | $35,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CHRYSLER SALARIED EES' SAVINGS<br>DAVID J DEVORE<br>5374 BRIGHAM RD<br>GOODRICH, MI 48438 | 69512 | Motors Liquidation Company | $24,910.26 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CHUDABALA, SUNANDHA<br>9134 NOBLE AVE<br>NORTH HILLS, CA 91343 | 7349 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CIGICH, LEONARD<br>108 TWELVE OAKS DR<br>MC CORMICK, SC 29835 | 3826 | Motors Liquidation Company | $72,540.00 | Equity Interest Claim | Pgs. 1-5 |
| CLARENCE FORESTER<br>3040 CARDINAL LAKE DR<br>DULUTH, GA 30096 | 15893 | Motors Liquidation Company | $9,600.00 | Equity Interest Claim | Pgs. 1-5 |
| CLAROS, JORGE N<br>10708 SE 177TH ST<br>NORMAN, OK 73026 | 28791 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CLAUDE LEACH<br>2868 GOLDFINCH ST<br>ROCHESTER HILLS, MI 48309 | 14301 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CLIFFORD NICHOLS<br>1565 HWY 34<br>FAIRFIELD, IA 52556 | 8137 | Motors Liquidation Company | $5,354.00 | Equity Interest Claim | Pgs. 1-5 |
| CLIFFORD PLEMON<br>901 MOORE ST LOT 32<br>BARABOO, WI 53913 | 6331 | Motors Liquidation Company | $3,094.23 | Equity Interest Claim | Pgs. 1-5 |
| CLINDINNING, ROBERT A<br>6035 SEA RANCH DR UNIT 703<br>HUDSON, FL 34667 | 62642 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CLOWNEY, WILLIAM H<br>164 BERESFORD ST<br>HIGHLAND PARK, MI 48203 | 3025 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COLEMAN, LAWTON R<br>19296 WAYAH RD<br>TOPTON, NC 28781 | 19757 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| COLLINS, BENJAMIN O<br>3500 SQUAWFIELD RD RTE 3<br><br>HILLSDALE, MI 49242 | 19552 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COMDIRCTBANK AG<br>BASTERT, KLAUS<br>LIGUSTERWEG 13<br>D-44869 BOCHUM GERMANY<br>GERMANY | 21373 | Motors Liquidation Company | $1,215.00 | Equity Interest Claim | Pgs. 1-5 |
| CONNIE KELLER KEPLINGER<br>2915 TREMONT CIR NW<br><br>CANTON, OH 44708 | 16060 | Motors Liquidation Company | $2,619.00 | Equity Interest Claim | Pgs. 1-5 |
| CONRAD WILHELM<br>1108 ORIOLE CIR<br><br>FILLMORE, CA 93015 | 30239 | Motors Liquidation Company | $1,027.52<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CORINNE CICHON TOD SCOTT W CICHON<br>SUBJECT TO STA RULES<br>669 N HALIFAX DR<br>ORMOND BEACH, FL 32176 | 68786 | Motors Liquidation Company | $3,110.96 | Equity Interest Claim | Pgs. 1-5 |
| CORNELIA VETTER<br>BARLAUCHWEG 8<br>99092 ERFURT  GERMANY<br>GERMANY | 31324 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| CORNETT, MARGARET J<br>6136 CHICAGO RD<br><br>WARREN, MI 48092 | 5691 | Motors Liquidation Company | $15,733.31 | Equity Interest Claim | Pgs. 1-5 |
| CORNFORD, DEAN A<br>2930 N BRITT RD<br><br>JANESVILLE, WI 53548 | 3880 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COUNSELLER, NORMA L<br>3215 W MOUNT HOPE AVE APT 307<br><br>LANSING, MI 48911 | 14836 | Motors Liquidation Company | $30,000.00 | Equity Interest Claim | Pgs. 1-5 |
| COWAN, KRISTEN<br>9380 STINCHFIELD WOODS RD<br><br>PINCKNEY, MI 48169 | 33293 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| CROSS, DAVID D<br>7141 W PLEASANT VALLEY RD<br><br>BLANCHARD, MI 49310 | 2052 | Motors Liquidation Company | $71,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CURTIS GILLEYLEN<br>1118 BARRINGTON DR<br><br>FLINT, MI 48503 | 17568 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CURTIS, HARRY H<br>780 IRON BRIDGE RD<br><br>CICERO, IN 46034 | 16571 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CYRIL J GANTER II<br>1994 HIGHLAND AVE<br><br>READING, PA 19606 | 23289 | Motors Liquidation Company | $24,810.00 | Equity Interest Claim | Pgs. 1-5 |
| DAGLEF SEECK<br>GENERAL MOTORS CIS<br>10 UL TESTOVSKAYA ENTRANCE 2 FLOOR 9<br>123317 MOSCOW RUSSIA<br>RUSSIAN FEDERATION | 29938 | Motors Liquidation Company | $23,438.90 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL ALLAN SEIGEL TR<br>UA 04-19-1994 SEIGEL<br>CHARITABLE REMAINDER UNITRUST<br>11764 CRESCENDA ST<br>LOS ANGELES, CA 90049 | 6504 | Motors Liquidation Company | $61,911.00 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL BONIKOWSKI<br>2011 S OGEMAW TRL<br><br>WEST BRANCH, MI 48661 | 12818 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DANIEL DANHAUER<br>117 BALDWIN ST<br><br>BELTON, MO 64012 | 3832 | Motors Liquidation Company | $117,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL J MARTIN<br>413 WOODHOLLOW TRAIL<br><br>EDMOND, OK 73012 | 21279 | Motors Liquidation Company | $1,092.32 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL R FALZINE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>3140 NORTHWOOD LN<br>WESTLAKE, OH 44145 | 50192 | Motors Liquidation Company | $19,921.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| DARLING, KENNETH<br>707 TAWAS LN<br><br>PRUDENVILLE, MI 48651 | 2559 | Motors Liquidation Company | $552.00 | Equity Interest Claim | Pgs. 1-5 |
| DARRELL TAYLOR<br>5420 HWY 896<br><br>PARKERS LAKE, KY 42634 | 11152 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID A DROWNE<br>45 WILLIAMS ST<br><br>REHOBOTH, MA 02769<br>UNITED STATES OF AMERICA | 37140 | Motors Liquidation Company | $791.84 | Equity Interest Claim | Pgs. 1-5 |
| DAVID FINK<br>14518 EDDY LAKE RD<br><br>FENTON, MI 48430 | 62003 | Motors Liquidation Company | $172,077.64 | Equity Interest Claim | Pgs. 1-5 |
| DAVID G RICKETT<br>1914 RIDGEWOOD DR<br><br>COLUMBIA, MS 39429 | 65731 | Motors Liquidation Company | $460.95 | Equity Interest Claim | Pgs. 1-5 |
| DAVID J BROWN  & DIANE BROWN<br>5372 DANIEL<br><br>BRIGHTON, MI 48114 | 28300 | Motors Liquidation Company | $17,864.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID KNOX<br>31 DEWALT RD<br><br>NEWARK, DE 19711 | 12515 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID MEHALL<br>3408 WHEATLAND LN<br><br>PLANO, TX 75025 | 45091 | Motors Liquidation Company | $457.87 | Equity Interest Claim | Pgs. 1-5 |
| DAVID R BROWN<br>288 N KING ST<br><br>XENIA, OH 45385 | 1900 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DAVID SHAMOON<br>24 HOLLAND PARK ROAD<br>W14<br>LONDON | 23327 | Motors Liquidation Company | $48,627.50 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

147th Omnibus Objection

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| DCG & T<br>FBO BERNARD HARTMAN/IRA<br>BERNARD HARTMAN<br>26910 GRAND CENTRAL PKWY<br>APT 29K<br>FLORAL PARK, NY 11005 | 16569 | Motors Liquidation Company | $1,485.00 | Equity Interest Claim | Pgs. 1-5 |
| DCG & T<br>FBO SYDELLE HARTMAN/IRA<br>SYDELLE HARTMAN<br>26910 GRAND CENTRAL PKWY<br>APT 29K<br>FLORAL PARK, NY 11005 | 16570 | Motors Liquidation Company | $270.00 | Equity Interest Claim | Pgs. 1-5 |
| DE BUSSEY, LAWRENCE L<br>7093 BALTIC DR SW<br>BYRON CENTER, MI 49315 | 63072 | Motors Liquidation Company | $11,590.88<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DE SELLEMS, RONALD<br>3935 AYRSHIRE DR<br>YOUNGSTOWN, OH 44511 | 2081 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DEJESUS, LUJARDIN L<br>PO BOX 31<br>RINCON, PR 00677 | 18342 | Motors Liquidation Company | $18,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DELAWARE CHARTER GTY TRUST TR<br>MARVIN S GOLDSMITH TR<br>MARKETING THAT WORKS INC<br>PROFIT SHARING PL<br>1000 LAKE SHORE PLZ PAT 24C<br>CHICAGO, IL 60611 | 11730 | Motors Liquidation Company | $9,838.19 | Equity Interest Claim | Pgs. 1-5 |
| DEMETRIOS SOTIROPOULOS<br>SHARE - HOLDER<br>28-05 44TH STREET<br>ASTORIA, NY 11103 | 70463 | Motors Liquidation Company | $2,120.00 | Equity Interest Claim | Pgs. 1-5 |

*CLAIMS TO BE RECLASSIFIED*                                       **96**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.