| 148th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FBO PATRICIA JARUSINSKI<br>102 GREENOCK COURT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376<br>UNITED STATES OF AMERICA | 68303 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**OBJECTION ADJOURNED**  1

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**148th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DENNIS FREDERICK<br>133 HAWTHORNE PLACE<br>ITHACA, NY 14850 | 2859 | Motors Liquidation Company | $129.24 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS, ROBERT D<br>4760 LEE HILL RD<br>MAYVILLE, MI 48744 | 3865 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DENYS LINKE<br>SANDGASSE 10 A<br>LANDAU GERMANY 76829<br>GERMANY | 21928 | Motors Liquidation Company | $281.20 | Equity Interest Claim | Pgs. 1-5 |
| DETHERAGE JAMES<br>7484 JOAN DR<br>WEST CHESTER, OH 45069 | 29467 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DI DONATO, ANTHONY J<br>7520 SCARLET CT<br>FORT WAYNE, IN 46815 | 8517 | Motors Liquidation Company | $40,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DINO CICCONE<br>8561 CAMSHIRE CT<br>JACKSONVILLE, FL 32244 | 11417 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| DINO LEVENTIS & MARIE LEVENTIS JOINT TTEE<br>DECLARATION OF TRUST DINO LEVE<br>U/A DTD 11/04/1993<br>2070 PALMER LN<br>GREEN OAKS, IL 60048 | 9737 | Motors Liquidation Company | $15,965.65 | Equity Interest Claim | Pgs. 1-5 |
| DIRK RAUPBACH<br>DIRK RAUPBACH<br>ALTE POTSDAMER LANDSTRABE 53B<br>14532 STAHNSDORF GERMANY<br>GERMANY | 37730 | Motors Liquidation Company | $24,750.00 | Equity Interest Claim | Pgs. 1-5 |
| DOMENIC R INGLISA SR<br>TTE DOMENIC R INGLISA SR<br>TRUST U/A DTD 2-14-96<br>FOREST GREEN COURT<br>1 DEER RUN PKWY<br>ELKTON, MD 21921 | 11336 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**148th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| DOMENICA DITTMEIER<br>32 SHELLEY AVE<br><br>VALHALLA, NY 10595<br>UNITED STATES OF AMERICA | 70494 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DOMENICA GLIELMI<br>560 LYNN ST<br><br>HARRINGTON PARK, NJ 07640 | 65057 | Motors Liquidation Company | $6,865.25 | Equity Interest Claim | Pgs. 1-5 |
| DOMINICK MONTENERI<br>96 OLDE HARBOUR TRAIL<br><br>ROCHESTER, NY 14612 | 1958 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DONALD J KEEGAN &<br>ANTOINETTE M KEEGAN JTWROS<br>624 HIXSON AVE<br>SYRACUSE, NY 13206 | 4750 | Motors Liquidation Company | $3,303.00 | Equity Interest Claim | Pgs. 1-5 |
| DONALD W HUTTEN<br>11031 WELLSLEY CT<br><br>ST LOUIS, MO 63146 | 28065 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| DONNA CUDD<br>1500 TOPANGA LN UNIT 101<br><br>LINCOLN, CA 96648 | 64075 | Motors Liquidation Company | $15,176.00 | Equity Interest Claim | Pgs. 1-5 |
| DONNA TOCARCHICK<br>9605 DEER TRL<br><br>HASLETT, MI 48840 | 68341 | Motors Liquidation Company | $9,670.63 | Equity Interest Claim | Pgs. 1-5 |
| DORIS WILKES<br>94 N GLENWOOD AVE<br><br>PONTIAC, MI 48342 | 9200 | Motors Liquidation Company | $211.30 | Equity Interest Claim | Pgs. 1-5 |
| DOROTHY BROWN<br>RANDAL BROWN<br>31 LENSMITH DR<br>AURORA ONTARIO L4G 6S1 CANADA<br>CANADA | 7733 | Motors Liquidation Company | $36.00 | Equity Interest Claim | Pgs. 1-5 |
| DOROTHY F BURK<br>105 YORKSHIRE DR<br><br>BLAWNOX, PA 15238 | 3882 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

09-50026-mg    Doc 9608-1    Filed 03/07/11    Entered 03/07/11 11:17:21    Exhibit A
Pg 4 of 12

148th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| DOUGHERTY JR, DONALD P<br>13608 WINESAP CIR<br>THURMONT, MD 21788 | 63338 | Motors Liquidation Company | $3,725.00 | Equity Interest Claim | Pgs. 1-5 |
| DOUGHERTY, BRIAN R<br>13835 CLYDE RD<br>HOLLY, MI 48442 | 69775 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DOWNS, VIRA J<br>LOT 645<br>2100 KINGS HIGHWAY<br>PUNTA GORDA, FL 33980 | 63328 | Motors Liquidation Company | $58.50 | Equity Interest Claim | Pgs. 1-5 |
| DR ANDREAS MEILINGER<br>OBSTWEG 13<br>71083 HERREMBERG GERMANY<br>GERMANY | 26886 | Motors Liquidation Company | $2,474.34 | Equity Interest Claim | Pgs. 1-5 |
| DR KONRAD EHLERS<br>HAUNHORSTBERG 61<br>D-49078 OSNABRUCK GERMANY<br>GERMANY | 61131 | Motors Liquidation Company | $4,149.02<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DR LOTTE MIETZNER<br>SAKROWER LANDSTR 137<br>14089 BERLIN GERMANY<br>GERMANY | 30807 | Motors Liquidation Company | $2,650.00 | Equity Interest Claim | Pgs. 1-5 |
| DR LUTZ MARC RUWISCH<br>FORSTWEB 8<br>64295 DARMSTADT GERMANY<br>GERMANY | 28788 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DR NORBERT POETSCHKE<br>MESSDORFER STRASSE 306<br>53123 BONN GERMANY<br>GERMANY | 27159 | Motors Liquidation Company | $85.84 | Equity Interest Claim | Pgs. 1-5 |
| DR ROBERT EBERLEIN<br>RUA VITORIA M6 APTO 132<br>CEP 09030 520 SANTO ANDRE SP BRAZIL<br>BRAZIL | 31228 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DR ROLF JANSEN<br>BUCHENSTRAßE 14<br>22299 HAMBURG GERMANY<br>GERMANY | 27137 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9608-1    Filed 03/07/11    Entered 03/07/11 11:17:21    Exhibit A
Pg 5 of 12

| 148th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| DR STEFAN HAUK<br>FICHTENWEG 14<br>D-57271 HILCHENBACH GERMANY<br>GERMANY | 64022 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DR U ISENSEE<br>FRIEDRICHSTRASSE 17<br>40217 DUSSELDORF GERMANY<br>GERMANY | 65429 | Motors Liquidation Company | $8,633.34 | Equity Interest Claim | Pgs. 1-5 |
| DR U ISENSEE<br>FRIEDRICHSTRASSE 17<br>D-40217 DUSSELDORF GERMANY<br>GERMANY | 69428 | Motors Liquidation Company | $8,633.34 | Equity Interest Claim | Pgs. 1-5 |
| DR. HARALD AND BEATE SCHOTENROEHR<br>SACHSENSTR 40<br>D-40883 RATINGEN GERMANY<br>GERMANY | 30362 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DR. RAINIER FRISCHE<br>SCHÜTTENHELMWEG 60<br>60529 FRANKFURT GERMANY<br>GERMANY | 28639 | Motors Liquidation Company | $2,250.00 | Equity Interest Claim | Pgs. 1-5 |
| DRINNAN, DAVID<br>7818 HAMPTON DR<br>MORRISVILLE, PA 19067 | 1982 | Motors Liquidation Company | $47,375.00 | Equity Interest Claim | Pgs. 1-5 |
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>-4904003272<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | 63798 | Motors Liquidation Company | $180.89 | Equity Interest Claim | Pgs. 1-5 |
| DUDLEY M STEWART JR &<br>CARROLL P STEWART TIC/TENCOM<br>295 A ZALEA AVE<br>MANDEVILLE, LA 70471 | 20977 | Motors Liquidation Company | $23,397.52 | Equity Interest Claim | Pgs. 1-5 |
| DUSENBERY, ROBERT F<br>212 ANTEBELLUM CT<br>RIVERDALE, GA 30274 | 3480 | Motors Liquidation Company | $1,941.17 | Equity Interest Claim | Pgs. 1-5 |
| DUSZYNSKI, PAUL W<br>1702 CAMELLIA DR<br>ARLINGTON, TX 76013 | 32915 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

09-50026-mg    Doc 9608-1    Filed 03/07/11    Entered 03/07/11 11:17:21    Exhibit A
Pg 6 of 12

148th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| DYMOND, JAMES R<br>20705 BONZ BEACH HWY<br>ONAWAY, MI 49765 | 16930 | Motors Liquidation Company | $6,620.00 | Equity Interest Claim | Pgs. 1-5 |
| DYRCK, DAVID A<br>36999 RUSSELL BLVD<br>DAVIS, CA 95616 | 1719 | Motors Liquidation Company | $854.40 | Equity Interest Claim | Pgs. 1-5 |
| EARL REDD<br>16005 TEMPLAR CIR<br>SOUTHFIELD, MI 48075 | 65682 | Motors Liquidation Company | $65,514.55 | Equity Interest Claim | Pgs. 1-5 |
| EARLS, JAMES E<br>358 OGDEN AVE<br>JERSEY CITY, NJ 07307 | 14199 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EASTERWOOD, CARLEY R<br>39714 MAYVILLE ST<br>PLYMOUTH, MI 48170 | 10659 | Motors Liquidation Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ECKHARD JAEGER<br>GROSSE LEINING 2-4<br>D 45141 ESSEN GERMANY<br>GERMANY | 44377 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ECKLES, WILLIAM L<br>1230 EAST 29TH STREET<br>ANDERSON, IN 46016 | 10651 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDGAR GOHNER<br>DIETWEG 46<br>72108 ROTTENBURG GERMANY<br>GERMANY | 32837 | Motors Liquidation Company | $549.33 | Equity Interest Claim | Pgs. 1-5 |
| EDUARDO CAFARO<br>MARISCAL SUCRE 755 9 PISO DPTO E<br>BUENOS AIRES 1428 ARGENTINA<br>ARGENTINA | 46212 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDWARD LEWIS<br>41356 ROBIN ST<br>MATTAWAN, MI 49071 | 13069 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

| 148th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
| --- | --- | --- | --- | --- | --- |
| EDWIN SOWDERS<br>PO BOX 81<br>AVOCA, IN 47420 | 49600 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EKKEHARD GROSSMANN<br>LICHTERFELDER RINGNON<br>12279 BERLIN GERMANY<br>GERMANY | 64047 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| EKREM BAKA<br>AN DER UNTERGEIS 3<br>36251 BAD HERSFELD GERMANY<br>GERMANY | 69591 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELAINE CHOJED<br>1704 MEGARGEE ST<br>PHILADELPHIA, PA 19152<br>UNITED STATES OF AMERICA | 27006 | Motors Liquidation Company | $3,568.00 | Equity Interest Claim | Pgs. 1-5 |
| ELEANOR DUEMIG<br>2615 N. CHARLOTTE ST.<br>POTTSTOWN, PA 19464<br>UNITED STATES OF AMERICA | 70429 | Motors Liquidation Company | $2,495.00 | Equity Interest Claim | Pgs. 1-5 |
| ELEANOR DUEMIG<br>2615 N CHARLOTTE ST<br>POTTSTOWN, PA 19464 | 70430 | Motors Liquidation Company | $4,990.00 | Equity Interest Claim | Pgs. 1-5 |
| ELIEZER BIELORY TTEE<br>ELIEZER BIELORY REV TRUST DTD<br>U/A 5/3/07<br>18051 BISCAYNE BLVD<br>PH-5 N-1<br>AVENTURA, FL 33160 | 15870 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ELLEN KELLENTER<br>AM MUHLENGRABEN 3<br>D-52249 ESCHWEILER GERMANY<br>GERMANY | 24279 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELLIN TAYLOR BLACK<br>4056 REDONDO DR.<br>EL DORADO HILLS, CA 95762 | 63976 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**148th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| ELLIN TAYLOR BLACK<br>4056 REDONDO DR<br><br>EL DORADO HLS, CA 95762<br>UNITED STATES OF AMERICA | 63977 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELLIS, ALEXANDER<br>5100 ROCKWOOD DR<br><br>GRAND BLANC, MI 48439 | 8610 | Motors Liquidation Company | $42,571.11 | Equity Interest Claim | Pgs. 1-5 |
| ELSE HINKLE<br>23701 HARVEST DR<br><br>NOVI, MI 48375 | 2309 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EMILY GATES<br>7126 LAS VENTANAS DR<br><br>AUSTIN, TX 78731 | 69725 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EMRICK, JERRY T<br>10118 CHEDWORTH DR<br><br>CENTERVILLE, OH 45458 | 1802 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ERIC P. SMEBY<br>121 S. CRAWFORD STREET<br><br>MILLERSBURG, OH 44654 | 7555 | Motors Liquidation Company | $74.99<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ERICH ROSCH & RUTH ROSCH<br>IM ROBIGER 19<br>RUSSELSHEIM 65428 GERMANY<br>GERMANY | 28587 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| ERNEST & MARIE REID<br>58 KENWOOD AVENUE<br>M6C2S2 TORONTO ONTARIO CANADA<br>CANADA | 45772 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ERNEST A VAN ZILE<br>370 N 6100 W<br><br>CEDAR CITY, UT 84721 | 16254 | Motors Liquidation Company | $3,752.00 | Equity Interest Claim | Pgs. 1-5 |
| ERVIN GUYER<br>130 FISHING TRAIL<br><br>STAMFORD, CT 06903 | 14288 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 148th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| ESTATE OF NICHOLAS J MILAZZO<br>C/O GERALDINE MILAZZO EXECUTRIX<br>173 ENGLEWOOD DRIVE<br>ORANGE, CT 06477 | 63881 | Motors Liquidation Company | $57.00 | Equity Interest Claim | Pgs. 1-5 |
| EUGENE L PETRINI<br>14802 N BOLIVAR<br>SUN CITY, AZ 85351 | 11027 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EUGENE ZABER<br>275 MADIE AVE<br>SPOTSWOOD, NJ 08884 | 16486 | Motors Liquidation Company | $40.50 | Equity Interest Claim | Pgs. 1-5 |
| EVELYN M HAGEMEYER<br>7115 KOBOLD LN<br>DURHAM, NC 27707 | 12553 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EVELYN SCHOLTZ<br>29 MARGO ST<br>CROMWELL, CT 06416 | 7243 | Motors Liquidation Company | $24,837.23 | Equity Interest Claim | Pgs. 1-5 |
| FARID TOKH<br>208 HALBERTON DR<br>FRANKLIN, TN 37069 | 2556 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FARLEY, MARY L<br>2366 HIDDEN TRAIL DR<br>STERLING HEIGHTS, MI 48314 | 11285 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FATIMA FAKIR<br>PO BOX 27881<br>DETROIT, MI 48227 | 62203 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FAUGHNAN, BARBARA & THOMAS JT TEN<br>FAUGHNAN, THOMAS J<br>1 ROYAL PALM WAY APT 1-206<br>BOCA RATON, FL 33432 | 15140 | Motors Liquidation Company | $1,485.53 | Equity Interest Claim | Pgs. 1-5 |
| FECHTER, BONNIE I<br>1607 ASTORIA DR<br>FAIRFIELD, CA 94534 | 17584 | Motors Liquidation Company | $12,900.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**148th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| FEIGHT, JOHN R<br>2739 EXCALIBER WAY<br>ANDERSON, IN 46011 | 15590 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FITZGERALD, ELVA E<br>95 LAMONT DR<br>EGGERTSVILLE, NY 14226 | 70016 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FLORENCE MONTENERI<br>96 OLDE HARBOUR TRL<br>ROCHESTER, NY 14612 | 1959 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FORD, ANDREW J<br>5347 BRISTOL PARKE DR<br>CLARKSTON, MI 48348 | 26652 | Motors Liquidation Company | $23,864.00 | Equity Interest Claim | Pgs. 1-5 |
| FOSTER JR, ALBERT R<br>8236 LOCKWOOD LN<br>INDIANAPOLIS, IN 46217 | 28764 | Motors Liquidation Company | $1,512.00 | Equity Interest Claim | Pgs. 1-5 |
| FOSTER, GERTRUDE E<br>6110 SMITHS CREEK RD<br>KIMBALL, MI 48074 | 68355 | Motors Liquidation Company | $4,820.00 | Equity Interest Claim | Pgs. 1-5 |
| FRANCES BRIDGES<br>21910 N. DUSTY TRAIL BLVD<br>SUN CITY WEST, AZ 85375 | 4085 | Motors Liquidation Company | $13,936.36 | Equity Interest Claim | Pgs. 1-5 |
| FRANK HALSTED<br>1020 E MAPLE RAPIDS RD<br>SAINT JOHNS, MI 48879 | 4924 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FRANK HAROLD<br>4047 W ORCHARD HILL DR<br>BLOOMFIELD, MI 48304 | 22796 | Motors Liquidation Company | $21,328.65 | Equity Interest Claim | Pgs. 1-5 |
| FRANK KIRSCH<br>HAUPTSTRASSE 25<br>69181 LEIMEN GERMANY<br>GERMANY | 46083 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9608-1    Filed 03/07/11    Entered 03/07/11 11:17:21    Exhibit A
Pg 11 of 12

| 148th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| FRANK S BOLE<br>3325 DRUID LANE<br>LOS ALAMITOS, CA 90720 | 44167 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| FRED C ARTO<br>CGM IRA ROLLOVER CUSTODIAN<br>PO BOX 290887<br>KERRVILLE, TX 78029 | 4181 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FRED S & MARY J BARRICK<br>239 WEST PALMA<br>GREEN VALLEY, AZ 85614 | 70427 | Motors Liquidation Company | $624.00 | Equity Interest Claim | Pgs. 1-5 |
| FREDA L NADER<br>PO BOX 25<br>FAIRGROVE, MI 48733 | 7736 | Motors Liquidation Company | $316.35 | Equity Interest Claim | Pgs. 1-5 |
| FREDERICK J ROSSI<br>51 MAPLE CT<br>W HALEDON, NJ 07508 | 64386 | Motors Liquidation Company | $8,000.00 | Equity Interest Claim | Pgs. 1-5 |
| FREY, DALE E<br>18536 ROSELAND BLVD<br>LATHRUP VILLAGE, MI 48076 | 3717 | Motors Liquidation Company | $35,366.43 | Equity Interest Claim | Pgs. 1-5 |
| FREY, SHARON A<br>18536 ROSELAND BLVD<br>LATHRUP VILLAGE, MI 48076 | 3714 | Motors Liquidation Company | $16,870.51 | Equity Interest Claim | Pgs. 1-5 |
| FRIEDRICHS, ROSEMARIE<br>AM WEIHER 18<br>D 97892 KREUZWERTHEIM GERMANY<br>GERMANY | 62021 | Motors Liquidation Company | $6,136.00 | Equity Interest Claim | Pgs. 1-5 |
| GAIL HOUSTON<br>4935 N PERRY DR<br>BEVERLY HILLS, FL 34465 | 4321 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GALLUS, BARBARA E<br>30224 BARBARY CT<br>WARREN, MI 48093 | 20016 | Motors Liquidation Company | $63,511.29 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**148th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*CLAIMS TO BE RECLASSIFIED*    **98**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.