| | | |
|---|---|---|
| 149th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GALVAN, EDWARD H<br>2530 STEVES AVE<br>SAN ANTONIO, TX 78210 | 4424 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| GANG XIE<br>SCHLESIENSTR. 5<br>53119 BONN GERMANY<br>GERMANY | 65510 | Motors Liquidation Company | $457.56 | Equity Interest Claim | Pgs. 1-5 |
| GARGANO, VINCENT F<br>3 BARBERRY LN<br>CENTER MORICHES, NY 11934 | 14353 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GARRETT, ROBERT G<br>PO BOX 272<br>ALGONAC, MI 48001 | 1710 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GARY ALBERTS<br>6537 VENTURA DR<br>PITTSBURGH, PA 15236 | 7530 | Motors Liquidation Company | $190,474.28 | Equity Interest Claim | Pgs. 1-5 |
| GARY M WILES<br>10515 OAKFIELD DRIVE<br>KEITHVILLE, LA 71047 | 68413 | Motors Liquidation Company | $33,314.20 | Equity Interest Claim | Pgs. 1-5 |
| GELAKOSKY, MARY C<br>19393 GOLFVIEW DR<br>BIG RAPIDS, MI 49307 | 45268 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GENOVA, ANDREW<br>13318 N MUNDY AVE<br>BITELY, MI 49309 | 21884 | Motors Liquidation Company | $241,588.88 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE A GEORGAS<br>4011 KENYON AVE<br>LORAIN, OH 44053 | 8798 | Motors Liquidation Company | $26,124.95 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 149th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | | |
|---|---|---|---|---|---|
| | **CLAIMS TO RECLASSIFY** | | | | |
| GEORGE DOLAN<br>20805 N 10TH AVE<br>PHOENIX, AZ 85027 | 3247 | Motors Liquidation Company | $20,606.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE DOLAN<br>20805 N 10TH AVE<br>PHOENIX, AZ 85027 | 33233 | Motors Liquidation Company | $20,606.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE DOUGLAS<br>398 LOTT SMITH RD NE<br>BROOKHAVEN, MS 39601 | 4790 | Motors Liquidation Company | $98,577.30 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE GREEN<br>1223 SPARTAN ST<br>ARCATA, CA 95521 | 18796 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE H WOLF<br>PO BOX 308<br>STEWARTSTOWN, PA 17363 | 7680 | Motors Liquidation Company | $11,460.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE K THEOPHANOUS<br>851 SQUIRREL HILL DR<br>BOARDMAN, OH 44512 | 64597 | Motors Liquidation Company | $275,143.58 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE MORATO<br>1945 S OCEAN DR APT 1705<br>HALLANDALE, FL 33009<br>UNITED STATES OF AMERICA | 17280 | Motors Liquidation Company | $5,110,000.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGEANNE GOULD MOSS<br>44 WINFIELD RD<br>PRINCETON, NJ 08540 | 28213 | Motors Liquidation Company | $8,048.22 | Equity Interest Claim | Pgs. 1-5 |
| GEORGIA E MALAK<br>304 HILLCREST LN<br>BRENHAM, TX 77833 | 45285 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GERALD L CORPENING<br>826 HOUSTON LN<br>LIBERTY, MO 64068 | 3711 | Motors Liquidation Company | $575.98 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 149th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| GERALD MCGRAIN<br>1287 KENDRA LN<br>HOWELL, MI 48843 | 69617 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| GERDA IDEN<br>GAEDECHENSWEG 5<br>20249 HAMBURG GERMANY<br>GERMANY | 63892 | Motors Liquidation Company | $11,125.29 | Equity Interest Claim — Pgs. 1-5 |
| GERHARD LOHMANN<br>BIRKENWINKEL 11<br>D26209 HATTEN GERMANY<br>GERMANY | 44460 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| GERTRUD AND HARRY STOTZER<br>GROßE BLEICHE 44<br>WHE 519<br>55116 MAINZ GERMANY<br>GERMANY | 38153 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| GERTRUDE FOSTER<br>6110 SMITHS CREEK RD<br>KIMBALL, MI 48074 | 68354 | Motors Liquidation Company | $4,820.00 | Equity Interest Claim — Pgs. 1-5 |
| GILBERT JR, CHARLES<br>2052 EVERGREEN DR<br>AUSTELL, GA 30106 | 12296 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| GILBERTSON, KATHRYN K<br>218 E WASHINGTON ST<br>MONTICELLO, IA 52310 | 3338 | Motors Liquidation Company | $35.18 | Equity Interest Claim — Pgs. 1-5 |
| GILL, SIDNEY<br>1241 S BEATRICE ST<br>DETROIT, MI 48217 | 6537 | Motors Liquidation Company | $167.35 | Equity Interest Claim — Pgs. 1-5 |
| GILLEYLEN, CURTIS E<br>1118 BARRINGTON DR<br>FLINT, MI 48503 | 14664 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| GISELA & FRIEDRICH FRANK<br>FLURWEG 6<br>D-95659 ARZBERG GERMANY<br>GERMANY | 68760 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim — Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**149th Omnibus Objection** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## Exhibit A

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| GIUSEPPE TUNDO<br>13246 YVONNE DR<br>WARREN, MI 48088 | 68911 | Motors Liquidation Company | $29,891.00 | Equity Interest Claim  Pgs. 1-5 |
| GLEN ROY BALKO<br>GLEN & MARTY BALKO<br>7720 EL PADRE LANE<br>DALLAS, TX 76248 | 9176 | Motors Liquidation Company | $6,750.40 | Equity Interest Claim  Pgs. 1-5 |
| GLENITH OSBORNE<br>26290 VAN HORN RD<br>FLAT ROCK, MI 48134 | 44259 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| GLENN BRANCH<br>5401 TIMBER CREEK LANE<br>N LITTLE ROCK, AR 72116 | 5302 | Motors Liquidation Company | $2,285.76 | Equity Interest Claim  Pgs. 1-5 |
| GOETZ G WILL<br>AM MEILENHOFEN WEG 6<br>92348 BERG GERMANY<br>GERMANY | 46081 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim  Pgs. 1-5 |
| GRAY, HELEN J<br>8946 EDGEWATER DR<br>STANWOOD, MI 49346 | 22463 | Motors Liquidation Company | $1,457.95 | Equity Interest Claim  Pgs. 1-5 |
| GRAY, RALPH C<br>10242 S PRAIRIE AVE<br>CHICAGO, IL 60628 | 8813 | Motors Liquidation Company | $200.00 | Equity Interest Claim  Pgs. 1-5 |
| GRAY, ROBERT C<br>8946 EDGEWATER DR<br>STANWOOD, MI 49346 | 22464 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| GRAYS, LEO<br>3248 W 29TH ST<br>INDIANAPOLIS, IN 46222 | 8786 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| GREGORY MACHAK<br>305 HARTZELL AVE<br>NILES, OH 44446 | 30005 | Motors Liquidation Company | $16,532.55 | Equity Interest Claim  Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

**149th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| GROSSMAN NEIL<br>9253 N HILLTOP CT<br>FRESNO, CA 93720 | 29595 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GUGLIELMETTI, JUDITH K<br>32719 STRICKER DR<br>WARREN, MI 48088 | 18757 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GUNTHER KUSCHE<br>KAMPWEG 19A<br>30823 GARBSEN, GERMANY<br>GERMANY | 23085 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GUNTHER SEIDEL<br>FRIEDRICH-MENGES-G 29<br>D-47809 KREFELD GERMANY<br>GERMANY | 60708 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HAGENE, CLARENCE R<br>2633 GORDA BELLA AVE<br>ST AUGUSTINE, FL 32086 | 33276 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HAKI GOK<br>WALDSTR 245<br>63071 OFFENBACH GERMANY<br>GERMANY | 67889 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HAMM SUSAN D<br>10627 THORPE AVE<br>SAINT LOUIS, MO 63114 | 64251 | Motors Liquidation Company | $200,133.20 | Equity Interest Claim | Pgs. 1-5 |
| HANKINS, MARY R<br>DR MARGARET A KENNARD<br>33336 JEFFERSON AVENUE<br>ST CLR SHORES, MI 48082 | 16308 | Motors Liquidation Company | $669.50 | Equity Interest Claim | Pgs. 1-5 |
| HANS NEU<br>MAIENBOSS 20<br>24576 BAD BRAMSTEDT GERMANY<br>GERMANY | 63905 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HANS-JOACHIM PAUL<br>FRIEDRICH-SCHAEFER-STR 4<br>38304 WOLFENBUETTEL GERMANY<br>GERMANY | 28631 | Motors Liquidation Company | $5,998.92 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 149th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| HANS-PETER HERTER<br>LICHTENSTEINSTR 14<br>72531 HOHENSTEIN GERMANY<br>GERMANY | 62650 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim — Pgs. 1-5 |
| HARCOURT, STEVEN<br>55159 RIFLE CT<br>MACOMB, MI 48042 | 68165 | Motors Liquidation Company | $23,394.42 | Equity Interest Claim — Pgs. 1-5 |
| HARDY, MAXINE<br>MARC HARDY<br>651 E 97TH ST<br>CLEVELAND, OH 44108 | 16982 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| HARIDAS M SHAH<br>12 COLASURDO CT<br>EDISON, NJ 08820 | 20037 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| HARLEY HILDEBRAND<br>1217 MARBLE ST<br>WENATCHEE, WA 98801<br>UNITED STATES OF AMERICA | 4676 | Motors Liquidation Company | $15,545.27 | Equity Interest Claim — Pgs. 1-5 |
| HAROLD HOLZBACH<br>1592 NILES CORTLAND RD NE<br>WARREN, OH 44484 | 22104 | Motors Liquidation Company | $9,056.56 | Equity Interest Claim — Pgs. 1-5 |
| HARRIS DARRIN A<br>17300 SANTA ROSA DR<br>DETROIT, MI 48221 | 44851 | Motors Liquidation Company | $62,230.00 | Equity Interest Claim — Pgs. 1-5 |
| HARRISON-ANTHONY, CARMELLA<br>PO BOX 110<br>DAYTON, OH 45405 | 17764 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| HARTMUT HEPP<br>HAUPSTR 87<br>42799 LEICHLINGEN GERMANY<br>GERMANY | 68410 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim — Pgs. 1-5 |
| HARTMUT LUDWIG<br>YORCKSTRASSE 38<br>08523 PLAUEN GERMANY<br>GERMANY | 68944 | Motors Liquidation Company | $200.00 | Equity Interest Claim — Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**149th Omnibus Objection** — Exhibit A — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| HARTNAGEL, ROBERT W<br>7605 CARTA VALLEY DR<br>DALLAS, TX 75248 | 23422 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HARVEY STEINBERG<br>4224 FRUITVALE AVE<br>OAKLAND, CA 94602 | 9385 | Motors Liquidation Company | $9,975.00 | Equity Interest Claim | Pgs. 1-5 |
| HATTEN, GWENDOLYN<br>PO BOX 19134<br>SHREVEPORT, LA 71149 | 22799 | Motors Liquidation Company | $3,344.26 | Equity Interest Claim | Pgs. 1-5 |
| HATTIE ELLISON<br>32 WORCESTER PL<br>BUFFALO, NY 14215 | 62222 | Motors Liquidation Company | $70.00 | Equity Interest Claim | Pgs. 1-5 |
| HAUBENSTRICKER RALPH J<br>9520 JUNCTION RD<br>FRANKENMUTH, MI 48734 | 8089 | Motors Liquidation Company | $13,962.00 | Equity Interest Claim | Pgs. 1-5 |
| HEATH, ADELE H<br>9 WALSH WAY<br>MORRIS PLAINS, NJ 07950 | 31516 | Motors Liquidation Company | $591.00 | Equity Interest Claim | Pgs. 1-5 |
| HECTOR DEL VALLE<br>& LEONA DEL VALLE JTWROS<br>36 CIRCLE DR<br>GLEN COVE, NY 11542 | 4120 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HEDLUND, FRANCES H<br>41191 CARDINAL FLOWER DRIVE<br>MURRIETA, CA 92562 | 45597 | Motors Liquidation Company | $32,990.83 | Equity Interest Claim | Pgs. 1-5 |
| HEFFORD, MARY R<br>8238 KALTZ<br>CENTER LINE, MI 48015 | 65272 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HEINZ GIESERS<br>LOBICHENSTR 11<br>07422 BAD BLANKENBURG GERMANY<br>GERMANY | 68577 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 149th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| HEJL JR, JOSEPH A<br>48398 NEWCASTLE CT<br>SHELBY TOWNSHIP, MI 48315 | 62988 | Motors Liquidation Company | $2,512.69 | Equity Interest Claim | Pgs. 1-5 |
| HELEN & KURT SALM<br>11 WESTVIEW DRIVE APT A<br>BLOOMFIELD, CT 06002 | 11507 | Motors Liquidation Company | $14,001.00 | Equity Interest Claim | Pgs. 1-5 |
| HELEN A. WOLNIAK<br>20014 EVERETT LANE<br>MOKENA, IL 60448 | 12805 | Motors Liquidation Company | $557.56 | Equity Interest Claim | Pgs. 1-5 |
| HELEN M GETTY<br>HELEN M GETTY<br>139 WESTVIEW DR<br>ELIZABETHTOWN, PA 17022 | 45782 | Motors Liquidation Company | $3,600.86 | Equity Interest Claim | Pgs. 1-5 |
| HELEN SHORNA DALEY TRUST<br>323 S 28TH ST<br>LA CROSSE, WI 54601 | 4278 | Motors Liquidation Company | $19,777.81 | Equity Interest Claim | Pgs. 1-5 |
| HELMUT LITZENBERG<br>ST JOHANN 6 - APP 185<br>D-91056 ERLANGEN GERMANY<br>GERMANY | 29638 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HELMUT REISS<br>THOMAESTR 6<br>65193 WIESBADEN GERMANY<br>GERMANY | 68763 | Motors Liquidation Company | $6,525.00 | Equity Interest Claim | Pgs. 1-5 |
| HENEGAN, JOHN A<br>421 TORRY AVE<br>BRONX, NY 10473 | 28971 | Motors Liquidation Company | $2,565.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HENRY L BEAUDRY<br>37 PARKY DR<br>ENFIELD, CT 06082 | 14837 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HERBERT KLEINPASS<br>WESERSTR 46<br>47137 DUISBURG  GERMANY<br>GERMANY | 65047 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 149th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
| --- | --- | --- | --- | --- |
| HERBERT VESTI<br>WILHELM JOST RING 6<br>1231 BAD NAUHEIM GERMANY<br>GERMANY | 64168 | Motors Liquidation Company | $587.85 | Equity Interest Claim | Pgs. 1-5 |
| HINKLE, JAMES C<br>23701 HARVEST DR<br>NOVI, MI 48375 | 2200 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HOOVER, JAMES A<br>441 OLIVER DR<br>ELIZABETH, PA 15037 | 10189 | Motors Liquidation Company | $5,300.00 | Equity Interest Claim | Pgs. 1-5 |
| HORST WEILER<br>RHEINGRAFENSTR 41<br>D-55286 WORRSTADT GERMANY<br>GERMANY | 30203 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HOUSTON, GAIL K<br>4935 N PERRY DR<br>BEVERLY HILLS, FL 34465 | 4322 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HOWARD L REY<br>1725 N VIA MIRALESTE<br>#2112<br>PALM SPRINGS, CA 92262 | 45770 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HUGHES, HENRY J<br>34021 SEQUOIA ST<br>WESTLAND, MI 48185 | 12324 | Motors Liquidation Company | $15,450.00 | Equity Interest Claim | Pgs. 1-5 |
| HUMPHREY, DANIEL<br>3718 GLOUCESTER ST<br>FLINT, MI 48503 | 10771 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HYLAND, OREN L<br>530 AUSTIN DR<br>CHARLOTTE, NC 28213 | 18848 | Motors Liquidation Company | $14,234.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ILA NELSON<br>403 FOURTH AVENUE<br>BRADLEY BEACH, NJ 07720 | 70237 | Motors Liquidation Company | $18,600.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 149th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| ILENE RISNER<br>6118 MILLBROOK DR<br>DAYTON, OH 45459 | 9788 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ILONA KUTGER<br>SCHWALBENSTR 1D<br>63454 HANAU GERMANY<br>GERMANY | 31484 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| INGO GOLDAMMER<br>LUTZOWSTR 28<br>40476 DUSSELDORF GERMANY<br>GERMANY | 64881 | Motors Liquidation Company | $867.63 | Equity Interest Claim | Pgs. 1-5 |
| IRMGARD J HERMANN<br>13 COURTER RD<br>FRANKLIN LKS, NJ 07417 | 45170 | Motors Liquidation Company | $21,290.54 | Equity Interest Claim | Pgs. 1-5 |
| J N WHEATLEY & K R WHEATLEY &<br>S WILSON & M WHEELER JT TEN<br>130 OSCAR GRAY ROAD<br>HOT SPRINGS, AR 71913 | 12153 | Motors Liquidation Company | $2,409.60 | Equity Interest Claim | Pgs. 1-5 |
| JACK D ENRIGHT &<br>PATRICIA A ENRIGHT TTEE<br>J & P ENRIGHT REV LIV<br>TRUST DTD 11-13-2008<br>881 WILLIAM DR<br>LIVERMORE, CA 94550 | 69406 | Motors Liquidation Company | $2,325.00 | Equity Interest Claim | Pgs. 1-5 |
| JACKETT, HELEN M<br>6147 GAITWAY DR<br>GRAND BLANC, MI 48439 | 28976 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACKETT, RONALD P<br>6147 GAITWAY DR<br>GRAND BLANC, MI 48439 | 28975 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACKSON, WILLIAM L<br>901 S HANCOCK AVE<br>SEDALIA, MO 65301 | 6358 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACOB GOLD<br>1069 58TH ST<br>BROOKLYN, NY 11219 | 68888 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 149th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | **Exhibit A** | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| JAIME L SARTE<br>NORMA SARTE<br>425 S HUDSON AVE APT 7<br>PASADENA, CA 91101 | 45276 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

| **CLAIMS TO BE RECLASSIFIED** | **100** |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.