**Exhibit A**

| 150th Omnibus Objection | | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

---

**CLAIMS TO RECLASSIFY**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES & SANDRA SCOTT<br>311 YELLOW ROSE TRAIL<br><br>GEORGETOWN, TX 78633 | 29575 | Motors Liquidation Company | $9,940.80 | Equity Interest Claim | Pgs. 1-5 |
| JAMES BEACH<br>7202 W DESERAMA DR<br><br>TUCSON, AZ 85743 | 28325 | Motors Liquidation Company | $2,416.35 | Equity Interest Claim | Pgs. 1-5 |
| JAMES BORDERS<br>3964 N STATE ROAD 9<br><br>ANDERSON, IN 46012 | 3127 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAMES DYMOND<br>20705 BONZ BEACH HWY<br><br>ONAWAY, MI 49765 | 16929 | Motors Liquidation Company | $5,330.67 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E & DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 946 | Motors Liquidation Company | $27,808.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E & VIGDIS L SELL<br>JAMES E SELL<br>609 AVENIDA TORTOGA<br>GREEN VALLEY, AZ 85614 | 12554 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E AND DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 590 | Motors Liquidation Company | $27,808.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E AND DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 17013 | Motors Liquidation Company | $6,106.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES E AND DEBORAH K KAMMUELLER<br>11027 N BUCKSKIN CT<br><br>PEORIA, IL 61615 | 17014 | Motors Liquidation Company | $20,254.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| JAMES M MCCOWN & EMOGENE H MCCOWN TTEES U/A/D 08/03/06 MCCOWN FAMILY TRUST 6214 POPLAR GROVE DR PORT ORANGE, FL 32127 | 2346 | Motors Liquidation Company | $4,208.75 | Equity Interest Claim | Pgs. 1-5 |
| JAMES M NICHOLS JAMES M NICHOLS 1621 COBBLER DR LUTZ, FL 33549 | 45799 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAMES N O'CONNELL AMY L O'CONNELL JTWROS 8 BRYANT PLACE FREDONIA, NY 14063 | 33031 | Motors Liquidation Company | $42,421.75 | Equity Interest Claim | Pgs. 1-5 |
| JAMES R KLEINSASSER 819 KANSAS AVE NE HURON, SD 57350 | 68999 | Motors Liquidation Company | $13,825.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES, PAUL R 8616 RIDGEWAY CT RAYTOWN, MO 64138 | 4960 | Motors Liquidation Company | $176,160.00 | Equity Interest Claim | Pgs. 1-5 |
| JAN CHRISTIAN SCHLUETER MARSCHBLICK 5 25866 MILDSTEDT GERMANY GERMANY | 68499 | Motors Liquidation Company | $14,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JANCA, EDWARD J 1824 HAMPTON PL BILLINGS, MT 59102 | 12617 | Motors Liquidation Company | $2,770.71 | Equity Interest Claim | Pgs. 1-5 |
| JANET D WHITESIDE 1200 ALEXA DR WINTER PARK, FL 32789 | 70391 | Motors Liquidation Company | $5,046.25 | Equity Interest Claim | Pgs. 1-5 |
| JAROSLAW WITTEK JOSEFSTR 64 51143 KOELN GERMANY GERMANY | 30201 | Motors Liquidation Company | Unliquidated Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| JASON HARPER 4518 EVERGREEN DRIVE VADNAIS HEIGHTS, MN 55127 UNITED STATES OF AMERICA | 65251 | Motors Liquidation Company | $276.51 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| JASPER VALENTINO<br>GUTENBERGSTR 22<br>65232 TAUNUSSTEIN  GERMANY<br>GERMANY | 68078 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAY M BROKER &<br>MARY SPRATT BROKER JT TEN<br>17 PRESIDIO RD<br>MONTGOMERY, TX 77356 | 3907 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAYME L POPEJOY<br>9958 S 575 E<br>SANDY, UT 84070 | 2777 | Motors Liquidation Company | $121.11 | Equity Interest Claim | Pgs. 1-5 |
| JEAN-GUY BOLDUC<br>177 6E AVENUE<br>G5X 1Y5 BEAUCEVILLE QC CANADA<br>CANADA | 36534 | Motors Liquidation Company | $23,717.40 | Equity Interest Claim | Pgs. 1-5 |
| JEFFREY JANCA<br>1824 HAMPTON PLACE<br>BILLINGS, MT 59102 | 12595 | Motors Liquidation Company | $2,823.86 | Equity Interest Claim | Pgs. 1-5 |
| JENNA BURKEY<br>19823 N 129TH DR<br>SUN CITY WEST, AZ 85375 | 45778 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JERINE E DOCKERY<br>1550 41ST ST<br>COLUMBUS, GA 31904 | 30792 | Motors Liquidation Company | $1,841.21 | Equity Interest Claim | Pgs. 1-5 |
| JERRY L SHIELDS<br>3448 TURTLE SHELL DR<br>DAYTON, OH 45414 | 20029 | Motors Liquidation Company | $4,244.42 | Equity Interest Claim | Pgs. 1-5 |
| JOACHIM LENTE<br>LEICHHARDTSTR. 9<br>14195 BERLIN GERMANY<br>GERMANY | 19735 | Motors Liquidation Company | $83,040.00 | Equity Interest Claim | Pgs. 1-5 |
| JOAN S GANTER<br>C/O CYRIL J GANTER II<br>1994 HIGHLAND AVE<br>READING, PA 19606 | 22687 | Motors Liquidation Company | $5,770.00 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| JOCHEN ARNDT<br>DIPLOM-KAUFMANN<br>HEINRICH-STRATER-STR 32<br>44229 DORTMUND GERMANY<br><br>GERMANY | 26897 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| JOEL SIMON<br>5060 AV PONSARD<br>MONTREAL QC H3W 2A7 CANADA<br><br>CANADA | 64119 | Motors Liquidation Company | $8,489.90 | Equity Interest Claim | Pgs. 1-5 |
| JOERG HUMKE<br>GOLFPARKALLEE 7A<br>24576 BAD BRAUSTEDT GERMANY<br><br>GERMANY | 27979 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| JOERG SROCKE<br>HAUPTSTRABE 36<br>99752 KEHMSTEDT GERMANY<br><br>GERMANY | 63873 | Motors Liquidation Company | $57,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOH. C. VON WALTHAUSEN<br>JOHANN CONRAD VON WALDTHAUSEN<br>ROMMERSER STR 30<br>D-36129 GERSFELD/RHOEN GERMANY<br><br>GERMANY | 30197 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| JOHN ARTHUR<br>6721 OAKFIELD DR<br><br>DAYTON, OH 45415 | 17336 | Motors Liquidation Company | $28,538.76 | Equity Interest Claim | Pgs. 1-5 |
| JOHN B NELLIS<br>240 N COLLIER BLVD D-1<br><br>MARCO ISLAND, FL 34145 | 9004 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHN BASSIGNANI<br>76 JORDAN RD<br><br>FRANKLIN, MA 02038 | 25279 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHN BORSHCH<br>8745 COOLEY BEACH DR<br><br>WHITE LAKE, MI 48386 | 20782 | Motors Liquidation Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOHN CENCARIK<br>1116 BARONE DR<br><br>WEIRTON, WV 26062 | 19783 | Motors Liquidation Company | $62,295.41 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Exhibit A**

150th Omnibus Objection

**Motors Liquidation Company, et al.**

Case No. 09-50026 (REG),  Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| JOHN F AMES<br>PO BOX 36<br><br>BOWLING GREEN, VA 22427 | 29251 | Motors Liquidation Company | $4,889.45 | Equity Interest Claim | Pgs. 1-5 |
| JOHN F MORISSETTE SR AND<br>JENNIFER J MORISSETTE, JTWROS<br>819 MILL CREEK ROAD<br>OTEGO, NY 13825 | 14303 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHN SHALLCROSS SR<br>PO BOX 1089<br><br>SMITHFIELD, NC 27577 | 68381 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHNSON, LENNART B<br>1018 COLRAIN ST SW<br><br>GRAND RAPIDS, MI 49509 | 3765 | Motors Liquidation Company | $60,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JONES, DANA M<br>92 WATERBURY PKWY<br><br>CORTLANDT MNR, NY 10567 | 22230 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JORGE N CLAROS<br>10708 SE 177TH ST<br><br>NORMAN, OK 73026 | 28792 | Motors Liquidation Company | $12,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSE RODRIQUEZ<br>P. O. BOX 21342<br><br>TALLAHASSE, FL 32316<br>UNITED STATES OF AMERICA | 18018 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEF GASS<br>2655 JARVIS CIRCLE<br><br>PALM HARBOR, FL 34683 | 27092 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH A MAC ALPIN<br>365 BROMPTON RD<br><br>WILLIAMSVILLE, NY 14221 | 29819 | Motors Liquidation Company | $4,278.20 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH A RANDI TTEE<br>C/O JILL B KREMER<br>MERRILL LYNCH<br>1325 FRANKLIN AVE<br>GARDEN CITY, NY 11530<br>UNITED STATES OF AMERICA | 69678 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| JOSEPH BROWN JR<br>8157 HARTWELL ST<br><br>DETROIT, MI 48228 | 30527 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH J RATTO TTEE DECEDENTS TR<br>6233 BUENAVENTURA AVE<br><br>OAKLAND, CA 94605 | 8447 | Motors Liquidation Company | $8,150.25 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH M COONELLY JR<br>THE COONELLY LIVING TRUSTOF 4/27/95<br>516 ANDREW RD<br>SPRINGFIELD, PA 19064 | 15511 | Motors Liquidation Company | $601.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH MAC ALPIN<br>365 BROMPTON RD<br><br>WILLIAMSVILLE, NY 14221 | 29820 | Motors Liquidation Company | $2,554.10 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH TARSKY<br>4316 GORMAN AVE<br><br>ENGLEWOOD, OH 45322 | 12517 | Motors Liquidation Company | $518.84 | Equity Interest Claim | Pgs. 1-5 |
| JOYCE MCCAIN<br>4238 HASTINGS DR<br><br>GRAND BLANC, MI 48439 | 27881 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JULIUS C CLARK<br>1326 CEDARWOOD DR APT#115<br><br>CRESTHILL, IL 60403 | 22114 | Motors Liquidation Company | $15,000.00 | Equity Interest Claim | Pgs. 1-5 |
| K LOHNBERG / C HEINRICH LIVING TRUST<br>C/O KLAUS LOHNBERG<br>7525 N DESERT TREE DR<br>TUCSON, AZ 85704 | 1202 | Motors Liquidation Company | $22,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KACHMARIK, PAUL<br>8901 ASPEN CIR<br><br>PARMA, OH 44129 | 33570 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KAPUSHINSKI, WILLIAM S<br>13251 MONTEGO DR<br><br>STERLING HTS, MI 48312 | 32901 | Motors Liquidation Company | $40,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| KARIN GROSSMANN<br>LICHTERFELDER RING 101<br>12279 BERLIN GERMANY<br>GERMANY | 64613 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KARLA HEREKAR<br>3133 BIRCH WAY<br>NORTHPORT, AL 35475 | 6205 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KAROL M BRUNGER<br>1053 YARMOUTH ST<br>PORT CHARLOTTE, FL 33952 | 67460 | Motors Liquidation Company | $26,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T COLE TTEE<br>KATHERINE T COLE REVOCABLE TRUST U/A 12/17/98<br>39 OLIVE AVE<br>REHOBOTH BEACH, DE 19971 | 70449 | Motors Liquidation Company | $7,350.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T. COLE TTEE<br>KATHERINE T. COLE, REVOCABLE TRUST<br>U/A 12/17/98<br>39 OLIVE AVE.<br>REHOBOTH BEACH, DE 19971 | 70439 | Motors Liquidation Company | $7,350.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHLEEN SCHUSTER<br>56 ARNER RD<br>CHESTER, WV 26034 | 15624 | Motors Liquidation Company | $496.00 | Equity Interest Claim | Pgs. 1-5 |
| KAY-UWE MOOSHEIMER<br>HIRSAUER STR 25<br>SINDELFINGEN 71063 GERMANY<br>GERMANY | 27031 | Motors Liquidation Company | $9,647.00 | Equity Interest Claim | Pgs. 1-5 |
| KAY-UWE MOOSHEIMER<br>HIRSAUER STR. 25<br>71063 SINDELFINGEN GERMANY<br>GERMANY | 28249 | Motors Liquidation Company | $7,739.00 | Equity Interest Claim | Pgs. 1-5 |
| KAZIM TOKUR<br>HAUPT STR 40<br>69221 DOSSENHEIM GERMANY<br>GERMANY | 37131 | Motors Liquidation Company | $5,098.00 | Equity Interest Claim | Pgs. 1-5 |
| KEITH, PHILLIP W<br>10777 WILKES RD<br>BROCKWAY, MI 48097 | 9102 | Motors Liquidation Company | $163.50 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO RECLASSIFY

| Name | Claim # | Debtor | Claim Amount | Claim Type | Pgs |
|---|---|---|---|---|---|
| KELLEY, CONSTANCE A<br>656 HARRIS HILL RD<br>LANCASTER, NY 14086 | 65564 | Motors Liquidation Company | $1,557.00 | Equity Interest Claim | Pgs. 1-5 |
| KENNEDY, CHRISTINE C<br>50 CRYSTAL ST<br>NORTH ARLINGTON, NJ 07031 | 38345 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KENNETH LISTER<br>6130 FLANDERS RD<br>SYLVANIA, OH 43560 | 65144 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KEROUAC, DOROTHY J<br>812 CYPRESS DR<br>DAVISON, MI 48423 | 15522 | Motors Liquidation Company | $44.16 | Equity Interest Claim | Pgs. 1-5 |
| KICOVICH, DIXIE H<br>5985 HEARN RD<br>ELLENWOOD, GA 30294 | 65329 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KIMBERLY A DUNDA<br>21727 NE 79TH ST<br>REDMOND, WA 98053 | 22201 | Motors Liquidation Company | $1,186.32 | Equity Interest Claim | Pgs. 1-5 |
| KIMBROUGH, VIVIAN<br>18173 SAINT AUBIN ST<br>DETROIT, MI 48234 | 8273 | Motors Liquidation Company | $575.97 | Equity Interest Claim | Pgs. 1-5 |
| KIRSTEN A VADEN<br>4110 CREST ROAD<br>PEBBLE BEACH, CA 93953 | 17274 | Motors Liquidation Company | $50.00 | Equity Interest Claim | Pgs. 1-5 |
| KNOX, DAVID F<br>31 DEWALT RD<br>NEWARK, DE 19711 | 12514 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KOCTUR, ANDREW F<br>5111 PALMER RANCH PKWY<br>SARASOTA, FL 34238 | 69783 | Motors Liquidation Company | $2,538.44 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO RECLASSIFY | | | | | |
|---|---|---|---|---|---|
| KONRAD SPICKER<br>10205 E SPRING CREEK RD<br><br>SUN LAKES, AZ 85248 | 4954 | Motors Liquidation Company | $4,153.00 | Equity Interest Claim | Pgs. 1-5 |
| KOPP, HEINZ J<br>3115 HEDGE DR<br><br>STERLING HTS, MI 48310 | 1786 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KOSSICK, JOHN<br>14 E SHAKESPEARE DR<br><br>MIDDLETOWN, DE 19709 | 4220 | Motors Liquidation Company | $2,581.00 | Equity Interest Claim | Pgs. 1-5 |
| KOTSOGIANNIS, KIRIAKI<br>6681 S SENECA WAY<br><br>GILBERT, AZ 85298 | 36539 | Motors Liquidation Company | $2,437.22 | Equity Interest Claim | Pgs. 1-5 |
| KOZEL, STEPHEN R<br>8346 GALLANT FOX TRL<br><br>FLUSHING, MI 48433 | 4946 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KREBER, DOUGLAS J<br>1179 W OLD PHILADELPHIA RD<br><br>NORTH EAST, MD 21901 | 23364 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KREZL KAREL<br>ALTE FRANKFURTER STR 98D<br>61118 BAD VILBEL  GERMANY<br>GERMANY | 44120 | Motors Liquidation Company | $1,320.60 | Equity Interest Claim | Pgs. 1-5 |
| KUEHN, EUGENE P<br>4214 CORONADO PKWY<br><br>CAPE CORAL, FL 33904 | 6582 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KUMAR, MATTHEW J<br>4687 WHITTUM RD<br><br>EATON RAPIDS, MI 48827 | 6710 | Motors Liquidation Company | $8,468.42 | Equity Interest Claim | Pgs. 1-5 |
| L JOSEPH WITTENAUER<br>4429 BASCULE BRIDGE DR #919<br><br>DAYTON, OH 45440 | 36936 | Motors Liquidation Company | $5,516.91 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO RECLASSIFY

| | | | | | |
|---|---|---|---|---|---|
| LA DUKE, CHARLOTTE<br>3079 LAKESHORE DR<br><br>GLADWIN, MI 48624 | 5158 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LA MOREAUX, ROBERT D<br>4637 CLYDESDALE RD<br><br>LANSING, MI 48906 | 32974 | Motors Liquidation Company | $37,300.00 | Equity Interest Claim | Pgs. 1-5 |
| LA PLANTE, ANTOINETTE GLORIA<br>14095 ALGER AVE<br><br>WARREN, MI 48088 | 70459 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LA RUE ROBERTSON TRUST<br>LA RUE ROBERTSON TTEE<br>U/A DTD 07/14/1992<br>BY LA RUE ROBERTSON TRUST<br>208 SW 11TH ST<br>LINDSAY, OK 73052<br>UNITED STATES OF AMERICA | 62662 | Motors Liquidation Company | $3,366.00 | Equity Interest Claim | Pgs. 1-5 |
| LA VOIE, HENRY A<br>1125 HIGHWAY A1A APT 605<br><br>SATELLITE BEACH, FL 32937 | 9541 | Motors Liquidation Company | $21,517.00 | Equity Interest Claim | Pgs. 1-5 |
| LAMIA, JEAN E<br>JEAN E LAMIA TRUST DTD 4-16-2002<br>655 2ND ST SE<br>NAPLES, FL 34117 | 44669 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LAMPMAN, ROGER W<br>140 LOOKOUT POINT ROAD<br><br>COMFORT, TX 78013 | 9562 | Motors Liquidation Company | $3,171.93 | Equity Interest Claim | Pgs. 1-5 |
| LAND, PEGGY J<br>1020 N BERKLEY RD<br><br>KOKOMO, IN 46901 | 44158 | Motors Liquidation Company | $256.00 | Equity Interest Claim | Pgs. 1-5 |
| LANG, VICTORIA A<br>2700 DASHWOOD DR<br><br>TROY, MI 48083 | 7283 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LANNY MILLER<br>900 DAMON ST<br><br>AKRON, OH 44310 | 62068 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**150th Omnibus Objection**

**Exhibit A**

## CLAIMS TO RECLASSIFY

| | | | | |
|---|---|---|---|---|
| LARRY ONEAL<br>2902 LUCERN CT<br><br>ARLINGTON, TX 76012 | 8510 | Motors Liquidation Company | $6,169.00 | Equity Interest Claim    Pgs. 1-5 |

*CLAIMS TO BE RECLASSIFIED*                    **100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.