| 152nd Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NELLY BAUER-ROLLANDIN & FRANK OUW<br>ROMERSTR 3A<br>76870 KANDEL, GERMANY<br>GERMANY | 64784 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA JARUSINSKI<br>102 GREENOCK COURT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376<br>UNITED STATES OF AMERICA | 68298 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

| *OBJECTION ADJOURNED* | **2** |

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**152nd Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEATRICE STRAUSS FREED<br>5 LIVE OAK<br>IRVINE, CA 92604 | 2497 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MEINHARD LIEBING<br>BREDENBERGSWEG 30<br>21149 HAMBURG GERMANY<br>GERMANY | 26933 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MELVIN MCKINLEY<br>1109 TRYON CIR<br>SPRING HILL, FL 34606 | 26862 | Motors Liquidation Company | $945.26 | Equity Interest Claim | Pgs. 1-5 |
| MGR JAKUB RADZIEJEWSKI<br>4833 N HARLEM 2ND FL<br>CHICAGO, IL 60656 | 1200 | Motors Liquidation Company | $6,200.00 | Equity Interest Claim | Pgs. 1-5 |
| MGR JAKUB RADZIEJEWSKI<br>4833 N HARLEM 2ND FL<br>CHICAGO, IL 60656 | 3352 | Motors Liquidation Company | $18,038.49 | Equity Interest Claim | Pgs. 1-5 |
| MGR JAKUB RADZIEJEWSKI<br>4833 N HARLEM 2ND FL<br>CHICAGO, IL 60656 | 14937 | Motors Liquidation Company | $6,012.83 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL BERNABO<br>21350 BEACONSFIELD ST #6<br>ST CLR SHORES, MI 48080 | 18591 | Motors Liquidation Company | $800.00 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL BRENNAN<br>222 RONNI DRIVE<br>EAST MEADOW, NY 11554<br>UNITED STATES OF AMERICA | 63336 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL C WASSOUF<br>2228 LADUE LN<br>FORT WAYNE, IN 46804 | 31238 | Motors Liquidation Company | $4,280.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**152nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| MICHAEL HEIN<br>SENNEGARTEN 26<br>BAD HARZBURG 38667 GERMANY<br>GERMANY | 61190 | Motors Liquidation Company | $465.00 | Equity Interest Claim | Pgs. 1-5 |
| MICKEY KIZER<br>710 DEERWOOD DR<br>DEFIANCE, OH 43512 | 4614 | Motors Liquidation Company | $42,412.17 | Equity Interest Claim | Pgs. 1-5 |
| MIGUEL GUZMAN<br>1843 CAPESIDE CIRCLE<br>WELLINGTON, FL 33414 | 11179 | Motors Liquidation Company | $200.00 | Equity Interest Claim | Pgs. 1-5 |
| MIKE SHAMBO<br>MICHAEL SHAMBO<br>203 SILVER LAKE RD<br>AU SABLE FORKS, NY 12912 | 14834 | Motors Liquidation Company | $12,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MILLER, BENNIE R<br>405 CENTER PARK DR<br>SPRINGHILL, LA 71075 | 7205 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MILLER, BETTY J<br>2822 ALVARADO DR NE<br>ALBUQUERQUE, NM 87110 | 60484 | Motors Liquidation Company | $13,087.40 | Equity Interest Claim | Pgs. 1-5 |
| MILLER, ELLEN M<br>416 GOLDENROD DR<br>HOUGHTON LAKE, MI 48629 | 29010 | Motors Liquidation Company | $552.00 | Equity Interest Claim | Pgs. 1-5 |
| MILLER, HOWARD E<br>6306 CARNATION RD<br>DAYTON, OH 45449 | 18259 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MIRAGLIA, WILLIAM G<br>48 GREAT WOODS RD<br>SAUGUS, MA 01906 | 3849 | Motors Liquidation Company | $23,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MITCH HUBELBANK<br>55 GLORIA DR<br>ALLENDALE, NJ 07401 | 17188 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

**CLAIMS TO RECLASSIFY**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 152nd Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| MITCHELL, HOWARD A<br>25585 LYNCASTLE ST<br>FARMINGTON HILLS, MI 48336 | 3774 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MITCHELL, ROSA M<br>7062 ARCADIA DR<br>MOUNT MORRIS, MI 48458 | 33302 | Motors Liquidation Company | $85,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MOHAMAD K TADAYON<br>P O BOX 1913<br>HUNTINGTN BCH, CA 92647 | 65261 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MOLLY E KLINE<br>7084 CLEMENTS<br>W BLOOMFIELD, MI 48322 | 12482 | Motors Liquidation Company | $7,800.00 | Equity Interest Claim | Pgs. 1-5 |
| MONIA BALDINI<br>VIA TONIOLO 15 BIS<br>54033 CARRARA ITALY<br>ITALY | 64178 | Motors Liquidation Company | $34,890.00 | Equity Interest Claim | Pgs. 1-5 |
| MORRIS & SYLVIA WEINSTEIN<br>REV TR UAD 06/22/05<br>MORRIS WEINSTEIN &<br>SYLVIA WEINSTEIN TTEES<br>9701 W OAKLAND PARK BLVD APT 425<br>FT LAUDERDALE, FL 33351 | 3940 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MOYE, JAMES W<br>2245 E BANTA RD<br>INDIANAPOLIS, IN 46227 | 6797 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MR AND MRS WILLIAM H MACDADE JR<br>14122 SHANNONDELL DR<br>AUDUBON, PA 19403 | 10079 | Motors Liquidation Company | $19,035.25 | Equity Interest Claim | Pgs. 1-5 |
| MR HENRICH MEYER-BORSTEL<br>HECKENROSENWEG 7<br>38518 GIFHORN GERMANY<br>GERMANY | 33454 | Motors Liquidation Company | $715.40 | Equity Interest Claim | Pgs. 1-5 |
| MR HUBERTUS VON BACHMAYR<br>45 RUE JEAN MERMOZ<br>78620 L'ETANGLAVILLE FRANCE<br>FRANCE | 65449 | Motors Liquidation Company | $625.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 152nd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
| --- | --- | --- | --- | --- |
| MR NACI KARAKAS<br>OST PRELISSENDAMM 54 A<br>12207 BERLIN GERMANY<br>GERMANY | 61210 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MR PATRIC TRENKLE<br>MUHLWEG 38<br>76799 SCHEIBENHARDT GERMANY<br>GERMANY | 30217 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MR PRESTON D EATON<br>931 FULWELL DR<br>ONTARIO, OH 44906 | 69739 | Motors Liquidation Company | $45,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MR ROBERT MCTEAGUE<br>4527 ST ANDREWS DRIVE<br>BOYNTON BEACH, FL 33436 | 68997 | Motors Liquidation Company | $5,337.46 | Equity Interest Claim | Pgs. 1-5 |
| MR WULF SEIDEL<br>IM HUBHOF 2<br>FREIBURG 79112 GERMANY<br>GERMANY | 26655 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>ARTHUR S KENT<br>IRA ROLLOVER DATED 04/13/95<br>172 AMBER DRIVE<br>FRANKLIN, NC 28734 | 7977 | Motors Liquidation Company | $19,983.00 | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>PATRICIA DRASNER<br>IRA SEP DATED 08/07/07<br>156 GULFSTREAM DRIVE<br>TEQUESTA, FL 33469 | 8382 | Motors Liquidation Company | $4,992.58 | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>WALLACE CICHON<br>IRA ROLLOVER DATED 11/21/08<br>669 N HALIFAX DR<br>ORMOND BEACH, FL 32176 | 68785 | Motors Liquidation Company | $3,110.96 | Equity Interest Claim | Pgs. 1-5 |
| MUSICK, CARL<br>3012 E KENDALL LN<br>MUNCIE, IN 47303 | 45968 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MUSSELL, JOHN A<br>9783 ALLEN ST<br>GOWANDA, NY 14070 | 2598 | Motors Liquidation Company | $2,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 152nd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
|---|---|---|---|---|---|
| MYRON SANFORD<br>656 W PITLER<br><br>CITRUS SPRINGS, FL 34434<br>UNITED STATES OF AMERICA | 62384 | Motors Liquidation Company | $81,148.85 | Equity Interest Claim | Pgs. 1-5 |
| N C BRILL, TTEE, ROBERT PEASE TRUST<br>P O BOX 527<br><br>WEST PLAINS, MO 65775 | 28457 | Motors Liquidation Company | $5,428.00 | Equity Interest Claim | Pgs. 1-5 |
| NAIM, ELIE P<br>28815 BANNOCKBURN ST<br><br>FARMINGTON HILLS, MI 48334 | 6434 | Motors Liquidation Company | $2,652.00 | Equity Interest Claim | Pgs. 1-5 |
| NANCY HAACK<br>PASEWALKER STRASSE 29<br>13127 BERLIN GERMANY<br>GERMANY | 65232 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| NANCY KEMMET<br>6201 RAINIER RD<br><br>PLANO, TX 75023 | 15582 | Motors Liquidation Company | $800.00 | Equity Interest Claim | Pgs. 1-5 |
| NANCY PIASIO<br>MARK PIASIO<br>PO BOX 142<br>LOCUST VALLEY, NY 11560<br>UNITED STATES OF AMERICA | 67578 | Motors Liquidation Company | $22,100.00 | Equity Interest Claim | Pgs. 1-5 |
| NELSON, MADELYN R<br>1360 N PLACITA PARASOL<br><br>GREEN VALLEY, AZ 85614 | 7009 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NESTORAK, IRENE D, ESTATE OF<br>1703 GREGORY STREET<br><br>YPSILANTI, MI 48197 | 10955 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NICHOLAS J PERSICH MD<br>219 ARIS AVE<br><br>METAIRIE, LA 70005 | 1198 | Motors Liquidation Company | $5,733.65 | Equity Interest Claim | Pgs. 1-5 |
| NICHOLAS J PERSICH MD<br>219 ARIS AVE<br><br>METAIRIE, LA 70005 | 7231 | Motors Liquidation Company | $5,596.05 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 152nd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | Exhibit A | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| NICHOLS, RICHARD G<br>2022 W WALNUT ST<br>MARION, IN 46952 | 13220 | Motors Liquidation Company | $31,000.00 | Equity Interest Claim  Pgs. 1-5 |
| NICK G. MAVRAGANIS &<br>Y PAPANTI MAVRAGANIS<br>10634 S 83RD AVE<br>PALOS HILLS, IL 60465 | 70454 | Motors Liquidation Company | $14,141.20 | Equity Interest Claim  Pgs. 1-5 |
| NICKCHEN, ROY P<br>648 OBERLIN DR<br>CLEARWATER, FL 33765 | 44778 | Motors Liquidation Company | $20,218.84 | Equity Interest Claim  Pgs. 1-5 |
| NIKOLSKY, OLGA A<br>1118 E ROWLAND ST<br>FLINT, MI 48507 | 62147 | Motors Liquidation Company | $83.25 | Equity Interest Claim  Pgs. 1-5 |
| NOBBE BONNIE TTEE  NOBBE JAMES TTEE<br>JAMES AND NOBBE TRUST DTD 02/10/07<br>NOBBE BONNIE<br>217 THOMAS LN<br>WATERLOO, IL 62298 | 11737 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| NORBERT TRENKLE<br>MUHLWEG 38<br>D76779 SCHEIBENHARDT GERMANY<br>GERMANY | 26591 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim  Pgs. 1-5 |
| NORBERT VOSS<br>ALTER TEICHWEG 187<br>22049 HAMBURG GERMANY<br>GERMANY | 23082 | Motors Liquidation Company | $327.20 | Equity Interest Claim  Pgs. 1-5 |
| NORBERT WERNER BINKE<br>FREUDENTAL 18<br>D-25746 HEIDE GERMANY<br>GERMANY | 48354 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim  Pgs. 1-5 |
| NORMA ANN WYNKOOP<br>REVOCABLE TRUST UAD 01/16/03<br>THOMAS E WYNKOOP JR TTEE<br>507 DUNKIRK RD<br>BALTIMORE, MD 21212 | 29233 | Motors Liquidation Company | $19,110.16 | Equity Interest Claim  Pgs. 1-5 |
| NORMAN B. THOT<br>ANGERSTRASSE 11A<br>40878 RATINGEN GERMANY<br>GERMANY | 15192 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim  Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 152nd Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | **Exhibit A** | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| NOTENBAUM, RUSSELL J<br>5276 SNYDER DRIVE SOUTHWEST<br>WYOMING, MI 49418 | 8185 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| OBERSTADT, WILLIAM B<br>10143 W BOLIVAR DR<br>SUN CITY, AZ 85351 | 4981 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| OBOYLE, TIM L<br>5302 KYSER RD<br>LOWELL, MI 49331 | 4672 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| OBRIEN, ELLEN M<br>19302 SPANISH NEEDLE DR<br>HOUSTON, TX 77084 | 28247 | Motors Liquidation Company | $12,735.85 | Equity Interest Claim | Pgs. 1-5 |
| OKAN ALTAY<br>DITZINGER STR. 21<br>70839 GERLINGEN GERMANY<br>GERMANY | 44079 | Motors Liquidation Company | $1,941.52 | Equity Interest Claim | Pgs. 1-5 |
| OLIVER A & LAVETA P BLACKBURN<br>1834 JEFFERSON DR<br>MOUNT VERNON, IN 47620 | 8989 | Motors Liquidation Company | $4,200.00 | Equity Interest Claim | Pgs. 1-5 |
| OLSON, DONALD D<br>401 W OAKBROOK DR<br>APT 149<br>ANN ARBOR, MI 48103 | 28771 | Motors Liquidation Company | $3,042.36 | Equity Interest Claim | Pgs. 1-5 |
| OSBORNE, GLENITH R<br>26290 VAN HORN RD<br>FLAT ROCK, MI 48134 | 44260 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| O'SHIELDS, GARY H<br>4956 GLENN DR<br>NEW PORT RICHEY, FL 34652 | 68240 | Motors Liquidation Company | $57,914.59 | Equity Interest Claim | Pgs. 1-5 |
| OTTO LOGH<br>HASBACHSTR 7<br>D 55743 IDAR OBERSTEIN GERMANY<br>GERMANY | 61569 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**152nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| PAFFEL, NANCY<br>1634 KEELER AVE<br>BELOIT, WI 53511 | 33556 | Motors Liquidation Company | $1,044.86 | Equity Interest Claim | Pgs. 1-5 |
| PALMIERI, JAMES E<br>1131 W CENTER ST EXT<br>SOUTHINGTON, CT 06489 | 26965 | Motors Liquidation Company | $4,516.18 | Equity Interest Claim | Pgs. 1-5 |
| PAOLINELLI, VITTORIO<br>3937 FOREST AVE<br>BROOKFIELD, IL 60513 | 67666 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| PARNABY, LOLITA M<br>2444 PRATT ST APT 233<br>LONGMONT, CO 80501 | 20900 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA A SCHMIDT<br>2271 PALO DURO BLVD<br>NORTH FORT MYERS, FL 33917 | 6488 | Motors Liquidation Company | $21,366.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA ALEXANDER<br>7 CABOT LN<br>GLOUCESTER, MA 01930 | 62104 | Motors Liquidation Company | $1,472.08 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA ATKINSON<br>251 HARRY SAUNER RD APT 132<br>HILLSBORO, OH 45133 | 1812 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA SECEN<br>49517 KEYCOVE ST<br>CHESTERFIELD, MI 48047 | 30927 | Motors Liquidation Company | $70,121.37 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIO BOYLE<br>1508 BAY RD<br>APT 965<br>MIAMI BEACH, FL 33139 | 31273 | Motors Liquidation Company | $1,114.59 | Equity Interest Claim | Pgs. 1-5 |
| PAUL A GARGANO<br>15 MILE COMMON RD<br>EASTON, CT 06612 | 10558 | Motors Liquidation Company | $15,204.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 152nd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## Exhibit A

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| PAUL J SANDACZ AND MARY T SANDACZ JT TEN<br>2920 EVENING DEW DR<br>WOODSTROCK, MD 21163 | 21239 | Motors Liquidation Company | $10,355.00 | Equity Interest Claim | Pgs. 1-5 |
| PAUL KOVACS JR<br>1652 HARTLEY AVE<br>AURAUR<br>HENDERSON, NV 89052 | 13998 | Motors Liquidation Company | $4,500.00 | Equity Interest Claim | Pgs. 1-5 |
| PAUL STEINBERG, SEP IRA<br>38 SE 16TH AVENUE<br>OCALA, FL 34471 | 4552 | Motors Liquidation Company | $1,008.50 | Equity Interest Claim | Pgs. 1-5 |
| PAULINO AND SONIA MARQUES<br>1109 HARDING ROAD<br>ELIZABETH, NJ 07208 | 65074 | Motors Liquidation Company | $17,760.25 | Equity Interest Claim | Pgs. 1-5 |
| PEARSON, MELVIN<br>PO BOX 207<br>STERLING HTS, MI 48311 | 68274 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PEEK, THOMAS G<br>PO BOX 806268<br>SAINT CLAIR SHORES, MI 48080 | 18216 | Motors Liquidation Company | $28,850.00 | Equity Interest Claim | Pgs. 1-5 |
| PEGGY M ROMAN<br>26215 POWER RD<br>FARMINGTN HLS, MI 48334 | 44888 | Motors Liquidation Company | $2,209.87 | Equity Interest Claim | Pgs. 1-5 |
| PEREZ JR PEDRO<br>13079 BRYCE ROAD<br>EMMETT, MI 48022 | 60753 | Motors Liquidation Company | $13,090.99 | Equity Interest Claim | Pgs. 1-5 |
| PEREZ, SANTIAGO<br>PO BOX 147<br>PHOENIX, AZ 85001 | 32924 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PETER F BERTOLLINI &<br>GLORIA BERTOLLINI JT WROS<br>21113 YALE ST<br>ST CLR SHORES, MI 48081 | 4337 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 152nd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| PETER GASDE<br>MEYERSWEG 15<br>D-28857 SYKE GERMANY<br>GERMANY | 26701 | Motors Liquidation Company | $362.47 | Equity Interest Claim | Pgs. 1-5 |
| PETER MARASCO<br>3214 SW MAISH AVE<br>DES MOINES, IA 50321 | 2702 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| PETHERBRIDGE, RICHARD L<br>10411 TAMRYN BLVD<br>HOLLY, MI 48442 | 10770 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PETLEWSKI, PAUL J<br>16292 NEGUANEE<br>REDFORD, MI 48240 | 64109 | Motors Liquidation Company | $2,004.75 | Equity Interest Claim | Pgs. 1-5 |
| PHILIP SCAFETTA<br>626 10TH COURT<br>VERO BEACH, FL 32962 | 2504 | Motors Liquidation Company | $3,895.00 | Equity Interest Claim | Pgs. 1-5 |
| PIERCE, JOHN L<br>2485 ALTON RD<br>DELTONA, FL 32738 | 5134 | Motors Liquidation Company | $1,866.98 | Equity Interest Claim | Pgs. 1-5 |
| PIERSON, BRUCE D<br>2101 STONESTHROW DR<br>LAPEER, MI 48446 | 11260 | Motors Liquidation Company | $2,500.05 | Equity Interest Claim | Pgs. 1-5 |
| PIFER INC<br>8341 E HOLLY RD<br>HOLLY, MI 48442 | 11758 | Motors Liquidation Company | $47,536.00 | Equity Interest Claim | Pgs. 1-5 |
| PITSINGER, JAMES A<br>1865 HAMBLETONIAN CT<br>MIAMISBURG, OH 45342 | 6492 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

***CLAIMS TO BE RECLASSIFIED***          **98**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.