# Exhibit A

| 151st Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| LINDELL L. ESTES<br>205 MOODY STREET<br>MASON, TX 76856 | 13755 | Motors Liquidation Company | $15,845.00 | Equity Interest Claim | Pgs. 1-5 |
| LIZ & BARNEY JOE ROSSO<br>PO BOX 434<br>HARTSHORNE, OK 74547 | 70478 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MARK HASSON<br>417 BUTE RD.<br>UNIONTOWN, PA 15401<br>UNITED STATES OF AMERICA | 60788 | Motors Liquidation Company | $129,197.04 | Equity Interest Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*          **3**

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**151st Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO RECLASSIFY**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BIRKS, LUCRETIA M<br>7399 GRONOW<br>CENTER LINE, MI 48015 | 2659 | Motors Liquidation Company | $955.80 | Equity Interest Claim | Pgs. 1-5 |
| LARRY RODGERS<br>54523 WHITE SPRUCE LANE<br>SHELBY TWP., MI 48315<br>UNITED STATES OF AMERICA | 27350 | Motors Liquidation Company | $35,335.00 | Equity Interest Claim | Pgs. 1-5 |
| LARRY ROSS<br>8800 JOSHUA CT<br>BALTIMORE, MD 21208 | 2178 | Motors Liquidation Company | $367.82 | Equity Interest Claim | Pgs. 1-5 |
| LARSON, GORDON T<br>718 BEACH DR<br>WILLARD, OH 44890 | 6607 | Motors Liquidation Company | $1,577.00 | Equity Interest Claim | Pgs. 1-5 |
| LATOUR, ALTHEA Z<br>1616 DAVID DR<br>METAIRIE, LA 70003 | 8126 | Motors Liquidation Company | $101,573.00 | Equity Interest Claim | Pgs. 1-5 |
| LATSON, ROBERT<br>282 WORCESTER PL<br>DETROIT, MI 48203 | 8803 | Motors Liquidation Company | $35,269.73 | Equity Interest Claim | Pgs. 1-5 |
| LAVERTY, GARY J<br>533 MILLER AVE<br>JANESVILLE, WI 53548 | 3707 | Motors Liquidation Company | $4,525.70 | Equity Interest Claim | Pgs. 1-5 |
| LEE F. MCCULLOCH<br>2614 JARVIS ST. SW<br>DECATUR, AL 35603 | 16482 | Motors Liquidation Company | $13,103.46 | Equity Interest Claim | Pgs. 1-5 |
| LEICHTER, NANCY J<br>31 HEDGE WOOD LN<br>PITTSFORD, NY 14534 | 45101 | Motors Liquidation Company | $27,998.40 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9614-1    Filed 03/07/11    Entered 03/07/11 11:43:16    Exhibit A
Pg 3 of 11

151st Omnibus Objection                     Exhibit A                     Motors Liquidation Company, et al.
                                                                          Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| LEIF C CROPP<br>LERCHENFELDSTR 20<br>80538 MUENCHEN GERMANY<br>GERMANY | 25259 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| LENA CIELUKOWSKI<br>45 HARBOR CIR<br>COCOA BEACH, FL 32931 | 8955 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LENCIONI, MARY<br>3847 OAK PARK AVE<br>BERWYN, IL 60402 | 19569 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| LENVILLE V MASH<br>U/A DTD 03/21/1989  BY LENVILLE V MASH LVG TRUST<br>2280 SYPHER RD<br>AKRON, OH 44306 | 48401 | Motors Liquidation Company | $3,081.00 | Equity Interest Claim | Pgs. 1-5 |
| LEON MYSIEWICZ<br>15433 SUNSET ST<br>LIVONIA, MI 48154 | 3821 | Motors Liquidation Company | $5,600.00 | Equity Interest Claim | Pgs. 1-5 |
| LESLIE G ROTHWELL & DOROTHY<br>DOROTHY J ROTHWELL JT WROS<br>804 51ST STREET<br>VIENNA, WV 26105 | 5206 | Motors Liquidation Company | $1,575.00 | Equity Interest Claim | Pgs. 1-5 |
| LESLIE L LAVECCHIA<br>21 KOLBERT DRIVE<br>SCARSDALE, NY 10583 | 23064 | Motors Liquidation Company | $44,101.00 | Equity Interest Claim | Pgs. 1-5 |
| LESTER KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29277 | Motors Liquidation Company | $43,123.50 | Equity Interest Claim | Pgs. 1-5 |
| LEVENSON FAMILY TRUST<br>ALBERT A & ANNABELLE LEVENSON<br>TTEE DTD 04/11/96<br>402 HILLCREST DRIVE<br>MOUNT VERNON, OH 43050 | 69460 | Motors Liquidation Company | $12,593.00 | Equity Interest Claim | Pgs. 1-5 |
| LEWANDOWSKI JR, FRANK L<br>20700 NORTHOME ST<br>SOUTHFIELD, MI 48076 | 30523 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 151st Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| LEWANDOWSKI, SOPHIE T<br>3714 EDINBOROUGH DR<br>ROCHESTER HILLS, MI 48306 | 22846 | Motors Liquidation Company | $34,147.13 | Equity Interest Claim | Pgs. 1-5 |
| LEWIS, PATRICIA<br>3918 N IRVINGTON AVE<br>INDIANAPOLIS, IN 46226 | 16084 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LIESEL FRENGER<br>GUT HECKHAUSEN<br>41516 GREVENBROICH GERMANY<br>GERMANY | 28525 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LILLIAN E HEETER<br>C/O CAROL FOX<br>1915 DELMAR DR<br>SPRINGFIELD, OH 45503 | 64811 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LINDA & CLAIRE SPERANZA<br>C/O LINDA MARIE SPERANZA & CLAIRE SPERANZA<br>25-47 81ST STREET<br>EAST ELMHURST, NY 11370 | 64379 | Motors Liquidation Company | $7,949.32 | Equity Interest Claim | Pgs. 1-5 |
| LINDA GOLDBERG<br>205 PARK AVE APT 2<br>HOBOKEN, NJ 07030 | 68416 | Motors Liquidation Company | $2,500.00 | Equity Interest Claim | Pgs. 1-5 |
| LINDA JACKS<br>3301 S GOLDFIELD RD #2096<br>APACHE JCT, AZ 85119 | 16657 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LINDA R HILL<br>PO BOX 4227<br>TRUCKEE, CA 96160 | 16217 | Motors Liquidation Company | $8,325.00 | Equity Interest Claim | Pgs. 1-5 |
| LINDSTROM, LAUREL E<br>4103 STORMY DR<br>KANSASVILLE, WI 53139 | 13724 | Motors Liquidation Company | $8,186.24 | Equity Interest Claim | Pgs. 1-5 |
| LISA P WAHL<br>SEP IRA DCG & T TTEE<br>2334 ROOSEVELT AVE<br>BERKELEY, CA 94703 | 15414 | Motors Liquidation Company | $757.65 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9614-1    Filed 03/07/11    Entered 03/07/11 11:43:16    Exhibit A
Pg 5 of 11

151st Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| LISTER, KENNETH K<br>6130 FLANDERS RD<br>SYLVANIA, OH 43560 | 65145 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LLOYD G AUSTIN<br>34553 S COVES DR<br>AFTON, OK 74331 | 2895 | Motors Liquidation Company | $411.03 | Equity Interest Claim | Pgs. 1-5 |
| LLOYD, DONALD R<br>3119 CLARENCE AVE<br>BERWYN, IL 60402 | 20843 | Motors Liquidation Company | $45,556.00 | Equity Interest Claim | Pgs. 1-5 |
| LOCKLEAR, ZEB<br>24 MAPLE HILL RD<br>SALINEVILLE, OH 43945 | 2485 | Motors Liquidation Company | $3,180.03 | Equity Interest Claim | Pgs. 1-5 |
| LOOK, BEVERLY J<br>4302 WESTERN RD LOT 36<br>FLINT, MI 48506 | 4313 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LORRAINE BOORE<br>34080 FAIRFAX DR<br>LIVONIA, MI 48152 | 26574 | Motors Liquidation Company | $21,023.00 | Equity Interest Claim | Pgs. 1-5 |
| LOUIS DUEMIG<br>2615 N. CHARLOTTE ST.<br>POTTSTOWN, PA 19464<br>UNITED STATES OF AMERICA | 70431 | Motors Liquidation Company | $4,990.00 | Equity Interest Claim | Pgs. 1-5 |
| LOUIS DUEMIG<br>2615 N CHARLOTTE ST<br>POTTSTOWN, PA 19464 | 70432 | Motors Liquidation Company | $3,260.00 | Equity Interest Claim | Pgs. 1-5 |
| LOWDER, JOHN L<br>1687 N KENNARD RD<br>NEW CASTLE, IN 47362 | 1784 | Motors Liquidation Company | $50,000.00 | Equity Interest Claim | Pgs. 1-5 |
| LOWLER, DONALD R<br>6414 SUNNYSIDE DR<br>DECKERVILLE, MI 48427 | 7829 | Motors Liquidation Company | $25,322.48 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| 151st Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
| --- | --- | --- | --- | --- | --- |
| **CLAIMS TO RECLASSIFY** | | | | | |
| LUCIUS ANTHONY<br>PO BOX 413<br>MERIDEN, CT 06450 | 67855 | Motors Liquidation Company | $3,273.57 | Equity Interest Claim | Pgs. 1-5 |
| LUDWIG HOFFMANN<br>BORNGASSE 65<br>55126 MAINZ GERMANY<br>GERMANY | 36661 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| LYBROOK, DANIEL H<br>8933 LOG RUN DR N<br>INDIANAPOLIS, IN 46234 | 62534 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LYLE BIRCHFIELD<br>303 NE 3RD AVE<br>WILLISTON, FL 32696 | 10118 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LYNN E KNEPP &<br>ROSE Y KNEPP JT TEN<br>2141 CAREY WAY<br>HUMMELSTOWN, PA 17036 | 16061 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| M LEVY & C B LEVY CO-TTEE<br>CAROL B LEVY REVOCABLE TRUST U/A<br>DTD 05/12/1999<br>6710 PELICAN BAY BLVD APT 435<br>NAPLES, FL 34108 | 7589 | Motors Liquidation Company | $19,923.79 | Equity Interest Claim | Pgs. 1-5 |
| M LOUISE KYLE & ROBERT C KYLE JTWROS<br>1213 PAOLI PIKE<br>WEST CHESTER, PA 19380 | 45283 | Motors Liquidation Company | $2,595.00 | Equity Interest Claim | Pgs. 1-5 |
| MAC ALPIN, JOSEPH AURTHER<br>365 BROMPTON RD<br>WILLIAMSVILLE, NY 14221 | 29821 | Motors Liquidation Company | $5,756.50 | Equity Interest Claim | Pgs. 1-5 |
| MACK SCOTT<br>1319 W 107TH ST<br>LOS ANGELES, CA 90044 | 6598 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MADELIN WOODBRIDGE &<br>CATHERINE A J WOODBRIDGE<br>JT TEN<br>6142 CARRIAGE HOUSE WAY<br>RENO, NV 89519 | 67776 | Motors Liquidation Company | $8,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

| 151st Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| MADELINE BERMAN TTEE<br>REWOCABEL TRUST 1941<br>6888 LISMORE AVE<br>BOYTON BEACH, FL 33437 | 15369 | Motors Liquidation Company | $35,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MALCOLM MILLER<br>1 NORTH 1025 EAST<br>LAFAYETTE, IN 47905 | 45606 | Motors Liquidation Company | $40,977.64 | Equity Interest Claim | Pgs. 1-5 |
| MALINDA CORNELIUS<br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449 | 36149 | Motors Liquidation Company | $4,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MALINDA CORNELIUS<br>6430 LIBERTY VALLEY DR<br>KATY, TX 77449 | 36150 | Motors Liquidation Company | $4,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MANFRED EHRMANN<br>DANZIGER STRABE 10<br>D-53909 ZULPICH GERMANY<br>GERMANY | 21371 | Motors Liquidation Company | $370.00 | Equity Interest Claim | Pgs. 1-5 |
| MANFRED JEBE<br>LEINPFAD 72<br>D-22299 HAMBURG GERMANY<br>GERMANY | 61096 | Motors Liquidation Company | $17,902.28 | Equity Interest Claim | Pgs. 1-5 |
| MANFRED KAMMERER<br>WELFENSTR 18<br>D-86836 UNTERMEITINGEN<br>GERMANY | 28716 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MARCO HEROIN<br>SONNEN STR 1<br>97618 WULFERSHAUSEN GERMANY<br>GERMANY | 21374 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MARGARET GRATHWOHL<br>106 E. Maple St.<br>Alexandria, VA 22301<br>UNITED STATES OF AMERICA | 37217 | Motors Liquidation Company | $182,930.00 | Equity Interest Claim | Pgs. 1-5 |
| MARGARETE KOWARZIK<br>STRUNDENER STRASSE 86 A<br>D-51069  KOLN GERMANY<br>GERMANY | 27207 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 6

**151st Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| MARGOT KARALIUS<br>1631 STRATFORD AVENUE<br><br>WESTCHESTER, IL 60154 | 36550 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARIA MAYER<br>6100 FAIRVIEW ROAD<br><br>AUSTINTOWN, OH 44515<br>UNITED STATES OF AMERICA | 64598 | Motors Liquidation Company | $124,671.82 | Equity Interest Claim | Pgs. 1-5 |
| MARIA S BELL<br>PO BOX 4<br><br>LAYTON, NJ 07851 | 38842 | Motors Liquidation Company | $12.45 | Equity Interest Claim | Pgs. 1-5 |
| MARIE LEVENTIS & DINO LEVENTIS JOINT TTEE<br>DECLARATION OF TRUST MARIE V.<br>U/A DTD 11/04/1993<br>2070 PALMER LN<br>GREEN OAKS, IL 60048 | 9738 | Motors Liquidation Company | $15,965.65 | Equity Interest Claim | Pgs. 1-5 |
| MARIETTA CALABRESE GLORIA<br>CALABRESE EMANUEL CALABRESE &<br>MICHAEL CALABRESE JWROS<br>1746 WEST 2ND STREET<br>BROOKLYN, NY 11223 | 21159 | Motors Liquidation Company | $2,712.50 | Equity Interest Claim | Pgs. 1-5 |
| MARILYN N DUBINSKI<br>SEPARATE PROPERTY<br>608 W EL PRADO DR<br>SAN ANTONIO, TX 78212 | 11726 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARIO J MANZO (IRA)<br>FCC AS CUSTODIAN<br>393 HADLEIGH LN<br>N BRUNSWICK, NJ 08902 | 2501 | Motors Liquidation Company | $44,530.99 | Equity Interest Claim | Pgs. 1-5 |
| MARJORIE E MORGAN<br>312 ARDON LANE<br><br>CINCINNATI, OH 45215 | 8818 | Motors Liquidation Company | $12,049.00 | Equity Interest Claim | Pgs. 1-5 |
| MARK G VIVIRITO<br>1813 GREYSTONE HEIGHT DR<br><br>VALRICO, FL 33594 | 63411 | Motors Liquidation Company | $500.73 | Equity Interest Claim | Pgs. 1-5 |
| MARK GIROWSKI<br>1027 INCA TRL<br><br>LAKE ORION, MI 48362 | 62142 | Motors Liquidation Company | $23,638.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 151st Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
|---|---|---|---|---|---|
| MARK WAGLE<br>NO 11 S. HAMPTON<br>WICHITA, KS 67207 | 766 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| MARKUS LEHMANN<br>KARL-HAENEL-STR 35<br>80999 MUNICH GERMANY<br>GERMANY | 28485 | Motors Liquidation Company | $10,361.70 | Equity Interest Claim | Pgs. 1-5 |
| MARTIN IMMKE<br>ZILLESTR. 99C<br>10585 BERLIN GERMANY<br>GERMANY | 32757 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| MARTIN KOHN<br>OLOF PALME STR 7<br>D-60439 FRANKFURT GERMANY<br>GERMANY | 30195 | Motors Liquidation Company | $1,700.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARTIN WAGMAN<br>6040 BLUEGRASS DR<br>BOYNTON BEACH, FL 33437 | 4892 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MARY ANN PACILLI<br>34 FERNCLIFF ROAD<br>BLOOMFIELD, NJ 07003 | 12865 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARY ANN RINGKAMP<br>2330 W FALMOUTH AV<br>ANAHEIM, CA 92801 | 64490 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARY KOPICKI<br>15991 PHEASANT RIDGE CT<br>MACOMB, MI 48044 | 14150 | Motors Liquidation Company | $4,222.96 | Equity Interest Claim | Pgs. 1-5 |
| MARY MUELLER<br>511 CAYUGA CT<br>BOULDER CITY, NV 89005 | 8463 | Motors Liquidation Company | $200,022.00 | Equity Interest Claim | Pgs. 1-5 |
| MARY RAIA<br>2826 COUNTRY CLUB BLVD<br>SUGARLAND, TX 77478 | 5596 | Motors Liquidation Company | $13,200.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 151st Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| MASON, RONALD D<br>64 ELF TRL<br>BASSETT, VA 24055 | 19753 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| MATHIAS WILL<br>NUSSAECKER STR 36<br>74096 BAD RAPPENAU GERMANY<br>GERMANY | 63067 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim — Pgs. 1-5 |
| MATTHEWS, JOHN H<br>232 S CHESTNUT<br>REED CITY, MI 49677 | 1707 | Motors Liquidation Company | $544.00 | Equity Interest Claim — Pgs. 1-5 |
| MATTOS, DIEGO<br>CONDOMINIO LA MANCHA 208<br>CAROLINA, PR 00979 | 62901 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| MAURER, RONALD E<br>771 WREN RD<br>FRANKENMUTH, MI 48734 | 10578 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| MC ELWEE, RICKY L<br>4818 CLEVELAND AVE<br>KANSAS CITY, KS 66104 | 36937 | Motors Liquidation Company | $10,895.14 | Equity Interest Claim — Pgs. 1-5 |
| MC FATRIDGE, CHARLES R<br>2501 W IRVINGTON PL<br>TUCSON, AZ 85746 | 2396 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| MC&CO C/F<br>MARY ANN RINGKAMP<br>IRA STANDARD DATED 09/03/93<br>2330 WEST FALMOUTH AVE<br>ANAHEIM, CA 92801 | 64491 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| MCCAIN, JOYCE E<br>4238 HASTINGS DR<br>GRAND BLANC, MI 48439 | 28001 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| MCCUMBER, PAUL L<br>2226 W GLENMOOR LN<br>JANESVILLE, WI 53545 | 3719 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

09-50026-mg    Doc 9614-1    Filed 03/07/11    Entered 03/07/11 11:43:16    Exhibit A
Pg 11 of 11

151st Omnibus Objection                                                                                       Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

Exhibit A

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| MCDONALD, PEGGY W<br>2240 MEADOWLARK LN E<br>REYNOLDSBURG, OH 43068 | 9888 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCINNIS, PATRICK K<br>3112 DEARBORN AVE<br>FLINT, MI 48507 | 65343 | Motors Liquidation Company | $14,792.64 | Equity Interest Claim | Pgs. 1-5 |
| MCKINLEY, MELVIN L<br>1109 TRYON CIR<br>SPRING HILL, FL 34606 | 26863 | Motors Liquidation Company | $945.26 | Equity Interest Claim | Pgs. 1-5 |
| MCKINNEY, FREDERICK L<br>3619 BAYVIEW DR<br>DANVILLE, IL 61832 | 69342 | Motors Liquidation Company | $4,629.00 | Equity Interest Claim | Pgs. 1-5 |
| MCMILLAN, ANNA M<br>15 SWEET WILLIAM WAY<br>LANGHORNE, PA 19047 | 65371 | Motors Liquidation Company | $104,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MCVEY, CAROLYN M<br>642 W SOPER RD<br>BAD AXE, MI 48413 | 32979 | Motors Liquidation Company | $2,187.00 | Equity Interest Claim | Pgs. 1-5 |
| MEHLE, ANTHONY A<br>989 VILLA PL<br>GIRARD, OH 44420 | 19953 | Motors Liquidation Company | $21,777.50<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MEILNER, EDWARD<br>135 MAPLE LN<br>NEW LENOX, IL 60451 | 13105 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

***CLAIMS TO BE RECLASSIFIED***   **97**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.