| 153rd Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PLOUFFE, DANIEL C<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236 | 45171 | Motors Liquidation Company | $162,320.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RONALD C TANCIAR<br>220 RIDGE RUN CROSSING<br>ATHENS, GA 30605 | 49590 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RUTH MEYER<br>3000 OCEAN PARKWAY APT 16S<br>BROOKLYN, NY 11235 | 68969 | Motors Liquidation Company | $3,300.00 | Equity Interest Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*     **3**

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| 153rd Omnibus Objection | | Motors Liquidation Company, et al. |
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PLYMALE, BENJAMIN W<br>4015 SW 185TH AVE<br>ALOHA, OR 97007 | 44710 | Motors Liquidation Company | $13,350.00 | Equity Interest Claim | Pgs. 1-5 |
| POWERS, RUTH M<br>1136 SAXON COURT<br>THE VILLAGES, FL 32162 | 69063 | Motors Liquidation Company | $1,418.92 | Equity Interest Claim | Pgs. 1-5 |
| PRATER, ROSALIE<br>1455 RAY RD<br>FENTON, MI 48430 | 62696 | Motors Liquidation Company | $707.16 | Equity Interest Claim | Pgs. 1-5 |
| PRATHER, KERRY R<br>6810 ACTON ROAD<br>INDIANAPOLIS, IN 46259 | 65673 | Motors Liquidation Company | $36,397.24 | Equity Interest Claim | Pgs. 1-5 |
| PRECZEWSKI, JAMES J<br>PO BOX 952<br>PRUDENVILLE, MI 48651 | 12817 | Motors Liquidation Company | $646.00 | Equity Interest Claim | Pgs. 1-5 |
| PRIER OTTO<br>WEIDSTRASSE NR 5<br>55120 MAINZ GERMANY<br>GERMANY | 64054 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| PRITZ JR, CHARLES<br>7715 ANDERSON AVE NE<br>WARREN, OH 44484 | 8022 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PULLICIN, RICHARD J<br>PO BOX 126<br>METAMORA, MI 48455 | 28154 | Motors Liquidation Company | $1,290.53 | Equity Interest Claim | Pgs. 1-5 |
| PURCELL, PHYLLIS<br>10390 AUDIE BROOK DR<br>SPRING HILL, FL 34608 | 2512 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| RADTKE CARL O<br>1365 ABERCROMBIE WAY<br>THE VILLAGES, FL 32162 | 65627 | Motors Liquidation Company | $13,599.00 | Equity Interest Claim  Pgs. 1-5 |
| RAGUSA, MARY H<br>32 INDEPENDENCE ST<br>TARRYTOWN, NY 10591 | 62895 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| RAMPELT CIPRIAN JON<br>WALTER-SCOTT-STR 4<br>80687 MUNCHEN GERMANY<br>GERMANY | 28517 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim  Pgs. 1-5 |
| RATUSZNIK, SHARON F<br>17627 DOLORES ST<br>LIVONIA, MI 48152 | 68424 | Motors Liquidation Company | $201.60 | Equity Interest Claim  Pgs. 1-5 |
| RAY NAQUIN<br>1500 S ELM ST<br>HAMMOND, LA 70403<br>UNITED STATES OF AMERICA | 22766 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| RAY, DORIS J<br>4946 W 24TH ST<br>SPEEDWAY, IN 46224 | 65680 | Motors Liquidation Company | $6,688.50 | Equity Interest Claim  Pgs. 1-5 |
| RAYMOND J HAARMAN<br>RAYMOND J HAARMAN<br>9033 WINTON ROAD<br>CINCINNATI, OH 45231 | 45796 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| REDD, EARL L<br>16005 TEMPLAR CIR<br>SOUTHFIELD, MI 48075 | 65683 | Motors Liquidation Company | $65,514.55 | Equity Interest Claim  Pgs. 1-5 |
| REDMOND, ELIZABETH<br>1238 PARADISE WAY<br>VENICE, FL 34285 | 2584 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| REED, LINDA D<br>6417 E CALLE DEL NORTE<br>ANAHEIM, CA 92807 | 69760 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim  Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 153rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| REESE, WILLIE L<br>C/O OLIVETTE REESE<br>1730 YARDLEY CIR<br>DAYTON, OH 45459 | 1936 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| REGINA BERTRAM<br>ZIEGELEIWEG 39<br>D-40591 DÜSSELDORF GERMANY<br>GERMANY | 61106 | Motors Liquidation Company | $17,876.86 | Equity Interest Claim | Pgs. 1-5 |
| REINBOLD, JAMES H<br>641 W SCHLEIER ST APT D2<br>FRANKENMUTH, MI 48734 | 15505 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| REMATE DOERR<br>ALTIGWEG 30<br>D-79650 SCHOPFHEIM GERMANY<br>GERMANY | 61870 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RENATE MCGOWAN<br>AM FLEITGRABEN 30<br>29336 NIENHAGEN GERMANY<br>GERMANY | 30958 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| REYNOLDS, LUCY JEAN<br>PO BOX 924<br>MUNFORDVILLE, KY 42765 | 2990 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICH, WILLIAM C<br>506 E GENEVA DR<br>DEWITT, MI 48820 | 51103 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARD A SOMMESE<br>415 HILLSIDE AVE<br>NUTLEY, NJ 07110 | 68287 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RICHARD BEANY<br>3855 EDINBURGH DR<br>YOUNGSTOWN, OH 44511 | 18222 | Motors Liquidation Company | $300,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD BINDAS<br>720 S SCHENLEY AVE<br>YOUNGSTOWN, OH 44509 | 2570 | Motors Liquidation Company | $3,205.74 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| RICHARD GRAHAM<br>WBNA CUSTODIAN ROTH IRA<br>2563 SW RIVER KNOLL DR<br>LILBURN, GA 30047 | 4101 | Motors Liquidation Company | $4,476.69 | Equity Interest Claim    Pgs. 1-5 |
| RICHARD HORNBERGER<br>JEAN HORNBERGER<br>DENNIS M HORNBERGER<br>PO BOX 251<br>BROWNSTOWN, PA 17508 | 12319 | Motors Liquidation Company | $7,560.00 | Equity Interest Claim    Pgs. 1-5 |
| RICHARD HUGHES<br>4716 MAC DR<br>ANDERSON, IN 46013 | 1854 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| RICHARD L COBB<br>1145 HALLMARK DR<br>SHREVEPORT, LA 71118 | 70476 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| RICHARD OWENS<br>980 WILMINGTON AVE APT 923<br>DAYTON, OH 45420 | 1801 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| RICHARDSON, CLAYTON E<br>11450 W PLEASANT VALLEY RD<br>BLANCHARD, MI 49310 | 19030 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| RICHARDSON, ZELMA L<br>3032 MARVIN DR<br>ADRIAN, MI 49221 | 4847 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| RICHTER, RICHARD J &<br>R J RICHTER<br>19858 FALLEN LEAF DR<br>PIONEER, CA 95666 | 45070 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| RICKEY HUBBLE<br>6683 N 200 E<br>ALEXANDRIA, IN 46001 | 62240 | Motors Liquidation Company | $89,982.56 | Equity Interest Claim    Pgs. 1-5 |
| RINALDO DOSUALDO<br>IM WINKEL 27<br>D-49191 BELM GERMANY<br>GERMANY | 68362 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

09-50026-mg    Doc 9615-1    Filed 03/07/11    Entered 03/07/11 11:45:43    Exhibit A
Pg 6 of 11

153rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| RITA M ORECCHIO<br>CAROL A BIRGFELD AND<br>WILLIAM M ORECCHIO AS POA<br>149 W END AVE<br>SOMERVILLE, NJ 08876 | 69515 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RIZZI, RAMON R<br>42156 BRIANNA DR<br>CLINTON TOWNSHIP, MI 48038 | 2062 | Motors Liquidation Company | $10,200.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT BRYDSON<br>1360 Beaver Way<br>La Verne, CA 91750<br>UNITED STATES OF AMERICA | 44668 | Motors Liquidation Company | $90,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT C GERHARD &<br>JANE D GERHARD<br>JT TEN<br>331 WINDING WAY<br>GLENSIDE, PA 19038 | 29508 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT D COLE JR<br>7 SAGAMORE DR<br>ANDOVER, MA 01810 | 16997 | Motors Liquidation Company | $32,055.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT DENNIS<br>4760 LEE HILL RD<br>MAYVILLE, MI 48744 | 3866 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT E LAGROUE<br>1951 CREIGHTON RD<br>PENSACOLA, FL 32504 | 20235 | Motors Liquidation Company | $142.92 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT H MILLSAPS<br>114 WEST LEGACY DR<br>BRANDON, MS 39042 | 735 | Motors Liquidation Company | $389,619.05 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT J ROYER<br>662 TREASURE CIRCLE<br>WEBSTER, NY 14580 | 3554 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROBERT L EATON & ELSIE B EATON JT TEN<br>519 HEMLOCK DRIVE<br>WOODSTOCK, GA 30188 | 45260 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| ROBERT L ROHR AND JOAN T ROHN JT TEN<br>3215 OAKMONT AVE<br>KETTERING, OH 45429 | 16858 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| ROBERT M. BELL, TRUST<br>1001 CITY AVE<br>EE 920<br>WYNNEWOOD, PA 19096<br>UNITED STATES OF AMERICA | 20149 | Motors Liquidation Company | $14,769.79 | Equity Interest Claim — Pgs. 1-5 |
| ROBERT MILLSAPS<br>114 WEST LEGACY DRIVE<br>BRANDON, MS 39042 | 69628 | Motors Liquidation Company | $389,619.05 | Equity Interest Claim — Pgs. 1-5 |
| ROBERT ROYER<br>662 TREASURE CIR<br>WEBSTER, NY 14580 | 3553 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| ROBERT VAN TONGERLOO<br>64245 TIPPERARY DR<br>WASHINGTON, MI 48095 | 5745 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| ROBERT WATZLAWICK<br>AM GAISSBERG 3<br>85309 POERNBACH GERMANY<br>GERMANY | 23301 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim — Pgs. 1-5 |
| ROBINSON, RUBY L<br>2615 N WATERFORD DR<br>FLORISSANT, MO 63033 | 3558 | Motors Liquidation Company | $1,783.53<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| RODDEY, JAMES A<br>1828 RUSSELL AVE<br>CHARLOTTE, NC 28216 | 7386 | Motors Liquidation Company | $36.55 | Equity Interest Claim — Pgs. 1-5 |
| ROGER & BARBARA GETTS<br>620 SOUTH KEYSER AVE<br>TAYLOR, PA 18517 | 7529 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| ROGER LAMPMAN<br>140 LOOKOUT POINT ROAD<br>COMFORT, TX 78013 | 9561 | Motors Liquidation Company | $375.00 | Equity Interest Claim — Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
| --- | --- | --- | --- | --- | --- |
| ROGER WENDLING<br>WALDWEG 12<br>97490 POPPENHAUSEN GERMANY<br>GERMANY | 62025 | Motors Liquidation Company | $1,460.00 | Equity Interest Claim | Pgs. 1-5 |
| ROGERS JR, RALPH<br>38066 MEGAN PL<br>LISBON, OH 44432 | 15541 | Motors Liquidation Company | $1,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ROHR, ROBERT L<br>3215 OAKMONT AVE<br>KETTERING, OH 45429 | 16857 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROLAND SCHMIDT<br>AM KAVALLERIESAND 371<br>64295 DARMSTADT, GERMANY<br>GERMANY | 24264 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RONALD A BRANDT<br>732 VOLTERRA BLVD<br>KISSIMMEE, FL 34759 | 15814 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RONALD A SCHMIDT<br>2271 PALO DURO BLVD<br>NORTH FORT MYERS, FL 33917<br>UNITED STATES OF AMERICA | 6489 | Motors Liquidation Company | $7,313.50 | Equity Interest Claim | Pgs. 1-5 |
| RONALD CARVER IRA<br>1033 S COOPER ST<br>KOKOMO, IN 46902 | 65234 | Motors Liquidation Company | $39.04 | Equity Interest Claim | Pgs. 1-5 |
| RONALD D TATE<br>20 GREEN HILLS CT<br>GREENTOWN, IN 46936 | 10287 | Motors Liquidation Company | $23.38 | Equity Interest Claim | Pgs. 1-5 |
| ROSEMARY J. MILCHUCK AND CHARLENE H. MINOR JTWROS<br>29843 NORMA DR<br>WARREN, MI 48093 | 28449 | Motors Liquidation Company | $4,533.26 | Equity Interest Claim | Pgs. 1-5 |
| ROSEMARY M SCHACHT<br>1316 STONEWOOD CIRCLE<br>WEST BEND, WI 53095 | 12878 | Motors Liquidation Company | $19,564.47 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| ROSWITHA KLEMM<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>505 ROTH CT<br>SAINT PETERS, MO 63304 | 44641 | Motors Liquidation Company | $5,745.00 | Equity Interest Claim | Pgs. 1-5 |
| ROTHE, GARY L<br>818 SNOWMASS DR<br>ROCHESTER HLS, MI 48309 | 2036 | Motors Liquidation Company | $16,900.00 | Equity Interest Claim | Pgs. 1-5 |
| ROUNKE, MARY LOUISE<br>35950 LARCHWOOD ST<br>CLINTON TOWNSHIP, MI 48035 | 9651 | Motors Liquidation Company | $429.81 | Equity Interest Claim | Pgs. 1-5 |
| ROY BOYER<br>4132 ROCK HILL LOOP<br>APOPKA, FL 32712 | 8751 | Motors Liquidation Company | $3,611.28 | Equity Interest Claim | Pgs. 1-5 |
| ROY SMOTHERMAN<br>2150 SEYMOUR LAKE RD<br>ORTONVILLE, MI 48462 | 3775 | Motors Liquidation Company | $94,397.70 | Equity Interest Claim | Pgs. 1-5 |
| RUDOLF DITTRICH<br>DIESTELWEG 30<br>28816 STUHR GERMANY<br>GERMANY | 30953 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| RUMMEL, GEORGE C<br>30 SHARON DR<br>RICHBORO, PA 18954 | 5725 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RUTH KELLER & RONALD KELLER TTEES<br>KELLER REV LIV TRUST<br>12729 CHANDELLE CT NE<br>ALBUQUERQUE, NM 87112 | 30734 | Motors Liquidation Company | $22,650.00 | Equity Interest Claim | Pgs. 1-5 |
| RUTH S KRAWITZ<br>7900 ELKINS PARK HOUSE<br>APT 507A<br>ELKINS PARK, PA 19027 | 29290 | Motors Liquidation Company | $33,541.50 | Equity Interest Claim | Pgs. 1-5 |
| RUTH WEBB<br>3530 COTTAGE MEADOW WAY<br>LAUGHLIN, NV 89029 | 27304 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| RUTTER, RHODA L<br>1105 JACKSON ST<br>LINDSAY, OK 73052 | 26515 | Motors Liquidation Company | $12,349.40 | Equity Interest Claim | Pgs. 1-5 |
| RYSTED, BETTY J<br>4608 NW 32ND PL<br>OKLAHOMA CITY, OK 73122 | 12852 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SAFF, ROBERT E<br>2621 COUNTRYSIDE DR<br>LEBANON, IN 46052 | 68288 | Motors Liquidation Company | $1,243.46 | Equity Interest Claim | Pgs. 1-5 |
| SAHINKAYA SIDKI<br>KÄTHE-DORSCH-RING 20<br>12353 BERLIN GERMANY<br>GERMANY | 28697 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SALVATERRA, MARYLOU<br>5285 NW HWY 225A<br>OCALA, FL 34482 | 7751 | Motors Liquidation Company | $12,633.03 | Equity Interest Claim | Pgs. 1-5 |
| SANDIFER, YOLONDA J<br>234 BROOKVIEW PL<br>WOODSTOCK, GA 30188 | 28055 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SANDIFER, YOLONDA JOINER<br>234 BROOKVIEW PL<br>WOODSTOCK, GA 30188 | 28056 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SANDRA A RICCA<br>604 NORTH SCOTT<br>SANTA MARIA, CA 93454 | 23360 | Motors Liquidation Company | $25,120.92 | Equity Interest Claim | Pgs. 1-5 |
| SANDRA M HENSON<br>1351 AARONS RUN CIRCLE<br>SALEM, VA 24153 | 63100 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SARA BAITY<br>82 GILBERT ST APT 13-1<br>LE ROY, NY 14482 | 31527 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 153rd Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| | **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|---|
| SCHMITT, GERARD F<br>200 ALPINE DR<br>ROCHESTER, NY 14618 | 19578 | Motors Liquidation Company | $388.50 | Equity Interest Claim | Pgs. 1-5 |
| SCHONDIENST, ALOIS<br>FAULENBACH STR 5<br>D 78573 WURMLINGEN  GERMANY<br>GERMANY | 62255 | Motors Liquidation Company | $1,133.00 | Equity Interest Claim | Pgs. 1-5 |
| SCHONWIESE HELMUT<br>AM NIBELUNGENBAD 106<br>XANTEN 46509 GERMANY<br>GERMANY | 27033 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SCHREITER, STEPHEN F<br>104 BROOKDALE DR<br>S MILWAUKEE, WI 53172 | 65064 | Motors Liquidation Company | $2,800.00 | Equity Interest Claim | Pgs. 1-5 |
| SCOTT A RAPPOPORT FBO<br>SIENE RAPPOPORT ED SUNGO ACCT<br>CHARLES SCHWAB 1ST CO CUST<br>8861 CAMINITO SUENO<br>LA JOLLA, CA 92037 | 67848 | Motors Liquidation Company | $683.95 | Equity Interest Claim | Pgs. 1-5 |
| SCOTT BARR<br>8059 MCCANN ST<br>SWARTZ CREEK, MI 48473 | 46116 | Motors Liquidation Company | $60,225.38 | Equity Interest Claim | Pgs. 1-5 |
| SEAGRAVE-SMITH, GENEVIEVE<br>1740 IRONWOOD PL<br>TEMPLETON, CA 93465 | 5116 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SEARS, DAVID V<br>460 BROAD LEAF CT<br>CHAPEL HILL, NC 27517 | 28962 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |

***CLAIMS TO BE RECLASSIFIED***          **97**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.