| 154th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WATERS, CARROL R<br>6082 TRINETTE AVE<br>GARDEN GROVE, CA 92845 | 33413 | Motors Liquidation Company | $198,422.88 | Equity Interest Claim | Pgs. 1-5 |

| *OBJECTION ADJOURNED* | **1** |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| 154th Omnibus Objection | | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SEBASTIAN BARTH<br>HIMMERNSTR 30A<br>78343 GAIENHOFEN GERMANY<br>GERMANY | 68645 | Motors Liquidation Company | $192.53 | Equity Interest Claim | Pgs. 1-5 |
| SECEN DONALD<br>49517 KEYCOVE ST<br>CHESTERFIELD, MI 48047 | 31422 | Motors Liquidation Company | $394,839.41 | Equity Interest Claim | Pgs. 1-5 |
| SELLERS, KENNETH F<br>29202 GRIX RD<br>NEW BOSTON, MI 48164 | 11692 | Motors Liquidation Company | $1,843.67 | Equity Interest Claim | Pgs. 1-5 |
| SHAREN ROESER<br>469 FRANCONIAN DR E<br>FRANKENMUTH, MI 48734 | 8082 | Motors Liquidation Company | $1,794.00 | Equity Interest Claim | Pgs. 1-5 |
| SHARI KENDRICK<br>553 PHANTOM RIDER TRAIL<br>SPRING BRANCH, TX 78070<br>UNITED STATES OF AMERICA | 68523 | Motors Liquidation Company | $9,863.13 | Equity Interest Claim | Pgs. 1-5 |
| SHARON FREY<br>18536 ROSELAND BLVD<br>LATHRUP VILLAGE, MI 48076 | 18254 | Motors Liquidation Company | $175,353.92 | Equity Interest Claim | Pgs. 1-5 |
| SHEILA BELL, TRUST<br>1001 CITY AVE<br>EE 920<br>WYNNEWOOD, PA 19096<br>UNITED STATES OF AMERICA | 20150 | Motors Liquidation Company | $9,366.13 | Equity Interest Claim | Pgs. 1-5 |
| SHEILA CHUSTEK AND<br>MELANIE CHUSTEK AND<br>DAVID CHUSTEK AND<br>MICHAEL CHUSTEK JTWROS<br>75-07 182ND ST<br>FLUSHING, NY 11366 | 7323 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SHELVY, THOMAS E<br>2180 HICKORY LEAF DR<br>ROCHESTER HLS, MI 48309 | 4178 | Motors Liquidation Company | $116,751.22 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 154th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| SHEU, JIN-LONG<br>10F 52 SECTION 5<br>CHENG KUNG RD<br>NEI HU DISTRICT<br>TAIPEI TAIWAN<br>TAIWAN | 64943 | Motors Liquidation Company | $315,081.69 | Equity Interest Claim    Pgs. 1-5 |
| SHIRLEY DOST<br>4555 POND RUN<br>CANTON, MI 48188 | 19487 | Motors Liquidation Company | $13,764.35 | Equity Interest Claim    Pgs. 1-5 |
| SHIRLEY H KEATING<br>2251 S FORT APACHE APT 2126<br>LAS VEGAS, NV 89117<br>UNITED STATES OF AMERICA | 43412 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| SHIRLEY KRAUSE<br>6464 BYRON HOLLEY RD<br>BYRON, NY 14422 | 6631 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| SHUN-PING CHEN<br>AUF DER OHE 15<br>BARMSTEDT GERMANY D-25355<br>GERMANY | 27148 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim    Pgs. 1-5 |
| SHUTTER, RODGER W<br>131 OAK MARR DR<br>HOUGHTON LAKE, MI 48629 | 2060 | Motors Liquidation Company | $241,732.72 | Equity Interest Claim    Pgs. 1-5 |
| SIEW NONG LIM<br>7267 CANTON STREET RD<br>BALDWINSVILLE, NY 13027 | 13325 | Motors Liquidation Company | $80.75 | Equity Interest Claim    Pgs. 1-5 |
| SILAS OWSLEY JR<br>90 STATE ST<br>SPRINGBORO, OH 45066 | 1781 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |
| SILVESTRI, LEO<br>16723 FIELDSTONE RDG<br>MACOMB, MI 48042 | 61708 | Motors Liquidation Company | $1,715.00 | Equity Interest Claim    Pgs. 1-5 |
| SKRIDULIS, JOHN C<br>1370 LARKMOOR BLVD<br>BERKLEY, MI 48072 | 65517 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim    Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 154th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| SMART, MOLLY A<br>215 CLARITY CT<br>GREER, SC 29650 | 64247 | Motors Liquidation Company | $4,448.84 | Equity Interest Claim | Pgs. 1-5 |
| SMITH, HAROLD WALTER<br>206 E NORTH ST<br>SAINT CHARLES, MI 48655 | 61449 | Motors Liquidation Company | $15,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SMITH, MARCELLA M<br>6307 OUTLOOK DR<br>MISSION, KS 66202 | 20778 | Motors Liquidation Company | $1,029.00 | Equity Interest Claim | Pgs. 1-5 |
| SMOTHERMAN, ROY L<br>2150 SEYMOUR LAKE RD<br>ORTONVILLE, MI 48462 | 4516 | Motors Liquidation Company | $59,732.05 | Equity Interest Claim | Pgs. 1-5 |
| SOCIETE EUROPEENNE DE BANQUE SA<br>19/21 BOULEVARD DU PRINCE HENRI<br>L-1724 LUXEMBOURG<br>LUXEMBOURG | 60741 | Motors Liquidation Company | $11,745.00 | Equity Interest Claim | Pgs. 1-5 |
| SOENNICHSEN<br>CHRISTIAN<br>KANTSTRASSE 62<br>D 14612 FALKENSEE GERMANY<br>GERMANY | 44371 | Motors Liquidation Company | $380.00 | Equity Interest Claim | Pgs. 1-5 |
| SOLANDINE, DIXIE H<br>1845 BARTH AVE<br>INDIANAPOLIS, IN 46203 | 64023 | Motors Liquidation Company | $7,500.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SOLLY, GILBERT J<br>12877 ALLEGHANY RD<br>IRVING, NY 14081 | 2012 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| SOPHIA SEYKA<br>3433 COOLEY DR<br>LANSING, MI 48911 | 14826 | Motors Liquidation Company | $825.00 | Equity Interest Claim | Pgs. 1-5 |
| SOPHIE QUINN CUSTODIAN<br>MIMI QUINN UTMA/IL<br>221 DODGE<br>DEKALB, IL 60115 | 29568 | Motors Liquidation Company | $85.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

| 154th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| SPINA, IGNASIO P<br>59 ADAMS ST<br>EDISON, NJ 08820 | 21059 | Motors Liquidation Company | $175,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STAATS, BERTHA<br>1919 BEACON ST<br>WASHINGTON COURT HOUSE, OH 43160 | 14696 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STAELGRAEVE, GEORGE A<br>108 HOUGHTON VIEW DR<br>PRUDENVILLE, MI 48651 | 68522 | Motors Liquidation Company | $5,502.55 | Equity Interest Claim | Pgs. 1-5 |
| STALL, PAUL E<br>436 SPRINGSIDE DR<br>DAYTON, OH 45440 | 18446 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STANLEY MOZDZEN<br>PO BOX 1162<br>INTERLACHEN, FL 32148 | 9257 | Motors Liquidation Company | $5,695.00 | Equity Interest Claim | Pgs. 1-5 |
| STELLA, EMILLE<br>8889 SE 132ND LOOP<br>SUMMERFIELD, FL 34491 | 4551 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN E SCHEELE<br>9013 INDIANAPOLIS BLVD<br>HIGHLAND, IN 46322 | 70105 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN R STEINFELDT<br>17515 MAGNOLIA BLVD<br>ENCINO, CA 91316 | 69749 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STEVEN E PHILLIPS<br>IRA DCG & T TTEE<br>3141 PHILLIPS ROAD<br>MARATHON, NY 13803 | 22500 | Motors Liquidation Company | $469.65 | Equity Interest Claim | Pgs. 1-5 |
| STEVEN J SIAR<br>207 S MORGAN AVE<br>WHEATON, IL 60187 | 68271 | Motors Liquidation Company | $1,488.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 154th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
|---|---|---|---|---|---|
| STOLPIN, ROGER M<br>3136 QUICK RD<br>HOLLY, MI 48442 | 61371 | Motors Liquidation Company | $1,080.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STONE, BRENT M<br>2154 HAINES RD<br>LAPEER, MI 48446 | 5064 | Motors Liquidation Company | $30,000.00 | Equity Interest Claim | Pgs. 1-5 |
| STRUL USER AND MANUELA USER<br>JT TEN<br>5452 CLAIRDIGE LANE<br>W BLOOMFIELD, MI 48322 | 65410 | Motors Liquidation Company | $9,500.00 | Equity Interest Claim | Pgs. 1-5 |
| SUHY, JUDITH L<br>2353 HAYSON AVE<br>PITTSBURGH, PA 15220 | 1946 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SULHDOST LISA<br>OTTO-BRAUNSTR 19<br>40595 DUSSELDORF GERMANY<br>GERMANY | 61220 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SULLIVAN, VICTOR J<br>10757 N COUNTY ROAD 400 E<br>PITTSBORO, IN 46167 | 1889 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SUMMERHILL, ELIZABETH F<br>675 CLUBLAND CIR SE<br>CONYERS, GA 30094 | 32802 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SUPPER, REINHARD<br>AM HORSTENSTEIN 24B<br>12277 BERLIN  GERMANY<br>GERMANY | 26742 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| SUSAN G. JOSEPH, PHD<br>2499 PEACHTREE ROAD<br>APT. 701<br>ATLANTA, GA 30305 | 23463 | Motors Liquidation Company | $7,476.00 | Equity Interest Claim | Pgs. 1-5 |
| SUSAN KAYE BULAR<br>C/O SUSAN BULAR<br>2288 MATTIE LU DRIVE<br>AUBURN HILLS, MI 48326 | 436 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 154th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| TAIFOOK SECURITIES COMPANY LTD<br>A/C CLIENTS<br>NEW WORLD TOWER I 25TH FLOOR<br>16-18 QUEEN'S ROAD<br>CENTRAL HONG KONG, HONG KONG<br>HONG KONG, CHINA | 22206 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TANN MEKSAVANH<br>2310 MAGNOLIA WAY<br>NATIONAL CITY, CA 91950 | 1117 | Motors Liquidation Company | $2,701.95 | Equity Interest Claim | Pgs. 1-5 |
| TECKLA F MACKAUER<br>215 SUNSET LANE<br>HOWELL, NJ 07731 | 2543 | Motors Liquidation Company | $209.26 | Equity Interest Claim | Pgs. 1-5 |
| TEMAYA THOMPKINS<br>300 BONNIE LN<br>FAYETTEVILLE, GA 30215 | 32912 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TERI L POKUSA<br>3819 SCHOOLWAY AVE<br>NEW SMYRNA, FL 32169 | 2550 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THAD BRISBOY<br>6448 S SHERMAN RD<br>BLANCHARD, MI 49310 | 17118 | Motors Liquidation Company | $9,168.54 | Equity Interest Claim | Pgs. 1-5 |
| THAMARUKUDY YOYAKEY<br>6526 CANMOOR DR<br>TROY, MI 48098 | 44362 | Motors Liquidation Company | $32,871.85 | Equity Interest Claim | Pgs. 1-5 |
| THE ESTATE OF ANNE B TRAIN<br>CAROLYN TRAIN EXECUTOR<br>FOR THE ESTATE OF ANNE TRAIN<br>2460 HARRINGTON DRIVE<br>DECATUR, GA 30033 | 19867 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THE HUTTEN LIV TRUST<br>UAD 11/15/93<br>DONALD W HUTTEN &<br>CONSTANCE J HUTTEN TTEES<br>11031 WELLSLEY CT<br>SAINT LOUIS, MO 63146 | 28066 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 154th Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| THEOR POSPIECH<br>4944 BOXWOOD CIR<br>BOYTON BEACH, FL 33436 | 70050 | Motors Liquidation Company | $25,000.00 | Equity Interest Claim | Pgs. 1-5 |
| THERESA O NELSON<br>101 CARDINAL CT<br>DOTHAN, AL 36303 | 68936 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THIEM, GERTRUDE E<br>2973 CLAYBURN RD<br>SAGINAW, MI 48603 | 17516 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THOMAS D JOHNSON<br>37 CREEKRIDGE RD<br>GREENVILLE, SC 29607 | 1259 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THOMAS H SCHOLTEN<br>2072 MARQUESAS AVE<br>TEGA CAY, SC 29708 | 30920 | Motors Liquidation Company | $1,487.00 | Equity Interest Claim | Pgs. 1-5 |
| THOMAS J CALLARD<br>12427 CENTER RD<br>FENTON, MI 48430 | 4876 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| THOMAS NORDHUES<br>PUETRICHSTRASSE 12<br>D-82131 GAUTING GERMANY<br>GERMANY | 30263 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| THOMAS PUETZ<br>GELLEPER STR 4<br>40668 MEERBUSCH GERMANY<br>GERMANY | 64046 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| THOMAS SHELVY<br>2180 HICKORY LEAF DR<br>ROCHESTER HLS, MI 48309 | 4594 | Motors Liquidation Company | $116,751.22 | Equity Interest Claim | Pgs. 1-5 |
| THOMPKINS, TEMAYA M<br>300 BONNIE LN<br>FAYETTEVILLE, GA 30215 | 32911 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 154th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| THORMEYER, GISELA<br>4323 MOFFETT RD<br>PORT CHARLOTTE, FL 33948 | 15054 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| THORSTEN JUNG<br>SEESTRASSE 4<br>56459 POTTUM GERMANY<br>GERMANY | 46611 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim — Pgs. 1-5 |
| TOLBERT, MARSHALL<br>16752 FIELDSTONE RDG<br>MACOMB, MI 48042 | 30235 | Motors Liquidation Company | $38,871.14 | Equity Interest Claim — Pgs. 1-5 |
| TORSTEN SPINNLER/BRITTA SPINNLER<br>ASTHEIMER STR 12<br>65468 TREBUR GERMANY<br>GERMANY | 28021 | Motors Liquidation Company | $24,157.00 | Equity Interest Claim — Pgs. 1-5 |
| TUNDO, GIUSEPPE R<br>13246 YVONNE DR<br>WARREN, MI 48088 | 68910 | Motors Liquidation Company | $29,891.00 | Equity Interest Claim — Pgs. 1-5 |
| ULRICH ROEDER<br>THURNEYSSENSTR 24<br>80687 MUNICH GERMANY<br>GERMANY | 28484 | Motors Liquidation Company | $4,736.74 | Equity Interest Claim — Pgs. 1-5 |
| ULRIKE IMHOF<br>CARL - BARTHEL - WEG 4<br>60598 FRANKFURT GERMANY<br>GERMANY | 60698 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim — Pgs. 1-5 |
| UTE FAULSTICH<br>AM BENTENSKAMP 38<br>44143 DORTMUND GERMANY<br>GERMANY | 64798 | Motors Liquidation Company | $497.37 | Equity Interest Claim — Pgs. 1-5 |
| VAHE BABAYANS<br>4615 WILLENS AVE<br>WOODLAND HILLS, CA 91364<br>UNITED STATES OF AMERICA | 1199 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim — Pgs. 1-5 |
| VAHE BABAYANS<br>4615 WILLENS AVE<br>WOODLAND HILLS, CA 91364 | 14728 | Motors Liquidation Company | $11,687.00 | Equity Interest Claim — Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9617-1    Filed 03/07/11    Entered 03/07/11 11:47:06    Exhibit A
Pg 10 of 12

154th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| VAN DER REYDEN, JOHN C<br>6G VICTORIA PARK<br>SCOTLAND UNITED KINGDOM KA72TR<br>GREAT BRITAIN | 63589 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VAN N MCWHIRTER JR<br>DONNA J MCWHIRTER<br>10523 PENFIELD AVE<br>CHATSWORTH, CA 91311 | 22273 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| VANDERBUR, DALE<br>19 NORTHWAY CT<br>ANDERSON, IN 46011 | 64098 | Motors Liquidation Company | $13,511.29 | Equity Interest Claim | Pgs. 1-5 |
| VARIOUS MENZEL<br>5125 PALM SPRINGS BLVD<br>#12105<br>TAMPA, FL 33647<br>UNITED STATES OF AMERICA | 18062 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VERMA, MONICA H<br>7083 DAVENTRY WOODS DR<br>WEST BLOOMFIELD, MI 48322 | 6045 | Motors Liquidation Company | $403,098.00 | Equity Interest Claim | Pgs. 1-5 |
| VICTORIA M JOHNSON<br>21071 FLAMING ARROW TRL<br>CROSBY, TX 77532 | 9770 | Motors Liquidation Company | $5,680.00 | Equity Interest Claim | Pgs. 1-5 |
| VINCENT PAUL BAIL<br>825 PANI STREET<br>ALAMEDA, CA 94501 | 59300 | Motors Liquidation Company | $82,827.35 | Equity Interest Claim | Pgs. 1-5 |
| VINETA D BOMIS<br>980 COATBRIDGE ST<br>LAS VEGAS, NV 89145<br>UNITED STATES OF AMERICA | 13920 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |
| VIRA DOWNS<br>LOT 645<br>2100 KINGS HIGHWAY<br>PUNTA GORDA, FL 33980 | 64911 | Motors Liquidation Company | $56.25 | Equity Interest Claim | Pgs. 1-5 |
| VITO BORGIA TRUST<br>FRANCINE BILLECI ALONGI TTEE<br>14859 TIMBERWOOD<br>WASHINGTON TWP, MI 48094 | 65138 | Motors Liquidation Company | $76,518.75 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 154th Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| VLOSICH, JOHN W<br>1876 MEADOWLARK LN<br>NILES, OH 44446 | 10450 | Motors Liquidation Company | $74,861.40 | Equity Interest Claim | Pgs. 1-5 |
| WALICZEK, MADELINE M<br>8930 BARBERRY LN<br>HICKORY HILLS, IL 60457 | 68073 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WALKER, KENNETH W<br>144 GROVE ST<br>LEXINGTON, MA 02420 | 61117 | Motors Liquidation Company | $276.08 | Equity Interest Claim | Pgs. 1-5 |
| WALLACE, BRENDA A<br>5454 FINANCIAL PLZ APT 17A<br>SHREVEPORT, LA 71129 | 12318 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WALLY SKORA<br>15505 HORTON RD<br>KENOSHA, WI 53142 | 1221 | Motors Liquidation Company | $1,949.10 | Equity Interest Claim | Pgs. 1-5 |
| WALTER H HENSON & GEORGENA R HENSON JTWROS<br>1115 LYNNWOOD DRIVE<br>JACKSON, MS 39206 | 63664 | Motors Liquidation Company | $4,004.00 | Equity Interest Claim | Pgs. 1-5 |
| WALTER HANS<br>KONRADSHOEHE 2<br>WUPPERTAL GERMANY 42289<br>GERMANY | 27081 | Motors Liquidation Company | $29,444.03 | Equity Interest Claim | Pgs. 1-5 |
| WARD GLASSER<br>4785 MACKINAW RD<br>SAGINAW, MI 48603 | 61994 | Motors Liquidation Company | $5,366.01 | Equity Interest Claim | Pgs. 1-5 |
| WARNER, THOMAS FRANCIS<br>460 FLAT ROCK RD<br>WOODBURN, KY 42170 | 21934 | Motors Liquidation Company | $101,254.07 | Equity Interest Claim | Pgs. 1-5 |
| WARREN KENDRICK<br>553 PHANTOM RIDER TRAIL<br>SPRING BRANCH, TX 78070<br>UNITED STATES OF AMERICA | 68524 | Motors Liquidation Company | $15,963.23 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

154th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| WARREN, STEVEN C<br>923 S LASSETTER CIR<br>VILLA RICA, GA 30180 | 46232 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

| CLAIMS TO BE RECLASSIFIED | 99 |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11