| 155th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDERSON, HUGO J<br>533 LINCOLN RD<br>OTSEGO, MI 49078 | 6285 | Motors Liquidation Company | $4,911.46 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL PLOUFFE<br>70 FONTANA LN<br>GROSSE POINTE SHORES, MI 48236 | 45172 | Motors Liquidation Company | $62,792.00 | Equity Interest Claim | Pgs. 1-5 |
| DOMENICA S DITTMEIER<br>32 SHELLEY AVE<br>VALHALLA, NY 10595 | 70498 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*    3

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

09-50026-mg    Doc 9618-1    Filed 03/07/11    Entered 03/07/11 11:48:31    Exhibit A
Pg 2 of 11

155th Omnibus Objection                              Exhibit A                                Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALGOET, SUSAN L<br>268 BERMUDA BEACH DR<br>FORT PIERCE, FL 34949 | 21318 | Motors Liquidation Company | $17,345.51 | Equity Interest Claim | Pgs. 1-5 |
| BALIK, EMILY M<br>614 E 31ST ST<br>LA GRANGE PARK, IL 60526 | 5871 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BROOKEY, THOMAS W<br>APT 124<br>2505 KEYSTONE CLUB DRIVE<br>DAYTON, OH 45439 | 48366 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CIMB-GK SECURITIES PTE. LTD<br>A/C CLIENT - TRUST<br>-SINGLE AGENCY ACCOUNT-<br>50 RAFFLES PLACE #19-00<br>SINGAPORE LAND TOWER ,SINGAPORE 048623<br>SINGAPORE | 17763 | Motors Liquidation Company | $485,392.50 | Equity Interest Claim | Pgs. 1-5 |
| CLARENCE & KATHRYN SINGMASTER TTEE<br>C W SINGMASTER TR U/A<br>DTD 01/24/2008<br>10880 SW DAVIES RD APT 3007<br>BEAVERTON, OR 97008 | 8392 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| COCHRAN JR, DELBERT E<br>637 SUMMER WINDS LN<br>SAINT PETERS, MO 63376 | 10514 | Motors Liquidation Company | $3,953.00 | Equity Interest Claim | Pgs. 1-5 |
| DELBERT COCHRAN JR<br>637 SUMMER WINDS LN<br>SAINT PETERS, MO 63376 | 10515 | Motors Liquidation Company | $3,953.00 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS MILLER &<br>RONDA MILLER JT WROS<br>1449 S SHORE CT<br>BARRINGTON, IL 60010 | 17831 | Motors Liquidation Company | $15,005.25 | Equity Interest Claim | Pgs. 1-5 |
| DONNA LEE CETTEI, ESQ.<br>501 GRAISBURY AVE<br>HADDONFIELD, NJ 08033 | 23671 | Motors Liquidation Company | $5,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 155th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | Exhibit A | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| EDWARD PRIMOFF<br>PO BOX 1400<br>LOXAHATCHEE, FL 33470 | 70271 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| EDWARDS JAMES<br>19515 NORTHROP ST<br>DETROIT, MI 48219 | 16962 | Motors Liquidation Company | $44,685.90 | Equity Interest Claim | Pgs. 1-5 |
| EKLADYOUS, ISIS G<br>4226 TYLER RD<br>SHELBY TWP, MI 48316 | 65259 | Motors Liquidation Company | $500,000.00 | Equity Interest Claim | Pgs. 1-5 |
| EUGENE MARISCHLER<br>1303 SOPER COURT<br>NAPERVILLE, IL 60563 | 44670 | Motors Liquidation Company | $19,343.32 | Equity Interest Claim | Pgs. 1-5 |
| FARR, ROY T<br>DOLORIS FARR<br>3066 GOLD DUST ST NE<br>BELMONT, MI 49306 | 15223 | Motors Liquidation Company | $33,306.00 | Equity Interest Claim | Pgs. 1-5 |
| FELIX REYES<br>12210 KENDALL CT<br>SILVER SPRING, MD 20902 | 29580 | Motors Liquidation Company | $1,830.00 | Equity Interest Claim | Pgs. 1-5 |
| FRANK MUSTER<br>KATTENSTR 7<br>34119 KASSEL  GERMANY<br>GERMANY | 44611 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| FREITAG WILLIAM<br>29671 ROBERT ST<br>WICKLIFFE, OH 44092 | 26671 | Motors Liquidation Company | $7,565.75 | Equity Interest Claim | Pgs. 1-5 |
| FRIEDA MORRIS<br>2057 GUILDFORD D<br>CENTURY VILLAGE<br>BOCA RATON, FL 33434 | 4089 | Motors Liquidation Company | $5,344.00 | Equity Interest Claim | Pgs. 1-5 |
| GREEN, SHIRLEY<br>PO BOX 214256<br>AUBURN HILLS, MI 48321 | 4526 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 155th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
|---|---|---|---|---|---|
| GRIMME, STEPHEN J<br>9168 N 500 W<br>HUNTINGTON, IN 46750 | 33426 | Motors Liquidation Company | $18,789.98 | Equity Interest Claim | Pgs. 1-5 |
| HELEN & GERALD TSUPROS<br>17166 ALSEA HWY<br>ALSEA, OR 97324 | 15143 | Motors Liquidation Company | $103,683.00 | Equity Interest Claim | Pgs. 1-5 |
| HOPE LEWIS<br>50 EDGEWOOD DRIVE<br>ORANGEBURG, NY 10962 | 70523 | Motors Liquidation Company | $3,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JIMMY D MARTIN & SUSAN S MARTIN JTWROS<br>420 PEAR ORCHARD RD<br>HINESVILLE, GA 31313 | 9683 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOHNSON, GERALDINE<br>PO BOX 87<br>NEW YORK, NY 10037 | 69849 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JORDAN, LARRY W<br>37826 SKEET DR<br>TECUMSEH, OK 74873 | 8434 | Motors Liquidation Company | $21,882.60 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH OUIMET<br>3906 GALAXY DR<br>JANESVILLE, WI 53546 | 2283 | Motors Liquidation Company | $13,700.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHRYN B SINGMASTER TTEE<br>KATHRYN B SINGMASTER TRUST U/A DTD 01/24/2008<br>10880 SW DAVIES RD APT 3007<br>BEAVERTON, OR 97008 | 8391 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KURT SALM IRA<br>14359 VIA ROYALE # 2<br>DELRAY, FL 33446 | 11506 | Motors Liquidation Company | $8,754.63 | Equity Interest Claim | Pgs. 1-5 |
| L. KENT KRETZLER<br>279 BARCELONA STREET<br>PUNTA GORDA, FL 33983<br>UNITED STATES OF AMERICA | 70521 | Motors Liquidation Company | $121,800.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

155th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| MCAHREN, DAVID O<br>1021 LORRAINE CT<br>SHELBYVILLE, IN 46176 | 20811 | Motors Liquidation Company | $129,905.00 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL ROBERTSON<br>3646 N WILLOWBROOK DR<br>MARION, IN 46952 | 20118 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL SCHOCH<br>912 FOREST AVE<br>CPE GIRARDEAU, MO 63701 | 8020 | Motors Liquidation Company | $340.00 | Equity Interest Claim | Pgs. 1-5 |
| MOHAMMED REZAUL HUSSAIN<br>4318 WALNUT STREET<br>APT 2-R<br>PHILADELPHIA, PA 19104 | 7678 | Motors Liquidation Company | $4,833.66<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MS&CO C/F<br>BEULAH WOLFF<br>IRA STANDARD DATED 02/16/83<br>120 EAST 34TH ST APT 12F<br>NEW YORK, NY 10016 | 65632 | Motors Liquidation Company | $15,710.00 | Equity Interest Claim | Pgs. 1-5 |
| MURIL SIMS TRUST<br>MURIL SIMS<br>3221 N VALLEYVIEW DR<br>BLOOMINGTON, IN 47404 | 11992 | Motors Liquidation Company | $20,208.00 | Equity Interest Claim | Pgs. 1-5 |
| NEILSON, DOREEN<br>4997 TONAWANDA CREEK RD<br>NORTH TONAWANDA, NY 14120 | 45179 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NICHOLAS PERSICH<br>219 ARIS AVENUE<br>METAIRIE, LA 70005<br>UNITED STATES OF AMERICA | 70525 | Motors Liquidation Company | $9.99 | Equity Interest Claim | Pgs. 1-5 |
| O BRIEN, ELEANOR C<br>304-1561 STOCKTON CRES<br>VICTORIA BC CANADA V8P-3B9<br>CANADA | 33427 | Motors Liquidation Company | $1,090.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

155th Omnibus Objection | Exhibit A | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| PATRICIA S CARDINALE<br>MARY ANNE PERKS TTEE<br>U/W/O ROBERT MAC CALLUM<br>TRUST B 11/23/1990<br>4 WOODSTOCK COURT<br>NEW HARTFORD, NY 13413 | 6191 | Motors Liquidation Company | $7,440.00 | Equity Interest Claim | Pgs. 1-5 |
| POLING, DOROTHY<br>814 E 29TH ST<br>MARION, IN 46953 | 10290 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RALPH CHESNEY<br>4644 BIG HORN DR N<br>NESBIT, MS 38651 | 44686 | Motors Liquidation Company | $11,000.00 | Equity Interest Claim | Pgs. 1-5 |
| RENE MOREAU<br>32847 LAKE MEAD DR<br>FREMONT, CA 94555 | 19990 | Motors Liquidation Company | $704,444.97 | Equity Interest Claim | Pgs. 1-5 |
| RENEE HIRSCH<br>3370 S 133RD ST<br>OMAHA, NE 68144 | 27665 | Motors Liquidation Company | $6,356.00 | Equity Interest Claim | Pgs. 1-5 |
| RYCHEL, GERALD E<br>2926 REPPUHN DR<br>SAGINAW, MI 48603 | 33440 | Motors Liquidation Company | $2,904.00 | Equity Interest Claim | Pgs. 1-5 |
| SAMIR SHALABY<br>2576 BRIGGS RD<br>CENTERVILLE, OH 45459 | 60779 | Motors Liquidation Company | $516,972.40 | Equity Interest Claim | Pgs. 1-5 |
| SANDRA J CONFORTI<br>854 MARSHALL DR<br>CARLISLE, PA 17013 | 68603 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SEYKA, SOPHIA J<br>3433 COOLEY DR<br>LANSING, MI 48911 | 14827 | Motors Liquidation Company | $825.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN J PETERSON<br>8223 CHAPELLE COURT<br>LAS VEGAS, NV 89131 | 11171 | Motors Liquidation Company | $8,351.50 | Equity Interest Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9618-1    Filed 03/07/11    Entered 03/07/11 11:48:31    Exhibit A
Pg 7 of 11

**Exhibit A**

155th Omnibus Objection | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| STUART BECKMAN<br>3220 PAR STREET NORTH<br>FARGO, ND 58102<br>UNITED STATES OF AMERICA | 70517 | Motors Liquidation Company | $3,286.50 | Equity Interest Claim | Pgs. 1-5 |
| SUTLIFF, DALLAS E<br>22000 W WICKIE RD<br>BANNISTER, MI 48807 | 45066 | Motors Liquidation Company | $200,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SYLVIA L. ZOSLOW TTEE<br>SYLVIA L ZOSLOW REVOC<br>TRUST UAD 11/10/05<br>128 AUSTRALIAN AVE<br>PALM BEACH, FL 33480 | 31725 | Motors Liquidation Company | $1,496.76 | Equity Interest Claim | Pgs. 1-5 |
| THOMAS F GOCKEL EXECUTOR<br>ESTATE OF JEAN PARKER<br>77 SAFRAN AVE<br>EDISON, NJ 08837 | 5173 | Motors Liquidation Company | $38,220.31 | Equity Interest Claim | Pgs. 1-5 |
| TIM M MAYS<br>PO BOX 155<br>PAMPLICO, SC 29583 | 8664 | Motors Liquidation Company | $1,084.02 | Equity Interest Claim | Pgs. 1-5 |
| TIMOTHY SHAFER<br>1012 SOUTH CEDAR STREET<br>OWOSSO, MI 48867<br>UNITED STATES OF AMERICA | 70529 | Remediation And Liability Management Company, Inc. | $170,000.00 | Equity Interest Claim | Pgs. 1-5 |
| VERA, JASON<br>907 TAYLOR ST NE<br>WASHINGTON, DC 20017 | 4453 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| VICTORIAN SQUARE ENTERPRISES<br>3560 DOYLE ROAD<br>BALDWINSVILLE, NY 13027 | 2620 | Motors Liquidation Company | $13,213.82 | Equity Interest Claim | Pgs. 1-5 |
| VIRGINIA MARISCHLER<br>1303 SOPER COURT<br>NAPERVILLE, IL 60563 | 44671 | Motors Liquidation Company | $19,343.32 | Equity Interest Claim | Pgs. 1-5 |
| WATSON, SHIRLEY<br>1105 W BRANDON AVE<br>MARION, IN 46952 | 10289 | Motors Liquidation Company | $6,854.70 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9618-1    Filed 03/07/11    Entered 03/07/11 11:48:31    Exhibit A
Pg 8 of 11

155th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| WEAVER, EDWIN E<br>12825 ABRA DR<br>SAN DIEGO, CA 92128 | 2755 | Motors Liquidation Company | $316,392.00 | Equity Interest Claim | Pgs. 1-5 |
| WEAVER, LOIS E<br>316 MAE CT<br>ROMEO, MI 48065 | 7182 | Motors Liquidation Company | $1,204.08 | Equity Interest Claim | Pgs. 1-5 |
| WEBB, RUTH C<br>3530 COTTAGE MEADOW WAY<br>LAUGHLIN, NV 89029 | 27305 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WELLDAY JR, EDWARD J<br>2465 S WASHINGTON AVE APT 101A<br>TITUSVILLE, FL 32780 | 21680 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WEST JR, CECIL<br>6410 OLD ORCHARD DR # B28<br>PLANO, TX 75023 | 16046 | Motors Liquidation Company | $1,424.66 | Equity Interest Claim | Pgs. 1-5 |
| WETTER, KENNETH O<br>18514 HOLLIE DR<br>MACOMB, MI 48044 | 15371 | Motors Liquidation Company | $21,454.06 | Equity Interest Claim | Pgs. 1-5 |
| WHITE, GORDON J<br>115 TIGER DR<br>WENTZVILLE, MO 63385 | 9957 | Motors Liquidation Company | $4,972.60 | Equity Interest Claim | Pgs. 1-5 |
| WIDDOWSON, RICHARD E<br>110 DEETER DR<br>CLAYTON, OH 45315 | 29518 | Motors Liquidation Company | $6,528.40 | Equity Interest Claim | Pgs. 1-5 |
| WIER, RICHARD C<br>47501 LIBERTY DR<br>SHELBY TWP, MI 48315 | 21587 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WIERER, JOSEPH J<br>2815 WESTMORELAND ST<br>NEW LENOX, IL 60451 | 45970 | Motors Liquidation Company | $1,685.59 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**155th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| WILBERT W SCHEER<br>3830 BOEUF LUTHERAN RD<br>NEW HAVEN, MO 63068 | 3588 | Motors Liquidation Company | $5,049.95 | Equity Interest Claim | Pgs. 1-5 |
| WILLI HEINZ WERNER CORDES<br>KLEINER WEG 3<br>534711 BAD NEUENAHR-AHRWEILER GERMANY<br>GERMANY | 21354 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM A JONES<br>1651 MACKINTOSH BLVD<br>NOKOMIS, FL 34275 | 22784 | Motors Liquidation Company | $33,710.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM BEEKMAN<br>101 GRAND PLAZA DR<br>APT N1<br>ORANGE CITY, FL 32763 | 11780 | Motors Liquidation Company | $26,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM BEEKMAN<br>101 GRAND PLAZA DR<br>APT N1<br>ORANGE CITY, FL 32763 | 11781 | Motors Liquidation Company | $26,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM CARPENTER<br>PO BOX 37262<br>SHREVEPORT, LA 71133 | 63151 | Motors Liquidation Company | $205,739.66<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM J BRAYMEN<br>50043 240TH STREET<br>COUNCIL BLUFFS, IA 51503<br>UNITED STATES OF AMERICA | 63090 | Motors Liquidation Company | $10,500.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM JONES<br>633 PURDUE AVE<br>YOUNGSTOWN, OH 44515 | 1749 | Motors Liquidation Company | $891.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM R MORGAN<br>312 ARDON LN<br>CINCINNATI, OH 45215 | 8815 | Motors Liquidation Company | $3,696.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM RICE<br>1199 W LEMONT CT<br>CANTON, MI 48187 | 69294 | Motors Liquidation Company | $34.50 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 155th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| | **CLAIMS TO RECLASSIFY** | | | |
|---|---|---|---|---|
| WILLIAMS, FED A<br>2669 FM 2625 W<br>MARSHALL, TX 75672 | 3340 | Motors Liquidation Company | $2,350.20 | Equity Interest Claim   Pgs. 1-5 |
| WILLIAMS, ODESSA<br>8005 S STEWART AVE<br>CHICAGO, IL 60620 | 8852 | Motors Liquidation Company | $1,510.15 | Equity Interest Claim   Pgs. 1-5 |
| WILLIS, EARL R<br>4154 PAISLEY<br>STERLING HEIGHTS, MI 48314 | 23009 | Motors Liquidation Company | $20,640.00 | Equity Interest Claim   Pgs. 1-5 |
| WILSON, ELIZABETH<br>1449 W GARFIELD BLVD<br>CHICAGO, IL 60636 | 17527 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim   Pgs. 1-5 |
| WOLF E WESTER<br>SCHULSTR 29<br>D-21635 YORK GERMANY<br>GERMANY | 21953 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim   Pgs. 1-5 |
| WOLFGANG MOLSKI<br>101 BEAUMIN DR<br>NEWARK, DE 19702 | 30878 | Motors Liquidation Company | $8,417.53 | Equity Interest Claim   Pgs. 1-5 |
| WOLFGANG STEURER<br>SCHLOSSSTRASS 13<br>D-88453 EROLZHEIM GERMANY<br>GERMANY | 30204 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim   Pgs. 1-5 |
| WOOGE, NORMAN L<br>3790 PAWNEE RD<br>OTTAWA, KS 66067 | 69720 | Motors Liquidation Company | $28,321.84 | Equity Interest Claim   Pgs. 1-5 |
| YACKELL, PAUL A<br>14517 E DESERT PLUME CT<br>VAIL, AZ 85641 | 26491 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim   Pgs. 1-5 |
| YEE, SHANG-TAE<br>6809 DILLON AVE<br>MC LEAN, VA 22101 | 61945 | Motors Liquidation Company | $19,877.04 | Equity Interest Claim   Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9618-1    Filed 03/07/11    Entered 03/07/11 11:48:31    Exhibit A
Pg 11 of 11

155th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| YOOSEFI AL<br>3144 CANTELON CRESCENT<br>MISSISSAUGA ON L5N 3J8 CANADA<br>CANADA | 33507 | Motors Liquidation Company | $4,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ZAHN, DONNA M<br>1410 DAYTON DR<br>JANESVILLE, WI 53546 | 7139 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZAMBO, GERALD M<br>18504 MARTIN PL<br>TRENTON, MI 48183 | 23609 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZAMBO, LILLIAN J<br>18504 MARTIN PL<br>WOODHAVEN, MI 48183 | 23608 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZAROUR, FEYROUZ H<br>11329 E SAVANNAH AVE<br>MESA, AZ 85212 | 20170 | Motors Liquidation Company | $78,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ZEB ROPER<br>11572 LINCOLNSHIRE DRIVE<br>CINCINNATI, OH 45240<br>UNITED STATES OF AMERICA | 70520 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZELMA RICHARDSON<br>3032 MARVIN DR<br>ADRIAN, MI 49221 | 4846 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ZIMMERMAN EDWARD<br>18 MARIAN DR<br>TONAWANDA, NY 14150 | 4020 | Motors Liquidation Company | $810.00 | Equity Interest Claim | Pgs. 1-5 |
| ZUKOWSKY, ROBERT J<br>5 JUNE ST<br>AUBURN, MA 01501 | 30012 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |

***CLAIMS TO BE RECLASSIFIED***     **97**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.