**Twenty-Seventh Omnibus Objection Supplemental 2**  **Exhibit A**  <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MICHAEL T JONES 2ND ACTION | 29055 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| PRO SE |  |  | $140,000.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| 63 WAVERLY AVE |  |  |  |  |  |  |  |  |
| DAYTON, OH 45405 |  |  | $0.00 | (Unsecured Claim) | $140,000.00 | (Unsecured Claim) |  |  |
| Official Claim Date:  11/18/2009 |  |  | $140,000.00 | (Total Claim) | $140,000.00 | (Total Claim) |  |  |

Note: This claim arises from litigation against the Debtors.  It is not entitled to priority status, and it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **CLAIMS TO BE RECLASSIFIED** | **1** | | | | | |
|---|---|---|---|---|---|---|
| | | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) |
| | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |
| | | $140,000.00 | (Priority Claim) | $0.00 | (Priority Claim) |
| | | $0.00 | (Unsecured Claim) | $140,000.00 | (Unsecured Claim) |
| | | $140,000.00 | (Total Claim) | $140,000.00 | (Total Claim) |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.