STERLING ATTORNEYS AT LAW, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
Phone: (248) 644-1500
Fax: (248) 644-1509
Gerald D. Wahl
Email: gwahl@sterlingattorneys.com

Attorney for Claimant Marcus Jordan

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | ) | Chapter 11 |
| f/k/a General Motors Corp., *et al.,* | ) ) | Case No. 09-50026 (REG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gerald D. Wahl, a member in good standing of the bar in the State of Michigan (see Exhibit A), request admission *pro hac vice* before the Honorable Robert E. Gerber, to represent Marcus Jordan, a creditor in the above-referenced jointly-administered case.

My address is 33 Bloomfield Hills Pkwy., Ste. 250, Bloomfield Hills, MI 48304, my email address is gwahl@sterlingattorneys.com, and my telephone number is (248) 644-1500.

Dated: February 18, 2011



_____
Signature of Movant

Gerald D. Wahl
(Print or type name)

RECEIVED
FEB 2 2 2011
U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK

Sterling Attorneys At Law, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
Phone: (248) 644-1500
Fax: (248) 644-1509
Gerald D. Wahl
Email: gwahl@sterlingattorneys.com

Attorney for Claimant Marcus Jordan

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Chapter 11 |
| f/k/a General Motors Corp., *et al.*, | ) | |
|  | ) | Case No. 09-50026 (REG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) | |

**PROOF OF SERVICE**

On the date below, I served via Federal Express, Motion for Admission to Practice, *Pro Hac Vice* and this Proof of Service upon:

Joseph H. Smolinsky
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

I declare, under penalty of perjury, the above statements are true to the best of my knowledge, information, and belief.

_____
Dawn Thomason-Estes

Dated: February 18, 2011

RECEIVED
FEB 2 2 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Sterling Attorneys at Law, P.C.
33 Bloomfield Hills Pkwy., Ste. 250
Bloomfield Hills, MI 48304
Phone: (248) 644-1500
Fax: (248) 644-1509
Gerald D. Wahl
Email: gwahl@sterlingattorneys.com

Attorney for Claimant Marcus Jordan

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>    f/k/a General Motors Corp., *et al.*,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gerald D. Wahl to be admitted, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Marcus Jordan, creditor in the above-referenced jointly-administered case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, it is hereby

**ORDERED** that Gerald D. Wahl is admitted to practice, *pro hac vice*, in the above-referenced jointly administered case, in the United States Bankruptcy Court, Southern District of New York.

Dated:_____
      New York, New York

                                        _____
                                        United States Bankruptcy Judge