**156th Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STERNIAK JR, EDMUND J<br>1955 WEST ST<br>SOUTHINGTON, CT 06489 | 68114 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

| *OBJECTION ADJOURNED* | 1 |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

156th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNARDUS A BAAR<br>122 LAKESIDE BLVD<br>POMONA PARK, FL 32181 | 19114 | Motors Liquidation Company | $588.42 | Equity Interest Claim | Pgs. 1-5 |
| BRANNON, MARY C<br>1960 CHURCH AVE<br>SCOTCH PLAINS, NJ 07076 | 62558 | Motors Liquidation Company | $312.00 | Equity Interest Claim | Pgs. 1-5 |
| DOYLE, JOHN A<br>394 SW LAKE FOREST WAY 159F<br>PORT SAINT LUCIE, FL 34986 | 26948 | Motors Liquidation Company | $35,634.82 | Equity Interest Claim | Pgs. 1-5 |
| GERHARD KLEEBACH<br>BIENERSTR 28<br>65719 HOFHEIM GERMANY<br>GERMANY | 23528 | Motors Liquidation Company | $9,972.00 | Equity Interest Claim | Pgs. 1-5 |
| HARTMUT HEPP<br>HAUPTSTR 87<br>42799 LEICHLINGEN GERMANY<br>GERMANY | 68411 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| HERBERT GRUENEWALD<br>SPERBERSTR 68<br>KAARST GERMANY 41564<br>GERMANY | 23207 | Motors Liquidation Company | $9,550.00 | Equity Interest Claim | Pgs. 1-5 |
| JUDITH A LINDAUER IRA<br>C/O JUDITH A. LINDAUER<br>1115 KITTIWAKE CIRCLE<br>VENICE, FL 34285 | 61509 | Motors Liquidation Company | $6,810.00 | Equity Interest Claim | Pgs. 1-5 |
| TODOROVSKI, RISTO K<br>55079 BELLE ROSE DR<br>SHELBY TOWNSHIP, MI 48316 | 67338 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM SANDERS &<br>M THERESA SANDERS JTWROS<br>22685 MARLYS DR<br>ROCKY RIVER, OH 44116 | 68067 | Motors Liquidation Company | $14,278.91 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

156th Omnibus Objection     **Exhibit A**     <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| YOLONDA SANDIFER<br>234 BROOKVIEW PL<br>WOODSTOCK, GA 30188 | 28057 | Motors Liquidation Company | $20,000.00 | Equity Interest Claim   Pgs. 1-5 |

**CLAIMS TO BE RECLASSIFIED**     **10**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

156th Omnibus Objection      **Exhibit A**      **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM J DARRAS<br>2003 E AVON LN<br>ARLINGTON HTS, IL 60004 | 17900 | Motors Liquidation Company | $35,368.00 | Equity Interest Claim | Pgs. 1-5 |

*OBJECTION WITHDRAWN*      1

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1