| 158th Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ALBERTO VALERO AND<br>MARIA Z. VALERO JTWROS<br>UL. WALICOW 20 M 1304<br>WARSAW POLAND<br>POLAND (REP) | 32972 | Motors Liquidation Company | $23,285.57 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ALICIA HOSSMANN<br>KRAMERSTR 10<br>84166 ADLKOFEN  GERMANY<br>GERMANY | 62486 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ANDREAS LABORIUS<br>EHLERBERGSTR 16<br>38162 CREMLINGEN, GERMANY<br>GERMANY | 1069 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ANDRZEJ BAZANSKI<br>PAUL-KELLER STR 39<br>53604 BAD HONNEF GERMANY<br>GERMANY | 63233 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AVROUM NEKHAMKIS<br>AM GLASKOPF 18<br>35039 MARBURG  GERMANY<br>GERMANY | 39287 | Motors Liquidation Company | $80,570.84 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AXEL SPILKER<br>STIFTERSTR 4<br>D 32791 LAGE GERMANY<br>GERMANY | 32791 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| BERNARDI ANNA MARIA<br>VIA A CABRAL N 5<br>47841 CATTOLICA RN ITALY<br>ITALY | 61616 | Motors Liquidation Company | $75,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| BRUNAUD ANDRE MARCELLE<br>9 APPEES DES BESSES<br>36200 LE MENOUX FRANCE<br>FRANCE | 65570 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

158th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pages |
|---|---|---|---|---|---|
| CAERALLI HASSAM DAIA<br>RUA PEDRO MONJARDINO, Nº 8 - 1 D<br>LISBOA<br>1600 - LISBOA PORTUGAL<br>PORTUGAL | 60549 | Motors Liquidation Company | $275,827.69 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| CHARLES GLICKMAN TTEE<br>CHARLES GLICKMAN<br>U/A DTD 07/28/1992<br>5461 N EAST RIVER RD APT 602<br>CHICAGO, IL 60656 | 1880 | Motors Liquidation Company | $100,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| CLAUDIA DEFFNER<br>LERCHENWEG 1<br>89537 GIENGEN AN DER BRENZ GERMANY<br>GERMANY | 68506 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| CLAUDIA HEINDEL<br>RUMFORDSTRASSE 40<br>80469 MUENCHEN GERMANY<br>GERMANY | 32868 | Motors Liquidation Company | $0.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DENIS RUIZ DE ARCAUTE<br>AV. DES AMANDIERS 5<br>1080 BRUSSEL BELGIUM<br>BELGIUM | 43863 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DENISE SPILKER<br>STIFTER STR 4<br>D 32791 LAGE GERMANY<br>GERMANY | 32792 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DIMITRIS PAPADOPOULOS<br>KASTRITSIOU 5<br>54623 THESSALONIKI GREECE<br>GREECE | 68262 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DONALD THOMAS CLEMETSON<br>3420 CLARIDGE DR<br>DANVILLE, CA 94526 | 6653 | Motors Liquidation Company | $50,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| EIGENTUEMERGEMEINSCHAFT<br>POESSENBACHER STR 7<br>81479 MUNICH GERMANY<br>GERMANY | 33023 | Motors Liquidation Company | $10,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 158th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| ELISABETH DE MARSOVSZKY-AICHELBURG<br>C/O DR ROBERTO POLLAK-AICHELBURG<br>KAERNTNER STR 37/10<br>1010 VIENNA AUSTRIA<br>AUSTRIA | 62037 | Motors Liquidation Company | $71,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ENZA LEHMKUHL<br>GUDEHUS-WEG 6<br>WIETZE DE 29323 GERMANY<br>GERMANY | 43953 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ETIENNE MOORTHAMER<br>BRIGADE PIRONSTRAAT 9<br>9140 TEMSE BELGIUM<br>BELGIUM | 70513 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| FRIEDHELM SCHNEIDER<br>PETER ROOS-ST. 10<br>D-40547 DUSELDORF GERMANY<br>GERMANY | 62042 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| FRILA & WALRAUD MULLER<br>WINKEL 4<br>38855 WERRIGERODE GERMANY<br>GERMANY | 38134 | Motors Liquidation Company | $0.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| GIORGIO PICCOLI AND MARTA LOCATELLI<br>CORSO LODI 119<br>20139 MILAN, ITALY<br>ITALY | 14370 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| GUSTAV WIELAND<br>SCHILLERSTR 37<br>74076 HELBRONN GERMANY<br>GERMANY | 26898 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HANNEGRETE RAUSCH<br>SCHOENE AUSSICHT NO 6<br>D-51149 KOELN<br>GERMANY | 988 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HANS-JUERGEN POELK<br>WARMBUECHENSTR. 12A<br>30159 HANNOVER GERMANY<br>GERMANY | 29704 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 158th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| HARTWIG KOEHLER<br>ALTE JERISAUER STR 12<br>08371 GLAUCHAU<br>GERMANY<br>GERMANY | 62487 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HERR UND FRAU KARL O ANNELIESE JENKNER<br>MAX-BECKMANN-STR 21<br>89520 HEIDENHEIM GERMANY<br>GERMANY | 25394 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| IGUACIO DIAZ MORENO<br>C/ JUAN DE LA CIERVA 58<br>28989 ARROYOMOLINOS SPAIN<br>SPAIN | 69439 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| INNERKOFLER ADOLF & PAN ANTONIETTA<br>INNERKOFLER ADOLF<br>VIA BARLETTA 8/15<br>39100 BOLZANO ITALY<br>ITALY | 1234 | Motors Liquidation Company | $400,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JBH BRUNAUD JACQUES<br>DOMAINE LE TERTRE<br>CIRON 36300 LE BLANC FRANCE<br>FRANCE | 65589 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JOACHIM GRODON<br>BADSTR. 26<br>73734 ESSLINGEN GERMANY<br>GERMANY | 19478 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JOACHIM WOLF<br>STRAßBURGERSTR 57<br>10405 BERLIN GERMANY<br>GERMANY | 17419 | Motors Liquidation Company | $53,625.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JOHANNES VOGT U FRAU MARIANNE<br>C/O JOHANEES VOGT<br>GRUNER WEG 14<br>D-53567 ASBACH GERMANY<br>GERMANY | 38341 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| JULIA PETER<br>C/O MICHAEL PETER<br>OHMSTR 12<br>D-53859 NIEDERKASSEL GERMANY<br>GERMANY | 68368 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9628-1    Filed 03/07/11    Entered 03/07/11 14:34:17    Exhibit A
Pg 5 of 8

158th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Reason | |
|---|---|---|---|---|---|
| KERSCHBAUMER ERWIN<br>PENEGASTR. 20-B<br>39052 KALTERN BZ ITALY<br>ITALY | 1281 | Motors Liquidation Company | $237,000.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MANFRED B HMLER<br>KIRCHSTR 15<br>71287 WEISSACH GERMANY<br>GERMANY | 44593 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MARTIN LOUTER<br>JULIANAWEG 71A<br>1949 AP WIJK AAN ZEE NETHERLANDS<br>NETHERLANDS | 65398 | Motors Liquidation Company | $202,803.08 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MATHILDE SCHEIDHACKER<br>BERNER STR 85<br>81476 MUENCHEN GERMANY<br>GERMANY | 65313 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MATILDE HEINDEL<br>DORFSTRASSE 11<br>14552 WILDENBRUCH GERMANY<br>GERMANY | 32867 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MATTHIAS INNERKOFLER<br>VIA BARLETTA<br>8 IT-39100<br>BOLZANO (ITALY)<br>ITALY | 1212 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MR FRANZ ROJIK<br>HAUPTSTRASSE 106<br>D-65760 ESCHBORN, GERMANY<br>GERMANY | 65408 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MUELLER HARRY<br>LITZLFELDNER STR 89<br>A-6382 KIRCHDORF TIROL AUSTRIA<br>AUSTRIA | 63903 | Motors Liquidation Company | $76,206.82 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS<br>NATIXIS LIFE<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBERG<br>LUXEMBOURG | 65546 | Motors Liquidation Company | $26,881.20 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 158th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Reason | |
|---|---|---|---|---|---|
| NATIXIS LIFE/NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>LUXEMBOURG | 65547 | Motors Liquidation Company | $59,736.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS LIFE/NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>LUXEMBOURG | 65548 | Motors Liquidation Company | $119,472.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NATIXIS LIFE/NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>LUXEMBOURG | 65549 | Motors Liquidation Company | $990,553.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| NU PHUNG<br>KIESWEG 7<br>GEORGSMARIENHUETTE 49124 GERMANY<br>GERMANY | 16668 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| OSTERTAG-HOPPE MARLIES<br>HINTER DEN HOEFEN 9A<br>21272 EGESTORF GERMANY<br>GERMANY | 27142 | Motors Liquidation Company | $49,770.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| R J G VERREIGDT<br>KURKHOUT 52<br>2719JX ZOETERMEER  THE NETHERLANDS<br>NETHERLANDS | 68136 | Motors Liquidation Company | $25,791.69 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| RENATE KUMMER<br>BADISH 10<br>73776 ALTBACH GERMANY<br>GERMANY | 32838 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ROSWITHA DINGAS<br>WAHRINGERSTRASSE 15/21<br>A-1090 VIENNA AUSTRIA/EUROPE<br>AUSTRIA | 69169 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SABINE BAUMGARTNER<br>UNTERSTALL<br>ATTENFELDER STR. 18<br>BERGHEIM 86673 GERMANY<br>GERMANY | 26753 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SBLENDORIO GIORGIO-CUCCOVILLO ANNA<br>VIA NAPOLI 8/2 70127<br>BARI - S.SPIRITO (BARI) - ITALY<br>ITALY | 1544 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

158th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pages |
|---|---|---|---|---|---|
| SHIRLEY BERNSTEIN-MASON<br>7737 LA MIRADA DR<br>BOCA RATON, FL 33433 | 2914 | Motors Liquidation Company | $18,000.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEFAN SCHILCHER<br>STEINBACHERSTRASSE 79<br>7551 STEGERSBACH AUSTRIA<br>AUSTRIA | 60909 | Motors Liquidation Company | $85,200.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEPHAN FITTKAU<br>105 CECIL STREET #06-01<br>SINGAPORE 069534<br>SINGAPORE | 17222 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEPHANIE SPILKER<br>STIFTER STR 4<br>D 32791 LAGE GERMANY<br>GERMANY | 32793 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| STEVE MUELLER<br>ROSENFELDER RING 52<br>10315 BERLIN GERMANY<br>GERMANY | 36950 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| TASCILLO LAURETTA<br>VIA PALMIERI N 128<br>SAN GIOVANNI E PAOLO<br>C.A.P.81013 CAIAZZO (CASERTA) ITALY<br>ITALY | 68605 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| THOMAS DIETZ<br>KLEINE STR.13<br>LAUDENBACH 69514 GERMANY<br>GERMANY | 18008 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| TIM RETTELBUSCH<br>BIRKENWEG 9<br>09648 MITTWEIDA GERMANY<br>GERMANY | 28897 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| U C A AG<br>JUERGEN STEVER<br>STEFAN-GEORGE-RING 29<br>D-81929 MUENCHEN GERMANY<br>GERMANY | 20791 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| UWE HEINDEL<br>WESTPREUßENSTRAßE 3<br>37603 HOLZMINDEN GERMANY<br>GERMANY | 32866 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 158th Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| VALERIE SAX<br>C/O HOEF-RUEDIGES SAX<br>BOISSEREESTR 3<br>50674 KOLN, GERMANY<br>GERMANY | 1045 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| VENICA MARISA<br>VIA I MAGGIO 4<br>BUTTRIO(UD) 33042 ITALY<br>ITALY | 27114 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| WALDERUAS LAMP<br>OBERNDORF - STR 19<br>35410 HUNGUE GERMANY<br>GERMANY | 65375 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| YILMAZ-TOPCUOGLU, MUFIT<br>GOSSEL BLASCHKE WUNDER RECHTSANWALTEN<br>LANGSTRASSE 104<br>CH-8004 ZURICH SWITZERLAND<br>SWITZERLAND | 62656 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*     **68**

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.