**159th Omnibus Objection**      **Exhibit A**      <u>Motors Liquidation Company, et al.</u>

**Case No. 09-50026 (REG), Jointly Administered**

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROLLS-ROYCE CORPORATION<br>ATTN GREG S DUNN<br>PO BOX 420<br>INDIANAPOLIS, IN 46206 | 65807 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,263,000.00 (U)<br>$32,263,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **1** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$32,263,000.00** (U)<br>**$32,263,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

**159th Omnibus Objection**

**Motors Liquidation Company, et al.**

The descriptions of each claim as set forth herein shall not constitute an admission on the part of the Debtors as to any facts to be used against the Debtors in any legal proceeding. In most instances, the descriptions merely reiterate allegations made in proofs of claims filed against the Debtors.

**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARROWOOD INDEMNITY COMPANY, ARROWOOD CAPITAL CORP, ARROWOOD GROUP, INC.<br>C/O SONNENSCHEIN NATH & ROSENTHAL LLP<br>ATTN: RICHARD ZUCKERMAN ESQ<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | 65758 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| THE TRAVELERS INDEMNITY COMPANY & ITS AFFILIATES<br>TRAVELERS<br>ATTN MICHAEL LYNCH<br>ONE TOWER SQUARE 5MN<br>HARTFORD, CT 06183 | 61626 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| **OBJECTION ADJOURNED** | 2 | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.