160th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ACE TEX ENTERPRISES INC<br>7601 CENTRAL ST<br><br>DETROIT, MI 48210 | 22852 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$208.00  (U)<br>$208.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ACTION FREIGHT SERVICES LLC<br>PO BOX 1079<br><br>BRIGHTON, MI 48116 | 61831 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$773,809.59  (U)<br>$773,809.59  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADCOLE CORP<br>669 FOREST ST<br>PO BOX 39<br>MARLBOROUGH, MA 01752 | 14346 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,144.15  (U)<br>$6,144.15  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADT SECURITY SERVICES<br>14200 E EXPOSITION AVENUE<br><br>AURORA, CO 80012 | 1400 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$38,025.43  (U)<br>$38,025.43  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AEROSTAR CASTINGS & MOLDS<br>DBA MICHIGAN METAL TECHNOLOGIES<br>50320 E RUSSELL SCHMIDT BLVD<br>CHESTERFIELD, MI 48051 | 1317 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,384.15  (U)<br>$33,384.15  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AIRLINE HYDRAULICS CORP<br>3557 PROGRESS DR<br>EXPRESSWAY 95 BUSINESS CENTER<br>BENSALEM, PA 19020 | 2203 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,214.59  (U)<br>$2,214.59  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replace any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

160th Omnibus Objection

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALL STATE FASTENER CORP<br>15460 E 12 MILE RD<br>PO BOX 426<br>ROSEVILLE, MI 48066 | 11809 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$73,570.14<br>$73,570.14 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5537 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,790.37<br>$3,790.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5538 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,923.21<br>$10,923.21 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5539 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,274.76<br>$1,274.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124<br>UNITED STATES OF AMERICA | 5540 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$157.05<br>$157.05 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5534 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $4,326.21  (U) $4,326.21  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE /T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 60906 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $295.22  (U) $295.22  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5535 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $3,478.80  (U) $3,478.80  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5542 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $431.59  (U) $431.59  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY, OK 73124 | 5543 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $12,725.58  (U) $12,725.58  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

160th Omnibus Objection

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5545 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$88.75<br>$88.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5536 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$902.18<br>$902.18 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANALYSIS & ALIGNMENT SERVICES<br>1398 NORTH CT<br>BRIGHTON, MI 48114 | 5987 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,749.24<br>$6,749.24 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANDERSONS INC, THE<br>480 W DUSSEL DR<br>PO BOX 119<br>MAUMEE, OH 43537 | 9240 | Motors Liquidation Company | $2,921.35<br>$0.00<br>$0.00<br>$0.00<br>$2,921.35 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANIXTER INC<br>ATTN  CREDIT DEPT<br>2301 PATRIOT BLVD<br>GLENVIEW, IN 60026 | 14262 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,128.72<br>$2,128.72 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| APPLIED INDUSTRIAL TECHNOLOGIES - DBB INC<br>APPLIED INDUSTRIAL TECNOLOGIES<br>ATTN  BETH ARVAI<br>1 APPLIED PLZ<br>CLEVELAND, OH 44115 | 50652 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$73.76<br>$73.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLIED INDUSTRIAL TECHNOLOGIES - INDIANA LLC<br>APPLIED INDUSTRIAL TECHNOLOGIE<br>ATTN BETH ARVAI<br>1 APPLIED PLZ<br>EAST 36TH ST & EUCLID AVENUE<br>CLEVELAND, OH 44115 | 50651 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$372.84<br>$372.84 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLIED INDUSTRIAL TECHNOLOGIES INC<br>ATTN  BETH ARVAI<br>1 APPLIED PLZ<br>CLEVELAND, OH 44115 | 50650 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$4,930.44<br>$4,930.44 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLIED INDUSTRIAL TECHNOLOGIES INC<br>BETH ARVAI<br>ONE APPLIED PLAZA<br>EAST 36TH ST & EUCLID AVE<br>CLEVELAND, OH 44115 | 50653 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,108.69<br>$18,108.69 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ATMOS ENERGY/MID-STATES DIVISIONS<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS, TX 75265 | 909 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,911.04<br>$17,911.04 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ATMOS ENERGY/MID-STATES DIVISIONS, A DIVISION OF ATMOS ENERGY CORP<br>ATTN BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>PO BOX 650205<br>DALLAS, TX 75265 | 910 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $70.92 | (U) | | |
| | | | $70.92 | (T) | | |
| BODYCOTE THERMAL PROCESSING INC<br>12700 PARK CENTRAL DR #700<br>DALLAS, TX 75251 | 1120 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $13,058.51 | (U) | | |
| | | | $13,058.51 | (T) | | |
| BONTAZ CENTRE SAS<br>ZI DES VALIGNONS BP 12<br>MARNAZ F-74460 FRANCE<br>FRANCE | 38874 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $128,630.48 | (U) | | |
| | | | $128,630.48 | (T) | | |
| BOWLES FLUIDICS<br>ATTN: CHARLES E KNAPP<br>C/O BOWLES FLUIDICS<br>6625 DOBBIN RD 1<br>COLUMBIA, MD 21045 | 36193 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $2,400.00 | (U) | | |
| | | | $2,400.00 | (T) | | |
| BUREAU VERITAS HOLDINGS INC & ITS SUBSIDIARIES<br>ATTN HEATHER BUSH GENERAL COUNSEL<br>BUREAU VERITAS NORTH AMERICA<br>11860 W STATE RD 84 STE 1<br>FORT LAUDERDALE, FL 33325 | 1299 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $4,644.50 | (U) | | |
| | | | $4,644.50 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BUTLER CNTY DEPT OF ENVIRON 130 HIGH STREET HAMILTON, OH 45011 | 2985 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,126.93 (U) $1,126.93 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUTLER CNTY DEPT OF ENVIRON 130 HIGH STREET HAMILTON, OH 45011 | 2986 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $720.87 (U) $720.87 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CANADIAN NATIONAL RAILWAY COMPANY C/O MARTIN CYR 935 DE LA GAUCHETIERE STREET WEST H3B 2M9 MONTREAL CANADA CANADA | 60070 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $296,105.68 (U) $296,105.68 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CANON BUSINESS SOLUTIONS EAST 1250 VALLEY BROOK AVE LYNDHURST, NJ 07071 | 7649 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $295.36 (U) $295.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note: This claim is for goods and/or services provided by an outside vendor and is not entitled to priority treatment under section 507 of the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CASSELMAN, DON & SON LTD 70 COLVILLE RD TORONTO ON M6M 2Y4 CANADA CANADA | 22834 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,350.69 (U) $1,350.69 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CATALYTIC COMBUSTION CORPORATION<br>ATTN AL SUSEDIK<br>709 21ST AVE<br>BLOOMER, WI 54724 | 837 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,240.00  (U)<br>$30,240.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CBS OUTDOOR FKA VIACOM OUTDOOR<br>CBS OUTDOOR<br>185 HIGHWAY 46<br>FAIRFIELD, NJ 07004 | 33245 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$98,639.51  (U)<br>$98,639.51  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CBS RADIO INC.<br>C/O CBS LAW DEPT<br>ATTN HELEN D'ATONA<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019 | 67346 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$72,545.29  (U)<br>$72,545.29  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITADEL BROADCASTING<br>ATTN: MOLLY BURT<br>50 JAMES E CASEY DR<br>BUFFALO, NY 14206 | 338 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,689.00  (U)<br>$3,689.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CROWE FOUNDRY LIMITED<br>PO BOX 25010<br>CAMBRIDGE CANADA ON N3C 4B1 CANADA<br>CANADA | 15952 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$53,541.77  (U)<br>$53,541.77  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CRYSTAL WATER COMPANY<br>3288 ALPENA ST<br><br>BURTON, MI 48529 | 14187 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,202.50  (U)<br>$15,202.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DETROIT TEST/WARREN<br>27485 GEORGE MERRELLI DR<br><br>WARREN, MI 48092 | 11836 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,973.73  (U)<br>$16,973.73  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOMESTIC UNIFIORM LINEN SUPPLY CO INC<br>ATTN M COLTON<br>30555 NORTHWESTERN HIGHWAY SUITE 300<br>ATTN M COLTON<br>FARMINGTON HILLS, MI 48334 | 715 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,476.10  (U)<br>$13,476.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNELLEY, RR & SONS CO<br>26899 NORTHWESTERN HWY STE 111<br><br>SOUTHFIELD, MI 48033 | 48415 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,103.80  (U)<br>$25,103.80  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DUNCAN EQUIPMENT COMPANY DBA DUNCAN INDUSTRIAL SOLUTIONS<br>DUNCAN INDUSTRIAL SOLUTIONS<br>3450 S MACARTHUR BLVD<br>OKLAHOMA CITY, OK 73179 | 937 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,974.49  (U)<br>$24,974.49  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| EAGLE PICHER CORPORATION<br>WOLVERINE ADVANCED MATERIALS LLC<br>5850 MERCURY DRIVE<br>ATTN: COLLEEN HITCHENS<br>DEARBORN, MI 48126 | 19799 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$250.02<br>$250.02 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EQ THE ENVIRONMENTAL QUALITY C0<br>36255 MICHIGAN AVE<br>WAYNE, MI 48184 | 60399 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,199.98<br>$60,199.98 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EXEL NORTH AMERCIA, INC.<br>45001 FIVE MILE RD<br>PLYMOUTH, MI 48170 | 46 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$113,009.15<br>$113,009.15 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EXEL NORTH AMERICA INC<br>45001 FIVE MILE RD<br>PLYMOUTH, MI 48170 | 2461 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$86,876.45<br>$86,876.45 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FINDLAY INDUSTRIES ESPANA SL<br>CARRETERA DE CAPELLADES A MARTORELL KM 17,3,<br>08783 MASQUEFA, BARCELONA, SPAIN<br>SPAIN | 63537 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$120,953.88<br>$120,953.88<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FIRESTONE INDUSTRIAL PRODUCTS 250 W 96TH STREET INDIANAPOLIS, IN 46260 | 16237 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $49,382.35 (U) $49,382.35 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREELEY CONTAINMENT & REWORK INC. 200 BASELINE ROAD EAST BOWMANVILLE L1C 1A2 CANADA | 12137 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,127.77 (U) $1,127.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOLLEY PERFORMANCE PRODUCTS 1801 RUSSELLVILLE RD BOWLING GREEN, KY 42101 | 3688 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $6,581.44 (U) $6,581.44 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HOOSIER SPLINE/KOKOM PO BOX 538 1401 TOUBY PIKE KOKOMO, IN 46903 | 4942 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $5,520.00 (U) $5,520.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KC TRANSPORTATION INC 888 WILL CARLETON RD CARLETON, MI 48117 | 17149 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $18,679.77 (U) $18,679.77 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KONECRANES INC ATTN: KAREN MOORE 4401 GATEWAY BLVD SPRINGFIELD, OH 45502 | 31225 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $65,004.50 (U) $65,004.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KPMG LLP<br>58 CLARENDON RD DEPT 791<br>WD17 1DE WATFORD<br>UNITED KINGDOM GREAT BRITAIN<br>GREAT BRITAIN | 12916 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$97,170.00  (U)<br>$97,170.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LUCIUS MICHAEL<br>SOLES LAW OFFICES OF ROBERT E LPA<br>6545 MARKET AVE N<br>N CANTON, OH 44721 | 29873 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$42,787.50  (U)<br>$42,787.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAXZONE VEHICLE LIGHTING INC<br>15889 SLOVER UNIT A<br>FONTANA, CA 92337 | 18361 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,878.10  (U)<br>$14,878.10  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL DEMAGGIO<br>5575 AMAZON AVE<br>JACKSONVILLE, FL 32254 | 70348 | Motors Liquidation Company | $1,000,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,000,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOTT COMMUNITY COLLEGE<br>1401 E COURT ST<br>ATTN CASHIERS OFFICE<br>FLINT, MI 48503 | 60760 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$37,459.00  (U)<br>$37,459.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NEYR DE MEXICO SA DE CV<br>PHILIPPE VAYSSETTES<br>AUTOPISTA MEXICO PUEBLA KA 117<br>PARQUE IND FINSA 2 NAVE INDUSTRIAL 23 A<br>72710 CUAUTLANCINGO CP  MEXICO<br><br>MEXICO | 31181 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$120,723.44  (U)<br>$120,723.44  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NIDEC MOTORS & ACTUATORS<br>C/O DAVID M EISENBERG, ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN<br>400 GALLERIA OFFICENTRE, STE 444<br>SOUTHFIELD, MI 48034 | 1233 | Motors Liquidation Company | $0.00  (S)<br>$100,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$100,000.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NITTO DENKO AUTOMOTIVE MISSOURI INC<br>C/O FRANK W DICASTRI<br>FOLEY & LARDNER LLP<br>777 E WISCONSON AVENUE<br>MILWAUKEE, WI 53202 | 50632 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$56,350.00  (U)<br>$56,350.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| O'NEILL METAL FORMING INC<br>1098 RIG ST<br><br>COMMERCE TOWNSHIP, MI 48390 | 9606 | Motors Liquidation Company | $152,360.40  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$152,360.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OTIS ELEVATOR COMPANY<br>OTIS ELEVATOR COMPANY, ET AL<br>ATTN:  TREASURY SERVICES - T WIAFE 3RD FLOOR<br>1 FARM SPRINGS<br>FARMINGTON, CT 06032 | 608 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$120,962.63  (U)<br>$120,962.63  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PACE GLOBAL ENERGY SERVICES LLC<br>4401 FAIR LAKES COURT<br><br>FAIRFAX, VA 22033 | 64852 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$42,235.42<br>$42,235.42 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PANASONIC ELECTRIC WORKS CORP OF AMERICA<br>629 CENTRAL AVE<br><br>NEW PROVIDENCE, NJ 07974 | 48 | Motors Liquidation Company | $0.00<br>$226,075.89<br>$0.00<br>$112,833.77<br>$338,909.66 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL W MARINO GAGES INC<br>ATTN ROBERT M SOSIN ESQ<br>30100 TELEGRAPH RD STE 360<br>FRANKLIN, MI 48025 | 1367 | Motors Liquidation Company | $404,004.31<br>$0.00<br>$0.00<br>$0.00<br>$404,004.31 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PEAK TECHNOLOGIES INC<br>10330 OLD COLUMBIA RD, SUITE 200<br><br>COLUMBIA, MD 21046 | 912 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$48,183.77<br>$48,183.77 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PECO<br>PECO ENERGY COMPANY<br>ATTN MICHAEL P MURPHY S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | 901 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$71,789.01<br>$71,789.01 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PIOLAX INC<br>139 ETOWAH INDUSTRIAL COURT<br><br>CANTON, GA 30114 | 61964 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$455.19<br>$455.19 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PITNEY BOWES SOFTWARE INC<br>PITNEY BOWES INC<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | 67340 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,113.84<br>$6,113.84 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RAMCO INDUSTRIES INC<br>2006 TOBSAL CT<br><br>WARREN, MI 48091<br>UNITED STATES OF AMERICA | 50656 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,276.96<br>$16,276.96 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAVVIS INC<br>1 SAVVIS PARKWAY<br><br>TOWN & COUNTRY, MO 63017 | 659 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,512.80<br>$17,512.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCOTT DAVID I<br>DBA DAVID SCOTT CONSULTING LLC<br>862 SAINT ANDREWS WAY<br>FRANKFORT, IL 60423 | 21811 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$839,751.39<br>$839,751.39 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SENSOR-NITE INDUSTRIAL<br>JOSEPH R GRIFFIN<br>EPIQ SENSOR-NITE USA<br>14165 FENTON ROAD, SUITE 204C<br>FENTON, MI 48430 | 13000 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$77,041.74  (U)<br>$77,041.74  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHIGA INTERNATIONAL PATENT OFFICE<br>MASATAKE SHIGA PRESIDENT<br>GRAN TOKYO SOUTH TOWER<br>1-9-2 MARUNOUCHI<br>CHIYODA KU TOKYO JAPAN 100-6620<br>JAPAN | 1153 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,198.39  (U)<br>$4,198.39  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPH CRANE & HOIST INC<br>DBA MORRIS MATERIAL HANDLING<br>ATTN: KAREN MOORE<br>4401 GATEWAY BLVD<br>SPRINGFIELD, OH 45502 | 31226 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$8,859.00  (U)<br>$8,859.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANDARD MOTOR PRODUCTS<br>ATTN: VICE PRESIDENT GENERAL COUNSEL<br>37-18 NORTHERN BLVD<br>LONG ISLAND CITY, NY 11101 | 13072 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$63,849.29  (U)<br>$63,849.29  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUPERB FABRICATING LLC<br>1280 HOLDEN AVE STE 113<br>MILFORD, MI 48381 | 7031 | Motors Liquidation Company | $52,596.40  (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$52,596.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TENNANT CO<br>701 LILAC DR N<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | 15134 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,828.05 (U)<br>$11,828.05 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE BUFFALO NEWS<br>C/O GETMAN & BIRYLA, LLP<br>800 RAND BUILDING<br>14 LAFAYETTE SQUARE<br>BUFFALO, NY 14203 | 628 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$285,070.94 (U)<br>$285,070.94 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THE GLEASON WORKS<br>ATTN: EDWARD J. PELTA, ESQ.<br>1000 UNIVERSITY AVE<br>ROCHESTER, NY 14607 | 44308 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,550.50 (U)<br>$50,550.50 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TITAN X ENGINE COOLING INC<br>C/O PHILLIPS LYTLE LLP<br>ATTN ANGELA Z MILLER ESQ<br>3400 HSBC CENTER<br>BUFFALO, NY 14203 | 60583 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$338,577.00 (U)<br>$338,577.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TITANX ENGINE COOLING INC<br>C/O PHILLIPS LYTLE LLP<br>ATTN ANGELA Z MILLER ESQ<br>3400 HSBC CENTER<br>BUFFALO, NY 14203 | 64846 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$129,625.00 (U)<br>$129,625.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

160th Omnibus Objection

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRAN TECH INC<br>888 WILL CARLETON RD<br><br>CARLETON, MI 48117 | 29042 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,179.00  (U)<br>$35,179.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRICO PRODUCTS CORPORATION<br>ATTN RICK ONISKO<br>3255 W HAMILIN ROAD<br>ROCHESTER HILLS, MI 48309 | 59853 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$46,810.82  (U)<br>$46,810.82  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TROY DESIGN & MANUFACTURING CO & ITS SUBSIDIARIES AND AFFILIATES<br>JOSE J BARTOLOMEI<br>MILLER CANFIELD ATTY AND AGENTS FOR TROY DESIGN & MANUFACTURING CO<br>101 N MAIN ST 7TH FL<br>ANN ARBOR, MI 48104 | 60593 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,980.00  (U)<br>$65,980.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURVO INTERNATIONAL CO LTD<br>NO 59,  JING 2 RD, TAICHUNG HARBOR EXPORT PROCESSING ZONE, WUCI TOWNSHIP, TAICHUNG COUNTY 435, TAIWAN, ZIPCODE: 435<br>TAIWAN | 19000 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$75,634.40  (U)<br>$75,634.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UNISOURCE WORLDWIDE INC<br>9 CRYSTAL POND RD<br><br>SOUTHBOROUGH, MA 01772 | 12469 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$129,934.99  (U)<br>$129,934.99  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| VALENITE INC<br>17-02 NEVINS RD<br><br>FAIR LAWN, NJ 07410 | 1825 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,396.49<br>$21,396.49 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIBRACOUSTIC POLSKA SP Z O O<br>BODMAN LLP<br>C/O COLIN T DARKE ESQ<br>1901 ST ANTOINE STREET<br>FORD FIELD 6TH FL<br>DETROIT, MI 48226 | 64698 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$168,678.73<br>$168,678.73 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WACKENHUT CORP, THE<br>ATTN: TONY CAPPELLO<br>4200 WACKENHUT DR STE 100<br>WEST PALM BEACH, FL 33410 | 3448 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$204.83<br>$204.83 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYMAN FIRE PROTECTION INC<br>403 MECO DR<br><br>WILMINGTON, DE 19804 | 1766 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$88,878.00<br>$88,878.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM MORRIS AGENCY LLC<br>C/O PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN MR JASON POMERANTZ<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>LOS ANGELES, CA 90067 | 69242 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 97 | | $1,611,882.46 | (S) | | |
| | | | $326,075.89 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,594,179.93 | (U) | | |
| | | | $7,532,138.28 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

160th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DLA PIPER LLP (US) C/O RICHARD M KREMEN THE MARBURY BUILDING 6225 SMITH AVE BALTIMORE, MD 21209 | 22640 | Motors Liquidation Company | $0.00 $0.00 $0.00 $127,649.51 $127,649.51 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MODCOMP INC C/O RAUL GASTESI JR ESQ GASTESI & ASSOCIATES P A 8105 NW 155TH STREET MIAMI LAKES, FL 33016 | 1087 | Motors Liquidation Company | $0.00 $0.00 $0.00 $75,415.00 $75,415.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUNDRAM INTERNATIONAL INC 801 W BIG BEAVER ROAD 5TH FL TROY, MI 48084 | 65677 | Motors Liquidation Company | $0.00 $0.00 $0.00 $135,493.03 $135,493.03 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| *OBJECTION ADJOURNED* | 3 | | $0.00 $0.00 $0.00 $338,557.54 $338,557.54 | (S) (A) (P) (U) (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.