**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AB AUTOMOTIVE ELECTRONICS LIMITED<br>ATTN DAVID M SCHILLI<br>ROBINSON BRADSHAW & HINSON PA<br>101 NORTH TRYON STREET STE 1900<br>CHARLOTTE, NC 28246 | 58660 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$820,383.31  (U)<br>$820,383.31  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADAC PLASTICS INC D/B/A ADAC AUTOMOTIVE<br>5920 TAHOE DR SE<br>GRAND RAPIDS, MI 49546 | 60717 | MLCS, LLC | $0.00  (S)<br>$1,374.28  (A)<br>$0.00  (P)<br>$874.69  (U)<br>$2,248.97  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADAC PLASTICS INC D/B/A ADAC AUTOMOTIVE<br>C/O ADAC PLASTICS INC<br>5920 TAHOE DR SE<br>GRAND RAPIDS, MI 49546 | 60718 | Motors Liquidation Company | $0.00  (S)<br>$578.03  (A)<br>$0.00  (P)<br>$28,567.60  (U)<br>$29,145.63  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADVANCED ENGINEERING SOLUTIONS INC<br>SARAH B CARTER<br>2700 KETTERING TOWER<br>DAYTON, OH 45423 | 28372 | Motors Liquidation Company | $63,275.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$63,275.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ADVANCED TECHNOLOGY SERVICES INC<br>8201 N UNIVERSITY ST<br>PEORIA, IL 61615 | 33477 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$77,626.94  (U)<br>$77,626.94  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AFT<br>C/O DAVID A LERNER ESQ<br>PLUNKETT COONEY<br>38505 WOODWARD AVE SUITE 2000<br>BLOOMFIELD HILLS, MI 48304 | 44886 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$174,758.16<br>$174,758.16 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AGGREKO LLC<br>PO BOX 10004<br>NEW IBERIA, LA 70562 | 16743 | MLCS, LLC | $0.00<br>$0.00<br>$0.00<br>$12,128.64<br>$12,128.64 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AGGREKO LLC<br>NEAL HARGRAVE<br>PO BOX 10004<br>NEW IBERIA, LA 70562 | 16744 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,236.68<br>$24,236.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLSTATE POWER VAC INC<br>2527 MARKET ST<br>ASTON, PA 19014 | 9252 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,586.50<br>$30,586.50 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124 | 5544 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$67,680.51<br>$67,680.51 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANTHONY GOMEZ<br>CINDY OR ANTHONY GOMEZ<br>101 N DOWLING RD STE A<br>COLLEGE STATION, TX 77845 | 61547 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,656.75  (U)<br>$5,656.75  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARC HOLDING LTD FKA FOX SPORTS NET MIDWEST<br>10201 W PICO BLVD BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60257 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$243,474.00  (U)<br>$243,474.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARC HOLDING LTD FKA FOX SPORTS NET SOUTHWEST<br>10201 W PICO BLVD BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60256 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$303,917.00  (U)<br>$303,917.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ASSET ENGINEERING CORPORATION ASSIGNEE OF VANNATTER GROUP INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, CANADA<br>CANADA | 17210 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,230,909.40  (U)<br>$1,230,909.40  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ASSET ENGINEERING CORPORATION ASSIGNEE OF VANNATTER GROUP INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, CANADA<br>CANADA | 17211 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,362.24  (U)<br>$19,362.24  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AZ AUTOMOTIVE CORP<br>ATTN: SHERYL MCGOWAN<br>24331 SHERWOOD AVE<br>CENTER LINE, MI 48015<br>UNITED STATES OF AMERICA | 51347 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$94,768.57<br>$94,768.57 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| B & B AIR INC<br>7311 E 43RD ST<br>INDIANAPOLIS, IN 46226 | 672 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$4,661.95<br>$4,661.95 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARFIELD LATRELL<br>PO BOX 1824<br>SANFORD, FL 32772 | 11525 | Motors Liquidation Company | $19,000.00<br>$0.00<br>$0.00<br>$0.00<br>$19,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BAYLIS, DAVID M<br>180 BRISCOE BLVD<br>WATERFORD, MI 48327 | 15805 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BYRD INVESTIGATIONS INC<br>PO BOX 202241<br>ARLINGTON, TX 76006 | 20908 | Motors Liquidation Company | $0.00<br>$0.00<br>$101.20<br>$0.00<br>$101.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| C R D ENTERPRISES INC<br>549 CAPITAL DR<br><br>LAKE ZURICH, IL 60047 | 10853 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$13,752.40  (U)<br><br>$13,752.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CASCO PRODUCTS CORPORATION<br>DIONNE BEST, AR MANAGER<br>FINANCE DEPARTMENT<br>855 MAIN STREET 10TH FLOOR<br>BRIDGEPORT, CT 06604<br>UNITED STATES OF AMERICA | 51340 | Motors Liquidation Company | $0.00  (S)<br><br>$4,110.47  (A)<br><br>$0.00  (P)<br><br>$115,399.07  (U)<br><br>$119,509.54  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHINA PATENT AGENT HK LTD<br>22/F GREAT EAGLE CENTRE<br>23 HARBOUR ROAD<br>WANCHAI CHINA<br>CHINA (PEOPLE'S REP) | 17629 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$45,806.50  (U)<br><br>$45,806.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CINCINNATI SUB ZERO PRODUCTS INC<br>12011 MOSTELLER RD<br><br>CINCINNATI, OH 45241 | 48355 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$40,656.00  (U)<br><br>$40,656.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COLBERT MANUFACTURING COMPANY INC<br>C/O DAVID ZAGER, ATTORNEY<br>1125 BALBADE DR<br>NASHVILLE, TN 37215 | 244 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$197,558.00  (U)<br><br>$197,558.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONTITECH MGW GMBH<br>A FRANZISKA HEUER<br>D-34346 HANN MUNDEN<br>POSTFACH 1420<br>D 34334 HANN MUNDEN GERMANY<br>GERMANY | 17711 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,287.06  (U)<br>$31,287.06  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CORECON INC<br>775 DUVICK AVE<br>SANDWICH, IL 60548 | 6458 | Motors Liquidation Company | $0.00  (S)<br>$6,817.40  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$6,817.40  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CROWN EQUIPMENT CORPORATION<br>ATTN RODNEY J HINDERS<br>102 S WASHINGTON ST<br>NEW BREMEN, OH 45869 | 43891 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$26,091.69  (U)<br>$26,091.69  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DALE U DAFLER<br>804 REDWOOD DR<br>EATON, OH 45320 | 23468 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,100.00  (U)<br>$15,100.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID BAYLIS<br>180 BRISCOE BLVD<br>WATERFORD, MI 48327 | 15806 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DEACON INDUSTRIAL SUPPLY CO IN<br>7 E COMMONS BLVD<br><br>NEW CASTLE, DE 19720 | 60047 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,529.82<br>$13,529.82 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DELTEK, INC<br>13880 DULLES CORNER LANE<br><br>HERNDON, VA 20171 | 243 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$72,800.00<br>$72,800.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMOCRAT & CHRONICLE<br>CREDIT MANAGER<br>55 EXCHANGE BLVD<br>ROCHESTER, NY 14614 | 5140 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,314.68<br>$8,314.68 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DETROIT BOILER CO<br>2931 BEAUFAIT ST<br><br>DETROIT, MI 48207 | 13372 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$91,857.81<br>$91,857.81 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALDSON COMPNAY, INC.<br>1400 W 94TH ST<br><br>BLOOMINGTON, MN 55431 | 19973 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$34,504.00<br>$34,504.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ENDECA TECHNOLOGIES INC<br>ENDECA TECHNOLOGIES INC<br>101 MAIN STREET SUITE 1400<br>CAMBRIDGE, MA 02142 | 45785 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$119,888.75<br>$119,888.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FAST TEK GROUP LLC<br>9850 E 30TH ST<br><br>INDIANAPOLIS, IN 46229 | 21249 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$70,000.00  (U)<br>$70,000.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FIRST STATE ORTHOPAEDICSPA<br>4745 OGLETOWN STANTON RD SUITE<br>SUITE 135<br>NEWARK, DE 19713 | 58882 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$136,401.00  (U)<br>$136,401.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET ARIZONA LLC<br>10201 W PICO BLVD<br>BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 59849 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$170,705.00  (U)<br>$170,705.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET DETROIT LLC<br>10201 W PICO BLVD #103 ROOM 3147<br><br>LOS ANGELES, CA 90035 | 60258 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$109,627.00  (U)<br>$109,627.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET FLORIDA INC<br>10201 W PICO BLVD<br>BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60254 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,466.00  (U)<br>$35,466.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FOX SPORTS NET NORTH LLC<br>10201 W PICO BLVD BLDG 103 # 3147<br><br>LOS ANGELES, CA 90035 | 59848 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,898.00  (U)<br>$13,898.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET OHIO LLC<br>10201 W PICO BLVD<br>BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 59847 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$345,389.00  (U)<br>$345,389.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET WEST 2 LLC<br>10201 W PICO BLVD BLDG 103 #3147<br><br>LOS ANGELES, CA 90035<br>UNITED STATES OF AMERICA | 59846 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$18,190.00  (U)<br>$18,190.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOX SPORTS NET WEST, LLC<br>10201 W. PICO BLVD BLDG 103 #3147<br><br>LOS ANGELES, CA 90035 | 60148 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$107,143.00  (U)<br>$107,143.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARCIA & VILLARREAL LLP<br>4401 N MCCOLL RD<br><br>MCALLEN, TX 78504 | 36220 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$661,095.10  (U)<br>$661,095.10  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GE BETZ INC<br>4636 SOMERTON RD<br><br>TREVOSE, PA 19053 | 18330 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,156.80  (U)<br>$6,156.80  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLOBAL CROSSING CONFERENCING<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>PO BOX 790407<br>SAINT LOUIS, MO 63179 | 9238 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$22,300.91  (U)<br>$22,300.91  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GOLDSMITH BARBARA J<br>DBA BARBARA J GOLDSMITH & CO<br>PO BOX 9024<br>PROVIDENCE, RI 02940 | 30267 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRANT THORNTON LLP<br>ATTN BRENNA FREUDENTHAL<br>175 W JACKSON BLVD 20TH FLOOR<br>CHICAGO, IL 60604 | 1387 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,059,416.00  (U)<br>$1,059,416.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GUIZHOU GUIHANG AUTOMOTIVE COMPONENTS CO LTD HUAYANG<br>ELECTRICS COMPANY<br>2 PANJIANG S RD<br>XIAOHE GUIYANG CHINA<br><br>CHINA (PEOPLE'S REP) | 17921 | Motors Liquidation Company | $18,695.81  (S)<br>$0.00  (A)<br>$18,695.81  (P)<br>$0.00  (U)<br>$37,391.62  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| H&P TECHNOLOGIES<br>21251 RYAN RD<br><br>WARREN, MI 48091 | 3716 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$958.50  (U)<br>$958.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HCL AMERICA INC<br>C/O DLA PIPER LLP (US)<br>ATTN VINCENT J ROLDAN<br>1251 AVE OF THE AMERICAS<br>NEW YORK, NY 10020 | 67246 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$63,971.85  (U)<br>$63,971.85  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INDUSTRIAL POWER SYSTEMS INC<br>1650 INDIAN WOOD CIR<br><br>MAUMEE, OH 43537 | 44876 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$104,844.00  (U)<br>$104,844.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| INSTATUNE HUSKY<br>10357-61 AVE NW<br>EDMONTON AB T6H 1L1 CANADA<br>CANADA | 16101 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$102.14  (U)<br>$102.14  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IRON MOUNTAIN INFORMATION MANAGEMENT INC<br>JOSPEH CORRIGAN ESQ<br>745 ATLANTIC AVE 10TH FL<br>BOSTON, MA 02111 | 65344 | Motors Liquidation Company | $133,965.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$133,965.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES, ELLIOTT 2109 TURNBERRY LN CORONA, CA 92881 | 6166 | Motors Liquidation Company | $0.00 $0.00 $0.00 $10,595.00 $10,595.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERSON WELLS INTERNATIONAL 100 MANPOWER PLACE MILWAUKEE, WI 53212 | 59774 | Motors Liquidation Company | $0.00 $0.00 $0.00 $275,587.41 $275,587.41 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH LIPPUCCI 6386 STRATFORD DR PARMA HTS, OH 44130 | 45195 | Motors Liquidation Company | $0.00 $0.00 $0.00 $576.46 $576.46 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENT H LANDSBERG CO C/O AMCOR SUNCLIPSE NORTH AMERICA 6600 VALLEY VIEW STREET BUENA PARK, CA 90620 | 6977 | Motors Liquidation Company | $0.00 $0.00 $0.00 $51,647.97 $51,647.97 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KIRCHHOFF AUTOMOTIVE DEUTSCHLAND GM AM ECKENBACH 10-14 57439 ATTENDORN NW GERMANY GERMANY | 64986 | Motors Liquidation Company | $0.00 $14,948.70 $0.00 $18,304.04 $33,252.74 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KUKA ROBOTS IBERICA S A<br>C/O BRYAN CERMAK<br>KUKA GROUP LEGAL DEPT<br>22500 KEY DRIVE<br>CLINTON TOWNSHIP, MI 48036 | 46617 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$101,790.97  (U)<br>$101,790.97  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MACTEC ENGINEERING & CONSULTIN<br>MACTEC ENGINEERING AND CONSULTING INC<br>1105 LAKEWOOD PARKWAY<br>SUITE 300<br>ALPHARETTA, GA 30009 | 6871 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$89,175.93  (U)<br>$89,175.93  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAXZONE AUTO PARTS CORP<br>15889 SLOVER UNIT A<br>FONTANA, CA 92337 | 18362 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$214,172.37  (U)<br>$214,172.37  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MERIDIAN LIGHTWEIGHT TECHNOLOGIES INC<br>ATTN: ALAN J MILLER<br>25 MCNAB AVE<br>STRATHROY ONTARIO N7G 4H6 CANADA<br>CANADA | 69193 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,995.76  (U)<br>$4,995.76  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| METHODE ELECTRONICS MALTA, LTD<br>C/O TIMOTHY S MCFADDEN<br>111 S WACKER DR<br>CHICAGO, IL 60606 | 22215 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,333.67  (U)<br>$21,333.67  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MOTOR CITY ELECTRIC TECHNOLOGIES INC (AS SUBCONTRACTOR TO EXTREME ENGINEERING) MOTOR CITY ELECTRIC 9440 GRINNELL DETROIT, MI 48213 | 11088 | Motors Liquidation Company | $60,000.00 $0.00 $0.00 $0.00 $60,000.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOTOR CITY ELECTRIC TECHNOLOGIES INC (AS SUBCONTRACTOR TO EXTREME ENGINEERING) MOTOR CITY ELECTRIC ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 944 GRINNELL DETROIT, MI 48213 | 11089 | Motors Liquidation Company | $20,000.00 $0.00 $0.00 $0.00 $20,000.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NUSPIRE CORPORATION 3155 DALLAVO CT COMMERCE TWP, MI 48390 | 543 | Motors Liquidation Company | $0.00 $0.00 $16,247.00 $0.00 $16,247.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not entitled to priority treatment under section 507 of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| OFFICEMAX ATTN:  CREDIT 263 SHUMAN BLVD NAPERVILLE, IL 60563 | 808 | Motors Liquidation Company | $0.00 $0.00 $0.00 $11,405.27 $11,405.27 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHMART/VEGA CORPORATION ATTN  NATALIE R SCHMIDT 4241 ALLENDORF DRIVE CINCINNATI, OH 45209 UNITED STATES OF AMERICA | 68656 | Motors Liquidation Company | $0.00 $0.00 $0.00 $506.68 $506.68 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RALCO INDUSTRIES INC<br>2720 AUBURN CT<br><br>AUBURN HILLS, MI 48326 | 61839 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$616,841.87  (U)<br>$616,841.87  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICH DAVIS ENTERPRISES INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>4831 WYOMING ST<br>DEARBORN, MI 48126 | 16530 | Motors Liquidation Company | $0.00  (S)<br>$1,600.00  (A)<br>$0.00  (P)<br>$5,450.00  (U)<br>$7,050.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| S&Z SHEETMETAL INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>5237 COMMERCE RD<br>FLINT, MI 48507 | 15081 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$53,120.00  (U)<br>$53,120.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SEALED AIR CORP<br>PO BOX 464<br><br>DUNCAN, SC 29334 | 14121 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$43,352.97  (U)<br>$43,352.97  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SECURITY PLASTICS DIVISION/NMC LLC<br>14427 NW 60TH AVE<br><br>MIAMI LAKES, FL 33014 | 11747 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,571.26  (U)<br>$9,571.26  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPEEDWAY SUPERAMERICA LLC<br>SUBSIDIARY OF MARATHON PETROLEUM COMPANY LLC<br>PO BOX 1590<br>SPRINGFIELD, OH 45501 | 1078 | Unknown | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$309.76  (U)<br>$309.76  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SQUARE D COMPANY<br>MICHAEL A WISNIEWSKI<br>1415 S ROSELLE RD<br>PALATINE, IL 60067 | 33277 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$84,861.37  (U)<br>$84,861.37  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANDARD REGISTER COMPANY<br>LILLIAN FLATT<br>600 ALBANY ST<br>DAYTON, OH 45408 | 556 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,836.74  (U)<br>$21,836.74  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUNSHINE NETWORK INC<br>10201 W PICO BLVD, BLDG 103 #3147<br>LOS ANGELES, CA 90035 | 60255 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$95,264.00  (U)<br>$95,264.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS H. WEBB<br>4155 KISSIMMEE PARK RD<br>SAINT CLOUD, FL 34772 | 3960 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMSON REUTERS (TTA-RESEARCH & GUIDANCE)<br>C/O SARAH E DOERR ESQ<br>MOSS & BARNETT PA<br>4900 WELLS FARGO CENTER<br>90 SOUTH SEVENTH ST<br>MINNEAPOLIS, MN 55402 | 59067 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,359.35  (U)<br>$19,359.35  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TRENTON WATER WORKS CITY OF TRENTON ACCOUNTS & CONTROL 319 EAST STATE ST ROOM 113 TRENTON, NJ 08608 | 69706 | Motors Liquidation Company | $0.00 $0.00 $0.00 $72.21 $72.21 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIND RIVER SYSTEMS INC 500 WIND RIVER WAY ALAMEDA, CA 94501 | 38911 | Motors Liquidation Company | $0.00 $0.00 $0.00 $24,742.52 $24,742.52 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **84** | | **$314,935.81** **$29,428.88** **$35,044.01** **$8,691,676.60** **$9,071,085.30** | **(S)** **(A)** **(P)** **(U)** **(T)** | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| #NAME?<br>ATTN: ERIC ANDERSON<br>149 COMMONWEALTH DRIVE<br>MENLO PARK, CA 94025<br>UNITED STATES OF AMERICA | 20076 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$74,144.24<br>$74,144.24 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARRIER CORP<br>ATTN: JOYCE KUPPEL<br>PO BOX 4808, BLDG TR-5<br>SYRACUSE, NY 13221 | 29626 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$83,745.94<br>$83,745.94 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY<br>ATTN MICHAEL B BACH ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150 | 833 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,659.39<br>$6,659.39 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GE CONSUMER & INDUSTRIAL, F/K/A GE SECURITY<br>MICHAEL B BACH, ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150 | 767 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,100.80<br>$6,100.80 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GE CONSUMER & INDUSTRIAL, F/K/A GE SECURITY<br>ATTN MICHAEL B BACH ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150 | 768 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$14,326.05<br>$14,326.05 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | 66748 | Motors Liquidation Company | $268,722.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,916.65  (U)<br>$350,639.47  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not secured by property of the Debtors' estates. Accordingly, this claim
should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605<br>UNITED STATES OF AMERICA | 66749 | MLCS, LLC | $268,722.82  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,617.53  (U)<br>$350,340.35  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not secured by property of the Debtors' estates. Accordingly, this claim
should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHANN HAY GMBH AND CO KG<br>ATTN KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | 65899 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,227.58  (U)<br>$13,227.58  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHANN HAY GMBH AND CO KG<br>ATTN KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | 65900 | Motors Liquidation Company | $0.00  (S)<br>$140,704.90  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$140,704.90  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

Note:   This claim is for services performed prepetition and is not entitled to administrative expense treatment under the Bankruptcy
Code.  Accordingly, this claim should be reclassified as a general unsecured claim.

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U)
= unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any
mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be
determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LAPEER METAL STAMPING COMPANIES, INC. | 51349 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| 930 S. SAGINAW | | | $0.00 | (A) | | |
| LAPEER, MI 48446 | | | $0.00 | (P) | | |
| UNITED STATES OF AMERICA | | | $128,700.00 | (U) | | |
| | | | $128,700.00 | (T) | | |
| MOODY'S INVESTORS SERVICE | 30108 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| C/O SATTERLEE STEPHENS BURKE & BURKE LLP | | | $0.00 | (A) | | |
| ATTN CHRISTOPHER R BELMONTE | | | | | | |
| 230 PARK AVENUE | | | $0.00 | (P) | | |
| NEW YORK, NY 10169 | | | $744,075.35 | (U) | | |
| | | | $744,075.35 | (T) | | |
| SUNDRAM FASTENERS LIMITED | 65678 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| 801 W BIG BEAVER ROAD | | | $0.00 | (A) | | |
| 5TH FL | | | | | | |
| TROY, MI 48084 | | | $0.00 | (P) | | |
| | | | $20,310.41 | (U) | | |
| | | | $20,310.41 | (T) | | |
| *OBJECTION ADJOURNED* | **12** | | **$537,445.64** | (S) | | |
| | | | **$140,704.90** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$1,254,823.94** | (U) | | |
| | | | **$1,932,974.48** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**161st Omnibus Objection**

# Exhibit A

### *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HADEN SCHWEITZER CORPORATION<br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103 | 51355 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $254,511.34 | (U) | | |
| | | | $254,511.34 | (T) | | |
| R & O TOOL SERVICE INC<br>ROBERT MCPHERSON<br>7708 OLYMPIC PARKWAY<br>SYLVANIA, OH 43560<br>UNITED STATES OF AMERICA | 63841 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $50,600.73 | (U) | | |
| | | | $50,600.73 | (T) | | |
| *OBJECTION WITHDRAWN* | 2 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $305,112.07 | (U) | | |
| | | | $305,112.07 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.