**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| A&M AUTOMOTIVE TRANSPORT EFT COMPANY LLC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>645 GRISWOLD ST STE 1300<br>DETROIT, MI 48226 | 30490 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $12,425.00 | (U) | | |
| | | | $12,425.00 | (T) | | |
| ATCO INDUSTRIES INC<br>7300 15 MILE RD<br>STERLING HEIGHTS, MI 48312 | 21410 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $8,357.22 | (U) | | |
| | | | $8,357.22 | (T) | | |
| DIRECTED ELECTRONICS<br>1 VIPER WAY<br>VISTA, CA 92081 | 668 | MLCS Distribution Corporation | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $752.40 | (U) | | |
| | | | $752.40 | (T) | | |
| ILIOS PARTNERS LLC<br>550 W VAN BUREN ST #1420<br>CHICAGO, IL 60607 | 9731 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $466.67 | (U) | | |
| | | | $466.67 | (T) | | |
| INTEGRITY INTERACTIVE CORP<br>51 SAWYER ROAD SUITE 501<br>WALTHAM, MA 02453 | 2652 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $2,870.00 | (U) | | |
| | | | $2,870.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LEXISNEXIS, A DIV OF REED ELSEVIER INC<br>ATTN BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>ATTN: BETH FARNHAM<br>MIAMISBURG, OH 45342 | 14902 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$143,927.36<br>$143,927.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARPOSS CORP<br>3300 CROSS CREEK PKWY<br>AUBURN HILLS, MI 48326 | 16711 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,392.00<br>$8,392.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MEDIA RECOVERY INC<br>PO BOX 1407<br>GRAHAM, TX 76450 | 2856 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,848.00<br>$2,848.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MILLENNIUM INSTITUTE<br>2111 WILSON BLVD<br>STE 700<br>ARLINGTON, VA 22201 | 7521 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,112.21<br>$31,112.21 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OHIO TRANSMISSION CORP<br>1900 JETWAY BLVD<br>COLUMBUS, OH 43219 | 21409 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,140.00<br>$1,140.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

162nd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OHM SERVICE LLC<br>903 S LATSON RD #110<br><br>HOWELL, MI 48843 | 906 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,545.00  (U)<br>$15,545.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| QINGDAO/CHINA<br>9 LONGHAI RD HUANHAI ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZN<br>QINGDAO SHANDON CB 266108 CHINA<br>CHINA (PEOPLE'S REP) | 44174 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$205,233.45  (U)<br>$205,233.45  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STANDARD SCALE & SUPPLY CO<br>PO BOX 40720<br><br>DETROIT, MI 48240 | 2792 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,975.50  (U)<br>$1,975.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VWR INTERNATIONAL INC<br>1775 THE EXCHANGE STE 310<br><br>ATLANTA, GA 30339 | 32799 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$13,937.70  (U)<br>$13,937.70  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WHEELABRATOR GROUP INC<br>1606 EXECUTIVE DRIVE<br><br>LAGRANGE, GA 30240 | 396 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$47.20  (U)<br>$47.20  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **15** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$449,029.71**  (U)<br>**$449,029.71**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN N GRAHAM TRUSTEE<br>C/O THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | 30485 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,443,145.70  (U)<br>$1,443,145.70  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN N GRAHAM TRUSTEE<br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | 30487 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$218,934.83  (U)<br>$218,934.83  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***OBJECTION ADJOURNED*** | **2** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$1,662,080.53**  (U)<br>**$1,662,080.53**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.