163rd Omnibus Objection

Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALBERT D VAN BELLEGHEM<br>1312 WOODMERE RD<br>SANTA MARIA, CA 93455 | 38303 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,915.00 (U)<br>$70,915.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ANDERSON, IAN F<br>1008 RIDGEWOOD DR<br>PLAINFIELD, IN 46168 | 1807 | Motors Liquidation Company | $194.10 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$194.10 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARMSTEAD JOHNNIE<br>623 MICHAEL AVE<br>LIMA, OH 45804 | 29735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BARTON, OTTO A<br>8852 CURRIER RD<br>PLAIN CITY, OH 43064 | 5723 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BLUE, ANGELA R<br>26335 LATHRUP BLVD<br>LATHRUP VILLAGE, MI 48076 | 2495 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BOWDEN, ELINOR T<br>EDWARD T BOWDEN<br>1034 VICTORY DR<br>YARDLEY, PA 19067 | 10183 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9633-1    Filed 03/07/11    Entered 03/07/11 14:44:05    Exhibit A
  Pg 2 of 19

163rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BREWINGTON, MYGRA M<br>5700 S WATSON RD<br>ARLINGTON, TX 76018 | 3450 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BRUMFIELD, CAROLYN F<br>16707 MURRAY HILL ST<br>DETROIT, MI 48235 | 65310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$93,677.00  (U)<br>$93,677.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BURRESS, DAVID L<br>1614 PRIMROSE CT<br>KOKOMO, IN 46901 | 2013 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CAIN, MICHAEL F<br>524 WYNDHAM HALL LN<br>FARRAGUT, TN 37934 | 2704 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| CARLETON MATZELLE<br>5345 IROQUOIS COURT<br>CLARKSTON, MI 48348<br>UNITED STATES OF AMERICA | 28106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$401,245.00  (U)<br>$401,245.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| CAROL WOMACK<br>11394 CREGO RD<br>AKRON, NY 14001 | 14315 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| 163rd Omnibus Objection | | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARRICO, TIMOTHY L<br>365 CLOUD MIST DR<br><br>CAPRON, IL 61012 | 22207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,373.00 (U)<br>$53,373.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLENE GREGORICH TOD ROBERT S GREGORICH JR, HELENE G HAWKINS SUBJ TO STA RULES<br>169 HALSTON COVE<br><br>BYRAM, MS 39272 | 4970 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHARLENE S GREGORICH<br>169 HALSTON CV<br><br>JACKSON, MS 39272 | 4971 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHASE BANK<br>FOR DEPOSIT TO THE ACCOUNT OF<br>260 JOHN R RD<br>F MIRZA<br>TROY, MI 48083 | 3980 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CLARENCE PIMENTEL<br>41438 PELHAM COURT<br><br>FREMONT, CA 94539 | 65386 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,570.00 (U)<br>$22,570.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| **163rd Omnibus Objection** | | **Motors Liquidation Company, et al.** <br> Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLAUDIA L BANCROFT <br> 6645 PHILLIPS RICE NE <br> CORTLAND, OH 44410 | 16583 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $750,000.00 (U) <br> $750,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CONNOLLY-SMITH, SUSAN <br> 827 WINDEMERE DR <br> BRIGHTON, MI 48114 | 61829 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $153,769.00 (U) <br> $153,769.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DANIEL SOBECKI <br> 44290 SATURN DRIVE <br> STERLING HEIGHTS, MI 48314 | 27879 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $300,000.00 (U) <br> $300,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DANIELS, JOHN H <br> 3066 LAKEVIEW RD <br> SHREVEPORT, LA 71107 | 62505 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $250,000.00 (U) <br> $250,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DOMAS, LAWRENCE <br> 206 CHARLESTON LN <br> MC CORMICK, SC 29835 | 65302 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $121,809.00 (U) <br> $121,809.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONAL J STEWARD <br> 37 BEAR CREEK DR <br> WENTZVILLE, MO 63385 | 32914 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $66,220.00 (U) <br> $66,220.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD M PFANNES<br>1032 EDDIE DR<br>AUBURN, MI 48611 | 44165 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,865.00 (U)<br>$53,865.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD W. WINTER<br>6690 WELLSDALE CT<br>WASHINGTON, MI 40984 | 61744 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$149,985.00 (U)<br>$149,985.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY TAM & SHERRY ARYANPUR<br>DOROTHY M. TAM & SHERRY J ARYANPUR JT TEN<br>1510 HYLAND DR<br>STORM LAKE, IA 50588 | 18994 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DOROTHY TEDFORD<br>3434 SOCKWELL BLVD<br>GREENVILLE, TX 75401 | 6270 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| EBEH, JOHNNIE M<br>113 ELM LN<br>TAMPA, FL 33610 | 12507 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$4,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| EDWARDS, CALVIN<br>808 CORK ST<br>GREENSBORO, AL 36744 | 4367 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWIN RINGLE<br>4060 HILLCREST DR<br><br>WARREN, MI 48092 | 2031 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,000.00 (P)<br>$0.00 (U)<br>$55,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| EGGE GILBERT<br>834 SHAWNEE AVE<br><br>LAFAYETTE, IN 47905 | 23398 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,651.00 (U)<br>$141,651.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| FIELDS, THELMA J<br>4275 TAYLOR RD APT K4<br><br>CHESAPEAKE, VA 23321 | 7051 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FRANCIS BARONE<br>4680 BAER RD<br><br>RANSOMVILLE, NY 14131 | 3905 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FREDA PETERSON<br>13013 N PANORAMA DR<br><br>FOUNTAIN HILLS, AZ 85268 | 17916 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,500.00 (U)<br>$37,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GANATRA, JAYANT K<br>6546 BRIDGEWATER DR<br><br>WEST BLOOMFIELD, MI 48322 | 23481 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$415,969.00 (U)<br>$415,969.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GARCIA, EVELYN & GEORGE<br>2816 LOS ALAMOS TRL<br>FORT WORTH, TX 76131 | 5316 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750,000.00 (U)<br>$750,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GERALD BERCHOK<br>401 COWAN DRIVE<br>ELIZABETH, PA 15037 | 65265 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$202,110.00 (U)<br>$202,110.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GIPSON, DELORA<br>544 S 22ND ST<br>SAGINAW, MI 48601 | 1704 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| GROLEAU, HELEN<br>17770 VALADE ST<br>RIVERVIEW, MI 48193 | 2493 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$618.00 (P)<br>$0.00 (U)<br>$618.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HANCE, JOSEPH W<br>35478 MONTECRISTO DR<br>STERLING HEIGHTS, MI 48310 | 49653 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$436,655.00 (U)<br>$436,655.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HARRIET ISHMAEL<br>7606 MOUNT WHITNEY ST<br>HUBER HEIGHTS, OH 45424 | 2433 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**   Exhibit A   **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HEITMEYER, JO A<br>3550 W WALTON BLVD<br>WATERFORD, MI 48329 | 50114 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$81,530.00 (U)<br>$81,530.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HILL, LLOYD C<br>7083 S GRAPE WAY<br>CENTENNIAL, CO 80122 | 7061 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOWARD E CHANA<br>2668 SLOW FLIGHT DR<br>PORT ORANGE, FL 32128 | 44676 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$101,043.00 (U)<br>$101,043.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| IRA FBO MARIAN S MORELLI<br>PERSHING LLC AS CUSTODIAN<br>286 BETH LANE<br>UNIT 5<br>WATERBURY, CT 06705 | 28045 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,067.84 (U)<br>$7,067.84 (T) | Insufficient Documentation | Pgs. 1-5 |
| ISHMAEL, HARRIET M.<br>7606 MOUNT WHITNEY ST<br>HUBER HEIGHTS, OH 45424 | 2432 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,200.00 (U)<br>$1,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JACK L THOMAS<br>2705 LINCOYA CIR SE<br>DECATUR, AL 35603 | 2064 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JACK W WENDELL AND FREDA PETERSON<br>13013 N PANORAMA DR<br>#117<br>FOUNTAIN HILLS, AZ 85268 | 17917 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,500.00 (U)<br>$37,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOHN HALE<br>14200 ROYAL HARBOUR CT UNIT 405<br>FT MYERS, FL 33908 | 33021 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,000.00 (U)<br>$28,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOSEPH P RYKACZEWSKI<br>242 ABERDEEN AVE<br>DAYTON, OH 45419 | 61768 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,015,000.00 (U)<br>$1,015,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| KENNETH LEE KIRKPATRICK AND GAIL LENORE KIRKPATRICK<br>4867 HOMESTEAD DRIVE<br>STERLING HEIGHTS, MI 48314 | 61842 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,838.00 (U)<br>$137,838.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| KURK, ROBERT E<br>1816 CAMERON ST<br>LAS VEGAS, NV 89102 | 32963 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89,000.00 (U)<br>$89,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| KYLE L EYRICH<br>4 SLOWDRIFT TURN<br>PALM COAST, FL 32164 | 28011 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$360,000.00 (U)<br>$360,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEACH, TONIA L<br>1808 GLOUCESTER PL<br><br>CLINTON, MS 39056 | 10088 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LELTON MARTIN<br>1878 COUNTY ROAD 284<br><br>COURTLAND, AL 35618 | 320 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,000.00 (P)<br>$0.00 (U)<br>$8,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LEROY REIBLING<br>55220 PARKVIEW DRIVE<br><br>SHELBY TWP, MI 48316 | 61753 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,087.00 (U)<br>$45,087.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LOUIS VANDER MALLIE<br><br>UNITED STATES OF AMERICA | 12046 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LURA A STEWARD<br>37 BEAR CREEK DR<br><br>WENTZVILLE, MO 63385 | 32913 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,615.00 (U)<br>$98,615.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| M LOFTON<br>13749 AYDELL LN<br><br>WALKER, LA 70785 | 23479 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$263,283.00 (U)<br>$263,283.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 163rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAHAN, LORELEI C<br>1 E SCHILLER ST APT 9D<br>CHICAGO, IL 60610 | 65267 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,872.00 (U)<br>$59,872.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MARY GANNON<br>67 PENELOPE CT<br>ROSEVILLE, CA 95678 | 65393 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$109,730.00 (U)<br>$109,730.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MC CUNE, PATRICIA A<br>4480 CLAGUE RD<br>NORTH OLMSTED, OH 44070 | 6272 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MCFARLAND, DAN W<br>189 TOPANGA DRIVE<br>BONITA SPGS, FL 34134 | 20622 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$116,530.00 (U)<br>$116,530.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MICHAEL WARD<br>3415 PARALLEL RD<br>MORAINE, OH 45439 | 2008 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$0.00 (U)<br>$3,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MONTES, NANCY<br>20 PROSPECT ST<br>BLOOMFIELD, NJ 07003 | 9086 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| O CONNOR, DANIEL T<br>162 ROYAL DR<br>BRICK, NJ 08723 | 10650 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAGE, DONALD C<br>2045 PLATTIN RD<br>FESTUS, MO 63028 | 44650 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$87,000.00 (U)<br>$87,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PAUL BOOKER<br>7307 GRAYDON DR<br>NORTH TONAWANDA, NY 14120 | 5977 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PETTY, BOBBY W<br>158 EXETER DR<br>CROSSVILLE, TN 38558 | 4375 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PHILIP ALBENZE<br>3270 LORI LANE<br>NEW PORT RICHEY, FL 34655<br>UNITED STATES OF AMERICA | 21646 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,797.00 (U)<br>$27,797.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PITTS, LEROY<br>12814 SIGNET AVE<br>CLEVELAND, OH 44120 | 5962 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PLAMONDON, JOAN E<br>5434 BLUE HERON CIR<br>NORTH PORT, FL 34287 | 2690 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PRESTON, JOSEPH E<br>1637 LONGBOW LN<br>W CARROLLTON, OH 45449 | 1884 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| RALPH S ARNOLD<br>351 STROEBEL DR<br>FRANKENMUTH, MI 48734 | 32905 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$213,000.00 (U)<br>$213,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RICHARD SUTLIFF<br>124 PLEASANT MANOR DR<br>WATERFORD, MI 48327 | 28043 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,120.00 (U)<br>$97,120.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RINGLE, EDWIN A<br>4060 HILLCREST DR<br>WARREN, MI 48092 | 2032 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,000.00 (P)<br>$0.00 (U)<br>$55,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ROBERT KURK<br>1816 CAMERON ST<br>LAS VEGAS, NV 89102 | 33057 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89,000.00 (U)<br>$89,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 13

**163rd Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RODGERS TINA M<br>203 S ZEEB RD STE 206<br>ANN ARBOR, MI 48103 | 23634 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RONALD D CRANG<br>7251 W LAKE RD<br>MONTROSE, MI 48457 | 28850 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$96,137.00 (U)<br>$96,137.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RUSS, MARIE Q<br>170 PHEASANT RUN RD SOUTHEAST<br>WARREN, OH 44484 | 2460 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCHMEHL, WILLIAM F<br>1071 BEMBRIDGE DR<br>ROCHESTER HILLS, MI 48307 | 65311 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,000.00 (U)<br>$45,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SEALS, EUGENE<br>5025 LANGLEWOOD DR<br>W BLOOMFIELD, MI 48322 | 19717 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$109,200.00 (U)<br>$109,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SIMON, MANFRED K<br>PO BOX 95<br>HARSENS ISLAND, MI 48028 | 32978 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$189,761.00 (U)<br>$189,761.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**163rd Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SMITH, JACKSON B<br>100 E MAIN ST<br>UNIT 429<br>WAUKESHA, WI 53186 | 21071 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| STICKNEY, KATHLEEN E<br>1618 JONES BLVD<br>MURFREESBORO, TN 37129 | 13915 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| TAYLOR, GERALD A<br>3541 SAWMILL RD<br>GLENNIE, MI 48737 | 6282 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS, DOUGLAS A<br>1212 PLEASANTVIEW DR<br>FLUSHING, MI 48433 | 4651 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| UMAKANT & MRADULA DAVE<br>4810 HOMEPLACE DRIVE<br>APEX, NC 27539<br>UNITED STATES OF AMERICA | 70518 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,090.00 (U)<br>$1,090.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| VINCENT MICHAEL NEUKAM<br>3303 GRENTON AVENUE<br>BALTIMORE, MD 21214 | 827 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$91,000.00 (U)<br>$91,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 163rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| WALTER, JOHN I<br>125 PINEVIEW DR<br><br>LAPEER, MI 48446 | 32891 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,500.00  (U)<br>$16,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WASSENAAR, MARLYE A<br>3034 MEADOW ST<br><br>LYNN HAVEN, FL 32444 | 44976 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$63,443.00  (U)<br>$63,443.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WILCZAK, JEROLDINE E<br>PO BOX 134<br><br>BRAIDWOOD, IL 60408 | 3818 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM J BOSKEY<br>37844 BAYWOOD DR<br><br>FARMINGTON HILLS, MI 48335 | 61319 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$279,012.47  (U)<br>$279,012.47  (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIS, PAMELA K<br>1402 CADILLAC DR E<br><br>KOKOMO, IN 46902 | 5731 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| YEE, TIMOTHY<br>4180 CARBARY CT<br><br>ROCHESTER, MI 48306 | 61707 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$189,000.00  (U)<br>$189,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

163rd Omnibus Objection     **Exhibit A**     <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | 95 | | $194.10 (S) | | |
| | | | $0.00 (A) | | |
| | | | $1,127,118.00 (P) | | |
| | | | $10,237,869.31 (U) | | |
| | | | $11,365,181.41 (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 163rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GOBLE, DELLA M<br>3341 E HOUGHTON LAKE DR<br>HOUGHTON LAKE, MI 48629 | 49661 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,652.00 (U)<br>$76,652.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GOBLE, MARION E<br>3341 E HOUGHTON LAKE DR<br>HOUGHTON LAKE, MI 48629 | 49662 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$119,355.75 (U)<br>$119,355.75 (T) | Insufficient Documentation | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$196,007.75** (U)<br>**$196,007.75** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9633-1    Filed 03/07/11    Entered 03/07/11 14:44:05    Exhibit A
Pg 19 of 19

**163rd Omnibus Objection**     **Exhibit A**     <u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD KAUFMAN<br>2105 CRIDER ROAD<br>MANSFIELD, OH 44903 | 62927 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$188,397.00 (U)<br>$188,397.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| *OBJECTION WITHDRAWN* | 1 | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$188,397.00** (U)<br>**$188,397.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.