**164th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| A WARD<br>11800 BROOKPARK RD TRLR C25<br>CLEVELAND, OH 44130 | 69919 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| AISOLA, LARRY M JR<br>RE KATRINA D COPPER<br>530 E JUDGE PEREZ DR<br>STE B<br>CHALMETTE, LA 70043<br>UNITED STATES OF AMERICA | 22058 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| AISOLA, LARRY M JR<br>RE KALEB COPPER<br>530 E JUDGE PEREZ DR<br>STE B<br>CHALMETTE, LA 70043<br>UNITED STATES OF AMERICA | 22059 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ALEC GIVENS<br>FOLSOM STATE PRISON-MIN-814L<br>P.O. BOX 715071<br>REPRESA, CA 95671 | 9782 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ALEXANDER, ALECE D<br>APT 332<br>2201 WEST 93RD STREET<br>CLEVELAND, OH 44102 | 2734 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$42,000.00 (P)<br>$0.00 (U)<br>$42,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 164th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ANDREW HERMANN<br>1639 MACKWOOD RD<br><br>ROCHESTER HILLS, MI 48307 | 33538 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ANN CRENSHAW<br>6710 CRANWOOD DR<br><br>FLINT, MI 48505 | 3898 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| ARTIS, GEORGE D<br>1529 N INDEPENDENCE AVE<br><br>OKLAHOMA CITY, OK 73107 | 12851 | Motors Liquidation Company | $980,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BARNES, EDDIE L<br>1620 STATE ROAD<br>178 WEST<br>MYRTLE, MS 38650 | 9158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BARRETT, DAVID T<br>5530 N STARK RD<br><br>HOPE, MI 48628 | 6278 | Motors Liquidation Company | $70,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$70,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| BEVERLY LORANGER<br>12224 N CHERRY HILLS DR W<br><br>SUN CITY, AZ 85351 | 8280 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,521.00 (P)<br>$0.00 (U)<br>$1,521.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BIGGS, EUGENE<br>2574 CONSEAR RD<br><br>LAMBERTVILLE, MI 48144 | 11495 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$90,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| BOUCHARD, GARY S<br>8004 N FLANDRENA RD<br><br>HURLEY, WI 54534 | 5005 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$75,000.00 (P)<br>$0.00 (U)<br>$75,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CABAN CEREZO LUIS<br>P.O. BOX 1734 VICTORIA STATION<br><br>AGUADILLA, PR 00605 | 8394 | Motors Liquidation Company | $2,300.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,300.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CAMPBELL, SOLOMON I<br>2501 S HIBISCUS RD<br><br>ALBANY, GA 31705 | 27047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CARLI A WOJCIAK<br>1039 HENN HYDE RD NE<br><br>WARREN, OH 44484 | 20127 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$0.00 (U)<br>$10,950.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHRISTINE THOMAS<br>19612 RYAN RD<br><br>DETROIT, MI 48234<br>UNITED STATES OF AMERICA | 70443 | Motors Liquidation Company | $30,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**164th Omnibus Objection**                          **Exhibit A**                          **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLOUGH, BRIAN<br>1117 REEDSPORT PL<br>DESOTO, TX 75115 | 7067 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CRUMBSY, BERNICE O<br>985 WINDBURN DRIVE<br>EAST POINT, GA 30344 | 10503 | Motors Liquidation Company | $5,000.00 (S)<br>$0.00 (A)<br>$3,500.00 (P)<br>$0.00 (U)<br>$8,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| D ANNUNZIO, NICOLA F<br>14702 BRAMBLEWOOD DR<br>HOUSTON, TX 77079 | 3847 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$34,799.93 (P)<br>$0.00 (U)<br>$34,799.93 (T) | Insufficient Documentation | Pgs. 1-5 |
| DARDEN-MCCLUNG, DONNA M<br>19093 GARY LN<br>LIVONIA, MI 48152 | 2934 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$78,000.00 (P)<br>$0.00 (U)<br>$78,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD R HUFF<br>3738 WILMORE ST<br>TROTWOOD, OH 45416 | 10246 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,833.00 (P)<br>$0.00 (U)<br>$3,833.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DONALD WRIGHT<br>6395 JASON LN<br>CENTERVILLE, OH 45459 | 10620 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | |
|---|---|
| **164th Omnibus Objection** | **Motors Liquidation Company, et al.** |
| **Exhibit A** | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELJAH DAY<br>12 NEWTON ST.<br><br>BUFFALO, NY 14212<br>UNITED STATES OF AMERICA | 64282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,000,000.00 (U)<br>$46,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ELLA M LEWIS<br>1397 E DOWNEY AVE<br><br>FLINT, MI 48505 | 69923 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| FIROSZ, ARLENE R<br>PO BOX 717<br><br>BELLAIRE, MI 49615 | 9546 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GIVENS, ALEC LEE<br>FOLSOM STATE PRISON-MIN-814L<br>PO BOX 715071<br>REPRESA, CA 95671 | 9780 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,000.00 (P)<br>$0.00 (U)<br>$22,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GONZALEZ, MOLESSIA<br>2725 SLOAN RD<br><br>BIRCH RUN, MI 48415 | 10439 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,277.05 (P)<br>$0.00 (U)<br>$1,277.05 (T) | Insufficient Documentation | Pgs. 1-5 |
| GREEN, RICHARD<br>PO BOX 120058<br><br>ANTIMONY, UT 84712 | 10251 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$14,000.00 (P)<br>$0.00 (U)<br>$14,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 164th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GULLEY, ERVIN C<br>598 COVENTRY WAY<br>NOBLESVILLE, IN 46062 | 7970 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,451.00 (P)<br>$0.00 (U)<br>$11,451.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HECK, LINDA<br>GRAHAM HARRY C III<br>534 E BOSTON ST<br>COVINGTON, LA 70433 | 6403 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HOLDER, WILLIAM<br>223 REIDVILLE RD<br>WILLIAMSTON, SC 29697 | 18074 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| INSALACO, MARY E<br>191 LIMA RD<br>GENESEO, NY 14454 | 3825 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$324,692.00 (P)<br>$0.00 (U)<br>$324,692.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JACKSON, MIRTHA<br>4137 QUEENS DR<br>OKLAHOMA CITY, OK 73160 | 6584 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| JANAIRE L CROOM<br>715 HARLEM STREET<br>YOUNGSTOWN, OH 44510 | 13931 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 164th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONES, WILLIAM F<br>7211 SANTA CATALINA CIR<br>BUENA PARK, CA 90620 | 5312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,200.00 (P)<br>$0.00 (U)<br>$7,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOSE & JENNIFER ALONSO HOWARD C KORNBERG<br>C/O HOWARD C KORNBERG<br>ATTORNEY AT LAW<br>10880 WILSHIRE BLVD SUITE 1840<br>LOS ANGELES, CA 90024 | 59902 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOY WIGGINS<br>PO BOX 407<br>BREWTON, AL 36427 | 70451 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,430.00 (U)<br>$2,430.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JULIE MARIE FAUCHER<br>AVIS BUDGET GROUP<br>3 CENTURY DR<br>PARSIPPANY, NJ 07054 | 9335 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| KINZIG, ROBERT J<br>3775 SHADY RUN RD<br>MELBOURNE, FL 32934 | 13301 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$0.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| KNOX, PERRY C<br>4303 FAIRFAX DR E<br>BRADENTON, FL 34203 | 10256 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$11,294.80 (P)<br>$0.00 (U)<br>$11,294.80 (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**164th Omnibus Objection** — Exhibit A — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAYNE, KATHERINE P<br>11507 EDGETON DR<br>WARREN, MI 48093 | 18215 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$18,634.00 (P)<br>$0.00 (U)<br>$18,634.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LAYNE, ROBERT W<br>11507 EDGETON DR<br>WARREN, MI 48093 | 18214 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$31,404.00 (P)<br>$0.00 (U)<br>$31,404.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LIBERTY MUTUAL INSURANCE COMPANY ON ITS ON BEHALF & AS AGENTS FOR AFFILIATES<br>C/O WILLIAM F CUPELO<br>175 BERKELY ST<br>BOSTON, MA 02117 | 19500 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LOGINS FAMILY TRUST<br>HELEN M LOGINS, TRUSTEE<br>UNITED STATES OF AMERICA | 6169 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARIA VERNELLY<br>612 W 184TH ST APT 31<br>NEW YORK, NY 10033 | 5735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MAUST, NANCY<br>9317 PARK HEIGHTS AVE<br>CLEVELAND, OH 44125 | 45560 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 8

| 164th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEHTA, RAM K, PRESIDENT MES CORP, TROY MI<br>612 LONGFELLOW DR<br>TROY, MI 48085 | 5066 | Motors Liquidation Company | $450,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$450,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MELODY RICHARDS<br>MELODY & ROB RICHARDS<br>13210 45TH AVE N<br>PLYMOUTH, MN 55442 | 63123 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MIKE SHOUDEL<br>0950 CR 60<br>GARRETT, IN 46738 | 2279 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,700.00 (U)<br>$4,700.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MITCHELL CORPORATION OF OWOSSO INC<br>PO BOX 1592<br>108 N CHIPMAN STREET<br>OWOSSO, MI 48867 | 62973 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MORENO, ADA<br>403 S 1ST ST<br>CONTINENTAL, OH 45831 | 19109 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$200,000.00 (P)<br>$0.00 (U)<br>$200,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR FRED B MCANDREW<br>1240 E COLDWATER RD<br>FLINT, MI 48505 | 69804 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$510,000.00 (U)<br>$510,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 164th Omnibus Objection | | | **Exhibit A** | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MR LAWRANCE D TURNER<br>2135 HUBBARD ST APT 26<br>DETROIT, MI 48209 | 69762 | MLCS Distribution Corporation | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MR LEO F MARTIN<br>1820 ROCKLEDGE LN<br>BLOOMFIELD, MI 48304 | 70012 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR MIKE TROWBRIDGE<br>801 I ST<br>BEDFORD, IN 47421 | 69840 | Motors Liquidation Company | $0.00 (S)<br>$200,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$200,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR PABLO CORTEZ<br>3293 GOLDNER ST<br>DETROIT, MI 48210 | 70027 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,895.00 (U)<br>$4,895.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MR ROY D LOVE<br>(DECEASED 8/2004)<br>2045 CLARKDALE ST<br>DETROIT, MI 48209 | 69698 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MS BEVERLY J TROWBRIDGE<br>929 I ST<br>BEDFORD, IN 47421 | 69841 | Motors Liquidation Company | $0.00 (S)<br>$150,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$150,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9634-1    Filed 03/07/11    Entered 03/07/11 14:45:42    Exhibit A
Pg 11 of 18

164th Omnibus Objection                                      Motors Liquidation Company, et al.
                            Exhibit A                        Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS LODISKA R BARNES<br>295 W HOPKINS AVE<br>PONTIAC, MI 48340 | 70034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,500.00  (U)<br>$3,500.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| MS PATRICIA J WILLIAMS<br>10528 COLES LN<br>FREDERICKSBURG, VA 22408 | 70013 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MS TITA A COWART<br>927 DEWEY ST<br>PONTIAC, MI 48340 | 69729 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MYRTLE GIVENS<br>4452 SAHARA PL<br>FORT WORTH, TX 76115 | 14829 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| NICHOLAS, STEPHEN F<br>4813 DEVONHURST WAY<br>POWDER SPRINGS, GA 30127 | 18987 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$30,240.00  (P)<br>$0.00  (U)<br>$30,240.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **164th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OLAH QASEM AND JIHAD QASEM, AS PARENTS AND NATURAL GUARDIANS OF MINOR, MOHAMMED QASEM<br>GUNN LAW GROUP P A<br>400 N ASHLEY DR<br>STE 2050<br>TAMPA, FL 33602 | 461 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PAPINEAU, CHERYL Y<br>6830 W GRAND RIVER RD<br>FOWLERVILLE, MI 48836 | 11063 | Motors Liquidation Company | $26.85 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$26.85 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PEARSON, BERNICE<br>2519 CLARKSON AVE APT C9<br>DES MOINES, IA 50310 | 14959 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PHILPOT, TROY D<br>MANN COWAN & POTTER PC<br>2000B SOUTHBRIDGE PKWY STE 601<br>BIRMINGHAM, AL 35209 | 11492 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| PORTER, NORAH<br>20268 AVON AVE<br>DETROIT, MI 48219 | 13684 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **164th Omnibus Objection** | | | **Exhibit A** | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHAFFER, SUSAN<br>45706 HANFORD RD<br>CANTON, MI 48187 | 5728 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$77,220.00 (P)<br>$0.00 (U)<br>$77,220.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| SCHALER, BERNARD A<br>10488 SE 179TH PL<br>SUMMERFIELD, FL 34491 | 13053 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$60,000.00 (P)<br>$0.00 (U)<br>$60,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SLEZAK, HELEN B<br>4223 6 MILE RD<br>SOUTH LYON, MI 48178 | 15587 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$65,691.80 (P)<br>$0.00 (U)<br>$65,691.80 (T) | Insufficient Documentation | Pgs. 1-5 |
| STATE FARM FIRE & CASUALTY COMPANY AND SUMMIT RIDGE CONDOMINIUM<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST SUITE 1200<br>COLUMBUS, OH 43215 | 64818 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$435,317.10 (U)<br>$435,317.10 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| THOMAS JR, KENNETH R<br>2215 SANDGATE CIR<br>COLLEGE PARK, GA 30349 | 15250 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$900,000.00 (P)<br>$0.00 (U)<br>$900,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| THOMPSON, KIRKLAND E<br>17326 BELAND<br>DETROIT, MI 48234 | 16969 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000.00 (P)<br>$0.00 (U)<br>$1,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 164th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| TOMMY CASS<br>16802 ANCHOR PARK<br>FRIENDSWOOD, TX 77546 | 19115 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$7,500.00 (P)<br>$0.00 (U)<br>$7,500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| TURNER, WILLIE J<br>344 W IROQUOIS RD<br>PONTIAC, MI 48341 | 2902 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,200.00 (P)<br>$0.00 (U)<br>$1,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| VERNELLY, MARIA E<br>612 W 184TH ST APT 31<br>NEW YORK, NY 10033 | 5736 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$500.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WALLER, LEONARD<br>5840 N 48TH LN<br>GLENDALE, AZ 58301 | 12030 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$27,000.00 (P)<br>$0.00 (U)<br>$27,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WEAMER, JAN D<br>170 PRIMROSE LN<br>HEDGESVILLE, WV 25427 | 10091 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$19,000.00 (P)<br>$0.00 (U)<br>$19,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WEEMS, JONATHAN<br>1251 HIGHWAY 53 N<br>GURDON, AR 71743 | 6162 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

| 164th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| WHITE, ARTHUR L<br>1517 COSTELLO DR<br>ANDERSON, IN 46011 | 16152 | Motors Liquidation Company | $800.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,000.00 (U)<br>$12,800.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIE L SMITH<br>264 GLESSNER AVE<br>MANSFIELD, OH 44903 | 6606 | Motors Liquidation Company | $48,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$48,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| WOODS, LOIS D<br>116 GOLDSMITH AVE<br>NEWARK, NJ 07112 | 13305 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100.00 (P)<br>$100.00 (U)<br>$200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| YOUNG, WAYLAND V<br>540 PRIVATE ROAD 907<br>STEPHENVILLE, TX 76401 | 5318 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **85** | | **$1,586,126.85** (S)<br>**$350,000.00** (A)<br>**$3,194,008.58** (P)<br>**$77,259,542.10** (U)<br>**$82,389,677.53** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**164th Omnibus Objection**  **Exhibit A**  <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIELS MOTORS, INC.<br>ELIZABETH WINSTON<br>670 AUTOMOTIVE DR<br>COLORADO SPRINGS, CO 80905 | 50160 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500,000.00 (U)<br>$2,500,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RIVAL, LLC<br>ATTENTION: MR. WILLIAM DANIELS<br>670 AUTOMOTIVE DR<br>COLORADO SPRINGS, CO 80905 | 50161 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,500,000.00 (U)<br>$3,500,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$6,000,000.00** (U)<br>**$6,000,000.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**164th Omnibus Objection**        **Exhibit A**        <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERNADINE TOLIVER<br>1187 E KURTZ AVE<br><br>FLINT, MI 48505 | 69970 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| CHAPMAN, PATRICIA<br>1153 OUTRIGGER CIR<br><br>BRENTWOOD, CA 94513 | 15821 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,207.13 (U)<br>$1,207.13 (T) | Insufficient Documentation | Pgs. 1-5 |
| FERNANDO IBARRA AND BERTHA IBARRA<br>MARDIROSSIAN & ASSOCIATES INC<br>6311 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048 | 974 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000,000.00 (U)<br>$10,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LUCEAL ANDERSON<br>1318 CHARLES AVE<br><br>FLINT, MI 48505 | 69969 | Remediation And Liability Management Company, Inc. | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MS AUDREY MAGEE<br>563 LANCASTER LN<br><br>PONTIAC, MI 48342 | 70000 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**164th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PRITCHARD, SUSAN<br>C/O CHRISTENSEN LAW<br>ATTN: THOMAS CHRISTENSEN, ESQ.<br>1000 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89107 | 65407 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500,000.00  (U)<br>$500,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ***OBJECTION WITHDRAWN*** | **6** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$10,501,207.13**  (U)<br>**$10,501,207.13**  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.