UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*          :
                                                                        :
                           Debtors.                       :    (Jointly Administered)
                                                                        :
------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING DEBTORS' 159TH OMNIBUS OBJECTION TO CLAIM NO. 44884
(Contingent Co-Liability Claims)

Upon the 159th omnibus objection to expunge certain claims, dated January 26, 2011 (the "**159th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the Contingent Co-Liability Claims on the grounds that such claims should be disallowed under section 502(e)(1)(B) of the Bankruptcy Code, all as more fully described in the 159th Omnibus Objection to Claims; and due and proper notice of the 159th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and a response to the 159th Omnibus Objection to Claims having been

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 159th Omnibus Objection to Claims.

filed by Sentry Select Insurance Company with respect to Proof of Claim No. 44884, (the "**Claim**," and the holder of the Claim, the "**Claimant**"); and the Debtors having now resolved the objections of the Claimant pursuant to the terms of this Supplemental Order; and the Court having found and determined that the relief provided herein with respect to the 159th Omnibus Objection to Claims and the Claim is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 159th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 159th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged from the claims registry; and it is further

ORDERED that the Debtors shall have no obligation to establish reserves for the Claim for purposes of the confirmation of a chapter 11 plan in these cases; and it is further

ORDERED that the Claimant reserves and retain the right to seek reconsideration of the Claim under section 502(j) of the Bankruptcy Code and the Debtors reserve and retain all defenses thereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, any Claim listed on Exhibit A annexed to the 159th Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not disallowed or expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      *__March 7, 2011__*

      *__s/ Robert E. Gerber__*
      United States Bankruptcy Judge