**166th Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR H HEMBROOK & ELIZABETH V HEMBROOK JT TEN<br>189 SOUTH COLLIER BLVD APT C 203<br>MARCO ISLAND, FL 34145 | 15173 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,271.25 (U)<br>$46,271.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARTHUR H HEMBROOK & ELIZABETH V HEMBROOK JT TEN<br>189 SOUTH COLLIER BLVD APT C-203<br>MARCO ISLAND, FL 34145 | 15175 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,506.25 (U)<br>$15,506.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARTHUR H HEMBROOK & ELIZABETH V HEMBROOK JT TEN<br>189 SOUTH COLLIER BLVD APT C-203<br>MARCO ISLAND, FL 34145 | 15176 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,787.50 (U)<br>$25,787.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERTRAM G NEITERMAN<br>1120 99 ST #502<br>BAY HARBOR ISLE, FL 33154 | 3380 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$20,900.00 (P)<br>$0.00 (U)<br>$20,900.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERTRAM G. NEITERMAN<br>1120 99TH ST. #502<br>BAY HARBOR ISLAND, FL 33154 | 4560 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 166th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BERTRAM NEITERMAN<br>1120 99TH ST<br>#502<br>BAY HARBOR ISLAND, FL 33154 | 5277 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,000.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERTRAM NEITERMAN<br>1120 99 ST APT 502<br>BAY HARBOR IS, FL 33154 | 29674 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERTRAM NEITERMAN<br>1120 99 ST APT #502<br>BAY HARBOR IS, FL 33154 | 29676 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BONA K PATZKOUSKY<br>28766 LOGAN HORNS MILL<br>SUGAR GROVE, OH 43155 | 10905 | Motors Liquidation Company | $10,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAWFORD FAMILY LIVING TRUST<br>DAVID AND VERA CRAWFORD<br>2170 VALLEY VISTA DRIVE<br>DAVISON, MI 48423 | 5994 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,020.50 (U)<br>$20,020.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| D & B MILLER INVESTMENTS<br>DONALD & BARBARA MILLER, PARTNERS<br>104 SUNSET COVE LN<br>PALM BEACH GARDEN, FL 33418 | 63115 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**166th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD L IGNASIK<br>306 SOUTHWOOD DR<br>ELYRIA, OH 44035 | 28087 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD R WILSON TTEE<br>U/A DTD 02-11-1999<br>DONALD R WILSON LIV TR<br>200 W HAMILTON CIR<br>BATTLE CREEK, MI 49015 | 27366 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,000.00 (U)<br>$45,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS B FOSTER<br>1338 RT9<br>SPOFFORD, NH 03462<br>UNITED STATES OF AMERICA | 14685 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD G KLOPFER<br>6011 CLARK STATE RD<br>GAHANNA, OH 43230 | 28468 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EVAN S WILLIAMS JR<br>& LINDA M WILLIAMS JTWROS<br>111 W MAIN ST<br>TROY, PA 16947 | 10931 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| F/B/O JOHN A ARGENT REVOCABLE TR<br>UST U/A/D  UAD 11-13-91<br>JOHN A ARGENT TTEE<br>9800 MAR ANN COURT<br>ST LOUIS, MO 63128 | 9621 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,520.00 (U)<br>$2,520.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9640-1    Filed 03/07/11    Entered 03/07/11 15:54:21    Exhibit A
Pg 4 of 7

166th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ILENE BIRGE<br>2420 ADARE ST<br>ANN ARBOR, MI 48104 | 45178 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,002.80 (U)<br>$40,002.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES E BOLIN & JAMES E BOLIN TRUST<br>JAMES E BOLIN TRUST<br>U/A DTD 10/6/81<br>JAMES E BOLIN TRUSTEE<br>15964 EASYGOER COURT<br>CLINTON TOWNSHIP, MI 48035 | 14227 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEAN RELJIN<br>7062 BIG CREEK PARKWAY<br>MIDDLEBURG HTS, OH 44130 | 14338 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JILL JULIANO<br>P. O. BOX 1342<br>TROY, MI 48099<br>UNITED STATES OF AMERICA | 65327 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOAN PHYLLIS MONCRIEFF REV TRUST<br>JOAN PHYLLIS MONCRIEFF TTEE<br>UA  DTD 10-21-96<br>6230 SANDSHORES DR<br>TROY, MI 48085 | 14292 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN T AND BETTY B BONNER<br>4559 ARLINGATE<br>COLUMBUS, OH 43220 | 29013 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**166th Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JULIAN P KORNFELD<br>4100 PERIMETER CENTER DR<br>STE 150<br>OKLAHOMA CITY, OK 73112 | 11518 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$105,000.00 (U)<br>$105,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARILYN J WEISBACH<br>2915 HEDGE ROW PASS<br>FORT WAYNE, IN 46804 | 9599 | Motors Liquidation Company | $20,620.00 (S)<br>$20,620.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$41,240.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARY BETH FUNKE<br>28689 WALES<br>CHESTERFIELD, MI 48047<br>UNITED STATES OF AMERICA | 68878 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARY C BERKLEY TRUSTEE<br>DR MARY C BERKLEY<br>7508 N SAN MANUEL<br>SCOTTSDALE, AZ 85258 | 30732 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OWEN AND JOYCE JOHNSON TRUSTEES<br>OWEN AND JOYCE JOHNSON<br>4386 DUBLIN ROAD<br>COLUMBUS, OH 43221 | 44625 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RENNER, INEZ G<br>5913 CAMPBELL ST<br>SANDUSKY, OH 44870 | 5627 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,779.30 (U)<br>$21,779.30 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 166th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT L GORMAN<br>5114 HARLEY RD<br>NEW ALBANY, OH 43054 | 31866 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT LANDUCCI<br>5900 ARLINGTON AVE #10R<br>RIVERDALE, NY 10471 | 9104 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT LANDUCCI<br>5900 ARLINGTON AVE #10R<br>RIVERDALE, NY 10471 | 9107 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT LAZARUS JR TRUSTEE<br>ROBERT LAZARUS JR<br>175 S THIRD ST SUITE 1010<br>COLUMBUS, OH 43215 | 28585 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT LAZARUS TRUST DTD 6/21/62<br>ROBERT LAZARUS JR TRUSTEE<br>175 S THIRD ST SUITE 1010<br>COLUMBUS, OH 43215 | 28584 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROGER L CROSS<br>2240 BIRCH CIRCLE<br>CLARKSVILLE, IN 47129 | 4685 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

166th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SARSEP IRA FBO CHRISTINE TRAPP<br>CHRISTINA TRAPP<br>109 BAY DR<br>ITASCA, IL 60143 | 17544 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$30,000.00 (P)<br>$170,000.00 (U)<br>$200,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SKONY-STAMM MARILYN<br>1530 PALISADE AVE APT 10H<br>FORT LEE, NJ 07024 | 12132 | MLCS Distribution Corporation | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,550.00 (U)<br>$50,550.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUSAN J BECKER<br>5029 KINGSWOOD DR<br>CARMEL, IN 46033 | 9598 | Motors Liquidation Company | $10,310.00 (S)<br>$10,310.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,620.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WM. LOOK & SONS, INC.<br>HOWARD LOOK<br>407 ADAMS ST<br>EAST TAWAS, MI 48730 | 10305 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,189.00 (U)<br>$22,189.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **39** | | **$40,930.00** (S)<br>**$30,930.00** (A)<br>**$70,900.00** (P)<br>**$1,004,626.60** (U)<br>**$1,147,386.60** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.