| 167th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AL-NAWASREH, ABDER-RAOUF (AND OTHERS)<br>C/O JAMES L GILBERT<br>GILBERT, OLLANIK & KOMYATTE PC<br>5400 WARD ROAD, BLDG IV, STE 200<br>ARVADA, CO 80002 | 67829 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000,000.00 (U)<br>$20,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNA DAGOSTINO<br>31 POWDER HORN RD.<br>CORTLANDT MANOR, NY 10567<br>UNITED STATES OF AMERICA | 70533 | Motors Liquidation Company | $3,600.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ESTATE OF FREDDIE BANKS<br>RITA BANKS, PERSONAL REPRESENTATIVE<br>C/O JERRY W LAUGHLIN<br>100 SOUTH MAIN ST<br>GREENEVILLE, TN 37743 | 43430 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FLORES, MARY<br>408 SANDY RIDGE DR<br>LEAGUE CITY, TX 77573 | 65495 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLATFELTERS CLAIMS MANAGEMENT, INC<br>PO BOX 5126<br>ATTENTION: CLAIM NJTR209091023<br>YORK, PA 17405<br>UNITED STATES OF AMERICA | 63237 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,125.54 (U)<br>$17,125.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 167th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOLLENBECK, ROGER<br>N8476 CTHC<br><br>RIB LAKE, WI 54470 | 8103 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOST KATHLEEN AND GARY INDIVIDUALLY AND ON BEHALF OF MAKAYLA JOST<br>C/O JAMES GILBERT<br>GILBERT OLLANIK AND KOMYATTE PC<br>5400 WARD ROAD BLDG IV STE 200<br>ARVADA, CO 80002 | 58684 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOST, KATHLEEN AND GARY, BOTH INDIVIDUALLY AND ON BEHALF OF THEIR<br>MINOR DAUGHTER MAKAYLA JOST<br>JAMES L GILBERT<br>GILBERT, OLLANIK & KOMYATTE, P C<br>5400 WARD RD BLDG IV STE 200<br>ARVADA, CO 80002 | 58672 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 8 | | $3,600.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,017,125.54 (U)<br>$32,020,725.54 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.