| 168th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED P DEBUHR<br>8211 DUNHAM RD<br>DOWNERS GROVE, IL 60516 | 43375 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,541.66 (U)<br>$31,541.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALFRED P DEBUHR<br>8211 DUNHAM RD<br>DOWNERS GROVE, IL 60516 | 46061 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,541.66 (U)<br>$31,541.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLEN GREEN<br>6800 DEERHILL DRIVE<br>CLARKSTON, MI 48346<br>UNITED STATES OF AMERICA | 62345 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$529,776.00 (U)<br>$529,776.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANTHONY WROBLEWSKI<br>1047 HEMLOCK DR.<br>ROCHESTER, MI 48307<br>UNITED STATES OF AMERICA | 30985 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$434,364.00 (U)<br>$434,364.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARMSTRONG, HAROLD S<br>785 FOX RIVER DRIVE<br>BLOOMFIELD, MI 48304 | 64069 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,400.76 (U)<br>$41,400.76 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 168th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ARMSTRONG, JAMES A<br>1976 N SALISBURY DR<br>GLADWIN, MI 48624 | 4233 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$117,023.00 (P)<br>$0.00 (U)<br>$117,023.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AUGUSTINE M BEIRNE<br>4957 CHAMPIONSHIP CUP LN<br>BROOKSVILLE, FL 34609 | 70528 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOTWICK, WILLIAM S<br>711 KNODT RD<br>ESSEXVILLE, MI 48732 | 63171 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$988,650.97 (U)<br>$988,650.97 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURKE, DENNIS W<br>37550 SHIRE CT<br>STERLING HEIGHTS, MI 48312<br>UNITED STATES OF AMERICA | 45151 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,744.00 (U)<br>$22,744.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARL FREEMAN<br>1031 PARKER'S FORT<br>GREENSBORO, GA 30642 | 45951 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$967,535.00 (U)<br>$967,535.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9642-1    Filed 03/07/11    Entered 03/07/11 15:56:59    Exhibit A
Pg 3 of 16

**168th Omnibus Objection**      Exhibit A      <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHRISTINE HASSETT<br>5322 PENTWATER DR<br>HOWELL, MI 48843 | 64268 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,613.92 (U)<br>$29,613.92 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COATS III, GEORGE H<br>3 VISTA CT<br>CLAYTON, NC 27527 | 37227 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,138.49 (U)<br>$21,138.49 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COLVIN, FRANK L<br>28862 JEFFERSON AVE<br>ST CLR SHORES, MI 48081 | 44506 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,192,000.00 (U)<br>$1,192,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CURREY, JOHN L<br>2506 WALLACE PATE DR<br>GEORGETOWN, SC 29440 | 22994 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,446.28 (U)<br>$45,446.28 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DARRYL J DELEONARDIS<br>5775 S HIGHWAY A1A<br>MELBOURNE BEACH, FL 32951 | 22947 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$595,128.38 (U)<br>$595,128.38 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID ALDORFER<br>876 NORTHGATE RD<br>ROCHESTER, MI 48306 | 8958 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$213,923.00 (U)<br>$213,923.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

168th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD B MAKELIM<br>4675 LANCELOT CT<br>GLADWIN, MI 48624 | 7584 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD PARKINSON<br>4223 GULL COVE<br>NEW SMYRNA BEACH, FL 32169<br>UNITED STATES OF AMERICA | 37596 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$475,763.24 (U)<br>$475,763.24 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD PARKSINSON<br>4223 GULL COVE<br>NEW SMYRNA BEACH, FL 32169 | 37597 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$82,300.64 (U)<br>$82,300.64 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS JOHN HERBERGER<br>7547 MOORGAE POINT WAY<br>NAPLES, FL 34113 | 18369 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,070,656.00 (U)<br>$1,070,656.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| E MICHAEL MUTCHLER<br>6000 ROYAL MARCO WAY #553<br>MARCO ISLAND, FL 34145 | 15171 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,659,000.00 (U)<br>$1,659,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**168th Omnibus Objection**                         **Exhibit A**                         <u>Motors Liquidation Company, et al.</u>
                                                                                           Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD MERTZ<br>30600 N PIMA RD<br>#115<br>SCOTTSDALE, AZ 85266 | 31299 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,584,403.80 (U)<br>$1,584,403.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ENDRES THOMAS E<br>4294 DOMINION BLVD<br>BRIGHTON, MI 48114 | 48422 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,135.00 (U)<br>$137,135.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ENDRES, THOMAS E<br>4294 DOMINION BLVD<br>BRIGHTON, MI 48114 | 6879 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$145,557.09 (U)<br>$145,557.09 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FABUS, THOMAS P<br>16501 SCHOFIELD RD<br>HERSEY, MI 49639 | 22741 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$290,512.00 (U)<br>$290,512.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FAUGHNAN THOMAS J<br>1 ROYAL PALM WAY APT 206<br>BOCA RATON, FL 33432 | 15141 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,277.03 (U)<br>$4,277.03 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOLDEN JOHN R<br>3580 BROOKSIDE DR<br>BLOOMFIELD HILLS, MI 48302 | 64140 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,560.81 (U)<br>$21,560.81 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

168th Omnibus Objection — Exhibit A — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRUECHTE ROGER D<br>2691 TOWER HILL LN<br>ROCHESTER HILLS, MI 48306 | 69653 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$320,611.00 (U)<br>$320,611.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE W BAUMANN JR<br>2290 HEMMETER ROAD<br>SAGINAW, MI 48603 | 61092 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,417.08 (U)<br>$3,417.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GORDON LAMPHERE JR<br>1153 BRAEBURY WAY<br>TRAVERSE CITY, MI 49685 | 29898 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,817.66 (U)<br>$19,817.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HEINEMANN DENNIS G<br>3007 CHARLOTTE ST<br>THOUSAND OAKS, CA 91320 | 28778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,151.11 (U)<br>$4,151.11 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES GAUNT<br>359 STONELEDGE TRAIL<br>ARDEN, NC 28704 | 29038 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$231,537.00 (U)<br>$231,537.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES GAVIN<br>20226 COUNTRY CLUB DRIVE<br>ESTERO, FL 33928<br>UNITED STATES OF AMERICA | 44630 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,287.85 (U)<br>$9,287.85 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**168th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES M WILLIAMS<br>21301 S TAMIAMI TRAIL<br>STE 320 PMB 329<br>ESTERO, FL 33928 | 63586 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,418,310.19 (U)<br>$1,418,310.19 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES N ELLIS<br>PO BOX 338<br>HARBOR SPRINGS, MI 49740 | 36542 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$160,076.00 (U)<br>$160,076.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES WELTON<br>800 PEACHTREE LANE<br>ROCHESTER HILLS, MI 48306<br>UNITED STATES OF AMERICA | 22670 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,293.16 (U)<br>$6,293.16 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JENKINS JR, WILLIAM A<br>4522 MARSH WOOD CT SE<br>SOUTHPORT, NC 28461 | 31254 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,116.00 (U)<br>$25,116.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JERRY GILLESPIE<br>57287 COVINGTON DR<br>WASHINGTN TWP, MI 48094 | 9618 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$970,681.93 (U)<br>$970,681.93 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JERRY TAYLOR<br>15484 TEALWOOD LN<br>FRISCO, TX 75035 | 62420 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,195.94 (U)<br>$32,195.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**168th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN D MACK<br>1625 COLGATE DR<br><br>COLORADO SPRINGS, CO 80918<br>UNITED STATES OF AMERICA | 30511 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,301.00 (U)<br>$19,301.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN KARRAS<br>809 TURTLECREEK COURT<br><br>BEL AIR, MD 21014<br>UNITED STATES OF AMERICA | 44223 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,328.24 (U)<br>$22,328.24 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN R PATTERSON<br>28505 CHIANTI TERRACE<br><br>BONITA SPRINGS, FL 34135 | 28083 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$353,072.59 (U)<br>$353,072.59 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KALA, WILLIAM B<br>1326 FRICK RD<br><br>LEONARD, MI 48367 | 62207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,232.00 (U)<br>$500,232.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNEDY, ALAN W<br>47183 SUNNYBROOK LN<br><br>NOVI, MI 48374 | 21964 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$206,583.51 (U)<br>$206,583.51 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | |
|---|---|
| 168th Omnibus Objection | **Motors Liquidation Company, et al.** |
| Exhibit A | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LARRY HAID<br>44 CHANCELLORSVILLE CIR<br><br>MIDDLETOWN, DE 19709 | 22250 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$539,120.00 (U)<br>$539,120.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY RODGERS<br>54523 WHITE SPRUCE LANE<br><br>SHELBY TWP, MI 48315<br>UNITED STATES OF AMERICA | 26637 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,218.00 (U)<br>$3,218.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEE DAVID N<br>8362 PRESTWICK LN<br><br>WASHINGTON, MI 48095 | 20312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,881.76 (U)<br>$13,881.76 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEMAN, JERRY W<br>452 CAMBRIDGE WAY<br><br>BLOOMFIELD, MI 48304 | 27179 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$848,059.21 (U)<br>$848,059.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LUSCOMB, KAREN M<br>625 AUGUSTA DR<br><br>ROCHESTER HLS, MI 48309 | 23013 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,695.00 (U)<br>$27,695.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **168th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.** |
| | | **Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET GRATHWOHL<br>106 E. Maple St.<br><br>Alexandria, VA 22301<br>UNITED STATES OF AMERICA | 37160 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,313.44 (U)<br>$15,313.44 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAURICE J FREY<br>1957 EASTWOOD AVE<br><br>JANESVILLE, WI 53545 | 61355 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,349.00 (U)<br>$75,349.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAX MILLER JR<br>6299 QUAIL ST<br><br>HASLETT, MI 48840 | 61274 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$638,797.78 (U)<br>$638,797.78 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC GARRY RAYMOND G<br>2932 BIRNAM CT<br><br>OAKLAND TOWNSHIP, MI 48306 | 27132 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$163,836.00 (U)<br>$163,836.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCCABE, CAROLE A<br>27113 WALLOON WAY<br><br>BROWNSTOWN, MI 48134 | 37086 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,658.15 (U)<br>$30,658.15 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 168th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEHALL, DAVID L<br>3408 WHEATLAND LN<br><br>PLANO, TX 75025 | 45092 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,794.45 (U)<br>$12,794.45 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MUELLER, DONALD E<br>5300 E TWIN LAKE RD<br><br>ROSE CITY, MI 48654 | 20246 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,004.00 (P)<br>$0.00 (U)<br>$5,004.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PHILIP M ANDREWS<br>7551 SANDPIPER TRAIL<br><br>GAYLORD, MI 49735<br>UNITED STATES OF AMERICA | 36113 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,068.83 (U)<br>$11,068.83 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RALPH HARTING JR<br>7399 WHITTINGHAM WAY<br><br>WEST BLOOMFIELD, MI 48322 | 20687 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,180,111.00 (U)<br>$2,180,111.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANKA ROBERT W<br>18099 PARKE LN<br><br>GROSSE ILE, MI 48138 | 3076 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,389.00 (U)<br>$42,389.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RENNIX VICTOR E<br>33618 N 64TH PL<br><br>SCOTTSDALE, AZ 85266 | 61136 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,639.08 (U)<br>$3,639.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9642-1    Filed 03/07/11    Entered 03/07/11 15:56:59    Exhibit A
Pg 12 of 16

168th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD C. WEIERMILLER<br>9823 BURNING TREE<br>GRAND BLANC, MI 48439 | 26633 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$398,591.00 (U)<br>$398,591.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD POMPA<br>3652 EDINBORGH DR<br>ROCHESTER HILLS, MI 48306<br>UNITED STATES OF AMERICA | 62827 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$760,526.00 (U)<br>$760,526.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT ANDERSON<br>4330 COURTSIDE DR<br>WILLIAMSTON, MI 48895 | 61372 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$265,375.00 (U)<br>$265,375.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT E ANNIS<br>3393 GENTRY RD<br>HOWELL, MI 48843 | 22502 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,590.36 (U)<br>$10,590.36 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT JOHNSON<br>6019 NORTHSTAR RD<br>GAYLORD, MI 49735 | 23973 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,265.00 (U)<br>$17,265.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD A ROGERS<br>755 REGENCY RESERVE CIRCLE<br>UNIT 5001<br>NAPLES, FL 34119 | 37247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,090,159.08 (U)<br>$1,090,159.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 168th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD FRIZZELL<br>187 MEADOW LANE CIR<br>ROCHESTER HILLS, MI 48307 | 29393 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,225,680.50 (U)<br>$1,225,680.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSICKY, GERALD J<br>2232 RUTGERS DR<br>TROY, MI 48085 | 23353 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,176.22 (U)<br>$21,176.22 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAMUEL A LEONARD<br>4200 COASTAL PKWY<br>WHITE LAKE, MI 48386 | 21400 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$107,485.15 (U)<br>$107,485.15 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCOTT DAVID I<br>862 SAINT ANDREWS WAY<br>FRANKFORT, IL 60423 | 21812 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$868,546.35 (U)<br>$868,546.35 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH, P MICHAEL<br>20299 HILLANDALE RD<br>WHITE PIGEON, MI 49099 | 7341 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,036,000.00 (U)<br>$1,036,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SOBECK SUSAN L<br>110 DAWSON CREEK DR<br>BALL GROUND, GA 30107 | 6413 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,644.94 (U)<br>$9,644.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 168th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STROHMAIER, ALAN H<br>5303 RIVER RIDGE DR<br>BRIGHTON, MI 48116 | 19892 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,083.00 (U)<br>$47,083.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS CARPENTER<br>25040 GOLDCREST DR<br>BONITA SPRINGS, FL 34134 | 62085 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$17,533.08 (P)<br>$0.00 (U)<br>$17,533.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS MCLEAN<br>15957 ORCHARD POINT DR<br>SPRING LAKE, MI 49456 | 43930 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$249,650.00 (U)<br>$249,650.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS WILSON<br>BOX 20<br>BANGLAMUNG POST OFFICE<br>CHONBURI 20150 THAILAND<br>THAILAND | 31184 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$266,299.05 (U)<br>$266,299.05 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VALDEZ ALBERT T<br>10060 SAINT BERNARD DR<br>SHREVEPORT, LA 71106 | 30688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,969.60 (U)<br>$19,969.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VALDEZ ALBERT T<br>10060 SAINT BERNARD DR<br>SHREVEPORT, LA 71106 | 23195 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,969.60 (U)<br>$19,969.60 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**168th Omnibus Objection**   **Exhibit A**   **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VAUGHAN, CLIFFORD J<br>PO BOX 399<br>WALLOON LAKE, MI 49796 | 3327 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VOLKER HARHAUS<br>66555 MT. VERNON ROAD<br>WASHINGTON, MI 48095<br>UNITED STATES OF AMERICA | 29177 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$52,804.00 (U)<br>$52,804.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WASENKO, JOHN K<br>4699 CHAREST AVENUE<br>WATERFORD, MI 48327 | 63436 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$130,025.76 (U)<br>$130,025.76 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **81** | | $0.00 (S)<br>$0.00 (A)<br>$139,560.08 (P)<br>$26,121,753.30 (U)<br>$26,261,313.38 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **168th Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID TURNER<br>2210 KERRI LYNN LANE<br><br>KOKOMO, IN 46902<br>UNITED STATES OF AMERICA | 27063 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,222.58 (U)<br>$14,222.58 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IMBODEN, JERRY B<br>4001 LAKEWOOD DR<br><br>WATERFORD, MI 48329 | 61563 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$253,964.70 (U)<br>$253,964.70 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCMANAMA, RICHARD P<br>1033 DEVONSHIRE RD<br><br>GROSSE POINTE PARK, MI 48230 | 38359 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$213,371.00 (U)<br>$213,371.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SEATON, STEPHEN J<br>1051 AUTUMNVIEW CT<br><br>ROCHESTER, MI 48307 | 32797 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$148,407.02 (U)<br>$148,407.02 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHEIPE ROBERT<br>484 E CARMEL DR<br>PMB 311<br>CARMEL, IN 46032 | 36501 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$429,845.76 (U)<br>$429,845.76 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **5** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$1,059,811.06 (U)**<br>**$1,059,811.06 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.