**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AGNELLO, JOHN A<br>41185 VICTORIA DR 43<br><br>CLINTON TOWNSHIP, MI 48038 | 28169 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALEXANDER, CHERI L<br>505 E HURON ST APT 804<br><br>ANN ARBOR, MI 48104 | 39315 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,575,774.00 (U)<br>$1,575,774.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANDERSON, DARRELL R<br>3232 LIV MOOR DR<br><br>COLUMBUS, OH 43227 | 14289 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARY, DAVID W<br>175 COPPERFIELD DR<br><br>DAYTON, OH 45415 | 22280 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$121,700.00 (U)<br>$121,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AUKER, MICHAEL J<br>227 INGLEWOOD CT<br><br>LINDEN, MI 48451 | 21963 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$73,008.00 (U)<br>$73,008.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BAKER III HENRY A 2163 BRITTANY CT FERNANDINA BEACH, FL 32034 UNITED STATES OF AMERICA | 22761 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $105,211.00  (U) $105,211.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BENZ, SUSAN M 3078 S 161ST DR GOODYEAR, AZ 85338 | 22221 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $115,515.00  (U) $115,515.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BEVERLY WARD 1626 STOUDER DRIVE REYNOLDSBURG, OH 43068 | 536 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BOSTROM, DAVID M 2426 SIERRA DR ZEELAND, MI 49464 | 21609 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $8,372.04  (P) $0.00  (U) $8,372.04  (T) Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BREYER, JOHN ALFRED 350 DANERN DR BEAVERCREEK, OH 45430 | 36932 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $93,005.00  (U) $93,005.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRIAN WEBB<br>85 EASY ST<br><br>MITCHELL, IN 47446 | 21917 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$59,300.00<br>$59,300.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRIGHTON GREENE<br>1114 LONGFORD CIRCLE<br><br>SOUTHLAKE, TX 76092<br>UNITED STATES OF AMERICA | 22386 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$92,951.00<br>$92,951.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURISEK RONALD J<br>7041 TERRACE DR<br><br>DOWNERS GROVE, IL 60516 | 70488 | Motors Liquidation Company | $458,791.00<br>$0.00<br>$0.00<br>$0.00<br>$458,791.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAROLYN B JOHNSON<br>181 FOX DEN CR #20113<br><br>JASPER, GA 30143 | 45786 | Motors Liquidation Company | Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAROLYN STIEFF<br>2277 OYSTER BAY LANE #1608<br><br>GULF SHORES, AL 36542 | 63768 | Motors Liquidation Company | $0.00<br>$0.00<br>$20,824.00<br>$0.00<br>$20,824.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CASE, JAMES F<br>46 BATHURST DR<br><br>TONAWANDA, NY 14150 | 33497 | Motors Liquidation Company | $0.00<br>$0.00<br>$23,199.00<br>$0.00<br>$23,199.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CEDRIC E. FILKINS, JR.<br>19431 NE 143RD PLACE<br><br>WOODINVILLE, WA 98077<br>UNITED STATES OF AMERICA | 22685 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$63,000.00<br>$63,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHEYRL LEE LEROY<br>1972 VIOLA VIEW COURT<br><br>LINCOLN, CA 95648<br>UNITED STATES OF AMERICA | 28891 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$39,200.00<br>$39,200.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLAUDE SHORT<br>215 CLAIRBORNE DR<br><br>DRY RIDGE, KY 41035 | 61144 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$73,174.00<br>$73,174.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLAYTON C COLEY<br>516 PANORAMA DR<br><br>LAVONIA, GA 30553 | 22017 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$26,704.00<br>$26,704.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CRUMP, MARY Q<br>5412 CANDLEWOOD DR<br>NORTHPORT, AL 35473 | 2071 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIEL J EISENBEIS<br>175 INGLEWOOD CT<br>LINDEN, MI 48451 | 22106 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$55,000.00  (U)<br>$55,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID ARY<br>175 COPPERFIELD DR<br>DAYTON, OH 45415 | 22278 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$154,384.00  (U)<br>$154,384.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMPSEY, NADINE E<br>APT 560<br>7885 GORDON COURT<br>GLEN BURNIE, MD 21060 | 2179 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DILLON, JOSEPH L<br>129 WILDERNESS CAY<br>NAPLES, FL 34114 | 23099 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$81,124.00  (U)<br>$81,124.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD NOWOSIADLY<br>2996 SHANNON DR<br><br>OAKLAND, MI 48363 | 22667 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$20,596.00  (P)<br>$0.00  (U)<br>$20,596.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD S SCHENE<br>4010 ROOKY MOUND DR<br><br>WENTZVILLE, MO 63385 | 44161 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,717.00  (U)<br>$21,717.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS WING<br>32100 JEFFERSON<br><br>st clair shores, MI 48082<br>UNITED STATES OF AMERICA | 22227 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$74,690.00  (U)<br>$74,690.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS WING<br>32100 JEFFERSON<br><br>ST CLAIR SHORES, MI 48082<br>UNITED STATES OF AMERICA | 22228 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$113,952.00  (U)<br>$113,952.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELBERT HEARD<br>985 LAPOINT RD<br><br>LINN CREEK, MO 65052 | 22039 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,000.00  (U)<br>$34,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVERT, LAWRENCE A<br>15480 LEIGHTON DR<br><br>CLINTON TWP, MI 48038 | 22662 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$67,781.00  (U)<br><br>$67,781.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FAIRBANKS, DAVID A<br>5458 PINE LAKE DR<br><br>BRIGHTON, MI 48116 | 2904 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANCES DAMICO<br>6384 E HARVEST RIDGE DR<br><br>AUSTINTOWN, OH 44515 | 11168 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANGOS, MARY N<br>306 GOIDIE RD<br><br>YOUNGSTOWN, OH 44505 | 17922 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANK LANCTOT<br>4852 CLIFFSIDE DR<br><br>WEST BLOOMFIELD, MI 48323 | 29260 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GACIOCH, KATHLEEN<br>18260 COLGATE ST<br><br>DEARBORN HEIGHTS, MI 48125 | 23379 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,566.00  (U)<br>$50,566.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARNER, THOMAS E<br>46780 SPRINGWOOD DR<br><br>MACOMB, MI 48044 | 22027 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$78,338.00  (U)<br>$78,338.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEOGHEGAN, GEORGE A<br>33096 WHISPERING LN<br><br>CHESTERFIELD, MI 48047 | 11255 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GERALD J CHIHAK<br>1150 PARROTT'S COVE RD<br><br>GREENSBORO, GA 30642 | 22038 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$121,491.00  (U)<br>$121,491.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARMON, RICHARD I<br>8403 CHEROKEE TRL<br><br>CROSSVILLE, TN 38572 | 12124 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

169th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARRINGTON, ZACK E<br>9522 W GREENHURST DR<br><br>SUN CITY, AZ 85351 | 28013 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$39,270.00  (U)<br><br>$39,270.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES E VARNEY<br>12 WOLF CREEK TRAIL<br><br>ST PETERS, MO 63376 | 37122 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$21,717.00  (P)<br><br>$0.00  (U)<br><br>$21,717.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES L MCCULLOUGH<br>2764 ATER DR<br><br>BEAVERCREEK, OH 45434 | 1887 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMROG, CAROLYN L<br>4477 LONG MEADOW BLVD WEST<br><br>SAGINAW, MI 48603 | 2048 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN A CARTER<br>23771 PARK ISLAND TRL<br><br>ATLANTA, MI 49709 | 65628 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN F MCGINNIS<br>3791 W ROSEBRIER ST<br><br>SPRINGFIELD, MO 65807 | 39324 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$21,680.00  (U)<br><br>$21,680.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN ROACH<br>9155 CLAM LAKE RD<br><br>BELLAIRE, MI 49615 | 22691 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$76,164.00  (U)<br><br>$76,164.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNSON-GREEN, LELAH M<br>1545 WINTHROP RD<br><br>BLOOMFIELD HILLS, MI 48302 | 64287 | Motors Liquidation Company | <br><br><br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JONES DALLAS R<br>23957 VIA BOCINA<br><br>VALENCIA, CA 91355 | 10357 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$4,900.00  (P)<br><br>$0.00  (U)<br><br>$4,900.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JONES DOLLIE A<br>799 CLARA AVE<br><br>PONTIAC, MI 48340 | 65411 | Motors Liquidation Company | <br><br><br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KENNEDY CHRISTINE C<br>50 CRYSTAL ST<br><br>NORTH ARLINGTON, NJ 07031<br>UNITED STATES OF AMERICA | 38346 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNEDY, BYRON J<br>2425 MULBERRY SQ APT 41<br><br>BLOOMFIELD, MI 48302 | 27669 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$32,596.00  (U)<br>$32,596.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEONARD J PILZ<br>10221 ROOD AVE<br><br>LAKE, MI 48632 | 22305 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$84,842.00  (U)<br>$84,842.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARY FRANGOS<br>306 GOIDIE RD<br><br>YOUNGSTOWN, OH 44505 | 17923 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCGRAIN, GERALD R<br>1287 KENDRA LN<br><br>HOWELL, MI 48843 | 69618 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MERRIWEATHER, HAZEL J<br>16 ACADEMY RD<br><br>BUFFALO, NY 14211 | 2061 | Motors Liquidation Company | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| MERTENS GERADLINE M<br>6870 NORTHPOINT DRIVE<br><br>TROY, MI 48085 | 62174 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$20,780.00  (P)<br>$0.00   (U)<br>$20,780.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MERTENS, RONALD E<br>6870 NORTHPOINT DR<br><br>TROY, MI 48085 | 62171 | Motors Liquidation Company | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | Unliquidated | | |
| MICHAEL AUKER<br>227 INGLEWOOD CT<br><br>LINDEN, MI 48451 | 21962 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$85,000.00  (U)<br>$85,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MILLIE D TEIPEN<br>953 SANTA MARIA DR<br><br>GREENWOOD, IN 46143 | 63647 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$14,288.00  (P)<br>$0.00   (U)<br>$14,288.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MOSHENKO, MONICA<br>D/B/A MONICA WHARTON<br>ACCOUNT OF JOHN MOSHENKO<br>10505 PENELOPE PL UNIT 202<br>NEW PORT RICHEY, FL 34654 | 49509 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEIL B DODRILL<br>3228 COREY RD<br>TOLEDO, OH 43615 | 23438 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$136,232.00   (U)<br>$136,232.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEVEU DENNIS E<br>PO BOX 95<br>BLACK RIVER, MI 48721 | 65148 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$10,875.00   (P)<br>$0.00   (U)<br>$10,875.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICIA CARTER<br>23771 PARK ISLAND TRL<br>ATLANTA, MI 49709 | 65629 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICIA JARUSINSKI<br>102 GREENOCK CT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376 | 68302 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PETERSON, DONALD L 6824 FAIRVIEW RD YOUNGSTOWN, OH 44515 | 29273 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $133,719.00 | (U) | | |
| | | | $133,719.00 | (T) | | |
| PRISCILLA NEEDLE 6540 LAKESHORE ST W BLOOMFIELD, MI 48323 | 22755 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $61,280.00 | (U) | | |
| | | | $61,280.00 | (T) | | |
| RENEE SCOTT-BURISEK 7041 TERRACE DR DOWNERS GROVE, IL 60516 | 70489 | Motors Liquidation Company | $39,751.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $39,751.00 | (T) | | |
| RICHARD SWAYZE 2017 S. Cummings Rd. Davison, MI 48423 UNITED STATES OF AMERICA | 60769 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $99,200.00 | (U) | | |
| | | | $99,200.00 | (T) | | |
| ROBERT FRUTIGER 719 DENHAM LN ROCHESTER HILLS, MI 48307 | 23169 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $139,879.00 | (U) | | |
| | | | $139,879.00 | (T) | | |
| ROBERT METZGER, JR 8404 FIELDCREST CT LOUISVILLE, KY 40299 | 33575 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $41,515.00 | (U) | | |
| | | | $41,515.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER PRATT<br>22 NORTH ST<br>LOCKPORT, NY 14094 | 10232 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RUMSEY PATSY C<br>11021 S 85TH E AVE, STE A<br>TULSA, OK 74133 | 23181 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$113,811.00  (U)<br>$113,811.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RUSSEL F KING JR<br>1421 SLEEPY HOLLOW RD<br>EDMOND, OK 73034 | 22308 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$76,158.00  (U)<br>$76,158.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RYAN, SANSI<br>7926 WILD ORCHARD LN<br>CINCINNATI, OH 45242 | 12008 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SARKOZY, LOUIS R<br>6583 GLASTON CT SE<br>GRAND RAPIDS, MI 49546 | 15360 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$9,931.17  (P)<br>$0.00   (U)<br>$9,931.17  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHUR, GEORGE M<br>366 ELMWOOD DR<br><br>HUBBARD, OH 44425 | 30942 | Motors Liquidation Company | <br><br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCOTT-BURISEK RENEE F<br>7041 TERRACE DR<br><br>DOWNERS GROVE, IL 60516 | 70487 | Motors Liquidation Company | $123,990.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$123,990.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHAMLEY, REX M<br>3872 RAINS CT NE<br><br>ATLANTA, GA 30319 | 18278 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$6,065.00  (P)<br>$54,589.00  (U)<br>$60,654.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SLOAN, GLENN F<br>48647 KINGS DR<br><br>SHELBY TOWNSHIP, MI 48315 | 16937 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$16,272.00  (P)<br>$0.00  (U)<br>$16,272.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUSAN MOHR<br>13997 RINGLER RD<br><br>RAPID CITY, MI 49676 | 44322 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$87,820.00  (U)<br>$87,820.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAUBE, THOMAS N<br>2911 CONE VIEW LN<br><br>WAUKESHA, WI 53188 | 4972 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS CARPENTER<br>25040 GOLDCREST DR<br><br>BONITA SPRINGS, FL 34134 | 63273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,380.50  (P)<br>$0.00  (U)<br>$5,380.50  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS DONOVAN<br>1262 WESTLAKE WOODS DR<br><br>SPRINGFIELD, MI 49037 | 22222 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$142,743.00  (U)<br>$142,743.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS DONOVAN<br>1262 WESTLAKE WOODS DR.<br><br>SPRINGFIELD, MI 49037<br>UNITED STATES OF AMERICA | 22223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$69,716.00  (U)<br>$69,716.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS GARNER<br>46780 SPRINGWOOD DR<br><br>MACOMB, MI 48044 | 22031 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$43,000.00  (U)<br>$43,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THOMAS JAMES HILLMAN<br>714 BASCOM ROAD<br>MELSTONE, MT 59054 | 22668 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$167,530.00<br>$167,530.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS JAMES HILLMAN<br>714 BASCOM ROAD<br>MELSTONE, MT 59054 | 22669 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$62,000.00<br>$62,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON, LARRY D<br>1960 HUNTERS LN<br>LAKE ORION, MI 48360 | 22021 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$67,045.00<br>$67,045.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOLBERT, BEVERLY I<br>16752 FIELDSTONE RDG<br>MACOMB, MI 48042 | 30238 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$26,946.00<br>$26,946.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TONY HOLT<br>1423 ELROD RD<br>BOWLING GREEN, KY 42104 | 22105 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$90,440.00<br>$90,440.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURNER, ROBERT G<br>4403 DUFFER LOOP<br>SEBRING, FL 33872 | 17988 | Motors Liquidation Company | $0.00<br>$0.00<br>$7,392.00<br>$0.00<br>$7,392.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

169th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WELTON, JAMES W<br>800 PEACH TREE LN<br><br>ROCHESTER HILLS, MI 48306 | 22699 | Motors Liquidation Company | $0.00 (S)<br><br>$0.00 (A)<br><br>$0.00 (P)<br><br>$171,000.00 (U)<br><br>$171,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM B KILLOUGH<br>36 GULFSHORES DR<br><br>OFALLON, MO 63368 | 49565 | Motors Liquidation Company | $0.00 (S)<br><br>$0.00 (A)<br><br>$21,394.00 (P)<br><br>$0.00 (U)<br><br>$21,394.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YATES, FLOYD H<br>16 BELGIAN TRL<br><br>SAINT PETERS, MO 63376 | 60732 | Motors Liquidation Company | $0.00 (S)<br><br>$0.00 (A)<br><br>$15,466.00 (P)<br><br>$0.00 (U)<br><br>$15,466.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **95** | | **$622,532.00** (S) | | |
|---|---|---|---|---|---|
| | | | **$0.00** (A) | | |
| | | | **$227,451.71** (P) | | |
| | | | **$5,415,760.00** (U) | | |
| | | | **$6,265,743.71** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHNSON-GREEN, LELAH M<br>1545 WINTHROP RD<br><br>BLOOMFIELD HILLS, MI 48302 | 64286 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MELVIN KENDZIORSKI<br>2605 BROWNING DR<br><br>LAKE ORION, MI 48360 | 21489 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$80,000.00  (U)<br>$80,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT MEDER<br>1314 KINGS CARRIAGE RD<br><br>GRAND BLANC, MI 48439 | 10370 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$635,610.00  (U)<br>$635,610.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SZYNSKI, ALLEN J<br>48431 MILONAS DR<br><br>SHELBY TWP, MI 48315 | 2105 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$6,300.00   (P)<br>$0.00   (U)<br>$6,300.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS JARUSINSKI<br>102 GREENOCK CT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376 | 68301 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *OBJECTION ADJOURNED* | 5 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $6,300.00 | (P) | | |
| | | | $715,610.00 | (U) | | |
| | | | $721,910.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.