173rd Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED SCHMIDT<br>41429 CLAIRPOINT<br><br>HARRISON TWP., MI 48045<br>UNITED STATES OF AMERICA | 22808 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,500.00 (U)<br>$62,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AMY BARBARA S<br>701 MARTHA AVE<br><br>JEFFERSONVILLE, IN 47130 | 45192 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,402.25 (U)<br>$37,402.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANNA KRETZ<br>8309 HIGH MEADOWS TR<br><br>CLARKSTON, MI 48348 | 28174 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,047,020.00 (U)<br>$1,047,020.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| AULD, WILLIAM C<br>8101 CALAIS CT<br><br>RALEIGH, NC 27613 | 24066 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$324,797.71 (U)<br>$324,797.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BAHAN, LARRY M<br>6178 STONEWOOD DR<br><br>CLARKSTON, MI 48346 | 45196 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,194.00 (U)<br>$35,194.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BARBARA ROSSI<br>5434 WEST WILLOW HIGHWAY<br><br>LANSING, MI 48917<br>UNITED STATES OF AMERICA | 60761 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $65,720.00 | (U) | | |
| | | | $65,720.00 | (T) | | |
| BERTOLIN, ANGELINE L<br>2276 BARBERRY DR<br><br>SHELBY TOWNSHIP, MI 48316 | 32980 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $31,198.00 | (U) | | |
| | | | $31,198.00 | (T) | | |
| BOBBY PETTY<br>158 EXETER DR<br><br>CROSSVILLE, TN 38558 | 4374 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $60,000.00 | (U) | | |
| | | | $60,000.00 | (T) | | |
| BROWER, DAVID G<br>401 ALBEMARLE BLVD<br><br>HERTFORD, NC 27944 | 20410 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $77,129.00 | (U) | | |
| | | | $77,129.00 | (T) | | |
| BRUMWELL MALCOLM J<br>7408 SUMMIT RDG<br><br>BRIGHTON, MI 48116 | 62448 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $142,693.00 | (U) | | |
| | | | $142,693.00 | (T) | | |
| CHARLES M JOHNSTON<br>6101 PLANTATION DR<br><br>GRAND BLANC, MI 48439 | 33334 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $90,475.00 | (U) | | |
| | | | $90,475.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CHARLES PETROFF<br>6938 HUNTINGTON DR<br><br>OSCODA, MI 48750 | 43936 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $26,524.00 | (U) | | |
| | | | $26,524.00 | (T) | | |
| CHERYL STEARN<br>536 FRANK SHAW RD<br><br>TALLAHASSEE, FL 32312 | 28956 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $65,000.00 | (U) | | |
| | | | $65,000.00 | (T) | | |
| CHEYRL LEE LEROY<br>1972 VIOLA VIEW COURT<br><br>LINCOLN, CA 95648 | 28892 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $121,291.00 | (U) | | |
| | | | $121,291.00 | (T) | | |
| CLARK, PAUL A<br>1695 3 LAKES DR<br><br>TROY, MI 48085 | 28287 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $15,000.00 | (U) | | |
| | | | $15,000.00 | (T) | | |
| CORCORAN, WILLIAM J<br>6013 OSAGE AVE<br><br>DOWNERS GROVE, IL 60516 | 12298 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $29,528.00 | (U) | | |
| | | | $29,528.00 | (T) | | |
| DANIEL DONAR<br>10889 RIDGE VIEW TRAIL<br><br>FENTON, MI 48430 | 26639 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $80,000.00 | (U) | | |
| | | | $80,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection **Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DANIEL DONAR<br>10889 RIDGE VIEW TRAIL<br><br>FENTON, MI 48430 | 26640 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138,982.00 (U)<br>$138,982.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIEL MALLOY<br>60 BROOKSIDE LANE<br><br>PALM COAST, FL 32137 | 28015 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,000.00 (U)<br>$65,000.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DARLENE THERY<br>4062 HEATHERMOOR DRIVE<br><br>SAGINAW, MI 48603<br>UNITED STATES OF AMERICA | 62122 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,811.00 (U)<br>$29,811.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DARYL BREZEE<br>2839 ISLAND POINT DR.<br><br>METAMORA, MI 48455<br>UNITED STATES OF AMERICA | 30930 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$127,157.00 (U)<br>$127,157.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID DARLING<br>9049 ANDREW DR.<br><br>BRIGHTON, MI 48114<br>UNITED STATES OF AMERICA | 27906 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$87,327.00 (U)<br>$87,327.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

173rd Omnibus Objection

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DEBUHR, ALFRED P 8211 DUNHAM RD DOWNERS GROVE, IL 60516 | 45184 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $164,503.00 | (U) | | |
| | | | $164,503.00 | (T) | | |
| DICKSON, JOHN C 39684 DUN ROVIN DR NORTHVILLE, MI 48168 | 5205 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $109,529.00 | (U) | | |
| | | | $109,529.00 | (T) | | |
| DINATALE, ALBERT D 12260 DOLLAR LAKE DR FENTON, MI 48430 | 65288 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $109,000.00 | (U) | | |
| | | | $109,000.00 | (T) | | |
| DONALD BUCKNER 1143 ANGELICA ST BOWLING GREEN, KY 42104 UNITED STATES OF AMERICA | 24062 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $128,631.00 | (U) | | |
| | | | $128,631.00 | (T) | | |
| DONALD BUCKNER 1143 ANGELICA ST BOWLING GREEN, KY 42104 | 24063 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $80,318.00 | (U) | | |
| | | | $80,318.00 | (T) | | |
| DONALD BULLOCK DONALD BULLOCK 2525 WOODS EDGE DRIVE MADISON, IN 47250 | 45608 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $9,884.00 | (U) | | |
| | | | $9,884.00 | (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection                          **Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DONALD GRAVES<br>N-3841 16 MILE LAKE ROAD<br><br>MUNISING, MI 49862 | 49669 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD KOZAK<br>2504 DEWES LN<br><br>NAPERVILLE, IL 60564 | 31317 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$37,963.00<br>$37,963.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD SHEA<br>47603 SCENIC CIRCLE DR S<br><br>CANTON, MI 48188 | 49598 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$151,514.00<br>$151,514.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONN GLANDER<br>20728 WICKS LN<br><br>GROSSE POINTE WOODS, MI 48236 | 61347 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$250,000.00<br>$250,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD MERTZ<br>30600 N PIMA RD<br># 115<br>SCOTTSDALE, AZ 85266 | 31298 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$215,500.00<br>$215,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD R ANIKEWICH<br>9792 HAWTHORN GLENN DR<br><br>GROSSE ILE, MI 48138 | 26604 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,000.00<br>$60,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection    **Exhibit A**    Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| EDWARD R ANIKEWICH<br>9792 HAWTHORN GLENN DR<br><br>GROSSE ILE, MI 48138 | 26605 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,500.00 (U)<br>$34,500.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EIBLE JR, VINCENT J<br>1375 BLUE WATER DR<br><br>FENTON, MI 48430 | 32738 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$758,000.00 (U)<br>$758,000.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ELBERT H HEARD<br>985 LAPOINT RD<br><br>LINN CREEK, MO 65052 | 26628 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,465.00 (U)<br>$84,465.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ESTATE OF JOHN R BARTLO OR B LYNN BARTLO<br>SURVIVING SPOUSE OF JOHN R BARTLO<br>1456 TORI PINES CT<br>CANFIELD, OH 44406 | 31405 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$61,902.00 (U)<br>$61,902.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOLDS CLYDE L<br>159 ROSE LN<br><br>SOCIAL CIRCLE, GA 30025 | 21257 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,866.00 (U)<br>$45,866.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GAYNELL WENTLAND<br>1796 DEERFIELD WAY<br><br>LAFOLLETTE, TN 37766<br>UNITED STATES OF AMERICA | 30598 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$146,068.00 (U)<br>$146,068.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GEORGE W CONRAD AND GEORGE W CONRAD AND MARJORIE A CONRAD TEN IN COM 3419 CROW VALLEY DR MISSOURI CITY, TX 77459 | 31468 | Motors Liquidation Company | $0.00 $0.00 $0.00 $676.25 $676.25 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GLORIA MISKULIN 40645 ST LOUIS DR CLINTON TOWNSHIP, MI 48038 | 65257 | Motors Liquidation Company | $0.00 $0.00 $0.00 $50,854.00 $50,854.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GRAHAM, ROBERT R 1546 BLAIRMOOR CT GROSSE POINTE WOODS, MI 48236 | 61598 | Motors Liquidation Company | $0.00 $0.00 $0.00 $41,051.00 $41,051.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREGORY WALKER 1193 JOANN LN WILLIAMSTON, MI 48895 | 31438 | Motors Liquidation Company | $0.00 $0.00 $0.00 $36,603.00 $36,603.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GUNTHER, ALFRED A 47767 KELSTON DR MACOMB, MI 48044 | 28139 | Motors Liquidation Company | $0.00 $0.00 $0.00 $213,338.00 $213,338.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAROLD SHARP 663 PLACITA DEL EXITO GREEN VALLEY, AZ 85614 UNITED STATES OF AMERICA | 29891 | Motors Liquidation Company | $0.00 $0.00 $0.00 $70,957.00 $70,957.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HEKSEM, JOCELYN D<br>215 PARIS AVE<br><br>LANSING, MI 48910 | 62000 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$75,000.00<br>$75,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENTGEN, MICHAEL M<br>134 HUNTINGTON DR<br><br>ROSCOMMON, MI 48653 | 63588 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$81,913.00<br>$81,913.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HODKOWSKI JR, EDMUND R<br>12508 S MAYFIELD AVE<br><br>ALSIP, IL 60803 | 23476 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$65,000.00<br>$65,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IZZO DAVID A<br>142 RIDGE DR<br><br>EXETER, RI 02822 | 29016 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$190,000.00<br>$190,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES OLSON<br>5503 ORTMAN DR.<br><br>STERLING HEIGHTS, MI 48314<br>UNITED STATES OF AMERICA | 46261 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$105,211.00<br>$105,211.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES OLSON<br>5503 ORTMAN DR.<br><br>STERLING HEIGHTS, MI 48314<br>UNITED STATES OF AMERICA | 46262 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,451.00 (U)<br>$97,451.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES SCHMER<br>5921 W 86TH ST<br><br>OVERLAND PARK, KS 66207<br>UNITED STATES OF AMERICA | 33495 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,856.00 (U)<br>$11,856.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAY BUSWELL<br>1052 MORNINGSIDE DRIVE<br><br>JANESVILLE, WI 53546<br>UNITED STATES OF AMERICA | 38939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,000.00 (U)<br>$40,000.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAY BUSWELL<br>1052 MORNINGSIDE DRIVE<br><br>JANESVILLE, WI 53546<br>UNITED STATES OF AMERICA | 38940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$139,791.00 (U)<br>$139,791.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JIMMY HALL<br>7000 20TH ST<br>LOT 929<br>VERO BEACH, FL 32966 | 33339 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,397.00 (U)<br>$16,397.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN A LINDELL<br>145 WESTGATE CIR<br>SANTA ROSA, CA 95401 | 28048 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$41,910.00  (U)<br>$41,910.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN MCDANIEL<br>2068 SINGERLY RD<br>ELKTON, MD 21921 | 30755 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$75,618.00  (U)<br>$75,618.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN SCHERER<br>6849 CEDAR COVE DR<br>FRISCO, TX 75035 | 62167 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$130,071.00  (U)<br>$130,071.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KANAGAWA STEPHEN C<br>1128 CLOPTON BRIDGE DR<br>ROCHESTER HILLS, MI 48306 | 23451 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$82,800.00  (U)<br>$82,800.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KANAGAWA, STEPHEN C<br>1128 CLOPTON BRIDGE DR<br>ROCHESTER HILLS, MI 48306 | 23450 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$78,933.00  (U)<br>$78,933.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KITTENDORF, ROLAND W<br>1135 IVYGLEN CIR<br>BLOOMFIELD HILLS, MI 48304 | 46122 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$69,182.00  (U)<br>$69,182.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KLEIN JR, STEPHEN P 1203 RIVER GLEN DR NE WARREN, OH 44484 | 23892 | Motors Liquidation Company | $0.00 $0.00 $0.00 $120,748.00 $120,748.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KOENIG, RAYMOND H 705 11TH ST APT 407 WILMETTE, IL 60091 | 23140 | Motors Liquidation Company | $0.00 $0.00 $0.00 $94,184.00 $94,184.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY L NETZLEY 52 LILY COURT TIPP CITY, OH 45371 UNITED STATES OF AMERICA | 45421 | Motors Liquidation Company | $0.00 $0.00 $0.00 $67,320.00 $67,320.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEO HANSEN 41 TAO CT FORT MYERS, FL 33912 | 28306 | Motors Liquidation Company | $0.00 $0.00 $0.00 $58,464.00 $58,464.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARIE HOWARD 13205 HAROLD AVE CLEVELAND, OH 44135 | 31210 | Motors Liquidation Company | $0.00 $0.00 $0.00 $269,412.60 $269,412.60 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC GUIRE CHARLES F 3494 LONG DR MINDEN, NV 89423 | 24055 | Motors Liquidation Company | $0.00 $0.00 $0.00 $111,610.00 $111,610.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEYER RICHARD A<br>10206 TOLEDO CIR<br><br>BLOOMINGTON, MN 55437 | 23948 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,000.00  (U)<br>$65,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MEYER, MARY E<br>320 S JUNIPER ST<br>APT 3<br>EDMORE, MI 48829 | 62589 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,321.00  (U)<br>$16,321.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL IDZIKOWSKI<br>6498 HIGHLAND RIDGE DR<br><br>EAST LANSING, MI 48823 | 44087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$35,194.00  (U)<br>$35,194.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL JAROUS<br>10747 NIXON RD<br><br>GRAND LEDGE, MI 48837 | 61413 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$42,007.00  (U)<br>$42,007.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL SCHRADER<br>4904 SYCAMORE RUN DRIVE<br><br>LAGRANGE, KY 40031<br>UNITED STATES OF AMERICA | 23968 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$167,498.00  (U)<br>$167,498.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL WALTERS<br>4280 OVERBROOK DR<br><br>GRAND LEDGE, MI 48837 | 37731 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$142,923.00  (U)<br>$142,923.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MICHIE, KENNETH G<br>56796 SAINT JAMES DR<br><br>SHELBY TOWNSHIP, MI 48316 | 63025 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$91,585.00<br>$91,585.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MURRAY JR ROY W<br>2840 WEXFORD DR<br><br>SAGINAW, MI 48603 | 32900 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$83,717.00<br>$83,717.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PASEK, JAMES E<br>821 STANFORD CIR<br><br>ROCHESTER HLS, MI 48309 | 29692 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,054.41<br>$24,054.41 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICIA J CLELAND<br>5897 E LAKE DR<br><br>HASLETT, MI 48840 | 36557 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$142,709.00<br>$142,709.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RALPH E RESEIGH<br>285 STONY LAKE DR<br><br>OXFORD, MI 48371 | 65409 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$91,643.00<br>$91,643.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANK CHARLES R<br>8 PARKVIEW CT<br><br>FRANKENMUTH, MI 48734 | 62121 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,397.00<br>$16,397.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RANK CHARLES R<br>8 PARKVIEW CT<br><br>FRANKEMUTH, MI 48734<br>UNITED STATES OF AMERICA | 62659 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$47,569.00<br>$47,569.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD FERGUS<br>1321 SUNNINGDALE LN<br><br>ORMOND BEACH, FL 32174 | 65406 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$85,000.00<br>$85,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD I PETERSEN<br>8724 S SOUTHFORK LN<br><br>SPOKANE, WA 99223 | 48458 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$425.00<br>$425.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD L HARTL<br>3835 RIVERVIEW DRIVE<br><br>BRIDGEPORT, MI 48722 | 27403 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$53,865.00<br>$53,865.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD L HARTL<br>3835 RIVERVIEW DR<br><br>BRIDGEPORT, MI 48722 | 27404 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$55,940.00<br>$55,940.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RIEMAN  WILLIAM R<br>12499 ANDERSONVILLE RD<br><br>DAVISBURG, MI 48350 | 30784 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$116,960.00<br>$116,960.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT H PONDER<br>4512 ST LEO LANE<br><br>ST ANN, MO 63074 | 36963 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROGER J BASHAW<br>490 CANAL DR<br><br>ORTONVILLE, MI 48462 | 33395 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,596.00 (U)<br>$32,596.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROLAND ANDERSON<br>525 CORNING AVE<br><br>FRANKFORT, MI 49635 | 36960 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,496.00 (U)<br>$70,496.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD OWEN<br>PO BOX 585<br><br>HALE, MI 48739 | 46121 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$127,170.00 (U)<br>$127,170.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROOT, GERALD T<br>6533 MCDONALD RD #5<br><br>BENZONIA, MI 49616 | 44271 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,000.00 (U)<br>$49,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSS, LYNN J<br>15525 HEATHER RIDGE TRL<br><br>CLINTON TWP, MI 48038 | 45416 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,326.00 (U)<br>$46,326.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

173rd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROSS, RICHARD D<br>3016 TULIP CIR<br><br>NORMAN, OK 73026 | 65303 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$273,469.00  (U)<br>$273,469.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHORTS WILLIAM G<br>2921 BAYBERRY DR<br><br>WATERFORD, MI 48329 | 33344 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$146,729.00  (U)<br>$146,729.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRIPLETT, JAMES W<br>601 CHERRYWOOD DR<br><br>FLUSHING, MI 48433 | 28004 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$42,245.00  (U)<br>$42,245.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM HOELZLE<br>6595 LANSDOWN DR<br><br>DIMONDALE, MI 48821 | 61266 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$162,415.00  (U)<br>$162,415.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIRKNER GILBERT J<br>8454 WIGGINS RD<br><br>HOWELL, MI 48855 | 51105 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$82,101.00  (U)<br>$82,101.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIRKNER, GILBERT J<br>8454 WIGGINS RD<br><br>HOWELL, MI 48855 | 51104 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$95,360.00  (U)<br>$95,360.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| YOUNG, DALE D<br>6363 PADDOCK LN<br><br>SAGINAW, MI 48603 | 12962 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$146,456.00  (U)<br>$146,456.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZISKA, GAY L<br>6291 LIVELY WAY<br><br>CUMMING, GA 30040 | 62063 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$200,000.00  (U)<br>$200,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **100** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$10,446,913.22**  (U)<br>**$10,446,913.22**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.