175th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALAN DEMASEK<br>40318 PRITTS CT<br>CLINTON TOWNSHIP, MI 48038 | 31158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,920.00 (U)<br>$29,920.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALBERT E BILLIS<br>9670 FAIRWOOD COURT<br>PORT ST LUCIE, FL 34986<br>UNITED STATES OF AMERICA | 64261 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$83,066.00 (U)<br>$83,066.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALBERT E BILLIS<br>9670 FAIRWOOD CT<br>PORT ST LUCIE, FL 34986 | 64262 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$611,298.00 (U)<br>$611,298.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANNIE SAVAGE<br>6931 RABURN RD<br>PENSACOLA, FL 32526 | 64722 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$120,985.00 (U)<br>$120,985.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARTHUR J KARAM<br>2825 WIENEKE RD<br>APT 34<br>SAGINAW, MI 48603 | 43938 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,693.00 (U)<br>$153,693.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA J MAHONE<br>100 FOX HOLLOW DR UNIT 405<br>MAYFIELD HTS, OH 44124 | 23131 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,765,987.00 (U)<br>$2,765,987.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 175th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA ROSSI
5434 W WILLOW HWY
LANSING, MI 48917 | 60762 | Motors Liquidation Company | $0.00 (S)
$0.00 (A)
$0.00 (P)
$199,826.00 (U)
$199,826.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BATTE BONNIE W
1314 QUINCY DR
BOSSIER CITY, LA 71111 | 28814 | Motors Liquidation Company | $0.00 (S)
$0.00 (A)
$0.00 (P)
$43,516.00 (U)
$43,516.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BEYER, ROBERT F
5558 PALM BEACH BLVD LOT 410
FORT MYERS, FL 33905 | 61715 | Motors Liquidation Company | $0.00 (S)
$0.00 (A)
$0.00 (P)
$38,988.00 (U)
$38,988.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BILLINGS, MARY K
13269 LAKE POINT BLVD
BELLEVILLE, MI 48111 | 44025 | Motors Liquidation Company | $0.00 (S)
$0.00 (A)
$0.00 (P)
$40,970.00 (U)
$40,970.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRENTRUP, ROBERT C
4423 W MAPLE ROAD #3
BLOOMFIELD HILLS, MI 48301 | 65359 | Motors Liquidation Company | $0.00 (S)
$0.00 (A)
$0.00 (P)
$19,816.00 (U)
$19,816.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRUCE WHARRAM
8901 N PARK LAKE CIRCLE
SYLVANIA, OH 43560 | 30861 | Motors Liquidation Company | $0.00 (S)
$0.00 (A)
$0.00 (P)
$79,154.00 (U)
$79,154.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**175th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BURKE, KENNETH J<br>10438 RUNYAN LAKE RD<br>FENTON, MI 48430 | 31259 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$155,044.00 (U)<br>$155,044.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMPBELL MARY<br>915 MILLER RD<br>ALLENTON, MI 48002 | 22800 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,456.00 (U)<br>$53,456.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHAMBERS, GEORGE G<br>1308 KEYSTOVER TRL<br>CENTERVILLE, OH 45459 | 19723 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$44,000.00 (U)<br>$44,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DALE & BARBARA BRISTOL<br>1902 E CANYON WREN WAY<br>GREEN VALLEY, AZ 85614 | 28593 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,811.00 (U)<br>$60,811.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIEL D ALBEE<br>29555 CASTLE CREEK LN<br>ESCONDIDO, CA 92026 | 31482 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,963.00 (U)<br>$37,963.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIELS, JOHN H<br>3066 LAKEVIEW RD<br>SHREVEPORT, LA 71107 | 62504 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,963.00 (U)<br>$37,963.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**175th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID G RICKETT<br>1914 RIDGEWOOD DR<br>COLUMBIA, MS 39429 | 65732 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,787.00 (U)<br>$31,787.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID RICKETT<br>1914 RIDGEWOOD DRIVE<br>COLUMBIA, MS 39429 | 65730 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,853.00 (U)<br>$47,853.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMASEK, ALAN G<br>40318 PRITTS CT<br>CLINTON TOWNSHIP, MI 48038 | 31157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,055.00 (U)<br>$70,055.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DILLON JOSEPH L<br>129 WILDERNESS CAY<br>NAPLES, FL 34114 | 23445 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,270.00 (U)<br>$25,270.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DINATALE ALBERT D<br>12260 DOLLAR LAKE DR<br>FENTON, MI 48430 | 65287 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$114,891.00 (U)<br>$114,891.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONAL J STEWARD<br>37 BEAR CREEK DR<br>WENTZVILLE, MO 63385 | 44152 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,054.00 (U)<br>$24,054.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**175th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD KALFAYAN<br>PO BOX 78<br>14330 N BEAR RD<br>PARADISE, MI 49768 | 20984 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,438.00 (U)<br>$30,438.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD DEWES<br>4472 E COUNTRY ROAD 650 N<br>BAINBRIDGE, IN 46105 | 44455 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$81,130.00 (U)<br>$81,130.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD R ANIKEWICH<br>9792 HAWTHORN GLENN DR<br>GROSSE ILE, MI 48138 | 26606 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$4,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EMORY JANICE M<br>7821 HAYMARKET LN<br>RALEIGH, NC 27615 | 38677 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,623.00 (U)<br>$32,623.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FEDELEM DOROTHY M<br>5404 CHANTILLY<br>SARASOTA, FL 34235 | 36563 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$38,670.00 (U)<br>$38,670.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FEDELEM, DOROTHY M<br>5404 CHANTILLY<br>SARASOTA, FL 34235 | 36562 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,198.00 (U)<br>$31,198.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**175th Omnibus Objection**          **Exhibit A**          **Motors Liquidation Company, et al.**
                                                            Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FOX KIM<br>9899 TROTTER LN<br>CLARKSTON, MI 48348 | 62884 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$132,978.00 (U)<br>$132,978.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANK J. CARPENTER<br>20025 NELSON RD<br>MERRILL, MI 48637 | 62298 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$144,351.00 (U)<br>$144,351.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARY GOODENOUGH<br>1101 VAN VLEET RD<br>FLUSHING, MI 48433 | 44314 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,721.00 (U)<br>$28,721.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARY PHELEY<br>3662 HONORS WAY<br>HOWELL, MI 48843 | 60932 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$221,556.00 (U)<br>$221,556.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GERAN JOHN J<br>5389 FOREST RIDGE DR<br>CLARKSTON, MI 48346 | 30926 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$123,607.00 (U)<br>$123,607.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HALL JR, BEUFORD C<br>9123 CRAWFORDSVILLE RD<br>CLERMONT, IN 46234 | 45802 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,494.00 (U)<br>$19,494.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

175th Omnibus Objection                     Exhibit A                     **Motors Liquidation Company, et al.**
                                                                         Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARDWICK, JOHN E<br>616 E MAIN ST<br>CRAWFORDSVILLE, IN 47933 | 23293 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$78,223.00 (U)<br>$78,223.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HENDRICKSON, RICHARD L<br>13728 SEA HAWK ST<br>JACKSONVILLE, FL 32224 | 28302 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$93,017.00 (U)<br>$93,017.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| J.C. HICKS<br>151 FAIRWAY DRIVE<br>BLOUNTVILLE, TN 37617 | 20787 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,385.00 (U)<br>$17,385.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEROLD P JOHNSON<br>11030 PRESBYTERIAN DR #1001<br>INDIANAPOLIS, IN 46236 | 45818 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,159.00 (U)<br>$46,159.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOEL PIATT<br>1044 BELMONT PARK DRIVE<br>UNION, KY 41091 | 45428 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$343,782.68 (U)<br>$343,782.68 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN CASPER<br>751 TROMBLEY DRIVE<br>TROY, MI 48083 | 62667 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$99,236.00 (U)<br>$99,236.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**175th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN F PLAGGEMIER<br>22279 BARCLAY DR<br>NOVI, MI 48374 | 26675 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$92,208.00 (U)<br>$92,208.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN VESTY<br>250 MARMOOR CT<br>ROCHESTER HILLS, MI 48309 | 44405 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$107,020.00 (U)<br>$107,020.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KANGAS MARY C<br>161 NW PETREY LOOP<br>WHITE SPRINGS, FL 32096 | 65346 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$38,593.80 (U)<br>$38,593.80 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENIK, EDWARD F<br>2136 GLENRIDGE RD<br>EUCLID, OH 44117 | 60778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,022.16 (U)<br>$1,022.16 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KING, WILLIAM E<br>7235 NIEMAN RD<br>SHAWNEE, KS 66203 | 44465 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$64,524.00 (U)<br>$64,524.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KOCOLOWSKI, ROBERT M<br>17557 RYAN LN<br>ORLAND PARK, IL 60467 | 43932 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,400.00 (U)<br>$40,400.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 175th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KOENIG DENISE E<br>2924 NANWICH DR<br><br>WATERFORD, MI 48329 | 23442 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$47,458.00  (U)<br>$47,458.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KRIEGER THOMAS R<br>21210 JAY CT<br><br>ST CLR SHORES, MI 48081 | 33386 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$139,337.00  (U)<br>$139,337.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| L DAVID LEWIS<br>19230 WARWICK DR<br><br>BROOKFIELD, WI 53045 | 20230 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,777.00  (U)<br>$100,777.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY L NETZLEY<br>52 LILY COURT<br><br>TIPP CITY, OH 45371<br>UNITED STATES OF AMERICA | 45419 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$99,915.00  (U)<br>$99,915.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY L NETZLEY<br>52 LILY COURT<br><br>TIPP CITY, OH 45371<br>UNITED STATES OF AMERICA | 45420 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$17,385.00  (U)<br>$17,385.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | |
|---|---|---|---|---|
| **175th Omnibus Objection** | | | | **Motors Liquidation Company, et al.** |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEON A MELLEN AKA LEON A MELLEN<br>LEON A MELLEN<br>4805 WALDON RD<br>CLARKSTON, MI 48348 | 65374 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$61,480.00 (U)<br>$61,480.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINES, JOHN E<br>9590 RIDGE TOP TRL<br>CLARKSTON, MI 48348 | 61160 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,194.00 (U)<br>$35,194.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LUNDGAARD, FRED H<br>69525 RIVERBEND LN<br>ARMADA, MI 48005 | 30657 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,000.00 (U)<br>$102,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARK CASMER<br>41905 HUNTINGTON CT<br>CLINTON TWP, MI 48038 | 61709 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$91,855.00 (U)<br>$91,855.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARY BILLINGS<br>13269 LAKE POINT BLVD<br>BELLEVILLE, MI 48111 | 44024 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,089.00 (U)<br>$46,089.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC CULLEN, LAWRENCE R<br>3329 S WOODLAND DR<br>HIGHLAND, MI 48356 | 63055 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,033.00 (U)<br>$59,033.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**175th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MEEKER RONALD J<br>1205 S MEAHME TRL<br><br>CRAWFORDSVILLE, IN 47933 | 64791 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$88,596.00 (U)<br>$88,596.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MILLER JR, DALE F<br>4333 LIVE OAK BLVD<br><br>FORT WAYNE, IN 46804 | 36555 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$99,024.00 (U)<br>$99,024.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MORRIS LIMING<br>3341 WILDWOOD ROAD<br><br>HOLLY, MI 48442<br>UNITED STATES OF AMERICA | 26882 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$118,888.00 (U)<br>$118,888.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NOWAK, JAMES F<br>2359 BULLOCK RD<br><br>BAY CITY, MI 48708 | 30890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,350.00 (U)<br>$200,350.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| O MALLEY, PATRICK W<br>2814 MILLBROOK RD<br><br>LITTLE ROCK, AR 72227 | 28423 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,873.00 (U)<br>$76,873.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL FRIIS<br>13201 PINEHURST LANE<br><br>GRAND BLANC, MI 48439 | 32735 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,506.00 (U)<br>$76,506.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**175th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PHILLIP L BLUE<br>5185 WHEELOCK RD<br>TROY, OH 45373 | 61780 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,251.00 (U)<br>$65,251.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| POLK WILLIAM G<br>6730 SW 112TH ST<br>OCALA, FL 34476 | 65247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,465.00 (U)<br>$47,465.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RALEY, RONALD J<br>437 PINE VALLEY CT<br>OXFORD, MI 48371 | 63766 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$145,497.00 (U)<br>$145,497.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RANDY SANDULA<br>808 AUTUMN LN<br>MASON, OH 45040 | 28937 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$173,500.00 (U)<br>$173,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD MORROW<br>8470 W GULF BLVD APT 413<br>TREASURE ISLAND, FL 33706 | 49560 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138,982.00 (U)<br>$138,982.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD SHIPMAN<br>2290 CHELMSFORD CT<br>DULUTH, GA 30096 | 26745 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$82,735.00 (U)<br>$82,735.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 175th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD SWAYZE<br>2017 S CUMMINGS RD<br><br>DAVISON, MI 48423 | 60754 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$177,887.00 (U)<br>$177,887.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT C WEINBAUM<br>823 GEORGIA ST<br><br>KEY WEST, FL 33040 | 61843 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525,000.00 (U)<br>$525,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT FRUTIGER<br>719 DENHAM LN<br><br>ROCHESTER HILLS, MI 48307 | 23168 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$133,300.00 (U)<br>$133,300.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT L CUTLIP<br>238 RICHARD ST<br><br>MARTINSBURG, WV 25404 | 27892 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$56,000.00 (U)<br>$56,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSE MORRIS E<br>307 PARKRIDGE DR<br><br>CLAYTON, NC 27527 | 28404 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,376.00 (U)<br>$70,376.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAMUEL A. LEONARD<br>4200 COASTAL PKWY<br><br>WHITE LAKE, MI 48386<br>UNITED STATES OF AMERICA | 21252 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,036.75 (U)<br>$8,036.75 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 175th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SASSU, RICHARD J<br>208 LONG WHARF DR<br>MYSTIC, CT 06355 | 11860 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,500.00 (U)<br>$5,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHIRLE, HAROLD F<br>9650 KILLDEER CT<br>STANWOOD, MI 49346 | 4627 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$298,215.00 (U)<br>$298,215.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHALABY, SAMIR B<br>2576 BRIGGS RD<br>CENTERVILLE, OH 45459 | 60780 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$408,000.00 (U)<br>$408,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMITH, THOMAS G<br>2619 DUNBAR DR<br>LANSING, MI 48906 | 30049 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,566.00 (U)<br>$13,566.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SNYDER, BARRY L<br>6517 ENCLAVE DR<br>CLARKSTON, MI 48348 | 27309 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$79,460.00 (U)<br>$79,460.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEFANKO, KENNETH R<br>14477 RAMBLEWOOD ST<br>LIVONIA, MI 48154 | 63761 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$292,335.00 (U)<br>$292,335.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 175th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHEN WHETSTONE<br>13501 NORMAN CIR<br>HUDSON, FL 34669<br>UNITED STATES OF AMERICA | 20733 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,108.00 (U)<br>$29,108.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STRAYER, JOHN E<br>1212 REDCLIFFE ST<br>WOODRIDGE, IL 60517 | 61820 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$86,000.00 (U)<br>$86,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUSAN VAN COTT<br>12389 AVENIDA CONSENTIDO<br>SAN DIEGO, CA 92128 | 46256 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,381.00 (U)<br>$49,381.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THEODORE LOETZ JR<br>8917 89TH STREET CT S<br>COTTAGE GROVE, MN 55016 | 62836 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$176,829.00 (U)<br>$176,829.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS BRADLEY<br>962 ABBEY<br>BIRMINGHAM, MI 48009<br>UNITED STATES OF AMERICA | 20180 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,984.00 (U)<br>$62,984.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9649-1    Filed 03/07/11    Entered 03/07/11 16:07:15    Exhibit A
Pg 16 of 18

175th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THOMAS GILMORE<br>1836 SE EL PINAR LN<br>STUART, FL 34996<br>UNITED STATES OF AMERICA | 23236 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$88,110.00<br>$88,110.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TURK, GEORGE S<br>1822 CHARM CT<br>ROCHESTER HLS, MI 48306 | 44150 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$68,575.00<br>$68,575.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UNDERWOOD, HILDA K<br>4495 ROSEBUD RD<br>LOGANVILLE, GA 30052<br>UNITED STATES OF AMERICA | 23656 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$32,958.00<br>$32,958.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VICTORIA HUDSON<br>890 HIDDEN PINE RD<br>BLOOMFIELD HILLS, MI 48304 | 64129 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$39,518.00<br>$39,518.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VINAL V TABOR III<br>5915 TANNON CT<br>ALTO, MI 49302 | 26927 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$57,722.00<br>$57,722.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9649-1    Filed 03/07/11    Entered 03/07/11 16:07:15    Exhibit A
Pg 17 of 18

175th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WANDA HARTNUSS<br>7 CASTLE ROCK CV<br>LITTLE ROCK, AR 72212 | 36124 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$11,873.28<br>$11,873.28 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WATT, MARILYN D<br>1614 TURTLEWOOD DR<br>WAXHAW, NC 28173 | 45142 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$128,811.00<br>$128,811.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE KUNTZ<br>7355 CARMELLA CIRCLE<br>RANCHO MURIETA, CA 95683 | 32997 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,325.00<br>$50,325.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLOUGHBY, WILLIAM W<br>9332 OAKMONT DR<br>GRAND BLANC, MI 48439 | 64958 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$127,770.00<br>$127,770.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WISNOWSKI, FREDERICK F<br>19434 CHALK DR<br>MACOMB, MI 48044 | 61710 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$65,000.00<br>$65,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **98** | | **$0.00**<br>**$0.00**<br>**$0.00**<br>**$12,057,532.67**<br>**$12,057,532.67** | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

175th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SINGER, JOSEPH C<br>2166 SANDLEWOOD DR<br>SHELBY TWP, MI 48316 | 29993 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,617.54 (U)<br>$7,617.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TIMOTHY KUECHENMEISTER<br>17550 SE 81ST PARNASSUS CT<br>THE VILLAGES, FL 32162 | 17941 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,063.00 (U)<br>$77,063.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$84,680.54** (U)<br>**$84,680.54** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.