IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
    f/k/a General Motors Corp., *et al.*   :       Chapter 11
                                                               :       Case No. 09-50026 (REG)
                                                               :       (Jointly Administered)
          Debtors.  :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                        ) ss
COUNTY OF **NASSAU**    )

I, Chanpreet Kondal, being of full age, states as follows:

1. I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 7, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9602) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                        /s/ Chanpreet Kondal
                                        Chanpreet Kondal

Sworn to before me this 7th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Omar Marquez
c/o Alters, Boldt, Brown, Rash, Culmo, P.A.
4141 NE 2nd Avenue, Suite 201
Miami, FL 33137-3592

<u>TRANSFEREE</u>

Pioneer Credit Opportunities Fund, LP
Attn: Adam Stein Sapir
Greeley Square Station, P.O. Box 20188
New York, NY 10001

Pioneer Credit Opportunities Fund, LP
Attn: Adam Stein Sapir
39 West 31st Street
New York, NY 10001