UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                   :   Chapter 11
                                                        :
**MOTORS LIQUIDATION COMPANY,** *et al.,*               :   Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al.,*          :
                                                        :
                           Debtors.                     :   (Jointly Administered)
                                                        :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2. On March 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on In Re: Saturn L-Series Timing Chain Litigation MDL No 1920, c/o Michael A Schwartz, Horwitz, Horwitz & Paradis, Attorneys at Law, 570 Seventh Avenue 20th Floor, New York, New York 10018 (affected party):

- Order Granting Debtors' Objection to Proofs of Claim Nos. 16440 and 16441 Filed by Michael A. Schwartz [Docket No. 9578].

Dated:  March 7, 2011                    /s/ Kathy-Ann Awkward _
         New Hyde Park, New York          Kathy-Ann Awkward

Sworn to before me this 7th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015