UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2. On March 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Bobbie Pierce, c/o Bobbie Jean Ford, 22078 Arbor Avenue, Apartment 103, Hayward, California 94541-4809 (affected party):

- Order Granting Debtors' Objection to Proof of Claim No. 02307 Filed by Bobbie Jean Ford Pierce [Docket No. 9579].

Dated:  March 7, 2011                    /s/ Kathy-Ann Awkward
        New Hyde Park, New York          Kathy-Ann Awkward

Sworn to before me this 7th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015