**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* : | |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

---------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK )
                                    ) ss
COUNTY OF NASSAU )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.      I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing

agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.

Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.      On March 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the

Debtors, I caused a true and correct copy of the following document to be served by first class mail

on Ella M. Lewis, 1397 E. Downey Avenue, Flint, Michigan 48505-1731 (affected party):

- Order Granting Debtors' Objection to Proof of Claim 69923 Filed by Ella
  M. Lewis [Docket No. 9580].

Dated:  March 7, 2011                                  /s/ Kathy-Ann Awkward __
            New Hyde Park, New York              Kathy-Ann Awkward

Sworn to before me this 7th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015