UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NASSAU    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.   On March 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Establishing Claims Reserves in Connection with Distributions to be Made under the Debtors' Amended Joint Chapter 11 Plan with Respect to, Among Other Things, Certain Unliquidated Claims [Docket No. 9591].

Dated:  March 7, 2011                         /s/ Kathy-Ann Awkward
        New Hyde Park, New York               Kathy-Ann Awkward

Sworn to before me this 7th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

| | |
|---|---|
| ARNSTEIN & LEHR LLP<br>ATTN: DAVID A. GOLIN<br>120 S RIVERSIDE PLAZA, SUITE 1200<br>CHICAGO, IL 60606 | FOLEY & LARDNER LLP<br>ATTY FOR TOYOTA MOTOR CORPORATION<br>ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE<br>402 WEST BROADWAY, SUITE 2100<br>SAN DIEGO, CA 92101-3542 |
| FOLEY & LARDNER LLP<br>ATTY FOR TOYOTA MOTOR CORPORATION<br>ATTN: JEFFREY A. SOBLE<br>321 NORTH CLARK STREE, STE 2800<br>CHICAGO, IL 60654-5313 | KIRKLAND & ELLIS LLP<br>ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.<br>ATTN: RICHARD M. CIERI<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10005 |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP<br>ATTN MARK E. MCKANE<br>555 CALIFORNIA STREET, 27TH FLOOR<br>SAN FRANCISCO, CA 94104 | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP<br>ATTN RAY C. SCHROCK<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 |
| MORGAN, LEWIS & BOCKIUS LLP<br>ATTYS FOR JPMORGAN CHASE BANK<br>ATTN: ANDREW D. GOTTFRIED & ANNIE C. WELLS<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | NEW YORK STATE DEPARTMENT OF LAW<br>ENVIRONMENTAL PROTECTION BUREAU<br>ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 |
| SHARYL Y CARTER<br>1541 LA SALLE AVE 1<br>NIAGARA FALLS, NY 14301-1227 | SIDLEY AUSTIN<br>ATTN STEVEN M BIERMAN<br>ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| SIDLEY AUSTIN LLP<br>ATTN COURTNEY A. ROSEN<br>ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 | SIDLEY AUSTIN LLP<br>ATTN KENNETH P. KANSA<br>ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603 |
| SIDLEY AUSTIN LLP<br>ATTN NICHOLAS K. LAGEMANN<br>ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019 | STERNIAK JR, EDMUND J<br>1955 WEST ST<br>SOUTHINGTON, CT 06489-1031 |
| TRACY WOODY<br>4908 VALLERY PLACE<br>RALEIGH, NC 27604 | |