UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                          : Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.,*          : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.,*     :
                                               :
                        Debtors.               : (Jointly Administered)
                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.  On March 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the United States of America, o/b/a Department of the Treasury, c/o AUSAS Matthew Schwartz/David S. Jones, 86 Chambers Street, 3rd Floor, New York, New York 10007 (affected party):

- Stipulation and Agreed Order Resolving Certain Claims of the United States of America Against the Debtors [Docket No. 9592].

Dated: March 7, 2011                    /s/ Kathy-Ann Awkward
       New Hyde Park, New York          Kathy-Ann Awkward

Sworn to before me this 7th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015