**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                            :
In re                                                       :       Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,     :       09-50026 (REG)
    f/k/a General Motors Corp., *et al.*              :
                                                            :
                  Debtors.                   :       (Jointly Administered)
                                                            :
------------------------------------------------------------------x

**NOTICE OF RESCHEDULING OF HEARINGS SET FOR**
**MARCH 9, 2011 AT 9:45 A.M. AND ADJOURNMENT OF ALL MATTERS**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE THAT,** at the request of the Court, all matters scheduled to be heard on March 9, 2011 in the above-captioned chapter 11 cases have been rescheduled and adjourned as reflected herein. Accordingly, **the hearing on March 9, 2011 has been cancelled**.

**I.     ADJOURNED MATTERS**

1. Debtors' Objection to Administrative Proof of Claim No. 70842 filed by New United Motor Manufacturing, Inc. (**ECF No. 9423**)

    Responses Filed:          None to date.

    Replies Filed:              None to date.

    Additional Documents:  None to date.

    **Status**:          This matter is adjourned to April 26, 2011 at 9:45 a.m.

2. Motion for Relief from Stay filed by Dave Shostack (**ECF No. 8161**)

    Responses Filed:

    A.    Debtors' Opposition to the Motion of Dave Shostack for Relief from the Automatic Stay (**ECF No. 8529**)

Replies Filed:

B. Affidavit in Opposition to Debtors Opposition to Dave Shostack Motion for Relief from Automatic Stay and Affidavit of Service filed by Dave Shostack (**ECF No. 9129**)

C. Debtors' Sur-Reply to the Motion of Dave Shostack for Relief from the Automatic Stay (**ECF No. 9637**)

Additional Documents:

D. Letter Re: Request to Proceed as a Poor Person filed by Dave Shostack (**ECF No. 8163**)

E. Motion to Seal to Request to Proceed In Forma Pauperis filed by Dave Shostack (**ECF No. 8357**)

F. Endorsed Order on Dave Shostack's Request to Proceed as a Poor Person and Motion to file Under Seal (**ECF No. 8361**)

G. Endorsed Order Granting Dave Shostack an Extension of Time to Respond to Defendants' Opposition Papers (**ECF No. 8921**)

H. Endorsed Order Extending Dave Shostack's Time to Respond to Debtors' Objection to his Motion to Lift the Stay (**ECF No. 9021**)

**Status:** This matter has been adjourned to April 26, 2011 at 9:45 a.m.

3. Debtors' Objection to Proof of Claim No. 70285 filed by Stanley R. Stasko (**ECF No. 9093**)

Responses Filed:

A. Response to Debtors' Objection to Proof of Claim No. 70285 filed by Stanley R. Stasko (**ECF No. 9250**)

Replies Filed:        None to date.

B. Debtors' Reply to Stanley Stasko's Response to the Debtors' Objection to Proof of Claim No. 70285 (**ECF No. 9598**)

Additional Documents:        None to date.

**Status:** This matter has been adjourned to April 26, 2011 at 9:45 a.m.

4. Debtors' Objection to Proof of Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl Y. Carter (**ECF No. 9096**)

    Responses Filed:

    A. Objection to Motion filed by Sharyl Y. Carter (**ECF No. 9435**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:** This matter has been adjourned to April 26, 2011 at 9:45 a.m.

5. Debtors' Objection to Claim Nos. 67121 and 67122 (**ECF No. 8878**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status:** This matter has been adjourned to April 26, 2011 at 9:45 a.m.

6. Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

    Responses Filed:

    A. Cummins Inc.'s Response to the Debtors' 110th Omnibus Objection to Claims (**ECF No. 8393**)

    B. Response of Granite State Insurance Company, et al., to the Debtors' 110th Omnibus Objection to Claims with Respect to Claim Nos. 59680, 59681, 59682 and 59697 (**ECF No. 9601**)

    C. Detroit Diesel Corporation (Informal)

    D. Expedition Helicopters (Informal)

    Replies Filed:    None to date.

    Additional Documents:

    E. Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

> **Status:** This matter has been adjourned to March 29, 2011 at 9:45 a.m.

7. Status Conference for *Rodolfo Fidel Mendoza v. General Motors LLC*, Adv. Pro. No. 10-08900 (REG)

> **Status:** This matter has been adjourned to April 26, 2011 at 9:45 a.m.

Dated: New York, New York
March 7, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\43649827\02\72240.0639                    4