**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU   )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, New Hyde Park, New York 11042-1013.

2.    On March 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Ms. Audrey Magee, 563 Lancaster Lane, Pontiac, Michigan 48342-1852 (affected party):

- Order Granting Debtors' Objection to Proof of Claim 70000 Filed by Audrey Magee [Docket No. 9583].

Dated: March 7, 2011                            /s/ Alison Moodie_____
           New Hyde Park, New York        Alison Moodie

Sworn to before me this 7th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015