UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT

| | |
|---|---|
| Dana H. Fox, Pro-se )<br>Plaintiff )<br>V. )<br>)<br>General Motors, Inc )<br>Motors Liqidators, et al )<br>Defendants )<br>) | Lower Court # 09-50026(REG)<br>Claim #4286 |

Notice to Suspend Appeal

Now Comes Plaintiff Pro-se Dana H. Fox with this notice to suspend the pending Appeal:

1). Pending the outcome of the re-classification of claims.

2). Pending someone contacting Mr. Fox Pro-se with an offer of settlement.

3). Pending the Honorable court of Bankruptcy notifying Mr. Fox Pro-se that this is the outcome of the March 1, 2011 Hearing on the motion for an order reclassifying claims.

Mr. Fox Pro-se reserves his right to re-establish the Appeal if no offer of settlement if forthcoming etc.

Wherefore Mr. Fox, Pro-se motions to suspend and temporarily withdraw the Appeal until a settlement offer is agreed upon.

Respectfylly Sybmitted,

Dana H. Fox, Pro-se

I certify that a true copy is served by U.S. Mail on this date to  3/4/11
Appeals Court
Motors liqidators for
General Motors, Inc and their Attorneys (Please Forwaed to the Attorneys)..

I CERTIFY A COPY IS SERVED BY U.S. MAIL 3/4/11 TO THE ATTORNEY, N.Y.
D.H.F.



RECEIVED
MAR - 7 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES COURT OF APPEALS
SECOND DISTRICT OF NEW YORK

Dana H. Fox, Pro-se )
    Plaintiff/Appellant )
)
V. ) Lowere Case : 09-50026(Reg)
) Claim #4287
General Motors, Inc. )
Motors Liqidators, et al ) Appeal #
    Defendants/ appellee )
)

## Addendum

Mr. Fox, Pro-se Submits this addendum for thr Following points:

1). This matter involves the Magnuson-Moss Federal Warranty Act:

    A). A product is suppose to work the way it was, Or is intended, or the customer gets their money back...

2). The Aurora Automobile was returned to the dealership with the Title signed over for Re-Purchace by the dealer/General Motors, and there is a copy of the title on record.

3). The problem(s) with the Aurora are previously litigated in State and Federal Court by Mr. Fox pro-se and George Bush Sr. (Who was in the Hospital for two weeks due to an accident in his); Mr. Fox was lucky and was able to get the vehicle back under control.

4). This is a public safety matter and does not belong in Bankruptcy Court.

5.) General Motors was going to be found in Contempt of Court in Florida Circuit Court in Lee Conty Florida for Failure to respond to a court Ordered Subpoena: Enter the Automatic Stay Of Bankruptcy.

Wherefore, Mr. Fox Pro-se motions for this matter to go to the Court of Appeals.

Affidavit of Service:
I certify that a true copy is served by U.S. Mail on this date 2/16/11
to Appeals and Bankruptcy Court
and Motors Liqduators for G.M.'S, Inc.
Attorneys

Respectfully Submitted,

Dana H. Fox Pro-se