Jochen Baderschneider
Veichtederpointweg 33
84036 Landshut
Germany

3 March 2011


United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York 10004 - 1408

USA


Re: Motors Liquidation Company, et al.,
f/k/a General Motors Corporation., et al.
Chapter 11 Case No
09-50026 (REG)

RECEIVED
MAR - 7 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Dear Sir or Madam

I would like to notify you of a change of my address from 15 March 2011 onward.

New address:

Jochen Baderschneider
Sonnenstraße 11
93161 Sinzing
Germany

phone: 0049-941-28043192
fax:   0049-941-28043194            (no change)
email: jbaderschneider@hotmail.com

Yours sincerely

(Jochen Baderschneider)