UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*               :
                                                                 :
                  Debtors.         :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## WITHDRAWAL OF REQUEST BY WILLIAM HARDEE FOR PAYMENT OF ADMINISTRATIVE EXPENSES

William Hardee ("**Hardee**") hereby withdraws with prejudice his Request for Payment of Administrative Expenses (ECF No. 4539) filed on November 24, 2009 in the above-captioned chapter 11 cases because the underlying claim has been resolved with the Debtors pursuant to the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Authorizing the Debtors to (i) File Omnibus Claims Objections and (ii) Establish Procedures for Settling Certain Claims (ECF No. 4180).

March 8, 2011

                                        /s/ George W. Fryhofer III
                                        George W. Fryhofer III
                                        Leigh Martin May
                                        Alan J. Hamilton
                                        BUTLER, WOOTEN & FRYHOFER, LLP
                                        2719 Buford Highway
                                        Atlanta, GA  30324
                                        Telephone:  (404) 321-1700
                                        Facsimile:  (404) 321-1713

                                        *Attorneys for William Hardee*