# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                            :
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :
    f/k/a General Motors Corp., *et al.*       :       Chapter 11
                                                  :       Case No. 09-50026 (REG)
                                                  :       (Jointly Administered)
        Debtors.                  :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **NASSAU**      )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 8, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9667) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                  /s/ Chanpreet Kondal
                                                  Chanpreet Kondal

Sworn to before me this 8th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

TRANSFEROR

Noble Liquidating Trust
c/o Harrington Dragich PLLC
21043 Mack Avenue
Grosse Pointe Woods, MI 48236

Noble International LTD
c/o Harrington Dragich PLLC
Attn David Dragich
21043 Mack Avenue
Grosse Pointe Woods, MI 48236

Erman, Teicher, Miller, Zucker & Freedman
Attn Earle I. Erman, Liquidating Trustee for the
Noble Liquidating Trust
400 Galleria Officentre, Suite 444
South Field, MI 48034

TRANSFEREE

Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, Connecticut 06902