# Exhibit A

## Trading Information

## Anchorage Capital Master Offshore Ltd

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 8/5/2009 | Buy | £25,000,000 | 23.60 |
| 8/10/2010 | Buy | £10,000,000 | 60.25 |

## Canyon-GRF Master Fund, L.P.

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/13/2009 | Buy | £250,000 | 26.5 |
| 11/13/2009 | Buy | £550,000 | 27 |
| 11/13/2009 | Buy | £250,000 | 27.5 |
| 12/10/2009 | Buy | £100,000 | 38 |
| 1/15/2010 | Sell | (£250,000) | 49 |
| 2/26/2010 | Sell | (£250,000) | 50.5 |
| 4/7/2010 | Sell | (£215,000) | 61.5 |

## Canyon Value Realization Fund, L.P.

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/13/2009 | Buy | £1,060,000 | 26.5 |
| 11/13/2009 | Buy | £2,325,000 | 27 |
| 11/13/2009 | Buy | £1,060,000 | 27.5 |
| 12/10/2009 | Buy | £425,000 | 38 |
| 1/15/2010 | Sell | (£1,059,000) | 49 |
| 2/26/2010 | Sell | (£1,060,000) | 50.5 |
| 4/7/2010 | Sell | (£920,000) | 61.5 |

## CSS, LLC

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 9/17/2009 | Buy | £3,000,000 | 25.75 |

**CQS Directional Opportunities Master Fund Limited**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/9/2010 | Buy | £7,000,000 | 59.50 |

**KIVU Investment Fund Limited**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/9/2010 | Buy | £3,000,000 | 59.50 |

**Knighthead Master Fund, LP**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 1/6/2010 | Buy | £1,895,000 | 47 |
| 1/7/2010 | Buy | £3,790,000 | 49 |
| 1/7/2010 | Buy | £4,735,000 | 49.125 |
| 5/7/2010 | Buy | £1,906,000 | 53 |
| 10/28/2010 | Buy | £2,859,000 | 61 |

**LMA SPC for and on behalf of MAP 84**

**2015 Notes (XS0171922643)**

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 1/6/10 | Buy | £105,000 | 47 |
| 1/7/10 | Buy | £210,000 | 49 |
| 1/7/10 | Buy | £265,000 | 49.125 |
| 5/7/10 | Buy | £94,000 | 53 |
| 10/28/10 | Buy | £141,000 | 61 |

**Lyxor/Canyon Value Realization Fund Limited**

### 2015 Notes (XS0171922643)

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/13/2009 | Buy | £440,000 | 26.5 |
| 11/13/2009 | Buy | £965,000 | 27 |
| 11/13/2009 | Buy | £440,000 | 27.5 |
| 12/10/2009 | Buy | £175,000 | 38 |
| 1/15/2010 | Sell | (£439,000) | 49 |
| 2/26/2010 | Sell | (£440,000) | 50.5 |
| 4/7/2010 | Sell | (£380,000) | 61.5 |

**Onex Debt Opportunity Fund, Ltd.**

### 2015 Notes (XS0171922643)

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 5/28/2009 | Buy | £1,750,000 | 11.75 |

### 2023 Notes (XS0171908063)

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 05/27/2009 | Buy | £2,000,000 | 12.50 |
| 06/02/2009 | Buy | £3,000,000 | 53.00 |

**Redwood Master Fund Ltd**

### 2015 Notes (XS0171922643)

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 5/28/2009 | Buy | £1,760,000 | 11.75 |

**Redwood Master Fund Ltd** (continued)

### 2023 Notes (XS0171908063)

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 01/12/2006 | Buy | £1,430,000 | 69.00 |
| 01/12/2006 | Buy | £2,000,000 | 69.00 |
| 01/12/2006 | Buy | £2,000,000 | 69.50 |
| 01/12/2006 | Buy | £2,000,000 | 70.00 |
| 01/12/2006 | Buy | £3,000,000 | 70.25 |
| 01/18/2006 | Buy | £1,900,000 | 67.00 |
| 01/18/2006 | Buy | £4,815,000 | 67.125 |
| 06/02/2009 | Buy | £6,000,000 | 53.00 |
| 06/28/2006 | Sell | (£2,855,000) | 77.50 |
| 07/11/2006 | Sell | (£145,000) | 82.50 |
| 07/11/2006 | Sell | (£2,000,000) | 82.50 |
| 07/11/2006 | Sell | (£2,000,000) | 82.50 |
| 07/11/2006 | Sell | (£620,000) | 82.50 |
| 08/09/2006 | Sell | (£810,000) | 85.25 |
| 08/09/2006 | Sell | (£2,000,000) | 85.25 |
| 08/09/2006 | Sell | (£40,000) | 85.25 |
| 09/07/2006 | Sell | (£1,905,000) | 88.00 |
| 09/26/2006 | Sell | (£2,860,000) | 87.75 |
| 09/27/2006 | Sell | (£10,000) | 88.00 |
| 09/27/2006 | Sell | (£1,900,000) | 88.00 |

**The Canyon Value Realization Master Fund, L.P.**

### 2015 Notes (XS0171922643)

| Trade Date | Buy/Sell | Quantity | Price |
|---|---|---|---|
| 11/13/2009 | Buy | £3,250,000 | 26.5 |
| 11/13/2009 | Buy | £7,150,000 | 27 |
| 11/13/2009 | Buy | £3,250,000 | 27.5 |
| 12/10/2009 | Buy | £1,300,000 | 38 |
| 1/15/2010 | Sell | (£3,252,000) | 49 |
| 2/26/2010 | Sell | (£3,252,000) | 50.5 |
| 4/7/2010 | Sell | (2,815,000) | 61.5 |

5