## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
----------------------------------------------------------------X
In re:                                        :
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :
         f/k/a General Motors Corp., et al.   :        Chapter 11
                                              :        Case No. 09-50026 (REG)
                                              :        (Jointly Administered)
                        Debtors.              :
----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **NASSAU**     )

I, Chanpreet Kondal, being of full age, states as follows:

1.   I am employed by The Garden City Group, Inc., the claims and noticing agent for the

debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our

business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On March 8, 2011, I caused a true and correct copy of the following documents: (a)

Transfer of Claim (Docket No. 9652) and (b) Form 210B Notice to be served upon the parties

identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box

maintained by the U.S. Postal Service.

                                        /s/ Chanpreet Kondal
                                        Chanpreet Kondal

Sworn to before me this 8th day of
March, 2011
/s/ Nancy Formica_
Nancy Formica
Notary Public, State of New York
No.  01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Matthew S. Lapierre
c/o Marc S. Alpert, P.C.
DeSalvo Qualified Settlement Fund
15 Court Square, No. 940
Boston, MA 02108-2524

<u>TRANSFEREE</u>

Pioneer Credit Opportunities Fund, LP
Attn: Adam Stein Sapir
Greeley Square Station, P.O. Box 20188
New York, NY 10001

Pioneer Credit Opportunities Fund, LP
Attn: Adam Stein Sapir
39 West 31st Street
New York, NY 10001