**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALBERT E BILLIS<br>9670 Fairwood Court<br><br>PORT ST LUCIE, FL 34986<br>UNITED STATES OF AMERICA | 64260 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$990,000.00<br>$990,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARTHUR L WOLFE<br>12 ABBINGTON DR<br><br>WARREN, OH 44461 | 61722 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,430.00<br>$18,430.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BAHAN, LARRY M<br>6178 STONEWOOD DR<br><br>CLARKSTON, MI 48346 | 45199 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$115,400.00<br>$115,400.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA ROGUS<br>36 BEACONSFIELD CT.<br><br>LINCOLNSHIRE, IL 60069<br>UNITED STATES OF AMERICA | 60727 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$37,031.00<br>$37,031.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARNARD, GEORGE A<br>7162 COUNTRY LN<br><br>CHAGRIN FALLS, OH 44023 | 61667 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$82,731.00<br>$82,731.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**179th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BERTOLIN, CLAUDIO B<br>2276 BARBERRY DR<br><br>SHELBY TOWNSHIP, MI 48316 | 32998 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$26,524.00<br>$26,524.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BROWER, DAVID G<br>401 ALBEMARLE BLVD<br><br>HERTFORD, NC 27944 | 20411 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,591.00<br>$60,591.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CALVIN PURNELL<br>2090 PEAR TREE LN<br><br>OAKLAND, MI 48363 | 65440 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,995.00<br>$21,995.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAMPBELL, DONALD D<br>PO BOX 1653<br><br>BIRMINGHAM, MI 48012 | 36554 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$98,895.00<br>$98,895.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARL BLAIZE<br>9763 MARINA VILLAGE DR 10<br><br>INDIANAPOLIS, IN 46256 | 64091 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$95,663.99<br>$95,663.99 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CATHERINE TATEM RICKETT<br>1914 RIDGEWOOD DR<br><br>COLUMBIA, MS 39420 | 65733 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$56,704.00<br>$56,704.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**179th Omnibus Objection**

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CHARLOTTE A MCGARRY<br>1853 CAMPUS COURT<br><br>ROCHESTER HILLS, MI 48309<br>UNITED STATES OF AMERICA | 64655 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,321.00<br>$16,321.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLOTTE NELSON<br>19901 NORTHBROOK DRIVE<br><br>SOUTHFIELD, MI 48076<br>UNITED STATES OF AMERICA | 38131 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$24,358.00<br>$24,358.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHRISTEN I V, WILLIAM J<br>28078 UNIVERSAL DR<br><br>WARREN, MI 48092 | 61401 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$86,081.00<br>$86,081.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CISZECKY, DANIEL D<br>712 VIA DEL SOL DR<br><br>DAVENPORT, FL 33896 | 61206 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$199,180.00<br>$199,180.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAIG SOBOL<br>557 WILDFLOWER TRAIL<br><br>MYRTLE BEACH, SC 29579<br>UNITED STATES OF AMERICA | 62897 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$133,495.00<br>$133,495.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**179th Omnibus Objection**

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CYRIL KONDEL<br>12455 TELLING RD<br><br>BYRON, MI 48418 | 64021 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$35,194.00<br>$35,194.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIEL CISZECKY<br>712 VIA DEL SOL DR<br><br>DAVENPORT, FL 33896 | 61207 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$68,546.00<br>$68,546.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DASCHKE, ARTHUR C<br>3779 SUMMIT RIDGE DR<br><br>ROCHESTER HILLS, MI 48306 | 63304 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,847,957.00<br>$1,847,957.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEAN, CONRAD A<br>642 N RIVERSIDE AVE<br><br>SAINT CLAIR, MI 48079 | 65580 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$96,000.00<br>$96,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEBORAH A RYKACZEWSKI<br>242 ABERDEEN AVE<br><br>DAYTON, OH 45419 | 61769 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DENNIS ROBERTS<br>1618 CROW CREEK DR<br><br>CRANBURY, TX 76049 | 63473 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$80,100.00<br>$80,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**179th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DICKINSON, LAWRENCE S<br>1704 CHAMBERWOOD CT<br><br>WAXHAW, NC 28173 | 45983 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138,576.00 (U)<br>$138,576.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNA SWEET<br>1028 GRETCHEN LANE<br><br>grand ledge, MI 48837 | 61411 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,021.00 (U)<br>$22,021.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD CORBETT<br>351 MAINSAIL DR<br><br>HAMPTON, VA 23664 | 63491 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,225.00 (U)<br>$42,225.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD L PAULY<br>7809 RIDER RD<br><br>IMLAY CITY, MI 48444 | 65001 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$248,013.00 (U)<br>$248,013.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EUGENE L STRUM<br>152 PRESTON DRIVE<br><br>PAWLEYS ISLAND, SC 29585 | 62463 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,875.00 (U)<br>$59,875.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| G. THOMAS GRAPE<br>854 LATTA RD<br><br>ROCHESTER, NY 14612 | 29729 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**179th Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GARY KOPKAU<br>6455 MALVERN DRIVE<br><br>TROY, MI 48098 | 65611 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$187,256.00<br>$187,256.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARY KOPKAU<br>6455 MALVERN DR<br><br>TROY, MI 48098 | 65612 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$89,348.00<br>$89,348.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GUY LAFALCE<br>5600 WOODVIEW DRIVE<br><br>STERLING HEIGHTS, MI 48314 | 62149 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$106,389.00<br>$106,389.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HALL, THOMAS F<br>4905 ASHTON CT<br><br>MORGANTON, NC 28655 | 21503 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$53,865.00<br>$53,865.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IZZO, DAVID A<br>142 RIDGE DR<br><br>EXETER, RI 02822 | 29015 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$66,968.00<br>$66,968.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| J C HICKS<br>151 FAIRWAY DR<br><br>BLOUNTVILLE, TN 37617 | 20788 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,251.00<br>$31,251.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**179th Omnibus Objection**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES DOHERTY<br>JAMES DOHERTY<br>1401 E LAKE MITCHELL DR<br>CADILLAC, MI 49601 | 44027 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$114,692.00<br>$114,692.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES R POUR<br>1710 BEECHWOOD DR<br>TROY, OH 45373 | 65514 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$26,433.00<br>$26,433.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANET WRIGHT<br>C/O CHARLES E LAUFFER JR<br>821 ESE LOOP 323 STE 530<br>TYLER, TX 75701 | 58633 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,720.36<br>$18,720.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANINE A DINKEL<br>5231 GLEN STEWART WAY<br>INDIANAPOLIS, IN 46254 | 61590 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$70,052.00<br>$70,052.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEAN DASCH<br>884 HIGHWOOD DRIVE<br>BLOOMFIELD, MI 48304 | 62105 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$141,812.00<br>$141,812.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFREY FORD<br>6686 PEBBLE BEACH DR.<br>GAYLORD, MI 49735 | 62907 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$59,206.40<br>$59,206.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN CHRISTIE<br>58046 PHEASANT RDG<br><br>WASHINGTON TOWNSHIP, MI 48094 | 65663 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$100,000.00<br>$100,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH EIGHAN<br>554 BARBCLIFF LN<br><br>CANFIELD, OH 44406 | 17608 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,873.00<br>$36,873.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JUDY WIGGINS<br>2892 CHURCHILL DR<br><br>KINSTON, NC 28504 | 48389 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$37,372.00<br>$37,372.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KAREN SCHUMACHER<br>3801 N SPRING HILL DR.<br><br>JANESVILLE, WI 53545<br>UNITED STATES OF AMERICA | 27042 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$115,995.00<br>$115,995.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNETH KACZKA<br>6155 PEACH TREE CT<br><br>EAST AMHERST, NY 14051 | 64962 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$85,304.00<br>$85,304.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KENNETH THORESON<br>2790 DUFFER RD<br><br>SEBRING, FL 33872 | 44848 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$120,000.00<br>$120,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KIM FOX<br>9899 TROTTER LANE<br><br>CLARKSTON, MI 48348 | 62898 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$69,000.00<br>$69,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KONDEL CYRIL S<br>12455 TELLING RD<br><br>BYRON, MI 48418 | 64020 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$83,000.00<br>$83,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAND, WILLIAM B<br>4700 CORNWALL PL<br><br>RALEIGH, NC 27612 | 28757 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$58,698.00<br>$58,698.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANTIS, JOHN G<br>135 E MAIN ST<br><br>NEW LEBANON, OH 45345 | 64740 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,000.00<br>$60,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWRENCE DICKINSON<br>1704 CHAMBERWOOD CT<br><br>WAXHAW, NC 28173 | 45984 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,880.00<br>$60,880.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LIMBAN VELMA PATRICIA<br>11346 SUNSET DR<br><br>OLIO, MI 48420 | 61730 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$252,429.00<br>$252,429.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MACK MICHAEL E<br>3380 SUTTON LN<br><br>COMMERCE TOWNSHIP, MI 48390 | 61948 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$137,633.00<br>$137,633.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARTIN SWINDLE<br>1824 ORIOLE ROAD #301<br><br>GAITLINBURG, TN 37738 | 49563 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$45,315.00<br>$45,315.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MATHEWS WILLIAM D<br>576 KENWOOD ST<br><br>THOUSAND OAKS, CA 91320 | 62355 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$51,000.00<br>$51,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCINTYRE, WILLIAM P<br>8709 CANDLEWOOD TRL APT 10<br><br>BRIGHTON, MI 48116 | 21191 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$109,063.00<br>$109,063.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MELVIN UNDERWOOD<br>4495 ROSEBUD RD<br><br>LOGANVILLE, GA 30052<br>UNITED STATES OF AMERICA | 23557 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,270.00<br>$25,270.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL CHERRY<br>527 WINTERBERRY LN<br><br>MYRTLE BEACH, SC 29579 | 63426 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$113,373.32<br>$113,373.32 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Exhibit A

179th Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MICHAEL CHERRY 527 WINTERBERRY LN MYRTLE BEACH, SC 29579 | 63427 | Motors Liquidation Company | $0.00 $0.00 $0.00 $24,054.00 $24,054.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MIKUTOWICZ, GEORGE T 509 LONG IRON LN MESQUITE, NV 89027 | 23563 | Motors Liquidation Company | $0.00 $0.00 $0.00 $55,000.00 $55,000.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NYBOER, CHARLES A 284 ROSARIO LN WHITE LAKE, MI 48386 | 50155 | Motors Liquidation Company | $0.00 $0.00 $0.00 $147,920.00 $147,920.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| O C OLDS 119 CAMBRIDGE DR APT #115 DAVISON, MI 48423 | 61716 | Motors Liquidation Company | $0.00 $0.00 $0.00 $11,856.00 $11,856.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLSZEWSKI GERALD 4093 WESTERN AVE WESTERN SPRINGS, IL 60558 | 62854 | Motors Liquidation Company | $0.00 $0.00 $0.00 $80,000.00 $80,000.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICIA CHAPIN 563 SMITHFIELD PL THE VILLAGES, FL 32162 | 44637 | Motors Liquidation Company | $0.00 $0.00 $0.00 $45,232.00 $45,232.00 | (S) (A) (P) (U) (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PATRICIA WILLIAMS<br>2322 PAULS PATH RD<br><br>KINSTON, NC 28504 | 63569 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$40,492.00<br>$40,492.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL FRIIS<br>13201 PINEHURST LANE<br><br>GRAND BLANC, MI 48439 | 69692 | Remediation And Liability Management Company, Inc. | $0.00<br>$0.00<br>$0.00<br>$87,539.71<br>$87,539.71 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| POLENI VICTOR C<br>3514 FOUNTAIN WAY<br><br>GRANBURY, TX 76049<br>UNITED STATES OF AMERICA | 61170 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$84,582.00<br>$84,582.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PONSCHE CHARLES F<br>4539 HAWTHORNE AVE<br><br>LYONS, IL 60534 | 62998 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$88,256.00<br>$88,256.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRESCHER KARL B<br>586 DORCHESTER WAY<br><br>MILFORD, MI 48381 | 64894 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$59,147.00<br>$59,147.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **179th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG),  Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RALPH E RESEIGH<br>285 STONY LAKE DR<br><br>OXFORD, MI 48371 | 65424 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$78,105.00<br>$78,105.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RALPH ROGUS<br>36 BEACONSFIELD CT<br><br>LINCOLNSHIRE, IL 60069 | 60729 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$27,797.00<br>$27,797.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RAYMOND C PIESKO<br>10159 CARMER ROAD<br><br>FENTON, MI 48430 | 65695 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$289,665.00<br>$289,665.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD SWANDO<br>3768 NEWPORT WAY DR<br><br>WATERFORD, MI 48329 | 61184 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$90,341.55<br>$90,341.55 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT FUSS<br>4 PARKWOOD LN<br><br>SPENCERPORT, NY 14559 | 29336 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$88,361.00<br>$88,361.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT L DESLIERRES<br>11126 CHERRYLAWN<br><br>BRIGHTON, MI 48114 | 44897 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$45,000.00<br>$45,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ROBERT L. SMITH<br>1 CERTERO CIRCLE<br><br>HOT SPRINGS VILLAGE, AR 71909 | 62351 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,016.00<br>$50,016.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT SCHIEB<br>5317 LAKE FOREST RESERVE LN<br><br>BRUNSWICK, OH 44212<br>UNITED STATES OF AMERICA | 62856 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$41,226.00<br>$41,226.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT SIMON<br>6079 NORTHRIDGE HILLS DR.<br><br>BRIGHTON, MI 48116<br>UNITED STATES OF AMERICA | 64099 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$113,884.76<br>$113,884.76 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBINSON, GARY J<br>4114 E JUANITA AVE<br><br>GILBERT, AZ 85234 | 33005 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$62,000.00<br>$62,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RODAU, MICHAEL F<br>880 N JONES RD<br><br>ESSEXVILLE, MI 48732 | 32965 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,389.00<br>$50,389.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ROSS RICHARD D<br>3016 TULIP CIR<br>NORMAN, OK 73026 | 65395 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$74,000.00<br>$74,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROSS RICHARD D<br>ROSS KATHY J<br>3016 TULIP CIR<br>NORMAN, OK 73026 | 65400 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$53,000.00<br>$53,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RUCKEY ALLAN M<br>4381 S SHORE ST<br>WATERFORD, MI 48328 | 68208 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$220,560.00<br>$220,560.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RYAN, BEVERLY A<br>280 GULF SHORE DR UNIT 341<br>DESTIN, FL 32541 | 61204 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$37,007.00<br>$37,007.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SALIJ, MARY J<br>5581 NORTHCREST VILLAGE DR<br>CLARKSTON, MI 48346 | 64126 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$110,537.00<br>$110,537.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHIRLEY L BRENDTKE<br>JAMES E BRENDTKE<br>6017 CHAPARRAL AVE<br>SARASOTA, FL 34243 | 45063 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$41,360.00<br>$41,360.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SHRIVASTAVA ANIL B<br>4353 STONEWOOD CT<br><br>ROCHESTER, MI 48306 | 64290 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$32,457.00<br>$32,457.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SIDNEY EISENBERG<br>3106 VANTAGE POINTE DR<br><br>ROWLAND HEIGHTS, CA 91748 | 21665 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$112,000.00<br>$112,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SIMANSKEY, RODNEY A<br>4075 E MICHIGAN AVE<br><br>AU GRES, MI 48703 | 50116 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$65,000.00<br>$65,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SNIPES ROYCE L<br>612 BIRCH CIR<br><br>CARY, NC 27511 | 62852 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$96,244.00<br>$96,244.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEPHEN L MCGARRY<br>1853 CAMPUS COURT<br><br>ROCHESTER HILLS, MI 48309<br>UNITED STATES OF AMERICA | 64656 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,566.00<br>$13,566.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEPHEN L MCGARRY<br>1853 CAMPUS COURT<br><br>ROCHESTER HILLS, MI 48309 | 64657 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$47,937.00<br>$47,937.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| SWANDO, RICHARD C<br>3768 NEWPORT WAY DR<br><br>WATERFORD, MI 48329 | 61183 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$213,271.00<br>$213,271.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TERRY MORGAN<br>2648 AUBREY DR<br><br>LAKE ORION, MI 48360 | 45198 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$55,000.00<br>$55,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAYNE JR, GEORGE R<br>908 CATHERINE GLEN DR<br><br>MINOOKA, IL 60447 | 21493 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$69,410.00<br>$69,410.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILSON, DEBORAH<br>9505 KINGSCROFT TER APT G<br><br>PERRY HALL, MD 21128 | 49652 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$44,138.00<br>$44,138.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WORTHINGTON, MINNIE H<br>3497 HAROLD HALL RD<br><br>KINSTON, NC 28501 | 49501 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$70,721.00<br>$70,721.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **97** | | **$0.00**<br>**$0.00**<br>**$0.00**<br>**$11,276,177.09**<br>**$11,276,177.09** | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LARRY SCHRAMM<br>3298 SUMMIT RIDGE DR<br><br>ROCHESTER HILLS, MI 48306 | 63453 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$160,000.00<br>$160,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SCHRAMM LARRY P<br>3298 SUMMIT RIDGE DR<br><br>ROCHESTER HILLS, MI 48306 | 63452 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$299,679.00<br>$299,679.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SLADE, KATHRYN J<br>20904 TORRE DEL LAGO ST<br><br>ESTERO, FL 33928 | 28723 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$169,568.00<br>$169,568.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| *OBJECTION ADJOURNED* | **3** | | **$0.00**<br>**$0.00**<br>**$0.00**<br>**$629,247.00**<br>**$629,247.00** | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.