| 182nd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED BEAM<br>15 RAVEN GLASS LN<br>BLUFFTON, SC 29909 | 30006 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$135,800.00 (U)<br>$135,800.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BAMMEL, PHILLIP C<br>710 ADAMS ST<br>EAST TAWAS, MI 48730 | 23354 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,082.00 (U)<br>$58,082.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA JUDD<br>8514 TWIN SPRINGS DR<br>SELLERSBURG, IN 47172 | 30753 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,525.00 (U)<br>$53,525.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARTON WILLIAM W<br>1646 FISH CREEK RD<br>POLAND, IN 47868 | 28818 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$67,161.54 (U)<br>$67,161.54 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BEAM, DEBRA E<br>15 RAVEN GLASS LN<br>BLUFFTON, SC 29909 | 33578 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,072.00 (U)<br>$62,072.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRUGGEMANN, CHARLES J<br>2789 TALLAHASSEE DR<br>ROCHESTER, MI 48306 | 27181 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$287,100.00 (U)<br>$287,100.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| **182nd Omnibus Objection** | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARLSON, RICHARD<br>3156 WEBB RD<br>WOLVERINE, MI 49799 | 29847 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,422.00 (U)<br>$51,422.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES D CONSTANCE<br>116 WINDWALKER RD<br>BUENA VISTA, CO 81211<br>UNITED STATES OF AMERICA | 36239 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,918.00 (U)<br>$98,918.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES D CONSTANCE<br>116 WINDWALKER RD<br>BUENA VISTA, CO 81211<br>UNITED STATES OF AMERICA | 36240 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,306.00 (U)<br>$36,306.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHINNOCK, ROBERT B<br>1555 JENSEN RANCH RD<br>ORCUTT, CA 93455 | 32917 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COVAL, ROBERT A<br>9223 INDEPENDENCE WAY<br>FORT MYERS, FL 33913 | 28633 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$79,947.00 (U)<br>$79,947.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**                                                                 **Motors Liquidation Company, et al.**
                                                            Exhibit A                       Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CURREY, JOHN L<br>2506 WALLACE PATE DR<br>GEORGETOWN, SC 29440 | 22993 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,790.00 (U)<br>$73,790.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID DURRANT<br>3164 DANBURY DR W<br>JANESVILLE, WI 53546 | 30961 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$129,572.00 (U)<br>$129,572.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMAESTRI, NORMAN R<br>1112 IROQUOIS AVE<br>NAPERVILLE, IL 60563 | 26835 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$201,100.00 (U)<br>$201,100.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMAESTRI, NORMAN R<br>1112 IROQUOIS AVE<br>NAPERVILLE, IL 60563 | 26836 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,010.00 (U)<br>$50,010.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOUGLAS L. MCKAY<br>63175 W CHARLESTON DR<br>WASHINGTON, MI 48095 | 36552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,100.00 (U)<br>$53,100.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD KAPS<br>16403 E ASHBROOK DR<br>FOUNTAINS HILLS, AZ 85268 | 30596 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$333,845.00 (U)<br>$333,845.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | |
|---|---|---|---|---|
| **182nd Omnibus Objection** | | | | **Motors Liquidation Company, et al.** |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EMORY, JANICE M<br>7821 HAYMARKET LN<br><br>RALEIGH, NC 27615 | 33431 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,575.00 (U)<br>$36,575.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ENGLE EARL E<br>244 ENGLEWOOD DR<br><br>HENDERSONVILLE, NC 28739 | 32747 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,277.00 (U)<br>$46,277.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EUGENE EBLE<br>52629 BROOKFIELD CT<br><br>SHELBY TWP, MI 48316 | 32748 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$52,832.00 (U)<br>$52,832.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EVERETT F LLOYD<br>6308 DIXON DR<br><br>RALEIGH, NC 27609 | 23044 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,503.00 (U)<br>$47,503.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FORD, GERALD K<br>1300 TOMMY LN<br><br>ATHENS, AL 35611 | 26692 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,448.00 (U)<br>$43,448.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANK HAROLD<br>4047 W ORCHARD HILL DR<br><br>BLOOMFIELD, MI 48304 | 23663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$94,312.00 (U)<br>$94,312.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9682-1    Filed 03/09/11    Entered 03/09/11 11:06:07    Exhibit A
Pg 5 of 19

**182nd Omnibus Objection** Exhibit A **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GARRY SYKORA<br>18 W 707 83RD ST<br>DOWNERS GROVE, IL 60516 | 33382 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$88,500.00 (U)<br>$88,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARY RUTLEDGE<br>5770 MEADOWS DR<br>CLARKSTON, MI 48348 | 33362 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$187,221.00 (U)<br>$187,221.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEAGAN, DENISE L<br>3199 PALM AIRE DR<br>ROCHESTER HILLS, MI 48309 | 29807 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$119,900.00 (U)<br>$119,900.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GORDON LAMPHERE JR<br>1153 BRAEBURY WAY<br>TRAVERSE CITY, MI 49586 | 29833 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$264,750.00 (U)<br>$264,750.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREGORY MUZYK<br>8936 HAMILTON EAST DR<br>STERLING HTS, MI 48313 | 26695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,137.00 (U)<br>$59,137.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HARTNUSS WANDA G<br>7 CASTLE ROCK CV<br>LITTLE ROCK, AR 72212 | 36125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,200.00 (U)<br>$147,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 182nd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| HEINEMANN DENNIS G<br>3007 CHARLOTTE ST<br><br>THOUSAND OAKS, CA 91320 | 28781 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,733.00 (U)<br>$63,733.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES H RAMSEY<br>2501 PROVIDENCE CHURCH RD<br><br>ANDERSON, SC 29626<br>UNITED STATES OF AMERICA | 27017 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$95,888.00 (U)<br>$95,888.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES N ELLIS<br>PO BOX 338<br><br>HARBOR SPRINGS, MI 49740 | 36543 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$207,685.00 (U)<br>$207,685.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES WHITESEL<br>2650 SOLAR DR<br><br>LAKE ORION, MI 48360 | 23051 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$163,700.00 (U)<br>$163,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANET ANDALORA<br>306 GROVEVIEW LN<br><br>SENECA, SC 29672<br>UNITED STATES OF AMERICA | 27536 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,787.00 (U)<br>$40,787.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | |
|---|---|---|---|---|
| **182nd Omnibus Objection** | | | | **Motors Liquidation Company, et al.** <br> **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANET R SOWINSKI <br> PO BOX 11267 <br> ST PAUL, MN 55111 | 28512 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $33,546.00 (U) <br> $33,546.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JENKINS JR WILLIAM A <br> 4522 MARSH WOOD CT SE <br> SOUTHPORT, NC 28461 | 31255 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $108,770.00 (U) <br> $108,770.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN D MACK <br> 1625 COLGATE DR <br> COLORADO SPRINGS, CO 80918 | 30513 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $139,435.00 (U) <br> $139,435.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN F PEARSE <br> 3010 DARTMOUTH DR <br> JANESVILLE, WI 53548 | 28477 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $134,036.00 (U) <br> $134,036.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN R PATTERSON <br> 28505 CHIANTI TERRACE <br> BONITA SPRINGS, FL 34135 | 28082 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $207,500.00 (U) <br> $207,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN R PATTERSON <br> 28505 CHIANTI TERRACE <br> BONITA SPRINGS, FL 34135 | 28084 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $649,050.00 (U) <br> $649,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOLLY, DIANE L<br>1835 TATE RD<br>CANTONMENT, FL 32533 | 26961 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,543.00 (U)<br>$31,543.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KOENIG RAYMOND H<br>705 11TH ST APT 407<br>WILMETTE, IL 60091 | 23228 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$252,000.00 (U)<br>$252,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KRIEGER, THOMAS R<br>21210 JAY CT<br>ST CLR SHORES, MI 48081 | 33465 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,704.00 (U)<br>$45,704.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KRUGER JR NOEL C<br>13032 GREEN VALLEY DR<br>OKLAHOMA CITY, OK 73120 | 31706 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,325.00 (U)<br>$55,325.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KRUGER JR NOEL C<br>13032 GREEN VALLEY DR<br>OKLAHOMA CITY, OK 73120 | 31705 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$195,000.00 (U)<br>$195,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAFEBER, RONALD J<br>3340 SALT LAKE RD<br>INDIANAPOLIS, IN 46214 | 28740 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,877.00 (U)<br>$73,877.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LARRY RODGERS<br>54523 WHITE SPRUCE LANE<br>SHELBY TWP, MI 48315<br>UNITED STATES OF AMERICA | 26644 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$289,660.00 (U)<br>$289,660.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAVON M. CRIGGER<br>11831 EVERGREEN ST<br>FIFE LAKE, MI 49633<br>UNITED STATES OF AMERICA | 23337 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,710.00 (U)<br>$63,710.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWRENCE W VON BLON<br>1481 BELLVILLE-JOHNSVILLE ROAD<br>BELLVILLE, OH 44813 | 28546 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,500.00 (U)<br>$147,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEMAN JERRY W<br>452 CAMBRIDGE WAY<br>BLOOMFIELD, MI 48304 | 27177 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$208,500.00 (U)<br>$208,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEMAN, JERRY W<br>452 CAMBRIDGE WAY<br>BLOOMFIELD, MI 48304 | 27176 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$792,348.00 (U)<br>$792,348.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| **182nd Omnibus Objection** | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LESLYN C BLACK<br>2480 LEISURE WORLD<br>MESA, AZ 85206 | 27551 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$177,000.00 (U)<br>$177,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LESLYN C BLACK<br>2480 LEISURE WORLD<br>MESA, AZ 85206 | 27552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,857.75 (U)<br>$4,857.75 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LESLYN C BLACK<br>2480 LEISURE WORLD<br>MESA, AZ 85206 | 27553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,050.00 (U)<br>$46,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA ZURBORG<br>820 MINOR AVE<br>HAMILTON, OH 45015<br>UNITED STATES OF AMERICA | 28601 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,448.00 (U)<br>$63,448.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LIU, KUEI-MEI<br>140 GULF DR<br>POINCIANA, FL 34759 | 23200 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$176,119.00 (U)<br>$176,119.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARIAN T WELCSH<br>6990 LOCKWOOD BLVD<br>YOUNGSTOWN, OH 44512 | 31321 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,750.00 (U)<br>$73,750.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MC CARTY, CHARLES D<br>5337 ASHWOOD CT<br><br>CLARENCE, NY 14031 | 29247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$86,543.00 (U)<br>$86,543.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MC GARRY RAYMOND G<br>2932 BIRNAM CT<br><br>OAKLAND TOWNSHIP, MI 48306 | 27134 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$426,000.00 (U)<br>$426,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCGARRY RAYMOND G<br>2932 BIRNAM CT<br><br>OAKLAND TOWNSHIP, MI 48306 | 27135 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$145,845.00 (U)<br>$145,845.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL ANDALORA<br>306 GROVEVIEW LN<br><br>SENECA, SC 29672<br>UNITED STATES OF AMERICA | 27533 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$376,000.00 (U)<br>$376,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL ANDALORA<br>306 GROVEVIEW LN<br><br>SENECA, SC 29672<br>UNITED STATES OF AMERICA | 27534 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$187,715.00 (U)<br>$187,715.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MUENCH NILS L<br>700 MARGARET ST<br>KEY WEST, FL 33040 | 25381 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$124,140.00 (U)<br>$124,140.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MUENCH, NILS L<br>700 MARGARET ST<br>KEY WEST, FL 33040 | 25380 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$456,000.00 (U)<br>$456,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PASEK JAMES E<br>MARION T PASEK<br>821 STANFORD CIRCLE<br>ROCHESTER HILLS, MI 48309 | 29689 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,440.00 (U)<br>$12,440.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PASEK JAMSE E<br>821 STANFORD CIR<br>ROCHESTER HLS, MI 48309 | 29690 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$155,600.00 (U)<br>$155,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PASEK, JAMES E<br>821 STANFORD CIR<br>ROCHESTER HLS, MI 48309 | 29691 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$414,000.00 (U)<br>$414,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICIA HALL<br>1045 SADDLECREEK PKWY<br>BIRMINGHAM, AL 35242<br>UNITED STATES OF AMERICA | 27548 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,152.00 (U)<br>$3,152.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PEMBER JR, HARRY N<br>3823 AMHERST AVE<br>LORAIN, OH 44052 | 30226 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,790.00 (U)<br>$43,790.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PETERS HORACE J<br>809 WILKINS DR<br>MONROE, GA 30655 | 29311 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PHILIP M ANDREWS<br>7551 SANDPIPER TRAIL<br>GAYLORD, MI 49735<br>UNITED STATES OF AMERICA | 36112 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$180,820.00 (U)<br>$180,820.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD HENDRICKSON<br>13728 SEA HAWK ST<br>JACKSONVILLE, FL 32224 | 27640 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$64,348.00 (U)<br>$64,348.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT JOHNSON<br>6019 NORTHSTAR RD.<br>GAYLORD, MI 49735<br>UNITED STATES OF AMERICA | 23972 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$493,125.00 (U)<br>$493,125.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD FRAKES<br>483 DORSET CIRCLE<br><br>GRAND BLAN C, MI 48439<br>UNITED STATES OF AMERICA | 30970 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$96,650.00 (U)<br>$96,650.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD FRIZZELL<br>187 MEADOW LANE CIR<br><br>ROCHESTER HILLS, MI 48307 | 29395 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$195,000.00 (U)<br>$195,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RUSH, LARRY T<br>4440 SOUTHGATE RD<br><br>BYRDSTOWN, TN 38549 | 33415 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,416.00 (U)<br>$54,416.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHERWOOD, DON S<br>734 LOCUST DR<br><br>DAVISON, MI 48423 | 27103 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,661.00 (U)<br>$55,661.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEDMAN, RONNIE R<br>178 HCR 1246<br><br>WHITNEY, TX 76692 | 28625 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$87,708.00 (U)<br>$87,708.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STEPHEN UNDERWOOD<br>P. O. BOX 566<br><br>HAMPSTEAD, NC 28443 | 28579 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,836.00 (U)<br>$42,836.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUZANNAH M CAVATAIO<br>936 WESLEY DR<br>TROY, MI 48098 | 26698 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,602.00 (U)<br>$76,602.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS M NORTON<br>8790 W EATON HWY<br>GRAND LEDGE, MI 48837 | 30951 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,000.00 (U)<br>$76,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS T. CROSKEY<br>7667 SPRING POINT CT<br>ROCKFORD, MI 49341<br>UNITED STATES OF AMERICA | 36111 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,286.00 (U)<br>$40,286.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS WILSON<br>BOX 20<br>BANGLAMUNG POST OFFICE<br>CHONBURI 20150 THAILAND<br>THAILAND | 31185 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$190,000.00 (U)<br>$190,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON, WILLIAM L<br>2105 OAK TRAIL DR<br>STILLWATER, OK 74074 | 22931 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$159,150.00 (U)<br>$159,150.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TURPIN, EUGENE T<br>416 PINE COURT DR<br>SILER CITY, NC 27344 | 23654 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VALDEZ ALBERT T<br>10060 SAINT BERNARD DR<br>SHREVEPORT, LA 71106 | 30689 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138,050.00 (U)<br>$138,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VALDEZ ALBERT T<br>10060 SAINT BERNARD DR<br>SHREVEPORT, LA 71106 | 23196 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138,050.00 (U)<br>$138,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VOLKER HARHAUS<br>66555 MT. VERNON ROAD<br>WASHINGTON, MI 48095<br>UNITED STATES OF AMERICA | 29175 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,800.00 (U)<br>$6,800.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEIERMILLER, RICHARD C<br>9823 BURNING TREE<br>GRAND BLANC, MI 48439 | 27995 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$230,000.00 (U)<br>$230,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM A. HEIDORN<br>5420 WILLOW SPRINGS RD<br>LA GRANGE HIGHLANDS, IL 60525 | 29697 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,399.00 (U)<br>$49,399.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**        **Exhibit A**        <u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM SCOTT<br>71 BITTERSWEET DR<br>BREWSTER, MA 02631 | 30509 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$822,140.00 (U)<br>$822,140.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM SIMMONS<br>2935 TIMBER LANE<br>JANESVILLE, WI 53548 | 25424 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89,741.00 (U)<br>$89,741.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMS JR, HUGH A<br>2108 WEYBRIDGE DR<br>RALEIGH, NC 27615 | 28120 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,165.00 (U)<br>$50,165.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOLFF GEORGE T<br>28715 OAK POINT DR<br>FARMINGTON HILLS, MI 48331 | 30018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$153,548.00 (U)<br>$153,548.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YOTT EDWARD W<br>35535 MARTY DR<br>CLINTON TWP, MI 48035 | 23190 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,657.00 (U)<br>$51,657.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **95** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$13,568,304.29** (U)<br>**$13,568,304.29** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**182nd Omnibus Objection**

**Exhibit A**

<u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID TURNER<br>2210 KERRI LYNN LANE<br>KOKOMO, IN 46902<br>UNITED STATES OF AMERICA | 27065 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$140,480.00 (U)<br>$140,480.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID TURNER<br>2210 KERRI LYNN LANE<br>KOKOMO, IN 46902<br>UNITED STATES OF AMERICA | 27066 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$342,000.00 (U)<br>$342,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD ZMIERSKI<br>4088 VILLAGER DR<br>ORION, MI 48359 | 23974 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$74,386.61 (U)<br>$74,386.61 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHEIPE ROBERT<br>484 E CARMEL DR PMB 311<br>CARMEL, IN 46032 | 36503 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$193,000.00 (U)<br>$193,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SINGER JOSEPH C<br>2166 SANDLEWOOD DR<br>SHELBY TWP, MI 48316 | 29999 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$309,390.00 (U)<br>$309,390.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | |
|---|---|---|---|---|
| **182nd Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** |

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **OBJECTION ADJOURNED** | 5 | | $0.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $0.00 (P) | | |
| | | | $1,059,256.61 (U) | | |
| | | | $1,059,256.61 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.