| 183rd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDERSON, ROBERT E<br>4330 COURTSIDE DR<br>WILLIAMSTON, MI 48895 | 61373 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$852,625.00 (U)<br>$852,625.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| APPLEMAN, ORVAL L<br>5321 N RIVER RD<br>JANESVILLE, WI 53545 | 61151 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,224.00 (U)<br>$30,224.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BAIBAK, JOHN C<br>3237 OLD HICKORY TRL<br>DEWITT, MI 48820 | 45826 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,992.00 (U)<br>$18,992.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BANAS, DANIEL J<br>17851 BRIARWOOD DR<br>MACOMB, MI 48044 | 44066 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,430.00 (U)<br>$30,430.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BESWICK JAMES T<br>38715 CHELDON ST<br>CLINTON TWP, MI 48038 | 65355 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,907.00 (U)<br>$58,907.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BORICH DONALD J<br>1929 ADDALEEN RD<br>HIGHLAND, MI 48357 | 43352 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,640.00 (U)<br>$97,640.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BROWN, LYLE L<br>527 RETREAT LN<br>GULF SHORES, AL 36542 | 65112 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,767.00 (U)<br>$47,767.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BURKE CHARLES<br>415 GINGHAMSBURG RD<br>TIPP CITY, OH 45371 | 65331 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$117,476.00 (U)<br>$117,476.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CARSON, ROBERT MITCHELL<br>5173 BLUE GRASS TRL<br>GROVETOWN, GA 30813 | 63575 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,200.00 (U)<br>$75,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHARLES SLATTERY<br>3130 PALM AIRE DR<br>ROCHESTER HILLS, MI 48309 | 62975 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,659.00 (U)<br>$72,659.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHEBOWSKI DONALD T<br>5474 HERTFORD DR<br>TROY, MI 48085 | 48461 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,241.00 (U)<br>$77,241.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHERYLE KLUDT<br>20916 JAMESTOWN AVE<br>LAKEVILLE, MN 55044 | 36896 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,289.00 (U)<br>$28,289.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHERYLE KLUDT<br>20918 JAMESTOWN AVE<br><br>LAKEVILLE, MN 55044 | 36900 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,289.00 (U)<br>$28,289.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHRISTINE HASSETT<br>5322 PENTWATER DR<br><br>HOWELL, MI 48843 | 64269 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$271,865.00 (U)<br>$271,865.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CIENKI, JOHN E<br>6120 LAKE WAY MEWS<br><br>NORTH RICHLAND HILLS, TX 76180 | 43402 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,876.00 (U)<br>$80,876.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CINDY PROVENSAL<br>4609 BARNETT ST<br><br>METAIRIE, LA 70006<br>UNITED STATES OF AMERICA | 44264 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,590.00 (U)<br>$30,590.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CLAIRE ECKLES<br>783 FOXHOUND DR<br><br>PORT ORANGE, FL 32128<br>UNITED STATES OF AMERICA | 64276 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,499.00 (U)<br>$27,499.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK, ALFRED C<br>306 W GREEN VALLEY DR<br><br>HORSESHOE BEND, AR 72512 | 61250 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$247,600.00  (U)<br>$247,600.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COATS III GEORGE H<br>3 VISTA COURT<br><br>CLAYTON, NC 27527 | 37231 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$107,000.00  (U)<br>$107,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COATS III, GEORGE H<br>3 VISTA COURT<br><br>CLAYTON, NC 27527 | 37230 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$98,605.00  (U)<br>$98,605.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAIG MCMILLEN<br>4457 WILLOW CREEK SE<br><br>WARREN, OH 44484<br>UNITED STATES OF AMERICA | 45165 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,036.00  (U)<br>$50,036.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CREW ERIC W<br>5355 E HIDDEN LAKE DR<br><br>EAST LANDING, MI 48823 | 37235 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$71,407.00  (U)<br>$71,407.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRICKMORE, ALFRED D<br>16324 HAVILAND BEACH DR<br><br>LINDEN, MI 48451 | 65015 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$41,600.00  (U)<br>$41,600.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| 183rd Omnibus Objection | | | | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CURT STONE<br>600 EDENBURG DRIVE<br><br>COLUMBIA, TN 38401<br>UNITED STATES OF AMERICA | 36910 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,700.00 (U)<br>$76,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANIEL WHEELER<br>8733 THENDARA BLVD<br><br>CLARKSTON, MI 48348 | 20315 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$246,505.00 (U)<br>$246,505.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID M AMENDOLA<br>127 NEW DOVER AVENUE<br><br>COLONIA, NJ 07067 | 38338 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$56,825.00 (U)<br>$56,825.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID SCHRODER<br>741 S. VINE STREET<br><br>HINSDALE, IL 60521<br>UNITED STATES OF AMERICA | 46631 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$53,756.00 (U)<br>$53,756.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD KELLOGG<br>3401 Ponderosa Drive<br><br>Ridgway, CO 81432<br>UNITED STATES OF AMERICA | 65199 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$81,139.00 (U)<br>$81,139.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| E PATRICIA GREENWOOD<br>1308 COPPERWOOD DRIVE<br><br>OSPREY, FL 34229<br>UNITED STATES OF AMERICA | 61940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,923.00 (U)<br>$41,923.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWIN POWELL<br>4400 PEBBLE POND DR<br><br>CHARLOTTE, NC 28226 | 62721 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,270.00 (U)<br>$46,270.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EVERETT COLYER JR<br>111 NEW RIVER DR.<br><br>HERTFORD, NC 27944<br>UNITED STATES OF AMERICA | 45829 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$129,200.00 (U)<br>$129,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FAUGHNAN THOMAS J<br>1 ROYAL PALM WAY APT 1-206<br><br>BOCA RATON, FL 33432 | 15142 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,149.66 (U)<br>$58,149.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FREEMAN CARL L<br>1031 PARKERS FORT<br><br>GREENSBORO, GA 30642 | 45954 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$897,720.00 (U)<br>$897,720.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| FREEMAN CARL L<br>1031 PARKERS FORT<br>GREENSBORO, GA 30642 | 45955 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$217,000.00 (U)<br>$217,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRENCH, ANTHONY S<br>4300 WARD DR<br>MOREHEAD CITY, NC 28557 | 62684 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$69,090.00 (U)<br>$69,090.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE W BAUMANN JR<br>2290 HEMMETER ROAD<br>SAGINAW, MI 48603 | 61094 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,045.00 (U)<br>$80,045.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HAROLD ARMSTRONG<br>785 FOX RIVER DRIVE<br>BLOOMFIELD HILLS, MI 48304 | 64071 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$890,471.00 (U)<br>$890,471.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HELEN GALVIN<br>8332 TANAGER LANE<br>INDIANAPOLIS, IN 46256 | 64080 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$140,181.00 (U)<br>$140,181.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HELEN GALVIN<br>8332 TANAGER LANE<br>INDIANAPOLIS, IN 46256 | 64081 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,284.00 (U)<br>$27,284.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES GAVIN<br>20226 COUNTRY CLUB DRIVE<br><br>ESTERO, FL 33928<br>UNITED STATES OF AMERICA | 44627 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$621,600.00 (U)<br>$621,600.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES KETNER<br>7387 PARKWOOD DR<br><br>FENTON, MI 48430 | 61258 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$316,998.00 (U)<br>$316,998.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES WERNER<br>462 BRIDGE POINTE LN<br><br>BRUNSWICK, OH 44212<br>UNITED STATES OF AMERICA | 64399 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,184.00 (U)<br>$63,184.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JANET L KOSTECKI<br>5773 KENSINGTON LOOP<br><br>FORT MYERS, FL 33912 | 21186 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,852.00 (U)<br>$43,852.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOANNE NIEDEROEST<br>101 TOURAINE RD<br><br>GROSSE POINTE FARMS, MI 48236 | 63988 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$69,815.00 (U)<br>$69,815.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **183rd Omnibus Objection** | | | | | **Motors Liquidation Company, et al.** |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOANNE NIEDEROEST<br>101 TOURAINE RD<br><br>GROSS POINTE FARMS, MI 48236 | 64009 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$306,000.00 (U)<br>$306,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN KARRAS<br>JOHN KARRAS<br>809 TURTLECREEK COURT<br>BEL AIR, MD 21014 | 44224 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$120,050.00 (U)<br>$120,050.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN KARRAS<br>809 TURTLECREEK COURT<br><br>BEL AIR, MD 21014 | 44225 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$111,851.00 (U)<br>$111,851.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JON MIDBO<br>775 BIRCH TREE LANE<br><br>ROCHESTER HILLS, MI 48306<br>UNITED STATES OF AMERICA | 61254 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$345,000.00 (U)<br>$345,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JON MIDBO<br>775 BIRCH TREE LANE<br><br>ROCHESTER HILLS, MI 48306<br>UNITED STATES OF AMERICA | 61255 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$119,663.00 (U)<br>$119,663.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**183rd Omnibus Objection**                                    **Exhibit A**                                    **Motors Liquidation Company, et al.**
                                                                                                                **Case No. 09-50026 (REG), Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JONES DALLAS R<br>23957 VIA BOCINA<br><br>VALENCIA, CA 91355 | 45835 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,125.00 (U)<br>$50,125.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOSEPH J SELEWSKI<br>13814 STRATHMORE<br><br>SHELBY TOWNSHIP, MI 48315 | 37592 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$162,980.00 (U)<br>$162,980.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KARDEL, JOHN V<br>906 SAINT JOHN ST<br><br>WYANDOTTE, MI 48192 | 63765 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,266.00 (U)<br>$27,266.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KATHLEEN SWEENEY<br>13 LAKEVIEW DRIVE<br><br>HAMILTON, NJ 08620<br>UNITED STATES OF AMERICA | 62220 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$67,547.00 (U)<br>$67,547.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KETNER, LINDA K<br>7387 PARKWOOD DR<br><br>FENTON, MI 48430 | 61257 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$39,062.00 (U)<br>$39,062.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KUSOWSKI, FRANCIS J<br>3404 VOIGHT PL<br><br>SAGINAW, MI 48603 | 44312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,749.00 (U)<br>$60,749.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAWRENCE MASON<br>5 ROSEMARY LN<br>SANTA BARBARA, CA 93108<br>UNITED STATES OF AMERICA | 62235 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$49,072.00 (U)<br>$49,072.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEE, DAVID N<br>8362 PRESTWICK LN<br>WASHINGTON, MI 48095 | 20313 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$119,291.00 (U)<br>$119,291.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LESLIE JAMES W<br>2421 STANTON CT<br>SHELBY TOWNSHIP, MI 48316 | 44062 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$135,800.00 (U)<br>$135,800.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LYNN LEWIS<br>244 FAIRFAX STREET<br>BIRMINGHAM, MI 48009<br>UNITED STATES OF AMERICA | 65328 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$382,790.00 (U)<br>$382,790.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARION FRANKEL<br>50 WAYNE RD<br>MILFORD, CT 06460 | 38279 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,786.00 (U)<br>$22,786.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

183rd Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARION MILLER<br>7405 CHAPEL VILLAS LANE<br>UNIT 6<br>INDIANAPOLIS, IN 46214 | 63608 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$298,880.00 (U)<br>$298,880.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCCABE CAROLE A<br>27113 WALLOON WAY<br>BROWNSTOWN, MI 48134 | 37087 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121,865.00 (U)<br>$121,865.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MEHALL, DAVID L<br>3408 WHEATLAND LN<br>PLANO, TX 75025 | 45093 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$356,975.00 (U)<br>$356,975.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MELZOW, WARD W<br>8835 SADDLE TRL<br>BALL GROUND, GA 30107 | 62216 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,752.25 (U)<br>$60,752.25 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLMSTED, THOMAS W<br>2560 SCHOOL ST<br>BALLARD, CA 93463 | 37211 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$632,008.00 (U)<br>$632,008.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PATRICK HARRISON<br>905 SHILOH CIR<br>NAPERVILLE, IL 60540 | 45956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$118,000.00 (U)<br>$118,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAYMOND DELOZIER<br>5051 N. HWY. A1A<br>APT. PH2-4<br>FORT PIERCE, FL 34949<br>UNITED STATES OF AMERICA | 61883 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,000.00 (U)<br>$65,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RENNIX VICTOR E<br>33618 N 64TH PL<br>SCOTTSDALE, AZ 85266 | 61137 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$234,000.00 (U)<br>$234,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RESKE, RAYMOND D<br>5014 SURREY DR<br>STERLING HTS, MI 48310 | 2440 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$152.40 (U)<br>$152.40 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD MCMANAMA<br>1033 DEVONSHIRE RD<br>GROSSE POINTE PARK, MI 48230 | 38357 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$436,400.00 (U)<br>$436,400.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD POMPA<br>3652 EDINBORGH DR<br>ROCHESTER HILLS, MI 48306 | 62828 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$737,120.00 (U)<br>$737,120.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD POMPA<br>3652 EDINBORGH DR<br>ROCHESTER HILLS, MI 48306 | 62829 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$247,000.00 (U)<br>$247,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 183rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ROBERT ECKLES<br>783 FOXHOUND DR<br><br>PORT ORANGE, FL 32128<br>UNITED STATES OF AMERICA | 64277 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$61,511.00 (U)<br>$61,511.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT PIROG<br>72 EILEEN DR<br><br>BLOOMFIELD, MI 48302 | 64342 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$97,528.00 (U)<br>$97,528.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROGER M GILLESPIE<br>9921 N ESTON RD<br><br>CLARKSTON, MI 48348 | 20725 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$73,208.00 (U)<br>$73,208.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD E RUSSELL<br>3160 HIGHBRIDGE RD<br><br>BRETHREN, MI 49619 | 44243 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$64,760.00 (U)<br>$64,760.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD E RUSSELL<br>3160 HIGHBRIDGE RD<br><br>BRETHREN, MI 49619<br>UNITED STATES OF AMERICA | 62319 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$64,760.00 (U)<br>$64,760.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

183rd Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONALD PORDON<br>23754 BRAZIL AVE<br>SOUTHFIELD, MI 48033 | 63922 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$110,751.50 (U)<br>$110,751.50 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RUSSELL, ROBERT W<br>20 BURLWOOD DR<br>BURLINGTON, CT 06013 | 62315 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,475.00 (U)<br>$26,475.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SALAY ROBERT F<br>139 FRANKIE LN<br>CADILLAC, MI 49601 | 45960 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,900.00 (U)<br>$25,900.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SAMUEL F LANPHER<br>5842 HUMMINGBIRD LN<br>CLARKSTON, MI 48346<br>UNITED STATES OF AMERICA | 63310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,994.00 (U)<br>$21,994.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHULTHEIS JOHN D<br>3350 SALT LAKE RD<br>INDIANAPOLIS, IN 46214<br>UNITED STATES OF AMERICA | 61824 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,503.00 (U)<br>$30,503.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**183rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SIEBLER, ALAN J<br>19742 BRYANT ST<br>CANOGA PARK, CA 91306 | 63572 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,482.00 (U)<br>$48,482.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPECK, GERALD T<br>5165 GLENGATE RD<br>ROCHESTER, MI 48306 | 43257 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,880.00 (U)<br>$70,880.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STORY, STEVEN D<br>57586 HIDDEN TIMBERS DR<br>SOUTH LYON, MI 48178 | 64556 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$178,000.00 (U)<br>$178,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STROHMAIER, ALAN H<br>5303 RIVER RIDGE DR<br>BRIGHTON, MI 48116 | 19894 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$131,958.00 (U)<br>$131,958.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUELLEN BLASDELL<br>4665 BUNNY TRAIL<br>CANFIELD, OH 44406<br>UNITED STATES OF AMERICA | 44248 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,181.89 (U)<br>$32,181.89 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TAYLOR, JERRY D<br>15484 TEALWOOD LN<br>FRISCO, TX 75035 | 61166 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$271,280.00 (U)<br>$271,280.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

183rd Omnibus Objection  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS CARPENTER<br>25040 GOLDCREST DR<br>BONITA SPRINGS, FL 34134 | 62831 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$424,160.00 (U)<br>$424,160.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS HELLNER<br>13007 GALLAGHER BLVD<br>PORT CHARLOTTE, FL 33981 | 21173 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,500.00 (U)<br>$34,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON, RICHARD H<br>4284 VALLEY SIDE CT NE<br>GRAND RAPIDS, MI 49525 | 45162 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,589.00 (U)<br>$24,589.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRAVIS WOODWARD<br>207 ORCHARD VALLEY DRIVE<br>SMYRNA, TN 37167 | 63756 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$717,900.00 (U)<br>$717,900.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VIROSTEK, ANDREW A<br>8633 SAN MARCO BLVD<br>STERLING HTS, MI 48313 | 50935 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,700.00 (U)<br>$65,700.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WAGENKNECHT, WILLIAM B<br>88 FOX DEN RD<br>BRISTOL, CT 06010 | 61153 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,960.00 (U)<br>$29,960.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**183rd Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALTERS, MICHAEL D<br>4280 OVERBROOK DR<br>GRAND LEDGE, MI 48837 | 36729 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$93,200.00 (U)<br>$93,200.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM H BACHMAN<br>5150 BACHMAN RD<br>OSCODA, MI 48750 | 45987 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,392.00 (U)<br>$65,392.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | 96 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,984,282.70 (U)<br>$14,984,282.70 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

183rd Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID VOLPE<br>240 BERRY GLEN CT<br><br>ALPHARETTA, GA 30022 | 62391 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,945.00 (U)<br>$70,945.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GORDON HALL<br>172 SHERIDAN HILLS ROAD<br><br>MARBLE, NC 28905 | 63670 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,608.00 (U)<br>$147,608.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LICO, DONALD T<br>54501 CAMBRIDGE DR<br><br>SHELBY TOWNSHIP, MI 48315 | 36730 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$196,440.00 (U)<br>$196,440.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERTSON, DAVID L<br>PO BOX 695<br><br>HUNTSVILLE, AL 35804 | 61493 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,102.16 (U)<br>$47,102.16 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **4** | | **$0.00 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$462,095.16 (U)**<br>**$462,095.16 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.