**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                              :
**In re**                                      :          **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,      :          **09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.*    :
                                              :
                         **Debtors.**          :          **(Jointly Administered)**
                                              :
-------------------------------------------------------------x


### ORDER GRANTING DEBTORS' 185th OMNIBUS OBJECTION TO CLAIMS
**(Welfare Benefits Claims of Retired and Former Salaried and Executive Employees)**

Upon the 185th omnibus objection to expunge certain compensation and

welfare benefits claims of retired and former salaried and executive employees, dated

January 26, 2011 (the "**185th Omnibus Objection to Claims**"),[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in

possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United

States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for

the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and

expunging the Salaried and Executive Employee Welfare Benefits Claims on the grounds

that each Salaried and Executive Employee Welfare Benefits Claim is for an obligation

for which the Debtors have no liability, all as more fully described in the 185th Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 185th Omnibus Objection to Claims.

Objection to Claims; and due and proper notice of the 185th Omnibus Objection to

Claims having been provided, and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the 185th

Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the

185th Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief requested in the 185th Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading

"*Claims to be Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that, if applicable, the 185th Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" to the date indicated on the Order Exhibit, subject to

further adjournments (such actual hearing date, the "**Adjourned Hearing Date**") (the

"**Adjourned Claims**"), and the Debtors' response deadline with respect to the Adjourned

Claims shall be 12:00 noon (prevailing Eastern Time) on the date that is three (3)

business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the 185th Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the 185th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on Exhibit "A" annexed to the 185th Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *March 9, 2011*


                                        *s/ Robert E. Gerber*
                                        United States Bankruptcy Judge