**185th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED CLARK<br>306 W GREEN VALLEY DR<br>HORSESHOE BEND, AR 72512 | 61251 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$119,256.00 (U)<br>$119,256.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BASELEON GUS G<br>16108 CARLOW CIR<br>MANHATTAN, IL 60442 | 23226 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$37,992.00 (P)<br>$0.00 (U)<br>$37,992.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BASIEWICZ CHESTER A<br>4884 DAVIS CT<br>TROY, MI 48085 | 45157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$121,856.00 (U)<br>$121,856.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BENNER, RICHARD D<br>2452 RIDGE RD<br>VIENNA, OH 44473 | 4976 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$61,232.00 (P)<br>$0.00 (U)<br>$61,232.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BREDE, WILLIAM R<br>73 HAMPTON HALL BLVD<br>BLUFFTON, SC 29910 | 64928 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$170,380.00 (U)<br>$170,380.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| 185th Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.** <br> Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BROWN, LYLE L <br> 527 RETREAT LN <br><br> GULF SHORES, AL 36542 | 65111 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $122,000.00  (U) <br> $122,000.00  (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHERYL ELLERO <br> 18825 BEDFORD DR <br><br> CLINTON TOWNSHIP, MI 48038 | 46125 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $72,451.00  (U) <br> $72,451.00  (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHRISTIE, JOHN D <br> 58046 PHEASANT RDG <br><br> WASHINGTON TOWNSHIP, MI 48094 | 65664 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $1,967,056.00  (U) <br> $1,967,056.00  (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| D AGOSTINO, JOHN A <br> 7275 HERTFORDSHIRE WAY <br><br> VICTOR, NY 14564 | 2758 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $42,000.00  (P) <br> $0.00  (U) <br> $42,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EASON, ELDON R <br> 2006 STAFFORD DR <br><br> ARLINGTON, TX 76012 | 25260 | Motors Liquidation Company | $0.00  (S) <br> $0.00  (A) <br> $0.00  (P) <br> $226,596.00  (U) <br> $226,596.00  (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**185th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDWARD CORBETT<br>351 MAINSAIL DR<br>HAMPTON, VA 23664 | 63496 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,098.00 (U)<br>$36,098.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FERGUSON, CLIFFORD W<br>6319 WOODMERE CT<br>FLINT, MI 48532 | 44113 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$423,354.00 (U)<br>$423,354.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FORAKER JR, DAVID E<br>10 ANTRIM DELLS<br>SPRINGBORO, OH 45066 | 44072 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$172,054.00 (U)<br>$172,054.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FORD, WANDA L<br>3411 BROOKGATE DR<br>FLINT, MI 48507 | 20144 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$115,000.00 (P)<br>$0.00 (U)<br>$115,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GUS BASELEON<br>16108 CARLOW CIR<br>MANHATTAN, IL 60442 | 23227 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$37,992.00 (P)<br>$0.00 (U)<br>$37,992.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | |
|---|---|---|---|---|
| **185th Omnibus Objection** | | | | **Motors Liquidation Company, et al.** <br> **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES MARCIA S <br> 1941 W LEONARD RD <br> LEONARD, MI 48367 | 65137 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $108,814.00 (U) <br> $108,814.00 (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES PALMIERI <br> 17701 HERON LN <br> FORT MYERS, FL 33908 | 26964 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $23,292.00 (U) <br> $23,292.00 (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JAMES WHITESEL <br> 2650 SOLAR DR <br> LAKE ORION, MI 48360 | 23050 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $238,701.80 (U) <br> $238,701.80 (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOANNE J. GROSE <br> 503 ASHMEDE CT. <br> ARLINGTON, TX 76013 | 33345 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $16,937.00 (U) <br> $16,937.00 (T) <br> Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN D AGOSTINO <br> 7275 HERTFORDSHIRE WAY <br> VICTOR, NY 14564 | 20795 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $152,000.00 (P) <br> $0.00 (U) <br> $152,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 185th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN LYNCH<br>3604 CHIMNEY ROCK DR<br>CARROLLTON, TX 75007 | 28980 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$116,000.00 (P)<br>$0.00 (U)<br>$116,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KATKO JR, CHARLES<br>187 GREENAN LN<br>LAKE ORION, MI 48362 | 22663 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$280,275.00 (U)<br>$280,275.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY LEIDLEIN<br>3841 WINDING PINE<br>METAMORA, MI 48455 | 32750 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$210,966.00 (U)<br>$210,966.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEONARD J. PILZ<br>10221 ROOD AVE.<br>LAKE, MI 48632<br>UNITED STATES OF AMERICA | 70556 | Motors Liquidation Company | $0.00 (S)<br>$120,045.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$120,045.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA SALMON<br>1681 CARNELIAN CT<br>LINCOLN, CA 95648 | 22891 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$174,075.00 (U)<br>$174,075.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **185th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.** |
| | | **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LYNCH, JOHN A<br>3604 CHIMNEY ROCK DR<br>CARROLLTON, TX 75007 | 28979 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$63,136.00 (P)<br>$0.00 (U)<br>$63,136.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARIE V. PILZ<br>10221 ROOD AVE.<br>LAKE, FL 48632<br>UNITED STATES OF AMERICA | 70557 | Motors Liquidation Company | $0.00 (S)<br>$117,300.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$117,300.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARTYAK ROBERT J<br>4775 TOPPER HILL DR<br>HUBBARD, OH 44425 | 28064 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$42,000.00 (P)<br>$0.00 (U)<br>$42,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARTYAK, ROBERT J<br>4775 TOPPER HILL DR<br>HUBBARD, OH 44425 | 28063 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$156,530.00 (P)<br>$0.00 (U)<br>$156,530.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOYER, BARRY R<br>404 RIVERS EDGE LN<br>PORTLAND, MI 48875 | 65660 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51,263.47 (U)<br>$51,263.47 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| 185th Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NANCY GRUBBA<br>6419 WOODBURNE CT.<br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 44263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$122,902.00 (U)<br>$122,902.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PALMER, ARTHUR G<br>7595 WENTWORTH LN<br>MENTOR, OH 44060 | 2919 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$259,790.00 (P)<br>$0.00 (U)<br>$259,790.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL FRIIS<br>13201 PINEHURST LANE<br>GRAND BLANC, MI 48439 | 69852 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,769.00 (U)<br>$76,769.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PHELEY, GARY N<br>3662 HONORS WAY<br>HOWELL, MI 48843 | 60934 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$146,253.00 (U)<br>$146,253.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RAYMOND DELOZIER<br>5051 N HWY A1A<br>APT PH2-4<br>FT PIERCE, FL 34949 | 61885 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$145,660.00 (U)<br>$145,660.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT GRUBBA<br>6419 WOODBURNE CT.<br><br>GRAND BLANC, MI 48439<br>UNITED STATES OF AMERICA | 44262 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$126,456.00  (U)<br>$126,456.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT SEXTON JR<br>3304 EVERGREEN DR<br><br>BAY CITY, MI 48706 | 7975 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$10,000.00  (P)<br>$0.00  (U)<br>$10,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT TRIPOLSKY<br>43440 HERRING DR<br><br>CLINTON TWP, MI 48038 | 44442 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$152,878.00  (U)<br>$152,878.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROMACK, SOPHIE B<br>6430 WOODVIEW CIR<br><br>LEAVITTSBURG, OH 44430 | 50134 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$500,000.00  (P)<br>$0.00  (U)<br>$500,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONALD PROCTOR<br>10610 MOHAVE CT<br><br>FORT WAYNE, IN 46804 | 70501 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$83,040.00  (P)<br>$0.00  (U)<br>$83,040.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**185th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUSSELL TOWNER<br>204 S CREEDMOOR WAY<br>ANDERSON, IN 46011 | 21321 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$702,080.00 (U)<br>$702,080.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SOPHIE ROMACK<br>6430 WOODVIEW CIR<br>LEAVITTSBURG, OH 44430 | 50135 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$37,992.00 (P)<br>$0.00 (U)<br>$37,992.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STAPLETON LOYD K<br>9168 GLENRIDGE BLVD<br>CENTERVILLE, OH 45458 | 64397 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$144,352.00 (U)<br>$144,352.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS ZEBEHAZY<br>3364 W YORK CT<br>ROCHESTER HILLS, MI 48306 | 61400 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,024.00 (U)<br>$137,024.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| UPDEGRAFF, DALE E<br>2346 WESTDALE CT<br>KOKOMO, IN 46901 | 20827 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$70,000.00 (U)<br>$70,000.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **185th Omnibus Objection** | | | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAM SIMMONS<br>2935 TIMBER LANE<br><br>JANESVILLE, WI 53548<br>UNITED STATES OF AMERICA | 25422 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,531.00 (U)<br>$4,531.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM SIMMONS<br>2935 TIMBER LANE<br><br>JANESVILLE, WI 53548 | 25425 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,487.00 (U)<br>$10,487.00 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **47** | | $0.00 (S)<br>$237,345.00 (A)<br>$1,714,704.00 (P)<br>$6,374,817.27 (U)<br>$8,326,866.27 (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| 185th Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE W MCCLAIN<br>3022 IMPERIAL VALLEY DRIVE<br>LITTLE ROCK, AR 72212 | 21851 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,097.00 (U)<br>$43,097.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KUNTZ, GLENN C<br>1505 CLEAR BROOK DR<br>DAYTON, OH 45440 | 10078 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$337,000.00 (P)<br>$0.00 (U)<br>$337,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHEIPE, ROBERT<br>484 E CARMEL DR PMB 311<br>CARMEL, IN 46032 | 46269 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$144,389.00 (U)<br>$144,389.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | 3 | | $0.00 (S)<br>$0.00 (A)<br>$337,000.00 (P)<br>$187,486.00 (U)<br>$524,486.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.