| | Exhibit A | |
|---|---|---|
| 189th Omnibus Objection | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARRON JR, FRANCIS W<br>1153 KETTLE POND LN<br><br>GREAT FALLS, VA 22066 | 22093 | Motors Liquidation Company | <br><br><br><br><br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLANKENSHIP, BETTY F<br>65 ELLEN CIR<br><br>HAMILTON, OH 45011 | 1925 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$361.57 (U)<br>$361.57 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BONDIE, MARYANN L<br>2025 W NORTH COUNTY LINE RD<br><br>SIX LAKES, MI 48886 | 1810 | Motors Liquidation Company | $134.03 (S)<br>$0.00 (A)<br>$134.03 (P)<br>$0.00 (U)<br>$268.06 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BUDA, JOHN M<br>7344 COON CLUB RD<br><br>MEDINA, OH 44256 | 33148 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,722.66 (U)<br>$72,722.66 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD KAPS<br>16403 E ASHBROOK DRIVE<br><br>FOUNTAIN HILLS, AZ 85268 | 30593 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,775.79 (U)<br>$2,775.79 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 189th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS BARRON JR<br>1153 KETTLE POND LN<br>GREAT FALLS, VA 22066 | 22092 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GROSSKLAUS, TIMOTHY A<br>22220 EAST RIVER ROAD<br>GROSSE ILE, MI 48138 | 23107 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IRMA Y VELIZ<br>12565 PETALUMA RD<br>VICTORVILLE, CA 92392 | 33267 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$335,153.36  (U)<br>$335,153.36  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHNNIE L SIMMONS<br>358 WILD CEDAR PL<br>BRANDON, MS 39042<br>Note:  IUE-CWA | 30779 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$333,600.00  (P)<br>$166,400.00  (U)<br>$500,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KAREN E BENTLEY<br>9 NORTH LN<br>LEBANON, OH 45036 | 64481 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$39,456.00  (P)<br>$0.00  (U)<br>$39,456.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 189th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LANCTOT, FRANK E<br>4852 CLIFFSIDE DR<br>WEST BLOOMFIELD, MI 48323 | 29056 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MANOS, KATHERINE<br>12125 SPARTAN WAY APT 102<br>BAYONET POINT, FL 34667 | 19384 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$76,200.00 (U)<br>$76,200.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MATTIE BROWN<br>358 WILD CEDAR PL<br>BRANDON, MS 39042<br>Note: IUE-CWA | 30778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$336,457.00 (P)<br>$163,543.00 (U)<br>$500,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OLMSTED, THOMAS W<br>2560 SCHOOL ST<br>BALLARD, CA 93463 | 37210 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$39,528.00 (U)<br>$39,528.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD SAUER<br>17342 E. BACA DR.<br>FOUNTAIN HILLS, AZ 85268<br>UNITED STATES OF AMERICA | 70602 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **189th Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT H SCHAEFER<br>18625 PENINSULA COVE LN<br><br>CORNELIUS, NC 28031 | 32745 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$152,474.00 (U)<br>$152,474.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SMILEY, TOMMY A<br>3901 ERICA CIR<br><br>DOUGLASVILLE, GA 30135 | 22069 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$83,412.00 (P)<br>$0.00 (U)<br>$83,412.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS D TRIMMER<br>3530 BADGER LANE<br><br>SPENCER, IN 47460<br><br>Note: International Association of Machinists and Aerospace Workers | 32800 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$154,241.24 (P)<br>$0.00 (U)<br>$154,241.24 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON, NORMA A<br>11721 DIAMOND POINTE CT<br><br>INDIANAPOLIS, IN 46236 | 1849 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,690.00 (P)<br>$0.00 (U)<br>$1,690.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON, SANDRA K.<br>3529 HELENE CT<br><br>TOLEDO, OH 43623 | 19976 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**189th Omnibus Objection** | **Exhibit A** | [Motors Liquidation Company, et al.](#)
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THORPE, MARY J<br>3744 S 450 E<br>RUSHVILLE, IN 46173 | 44694 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TITUS, GRACE<br>4910 S TANAGER AVE<br>BATTLEFIELD, MO 65619 | 16779 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOTH, WILLIAM F.<br>28 NIGHTENGALE AVE<br>MASSENA, NY 13662 | 21105 | Motors Liquidation Company | $733.04 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$733.04 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TOWARNICKE, CHARLOTTE A<br>6010 EMERALD ST<br>NORTH RIDGEVILLE, OH 44039 | 63060 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TWINEM, KENNETH E<br>956 DARK SHADOW CT C<br>WESTERVILLE, OH 43081 | 27659 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$19,765.00 (P)<br>$0.00 (U)<br>$19,765.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**189th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VALERIE REISS (BROADWATER)<br>5115 PLAINFIELD AVENUE<br>BALTIMORE, MD 21206 | 69254 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VANDERBILT, SUSAN LANTZ<br>1504 S SHORE DR<br>HOLLAND, MI 49423 | 49508 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VANFLEET, KENNETH<br>560 GLEASON ST<br>ORANGE CITY, FL 32763 | 60274 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VAWTER, KATHERYN J<br>163 MEADOWS CT<br>PITTSBORO, IN 46167 | 36234 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VELEZ, CELINDA G<br>PO BOX 252<br>ARECIBO, PR 00613 | 9469 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 189th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VERNA BERNOR<br>C/O DENISE R. KETCHMARK<br>611 WEST COURT STREET<br>FLINT, MI 48503 | 2351 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VERNOR, VIRGINIA A<br>10348 W KINGSWOOD CIR<br>SUN CITY, AZ 85351 | 15412 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VICTORIA CRASE<br>2903 OLD TROY PIKE<br>DAYTON, OH 45404 | 18709 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WANDA EISELE<br>147 LONG MEADOW DR<br>ROCHESTER, NY 14621 | 62518 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WANDA J. BRADSHAW<br>4053 PRESCOTT<br>DAYTON, OH 45406 | 33297 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **189th Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WASENKO JOHN K<br>4699 CHAREST AVENUE<br>WATERFORD, MI 48327 | 63435 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$92,470.81 (U)<br>$92,470.81 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEAVER, JOHN S<br>206 N BRADLEY RD<br>MT PLEASANT, MI 48858 | 8353 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEBB, DENISE G<br>PO BOX 401478<br>REDFORD, MI 48240 | 67536 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEBER, GARY L<br>8092 E HIGH POINT DR<br>SCOTTSDALE, AZ 85266 | 30046 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WELCH, DIANE<br>1635 STONY POINT RD<br>GRAND ISLAND, NY 14072 | 1716 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**189th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WENDELL, WILEY L<br>27777 DEQUINDRE RD APT 902<br>MADISON HEIGHTS, MI 48071 | 15320 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WHITHAM, SHIRLEY A.<br>5525 ORMOND RD<br>DAVISBURG, MI 48350 | 16629 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIED, HUGO O<br>2272 CREST HILL LN<br>FALLBROOK, CA 92028 | 6901 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIEGMANN, ROY C<br>84-50 260 ST<br>2ND FLOOR<br>FLORAL PARK, NY 11001 | 4015 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAMS, LARRY D<br>6529 COUNTY ROAD 415<br>MC MILLAN, MI 49853 | 13431 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 9

**189th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILSON, SCOTT R<br>24838 APPLE CREST DR<br>NOVI, MI 48375 | 20087 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,274.93 (P)<br>$0.00 (U)<br>$1,274.93 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WINN, JOYCE E<br>429 DERBY LN<br>DESOTO, TX 75115 | 61113 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$750.00 (P)<br>$0.00 (U)<br>$750.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOLLIN, GLORIA<br>26334 OAKSPUR DR UNIT C<br>SANTA CLARITA, CA 91321 | 2642 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOOD, DONNA M<br>175 SAWMILL ST<br>VIDOR, TX 77662 | 7409 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOODRUFF, DAVID C<br>7030 S TYNDALL RD<br>BRANCH, MI 49402 | 65013 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

| 189th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WRIGHT, HUGH D<br>1450 SKY RANCH LN<br>BAKER, FL 32531 | 38843 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YAP CHAI, ANA S<br>29931 BERMUDA LN<br>SOUTHFIELD, MI 48075 | 2641 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YATES, RONALD E<br>527 DOZIER AVE<br>SEBRING, FL 33875 | 3363 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| YOUNG, HEATHER<br>3508 MEMORIAL ST<br>ALEXANDRIA, VA 22310 | 29888 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZAUKELIES, JEANETTE M<br>438 E MUSGROVE HWY<br>LAKE ODESSA, MI 48849 | 11978 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 189th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZAWODNY, RAYMOND A<br>4548 RIDGE RD<br>NOTTINGHAM, MD 21236 | 19912 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZITZLER, JEAN<br>858 TARRANT DR<br>FONTANA, WI 53125 | 28312 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,207.20 (U)<br>$7,207.20 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZORIK, JOHN R<br>RTE 5 BOX 184 B<br>BUCKHANNON, WV 26201 | 5040 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZUBER, RICHARD S<br>5614 CHARTER AVE 1<br>SAN DIEGO, CA 92120 | 36582 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **59** | | **$867.07** (S)<br>**$0.00** (A)<br>**$970,780.20** (P)<br>**$1,113,836.39** (U)<br>**$2,085,483.66** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 189th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VINCENT C GERMANO JR<br>274 CRYSTAL CREEK DRIVE<br>ROCHESTER, NY 14612 | 46000 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **1** | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.