**190th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADAMS, EULA V<br>910 FRANKLIN MILL TRCE<br>LOGANVILLE, GA 30052 | 10942 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ALLICIA E CALHOUN<br>14330 58TH ST N<br>APT 8103<br>CLEARWATER, FL 33760 | 69111 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$346,000.00  (P)<br>$0.00  (U)<br>$346,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ANZALDI, SHARON A<br>410 MAGNOLIA AVE<br>CUYAHOGA FALLS, OH 44221 | 26677 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$71,979.60  (U)<br>$71,979.60  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BALLEW, HELEN C<br>179 KIMBERLY ROAD<br>LA FOLLETTE, TN 37766 | 10886 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA JUSTIN<br>6370 HARVEY RD<br>PARADISE, CA 95969 | 32761 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**190th Omnibus Objection**   **Exhibit A**   **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARLOS GROSS<br>207 N WESTWOOD<br>MESA, AZ 85201 | 70492 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,500.00 (P)<br>$0.00 (U)<br>$35,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CASTILLO, MARIA H<br>108 ENECA ST<br>DEFIANCE, OH 43512 | 61425 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$186,120.00 (U)<br>$186,120.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CONCEPCION, NELSON C<br>APDO 62 LA CONCEPCION<br>CHIRIQUI 4728 PANAMA (REP)<br>PANAMA (REP) | 60796 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COOK, EDNA<br>748 NW 1ST ST<br>MOORE, OK 73160 | 4803 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,892.68 (U)<br>$36,892.68 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEBRA MCCOLE<br>807 W TRENTON AVE<br>MORRISVILLE, PA 19067 | 3262 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**190th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ESSEX, KAREN K<br>4265 N STATE RD<br><br>ALMA, MI 48801 | 18702 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FITZPATRICK, LEANETTA A<br>159 MOUNT VERNON CT<br><br>ELYRIA, OH 44035 | 62859 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FOSS, RONALD L<br>1843 SMART RD<br><br>LUCAS, OH 44843 | 61776 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,500.00 (U)<br>$62,500.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEILE, ELLA L<br>59 PCR 716<br><br>PERRYVILLE, MO 63775 | 23636 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GOMES, FRANCISCO P<br>RUA DR AQUILINO RIBEIRO BLOCO ESQUERDO RES-DO-CHAO<br>PAREDES DE COURA, PORTUGAL 4940533<br>PORTUGAL | 16890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$694.06 (U)<br>$694.06 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | |
|---|---|---|---|---|
| 190th Omnibus Objection | | | | **Motors Liquidation Company, et al.** |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GRANDISON, KAREN MICHELE<br>18662 SCHAEFER HWY<br><br>DETROIT, MI 48235 | 30645 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$200,000.00  (P)<br>$0.00  (U)<br>$200,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HUBBELL, JOHNNY M<br>100738 S 3410 RD<br><br>MEEKER, OK 74855 | 64159 | Motors Liquidation Company | $81,780.84  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$81,780.84  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LANDON, OLLIE<br>5819 S DAMEN AVE<br><br>CHICAGO, IL 60636 | 2723 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$20,950.00  (P)<br>$0.00  (U)<br>$20,950.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LEO LINHART<br>2449 SARAH ST<br><br>FRANKLIN PARK, IL 60131 | 29542 | Motors Liquidation Company | $35,000.00  (S)<br>$0.00  (A)<br>$35,000.00  (P)<br>$35,000.00  (U)<br>$105,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDA OPCZYNSKI<br>4443 COURTNEY RD<br><br>MONTROSE, MI 48457 | 6818 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9691-1    Filed 03/09/11    Entered 03/09/11 11:19:55    Exhibit A
Pg 5 of 8

190th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUPONIO LUCY C<br>14 WILBUR ST<br>PLANTSVILLE, CT 06479 | 22719 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAXFIELD VIRGIE MARIE<br>5929 SLIVER CREEK-AZLE ROAD<br>AZLE, TX 76020 | 61796 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MAXFIELD, VIRGIE MARIE<br>5929 SLIVER CREEK-AZLE ROAD<br>AZLE, TX 76020 | 28462 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCELYEA, JAMES W<br>3210 NORTHWEST GRAND AVE.<br>PHOENIX, AZ 85017 | 7516 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$75,000.00   (P)<br>$0.00   (U)<br>$75,000.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| POLLY WHITE<br>1801 SOUTH AUSTIN BLVD<br>2ND FLOOR<br>CICERO, IL 60804 | 12048 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**190th Omnibus Objection**     Exhibit A     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAYBORN, MARY<br>121 SOUTHVIEW DR<br>MOUNT CARMEL, IL 62863 | 17597 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| REYES, ALFREDO L<br>PO BOX 11724<br>LAS VEGAS, NV 89111 | 32678 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD NATIONS<br>3239 GLEN LILY RD<br>BOWLING GREEN, KY 42101 | 23055 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUTTON, SNODIE<br>5300 VICTORY FARM RD<br>DE SOTO, MO 63020 | 28039 | Motors Liquidation Company | $216,000.00 (S)<br>$0.00 (A)<br>$216,000.00 (P)<br>$0.00 (U)<br>$432,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUTTON, VICKIE A<br>1945 BUFORD DR<br>LAWRENCEVILLE, GA 30043 | 44678 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 190th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAYLOR, JUDY K<br>4525 CURDY RD<br>HOWELL, MI 48855 | 6995 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VARGAS, JUSTINA<br>4011 S MANHATTAN AVE APT 365<br>TAMPA, FL 33611 | 33439 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VERMILLION, BETTY A<br>114 CATALFA AVE<br>PASADENA, MD 21122 | 19311 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VINING, CRYSTAL A<br>976 WILDCAT RUN RD<br>MAGGIE VALLEY, NC 28751 | 5970 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEBB, JONATHAN<br>1842 ECKLEY AVE<br>FLINT, MI 48503 | 4853 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9691-1    Filed 03/09/11    Entered 03/09/11 11:19:55    Exhibit A
Pg 8 of 8

**190th Omnibus Objection**   Exhibit A   <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILCZAK, MICHAEL<br>416 W CERMAK RD<br>BRAIDWOOD, IL 60408 | 3819 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILSON, MARLIN<br>6668 N BLUE RIVER RD<br>ARLINGTON, IN 46104 | 49536 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,486.93  (U)<br>$1,486.93  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOJCIECHOWSKI, JOANNE E<br>1103 MOUNT VERNON DR<br>BLOOMINGTON, IL 61704 | 19903 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOLF, KAREN<br>3650 AURORA CT<br>FLINT, MI 48504 | 61944 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **39** | | **$332,780.84**  (S)<br>**$0.00**  (A)<br>**$928,450.00**  (P)<br>**$394,673.27**  (U)<br>**$1,655,904.11**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.