**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ACK CONTROLS INC | 6361 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $84.30 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| MAKI ZAFFUTO | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 2600 HAPPY VALLEY RD | | | | | | | | |
| GLASGOW, KY 42141 | | | $0.00 | (Unsecured Claim) | $84.30 | (Unsecured Claim) | | |
| Official Claim Date:  10/8/2009 | | | $84.30 | (Total Claim) | $84.30 | (Total Claim) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| AIRFLOAT LLC | 26920 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $3,968.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: CORPORATE OFFICER/AUTHORIZED AGENT | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 2230 N BRUSH COLLEGE RD | | | | | | | | |
| DECATUR, IL 62526 | | | $0.00 | (Unsecured Claim) | $3,968.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/16/2009 | | | $3,968.00 | (Total Claim) | $3,968.00 | (Total Claim) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ALICE ZIITTEL | 8712 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $10,160.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 426 MINNESOTA AVE SAINT PAUL, MN 55113 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $10,160.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/13/2009 | | | $10,160.00 | (Total Claim) | $10,160.00 | (Total Claim) | | |

Note:   Claimant does not provide basis or other documentation for asserting administrative claim.  Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ANGELINA G CRUZ | 70467 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 13326 HAYDEN AVE NORWALK, CA 90650 | | | $147,567.50 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/15/2010 | | | $147,567.50 | (Total Claim) | $0.00 | (Total Claim) | | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ARLENE ELLANT | 10268 | Motors Liquidation Company | $40,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 30 AMHURT RD GREAT NECK, NY 11021 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $40,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/14/2009 | | | $40,000.00 | (Total Claim) | $40,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BARBARA J HERNANDEZ | 44301 | Motors Liquidation Company | $3,086.87 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 5939 SUTTER AVE #5 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| CARMICHAEL, CA 95608 UNITED STATES OF AMERICA | | | $0.00 | (Unsecured Claim) | $3,086.87 | (Unsecured Claim) | | |
| Official Claim Date:  11/24/2009 | | | $3,086.87 | (Total Claim) | $3,086.87 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this
claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CARDENAS MOTORS, INC. | 11064 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| RENATO CARDENAS 1500 N EXPY 83 | | | $470,298.49 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| BROWNSVILLE, TX 78521 | | | $6,622,155.95 | (Unsecured Claim) | $7,092,454.44 | (Unsecured Claim) | | |
| Official Claim Date:  10/15/2009 | | | $7,092,454.44 | (Total Claim) | $7,092,454.44 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to priority status.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim
amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CORVUS TROTWOOD LLC | 15632 | Motors Liquidation Company | $13,825,666.42 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PO BOX 110599 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| LAKEWOOD RCH, FL 34211 | | | $0.00 | (Unsecured Claim) | $13,825,666.42 | (Unsecured Claim) | | |
| Official Claim Date:  10/24/2009 | | | $13,825,666.42 | (Total Claim) | $13,825,666.42 | (Total Claim) | | |

Note:  This claim relates to an executory contract.  It is not secured by property of the Debtors' estates nor is it entitled to priority
status.  Pursuant to section 502(g) the Bankruptcy Code this claim is only entitled to a non-priority, general unsecured claim.
Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DANA H FOX | 11385 | Motors Liquidation Company | $19,500.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 2169 DOMINICA AVE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| FORT MYERS, FL 33905 | | | $0.00 | (Unsecured Claim) | $19,500.00 | (Unsecured Claim) | | |
| Official Claim Date:  10/16/2009 | | | $19,500.00 | (Total Claim) | $19,500.00 | (Total Claim) | | |

Note:  This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates.  Accordingly, this
claim should be reclassified as a non-priority, general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim
amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DE WETTER, ARTHUR P | 1998 | Motors Liquidation Company | $1,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 14440 COVE CREEK CT | | | | | | | | |
| SHELBY TOWNSHIP, MI 48315 | | | $1,000,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $1,000,000.00 | (Unsecured Claim) | $3,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  10/1/2009 | | | $3,000,000.00 | (Total Claim) | $3,000,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not secured by property of the Debtors' estates nor
is it entitled to priority status.

| DONLOW MAURICE | 1715 | Motors Liquidation Company | $4,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 4533 PRESCOTT AVENUE | | | | | | | | |
| DAYTON, OH 45406 | | | $4,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $8,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  9/30/2009 | | | $8,000.00 | (Total Claim) | $8,000.00 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors; therefore, it is not secured by property of the Debtors' estates nor is it
entitled to priority status.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim
amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FD JOHNSON CO | 3489 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $272.05 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 31200 SOLON RD STE 18 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| SOLON, OH 44139 | | | $0.00 | (Unsecured Claim) | $272.05 | (Unsecured Claim) | | |
| Official Claim Date:  10/5/2009 | | | $272.05 | (Total Claim) | $272.05 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment
under the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FLORENCE SMOTHERMAN | 69674 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $12,909.09 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 108 JUDD CT NASHVILLE, TN 37218 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $12,909.09 | (Unsecured Claim) | $25,818.18 | (Unsecured Claim) | | |
| Official Claim Date:  12/31/2009 | | | $25,818.18 | (Total Claim) | $25,818.18 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors; therefore, it is not entitled to administrative expense treatment under the
Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim
amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

191st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GENESEE PACKAGING, INC | 45644 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $6,260.85 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| DENNIS M HALEY (P14538) | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| G-9460 S SAGINAW STREET, SUITE A | | | | | | | | |
| GRAND BLANC, MI 48439 | | | $58,576.78 | (Unsecured Claim) | $64,837.63 | (Unsecured Claim) | | |
| UNITED STATES OF AMERICA | | | | | | | | |
| | | | $64,837.63 | (Total Claim) | $64,837.63 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment
    under the Bankruptcy Code

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | | Modified Priority | | Grounds For | Objection Page |
|---|---|---|---|---|---|---|---|---|
| HALL BUILDING LLC | 68787 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $4,318.87 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| BCP WEST LLC-TR/JP MORGAN BK | | | | | | | | |
| PO BOX 60893 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| CHARLOTTE, NC 28260 | | | $26,670.07 | (Unsecured Claim) | $30,988.94 | (Unsecured Claim) | | |
| Official Claim Date:  12/4/2009 | | | $30,988.94 | (Total Claim) | $30,988.94 | (Total Claim) | | |

Note:  This claim relates to an executory contract and is not entitled to administrative expense treatment under the Bankruptcy Code.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HANS BAUER | 19695 | Motors Liquidation Company | $12,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| DR MAX STR 3 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| D - GRUENWALD DE 82031 GERMANY | | | | | | | | |
| GERMANY | | | $0.00 | (Unsecured Claim) | $12,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/4/2009 | | | $12,000.00 | (Total Claim) | $12,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HAWTHORNE RUTH | 10192 | Motors Liquidation Company | $10,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| HAWTHORNE, RUTH | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 3918 N 61ST ST | | | | | | | | |
| MILWAUKEE, WI 53216 | | | $0.00 | (Unsecured Claim) | $10,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  10/14/2009 | | | $10,000.00 | (Total Claim) | $10,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JAMES WILLIAMS SR | 70046 | Motors Liquidation Company | $5,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PO BOX 335 FAIRFIELD, CA 94533 | | | $5,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $10,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  2/19/2010 | | | $10,000.00 | (Total Claim) | $10,000.00 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtor's estates.  Accordingly, this
        claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JARED PARKER IRVING | 59789 | Motors Liquidation Company | $28,363.93 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 5080 20 AVE NE SUITE 15 SALMON ARM, BC V1E 1C4, CANADA CANADA | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $28,363.93 | (Unsecured Claim) | | |
| Official Claim Date:  11/27/2009 | | | $28,363.93 | (Total Claim) | $28,363.93 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim
amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JEMMS-CASCADE INC | 2805 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $4,631.50 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: CORPORATE OFFICER/AUTHORIZED AGENT SUSAN GALAT | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1886 LARCHWOOD DR | | | $0.00 | (Unsecured Claim) | $4,631.50 | (Unsecured Claim) | | |
| TROY, MI 48083 | | | | | | | | |
| | | | $4,631.50 | (Total Claim) | $4,631.50 | (Total Claim) | | |
| Official Claim Date:  10/2/2009 | | | | | | | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JEMMS-CASCADE INC | 2806 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $113.50 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: CORPORATE OFFICER/AUTHORIZED AGENT- SUSAN GALAT | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1886 LARCHWOOD DR | | | $0.00 | (Unsecured Claim) | $113.50 | (Unsecured Claim) | | |
| TROY, MI 48083 | | | | | | | | |
| | | | $113.50 | (Total Claim) | $113.50 | (Total Claim) | | |
| Official Claim Date:  10/2/2009 | | | | | | | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JOHN AND FRANCES FRANCATI | 8415 | Motors Liquidation Company | $15,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 205 SANDRA DR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| SYRACUSE, NY 13212 | | | $0.00 | (Unsecured Claim) | $15,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  10/12/2009 | | | $15,000.00 | (Total Claim) | $15,000.00 | (Total Claim) | | |

Note:   Claimant does not provide basis or other documentation for asserting secured claim.  Accordingly, this claim should be reclassified as a general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KOWALSKI, EDWARD E | 8292 | Motors Liquidation Company | $42.36 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1544 SUFFOLK AVE | | | $42.36 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| WESTCHESTER, IL 60154 | | | $0.00 | (Unsecured Claim) | $84.72 | (Unsecured Claim) | | |
| Official Claim Date:  10/12/2009 | | | $84.72 | (Total Claim) | $84.72 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not secured by property of the Debtors' estates nor is it entitled to priority status.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

191st Omnibus Objection

**Exhibit A**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LYLE L LENHART | 69450 | Remediation And Liability Management Company, Inc. | $350,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1470 W ALEXIS RD | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| TOLEDO, OH 43612 | | | $0.00 | (Unsecured Claim) | $350,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  12/16/2009 | | | $350,000.00 | (Total Claim) | $350,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARTIN, LINDA A | 30245 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $1,020.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 2205 NE SCANDIA DR APT E-411 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| KANSAS CITY, MO 64118 | | | $0.00 | (Unsecured Claim) | $1,020.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/19/2009 | | | $1,020.00 | (Total Claim) | $1,020.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment
           under the Bankruptcy Code

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MORAN, VERA WILLIAMS | 4345 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| RR 1 BOX 121A HAMBLETON, WV 26269 | | | $240,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $240,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/5/2009 | | | $240,000.00 | (Total Claim) | $240,000.00 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors; therefore, it is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MR DANNY C SIMMONS | 69779 | Motors Liquidation Company | $10,589.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 79 MARY DAY AVE PONTIAC, MI 48341 | | | $8,500.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $18,900.00 | (Unsecured Claim) | $37,989.00 | (Unsecured Claim) | | |
| Official Claim Date: 1/14/2010 | | | $37,989.00 | (Total Claim) | $37,989.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates, nor is it entitled to priority status.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MR EARLY SCOTT | 69976 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 488 FOX HILLS DR S APT 3 BLOOMFIELD, MI 48304 | | | $103,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $103,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 2/3/2010 | | | $103,000.00 | (Total Claim) | $103,000.00 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors; therefore, it is not entitled to priority status.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MR ERIC R KNIGHT | 70102 | Motors Liquidation Company | $2,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1238 LIZA BLVD PONTIAC, MI 48342 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $2,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  3/2/2010 | | | $2,000.00 | (Total Claim) | $2,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| MR TIMOTHY W HILL | 70030 | Motors Liquidation Company | $32,371.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 376 BEACH ST MOUNT MORRIS, MI 48458 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $77,629.00 | (Unsecured Claim) | $110,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  2/12/2010 | | | $110,000.00 | (Total Claim) | $110,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| MS ANN E ASH | 69768 | Motors Liquidation Company | $6,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 61 PARKER AVE MASSENA, NY 13662 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $6,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  1/12/2010 | | | $6,000.00 | (Total Claim) | $6,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

191st Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NOLIE V BURTON | 17969 | MLCS, LLC | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| 1002 N WARD RD | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| RAYMORE, MO 64083 | | | $3,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| Official Claim Date:  10/30/2009 | | | $0.00 | (Unsecured Claim) | $3,000.00 | (Unsecured Claim) | | |
| | | | $3,000.00 | (Total Claim) | $3,000.00 | (Total Claim) | | |

 Note:  This claim relates to a dealership not owned by MLC; therefore, it is not entitled to priority status.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| OZRE GREENVILLE LLC | 44868 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 150 EXECUTIVE CENTER DRIVE, #B10 | | | $110,447.65 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| GREENVILLE, SC 29615 | | | $0.00 | (Unsecured Claim) | $110,447.65 | (Unsecured Claim) | | |
| Official Claim Date:  11/24/2009 | | | $110,447.65 | (Total Claim) | $110,447.65 | (Total Claim) | | |

 Note:  This claim relates to an executory contract and is not entitled to priority status.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| RHODRICK HARDEN | 1976 | Motors Liquidation Company | $5,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 1568 LORETTA AVENUE | | | $5,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| COLUMBUS, OH 43211 | | | $5,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  10/1/2009 | | | $15,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SAILRAIL AUTOMATED SYSTEMS INC | 28586 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $25,860.82 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 6 3200 14TH AVE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| MARKHAM CANADA ON L3R 0H8 CANADA | | | | | | | | |
| CANADA | | | $0.00 | (Unsecured Claim) | $25,860.82 | (Unsecured Claim) | | |
| Official Claim Date:  11/17/2009 | | | $25,860.82 | (Total Claim) | $25,860.82 | (Total Claim) | | |

Note:  This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SAUNDRA ROBERTS | 70352 | Motors Liquidation Company | $35,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 15505 LINDSAY | | | $25,000.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DETROIT, MI 48227 | | | $15,000.00 | (Unsecured Claim) | $75,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  7/22/2010 | | | $75,000.00 | (Total Claim) | $75,000.00 | (Total Claim) | | |

Note:  This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SERETTA HARRIS | 64236 | Motors Liquidation Company | $779.39 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 4514 CARRIE AVE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ST LOUIS, MO 63115 | | | $0.00 | (Unsecured Claim) | $779.39 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $779.39 | (Total Claim) | $779.39 | (Total Claim) | | |

Note:  This claim is for goods and/or services and is not secured by property of the Debtors' estates.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SHAMIKA YOUNG | 70389 | Motors Liquidation Company | $8,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 50 LEE RD 620 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| AUBURN, AL 36832 | | | | | | | | |
| UNITED STATES OF AMERICA | | | $44,000.00 | (Unsecured Claim) | $52,000.00 | (Unsecured Claim) | | |
| Official Claim Date:  8/24/2010 | | | $52,000.00 | (Total Claim) | $52,000.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SHARON YOUNGER | 17478 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 7305 WEST 33RD AVE | | | $1,760.76 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| WHEAT RIDGE, CO 80033 | | | | | | | | |
| | | | $0.00 | (Unsecured Claim) | $1,760.76 | (Unsecured Claim) | | |
| Official Claim Date:  10/29/2009 | | | $1,760.76 | (Total Claim) | $1,760.76 | (Total Claim) | | |

Note:   This claim relates to the claimant's personal GM credit card bill; therefore, It is not entitled to priority status

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SMITH, ASHLEY | 63172 | Motors Liquidation Company | $4,075.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $4,075.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 645 NEBRASKA AVE KANSAS CITY, KS 66101 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $8,150.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/28/2009 | | | $8,150.00 | (Total Claim) | $8,150.00 | (Total Claim) | | |

Note:   This claim arises from litigation against the Debtors.  It is not secured by property of the Debtors' estates, and it is not entitled to an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code.  Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | | | | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SMITH, FREDDIE | 64505 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $5,540.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 15027 ASHLAND AVE HARVEY, IL 60426 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $5,540.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $5,540.00 | (Total Claim) | $5,540.00 | (Total Claim) | | |

Note:   This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

191st Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| STEVEN MARTIAN | 62877 | Motors Liquidation Company | $2,500.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| 2126 COULEE DRIVE N |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| Mandan, ND 58554 UNITED STATES OF AMERICA |  |  | $0.00 | (Unsecured Claim) | $2,500.00 | (Unsecured Claim) |  |  |
| Official Claim Date:  11/28/2009 |  |  | $2,500.00 | (Total Claim) | $2,500.00 | (Total Claim) |  |  |

Note:   This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| THOMAS, DEMORRIS | 5579 | Motors Liquidation Company | $120,456.12 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| C/O WILEY DEMORRIS 2531 MORNING GLORY LN |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| LAWRENCEVILLE, GA 30044 |  |  | $19,600.00 | (Unsecured Claim) | $140,056.12 | (Unsecured Claim) |  |  |
| Official Claim Date:  10/7/2009 |  |  | $140,056.12 | (Total Claim) | $140,056.12 | (Total Claim) |  |  |

Note:   Claimant does not provide basis or other documentation for asserting secured claim.  Accordingly, this claim should be reclassified as a general unsecured claim.

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

### *CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WALDA DALE V DBA LOCKWORKS SUPPLY | 7670 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $1,688.50 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: CORPORATE OFFICER/AUTHORIZED AGENT 1522 WEST US 36 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PENDLETON, IN 46064 | | | $0.00 | (Unsecured Claim) | $1,688.50 | (Unsecured Claim) | | |
| Official Claim Date: 10/9/2009 | | | $1,688.50 | (Total Claim) | $1,688.50 | (Total Claim) | | |

Note: This claim is for goods and/or services provided by an outside vendor and is not entitled to administrative expense treatment under the Bankruptcy Code

| *CLAIMS TO BE RECLASSIFIED* | 44 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | $15,539,430.09 | (Secured Claim) | $0.00 | (Secured Claim) | | |
| | | | $80,902.48 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $2,123,616.76 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $7,900,440.89 | (Unsecured Claim) | $25,481,822.72 | (Unsecured Claim) | | |
| | | | $25,644,390.22 | (Total Claim) | $25,481,822.72 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

191st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ATEL LEASING CORPORATION, AS AGENT | 70438 | Motors Liquidation Company | $35,347.69 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $11,913.18 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN V MORAIS OR R WILDER 600 CALIFORNIA STREET, 6TH FLOOR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| SAN FRANCISCO, CA 94108 | | | $116,180.00 | (Unsecured Claim) | $163,440.87 | (Unsecured Claim) | | |
| Official Claim Date: 9/30/2010 | | | $163,440.87 | (Total Claim) | $163,440.87 | (Total Claim) | | |

Note:  This claim relates to an executory contract and is not secured by property of the Debtor's estates nor is it entitled to administrative expense treatment under the Bankruptcy Code.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NOREEN GLASPIE | 16805 | Motors Liquidation Company | $128,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 196 PARKWAY DR DAVISON, MI 48423 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $128,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 10/27/2009 | | | $128,000.00 | (Total Claim) | $128,000.00 | (Total Claim) | | |

Note:  This claim relates to a mortgage note with GMAC. It is note secured by the property of the Debtors' estates.

| *OBJECTION ADJOURNED* | 2 | | $163,347.69 | (Secured Claim) | $0.00 | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $11,913.18 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $116,180.00 | (Unsecured Claim) | $291,440.87 | (Unsecured Claim) | | |
| | | | $291,440.87 | (Total Claim) | $291,440.87 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE INC | 65879 | Motors Liquidation Company | $9,850.58 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN ROBIN ZEIDEL 1111 WESTCHESTER AVENUE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| WHITE PLAINS, NY 10604 | | | $87,972.16 | (Unsecured Claim) | $97,822.74 | (Unsecured Claim) | | |
| Official Claim Date: 11/20/2009 | | | $97,822.74 | (Total Claim) | $97,822.74 | (Total Claim) | | |

Note: This claim relates to an executory contract and is not secured by property of the Debtors' estates nor is it entitled to priority status.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TCF EQUIPMENT FINANCE INC F/K/A LEASING INC | 1380 | Motors Liquidation Company | $113,876.45 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN WORKOUT GROUP 11100 WAYZATA BLVD STE 801 | | | $10,122.16 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| MINNETONKA, MN 55305 | | | $0.00 | (Unsecured Claim) | $123,998.61 | (Unsecured Claim) | | |
| Official Claim Date: 8/31/2009 | | | $123,998.61 | (Total Claim) | $123,998.61 | (Total Claim) | | |

Note: This claim relates to an executory contract and is not secured by property of the Debtors' estates nor is it entitled to priority status.

| *OBJECTION WITHDRAWN* | **2** | | **$123,727.03** | (Secured Claim) | **$0.00** | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|
| | | | **$0.00** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) | | |
| | | | **$10,122.16** | (Priority Claim) | **$0.00** | (Priority Claim) | | |
| | | | **$87,972.16** | (Unsecured Claim) | **$221,821.35** | (Unsecured Claim) | | |
| | | | **$221,821.35** | (Total Claim) | **$221,821.35** | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.