**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| BEATE KREMBZOW STEINKLEESTRA E 20 A 60435 FRANKFURT GERMANY GERMANY | 23532 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $44,000.00 (U) $44,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| BEATE KREMBZOW STEINKLEESTRA E 20 A 60435 FRANKFURT GERMANY GERMANY | 28649 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $44,000.00 (U) $44,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| CAROLINE JOISTEN STEINKLEESTRA E 20 A 60435 FRANKFURT GERMANY GERMANY | 23531 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $27,600.00 (U) $27,600.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

# Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| CAROLINE JOISTEN STEINKLEESTRA E 20 A 60435 FRANKFURT 60435 FRANKFURT GERMANY GERMANY | 28648 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $27,600.00  (U) $27,600.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171942757 - 7.25% Notes due July 3, 2013 |
| HANNA KJAER-GREGER BUEDINGER STRASSE 7 60435 FRANKFURT/M  GERMANY GERMANY | 23086 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $122,000.00  (U) $122,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| HANNA KJAER-GREGER BUEDINGER STRASSE 7 60435 FRANKFURT/M GERMANY GERMANY | 25297 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $122,000.00  (U) $122,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| HILDE LUKAT AM ALTEN HAFEN 115 27568 BREMERHAVEN GERMANY GERMANY | 23080 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $52,500.00 (U) $52,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| HILDE LUKAT AM ALTEN HAFEN 115 27568 BREMERHAVEN GERMANY GERMANY | 23302 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $52,500.00 (U) $52,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 |
| PHILIP JOISTEN STEINKLEESTRA E 20 A 60435 FRANKFURT GERMANY GERMANY | 23530 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $29,500.00 (U) $29,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171942757 - 7.25% Notes due July 3, 2013 |
| PHILIP JOISTEN STEINKLEESTRA E 20 A 60435 FRANKFURT GERMANY GERMANY | 28647 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $29,500.00 (U) $29,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| **Claims to be Disallowed and Expunged Totals** | 10 | | $0.00   (S) | | | |
| | | | $0.00   (A) | | | |
| | | | $0.00   (P) | | | |
| | | | $551,200.00   (U) | | | |
| | | | $551,200.00   (T) | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ALEXANDRA BLANKENHORN<br>KLOSBACHSTRASSE 24<br>8032 ZURICH  SWITZERLAND<br>SWITZERLAND | 64184 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$72,596.00   (U)<br>$72,596.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| ANDREAS GUTSCHY<br>13/78 PARADISE VILLA<br>SOI KAOWMAKOK,NONGPRUE<br>BANGLAMUNG CHONBURI PATTAYA THAILAND<br>THAILAND | 18072 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$678,740.00   (P)<br>$678,740.00   (U)<br>$1,357,480.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442AT2 - 7.75% Discount Debentures due March 15, 2036<br><br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| ANDREAS GUTSCHY<br>13/78 PARADISE VILLA<br>SOI KAOWMAKOK NONGPRUE<br>BANGLAMUNG CHONBURI<br>PATTAYA  THAILAND<br>THAILAND | 61098 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$725,400.00   (U)<br>$725,400.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442AT2 - 7.75% Discount Debentures due March 15, 2036<br><br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ANGELOS MICHOS, VASILIKI PAPADOPOULOU, IRANNIS MICHOS, GEORGIOS MICHOS 218 EFYINOU PONPOU ST, NEA SMIRNI, 17123, GREECE GREECE | 18830 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $430,000.00  (U) $430,000.00  (T) Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 |
| ANNETTE TOBIA 728 THORNINGTON DR ROSWELL, GA 30075 | 28078 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $10,000.00  (U) $10,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture UNKNOWN - Unknown Bond Holder |
| ANTONIO SAPONARO C/O ANTONIO SAPONARO_EDIFICIO "MISTRAL" 2-PLANTA-INT 14 PUERTO DE MOGAN GRAN CANARIA - ESPANA SPAIN SPAIN | 19307 | Motors Liquidation Company | Foreign Currency Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033 XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ANTONIO SAPONARO<br>EIDFICIO MISTRAL<br>2 A PLANTA - INT 14<br>PUERTO DE MOGAN GRAN CANARIA  ESPANA<br>SPAIN | 19308 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$550,000.00  (U)<br>$550,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| BANCA CREMONESE CREDITO COOPERATIVO SOCIETA COOPERATIVA<br>ATTN LAURA FRANZOSI/CLAUDIA GHIRALDI<br>VIA PREJER 10<br>26020 CASALMORANO (CR)  ITALIA<br>ITALY | 65923 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$313,851.87  (U)<br>$313,851.87  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DE BARLASSINA (MILANO) SOCIETA COOPERATIV<br>ATTN GRAZIA PONTIGGIA/ROBERTO MORELLI<br>VIA C COLUMBO 1/3<br>20030 BARLASSINA (MI)  ITALIA<br>ITALY | 65919 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$451,425.20  (U)<br>$451,425.20  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| BANCA DI CREDITO COOPERATIVO DI CARATE BRIANZA SOCIETA COOPERATIVA<br>ATTN MICHELE BRENNA<br>VIA CUSANI 6<br>20048 CARATA BRIANZA (MI)  ITALIA<br>ITALY | 65921 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$428,209.47  (U)<br>$428,209.47  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI CHERASCO SOCIETA COOPERATIVA<br>ATTN SARA CHESSA / ALESSANDRA MOGNA<br>VIA BRA 15<br>RORETO DI CHERASCO (CN) ITALIA<br>ITALY | 65925 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$698,814.98  (U)<br>$698,814.98  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANK LEUMI USA<br>562 FIFTH AVENUE<br>NEW YORK, NY 10036 | 65806 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| BANK OF SINGAPORE LTD FKA ING ASIA PRIVATE BANK LIMITED<br><br>9 RAFFLES PLACE, #08-01, REPUBLIC PLAZA<br>ATTN MR ERIC TEH, HEAD OF LEGAL<br>MR DANIEL SIA, HEAD OF SECURITIES OPERATIONS<br>SINGAPORE 048619<br>SINGAPORE | 13030 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,423,183.00  (U)<br><br>$1,423,183.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AT2 - 7.75% Discount Debentures due March 15, 2036<br><br>370442AU9 - 7.70% Debentures due April 15, 2016<br><br>370442BB0 - 7.20% Notes due January 15, 2011<br><br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BERND UND CLAUDIA ENGELHARD<br>LEUZENBERGER STR 17<br>91244 REICHENSCHWAND GERMANY<br>GERMANY | 63287 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$2,370.00  (U)<br><br>$2,370.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BORDIER & CIE<br>16 RUE DE HOLLANDE<br>1204 GENEVA  SWITZERLAND<br>SWITZERLAND | 59926 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$473,958.00  (U)<br><br>$473,958.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| C I K  INVESTMENTS S A<br>EURIPIDOU STREET  56<br>VOLOS GR 38333 GREECE<br>GREECE | 61675 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$600,000.00  (U)<br>$600,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| C I K  INVESTMENTS S A<br>56 EVRIPIDOU ST<br>38333 VOLOS GREECE<br>GREECE | 20715 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$600,000.00  (U)<br>$600,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| C.I.K. INVESTMENTS S.A.<br>56 EVRIPIDOU STREET<br>383 33 VOLOS, GREECE<br>GREECE | 20713 | Motors Liquidation Company | Foreign Currency<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| CAROUSEL HOLDINGS LLC 517, SOUTH HIGHLAND DRIVE MUSTANG, OK 73064 UNITED STATES OF AMERICA | 60548 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $245,180.17 (U) $245,180.17 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AU9 - 7.70% Debentures due April 15, 2016 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| CASSA RAIFFEISEN MERANO - SOCIETA COOPERATIVA ATTN: PETER GRUBER/DOTT MARTIN KLOTZNER CORSO LIBERTA 40 39012 MERANO (BZ) ITALIA ITALY | 65909 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $41,546.82 (U) $41,546.82 (T) Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 |
| CHRISTOF ZITTA UNTERWEIDACH 5 6341 EBBS AUSTRIA AUSTRIA | 61612 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $42,090.00 (U) $42,090.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| CLELIA SAPONARO<br>CALLE NAYRA 152<br>APARTADO DE CORREO 116<br>35120 ARGUINE GUIN (MOGAN) LAS PALMAS DE GRAN CANARIA<br>ESPANA<br>SPAIN | 29641 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$160,000.00  (U)<br>$160,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| CLELIA SAPONARO<br>CALLE NAYRA 152<br>APARTADO DE CORREO 116<br>35120 ARGUINEGUIN (MOGAN) LAS PALMAS DE GRAN CANARIA<br>ESPANA<br>SPAIN | 29642 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| DAMIAN GRUCA<br>BOSCHSTRASSE 1E<br>55283 NIERSTEIN, GERMANY<br>GERMANY | 22297 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,100.00  (U)<br>$15,100.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

192nd Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| DANIEL COHEN & SIMA R COHEN REVOCABLE LIVING TRUST DANIEL COHEN & SIMA R COHEN TTEES 7083 SUMMER TREE DRIVE BOYNTON BEACH, FL 33437 | 3015 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $110,000.00 (U) $110,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AJ4 - 8.80% Notes due March 1, 2021 370442BT1 - 8.375% Senior Debentures due July 15, 2033 67759ABC2 - Industrial Revenue Bond-Ohio Water Development Aut |
| DARRELL & JANET RILEY PO BOX 75272 CHARLESTON, WV 25375 | 29213 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $9,639.32 (U) $9,639.32 (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture UNKNOWN - Unknown Bond Holder |
| DIRK H FESCH RUE MAX ROOS 22 1030 BRUSSELS BELGIUM BELGIUM | 18261 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $139,580.00 (U) $139,580.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 |
| DR FRANK ALTEMOLLER SEELINGSTRASSE 9 D-14059 BERLIN GERMANY GERMANY | 20738 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $32,873.01 (U) $32,873.01 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011 XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ERIKA JAROUDI<br>RAIMUNDSTR 70, 1 STOCK<br>FRANKFURT AM MAIN DE GERMANY 60431<br>GERMANY | 21929 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Foreign Currency<br><br>Unliquidated |
| EVA ESCHHOLZ<br>FUHRENKAMP 11<br>27721 RITTERHUDE GERMANY<br>GERMANY | 20675 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$621,417.20 (U)<br>$621,417.20 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| GERT AND GISELA FRANKE<br>IM EICHWALD 39<br>HEUSENSTAMM 63150 GERMANY<br>GERMANY | 17504 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Foreign Currency<br><br>Unliquidated |
| GISELA STUZKY-STOCKHARDT<br>PARKSTRASSE 15<br>D 65189 WIESBADEN GERMANY<br>GERMANY | 30024 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,496.93 (U)<br>$27,496.93 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| GUY A SHEPPARD 1209 MISSION HILLS COLLEGE STATION, TX 77845 | 2160 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $97,250.00  (U) $97,250.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044 UNKNOWN - Unknown Bond Holder |
| HANS HOCHOLZER AM STEINBERG 8 91244 REICHENSCHWAND GERMANY GERMANY | 63286 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $2,261.00  (U) $2,261.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013 XS0171942757 - 7.25% Notes due July 3, 2013 |
| HANS MICHAEL SHAEFER MENZELWEG 1 69257 WIESENBACH GERMANY GERMANY | 19303 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $476,594.16  (U) $476,594.16  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033 XS0171943649 - 8.375% Notes due July 5, 2033 |
| HOU LI ANTONLANGERGASSE 46/2/1 1130 VIENNA AUSTRIA AUSTRIA | 61782 | Motors Liquidation Company | Foreign Currency Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013 XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| INGRID TANGERMANN<br>WALDSTR 15<br>21465 REINBEK, GERMANY<br>GERMANY | 16602 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| ISRAEL DISCOUNT BANK OF NEW YORK<br>MICHAEL DERLE FIRST VICE PRESIDENT<br>511 FIFTH AVENUE<br>2ND FLOOR TREASURY OPERATIONS<br>NEW YORK, NY 10017 | 65880 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$31,426,000.00   (U)<br>$31,426,000.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442AJ4 - 8.80% Notes due March 1, 2021<br><br>370442AN5 - 9.40% Debentures due July 15, 2021<br><br>370442AR6 - 7.40% Debentures due September 1, 2025<br><br>370442AU9 - 7.70% Debentures due April 15, 2016<br><br>370442BB0 - 7.20% Notes due January 15, 2011<br><br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| JANE T CAMPBELL TTEE<br>DEFINED BENEFIT PLAN FBO<br>JANE T CAMPBELL<br>1/1/1994<br>330 ELM STREET #2<br>NEW CANAAN, CT 06840 | 18470 | Motors Liquidation Company | $10,000.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$10,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>VARIOUS - Wilmington Trust - Not Specified |
| JOSEF DERZAVICH GURVICH<br>BOSQUE DE TAMARTNDOS 45-3<br>BOSQUE DE LAS LOMAS 05120 CP<br>CUAJIMAL PA D.F.<br>MEXICO<br>MEXICO | 22457 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| JOSEF ERBACHER<br>SCHUBERSTRASSE 224<br>76344 EGGENSTEIN- LEO GERMANY<br>GERMANY | 30272 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| JOSEPH POPPER<br>7201 NEW JERSEY AVE<br>WILDWOOD CREST, NJ 08260 | 18333 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,347.46 (U)<br>$9,347.46 (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - Not Specified<br><br>UNKNOWN - Unknown Bond Holder |
| JOSEPH S BROMBERG<br>425 FOREST AVE<br>NEW ROCHELLE, NY 10804 | 18958 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,031.41 (U)<br>$10,031.41 (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |
| KURT WIESINGER<br>FISCHERSTIEGE 9/8<br>4-1010 VIENNA AUSTRIA<br>AUSTRIA | 61549 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,938.40 (U)<br>$40,938.40 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AT2 - 7.75% Discount Debentures due March 15, 2036<br><br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| LARS HOLMSTOEL<br>PUSCHOWER STR 43<br>D 18239 HEILIGENHAGEN GERMANY<br>GERMANY | 26707 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| MAREIKE WEHRHEIM<br>IM GRUND 2<br>75181 PFORZHEIM GERMANY<br>GERMANY | 20765 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,443.60 (U)<br>$48,443.60 (T) | | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| MARGARETH KOPFSGUTER<br>SEISERLEITE 36<br>NEUSTIFT<br>39040 VAHRN ITALY<br>ITALY | 29103 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$493,581.25 (U)<br>$493,581.25 (T) | | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| MARGARETH KOPFSGUTER<br>SEISERLEITE 36<br>NEUSTIFT<br>I-39040 VAHRN ITALY<br>ITALY | 39006 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$493,581.25 (U)<br>$493,581.25 (T) | | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MARKUS KREEB<br>AUF DEM STUMPELROTT 58<br>D-50999 KOELN GERMANY<br>GERMANY | 27816 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$33,571.95  (U)<br>$33,571.95  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| MARVIN LEBMAN<br>PO BOX 310004<br>SAN ANTONIO, TX 78213 | 3197 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$25,000.00  (P)<br>$25,000.00  (U)<br>$50,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>677596AU2 - Industrial Revenue Bond-State of Ohio |
| MR DANIEL J. MATTHEWS<br>5176 PORT AUSTIN RD<br>CASEVILLE, MI 48725 | 63311 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>594693AQ6 - Industrial Revenue Bond-Michigan Strategic Fund |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| MS&CO C/F<br>NORMAN BILOW<br>IRA ROLLOVER DATED 05/21/01<br>16685 CALNEVA DR<br>ENCINO, CA 91436 | 4909 | Motors Liquidation Company | $20,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$20,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |
| N.V. TRUSTMAATSCHAPPIJ VAN BANCO DI CARIBE<br>SCHOTTEGATWEG OOST 205<br>CURACAO NETHERLANDS ANTILLES<br>NETHERLANDS ANTILLES | 28382 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$285,000.00  (U)<br>$285,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |
| NICOLAS PATRICK HARNIST<br>MARIA HARNIST JT TEN<br>901 BRICKELL KEY BLVD APT 304<br>MIAMI, FL 33131 | 44594 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,055.10  (U)<br>$31,055.10  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| NORMAN D FINKEL<br>FINKEL MARTWICK & COLSON PC<br>203 N LASALLE ST, 15TH FL<br>CHICAGO, IL 60601 | 28667 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442691 - 1.50% Series D Convertible Senior Debentures due June<br>370442717 - 6.25% Series C Convertible Senior Debentures due July<br>370442733 - 5.25% Series B Convertible Senior Debentures due Marc<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>VARIOUS - Wilmington Trust - Unknown |
| | | | Unliquidated | | | |
| NORMAN D FINKEL<br>203 N LASALLE ST<br>CHICAGO, IL 60601 | 28668 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,008,500.00  (U)<br>$1,008,500.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442691 - 1.50% Series D Convertible Senior Debentures due June<br>370442717 - 6.25% Series C Convertible Senior Debentures due July<br>370442733 - 5.25% Series B Convertible Senior Debentures due Marc<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>VARIOUS - Wilmington Trust - Unknown |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| NORMAN FINKEL<br>C/O LAW OFFICES<br>FINKEL, MARTWICK & COLSON, PC<br>203 NORTH LA SALLE ST 15TH FLOOR<br>CHICAGO, IL 60601 | 28666 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442691 - 1.50% Series D Convertible Senior Debentures due June<br><br>370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>370442733 - 5.25% Series B Convertible Senior Debentures due Marc<br><br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>VARIOUS - Wilmington Trust - Unknown |
| | | | Unliquidated | | | |
| PAUL COOPER & LAURA COOPER<br>3306 JAMES ST<br>PARKERSBURG, WV 26104 | 29212 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,874.25  (U)<br>$7,874.25  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |
| PAUL F GEYER<br>PO BOX 749<br>ROYAL OAK, MI 48068 | 11462 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$85,000.00  (U)<br>$85,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>594693AQ6 - Industrial Revenue Bond-Michigan Strategic Fund |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| PETIT MOULIN I<br>NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>LUXEMBOURG | 64742 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$163,472.00<br>$163,472.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| PETIT MOULIN II<br>NATIXIS PRIVATE BANKING<br>51 AVENUE JF KENNEDY<br>L-1855 LUXEMBOURG<br>LUXEMBOURG | 64743 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,447.20<br>$31,447.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| QATAR INSURANCE COMPANY<br>PO BOX 666<br>TAMIN STREET WEST BAY<br>DOHA QATAR<br>QATAR | 22328 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$750,000.00<br>$750,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| RBC C/F LAWRENCE WHITMAN IRA<br>RBC WEALTH MGT C/F LAWRENCE DAVID WHITMAN IRA<br>RR 1 BOX 79 A<br>RAVENSWOOD, WV 26164 | 29218 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$32,055.00<br>$32,055.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| RBC WEALTH MGT C/F GARY FOULKS<br>GARY FOULKS IRA<br>23 DYES DR<br>WASHINGTON, WV 26181 | 29224 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000.00  (U)<br>$40,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |
| RICHARD VON RHEINBABEN<br>HEIMGARTENSTR 7<br>TUTZING 82327 GERMANY<br>GERMANY | 27542 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$473,369.79  (U)<br>$473,369.79  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| ROBERT & GABRIELE MOOCK<br>HERDERSTRASSE 21<br>D-68766 HOCKENHEIM GERMANY<br>GERMANY | 19017 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$192,716.50  (U)<br>$192,716.50  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| ROBERT G AND YVONNE RYDER<br>3431 OLDERIDGE NE<br>GRAND RAPIDS, MI 49525 | 6142 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$70,000.00  (P)<br>$0.00  (U)<br>$70,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>594693AQ6 - Industrial Revenue Bond-Michigan Strategic Fund |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ROLAND AND MARGRIT BISCHOFF SONNENWENDSTR 38 67098 BAD DURKHEIM GERMANY GERMANY | 3509 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| ROLAND AND MARGRIT BISCHOFF SONNENWENDSTR 38 67098 BAD DURKHEIM GERMANY GERMANY | 3511 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| ROMAN STECHER SEISERLEITE 36 NEUSTIFT 39040 VAHRN ITALY ITALY | 29104 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$493,581.25  (U)<br>$493,581.25  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 22

192nd Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ROMAN STECHER SEISERLEITE 36 NEUSTIFT I-39040 VAHRN ITALY ITALY | 39005 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $493,581.25  (U) $493,581.25  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 XS0171943649 - 8.375% Notes due July 5, 2033 |
| RUTH E DOTSON (IRA) FCC AS CUSTODIAN 7330 FLORAL CIR W LAKELAND, FL 33810 | 7847 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $3,315.00  (U) $3,315.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052 UNKNOWN - Unknown Bond Holder |
| SEILER, THOMAS COMDIRECT BANK AG PASCALKEHRE 15 25451 QUICKBORN, GERMANY GERMANY | 1374 | Motors Liquidation Company | Foreign Currency Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 370442BT1 - 8.375% Senior Debentures due July 15, 2033 370442BW4 - 8.25% Senior Debentures due July 15, 2023 XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| SELLA BANK LUXEMBOURG S.A<br>4 BOULEVARD ROYAL<br>L-2449 LUXEMBOURG<br>LUXEMBOURG | 29934 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| | | | Foreign Currency | | | |
| | | | Unliquidated | | | |
| ST MARK UNITED METHODIST CHURCH<br>3942 LA COCHINA ROAD<br>SANTA BARBARA, CA 93110 | 44854 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,330.00  (U)<br>$2,330.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>UNKNOWN - Unknown Bond Holder |
| THEWALT MARIANNE<br>AM TIEMEN 12<br>D-58452 WITTEN GERMANY<br>GERMANY | 63447 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| | | | Foreign Currency | | | |
| | | | Unliquidated | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| THOMAS HEINE<br>COLLEGE RING 3<br>28759 BREMEN GERMANY<br>GERMANY | 23949 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,870.38  (U)<br>$8,870.38  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| THOMAS SEILER<br>COMDIRECT BANK AG<br>PASCALLEHRE 15<br>QUICKBORN GERMANY 25451<br>GERMANY | 23205 | Motors Liquidation Company | Foreign Currency<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| URS KEMPF<br>EICHHOLZWEG 5C<br>6312  STEINHAUSEN<br>SWITZERLAND | 62089 | Motors Liquidation Company | Foreign Currency<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | UNKNOWN - Unknown Bond Holder<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| WBL HOLDING GMBH<br>ACHENBACHSTR 55<br>D-40237 DUESSELDORF GERMANY<br>GERMANY | 63813 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$52,000.00  (U)<br>$52,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| WBL HOLDING GMBH<br>ACHENBACHSTR 55<br>D-40237 DUESSELDORF GERMANY<br>GERMANY | 63814 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$163,000.00  (U)<br>$163,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| WBL HOLDING GMBH<br>ACHENBACHSTR 55<br>D-40237 DUESSELDORF GERMANY<br>GERMANY | 63815 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$215,000.00  (U)<br>$215,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

192nd Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| WILHELM UNGEHEUER IPTINGER WEG 1 D-70499 STUTTGART GERMANY GERMANY | 58971 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $60,890.82  (U) $60,890.82  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |

| | | | | |
|---|---|---|---|---|
| **Claims to be Disallowed and Expunged Totals** | 83 | **$44,800.00**  (S) | | |
| | | **$0.00**  (A) | | |
| | | **$797,240.00**  (P) | | |
| | | **$50,417,348.28**  (U) | | |
| | | **$51,259,388.28**  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.