**193rd Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| ALEKSANDER & WALDEMAR MALINOWSKI, MDS  SECHSHAUSERSTRASSE 88-82/2/12  1150 WIEN (VIENNA) AUSTRIA  AUSTRIA | 68079 | Motors Liquidation Company | $0.00 (S)  $0.00 (A)  $0.00 (P)  $125,000.00 (U)  $125,000.00 (T)  Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011  370442BS3 - 7.125% Senior Notes due July 15, 2013  XS0171942757 - 7.25% Notes due July 3, 2013 |
| ALEKSANDER AND WALDEMAR MALINOWSKI  SECHSHAUSERSTRASSE 88-92/2/12  1150 WIEN VIENNA AUSTRIA  AUSTRIA | 68493 | Motors Liquidation Company | Foreign Currency  Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011  370442BS3 - 7.125% Senior Notes due July 15, 2013  XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| | |
|---|---|
| 193rd Omnibus Objection | **Motors Liquidation Company, et al.** |
| | **Exhibit A** |
| | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ANDORRA GRUP AGRICOL REIG, SA<br>C/O LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVENUE<br>ATTN: S JASON TEELE, ESQ<br>ROSELAND, NJ 07068 | 66205 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,770,189.58  (U)<br>$5,770,189.58  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br>370442AN5 - 9.40% Debentures due July 15, 2021<br>370442AT2 - 7.75% Discount Debentures due March 15, 2036<br>370442AV7 - 8.10% Debentures due June 15, 2024<br>370442AZ8 - 6.75% Debentures due May 1, 2028<br>370442BB0 - 7.20% Notes due January 15, 2011<br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA ADIGE PO CREDITO COOPERATIVO LUSIA<br>SOCIETA COOPERATIVA VIALE EUROPA 95<br>ATTN OLIVO PERZOLLA<br>45020 LUSIA RO ITALIA<br>ITALY | 66038 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,756,608.83  (U)<br>$2,756,608.83  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| BANCA CASSA DI RISPARMTO DI SAVIGLIANO S P A<br>ATTN SILVIA DARO<br>PIAZZA DEL POPOLO 15<br>12038 SAVIGLIANO CN ITALIA<br>ITALY | 66040 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$518,282.60 (U)<br>$518,282.60 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DE CREDITO COOPERATIVO DELLE PREALPI SOCIETA COOPERATIVA<br>VIA ROMA 87<br>ATTN STEFANO MORINI<br>31020 TARZO (TV) ITALY<br>ITALY | 65981 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$292,556.86 (U)<br>$292,556.86 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CARNIA E GEMONESE CREDITO COOPERATIVO SOCIETA COOPERATIVA  ATTN PAOLO PERESSINI / ALBERTO BROLLO<br>VIA CARNIA LIBERA 1944 25<br>33028 TOLMEZZO UD ITALIA<br>ITALY | 66021 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,162.54 (U)<br>$33,162.54 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| | | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| BANCA DI CREDITO COOPERATIVO DEL CARSO-ZADRUZNA KRASKA BANKA SOCIETA COOPERATIVA ATTN: RADIVOJ RACMAN VIA DEL RICREATORIO 2 34151 TRIESTE (TS) ITALIA ITALY | 66002 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $78,827.26 (U) $78,827.26 (T) Unliquidated | Multiple Bondholder | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI CALCIO E DI COVO - SOCIETA COOPERATIVA VIA PAPA GIOVANNI XXIII N 51 ATTN GIOVANNA PREVITALI 24054 CALCIO ITALY ITALY | 65993 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $407,440.71 (U) $407,440.71 (T) Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI CIVITANOVA MARCHE E MONTECOSARO SOCIETA COOPERATIVA ATTN ANDREA PIERINI/LEOPOLDO RAPAGNANI VIALE MATTEOTTI N 8 62012 CIVITANOVA MARCHE (MC) ITALIA ITALY | 65927 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $1,813,988.14 (U) $1,813,988.14 (T) Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011 XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| BANCA DI CREDITO COOPERATIVO DI DOBERDO E SAVOGNA SOCIETA COOPERATIVA<br>ATTN KATIA PIRC/ CRISTINA KRAVOS<br>VIA ROMA 23<br>34070 DOBERDO DEL LAGO (GORIZIA) ITALIA<br>ITALY | 65988 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$142,083.06  (U)<br>$142,083.06  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI DOVERA E POSTINO SOCIETA<br>SOCIETA COOPERATIVA<br>VIA EUROPA 6/1<br>ATTN ISABELLA BONIZZI/STEFANIA BARZIZZA<br>26010 DOVERA CR ITALY<br>ITALY | 65983 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$101,930.80  (U)<br>$101,930.80  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI FIUGGI SOCIETA COOPERATIVA<br>ATTN PIETRO DUCA<br>VIA GARIBALDI 18<br>03014 FIUGGI ITALIA<br>ITALY | 66062 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$101,407.46  (U)<br>$101,407.46  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| BANCA DI CREDITO COOPERATIVO DI GRADARA SOCIETA COOPERATIVA<br>ATTN FABRIZIO REGGIANT/ CHRISTIAN FRANCHINI<br>VIA CATTOLICA 20<br>61012 GRADARA ITALIA<br>ITALY | 66063 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$395,707.91  (U)<br>$395,707.91  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI LESMO SOCIETA COOPERATIVA<br>ATTN CARLO BORSETTO<br>PIAZZA DANTE 21/22<br>20050 LESMO MI ITALY<br>ITALY | 66011 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$693,348.80  (U)<br>$693,348.80  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI PERGOLA - SOCIETA COOPERATIVA<br>VIALE MARTIRI DELLA LIBERTA 46/B<br>ATTN GIOVANNI LONDER<br>61045 PERGOLA ITALY<br>ITALY | 66024 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$96,576.48  (U)<br>$96,576.48  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| BANCA DI CREDITO COOPERATIVO DI POMPIANO E DELLA FRANCIACORTA<br>POMPIANO SOCIETA COOPERATIVE<br>ATTN PIETRO BIGNETTI<br>PIAZZA S ANDREA 12<br>25030 POMPIANO ITALIA<br>ITALY | 65984 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$58,444.58 (U)<br>$58,444.58 (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI PRATOLA PELIGNA SOCIETA COOPERATIVA<br>ATTN CATIA DE STEPHANIS<br>VIA ANTONIO GRAMSCI 136<br>67035 PRATOLA PELIGNA ITALIA<br>ITALY | 66060 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$398,064.23 (U)<br>$398,064.23 (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO DI S ELENA SOCIETA COOPERATIVA<br>ATTN LOREDANA MINGARDO<br>VIA ROMA 10<br>35040 S ELENA (PD) ITALIA<br>ITALY | 66005 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,381,151.23 (U)<br>$1,381,151.23 (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | | |
|---|---|---|---|---|---|---|
| **193rd Omnibus Objection** | | | | | | **Motors Liquidation Company, et al.** |
| | | | **Exhibit A** | | | **Case No. 09-50026 (REG), Jointly Administered** |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| BANCA DI CREDITO COOPERATIVO DI SAN GIOGIO E MEDUNO SOCIETA COOPERATIVA<br>ATTN ANDREA TREVISOL<br>VIA RICHINVELDA 4<br>33095 SAN GIORGIO DELLA RICHINVELDA  PN ITALIA<br>ITALY | 66036 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,281.49  (U)<br>$20,281.49  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO PORDENONESE SOCIETA COOPERATIVA<br>ATTN PIERANTONIO REDIVO<br>VIA TRENTO 1 3<br>33082 AZZANO DECIMO PN ITALY<br>ITALY | 65995 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,694,137.63  (U)<br>$5,694,137.63  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI CREDITO COOPERATIVO S VICENZO DE PAOLI DI CASAGIOVE -<br>SOCIETA COOPERATIVA PER AZIONI<br>VIA MADONNA DI POMPEI<br>ATTN ANGELA SANTORO<br>4 - 81022 CASAGIOVE ITALIA<br>ITALY | 65989 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$291,036.87  (U)<br>$291,036.87  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**                                **Exhibit A**                              **Motors Liquidation Company, et al.**
                                                                                                     Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| BANCA DI FORLI CREDITO COOPERATIVO SOCIETA COOPERATIVA<br>ATTN ANDREA GALLEGATI/ GABRIELE FABBRI<br>CORSO DELLA REPUBBLICA 2/4<br>47100 FORLI (FC) ITALIA<br>ITALY | 66018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$628,367.41 (U)<br>$628,367.41 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA DI VERONA CREDITO COOPERATIVO CADIDAVID SOCIETA COOPERATIVA PER AZIONI<br>VIA FORTE TOMBA 8<br>ATTN ANDREA CERADINI<br>FRAZ CA DI DAVID 37135 VERONA ITALY<br>ITALY | 66027 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$280,248.65 (U)<br>$280,248.65 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BANCA MALATESTIANA CREDITO COOPERATIVO - SOCIETA COOPERATIVA<br>VIA XX SETTEMBRE 63<br>ATTN STEFANO CLEMENTI/ BARBARA COLOMBINI<br>47900 RIMINI ITALY<br>ITALY | 65990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$472,043.32 (U)<br>$472,043.32 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| BANCA SAN GIORGIO E VALLE AGNO CREDITO COOPERATIVO DI FARA VICENTINO<br>SOCIETA COOPERATIVA<br>ATTN PASINI OTTORINO<br>VIA PERLENA 78<br>36030 SAN GIORGIO DI PERIENA VI ITALY<br>ITALY | 66068 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$287,079.85 (U)<br>$287,079.85 (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BILLY B BEST AND BARBARA H BEST<br>350 GRIGGS ACRES DRIVE<br>POINT HARBOR, NC 27964 | 67881 | Motors Liquidation Company | $50,000.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br>UNKNOWN - Unknown Bond Holder |
| CAROUSEL HOLDINGS LLC<br>517 S HIGHLAND DR<br>MUSTANG, OK 73064 | 68850 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$245,180.17 (U)<br>$245,180.17 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AU9 - 7.70% Debentures due April 15, 2016<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Motors Liquidation Company, et al.**

**Exhibit A**

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| CREDITO COOPERATIVO VALDINIEVOLE SOCIETA COOPERATIVA<br>ATTN ANNA BALDECCHI UFFICIO FINANZA<br>VIA UGO FOSCOLO 16/2<br>51016 MONTECATINI TERME (PT) ITALIA<br>ITALY | 66008 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$310,039.32 (U)<br>$310,039.32 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| CREDITO COOPERATIVO-CASSA RURALE ED ARTIGIANA DE LUCINICO FARRA E<br>CAPRIVA-SOCIETA COOPERATIVA<br>VIA VISINI 2 -<br>ATTN SANDRO LORENZUT / MAURIZIO FRANCO<br>34170 GORIZIA (GO) ITALIA<br>ITALY | 66039 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$141,298.87 (U)<br>$141,298.87 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| DIMITRA KOUROU<br>8 BIZANIOU STR<br>FILOTHEI 15237 GREECE<br>GREECE | 68775 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,984,080.00 (U)<br>$1,984,080.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| EMILBANCA CREDITO COOPERATIVO SOCIETA COOPERATIVA<br>ATTN LUIGI TACCHI<br>VIA MAZZINI 15<br>BOLOGNA 40138 ITALIA<br>ITALY | 66045 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,577,963.16 (U)<br>$1,577,963.16 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| ERSEL SIM FOR ITSELF & ON BEHALF OF ACCOUNTHOLDER & BENEFICIAL OWNER<br>VITTORIO MANNA<br>ERSEL SIM S P A<br>11 PIAZZA SOLFENNO<br>10121 TORINO ITALY<br>ITALY | 66318 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$212,790.00 (U)<br>$212,790.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| ERSEL SIM FOR ITSELF & ON BEHALF ON ITS ACCOUNTHOLDER & BENEFICIAL OWNER - VITTORIO MANNA<br>C/O JOHN E JURELLER JR<br>KLESTADT & WINTERS LLP<br>570 FASHION AVE FL 17<br>NEW YORK, NY 10018<br>UNITED STATES OF AMERICA | 67454 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$212,790.00 (U)<br>$212,790.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ERSEL SIM FOR ITSELF AND ON BEHALF OF ITS ACCOUNTHOLDER AND BENEFICIAL OWNER VITTORIO MANNA<br>11 PIAZZA SOLFERINO<br>10121 TORINO ITALY<br>ITALY | 66682 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$425,580.00  (U)<br>$425,580.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| ERSEL SIM FOR USE OF AND ON BEHALF OF ITS ACCOUNTHOLDER AND BENEFICIAL OWNER VITTORIO MANNA<br>ERSEL SIM SPA<br>11 PIAZZA SOLFERINO<br>10121 TORINO ITALY<br>ITALY | 67455 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$212,790.00  (U)<br>$212,790.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| HANS NIEDERMEYER<br>PINDAROU 11<br>106 73 ATHENS<br>GREECE | 67422 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$407,682.00  (U)<br>$407,682.00  (T) | Multiple Bondholder | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**193rd Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ROVIGOBANCA CREDITO COOPERATIVO SOC COOP<br>VIA CASALINI 10<br>ATTN BARBARA COSTA<br>45100 ROVIGO ITALY<br>ITALY | 65980 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,050,161.79 (U)<br>$9,050,161.79 (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| SWISS LIFE (LIECHTENSTEIN) AG<br>IN DER SPECKI 3<br>FL-9494 SCHAAN LIECHTENSTEIN<br>LIECHTENSTEIN | 69184 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$401,859.00 (U)<br>$401,859.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| **Claims to be Disallowed and Expunged Totals** | **39** | | **$50,000.00 (S)**<br>**$0.00 (A)**<br>**$50,000.00 (P)**<br>**$38,145,180.60 (U)**<br>**$38,245,180.60 (T)** | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.