194th Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| AASI CUST OF IRA FBO ROYAL B LAMBRIX 535 N 72ND AVE HART, MI 49420 | 3696 | Motors Liquidation Company | $0.00 $0.00 $0.00 $13,000.00 $13,000.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033  GMAC Bondholder - GMAC Bondholder |
| ABRAHAM DORN CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 6909 MOLAKAI CIR BOYNTON BEACH, FL 33437 | 15944 | Motors Liquidation Company | $0.00 $0.00 $0.00 $20,000.00 $20,000.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033  GMAC Bondholder - GMAC Bondholder |
| ALAN M COHEN TOD DTD 05/13/2005 92 FOX CHASE LANE WEST HARTFORD, CT 06117 | 6105 | Motors Liquidation Company | $0.00 $0.00 $0.00 $15,418.00 $15,418.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033  GMAC Bondholder - GMAC Bondholder |
| ALBERT S CWANGER & AILEEN CWANGER & ALYSSA CWANGER & MICHELLE CWANGER JT TEN 36 DOWNING ST CHERRY HILL, NJ 08003 | 6511 | Motors Liquidation Company | $15,000.00 $0.00 $0.00 $1,090.00 $16,090.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025  GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ALLAN C RABINOWITZ 911 PARK AVE 9B NEW YORK, NY 10075 | 5695 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $150,000.00  (U) $150,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023 GMAC Bondholder - GMAC Bondholder |
| ANDREA M FLETCHER 235 KAUFMAN ROAD HOT SPRINGS, AR 71913 | 11685 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $21,267.99  (U) $21,267.99  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011 GMAC Bondholder - GMAC Bondholder |
| ANDY ANANTHAKRISHNAN 8 FULLERTON ROAD MOORESTOWN, NJ 08057 UNITED STATES OF AMERICA | 17137 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $37,500.00  (U) $37,500.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051 370442774 - 7.25% Senior Notes due July 15, 2041 GMAC Bondholder - GMAC Bondholder |
| BETA ALPHA HOUSE CORP OF PSS ATTN: MS SUSAN BOSWORTH PO BOX 610 WALKERSVILLE, MD 21793 | 2733 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $32,534.00  (U) $32,534.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| BURTON EDELCHICK<br>7380 SE CONCORD PL<br>HOBE SOUND, FL 33455 | 16397 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,745.80 (U)<br>$10,745.80 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br><br>UNKNOWN - Unknown Bond Holder<br><br>GMAC Bondholder - GMAC Bondholder |
| BURTON EDELCHICK, TRUSTEE<br>7380 SE CONCORD PL<br>HOBE SOUND, FL 33455 | 16398 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,080.60 (U)<br>$14,080.60 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>GMAC Bondholder - GMAC Bondholder |
| C. CHRISTOPH ARMIGER TTE<br>C. CHRISTOPH ARMIGER TR.<br>UAD 01/09/95<br>4907 LAKE RIDGE COURT<br>VALPARAISO, IN 46383 | 16214 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,190.38 (U)<br>$84,190.38 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AN5 - 9.40% Debentures due July 15, 2021<br><br>GMAC Bondholder - GMAC Bondholder |
| CARL AND CORA STOLTZE<br>29406 320TH ST<br>HINTON, IA 51024 | 15923 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |

Unliquidated

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| CELESTINE I REMLINGER TTEE<br>CELESTINE I REMLINGER TRUST DTD 10-14-94<br>32755 WASHINGTON LOOP DR<br>PUNTA GORDA, FL 33982 | 7499 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$104,000.00  (U)<br>$104,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| CHARLES A. COTTEN<br>9281 PROMONTORY CIRCLE<br>INDIANAPOLIS, IN 46236 | 3131 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |
| CIRO GUASTELLA<br>176 BIABOU DR<br>TOMS RIVER, NJ 08757 | 9347 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$22,040.00  (U)<br>$22,040.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| DAVID J BROCCO &<br>GEORGANNA S BROCCO<br>JT TEN<br>47883 GLOEDE RD<br>MACOMB, MI 48044 | 3998 | Motors Liquidation Company | $4,590.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$4,590.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| DERRICK ROYAL 16895 MONTE VISTA ST DETROIT, MI 48221 | 14209 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $100,000.00 (U) $100,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AT2 - 7.75% Discount Debentures due March 15, 2036 GMAC Bondholder - GMAC Bondholder |
| DR HORST SCHLAUSCH & RENATE SCHLAUSCH RINGSTRASSE 29 D-35614 ASSLAR GERMANY | 1218 | Motors Liquidation Company | Foreign Currency Unliquidated | Multiple Bondholder | Pgs. 1-10 | GMAC Bondholder - GMAC Bondholder XS0171943649 - 8.375% Notes due July 5, 2033 |
| E ALDERN & J ALDERN TTEE ELAINE JOYCE ALDERN TRUST U/A DTD 01/07/1991 4000 MOSS CREEK DR FORT COLLINS, CO 80526 | 8149 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $17,500.00 (U) $17,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052 GMAC Bondholder - GMAC Bondholder |
| EDWARD S CUTLER TOD BENEFICAIRIES ON FILE 2 RICHMOND ROAD APT 121 WEST MILFORD, NJ 07480 | 17072 | Motors Liquidation Company | $20,122.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $20,122.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048 GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| EGIDIO GROSSI<br>501 HARVEST LN<br>FRANKENMUTH, MI 48731 | 10412 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| ELEANOR BREINAN<br>PO BOX 442<br>EAST HADDAM, CT 06423 | 13096 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$27,796.50  (U)<br>$27,796.50  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br><br>GMAC Bondholder - GMAC Bondholder |
| ELEANOR ROSENMAN TRUSTEE<br>C/O ALLEN ROSENMAN<br>145 LAKE DESTINY TR<br>ALTAMONTE SPRINGS, FL 32714 | 12422 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,080.00  (U)<br>$31,080.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| ESA FBO ALEXA L DORF<br>ATTN ALEXA L DORF<br>PERSHING LLC AS CUSTODIAN ESA R/I IMICHAEL DORF<br>6531 E MOUNTAIN SHADOWS PLACE<br>TUCSON, AZ 85750 | 9494 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| EUGENE R & WILMA O GOETTLICHER<br>EUGENE R GOETTLICHER<br>2620 DREW VALLEY ROAD NE<br>ATLANTA, GA 30319 | 5095 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$22,000.00  (P)<br>$0.00  (U)<br>$22,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| EVELYN GREENBLATT REV TR<br>DTD 12/12/90 EVELYN GREENBLATT TTEE<br>6037 POINTE REGAL CIRCLE #204<br>DELRAY BEACH, FL 33484 | 17380 | Motors Liquidation Company | <br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>VARIOUS - Wilmington Trust - Not Specified<br><br>GMAC Bondholder - GMAC Bondholder |
| GEORGE GROSS<br>5870 PARKWALK CIR W<br>BOYNTON BEACH, FL 33472 | 17466 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$47,443.00  (U)<br>$47,443.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AJ4 - 8.80% Notes due March 1, 2021<br><br>370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| GLORIA PLOTKINS IRA<br>58 PACIA COURT<br>ROSELAND, NJ 07068 | 17036 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000.00  (U)<br>$8,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| HALLIE F HUDKINS<br>JACK R HUDKINS<br>6800 S GRANITE AVE APT 514<br>TULSA, OK 74136 | 18889 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$25,000.00   (U)<br>$25,000.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| HANS J BRAUN<br>4416 WOOD ROAD<br>RACINE, WI 53403<br>UNITED STATES OF AMERICA | 17026 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$21,000.00   (U)<br>$21,000.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| HAROLD LITVAK DMD<br>655 MADISON AVE # 22<br>NEW YORK, NY 10065 | 18963 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442766 - 7.375% Senior Notes due October 1, 2051<br><br>370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |

Unliquidated

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| HARRIET K STERN<br>1750 ST CHARLES AVE<br>APT 512<br>NEW ORLEANS, LA 70130 | 14116 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$63,794.00  (U)<br>$63,794.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| HELEN O WHITLOW<br>1203 COLUMBIA AVENUE<br>GLASGOW, KY 42141 | 7746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| HELENE SANOFF<br>22283 MISTY WOODS WY<br>BOCA RATON, FL 33428 | 11356 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$61,900.45  (U)<br>$61,900.45  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| HERBERT SELMOWITZ 1995 UAD 11/17/95 ARNOLD & MICHELE ROSEN TTEE 555 KAPPOCK ST BRONX, NY 10463 | 3969 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442766 - 7.375% Senior Notes due October 1, 2051<br><br>370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| HOWARD A BENJAMIN 22 CURLEW COURT HENDERSONVILLE, NC 28792 | 18273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$48,746.82  (U)<br>$48,746.82  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| IRWIN ROSEN TRUST EDWARD J ROSEN & CAROL SILBERSTEIN TTEES THE IRWIN ROSEN TRUST U/A DTD 11/30/07 58 SKYLINE DRIVE MORRISTOWN, NJ 07960 | 5553 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

194th Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| JEAN B SHAPIRO<br>1705 N SHADY BROOK DR<br>FULLERTON, CA 92831 | 13083 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$42,887.00  (U)<br>$42,887.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AV7 - 8.10% Debentures due June 15, 2024<br><br>GMAC Bondholder - GMAC Bondholder |
| JOANNE F LABINER<br>722 BROADWAY<br>#8<br>NEW YORK, NY 10003 | 9215 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,000.00  (U)<br>$16,000.00  (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AJ4 - 8.80% Notes due March 1, 2021<br><br>GMAC Bondholder - GMAC Bondholder |
| JOANNE R KRAMER IRA<br>JOANNE R KRAMER<br>42 UPPER WEDGEWOOD LANE<br>VOORHEESVILLE, NY 12186 | 13087 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,854.00  (U)<br>$34,854.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>370442AV7 - 8.10% Debentures due June 15, 2024<br><br>GMAC Bondholder - GMAC Bondholder |
| JOANNE R KRAMER TRUST<br>STEVEN J KRAMER TRUSTEE<br>DUTCH VILLAGE APTS<br>9-2R MOHAWK HOUSE<br>MENANDS, NY 12204 | 13086 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,221.00  (U)<br>$15,221.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| JOHN C STOLTZE, CARL P STOLTZE, CORA E STOLTZE LIVESTOCK PARTNERSHIP 29406 320TH ST HINTON, IA 51024 | 18269 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| JOHN M CORNISH CREDIT SHELTER TRUST C/O JOHN M CORNISH II 667 WOOD ST NEW BETHLEHEM, PA 16242 | 13779 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,975.00  (U)<br>$2,975.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AJ4 - 8.80% Notes due March 1, 2021<br><br>370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |
| JOSEPH J ECKER TTEE AND SHIRLEY A ECKER TTEE JOSEPH J & SHIRLEY A ECKER LIVING TRUST U/A DTD 12-14-01 1512 HIDDEN FIELDS DR WEST BEND, WI 53095 | 12877 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,106.00  (U)<br>$15,106.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>VARIOUS - Wilmington Trust - Not Specified<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| JOSEPH M. ANGELO TTEE THE ERNESTINE ANGELO REV TR U/A/D 8/4/94 FBO ERNESTINE ANGELO 2251 WIGWAM PKWY. # 822 HENDERSON, NV 89074 | 3117 | Motors Liquidation Company | $7,227.50 (S) $0.00 (A) $0.00 (P) $0.00 (U) $7,227.50 (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture VARIOUS - Wilmington Trust - Not Specified GMAC Bondholder - GMAC Bondholder |
| JUDITH KUDA PO BOX 883 LIGHTFOOT, VA 23090 | 12727 | Motors Liquidation Company | $45,489.25 (S) $0.00 (A) $0.00 (P) $0.00 (U) $45,489.25 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028 GMAC Bondholder - GMAC Bondholder |
| JUDITH S BASSOW 4000 DOVER ST WHEAT RIDGE, CO 80033 | 9592 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $35,138.00 (P) $0.00 (U) $35,138.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041 GMAC Bondholder - GMAC Bondholder |
| JULES & HARRIET SCHAEFFER 2121 WEYBRIDGE COMMON HOLLAND, PA 18966 | 15375 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $15,000.00 (U) $15,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048 GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| JUNE D LAFFERTY TTEE JUNE D LAFFERTY REV LIV TRUST U/A DTD 12/15/1999 18260 LARAUGH NORTHVILLE, MI 48168 | 13723 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $12,000.00 (P) $0.00 (U) $12,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051 GMAC Bondholder - GMAC Bondholder |
| KENNETH G WONG MD CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 2444 PINE ST. BAKERSFIELD, CA 93301 | 14577 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $50,862.75 (U) $50,862.75 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013 GMAC Bondholder - GMAC Bondholder |
| LEANORE K ZINSER & JOHN J ZINSER JT TEN BOBCAT TRAIL 2011 LYNX RUN NORTHPORT, FL 34288 | 15363 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052 GMAC Bondholder - GMAC Bondholder |
| LENORE KITMAN 1106 NW 88 WAY PLANTATION, FL 33322 | 3329 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $9,944.38 (U) $9,944.38 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023 GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| LEO HAAS & ALAN B HAAS JTWROS 5380 CEDAR LAKE DR - UNIT 101 BOYNTON BEACH, FL 33437 | 6098 | Motors Liquidation Company | $0.00 $0.00 $0.00 $49,718.00 $49,718.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023 GMAC Bondholder - GMAC Bondholder |
| LEONARD N TOBER 10980 QUAIL HOLLOW DR PAINESVILLE, OH 44077 | 7050 | Motors Liquidation Company | $0.00 $0.00 $0.00 $105,000.00 $105,000.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442AU9 - 7.70% Debentures due April 15, 2016 GMAC Bondholder - GMAC Bondholder |
| LEWIS J NAKKEN & MARILYN M NAKKEN 908 AMBERVIEW DRIVE SW BYRON CENTER, MI 49315 | 769 | Motors Liquidation Company | $0.00 $0.00 $0.00 $98,575.20 $98,575.20 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048 GMAC Bondholder - GMAC Bondholder |
| LILLIAN BEDELL MARTIN BEDELL AND GARY BEDELL JTWROS 331 VICTORY BLVD NEW ROCHELLE, NY 10804 | 17564 | Motors Liquidation Company | $0.00 $0.00 $0.00 $51,000.00 $51,000.00 | (S) (A) (P) (U) (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051 370442BS3 - 7.125% Senior Notes due July 15, 2013 GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| LILLIAN BEDELL<br>MARTIN BEDELL & GARY BEDELL JTWROS<br>331 VICTORY BLVD<br>NEW ROCHELLE, NY 10804<br>UNITED STATES OF AMERICA | 17565 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$51,000.00  (U)<br>$51,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| LILLIAN DEMARCO WISE<br>JEAN L DEMARCO<br>10501 KENLAUREN TER<br>CHARLOTTE, NC 28210 | 10733 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| LILLIAN WISE<br>10501 KENLAUREN TER<br>CHARLOTTE, NC 28210 | 10734 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MARTHA JEAN SUMMERS<br>DESIGNATED BENE PLAN/TOD<br>7 SAINT FRANCIS DR<br>COVINGTON, IN 47932 | 10859 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| MARY K WALMAR TTEE<br>MARY K WALMAR<br>4912 145TH AVE SE<br>BELLEVUE, WA 98006<br>UNITED STATES OF AMERICA | 13942 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| MARY R MARTIN (IRA)<br>3410 MALIBU CT<br>ARLINGTON, TX 76017 | 10695 | Motors Liquidation Company | $8,642.59  (S)<br>$0.00  (A)<br>$15,475.01  (P)<br>$0.00  (U)<br>$24,117.60  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| MARY T ARNOLD<br>C/O MORGAN STANLEY SMITH BARNEY<br>ATTN FEDLMAN/DOYLE<br>FFC: MARY T ARNOLD #642-092536<br>1775 EYE ST NW SUITE 200<br>WASHINGTON, DC 20006 | 3959 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$26,255.25  (U)<br>$26,255.25  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MELVIN A VAN DYKE<br>25 HAWK RIDGE ROAD<br>MEREDITH, NH 03253 | 13085 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$296,816.00   (U)<br>$296,816.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442AR6 - 7.40% Debentures due September 1, 2025<br><br>370442AV7 - 8.10% Debentures due June 15, 2024<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>GMAC Bondholder - GMAC Bondholder |
| MILDRED W KANE<br>9623 S HOLLYBROOK LK DR<br>APT 104 BLDG 13<br>PEMBROKE PINES, FL 33025 | 8921 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$21,243.50   (U)<br>$21,243.50   (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| MILTON B JONES & GRACE G JONES<br>1501 E 1500 N<br>PROVO, UT 84604 | 10292 | Motors Liquidation Company | $10,127.44   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$10,127.44   (T) | Multiple Bondholder | Pgs. 1-10 | 370442733 - 5.25% Series B Convertible Senior Debentures due Marc<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

194th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MORRIS HORWITZ ANNABELLE HORWITZ 810 AUDUBON WAY UNIT HP307 LINCOLNSHIRE, IL 60069 | 6112 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051  GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| MRS B LOIS & REV GLEN HUEHOLT TOD R HUEHOLT,C YOUNG & B HOLMES SUBJ TO STA RULES HC1 BOX 38D WHITE HAVEN, PA 18661 | 5889 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $24,481.69  (U) $24,481.69  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011  GMAC Bondholder - GMAC Bondholder |
| MRS MARIE GIASE 46 BROADWAY AVE COLONIA, NJ 07067 | 4017 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $46,284.55  (U) $46,284.55  (T) | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041  GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| MS&CO C/F EDMUND CLAROS IRA STANDARD DATED 04/14/99 4573 N CAMINO CAMPERO TUCSON, AZ 85750 | 11092 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $43,000.00  (U) $43,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025  GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MS&CO C/F<br>WILLIAM J RANIOLO<br>IRA ROLLOVER DATED 09/13/94<br>15 WOODHULL RD<br>EAST SETAUKET, NY 11733 | 12300 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$31,189.00  (U)<br>$31,189.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| MS&CO C/F<br>JAMES A HOOKS<br>IRA STANDARD DATED 04/07/87<br>1036 GENEVA STREET<br>LIVERMORE, CA 94550 | 15186 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$28,040.71  (U)<br>$28,040.71  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| NATALIE JAMES<br>DESIGNATED BENE PLAN/TOD<br>36444 ROYAL SAGE CT<br>PALM DESERT, CA 92211 | 14876 | Motors Liquidation Company | $45,000.00  (S)<br>$45,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$90,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| NORMAN GUSSE<br>1405 LAUREL DRIVE<br>MACEDONIA, OH 44056 | 5845 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,907.25  (U)<br>$12,907.25  (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| PHYLLIS FIALKOW<br>120 E HARTSDALE AVE<br>HARTSDALE, NY 10530 | 13785 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$25,000.00  (U)<br><br>$25,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| RAYMOND E DOLMAN<br>9475 DUNKIRK RD<br>SPRING HILL, FL 34608 | 1823 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| ROBERT E WILSON R/O IRA<br>ROBERT E WILSON<br>4301 E EASTMAN AVE<br>DENVER, CO 80222 | 5390 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$52,680.00  (P)<br><br>$0.00  (U)<br><br>$52,680.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| ROBERT H FRIESEN ROLLOVER IRA<br>C/O ROBERT H FRIESEN<br>2060 LOCUST ST<br>DENVER, CO 80207 | 17388 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$37,050.00  (P)<br><br>$0.00  (U)<br><br>$37,050.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ROBERT J CAVA, PC<br>1038 LITTLE EAST NECK RD<br>WEST BABYLON, NY 11704 | 2529 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| ROBERT JOHNSON<br>PO BOX 278<br>GAINESBORO, TN 38562 | 4121 | Motors Liquidation Company | $40,509.47  (S)<br>$0.00  (A)<br>$40,509.47  (P)<br>$0.00  (U)<br>$81,018.94  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| ROBERT N CORLEY<br>CGM IRA ROLLOVER CUSTODIAN<br>5501 DUNROBIN DR.<br>APT 3405<br>SARASOTA, FL 34238 | 3369 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$21,221.75  (U)<br>$21,221.75  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| RONALD S BOXMAN &<br>JUDITH BOXMAN<br>JTTEN<br>59 KNOLLWOOD DRIVE<br>MAYS LANDING, NJ 08330 | 2231 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,000.00  (U)<br>$15,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ROYAL B LAMBRIX & GLADYS P LAMBRIX JTWROS TOD BENEFICIARIES ON FILE 535 N 72ND AVE HART, MI 49420 | 3695 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $23,000.00  (U) $23,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033 GMAC Bondholder - GMAC Bondholder |
| RUTH B GREENBERG TTEE RUTH B GREENBERG REVOCABLE TRUST U/A DTD 10/13/99 POST OFFICE BOX 6604 FLORENCE, SC 29502 | 10752 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $302,000.00  (U) $302,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044 370442AR6 - 7.40% Debentures due September 1, 2025 370442BT1 - 8.375% Senior Debentures due July 15, 2033 370442BW4 - 8.25% Senior Debentures due July 15, 2023 GMAC Bondholder - GMAC Bondholder |
| SOUTHBRIDGE INTERNATIONAL CORP EPS # P-4915 P.O. BOX 025650 MIAMI, FL 33102 | 16777 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $19,435.46  (U) $19,435.46  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044 GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| STEPHEN HOFFMAN IRA<br>FCC AS CUSTODIAN<br>3596 S OCEAN BLVD APT 104<br>BOCA RATON, FL 33487 | 11967 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$32,000.00<br>$32,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| STEVE BEIKER AND<br>KATHRYN L BEIKER JTWROS<br>1018 CARDINGTON<br>WICHITA, KS 67212 | 13762 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |
| STUART A GREENBERG<br>P O BOX 5289<br>FLORENCE, SC 29502 | 10753 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$150,000.00<br>$150,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| THERESA JOAN ROSENBERG<br>2742 RUE SANS FAMILLE<br>RALEIGH, NC 27607 | 4239 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>VARIOUS - Wilmington Trust - Not Specified<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| THOMAS C SIEGMANN<br>11728 SHELTERING PINE DR<br>ORLANDO, FL 32836 | 14766 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442733 - 5.25% Series B Convertible Senior Debentures due Marc<br><br>370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| THOMAS J CULLINANE<br>6100 W BROADWAY AVE<br>APT 226<br>NEW HOPE, MN 55428 | 5361 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$30,000.00  (U)<br>$30,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| TIM AND MARGOT HILL<br>TIM HILL<br>12716 6TH AVE NW<br>SEATTLE, WA 98177 | 15783 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| TOM J. HEPLER, IRA<br>808 RIGEL DRIVE<br>DECATUR, AL 35603 | 11147 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,840.50  (U)<br>$65,840.50  (T) | Multiple Bondholder | Pgs. 1-10 | UNKNOWN - Unknown Bond Holder<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| TOMMY & JULIE KOOPMAN<br>314 4TH ST NW<br>ORANGE CITY, IA 51041 | 15226 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,900.00  (U)<br>$1,900.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| VETERANS HOME OF CALIFORNIA, BARSTOW<br>STATE OF CALIFORNIA<br>DEPARTMENT OF VETERAN AFFAIRS<br>OFFICE OF THE CHIEF COUNSEL<br>1227 O STREET RM 306<br>SACRAMENTO, CA 95814 | 14698 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,000.00  (U)<br>$300,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| VIRNA C FITZ<br>895 WILSON DR<br>DOVER, DE 19904 | 18977 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| VLADIMIR ISTOMIN<br>755 ANDERSON AVE 2F<br>CLIFFSIDE PARK, NJ 07010 | 5696 | Motors Liquidation Company | $5,000.00  (S)<br>$0.00  (A)<br>$27,000.00  (P)<br>$22,000.00  (U)<br>$54,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

194th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| WILLIAM H MARSTON & CYNTHIA RM MARSTON JT TEN 717 PRIN MEADOW LANE SAINT LOUIS, MO 63141 | 15070 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $20,309.80  (U) $20,309.80  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011  GMAC Bondholder - GMAC Bondholder |
| WILLIAM M KELLEY 535 GRADYVILLE RD W-114 NEWTOWN SQUARE, PA 19073 | 10409 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013  GMAC Bondholder - GMAC Bondholder |
| WISE, LILLIAN 10501 KENLAUREN TER CHARLOTTE, NC 28210 | 10735 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044  370442774 - 7.25% Senior Notes due July 15, 2041  GMAC Bondholder - GMAC Bondholder |
| **Claims to be Disallowed and Expunged Totals** | **100** | | **$201,708.25**  (S) **$45,000.00**  (A) **$241,852.48**  (P) **$3,314,196.33**  (U) **$3,802,757.06**  (T) | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.