**196th Omnibus Objection** — **Motors Liquidation Company, et al.**
**Exhibit A** — Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ANANT KORADIA<br>6315 MIDDLEBELT RD<br>W BLOOMFIELD, MI 48322 | 3215 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |
| ANDREAS LABORIUS<br>EHLERBERGSTR 16<br>38162 CREMLINGEN<br>GERMANY<br>GERMANY | 16209 | Motors Liquidation Company | Foreign Currency<br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| ANNE P TABB TOD JOHN TABB<br>SUBJECT TO STA RULES<br>12215 MONTEGO PLAZA<br>DALLAS, TX 75230 | 18731 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,223.01 (U)<br>$23,223.01 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>Common Stock |
| ASHOK K MEHRA<br>132 N MONROE ST<br>RIDGEWOOD, NJ 07450 | 9966 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

196th Omnibus Objection

**Motors Liquidation Company, et al.**

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ASHOK MEHRA<br>C/7 VIJAY<br>132 N MONROE ST<br>RIDGEWOOD, NJ 07450 | 9962 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |
| ASHOK MEHRA C/F RYAN<br>132 N MONROE ST<br>RIDGEWOOD, NJ 07450 | 9963 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |
| BERNADETTE D BARTON<br>71 HOMER LN, APT E<br>AMHERST, NY 14221 | 15786 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,019.86  (U)<br>$9,019.86  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>Common Stock |
| CEDE & CO<br>ATTN GENERAL COUNSEL<br>55 WATER STREET<br>NEW YORK, NY 10041 | 30801 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,803.36  (U)<br>$10,803.36  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 196th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. |
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ERWIN & KARIN KOCH<br>TAIVIVEVWEG 37<br>50374 ERFTSTADT DE GERMANY<br>GERMANY | 43989 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,722.88 (U)<br>$23,722.88 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| ERWIN SEGERER<br>STOCKERHOLZ STR 10<br>88048 FRIEDRICHSHAFEN GERMANY<br>GERMANY | 22956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,745.95 (U)<br>$13,745.95 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033<br><br>Common Stock |
| FATHY S MESSIHA<br>815-40TH AVE S<br>K-141<br>GRAND FORKS, ND 58201 | 8543 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$63,463.57 (U)<br>$63,463.57 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |
| GEORGE H HESTER<br>115 ELM DR<br>HAMMOND, LA 70401 | 9777 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection** — **Motors Liquidation Company, et al.**

**Exhibit A**

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| GERRY L MENDELSOHN TTEE<br>FBO GERRY MENDELSOHN REV TR<br>U/A/D 08-15-2005<br>1512 PALISADE AVE,<br>APT 14 N<br>FORT LEE, NJ 07024 | 8085 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$54,339.64 (U)<br>$54,339.64 (T)<br><br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442725 - 7.375% Senior Notes due May 15, 2048<br><br>Common Stock |
| GUSTAFSON, LORRAINE L<br>12808 SAGAMORE RD<br>LEAWOOD, KS 66209 | 11600 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |
| HARRIET C BRYANT<br>8 CANTERBURY DR<br>NEWNAN, GA 30263 | 794 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | UNKNOWN - Unknown Bond Holder<br><br>Common Stock |
| HENRY & METZ WORMSER<br>5420 HAMMERSMITH<br>W BLOOMFIELD, MI 98322 | 29589 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| HENRY AND METZ WORMSER<br>5420 HAMMERSMITH<br>W BLOOMFIELD, MI 98322 | 29586 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>Common Stock |
| HENRY AND METZ WORMSER<br>5420 HAMMERSMITH DR<br>W BLOOMFIELD, MI 98322 | 29587 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>Common Stock |
| HERMAN, DOROTHY B<br>5168 CORNERS DR<br>W BLOOMFIELD, MI 48322 | 44092 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,779.08 (U)<br>$8,779.08 (T)<br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | | |
|---|---|---|---|---|---|---|
| **196th Omnibus Objection** | | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| HERTA HILLERS<br>KIRCHBUEHL 4<br>6314 UNRERAEGERI, SWITZERLAND<br>SWITZERLAND | 16603 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| JAMES F TRILONE<br>114 SO 17TH AVE<br>MANVILLE, NJ 08835 | 30174 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,063.90  (U)<br>$2,063.90  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |
| JAMES M BRYANT<br>8 CANTERBURY DR<br>NEWNAN, GA 30263 | 797 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$75,000.00  (U)<br>$75,000.00  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | UNKNOWN - Unknown Bond Holder<br><br>Common Stock |
| JEAN JOHNSTON<br>5793 N CRESTWOOD BLVD<br>MILWAUKEE, WI 53209 | 12881 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 196th Omnibus Objection | | | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| JOHN J LEONARDO & MARY E LEONARDO JT TEN 815 MULLEN AVE GIBBSTOWN, NJ 08027 | 16258 | Motors Liquidation Company | $8,000.00 (S) $0.00 (A) $0.00 (P) $2,507.00 (U) $10,507.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011 Common Stock |
| JOHNNY O. JORDAN CGM IRA CUSTODIAN 601 PALM PECOS, TX 79772 | 11101 | Motors Liquidation Company | $134,307.97 (S) $0.00 (A) $0.00 (P) $0.00 (U) $134,307.97 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052 Common Stock |
| JOHNSTON, JEAN E 5793 N CRESTWOOD BLVD MILWAUKEE, WI 53209 | 12880 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044 Common Stock |
| JOSEF AND LORE PRANTL UHLANDSTR 50 D73770 DENKENDORF GERMANY GERMANY | 16563 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $90,910.00 (U) $90,910.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033 XS0171942757 - 7.25% Notes due July 3, 2013 Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Motors Liquidation Company, et al.**

**Exhibit A**

**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| KENNETH A CHETRICK<br>104-40 QUEENS BLVD APT 21B<br>FOREST HILLS, NY 11375 | 5623 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$61,794.68 (U)<br>$61,794.68 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>Common Stock |
| KIMBERLY P BAIR<br>5534 WHITEHALL RD<br>CAMBRIDGE, MD 21613 | 30923 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,759.84 (U)<br>$42,759.84 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442AN5 - 9.40% Debentures due July 15, 2021<br><br>Common Stock |
| KORADIA, ANANT T<br>6315 MIDDLEBELT RD<br>W BLOOMFIELD, MI 48322 | 3214 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |
| KRISTALYN A VAN ASTEN &<br>ERIC M VAN ASTEN JT WROS<br>1046 EASTMAN LN<br>FOND DU LAC, WI 54935 | 12879 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,635.44 (U)<br>$14,635.44 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**                                       **Motors Liquidation Company, et al.**
**Exhibit A**                                                     Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| LEROY C VAUGHT<br>5535 GLENHILL NE<br>N CANTON, OH 44721 | 11327 | Motors Liquidation Company | $133,012.25 (S)<br>$0.00 (A)<br>$133,012.25 (P)<br>$0.00 (U)<br>$266,024.50 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br><br>Common Stock |
| LINDSEY W WILLIAMS &<br>CONA V WILLIAMS JT TEN<br>1318 SAN MATEO DRIVE<br>PUNTA GORDA, FL 33950 | 18171 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,399.50 (U)<br>$10,399.50 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |
| LOIS J WHITE<br>1402 MCLEAN AVE<br>TOMAH, WI 54660 | 31457 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,025.98 (U)<br>$5,025.98 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>Common Stock |
| LYNN WILLIAM HALE<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>4015 HOLLAND AVE APT 102<br>DALLAS, TX 75219 | 14637 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,562.05 (U)<br>$5,562.05 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MARCO LABORIUS<br>EHLERBERGSTR 16<br>38162 CREMLINGEN, GERMANY<br>GERMANY | 16207 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| MARJORIE E AND WILLIAM R MORGAN<br>312 ARDON LANE<br>CINCINNATI, OH 45215 | 5707 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$13,903.25 (P)<br>$0.00 (U)<br>$13,903.25 (T)<br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>Common Stock |
| MARY JONES CHILCOTE<br>1 BRATENAHL PLACE #1410<br>CLEVELAND, OH 44108 | 2227 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$155,308.00 (U)<br>$155,308.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MCBAINE JR JOHN W<br>14221 JOEL CT<br>LARGO, FL 33774 | 65884 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,700,000.00 (U)<br>$1,700,000.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442758 - 7.25% Senior Notes due February 15, 2052<br><br>370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |
| MICHAEL ZIMMERMANN<br>TRESCKOWSTRASSE 50<br>20259 HAMBURG GERMANY<br>GERMANY | 30955 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,000.00 (U)<br>$6,000.00 (T)<br><br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| MIELKE, LEONARD<br>343 MADRID BLVD<br>PUNTA GORDA, FL 33950 | 5528 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | | |
|---|---|---|---|---|---|---|
| 196th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MISS NANCY ELIZABETH SMITH<br>3939 E NEWLAND DR<br>WEST BLOOMFIELD, MI 48323 | 64284 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,004.00 (U)<br>$14,004.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |
| MR LARRY J SCHULTZ<br>1440 ROOSEVELT AVE<br>LANSING, MI 48915 | 21150 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$43,588.37 (U)<br>$43,588.37 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442AR6 - 7.40% Debentures due September 1, 2025<br><br>370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>VARIOUS - Wilmington Trust - Unknown<br><br>Common Stock |
| MR. JOSEPH PALMIERI<br>17 POLLY DRIVE<br>HUNTINGTON, NY 11743 | 62763 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442758 - 7.25% Senior Notes due February 15, 2052<br><br>370442766 - 7.375% Senior Notes due October 1, 2051<br><br>370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| NIVES DRAGOZETIC & ROBERT DRAGOZETIC JT TEN<br>6610 W 87TH PL<br>OAK LAWN, IL 60453 | 61341 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,881.95 (U)<br>$32,881.95 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |
| NORTH, JEROME T<br>305 SASSAFRAS RD<br>BALTIMORE, MD 21221 | 14164 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |
| PATRICK J HOLDRIETH<br>PO DRAWER 50025<br>DALLAS, TX 75250 | 64950 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,300.60 (U)<br>$19,300.60 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442AU9 - 7.70% Debentures due April 15, 2016<br><br>Common Stock |
| PATRICK SULLIVAN (IRA)<br>FCC AS CUSTODIAN<br>7729 DRAKE COURT<br>DES MOINES, IA 50325 | 15152 | Motors Liquidation Company | $28,667.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$28,667.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| RAYMON LEE COOPER<br>2000 S OCEAN BLVD APT 101<br>DELRAY BEACH, FL 33483 | 15647 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>Common Stock |
| RENEE MONK-RUFF (ROTH IRA)<br>FCC AS CUSTODIAN<br>5428 EMERSON RD<br>BROOKSFIELD, FL 34601 | 62640 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,474.40  (U)<br>$3,474.40  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>Common Stock |
| ROBERT C EISSMAN<br>PO BOX 3<br>LAKELAND, FL 33802 | 17357 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,250.00  (U)<br>$10,250.00  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>Common Stock |
| ROBERT H KIMMEL & JANELL M KIMMEL<br>624 HILL RD<br>HEGINS, PA 17938 | 62128 | Motors Liquidation Company | $43,135.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000.00  (U)<br>$45,135.00  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | | |
|---|---|---|---|---|---|---|
| 196th Omnibus Objection | | | | | | Motors Liquidation Company, et al. |
| | | | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ROBERT H MORTON<br>99 S ARDMORE RD<br>COLUMBUS, OH 43209 | 13100 | Motors Liquidation Company | Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>Common Stock |
| ROBERT M & JENNIFER J WHITE<br>2328 SALT WIND WAY<br>MT PLEASANT, SC 29466 | 20845 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$43,305.23  (U)<br>$43,305.23  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July<br><br>Common Stock |
| RODGER B LEWIS<br>545 MCGINNIS RD<br>ACME, PA 15610 | 10540 | Motors Liquidation Company | $66,734.23  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$66,734.23  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>Common Stock |
| SANTO J DUGHETTI<br>DESIGNATED BENE PLAN/TOD<br>1358 PINE COURT UNIT 1<br>SCHERERVILLE, IN 46375 | 2775 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$23,944.00  (U)<br>$23,944.00  (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## Exhibit A

### CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| SCOTTRADE INC CUST FBO LEONARD W TARPLEY IRA 3325 PEACHTREE ST CORPUS CHRISTI, TX 78410 | 4198 | Motors Liquidation Company | $3,964.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,964.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442691 - 1.50% Series D Convertible Senior Debentures due June UNKNOWN - Unknown Bond Holder Common Stock |
| SCOTTRADE INC CUST FBO TONI P TARPLEY IRA 3325 PEACHTREE ST CORPUS CHRISTI, TX 78410 | 4199 | Motors Liquidation Company | $3,964.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,964.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442691 - 1.50% Series D Convertible Senior Debentures due June UNKNOWN - Unknown Bond Holder Common Stock |
| SCOTTRADE INC CUST FBO LEONARD W TARPLEY & TONI P TARPLEY JT TEN 3325 PEACHTREE ST CORPUS CHRISTI, TX 78410 | 4197 | Motors Liquidation Company | $3,964.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $3,964.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442691 - 1.50% Series D Convertible Senior Debentures due June UNKNOWN - Unknown Bond Holder Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 196th Omnibus Objection | | | | | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| SOPHIA LABORIUS<br>EHLERBERGSTR 16<br>38162 CREMLINGEN, GERMANY<br>GERMANY | 16208 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| WERNER KRAMPF<br>WALDSTR.50<br>D - 64658 FUERTH GERMANY<br>GERMANY | 69418 | Motors Liquidation Company | Foreign Currency<br><br>Unliquidated | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013<br><br>Common Stock |
| WILLIAM E BAIR<br>5534 WHITEHALL RD<br>CAMBRIDGE, MD 21613 | 30924 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,752.56 (U)<br>$47,752.56 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>UNKNOWN - Unknown Bond Holder<br><br>Common Stock |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**196th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED/RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ZEKI ILGIN & GERALDINE M ILGIN TEN COM 2926 BURGE DRIVE CROWN POINT, IN 46307 | 17062 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $7,623.00 (U) $7,623.00 (T) | Beneficial Bondholder and Equity Interest | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041 Common Stock |
| **Claims to be Disallowed and Expunged Totals** | **63** | | **$425,748.45** (S) **$0.00** (A) **$146,915.50** (P) **$2,707,187.85** (U) **$3,279,851.80** (T) | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.