197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA ENOCH<br>3857 S LAKE DR<br><br>TAMPA, FL 33614 | 9282 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*                     1

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**197th Omnibus Objection**

## Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
| --- |

### *CLAIMS TO BE DISALLOWED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| AASI CUST OF IRA FBO<br>WARREN CORNELIUS J JR<br>203 SADDLEBROOK DR<br>KRUM, TX 76249 | 3624 | Motors Liquidation Company | $17,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| AASI CUST OF IRA FBO<br>RONALD P HAYES SR<br>38592 HARRISON CREEK COURT<br>HARRISON TOWNSHIP, MI 48045 | 3935 | Motors Liquidation Company | $17,156.25 | Preferred Stock Claim | Pgs. 1-5 |
| ABRAHAM I N LEVINE<br>RUTH LEVINE JT TEN<br>14 HANOVER DRIVE<br>MANALAPAN, NJ 07726 | 11050 | Motors Liquidation Company | $5,273.00 | Preferred Stock Claim | Pgs. 1-5 |
| ALAN H LEVINE R/O (IRA)<br>FCC AS CUSTODIAN<br>92 WEDGEWOOD DRIVE<br>WILLIAMSVILLE, NY 14221 | 6148 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANASTASIA MANOS<br>453 ELTINGVILLE BLVD<br>STATEN ISLAND, NY 10312 | 61756 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| ANCHOR INC<br>40 E 7TH ST<br>CINCINNATI, OH 45202 | 4165 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANDREW KESSLER<br>8972 PEBBLE BEACH CIRCLE<br>WESTMINSTER, CA 92683 | 9160 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANN WRENN<br>810 BYRD ST<br>LYNCHBURG, VA 24504 | 20516 | Motors Liquidation Company | $6,250.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANNA CANGIALOSI<br>24 ESSEX CT<br>SCHAUMBURG, IL 60194 | 9196 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| ANNELIES NABER<br>BERGHOFRING 6<br>74538 ROSENGARTEN, GERMANY<br>GERMANY | 23529 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| ANNETTE R CORVINO IRA<br>3656 FLORA VISTA LOOP<br><br>ROUND ROCK, TX 78681 | 67873 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANNETTE R. CORVINO<br>CGM IRA CUSTODIAN<br>3656 FLORA VISTA LOOP<br>ROUND ROCK, TX 78681 | 67875 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANTOINETTE SPALLINA<br>C/O MORGANSTANLEY SMITH BARNEY<br>350 EAST LAS OLAS BLVD<br>FORT LAUDERDALE, FL 33301 | 44653 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ANTONIO CASTIGLIA<br>IM WINKEL 21<br>58509 LUDENSCHEID GERMANY<br><br>GERMANY | 23534 | Motors Liquidation Company | $1,400.30 | Preferred Stock Claim | Pgs. 1-5 |
| ARTHUR L JENKINS JR.<br>325 DEKALB STREET<br>P.O. BOX 710<br>NORRISTOWN, PA 19404 | 26600 | Motors Liquidation Company | $761.00 | Preferred Stock Claim | Pgs. 1-5 |
| ARTHUR STEINBERG CUST<br>GAVRIEL KLATZKO UTMA NJ<br>201 JAMES ST<br>LAKEWOOD, NJ 08701 | 5104 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ARVID M. ERICKSON<br>CGM IRA CUSTODIAN<br>2956 CROSS COUNTRY<br>GERMANTOWN, TN 38138 | 12866 | Motors Liquidation Company | $7,987.10 | Preferred Stock Claim | Pgs. 1-5 |
| BARBARA J TAYLOR IRA<br>1508 NORTH WIND ROAD<br><br>LOUISVILLE, KY 40207 | 10482 | Motors Liquidation Company | $1,102.50 | Preferred Stock Claim | Pgs. 1-5 |
| BARBARA J. TAYLOR,IRA<br>1508 NORTH WIND ROAD<br><br>LOUISVILLE, KY 40207 | 9183 | Motors Liquidation Company | $1,102.50 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| BEATRIZ VILCASMIL<br>AV 11 CON CALLE 74<br>RES MACOITA # 12B<br>MARACAIBO - VENEZUELA<br>VENEZUELA | 12273 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim    Pgs. 1-5 |
| BEN ETKIN MARITAL TRUST<br>100 N. POND DR.<br>STE. F<br>WALLED LAKE, MI 48390<br>UNITED STATES OF AMERICA | 19432 | Motors Liquidation Company | $200,000.00 | Preferred Stock Claim    Pgs. 1-5 |
| BEN ETKIN MARITAL TRUST<br>100 N POND DR<br>STE F<br>WALLED LAKE, MI 48390 | 30728 | Motors Liquidation Company | $200,000.00 | Preferred Stock Claim    Pgs. 1-5 |
| BERNARD MICHAEL DESCAMP<br>620 N TOMAHAWK ISLAND DR<br>PORTLAND, OR 97217 | 6261 | Motors Liquidation Company | $783.25 | Preferred Stock Claim    Pgs. 1-5 |
| BETSY PETERSON<br>39 WOODCREST BLVD<br>STROUDSBURG, PA 18360<br>UNITED STATES OF AMERICA | 22082 | Motors Liquidation Company | $15,625.00 | Preferred Stock Claim    Pgs. 1-5 |
| BETTE ROSEBUSH<br>420 E SHAFER AVE<br>DOVER, OH 44622 | 28029 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim    Pgs. 1-5 |
| BILL & MARY SNYDER<br>286 MARKET ST<br>BOX 296<br>ANDREWS, IN 46702 | 13294 | Motors Liquidation Company | $14,750.00 | Preferred Stock Claim    Pgs. 1-5 |
| BILLY A COLEY<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>PO BOX 586<br>PELL CITY, AL 35125 | 1787 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim    Pgs. 1-5 |
| BORENSTEIN FAMILY LIMITED PTNSHP<br>112 N CURRY ST<br>CARSON CITY, NV 89703 | 67867 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim    Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| C JAMES AND DIANA UHRICK<br>807 W VAN CLEVE ST<br><br>HARTFORD CITY, IN 47348 | 7615 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CARL HAMM<br>200 SMITH RD<br><br>RED LION, PA 17356 | 19132 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| CARLENE RULEY &<br>ROXANNE MOORE JT WROS<br>13326 GRAND HAVEN DR<br>STERLING HEIGHTS, MI 48312 | 12283 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CAROL LOMERGAN-FARRELL & MARK FARRELL<br>117 GRANVILLE CT<br><br>NAPLES, FL 34104 | 3617 | Motors Liquidation Company | $2,934.90 | Preferred Stock Claim | Pgs. 1-5 |
| CAROL M. SATTICH_IRA<br>1212 HOGARTH DRIVE<br><br>LOUISVILLE, KY 40222 | 15593 | Motors Liquidation Company | $735.00 | Preferred Stock Claim | Pgs. 1-5 |
| CAROLINE LUUSUA<br>700 SHERMAN OAKS DR<br>APT 7114<br>LUDINGTON, MI 49431 | 8123 | Motors Liquidation Company | $10,850.00 | Preferred Stock Claim | Pgs. 1-5 |
| CAROLYN MOSS<br>10533 STRATHMORE DR<br><br>LOS ANGELES, CA 90024 | 6262 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CECILIA L CURRY TTEE<br>CECILIA L CURRY TRUST<br>U/A/D 10/06/93<br>3413 EDGEWATER DRIVE<br>SEBRING, FL 33872 | 12967 | Motors Liquidation Company | $26,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLES A KIRITSY<br>1121 RT 12 SOUTH NH<br><br>FITZWILLIAM, NH 03447 | 10094 | Motors Liquidation Company | $5,030.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLES ANDERSON<br>CGM SEP IRA CUSTODIAN<br>4139 NW 18TH AVENUE<br>OAKLAND, CA 33309 | 67871 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| CHARLES ANDERSON<br>4139 NW 18TH AVE<br><br>OAKLAND PARK, FL 33309 | 67874 | Motors Liquidation Company | $9,375.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLES FAUST<br>1406 N MADDOX<br><br>MUNCIE, IN 47304 | 17189 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CHARLOTTE G WHIDDEN TOD<br>DOLORES A WHIDDEN<br>1108 BRADENTON RD<br>DAYTONA BEACH, FL 32114 | 20959 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| CLAIRE MOONEY<br>CGM IRA CUSTODIAN<br>11608 SW 70TH CT<br>OCALA, FL 34476 | 12640 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| CLARENCE & HELEN ROBINSON<br>8187 N 1 RD<br><br>COPEMISH, MI 49625 | 69802 | Motors Liquidation Company | $8,965.10 | Preferred Stock Claim | Pgs. 1-5 |
| CLYDE & CLAIRENE STRILER<br>4136 W COLDWATER RD<br><br>FLINT, MI 48504 | 4854 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| CLYDE & CLAIRENE STRILER<br>TTEE'S CLYDE & CLAIRENE<br>STRILER REV LIV TRUST<br>UAD 8/07/02<br>4136 W. COLDWATER RD.<br>FLINT, MI 48504 | 4855 | Motors Liquidation Company | $12,500.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| COSTA E ANDROULAKIS<br>9608 W SHIPROCK DR<br><br>SUN CITY, AZ 85351 | 45053 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| CYNTHIA M DREW,  PAUL DREW<br>CYNTHIA M DREW<br>PO BOX 301<br>NORTH, SC 29112 | 4880 | Motors Liquidation Company | $17,455.58 | Preferred Stock Claim | Pgs. 1-5 |
| DANIEL E & CAMILLE B SULLIVAN<br>919 SHORT ST<br><br>NEW ORLEANS, LA 70118 | 3902 | Motors Liquidation Company | $1,870.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| DANIEL L MARTINELLI<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>1113 RAMBLEWOOD WAY<br>SAN MATEO, CA 94403 | 10849 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DARWIN O DURR IRA<br>8142 PUDDING CREEK DR SE<br>SALEM, OR 97317 | 8699 | Motors Liquidation Company | $88,947.63 | Preferred Stock Claim | Pgs. 1-5 |
| DAVID ELMER DEFER &<br>PATRICIA MARIE DEFER JTWROS<br>6200 MARKEL RD<br>MARINE CITY, MI 48039 | 5982 | Motors Liquidation Company | $10,104.06 | Preferred Stock Claim | Pgs. 1-5 |
| DAVID L MEYER<br>451 COOLSPRINGS COVE<br>WOODSTOCK, GA 30188 | 36970 | Motors Liquidation Company | $3,125.00 | Preferred Stock Claim | Pgs. 1-5 |
| DAVIDS CEMETERY ASSOCIATION<br>RETIREMENT TRUST<br>FBO ERIC WATNE<br>324 BRYDON ROAD<br>KETTERING, OH 45419 | 7971 | Motors Liquidation Company | $4,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DELFIN CORDERO JR<br>3624 AVENUE T<br>BROOKLYN, NY 11234 | 6592 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| DON N FOSCO & BARBARA A FOSCO<br>128 S CLINTON<br>PITTSFIELD, IL 62336 | 7982 | Motors Liquidation Company | $35,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DON ROBERT SCHOCH<br>217 WOODCLEFT<br>LOUISVILLE, KY 40222 | 12838 | Motors Liquidation Company | $465.00 | Preferred Stock Claim | Pgs. 1-5 |
| DONALD A BENGEL IRA<br>DONALD A BENGEL<br>917 SAILORS COVE<br>FT WAYNE, IN 46845 | 7280 | Motors Liquidation Company | $24,321.00 | Preferred Stock Claim | Pgs. 1-5 |
| DONALD C HASSIGAN TTEE<br>DONALD C HASSIGAN TRUST<br>U/A DTD 10/26/2001<br>90 SUMMERWINDS LN<br>OLDSMAR, FL 34677 | 29022 | Motors Liquidation Company | $4,050.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| DONALD E BLAIR<br>407 WISSEMAN AVE<br>MILFORD, DE 19963 | 11245 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| DONALD F BARROWS AND<br>MARY C BARROWS JTWROS<br>10351 SOUTH HIGH MEADOWS COURT<br>TRAVERSE CITY, MI 49684 | 11400 | Motors Liquidation Company | $6,950.14 | Preferred Stock Claim | Pgs. 1-5 |
| EVELYN J LIZZI TTEE<br>U/A/D 1 6 96<br>EVELYN J LIZZI LIVING TRUST<br>13300 CAMBRIDGE COURT<br>PLYMOUTH, MI 48170 | 6386 | Motors Liquidation Company | $100,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| GLENN K LUKAS<br>392 BELLEVUE AVE<br>LAKE ORION, MI 48362 | 30928 | Motors Liquidation Company | $31,708.00 | Preferred Stock Claim | Pgs. 1-5 |
| GORDON L CRAIG AND<br>CORNELIA J CRAIG CO-TTEES FBO<br>THE G & C CRAIG LIV TRUST U/A/D 01/22/98<br>10552 HICKORY KNOLL<br>BRIGHTON, MI 48114 | 10646 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| HILDA GORDON<br>14180 B NESTING WAY<br>DELRAY BEACH, FL 33484 | 9996 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH RUSH &<br>GAYE COWAN JT TEN<br>1482 NOTTINGHAM NW<br>WARREN, OH 44485 | 6384 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LISA L WIGHTMAN<br>38W090 HERITAGE OAKS DR<br>ST CHARLES, IL 60175 | 14726 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LOUIS F MEIER IV<br>22525 LAVON<br>ST CLAIR SHORES, MI 48081 | 29007 | Motors Liquidation Company | $157,113.73 | Preferred Stock Claim | Pgs. 1-5 |
| LOUIS J CROCKETT &<br>REGINA CROCKETT CO TTEES<br>CROCKETT REV TR U/A 12-13-90<br>2643 KEY LARGO LN<br>FT LAUDERDALE, FL 33312 | 44657 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| LYNN H CROSBY TTEE<br>FBO LYNN H. CROSBY REV. TR.<br>U/A/D 05-02-2000<br>6031 HARWOOD AVE.<br>OAKLAND, CA 94618 | 9703 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET A EMANS TOD<br>ROBERT J EMANS & RONALD P EMANS<br>1664 ARCHWOOD LN<br>TOLEDO, OH 43614 | 30653 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET NICASTRI<br>128 CAPTIVA COVE<br>STUART, FL 24994 | 6394 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARIE A HOPKINS TRUSTEE<br>MARIE A HOPKINS<br>3325 N 143RD CIRCLE<br>OMAHA, NE 68164 | 6370 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR ANTHONY TANICO TTEE<br>ANTHONY TANICO REV TR<br>FBO ANTHONY TANICO<br>DTD 03/08/01<br>1370 S OCEAN BLVD APT 901<br>POMPANO BEACH, FL 33062 | 68937 | Motors Liquidation Company | $17,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR JOHN MONTALBETTI<br>CGM IRA CUSTODIAN<br>DTD 08/12/81<br>7230 NW 8TH CT<br>MARGATE, FL 33063 | 44656 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS JAYNE C BYAL TTEE<br>FBO JAYNE C BYAL TRUST<br>U/A/D 07/09/04<br>2913 PORT ROYALE LANE<br>FT LAUDERDALE, FL 33308 | 33515 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PETE MILLER<br>4600 ST GEORGE CT<br>FLOYD KNOBS, IN 47119 | 10074 | Motors Liquidation Company | $11,000.44 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT W & CAROL A JAFFRAY<br>CO TRUSTEES U/A/D 10/28/04<br>JAFFRAY FAMILY TRUST<br>12741 SE 90TH CT RD<br>SUMMERFIELD, FL 34491 | 9152 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| RONALD E & JEAN E HAYNES TTEES<br>FBO RONALD E HAYNES & JEAN E<br>HAYNES TRUST UAD 11/20/97<br>102 WINTERGREEN WAY<br>BEECH MOUNTAIN, NC 28604 | 2066 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| SAUNDRA PASKOWITZ<br>TOD REGISTRATION<br>20 CHICHESTER ROAD<br>MONROE TOWNSHIP, NJ 08831 | 4485 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| SELMA ABRAMSON<br>REGENCY TOWER<br>1003 EASTON RD APT 719-C<br>WILLOW GROVE, PA 19090 | 3877 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SHIRLEY FIELDS<br>6117 PETALUNA DR<br>BOCA RATON, FL 33433<br>UNITED STATES OF AMERICA | 5315 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SIGFRIED DAYAN<br>506 WESLEYAN DR<br>MACON, GA 31210 | 8017 | Motors Liquidation Company | $7,800.00 | Preferred Stock Claim | Pgs. 1-5 |
| SIGMUND ABRAHAM<br>1344 PLUMBAGO ST<br>CAMARILLO, CA 93010 | 5491 | Motors Liquidation Company | $15,002.00 | Preferred Stock Claim | Pgs. 1-5 |
| ST. MARY CHURCH MAUSOLEUM<br>ATTN: TERRANCE M. LAWLER<br>830 FIFTH AVENUE<br>ALPHA, NJ 08865 | 2029 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| STEVEN P BENNETT<br>4491 E COUNTY LINE RD N<br>MUNCIE, IN 47302 | 6845 | Motors Liquidation Company | $13,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| SUSAN R. KLEIN<br>TOD DTD 06/08/2008<br>176 ARDMORE AVE<br>STATEN ISLAND, NY 10314 | 6496 | Motors Liquidation Company | $385.00 | Preferred Stock Claim | Pgs. 1-5 |
| THELMA OWEN<br>C/O ZU GAYE BRONSON<br>1737 CORAL ROCK COURT<br>IRVING, TX 75060<br>UNITED STATES OF AMERICA | 36985 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

197th Omnibus Objection

**Motors Liquidation Company, et al.**

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| | | | | | |
|---|---|---|---|---|---|
| THOMAS A JOHNSTON &<br>BETTY J JOHNSTON JT TEN<br>7155 S CANTON<br>TULSA, OK 74136 | 30656 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| THOMAS B AZER<br>11 PINION PINE LANE<br>QUEENSBURY, NY 12804 | 4987 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| VERNA MAE DURR IRA<br>8142 PUDDING CREEK DR SE<br>SALEM, OR 97317 | 8698 | Motors Liquidation Company | $73,191.63 | Preferred Stock Claim | Pgs. 1-5 |
| VICTOR MULLAN<br>CGM SEP IRA CUSTODIAN<br>U/P/O THE MULLAN R. COMPANY<br>15201 WHEELER LANE<br>SPARKS, MD 21152 | 5976 | Motors Liquidation Company | $9,592.00 | Preferred Stock Claim | Pgs. 1-5 |
| VIOLET RUSH<br>1482 NOTTINGHAM ST NW<br>WARREN, OH 44485 | 7826 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WALLACE HOPKINS<br>11605 MIRACLE HILLS DR STE 300<br>OMAHA, NE 68154 | 6371 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WALTER A DUNCAN AND<br>AGNES M DUNCAN JTWROS<br>TOD: MULTIPLE BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>10000 W 20TH<br>LITTLE ROCK, AR 72205 | 4776 | Motors Liquidation Company | $8,884.00 | Preferred Stock Claim | Pgs. 1-5 |
| WELLS FARGO BANK ROTH C/F<br>WINSTON LAI<br>4835 W MONTE VERDE CT<br>VISALIA, CA 93277 | 4308 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WILLIAM GEIGER<br>123 E GREENHILL TERRACE PL<br>THE WOODLANDS, TX 77382 | 4669 | Motors Liquidation Company | $20,100.00 | Preferred Stock Claim | Pgs. 1-5 |
| WILLIAM M ROGERS<br>3838 E 32 ST<br>DES MOINES, IA 50317 | 2703 | Motors Liquidation Company | $8,059.40 | Preferred Stock Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| WILLIAM PETER MILLER II (TRUST)<br>WILLIAM PETER MILLER II<br>4600 SAINT GEORGES CT<br>FLOYDS KNOBS, IN 47119 | 10073 | Motors Liquidation Company | $5,208.00 | Preferred Stock Claim | Pgs. 1-5 |
| YIPING MA<br>64 14 218 ST<br>BAYSIDE, NY 11364 | 1960 | Motors Liquidation Company | $1,040.00 | Preferred Stock Claim | Pgs. 1-5 |

***CLAIMS TO BE DISALLOWED***                                    **99**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.