**Exhibit A**

198th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DONALD E DETAMORE<br>SANDY LANGLOIS JT TEN<br>1349 WINCHESTER<br>MUSKEGON, MI 49441 | 18988 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DONALD H BROWN<br>5801 W BETHEL APT 615<br>MUNCIE, IN 47304 | 16572 | Motors Liquidation Company | $12,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DORIS & BERTRAM BOHN<br>3801 S GERMAINE CT<br>LOUISVILLE, KY 40207 | 22731 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DORIS J BROWN<br>1263 SNOWCAP TRL<br>REDDING, CA 96003 | 13680 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| DOUGLAS CONDON<br>380 MESA AVE<br>NEWBURY PARK, CA 91320 | 3611 | Motors Liquidation Company | $19,179.00 | Preferred Stock Claim | Pgs. 1-5 |
| DURR LIVING TRUST UA 5-22-97<br>DARWIN D DURR & VERNA MAE DURR<br>8142 PUDDING CREEK DR SE<br>SALEM, OR 97317 | 8700 | Motors Liquidation Company | $74,486.79 | Preferred Stock Claim | Pgs. 1-5 |
| EDGAR M SCRAY<br>690 LIDA LN<br>GREEN BAY, WI 54304 | 29563 | Motors Liquidation Company | $26,747.63 | Preferred Stock Claim | Pgs. 1-5 |
| EDGAR M SCRAY REVOCABLE TRUST<br>C/O EDGAR M SCRAY TTEE<br>U/A/D 6-30-98<br>690 LIDA LN<br>GREEN BAY, WI 54304 | 29739 | Motors Liquidation Company | $26,747.63 | Preferred Stock Claim | Pgs. 1-5 |
| EDWARD M CLARK IRA<br>FCC AS CUSTODIAN<br>6035 WAGONMASTER LN<br>ROSEVILLE, CA 95747 | 16038 | Motors Liquidation Company | $22,675.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 198th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| ELAINE SHAPIRO SUCC TTEE<br>FBO IRENE RUTH JEANS<br>U/A/D 03/20/00<br>2804 NORTH 46 AVENUE APT C331<br>HOLLYWOOD, FL 33021 | 67870 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ELEANOR RUBIN<br>3016 TOWNESIDE LANE<br>WOODSTOCK, GA 30189 | 18219 | Motors Liquidation Company | $19,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ERNEST BRANDES<br>5595 NW 27 PLACE<br>OCALA, FL 34482 | 65968 | Motors Liquidation Company | $30,870.00 | Preferred Stock Claim | Pgs. 1-5 |
| EUGENE S BAGINSKI TOD<br>JULIA BAGINSKI<br>SUBJECT TO STA RULES<br>63856 E HIGH POINT LANE<br>TUCSON, AZ 85739 | 22599 | Motors Liquidation Company | $28,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| EUGENE S. BAGINSKI PHD<br>TOD NAMED BENEFICIARIES<br>SUBJECT TO STA TOD RULES<br>63856 E HIGH POINT LN<br>TUCSON, AZ 85739 | 22598 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| EVELYN E COHEN<br>CGM IRA CUSTODIAN<br>256 WEDGEWOOD DRIVE<br>WILLIAMSVILLE, NY 14221 | 69258 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| EVELYN WITKIN MD PC<br>PROFIT SHARING PLAN DTD 1/3/83<br>466 LONG LN<br>HUNTINGDON VY, PA 19006 | 28051 | Motors Liquidation Company | $44,100.00 | Preferred Stock Claim | Pgs. 1-5 |
| FLEMING FAMILY CREDIT SHELTER TRUST (B)<br>SALLY L FLEMING % PARKER FLEMING<br>340 MAGMAR LANE<br>FAYETTEVILLE, GA 30214<br>UNITED STATES OF AMERICA | 68198 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| FRANCES K FARRELL<br>C/O JULIA FARRELL<br>170 E 83RD ST #4D<br>NEW YORK, NY 10028 | 68599 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**198th Omnibus Objection**

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name / Address | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| FRED D NICHOLS<br>608-3RD AVE S<br>JASPER, AL 35501 | 7066 | Motors Liquidation Company | $20,650.00 | Preferred Stock Claim | Pgs. 1-5 |
| GARY LYNCH<br>6584 WOODBROOK DR<br>ROANOKE, VA 24018 | 20513 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| GARY LYNCH<br>6584 WOODBROOK DR<br>ROANOKE, VA 24018 | 20514 | Motors Liquidation Company | $18,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| GEORGE AND PHYLLIS MILLER<br>18720 W SR 105<br>ELMORE, OH 43416 | 4388 | Motors Liquidation Company | $1,509.38 | Preferred Stock Claim | Pgs. 1-5 |
| GEORGE BREWSTER SR<br>553 TERRACE GARDEN DR<br>LAKELAND, FL 33815 | 22587 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| GEORGE COYLE<br>22 COOLIDGE AVE<br>GLEN HEAD, NY 11545 | 2287 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| GEORGE GATTI<br>23 CAMPBELL DR<br>PARLIN, NJ 08859 | 50169 | Motors Liquidation Company | $525.00 | Preferred Stock Claim | Pgs. 1-5 |
| GEORGE RITTER TRUST<br>U/A/D 7 1 88<br>GEORGE RITTER TRUSTEE<br>28420 SUNSET BLVD. W.<br>LATHRUP VILLAGE, MI 48076 | 19709 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| GERALD BRICKNER<br>36800 ELK CV<br>FARMINGTN HLS, MI 48331 | 10764 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| GERALD E SIRAK AND<br>MARY E SIRAK TTEES<br>GERALD E SIRAK TR UAD 11/27/01<br>FBO GERALD E SIRAK<br>12878 IONA RD<br>FORT MYERS, FL 33908 | 44618 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9700-1    Filed 03/09/11    Entered 03/09/11 11:35:36    Exhibit A
Pg 4 of 11

198th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| GLENN T JACKSON AND RUTHIE JACKSON JTWROS<br>635 CENTER CAMBRIDGE RD<br>CAMBRIDGE, NY 12816 | 8026 | Motors Liquidation Company | $6,100.00 | Preferred Stock Claim | Pgs. 1-5 |
| GRAND COUNCIL OF CRYPTIC MASONS OF ILLINOIS<br>C/O RONALD FULLERLOVE<br>PO BOX 310<br>SHERRARD, IL 61281 | 70084 | Motors Liquidation Company | $9,952.71 | Preferred Stock Claim | Pgs. 1-5 |
| GUY & JUANITA RAMSAUR<br>PO BOX 338<br>IRON STATION, NC 28080 | 25384 | Motors Liquidation Company | $25,000.00 Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| GUY H PETERSON & YOLONDE PETERSON TTEES UAD 04/29/09 GUY HALL & THELMA YOLONDE PETERSON REVOC LIVING TRUST<br>1813 TESTA DR<br>MARION, IL 62959 | 10480 | Motors Liquidation Company | $24,852.50 | Preferred Stock Claim | Pgs. 1-5 |
| HAROLD G BROOKS<br>5355 PROVIDENCE CHURCH RD<br>WINSTON-SALEM, NC 27105 | 50099 | Motors Liquidation Company | $28,098.60 | Preferred Stock Claim | Pgs. 1-5 |
| HAROLD M RAPP<br>EVELYN M RAPP TTEE UAD 6-9-1999<br>FBO HAROLD RAPP REV LIV TRUST<br>1433 DEWITT STREET<br>PORT CHARLOTTE, FL 33952 | 19468 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| HAROLD M RAPP<br>EVELYN M RAPP TTEE<br>U/A/D 06-09-1997<br>FBO HAROLD RAPP REV LIV TR<br>1433 DE WITT STREET<br>PORT CHARLOTTE, FL 33952 | 19469 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| HAROLD ZARETSKY<br>4035 REXFORD B<br>BOCA RATON, FL 33434 | 4647 | Motors Liquidation Company | $0.00 Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| HARTMAN, MARY C<br>16231 SCENIC<br>CLINTON TWP, MI 48038 | 2808 | Motors Liquidation Company | $180,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

198th Omnibus Objection                           **Exhibit A**                                  Motors Liquidation Company, et al.
                                                                                                  Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| HELEN MARY LACY<br>1320 COLLEGE DR<br>OWENSBORO, KY 42301 | 22234 | Motors Liquidation Company | $10,005.00 | Preferred Stock Claim | Pgs. 1-5 |
| HERBERT W. GRINDEL AND<br>JUNE L. GRINDEL, TRUSTEES<br>HERBERT W. GRINDEL TRUST<br>U/A/D 3/14/94<br>830 AUDUBON WAY, APT. 314<br>LINCOLNSHIRE, IL 60069 | 11738 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ILLINOIS MASONIC NURSES TRAINING SCHOLARSHIP FUND<br>C/O RONALD FULLERLOVE<br>PO BOX 310<br>SHERRARD, IL 61281 | 70085 | Motors Liquidation Company | $8,090.46 | Preferred Stock Claim | Pgs. 1-5 |
| INA FRIEDMAN<br>23 HABANAI ST<br>96264 JERUSALEM, ISRAEL<br>ISRAEL | 18959 | Motors Liquidation Company | $8,137.67 | Preferred Stock Claim | Pgs. 1-5 |
| IRA FBO ALFRED LUDWIG<br>PERSHING LLC AS CUSTODIAN<br>5179 KINCARDINE DR<br>CINCINNATI, OH 45238 | 23469 | Motors Liquidation Company | $8,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| IRA FBO BARBARA P WHITE<br>PERSHING LLC AS CUSTODIAN<br>1702 MARSHALL SMITH RD<br>KING, NC 27021 | 50096 | Motors Liquidation Company | $11,091.40 | Preferred Stock Claim | Pgs. 1-5 |
| IRA FBO BOBBY J BROOKS<br>1467 LEWISBURG POINTE DR<br>CLEMMONS, NC 27012 | 51357 | Motors Liquidation Company | $6,760.00 | Preferred Stock Claim | Pgs. 1-5 |
| IRA FBO CAROLYN T BAKER<br>CAROLYN T BAKER<br>110 N MAIN ST<br>KING, NC 27021 | 50109 | Motors Liquidation Company | $10,768.40 | Preferred Stock Claim | Pgs. 1-5 |
| IRA FBO DENNIS E GREGORY<br>PERSHING LLC AS CUSTODIAN<br>307 KNOLLCREST DR<br>PINNACLE, NC 27043 | 50101 | Motors Liquidation Company | $15,017.00 | Preferred Stock Claim | Pgs. 1-5 |
| IRA FBO DERRICK W MANUEL<br>C/O DERRICK W MANUEL<br>377 CARSON RD<br>PILOT MOUNTAIN, NC 27041 | 50092 | Motors Liquidation Company | $2,845.80 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 198th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| IRA FBO HAROLD R BAKER<br>HAROLD R BAKER<br>110 N MAIN ST<br>KING, NC 27021 | 50108 | Motors Liquidation Company | $11,670.50 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO JAMES C COLLINS JR<br>PERSHING LLC AS CUSTODIAN<br>1163 COON RD<br>PINNACLE, NC 27043 | 50100 | Motors Liquidation Company | $56,237.40 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO JAMES L HARDY<br>126 STRATFORD PL<br>DOBSON, NC 27017 | 50103 | Motors Liquidation Company | $10,029.50 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO LINDA T JOYCE<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>7068 HARPERGLEN RD<br>CLEMMONS, NC 27012 | 50106 | Motors Liquidation Company | $15,594.35 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO RICHARD C REICH<br>PERSHING LLC AS CUSTODIAN<br>4875 EBERT RD<br>WINSTON-SALEM, NC 27127 | 50098 | Motors Liquidation Company | $5,199.25 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO ROBERT B HEGE JR<br>PERSHING LLC AS CUSTODIAN<br>2682 AMESBURY RD<br>WINSTON-SALEM, NC 27103 | 50104 | Motors Liquidation Company | $8,211.50 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO SANDRA L BONDS<br>SANDRA L BONDS<br>1030 ABBEY PLACE COURT<br>KING, NC 27021 | 50110 | Motors Liquidation Company | $7,537.35 | Preferred Stock Claim  Pgs. 1-5 |
| IRA FBO TIMOTHY R VANCIL<br>PERSHING LLC AS CUSTODIAN<br>615 EAST HICKORY LANE<br>INDIANAPOLIS, IN 46227 | 10464 | Motors Liquidation Company | $1,960.00 | Preferred Stock Claim  Pgs. 1-5 |
| IRENE FERRILL<br>FERRILL FAMILY TRUST<br>741 CLARK STREET<br>MUSKEGON, MI 49442 | 13104 | Motors Liquidation Company | $29,850.00 | Preferred Stock Claim  Pgs. 1-5 |
| IRVIN HODGE & BRENDA T HODGE JTWROS<br>IRVIN HODGE & BRENDA T HODGE<br>973 BRYANS PLACE RD<br>WINSTON-SALEM, NC 27104 | 50105 | Motors Liquidation Company | $75,538.65 | Preferred Stock Claim  Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**198th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| IRVIN ROSENBERG<br>CLARE ROSENBERG<br>3367 JOG PARK DR<br>GREENACRES, FL 33467 | 4648 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim — Pgs. 1-5 |
| JACK SPEAKS<br>101 SPILLSBURY COURT<br>CLEMMONS, NC 27012 | 13911 | Motors Liquidation Company | $99,625.00 | Preferred Stock Claim — Pgs. 1-5 |
| JACQUELINE L LARSEN<br>14774 W WATERWHEEL<br>CORAL, MI 49322 | 17949 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim — Pgs. 1-5 |
| JACQUES E LINDER IRA<br>4639 CHANDLERS FORDE<br>SARASOTA, FL 34235<br>UNITED STATES OF AMERICA | 16139 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim — Pgs. 1-5 |
| JAMES D BROOKS AND<br>JACKIE P BROOKS JTWROS<br>8212 FISHER RD<br>FRISCO, TX 75034 | 7309 | Motors Liquidation Company | $39,978.00 | Preferred Stock Claim — Pgs. 1-5 |
| JAMES F MCCUE AND<br>BARBARA L MCCUE JTTENCOM<br>946 REVERE DR<br>HILLSIDE, NJ 07205 | 68328 | Motors Liquidation Company | $19,625.00 | Preferred Stock Claim — Pgs. 1-5 |
| ROBERT T CABRELLI<br>27 PINE VALLEY RD<br>BROOMALL, PA 19008 | 15650 | Motors Liquidation Company | $753.00 | Preferred Stock Claim — Pgs. 1-5 |
| ROCHELLE GENDLER TRUSTEE<br>ROCHELLE GENDLER REV TRUST<br>U/A/D 04-26-1994<br>17818 DEAUVILLE LANE<br>BOCA RATON, FL 33496 | 11778 | Motors Liquidation Company | $8,750.00 | Preferred Stock Claim — Pgs. 1-5 |
| RONALD DICK<br>221 CIRCLEBROOK DR<br>MONROE, VA 24574 | 20517 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim — Pgs. 1-5 |
| RUDOLPH J OSWALD<br>1860 FAIROAK RD<br>NAPERVILLE, IL 60565 | 19148 | Motors Liquidation Company | $5,300.00 | Preferred Stock Claim — Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 198th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

| \|\| CLAIMS TO BE DISALLOWED AND EXPUNGED \|\| | | | | | |
|---|---|---|---|---|---|
| RUDOLPH J RUZZA<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>28662 S POINTE DR<br>GROSSE ILE, MI 48138 | 15829 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| RUTH PROSS<br>DR RONALD PROSS POA<br>13005 COMMUNITY CAMPUS DR # 111<br>TAMPA, FL 33623 | 44604 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| RUTH PROSS<br>13005 COMMUNITY CAMPUS DR #111<br>TAMPA, FL 33625<br>UNITED STATES OF AMERICA | 44605 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SAM GERTZ &<br>CLARA GERTZ JT WROS<br>30487 LONGCREST ST<br>SOUTHFIELD, MI 48076 | 20126 | Motors Liquidation Company | $25,940.00 | Preferred Stock Claim | Pgs. 1-5 |
| SANDRA L HUFNAGEL<br>451 COOLSPRINGS COVE<br>WOODSTOCK, GA 30188 | 36971 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| SANFORD KADISH<br>CGM IRA CUSTODIAN<br>SARAH KADISH POA<br>7178 PROMENADE DR APT 402B<br>BOCA RATON, FL 33433 | 44592 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SANFORD KADISH<br>SARAH KADISH POA<br>7178 PROMENADE DR APT 402B<br>BOCA RATON, FL 33433 | 44608 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SANFORD KADISH<br>7178 PROMENADE DR APT 402B<br>BOCA RATON, FL 33433<br>UNITED STATES OF AMERICA | 44609 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SARAH KADISH<br>SANFORD KADISH POA<br>7178 PROMENADE DR APT 402B<br>BOCA RATON, FL 33433 | 44610 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9700-1    Filed 03/09/11    Entered 03/09/11 11:35:36    Exhibit A
Pg 9 of 11

198th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Reference |
|---|---|---|---|---|---|
| SCOTT A JOHNSON<br>TOD ACCOUNT<br>6889 NORTH MAPLE GROVE ROAD<br>BLOOMINGTON, IN 47404 | 12044 | Motors Liquidation Company | $3,350.00 | Preferred Stock Claim | Pgs. 1-5 |
| SCOTT J & ELIZ E REALEY<br>337 BAIRD AVE<br>MT EPHRAIM, NJ 08059 | 16159 | Motors Liquidation Company | $2,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| SELMA G BOWMAN<br>2852 CHALMERS CT<br>PALM HARBOR, FL 34684 | 12968 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SHARON P DORR TRUSTEE<br>SHARON P DORR<br>10470 E BIRCH RUN RD<br>BIRCH RUN, MI 48415 | 9783 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SHIRLEY BURLINGHAM<br>80 CYPRESS RUN<br>BLUFFTON, SC 29909 | 15637 | Motors Liquidation Company | $7,611.85 | Preferred Stock Claim | Pgs. 1-5 |
| SHIRLEY M NELSON TTEE<br>SHIRLEY M NELSON TRUST 2000<br>U/A/D 06/21/2000<br>133 HAWTHORNE VILLAGE ROAD<br>NASHUA, NH 03062 | 13443 | Motors Liquidation Company | $159,021.00 | Preferred Stock Claim | Pgs. 1-5 |
| STANLEY I WOOD<br>735 ACADEMY ST<br>RURAL HALL, NC 27045 | 50097 | Motors Liquidation Company | $15,671.55 | Preferred Stock Claim | Pgs. 1-5 |
| STEVEN JOSEPH SOLCHER<br>325 SHARON PARK #719<br>MENLO PARK, CA 94025 | 20770 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| STIFEL NICOLAUS CUSTODIAN FOR<br>SUZANNE C DE HAAN IRA<br>573 PROSPECT SE<br>GRAND RAPIDS, MI 49503 | 20918 | Motors Liquidation Company | $7,800.00 | Preferred Stock Claim | Pgs. 1-5 |
| SUSAN A ZIELINSKI<br>C/O WILLIAM S ZIELINSKI JR<br>71 HUNTINGTON HLS S<br>ROCHESTER, NY 14622 | 19748 | Motors Liquidation Company | $9,648.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9700-1    Filed 03/09/11    Entered 03/09/11 11:35:36    Exhibit A
Pg 10 of 11

198th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| TERRY C DAVIS 2006 CA REV TR<br>U/A DTD 03/02/2006<br>TERRY C DAVIS TTEE<br>7440 WINDING WAY<br>FAIR OAKS, CA 95628 | 11395 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| TERRY R BESLER<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>2831 SUNNYWOOD AVE<br>WOODLAND PARK, CO 80863 | 20897 | Motors Liquidation Company | $850.00 | Preferred Stock Claim | Pgs. 1-5 |
| THOMAS TEETER<br>816 ELM AVE SE<br>ROANOKE, VA 24013<br>UNITED STATES OF AMERICA | 20518 | Motors Liquidation Company | $22,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| TOBY A GREER<br>821 MURIEL NE<br>ALBUQUERQUE, NM 87123 | 11711 | Motors Liquidation Company | $31,200.00 | Preferred Stock Claim | Pgs. 1-5 |
| TOBY D LORITSCH<br>1902 STONE MILL DRIVE<br>SALEM, VA 24153 | 20515 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| VINCENT J REED<br>602 E HILLCREST DR<br>VERONA, WI 53593 | 12276 | Motors Liquidation Company | $19,996.73 | Preferred Stock Claim | Pgs. 1-5 |
| WALTER E DUMMER REV<br>TRUST UAD 09/28/95<br>WALTER E DUMMER TTEE<br>PO BOX 5103<br>N MUSKEGON, MI 49445 | 20678 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WARREN JENSEN<br>4281 NW 41ST ST APT 319<br>LAUDERDALE LAKES, FL 33319 | 44602 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| WILLIAM A BERRY<br>908 EDGEWOOD<br>COLUMBIA, MO 65203 | 20152 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 198th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| WILLIAM G KOGLER OR<br>DOLORES KOGLER TTEES<br>WILLIAM G KOGLER LIV TR<br>DTD 11/15/2007<br>9346 SAYRE AVE<br>MORTON GROVE, IL 60053 | 29466 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim  Pgs. 1-5 |
| WILLIAM MOTT<br>91 SAWTIMBER DR<br>HILTON HEAD, SC 29926 | 23558 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim  Pgs. 1-5 |
| WILLIAM THOMAS &<br>FLORA THOMAS TTEES<br>WM & FLORA THOMAS FAMILY TRUST<br>U/A DTD 08/25/87<br>10931 PEMBROKE DR<br>SANTA ANA, CA 92705 | 15816 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim  Pgs. 1-5 |
| WILLIAM VAN DYKE<br>1929 FRAWLEY DR<br>SUN PRAIRIE, WI 53590 | 18201 | Motors Liquidation Company | $15,093.00 | Preferred Stock Claim  Pgs. 1-5 |
| ZEENAT AZWER &/OR NURAL AMIN NENSEY<br>PO BOX 214134<br>DUBAI UAE<br>UNITED ARAB EMIRATES | 50111 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Preferred Stock Claim  Pgs. 1-5 |

***CLAIMS TO BE DISALLOWED***          **100**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.