199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR ROBERT NANN<br>4744 70TH ST UNIT 2<br>LA MESA, CA 91942 | 3141 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>FRANK N ORRIS<br>IRA ROLLOVER DATED 02/28/96<br>7535 HEARD RD<br>CUMMING, GA 30041 | 5738 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*     2

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

199th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES F. DAVIS (ROTH IRA)<br>FCC AS CUSTODIAN<br>7079 BISTIAN CT<br>WEEKI WACHEE, FL 34613 | 9524 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JAMES R HASLER IRA ROLLOVER<br>FCC AS CUSTODIAN<br>2801 ROBINS BOW<br>BLOOMINGTON, IN 47401 | 19915 | Motors Liquidation Company | $25,453.13 | Preferred Stock Claim | Pgs. 1-5 |
| JAMES R LEONARD (IRA)<br>FCC AS CUSTODIAN<br>PO BOX 82367<br>LAFAYETTE, LA 70598 | 15380 | Motors Liquidation Company | $25,000.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| JAMES R LEONARD PENSION<br>PO BOX 82367<br>LAFAYETTE, LA 70598 | 6586 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JAY MEYERS<br>171 DERSAM RD<br>ALDEN, NY 14004 | 3748 | Motors Liquidation Company | $8,956.20 | Preferred Stock Claim | Pgs. 1-5 |
| JEAN E BRODEUR<br>4128 HILDRING DR EAST<br>FORTH WORTH, TX 76109 | 11497 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| JEROME K GROSSMAN TTEE<br>TRUST FBO RUTH V. LEVIN U/A<br>DTD 08/17/1961<br>1000 WEST STREET 17TH FLOOR<br>WILMINGTON, DE 19801 | 12951 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| JEROME N RADENBAUGH<br>2903 WILLA DR<br>SAINT JOSEPH, MI 49085 | 5414 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JIM YORK AND MARY ANN YORK<br>5749 S EUNICE AVE<br>FRESNO, CA 93706 | 39327 | Motors Liquidation Company | $3,850.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

09-50026-mg    Doc 9702-1    Filed 03/09/11    Entered 03/09/11 11:43:46    Exhibit A
Pg 3 of 12

199th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| JOAN F & JACQUES E LINDER TRUSTEES<br>C/O LINDER FAMILY REVOCABLE TRUST<br>4639 CHANDLERS FORDE<br>SARASOTA, FL 34235<br>UNITED STATES OF AMERICA | 16138 | Motors Liquidation Company | $19,639.38 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN F. TRACY<br>EILEE TRACY<br>27 PROSPECT ST<br>BLOOMFIELD, CT 06002 | 19135 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN ISLER<br>6509 BROOKHAVEN CT<br>ROANOKE, VA 24018<br>UNITED STATES OF AMERICA | 20512 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN PRAGER<br>74 DUERO ST<br>ST AUGUSTINE, FL 32084 | 23575 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN S BOOTH REVOCABLE TRUST<br>HARRIET D BOOTH, TRUSTEE<br>8400 VAMO RD #309<br>SARASOTA, FL 34231 | 62510 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOHN SPERO CRANIAS TTEE<br>JOHN CRANIAS<br>JOHN S CRANIAS TRUST, U/A DTD 10/21/2008<br>370 BUSH HILL CT<br>LAKE MARY, FL 32746 | 21659 | Motors Liquidation Company | $5,850.00 | Preferred Stock Claim | Pgs. 1-5 |
| JON P THOMPSON<br>PO BOX 69<br>GALLIPOLIS FERRY, WV 25515 | 6155 | Motors Liquidation Company | $1,674.89 | Preferred Stock Claim | Pgs. 1-5 |
| JOSEPH W ZIELINSKI &<br>ELIZABETH J ZIELINSKI JT WROS<br>14460 ROBINWOOD DR<br>PLYMOUTH, MI 48170 | 6658 | Motors Liquidation Company | $48,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOYCE L NITES<br>TOD ACCOUNT<br>2039 CELESTIAL NE<br>WARREN, OH 44484 | 10653 | Motors Liquidation Company | $3,350.00 | Preferred Stock Claim | Pgs. 1-5 |
| JOYCE REEVES<br>107 BAY TREE DR<br>DESTIN, FL 32550 | 22733 | Motors Liquidation Company | $5,854.33 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9702-1    Filed 03/09/11    Entered 03/09/11 11:43:46    Exhibit A
Pg 4 of 12

199th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| JUAN CAROLS CARRERA CUST FOR CHRISTIAN A CARRERA UGMA/CT<br>1076 HULLS HIGHWAY<br>SOUTHPORT, CT 06890 | 18981 | Motors Liquidation Company | $1,030.00 | Preferred Stock Claim | Pgs. 1-5 |
| K & I LOHNBERG REVOCABLE TRUST / KLAU & ILSE LOHNBERG<br>C/O KLAUS LOHNBERG<br>7525 N DESERT TREE DR<br>TUCSON, AZ 85704 | 1203 | Motors Liquidation Company | $30,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| KATHERINE T MCMENAMIN<br>TOD BENEFICIARIES ON FILE<br>48 DUNCAN LN<br>SPRINGFIELD, PA 19064 | 11720 | Motors Liquidation Company | $6,073.88 | Preferred Stock Claim | Pgs. 1-5 |
| KATHLEEN D SCHUSTER<br>56 ARNER RD<br>CHESTER, WV 26034 | 62508 | Motors Liquidation Company | $405.00 | Preferred Stock Claim | Pgs. 1-5 |
| KATHLEEN F. ANDERSON<br>CGM IRA CUSTODIAN<br>371 MERRICK DRIVE<br>BEAVERCREEK, OH 45434 | 4166 | Motors Liquidation Company | $7,725.00 | Preferred Stock Claim | Pgs. 1-5 |
| KATHRYN ELLERTHORPE<br>49 KING RD<br>LANDING, NJ 07850 | 68326 | Motors Liquidation Company | $783.80 | Preferred Stock Claim | Pgs. 1-5 |
| KATHY VILLARREAL<br>27860 LAUREN EAST<br>HARRISON TWP, MI 48045 | 4650 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH J WOLFE &<br>SANDRA J WOLFE JTWROS<br>2168 S PINE GROVE ST<br>LEBANON, PA 17046 | 3623 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH MCLENNAN<br>1620 HARBOR RD<br>WILLIAMSBURG, VA 23185 | 4844 | Motors Liquidation Company | $4,725.00 | Preferred Stock Claim | Pgs. 1-5 |
| KENNETH RUSH<br>1482 NOTTINGHAM RD.<br>WARREN, OH 44485 | 6140 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 199th Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| KLEIN, LEE F<br>KLEIN, BETTY R<br>4271 BEACH RIDGE RD<br>NORTH TONAWANDA, NY 14120 | 20166 | Motors Liquidation Company | $7,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LAI FAMILY REVOCABLE TRUST<br>U/A DTD 11/20/96<br>YEE & CHRISTINA LAI TTEES<br>4835 W MONTE VERDE CT<br>VISALIA, CA 93277 | 4309 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LARRY W MARSHALL & VICY MARSHALL JTWROS<br>PO BOX 126<br>WALKERTOWN, NC 27051 | 50093 | Motors Liquidation Company | $17,866.00 | Preferred Stock Claim | Pgs. 1-5 |
| LAURA M LUPHER<br>PO BOX 34<br>TOWNVILLE, PA 16360 | 12523 | Motors Liquidation Company | $9,700.00 | Preferred Stock Claim | Pgs. 1-5 |
| LEANN BIRKHEIMER<br>1417 NOTTINGHAM NW<br>WARREN, OH 44485 | 3852 | Motors Liquidation Company | $5,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LEROY WALLINGFORD<br>CGM IRA CUSTODIAN<br>568 JERSEY RIDGE<br>MAYSVILLE, KY 41056 | 23095 | Motors Liquidation Company | $7,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LILLIAM MCCURDY<br>27 C MONTROSE MANER CT<br>CATONSVILLE, MD 21228 | 36967 | Motors Liquidation Company | $4,484.04 | Preferred Stock Claim | Pgs. 1-5 |
| LINDA SUE BEATY TTEE<br>FBO LINDA SUE BEATY REV TRUST<br>U/A/D 03-30-2007<br>304 S 11TH PL<br>ROGERS, AR 72756 | 68216 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LINDSAY D (BERRY) DUNCAN<br>50 MOUNTAIN VIEW RD<br>BUFFALO, NY 82834 | 4471 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9702-1    Filed 03/09/11    Entered 03/09/11 11:43:46    Exhibit A
Pg 6 of 12

199th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| LOUIS J SCHWARTZ<br>TOD STANLEY SCHWARTZ, RANDYE SCHWARTZ, DEBBY SCHWARTZ<br>SUBJECT TO STA TOD RULES<br>339 QUIET DR<br>CHECK, VA 24072 | 44606 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| LYDIA ANN KING SUCC TTEE<br>DTD 11/2/94 FBO FRANK L BATOR LIVING TRUST<br>CLAIRE PAULINE BATOR POA<br>6569 RANIER DRIVE UNIT A<br>INDIANAPOLIS, IN 46214 | 25451 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| MABEL M ARCHBOLD TRUST<br>UAD 05/28/96<br>MARKLE BANK TTEE<br>10405 LEO ROAD<br>FT WAYNE, IN 46825 | 14293 | Motors Liquidation Company | $48,985.50 | Preferred Stock Claim | Pgs. 1-5 |
| MAE AND SANFORD SHULSON<br>PO BOX 156<br>ST THOMAS, ND 58276 | 9792 | Motors Liquidation Company | $11,375.00 | Preferred Stock Claim | Pgs. 1-5 |
| MANUEL MARTINEZ GONZALEZ<br>& ESTHER V DE MARTINEZ JTTEN<br>CALLE OCHOA 442<br>COL ZONA CENTRO<br>32000 CD JUAREZ CHIH,MEXICO<br>MEXICO | 18982 | Motors Liquidation Company | $500,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET M SUMMERALL<br>CGM IRA CUSTODIAN<br>2729 CHERYLE LANE<br>SARASOTA, FL 34237 | 7455 | Motors Liquidation Company | $11,624.52 | Preferred Stock Claim | Pgs. 1-5 |
| MARGARET P TAYLOR<br>8495 REYNOLDA RD<br>PFAFFTOWN, NC 27040 | 50095 | Motors Liquidation Company | $24,915.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARGUERITE E DOMAN<br>OAKWOOD COMMONS<br>16351 ROTUNDA DR APT 323<br>DEARBORN, MI 48120 | 20861 | Motors Liquidation Company | $58,814.47 | Preferred Stock Claim | Pgs. 1-5 |
| MARJORIE M GALLAGHER<br>411 VILLAGE LN<br>BROOMALL, PA 19008<br>UNITED STATES OF AMERICA | 11416 | Motors Liquidation Company | $5,271.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

199th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| MARVIN & ROBERTA ADKINS JTWROS<br>RT 2 BOX 2499<br>WAYNE, WV 25570 | 3887 | Motors Liquidation Company | $26,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MARY C & RICHARD J DICENSO<br>15 KILEY DR<br>RANDOLPH, MA 02368 | 8705 | Motors Liquidation Company | $1,233.85 | Preferred Stock Claim | Pgs. 1-5 |
| MARY C DICENSO<br>15 KILEY DR<br>RANDOLPH, MA 02368 | 8704 | Motors Liquidation Company | $2,261.27 | Preferred Stock Claim | Pgs. 1-5 |
| MARY K ROLEKE<br>96 GALLOPING HILL RD<br>COLTS NECK, NJ 07722 | 14748 | Motors Liquidation Company | $6,814.30 | Preferred Stock Claim | Pgs. 1-5 |
| MAX E FOX &<br>BARBARA F FOX JT WROS<br>904 BERT DR<br>ARLINGTON, TX 76012 | 4483 | Motors Liquidation Company | $25,090.00 | Preferred Stock Claim | Pgs. 1-5 |
| MELBA CHADWICK<br>46 BROOKLYN DR<br>DALLAS, GA 30132 | 16056 | Motors Liquidation Company | $20,000.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| MELVIN KADISH<br>11933 FOUNTAINSIDE CIRCLE<br>BOYNTON BCH, FL 33437 | 67872 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MICHAEL G DECKER<br>55682 LORDONA LN<br>SHELBY TOWNSHIP, MI 48315 | 20164 | Motors Liquidation Company | $100,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MILDRED JESSE<br>5106 ROMAN DR<br>FERN CREEK, KY 10291 | 12958 | Motors Liquidation Company | $2,242.98 | Preferred Stock Claim | Pgs. 1-5 |
| MIRCEA ABRAMOVICI IRA<br>FCC AS CUSTODIAN<br>30 SPICE DR<br>WASHINGTON TP, NJ 07676 | 18182 | Motors Liquidation Company | $9,290.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 9702-1   Filed 03/09/11   Entered 03/09/11 11:43:46   Exhibit A
Pg 8 of 12

199th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| MONTYNA M KELLY & KAREN W DOAK<br>C/O MONTYNA KELLY<br>1018 W 12TH STREET<br>PANAMA CITY, FL 32401 | 596 | Motors Liquidation Company | $5,316.10 | Preferred Stock Claim | Pgs. 1-5 |
| MR MILTON ISRAEL<br>CGM IRA CUSTODIAN<br>233 S 6TH STREET APT 1711<br>PHILADELPHIA, PA 19106 | 22590 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MR NICHOLAS PASSALACQUA<br>77 KNOLLS DRIVE<br>STONY BROOK, NY 11790 | 12178 | Motors Liquidation Company | $34,588.95 | Preferred Stock Claim | Pgs. 1-5 |
| MR WILLIAM S ZIELINSKI JR<br>71 HUNTINGTON HLS S<br>ROCHESTER, NY 14622 | 19747 | Motors Liquidation Company | $9,648.00 | Preferred Stock Claim | Pgs. 1-5 |
| MRS LINDA W ISRAEL<br>233 S 6TH ST APT 1711<br>PHILADELPHIA, PA 19106 | 22591 | Motors Liquidation Company | $15,246.00 | Preferred Stock Claim | Pgs. 1-5 |
| MRS MARY C RICHTER TTEE<br>FBO MARY C RICHTER TRUST<br>U/A/D 10-18-1995<br>25 EAST CORRAL DR<br>SAGINAW, MI 48638 | 17573 | Motors Liquidation Company | $5,152.05 | Preferred Stock Claim | Pgs. 1-5 |
| MS GAIL COLWELL<br>CGM IRA CUSTODIAN<br>DTD 08/01/02<br>230 RAVENNASIDE DR NW<br>CALABASH, NC 28467 | 44601 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>GERALD N ROUNDS<br>IRA STD/ROLLOVER DTD 05/14/86<br>7332 SOUTH CAMINO CIRCLE<br>SALT LAKE CTY, UT 84121 | 4400 | Motors Liquidation Company | $17,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>DONALD E BLAIR<br>IRA ROLLOVER DATED 03/02/01<br>407 WISSEMAN AVE<br>MILFORD, DE 19963 | 11246 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**199th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| MS&CO C/F<br>SHIRLEY M NELSON<br>IRA ROLLOVER DATED 11/20/07<br>133 HAWTHORNE VILLAGE ROAD<br>NASHUA, NH 03062 | 13442 | Motors Liquidation Company | $44,287.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>ELEANOR RUBIN<br>IRA STANDARD DATED 01/24/08<br>3016 TOWNESIDE LANE<br>WOODSTOCK, GA 30189 | 18220 | Motors Liquidation Company | $13,150.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>ROBERT LOURIE<br>IRA ROLLOVER DATED 04/18/91<br>210 EAST BROADWAY APT 4H<br>LONG BEACH, NY 11561 | 19005 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>JOHN A COLIN<br>IRA STANDARD DATED 02/04/08<br>888 THOMAS AVENUE<br>BALDWIN, NY 11510 | 20777 | Motors Liquidation Company | $7,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| MS&CO C/F<br>DEBORAH D COLE<br>IRA STANDARD DATED 01/31/08<br>1421 HOLLYHOCK CIRCLE<br>APOPKA, FL 32703 | 29026 | Motors Liquidation Company | $19,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| NANCY L DAY<br>TOD ACCOUNT<br>2147 CELESTIAL DRIVE NE<br>WARREN, OH 44484 | 12505 | Motors Liquidation Company | $3,350.00 | Preferred Stock Claim | Pgs. 1-5 |
| NELL N HURLEY<br>805 NORTH ARTHUR<br>LITTLE ROCK, AR 72205 | 14721 | Motors Liquidation Company | $2,215.00 | Preferred Stock Claim | Pgs. 1-5 |
| NEVA G PRATT<br>116 GLENN SHADOWS DR<br>KERRVILLE, TX 78028 | 17671 | Motors Liquidation Company | $13,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| NORMAN C SHAFER  MARGARET L SHAFER<br>100 S 18TH STREET<br>EASTON, PA 18042 | 2045 | Motors Liquidation Company | $17,627.00 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**199th Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| PATRICIA A GUSTAFSON<br>PO BOX 831<br>FARIBAULT, MN 55021 | 23474 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PATRICIA MEYER<br>1720 HARRISON ST STE 6CE<br>HOLLYWOOD, FL 33020 | 44607 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| PATRICIA MEYER<br>1720 HARRISON ST STE 6CE<br>HOLLYWOOD, FL 33020 | 67868 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PAUL W MILLER<br>TOD REGISTRATION<br>2951 NW 209TH TERRACE<br>MIAMI GARDENS, FL 33056 | 4473 | Motors Liquidation Company | $4,750.00 | Preferred Stock Claim | Pgs. 1-5 |
| PETER WEBB MD<br>PROFIT SHARING PLAN<br>505 SAN MATEO DR #350<br>SAN MATEO, CA 94401 | 38847 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PHYLLIS A PLATE<br>2213 NE 40TH AVE<br>OCALA, FL 34470<br>UNITED STATES OF AMERICA | 44603 | Motors Liquidation Company | $12,500.00 | Preferred Stock Claim | Pgs. 1-5 |
| PRESTON SCROGGIN<br>796 PHEASANT TRAIL<br>ST CHARLES, IL 60174<br>UNITED STATES OF AMERICA | 18707 | Motors Liquidation Company | $2,656.25 | Preferred Stock Claim | Pgs. 1-5 |
| R EUGENE TATUM & JUANITA A TATUM JTWROS<br>JTWROS<br>2231 VIENNA-DOZIER RD<br>PFAFFTOWN, NC 27040 | 50094 | Motors Liquidation Company | $2,453.25 | Preferred Stock Claim | Pgs. 1-5 |
| RHODA & EUGENE AXELRAD<br>1604 ABACO DR D-3<br>COCONUT CREEK, FL 33066<br>UNITED STATES OF AMERICA | 20628 | Motors Liquidation Company | $46,498.00 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD AND IRENE HAMEL<br>2215 W HOWARD PL<br>CITRUS SPRING, FL 34434 | 19083 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**199th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| RICHARD E KIELB<br>24875 WOODSIDE LN<br>LAKE FOREST, CA 92630 | 15591 | Motors Liquidation Company | $10,640.00 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD J DICENSO<br>15 KILEY DR<br>RANDOLPH, MA 02368 | 8703 | Motors Liquidation Company | $2,261.27 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD J DICENSO<br>15 KILEY DR<br>RANDOLPH, MA 02368 | 8706 | Motors Liquidation Company | $3,283.16 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD T EDWARD JR<br>27 W 186 CARREL<br>WINFIELD, IL 60190 | 36982 | Motors Liquidation Company | $1,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT C COOK<br>393 SOUTH MARSHALL ROAD<br>BEULAH, MI 49617 | 12285 | Motors Liquidation Company | $9,875.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT C COOK<br>CGM IRA CUSTODIAN<br>393 SOUTH MARSHALL ROAD<br>BEULAH, MI 49617 | 12286 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT C COOK<br>DONALD E COOK AND<br>393 SOUTH MARSHALL ROAD<br>BEULAH, MI 49617 | 12287 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT G JOYCE & AGNES A JOYCE JTWROS<br>1929 RIVERDALE RD<br>PFAFFTOWN, NC 27040 | 50107 | Motors Liquidation Company | $25,424.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT GLOVER AND<br>PEGGY GLOVER<br>JT TEN WROS<br>P O BOX 154<br>TRENTON, KY 42286 | 4359 | Motors Liquidation Company | $1,053.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT HENSIAK<br>5915 W FILLMORE DR<br>WEST ALLIS, WI 53219<br>UNITED STATES OF AMERICA | 67791 | Motors Liquidation Company | $15,993.63 | Preferred Stock Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**199th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| ROBERT J KRAEGER<br>1828 S 56 ST W<br>BILLINGS, MT 59106 | 8416 | Motors Liquidation Company | $20,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROLAND RONALD WARD<br>CGM IRA CUSTODIAN<br>4718 BATES DRIVE<br>ELLICOTT CITY, MD 21043 | 65249 | Motors Liquidation Company | $10,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| SHELDON WOLT AND<br>JOYCE WOLT JTWROS<br>2010 NW 34TH AVENUE<br>COCONUT CREEK, FL 33066<br>UNITED STATES OF AMERICA | 68668 | Motors Liquidation Company | $27,500.00 | Preferred Stock Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED*       98

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.