**200th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR WARREN D JENSEN<br>4281 NW 41ST ST<br>APT 319<br>LAUDERDALE LAKES, FL 33319 | 67876 | Motors Liquidation Company | $15,000.00 | Preferred Stock Claim | Pgs. 1-5 |
| PATRICIA C BURNAM<br>7273 DELWOOD DRIVE<br>BOISE, ID 83709 | 68020 | Motors Liquidation Company | $5,011.50 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD CHORNE<br>PO BOX 872<br>ALTO, NM 88312 | 69677 | Motors Liquidation Company | $31,704.00 | Preferred Stock Claim | Pgs. 1-5 |
| RICHARD S SCHAFFER JR<br>8 HEWLINGS DRIVE<br>MARLTON, NJ 08053<br>UNITED STATES OF AMERICA | 68195 | Motors Liquidation Company | $12,055.00 | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT & GLENNIS GREEN<br>4000 MEADOW WOOD DR<br>CARSON CITY, NV 89703 | 69076 | Motors Liquidation Company | $0.00<br>Unliquidated | Preferred Stock Claim | Pgs. 1-5 |
| ROBERT L ROWLAND<br>SANDRA S ROWLAND<br>2281 BALDWIN DR<br>DAYTON, OH 45459 | 68099 | Motors Liquidation Company | $9,750.00 | Preferred Stock Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED*    **6**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1