| | Exhibit A | |
|---|---|---|
| **202nd Omnibus Objection** | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADELE MIRIAM FRIEDMAN &<br>ARNOLD L FRIEDMAN JT WROS<br>17142 RINALDI<br>GRANADA HILLS, CA 91344 | 4480 | Motors Liquidation Company | $2,231.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| AFFORDABLE MEDICAL CARE SERVICES, LLC<br>1114 SOUTH BUNDY DRIVE<br>LOS ANGELES, CA 90049 | 2463 | Motors Liquidation Company | $38,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALBERT C SUTER JR<br>210 HENRIETTA AVE<br>LANCASTER, PA 17602 | 4618 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALBERT F ADCOCK IRA<br>FCC AS CUSTODIAN<br>4582 BALES<br>MARIANNA, FL 32446 | 16596 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALBIN JOHN OLSON & DOROTHY M OLSON<br>DOROTHY M OLSON JT TEN<br>8311 E MESETO AVE<br>MESA, AZ 85208 | 5006 | Motors Liquidation Company | $120,480.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALMA JEAN BRISCOE<br>18 HOLLY LN<br>FLORA, IL 62839 | 4228 | Motors Liquidation Company | $1,300.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALMCO STEEL PRODUCTS CORP<br>0059 N OAK ST EXT<br>BLUFFTON, IN 46714 | 5932 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ANNE F ROBERTSON TTEE<br>ROBERTSON TR DTD 09/05/1989 U/A<br>AMENDED & RESTATED 11/20/2006<br>13235 W KEYSTONE DR<br>SUN CITY WEST, AZ 85375 | 3843 | Motors Liquidation Company | $5,362.52 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARTHUR J. COYLE JOAN B.<br>COYLE TRUST<br>ARTHUR J. COYLE TTEE ET AL<br>U/A DTD 06/23/2006<br>638 LUMMISFORD LANE N<br>COLUMBUS, OH 43214 | 13916 | Motors Liquidation Company | $15,005.25 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

202nd Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| ARTHUR PERNTHALER<br>VIA GRAVOSA 23/C<br>APPIANO BOLZANO ITALY<br>ITALY | 15970 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| BERNIE BOLTE<br>3500 SE 110TH ST<br>OCALA, FL 34480 | 9700 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BILLY D SORRELL<br>DESIGNATED BENE PLAN/TOD<br>2803 ROYAL DR<br>KILGORE, TX 75662 | 3274 | Motors Liquidation Company | $2,693.33 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BLANCHE HOFFMAN TTEE<br>BLANCHE HOFFMAN DEC OF TRUST DTD 01/25/99<br>4432 W GREENLEAF<br>LINCOLNWOOD, IL 60712 | 4443 | Motors Liquidation Company | $20,837.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROL R ADCOCK IRA<br>FCC AS CUSTODIAN<br>4582 BALES<br>MARIANNA, FL 32446 | 16595 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROLINE R KNEPP IRA<br>FCC AS CUSTODIAN<br>8404 ANNWOOD RD<br>LARGO, FL 33777 | 11725 | Motors Liquidation Company | $3,468.99 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CAROLYN MOSS<br>10533 STRATHMORE DRIVE<br>LOS ANGELES, CA 90024 | 6404 | Motors Liquidation Company | $60,745.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CARYL B. ROSSNER AND DAWN<br>STEVENSON AS CO-GUARDIANS OF THE PROPERTY OF<br>BRIAN STEVENSON<br>1350 BROADWAY, # 2500<br>NEW YORK, NY 10018 | 3730 | Motors Liquidation Company | $43,800.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CIBELLA, NANCY E<br>4228 CHICA RD<br>CROSSVILLE, TN 38572 | 13678 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DANIEL P FINUCANE<br>PO BOX 101<br>LOUISVILLE, IL 62858 | 2797 | Motors Liquidation Company | $500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 202nd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| DANNY L KENT<br>4223 ROUTE 16<br>HINSDALE, NY 14743 | 5727 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID & JANE M STEPHANS<br>DAVID P & JANE M STEPHANS<br>2809 WILDERNESS RD<br>FORT WAYNE, IN 46845 | 5933 | Motors Liquidation Company | $12,640.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONAL NEIL ZIEMER (IRA)<br>FCC AS CUSTODIAN<br>3700 GROVE PLACE<br>SOMIS, CA 93066 | 3449 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DORIS HAUSER<br>8 WAGTAIL LANE<br>W YARMOUTH, MA 02673 | 4621 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOROTHY M HARRINGTON<br>BRUCE W HARRINGTON CO-<br>255 MAYER RD # 342M<br>FRANKENMUTH, MI 48734 | 15658 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ECKARDT- OUTTHAUB, MARTIN<br>SCHARNHORSTSTR. 183<br>28211 BREMEN GERMANY<br>GERMANY | 1247 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDNA P SMITH<br>1203 NORTH E ST<br>#2314<br>INDIANOLA, IA 50125 | 7209 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD J SCHICK AND JOYCE R SCHICK<br>TTEES FOR THE SCHICK FAMILY TRUST<br>1908 22ND AVE<br>MENOMINEE, MI 49858 | 4151 | Motors Liquidation Company | $956.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD R AZIZ JR<br>143 S KNIGHT LN<br>CAMDEN, DE 19934 | 3817 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELIZABETH J JOHNSON TTEE F/T<br>JOHNSON REVOCABLE INTERVIVOS TRUST<br>DTD 11-14-95<br>108 RIDGEWOOD WAY<br>OAKLAND, CA 94611 | 8782 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**202nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pages |
|---|---|---|---|---|---|
| ELLEN MULLAN<br>CGM ROTH IRA CUSTODIAN<br>15201 WHEELER LANE<br>SPARKS, MD 21152 | 5974 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FBO JACK HARTMAN<br>JACK HARTMAN<br>258 SAND SPRINGS RD<br>MARSHFIELD, MO 65706 | 4219 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| FRANCHISED BIOLOGICAL INTEGRATED INC<br>1114 S BUNDY DR<br>LOS ANGELES, CA 90049 | 2462 | Motors Liquidation Company | $12,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| FRANK N CZURI<br>6534 JACKSON ST<br>PITTSBURGH, PA 15206 | 2350 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GARY AND SUSAN BROWN<br>15291 MOULINS CIRCLE<br>IRVINE, CA 92604 | 2498 | Motors Liquidation Company | $17,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GENE H AND SANDRA SUBLETT<br>306 GREGG ST<br>BONO, AR 72416 | 6560 | Motors Liquidation Company | $10,418.75 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE W SCOTT<br>1113 TOLEDO ST<br>BELLINGHAM, WA 98229 | 6444 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GLADYS SPAYDE<br>41 RAEDER AVE<br>NUANGOLA, MT TOP, PA 18707 | 8628 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GREAT NECK PEDIATRIC ASSOC PC PSP<br>HERRICK COHEN J TTEE<br>U/A DTD 09/24/2002<br>173 EAST SHORE ROAD<br>GREAT NECK, NY 11023 | 1994 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| H H KIEHNE (JOANNE)<br>927 MILSON CT<br>FALROSE, WI 54601 | 4796 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9705-1    Filed 03/09/11    Entered 03/09/11 11:48:40    Exhibit A
Pg 5 of 11

202nd Omnibus Objection                                    Exhibit A                                    Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
|---|---|---|---|---|---|
| H SCHWANDT & W SCHWANDT JT TEN TOD<br>STEVEN W SCHWANDT & WM H SCHWANDT<br>SUBJECT TO STA RULES<br>14049 W WINDSONG TRAIL<br>SURPRISE, AZ 85374 | 4169 | Motors Liquidation Company | $26,812.48 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRY ANISGARD TTEE<br>H. AND C. ANISGARD TRUST<br>U/A DTD 09/29/1995<br>2563 GREER RD<br>PALO ALTO, CA 94303 | 6576 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HENRY JACOBSON<br>3 HYDE PARK<br>BEACHWOOD, OH 44122 | 2147 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| HERBERT GOLDSMITH AND<br>ILSE GOLDSMITH JTWROS<br>17 CAMERON COURT<br>MONROE TOWNSHIP, NJ 08831 | 10746 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| HERBERT HAUSER<br>8 WAGTAIL LANE<br>W YARMOUTH, MA 02673 | 4622 | Motors Liquidation Company | $15,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| I JOYCE RUST<br>1100 BURNETT DR #224<br>NAMPA, ID 83651 | 15242 | Motors Liquidation Company | $1,051.90 | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO HARRY J HOWARD<br>PERSHING LLC AS CUSTODIAN<br>ROLLOVER ACCOUNT<br>73 OLD TOWN PARK ROAD<br>NEW MILFORD, CT 06776 | 1899 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA FBO MICHAEL CHIMES<br>PERSHING LLC AS CUSTODIAN<br>4221 ROYAL OAK DRIVE<br>PALM BCH GDNS, FL 33410 | 4379 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| IRA ROLF W. LANZVIRON<br>C/O ROLF LANZVIRON<br>11 ISLAND AVE # 1811<br>MIAMI BEACH, FL 33139 | 3906 | Motors Liquidation Company | $1,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| J WILLIAM PUCKETT JR<br>424 MAPLEVALE DR<br>PITTSBURGH, PA 15236 | 2763 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**202nd Omnibus Objection**  Motors Liquidation Company, et al.
Exhibit A
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| JAMES L FREEMAN AND<br>JEAN D FREEMAN JTWROS<br>10521 DAPPING DRIVE<br>RALEIGH, NC 27614 | 12520 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES L JONES<br>608 SW 158 TERRACE<br>OKLAHOMA CITY, OK 73170 | 11419 | Motors Liquidation Company | $600.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANE A SPRINGER<br>3527 OAKHORNE<br>SAN ANTONIO, TX 78247 | 9697 | Motors Liquidation Company | $2,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANET E ELDRED<br>CGM IRA CUSTODIAN<br>342 OAKLAND AVENUE<br>BELLMAWR, NJ 08031 | 1798 | Motors Liquidation Company | $10,982.89 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN T O'MALLEY<br>10 CASCO COURT<br>LAKEWOOD, NJ 08701 | 6894 | Motors Liquidation Company | $11,448.05<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOYCE G JONES<br>608 SW 158TH TERRACE<br>OKLAHOMA CITY, OK 73170 | 11418 | Motors Liquidation Company | $1,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JUDY MEDEK<br>441 AUTUMN DR<br>NAMPA, ID 83686 | 15243 | Motors Liquidation Company | $500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KATHRYN M BETZ<br>TOD GARLAND BETZ<br>4155 W 800 N<br>HUNTINGTON, IN 46750 | 6846 | Motors Liquidation Company | $20,331.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LINDA MEZA GALBRAITH ACF<br>ANDREA GALBRAITH U/MI/UGMA<br>671 BIRCH TREE COURT<br>ROCHESTER HILLS, MI 48306 | 4951 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOIS VANDERMALLIE (ROTH IRA)<br>FCC AS CUSTODIAN<br>2070 BAIRD RD<br>PENFIELD, NY 14526 | 11800 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| LYNN CLARKE<br>SIDNEY R CLARKE III<br>JT TEN/WROS<br>P O BOX 1117<br>SHAWNEE, OK 74802 | 3859 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| M BEVERIDGE, MARK BEVERIDGE & BRETT BEVERIDGE TTES OF THE JOSEPH A BEVERIDGE(DECD) REV TR DTD 07/19/96<br>704 E RIDGE VILLAGE DR<br>MIAMI, FL 33157 | 9268 | Motors Liquidation Company | $18,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARION S BEVERIDGE TTEE<br>MARION S BEVERIDGE REV TRUST U/A DTD 07/19/1996<br>704 E RIDGE VILLAGE DR<br>MIAMI, FL 33157 | 9267 | Motors Liquidation Company | $28,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARION STOVALL TRUSTEE | 8850 | Motors Liquidation Company | $468.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARTIN PRAKESCH<br>MADGEBURGES RING 41<br>76344 EGGENSTEIN-LEOPDDSHAFEN GERMANY<br>GERMANY | 6136 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY J HOLCOMB<br>CGM IRA ROLLOVER CUSTODIAN<br>2515 LOFTYVIEW DRIVE<br>TORRANCE, CA 90505 | 5285 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MAX BRUCKNER<br>CGM IRA CUSTODIAN<br>9853 SEACREST CIRCLE, APT. 102<br>BOYNTON BEACH, FL 33437 | 11742 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL TORRENTO TTEE<br>M J TORRENTO AND A TORRENTO REV TR U/A DTD 07/14/1997<br>22501 MASONIC BLVD<br>ST CLAIR SHORES, MI 48082 | 5744 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MILAN R CASTEK &<br>CHERYL CASTEK JT TEN<br>4706 VALLEY HILL CT<br>LAKELAND, FL 33813 | 16846 | Motors Liquidation Company | $554.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**202nd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Basis for Objection | |
|---|---|---|---|---|---|
| MINOR DUSTY RHODES TTEE<br>RHODES LIVING TR DTD 10/04/1990<br>199 SIERRA VISTA DRIVE<br>TUCSON, AZ 85719 | 10099 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR/MRS EDMUND S HIGGS<br>5037 N EVANS AVE<br>EVANSVILLE, IN 47711 | 5740 | Motors Liquidation Company | $496.10 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MRS. SANDRA LEVY<br>60 EAST END AVENUE APT 11A<br>NEW YORK, NY 10028 | 2314 | Motors Liquidation Company | $4,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>SALLY ANNE SNIDER<br>IRA STANDARD DATED 09/09/85<br>PO BOX 214<br>VIENNA, MD 21869 | 2125 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>RANDEL D BRIGAN<br>IRA ROLLOVER DATED 11/24/03<br>3405 RIVERINA DR<br>PENSACOLA, FL 32514 | 2697 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS&CO C/F<br>MANUEL S WEISS<br>IRA ROLLOVER DATED 10/09/96<br>46 BLUE ANCHOR CAY ROAD<br>CORONADO, CA 92118 | 5010 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MURRY BLUESTONE<br>10102 S OCEAN BLVD<br>#203<br>JENSEN BEACH, FL 34957 | 6991 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMAN N BERKSON<br>540 CHERBOURG CT S<br>BUFFALO GROVE, IL 60089 | 6264 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATALANO, DIANE<br>1341 VIA SEBASTIAN UNIT 1<br>SAN PEDRO, CA 90732 | 6583 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL HATCHER<br>1616 LAKESIDE DR<br>MISSION, TX 78572 | 6482 | Motors Liquidation Company | $47,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

202nd Omnibus Objection                                   **Exhibit A**                                   **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| PHILIP HENRY BURRUS III<br>P O BOX 1539<br>TRYON, NC 28782 | 4342 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RALT POLDUWE FRUDRICH-HOLSDER STR 261<br>D-44328 DORTMUND<br>GERMANY<br>GERMANY | 14967 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| RHODA KOLBERT<br>1833 S. OCEAN DR #502<br>HALLANDALE, FL 33009 | 4649 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD KAPLAN<br>20 STEUBEN DR<br>JERICHO, NY 11753 | 16859 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RICHARD MORRIS<br>641 S SOUTH ST<br>TONOPAH, NV 89049 | 6485 | Motors Liquidation Company | $13,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERTS, RONALD S<br>204 E 39TH ST<br>ANDERSON, IN 46013 | 1914 | Motors Liquidation Company | $244,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBIN WYRWITZKE<br>92363 WILLOW RD<br>ASTORIA, OR 97103 | 13323 | Motors Liquidation Company | $1,300.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RODNEY R & DELLA O (DECD)<br>BERTLSHOFER TTEE<br>7231 E BROADWAY RD APT 116<br>MESA, AZ 05208 | 2883 | Motors Liquidation Company | $48,640.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| SANDRA MOONEN REVOCABLE TRUST<br>U/A DTD 11/15/2000<br>SANDRA D MOONEN TTEE<br>6403 BENHAM DRIVE<br>FORT WAYNE, IN 46815 | 5941 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SANFORD EIDELSON TRUST<br>SANFORD EIDELSON<br>8655 VIA AVELLINO<br>LAKE WORTH, FL 33467 | 4874 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**202nd Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| SHIRLEY F EBINGER<br>134 GAILMORE DRIVE<br>YONKERS, NY 10710 | 6666 | Motors Liquidation Company | $8,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SIDNEY R CLARKE III<br>LYNN CLARKE<br>JT TEN/WROS<br>PO BOX 1117<br>SHAWNEE, OK 74802 | 3858 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEFAN WEBER<br>BASALTSTRASSE 9<br>60487 FRANKFURT GERMANY<br>GERMANY | 1064 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEVE AHAJANIA IRA<br>18220 CAMINO BELL #1<br>ROWLAND HEIGHTS, CA 91748 | 12360 | Motors Liquidation Company | $1,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STUART H WORRELL<br>4716 NATIONAL DR<br>MYRTLE BEACH, SC 29579 | 15230 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SUSAN MARIE TAFT<br>57360 NEWPORT LN<br>WASHINGTON TWP, MI 48094 | 10468 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THELMA L BROWN<br>5801 W BETHEL APT 615<br>MUNCIE, IN 47304 | 16573 | Motors Liquidation Company | $9,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| TOMMASELLA ROBERTO<br>VIA N TOMMASEO 46<br>30027 - SAN DONA' DI PIAVE (VE)<br>ITALY | 1210 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLARD VANDERMALLIE (IRA)<br>FCC AS CUSTODIAN<br>2070 BAIRD RD<br>PENFIELD, NY 14526 | 16860 | Motors Liquidation Company | $13,700.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLEM MOONEN REVOCABLE TRUST<br>U/A DTD 11/15/2000<br>WILLEM H MOONEN TRUSTEE<br>6403 BENHAM DRIVE<br>FORT WAYNE, IN 46815 | 5939 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**202nd Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| WILLIAM J & ELAINE P GABRIEL<br>711 STAFFORD DR<br>ARLINGTON, TX 76012 | 13054 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WINFRIED KOENESLER<br>STEINSTRASSE 3<br>D-53604 BAD HONNEF GERMANY<br>GERMANY | 15815 | Motors Liquidation Company | $4,512.30 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    100

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.