# Exhibit A

203rd Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALMA G HALLER TTEE<br>U/A/D 10/18/85<br>ALMA G HALLER TR<br>8220 NATURES WAY<br>APT# 119<br>LAKEWOOD RCH, FL 34202 | 19727 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| PAUL J AND ALMA G HALLER TTEE<br>U/A/D 10/18/85<br>PAUL J HALLER REVOCABLE TR<br>8220 NATURES WAY<br>APT# 119<br>LAKEWOOD RCH, FL 34202 | 19729 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

**OBJECTION ADJOURNED**    2

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 203rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| A WILLIAM BOZSNYAK<br>CGM IRA CUSTODIAN<br>8 NORTHRIDGE CIRCLE<br>HUNTINGTON, NY 11743 | 22750 | Motors Liquidation Company | $82,255.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALAN T YOUNT &<br>CYNTHIA S YOUNT JT/WROS<br>PO BOX 1885<br>MATTHEWS, NC 28106 | 17927 | Motors Liquidation Company | $27,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALMA L WILKS &<br>JODIE WILKS JTTEN<br>3643 N 250 W<br>W LAFAYETTE, IN 47906 | 49656 | Motors Liquidation Company | $840.61 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ALVA CARLSON EHLERS TTEE<br>EWALT W CARLSON AND<br>ALVA L CARLSON TRUST<br>U/A DTD 9-19-90<br>PO BOX 1227<br>STORM LAKE, IA 50588 | 19079 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARTHUR BRANTL AND<br>LUCILLE M BRANTL JTWROS<br>11 WILBUR RD<br>YARDLEY, PA 19067 | 17593 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| BANCA ALBERTINI SYZ & C SPA<br>VIA BORGONUOVO 14<br>20121 MILANO ITALY<br>ITALY | 67534 | Motors Liquidation Company | $45,364.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBARA PAUL<br>BARBARA PAUL ACCT: 6935-0712<br>5913 COLONY COURT<br>BOCA RATON, FL 33433 | 19452 | Motors Liquidation Company | $10,750.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BARBRA WHETSTONE<br>11646 NEW HAVEN DR<br>SPRING HILL, FL 34609 | 20961 | Motors Liquidation Company | $22,876.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEATRICE DIAZ MORENO<br>C/ JUAN DE LA CIERVA 58<br>28939 ARROYOMOLINOS SPAIN<br>SPAIN | 69440 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

## Exhibit A

| 203rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pages |
|---|---|---|---|---|---|
| BESS BORENSTEIN & MIRIAM ABELES TRUSTEES BARRY L GORDON TRUST DATED 12/4/1989 2818 N 46 AVENUE #685K HOLLYWOOD, FL 33021 | 67869 | Motors Liquidation Company | $2,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEVERLY SIEGEL 6579 MAGGIORE DR BOYNTON BEACH, FL 33472 | 61775 | Motors Liquidation Company | $104,125.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BOB G FARLEIGH AND CLARA I FARLEIGH JTWROS PO BOX 154 CISNE, IL 62823 | 17607 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES G RECKARD AND MARY R RECKARD JTEN 801 SUNSHINE RUN ARNOLDS PARK, IA 51331 | 18990 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHARLES R SPANGLER TR CHARLES R SPANGLER TTEE UA DTD 11/01/93 FBO CHARLES R SPANGER 5967 106TH TERRACE N PINELLAS PARK, FL 33782 | 21647 | Motors Liquidation Company | $14,005.25 | Beneficial Bondholder Claim | Pgs. 1-5 |
| CITY MERCHANTS HIGH YIELD TRUST PLC FAO TOM DRIFE, INVESCO PERPETUAL 30 FINSBURY SQUARE LONDON EC2 A1AG ENGLAND GREAT BRITAIN | 68625 | Motors Liquidation Company | Unliquidated Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| CLETUS WILDASIN 549 MCALLISTER STREET HANOVER, PA 17331 | 30212 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID HOLLEMAN TOD DTD 01/10/2008 17601 MAPLE LANSING, IL 60438 | 19255 | Motors Liquidation Company | $10,605.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DENNIS J DESCHRYVER & DIANE M DESCHRYVER CO-TTEES OF THE DENNIS & DIANE DESCHRYVER TR UAD 8/24/2001 610 GRANT STREET BOYNE CITY, MI 49712 | 22096 | Motors Liquidation Company | $1,650.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| 203rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | |
|---|---|---|---|---|---|
| DENNIS WHETSTONE<br>11646 NEW HAVEN DR<br>SPRING HILL, FL 34609 | 20962 | Motors Liquidation Company | $30,438.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DIRK FISCHER<br>HICKESWINKEL 52<br>52525 HEINSBERG -GERMANY<br>GERMANY | 22586 | Motors Liquidation Company | $17,808.60 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOMINIC HAAS<br>KARL-BENNER STR. 7<br>GIESSEN 35396 GERMANY<br>GERMANY | 20062 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD MERRILL<br>5 ALTON COURT<br>NEWARK, DE 19711 | 69824 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONALD MERRILL<br>5 ALTON COURT<br>NEWARK, DE 19711 | 69825 | Motors Liquidation Company | $50,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DOUGLAS A HENNAGIR<br>307 W MARKET ST<br>STEAMBOAT RK, IA 50672 | 22089 | Motors Liquidation Company | $20,414.85 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EDWARD A GOLDMAN<br>MURIEL GOLDMAN TTEE<br>U/A/D 08/24/00<br>FBO GOLDMAN LIVING TRUST<br>77A WINTHROP ROAD<br>MONROE TOWNSHIP, NJ 08831 | 22759 | Motors Liquidation Company | $35,291.65 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELEANOR NEMIROW<br>3096 VIVIAN ST<br>WHEAT RIDGE, CO 80215 | 68754 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELLSWORTH, MINNIE A<br>124 VICTORY DR<br>PONTIAC, MI 48342 | 17181 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| FREDERECK BLAKELOCK<br>4 RED OAK<br>VOORHEES, NJ 08043 | 69823 | Motors Liquidation Company | $30,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

203rd Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|
| GAIL ANNE COHEN IRA<br>FCC AS CUSTODIAN<br>5292 WYCOMBE AVE<br>BOYNTON BEACH, FL 33437 | 19140 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GIA-TONG VUONG<br>5689 QUEEN MARY<br>HAMPSTEAD QUEBEC H3X1X5 CANADA<br>CANADA | 68594 | Motors Liquidation Company | $125,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GUGLIELMI OLIMPIA<br>VIA SAVENA VECCHIA 415/1<br>40052 BARICELLA (BO) ITALY<br>ITALY | 65583 | Motors Liquidation Company | $3,227.51 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HANS BENZ<br>LUDWIGSTR 14<br>64331 WETERSTADT GERMANY<br>GERMANY | 22399 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| HORST K BLUME (SEP IRA)<br>FCC AS CUSTODIAN<br>RORITZERSTRASSE 12<br>NUREMBERG 90419 GERMANY<br>GERMANY | 25455 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| INVESCO EURO CORPORATE BOND FUND<br>FAO TOM DRIFE, INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A 1AG ENGLAND<br>GREAT BRITAIN | 68618 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| INVESCO LEVERAGED HIGH YIELD FUND LTD<br>FAO TOM DRIFE, INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A 1AG UK<br>GREAT BRITAIN | 68624 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| INVESCO PERPETUAL DISTRIBUTION FUND<br>FAO TOM DRIFE<br>INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A IAG  UK<br>GREAT BRITAIN | 68623 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| INVESCO PERPETUAL EUROPEAN HIGH FIELD FUND<br>FAO TOM DRIFE, INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>EC2A 1AG LONDON UNITED KINGDOM<br>GREAT BRITAIN | 68622 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 203rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
| --- | --- | --- |
| | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| INVESCO PERPETUAL EUROPEAN HUGH INCOME FUND<br>FAO TOM DRIFE<br>INVESCO PERPETUAL<br>70 FINSBURY SQUARE<br>LONDON EC2A 1AG ENGLAND<br>GREAT BRITAIN | 68621 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| INVESCO PERPETUAL MONTHLY INCOME PLUS FUND<br>FAO TOM DRIFE<br>INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A 1AG  ENGLAND<br>GREAT BRITAIN | 68620 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| INVESCO PERPETUAL PAN EUROPEAN HIGH INCOME FUND<br>FAO TOM DRIFE, INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A 1AG ENGLAND<br>GREAT BRITAIN | 68619 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| JACK COHEN IRA<br>FCC AS CUSTODIAN<br>5292 WYCOMBE AVE<br>BOYNTON BEACH, FL 33437 | 19141 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES DOUGLAS SCHNELL<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>5 LA PUNTA<br>ORINDA, CA 94563 | 18211 | Motors Liquidation Company | $19,050.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES E MCCOBB & ROSEMARIE A<br>MCCOBB AND SUCCESSORS, TTEES<br>OF MCCOBB REV TRUST I UNDER<br>DECLAR OF TRUST DATED 7/21/08<br>65 COFFIN STREET<br>WEST NEWBURY, MA 01985 | 29535 | Motors Liquidation Company | $12,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JAMES M LAGROSA &<br>WILDA D LAGROSA JT TEN<br>15 DEWOLF ROAD<br>OLD TAPPAN, NJ 07675 | 50182 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANE SIMKINS<br>3220 TWIN SILO DRIVE<br>BLUE BELL, PA 19422 | 69830 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JANE SIMKINS<br>3220 TWIN SILO DRIVE<br>BLUEBELL, PA 19422 | 69831 | Motors Liquidation Company | $14,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**203rd Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| JANET L WILSON<br>405 SE DELAWARE #105<br>ANKENY, IA 50021 | 62564 | Motors Liquidation Company | $546.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JERRY D BENNETT IRA<br>181 SMOKE RISE LANE<br>WARRIOR, AL 35180 | 20871 | Motors Liquidation Company | $11,250.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JESSE DULANEY<br>4236 KELLAR AVE<br>FLINT, MI 48504 | 69084 | Motors Liquidation Company | $5,333.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOAN GROLL<br>98 SIGNAL HILL CIR<br>CALGARY - AB  T3H 2H2 CANADA<br>CANADA | 69829 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOE BLACK<br>6092 RUSSI DR<br>CANAL WINCHESTER, OH 43110 | 69534 | Motors Liquidation Company | $226,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHANNA E KOSTER TTEE<br>JOHANNA E KOSTER TRUST<br>UAD 10/30/98<br>2709 LOCHMOOR BLVD<br>LAKE ORION, MI 48360 | 19704 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN CLARK JR<br>PO BOX 2173<br>MONROE, LA 71207 | 23883 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOHN RENKAS & ALICE RENKAS JT TEN<br>51 SCHLEMMER ROAD<br>LANCASTER, NY 14086 | 17182 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KAREN SHARPLEY<br>521 JARVIS ROAD<br>SICKLERVILLE, NJ 08081 | 69828 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| KAREN SHARPLEY<br>521 JARVIS RD<br>SICKLERVILLE, NJ 08081 | 23619 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**203rd Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pgs. |
|---|---|---|---|---|---|
| KAY FELDER TOD LAURENCE FELDER, KENNETH FELDER, STEPHAN FELDER, ROBERT FELDER, SUBJ TO STA RULES<br>1041 YARMOUTH C<br>BOCA RATON, FL 33434 | 69662 | Motors Liquidation Company | $3,750.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KENNETH A SANTUCCI TRUSTEE<br>KENNETH A SANTUCCI REV TR DTD 9/9/03<br>1010 SANDHURST DR<br>CORAOPOLIS, PA 15108 | 19101 | Motors Liquidation Company | $3,363.71 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LARRY L REYNOLDS<br>ELIZABETH K REYNOLDS<br>200 S EAGLE GLEN TRL<br>COLUMBIA CITY, IN 46725 | 38298 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LARRY LINVILLE<br>9081 PARLIAMENT CIR<br>DAPHINE, AL 36526 | 69826 | Motors Liquidation Company | $45,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LARRY LINVILLE<br>9081 PARLIAMENT CR<br>DAPHINE, AL 36526 | 23622 | Motors Liquidation Company | $45,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAWRENCE & DONNA RAMSEY TRUST U/A DTD 7/2/02<br>C/O LAWRENCE F RAMSEY<br>PO BOX 2495<br>AVILA BEACH, CA 93424 | 44589 | Motors Liquidation Company | $6,250.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOWER BRUNO<br>BERGGASSE 17<br>STEGERSBACH - AUSTRIA - A7551<br>AUSTRIA | 60918 | Motors Liquidation Company | $5,672.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LOWER ELEONORE<br>BERGGASSE 17<br>A 7551 STEGERSBACH AUSTRIA<br>AUSTRIA | 60917 | Motors Liquidation Company | $5,672.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LUCILLE BRANTL<br>WBNA CUSTODIAN TRAD IRA<br>11 WILBUR ROAD<br>YARDLEY, PA 19067 | 17594 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY S HEMME KASSEL TTEE<br>FBO THE MARY S HEMME KETTLER TRUST DTD 3/4/94<br>520 PENN ST<br>BELLEVILLE, IL 62223 | 17263 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**203rd Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| MMIP EUROPEAN HIGH YIELD BOND FUND<br>FAO TOM DRIFE, INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A 1AG ENGLAND<br>GREAT BRITAIN | 68616 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| MR JOHN T SMITH<br>U/A/D 01/26/96<br>FBO SMITH FAMILY TRUST<br>11467 SW 78TH CIR<br>OCALA, FL 34476 | 18374 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS & CO C/F<br>WILFRED SCHWANDT<br>IRA ROLLOVER DATED 01/24/03<br>12635 N PIOMEER WAY<br>TUCSON, AZ 85755 | 69832 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NATIXIS LIFE<br>51 AVENUE JF KENNEDY<br>L 1855 LUXEMBURG<br>LUXEMBOURG | 65545 | Motors Liquidation Company | $26,881.20 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMAN B SCHEFFEL<br>CGM IRA ROLLOVER CUSTODIAN<br>12372 N. FOREST CANYON DRIVE<br>PARKER, CO 80138 | 21388 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMAN BERG REV TRUST<br>UAD 11/11/88<br>NORMAN BERG & DAVID C<br>SPRAFKIN CO-TTEES<br>3610 GARDENS PARKWAY APT 501A<br>PALM BCH GDNS, FL 33410 | 21478 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMAN C POLES<br>CHARLES SCHWAB & CO INC CUST<br>IRA ROLLOVER<br>7770 TAHITI LN APT 308<br>LAKE WORTH, FL 33467 | 29540 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| OHI CO<br>PSP & TRUST DTD 7-1-80<br>ATTN: TOM HUBBARD<br>PO BOX 622<br>STOCKTON, CA 95201 | 18499 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| OLGA D STRID & LADONNA GAIL TTEES<br>F/T JOHN C & OLGA D STRID LIVING<br>TRUST DTD 5/12/98<br>677 E ALLUVIAL<br>FRESNO, CA 93720 | 28958 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**203rd Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| PATRICIA B BURKHART<br>5 OLD WINDMILL XING<br>ROCKY HILL, CT 06067 | 68673 | Motors Liquidation Company | $5,257.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATRICIA BEALL AND<br>ADRIENNE BEALL JTWROS<br>221 SW 43RD STREET<br>CAPE CORAL, FL 33914 | 17575 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATSY J PEACE<br>PO BOX 2858<br>SHOW LOW, AZ 85902 | 22163 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| PHYLLIS C HERLIHY &<br>LORRAINE GABLER &<br>GEORGE B HERLIHY &<br>MICHAEL C HERLIHY JT TEN<br>514 50TH STREET W<br>BRADENTON, FL 34209 | 19728 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RALPH KAPLAN<br>CGM IRA ROLLOVER CUSTODIAN<br>SPECIAL ACCOUNT Y<br>3903 NOSTRAND AVE<br>APT 1P<br>BROOKLYN, NY 11235 | 28160 | Motors Liquidation Company | $25.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT ALLIE<br>29 MILFORD CIR<br>VOORHEES, NJ 08043 | 69827 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROBERT ALLIE<br>29 MILFORD CIR<br>VOORHEES, NJ 08043 | 23621 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROGER AND SARA PECKENPAYH<br>1023 S IDLEWILD DR<br>SHERMAN, TX 75090 | 19116 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SALVATORE FRIERI<br>EDIFICIO SEGUROS BOLIVAR APTO 505<br>BOCAGRANDE CARTAGENA COLOMBIA<br>COLOMBIA | 69056 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 203rd Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| SERGIO VILLAFANA<br>NUCLEO 9 DPTO 215<br>COMPLEJO PRAIA B PORTEZUELO<br>B NORDELTA TIGRE<br>BUENOS AIRES 1672  ARGENTINA<br><br>ARGENTINA | 46214 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| ST JAMES' PLACE CORPORATE BOND FUND<br>FAO TOM DRIFE, INVESCO PERPETUAL<br>30 FINSBURY SQUARE<br>LONDON EC2A 1AG  ENGLAND<br><br>GREAT BRITAIN | 68617 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEFANO BERNARDO<br>VICO GIUNONE 6<br>CERVINO CE ITALY 81023<br><br>ITALY | 28092 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| THADDEUS SLUGOCKI AND<br>HOWARD SLUGOCKI JTWROS<br>8319 AGATE STREET<br><br>TAMPA, FL 33615 | 23460 | Motors Liquidation Company | $15,241.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS YOUNG<br>9 WEXFORD DRIVE<br><br>MONMOUTH JCT., NJ 08852 | 69822 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| THOMAS YOUNG<br>9 WEXFORD DR<br><br>MONMOUTH JCT, NJ 08852 | 23625 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| TRUSTB<br>FBO MILDRED U CONKEY<br>EMELIA SANTUCCI TRUSTEE<br>800 PENN AVE<br>PITTSBURGH, PA 15222 | 19100 | Motors Liquidation Company | $45,473.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| VOLKER EHRHARDT<br>DOSSENHEIMER LANDSTR. 89<br>HEIDELBERG 69121 GERMANY<br><br>GERMANY | 17920 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| WASNEY, MARY<br>1920 CALDWELL ST<br><br>SAGINAW, MI 48601 | 19853 | Motors Liquidation Company | $12,431.25 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

203rd Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| WILLARD VANDERMALLIE & LOIS VANDERMALLIE JTWRS<br>2070 BAIRD ROAD<br>PENFIELD, NY 14526 | 16861 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIAM R SHOULBERG<br>4723 LEGACY COVE LN<br>MABLETON, GA 30126 | 32981 | Motors Liquidation Company | $16,538.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILLIBALD POCK<br>PFLEGERSIEDLUNG 1<br>AUSTRIA A7551 STEGERSBACH<br>AUSTRIA | 60919 | Motors Liquidation Company | $5,672.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WILSON F HUTCHINS<br>300 LITTLE ST<br>RIDGWAY, PA 15853 | 20520 | Motors Liquidation Company | $61,626.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WINTERS, ELLE R<br>13940 PARAMOUNT BLVD APT 301<br>PARAMOUNT, CA 90723 | 61694 | Motors Liquidation Company | $34,850.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    **98**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 11