| | |
|---|---|
| 204th Omnibus Objection | Motors Liquidation Company, et al. |
| **Exhibit A** | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES R RIGDON SRREV LIV TRUST<br>CHARLES R RIGDON SR DVM TTEE<br>ROSE W RIGDON TTEE<br>410 DARROW DRIVE<br>DULUTH, GA 30097 | 70495 | Motors Liquidation Company | $39,006.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DAVID & RITA ROSEMAN<br>1424 ACADEMY LANE<br>ELKINS PARK, PA 19027 | 70549 | Motors Liquidation Company | $29,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ERWIN BREMERMANN IRA<br>FCC AS CUSTODIAN<br>1519 WAKEFIELD AVE<br>THOUSAND OAKS, CA 91360 | 70398 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| EUGENE KOWALSKY &<br>CHERNEY KOWALSKY JTWROS<br>28105 SHENANDOAH<br>SOUTHFIELD, MI 48076 | 70367 | Motors Liquidation Company | $27,055.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAWRENCE SCHAN<br>507 FISCHERS ROAD<br>BRYN MAWR, PA 19010 | 70548 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| LAWRENCE SCHON<br>507 FISCHERS ROAD<br>BRYN MAWR, PA 19010 | 70547 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS & CO C/F<br>EDWARD FINN<br>IRA ROLLOVER DATED 02/03/03<br>3 LYON COURT<br>MANCHESTER, NJ 08759 | 69833 | Motors Liquidation Company | $9,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MS & CO C/F<br>ROBERT AMADIO<br>IRA STANDARD DATED 11/10/03<br>434 RAMSEY RD<br>YARDLEY, PA 19067 | 69834 | Motors Liquidation Company | $100,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 204th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| ROBERTINE HIGGINSON<br>2205 S CYPRESS BEND DR APT 505<br>POMPANO BEACH, FL 33069 | 70319 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 9 |
| --- | --- |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.