| 205th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COUNTY OF SAN BERNARDINO<br>C/O OFFICE OF THE TAX COLLECTOR<br>172 WEST THIRD STREET<br>SAN BERNARDINO, CA 92415 | 70610 | Motors Liquidation Company | $2,869.37 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,869.37 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAIGHEAD COUNTY COLLECTOR<br>PO BOX 9276<br>JONESBORO, AR 72403 | 70414 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$123.53 (U)<br>$123.53 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LONOKE COUNTY COLLECTOR<br>PO BOX 192<br>LONOKE, AR 72086 | 70466 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LUMPKIN CTY TAX COMMISSIONER<br>99 COURTHOUSE HL STE E<br>DAHLONEGA, GA 30533 | 70399 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$3,146.82 (P)<br>$0.00 (U)<br>$3,146.82 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>ATTN: BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | 70486 | MLC of Harlem, Inc. | $0.00 (S)<br>$1,245,409.94 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,245,409.94 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

205th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RIVERSIDE COUNTY TREASURER - TAX COLLECTOR<br>ATTN: DON KENT - TAX COLLECTOR<br>PO BOX 12005<br>RIVERSIDE, CA 92502 | 70433 | Motors Liquidation Company | $764.71 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$764.71 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SHERIFF OF MONONGALIA COUNTY WV<br>243 HIGH STREET LOWER LEVEL<br>MORGANTOWN, WV 26505 | 70448 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$102.82 (P)<br>$0.00 (U)<br>$102.82 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRUMBULL COUNTY TREASURER<br>160 HIGH STREET NW<br>WARREN, OH 44481 | 70546 | Motors Liquidation Company | $484,174.31 (S)<br>$484,174.31 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$968,348.62 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **8** | | **$487,808.39** (S)<br>**$1,729,584.25** (A)<br>**$3,249.64** (P)<br>**$123.53** (U)<br>**$2,220,765.81** (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

205th Omnibus Objection **Exhibit A** [Motors Liquidation Company, et al.](#)

Case No. 09-50026 (REG), Jointly Administered

## *CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 EAST 15TH STREET<br>PLANO, TX 75074 | 70555 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>C/O INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADLPHIA, PA 19101 | 70505 | MLCS, LLC | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>C/O INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 70506 | MLCS Distribution Corporation | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>C/O INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 70507 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 70512 | MLC of Harlem, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

205th Omnibus Objection                                    **Exhibit A**                                    **Motors Liquidation Company, et al.**
                                                                                                            Case No. 09-50026 (REG), Jointly Administered

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY-IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 70502 | Remediation And Liability Management Company, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEPARTMENT OF THE TREASURY-IRS<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | 70503 | Environmental Corporate Remediation Company, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRISCO ISD TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 EAST 15TH STREET<br>PLANO, TX 75074 | 70551 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEW YORK STATE DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 | 70351 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIM WITHDRAWN** | **9** | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.