| 207th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ALLEN PAYNE<br>3033 CRYSTAL SPRINGS APT 825<br>BEDFORD, TX 76021 | 21640 | Motors Liquidation Company | $72,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$72,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ARTHUR PALMER<br>5629 ANTONE RD<br>FREMONT, CA 94538<br>UNITED STATES OF AMERICA | 33545 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$62,865.00  (P)<br>$0.00  (U)<br>$62,865.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| ARTHUR WALKER<br>7246 N DORT HWY<br>MOUNT MORRIS, MI 48458 | 28987 | Motors Liquidation Company | $1,365,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,365,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BARTMAN, LUCIA C<br>1354 N FAIRVIEW LN<br>ROCHESTER HILLS, MI 48306 | 65519 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$74,261.00  (P)<br>$0.00  (U)<br>$74,261.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| BOUGSTY, LARRY J<br>1806 E DAVISBURG RD<br>HOLLY, MI 48442 | 21634 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$3,664.98  (P)<br>$0.00  (U)<br>$3,664.98  (T) | Insufficient Documentation | Pgs. 1-5 |
| BRANT, KENNETH W<br>3275 ANDREWS RD<br>RANSOMVILLE, NY 14131 | 33025 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,600.00  (P)<br>$0.00  (U)<br>$1,600.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 207th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BURDICK, ALAN M<br>639 PLUMTREE LN<br>FENTON, MI 48430 | 20163 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$101,514.84 (P)<br>$0.00 (U)<br>$101,514.84 (T) | Insufficient Documentation | Pgs. 1-5 |
| CABALLERO, RAUL C<br>9035 HERSHEY ST<br>ROSEMEAD, CA 91770 | 44680 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$139,560.00 (P)<br>$0.00 (U)<br>$139,560.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLES WARGEL<br>2804 DUNKIRK<br>SAGINAW, MI 48603<br>UNITED STATES OF AMERICA | 62488 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$22,876.00 (P)<br>$0.00 (U)<br>$22,876.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CHARLES WARGEL<br>2804 DUNKIRK<br>SAGINAW, MI 48603<br>UNITED STATES OF AMERICA | 62489 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$93,090.00 (P)<br>$0.00 (U)<br>$93,090.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CLAIRE D DAWSON<br>5331 E GLENCAIRN LN<br>INDIANAPOLIS, IN 46226 | 62533 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| CLIFFORD D'AOUST<br>1186 WRIGHT DR<br>CLAWSON, MI 48017<br>UNITED STATES OF AMERICA | 31264 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$47,465.00 (P)<br>$0.00 (U)<br>$47,465.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**207th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANNY C SIMMONS<br>79 MARY DAY AVE<br>PONTIAC, MI 48341 | 70598 | Motors Liquidation Company | $0.00 (S)<br>$3,846.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,846.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DOLORES OCONNELL<br>8394 JEFFERSON CT.<br>WARREN, MI 48093<br>UNITED STATES OF AMERICA | 61778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$53,570.00 (P)<br>$3,300.00 (U)<br>$56,870.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DON ZELL<br>10563 BLISS COURT<br>RENO, NV 89521<br>UNITED STATES OF AMERICA | 32864 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$76,780.00 (P)<br>$0.00 (U)<br>$76,780.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DORSEY, HARVEY G<br>513 LONGFELLOW DR<br>TROY, MI 48085 | 29573 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$282,000.00 (P)<br>$0.00 (U)<br>$282,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| DOUGLAS W OLLIKAINEN<br>1469 LANCASTER LANE<br>ZIONSVILLE, IN 46077 | 47991 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| DWYER, WILLIAM J<br>31220 SHERIDAN DR<br>BEVERLY HILLS, MI 48025 | 64474 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$280,000.00 (P)<br>$0.00 (U)<br>$280,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 207th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FLADHAMMER, SCOTT<br>6435 W JEFFERSON BLVD #200<br>FORT WAYNE, IN 46804 | 20774 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100,000.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GABEL, SANDRA L<br>442 W 4TH ST<br>HARBOR SPRINGS, MI 49740 | 64258 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,900.00 (P)<br>$0.00 (U)<br>$1,900.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GEORGE OCONNELL<br>6 WELLESLEY DR.<br>PLEASANT RIDGE, MI 48069<br>UNITED STATES OF AMERICA | 61777 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$73,150.00 (P)<br>$0.00 (U)<br>$73,150.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GRAY MILTON L<br>13159 CHAMPAIGN AVE<br>WARREN, MI 48089 | 45069 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| GRIMALDI, JOHN F<br>152 BEVERLY AVE<br>STATEN ISLAND, NY 10301 | 33213 | MLCS, LLC | $16,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$16,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HALVORSEN, MARGARET D<br>11997 CREEKSTONE WAY<br>ZIONSVILLE, IN 46077 | 61784 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **207th Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HALVORSEN, MARK G<br>11997 CREEKSTONE WAY<br>ZIONSVILLE, IN 46077 | 61783 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| HARRY GRIM<br>202 WILTSHIRE CT<br>EASLEY, SC 29642<br>UNITED STATES OF AMERICA | 23568 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,550.00 (P)<br>$0.00 (U)<br>$55,550.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| HENDERSON, RICHARD WILLIAM<br>804 EQUESTRIAN DR<br>ROCKWALL, TX 75032 | 64619 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,968.50 (P)<br>$0.00 (U)<br>$2,968.50 (T) | Insufficient Documentation | Pgs. 1-5 |
| HOWARD, SHEILA<br>3361 PAPAYA RD<br>VENICE, FL 34293 | 67462 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$187,000.00 (P)<br>$0.00 (U)<br>$187,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ILLIKMAN, JAMES A<br>1890 MAGNOLIA DR 19<br>COMMERCE TOWNSHIP, MI 48390 | 26602 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JERALD W PERRY<br>10334 WHISPERING WINDS ST<br>INDIANAPOLIS, IN 46234 | 51125 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**207th Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN BOWYER<br>264 PICTURE DR<br>PLEASANT HILLS, PA 15236 | 26618 | Motors Liquidation Company | $84,260.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$84,260.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOHN ECKARDT<br>2320 SOUTHWEST 125TH STREET<br>OKLAHOMA CITY, OK 73170 | 33528 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$73,150.00 (P)<br>$0.00 (U)<br>$73,150.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| JOHN P WIZE &<br>NADINE F WIZE JT TEN<br>308 60TH ST<br>HOLMES BEACH, FL 34217 | 70534 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LAIR, DAVID W<br>924 S SYCAMORE DR<br>GREENFIELD, IN 46140 | 65512 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$1,000,000.00 (P)<br>$0.00 (U)<br>$1,000,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| LINVILLE, BRUCE E<br>673 STONY HILL RD<br>HINCKLEY, OH 44233 | 45579 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,620.00 (P)<br>$0.00 (U)<br>$55,620.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| LUCRETIA A WILLIAMS<br>13686 TRENTON RD<br>SOUTHGATE, MI 48195 | 19189 | Unknown | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 207th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MARSHALL E FRANK<br>601 AVON CT<br>WASHINGTON, IL 61571 | 70626 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| MARSHALL, RONALD D<br>2025 CEDAR HOLLOW DR<br>LAPEER, MI 48446 | 28960 | Motors Liquidation Company | $37,963.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$37,963.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MCMILLIAN, REYNARD R<br>1820 TURNER DR<br>NOLENSVILLE, TN 37135 | 65423 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$5,000.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MICHAEL E DAVIS<br>800 POOL AVE<br>APT A<br>VANDALIA, OH 45377 | 45054 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,900.00 (P)<br>$0.00 (U)<br>$10,900.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MICHAEL PEASEL<br>14001 S HARVEY AVE<br>OKLAHOMA CITY, OK 73170 | 28939 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$130,000.00 (P)<br>$0.00 (U)<br>$130,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| MUELLER, DONALD E<br>5300 E TWIN LAKE RD<br>ROSE CITY, MI 48654 | 20879 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$21,717.00 (P)<br>$0.00 (U)<br>$21,717.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**207th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NECOLE CASH-WEST<br>28095 DANVERS DR<br>FARMINGTN HLS, MI 48334 | 28107 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$750,000.00 (P)<br>$0.00 (U)<br>$750,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| NECOLE H CASH-WEST<br>28095 DANVERS DR<br>FARMINGTN HLS, MI 48334 | 28108 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$750,000.00 (P)<br>$0.00 (U)<br>$750,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PEASEL, MICHAEL G<br>14001 S HARVEY AVE<br>OKLAHOMA CITY, OK 73170 | 28940 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$130,000.00 (P)<br>$0.00 (U)<br>$130,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PHYLLIS TAYLOR<br>21618 W LARCH DR<br>PLAINFIELD, IL 60544 | 61742 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$107,400.00 (P)<br>$0.00 (U)<br>$107,400.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PIOTROWSKI GRACE M<br>4115 GUNDERSON AVE<br>STICKNEY, IL 60402<br>UNITED STATES OF AMERICA | 48406 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$23,544.00 (P)<br>$0.00 (U)<br>$23,544.00 (T) | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 207th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br>BRADENTON, FL 34203 | 65280 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$6,216.00 (P)<br>$0.00 (U)<br>$6,216.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br>BRADENTON, FL 34203 | 65281 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,200.00 (P)<br>$0.00 (U)<br>$4,200.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br>BRADENTON, FL 34203 | 65298 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$55,000.00 (P)<br>$0.00 (U)<br>$55,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| PRATT, JAMES H<br>6310 STONE RIVER RD<br>BRADENTON, FL 34203 | 65299 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$600.00 (P)<br>$0.00 (U)<br>$600.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RICHARD KNAPP<br>3520 BERKSHIRE EVE COURT<br>DULUTH, GA 30097<br>UNITED STATES OF AMERICA | 36968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$312,400.00 (P)<br>$0.00 (U)<br>$312,400.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RODGERS, TINA M<br>10675 MARTZ RD.<br>YPSILANTI, MI 48197 | 23635 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 207th Omnibus Objection | | | **Exhibit A** | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROEHL, JAMES D<br>1848 E AUGUSTA AVE<br>CHANDLER, AZ 85249 | 25360 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,386.00 (P)<br>$0.00 (U)<br>$4,386.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| RONALD D MARSHALL<br>2025 CEDAR HOLLOW DR<br>LAPEER, MI 48446 | 28961 | Motors Liquidation Company | $9,520.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$9,520.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ROY CZOP<br>168 HOWELL ST<br>PINEBUSH, NY 12566 | 70535 | Motors Liquidation Company | $0.00 (S)<br>$960.95 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$960.95 (T) | Insufficient Documentation | Pgs. 1-5 |
| SERVALISH, DIANE M<br>34509 RICHLAND CT<br>LIVONIA, MI 48150 | 29545 | Motors Liquidation Company | $97,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$197,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| SMITH, MICHAEL J<br>4628 CHAPEL CREEK DR<br>PLANO, TX 75024 | 23553 | Motors Liquidation Company | $390,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$390,000.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| ST AMAND, JAMES C<br>11 CARTERS LN<br>NEWINGTON, NH 03801 | 33509 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 207th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEWART, LARRY L<br>14110 BUECHE RD<br><br>MONTROSE, MI 48457 | 10763 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| UPDYKE, ALLEN L<br>40905 156TH ST E<br><br>LANCASTER, CA 93535 | 61840 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$30,000.00  (P)<br>$0.00  (U)<br>$30,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WAYNE W OLNEY<br>15923 W. CIMARRON DR.<br><br>SURPRISE, AZ 85374<br>UNITED STATES OF AMERICA | 70597 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WHITE, JOHN M<br>PO BOX 94<br><br>LAINGSBURG, MI 48848 | 63769 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | Insufficient Documentation | Pgs. 1-5 |
| WILLIAM L HORTON<br>1534 S 150 W<br><br>GREENFIELD, IN 46140 | 51122 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$1,000,000.00  (P)<br>$0.00  (U)<br>$1,000,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 1-5 |
| WINFREY, JOHNNY W<br>3817 BUTTERNUT DR<br><br>DECATUR, GA 30034 | 61849 | Motors Liquidation Company | $92,015.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$92,015.00  (T) | Insufficient Documentation | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**207th Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **65** | | $2,163,758.00 (S) | | |
| | | | $4,806.95 (A) | | |
| | | | $11,189,948.32 (P) | | |
| | | | $153,300.00 (U) | | |
| | | | $13,511,813.27 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

207th Omnibus Objection       **Exhibit A**       **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KELLEHER FRANCES L<br>743 HIGH ST<br>NATTLEBORO, MA 02760 | 43335 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$106,092.00 (P)<br>$0.00 (U)<br>$106,092.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| KELLEHER, FRANCES L<br>743 HIGH ST<br>NATTLEBORO, MA 02760 | 64263 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$106,092.00 (P)<br>$0.00 (U)<br>$106,092.00 (T) | Insufficient Documentation | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | 2 | | **$0.00** (S)<br>**$0.00** (A)<br>**$212,184.00** (P)<br>**$0.00** (U)<br>**$212,184.00** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.