**209th Omnibus Objection**  **Exhibit A**  <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ASHLAND INC | 66746 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| C/O DAVID L RIESER 77 WEST WACKER DRIVE SUITE 4100 CHICAGO, IL 60601 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $2,570,001.05 | (Unsecured Claim) | $0.00 | (Unsecured Claim) |  |  |
|  |  |  | $2,570,001.05 | (Total Claim) | $0.00 | (Total Claim) |  |  |
| Official Claim Date: 11/30/2009 |  |  |  |  |  |  |  |  |

Note:   Surviving Claim Creditor: CITY OF JANESVILLE, WISCONSIN BY WILLIAM MULLIGAN ESQ, (Claim # 27028)

| BORG WARNER INC | 16557 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|---|---|---|---|---|---|---|---|---|
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| ATTN THOMAS D LUPO WILLIAMS MONTGOMERY & JOHN LTD 233 S WACKER DR SUITE 6100 CHICAGO, IL 60606 |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
|  |  |  | $1,200,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) |  |  |
|  |  |  | $1,200,000.00 | (Total Claim) | $0.00 | (Total Claim) |  |  |
| Official Claim Date: 10/26/2009 |  |  |  |  |  |  |  |  |

Note:   Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50823)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**209th Omnibus Objection**      **Exhibit A**      <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GENERAL ELECTRIC COMPANY | 44837 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O EHS COUNSEL | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| APPLIANCE PARK, AP2-225 | | | | | | | | |
| LOUISVILLE, KY 40225 | | | $1,017,000.00 | (Unsecured Claim) | $215,000.00 | (Unsecured Claim) | | |
| UNITED STATES OF AMERICA | | | | | | | | |
| | | | $1,017,000.00 | (Total Claim) | $215,000.00 | (Total Claim) | | |
| Official Claim Date: 11/24/2009 | | | | | | | | |

Note:  Surviving Claim Creditor: OHIO ENVIRONMENTAL PROTECTION AGENCY (Claim # 50678)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HONEYWELL INTERNATIONAL INC | 46499 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 101 COLUMBIA ROAD | | | $1,454,688.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| MORRISTOWN, NJ 07962 | | | | | | | | |
| | | | $1,454,688.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date: 11/25/2009 | | | | | | | | |

Note:  Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MANPOWER INC | 66747 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O DAVID L RIESER | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 77 WEST WACKER DRIVE SUITE 4100 | | | $2,570,001.05 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| CHICAGO, IL 60601 | | | $2,570,001.05 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date: 11/30/2009 | | | | | | | | |

Note:  Surviving Claim Creditor: CITY OF JANESVILLE, WISCONSIN BY WILLIAM MULLIGAN ESQ, (Claim # 27028)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MEMBERS OF THE BEMS GENERATOR GROUP | 63378 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| JOHN R EMBICK ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O JOHN R EMBICK PLLC PO BOX 5234 | | | $1,500.00 | (Unsecured Claim) | $1,500.00 | (Unsecured Claim) | | |
| WEST CHESTER, PA 19380 | | | $1,500.00 | (Total Claim) | $1,500.00 | (Total Claim) | | |
| Official Claim Date: 11/30/2009 | | | | | | | | |

Note:  Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| STEPAN COMPANY | 1458 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN TIMOTHY W GARVEY ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| LATSHA DAVIS YOHE & MCKENNA P C | | | | | | | | |
| 350 EAGLEVIEW BLVD SUITE 100 | | | $10,100,000.00 | (Unsecured Claim) | $554.50 | (Unsecured Claim) | | |
| EXTON, PA 19341 | | | | | | | | |
| | | | $10,100,000.00 | (Total Claim) | $554.50 | (Total Claim) | | |
| Official Claim Date: 9/21/2009 | | | | | | | | |

Note: Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TECUMSEH PRODUCTS CO (JANESVILLE OLD LANDFILL) | 60558 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| DEAN FULKERSON PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O JAMES K OBRIEN | | | | | | | | |
| 801 W BIG BEAVER RD STE 500 | | | $2,570,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| TROY, MI 48084 | | | | | | | | |
| | | | $2,570,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date: 11/27/2009 | | | | | | | | |

Note: Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 209th Omnibus Objection | | | | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| UNITED TECHNOLOGIES CORPORATION ET AL<br><br>WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL<br>UNITED TECHNOLOGIES CORP<br>ONE FINANCIAL PLAZA MS 524<br>HARTFORD, CT 06103<br><br>Official Claim Date: 11/27/2009<br><br>Note: Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50819) | 59873 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$107,996.00<br>$107,996.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| UNITED TECHNOLOGIES CORPORATION, ON BEHALF OF ITS<br><br>FORMER SUBSIDIARY ESSEX GROUP INC<br>ATTN: WILLIAM F LEIKIN ESQ ASSISTANT GENERAL COUNSEL<br>UNITED TECHNOLOGIES CORP<br>ONE FINANCIAL PLAZA MS 524<br>HARTOFRD, CT 06103<br><br>Official Claim Date: 11/27/2009<br><br>Note: Surviving Claim Creditor: INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (Claim # 59181) | 59872 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$42,519.00<br>$42,519.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **10** | | $0.00<br>$0.00<br>$0.00<br>**$21,633,705.10**<br>**$21,633,705.10** | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>**$217,054.50**<br>**$217,054.50** | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection** **Exhibit A** <u>**Motors Liquidation Company, et al.**</u>
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ALCOA INC | 49512 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date: 11/25/2009 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Note: Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50831)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BKK JOINT DEFENSE GROUP | 36709 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $35,000,000.00 | (Unsecured Claim) | $35,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 11/23/2009 | | | $35,000,000.00 | (Total Claim) | $35,000,000.00 | (Total Claim) | | |

Note: Surviving Claim Creditor: CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL (Claim # 50606)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection** **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DTE ENERGY COMPANY<br><br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243<br><br>Official Claim Date: 11/25/2009<br><br>Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528) | 45632 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| GENERAL ELECTRIC COMPANY<br><br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243<br><br>Official Claim Date: 11/25/2009<br><br>Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528) | 45635 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GERDAU MACSTEEL<br><br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | 45633 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Official Claim Date: 11/25/2009

Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| JIS PERFORMING PARTY GROUP<br><br>BASF CORP BRISTOL MYERS SQUIBB CO ET AL<br>C/O MARY W KOKS, MUNSCH HARDT KOPF HARR PC<br>700 LOUISIANA #4600<br>HOUSTON, TX 77002 | 1273 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$7,053,636.00<br>$7,053,636.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Official Claim Date: 9/8/2009

Note: Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

---

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection**                                         **Exhibit A**                                         **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARION BRAGG GROUP<br><br>C/O JOHN HANSON<br>BEVERIDGE & DIAMOND PC<br>1350 I STREET NW SUITE 700<br>WASHINGTON, DC 20005<br><br>Official Claim Date: 11/25/2009 | 50145 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$131,871.00<br>$131,871.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Note:   Surviving Claim Creditor: INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (Claim # 59181)

| MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP AN UNINCORPORATED<br><br>ASSOCIATION BY ITS CHAIRMAN A TIMOTHY WEBSTER<br>C/O WEBSTER SZANYI LLP<br>1400 LIBERTY BLDG 424 MAIN STREET<br>BUFFALO, NY 14202<br><br>Official Claim Date: 11/24/2009 | 43904 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,398,000.00<br>$1,398,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Note:   Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50819)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|---|---|

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MICHELIN NA INC | 45636 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 11/25/2009

Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

| NIAGARA MOHAWK POWER CORPORATION | 50660 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| D/B/A NATIONAL GRID C/O HISCOCK & BARCLAY, LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN: SUSAN R KATZOFF, ESQ ONE PARK PLACE, 300 SOUTH STATE STREET | | | $10,833,333.34 | (Unsecured Claim) | $23,333.34 | (Unsecured Claim) | | |
| SYRACUSE, NY 13202 UNITED STATES OF AMERICA | | | $10,833,333.34 | (Total Claim) | $23,333.34 | (Total Claim) | | |

Official Claim Date: 11/25/2009

Note: Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50831)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection**                           **Exhibit A**                                                **Motors Liquidation Company, et al.**
                                                                                                                    **Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| OWENS-ILLINIOS INC<br><br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/25/2009 | 45637 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$84,300.00<br>$84,300.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| REYNOLDS METALS COMPANY<br><br>ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022<br><br>Official Claim Date: 11/25/2009 | 49511 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Note: Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50831)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|---|---|

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ROBERT A GLADSTONE, ON BEHALF OF THE<br><br>CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648 | 1225 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,100,554.50<br>$10,100,554.50 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$554.50<br>$554.50 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Official Claim Date:   8/24/2009

Note:   Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| TECUMSEH PRODUCTS COMPANY<br><br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | 45634 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Official Claim Date:   11/25/2009

Note:   Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

***OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| THE QUAKER OATS COMPANY | 66214 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN LARS S JOHNSON ESQ VP - QTG/PCNA<br>PATENT & ENVIRONMENTAL LAW | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PEPSICO CHICAGO<br>555 W MONROE ST MAIL CODE 11-12 | | | $2,570,001.05 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| CHICAGO, IL 60661 | | | $2,570,001.05 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/30/2009

Note:   Surviving Claim Creditor: CITY OF JANESVILLE, WISCONSIN BY WILLIAM MULLIGAN ESQ, (Claim # 27028)

| WASTE-STREAM, INC | 66754 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: GENERAL COUNSEL (RE: POTSDAM SITE)<br>C/O CASELLA WAST SYSTEMS, INC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 25 GREENS HILL LN<br>RUTLAND, VT 05701 | | | $30,920,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| UNITED STATES OF AMERICA | | | $30,920,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/30/2009

Note:   Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50831)

| **OBJECTION ADJOURNED** | | **16** | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $98,007,395.89 | (Unsecured Claim) | $35,108,187.84 | (Unsecured Claim) | | |
| | | | $98,007,395.89 | (Total Claim) | $35,108,187.84 | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SCP CARLSTADT PRP GROUP | 43878 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O WILLIAM L. WARREN DRINKER BIDDLE & REATH LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 105 COLLEGE ROAD EAST P.O. BOX 627 | | | $60,958.00 | (Unsecured Claim) | $81,869.00 | (Unsecured Claim) | | |
| PRINCETON, NJ 08542 UNITED STATES OF AMERICA | | | $60,958.00 | (Total Claim) | $81,869.00 | (Total Claim) | | |

Official Claim Date: 11/24/2009

Note: Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| *OBJECTION WITHDRAWN* | 1 | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) |
|---|---|---|---|---|---|
| | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |
| | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |
| | | $60,958.00 | (Unsecured Claim) | $81,869.00 | (Unsecured Claim) |
| | | $60,958.00 | (Total Claim) | $81,869.00 | (Total Claim) |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.