**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                                ) ss
COUNTY OF KING              )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 166th Omnibus Objection to Claims (Duplicate Debt Claims – Industrial Revenue Bonds) [Docket No. 9640].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| ARTHUR H HEMBROOK & ELIZABETH V HEMBROOK JT TEN<br>189 SOUTH COLLIER BLVD APT C 203<br>MARCO ISLAND, FL 34145-4321 | BERTRAM NEITERMAN<br>1120 99TH ST<br>#502<br>BAY HARBOR ISLAND, FL 33154 |
| BONA K PATZKOUSKY<br>28766 LOGAN HORNS MILL<br>SUGAR GROVE, OH 43155-9614 | CRAWFORD FAMILY LIVING TRUST<br>DAVID AND VERA CRAWFORD<br>2170 VALLEY VISTA DRIVE<br>DAVISON, MI 48423-8317 |
| D & B MILLER INVESTMENTS<br>DONALD & BARBARA MILLER, PARTNERS<br>104 SUNSET COVE LN<br>PALM BEACH GARDEN, FL 33418 | DONALD L IGNASIK<br>306 SOUTHWOOD DR<br>ELYRIA, OH 44035-8386 |
| DONALD R WILSON TTEE<br>U/A DTD 02-11-1999<br>DONALD R WILSON LIV TR<br>200 W HAMILTON CIR<br>BATTLE CREEK, MI 49015-4017 | DOUGLAS B FOSTER<br>1338 RT9<br>SPOFFORD, NH 03462 |
| EDWARD G KLOPFER<br>6011 CLARK STATE RD<br>GAHANNA, OH 43230 | EVAN S WILLIAMS JR<br>& LINDA M WILLIAMS JTWROS<br>111 W MAIN ST<br>TROY, PA 16947-1132 |
| F/B/O JOHN A ARGENT REVOCABLE TR<br>UST U/A/D  UAD 11-13-91<br>JOHN A ARGENT TTEE<br>9800 MAR ANN COURT<br>ST LOUIS, MO 63128-1433 | ILENE BIRGE<br>2420 ADARE ST<br>ANN ARBOR, MI 48104 |
| JAMES E BOLIN & JAMES E BOLIN TRUST<br>JAMES E BOLIN TRUST<br>U/A DTD 10/6/81<br>JAMES E BOLIN TRUSTEE<br>15964 EASYGOER COURT<br>CLINTON TOWNSHIP, MI 48035-1045 | JEAN RELJIN<br>7062 BIG CREEK PARKWAY<br>MIDDLEBURG HTS, OH 44130-4903 |
| JILL JULIANO<br>P. O. BOX 1342<br>TROY, MI 48099 | JOAN PHYLLIS MONCRIEFF REV TRUST<br>JOAN PHYLLIS MONCRIEFF TTEE<br>UA  DTD 10-21-96<br>6230 SANDSHORES DR<br>TROY, MI 48085-1375 |
| JOHN T AND BETTY B BONNER<br>4559 ARLINGATE<br>COLUMBUS, OH 43220 | JULIAN P KORNFELD<br>4100 PERIMETER CENTER DR<br>STE 150<br>OKLAHOMA CITY, OK 73112 |
| MARILYN J WEISBACH<br>2915 HEDGE ROW PASS<br>FORT WAYNE, IN 46804-7851 | MARY BETH FUNKE<br>28689 WALES<br>CHESTERFIELD, MI 48047 |

| | |
|---|---|
| MARY C BERKLEY TRUSTEE<br>DR MARY C BERKLEY<br>7508 N SAN MANUEL<br>SCOTTSDALE, AZ 85258 | OWEN AND JOYCE JOHNSON TRUSTEES<br>OWEN AND JOYCE JOHNSON<br>4386 DUBLIN ROAD<br>COLUMBUS, OH 43221 |
| RENNER, INEZ G<br>5913 CAMPBELL ST<br>SANDUSKY, OH 44870-9306 | ROBERT L GORMAN<br>5114 HARLEY RD<br>NEW ALBANY, OH 43054 |
| ROBERT LANDUCCI<br>5900 ARLINGTON AVE #10R<br>RIVERDALE, NY 10471 | ROBERT LAZARUS JR TRUSTEE<br>ROBERT LAZARUS JR<br>175 S THIRD ST SUITE 1010<br>COLUMBUS, OH 43215 |
| ROGER L CROSS<br>2240 BIRCH CIRCLE<br>CLARKSVILLE, IN 47129-1212 | SARSEP IRA FBO CHRISTINE TRAPP<br>CHRISTINA TRAPP<br>109 BAY DR<br>ITASCA, IL 60143 |
| SKONY-STAMM MARILYN<br>1530 PALISADE AVE APT 10H<br>FORT LEE, NJ 07024-5415 | SUSAN J BECKER<br>5029 KINGSWOOD DR<br>CARMEL, IN 46033-9317 |
| WM. LOOK & SONS, INC.<br>HOWARD LOOK<br>407 ADAMS ST<br>EAST TAWAS, MI 48730-1504 | |