UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                            ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.     On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 167th Omnibus Objection to Claims (Products Liability Claims Assumed by General Motors LLC) [Docket No. 9641].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| AL-NAWASREH, ABDER-RAOUF (AND OTHERS)<br>C/O JAMES L GILBERT<br>GILBERT, OLLANIK & KOMYATTE PC<br>5400 WARD ROAD, BLDG IV, STE 200<br>ARVADA, CO 80002 | BAYVIEW YACHTCRAFTERS INC<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>31785 S RIVER RD<br>HARRISON TWP, MI 48045-1892 |
| DONNA DAGOSTINO<br>31 POWDER HORN RD.<br>CORTLANDT MANOR, NY 10567 | ESTATE OF FREDDIE BANKS<br>RITA BANKS, PERSONAL REPRESENTATIVE<br>C/O JERRY W LAUGHLIN<br>100 SOUTH MAIN ST<br>GREENEVILLE, TN 37743 |
| FLORES, MARY<br>408 SANDY RIDGE DR<br>LEAGUE CITY, TX 77573-5980 | GLATFELTERS CLAIMS MANAGEMENT, INC<br>PO BOX 5126<br>ATTENTION: CLAIM NJTR209091023<br>YORK, PA 17405 |
| HOLLENBECK, ROGER<br>C/O C.M. BYE<br>ATTORNEY FOR HOLLENBECK<br>PO BOX 167<br>RIVER FALLS, WI 54022 | HOLLENBECK, ROGER<br>N8476 CTHC<br>RIB LAKE, WI 54470 |