**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   )
                                            ) ss
COUNTY OF KING          )

I, Danielle Zahaba, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.     On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) [Docket No. 9642].

Signed in Seattle, Washington this 9th day of      /s/ Danielle Zahaba
March, 2011                                                          DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.


/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

ALFRED P DEBUHR
8211 DUNHAM RD
DOWNERS GROVE, IL 60516-4709

ALLEN GREEN
6800 DEERHILL DRIVE
CLARKSTON, MI 48346

ANTHONY WROBLEWSKI
1047 HEMLOCK DR.
ROCHESTER, MI 48307

ARMSTRONG, HAROLD S
785 FOX RIVER DRIVE
BLOOMFIELD, MI 48304-1015

ARMSTRONG, JAMES A
1976 N SALISBURY DR
GLADWIN, MI 48624-8616

AUGUSTINE M BEIRNE
4957 CHAMPIONSHIP CUP LN
BROOKSVILLE, FL 34609-0361

BOTWICK, WILLIAM S
711 KNODT RD
ESSEXVILLE, MI 48732

BURKE, DENNIS W
37550 SHIRE CT
STERLING HEIGHTS, MI 48312-2534

CARL FREEMAN
1031 PARKER'S FORT
GREENSBORO, GA 30642-4958

CHRISTINE HASSETT
5322 PENTWATER DR
HOWELL, MI 48843-6478

COATS III, GEORGE H
3 VISTA CT
CLAYTON, NC 27527-6615

COLVIN, FRANK L
28862 JEFFERSON AVE
ST CLR SHORES, MI 48081-1380

CURREY, JOHN L
2506 WALLACE PATE DR
GEORGETOWN, SC 29440-7076

DARRYL J DELEONARDIS
5775 S HIGHWAY A1A
MELBOURNE BEACH, FL 32951-3311

DAVID ALDORFER
876 NORTHGATE RD
ROCHESTER, MI 48306-2514

DONALD B MAKELIM
4675 LANCELOT CT
GLADWIN, MI 48624-8229

DONALD PARKINSON
4223 GULL COVE
NEW SMYRNA BEACH, FL 32169

DOUGLAS JOHN HERBERGER
7547 MOORGAE POINT WAY
NAPLES, FL 34113-5106

E MICHAEL MUTCHLER
6000 ROYAL MARCO WAY #553
MARCO ISLAND, FL 34145-1885

EDWARD MERTZ
30600 N PIMA RD
#115
SCOTTSDALE, AZ 85266-1856

| | |
|---|---|
| ENDRES THOMAS E<br>4294 DOMINION BLVD<br>BRIGHTON, MI 48114 | ENDRES, THOMAS E<br>4294 DOMINION BLVD<br>BRIGHTON, MI 48114-4984 |
| FABUS, THOMAS P<br>16501 SCHOFIELD RD<br>HERSEY, MI 49639-8551 | FAUGHNAN THOMAS J<br>1 ROYAL PALM WAY APT 206<br>BOCA RATON, FL 33432-8735 |
| FOLDEN JOHN R<br>3580 BROOKSIDE DR<br>BLOOMFIELD HILLS, MI 48302-1500 | FRUECHTE ROGER D<br>2691 TOWER HILL LN<br>ROCHESTER HILLS, MI 48306-3063 |
| GEORGE W BAUMANN JR<br>2290 HEMMETER ROAD<br>SAGINAW, MI 48603 | GORDON LAMPHERE JR<br>1153 BRAEBURY WAY<br>TRAVERSE CITY, MI 49685-9231 |
| HEINEMANN DENNIS G<br>3007 CHARLOTTE ST<br>THOUSAND OAKS, CA 91320-4448 | IMBODEN, JERRY B<br>4001 LAKEWOOD DR<br>WATERFORD, MI 48329-3844 |
| JAMES GAUNT<br>359 STONELEDGE TRAIL<br>ARDEN, NC 28704 | JAMES GAVIN<br>20226 COUNTRY CLUB DRIVE<br>ESTERO, FL 33928 |
| JAMES M WILLIAMS<br>21301 S TAMIAMI TRAIL<br>STE 320 PMB 329<br>ESTERO, FL 33928 | JAMES N ELLIS<br>PO BOX 338<br>HARBOR SPRINGS, MI 49740 |
| JAMES WELTON<br>800 PEACHTREE LANE<br>ROCHESTER HILLS, MI 48306 | JENKINS JR, WILLIAM A<br>4522 MARSH WOOD CT SE<br>SOUTHPORT, NC 28461-8521 |
| JERRY GILLESPIE<br>57287 COVINGTON DR<br>WASHINGTN TWP, MI 48094-3160 | JERRY TAYLOR<br>15484 TEALWOOD LN<br>FRISCO, TX 75035-3602 |
| JOHN D MACK<br>1625 COLGATE DR<br>COLORADO SPRINGS, CO 80918 | JOHN KARRAS<br>809 TURTLECREEK COURT<br>BEL AIR, MD 21014 |

| | |
|---|---|
| JOHN R PATTERSON<br>28505 CHIANTI TERRACE<br>BONITA SPRINGS, FL 34135 | KALA, WILLIAM B<br>1326 FRICK RD<br>LEONARD, MI 48367-3176 |
| KENNEDY, ALAN W<br>47183 SUNNYBROOK LN<br>NOVI, MI 48374-3643 | LARRY HAID<br>44 CHANCELLORSVILLE CIR<br>MIDDLETOWN, DE 19709-3825 |
| LARRY RODGERS<br>54523 WHITE SPRUCE LANE<br>SHELBY TWP, MI 48315 | LEE DAVID N<br>8362 PRESTWICK LN<br>WASHINGTON, MI 48095-2859 |
| LEMAN, JERRY W<br>452 CAMBRIDGE WAY<br>BLOOMFIELD, MI 48304-3814 | LUSCOMB, KAREN M<br>625 AUGUSTA DR<br>ROCHESTER HLS, MI 48309-1531 |
| MARGARET GRATHWOHL<br>106 E. MAPLE ST.<br>ALEXANDRIA, VA 22301 | MAURICE J FREY<br>1957 EASTWOOD AVE<br>JANESVILLE, WI 53545 |
| MAX MILLER JR<br>6299 QUAIL ST<br>HASLETT, MI 48840-8934 | MC GARRY RAYMOND G<br>2932 BIRNAM CT<br>OAKLAND TOWNSHIP, MI 48306-4904 |
| MCCABE, CAROLE A<br>27113 WALLOON WAY<br>BROWNSTOWN, MI 48134-8058 | MEHALL, DAVID L<br>3408 WHEATLAND LN<br>PLANO, TX 75025-3614 |
| MUELLER, DONALD E<br>5300 E TWIN LAKE RD<br>ROSE CITY, MI 48654-9620 | PHILIP M ANDREWS<br>7551 SANDPIPER TRAIL<br>GAYLORD, MI 49735 |
| RALPH HARTING JR<br>7399 WHITTINGHAM WAY<br>WEST BLOOMFIELD, MI 48322-3288 | RANKA ROBERT W<br>18099 PARKE LN<br>GROSSE ILE, MI 48138-1039 |
| RENNIX VICTOR E<br>33618 N 64TH PL<br>SCOTTSDALE, AZ 85266-7366 | RICHARD C. WEIERMILLER<br>9823 BURNING TREE<br>GRAND BLANC, MI 48439 |

RICHARD POMPA
3652 EDINBORGH DR
ROCHESTER HILLS, MI 48306

ROBERT ANDERSON
4330 COURTSIDE DR
WILLIAMSTON, MI 48895-9403

ROBERT E ANNIS
3393 GENTRY RD
HOWELL, MI 48843

ROBERT JOHNSON
6019 NORTHSTAR RD
GAYLORD, MI 49735

RONALD A ROGERS
755 REGENCY RESERVE CIRCLE
UNIT 5001
NAPLES, FL 34119

RONALD FRIZZELL
187 MEADOW LANE CIR
ROCHESTER HILLS, MI 48307-3074

ROSICKY, GERALD J
2232 RUTGERS DR
TROY, MI 48085-3862

SAMUEL A LEONARD
4200 COASTAL PKWY
WHITE LAKE, MI 48386

SCOTT DAVID I
862 SAINT ANDREWS WAY
FRANKFORT, IL 60423-6500

SMITH, P MICHAEL
20299 HILLANDALE RD
WHITE PIGEON, MI 49099-9753

SOBECK SUSAN L
110 DAWSON CREEK DR
BALL GROUND, GA 30107-4382

STROHMAIER, ALAN H
5303 RIVER RIDGE DR
BRIGHTON, MI 48116-4791

THOMAS CARPENTER
25040 GOLDCREST DR
BONITA SPRINGS, FL 34134-7916

THOMAS MCLEAN
15957 ORCHARD POINT DR
SPRING LAKE, MI 49456-2344

THOMAS WILSON
BOX 20
BANGLAMUNG POST OFFICE
CHONBURI 20150 THAILAND

VALDEZ  ALBERT T
10060 SAINT BERNARD DR
SHREVEPORT, LA 71106-8544

VALDEZ ALBERT T
10060 SAINT BERNARD DR
SHREVEPORT, LA 71106-8544

VAUGHAN, CLIFFORD J
PO BOX 399
WALLOON LAKE, MI 49796-0399

VOLKER HARHAUS
66555 MT. VERNON ROAD
WASHINGTON, MI 48095

WASENKO, JOHN K
4699 CHAREST AVENUE
WATERFORD, MI 48327-3405