**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                            ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1.   I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.   On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9643].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| AGNELLO, JOHN A<br>41185 VICTORIA DR 43<br>CLINTON TOWNSHIP, MI 48038 | ALEXANDER, CHERI L<br>505 E HURON ST APT 804<br>ANN ARBOR, MI 48104-1567 |
| ANDERSON, DARRELL R<br>3232 LIV MOOR DR<br>COLUMBUS, OH 43227-3546 | ARY, DAVID W<br>175 COPPERFIELD DR<br>DAYTON, OH 45415-1264 |
| AUKER, MICHAEL J<br>227 INGLEWOOD CT<br>LINDEN, MI 48451-8952 | BAKER III HENRY A<br>2163 BRITTANY CT<br>FERNANDINA BEACH, FL 32034-8908 |
| BENZ, SUSAN M<br>3078 S 161ST DR<br>GOODYEAR, AZ 85338-9455 | BEVERLY WARD<br>1626 STOUDER DRIVE<br>REYNOLDSBURG, OH 43068 |
| BOSTROM, DAVID M<br>2426 SIERRA DR<br>ZEELAND, MI 49464-9102 | BREYER, JOHN ALFRED<br>350 DANERN DR<br>BEAVERCREEK, OH 45430-2005 |
| BRIAN WEBB<br>85 EASY ST<br>MITCHELL, IN 47446-6655 | BRIGHTON GREENE<br>1114 LONGFORD CIRCLE<br>SOUTHLAKE, TX 76092 |
| BURISEK RONALD J<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516-3202 | CAROLYN B JOHNSON<br>181 FOX DEN CR #20113<br>JASPER, GA 30143 |
| CAROLYN STIEFF<br>2277 OYSTER BAY LANE #1608<br>GULF SHORES, AL 36542 | CASE, JAMES F<br>46 BATHURST DR<br>TONAWANDA, NY 14150-9002 |
| CEDRIC E. FILKINS, JR.<br>19431 NE 143RD PLACE<br>WOODINVILLE, WA 98077 | CHEYRL LEE LEROY<br>1972 VIOLA VIEW COURT<br>LINCOLN, CA 95648 |
| CLAUDE SHORT<br>215 CLAIRBORNE DR<br>DRY RIDGE, KY 41035-8568 | CLAYTON C COLEY<br>516 PANORAMA DR<br>LAVONIA, GA 30553-4092 |

| | |
|---|---|
| CRUMP, MARY Q<br>5412 CANDLEWOOD DR<br>NORTHPORT, AL 35473-1166 | DANIEL J EISENBEIS<br>175 INGLEWOOD CT<br>LINDEN, MI 48451 |
| DAVID ARY<br>175 COPPERFIELD DR<br>DAYTON, OH 45415-1264 | DEMPSEY, NADINE E<br>APT 560<br>7885 GORDON COURT<br>GLEN BURNIE, MD 21060-6201 |
| DILLON, JOSEPH L<br>129 WILDERNESS CAY<br>NAPLES, FL 34114-9618 | DONALD NOWOSIADLY<br>2996 SHANNON DR<br>OAKLAND, MI 48363 |
| DONALD S SCHENE<br>4010 ROOKY MOUND DR<br>WENTZVILLE, MO 63385 | DOUGLAS WING<br>32100 JEFFERSON<br>ST CLAIR SHORES, MI 48082 |
| ELBERT HEARD<br>985 LAPOINT RD<br>LINN CREEK, MO 65052-2010 | EVERT, LAWRENCE A<br>15480 LEIGHTON DR<br>CLINTON TWP, MI 48038-3182 |
| FAIRBANKS, DAVID A<br>5458 PINE LAKE DR<br>BRIGHTON, MI 48116-5161 | FRANCES DAMICO<br>6384 E HARVEST RIDGE DR<br>AUSTINTOWN, OH 44515-5579 |
| FRANGOS, MARY N<br>306 GOIDIE RD<br>YOUNGSTOWN, OH 44505-1950 | FRANK LANCTOT<br>4852 CLIFFSIDE DR<br>WEST BLOOMFIELD, MI 48323-2471 |
| GACIOCH, KATHLEEN<br>18260 COLGATE ST<br>DEARBORN HEIGHTS, MI 48125-3316 | GARNER, THOMAS E<br>46780 SPRINGWOOD DR<br>MACOMB, MI 48044-3577 |
| GEOGHEGAN, GEORGE A<br>33096 WHISPERING LN<br>CHESTERFIELD, MI 48047-3386 | GERALD J CHIHAK<br>1150 PARROTT'S COVE RD<br>GREENSBORO, GA 30642 |
| HARMON, RICHARD I<br>8403 CHEROKEE TRL<br>CROSSVILLE, TN 38572-6339 | HARRINGTON, ZACK E<br>9522 W GREENHURST DR<br>SUN CITY, AZ 85351-2025 |

| | |
|---|---|
| JAMES E VARNEY<br>12 WOLF CREEK TRAIL<br>ST PETERS, MO 63376 | JAMES L MCCULLOUGH<br>2764 ATER DR<br>BEAVERCREEK, OH 45434-6543 |
| JAMROG, CAROLYN L<br>4477 LONG MEADOW BLVD WEST<br>SAGINAW, MI 48603 | JOHN A CARTER<br>23771 PARK ISLAND TRL<br>ATLANTA, MI 49709 |
| JOHN F MCGINNIS<br>3791 W ROSEBRIER ST<br>SPRINGFIELD, MO 65807-5595 | JOHN ROACH<br>9155 CLAM LAKE RD<br>BELLAIRE, MI 49615 |
| JOHNSON-GREEN, LELAH M<br>1545 WINTHROP RD<br>BLOOMFIELD HILLS, MI 48302-0684 | JOHNSON-GREEN, LELAH M<br>1545 WINTHROP RD<br>BLOOMFIELD HILLS, MI 48302-0684 |
| JONES DALLAS R<br>23957 VIA BOCINA<br>VALENCIA, CA 91355-3118 | JONES DOLLIE A<br>799 CLARA AVE<br>PONTIAC, MI 48340-2037 |
| KENNEDY CHRISTINE C<br>50 CRYSTAL ST<br>NORTH ARLINGTON, NJ 07031-5612 | KENNEDY, BYRON J<br>2425 MULBERRY SQ APT 41<br>BLOOMFIELD, MI 48302-0694 |
| LEONARD J PILZ<br>10221 ROOD AVE<br>LAKE, MI 48632 | MARY FRANGOS<br>306 GOIDIE RD<br>YOUNGSTOWN, OH 44505-1950 |
| MCGRAIN, GERALD R<br>1287 KENDRA LN<br>HOWELL, MI 48843-9551 | MELVIN KENDZIORSKI<br>2605 BROWNING DR<br>LAKE ORION, MI 48360-1817 |
| MERRIWEATHER, HAZEL J<br>16 ACADEMY RD<br>BUFFALO, NY 14211-2622 | MERTENS GERADLINE M<br>6870 NORTHPOINT DRIVE<br>TROY, MI 48085-2308 |
| MERTENS, RONALD E<br>6870 NORTHPOINT DR<br>TROY, MI 48085-1212 | MICHAEL AUKER<br>227 INGLEWOOD CT<br>LINDEN, MI 48451-8952 |

| | |
|---|---|
| MILLIE D TEIPEN<br>953 SANTA MARIA DR<br>GREENWOOD, IN 46143 | MOSHENKO, MONICA<br>D/B/A MONICA WHARTON<br>ACCOUNT OF JOHN MOSHENKO<br>10505 PENELOPE PL UNIT 202<br>NEW PORT RICHEY, FL 34654-1746 |
| NEIL B DODRILL<br>3228 COREY RD<br>TOLEDO, OH 43615 | NEVEU DENNIS E<br>PO BOX 95<br>BLACK RIVER, MI 48721-0095 |
| PATRICIA CARTER<br>23771 PARK ISLAND TRL<br>ATLANTA, MI 49709 | PATRICIA JARUSINSKI<br>102 GREENOCK CT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376-9613 |
| PETERSON, DONALD L<br>6824 FAIRVIEW RD<br>YOUNGSTOWN, OH 44515 | PRISCILLA NEEDLE<br>6540 LAKESHORE ST<br>W BLOOMFIELD, MI 48323-1429 |
| RENEE SCOTT-BURISEK<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516-3202 | RICHARD SWAYZE<br>2017 S. CUMMINGS RD.<br>DAVISON, MI 48423 |
| ROBERT FRUTIGER<br>719 DENHAM LN<br>ROCHESTER HILLS, MI 48307-3331 | ROBERT MEDER<br>1314 KINGS CARRIAGE RD<br>GRAND BLANC, MI 48439 |
| ROBERT METZGER, JR<br>8404 FIELDCREST CT<br>LOUISVILLE, KY 40299 | ROGER PRATT<br>22 NORTH ST<br>LOCKPORT, NY 14094-1402 |
| RUMSEY PATSY C<br>11021 S 85TH E AVE, STE A<br>TULSA, OK 74133-5051 | RUSSEL F KING JR<br>1421 SLEEPY HOLLOW RD<br>EDMOND, OK 73034 |
| RYAN, SANSI<br>7926 WILD ORCHARD LN<br>CINCINNATI, OH 45242-4309 | SARKOZY, LOUIS R<br>6583 GLASTON CT SE<br>GRAND RAPIDS, MI 49546-6864 |
| SCHUR, GEORGE M<br>366 ELMWOOD DR<br>HUBBARD, OH 44425-1607 | SCOTT-BURISEK RENEE F<br>7041 TERRACE DR<br>DOWNERS GROVE, IL 60516-3202 |

| | |
|---|---|
| SHAMLEY, REX M<br>3872 RAINS CT NE<br>ATLANTA, GA 30319-1605 | SLOAN, GLENN F<br>48647 KINGS DR<br>SHELBY TOWNSHIP, MI 48315-4025 |
| SUSAN MOHR<br>13997 RINGLER RD<br>RAPID CITY, MI 49676 | SZYNSKI, ALLEN J<br>48431 MILONAS DR<br>SHELBY TWP, MI 48315-4302 |
| TAUBE, THOMAS N<br>2911 CONE VIEW LN<br>WAUKESHA, WI 53188-4415 | THOMAS CARPENTER<br>25040 GOLDCREST DR<br>BONITA SPRINGS, FL 34134-7916 |
| THOMAS DONOVAN<br>1262 WESTLAKE WOODS DR<br>SPRINGFIELD, MI 49037-7644 | THOMAS GARNER<br>46780 SPRINGWOOD DR<br>MACOMB, MI 48044-3577 |
| THOMAS JAMES HILLMAN<br>714 BASCOM ROAD<br>MELSTONE, MT 59054 | THOMAS JARUSINSKI<br>102 GREENOCK CT<br>2169 SEVEN LAKES SOUTH<br>WEST END, NC 27376-9613 |
| THOMPSON, LARRY D<br>1960 HUNTERS LN<br>LAKE ORION, MI 48360-1862 | TOLBERT, BEVERLY I<br>16752 FIELDSTONE RDG<br>MACOMB, MI 48042-1114 |
| TONY HOLT<br>1423 ELROD RD<br>BOWLING GREEN, KY 42104-8513 | TURNER, ROBERT G<br>4403 DUFFER LOOP<br>SEBRING, FL 33872-1603 |
| WELTON, JAMES W<br>800 PEACH TREE LN<br>ROCHESTER HILLS, MI 48306-3359 | WILLIAM B KILLOUGH<br>36 GULFSHORES DR<br>OFALLON, MO 63368 |
| YATES, FLOYD H<br>16 BELGIAN TRL<br>SAINT PETERS, MO 63376-3785 | |