**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9644].

Signed in Seattle, Washington this 9th day of      /s/ Danielle Zahaba
March, 2011                                        DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.


 /s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| ALBERT W. KING<br>2115 DAVIS AVENUE S<br>RENTON, WA 98055 | ALFRED P DEBUHR<br>8211 DUNHAM RD<br>DOWNERS GROVE, IL 60516 |
| ANDRE VISSER<br>6420 TANGLEWOOD LN<br>GRAND BLANC, MI 48439-9714 | ANNA KRETZ<br>8309 HIGH MEADOWS TR.<br>CLARKSTON, MI 48348 |
| ANSTAETT, KATHLEEN A<br>1647 OLDE HALEY DR<br>CENTERVILLE, OH 45458-6047 | ANSTAETT, RICHARD A<br>1647 OLDE HALEY DR<br>CENTERVILLE, OH 45458-6047 |
| AUBREY SHORT<br>803 ROCKWOOD DRIVE<br>NOLESNVILLE, TN 37135 | BAKER I I I, HENRY A<br>2163 BRITTANY CT<br>FERNANDINA BEACH, FL 32034-8908 |
| BARRY CHABALA<br>43080 AVON RD.<br>CANTON, MI 48187 | BAUGHMAN, ANNIE S<br>519 WELCH ST<br>PHILADELPHIA, MS 39350-2419 |
| BELL JR  PAUL L<br>12837 CAMBRIDGE RD<br>LEAWOOD, KS 66209-1620 | BERNARD KOOGLER<br>811 PINELAND LN<br>LINDALE, TX 75771-3378 |
| BOEVE - SELLERS, CYNTHIA A<br>54720 KINGSLEY CT<br>SHELBY TWP, MI 48316-1275 | BRIGHT, JAMES A<br>552 W WHIPP RD<br>DAYTON, OH 45459-2947 |
| BROWER, DAVID G<br>401 ALBEMARLE BLVD<br>HERTFORD, NC 27944-9242 | BRUCE GRATHWOHL<br>106 E. MAPLE ST.<br>ALEXANDRIA, VA 22301 |
| BURGET, ALBERT H<br>4680 SAWMILL RD<br>CLARENCE, NY 14031-2280 | BUSCHMANN, WILLIAM J<br>2736 SW BEAR PAW TRL<br>PALM CITY, FL 34990-7942 |
| CANNADY DENNIS L<br>112 POND SIDE<br>BEAUFORT, SC 29906-9140 | CARLETON MATZELLE<br>5345 IROQUOIS COURT<br>CLARKSTON, MI 48348 |

CAROL K O'MELIA  
1985 BRITTAINY OAKS TRL NE  
WARREN, OH 44484-3959

CULLENS, VIRGINIA F  
3407 42ND ST WEST  
BRADENTON, FL 34205

CULLENS, VIRGINIA F  
PO BOX 167  
BARRYTON, MI 49305-0167

CYNTHIA MURPHREE  
104 S MILLWOOD RD  
SILEX, MO 63377-3213

DANIEL D ALBEE  
29555 CASTLE CREEK LN  
ESCONDIDO, CA 92026

DANIEL, PATRICIA D  
8852 ASBURY PARK  
DETROIT, MI 48228-2006

DAVID CADWALLADER  
516 N. COLLEGE STREET  
LINCOLN, IL 62656

DEBUHR, ALFRED P  
8211 DUNHAM RD  
DOWNERS GROVE, IL 60516-4709

DONALD PETERSON  
627 FRIARS WAY  
ORANGE CITY, FL 32763-9219

DONALD PETERSON  
6824 FAIRVIEW RD  
YOUNGSTOWN, OH 44515

DOUGLAS STERETT  
40679 VILLAGEWOOD RD  
NOVI, MI 48375

ELTON G PIERSON  
140 GIGI LN  
LOUDON, TN 37774

G. THOMAS GRAPE  
854 LATTA RD  
ROCHESTER, NY 14612

GILMORE, THOMAS N  
1836 SE EL PINAR LN  
STUART, FL 34996-5146

GOTTEMOLLER, PAUL  
12209 S 93RD AVE  
PALOS PARK, IL 60464-1122

GREGORY M JANECH  
3627 BAYBROOK DR  
WATERFORD, MI 48329-3903

HAMILTON, WILLIAM E  
16216 WYNSTONE LN  
AUSTIN, TX 78717-3890

HEIDEN, RONALD H  
335 GLEN WOODS TRL  
GAYLORD, MI 49735-8146

HOPPE, HENRY T  
1727 VICTORIA CIR  
VERO BEACH, FL 32967-7294

JACOBS WILLIAM J  
7682 S SANCTUARY RD  
FRANKLIN, WI 53132-8211

| | |
|---|---|
| JACUS, RAYMOND F<br>73149 BEL AIR RD<br>PALM DESERT, CA 92260-6005 | JAMES A BRIGHT<br>552 W WHIPP RD<br>DAYTON, OH 45459 |
| JAMES DOOLEY<br>3136 ROYAL ROAD<br>JANESVILLE, WI 53546 | JAMES P KURLINSKI<br>15237 WINTER PARK<br>MACOMB, MI 48044 |
| JIMMY HALL<br>7000 20TH ST<br>LOT 929<br>VERO BEACH, FL 32966 | JUDY LARKINS<br>615 WINDING BRANCH RD<br>ROCK HILL, SC 29732-7106 |
| KANGAS, ERROL S<br>161 NW PETREY LOOP<br>WHITE SPRINGS, FL 32096 | KOENIG, RAYMOND H<br>705 11TH ST APT 407<br>WILMETTE, IL 60091-2692 |
| KOLLOM, MALLE<br>20643 SW COOPER RIDGE CT<br>BEAVERTON, OR 97007-7739 | MATHEWS, M D<br>3973 KNOX AVE<br>ROSAMOND, CA 93560-6417 |
| MCGUIRE CHARLES F<br>3494 LONG DR<br>MINDEN, NV 89423-7712 | MELVIN UNDERWOOD<br>4495 ROSEBUD RD<br>LOGANVILLE, GA 30052 |
| MEYER, RICHARD A<br>10206 TOLEDO CIR<br>BLOOMINGTON, MN 55437-2510 | MICHAEL MORTIER<br>1260 CHAFFER DR<br>ROCHESTER HILLS, MI 48306 |
| NED ROBERTS<br>119 REGINA CT<br>MURFREESBORO, TN 37128-3669 | NOWAK JAMES F<br>2359 BULLOCK RD<br>BAY CITY, MI 48708-9666 |
| PATRICIA DANIEL<br>8852 ASBURY PARK<br>DETROIT, MI 48228-2006 | PATRICK K RILEY<br>6208 SONORA DR<br>GRANBURY, TX 76049 |
| PAUL LANGER<br>2678 N MCMULLEN BOOTH APT 814<br>CLEARWATER, FL 33761 | PEACOCK, BARBARA R<br>5276 CRESTWAY DR<br>BAY CITY, MI 48706-3328 |

| | |
|---|---|
| PHILIP ALBENZE<br>3270 LORI LANE<br>NEW PORT RICHEY, FL 34655 | PRESCHER, KARL B<br>586 DORCHESTER WAY<br>MILFORD, MI 48381-2790 |
| RAYMOND C PIESKO<br>10159 CARMER ROAD<br>FENTON, MI 48430-2403 | RAYMOND SCHIAN<br>11058 MAPLE ROAD<br>BIRCH RUN, MI 48415 |
| REGINA VESTY<br>250 MARMOOR CT<br>ROCHESTER HILLS, MI 48309-1782 | RESKE RAYMOND D<br>5014 SURREY DR<br>STERLING HEIGHTS, MI 48310-5192 |
| RICKY SEVERSON<br>9404 SE 124TH LOOP<br>SUMMERFIELD, FL 34491-9732 | RITCHIE, FREDERICK M<br>4930 FAIRWAY RIDGE CIR<br>WEST BLOOMFIELD, MI 48323-3320 |
| ROBERT C WEINBAUM<br>823 GEORGIA ST<br>KEY WEST, FL 33040 | ROBERT F BEYER<br>5558 PALM BEACH BOULEVARD #410<br>FORT MYERS, FL 33905-3133 |
| ROGER SMITH<br>10500 CR1<br>RIDGWAY, CO 81432 | RONALD ELZERMAN<br>335 LAKE FOREST<br>ROCHESTER HILLS, MI 48309 |
| RONALD HEIDEN<br>335 GLEN WOODS TRL<br>GAYLORD, MI 49735-8146 | RONALD P. KLOECKNER<br>28435 SUNSET BLVD W<br>LATHRUP VILLAGE, MI 48076 |
| ROSE, MORRIS E<br>307 PARKRIDGE DR<br>CLAYTON, NC 27527-6630 | RUECKERT, JERRY D<br>3328 GINGERSNAP LN<br>LANSING, MI 48911-1512 |
| RYCHEL, GERALD E<br>2926 REPPUHN DR<br>SAGINAW, MI 48603-3150 | SANDY MALNAR-BOWLES<br>1223 RIVIERA DR<br>FLINT, MI 48507 |
| SEVERSON, RICKY E<br>9404 SE 124TH LOOP<br>SUMMERFIELD, FL 34491-9732 | SHEA, DONALD F<br>47603 SCENIC CIRCLE DR S<br>CANTON, MI 48188-1971 |

| | |
|---|---|
| SIMICH, EDWARD E<br>6515 NW 94TH ST<br>OKLAHOMA CITY, OK 73162-7402 | STEARN, CHERYL L<br>536 FRANK SHAW RD<br>TALLAHASSEE, FL 32312-1047 |
| STEPHEN F HARGIS<br>55 N MAIN ST<br>CLARKSTON, MI 48346 | STEPHENSON, ARVELLA<br>229 SOUTHSIDE DR<br>GAINESVILLE, TX 76240-0506 |
| SUSAN C CONWAY<br>41829 RIVERWOOD CT<br>CANTON, MI 48187 | THOMAS BROWN<br>4861 SHORELINE BLVD<br>WATERFORD, MI 48329-1661 |
| THOMAS J KARNOSKY<br>4515 GRATIOT RD<br>SAGINAW, MI 48638 | THOMAS M FISHER<br>1954 JASON CT<br>COMMERCE TWP, MI 48382 |
| THOMAS RANG<br>167 ELMWOOD CT<br>SALINE, MI 48176 | TOMCHAK FRANK A<br>1127 SOUTH LAKE DRIVE<br>UNIT 217<br>NOVI, MI 48377-1817 |
| VERAL VALENTINE<br>7071 N CRESCENT DR<br>PENTWATER, MI 49449 | VESTY, REGINA M<br>250 MARMOOR CT<br>ROCHESTER HILLS, MI 48309-1782 |
| WILLIAM FLINN<br>4645 SOUTHPORT XING<br>NORCROSS, GA 30092-1122 | WILLSON, WILLIAM E<br>5125 OAK PARK DR<br>CLARKSTON, MI 48346-3941 |
| YOUNT, DONALD P<br>4489 CRIMSON CT<br>GRAND BLANC, MI 48439-9056 | |