**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                            ) ss
COUNTY OF KING          )

I, Danielle Zahaba, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9645].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| ALAN KENNEDY<br>47183 SUNNYBROOK LN<br>NOVI, MI 48374-3643 | ALFRED SCHMIDT<br>41429 CLAIRPOINT<br>HARRISON TWP, MI 48045 |
| ANDREWS JR FRED M<br>1435 DODGE DR NW<br>WARREN, OH 44485-1851 | BAMMEL, PHILLIP C<br>710 ADAMS ST<br>EAST TAWAS, MI 48730-9306 |
| BLAINE MERRELL<br>101 WAY WEST AIRPARK<br>BAINBRIDGE, IN 46105 | BOWER, PERMELIA I<br>1301 WOLFORD DR<br>TRINITY, FL 34655-7170 |
| BOWMAN, JAMES E<br>411 NATALIE LN<br>LEBANON, OH 45036-8996 | BRETZ, CHARLES J<br>11258 E BALTIC DR<br>AURORA, CO 80014-4701 |
| CANNADY, DENNIS L<br>112 POND SIDE<br>BEAUFORT, SC 29906-9140 | CASILLO, LEONARD M<br>2472 THISTLE POINTE<br>BLOOMFIELD, MI 48304-1402 |
| CHARLES G KAMACHOS<br>1050 W HURON ST<br>WATERFORD, MI 48328-3730 | CLARK, PAUL A<br>1695 3 LAKES DR<br>TROY, MI 48085-1434 |
| CLAUDIA HEMPHILL<br>104 BROOKHAVEN DR<br>COLUMBIA, TN 38401-8876 | CULLENS JR, WILBURN A<br>1759 N LAPEER RD<br>LAPEER, MI 48446-7601 |
| CURZAN  PAUL C<br>5660 VIA TRENTO<br>GOLETA, CA 93117-1802 | CURZAN, PAUL C<br>5660 VIA TRENTO<br>GOLETA, CA 93117-1802 |
| DANA BODARY<br>841 BOUTELL DR<br>GRAND BLANC, MI 48438-1942 | DAVID BARAN<br>2607 KENWOOD AVE<br>JANESVILLE, WI 53545 |
| DAVID HOWELL<br>55233 LORDONA LN<br>SHELBY TWP, MI 48315-1073 | DAVIS, TED D<br>10545 SW 158TH PL<br>MIAMI, FL 33196-3191 |

DENISE STEIN
802 COTTON RIDGE DR.
PEARL, MS 39208

DENNIS A PTAK
3240 PALM AIRE DR
ROCHESTER HILLS, MI 48309-1047

DONALD S SCHENE
4010 ROCKYMOUND DR
WENTZVILLE, MO 63385

DREYER, DENNIS E
2618 LAKESHORE DR
FENNVILLE, MI 49408-8649

DUANE K DYE
1165 RIVER FOREST DR
SAGINAW, MI 48638

DURHAM, RUSSELL A
29 LONESOME OAK DR
ROCHESTER, MI 48306-2830

FETOUH, MOHAMED A
4864 SEASONS
TROY, MI 48098-6621

FLORECE CARROLL
16865 HANS CT
FRASER, MI 48026-1848

FLOYD CLOUGH
5342 BROOKWOOD DRIVE NW
CANTON, OH 44708

FOLDS, CLYDE L
159 ROSE LN
SOCIAL CIRCLE, GA 30025-2878

GAYNELL WENTLAND
1796 DEERFIELD WAY
LAFOLLETTE, TN 37766

GEORGE MCCAFFREY JR
4259 ROSEFINCH WAY
MIAMISBURG, OH 45342-4789

GERALD A KOLB RETIREE
GERALD A KOLB
14137 RANDALL
STERLING HTS, MI 48313

GORDON, HELEN V
STE 2
108 LACEY RD
WHITING, NJ 08759-1329

HAROLD SHARP
663 PLACITA DEL EXITO
GREEN VALLEY, AZ 85614

HELEN HICKS
151 FAIRWAY DR
BLOUNTVILLE, TN 37617

HERBERT G STUMP
2906 SHOWALTR RD
RICHMOND, IN 74374-9628

HINES I I I, JAMES E
9612 DOVE HOLLOW LN
GLEN ALLEN, VA 23060-3223

HUNT EDWIN V
1208 W CEDAR ST
ARLINGTON, TX 76012-4605

ISH, EDWARD L
112 TEAL DR
CURRITUCK, NC 27929-9630

| | |
|---|---|
| JACKSON, EARL M<br>31 SMITH RD<br>MASSENA, NY 13662-3212 | JAMES L SCANE<br>1258 TIMBER TRAIL DR<br>WHITHALL, MI 49461 |
| JAMES P WYATT<br>68358 LAKE ANGELA DR<br>RICHMOND, MI 48062-1692 | JAMES, JOHN E<br>25 CONCHO CIR<br>SEDONA, AZ 86351-8744 |
| JEFFERY SWEET<br>11661 WOODLAND STRASSE<br>EAGLE, MI 48822 | JOHN CARDIERO<br>5059 HILLTOP CT<br>CLARKSTON, MI 48348-3496 |
| JOHN CORDONNIER<br>1041 GREENRIDGE DR<br>KETTERING, OH 45429 | JOHN F MCGINNIS<br>3791 W ROSEBRIER ST<br>SPRINGFIELD, MO 65807-5595 |
| JOHN HOTZ<br>8422 LAWRENCE AVE<br>YPSILANTI, MI 48197-9396 | JOHN R CONNOLLY<br>PO BOX 1948<br>PAYSON, AZ 85547 |
| JOHNSON-GREEN, LELAH M<br>1545 WINTHROP RD<br>BLOOMFIELD HILLS, MI 48302-0684 | KASPZYK GERALD S<br>1772 KILBURN RD N<br>ROCHESTER HILLS, MI 48306-3034 |
| KOCOLOWSKI ROBERT M<br>KOCOLOWSKI ROBERT M<br>17557 RYAN LN<br>ORLAND PARK, IL 60467-9348 | KOWALSKI, DONNA J<br>2986 SHAWNEE LN<br>WATERFORD, MI 48329-4336 |
| LYNN ROSS<br>15525 HEATHER RIDGE TRL<br>CLINTON TWP, MI 48038-1666 | MARVIN RAMSEYER<br>3046 THORNAPPLE LANE<br>BAY CITY, MI 48706 |
| MARY ELZERMAN<br>335 LAKE FOREST<br>ROCHESTER HILLS, MI 48309 | MCCAFFREY JR GEORGE E<br>4259 ROSEFINCH WAY<br>MIAMISBURG, OH 45342-4789 |
| MERRION, RICHARD F<br>2283 S COUNTY RD 300 E<br>DANVILLE, IN 48122-8598 | MICHAEL W CATES<br>34452 PARKGROVE DR<br>WESTLAND, MI 48185 |

| | |
|---|---|
| MOHR, SUSAN E<br>13997 RINGLER RD<br>RAPID CITY, MI 49676 | NEEDLE, PRISCILLA A<br>6540 LAKESHORE ST<br>WEST BLOOMFIELD, MI 48323-1429 |
| NEENAN, MARGARET J<br>402 MOUNTAINVIEW DR<br>NORTHVILLE, MI 48167-1248 | NEWTON MARCIA A<br>2215 RUTGERS DR<br>TROY, MI 48085-3832 |
| OCONNELL BRENDAN D<br>17192 MERRYWEATHER ST<br>CLINTON TWP, MI 48038-2839 | PARKER HERBERT<br>5919 ENCORE DR<br>DALLAS, TX 75240-4759 |
| PAUL YACKELL<br>14517 E DESERT PLUME COURT<br>VAIL, AZ 85641 | RANKIN DOUG<br>6775 CANTERBURY LN<br>CLARKSTON, MI 48348-2874 |
| RAYMOND J DEMPSTER<br>103 BRIDGEWATER CT<br>DOTHAN, AL 36303 | RICHARD BOTHWELL<br>11110 MOSS DRIVE<br>CARMEL, IN 46033 |
| RICHARD SCHELL<br>100 CAMELOT WAY<br>ROCHESTER, MI 48306-2614 | RICHARD WHITE<br>PO BOX 807<br>DILLON, CO 80435-0807 |
| RICK J OLSEN<br>5040 CARIBEE DRIVE<br>ST LOUIS, MO 63128 | RIEGLER, JOHN B<br>4926 SPANISH OAKS CIR<br>FERNANDINA BEACH, FL 32034-5679 |
| ROBERT KOPANIC<br>105 FOREST HILL<br>HUBBARD, OH 44425 | ROBERT METZGER, JR<br>8404 FIELDCREST CT<br>LOUISVILLE, KY 40299 |
| ROBERT ROGACKI<br>612 N EMROY AVE<br>ELMHURST, IL 60126-1941 | ROSE, DELORES E<br>74 ENDICOTT DR<br>HOWELL, MI 48843-8602 |
| SIEFKES, DON<br>42541 SADDLE LN<br>STERLING HEIGHTS, MI 48314-2928 | STEWART J FREE<br>5189 WASHAKIE TRAIL<br>BRIGHTON, MI 48116 |

STROVEN, MARLYN J
174 W BAY VIEW DR
SENECA, SC 29672-4727

SULLIVAN, JOHN M
5190 CONNORS LN
HIGHLAND, MI 48356-1514

SUSAN LOFTIS
319 ANACONDA ST
COMMERCE TWP, MI 48382

SWITALA, VALENTINE J
2910 GARFIELD AVE
BAY CITY, MI 48708-8430

SYLVIA L WIMAN
3604 OAK CREEK PL
WEST DES MOINES, IA 50265

THOMAS CHOPE
11050 E 200 SOUTH
ZIONSVILLE, IN 46077

TOMCHAK FRANK A
1127 SOUTH LAKE DRIVE
UNIT 217
NOVI, MI 48377-1817

UNDERWOOD, HILDA K
4495 ROSEBUD RD
LOGANVILLE, GA 30052-4610

VINCENT A PORRAZZO
3035 CROFT WAY
BLOOMFIELD HILLS, MI 48302-1180

VINCENT PEEK
9138 WOODRIDGE DR
DAVISON, MI 48423

WILLIAM GARY BRYANT
24027 VIOLET LANE
ST CLAIR SHORES, MI 48082