**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON   )
                                              ) ss
COUNTY OF KING          )

I, Danielle Zahaba, being duly sworn, depose and state:

1.   I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.   On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9646].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| ALDORFER, DAVID M<br>876 NORTHGATE RD<br>ROCHESTER, MI 48306-2514 | BARRETT JR, JACK R<br>1801 PARROT'S POINTE RD<br>GREENSBORO, GA 30642-4413 |
| BEVERLY J MEEKS<br>14905 SW DIVISION ST<br>SHERWOOD, OR 97140 | BLINK, RICHARD P<br>800 CROSSRIDGE LN<br>KERNERSVILLE, NC 27284-7506 |
| BOWER PERMELIA I<br>1301 WOLFORD DR<br>TRINITY, FL 34655-7170 | BURGET, ALBERT H<br>4680 SAWMILL RD<br>CLARENCE, NY 14031-2260 |
| CAROLYN STARR<br>134 E MILNOR AVE<br>LACKAWANNA, NY 14218-3532 | COBB, ROBERT E<br>47 FOREST VIEW DR<br>QUINCY, CA 95971-9464 |
| COTE, JAMES D<br>2345 E CALLE LUSTRE<br>TUCSON, AZ 85718-4928 | CULLENS JR WILBURN A<br>1759 N LAPEER RD<br>LAPEER, MI 48448-7801 |
| DAVID I CLARK<br>PO BOX 628<br>TONTO BASIN, AZ 85553 | DAVIS, BARBARA A<br>5237 CHAMPIONSHIP CUP LN<br>BROOKSVILLE, FL 34609-0364 |
| DAWSON, GEORGE C<br>745 SW ROBINHOOD DR<br>DRIVE<br>DALLAS, OR 97338-1839 | DAWSON, GEORGE C<br>STEPHEN T TWEET<br>PO BOX 968<br>SALEM, OR 97308 |
| DONALD M PFANNES<br>1032 EDDIE DR<br>AUBURN, MI 48611 | DOWNER ROBERT A<br>189 COMANCHE DR<br>OCEANPORT, NJ 07757-1763 |
| FIELD, WILLIAM R<br>5701 OAK GROVE RD<br>HOWELL, MI 48855-9204 | GARRY KINCAID<br>1183 WILLOW POND LN<br>LELAND, NC 28451-7450 |
| GARY OSBORN<br>3436 BLOSSOM LN<br>BLOOMFIELD, MI 48302-1305 | GREGORY M JANECH<br>3627 BAYBROOK DR<br>WATERFORD, MI 48329-3903 |

| | |
|---|---|
| GREVE, DON R<br>2544 W DEER PATH TRL<br>JANESVILLE, WI 53545-8986 | HARRY W MUNDY<br>65 DISCOVERY ROAD<br>MARTINSBURG, WV 25403-1844 |
| HARTMANN, WILLIAM G<br>APT 123<br>1100 SOUTHWEST SHORELINE DRIVE<br>PALM CITY, FL 34990-4543 | HATTENDORF MARK C<br>825 WESTWOOD DR<br>FENTON, MI 48430-1465 |
| HEINRICH, JAMES D<br>7335 MADISON AVE<br>STANWOOD, MI 49346-8347 | HENRY A LAVOIE<br>1125 HWY AIA APT 605<br>SATELLITE BEACH, FL 32937 |
| HENRY T MITCHELL JR<br>HENRY T MITCHELL JR<br>49490 MAYFLOWER CT<br>SHELBY TOWNSHIP, MI 48315 | HERBERT STUMP<br>2906 SHOWALTER RD<br>RICHMOND, IN 47374-9628 |
| JAMES P KURLINSKI<br>15237 WINTER PARK<br>MACOMB, MI 48044 | JAMES P WYATT<br>68358 LAKE ANGELA DR<br>RICHMOND, MI 48062-1692 |
| JAMES SCHMER<br>5921 W 86TH ST<br>OVERLAND PARK, KS 66207 | JANINE A DINKEL<br>5231 GLEN STEWART WAY<br>INDIANAPOLIS, IN 46254-9774 |
| JOHN L GRABIEL<br>318 PEMBROKE DR<br>SEVIERVILLE, TN 37876 | JOHN WELKER JR<br>PO BOX 414<br>STERLING HEIGHTS, MI 48311-0414 |
| JOSEPH PHILLIPS<br>801 SANBORN DR<br>ESTES PARK, CO 80517-7079 | JOY VERA<br>4920 SONORA TRCE<br>GEORGETOWN, TX 78633-5002 |
| KATHLEEN O CONNOR<br>39561 DUN ROVIN DR<br>NORTHVILLE, MI 48168-3476 | KEYWORTH DENNIS R<br>1387 NORFOLK AVE<br>GRAND BLANC, MI 48439-5173 |
| KLOPF ROBERT F<br>1996 HIGH RD<br>ROSCOMMON, MI 48653-7518 | KOENIG, DENISE E<br>2924 NANWICH DR<br>WATERFORD, MI 48329-3330 |

| | |
|---|---|
| KOZAK, DONALD J<br>2504 DEWES LN<br>NAPERVILLE, IL 60564-8474 | LANPHEAR, JOHN K<br>3617 CEDAR ST<br>GREENBUSH, MI 48738-9207 |
| LASS, DOUGLAS J<br>128 LINCOLN ST<br>PONTIAC, MI 48341-1344 | LORRAINE P ORACZEWSKI<br>120 SONG BIRD LANE<br>FARMINGTON, CT 06032 |
| LUANA ALBENZE<br>3270 LORI LANE<br>NEW PORT RICHEY, FL 34655 | MAKELIM, DONALD B<br>4675 LANCELOT CT<br>GLADWIN, MI 48624-8229 |
| MARGARET GRATHWOHL<br>106 E. MAPLE ST.<br>ALEXANDRIA, VA 22301 | MARK HATTENDORF<br>825 WESTWOOD DR<br>FENTON, MI 48430-1465 |
| MARTIN ARESTIE<br>1269 LAUREL WAY<br>MONTEREY, TN 38574 | MC CABE, PATRICK E<br>176 CEDAR RIDGE CIR<br>ST AUGUSTINE, FL 32080-6535 |
| MCGUIRE CHARLES F<br>3494 LONG DR<br>MINDEN, NV 89423-7712 | MENZIES, STEWART N<br>11539 FARMHILL DR<br>FENTON, MI 48430-2531 |
| MERRELL, BLAINE W<br>101 WAY WEST AIRPARK<br>BAINBRIDGE, IN 46105-9449 | MERRION, RICHARD F<br>2283 S COUNTY ROAD 300 E<br>DANVILLE, IN 46122-8598 |
| MICHAEL MAZIASZ<br>2401 CHESWICK DR<br>TROY, MI 48084 | O CONNOR, KATHLEEN L<br>39561 DUN ROVIN DR<br>NORTHVILLE, MI 48168-3476 |
| PARAFIN, CHESTER F<br>46467 WINSTON DR<br>SHELBY TOWNSHIP, MI 48315-5622 | PATRICIA RAST<br>5938 THORNTON RD<br>OSCODA, MI 48750-9276 |
| PAUL FRIIS<br>13201 PINEHURST LANE<br>GRAND BLANC, MI 48439 | PLETSCHER CLAYTON T<br>9048 N VASSAR RD<br>MOUNT MORRIS, MI 48458-9726 |

| | |
|---|---|
| REECE DEAN W<br>3867 E MACKAY CT<br>MERIDIAN, ID 83642-3123 | RICHARD C WEIERMILLER<br>9823 BURNING TREE<br>GRAND BLANC, MI 48439 |
| RICHARD M POWERS<br>P O BOX 29<br>COPPER HARBOR, MI 49918 | RICK J OLSEN<br>5040 CARIBEG DR<br>ST LOUIS, MO 63128 |
| RIEMAN, WILLIAM R<br>12499 ANDERSONVILLE RD<br>DAVISBURG, MI 48350-3038 | ROBERT A DOWNER<br>189 COMANCHE DR<br>OCEAN PORT, NJ 07757 |
| ROBERT BRINES<br>10375 CEDAR ISLAND ROAD<br>WHITE LAKE, MI 48386 | ROBERT RETSEMA<br>4347 JACK ALAN ST., SW<br>GRANDVILLE, MI 49418 |
| ROBERT SIMON<br>6079 NORTHRIDGE HILLS DR.<br>BRIGHTON, MI 48116 | ROBERT TREPPA<br>3397 ROCKY CREST<br>ROCHESTER HILLS, MI 48306 |
| ROBERT TREPPA<br>3397 ROCKY CREST<br>ROCHESTER HILLS, MI 48306 | RONALD C TANCIAR<br>220 RIDGE RUN CROSSING<br>ATHENS, GA 30605 |
| RONNIE BRIZENDINE<br>8440 N.W. ADRIAN<br>KANSAS CITY, MO 64154 | ROY SPRANGER<br>11421 MASONIC BLVD<br>WARREN, MI 48093-1128 |
| RUMSEY, PATSY C<br>11021 S 85TH E AVE, STE A<br>TULSA, OK 74133-5051 | SAFEGUARD HEALTH PLANS INC<br>95 ENTERPRISE STE 100<br>ALISO VIEJO, CA 92656-2605 |
| SALIJ, NICK<br>5581 NORTHCREST VILLAGE DR<br>CLARKSTON, MI 48346-2798 | SARAFINSKI, MICHAEL<br>53130 VILLA ROSA DR<br>MACOMB, MI 48042-5747 |
| SCOTT, PHILIP L<br>3471 LAKESHORE DR<br>GLADWIN, MI 48624-8361 | SMITH JR, GEORGE W<br>7821 TETON RD<br>ORLAND PARK, IL 60462-1882 |

| | |
|---|---|
| SMITH, WILLIAM N<br>482 S CONKLIN RD<br>LAKE ORION, MI 48362-3502 | SPEED MARIANNE<br>705 MEADOWLANE DR<br>RIPLEY, OH 45167-1346 |
| STEPHEN P KLEIN JR<br>1203 RIVER GLEN DR NE<br>WARREN, OH 44484-6062 | STEPHEN WHETSTONE<br>13501 NORMAN CIRCLE<br>HUDSON, FL 34669 |
| SYLVESTER, BONNIE J<br>8012 GRAND ESTUARY TRL UNIT 101<br>BRADENTON, FL 34212-4258 | TERRENCE POPYK<br>22136 WINGATE CT<br>FARMINGTON HILLS, MI 48335-4238 |
| TERRY MCCLAIN<br>11317 WAY CROSS RD.<br>OKLAHOMA CITY, OK 73162 | THERESA WEAVER<br>779 WESTFIELD CT.<br>DUNEDIN, FL 34698 |
| THOMAS ZEBEHAZY<br>3364 W YORK CT<br>ROCHESTER HILLS, MI 48306-1470 | TOMCHAK FRANK A<br>1127 SOUTH LAKE DRIVE<br>UNIT 217<br>NOVI, MI 48377-1817 |
| WALKER, GREGORY T<br>1193 JOANN LN<br>WILLIAMSTON, MI 48895-9453 | WILLIAM BARBER<br>84 PARADISE VALLEY RD<br>GRAVOIS MILLS, MO 65037-6600 |
| WILLIAM C THIEDE<br>7126 EAST PASS<br>MADISON, WI 53719 | WILLIAM HAUSMAN<br>41509 CLAIRPOINTE<br>HARRISON TOWNSHIP, MI 48045 |
| WILLIAM OSTHEIMER<br>36146 ALLISON DR<br>STERLING HTS, MI 48310-4601 | WYATT, JAMES P<br>68358 LAKE ANGELA DR<br>RICHMOND, MI 48062-1692 |