UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 173rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9647].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

ALFRED SCHMIDT
41429 CLAIRPOINT
HARRISON TWP., MI 48045

AMY BARBARA S
701 MARTHA AVE
JEFFERSONVILLE, IN 47130-4838

ANNA KRETZ
8309 HIGH MEADOWS TR
CLARKSTON, MI 48348

AULD, WILLIAM C
8101 CALAIS CT
RALEIGH, NC 27613-4346

BAHAN, LARRY M
6178 STONEWOOD DR
CLARKSTON, MI 48346-5008

BARBARA ROSSI
5434 WEST WILLOW HIGHWAY
LANSING, MI 48917

BERTOLIN, ANGELINE L
2276 BARBERRY DR
SHELBY TOWNSHIP, MI 48316-0905

BOBBY PETTY
158 EXETER DR
CROSSVILLE, TN 38558-8683

BROWER, DAVID G
401 ALBEMARLE BLVD
HERTFORD, NC 27944-9242

BRUMWELL MALCOLM J
7408 SUMMIT RDG
BRIGHTON, MI 48116-8279

CHARLES M JOHNSTON
6101 PLANTATION DR
GRAND BLANC, MI 48439-9525

CHARLES PETROFF
6938 HUNTINGTON DR
OSCODA, MI 48750-9770

CHERYL STEARN
536 FRANK SHAW RD
TALLAHASSEE, FL 32312-1047

CHEYRL LEE LEROY
1972 VIOLA VIEW COURT
LINCOLN, CA 95648

CLARK, PAUL A
1695 3 LAKES DR
TROY, MI 48085-1434

CORCORAN, WILLIAM J
6013 OSAGE AVE
DOWNERS GROVE, IL 60516-2054

DANIEL DONAR
10889 RIDGE VIEW TRAIL
FENTON, MI 48430

DANIEL MALLOY
60 BROOKSIDE LANE
PALM COAST, FL 32137

DARLENE THERY
4062 HEATHERMOOR DRIVE
SAGINAW, MI 48603

DARYL BREZEE
2839 ISLAND POINT DR.
METAMORA, MI 48455

DAVID DARLING
9049 ANDREW DR.
BRIGHTON, MI 48114

DEBUHR, ALFRED P
8211 DUNHAM RD
DOWNERS GROVE, IL 60516-4709

DICKSON, JOHN C
39684 DUN ROVIN DR
NORTHVILLE, MI 48168-4301

DINATALE, ALBERT D
12260 DOLLAR LAKE DR
FENTON, MI 48430-9731

DONALD BUCKNER
1143 ANGELICA ST
BOWLING GREEN, KY 42104

DONALD BULLOCK
DONALD BULLOCK
2525 WOODS EDGE DRIVE
MADISON, IN 47250

DONALD GRAVES
N-3841 16 MILE LAKE ROAD
MUNISING, MI 49862

DONALD KOZAK
2504 DEWES LN
NAPERVILLE, IL 60564-8474

DONALD SHEA
47603 SCENIC CIRCLE DR S
CANTON, MI 48188-1971

DONN GLANDER
20728 WICKS LN
GROSSE POINTE WOODS, MI 48236-1426

EDWARD MERTZ
30600 N PIMA RD
# 115
SCOTTSDALE, AZ 85266-1856

EDWARD R ANIKEWICH
9792 HAWTHORN GLEN DR
GROSSE ILE, MI 48138

EDWARD R ANIKEWICH
9792 HAWTHORN GLENN DR
GROSSE ILE, MI 48138

EIBLE JR, VINCENT J
1375 BLUE WATER DR
FENTON, MI 48430-1101

ELBERT H HEARD
985 LAPOINT RD
LINN CREEK, MO 65052

ESTATE OF JOHN R BARTLO OR B LYNN BARTLO
SURVIVING SPOUSE OF JOHN R BARTLO
1456 TORI PINES CT
CANFIELD, OH 44406

FOLDS CLYDE L
159 ROSE LN
SOCIAL CIRCLE, GA 30025-2878

GAYNELL WENTLAND
1796 DEERFIELD WAY
LAFOLLETTE, TN 37766

GEORGE W CONRAD AND
GEORGE W CONRAD AND MARJORIE A CONRAD TEN IN COM
3419 CROW VALLEY DR
MISSOURI CITY, TX 77459-3208

GLORIA MISKULIN
40645 ST LOUIS DR
CLINTON TOWNSHIP, MI 48038

| | |
|---|---|
| GRAHAM, ROBERT R<br>1546 BLAIRMOOR CT<br>GROSSE POINTE WOODS, MI 48236-1006 | GREGORY WALKER<br>1193 JOANN LN<br>WILLIAMSTON, MI 48895-9453 |
| GUNTHER, ALFRED A<br>47767 KELSTON DR<br>MACOMB, MI 48044-3067 | HAROLD SHARP<br>663 PLACITA DEL EXITO<br>GREEN VALLEY, AZ 85614 |
| HEKSEM, JOCELYN D<br>215 PARIS AVE<br>LANSING, MI 48910-3063 | HENTGEN, MICHAEL M<br>134 HUNTINGTON DR<br>ROSCOMMON, MI 48653-9589 |
| HODKOWSKI JR, EDMUND R<br>12508 S MAYFIELD AVE<br>ALSIP, IL 60803-3545 | IZZO DAVID A<br>142 RIDGE DR<br>EXETER, RI 02822-2433 |
| JAMES OLSON<br>5503 ORTMAN DR.<br>STERLING HEIGHTS, MI 48314 | JAMES SCHMER<br>5921 W 86TH ST<br>OVERLAND PARK, KS 66207 |
| JAY BUSWELL<br>1052 MORNINGSIDE DRIVE<br>JANESVILLE, WI 53546 | JIMMY HALL<br>7000 20TH ST<br>LOT 929<br>VERO BEACH, FL 32966 |
| JOHN A LINDELL<br>145 WESTGATE CIR<br>SANTA ROSA, CA 95401-9025 | JOHN MCDANIEL<br>2068 SINGERLY RD<br>ELKTON, MD 21921 |
| JOHN SCHERER<br>6849 CEDAR COVE DR<br>FRISCO, TX 75035 | KANAGAWA, STEPHEN C<br>1128 CLOPTON BRIDGE DR<br>ROCHESTER HILLS, MI 48306-3914 |
| KITTENDORF, ROLAND W<br>1135 IVYGLEN CIR<br>BLOOMFIELD HILLS, MI 48304-1236 | KLEIN JR, STEPHEN P<br>1203 RIVER GLEN DR NE<br>WARREN, OH 44484-6062 |
| KOENIG, RAYMOND H<br>705 11TH ST APT 407<br>WILMETTE, IL 60091-2692 | LARRY L NETZLEY<br>52 LILY COURT<br>TIPP CITY, OH 45371 |

| | |
|---|---|
| LEO HANSEN<br>41 TAO CT<br>FORT MYERS, FL 33912 | MARIE HOWARD<br>13205 HAROLD AVE<br>CLEVELAND, OH 44135-4805 |
| MC GUIRE CHARLES F<br>3494 LONG DR<br>MINDEN, NV 89423-7712 | MEYER RICHARD A<br>10206 TOLEDO CIR<br>BLOOMINGTON, MN 55437-2510 |
| MEYER, MARY E<br>320 S JUNIPER ST<br>APT 3<br>EDMORE, MI 48829-9382 | MICHAEL IDZIKOWSKI<br>6498 HIGHLAND RIDGE DR<br>EAST LANSING, MI 48823-9313 |
| MICHAEL IDZIKOWSKI<br>6498 HIGHLAND RIDGE DR<br>EAST LANSING, MI 48823-3452 | MICHAEL JAROUS<br>10747 NIXON RD<br>GRAND LEDGE, MI 48837-8404 |
| MICHAEL SCHRADER<br>4904 SYCAMORE RUN DRIVE<br>LAGRANGE, KY 40031 | MICHAEL WALTERS<br>4280 OVERBROOK DR<br>GRAND LEDGE, MI 48837-2416 |
| MICHIE, KENNETH G<br>56796 SAINT JAMES DR<br>SHELBY TOWNSHIP, MI 48316-4846 | MURRAY JR ROY W<br>2840 WEXFORD DR<br>SAGINAW, MI 48603-3238 |
| PASEK, JAMES E<br>821 STANFORD CIR<br>ROCHESTER HLS, MI 48309-2331 | PATRICIA J CLELAND<br>5897 E LAKE DR<br>HASLETT, MI 48840-8936 |
| RALPH E RESEIGH<br>285 STONY LAKE DR<br>OXFORD, MI 48371 | RANK CHARLES R<br>8 PARKVIEW CT<br>FRANKEMUTH, MI 48734-1222 |
| RANK CHARLES R<br>8 PARKVIEW CT<br>FRANKENMUTH, MI 48734-1222 | RICHARD FERGUS<br>1321 SUNNINGDALE LN<br>ORMOND BEACH, FL 32174 |
| RICHARD I PETERSEN<br>8724 S SOUTHFORK LN<br>SPOKANE, WA 99223 | RICHARD L HARTL<br>3835 RIVERVIEW DR<br>BRIDGEPORT, MI 48722 |

| | |
|---|---|
| RICHARD L HARTL<br>3835 RIVERVIEW DRIVE<br>BRIDGEPORT, MI 48722-9703 | RIEMAN WILLIAM R<br>12499 ANDERSONVILLE RD<br>DAVISBURG, MI 48350-3038 |
| ROBERT H PONDER<br>4512 ST LEO LANE<br>ST ANN, MO 63074 | ROGER J BASHAW<br>490 CANAL DR<br>ORTONVILLE, MI 48462-8527 |
| ROLAND ANDERSON<br>525 CORNING AVE<br>FRANKFORT, MI 49635-9312 | RONALD OWEN<br>PO BOX 585<br>HALE, MI 48739-0585 |
| ROOT, GERALD T<br>6533 MCDONALD RD #5<br>BENZONIA, MI 49616-9416 | ROSS, LYNN J<br>15525 HEATHER RIDGE TRL<br>CLINTON TWP, MI 48038-1666 |
| ROSS, RICHARD D<br>3016 TULIP CIR<br>NORMAN, OK 73026-5745 | SHORTS WILLIAM G<br>2921 BAYBERRY DR<br>WATERFORD, MI 48329-2411 |
| TRIPLETT, JAMES W<br>601 CHERRYWOOD DR<br>FLUSHING, MI 48433-1338 | WILLIAM HOELZLE<br>6595 LANSDOWN DR<br>DIMONDALE, MI 48821 |
| WIRKNER, GILBERT J<br>8454 WIGGINS RD<br>HOWELL, MI 48855-9837 | YOUNG, DALE D<br>6363 PADDOCK LN<br>SAGINAW, MI 48603-2736 |
| ZISKA, GAY L<br>6291 LIVELY WAY<br>CUMMING, GA 30040-6276 | |