**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                                ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9648].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

ADELHEID HARHAUS
66555 MT. VERNON ROAD
WASHINGTON, MI 48095

ALEJANDRO PEREZ
1036 WATERSMEET DR
OXFORD, MI 48371

AMBROW, RICHARD C
15026 ARDEN AVE
WARREN, MI 48088-1516

AULT, JAMES F
2530 WINTERWOOD LN
ANDERSON, IN 46011-5014

BARBARA PEACOCK
5276 CRESTWAY DR
BAY CITY, MI 48706-3328

BARBER, WILLIAM R
84 PARADISE VALLEY RD
GRAVOIS MILLS, MO 65037-6600

BERNARD HOWARD
33767 HUNTERS POINTE RD
FARMINGTON HILLS, MI 48331

BODARY, DANA G
841 BOUTELL DR
GRAND BLANC, MI 48439-1942

BOYER, DANIEL L
1826 N HOLLISTER RD
OVID, MI 48866-9618

BRANNAN ROBERT T
PO BOX 527
MARIETTA, OK 73448-0527

BRETZ, CHARLES
11258 E BALTIC DR
AURORA, CO 80014-4701

BRUMWELL, MALCOLM J
7408 SUMMIT RDG
BRIGHTON, MI 48116-8279

BUDNICK, JAMES E
C/O JAMES E AND ADELE S BUDNICK
48072 FERAL DR
MACOMB, MI 48044-2921

CECILE A GRANT
89-83 VANDERVEER ST
QUEENS VILLAGE, NY 11427

CHARLES G KAMACHOS
1050 W HURON ST
WATERFORD, MI 48328-3730

CHERYL POORMAN
4421 E US HIGHWAY 36
MARKLEVILLE, IN 46056-9744

CLELAND, PATRICIA J
5897 E LAKE DR
HASLETT, MI 48840-8936

COLORITO, GORDON R
9157 POINT CHARITY DR
SAND POINT, MI 48755-9624

CONCETTA DEROSA
15 D COLUMBUS BLVD
WHITING, NJ 08759

DENNIS BELTRAMO
5754 KLETTNER
ST CLAIRE, MI 48079

| | |
|---|---|
| DENNIS LASANEN<br>247 BLANCHARD DR<br>DEFIANCE, OH 43512-3463 | EDWIN POWELL<br>4400 PEBBLE POND DR<br>CHARLOTTE, NC 28226 |
| EVAGELINE FORTON<br>5171 GALAXY<br>SHELBT TWP, MI 48316 | FOWLER, JAMES L<br>101 PEACEFUL MEADOW CT<br>LAKE ST LOUIS, MO 63367-2603 |
| GARY GOODENOUGH<br>1101 VAN VLEET RD<br>FLUSHING, MI 48433 | GARY GOODENOUGH<br>ATTN BRIAN GOODENOUGH<br>FOSTER SWIFT COLLINS & SMITH PC<br>313 S WASHINGTON SQUARE<br>LANSING, MI 48933 |
| GEORGE CHAMBERS<br>1308 KEYSTOVER TRL<br>CENTERVILLE, OH 45459 | GEORGE W BAUMANN JR<br>2290 HEMMETER ROAD<br>SAGINAW, MI 48603 |
| GEORGE WAYNE JR<br>908 CATHERINE GLEN DR<br>MINOOKA, IL 60447-4527 | GLORIA M CARPENTER<br>C/O KAREN C BATSFORD<br>7 VIEW CREST DRIVE<br>ROCHESTER, NY 14609 |
| GLORIA MISKULIN<br>40645 ST LOUIS DR<br>CLINTON TOWNSHIP, MI 48038 | GOTFRYD, DONALD L<br>SHIRLEY E GOTFRYD<br>2921 BOY SCOUT RD<br>BAY CITY, MI 48706-1258 |
| GREGORY KRETZ<br>8309 HIGH MEADOWS TR.<br>CLARKSTON, MI 48348 | HORACE J MARIANO<br>900 MEADOW DR<br>LEWISVILLE, TX 75077 |
| HUPPERTZ, THOMAS E<br>843 MAPLE RD<br>ORTONVILLE, MI 48462-8810 | JAMES A JENNINGS<br>4129 EASTRIDGE DR<br>JANESVILLE, WI 53546 |
| JAMES BOWMAN<br>411 NATALIE LN<br>LEBANON, OH 45036-8996 | JAMES COTE<br>2345 E CALLE LUSTRE<br>TUCSON, AZ 85718-4928 |
| JAMES E BRENDTKE<br>6017 CHAPARRAL AVE<br>SARASOTA, FL 34243-5342 | JEFFREY FORD<br>6686 PEBBLE BEACH DR.<br>GAYLORD, MI 49735 |

| | |
|---|---|
| JIMMY HALL & JANET V. HALL<br>7000 20TH STREET<br>LOT 929<br>VERO BEACH, FL 32966 | JOANNE M YEASTER<br>13234 MORRISH RD<br>MONTROSA, MI 48457 |
| JOHN CALLANDER<br>1225 LITTLE YANKEE RUN<br>DAYTON, OH 45458 | JOHN ENGLAND<br>3575 STATE ROUTE 305<br>SOUTHINGTON, OH 44470 |
| JOHN LINES<br>9590 RIDGE TOP TRL<br>CLARKSTON, MI 48348-2352 | KENNETH NORMAN<br>928 PRATT RIDGE CT<br>ANN ARBOR, MI 48103-1402 |
| LARRY SCHOEPF<br>1315 SIERRA DR<br>OREGON, OH 43616 | LEE A SCHUTZMAN<br>396 SOPHIA TERRACE<br>ST AUGUSTINE, FL 32095 |
| LEONARD M CASILLO<br>2472 THISTLE POINTE<br>BLOOMFIELD, MI 48304-1402 | LUANA ALBENZE<br>3270 LORI LANE<br>NEW PORT RICHEY, FL 34655 |
| MARTIN SWINDLE<br>1824 ORIOLE ROAD #301<br>GATLINBURG, TN 37738 | MEEKER, RONALD J<br>1205 S MEAHME TRL<br>CRAWFORDSVLLE, IN 47933-6922 |
| MICHAEL MCSHAN<br>473 BROWNING LOOP<br>MANDEVILLE, LA 70448 | MIKESELL, DONALD E<br>4132 MEADOWCROFT RD<br>KETTERING, OH 45429-5028 |
| MUELLER, GEORGE C<br>1220 CONNAMARA CT<br>WESTMONT, IL 60559-2771 | NORMAN CLAERR<br>12956 HUMMINGBIRD RIDGE<br>DAVISBURG, MI 48350 |
| O'MELIA, CAROL K<br>1985 BRITTAINY OAKS TRL NE<br>WARREN, OH 44484-3959 | OPIE, JOHN D<br>2056 NORWOOD DR<br>GROSSE POINTE, MI 48236-1746 |
| PARKER ALICE R<br>4190 BERKFORD CIR NE<br>ATLANTA, GA 30319-1702 | PETER VAN COTT<br>12389 AVENIDA CONSENTIDO<br>SAN DIEGO, CA 92128-3284 |

| | |
|---|---|
| PHILIP ALBENZE<br>3270 LORI LANE<br>NEW PORT RICHEY, FL 34655 | PHILIP CHU<br>11318 N SILVER PHEASANT LOOP<br>TUCSON, AZ 85737-1500 |
| PRATT, THOMAS N<br>427 N TAYLOR AVE<br>OAK PARK, IL 60302-2419 | RAGAN, JOHN P<br>1835 FARMBROOK DR<br>TROY, MI 48098-2548 |
| RANDOLPH PLEASANT<br>7639 DELAINE COURT<br>INDIANAPOLIS, IN 46254 | RICHARD H DAVIDSON<br>1093 LONGWOOD TRACE<br>ATLANTA, GA 30324 |
| RICHARD I PETERSEN<br>8724 SOUTH SOUTHFORK LANE<br>SPOKANE, WA 99223 | RICHARD MORROW<br>8470 W GULF BLVD APT 413<br>TREASURE ISLAND, FL 33706 |
| ROBERT BRINES<br>10375 CEDAR ISLAND ROAD<br>WHITE LAKE, MI 48386 | ROBERT L PAGE<br>6211 SUN BLVD BLDG E-112<br>ST PETERSBURG, FL 33715 |
| ROBERT L SOVIS<br>12288 OVERLOOK DRIVE<br>FENTON, MI 48430-2549 | ROBERT W RIETH<br>110 SUMAC CT<br>ST CHARLES, IL 60174 |
| ROBERT WEBBER<br>10791 S SANTA MARGARITA DR<br>GOODYEAR, AZ 85338 | ROGER WHEELER<br>315 FOGGY CUT LN<br>LANDRUM, SC 29356-3145 |
| RONALD C TANCIAR<br>220 RIDGE RUN CROSSING<br>ATHENS, GA 30605 | ROWE, WILLIAM F<br>FLORENCE L ROWE<br>609 KAURI ST<br>WILMINGTON, NC 28411-9280 |
| SAMIR SHALABY<br>2576 BRIGGS RD<br>CENTERVILLE, OH 45459-6644 | SCHELL, RICHARD A<br>100 CAMELOT WAY<br>ROCHESTER, MI 48306-2614 |
| SCHOENDORFF, ARTHUR J<br>4218 W HARRINGTON LN<br>CHICAGO, IL 60646-6037 | STEWART J FREE<br>5189 WASHAKIE TRAIL<br>BRIGHTON, MI 48116 |

| | |
|---|---|
| TERRENCE POPYK<br>22136 WINGATE CT.<br>FARMINGTON HILLS, MI 48335 | THOMAS G SMITH<br>2619 DUNBAR DR<br>LANSING, MI 48906-3425 |
| TOBABEN, DAVID D<br>2346 KRONNER RD<br>COLUMBUS, MI 48063-3404 | TOMBRAGEL, GUENTHER<br>4441 TAMARISK DR<br>OKLAHOMA CITY, OK 73120-8112 |
| TURPIN, EUGENE T<br>416 PINE COURT DR<br>SILER CITY, NC 27344-7810 | WALLEN, HARRY L<br>14 ANTHONY CT<br>WILMINGTON, DE 19808-3007 |
| WEBBER, ROBERT C<br>10791 S SANTA MARGARITA DR<br>GOODYEAR, AZ 85338 | WELLS, PATRICIA J<br>2535 STEVENS HWY<br>CHARLOTTE, MI 48813-9130 |
| WILLIAM GARY BRYANT<br>24027 VIOLET LANE<br>ST CLAIR SHORES, MI 48082 | WILLIAM J MESLER<br>3652 RECREATION LN<br>NAPLES, FL 34116 |
| WILLIAM O'MELIA<br>1985 BRITTAINY OAKS TRL NE<br>WARREN, OH 44484-3959 | WILLIAM SMITH<br>482 S CONKLIN RD<br>LAKE ORION, MI 48362-3502 |
| WINIECKIE, VINCENT G<br>19779 N LEONARD CT<br>EDWARDSBURG, MI 49112-9762 | WOLFF, GEORGE T<br>28715 OAK POINT DR<br>FARMINGTON HILLS, MI 48331-2770 |
| WOOD, DIANA L<br>14287 E QUINN CIR<br>AURORA, CO 80015-1250 | |