**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF WASHINGTON  )
                                          ) ss
COUNTY OF KING            )

I, Danielle Zahaba, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.     On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9649].

Signed in Seattle, Washington this 9th day of March, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 9th day of March, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

ALAN DEMASEK
40318 PRITTS CT
CLINTON TOWNSHIP, MI 48038-4129

ALBERT E BILLIS
9670 FAIRWOOD COURT
PORT ST LUCIE, FL 34986

ANNIE SAVAGE
6931 RABURN RD
PENSACOLA, FL 32526-8085

ARTHUR J KARAM
2825 WIENEKE RD
APT 34
SAGINAW, MI 48603-2604

BARBARA J MAHONE
100 FOX HOLLOW DR UNIT 405
MAYFIELD HTS, OH 44124

BARBARA ROSSI
5434 W WILLOW HWY
LANSING, MI 48917-1428

BATTE BONNIE W
1314 QUINCY DR
BOSSIER CITY, LA 71111

BEYER, ROBERT F
5558 PALM BEACH BLVD LOT 410
FORT MYERS, FL 33905-3133

BILLINGS, MARY K
13269 LAKE POINT BLVD
BELLEVILLE, MI 48111

BRENTRUP, ROBERT C
4423 W MAPLE ROAD #3
BLOOMFIELD HILLS, MI 48301-2969

BRUCE WHARRAM
8901 N PARK LAKE CIRCLE
SYLVANIA, OH 43560

BURKE, KENNETH J
10438 RUNYAN LAKE RD
FENTON, MI 48430-2446

BURKE, KENNETH J
994 PLYMOUTH ROCK DR
NAPLES, FL 34110

CAMPBELL MARY
915 MILLER RD
ALLENTON, MI 48002-3917

CHAMBERS, GEORGE G
1308 KEYSTOVER TRL
CENTERVILLE, OH 45459-2414

DALE & BARBARA BRISTOL
1902 E CANYON WREN WAY
GREEN VALLEY, AZ 85614

DANIEL D ALBEE
29555 CASTLE CREEK LN
ESCONDIDO, CA 92026

DANIELS, JOHN H
3066 LAKEVIEW RD
SHREVEPORT, LA 71107-5614

DAVID RICKETT
1914 RIDGEWOOD DRIVE
COLUMBIA, MS 39429-2644

DEMASEK, ALAN G
40318 PRITTS CT
CLINTON TOWNSHIP, MI 48038-4129

DILLON JOSEPH L
129 WILDERNESS CAY
NAPLES, FL 34114-9618

DINATALE ALBERT D
12260 DOLLAR LAKE DR
FENTON, MI 48430-9731

DONAL J STEWARD
37 BEAR CREEK DR
WENTZVILLE, MO 63385

DONALD KALFAYAN
PO BOX 78
14330 N BEAR RD
PARADISE, MI 49768-0078

EDWARD DEWES
4472 E COUNTRY ROAD 650 N
BAINBRIDGE, IN 46105

EDWARD R ANIKEWICH
9792 HAWTHORN GLEN DR
GROSSE ILE, MI 48138

EDWARD R ANIKEWICH
9792 HAWTHORN GLENN DR
GROSSE ILE, MI 48138

EMORY JANICE M
7821 HAYMARKET LN
RALEIGH, NC 27615-5447

FEDELEM, DOROTHY M
5404 CHANTILLY
SARASOTA, FL 34235-4625

FOX KIM
9899 TROTTER LN
CLARKSTON, MI 48348-1549

FRANK J. CARPENTER
20025 NELSON RD
MERRILL, MI 48637

GARY GOODENOUGH
1101 VAN VLEET RD
FLUSHING, MI 48433

GARY GOODENOUGH
ATTN BRIAN GOODENOUGH
FOSTER SWIFT COLLINS & SMITH PC
313 S WASHINGTON SQ
LANSING, MI 48933

GARY PHELEY
3662 HONORS WAY
HOWELL, MI 48843-7498

GERAN JOHN J
5389 FOREST RIDGE DR
CLARKSTON, MI 48346-3481

HALL JR, BEUFORD C
9123 CRAWFORDSVILLE RD
CLERMONT, IN 46234-1519

HARDWICK, JOHN E
616 E MAIN ST
CRAWFORDSVILLE, IN 47933-1917

HENDRICKSON, RICHARD L
13728 SEA HAWK ST
JACKSONVILLE, FL 32224-2256

J.C. HICKS
151 FAIRWAY DRIVE
BLOUNTVILLE, TN 37617

JEROLD P JOHNSON
11030 PRESBYTERIAN DR #1001
INDIANAPOLIS, IN 46236-2963

JOEL PIATT
1044 BELMONT PARK DRIVE
UNION, KY 41091

JOHN CASPER
751 TROMBLEY DRIVE
TROY, MI 48083

JOHN F PLAGGEMIER
22279 BARCLAY DR
NOVI, MI 48374-3875

JOHN VESTY
250 MARMOOR CT
ROCHESTER HILLS, MI 48309-1782

KANGAS MARY C
161 NW PETREY LOOP
WHITE SPRINGS, FL 32096

KENIK, EDWARD F
2136 GLENRIDGE RD
EUCLID, OH 44117-2428

KING, WILLIAM E
7235 NIEMAN RD
SHAWNEE, KS 66203-4483

KOCOLOWSKI, ROBERT M
17557 RYAN LN
ORLAND PARK, IL 60467-9348

KOENIG DENISE E
2924 NANWICH DR
WATERFORD, MI 48329-3330

KRIEGER THOMAS R
21210 JAY CT
ST CLR SHORES, MI 48081-1521

L DAVID LEWIS
19230 WARWICK DR
BROOKFIELD, WI 53045

LARRY L NETZLEY
52 LILY COURT
TIPP CITY, OH 45371

LEON A MELLEN AKA LEON A MELLEN
LEON A MELLEN
4805 WALDON RD
CLARKSTON, MI 48348-5017

LINES, JOHN E
9590 RIDGE TOP TRL
CLARKSTON, MI 48348-2352

LUNDGAARD, FRED H
69525 RIVERBEND LN
ARMADA, MI 48005-4012

MARK CASMER
41905 HUNTINGTON CT
CLINTON TWP, MI 48038-2175

MARY BILLINGS
13269 LAKE POINT BLVD
BELLEVILLE, MI 48111

MC CULLEN, LAWRENCE R
3329 S WOODLAND DR
HIGHLAND, MI 48356-2370

MEEKER RONALD J
1205 S MEAHME TRL
CRAWFORDSVILLE, IN 47933-6922

MILLER JR, DALE F
4333 LIVE OAK BLVD
FORT WAYNE, IN 46804-4036

MORRIS LIMING
3341 WILDWOOD ROAD
HOLLY, MI 48442

NOWAK, JAMES F
2359 BULLOCK RD
BAY CITY, MI 48708-9666

O MALLEY, PATRICK W
2814 MILLBROOK RD
LITTLE ROCK, AR 72227-3038

PAUL FRIIS
13201 PINEHURST LANE
GRAND BLANC, MI 48439

PHILLIP L BLUE
5185 WHEELOCK RD
TROY, OH 45373

POLK WILLIAM G
6730 SW 112TH ST
OCALA, FL 34476-3941

RALEY, RONALD J
437 PINE VALLEY CT
OXFORD, MI 48371-6077

RANDY SANDULA
808 AUTUMN LN
MASON, OH 45040-2817

RICHARD MORROW
8470 W GULF BLVD APT 413
TREASURE ISLAND, FL 33706

RICHARD SHIPMAN
2290 CHELMSFORD CT
DULUTH, GA 30096-5664

RICHARD SWAYZE
2017 S CUMMINGS RD
DAVISON, MI 48423

ROBERT C WEINBAUM
823 GEORGIA ST
KEY WEST, FL 33040

ROBERT FRUTIGER
719 DENHAM LN
ROCHESTER HILLS, MI 48307-3331

ROBERT L CUTLIP
238 RICHARD ST
MARTINSBURG, WV 25404

ROSE MORRIS E
307 PARKRIDGE DR
CLAYTON, NC 27527-6630

SAMUEL A. LEONARD
4200 COASTAL PKWY
WHITE LAKE, MI 48386

SASSU, RICHARD J
208 LONG WHARF DR
MYSTIC, CT 06355-3137

SCHIRLE, HAROLD F
9650 KILLDEER CT
STANWOOD, MI 49346-9001

SHALABY, SAMIR B
2576 BRIGGS RD
CENTERVILLE, OH 45459-6644

SINGER, JOSEPH C
2166 SANDLEWOOD DR
SHELBY TWP, MI 48316-1053

SMITH, THOMAS G
2619 DUNBAR DR
LANSING, MI 48906-3425

SNYDER, BARRY L
6517 ENCLAVE DR
CLARKSTON, MI 48348-4858

STEFANKO, KENNETH R
14477 RAMBLEWOOD ST
LIVONIA, MI 48154-5336

STEPHEN WHETSTONE
13501 NORMAN CIR
HUDSON, FL 34669

STRAYER, JOHN E
1212 REDCLIFFE ST
WOODRIDGE, IL 60517-7734

SUSAN VAN COTT
12389 AVENIDA CONSENTIDO
SAN DIEGO, CA 92128-3284

THEODORE LOETZ JR
8917 89TH STREET CT S
COTTAGE GROVE, MN 55016-3403

THOMAS BRADLEY
962 ABBEY
BIRMINGHAM, MI 48009

THOMAS GILMORE
1836 SE EL PINAR LN
STUART, FL 34996

TIMOTHY KUECHENMEISTER
17550 SE 81ST PARNASSUS CT
THE VILLAGES, FL 32162-4872

TURK, GEORGE S
1822 CHARM CT
ROCHESTER HLS, MI 48306-3014

UNDERWOOD, HILDA K
4495 ROSEBUD RD
LOGANVILLE, GA 30052-4610

VICTORIA HUDSON
890 HIDDEN PINE RD
BLOOMFIELD HILLS, MI 48304-2409

VINAL V TABOR III
5915 TANNON CT
ALTO, MI 49302-9374

WANDA HARTNUSS
7 CASTLE ROCK CV
LITTLE ROCK, AR 72212-2781

WATT, MARILYN D
1614 TURTLEWOOD DR
WAXHAW, NC 28173-8180

WAYNE KUNTZ
7355 CARMELLA CIRCLE
RANCHO MURIETA, CA 95683

WILLOUGHBY, WILLIAM W
9332 OAKMONT DR
GRAND BLANC, MI 48439-9513

WISNOWSKI, FREDERICK F
19434 CHALK DR
MACOMB, MI 48044-1768