UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                              :  Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :  Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al*.,     :
                                                   :
                     Debtors.                      :  (Jointly Administered)
                                                   :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9607].

Dated:  March 9, 2011                         /s/ Kathy-Ann Awkward __
        Lake Success, New York                Kathy-Ann Awkward

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

CLAUDETTE ELLISON
459 FOX HILLS DR N
BLOOMFIELD HILLS, MI 48304-1309

DALE SPIRNAK
207 MAPLEDALE DR
MUNHALL, PA 15120-2927

DALE SPIRNAK
C/O COREY J SACCA, ESQ
BONONI & BONINI, PC
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601

DAVID RADKE
1067 GULICK RD
HASLETT, MI 48840