**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :     Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,          :
                                                   :
        Debtors.                                 :     (Jointly Administered)
                                                   :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss
COUNTY OF NASSAU          )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on FBO Patricia Jarusinski, 102 Greenock Court, 2169 Seven Lakes South, West End, North Carolina 27376 (affected party):

- Order Granting Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9608].

Dated: March 9, 2011                         /s/ Kathy-Ann Awkward __
       Lake Success, New York                Kathy-Ann Awkward

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015