**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 152nd Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9612].

| | |
|---|---|
| Dated:  March 9, 2011 | /s/ Kathy-Ann Awkward __ |
| Lake Success, New York | Kathy-Ann Awkward |

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

NELLY BAUER-ROLLANDIN & FRANK OUW  
ROMERSTR 3A  
76870 KANDEL, GERMANY

PATRICIA JARUSINSKI  
102 GREENOCK COURT  
2169 SEVEN LAKES SOUTH  
WEST END, NC 27376