UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.　　I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.　　On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9615].

Dated: March 9, 2011　　　　　　　　　　　/s/ Kathy-Ann Awkward __
　　　　Lake Success, New York　　　　　　Kathy-Ann Awkward

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

PLOUFFE, DANIEL C  
70 FONTANA LN  
GROSSE POINTE SHORES, MI 48236-1505

RONALD C TANCIAR  
220 RIDGE RUN CROSSING  
ATHENS, GA 30605

RUTH MEYER  
3000 OCEAN PARKWAY APT 16S  
BROOKLYN, NY 11235