UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF NASSAU    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.      I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) [Docket No. 9631].

 Dated:  March 9, 2011                                                    /s/ Kathy-Ann Awkward __
            Lake Success, New York                               Kathy-Ann Awkward

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

| | |
|---|---|
| - EXPONENT, INC.<br>ATTN: ERIC ANDERSON<br>149 COMMONWEALTH DRIVE<br>MENLO PARK, CA 94025 | CARRIER CORP<br>ATTN: JOYCE KUPPEL<br>PO BOX 4808, BLDG TR-5<br>SYRACUSE, NY 13221-4808 |
| GE CONSUMER & INDUSTRIAL F/K/A GE SECURITY<br>ATTN MICHAEL B BACH ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150-8400 | GE CONSUMER & INDUSTRIAL, F/K/A GE SECURITY<br>ATTN MICHAEL B BACH, ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150-8400 |
| GE CONSUMER & INDUSTRIAL, F/K/A GE SECURITY<br>MICHAEL B BACH, ESQ<br>25 WHITNEY DR STE 106<br>MILFORD, OH 45150-8400 | HADEN SCHWEITZER CORPORATION<br>C/O MICHAEL G MENKOWITZ ESQUIRE<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET 10TH FLOOR<br>PHILADELPHIA, PA 19103-3291 |
| JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | JOHANN HAY GMBH & CO KG<br>KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 |
| JOHANN HAY GMBH AND CO KG<br>ATTN KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 | JOHANN HAY GMBH AND CO KG<br>ATTN KENNETH M LEWIS ESQ<br>LEWIS LAW PLLC<br>120 BLOOMINGDALE ROAD, STE 100<br>WHITE PLAINS, NY 10605 |
| LAPEER METAL STAMPING COMPANIES, INC.<br>930 S. SAGINAW<br>LAPEER, MI 48446 | MOODY'S INVESTORS SERVICE<br>C/O SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN CHRISTOPHER R BELMONTE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 |
| R & O TOOL SERVICE INC<br>ROBERT MCPHERSON<br>7708 OLYMPIC PARKWAY<br>SYLVANIA, OH 43560-4808 | SUNDRAM FASTENERS LIMITED<br>801 W BIG BEAVER ROAD<br>5TH FL<br>TROY, MI 48084-4767 |