**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss
COUNTY OF NASSAU   )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) [Docket No. 9632].

Dated: March 9, 2011                             /s/ Kathy-Ann Awkward __
         Lake Success, New York          Kathy-Ann Awkward

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

| | |
|---|---|
| JOHN N GRAHAM TRUSTEE<br>C/O THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | JOHN N GRAHAM TRUSTEE<br>THOMAS J SCHANK<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 |