**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) [Docket No. 9634].

Dated: March 9, 2011                    /s/ Kathy-Ann Awkward __
       Lake Success, New York           Kathy-Ann Awkward

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

09-50026-mg    Doc 9735    Filed 03/10/11    Entered 03/10/11 08:46:20    Main Document
Pg 3 of 3


| | |
|---|---|
| BERNADINE TOLIVER<br>1187 E KURTZ AVE<br>FLINT, MI 48505-1527 | CHAPMAN, PATRICIA<br>1153 OUTRIGGER CIR<br>BRENTWOOD, CA 94513-5444 |
| DANIELS MOTORS, INC.<br>ELIZABETH WINSTON<br>670 AUTOMOTIVE DR<br>COLORADO SPRINGS, CO 80905-7347 | DANIELS MOTORS, INC.<br>JAMES T FLYNN - ATTORNEY & AGENT<br>111 SOUTH TEJON #202<br>COLORADO SPRINGS, CO 80903 |
| FERNANDO IBARRA AND BERTHA IBARRA<br>MARDIROSSIAN & ASSOCIATES INC<br>6311 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90048-5001 | LUCEAL ANDERSON<br>1318 CHARLES AVE<br>FLINT, MI 48505-1720 |
| MS AUDREY MAGEE<br>563 LANCASTER LN<br>PONTIAC, MI 48342-1852 | PRITCHARD, SUSAN<br>C/O CHRISTENSEN LAW<br>ATTN: THOMAS CHRISTENSEN, ESQ.<br>1000 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89107-4448 |
| RIVAL, LLC<br>ATTENTION: MR. WILLIAM DANIELS<br>670 AUTOMOTIVE DR<br>COLORADO SPRINGS, CO 80905-7347 | RIVAL, LLC<br>JAMES T FLYN - ATTORNEY & AGENT<br>111 SOUTH TEJON #202<br>COLORADO SPRINGS, CO 80903 |