**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU   )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 165th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 9635].

| | |
|---|---|
| Dated: March 9, 2011 | /s/ Kathy-Ann Awkward __ |
| Lake Success, New York | Kathy-Ann Awkward |

Sworn to before me this 9th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

| | |
|---|---|
| BETTY DALTON<br>1707 RADFORD RD<br>CHRISTIANSBURG, VA 24073 | BRANDON J. DAVIS<br>337 WOOD BRIDGE GLEN<br>RICHMOND HEIGHTS, OH 44143 |
| DEANNA M LESSER<br>1 KIMBALL COURT<br>APT 410<br>WOBURN, MA 01801 | JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 |
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | JENNIFER DENNY<br>1855 LONG HOLLOW RD<br>LAFOLLETTE, TN 37766 |
| POMPEY DODGE INC<br>ATTN NANCY E CAMPBELL, ESQ<br>KENNEDY CAMPBELL LIPSKI & DOCHNEY<br>1818 MARKET ST STE 2510<br>PHILADELPHIA, PA 19103 | RACHEL L BOODRAM<br>7500 ROSWELL ROAD<br>UNIT 67<br>SANDY SPRINGS, GA 30350 |
| RONALD L PHILLIPS<br>2939 HARTFORD DR<br>BETTENDORF, IA 52722 | STANLEY R STASKO<br>27653 LEXINGTON PKWY<br>SOUTHFIELD, MI 48076 |
| SUDIE M VENABLE<br>3114 MOUNTAIN ROAD<br>HALIFAX, VA 24558 | TERJE SØRHAUG<br>HAAKONSVEGEN 24 B<br>5519 HAUGESUND NORWAY |
| THERESA M MCHUGH<br>215 LATHROP ROAD<br>SYRACUSE, NY 13219 | WAYNE HUTCHINSON<br>2450 W 239TH ST #5<br>TORRANCE, CA 90501 |