# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ■ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Paul Flanery <br> 3575 Jacobs Corner RD NE <br> Rockford, Michigan 49341-7512 |
| Claim Number (if known): | 70638 |
| Date Claim Filed: | January 22, 2011 |
| Total Amount of Claim Filed: | $6,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:_____1/28/2011_____     __Paul Daniel Flanery__ _[signature]_

Print Name:_____Paul Daniel Flanery

Title (if applicable):_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :      Chapter 11 Case No.
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :      09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                       :
                                                               :      (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x

### BALLOT FOR ACCEPTING OR REJECTING AMENDED
### JOINT CHAPTER 11 PLAN OF MOTORS LIQUIDATION COMPANY
### (F/K/A GENERAL MOTORS CORPORATION) AND ITS AFFILIATED DEBTORS

| CLASS 3 (GENERAL UNSECURED CLAIMS) |
|---|

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), each of which is identified below, are soliciting votes with respect to the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "Plan"), from the holders of certain impaired claims against the Debtors. All capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan. If you have any questions on how to properly complete this Ballot, please call the Debtors' voting agent, The Garden City Group, Inc. (the "Voting Agent"), at 703-286-6401.

This Ballot is to be used for voting by holders of Class 3 General Unsecured Claims. In order for your vote to be counted, the Ballot must be properly completed, signed, and returned to the Voting Agent at the following address, so as to be received no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "Voting Deadline"), unless such time is extended by the Debtors:

| If by overnight or hand delivery: | If by standard mailing: |
|---|---|
| The Garden City Group, Inc. | The Garden City Group, Inc. |
| 5151 Blazer Parkway, Suite A | P.O. Box 9386 |
| Dublin, OH 43017 | Dublin, OH 43017-4286 |
| <u>Attn</u>: Motors Liquidation Company Balloting Center | <u>Attn</u>: Motors Liquidation Company Balloting Center |

This Ballot is solely for the purpose of voting to accept or reject the Plan and not for the purpose of allowance or disallowance of or distribution on account of Class 3 General Unsecured Claims.

*[Handwritten:]*
THE GARDEN City Group
ATTN: Motors Liquidation Co        703-286-6401
P.O. Box 9386
Dublin, OH 43017    www. motorsliquidation.com
                    US Courts - Government
                    BK Forms

## DEFINITIONS

*Debtor*
The person, corporation or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case form the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

This form must be filed with the clerk of the Bankruptcy Court for the Southern District of New York. Filing may be accomplished by mailing this form to Clerk, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408. Alternatively, attorneys with an ECF password may file this form electronically. A copy of the form should also be sent to Motors Liquidation Company c/o AlixPartners, Attn: Tim Neis, 500 Renaissance Center, Suite 1400, Detroit, MI 48243, or via email to TNeis@alixpartners.com, or via facsimile to