**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I) Authorizing the Providing of Certain Retiree Benefits Consistent with Union Settlement Agreement by General Motors LLC and (II) Granting Participation in General Unsecured Claim [Docket No. 9713].

Dated: March 10, 2011                         /s/ Kimberly Gargan
            Melville, New York                    Kimberly Gargan

Sworn to before me this 10th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

| | |
|---|---|
| ANNETTA BRANKLE<br>1508 BELVEDERE DR<br>KOKOMO, IN 46902-5608 | ARVIN, EVELYN A<br>1021 N KORBY ST<br>KOKOMO, IN 46901-1929 |
| BILLY ALTER<br>2335 BURNING TREE CIR<br>SEBRING, FL 33872-4026 | BLACKBURN, BESSIE W<br>24486 HWY 31<br>BOKOSHE, OK 74930-0000 |
| CARL RAGAN<br>1095 E 500 S<br>ATLANTA, IN 46031-9325 | CAROLYN BUDD<br>211 N MAPLE ST APT C<br>GREENTOWN, IN 46936-1393 |
| CHARLES JOHNSON<br>1188 N CO RD 1100 E<br>GREENTOWN, IN 46936-0000 | DALE ELLIS<br>1931 S LAFOUNTAIN ST<br>KOKOMO, IN 46902-2223 |
| DANNY BARNES<br>5502 COUNCIL RING BLVD<br>KOKOMO, IN 46902-5430 | DONNA NEWLIN<br>3193 VINTON CIR<br>KOKOMO, IN 46902-3658 |
| JAMES L STARKEY<br>7156 WEST 200 SOUTH<br>SWAYZEE, IN 46986-9745 | JERRY A RILEY<br>10864 W.100 NORTH<br>KOKOMO, IN 46901-8669 |
| JOHN D LIPINSKI<br>1607 GORDON DR<br>KOKOMO, IN 46902-5940 | MARTHA MATLOCK<br>219 E WALNUT ST<br>GREENTOWN, IN 46936-1523 |
| NANG FRANKLIN<br>PO BOX 92<br>UBON FA 41000 THAILAND | NORA LANNING<br>1220 MAPLEWOOD DR<br>KOKOMO, IN 46902-3142 |
| RENO SMITH<br>2219 OAKBROOK DR<br>KOKOMO, IN 46902-7519 | RICHARD A WARD<br>1921 1/2 N LINDSEY ST<br>KOKOMO, IN 46901-2020 |
| ROBERTA LINEBACK<br>3434 S 870 W<br>ROUTE 1 RUSSIAVILLE<br>RUSSIAVILLE, IN 46979-9772 | SEWARD, INA<br>654 E. COUNTY RD. 500 N.<br>LOGANSPORT, IN 46947-8635 |

SHARON JEFFERIES  
6110 LAKEVIEW DR APT 177  
INDIANAPOLIS, IN 46224

SHIRLEY LIPINSKI  
1607 GORDON DR  
KOKOMO, IN 46902-5940

TONITA KOON  
1722 S BUCKEYE ST  
KOKOMO, IN 46902-2145

VIRGIL TUCKER  
1428 N LOCKE ST  
KOKOMO, IN 46901-2463