**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                          :        **Chapter 11**
                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,      :        **Case No. 09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.*, :
                                               :
                Debtors.                       :        **(Jointly Administered)**
                                               :
-----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for

the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our

business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the

Debtors, I caused a true and correct copy of the following document to be served by first class mail

on the parties identified on Exhibit A annexed hereto (affected parties):

•       Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code (I)
        Authorizing the Providing of Certain Retiree Benefits Consistent with
        Union Settlement Agreement by General Motors LLC and (II) Granting
        Participation in General Unsecured Claim [Docket No. 9713].

Dated:  March 10, 2011                          /s/ Kimberly Gargan
        Lake Success, New York                  Kimberly Gargan

Sworn to before me this 10th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

ANNETTA BRANKLE
1508 BELVEDERE DR
KOKOMO, IN 46902-5608

ARVIN, EVELYN A
1021 N KORBY ST
KOKOMO, IN 46901-1929

BILLY ALTER
2335 BURNING TREE CIR
SEBRING, FL 33872-4026

BLACKBURN, BESSIE W
24486 HWY 31
BOKOSHE, OK 74930-0000

CARL RAGAN
1095 E 500 S
ATLANTA, IN 46031-9325

CAROLYN BUDD
211 N MAPLE ST APT C
GREENTOWN, IN 46936-1393

CHARLES JOHNSON
1188 N CO RD 1100 E
GREENTOWN, IN 46936-0000

DALE ELLIS
1931 S LAFOUNTAIN ST
KOKOMO, IN 46902-2223

DANNY BARNES
5502 COUNCIL RING BLVD
KOKOMO, IN 46902-5430

DONNA NEWLIN
3193 VINTON CIR
KOKOMO, IN 46902-3658

JAMES L STARKEY
7156 WEST 200 SOUTH
SWAYZEE, IN 46986-9745

JERRY A RILEY
10864 W.100 NORTH
KOKOMO, IN 46901-8669

JOHN D LIPINSKI
1607 GORDON DR
KOKOMO, IN 46902-5940

MARTHA MATLOCK
219 E WALNUT ST
GREENTOWN, IN 46936-1523

NANG FRANKLIN
PO BOX 92
UBON FA 41000 THAILAND

NORA LANNING
1220 MAPLEWOOD DR
KOKOMO, IN 46902-3142

RENO SMITH
2219 OAKBROOK DR
KOKOMO, IN 46902-7519

RICHARD A WARD
1921 1/2 N LINDSEY ST
KOKOMO, IN 46901-2020

ROBERTA LINEBACK
3434 S 870 W
ROUTE 1 RUSSIAVILLE
RUSSIAVILLE, IN 46979-9772

SEWARD, INA
654 E. COUNTY RD. 500 N.
LOGANSPORT, IN 46947-8635

SHARON  JEFFERIES
6110 LAKEVIEW DR APT 177
INDIANAPOLIS, IN 46224

SHIRLEY LIPINSKI
1607 GORDON DR
KOKOMO, IN 46902-5940

TONITA KOON
1722 S BUCKEYE ST
KOKOMO, IN 46902-2145

VIRGIL TUCKER
1428 N LOCKE ST
KOKOMO, IN 46901-2463