EDMUND J STERNIAK JR
1955 West St.
Southington, CT 06489-1031

MARCH 4, 2011

09-50026
ECF NO. 9356
CLAIM NO. 68114

The Honorable
Robert E. Gerber

Dear Sir:

09-50026

I Edmund J. Sterniak, Jr. Holder Account Number C0001052888 ECF No. 9356 — Claim No. 68114, Do state that it is not fair to let (GM) General Motors not make good on shares that myself and others own. (myself owning 135 shares statement enclosed) I think that us shareholders should be taken care of, before GM goes giving themselfs and their workers Bonuses again, myself counting on this to help in retirement. GM's actions about Bonuses is just plain Greedy and Thoughtless. Downright Criminal

Sincerly
Edmund J. Sterniak, JR.

**GM**

**Computershare**
Computershare Trust Company, N.A.
PO Box 43078
Providence RI 02940-3078
Within the US, Canada & Puerto Rico    800 331 9922
Outside the US, Canada & Puerto Rico    781 575 3990
www.computershare.com/gm

001183

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 064    000000004/0 0001183

EDMUND J STERNIAK JR
1955 WEST ST
SOUTHINGTON CT 06489-1031

Holder Account Number:

SSN/TIN Certified: Yes    Symbol: GM

001CS0006_RPS.DL_PG1.GMC.10318_20286/001183/001183/11

## General Motors Corporation - Summary of Account Holdings and Transaction Form

It is important to retain this statement for tax reporting purposes, and for use as a reference when you access your account online at our website or when contacting Computershare.

Holder Account Number: C0001052888

### ▶ ACCOUNT SUMMARY

As of close of stock market on 10 Jun 2008

| Stock Class / Description | Certificated Shares/ Units Held by You | Direct Registration Book Shares/Units | Investment Plan Book Shares/Units | Total Shares/Units | Closing Price Per Share/Unit ($) | Market Value ($) |
|---|---|---|---|---|---|---|
| Common Stock | 65.000000 | 0.000000 | 70.030204 | 135.030204 | 16.810000 | 2,269.86 |

### Dividend Reinvestment Activity

As of record date

This section includes information only for shares/units for which dividends are reinvested.

| Record Date | Payment Date | Dividend Rate ($) | Stock Class Description | Dividend Reinvestment Shares/Units | Gross Dividend ($) | Taxes Withheld ($) | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 16 May 2008 | 10 Jun 2008 | 0.250000 | Common | 133.050807 | 33.26 | | 33.26 |

### Transaction History

From: 01 Jan 2008    To: 10 Jun 2008

This section pertains only to book-entry shares/units.

| Date | Transaction Description | Transaction Amount ($) | Deduction Description | Deduction Amount ($) | Net Amount ($) | Price Per Share/Unit ($) | Transaction Shares/Units | Total Book Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Plan Transactions Common Stock | | | | | | | | |
| 01 Jan 2008 | Balance Forward | | | | | | | 66.525725 |
| 10 Mar 2008 | Dividend Reinvestment | 32.88 | Comp Paid Fees | 0.06 | 32.88 | 21.55950 | 1.525082 | 68.050807 |
| 10 Jun 2008 | Dividend Reinvestment | 33.26 | Comp Paid Fees | 0.08 | 33.26 | 16.80307 | 1.979397 | 70.030204 |

194 U D R    G M C

002CD40010    00TPPA