**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :    Case No. 09-50026 (REG)
     f/k/a General Motors Corp., et al., :
                                         :
                        Debtors.         :    (Jointly Administered)
                                         :
-------------------------------------------------------------------x
```

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                            ) ss

COUNTY OF NASSAU       )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.     I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9681].

Dated:  March 10, 2011            <u>/s/ Kathy-Ann Awkward</u>
         Lake Success, New York        Kathy-Ann Awkward

Sworn to before me this 10th day of March, 2011

<u>/s/ Thomas Villani</u>
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

BOGUE, JANE C
1818 BUCKNER DR
LONGVIEW, TX 75604-2406

GEORGE W MCCLAIN
3022 IMPERIAL VALLEY DRIVE
LITTLE ROCK, AR 72212-3108

GRAJEK, ROBERT L
16864 EVERGREEN TER
HOMER GLEN, IL 60491-8425

SHEIPE ROBERT
484 E CARMEL DR
PMB 311
CARMEL, IN 46032-2812

SINGER JOSEPH C
2166 SANDLEWOOD DR
SHELBY TWP, MI 48316-1053

STEPHEN J SEATON
1051 AUTUMNVIEW CT
ROCHESTER, MI 48307