**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9682].

Dated:  March 10, 2011            /s/ Kathy-Ann Awkward __
        Lake Success, New York    Kathy-Ann Awkward

Sworn to before me this 10th day of March, 2011

/s/ Thomas Villani _
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| DAVID TURNER<br>2210 KERRI LYNN LANE<br>KOKOMO, IN 46902 | DAVID TURNER<br>2210 KERRI LYNN LANE<br>KOKOMO, IN 46902 |
| RICHARD ZMIERSKI<br>4088 VILLAGER DR<br>ORION, MI 48359-1884 | SHEIPE ROBERT<br>484 E CARMEL DR PMB 311<br>CARMEL, IN 46032-2812 |
| SINGER JOSEPH C<br>2166 SANDLEWOOD DR<br>SHELBY TWP, MI 48316-1053 | |