**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re                                                     : | Chapter 11 |
|                                                           : | |
| MOTORS LIQUIDATION COMPANY, *et al.*,        : | Case No. 09-50026 (REG) |
|       f/k/a General Motors Corp., *et al.*,           : | |
|                                                           : | |
|                              Debtors.                 : | (Jointly Administered) |
|                                                           : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss
COUNTY OF NASSAU         )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.      I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9683].

Dated: March 10, 2011                              /s/ Kathy-Ann Awkward __
           Lake Success, New York             Kathy-Ann Awkward

Sworn to before me this 10th day of March, 2011

/s/ Thomas Villani _
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

DAVID VOLPE
240 BERRY GLEN CT
ALPHARETTA, GA 30022

GORDON HALL
172 SHERIDAN HILLS ROAD
MARBLE, NC 28905

LICO, DONALD T
54501 CAMBRIDGE DR
SHELBY TOWNSHIP, MI 48315-1611

ROBERTSON, DAVID L
PO BOX 695
HUNTSVILLE, AL 35804