**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss

COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9618].

Dated:  March 10, 2011                    /s/ Alison Moodie_____
         Lake Success, New York            Alison Moodie

Sworn to before me this 10th day of March, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

ANDERSON, HUGO J
533 LINCOLN RD
OTSEGO, MI 49078-1006

DANIEL PLOUFFE
70 FONTANA LN
GROSSE POINTE SHORES, MI 48236-1505

DOMENICA S DITTMEIER
32 SHELLEY AVE
VALHALLA, NY 10595-1406