UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' 110th Omnibus Objection to Claim No. 64699 (Contingent Co-Liability Claims) [Docket No. 9620].

Dated: March 10, 2011                    /s/ Alison Moodie
       Lake Success, New York            Alison Moodie

Sworn to before me this 10th day of March, 2011

/ s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

| | |
|---|---|
| NORTHROP GRUMMAN OHIO CORPORATION<br>ATTN KENNETH M REISS ESQ<br>M/S C-4S1<br>7555 COLSHIRE DRIVE<br>MCLEAN, VA 22102 | NORTHROP GRUMMAN OHIO CORPORATION<br>HUNTON & WILLIAMS LLP<br>ATTN D ALAN RUDLIN ESQ<br>951 E BYRD ST<br>RICHMOND, VA 23219 |