**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                     :    Chapter 11
                                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                 :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,                 :
                                                          :
                 Debtors.                                 :    (Jointly Administered)
                                                          :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Edmund J. Sterniak, Jr., 1955 West Street, Southington, Connecticut 06489-1031 (affected party):

3. On March 8, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on William J Darras, 2003 Avon Lane, Arlington Heights, Illinois 60004 (affected party):

- Order Granting Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9625].

Dated: March 10, 2011                    /s/ Alison Moodie_____
       Lake Success, New York            Alison Moodie