**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, David Schwimmer, being duly sworn, depose and state:

1.  I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) [Docket No. 9688].

| | |
|---|---|
| Dated: March 11, 2011 | /s/ David Schwimmer_____ |
|         Lake Success, New York | David Schwimmer |

Sworn to before me this 11th day of March, 2011

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires:  August 8, 2014

# EXHIBIT A

SALVATORE SCIORTINO AND VIVIAN SCIORTINO
461 CHAMBERS ST
SPENCERPORT, NY 14559-9788

STEVEN L CRIDDLE ET AL
ATTN: E TODD TRACY
THE TRACY FIRM
5473 BLAIR RD, SUITE 200
DALLAS, TX 75231