**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss
COUNTY OF NASSAU    )

I, David Schwimmer, being duly sworn, depose and state:

1. I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) [Docket No. 9692].

Dated: March 11, 2011                                    /s/ David Schwimmer_____
           Lake Success, New York                    David Schwimmer

Sworn to before me this 11th day of March, 2011

/s/ Nancy Formica_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires:  August 8, 2014

# EXHIBIT A

ATEL LEASING CORPORATION, AS AGENT
ATTN V MORAIS OR R WILDER
600 CALIFORNIA STREET, 6TH FLOOR
SAN FRANCISCO, CA 94108-2733

NOREEN GLASPIE
196 PARKWAY DR
DAVISON, MI 48423-9131

STARWOOD HOTELS & RESORTS WORLDWIDE INC
ATTN ROBIN ZEIDEL
1111 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604

STARWOOD HOTELS & RESORTS WORLDWIDE INC
GREENBERG TRAURIG LLP
ATTN DANIEL J ANSELL
200 PARK AVE
NEW YORK, NY 10166

TCF EQUIPMENT FINANCE INC F/K/A LEASING INC
ATTN WORKOUT GROUP
11100 WAYZATA BLVD STE 801
MINNETONKA, MN 55305