**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, **f/k/a General Motors Corp.,** *et al.* | **Case No. 09-50026 (REG)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

Michael R. Wernette requests that he (mwernette@schaferandweiner.com) be removed from the ECF notifications in the above-captioned case. Mr. Wernette no longer represents any party in these proceedings

        Respectfully submitted,

        SCHAFER AND WEINER, PLLC

        By: / s /Michael R. Wernette
            MICHAEL R. WERNETTE (P55659)
            40950 Woodward Ave., Ste. 100
            Bloomfield Hills, MI 48304
            (248) 540-3340
            mwernette@schaferandweiner.com

Dated: March 11, 2011

{00300137}