# EXHIBIT B
## Declaration of Jeff Kelley, Esq.

**LOWENSTEIN SANDLER PC**
Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Andrew Behlmann, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 262-6700
Facsimile:    (973) 597-2333

*Counsel to David Irwin*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) |
|  | ) |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) Chapter 11 |
| f/k/a General Motors Corp., *et al.* | ) |
|  | ) Case No. 09-50026 (REG) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) |

---

**DECLARATION OF JEFF KELLEY, ESQ. IN SUPPORT OF MOTION OF DAVID IRWIN FOR RELIEF FROM THE AUTOMATIC STAY TO CONDUCT LIMITED INTRUSIVE TESTING OF DEBTORS' PROPERTY**

I, Jeff Kelley, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am an attorney in the law firm of Harding & Associates, P.C., which maintains offices at 730 16th Street, Suite 650, Denver, Colorado 80202. I represent David Irwin in litigation relating to injuries he suffered in a motor vehicle accident. I am familiar with the matters set forth herein, and make this declaration in support of the *Motion of David Irwin for Relief From the Automatic Stay To Conduct Limited Intrusive Testing of Debtors' Property* (the "Motion") filed contemporaneously herewith.[1]

2.    A true and correct copy of the Sales Invoice documenting Irwin's purchase of the Vehicle is annexed hereto as Exhibit 1.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

3.    A true and correct copy of the State of Colorado Traffic Accident Report detailing the Collision is annexed hereto as Exhibit 2.

4.    A true and correct copy of the Estimate of Repairs and Preliminary Supplement With Summary, prepared by M&M Auto, is annexed hereto as Exhibit 3.

5.    A true and correct copy of the letter dated April 1, 2009 from Paul Olle, ACE ESIS GM Central Claims Unit, to Phil Harding, Esq. is annexed hereto as Exhibit 4.

6.    A true and correct copy of the letter dated May 25, 2009 from Bastiaan E. Cornelissen, Ph.D., P.E. to Robert I. Lapidow, Esq. is annexed hereto as Exhibit 5.

7.    Prior to the filing of the Motion, I attempted to contact Debtors, their restructuring advisor, and their bankruptcy counsel via e-mail on numerous occasions to obtain the Debtors' consent to access the Vehicle to perform the Testing, to no avail.  True and correct copies of my e-mail messages to and from the Debtors and their professionals are annexed hereto as Exhibit 6.[2]

8.    On October 28, 2010, I spoke via telephone with Ms. Cheryl Ashton of ESIS, who confirmed that the Vehicle was still in storage, but stated that she could not permit access to the vehicle without speaking to the Debtors' counsel.  Not having received a response, I telephoned Ms. Ashton on January 19, 2011 and left her a voicemail message.  She returned my call the same day and informed me that she would work on providing access to the Vehicle to perform the Testing, and that she would call me back with contact information for the appropriate individual.  To date, I have received no further information from ESIS or the Debtors regarding access to the Vehicle.

---

[2] Exhibit 6 has been redacted to remove Irwin's personal e-mail address, which was copied on two e-mail messages. The redactions are clearly marked in black.  Upon request of the Court, I will gladly provide the Court with an unredacted copy of Exhibit 6 for *in camera* inspection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: Denver. Colorado
      March 11, 2011

Jeff Kelley, Esq.

# **Exhibit 1**
## **Sales Invoice**

# GEBHARDTAUTOM LIVE

**BMW • VOLKSWAGEN • SAAB**
**www.gebhardtauto.com**

3180 TWENTYEIGHTH STREET    BOULDER COLORADO 80301
TEL  303  444  1644    FAX  303  444  1808
2470 FORTYNINTH STREET    BOULDER COLORADO 80301
TEL  303  447  8000    FAX  303  444  0136
4740 VALMONT ROAD    BOULDER COLORADO 80301
TEL  303  447  8000    FAX  303  998  1405

DATE ___08/30/08___
SALES PERSON ___GEOFFREY E GAI___
STOCK # ___S8053___
CUSTOMER # _____

PURCHASER    **DAVID EDWARD IRWIN**    PURCHASER _____

ADDRESS    **352 CORTEZ ST**    CITY **STERLING**    STATE **CO**    ZIP **80751**    COUNTY **LOGAN**

PHONE # RESIDENCE    **(970)571-0185**    BUSINESS **(970)526-2647**    DRIVER LICENSE # _____

## MOTOR VEHICLE DESCRIPTION

| | | | |
|---|---|---|---|
| XXXX  XXXX | MILES | 47 | |
| NEW   USED | | | |

YEAR **2008**    MAKE **SAAB**    MODEL **9-3**

COLOR **Silver**    BODY _____

VIN    **YS3FB49YX81115773**

DELIVERED PRICE    30517.89

ADDITIONAL EQUIPMENT    N/A

GAP    400.00

SUB TOTAL    $    30917.89

TRADE ALLOWANCE    $    N/A

TRADE DIFFERENCE    $    30917.89

DELIVERY/DOCUMENT FEE *    $    399.00

SUB TOTAL (TAXABLE AMOUNT)    $    31316.89

STATE SALES TAX    2.9 %    $    896.59

CITY SALES TAX    3.0 %    $    927.51

RTD SALES TAX    .1 %    $    30.92

MISC _____    1.0 %    $    309.17

SUB TOTAL    $    33481.08

BALANCE OWNED TRADE    $    N/A

**IF BAL. OWED EXCEEDS THIS AMT.  BUYER TO PAY EXCESS**

ADDITION TO CASH PRICE    $ _____

**EXTENDED SERVICE CONTRACT**

| MONTHS | /A | MILES | $ | 1800.00 |
|---|---|---|---|---|

TOTAL AMOUNT DUE    $ _____

DEPOSIT RECEIPT # _____

ADDITIONAL CASH DOWN PAYMENT    2000.00

RECEIPT # _____

BALANCE TO FINANCE OR    $    33281.08
CASH DUE ON DELIVERY

**Service Contract:** A service contract is available at an extra charge on this vehicle. Dealer has details as to coverage, deductibles, prices, and exclusions. If the Purchaser purchases a service contract at the time of execution of the agreement or within 90 days thereafter, then the Dealer's "As Is" disclaimer of implied warranties in paragraph 10 on the reverse side of this order is ineffective, and the state's implied warranty law may give the Purchaser additional rights.

9/6 d

## USED VEHICLE TRADE IN

YEAR _____    MAKE _____    MODEL _____

COLOR _____    MILES _____    N/A

VIN _____

LIC. # _____    TITLE # _____

BAL. OWED    $ _____    N/A

TO _____    ACCT. # _____

QUOTED BY _____    DATE    08/30/08

*The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.* Any and all commitments made must be in writing, no verbal agreements.

By: **D.I**

**ALL USED CARS SOLD "AS IS" UNLESS SEPARATE AGREEMENT IS FURNISHED BUYER.**

By: _____

Dealer to arrange financing    Yes    No

Delivery Date: _____

REMARKS.

**PURCHASER'S REPRESENTATION:** I hereby represent that I am 18 years of age or older and agree as follows: (1) that this Order is not transferable; (2) that this order comprises the complete and exclusive statement of the terms of my agreement with the Dealer relating to the subject matter of this order, except for any consumer paper executed by me in conjunction with this purchase, and with respect thereto, cancels and supersedes any and all prior agreements or understandings between the Dealer and me; (3) that this order is not valid until accepted by Dealer or his authorized representative. If the purchase is to be financed, this order is not valid until approved by a bank or finance company willing to purchase or enter into a note or other consumer paper and security agreement with me as part of this purchase; (4) that I hereby acknowledge receipt of a fully filled out and completed copy of this order; (5) that upon delivery of the vehicle, this order shall be deemed to constitute a bill of sale for the vehicle.

* **DELIVERY & HANDLING:** This charge represents costs of preparing documents relating to the sale, financing, titling of your purchase.

**CAUTION:** THIS AGREEMENT CONSISTS OF TWO PAGES. SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS. BUYER(S) HEREBY ACKNOWLEDGE RECEIPT OF A COPY OF THIS AGREEMENT. THIS AGREEMENT SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE. NO VERBAL ORDERS, THIS IS COMPLETE AGREEMENT.

BUYER'S SIGNATURE _____    DATE 8-30-08

BUYER'S SIGNATURE _____    DATE _____

NOT VALID UNLESS ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE.

**ROBERT A PRINTZ** _____ TITLE **F&I MGR** DATE 8-30-08

# <u>Exhibit 2</u>
## Traffic Accident Report

DK 2447 (03/03/06)
COLORADO DEPARTMENT OF REVENUE

MAIL TO: STATE OF COLORADO
MOTOR VEHICLE
TRAFFIC RECORDS
DENVER, CO 80261-0016

# STATE OF COLORADO TRAFFIC ACCIDENT

☐ AMENDED/SUPPL.    ☐ UNDER 1,000    ☐ COUNTER REPORT    ☐ PRIVATE PROPERTY    PAGE __1__ OF __3__ PAGES

☐ INTERSTATE HWY    HWY NUMBER
☐ STATE HWY    MILEPOINT
☐ CITY ST/CNTY RD

Case # 2009-000788

| Date of Accident | City | Agency | County | County # |
|---|---|---|---|---|
| 01/29/2009 | LOVELAND | Loveland Police Department | Larimer | 06 |

| Time (24 Hr) | Officer Number | Officer Name | Signature | Detail |
|---|---|---|---|---|
| 15:52 | 049 | S. Watts | | |

| Number Killed | Number Injured | Location Route, Street, Road | Miles | Feet | N ☐ S ☐ E ☐ W ☐ OF: |
|---|---|---|---|---|---|
| 0 | 2 | S RAILROAD AV | | | ☒ AT: S ROOSEVELT AV |

| Date of Report | Latitude | Longitude |
|---|---|---|
| 01/30/2009 | | |

| Agency Code | Investigated @ Scene ☒ | Total Vehicles 1 | District Number | Public Property/ Employee ☐ | Photos Taken ☒ | Railroad Crossing Related ☐ | Const. Zone Related ☐ | Highway Interchg. ☐ | Bridge Related ☐ |
|---|---|---|---|---|---|---|---|---|---|

| Traffic Unit # 1 | ☒ Veh. | ☐ Parked | ☐ Bicycle | ☐ Pedestrian | ☐ Non-Vehicle | ☐ Non-Contact Veh. | Traffic Unit # | ☐ Veh. | ☐ Parked | ☐ Bicycle | ☐ Pedestrian | ☐ Non-Vehicle | ☐ Non-Contact Veh. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Last Name | First | MI | Last Name | First | MI |
|---|---|---|---|---|---|
| Irwin | David | E | | | |

| Street Address | Personal Phone | Street Address | Personal Phone |
|---|---|---|---|
| 15693 Deerfield | | | |

| City | State | ZIP | Bus. Phone | City | State | ZIP | Bus. Phone |
|---|---|---|---|---|---|---|---|
| Sterling | CO. | 80751 | | | | | |

| Driver License Number | CDL | State | Sex | DOB | Driver License Number | CDL | State | Sex | DOB |
|---|---|---|---|---|---|---|---|---|---|
| 023650714 | | CO | M | 06/09/1987 | | | | | |

| Primary Violation ☒ DUI  Reckless Driving | Primary Violation ☐ DUI |
|---|---|

| Violation Code CRS 42-4-1401 | Citation Number 284251 | Common Code 140 | Violation Code | Citation Number | Common Code |
|---|---|---|---|---|---|

| Year 2008 | Make Saab | Model 93 | Body Type SD | Year | Make | Model | Body Type |
|---|---|---|---|---|---|---|---|

| License Plate Number 198PCA | State or County CO | Color SIL | License Plate Number | State or Country | Color |
|---|---|---|---|---|---|

| Vehicle Identification Number YS3FB48YX81115773 | Vehicle Identification Number |
|---|---|

| Vehicle Owner Last Name ☒ Same | First | MI | Vehicle Owner Last Name ☐ Same | First | MI |
|---|---|---|---|---|---|

| Address ☒ Same | City | State | ZIP | Address ☐ Same | City | State | ZIP |
|---|---|---|---|---|---|---|---|

| Towed Due to Damage ☒ By: Blue Ribbon Towing To: | Towed Due to Damage ☐ By: To: |
|---|---|

Trailer VIN#

Undercarriage    Undercarriage
1- Slight
2- Moderate
3- Severe

Trailer VIN#

Undercarriage    Undercarriage
1- Slight
2- Moderate
3- Severe

| Insurance Company Progressive | ☐ None | ☐ No Proof | Exp. Date 02/28/2009 | Insurance Company | ☐ None | ☐ No Proof | Exp. Date |
|---|---|---|---|---|---|---|---|

| Policy Number 761792320 | Policy Number |
|---|---|

| Owner Damaged Prop. Last Name BNSF | First | MI | Address 2600 Loumenk | City Fort Worth | State TX | ZIP 76131 |
|---|---|---|---|---|---|---|

| Owner Damaged Prop. Last Name | First | MI | Address | City | State | ZIP |
|---|---|---|---|---|---|---|

| T.U. # | POS. | REST O. | END O. | SAFETY EQUIP. | AIR BAG | EJECT | SUSPECTED ALCO DRUG | INJ SEV. | AGE | SEX | NAME/ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 | 00 | 00 | B | 00 | A | 03 | F | 02 | 01 | L O | 03 | 21 | M | Irwin, David E / 15693 Deerfield 80751 |
| P | 03 | | | B | 01 | | 03 | F | 00 | | | 02 | 20 | M | Rogers, Jeffrey L / 432 ELM 80751 |

| Approved By C. Higney | I.D. # 008 | Date 01/30/2009 |
|---|---|---|

| Case # | DOT Code | Accident Date | Agency |
|---|---|---|---|
| 2009-000788 | | 01/29/2009 | Loveland Police Department |

Describe Accident

*See Attached Narrative*

| Carrier Name | | | |
|---|---|---|---|
| | US DOT ☐ | ICC ☐ | State DOT ☐ |
| Address | Carrier Identification # | | |
| Carrier Name | | | |
| | US DOT ☐ | ICC ☐ | State DOT ☐ |
| Address | Carrier Identification # | | |

| CASE NUMBER | DATE OF ACCIDENT | AGENCY |
|---|---|---|
| 2009-000788 | 01/29/2009 | Loveland Police Department |
| Describe Accident | | Page      3      of      3 |

On 1/29/09 at 15:52 hours Officer Rob Croner called out an accident at Railroad and Roosevelt with driver ejection. When I arrived paramedics were attending to the driver and I was told by Officer Croner what he had observed. I began my investigation and marked the locations of where the car was at rest and where the railroad crossing tower was at rest.

A silver Saab had been southbound on Railroad and where it crosses over the tracks and becomes Roosevelt the driver lost control and went off the left side of the roadway, crossed the tracks and struck the crossing arm tower. The Saab rolled one time and came to rest on its wheels. The driver, identified as David Irwin was ejected and was hanging out of the driver's door. A male passenger got out of the car and left the scene.



## LOVELAND POLICE DEPARTMENT
### VEHICLE TOW REPORT

| DATE: 1.29.09 | TIME: 1645 | CASE NO. 09 788 | REPORTING OFFICER: SALAZAR | DSN: 130 |
|---|---|---|---|---|

**TOW SERVICE:** 827 S. LINCOLN AV

| | PHONE # | Location Towed From: S ROOSEVELT AVE & FIRDENANDRES ST |
|---|---|---|
| ☒ Blue Ribbon – 292 SE 12th St | PUC#T - 689    663-5530 | |
| ☐ Chuck's – 1107 E. Highway 402 | PUC#T - 2689    669-4405 | Location Towed To: 292 12th ST SE |
| ☐ Johnson's Corner – 6503 CR 16 | PUC#T - 400    663-2199 | |
| ☐ Ozzie's – 5280 N. Garfield | PUC#T - 3136    218-3606 | Tow Driver's Signature: |
| ☐ Stan's – 1019 S. Lincoln | PUC#T - 1969    667-6852 | |
| ☐ Poff's – 2350 W. 8th Street | PUC#T - 020513    667-5062 | |
| ☐ Other – _____ | | |
| List Company's Name | | |

| Reason Towed: | Accident | | Abandoned ✗ | Other | REASON FOR "OTHER" TOW BELOW | Operator Arrested |
|---|---|---|---|---|---|---|
| | Traffic | | Stolen | | | Yes |
| GIVE REASON FOR TRAFFIC TOW | | | | | | No ✗ |

| Operator's Name FRWIN DAVID | Operator's Address 352 CORTEZ ST STERLING CO | State | Zip Code 80251 | Phone |
|---|---|---|---|---|
| Owner's Name SAA | Owner's Address SAA | State | Zip Code | Phone |

| License Plate 198 PCA | Type PSR | License State Co | Exp 11/09 | Make SAAB | Year 2008 | Model 93 | Body Style 4DR | Color SILVER |
|---|---|---|---|---|---|---|---|---|

| VIN # | Y | S | 3 | F | B | 4 | 9 | Y | X | 8 | 1 | 1 | 5 | 7 | 3 | Odometer Reading: (MANDATORY) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| May be released | Yes ✗ | No | Hold | Yes | No ✗ | Reason for hold | | |
|---|---|---|---|---|---|---|---|---|
| Other Releasing Information | | | | | | | Drivable | Yes |
| | | | | | | | | No ✗ |

**REMARKS:**

| Inventory of Vehicle Contents: | Describe Vehicle Damage: |
|---|---|
| CDs, papers, Gaebage, DVD, PaAs, cell | |
| phone | |

Enter codes in vehicle damage area(s)
CODES: 1 - slight  2 - moderate  3 - severe



| Location of Removed Vehicle Contents: | Location of Keys: Ignition |
|---|---|
| Vehicle Released To: | Address: |
| Signature: | |
| Releasing Officer: | DSN | Date: |

White: LPD Records      Yellow: Tow Company      Pink: LPD Tow File      Gold: Driver Release Form

# City of Loveland Police Department
## Property Sheet
### Department Case Number: 09-000788

Related Case #'s:

### Case Information

Case Officer: 130 - Salazar, Andres
Offense Date/Time: 01/29/2009 - 15:52Hrs.
Offense Location: S. Railroad Ave. & Fire Engine Red St.
Offense Type: MVA - Motor Vehicle Accident
Expiration Date: 07/29/2009
Jurisdiction: Larimer County
Court Date:
Disposition:
Disposition Date:
Case Comments: Digital Pictures

### Case Names

### Case Items

Item Number: 001
Container #:
Status/Location: Item Submitted into Property - Drop Box/Slot
Collection Date/Time: 01/29/2009 - 15:52Hrs
Collected By: 130 - Salazar, Andres
Collection Location: Digital Camera
Packaging/Quantity/Item Type: One sealed envelope with: - 1 - CD
Detail Description: CD Containing Digital Pictures of Vehicle and Crash Scene
Owner: There is no owner associated with this item

Process: Hold for investigative purposes

Collection Purpose: Evidence

Notes:

### Lab Submissions

---

Case Officer Signature          Date          Supervisor Signature    DA 3/27/09

Page 1 of 1

# Exhibit 3
**Estimate of Repairs and Preliminary Supplement**

10149646

03/25/2009 at 08:21 AM                                          Job Number: 712
29701

### M & M AUTO SALES & BODY SHOP
302 South 10th Ave
Sterling, CO 80751
(970)522-9477 Fax: (970)522-2192

#### ESTIMATE OF RECORD

Written By: TOM MICHEL  11/18/2008 08:21 AM
Adjuster:

Insured: DAVE IRWIN                          Claim #
Owner: DAVE IRWIN                            Policy #
Address: 352 CORTEZ                          Deductible:
         STERLING, CO 80751                  Date of Loss:
   Day: (970)571-0185                        Type of Loss:
                                             Point of Impact:


Inspect
Location:

Insurance
Company:                                     Days to Repair

2008 SAAB 9-3 4-2.0L-T  4D SED  Int:
VIN: YS3FB49YX81115773 Lic:          Prod Date:           Odometer:
Air Conditioning          Rear Defogger              Tilt Wheel
Cruise Control            Telescopic Wheel           Intermittent Wipers
Keyless Entry            Theft Deterrent/Alarm       Steering Wheel Controls
Message Center           Tinted Glass                Body Side Moldings
Wood Interior Trim       Dual Mirrors                Console/Storage
Traction Control         Stability Control           Fog Lamps
Signal Integrated Mirrors Clear Coat Paint           Power Steering
Power Brakes             Power Windows                Power Locks
Power Driver Seat        Power Mirrors                Heated Mirrors
AM Radio                 FM Radio                     Stereo
Search/Seek              CD Player                    Satellite Radio
Anti-Lock Brakes (4)     Driver Air Bag              Passenger Air Bag
Head/Curtain Air Bags    Front Side Impact Air Bag   Rear Side Impact Air Bags
4 Wheel Disc Brakes      Communications System       Leather Seats
Bucket Seats             6 Speed Transmission        Overdrive
Aluminum/Alloy Wheels

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|-----------|-------|-------|
| 1 |      | FRONT DOOR        |   |        |      |     |
| 2 | Repl | LT Outer panel    | 1 | 455.00 | 6.0  | 2.2 |
| 3 |      | Add for Clear Coat |   |        |      | 0.9 |
| 4 |      | Add for mirror    |   |        | 0.4  |     |
| 5 |      | Add for Edging    |   |        |      | 0.5 |
| 6 |      | Add for Clear Coat |   |        |      | 0.1 |
| 7 |      | Add for Inside    |   |        |      | 0.5 |
| 8 |      | Add for Clear Coat |   |        |      | 0.1 |
| 9 | R&I  | LT R&I trim panel |   |        | Incl.|     |

1

03/25/2009 at 08:21 AM                                          Job Number: 712
29701
### ESTIMATE OF RECORD
2008 SAAB 9-3 4-2.0L-T  4D SED  Int:

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|-----------|-------|-------|
| 10# | Repl | PANEL BOND KIT | 1 | 55.63 | | |
| 11 | | REAR DOOR | | | | |
| 12 | Blnd | LT Door shell | | | | 1.1 |
| 13 | R&I | LT R&I trim panel | | | 0.4 | |
| 14 | R&I | LT Handle, outside | | | 0.3 | |
| 15 | R&I | LT Belt w'strip | | | 0.3 | |
| 16 | | FENDER | | | | |
| 17 | Blnd | LT Fender | | | | 1.0 |
| 18 | R&I | LT Fender liner 2.0L | | | 0.3 | |
| 19 | | FRONT LAMPS | | | | |
| 20 | R&I | LT Repeater lamp | | | 0.1 | |
| 21 | | FRONT BUMPER & GRILLE | | | | |
| 22 | R&I | R&I bumper assy | | | 1.2 | |
| 23 | | PILLARS, ROCKER & FLOOR | | | | |
| 24* | R&I | LT Rocker molding | | | 0.4 | |
| 25* | Rpr | LT Rocker molding black | | | 0.3 | 0.8 |
| 26# | Refn | CORROSION PRO. | | | | 0.3 |
| 27# | Refn | SAND AND BUFF | | | | 1.0 |

Subtotals ==>         510.63      9.7     8.5

```
                    Parts                                        510.63
                    Body Labor          9.7 hrs @ $ 50.00/hr     485.00
                    Paint Labor         8.5 hrs @ $ 50.00/hr     425.00
                    Paint Supplies      8.5 hrs @ $ 34.00/hr     289.00
                    ----------------------------------------------------
                    SUBTOTAL                                  $ 1709.63
                    Sales Tax        $  799.63 @  7.0000%         55.97
                    ----------------------------------------------------
                    GRAND TOTAL                               $ 1765.60

                    ADJUSTMENTS:
                      Deductible                                   0.00
                    ----------------------------------------------------
                    CUSTOMER PAY                              $    0.00
                    INSURANCE PAY                             $ 1765.60
```

IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING
TO DEFRAUD THE COMPANY.  PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF
INSURANCE, AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE
COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO A POLICYHOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR
ATTEMPTING TO DEFRAUD THE POLICYHOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT
OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO
DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AGENCIES.

2

05/01/2009  08:44      970-522-5405              MURPHY INS CENTER                    PAGE 07/07

Job Number: 712

03/25/2009 at 08:21 AM
29701

## ESTIMATE OF RECORD
2008 SAAB 9-3 4-2.0L-T  4D SED  Int:

Estimate based on MOTOR CRASH ESTIMATING GUIDE.  Unless otherwise noted all items are derived from the Guide ERK7320, CCC Data Date 10/01/2008, and the parts selected are OEM-parts manufactured by the vehicles Original Equipment Manufacturer.  OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships.  OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount.  OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships.  Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor information provided by MOTOR may have been modified or may have come from an alternate data source.  Tilde sign (-) items indicate MOTOR Not-Included Labor operations.  Non-Original Equipment Manufacturer aftermarket parts are described as AM, Qual Repl Parts or Comp Repl Parts which stands for Competitive Replacement Parts.  Used parts are described as LKQ, Qual Recy Parts, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.  Some 2009 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The Pathways estimator has a complete list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

CCC Pathways - A product of CCC Information Services Inc.

3

05/01/2009 FRI 09:36 [TX/RX NO 9564] ☑007

05/04/2009 at 04:33 PM                                    Job Number: 712
29701

### M & M AUTO SALES & BODY SHOP
302 South 10th Ave
Sterling, CO 80751
(970)522-9477 Fax: (970)522-2192

### PRELIMINARY SUPPLEMENT 1 WITH SUMMARY

Written By: TOM MICHEL
Adjuster:

Insured: DAVE IRWIN                     Claim #
  Owner: DAVE IRWIN                     Policy #
Address: 352 CORTEZ                     Deductible:
         STERLING, CO 80751             Date of Loss:
    Day: (970)571-0185                  Type of Loss:
                                        Point of Impact:

  Inspect
Location:

Insurance
Company:                                Days to Repair

2008 SAAB 9-3 4-2.0L-T  4D SED  Int:
VIN: YS3FB49YX81115773 Lic:          Prod Date:          Odometer:

| | | |
|---|---|---|
| Air Conditioning | Rear Defogger | Tilt Wheel |
| Cruise Control | Telescopic Wheel | Intermittent Wipers |
| Keyless Entry | Theft Deterrent/Alarm | Steering Wheel Controls |
| Message Center | Tinted Glass | Body Side Moldings |
| Wood Interior Trim | Dual Mirrors | Console/Storage |
| Traction Control | Stability Control | Fog Lamps |
| Signal Integrated Mirrors | Clear Coat Paint | Power Steering |
| Power Brakes | Power Windows | Power Locks |
| Power Driver Seat | Power Mirrors | Heated Mirrors |
| AM Radio | FM Radio | Stereo |
| Search/Seek | CD Player | Satellite Radio |
| Anti-Lock Brakes (4) | Driver Air Bag | Passenger Air Bag |
| Head/Curtain Air Bags | Front Side Impact Air Bag | Rear Side Impact Air Bags |
| 4 Wheel Disc Brakes | Communications System | Leather Seats |
| Bucket Seats | 6 Speed Transmission | Overdrive |
| Aluminum/Alloy Wheels | | |

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|---|---|---|---|---|---|---|
| 1 | | FRONT DOOR | | | | |
| 2 | Repl | LT Outer panel | 1 | 455.00 | 6.0 | 2.2 |
| 3 | | Add for Clear Coat | | | | 0.9 |
| 4 | | Add for mirror | | | 0.4 | |
| 5 | | Add for Edging | | | | 0.5 |
| 6 | | Add for Clear Coat | | | | 0.1 |
| 7 | | Add for Inside | | | | 0.5 |
| 8 | | Add for Clear Coat | | | | 0.1 |
| 9 | R&I | LT R&I trim panel | | | Incl. | |

1

05/04/2009 at 04:33 PM                                  Job Number: 712
29701
### PRELIMINARY SUPPLEMENT 1 WITH SUMMARY
2008 SAAB 9-3 4-2.0L-T  4D SED  Int:

---

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|-----------|-------|-------|
| 10# | Repl | PANEL BOND KIT | 1 | 55.63 | | |
| 11 | S01 Repl | LT Lower seal clip | 9 | 17.10 | Incl. | |
| 12 | S01 Repl | LT Lower seal retainer | 9 | 17.10 | Incl. | |
| 13 | S01O Repl | LT Sound absorber | 1 | | Incl. | |
| 14 | | REAR DOOR | | | | |
| 15 | Blnd | LT Door shell | | | | 1.1 |
| 16 | R&I | LT R&I trim panel | | | 0.4 | |
| 17 | R&I | LT Handle, outside | | | 0.3 | |
| 18 | R&I | LT Belt w'strip | | | 0.3 | |
| 19 | | FENDER | | | | |
| 20 | Blnd | LT Fender | | | | 1.0 |
| 21 | R&I | LT Fender liner 2.0L | | | 0.3 | |
| 22 | | FRONT LAMPS | | | | |
| 23 | R&I | LT Repeater lamp | | | 0.1 | |
| 24 | | FRONT BUMPER & GRILLE | | | | |
| 25 | R&I | R&I bumper assy | | | 1.2 | |
| 26 | | PILLARS, ROCKER & FLOOR | | | | |
| 27* | R&I | LT Rocker molding | | | 0.4 | |
| 28* | Rpr | LT Rocker molding black | | | 0.3 | 0.8 |
| 29# | Refn | CORROSION PRO. | | | | 0.3 |
| 30# | Refn | SAND AND BUFF | | | | 1.0 |
| 31# | S01 Repl | | 1 | | | |

---

```
                    Subtotals ==>      544.83    9.7    8.5


                Parts                                   544.83
                Body Labor      9.7 hrs @ $ 50.00/hr    485.00
                Paint Labor     8.5 hrs @ $ 50.00/hr    425.00
                Paint Supplies  8.5 hrs @ $ 34.00/hr    289.00
                ------------------------------------------------
                SUBTOTAL                             $ 1743.83
                Sales Tax       $  833.83 @  7.0000%    58.37
                ------------------------------------------------
                GRAND TOTAL                          $ 1802.20

                ADJUSTMENTS:
                  Deductible                             0.00
                ------------------------------------------------
                CUSTOMER PAY                         $    0.00
                INSURANCE PAY                        $ 1802.20
```

2

05/04/2009 at 04:33 PM                                          Job Number: 712
29701

### PRELIMINARY SUPPLEMENT 1 WITH SUMMARY
2008 SAAB 9-3 4-2.0L-T  4D SED  Int:

IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING
TO DEFRAUD THE COMPANY.  PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF
INSURANCE, AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE
COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO A POLICYHOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR
ATTEMPTING TO DEFRAUD THE POLICYHOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT
OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO
DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AGENCIES.

Estimate based on MOTOR CRASH ESTIMATING GUIDE.  Unless otherwise noted all items are derived from
the Guide ERK7320, CCC Data Date 03/02/2009, and the parts selected are OEM-parts manufactured by
the vehicles Original Equipment Manufacturer.  OEM parts are available at OE/Vehicle dealerships.
OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or
through alternate sources other than the OEM vehicle dealerships.  OPT OEM or ALT OEM parts may
reflect some specific, special, or unique pricing or discount.  OPT OEM or ALT OEM parts may
include "Blemished" parts provided by OEM's through OEM vehicle dealerships.  Asterisk (*) or
Double Asterisk (**) indicates that the parts and/or labor information provided by MOTOR may have
been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR
Not-Included Labor operations.  Non-Original Equipment Manufacturer aftermarket parts are described
as AM, Qual Repl Parts or Comp Repl Parts which stands for Competitive Replacement Parts.  Used
parts are described as LKQ, Qual Recy Parts, RCY, or USED.  Reconditioned parts are described as
Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are
provided by National Auto Glass Specifications.  Labor operation times listed on the line with the
NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not
included.  Pound sign (#) items indicate manual entries.  Some 2009 vehicles contain minor changes
from the previous year.  For those vehicles, prior to receiving updated data from the vehicle
manufacturer, labor and parts data from the previous year may be used.  The Pathways estimator has
a complete list of applicable vehicles.  Parts numbers and prices should be confirmed with the
local dealership.

CCC Pathways - A product of CCC Information Services Inc.

3

05/04/2009 at 04:33 PM                                    Job Number: 712
29701

**PRELIMINARY SUPPLEMENT 1 WITH SUMMARY**
2008 SAAB 9-3 4-2.0L-T  4D SED  Int:

---

| NO. | OP. | DESCRIPTION | QTY | EXT. PRICE | LABOR | PAINT |
|-----|-----|-------------|-----|-----------|-------|-------|
| | | ------ ADDED ITEMS ------- | | | | |
| 11 | S01 | Repl LT Lower seal clip | 9 | 17.10 | Incl. | |
| 12 | S01 | Repl LT Lower seal retainer | 9 | 17.10 | Incl. | |
| 13 | S01O | Repl LT Sound absorber | 1 | | Incl. | |
| 31# | S01 | Repl | 1 | | | |

---

                                    Subtotals ==>        34.20      0.0      0.0


                          Parts                                        34.20
                          --------------------------------------------------
                          SUBTOTAL                             $        34.20
                          Sales Tax              $   34.20 @  7.0000%    2.39
                          Additional Supplement Taxes                    0.01
                          --------------------------------------------------
                          TOTAL SUPPLEMENT AMOUNT               $       36.60

                          NET COST OF SUPPLEMENT                $       36.60

Estimate          1765.60 TOM MICHEL
Supplement S01      36.60 TOM MICHEL
                 --------
Job Total       $ 1802.20                    INSURANCE PAY $ 1802.20

IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING
TO DEFRAUD THE COMPANY.  PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF
INSURANCE, AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE
COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR
INFORMATION TO A POLICYHOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR
ATTEMPTING TO DEFRAUD THE POLICYHOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT
OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO
DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AGENCIES.

05/04/2009 at 04:33 PM                                                    Job Number: 712
29701

## PRELIMINARY SUPPLEMENT 1 WITH SUMMARY
### 2008 SAAB 9-3 4-2.0L-T   4D SED    Int:

Estimate based on MOTOR CRASH ESTIMATING GUIDE.  Unless otherwise noted all items are derived from
the Guide ERK7320, CCC Data Date 03/02/2009, and the parts selected are OEM-parts manufactured by
the vehicles Original Equipment Manufacturer.  OEM parts are available at OE/Vehicle dealerships.
OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or
through alternate sources other than the OEM vehicle dealerships.  OPT OEM or ALT OEM parts may
reflect some specific, special, or unique pricing or discount.  OPT OEM or ALT OEM parts may
include "Blemished" parts provided by OEM's through OEM vehicle dealerships.  Asterisk (*) or
Double Asterisk (**) indicates that the parts and/or labor information provided by MOTOR may have
been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR
Not-Included Labor operations.  Non-Original Equipment Manufacturer aftermarket parts are described
as AM, Qual Repl Parts or Comp Repl Parts which stands for Competitive Replacement Parts.  Used
parts are described as LKQ, Qual Recy Parts, RCY, or USED.  Reconditioned parts are described as
Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are
provided by National Auto Glass Specifications.  Labor operation times listed on the line with the
NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not
included.  Pound sign (#) items indicate manual entries.  Some 2009 vehicles contain minor changes
from the previous year.  For those vehicles, prior to receiving updated data from the vehicle
manufacturer, labor and parts data from the previous year may be used.  The Pathways estimator has
a complete list of applicable vehicles.  Parts numbers and prices should be confirmed with the
local dealership.


CCC Pathways - A product of CCC Information Services Inc.

The Estimate of Repair includes parts, labor, diagnosis, and any applicable taxes. If, on further inspection, additional parts or repairs are needed, you will be contacted for authorization. We are not responsible for loss or damage to your vehicle from fire, theft, accidents or any cause beyond our control. All tests will be made by our employees at your risk.

AUTHORIZED SIGNATURE: _____   DATE: _11-11-2008_

ADD'L REPAIR AUTHORIZATION AMOUNT: $ _36.60_   DATE: _11-11-2008_

PHONE NO.: _____   TIME: _____   PERSON CONSENTING: _____

If vehicle is returned to customer before authorized repairs are performed, a diagnostic and handling charge, including reassembly, will be made.

POWER OF ATTORNEY - «Field 23»

I do hereby appoint the aforementioned business as my attorney in fact to accept on my behalf any and all checks, drafts, or bills of exchange for deposit to the aforementioned business' account for credit on my account for repairs on my vehicle which has been released and accepted.

ACCEPTED BY: _____   DATE: _11-11-2008_

M&M AUTO BODY & REPAIR
302 South 10th Ave.
Sterling, CO  80751
Phone 970-522-9470   OFFICE USE ONLY

«Field 23»                                              DEDUCTIBLE: $ «Field 45»

| Received From | Amt Rec'd | Type of Payment | Balance Due |
|---|---|---|---|
| _____ | $ Claim No. 500-9631 | | $ 36.60 |
| _____ | $ _____ | | _____ |
| _____ | $ _____ | | _____ |
| _____ | $ _____ | | _____ |

# Exhibit 4
## Letter from ESIS/GM Central Claims Unit



**esis**

ESIS/GM Central Claims Unit
P.O. Box 300
Mail Code 482 C19 B61
Detroit, MI 48265-3000

800.888.0164 *tel*
313.665.0911 *fax*

Paul Olle
Claims Administrator

April 1, 2009

PHIL HARDING
HARDING & ASSOCIATES
730 17TH STREET, #650
DENVER, CO 80202

RE:    Claimant:         David Irwin
       Our File No.:     668545
       Our Client:       General Motors Corporation
       Date/Event:       1/29/2009
       Subject Vehicle:  2008 Saab 9-3
       VIN:              YS3FB49YX81115773

Dear Mr. Harding:

This letter serves to notify you that GM will be attempting to purchase the subject vehicle when it is auctioned.

However, the subject vehicle and its related components are the evidence of your client's claim. While GM is making an effort to purchase and preserve the subject vehicle, it is your client's obligation and responsibility to ensure that the subject vehicle and its related components are maintained and preserved in their immediate post-incident condition for as long as he intends to pursue a claim and/or cause of action.

So we may further investigate your claim regarding the driver's door of the subject vehicle, we request that you provide us with the following information:

1. Statement describing the incident, outlining the date, time and events regarding this matter. Also statements of other witnesses, if available would be appreciated;
2. Proof of defect in the subject vehicle, including expert's reports, mechanic statements, or other supporting documentation;
3. All medical records concerning the injuries suffered as a result of this accident;
4. Original photographs (or color copies) taken by you, or someone on your behalf, of the vehicle that is the basis of your claim;
5. Documentation to substantiate the type and amount of damages claimed;

When we have received this information, we will be in a better position to consider your claim. Should you have any questions regarding this letter or your claim, please do not hesitate to contact me directly at 800.888.0164, Monday through Friday, 8:00 a.m. to 4:30 p.m., EST

Sincerely,

Paul Olle
Claims Administrator

## **Exhibit 5**
## **Letter from Bastiaan E. Cornelissen, Ph.D., P.E.**



May 25, 2009
EAG118-09

Mr. Robert I. Lapidow, Esq.
Overturf, McGath, Hull & Doherty
625 East 16th Avenue, Huddart Terrace
Denver, Colorado 80203

Re:    Your Client:    M&M Auto Body

Dear Mr.Lapidow:

Per your request, Event Analysis Group, LLC performed a non-destructive inspection of the Irwin Saab at Front Range Automotive on May 19, 2009 in the presence of representatives for GM and Irwin. Based on the results of this preliminary inspection, I recommend the following additional steps:

- Document condition of door.
- Remove driver's door by removing bolts connecting hinges to door. Leave hinges attached to car body. Disconnect other components as required to free door.
- Remove door skin panels to expose lock mechanism, window actuators, and other internal components.
- Examine linkages and other internal door components.
- Operate door lock mechanism to determine post-impact functionality
- Other tests and inspections as agreed to by parties present.

Very truly yours,

EVENT ANALYSIS GROUP, LLC

Bastiaan E. Cornelissen, Ph.D., P.E.
Principal

16154 Sandstone Drive
Morrison, CO 80465
(303) 503-0411

## **Exhibit 6**
**E-Mail Messages to Debtors and Professionals**

**From:** Falabella, Pablo <pablo.falabella@weil.com>
**To:** Jeff Kelley <kelleylawfirm@aol.com>
**Cc:** phil@hlaw.org <phil@hlaw.org>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Our Client / Claimant: David Irwin - Proof of Claim No: 25376
**Date:** Tue, May 4, 2010 2:50 pm

I will pass this along to the client and inform you once I hear back from them.

Thanks,

**Pablo Falabella**
**Weil, Gotshal & Manges LLP**
Direct Dial: (212) 310-8050 | Fax: (212) 310-8007
767 Fifth Avenue, New York, NY 10153
pablo.falabella@weil.com

**From:** Jeff Kelley [mailto:kelleylawfirm@aol.com]
**Sent:** Tuesday, May 04, 2010 4:48 PM
**To:** Falabella, Pablo
**Cc:** phil@hlaw.org; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Our Client / Claimant: David Irwin - Proof of Claim No: 25376

Dear Mr. Falabella, I am following up on the status of the ADR process as it applies to Mr. David Irwin's claims. Specifically, the vehicle in which Mr. Irwin was injured is being held in storage, in Englewood Colorado, at the direction and control of ESIS. Access to the vehicle is required for destructive testing and analysis to determine the at fault party. I would greatly appreciate your looking into this claim and contacting me at your earliest convenience to determine if ADR will be scheduled for this case in the near future, or other arrangements will be made for testing of the vehicle prior to the ADR process. Thank you.

Jeff Kelley, Esq.
Harding & Associates, P.C.
730 17th Street, Suite 650
Denver, CO 80202
tel. 303-762-9500
fax. 303-399-9689
jeff@hlaw.org
www.hlaw.org

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

**From:** Jeff Kelley <kelleylawfirm@aol.com>
**To:** cwagner@alixpartners.com
**Bcc:** Kelleylawfirm@aol.com; phil@hlaw.org
**Subject:** Proof Of Claim for David Irwin, Claim number 25376
**Date:** Fri, Jan 22, 2010 1:19 pm
**Attachments:** Irwin_Proof_of_Claim_for_BR_ct.pdf (7730K)

Dear Ms. Wagner, thank you for your call today.  As we discussed, I am attaching the supplemental information filed with Mr. Irwin's proof of claim.  Please let me know if you need anything further to address our request for further testing on the subject automobile.


Jeff Kelley, Esq.
Harding & Associates, P.C.
730 17th Street, Suite 650
Denver, CO 80202
tel. 303-762-9500
fax. 303-399-9689
jeff@hlaw.org
www.hlaw.org

**From:** Jeff Kelley <kelleylawfirm@aol.com>
**To:** brianna.benfield@weil.com
**Bcc:** Kelleylawfirm@aol.com; phil@hlaw.org
**Subject:** David Irwin Proof of Claim; Claim number 25376
**Date:** Tue, Jan 19, 2010 11:21 am
**Attachments:** Irwin_Proof_of_Claim_for_BR_ct.pdf (7730K)

Dear Ms. Benfield, thank you for your call today.  As we discussed, I am attaching the supplemental information filed with Mr. Irwin's proof of claim.  Please let me know if you need anything further to address our request for further testing on the subject automobile.

Jeff Kelley, Esq.
Harding & Associates, P.C.
730 17th Street, Suite 650
Denver, CO 80202
tel. 303-762-9500
fax. 303-399-9689
jeff@hlaw.org
www.hlaw.org

**From:** Jeff Kelley <kelleylawfirm@aol.com>
**To:** vicki.r.williams@gm.com
**Bcc:** Kelleylawfirm@aol.com; phil@hlaw.org
**Subject:** ESIS File No. 668545 - OUr CLient, David Irwin - Concerning 2008 Saab
**Date:** Fri, Jan 15, 2010 12:07 pm
**Attachments:** Irwin_Proof_of_Claim_for_BR_ct.pdf (7730K)

Ms. Williams, thank yo for looking into the options we may have to pursue our investigation of this matter, specifically, further testing of the 2008 Saab. As I mentioned, I am forwarding a copy of our proof of claim, which includes a "Summary Of Proof Of Claim and Additional Documents To Support Claim". I hope this information will be helpful to you in discussing this with counsel. The MCL claim number is 25376 and the schedule number is 1719703. Thank you for your assistance.

Jeff Kelley, Esq.
Harding & Associates, P.C.
730 17th Street, Suite 650
Denver, CO 80202
tel. 303-762-9500
fax. 303-399-9689
jeff@hlaw.org
www.hlaw.org