**LOWENSTEIN SANDLER PC**
Sharon L. Levine, Esq.
S. Jason Teele, Esq.
Andrew Behlmann, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 262-6700
Facsimile:    (973) 597-2333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) |
| f/k/a General Motors Corp., *et al.* | ) Case No. 09-50026 (REG) |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATION OF SERVICE

I, Andrew David Behlmann, hereby certify under penalty of perjury that on the date hereof, I caused a true and correct copy of the *Notice of Motion of David Irwin for Relief From the Automatic Stay To Conduct Limited Intrusive Testing of Debtors' Property*, the accompanying *Motion of David Irwin for Relief from the Automatic Stay To Conduct Limited Intrusive Testing of Debtors' Property* (the "Motion"), and the exhibits to the Motion to be served (i) via the Clerk of the Court by filing the Notice via the Court's CM/ECF electronic filing system, which will send notification to all parties entitled to receive electronic notice in these bankruptcy cases, and (ii) via First-Class Mail, postage prepaid, to the parties on the Master Service List annexed hereto as Exhibit A.

Dated:  New York, New York
           March 11, 2011

                                                                  */s/ Andrew David Behlmann*
                                                                     Andrew David Behlmann

25156/2
03/11/2011 16925241.6