# EXHIBIT A
# Master Service List

**ALIX PARTNERS LLP**
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654

**BRADY C WILLIAMSON**
GODFREY & KAHN SC
ONE EAST MAIN ST
MADISON, WI 53703

**CAPLIN & DRYSDALE, CHARTERED**
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005

**CHAPELL & ASSOCIATES LLC**
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

**DANIEL W. SHERRICK, GENERAL COUNSEL**
8000 EAST JEFFERSON AVE
DETROIT, MI 48214

**DEAN M. TRAFELET**
LEGAL REPRESENTATIVE ASBESTOS
PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610

**DEPARTMENT OF LABOR**
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201

**GENERAL MOTORS, LLC**
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265

**GODFREY & KAHN, S.C.**
ATTN: TIMOTHY F. NIXON, ESQ
780 NORTH WATER STREET
MILWAUKEE, WI 53202

**INTERNAL REVENUE SERVICE**
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007

**INTERNAL REVENUE SERVICE**
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114

**KENNEDY, JENNIK & MURRAY P.C.**
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003

**KENNEDY, JENNIK & MURRAY P.C.**
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
ATTN: THOMAS MOERS MAYER, R SCHMIDT,
LAUREN MACKSOUD, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**MORGAN, LEWIS & BOCKIUS LLP**
ATTN:  ANDREW D. GOTTFRIED & ANNIE C.
WELLS
101 PARK AVENUE
NEW YORK, NY 10178

**MORGAN, LEWIS & BOCKIUS LLP**
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

**MOTORS LIQUIDATION COMPANY**
ATTN: THOMAS MORROW
FKA GENERAL MOTORS CORP
401 SOUTH OLD WOODWARD AVENUE
BIRMINGHAM, MI 48009

**NEW YORK CITY DEPT. OF FINANCE**
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201

**NEW YORK STATE DEPT TAXATION & FINANCE**
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205

**OFFICE OF THE ATTORNEY GENERAL**
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271

**OFFICE OF THE UNITED STATES TRUSTEE**
TRACY HOPE DAVIS
33 WHITEHALL STREET
NEW YORK, NY 10004

**ORRICK HERRINGTON & SUTCLIFF LLP**
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005

**ORRICK HERRINGTON & SUTCLIFF LLP**
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005

**OSLER, HOSKIN & HARCOURT LLP**
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100

**OTTERBOURG STEINDLER HOUSTON & ROSEN PC**
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169

**PAUL WEISS RIFKIND WHARTON & GARRISON LLP**
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

**PENSION BENEFIT GUARANTY CORPORATION**
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
OFFICE OF THE GENERAL COUNSEL
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
WASHINGTON, DC 20005

**SCHOENL KEVIN M**
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY 14468

**SECURITIES AND EXCHANGE COMMISSION**
ATTN: ANDREW N. VOLLMER, ACTING GEN.
COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

**SECURITIES AND EXCHANGE COMMISSION**
ATTN: MARK SCHONFELD, REGIONAL
DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281

**SHINN FU CORPORATION**
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153

**SIMPSON THACHER & BARTLETT LLP**
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

**SIMPSON THACHER & BARTLETT LLP**
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

**STEMBER FEINSTEIN DOYLE AND PAYNE
LLC**
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. &
PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219

**STEMBER FEINSTEIN DOYLE AND PAYNE
LLC**
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219

**STEMBER FEINSTEIN DOYLE AND PAYNE
LLC**
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219

**STUTZMAN BROMBERG ESSERMAN &
PLIFKA PC**
ATTN: SANDER ESSERMAN, ROBERT
BROUSSEAU, PETER D'APICE, JO HARTWICK
LEGAL REPRESENTATIVE FOR FUTURE
ASBESTOS PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201

**THE CHURCH OF THE GOOD NEWS**
1599 COLUMBUS AVENUE
BOSTON, MA 02119

**THE GARDEN CITY GROUP INC**
ATTN: BARBARA KEANE
105 MAXESS ROAD
MELVILLE, NY 11747

**TORRES EDWARD ZUNIGA**
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ 85255

**U.S. TREASURY**
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220

**UNITED STATES ATTORNEY'S OFFICE**
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E GERBER
NEW YORK, NY 10004

**UNITED STATES DEPARTMENT OF THE TREASURY**
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220

**UNITED STATES DEPARTMENT OF THE TREASURY**
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

**UNITED STATES DEPT. OF JUSTICE**
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

**UNITED STATES DEPT. OF JUSTICE**
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

**VEDDER PRICE**
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019

**WEIL, GOTSHAL & MANGES LLP**
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

**WEIL, GOTSHAL & MANGES LLP**
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153

**WEIL, GOTSHAL & MANGES LLP**
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153