# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
         f/k/a General Motors Corp., et al.         :        Chapter 11
                                                    :        Case No. 09-50026 (REG)
                                                    :        (Jointly Administered)
                      Debtors.                      :
-------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**        )
                             ) ss
COUNTY OF **NASSAU**         )

I, Chanpreet Kondal, being of full age, states as follows:

   1.   I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

   2.   On March 11, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9759) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                            /s/ Chanpreet Kondal
                                            Chanpreet Kondal

Sworn to before me this 11th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

### TRANSFEROR

Drawbridge OSO Securities LLC
Attn: Constantine M. Dakolias
1345 Avenue of the Americas, 46th Floor
New York, NY 10105

Drawbridge OSO Securities LLC
c/o Greenberg Traurig, LLP
Attn: Bruce R. Zirinsky, Esq. and Nancy A. Mitchell, Esq.
200 Park Avenue
New York, NY 10166

### TRANSFEREE

Citigroup Global Markets Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Citigroup Global Markets Inc.
c/o Morrison & Foerster LLP
Attn: Charles M. Cole and Christopher S. Campbell
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006