# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
    f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                    :    Case No. 09-50026 (REG)
                                                    :    (Jointly Administered)
         Debtors.                  :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **NASSAU**     )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 11, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9767) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                            /s/ Chanpreet Kondal
                                                            Chanpreet Kondal

Sworn to before me this 11th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No.  01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

Irma Avelar, Individually, and as Next Friend of
Brenda Avelar, Enrique Avelar Jr. and Veronica Avelar,
Minors, and Gaspar Avelar, Individually
c/o Watts Guerra Craft LLP
Attn: Shalimar S. Wallis
300 Convent Street, Suite 100
San Antonio, TX 78205

<u>TRANSFEREE</u>

Taconic Capital Partners 1.5 L.P.
c/o Taconic Capital Advisors LP
Attn: Elizabeth Keeley
450 Park Avenue, 8th Floor
New York, NY 10022

Taconic Capital Partners 1.5 L.P.
c/o Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One Financial Center
New York, NY 10281