# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br> [ ] MLCS, LLC, Case No. 09-50027 <br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BELTRAN, ARMIDA <br> C/O LAW OFFICE OF DANIEL M OLEARY <br> 10490 SANTA MONICA BLVD <br> #2 <br> LOS ANGELES, CA 90025 |
| Claim Number (if known): | 29696 |
| Date Claim Filed: | 11/18/2009 |
| Total Amount of Claim Filed: | $1,500,000.00 |

RECEIVED MAR 10 2011 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 5, 2011

Print Name: Daniel O'Leary

Title (if applicable): Attorney

---

1

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel M. O'Leary (175128)<br>Law Office of Daniel M. O'Leary<br>10490 Santa Monica Boulevard<br>Los Angeles, CA 90025<br>TELEPHONE NO.: 310-481-2020    FAX NO. *(Optional)*: 310-481-0049<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

PLAINTIFF/PETITIONER: Armida Beltran, et al.

DEFENDANT/RESPONDENT: Cooper Tire & Rubber Co., et al.

| REQUEST FOR DISMISSAL<br>[✓] Personal Injury, Property Damage, or Wrongful Death<br>     [✓] Motor Vehicle  [ ] Other<br>[ ] Family Law   [ ] Eminent Domain<br>[ ] Other *(specify)*: | CASE NUMBER:<br>BC350487 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [✓] With prejudice    (2) [ ] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by *(name)*:                                                       on *(date)*:
      (4) [ ] Cross-complaint filed by *(name)*:                                                       on *(date)*:
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other *(specify)*:* Defendants General Motors Corporation, and Gunderson Chevrolet, Inc., ONLY

2. (Complete in all cases except family law cases.)
   [ ] Court fees and costs were waived for a party in this case. *(This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed)*.

Date: March 9, 2011

Daniel M. O'Leary                                                                      ▶ *(signature)*
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)                        (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

                                                                                      ▶
(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)                        (SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-Complainant

*(To be completed by clerk)*
4. [ ] Dismissal entered as requested on *(date)*:
5. [ ] Dismissal entered on *(date)*:                            as to only *(name)*:
6. [ ] Dismissal not entered as requested for the following reasons *(specify)*:

7. a. [ ] Attorney or party without attorney notified on *(date)*:
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
        [ ] a copy to be conformed    [ ] means to return conformed copy

Date:                                    Clerk, by                                              , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. July 1, 2009]

**REQUEST FOR DISMISSAL**

Page 1 of 2
Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

CIV-110

| PLAINTIFF/PETITIONER: Armida Beltran, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Cooper Tire & Rubber Co., et al. | BC350487 |

## Declaration Concerning Waived Court Fees

The court has a statutory lien for waived fees and costs on any recovery of $10,000 or more in value by settlement, compromise, arbitration award, mediation settlement, or other recovery. The court's lien must be paid before the court will dismiss the case.

1. The court waived fees and costs in this action for (name): N/A

2. The person in item 1 (check one):
   a. ☐ is not recovering anything of value by this action.
   b. ☐ is recovering less than $10,000 in value by this action.
   c. ☐ is recovering $10,000 or more in value by this action. (If item 2c is checked, item 3 must be completed.)

3. ☐ All court fees and costs that were waived in this action have been paid to the court (check one): ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: March 9, 2011

Daniel M. O'Leary

(TYPE OR PRINT NAME OF ☑ ATTORNEY ☐ PARTY MAKING DECLARATION)

(SIGNATURE)