**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 9706].

| | |
|---|---|
| Dated:  March 10, 2011 | /s/ Alison Moodie_____ |
|            Lake Success, New York | Alison Moodie |

Sworn to before me this 10th day of March, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| ALMA G HALLER TTEE | PAUL J AND ALMA G HALLER TTEE |
| U/A/D 10/18/85 | U/A/D 10/18/85 |
| ALMA G HALLER TR | PAUL J HALLER REVOCABLE TR |
| 8220 NATURES WAY | 8220 NATURES WAY |
| APT# 119 | APT# 119 |
| LAKEWOOD RCH, FL 34202-4207 | LAKEWOOD RCH, FL 34202-4207 |