**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 9711].

Dated: March 10, 2011                          /s/ Alison Moodie
       Lake Success, New York                  Alison Moodie

Sworn to before me this 10th day of March, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

| | |
|---|---|
| AKZO NOBEL COATING INC<br>ATTN DOUGLAS Q BUTLER GEN MGR<br>2031 NELSON HILLER PKWY<br>LOUISVILLE, KY 40223 | AKZO NOBEL COATING INC<br>ATTN THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| AKZO NOBEL COATINGS, INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | BROWNING-FERRIS INDUSTRIES OF OHIO INC<br>ATTN: STEPHEN K DEXTER<br>LATHROP & GAGE LLP<br>370 17TH ST STE 4650<br>DENVER, CO 80202-5607 |
| CARGILL, INCORPORATED CARGILL, INCORPORATED<br>C/O MARK ERZEN<br>KARAGANIS WHITE & MAGEL LTD<br>1 N WACKER DR STE 4400<br>CHICAGO, IL 60606-2841 | CASMALIA RESOURCES SITE STEERING COMMITTEE<br>C/O MELISSA MURRAY ESQ, BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006-1806 |
| CHEMCLENE SITE DEFENSE GROUP<br>C\O LANGSAM STEVENS & MORRIS<br>1616 WALNUT ST STE 612<br>PHILADELPHIA, PA 19103-5308 | CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC<br>(SUCCESSOR TO HOECHST CELANESE COPORATION)<br>PEPPER HAMILTON LLP C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CEL/<br>ATTN THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 | DEARBORN REFINING SITE CUSTOMERS PRP GROUP<br>C/O BRIAN D FIGOT<br>STEPHEN M LANDAU PC<br>30100 TELEGRAPH RD STE 428<br>BINGHAM FARMS, MI 48025-4564 |
| DETREX CORPORATION<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | DETREX CORPORATION<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| ELJER MANUFACTURING COMPANY INC C/O<br>REXNORD ZURN HOLDINGS INC<br>C/O REED SMITH LLP - LOUIS NAUGLE, ESQUIRE<br>REED SMITH CENTRE<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222 | FEDERAL SCREW WORKS<br>C/O THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| FEDERAL SCREW WORKS<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY<br>JEFFREY G HAMILTON JACKSON WALKER LLP<br>901 MAIN STREET STE 6000<br>DALLAS, TX 75202 |
| FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY<br>JEFFREY G HAMILTON JACKSON WALKER LLP<br>901 MAIN STREET STE 6000<br>DALLAS, TX 75202 | FORD MOTOR COMPANY<br>C/O THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER<br>SUITE 36000<br>DETROIT, MI 48243 |
| FORD MOTOR COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 | FORD MOTOR COMPANY, AND ITS SUBSIDIARIES AND<br>AFFILIATES AND ALL SUCCESSORS AND ASSIGNS THEREOF<br>ATTN: JOSE J BARTOLOMEI<br>MILLER CANFIELD<br>101 N MAIN ST, 7TH FL<br>ANN ARBOR, MI 48104 |

| | |
|---|---|
| FOREST WASTE COORDINATING COMMITTEE GROUP<br>C/O MICHAEL M BRILEY<br>SHUMAKER LOOP & KENDRICK<br>1000 JACKSON ST<br>TOLEDO, OH 43604 | HOLLIDAY REMEDIATION TASK FORCE<br>LISA A EPPS & JAMES T. PRICE<br>SPENCER FANE BRITT & BROWNE LLP<br>C/O DOEPKE-HOLLIDAY SUPERFUND SITE<br>1000 WALNUT ST STE 1400<br>KANSAS CITY, MO 64106-2140 |
| HONEYWELL INTERNATIONAL INC.<br>ATTN: THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL<br>101 COLUMBIA ROAD<br>MORRISTOWN, NJ 07962 | KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER COF<br>C/O SCOTT D BLACKHURST<br>KELSEY-HAYES COMPANY<br>12001 TECH CENTER DRIVE<br>LIVONIA, MI 48150 |
| KETTERING UNIVERSITY<br>JOSE BARTOLOMEI AND MILLER CANFIELD<br>101 N MAIN ST, 7TH FLOOR<br>ANN ARBOR, MI 48104 | LAMMERS BARREL FACTORY PRP GROUP<br>C/O NIJMAN FRANZETTI LLP<br>10 S LASALLE ST STE 3600<br>CHICAGO, IL 60603-1032 |
| MARYLAND SAND & GRAVEL FUND<br>CLEAN SITE ENVIRON SVS INC<br>ATTN: SCOTT MILLER<br>46161 WESTLAKE DR STE 230-B<br>POTOMAC FALLS, VA 20165 | MAXUS ENERGY CORPORATION<br>ATTN: S.A.R. GALLEY<br>1330 LAKE ROBBINS DR STE 300<br>THE WOODLANDS, TX 77380 |
| MAXUS ENERGY CORPORATION<br>C/O WILLIAM L WARREN<br>DRINKER BIDDLE & REATH LLP<br>105 COLLEGE RD E, PO BOX 627<br>PRINCETON, NJ 08542 | MICHELIN NORTH AMERICA<br>(SUCCESSOR TO UNIROYAL GOODRICH TIRE COMPANY INC)<br>PEPPER HAMILTON LLP C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| MICHELIN NORTH AMERICA (SUCCESSOR TO UNIROYAL GOODRICH TII<br>ATTN THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 | NCR CORPORATION<br>ATTN: MATTHEW A HAMERMESH, ESQ<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 27TH FL<br>PHILADELPHIA, PA 19103 |
| NCR CORPORATION<br>EDWARD GALLAGHER LAW VICE PRESIDENT<br>NCR CORPORATION WHQ-2E<br>3097 SATELLITE BLVD STE 100<br>DULUTH, GA 30096-1293 | NCR CORPORATION<br>EDWARD GALLAGHER, LAW VP<br>NCR CORPORATION, WHQ-2E<br>3097 SATELLITE BLVD STE 100<br>DULUTH, GA 30096-1293 |
| NCR CORPORATION<br>MATTHEW A HAMERMESH ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE 27TH FLOOR<br>PHILADELPHIA, PA 19103 | NCR CORPORATION<br>MATTHEW A HAMERMESH ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| NIAGARA MOHAWK POWER CORPORATION<br>D/B/A NATIONAL GRID<br>ATTN: SUSAN R KATZOFF, ESQ<br>C/O HISCOCK & BARCLAY, LLP<br>ONE PARK PLACE, 300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 | NIAGARA MOHAWK POWER CORPORATION<br>D/B/A NATIONAL GRID<br>C/O HISCOCK & BARCLAY LLP<br>ONE PARK PLACE  300 SOUTH STATE ST<br>ATTN: SUSAN R KATZOFF ESQ<br>SYRACUSE, NY 13202 |
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID<br>C/O HISCOCK & BARCLAY LLP<br>ONE PARK PLACE 300 SOUTH STATE STREET<br>ATTN: SUSAN R. KATZOFF, ESQ.<br>SYRACUSE, NY 13202 | NIAGARA MOHAWK POWER CORPORATION DBA NATIONAL GRID<br>C/O HISCOCK & BARCLAY LLP<br>ATTN SUSAN R KATZOFF ESQ<br>ONE PARK PLACE 300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 |

| | |
|---|---|
| NL INDUSTRIES INCORPORATED<br>TRACEE THOMAS<br>5430 LBJ FREEWAY SUITE 1700<br>DALLAS, TX 75240 | NORTH SHORE GAS COMPANY<br>C/O STEPHEN H ARMSTRONG<br>JENNER & BLOCK LLP<br>353 N CLARK STREET<br>CHICAGO, IL 60654 |
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.<br>C/O GABRIEL CALVO<br>7555 COLSHIRE DRIVE<br>M/S C-4S1<br>MCLEAN, VA 22102 | NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.<br>JOSEPH P KWAN, CORP DIRECTOR<br>NORTHROP GRUMMAN CORP, ENCIRONMENTAL REMEDIATION<br>1840 CENTURY PARK EAST<br>LOS ANGELES, CA 90067 |
| OIL STEERING COMMITTEE<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN LLP<br>445 S FIGUEROA STREET 31ST FLOOR<br>LOS ANGELES, CA 90071 | RPM INTERNATIONAL INC<br>C/O THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| SCOTSMAN GROUP LLC<br>775 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061 | SCOTSMAN GROUP LLC<br>C/O KEVIN J. BYRNE<br>SCHIFF HARDIN LLP<br>SUITE 6600<br>233 S. WACKER DRIVE<br>CHICAGO, IL 60606 |
| SEALAND SUPERFUND SITE REMEDIATION TRUST<br>ATTN DAVID L COOK ESQ<br>NIXON PEABODY LLP<br>1100 CLINTON SQUARE<br>ROCHESTER, NY 14604 | THE STANDARD REGISTER COMPANY<br>C/O JOHN R HUMPHREY<br>TAFT STETTINIUS & HOLLISTER LLP<br>ONE INDIANA SQUARE, SUITE 3500<br>INDIANAPOLIS, IN 46204 |
| THE WILLIAMS COMPANIES INC ON BEHALF OF AGRICO CHEMICAL COI<br>ATTN RANDY O NEAL<br>ONE WILLIAMS CENTER MD 50-4<br>TULSA, OK 74102 | TIERRA SOLUTIONS INC<br>C/O WILLIAM L WARREN<br>DRINKER BIDDLE & REATH LLP<br>105 COLLEGE ROAD EAST<br>PO BOX 627<br>PRINCETON, NJ 08542 |
| TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISASANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER STE 3600<br>DETROIT, MI 48243 |
| UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP<br>THOMAS D GOLDBERG ESQ<br>DAY PITNEY LLP<br>ONE CANTERBURY GREEN<br>STAMFORD, CT 06901 | UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP<br>WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL<br>UNITED TECHNOLOGIES CORP<br>ONE FINANCIAL PLAZA MS 524<br>HARTFORD, CT 06103 |
| VALLEYCREST LANDFILL SITE GROUP<br>ATTN: JOHN B PERSIANI<br>DINSMORE & SHOHL LLP<br>255 E 5TH ST, STE 1900<br>CINCINNATI, OH 45202 | WACKER CHEMICAL CORP.<br>C/O MICHAEL M. BRILEY<br>SHUMAKER, LOOP & KENDRICK<br>1000 JACKSON STREET<br>TOLEDO, OH 43604 |