## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                         :
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :
      f/k/a General Motors Corp., *et al.*           :    Chapter 11
                                                               :    Case No. 09-50026 (REG)
                                                               :    (Jointly Administered)
            Debtors.                          :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                        ) ss
COUNTY OF **NASSAU**    )

I, Chanpreet Kondal, being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 11, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9740) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                             /s/ Chanpreet Kondal
                                                             Chanpreet Kondal

Sworn to before me this 11th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

A-1 Disposal Landfill (Otsego) Site PRP Group
c/o Nijman Franzetti LLP
10 South LaSalle Street, Suite 3600
Chicago, IL 60603

<u>TRANSFEREE</u>

Corre Opportunities Fund, L.P.
Attn: Claims Processing (Bankruptcy)
1370 Avenue of the Americas, 29th Floor
New York, NY 10019