**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 9712].

Dated:  March 10, 2011                           /s/ Alison Moodie_____
        Lake Success, New York                   Alison Moodie

Sworn to before me this 10th day of March, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| ALCOA INC<br>ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022 | ALCOA INC<br>C/O HUNTON & WILLIAMS LLP<br>ATTN JASON W HARBOUR ESQ<br>951 E BYRD ST<br>RICHMOND, VA 23219 |
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | DTE ENERGY COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| GENERAL ELECTRIC COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | GERDAU MACSTEEL<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| JIS PERFORMING PARTY GROUP<br>BASF CORP BRISTOL MYERS SQUIBB CO ET AL<br>C/O MARY W KOKS, MUNSCH HARDT KOPF HARR PC<br>700 LOUISIANA #4600<br>HOUSTON, TX 77002 | JIS PERFORMING PARTY GROUP<br>GIBBONS PC<br>ATTN: IRVIN M FREILICH, ESQ<br>1 GATEWAY CENTER - 17TH FL<br>NEWARK, NJ 07102 |
| MARION BRAGG GROUP<br>C/O JOHN HANSON<br>BEVERIDGE & DIAMOND PC<br>1350 I STREET NW SUITE 700<br>WASHINGTON, DC 20005-3311 | MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP AN UNINCOI<br>ASSOCIATION BY ITS CHAIRMAN A TIMOTHY WEBSTER<br>C/O WEBSTER SZANYI LLP<br>1400 LIBERTY BLDG 424 MAIN STREET<br>BUFFALO, NY 14202 |
| MICHELIN NA INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | NIAGARA MOHAWK POWER CORPORATION<br>D/B/A NATIONAL GRID<br>C/O HISCOCK & BARCLAY, LLP<br>ATTN: SUSAN R KATZOFF, ESQ<br>ONE PARK PLACE, 300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 |
| OWENS-ILLINIOS INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | REYNOLDS METALS COMPANY<br>ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022 |
| REYNOLDS METALS COMPANY<br>C/O HUNTON & WILLIAMS LLP<br>ATTN JASON W HARBOUR, ESQ<br>951 E BYRD STREET<br>RICHMOND, VA 23219 | ROBERT A GLADSTONE, ON BEHALF OF THE<br>CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648 |
| SCP CARLSTADT PRP GROUP<br>C/O WILLIAM L. WARREN<br>DRINKER BIDDLE & REATH LLP<br>105 COLLEGE ROAD EAST<br>P.O. BOX 627<br>PRINCETON, NJ 08542 | TECUMSEH PRODUCTS COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| THE QUAKER OATS COMPANY<br>ATTN LARS S JOHNSON ESQ VP - QTG/PCNA PATENT &<br>ENVIRONMENTAL LAW<br>PEPSICO CHICAGO<br>555 W MONROE ST MAIL CODE 11-12<br>CHICAGO, IL 60661 | WASTE-STREAM, INC<br>ATTN: GENERAL COUNSEL (RE: POTSDAM SITE)<br>C/O CASELLA WAST SYSTEMS, INC<br>25 GREENS HILL LN<br>RUTLAND, VT 05701 |