**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**In re**

      **Motors Liquidation Company**
      **et al.**

                                       **Case No: 09-50026 (REG)**
                                       **(Jointly Administration)**

                        **Debtor.**
----------------------------------------------------------X

## <u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN
ORDER OF THE BANKRUPTCY COURT, DATED, **March 14, 2011**, DIRECTING
THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.