# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | BELTRAN, ZOILA<br>OLEARY DANIEL M LAW OFFICE OF<br>10490 SANTA MONICA BLVD #2<br>LOS ANGELES, CA 90025 |
| Claim Number (if known): | 30765 |
| Date Claim Filed: | 11/19/2009 |
| Total Amount of Claim Filed: | $1,000,000.00 |

RECEIVED MAR 10 2011 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: March 5, 2011

Print Name: Daniel O'Leary

Title (if applicable): Attorney

1