KARL PHILIPP MULLER
LEBERENSTRASSE 27
CH 8472 SEUZACH
SWITZERLAND

Chambers of the Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621, New York
New York 10004–1408

Seuzach, March 08 2011

Refer:
UNITED STATES BANKRUTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Chapter 11 Case No.    09-50026 (REG)
In re
MOTORS LIQUIDATION COMPAGNY, et al.,
f/k/a General Motors Corp., et al.
Debtors

Claim information:
My name is    MULLER KARL PHILIPP
Claim No.    9973
Date    10/14/2009
Debtor    Motors Liquidation Company

My claim is like the same as dispatched with date October 2nd 2009 to
THE GARDEN CITY GROUP Inc
Attn: Motors Liquidation Company
PO BOX 9386
Dublin Ohio 43017-4286
and enclosed as a copy at this letter.

I can not accept the expungement (declination) my administrative expenses with an amount – till now – of US $ 794.70 and it will be more with each letter. So it is at this moment US $ 850.- (including write this letter and the stamp to it). The administrative expenses will raise with each writing from and to the court.

I declare that my total claim (the certificate of debt; the unpaid percentage for 2008, 2009 2010 and the administrative expenses) is an amount of
US $ 31'135.99 (per March 08th 2011); see enclosed attachements

I'm looking forward to hear positive news, from the
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Especially the "NEW GM" make profit !

Kind regards

(KARL MULLER)

Attachements:

Exhibit A page 2 (DEBTORS' 216TH OMNIBUS OBJECTION TO CLAIMS

AMINISTRATIVE PROOF OF CLAIM with stamp "The Garden City Group Feb 11, 2011

My PROOF OF CLAIM from Date:10/2/09

Copy: Buy the Certificate of Debt from March 17 2004

216th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | Pgs. |
|---|---|---|---|---|---|
| JUNE B LEE<br>900 ROCKY FOUNTAIN TERRACE<br>MYERSVILLE, MD 21773 | 70911 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| KARL PHILIPP MULLER<br>UFEREN STRASSE 7<br>CH-8272 SHIZACH SWITZERLAND<br>SWITZERLAND | 70884 | Motors Liquidation Company | [illegible] | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARGARITA BLOCK<br>54 WESTMINISTER DRIVE<br>PALM COAST, FL 32164 | 70769 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY ANN GABLEHOUSE<br>3120 58 AVE CT<br>GREELEY, CO 80634 | 70912 | Motors Liquidation Company | $16,078.71 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL KISCHNER<br>LORENZ-DIEHL STRASSE 16<br>MAINZ 55131 GERMANY<br>GERMANY | 70995 | Motors Liquidation Company | $0.00 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MISS JOANN HITMAN<br>328 HARMONY CHURCH RD<br>GILLSVILLE, GA 30543 | 70923 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| OSCAR BERLAND<br>3005 CARLSON BLVD<br>EL CERRITO, CA 94530 | 70934 | Motors Liquidation Company | $9,062.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PETER HIOS<br>50-35 210 ST.<br>BAYSIDE, NY 11364 | 70766 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROGER W SCHNELLE<br>11277 HWY B<br>UNIONVILLE, MO 63565 | 70841 | Motors Liquidation Company | $5,977.46 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD & BARBARA KOPP<br>10998 HARDCASTLE RD.<br>BROOKLYN, MI 49230 | 70655 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "$0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**ADMINISTRATIVE PROOF OF CLAIM**

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

Name of Debtor: (Check only one)
- ☒ Motors Liquidation Company (f/k/a General Motors Corporation)    09-50026 (REG)
- ☐ MLCS, LLC (f/k/a Saturn, LLC)    09-50027 (REG)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)    09-50028 (REG)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)    09-13558 (REG)
- ☐ Remediation and Liability Management Company, Inc.    09-50029 (REG)
   (subsidiary of General Motors Corporation)
- ☐ Environmental Corporate Remediation Company, Inc.    09-50030 (REG)
   (subsidiary of General Motors Corporation)

[Stamp: GARDEN CITY GROUP / FEB 11 2011]

**ADMINISTRATIVE CLAIM**

Name of Creditor: **KARL PHILIPP MULLER**

Name and address where notices should be sent:
**LEBERENSTRASSE 27
CH-8472 SEUZACH
SWITZERLAND**

Telephone Number: **+41 52 335 14 20**

Last four digits of account or other number by which creditor identifies debtor: **Chapter 11 Case N° 09-50026**
**My CLAIM N° 9923**

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Check here ☐ replaces / ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
- ☐ Goods sold
- ☐ Services performed    *see the receipt*
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes = STAMPS
- ☒ Other = TRANSLATION the 5 written Doc *

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SSN: _____
   Unpaid compensation for services performed
   from _____ to _____

2. Date debt was incurred (must be on or after June 1, 2009):
3. If court judgment, date obtained:

4. **Total Amount of Administrative Claim:** $ **794,70**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.

5. **Brief Description of Administrative Expense Claim:**
   ***from THE GARDEN CITY GROUP INC.
   refer the "MLC"***

6. Credits: All payments made on this claim have been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, contracts, security agreements, and evidence of perfection of liens. DO NOT SEND ORIGINAL DOCUMENTS.

8. This Administrative Proof of Claim:
   ☒ is the first filed proof of claim evidencing the claim asserted herein
   ☐ supplements a proof of claim filed on or about _____
   ☐ replaces/supersedes a proof of claim filed on _____

9. Date-Stamped Copy: *The envelope is'nt stamped; as the stamp for THIS letter is not included* in proof of claim.

Date: **February 7th 2011**

Sign: **K. [signature]**
**KARL PHILIPP MULLER**

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*"REGISTERED LETTER" to you*

**PROOF OF CLAIM**

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

Name of Debtor (Check Only One):

- ☒ Motors Liquidation Company (f/k/a General Motors Corporation)
- ☐ MLCS, LLC (f/k/a Saturn, LLC)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.)

Case No.
- 09-50026 (REG)
- 09-50027 (REG)
- 09-50028 (REG)
- 09-13558 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property): **GENERAL MOTORS CORP.**

Name and address where notices should be sent:
**MÜLLER KARL PHILIPP**
**LEBERENSTR. 27**
**CH-8472 SEUZACH; SWITZERLAND**
Telephone number: **+41 52 335 14 20**
Email Address: **karl.mueller@bluewin.ch**

Name and address where payment should be sent (if different from above):
**SPARKASSE BODENSEE**
**D-78462 KONSTANZ; GERMANY**
**41 2338**
ACCOUNT-Nr **+49 7531 285 5 314**
Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____
(If known)

Filed on: **10/02/2009**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

**Your Claim is Scheduled As Follows:**

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009: **$ 240'204,60**

If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **MONEY LOANED**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ▓▓▓▓ **6/1/09 GM → Motors Liquidation Company**

3a. Debtor may have scheduled account as: ____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☒ Other
Describe:

Value of Property: $ **2'027,13**  Annual Interest Rate % **8.375 for 1 year**

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ ____

Basis for perfection: ____

Amount of Secured Claim: $ ____   Amount Unsecured: $ **26'231,73 +2009 +2010 percentage**

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

attached: **COPY of "BUY clarification"**

If the documents are not available, please explain in an attachment.

Date: **10/2/09**  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Karl Müller* (signature)  **(KARL MÜLLER)**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).**
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( __ ).

Amount entitled to priority:
$ ____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**FOR COURT USE ONLY**

COPY



SPARKASSE BODENSEE
POSTFACH 1880
88008 FRIEDRICHSHAFEN

*15. March 2004*

Postfach 18 80, 88008 Friedrichshafen

HERRN
KARL PHILIPP MÜLLER
LEBERENSTR. 27

CH-8472 SEUZACH

0000 4 0000
0301
0054

FRIEDRICHSHAFEN, 15.03.2004

FRANZ ROTH
VERMÖGENSMANAGEMENT
TELEFON (07531)285-314

Wertpapierabrechnung Kauf = *BUY*

| | | | |
|---|---|---|---|
| EUR 17.000,00 | 8,375% General Motors Corp. EO-Notes 2003(33) | | Kenn-Nr. XS0171943649 |
| Kurs | 114,87 % / Kurs variabel | Depotnummer | 173061 |
| Börse | STUTTGART | Ordernummer | 9955023 |
| Schlusstag | 15.03.2004 | Zinstermin | 5. Juli gzj. |
| Zinsvaluta | 16.03.2004 | mit Kupon | 05.07.2004 |
| Depotgutschrift | Wertpapierrechnung | Endfälligkeit | 05.07.2033 |
| Lagerland | LUXEMBURG | | 19.527,90 EUR S |
| Kurswert | | 8,375 % | 1.003,65 EUR S |
| Zinsen aus 259 Tagen | | 0,750 %o | 12,75 EUR S |
| Maklergebühren | | 0,500 % | 97,64 EUR S |
| Provision | | | 7,67 EUR S |
| Clearinggebühren | | *MONETARY VALUE* | 20.649,61 EUR S |
| Lastschrift Konto 41 2338 | | Wert 17.03.2004 *17. MARCH* | |

Mit freundlichen Grüßen

SPARKASSE BODENSEE

Kapitalerträge sind einkommensteuerpflichtig.
Bitte aufbewahren. Kann für steuerliche Zwecke bedeutsam sein.

- Irrtum vorbehalten -
Einwendungen gegen diese Mitteilung müssen unverzüglich erhoben werden.
Die Unterlassung unverzüglicher Einwendung gilt als Genehmigung.