# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Mr. Frank S. Mason, as personal representative of the estate of Debra K. Mason<br>11605 154th Road North<br>Jupiter, FL 33478 |
| Claim Number (if known): | 21705 |
| Date Claim Filed: | 11/9/2009 |
| Total Amount of Claim Filed: | $10,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3-8-11

*(signature)* Frank S Mason

Print Name: FRANK S. MASON

Title (if applicable): FATHER OF DEBRA

DEBRA DIED IN DEC. 2008