# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Debra Kathleen Mason <br> c/o Mr. Frank S. Mason <br> 11605 154th Road North <br> Jupiter, FL 33478 |
| Claim Number (if known): | 21706 |
| Date Claim Filed: | 11/9/2009 |
| Total Amount of Claim Filed: | $10,000,000.00 |

[RECEIVED stamp: MAR 14 2011, U.S. BANKRUPTCY COURT, SO. DIST. OF NEW YORK]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3-8-11

*[Signature: Frank S. Mason]*

Print Name: FRANK S. MASON

Title (if applicable): FATHER OF DEBRA

DEBRA DIED IN DEC 2008