# PETER M. HOBAICA LLC

Peter M. Hobaica, Esq.
Peter W. Hobaica, Esq.

ATTORNEYS AT LAW
2045 Genesee Street
Utica, New York 13501

Of Counsel
George E. Curtis, Esq.

E-MAIL: pmhllc@hobaicalaw.com

TELEPHONE: (315) 624-7777
TOLL FREE: (800) 414-4433
FACSIMILE: (315) 624-7781
www.hobaicalaw.com

Nurse Consultant
Judith A. Hobaica, RNBS

March 10, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY   10004

*Attn:*  Chief Clerk

*Re:*  Motors Liquidation Company (f/k/a General Motors Corporation)
Case No. 09-50026

Dear Honorable Clerk:

I represent Robert N. Curri, a claimant/creditor in the above-referenced matter. The creditor has asked that I be listed as attorney of record on his behalf and that the address where notices should be sent include his current address as follows: 150 Kerber Road, Frankfort, NY 13340, as well as my office address, which is included in this letterhead.

Please advise whether any other formal notice is required to list my firm as attorney for this creditor.

Thank you for your assistance in this matter.

Very truly yours,

PETER M. HOBAICA LLC

Peter M. Hobaica

PMH:jh
cc:   Mr. Robert N. Curri