UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,    :
                                                 :
        Debtors.                      :    (Jointly Administered)
                                                 :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1.     I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On March 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 179th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 9679].

Dated: March 15, 2011           /s/ Kimberly Gargan
      Lake Success, New York        Kimberly Gargan

Sworn to before me this 15th day of March, 2011

/s/ Barbara Kelley Keane
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires: February 28, 2015

# EXHIBIT A

LARRY SCHRAMM  
3298 SUMMIT RIDGE DR  
ROCHESTER HILLS, MI 48306-2956

SCHRAMM LARRY P  
3298 SUMMIT RIDGE DR  
ROCHESTER HILLS, MI 48306-2956

SLADE, KATHRYN J  
20904 TORRE DEL LAGO ST  
ESTERO, FL 33928-2943