Sharon Bell
1214 St. Clair
Detroit, MI. 48214
313-680-9800
March 13, 2011

Honorable Robert E. Gerber, United States Bankruptcy Judge
Room 621 of the United States Bankruptcy Court for the Southern District of New York,
One bowling green
New York, New York 10004
(2 Pages)

**Regarding:** Objection to 102nd Omnibus Objection to Claims (Chapter 11 Case No. 09-50026 (REG) (Docket No. 4180) (New York, New York, November 8, 2010) I object to any Claim Withdrawn and I object to the 102nd omnibus objection to expunge my claim (Sharon A Bell case number: 68029) I object to any disallowance of my case and expunge of my case (68029) This is a case in chapter 11 Case No. 09-50026 (REG)

Dear Judge Gerber,

I object to the 102 nd Omnibus Objection to withdraw my objection claims to not disallowed or expunge of my claims (Case 68029) relating to: Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (the "Debtors"); on September 23, 2010, Motors Liquidation (and all the above) filed a Notice of Debtors' 102nd Omnibus Objection to claims (Claims relating to former employees represented by United Auto Workers); The liabilities related to my claims are under investigation by the National Labor and Michigan Civil Rights Department.

The employment claims I am concerned about are important factors related to my wages and benefits. These employment issues/claims are the unresolved employment claims between old General Motors LLC, New General Motors and the UAW therefore to disallow or expunge my claims while I have pending investigations in place would be unjust to me. I object to any Claim Withdrawn and/or any disallowance or expunge of my (case 68029).

Please do not disallow or expunge my claims (Case 68029) also I need more time to seek legal advice and to attend the court Objection Adjourn Hearing. I motion the court to cancel or re-schedule the Adjournment Hearing. I am tentatively scheduled to discuss this matter with a potential attorney who may be willing to represent me in this bankruptcy matter.  As I have already stated my employment claims have greatly affected my wages and benefits therefore I must plead that the court does not disallow and expunge my claims/case 68029.
As I already noted on November 28, 2010 I appealed the UAW's Umpire Appeal Disposition Settlement under the UAW Constitution again I am required to exhausts all

remedies before taking my case outside.  I am requesting that the Objection Adjourned Hearing be rescheduled or canceled. Also, I object to any withdrawal of my claims and or any expunge or disallowance of my case.

      On or about November 11, 2010 the UAW-GM (Umpire Section settled my grievance I disagreed with the settlement. I filed an internal appeal on November 28, 2010.  My claims are in appeal within the UAW internal grievance appeal procedure. I object to any/and all expunge or disallowance for the fact it would be a great injustice to allow violations of the law as what has occurred in my cases. The union and I are still in disagreement as to the manner in which my grievance was settled. I appealed the Union's disposition settlement.  The problems that I experienced while working for my employer (General Motors/Motors Liquidation Company) happen at both the Old General Motors and the New General Motors.  Until my cases and grievances are properly settled Motor Liquidation Company is equally liable as is the New General Motors for all violations of my employment.

      In closing I object to any expunge or disallowance of my claims therefore, I object to 102nd Omnibus Objection to Claims relating my (Sharon Bell case #68029) represented by United Auto Workers. I also need more time to speak with a lawyer regarding this matter I am schedule to meet with a specific attorney concerning this matter.

Signed,<br>
Sharon Bell<br>
sharonbellgmuaw@yahoo.com

cc: David N. Griffiths , Attorney