REQUEST FOR EXTENSION TO RESPOND TO DEFENDANT SUR-REPLY THAT I JUST RECEIVED
DAVE SHOSTACK
to:
gerber.chambers
03/15/2011 03:28 AM
Show Details

RE: Dave Shostack v. General Motors, Motor Liquidations

*[Handwritten: Entered Order Granted S/REG USBJ 3/15/11]*

Dear Judge Gerber:

I just received a Sur-Reply from the Defendant's attorney Weil, Gotchal ESQS and will need additional time to respond to it.

Please can you give me until March 31, 2010 to respond to Defendant's Sur-Reply.

In my opinion Defendant's Sur-Relpy is untimely and should not even be considered.

But I will need additional time to prepare my opposition papers to Defendant's Sur-Reply.

Sincerely,

Dave Shostack

(631) 864-2656