

**FINANCE
NEW • YORK**
THE CITY OF NEW YORK
DEPARTMENT OF FINANCE

March 3, 2011

Clerks Office
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 5th Floor
New York, New York 10004-1408

Re:  <u>Debtor</u>                                              <u>Case Number</u>

    GENERAL MOTORS CORPORATION                  09-50026(REG)

Dear Sir or Madam:

    Enclosed please find an original and one copy of the administrative proof of withdrawal claim, to be filed in the above-referenced bankruptcy matter. Kindly file the original and return the annexed copies with the date of filing stamped thereon. Enclosed is a stamped envelope for your convenience.

    Thank you.

                                        Very truly yours,

                                        Saul Fishman, of counsel
                                        to the
                                        Deputy Commissioner
                                          for Legal Affairs
                                        Department of Finance
                                        345 Adams Street
                                        Brooklyn, New York 11201

*[RECEIVED stamp: MAR - 7 2011 U.S. BANKRUPTCY COURT, SDNY]*

LEGAL AFFAIRS DIVISION • 345 ADAMS STREET • BROOKLYN • NY 11201 • PHONE 718 403 3600
www.nyc.gov/finance



United States Bankruptcy Court
Southern District of New York
One Bowling Green, 5th Floor
New York, NY 10004-1408

Date            : March 2, 2011
Docket No.      : 09-50026 (REG)
B & A Claim No. : 09 S 133 LRB
Unit            : B&A

Debtor:    GENERAL MOTORS CORPORATION

Dear Sir/Madam:

Please withdraw our administrative claim filed on or about January 28, 2011 in the amount of $2,334,450.00.

Reason: No additional tax due

By: _____

Saul T. Fishman, Of Counsel to the
Special Assistant Corporation Counsel
Office of Legal Affairs
345 Adams Street – 3rd Floor
Brooklyn, NY 11201
(718) 403-3617



B&A-Withdrawal

| DAVID M. FRANKEL | MICHAEL HYMAN | 345 ADAMS STREET | 718.403.4537 |
| COMMISSIONER | DEPUTY COMMISSIONER | BROOKLYN, NY 11201 | http://nyc.gov/finance |
| DEPARTMENT OF FINANCE | TAX AUDIT, POLICY AND ENFORCEMENT | | |