Thursday, March 10, 2011

Patricia Jarusinski
102 Greenock Court
2169 Seven Lakes South
West End, NC 27376

To Whom This Concerns:

I proudly purchased General Motors stocks to fund our retirement.  I seek settlement for my claims of loss of value and dividend income due to the Bankruptcy situation for General Motors.

I want my stock ownership, which represents my belief in and loyalty to the company my husband worked for 37 years, to be acknowledged.

Sincerely yours,

PATRICIA JARUSINSKI

910.673.2884

910.603.3883

pjarusinski@yahoo.com

Subject:    My Response to:  GM Claims to Reclassify to Equity Interest Claims #: 68298  &  68303

Concerning: "Objection 'Adjourned' to 03.29.11 am"

| | Name ▲ | Date Modified | Size | Kind |
|---|---|---|---|---|
| PDF | *Contents.pdf | Today, 1:51 AM | 106 KB | Alias |
| PDF | *Signed Letter 3.10.11.pdf | Today, 1:39 AM | 106 KB | Alias |
| PDF | 1.COVER.pdf | Today, 1:32 AM | 106 KB | Alias |
| 📝 | 1a. *152nd.pages | Today, 2:06 AM | 303 KB | Alias |
| PDF | 2. CMA OBJECTION.pdf | Today, 1:33 AM | 106 KB | Alias |
| PDF | 3. CMA GM MAY '09 SALE.pdf | Today, 1:33 AM | 106 KB | Alias |
| PDF | 4. '09 TAX STA...ENTCLAIMS.pdf | Today, 1:33 AM | 106 KB | Alias |
| PDF | 5. '08 CMA GM PURCHASE.pdf | Today, 1:34 AM | 106 KB | Alias |
| PDF | 6. 'MAY '09 CMA GM VALUE.pdf | Today, 1:34 AM | 106 KB | Alias |
| PDF | 7. CMA CLAIM ACCOUNT.pdf | Today, 1:34 AM | 106 KB | Alias |
| PDF | 8. CMA ORIG CLAIM .pdf | Today, 1:34 AM | 106 KB | Alias |
| 📝 | 8a. 148th.pages | Today, 2:06 AM | 303 KB | Alias |
| PDF | 9. IRA ACCOUNT CLAIM .pdf | Today, 1:35 AM | 106 KB | Alias |
| PDF | 10. IRA ORIGINAL CLAIM .pdf | Today, 1:35 AM | 106 KB | Alias |
| PDF | 11. IRA CLAIM INFO.pdf | Today, 1:36 AM | 106 KB | Alias |
| PDF | 12. IRA GM SALE 06_03_09.pdf | Today, 1:36 AM | 106 KB | Alias |
| PDF | 13.*  IRA GM P...E 07_01_08.pdf | Today, 1:37 AM | 106 KB | Alias |
| PDF | 14*. IRA GM MAY '09 VALUE.pdf | Today, 1:38 AM | 106 KB | Alias |
| PDF | 15.* IRA GM DEC '08 VALUE.pdf | Today, 1:38 AM | 106 KB | Alias |
| PDF | 16.* IRA GM NOV '08 VALUE.pdf | Today, 1:38 AM | 106 KB | Alias |
| PDF | 17.* IRA GM JULY '08 VALUE.pdf | Today, 1:39 AM | 106 KB | Alias |
| PDF | OBJECTION 'AD...ED' CLAIMS.pdf | Today, 1:40 AM | 106 KB | Alias |

**IRA ACCOUNT**
**CLAIM #: 68303    07007600**                                    **LOSS: 4,64.57**

**FBO PATRICIA JARUSINSKI**
**102 GREENOCK COURT**
**2169 SEVEN LAKES SOUTH**
**WEST END, NC  27376**

**CMA ACCOUNT**
**CLAIM #: 68298    07007595**                         **LOSS: 4,666.47**

**PATRICIA JARUSINSKI**
**102 GREENOCK COURT**
**2169 SEVEN LAKES SOUTH**
**WEST END, NC  27376**

**TOTAL LOSS OF VALUE        9,310.04**

**PLUS LOSS OF POTENTIAL DIVIDEND**
**INCOME**

CMA ACCOUNT
CLAIM #:  68298      07007595

PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END, NC  27376

GM STOCK SALE
05/29/09 TRADE DATE
06/09/09 SETTLEMENT DATE

435 SHARES @.8820      383.66

LOSS    4,666.47

ACQUIRED:
06/26/08  435 @ 11.6095    5,050.13

PAJ CMA

# YOUR CMA TRANSACTIONS

Account Number: 736-11824

**TOTAL MERRILL**

May 01, 2009 - May 29, 2009

**REALIZED GAINS/(LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sales Price | Cost Basis | Gains/(Losses) * This Statement | Gains/(Losses) * Year to Date |
|---|---|---|---|---|---|---|---|
| Subtotal (Long-Term) | | | | | | | (3,545.04) |
| Subtotal (Short-Term) | | | | | | | (461.27) |
| **TOTAL** | | | | | | | **(4,006.31)** |

\* - Excludes transactions for which we have insufficient data

**OPEN ORDERS**

| Date | Transaction | Quantity | Description | Symbol/Cusip | Transaction Type | Price |
|---|---|---|---|---|---|---|
| 05/07 | ORDER TO SELL | 100 | WAB | | | 40.0000 |

**UNSETTLED TRADES**

| Trade Date | Settlement Date | Description | Symbol/Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/29 | 06/03 | GENERAL MOTORS CORP | GM | Sale | 435 | .8820 | 383.66 |
| | | **NET TOTAL** | | | | | **383.66** |

**CHECKS WRITTEN/BILL PAYMENT**

| Date Written | Date Cleared | Check Number | Description | Debit | Credit |
|---|---|---|---|---|---|
| 04/29 | 05/01 | 110 | SEVEN LAKES HOA INC | 885.00 | |
| | | | **NET TOTAL** | **885.00** | |

To report Lost or Stolen Visa Cards or Checks, please call (800) CMA-LOST.

022

+

9059

12 of 25

# Merrill Lynch

PATRICIA JARUSINSKI

| Account No. | Taxpayer No. |
|---|---|
| 736-11824 | 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 |

## 2009 TAX REPORTING STATEMENT

Your Tax Reporting Statement that follows is a personal summary of your account activity and is not reported to the IRS.

The Capital Gain and Loss Transaction section is provided to facilitate your review and the preparation of your tax return. In calculating gain (loss), unless otherwise noted, it was assumed that the oldest position was liquidated first, and that an election was in effect to amortize the premium paid on the purchase of taxable bonds. The gain (loss) information may not include return of capital, sales load deferral or wash sales adjustments, RICs (which may include mutual funds and certain distributions as capital gains. The Cost Basis for these securities may not have been adjusted on your statement to reflect such reclassifications. Please refer to information provided by the RIC and discuss with your tax advisor. Securities distributed from a retirement account reflect the tax basis on the date of distribution. Other methods for calculating gain (loss) are available. The cost basis for most Original Issue Discount ("OID") obligations includes the accretion of OID.) For purposes of allocating original purchase price to the components of an equity unit consisting of a purchase contract and a debt security subject to a remarketing event, we have assumed that the fair market value of the debt security equal to its adjusted issue price. The difference between your original cost and the amount allocable to the debt component was allocated to the purchase contract. In making adjustments to the cost basis of the purchase contract, it was assumed that the unit holder included contract adjustment payments in income when received.

Data from Forms 1099 (reportable Dividend and Interest) is also repeated in this summary for your convenience. Additionally, we have included items such as margin interest and select account fees if applicable. Please discuss the deductibility of these items with your tax advisor. For select clients, we have also included a summary of Visa charges and checking activity.

Merrill Lynch is neither a tax preparer or tax advisor. Please see your tax advisor for more information.

## 2009 CAPITAL GAIN AND LOSS TRANSACTIONS

| Security Description | Quantity | Date Acquired Cover of Short | Date Liquidated Short Sale | Amortization/Accretion Year-to-Date Life-to-Date | Sales Price | Cost Basis | Gain or (Loss) |
|---|---|---|---|---|---|---|---|
| **SHORT TERM CAPITAL GAINS** | | | | | | | |
| APPLE INC | 50.0000 | 11/13/08 | 06/04/09 | | 7,179.31 | 4,500.00 | 2,679.31 |
| PFIZER INC DEL PV$0.05 | 3.0000 | 03/04/09 | 03/16/09 | | 42.93 | 36.24 | 6.69 |
| SIRIUS XM RADIO INC | 5000.0000 | 05/18/09 | 09/17/09 | | 3,484.91 | 1,800.00 | 1,684.91 |
| | | | Short Term Capital Gains Subtotal | | 10,707.15 | 6,336.24 | 4,370.91 |
| **SHORT TERM CAPITAL LOSSES** | | | | | | | |
| GENERAL MOTORS CORP | 435.0000 | 06/26/08 | 05/29/09 | | 383.66 | 5,050.13 | (4,666.47) |
| KROGER CO | 200.0000 | 10/13/08 | 01/30/09 | | 4,624.51 | 5,000.00 | (375.49) |
| PFIZER INC DEL PV$0.05 | 1.0000 | 06/04/08 | 03/16/09 | | 14.31 | 19.02 | (4.71) |
| | 2.0000 | 09/04/08 | 03/16/09 | | 28.62 | 38.99 | (10.37) |
| | 2.0000 | 12/03/08 | 03/16/09 | | 28.62 | 31.99 | (3.37) |
| | | | Security Subtotal | | 71.55 | 90.00 | (18.45) |

PATRICIA JARUSINSKI

Account Number:736-11824

May 31, 2008 - June 30, 2008

**TOTAL MERRILL**

## YOUR CMA TRANSACTIONS

**UNSETTLED TRADES**

| Trade Date | Settlement Date | Description | Symbol/Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/26 | 07/01 | GENERAL MOTORS CORP | GM | Purchase | 435 | 11.6095 | (5,050.13) |
| **TOTAL** | | | | | | | **(5,050.13)** |

**CASH/OTHER TRANSACTIONS**

| Date | Transaction Type | Description | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| 06/17 | Fgn Div Tax | BARRICK GOLD CORPORATION NON-RECLAIMABLE TAX PAY DATE 06/16/2008 | | 3.00 | |
| | | Subtotal (Other Debits/Credits) | | 3.00 | |
| | | **NET TOTAL** | | **3.00** | |

## YOUR CMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 06/02 | ML Bank Deposit Program | | 84.00 | 06/18 | ML Bank Deposit Program | 44,080.00 | |
| 06/09 | ML Bank Deposit Program | | 80.00 | 06/19 | ML Bank Deposit Program | | 21.00 |
| 06/18 | ML Bank Deposit Program | 17.00 | | 06/30 | ML Bank Deposit Program | | 256.00 |
| **NET TOTAL** | | | | | | | **43,656.00** |

## YOUR CMA MONEY FUND TRANSACTIONS

| Date | Description | Sales | Purchases | Date | Description | Sales | Purchases |
|---|---|---|---|---|---|---|---|
| 06/13 | CMA MONEY FUND | 254.00 | | 06/18 | CMA MONEY FUND | 14,983.00 | |
| 06/17 | CMA MONEY FUND | 44,097.00 | | | | | |
| **NET TOTAL** | | | | | | | **29,388.00** |

PAJ  CMA

# YOUR CMA ASSETS

Account Number:736-11824

**TOTAL MERRILL**

May 01, 2009 - May 29, 2009

**EQUITIES** (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| BERKSHIRE HATHAWAY CLB | BRKB | 08/21/00 | 1 | 2,083.5300 | 2,083 | 2,972.0000 | 2,972.00 | 888 | | |
| | | 12/20/00 | 1 | 2,250.3500 | 2,250 | 2,972.0000 | 2,972.00 | 721 | | |
| Subtotal | | | 2 | | 4,333 | | 5,944.00 | 1,609 | 280 | 3.89 |
| CHEVRON CORP | CVX | 04/18/07 | 100 | 77.7600 | 7,766 | 66.6700 | 6,667.00 | (1,099) | 260 | 3.89 |
| GENERAL ELECTRIC | GE | 01/28/03 | 1 | 23.5900 | 23 | 13.4800 | 13.48 | (10) | 1 | 2.96 |
| | | 01/16/04 | 200 | 32.4500 | 6,490 | 13.4800 | 2,696.00 | (3,794) | 80 | 2.96 |
| | | 04/27/04 | 2 | 15.5000 | 31 | 13.4800 | 26.96 | (4) | 1 | 2.96 |
| | | 07/17/06 | 100 | 32.2200 | 3,222 | 13.4800 | 1,348.00 | (1,874) | 40 | 2.96 |
| | | 04/28/08 | 2 | 33.5900 | 67 | 13.4800 | 26.96 | (40) | 1 | 2.96 |
| | | 07/28/08 | 4 | 28.7200 | 114 | 13.4800 | 53.92 | (80) | 2 | 2.96 |
| | | 10/24/08 | 300 | 17.4500 | 5,235 | 13.4800 | 4,044.00 | (1,191) | 120 | 2.96 |
| | | 10/28/08 | 5 | 18.4460 | 92 | 13.4800 | 67.40 | (24) | 2 | 2.96 |
| | | 01/27/09 | 15 | 12.8000 | 192 | 13.4800 | 202.20 | 10 | 6 | 2.96 |
| | | 04/28/09 | 16 | 11.9075 | 190 | 13.4800 | 215.68 | 25 | 6 | 2.96 |
| (.5419 FRACTIONAL SHARE) | | N/A | | N/A | N/A | N/A | 7.30 | N/A | | 2.96 |
| Subtotal | | | 645 | | 15,658 | | 8,701.90 | (6,962) | 258 | 2.96 |
| GENERAL MOTORS CORP | GM | 06/26/08 | 435 | 11.6094 | 5,050 | 0.7500 | 326.25 | (4,723) | | |
| JOHNSON AND JOHNSON COM | JNJ | 06/09/04 | 100 | 56.7100 | 5,671 | 55.1600 | 5,516.00 | (155) | 196 | 3.55 |
| | | 07/28/04 | 200 | 55.0800 | 11,016 | 55.1600 | 11,032.00 | 16 | 392 | 3.55 |
| | | 10/03/05 | 100 | 62.9000 | 6,290 | 55.1600 | 5,516.00 | (774) | 196 | 3.55 |
| Subtotal | | | 400 | | 22,977 | | 22,064.00 | (913) | 784 | 3.55 |
| KINDER MORGAN ENERGY PARTNERS LP | KMP | 09/18/08 | 195 | 50.9750 | 9,940 | 51.1400 | 9,972.30 | 32 | 819 | 8.21 |
| PHILIP MORRIS INTL INC | PM | 09/09/05 | 100 | 38.6132 | 3,861 | 42.6400 | 4,264.00 | 402 | 216 | 5.06 |
| | | 10/25/05 | 100 | 39.0102 | 3,901 | 42.6400 | 4,264.00 | 362 | 216 | 5.06 |
| | | 08/30/06 | 100 | 44.5203 | 4,452 | 42.6400 | 4,264.00 | (188) | 216 | 5.06 |
| Subtotal | | | 300 | | 12,214 | | 12,792.00 | 576 | 648 | 5.06 |

CMA ACCOUNT
CLAIM #:  68298    07007595

PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END, NC  27376

**\*7007595\***    7007595

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor (Check Only One)
☑ Motors Liquidation Company (f/k/a General Motors Corporation) — Case No 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
☐ MLC of Harlem, Inc (f/k/a Saturn-Saturn of Harlem, Inc ) — 09-13558 (REG)

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

**Your Claim is Scheduled As Follows.**

**FILED - 68298**

MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

THE GARDEN CITY GROUP, INC. DEC 3 2009

Name of Creditor (the person or other entity to whom the debtor owes money or property) PATRICIA JARUSINSKI

Name and address where notices should be sent
PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END NC 27376

Telephone number: 910.673.2884
Email Address: Pjarusinski @yahoo.com

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____ (If known)
Filed on _____

Name and address where payment should be sent (if different from above)

Telephone number: 910 673 2884

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check this box if you are the debtor or trustee in this case

1 Amount of Claim as of Date Case Filed, June 1, 2009· $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2 Basis for Claim _loss of income from dividends_
(See instruction #2 on reverse side )

3 Last four digits of any number by which creditor identifies debtor _3501_
3a. Debtor may have scheduled account as· _____ (See instruction #3a on reverse side )

4 Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other Describe

Value of Property $_____ Annual Interest Rate___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____
Basis for perfection _____
Amount of Secured Claim $_____ Amount Unsecured $_____

6. Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See Instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

5 Amount of Claim Entitled to Priority under 11 U S C § 507(a)
If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9) (§ 507(a)(2))
☑ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

Amount entitled to priority
$_____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

Date 11/20/09
Signature. The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any
_Patricia Jarusinski_ PATRICIA JARUSINSKI

FOR COURT USE ONLY

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

**\*1745093102\***
1745093102

IRA ACCOUNT
CLAIM #:  68303    07007600

FBO PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END, NC  27376

**\*7007600\***    7007600

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor (Check Only One) | Case No |
|---|---|
| ☑ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc) | 09-13558 (REG) |

Your Claim is Scheduled As Follows:

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C §503

Name of Creditor (the person or other entity to whom the debtor owes money or property) FBO PATRICIA JARUSINSKI

Name and address where notices should be sent
FBO PATRICIA JARUSINSKI

102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END NC 27376

Telephone number  910.673.2884
Email Address  pjarusinski @yhoo.com

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____
(If known)

Filed on _____

THE GARDEN CITY GROUP, INC.
DEC 3 2009

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

Name and address where payment should be sent (if different from above)
FILED - 68303
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)
Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

**1 Amount of Claim as of Date Case Filed, June 1, 2009**    $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

**2 Basis for Claim**  loss of income from dividends
(See instruction #2 on reverse side)

**3 Last four digits of any number by which creditor identifies debtor**  3501

**3a Debtor may have scheduled account as** _____
(See instruction #3a on reverse side)

**4 Secured Claim (See instruction #4 on reverse side)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe

Value of Property $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $_____

Basis for perfection _____

Amount of Secured Claim $_____    Amount Unsecured $_____

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7 Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side )

**DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING**

If the documents are not available, please explain in an attachment

**5 Amount of Claim Entitled to Priority under 11 U S C § 507(a)**
If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☑ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)
Amount entitled to priority

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| Date 11/20/09 | Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

*Patricia Jarusinski*    PATRICIA JARUSINSKI | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

**\*0762572894\***
0762572894

**IRA ACCOUNT**
**CLAIM #: 68303    07007600**

**FBO PATRICIA JARUSINSKI**
**102 GREENOCK COURT**
**2169 SEVEN LAKES SOUTH**
**WEST END, NC 27376**

**GM STOCK SALE**
**05/29/09 TRADE DATE**
**06/09/09 SETTLEMENT DATE**

| | | |
|---|---|---|
| **100 SHARES @ .8824** | **88.23** | |
| **335 SHARES @ .8825** | **295.63** | |
| | **383.86** | |

**LOSS    4,643.57**

**07/01/08  435@11.5573    5,027.43**

JCP  IRA  PAJ  FBO

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

Account Number: 736-70842

24-Hour Assistance: (800) MERRILL

May 01, 2009 - May 29, 2009

### UNSETTLED TRADES

| Trade Date | Settlement Date | Description | Symbol/ Cusip | Transaction Type | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/29 | 06/03 | GENERAL MOTORS CORP | GM | Sale | 100 | .8824 | 88.23 |
| 05/29 | 06/03 | GENERAL MOTORS CORP | GM | Sale | 335 | .8825 | 295.63 |
| | | | | | | **NET TOTAL** | **383.86** |

### CASH/OTHER TRANSACTIONS

| Date | Transaction Type | Description | | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 05/04 | Journal Entry | | | | MLPA FUNDS REBATE | | .24 |
| | Subtotal (Other Debits/Credits) | | | | | | .24 |
| | | **NET TOTAL** | | | | | **.24** |

### FUNDS RECEIVED, WITHDRAWALS, AND CHARGES

| Date | Transaction Type | Description | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| 05/04 | Fund Delivery | ML BANK USA RASP | -82 | | |
| 05/04 | Subscription | ML BANK USA RASP | 82 | 82.00 | |
| 05/08 | Fund Delivery | ML BANK USA RASP | -6 | | |
| 05/08 | Subscription | ML BANK USA RASP | 6 | 6.00 | |
| 05/12 | Fund Delivery | ML BANK USA RASP | -2,509 | | |
| 05/12 | Subscription | ML BANK USA RASP | 2,509 | 2,509.00 | |
| 05/18 | Fund Delivery | ML BANK USA RASP | -88 | | |
| 05/18 | Subscription | ML BANK USA RASP | 88 | 88.00 | |
| 05/21 | Fund Delivery | ML BANK USA RASP | -37 | | |
| 05/21 | Subscription | ML BANK USA RASP | 37 | 37.00 | |
| | | **NET TOTAL** | | **2,722.00** | |

# YOUR RETIREMENT ACCOUNT CONTRIBUTIONS AND DISTRIBUTIONS

FBO PATRICIA JARUSINSKI

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

Account Number:736-70842

24-Hour Assistance: (800) MERRILL

July 01, 2008 - July 31, 2008

**SECURITY TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Unit Price | Debit | Credit | Accrued Interest Earned/(Paid) |
|------|-------------|------------------|----------|-----------|-------|--------|-------------------------------|
| 07/01 | GENERAL MOTORS CORP EXECUTED 100PC OTC PRICE 11.557300 | Purchase | 435 | 11.5573 | 5,027.43 | | |
| | Subtotal (Purchases) | | | | 5,027.43 | | |
| | **TOTAL** | | | | **5,027.43** | | |

**OPEN ORDERS**

| Date | Transaction | Quantity | Description | Price |
|------|-------------|----------|-------------|-------|
| 06/06 | ORDER TO SELL | 300 | AAPL | 200.0000 |

**CASH/OTHER TRANSACTIONS**

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|------|------------------|----------|-------------|-------|--------|
| 07/07 | Journal Entry | | MLPA FUNDS REBATE | | 17.26 |
| 07/07 | Journal Entry | | QRLY FEE    $663.78 FOR PERIOD - 06/30/2008 - 09/26/2008 BASED ON PREVIOUS QTR AVG MLPA ASSETS OF $212,408.24 ML BANK USA RASP | 663.78 | |
| 07/08 | Journal Entry | | | 663.78 | .01 |
| | Subtotal (Other Debits/Credits) | | | 663.78 | 17.27 |
| | **NET TOTAL** | | | **648.51** | |

022

9139

23 of 26

022

JCP IRA PAI FBO

# YOUR RETIREMENT ACCOUNT ASSETS

Account Number: 736-70842

May 01, 2009 - May 29, 2009

**TOTAL MERRILL** 

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Estimated Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES** (continued) | | | | | | | | | | |
| COCA COLA COM | KO | 11/06/06 | 100 | 46.6600 | 4,666 | 49.1600 | 4,916.00 | 250 | 164 | 3.33 |
| FIRST SOLAR INC | FSLR | 09/18/08 | 23 | 212.3800 | 4,884 | 190.2900 | 4,376.67 | (508) | | |
| FREEPRT-MCMRAN CPR & GLD | FCX | 09/26/08 | 160 | 62.9795 | 10,076 | 54.4300 | 8,708.80 | (1,367) | | |
| GENERAL MOTORS CORP | GM | 06/26/08 | 435 | 11.5573 | 5,027 | 0.7500 | 326.25 | (4,701) | | |
| HEINZ H J CO PV 25CT | HNZ | 10/24/08 | 100 | 40.0000 | 4,000 | 36.5800 | 3,658.00 | (342) | 168 | 4.59 |
| INTL BUSINESS MACHINES CORP IBM | IBM | 10/20/08 | 100 | 90.0000 | 9,000 | 106.2800 | 10,628.00 | 1,628 | 220 | 2.07 |
| MCDONALDS CORP COM | MCD | 11/23/05 | 100 | 33.8200 | 3,382 | 58.9900 | 5,899.00 | 2,517 | 200 | 3.39 |
| **REIT** | | | | | | | | | | |
| NATIONWIDE HLTH PPTYS | NHP | 05/31/06 | 200 | 20.8800 | 4,176 | 26.5700 | 5,314.00 | 1,137 | 352 | 6.62 |
| NATIONWIDE HLTH PPTYS | NHP | 09/21/06 | 100 | 26.2100 | 2,621 | 26.5700 | 2,657.00 | 36 | 176 | 6.62 |
| **Subtotal** | | | | | 6,797 | | **7,971.00** | 1,173 | **528** | 6.62 |
| PROCTER & GAMBLE CO | PG | 07/15/05 | 200 | 54.7500 | 10,950 | 51.9400 | **10,388.00** | (562) | 362 | 3.38 |
| PUB SVC ENTERPRISE GRP | PEG | 11/17/05 | 248 | 17.0322 | 4,224 | 31.8700 | 7,903.76 | 3,679 | 330 | 4.17 |
| | | 04/10/06 | 2 | 32.3800 | 64 | 31.8700 | 63.74 | (1) | 3 | 4.17 |
| | | 07/07/06 | 2 | 32.2050 | 64 | 31.8700 | 63.74 | (1) | 3 | 4.17 |
| | | 10/05/06 | 2 | 32.8250 | 65 | 31.8700 | 63.74 | (1) | 3 | 4.17 |
| | | 01/08/07 | 2 | 32.5200 | 65 | 31.8700 | 63.74 | (1) | 3 | 4.17 |
| | | 04/04/07 | 2 | 30.6250 | 61 | 31.8700 | 63.74 | 2 | 3 | 4.17 |
| | | 04/10/07 | 2 | 33.1800 | 66 | 31.8700 | 63.74 | (2) | 3 | 4.17 |
| | | 07/13/07 | 2 | 41.5500 | 83 | 31.8700 | 63.74 | (19) | 3 | 4.17 |
| | | 10/22/07 | 2 | 43.8200 | 87 | 31.8700 | 63.74 | (23) | 3 | 4.17 |
| | | 01/16/08 | 3 | 29.2466 | 87 | 31.8700 | 95.61 | 7 | 4 | 4.17 |
| | | 04/08/08 | 1 | 97.6800 | 97 | 31.8700 | 31.87 | (65) | 1 | 4.17 |
| | | 07/11/08 | 2 | 40.5100 | 81 | 31.8700 | 63.74 | (17) | 3 | 4.17 |
| | | 10/24/08 | 2 | 45.6650 | 91 | 31.8700 | 63.74 | (27) | 3 | 4.17 |
| | | 01/24/09 | 3 | 28.6833 | 86 | 31.8700 | 95.61 | 9 | 4 | 4.17 |
| | | 04/20/09 | 3 | 29.6633 | 89 | 31.8700 | 95.61 | 6 | 4 | 4.17 |
| *(8700 FRACTIONAL SHARE)* | | N/A | | N/A | N/A | 31.8700 | 27.72 | N/A | 1 | 4.17 |
| **Subtotal** | | | 278 | | 5,315 | | **8,887.58** | 3,547 | **371** | 4.17 |
| RESEARCH IN MOTION LTD | RIMM | 10/03/08 | 151 | 66.1800 | 9,993 | 78.6400 | **11,874.64** | 1,881 | | |
| REYNOLDS AMERICAN INC | RAI | 05/04/04 | 200 | 32.5300 | 6,506 | 39.9700 | **7,994.00** | 1,488 | **680** | 8.50 |

9059

JCP IRA FBO

# YOUR RETIREMENT ACCOUNT ASSETS

Account Number:736-70842     November 29, 2008 - December 31, 2008

**TOTAL MERRILL**

### EQUITIES (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| ↓ BURLNGTN N SNTA FE$0.01 | BNI | 06/24/08 | 70 | 100.0000 | 7,000 | 75.7100 | **5,299.70** | (1,700) | **112** | 2.11 |
| CATERPILAR INC DEL | CAT | 06/24/08 | 90 | 78.0000 | 7,020 | 44.6700 | **4,020.30** | (2,999) | **151** | 3.76 |
| CHEVRON CORP | CVX | 08/21/06 | 100 | 67.1500 | 6,715 | 73.9700 | **7,397.00** | 682 | **260** | 3.51 |
|  | CVX | 11/06/06 | 100 | 69.2000 | 6,920 | 73.9700 | **7,397.00** | 477 | **260** | 3.51 |
| Subtotal |  |  | 200 |  | 13,635 |  | **14,794.00** | 1,159 | **520** | 3.51 |
| COCA COLA COM | KO | 11/06/06 | 100 | 46.6600 | 4,666 | 45.2700 | **4,527.00** | (139) | **152** | 3.35 |
| DISNEY (WALT) CO COM STK | DIS | 01/25/06 | 100 | 25.6572 | 2,565 | 22.6900 | **2,269.00** | (296) | **35** | 1.54 |
| FIRST SOLAR INC | FSLR | 09/18/08 | 23 | 212.3600 | 4,884 | 137.9600 | **3,173.08** | (1,711) |  |  |
| FREEPRT-MCMRAN CPR & GLD | FCX | 09/26/08 | 160 | 62.9795 | 10,076 | 24.4400 | **3,910.40** | (6,166) |  |  |
| GENERAL MOTORS CORP | GM | 06/26/08 | 435 | 11.5573 | 5,027 | 3.2000 | **1,392.00** | (3,635) |  |  |
| HEINZ H J CO PV 25CT | HNZ | 10/24/08 | 100 | 40.0000 | 4,000 | 37.6000 | **3,760.00** | (240) | **166** | 4.41 |
| INTL BUSINESS MACHINES | IBM | 10/20/08 | 100 | 90.0000 | 9,000 | 84.1600 | **8,416.00** | (584) | **200** | 2.37 |
| MCDONALDS CORP COM | MCD | 11/23/05 | 100 | 33.8200 | 3,382 | 62.1900 | **6,219.00** | 2,837 | **200** | 3.21 |
| NATIONWIDE HLTH PPTYS REIT | NHP | 05/31/06 | 200 | 20.8700 | 4,174 | 28.7200 | **5,744.00** | 1,570 | 352 | 6.12 |
|  | NHP | 09/21/06 | 300 | 20.8800 | 6,264 | 28.7200 | **8,616.00** | 2,352 | 528 | 6.12 |
|  | NHP | 09/21/06 | 100 | 26.2100 | 2,621 | 28.7200 | **2,872.00** | 251 | 176 | 6.12 |
| Subtotal |  |  | 600 |  | 13,059 |  | **17,232.00** | 4,173 | **1,056** | 6.12 |
| PROCTER & GAMBLE CO | PG | 07/15/05 | 200 | 54.7500 | 10,950 | 61.8200 | **12,364.00** | 1,414 | **320** | 2.58 |
| PUB SVC ENTERPRISE GRP | PEG | 11/17/05 | 248 | 17.0322 | 4,224 | 29.1700 | 7,234.16 | 3,010 | 320 | 4.42 |

022

**IRA ACCOUNT**
**CLAIM #:  68303    07007600**                    **LOSS: 4,64.57**

**FBO PATRICIA JARUSINSKI**
**102 GREENOCK COURT**
**2169 SEVEN LAKES SOUTH**
**WEST END, NC  27376**

**CMA ACCOUNT**
**CLAIM #:  68298    07007595**                    **LOSS: 4,666.47**

**PATRICIA JARUSINSKI**
**102 GREENOCK COURT**
**2169 SEVEN LAKES SOUTH**
**WEST END, NC  27376**

**TOTAL LOSS OF VALUE    9,310.04**

**PLUS LOSS OF POTENTIAL DIVIDEND**
**INCOME**

022

FBO PATRICIA JARUSINSKI

# YOUR RETIREMENT ACCOUNT ASSETS

Account Number 736-70842

**TOTAL MERRILL**

July 01, 2008 - July 31, 2008

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES** (continued) | | | | | | | | | | |
| ALLIED CAPITAL CORP NEW | ALD | 04/02/08 | 23 | 19.4900 | 448 | 13.7500 | 316.25 | (132) | 59 | 18.90 |
| | | 07/02/08 | 33 | 14.1439 | 466 | 13.7500 | 453.75 | (13) | 85 | 18.90 |
| (.7398 FRACTIONAL SHARE) | | N/A | | N/A | N/A | 13.7500 | 10.17 | N/A | 1 | 18.90 |
| Subtotal | | | 756 | | 20,237 | | **10,405.17** | **(9,840)** | **1,967** | 18.90 |
| APPLE INC | AAPL | 07/05/07 | 200 | 128.7900 | 25,758 | 158.9500 | 31,790.00 | 6,031 | | |
| | | 03/07/08 | 100 | 120.1000 | 12,010 | 158.9500 | 15,895.00 | 3,885 | | |
| Subtotal | | | 300 | | 37,768 | | **47,685.00** | **9,916** | | |
| AT&T INC | T | 04/19/07 | 100 | 39.1500 | 3,915 | 30.8100 | 3,081.00 | (834) | 160 | 5.19 |
| | | 05/29/07 | 100 | 40.8500 | 4,085 | 30.8100 | 3,081.00 | (1,004) | 160 | 5.19 |
| Subtotal | | | 200 | | 8,000 | | **6,162.00** | **(1,838)** | **320** | 5.19 |
| BANK NEW YORK MELLON CORP | BK | 05/31/06 | 100 | 35.9900 | 3,599 | 35.5000 | **3,550.00** | **(49)** | **96** | 2.70 |
| BURLINGTN N SNTA FE$0.01 | BNI | 06/24/08 | 70 | 100.0000 | 7,000 | 104.1300 | 7,289.10 | 289 | 112 | 1.53 |
| CATERPILLAR INC DEL | CAT | 06/24/08 | 90 | 78.0000 | 7,020 | 69.5200 | 6,256.80 | (763) | 151 | 2.41 |
| CHEVRON CORP | CVX | 08/21/06 | 100 | 67.1500 | 6,715 | 84.5600 | 8,456.00 | 1,741 | 260 | 3.07 |
| | | 11/06/06 | 100 | 69.2000 | 6,920 | 84.5600 | 8,456.00 | 1,536 | 260 | 3.07 |
| Subtotal | | | 200 | | 13,635 | | **16,912.00** | **3,277** | **520** | 3.07 |
| COCA COLA COM | KO | 11/06/06 | 100 | 46.6600 | 4,666 | 51.5000 | **5,150.00** | **484** | **152** | 2.95 |
| DISNEY (WALT) CO COM STK | DIS | 01/25/06 | 100 | 25.6572 | 2,566 | 30.3500 | **3,035.00** | **469** | **35** | 1.15 |
| DUKE ENERGY CORP NEW | DUK | 12/12/06 | 100 | 19.2925 | 1,929 | 17.5800 | **1,758.00** | **(171)** | **92** | 5.23 |
| ↓ GENERAL MOTORS CORP | GM | 06/26/08 | 435 | 11.5573 | 5,027 | 11.0700 | **4,816.45** | **(211)** | | |
| INTL GAME TECHNOLOGY | IGT | 05/31/06 | 100 | 36.9300 | 3,693 | 21.7100 | **2,171.00** | **(1,522)** | **56** | 2.57 |
| MCDONALDS CORP   COM | MCD | 11/23/05 | 100 | 33.8200 | 3,382 | 59.7900 | **5,979.00** | **2,597** | **150** | 2.50 |
| NATIONWIDE HLTH PPTYS   COM | NHP | 05/31/06 | 200 | 20.8700 | 4,174 | 37.1100 | 7,422.00 | 3,248 | 352 | 4.74 |
| REIT | | 05/31/06 | 300 | 20.8800 | 6,264 | 37.1100 | 11,133.00 | 4,869 | 528 | 4.74 |
| | | 09/21/06 | 100 | 26.2100 | 2,621 | 37.1100 | 3,711.00 | 1,090 | 176 | 4.74 |
| Subtotal | | | 600 | | 13,059 | | **22,266.00** | **9,207** | **1,056** | 4.74 |
| PROCTER & GAMBLE CO | PG | 07/15/05 | 200 | 54.7500 | 10,950 | 65.4800 | 13,096.00 | 2,146 | 320 | 2.44 |

022

FBO PATRICIA JARUSINSKI

Account Number 736-70842

November 01, 2008 - November 28, 2008

TOTAL MERRILL

# YOUR RETIREMENT ACCOUNT ASSETS

## EQUITIES (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Estimated Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| BURLINGTN N SNTA FE$0.01 | BNI | 06/24/08 | 70 | 100.0000 | 7,000 | 76.6100 | 5,362.70 | (1,637) | 112 | 2.08 |
| CATERPILLAR INC DEL | CAT | 06/24/08 | 90 | 78.0000 | 7,020 | 40.9900 | 3,689.10 | (3,330) | 151 | 4.09 |
| CHEVRON CORP | CVX | 08/21/06 | 100 | 67.1500 | 6,715 | 79.0100 | 7,901.00 | 1,186 | 260 | 3.29 |
|  |  | 11/06/06 | 100 | 69.2000 | 6,920 | 79.0100 | 7,901.00 | 981 | 260 | 3.29 |
| Subtotal |  |  | 200 |  | 13,635 |  | 15,802.00 | 2,167 | 520 | 3.29 |
| COCA COLA COM | KO | 11/06/06 | 100 | 46.6600 | 4,666 | 46.8700 | 4,687.00 | 21 | 152 | 3.24 |
| DISNEY (WALT) CO COM STK | DIS | 01/25/06 | 100 | 25.6572 | 2,565 | 22.5200 | 2,252.00 | (313) | 35 | 1.55 |
| ↓ FIRST SOLAR INC | FSLR | 09/18/08 | 23 | 212.3800 | 4,884 | 124.8400 | 2,871.32 | (2,013) |  |  |
| FREEPRT-MCMRAN CPR & GLD | FCX | 09/26/08 | 160 | 62.9795 | 10,076 | 23.9900 | 3,838.40 | (6,238) | 320 | 8.33 |
| GENERAL MOTORS CORP | GM | 06/26/08 | 435 | 11.5573 | 5,027 | 5.2400 | 2,279.40 | (2,748) |  |  |
| HEINZ H J CO PV 25CT | HNZ | 10/24/08 | 100 | 40.0000 | 4,000 | 38.8400 | 3,884.00 | (116) | 166 | 4.27 |
| INTL BUSINESS MACHINES CORP/ IBM | IBM | 10/20/08 | 100 | 90.0000 | 9,000 | 81.6000 | 8,160.00 | (840) | 200 | 2.45 |
| INTL GAME TECHNOLOGY | IGT | 05/31/06 | 100 | 36.9300 | 3,693 | 10.7100 | 1,071.00 | (2,622) | 58 | 5.41 |
| MCDONALDS CORP   COM | MCD | 11/23/05 | 100 | 33.8200 | 3,382 | 58.7500 | 5,875.00 | 2,493 | 200 | 3.40 |
| NATIONWIDE HLTH PPTYS REIT | NHP | 05/31/06 | 200 | 20.8700 | 4,174 | 22.6300 | 4,526.00 | 352 | 352 | 7.77 |
|  |  | 05/31/06 | 300 | 20.8800 | 6,264 | 22.6300 | 6,789.00 | 525 | 528 | 7.77 |
|  |  | 09/21/06 | 100 | 26.2100 | 2,621 | 22.6300 | 2,263.00 | (358) | 176 | 7.77 |
| Subtotal |  |  | 600 |  | 13,059 |  | 13,578.00 | 519 | 1,056 | 7.77 |
| PROCTER & GAMBLE CO | PG | 07/15/05 | 200 | 54.7500 | 10,950 | 64.3500 | 12,870.00 | 1,920 | 320 | 2.48 |
| PUB SVC ENTERPRISE GRP | PEG | 11/17/05 | 248 | 17.0322 | 4,224 | 30.9000 | 7,663.20 | 3,439 | 320 | 4.17 |
|  |  | 04/10/06 | 2 | 32.3800 | 64 | 30.9000 | 61.80 | (2) | 3 | 4.17 |
|  |  | 07/07/06 | 2 | 32.3800 | 64 | 30.9000 | 61.80 | (2) | 3 | 4.17 |
|  |  | 10/05/06 | 2 | 32.2050 | 64 | 30.9000 | 61.80 | (3) | 3 | 4.17 |
|  |  | 04/10/07 | 2 | 32.8250 | 65 | 30.9000 | 61.80 | (4) | 3 | 4.17 |
|  |  | 04/04/07 | 2 | 30.6250 | 61 | 30.9000 | 61.80 | (2) | 3 | 4.17 |
|  |  | 07/13/07 | 2 | 33.1800 | 66 | 30.9000 | 61.80 | (3) | 3 | 4.17 |
|  |  | 10/22/07 | 2 | 41.5500 | 83 | 30.9000 | 61.80 | (21) | 3 | 4.17 |
|  |  | 04/16/08 | 2 | 43.8200 | 87 | 30.9000 | 61.80 | (25) | 3 | 4.17 |
|  |  | 04/08/08 | 3 | 29.2466 | 87 | 30.9000 | 92.70 | 4 | 4 | 4.17 |
|  |  | 01/10/06 | 1 | 97.6800 | 97 | 30.9000 | 30.90 | (66) | 1 | 4.17 |
|  |  | 11/17/05 | 2 | 40.5100 | 81 | 30.9000 | 61.80 | (19) | 3 | 4.17 |