UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                      ) ss
COUNTY OF NASSAU      )

I, Alison Moodie, being duly sworn, depose and state:

1.    I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 15, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Dave Shostack, 4 Suttonwood Drive, Commack, New York 11725 (affected party):

- Endorsed Order Signed on March 15, 2011 Granting Dave Shostack an Extension of Time to March 31, 2011 to Respond to Defendant's Sur-Reply [Docket No. 9814].

Dated:  March 16, 2011                          /s/ Alison Moodie_____
        Lake Success, New York                  Alison Moodie

Sworn to before me this 16th day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011