**Samuel J. Behringer, Jr.**
**Attorney at Law**
**333 McKinley Avenue**
**Grosse Pointe Farms, MI 48236-3420**
**Telephone: (313) 885-1948**
**Facsimile: (313) 886-6443**

**Attorney for Calvin H. Purnell**
**83rd Omnibus Objection Respondent #62124**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------x
:
In Re                                         :    Chapter 11 Case
:
**MOTORS LIQUIDATION COMPANY**, et al.,       :    09-50026 (REG)
f/k/a General Motors Corp., et al.            :
:
Debtors.                      :    (Jointly Administered)
:
---------------------------------------------x

**CERTIFICATE OF SERVICE RE:**
**CALVIN PURNELL FIRST RESTATED RESPONSE AND OBJECTIONS**
**TO DEBTORS' EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

On behalf of Calvin H. Purnell, 83rd Omnibus Objection Respondent #62124, his undersigned attorney hereby states that copies of the *Calvin Purnell First Restated Response and Objection to Debtors' Eighty-Third Omnibus Objection to Claims* were mailed via First Class USPS mail on Wednesday, March 16, 2011 to:

Hon. Robert E. Gerber
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Harvey R. Miller, Esq.
Stephan Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal and Manges LLP
767 Fifth Avenue
New York, NY 10153

Ted Stinger, Esq.
Motors Liquidation Co
500 Renaissance Center, Suite 1400
Detroit, MI 48243

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, MI 48265

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Jospeh Samarias
U.S. Department of Treasury
1500 Pennsylvania Avenue N.W., Room 2312
Washington, DC 20220

Michael J. Edelman, Esq.
Michael L. Schein, Esq.
Vedder Price PC
1633 Broadway, 47 Floor
New York, NY 10019

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Lewis Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21stFloor
New York, NY 10004

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Trevor W. Sweet, Esq.
Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryant Street, Suite 2200
Dallas, TX 75201

/s/ Samuel J. Behringer, Jr.

**Samuel J. Behringer, Jr.**
**Attorney at Law**
**333 McKinley Avenue**
**Grosse Pointe Farms, MI 48236-3420**
**March 16, 2011**
**Telephone: (313) 885-1948**
**Facsimile: (313) 886-6443**