Steven M. Bierman
Nicholas K. Lagemann
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Kenneth P. Kansa (admitted *pro hac vice*)
Courtney A. Rosen (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Counsel for Wells Fargo Bank
Northwest, N.A., as Agent to the TPC Lenders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
In re:                                                            :   Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY., *et al.*                             :   Case No. 09-50026 (REG)
        f/k/a General Motors Corp., *et al.*                      :
                                                                  :
                        Debtors.                                  :   (Jointly Administered)
----------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )   s.s.:
COUNTY OF NEW YORK       )

      1.   EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2.   On March 14, 2011 I caused to be served a true and correct copy of the (i) RESPONSE OF THE TPC LENDERS TO THE BRIEF OF GENERAL MOTORS LLC IN

SUPPORT OF USING A "FAIR MARKET VALUE" VALUATION STANDARD TO VALUE THE TPC PROPERTY; (a) by email service upon those parties listed on the Service List annexed hereto as Exhibit "A" (Case Service List); (b) by first class mail, postage prepaid upon those parties listed on the Service List annexed hereto as Exhibit "B" (Case Service List); (c) by email and by first class mail, postage prepaid upon (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq. and Joseph H. Smolinsky, Esq. (harvey.miller@weil.com; stephen.karotkin@weil.com; joseph.smolinsky@weil.com); (ii) King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036, Attn: Arthur Jay Steinberg, Esq., H. Slayton Dabney, Esq., and Scott Davidson, Esq. (asteinberg@kslaw.com; sdabney@kslaw.com; sdavidson@kslaw.com); and () by Federal Express for overnight delivery upon (d) Office of the United States Trustee, 33 Whitehall Street, 21st Fl., New York, New York 10004, Attn: Tracy Hope Davis, Esq.

.              /s/Eileen A. McDonnell  
                                              EILEEN A. MCDONNELL

Sworn to before me this  
17th day of March, 2011

  /s/ Melanie Nelson  
    Notary Public  
Notary Public, State of New York  
No. 01NE6214750  
Qualified in New York County  
Commission Expires 12/21/13