**EXHIBIT "A"**

'harvey.miller@weil.com'; 'stephen.karotkin@weil.com'; 'joseph.smolinsky@weil.com'; 'asteinberg@kslaw.com'; 'sdabney@kslaw.com'; 'sdavidson@kslaw.com'; 'tmayer@kramerlevin.com'; 'rschmidt@kramerlevin.com'; 'lmacksoud@kramerlevin.com'; 'jsharret@kramerlevin.com'; 'tracy.davis@usdoj.gov'; 'arbrown@mmm.com'; 'blc@ashrlaw.com'; 'david.boyle@airgas.com'; 'dgolden@akingump.com'; 'nlevine@akingump.com'; 'pdublin@akingump.com'; 'cbasler@alixpartners.com'; 'dfish@allardfishpc.com'; 'cwoodruff-neer@alpine-usa.com'; 'Elizabeth.Spangler@arcadis-us.com'; 'rothleder.jeffrey@arentfox.com'; 'campbell.andrea@arentfox.com'; 'dowd.mary@arentfox.com'; 'dgoing@armstrongteasdale.com'; 'dladdin@agg.com'; 'frank.white@agg.com'; 'jg5786@att.com'; 'hwangr@michigan.gov'; 'leslie.levy@nebraska.gov'; 'bk-mbrowning@oag.state.tx.us'; 'victoria.garry@ohioattorneygeneral.gov'; 'raterinkd@michigan.gov'; 'bk-kwalsh@oag.state.tx.us'; 'przekopshaws@michigan.gov'; 'neal.mann@oag.state.ny.us'; 'rbernard@bakerlaw.com'; 'jhutchinson@bakerlaw.com'; 'egoodman@bakerlaw.com'; 'wgibson@bakerlaw.com'; 'mmoseley@bakerdonelson.com'; 'summersm@ballardspahr.com'; 'jgregg@btlaw.com'; 'mark.owens@btlaw.com'; 'rcpottinger@bslbv.com'; 'ffm@bostonbusinesslaw.com'; 'CSALOMON@BECKERGLYNN.COM'; 'tgaa@bbslaw.com'; 'Robert.dombroff@bingham.com'; 'jeffrey.sabin@bingham.com'; 'jared.clark@bingham.com'; 'jonathan.alter@bingham.com'; 'anna.boelitz@bingham.com'; 'Kelbon@blankrome.com'; 'mrichards@blankrome.com'; 'JRumley@bcbsm.com'; 'mbakst@bodmanllp.com'; 'cdarke@bodmanllp.com'; 'borgeslawfirm@aol.com'; 'renee.dailey@bgllp.com'; 'bwilliam@gklaw.com'; 'bankruptcy.asbpo.asbdom@braytonlaw.com'; 'JMcDonald@Briggs.com'; 'wilkins@bwst-law.com'; 'hall@bwst-law.com'; 'rbrown@brownwhalen.com'; 'schristianson@buchalter.com'; 'JKim@burkelaw.com'; 'Gring@Burkelaw.com'; 'Peter.Lee@bnsf.com'; 'ccarson@burr.com'; 'paige@bsplaw.com'; 'sidorsky@butzel.com'; 'fishere@butzel.com'; 'seidel@butzel.com'; 'radom@butzel.com'; 'newman@butzel.com'; 'cbblac@acxiom.com'; 'john.rapisardi@cwt.com'; 'douglas.mintz@cwt.com'; 'peter.friedman@cwt.com'; 'zachary.smith@cwt.com'; 'rweinstein@cusa.canon.com'; 'ei@capdale.com'; 'rct@capdale.com'; 'pvnl@capdale.com'; 'rer@capdale.com'; 'tws@capdale.com'; 'kcm@capdale.com'; 'tws@capdale.com'; 'brcy@carsonfischer.com'; 'mweinczok@casselsbrock.com'; 'alan@chapellassociates.com'; 'ccahill@clarkhill.com'; 'rgordon@clarkhill.com'; 'BSUSKO@CGSH.COM'; 'jbromley@cgsh.com'; 'DGOTTLIEB@CGSH.COM'; 'RLINCER@CGSH.COM'; 'dbuell@cgsh.com'; 'soneal@cgsh.com'; 'bceccotti@cwsny.com'; 'goldberg@cwg11.com'; 'sfalanga@connellfoley.com'; 'chemrick@connellfoley.com'; 'pretekin@coollaw.com'; 'belkys.escobar@loudoun.gov'; 'sjohnston@cov.com'; 'mbaxter@cov.com'; 'jcarberiy@cl-law.com'; 'lisa.wurster@dana.com'; 'donald.bernstein@dpw.com'; 'hryder@daypitney.com'; 'adoshi@daypitney.com'; 'rmeth@daypitney.com'; 'info@dealertire.com'; 'jpowers@debevoise.com'; 'dtrafelet@sbcglobal.net'; 'rfhahn@debevoise.com'; 'james.moore@dechert.com'; 'juliet.sarkessian@dechert.com'; 'shmuel.vasser@dechert.com'; 'jkots@state.pa.us'; 'CONTACT-OCFO@DOL.GOV'; 'csweeney@dickinsonwright.com'; 'dyitzchaki@dickinsonwright.com'; 'jplemmons2@dickinsonwright.com'; 'kewald@dickinsonwright.com'; 'mchammer3@dickinsonwright.com'; 'gdiconza@dlawpc.com'; 'stephanie.wickouski@dbr.com'; 'kristin.going@dbr.com'; 'ayala.hassell@hp.com'; 'jwhitlock@eapdlaw.com'; 'rxza@elliottgreenleaf.com'; 'tak@elliottgreenleaf.com'; 'george.sanderson@elliswinters.com'; 'akatz@entergy.com'; 'druhlandt@ermanteicher.com'; 'eerman@ermanteicher.com'; 'deisenberg@ermanteicher.com'; 'mkogan@ecjlaw.com'; 'ngoteiner@fbm.com'; 'ppascuzzi@ffwplaw.com'; 'jsimon@foley.com'; 'kcatanese@foley.com'; 'jsoble@foley.com'; 'jmurch@foley.com'; 'jlee@foley.com'; 'fdicastri@foley.com'; 'maiello@foley.com'; 'shilfinger@foley.com'; 'sseabolt@foley.com'; 'rhuey@foley.com'; 'vavilaplana@foley.com'; 'mriopelle@foley.com'; 'klynch@formanlaw.com'; 'ygeron@foxrothschild.com'; 'ahammer@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'rgreenberg@dclawfirm.com'; 'bguy@fbtlaw.com'; 'mkroplin@fbtlaw.com'; 'lboydston@fulbright.com'; 'drosenzweig@fulbright.com'; 'jrabin@fulbright.com'; 'mparker@fulbright.com'; 'mhaut@fulbright.com'; 'lstrubeck@fulbright.com'; 'lawrence.s.buonomo@gm.com'; 'prachmuth@gerstensavage.com'; 'dcrapo@gibbonslaw.com'; 'mjwilliams@gibsondunn.com'; 'dfeldman@gibsondunn.com'; 'dcg@girardgibbs.com';

'ajd@girardgibbs.com'; 'Glenn.Reisman@ge.com'; 'tnixon@gklaw.com'; 'candres@gklaw.com'; 'kstadler@gklaw.com'; 'bdelfino@ghsllp.com'; 'bhoover@goldbergsegalla.com'; 'cbelter@goldbergsegalla.com'; 'jflaxer@golenbock.com'; 'dfurth@golenbock.com'; 'bmehlsack@gkllaw.com'; 'gkaden@goulstonstorrs.com'; 'drosner@goulstonstorrs.com'; 'Zirinskyb@gtlaw.com'; 'Mitchelln@gtlaw.com'; 'Kadisha@gtlaw.com'; 'jdivack@hahnhessen.com'; 'hpatwardhan@hahnhessen.com'; 'ldpowar@hahnlaw.com'; 'dademarco@hahnlaw.com'; 'cbattaglia@halperinlaw.net'; 'jdyas@halperinlaw.net'; 'info@harmanbecker.de'; 'solson@hausfeldllp.com'; 'jonathan.hook@haynesboone.com'; 'patrick.hughes@haynesboone.com'; 'peter.ruggero@haynesboone.com'; 'charles.beckham@haynesboone.com'; 'brooks.hamilton@haynesboone.com'; 'judith.elkin@haynesboone.com'; 'matthew.russell@haynesboone.com'; 'bshort@hsblawfirm.com'; 'sselbst@herrick.com'; 'prubin@herrick.com'; 'ecurrenti@hess.com'; 'amy.chipperson@hp.com'; 'tcurran@haslaw.com'; 'skatzoff@hblaw.com'; 'sagolden@hhlaw.com'; 'bjgrieco@hhlaw.com'; 'jsgroi@honigman.com'; 'tsherick@honigman.com'; 'rweiss@honigman.com'; 'jrhunter@hunterschank.com'; 'tomschank@hunterschank.com'; 'anne.boudreau@ic.gc.ca'; 'rgriffin@iuoe.org'; 'memberservices@ivawfcu.com'; 'nganatra@uaw.net'; 'mneier@ibolaw.com'; 'jlsaffer@jlsaffer.com'; 'rkruger@jaffelaw.com'; 'dmurray@jenner.com'; 'ptrostle@jenner.com'; 'jboyles@jhvgglaw.com'; 'jeff.rich@klgates.com'; 'eric.moser@klgates.com'; 'rsmolev@kayescholer.com'; 'jstitt@kmklaw.com'; 'twilson@kelley-ferraro.com'; 'KDWBankruptcyDepartment@kelleydrye.com'; 'KDWBankruptcyDepartment@kelleydnie.com'; 'sjennik@kjmlabor.com'; 'tmurray@kjmlabor.com'; 'jed@krwlaw.com'; 'pwh@krwlaw.com'; 'ecf@kaalaw.com'; 'MBranzburg@klehr.com'; 'jwe@kjk.com'; 'fberg@kotzsangster.com'; 'jmacyda@kotsangster.com'; 'acaton@kramerlevin.com'; 'tmayer@kramerleyin.com'; 'rschmidt@kramerlevin.com'; 'lmacksoud@kramerleyin.com'; 'jsharret@kramerlevin.com'; 'jfriedman@kramerlevin.com'; 'dmb@kompc.com'; 'psm@kompc.com'; 'mws@kompc.com'; 'scook@lambertleser.com'; 'abruski@lambertleser.com'; 'Robert.Rosenberg@lw.com'; 'Adam.Goldberg@lw.com'; 'gabriel.delvirginia@verizon.net'; 'sheehan@txschoollaw.com'; 'larrykraines@gmail.com'; 'michaelhastings@leclairryan.com'; 'michael.conway@leclairryan.com'; 'shepner@lrbpc.com'; 'rbarbur@lrbpc.com'; 'rstroup@lrbpc.com'; 'klewis@lewispllc.com'; 'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@publicans.com'; 'austin.bankruptcy@publicans.com'; 'kwalsh@lockelord.com'; 'metkin@lowenstein.com'; 'steele@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'khk@maddinhauser.com'; 'msl@maddinhauser.com'; 'smatta@mattablair.com'; 'dhartheimer@mazzeosong.com'; 'jtesta@mccarter.com'; 'cstanziale@mccarter.com'; 'kab@mccarthylebit.com'; 'rrk@mccarthylebit.com'; 'mreed@mvbalaw.com'; 'sveselka@mvbalaw.com'; 'gbragg@mvbalaw.com'; 'cdorkey@mckennalong.com'; 'jmayes@mckennalong.com'; 'cgraham@mckennalong.com'; 'lamme@mltw.com'; 'privitera@mltw.com'; 'hkolko@msek.com'; 'elobello@msek.com'; 'gardinerk@michigan.gov'; 'msholmes@cowgillholmes.com'; 'gillcr@michigan.gov'; 'funds@michigan.gov'; 'wcacinfo@michigan.gov'; 'tlomazow@milbank.com'; 'skhalil@milbank.com'; 'ecfsarbt@millerjohnson.com'; 'ecfwolfordr@millerjohnson.com'; 'fusco@millercanfield.com'; 'hutchinson@millercanfield.com'; 'swansonm@millercanfield.com'; 'robbins@millercanfield.com'; 'pricotta@mintz.com'; 'sdnyecf@dor.mo.gov'; 'nramsey@mmwr.com'; 'joneil@mmwr.com'; 'RTODER@MORGANLEWIS.COM'; 'eliu@morganlewis.com'; 'AGOTTFRIED@MORGANLEWIS.COM'; 'rmauceri@morganlewis.com'; 'bankruptcy@morrisoncohen.com'; 'jgilbert@motleyrice.com'; 'jbaden@motleyrice.com'; 'tmorrow@alixpartners.com'; 'CMcManus@muchshelist.com'; 'mkoks@munsch.com'; 'rsox@dealerlawyer.com'; 'nwbernstein@nwbllc.com'; 'dsammons@nagelrice.com'; 'jrice@nagelrice.com'; 'dbrody@borahgoldstein.com'; 'Gkelly@narmco.com'; 'peter.haley@nelsonmullins.com'; 'george.cauthen@nelsonmullins.com'; 'cameron.currie@nelsonmullins.com'; 'Maureen.Leary@oag.state.ny.us'; 'Susan.Taylor@oag.state.ny.us'; 'steven.koton@ag.ny.gov'; 'cmomjian@attorneygeneral.gov'; 'Info@AndrewCuomo.com'; 'lucas.ward@ohioattorneygeneral.gov'; 'MJR1@gwestchestergov.com'; 'Michelle.sutter@ohioattorneygeneral.gov'; 'RWYRON@ORRICK.COM'; 'RFRANKEL@ORRICK.COM'; 'rwyron@orrick.com'; 'rlawrence@orrick.com'; 'jansbro@orrick.com'; 'email@orumroth.com'; 'tsandler@osler.com'; 'DWALLEN@OSHR.COM'; 'JHELFAT@OSHR.COM'; 'SSOLL@OSHR.COM'; 'OSHR-GM-

bk@oshr.com'; 'chipford@parkerpoe.com'; 'AROSENBERG@PAULWEISS.COM'; 'harveystrickon@paulhastings.com'; 'akornberg@paulweiss.com'; 'jkoevary@paulweiss.com'; 'sshimshak@paulweiss.com'; 'pweintraub@paulweiss.com'; 'rzubaty@paulweiss.com'; 'ipohl@paulweiss.com'; 'arosenberg@paulweiss.com'; 'bhermann@paulweiss.com'; 'mphillips@paulweiss.com'; 'maricco.michael@pbgc.gov'; 'nogglel@pepperlaw.com'; 'toolee@pepperlaw.com'; 'caseyl@pepperlaw.com'; 'jaffeh@pepperlaw.com'; 'carignanj@pepperlaw.com'; 'kayesd@pepperlaw.com'; 'ebcalvo@pbfcm.com'; 'joy.e.tanner@altria.com'; 'tsadutto@platzerlaw.com'; 'dbernstein@plunkettcooney.com'; 'mfleming@plunkettcooney.com'; 'dlerner@plunkettcooney.com'; 'jsmairo@pbnlaw.com'; 'rmschechter@pbnlaw.com'; 'dbaldwin@potteranderson.com'; 'tbrown-edwards@potteranderson.com'; 'rmcneill@potteranderson.com'; 'fp@previant.com'; 'sjg@previant.com'; 'rpatel@pronskepatel.com'; 'srutsky@proskauer.com'; 'aberkowitz@proskauer.com'; 'Faye.Feinstein@quarles.com'; 'Christopher.Combest@quarles.com'; 'jrabinowitz@rltlawfirm.com'; 'rrm_narumanchi@hotmail.com'; 'stingey@rqn.com'; 'Lee_Cooper@raytheon.com'; 'kgwynne@reedsmith.com'; 'eschaffer@reedsmith.com'; 'cfelicetta@reidandriege.com'; 'tlzabel@rhoadesmckee.com'; 'rmallenski@aol.com'; 'richardnotice@rwmaplc.com'; 'NBinder@rkollp.com'; 'mfriedman@rkollp.com'; 'JHong@rkollp.com'; 'jhong@rkollp.com'; 'jshickich@riddellwilliams.com'; 'akress@riker.com'; 'akress@riker.com'; 'rkchevysales@rkautogroup.net'; 'judith.adler@us.bosch.com'; 'rsmith@cniinc.cc'; 'rpm@robinsonbrog.com'; 'aleffert@rwolaw.com'; 'kstrickland@rmkb.com'; 'cbelmonte@ssbb.com'; 'pbosswick@ssbb.com'; 'aisenberg@saul.com'; 'jhampton@saul.com'; 'tcurrier@saul.com'; 'rheilman@schaferandweiner.com'; 'glee@schaferandweiner.com'; 'bdeutsch@schnader.com'; 'bbressler@schnader.com'; 'david.karp@srz.com'; 'adam.harris@srz.com'; 'mschonfeld@gibsondunn.com'; 'dlin@seyburn.com'; 'dlin@seyburn.com'; 'dennis.odea@sfslawgroup.com'; 'bshaw100@shawgussis.com'; 'fsosnick@shearman.com'; 'jfrizzley@shearman.com'; 'etillinghast@sheppardmullin.com'; 'mcademartori@sheppardmullin.com'; 'bwolfe@sheppardmullin.com'; 'achaykin@shinnfuamerica.com'; Kansa, Ken; Bierman, Steven; Lagemann, Nicholas; 'avery@silvermanmorris.com'; 'ARosen@SilvermanAcampora.com'; 'DMACK@STBLAW.COM'; 'PPANTALEO@STBLAW.COM'; 'levick@singerlevick.com'; 'mshriro@singerlevick.com'; 'jack.butler@skadden.com'; 'nboehler@cbmlaw.com'; 'cmeyer@ssd.com'; 'tcornell@stahlcowen.com'; 'ccaldwell@starkreagan.com'; 'wpayne@stemberfeinstein.com'; 'JSTEMBER@STEMBERFEINSTEIN.COM'; 'EFEINSTEIN@STEMBERFEINSTEIN.COM'; 'EDOYLE@STEMBERFEINSTEIN.COM'; 'shgross5@yahoo.com'; 'sgoll@sbplclaw.com'; 'cbullock@sbplclaw.com'; 'nashyillebankruptcyfilings@stites.com'; 'bmeldrum@stites.com'; 'streusand@streusandlandon.com'; 'brousseau@sbep-law.com'; 'esserman@sbep-law.com'; 'hartwick@sbep-law.com'; 'd'apice@sbep-law.com'; 'newton@sbep-law.com'; 'brousseau@sbep-law.com'; 'esserman@sbep-law.com'; 'hartwick@sbep-law.com'; 'rhiersteiner@sandw.com'; 'jdarcey@sandw.com'; 'azuccarello@sandw.com'; 'jgroves@sandw.com'; 'cbodell@sandw.com'; 'dselwocki@swappc.com'; 'jteitelbaum@tblawllp.com'; 'marvin.clements@ag.tn.gov'; 'lischen@tcwtgn.com'; 'djr@thecreditorslawgroup.com'; 'barbara_keane@gardencitygroup.com'; 'casey.roy@oag.state.tx.us'; 'dkowich@umich.edu'; 'rbrownlee@thompsoncobum.com'; 'jesse@tipotexchevrolet.com'; 'mgamell@tlggr.com'; 'abauer@torys.com'; 'tmartin@torys.com'; 'sdellafera@trenklawfirm.com'; 'jeffrey.kelley@troutmansanders.com'; 'BRETT.GOODMAN@TROUTMANSANDERS.COM'; 'JOSEPH.SAMARIAS@DO.TREAS.GOV'; 'mkilgore@up.com'; 'david.jones6@usdoj.gov'; 'jeffrey.oestericher@usdoj.gov'; 'joseph.cordaro@usdoj.gov'; 'natalie.kuehler@usdoj.gov'; 'OFSChiefCounselNotices@do.treas.gov'; 'antitrust.atr@usdoj.gov'; 'askDOJ@usdoj.gov'; 'djury@usw.org'; 'MJEdelman@vedderprice.com'; 'MSchein@vedderprice.com'; 'MJEDELMAN@VEDDERPRICE.COM'; 'lakatz@venable.com'; 'roran@velaw.com'; 'tscobb@vorys.com'; 'crusemg@wnj.com'; 'kbrauer@wnj.com'; 'sgrow@wnj.com'; 'gtoering@wnj.com'; 'rbarrows@wdblaw.com'; 'rbarrows800@gmail.com'; 'zacharym@atg.wa.gov'; 'HARVEY.MILLER@WEIL.COM'; 'JOSEPH.SMOLINSKY@WEIL.COM'; 'STEPHEN.KAROTKIN@WEIL.COM'; 'ostrows@whiteandwilliams.com'; 'dockterman@wildman.com'; 'young@wildman.com'; 'dpacheco@wilentz.com'; 'laccarrino@wilentz.com'; 'uncbill@msn.com'; 'philip.anker@wilmerhale.com'; 'melanie.dritz@wilmerhale.com'; 'dennis.jenkins@wilmerhale.com'; 'mbotica@winston.com'; 'mcohn@winston.com'; 'sschwartz@winston.com'; 'cschreiber@winston.com'; 'wdcoffeylaw@yahoo.com'; 'swolfson@wolfsonbolton.com'; 'jwyly@wylyrommel.com';

'skrause@zeklaw.com'; 'bleinbach@zeklaw.com'; 'arbrown@mmm.com'; 'blc@ashrlaw.com'; 'david.boyle@airgas.com'; 'dgolden@akingump.com'; 'nlevine@akingump.com'; 'pdublin@akingump.com'; 'cbasler@alixpartners.com'; 'dfish@allardfishpc.com'; 'cwoodruff-neer@alpine-usa.com'; 'Elizabeth.Spangler@arcadis-us.com'; 'rothleder.jeffrey@arentfox.com'; 'campbell.andrea@arentfox.com'; 'dowd.mary@arentfox.com'; 'dgoing@armstrongteasdale.com'; 'dladdin@agg.com'; 'frank.white@agg.com'; 'jg5786@att.com'; 'hwangr@michigan.gov'; 'leslie.levy@nebraska.gov'; 'bk-mbrowning@oag.state.tx.us'; 'victoria.garry@ohioattomeygenera.lgov'; 'raterinkd@michigan.gov'; 'bk-kwalsh@oag.state.tx.us'; 'przekopshaws@michigan.gov'; 'neal.mann@oag.state.ny.us'; 'rbernard@bakerlaw.com'; 'jhutchinson@bakerlaw.com'; 'egoodman@bakerlaw.com'; 'wgibson@bakerlaw.com'; 'mmoseley@bakerdonelson.com'; 'summersm@ballardspahr.com'; 'jgregg@btlaw.com'; 'mark.owens@btlaw.com'; 'rcpottinger@bslbv.com'; 'ffm@bostonbusinesslaw.com'; 'CSALOMON@BECKERGLYNN.COM'; 'tgaa@bbslaw.com'; 'Robert.dombroff@bingham.com'; 'jeffrey.sabin@bingham.com'; 'jared.clark@bingham.com'; 'jonathan.alter@bingham.com'; 'anna.boelitz@bingham.com'; 'Kelbon@blankrome.com'; 'mrichards@blankrome.com'; 'JRumley@bcbsm.com'; 'mbakst@bodmanllp.com'; 'cdarke@bodmanllp.com'; 'borgeslawfirm@aol.com'; 'renee.dailey@bgllp.com'; 'bwilliam@gklaw.com'; 'bankruptcy.asbpo.asbdom@braytonlaw.com'; 'JMcDonald@Briggs.com'; 'wilkins@bwst-law.com'; 'hall@bwst-law.com'; 'rbrown@brownwhalen.com'; 'schristianson@buchalter.com'; 'JKim@burkelaw.com'; 'Gring@Burkelaw.com'; 'Peter.Lee@bnsf.com'; 'ccarson@burr.com'; 'paige@bsplaw.com'; 'sidorsky@butzel.com'; 'fishere@butzel.com'; 'seidel@butzel.com'; 'radom@butzel.com'; 'newman@butzel.com'; 'cbblac@acxiom.com'; 'john.rapisardi@cwt.com'; 'douglas.mintz@cwt.com'; 'peter.friedman@cwt.com'; 'zachary.smith@cwt.com'; 'rweinstein@cusa.canon.com'; 'ei@capdale.com'; 'rct@capdale.com'; 'pvnl@capdale.com'; 'rer@capdale.com'; 'tws@capdale.com'; 'kcm@capdale.com'; 'tws@capdale.com'; 'brcy@carsonfischer.com'; 'mweinczok@casselsbrock.com'; 'alan@chapellassociates.com'; 'ccahill@clarkhill.com'; 'rgordon@clarkhill.com'; 'BSUSKO@CGSH.COM'; 'jbromley@cgsh.com'; 'DGOTTLIEB@CGSH.COM'; 'RLINCER@CGSH.COM'; 'dbuell@cgsh.com'; 'soneal@cgsh.com'; 'bceccotti@cwsny.com'; 'goldberg@cwg11.com'; 'sfalanga@connellfoley.com'; 'chemrick@connellfoley.com'; 'pretekin@coollaw.com'; 'belkys.escobar@loudoun.gov'; 'sjohnston@cov.com'; 'mbaxter@cov.com'; 'jcarberiy@cl-law.com'; 'lisa.wurster@dana.com'; 'donald.bernstein@dpw.com'; 'gm@dmms.com'; 'hryder@daypitney.com'; 'adoshi@daypitney.com'; 'rmeth@daypitney.com'; 'info@dealertire.com'; 'jpowers@debevoise.com'; 'dtrafelet@sbcglobal.net'; 'rfhahn@debevoise.com'; 'james.moore@dechert.com'; 'juliet.sarkessian@dechert.com'; 'shmuel.vasser@dechert.com'; 'jkots@state.pa.us'; 'CONTACT-OCFO@DOL.GOV'; 'csweeney@dickinsonwright.com'; 'dyitzchaki@dickinsonwright.com'; 'jplemmons2@dickinsonwright.com'; 'kewald@dickinsonwright.com'; 'mchammer3@dickinsonwright.com'; 'gdiconza@dlawpc.com'; 'stephanie.wickouski@dbr.com'; 'kristin.going@dbr.com'; 'ayala.hassell@hp.com'; 'jwhitlock@eapdlaw.com'; 'rxza@elliottgreenleaf.com'; 'tak@elliottgreenleaf.com'; 'george.sanderson@elliswinters.com'; 'akatz@entergy.com'; 'druhlandt@ermanteicher.com'; 'eerman@ermanteicher.com'; 'deisenberg@ermanteicher.com'; 'mkogan@ecjlaw.com'; 'ngoteiner@fbm.com'; 'ppascuzzi@ffwplaw.com'; 'jsimon@foley.com'; 'kcatanese@foley.com'; 'jsoble@foley.com'; 'jmurch@foley.com'; 'jlee@foley.com'; 'fdicastri@foley.com'; 'maiello@foley.com'; 'shilfinger@foley.com'; 'sseabolt@foley.com'; 'rhuey@foley.com'; 'vavilaplana@foley.com'; 'mriopelle@foley.com'; 'klynch@formanlaw.com'; 'ygeron@foxrothschild.com'; 'ahammer@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'rgreenberg@dclawfirm.com'; 'bguy@fbtlaw.com'; 'mkroplin@fbtlaw.com'; 'Iboydston@fulbright.com'; 'drosenzweig@fulbright.com'; 'jrabin@fulbright.com'; 'mparker@fulbright.com'; 'mhaut@fulbright.com'; 'lstrubeck@fulbright.com'; 'lawrence.s.buonomo@gm.com'; 'prachmuth@gerstensavage.com'; 'dcrapo@gibbonslaw.com'; 'mjwilliams@gibsondunn.com'; 'dfeldman@gibsondunn.com'; 'dcg@girardgibbs.com'; 'ajd@girardgibbs.com'; 'Glenn.Reisman@ge.com'; 'tnixon@gklaw.com'; 'candres@gklaw.com'; 'kstadler@gklaw.com'; 'bdelfino@ghsllp.com'; 'bhoover@goldbergsegalla.com'; 'cbelter@goldbergsegalla.com'; 'jflaxer@golenbock.com'; 'dfurth@golenbock.com'; 'bmehlsack@gkllaw.com'; 'gkaden@goulstonstorrs.com'; 'drosner@goulstonstorrs.com'; 'Zirinskyb@gtlaw.com'; 'Mitchelln@gtlaw.com'; 'Kadisha@gtlaw.com'; 'jdivack@hahnhessen.com';

'hpatwardhan@hahnhessen.com'; 'Idpowar@hahnlaw.com'; 'dademarco@hahnlaw.com'; 'cbattaglia@halperinlaw.net'; 'jdyas@halperinlaw.net'; 'info@harmanbecker.de'; 'solson@hausfeldllp.com'; 'jonathan.hook@haynesboone.com'; 'patrick.hughes@haynesboone.com'; 'peter.ruggero@haynesboone.com'; 'charles.beckham@haynesboone.com'; 'brooks.hamilton@haynesboone.com'; 'judith.elkin@haynesboone.com'; 'matthew.russell@haynesboone.com'; 'bshort@hsblawfirm.com'; 'sselbst@herrick.com'; 'prubin@herrick.com'; 'ecurrenti@hess.com'; 'amy.chipperson@hp.com'; 'tcurran@haslaw.com'; 'skatzoff@hblaw.com'; 'sagolden@hhlaw.com'; 'bjgrieco@hhlaw.com'; 'jsgroi@honigman.com'; 'tsherick@honigman.com'; 'rweiss@honigman.com'; 'jrhunter@hunterschank.com'; 'tomschank@hunterschank.com'; 'anne.boudreau@ic.gc.ca'; 'rgriffin@iuoe.org'; 'memberservices@ivawfcu.com'; 'nganatra@uaw.net'; 'mneier@ibolaw.com'; 'jlsaffer@jlsaffer.com'; 'rkruger@jaffelaw.com'; 'dmurray@jenner.com'; 'ptrostle@jenner.com'; 'jboyles@jhvgglaw.com'; 'jeff.rich@klgates.com'; 'eric.moser@klgates.com'; 'rsmolev@kayescholer.com'; 'jstitt@kmklaw.com'; 'twilson@kelley-ferraro.com'; 'KDWBankruptcyDepartment@kelleydrye.com'; 'KDWBankruptcyDepartment@kelleydnie.com'; 'sjennik@kjmlabor.com'; 'tmurray@kjmlabor.com'; 'jed@krwlaw.com'; 'pwh@krwlaw.com'; 'ecf@kaalaw.com'; 'MBranzburg@klehr.com'; 'jwe@kjk.com'; 'fberg@kotzsangster.com'; 'jmacyda@kotsangster.com'; 'acaton@kramerlevin.com'; 'tmayer@kramerleyin.com'; 'rschmidt@kramerlevin.com'; 'Imacksoud@kramerleyin.com'; 'jsharret@kramerlevin.com'; 'jfriedman@kramerlevin.com'; 'dmb@kompc.com'; 'psm@kompc.com'; 'mws@kompc.com'; 'scook@lambertleser.com'; 'abruski@lambertleser.com'; 'Robert.Rosenberg@lw.com'; 'Adam.Goldberg@lw.com'; 'gabriel.delvirginia@verizon.net'; 'sheehan@txschoollaw.com'; 'larrykraines@gmail.com'; 'michaelhastings@leclairryan.com'; 'michael.conway@leclairryan.com'; 'shepner@lrbpc.com'; 'rbarbur@lrbpc.com'; 'rstroup@lrbpc.com'; 'klewis@lewispllc.com'; 'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@publicans.com'; 'austin.bankruptcy@publicans.com'; 'kwalsh@lockelord.com'; 'metkin@lowenstein.com'; 'steele@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'khk@maddinhauser.com'; 'msl@maddinhauser.com'; 'smatta@mattablair.com'; 'dhartheimer@mazzeosong.com'; 'jtesta@mccarter.com'; 'cstanziale@mccarter.com'; 'kab@mccarthylebit.com'; 'rrk@mccarthylebit.com'; 'mreed@mvbalaw.com'; 'sveselka@mvbalaw.com'; 'gbragg@mvbalaw.com'; 'cdorkey@mckennalong.com'; 'jmayes@mckennalong.com'; 'cgraham@mckennalong.com'; 'lamme@mltw.com'; 'privitera@mltw.com'; 'hkolko@msek.com'; 'elobello@msek.com'; 'gardinerk@michigan.gov'; 'msholmes@cowgillholmes.com'; 'gillcr@michigan.gov'; 'funds@michigan.gov'; 'wcacinfo@michigan.gov'; 'tlomazow@milbank.com'; 'skhalil@milbank.com'; 'ecfsarbt@millerjohnson.com'; 'ecfwolfordr@millerjohnson.com'; 'fusco@millercanfield.com'; 'hutchinson@millercanfield.com'; 'swansonm@millercanfield.com'; 'robbins@millercanfield.com'; 'pricotta@mintz.com'; 'sdnyecf@dor.mo.gov'; 'nramsey@mmwr.com'; 'joneil@mmwr.com'; 'RTODER@MORGANLEWIS.COM'; 'eliu@morganlewis.com'; 'AGOTTFRIED@MORGANLEWIS.COM'; 'rmauceri@morganlewis.com'; 'bankruptcy@morrisoncohen.com'; 'jgilbert@motleyrice.com'; 'jbaden@motleyrice.com'; 'tmorrow@alixpartners.com'; 'CMcManus@muchshelist.com'; 'mkoks@munsch.com'; 'rsox@dealerlawyer.com'; 'nwbernstein@nwbllc.com'; 'dsammons@nagelrice.com'; 'jrice@nagelrice.com'; 'dbrody@borahgoldstein.com'; 'Gkelly@narmco.com'; 'peter.haley@nelsonmullins.com'; 'george.cauthen@nelsonmullins.com'; 'cameron.currie@nelsonmullins.com'; 'Maureen.Leary@oag.state.ny.us'; 'Susan.Taylor@oag.state.ny.us'; 'steven.koton@ag.ny.gov'; 'cmomjian@attorneygeneral.gov'; 'Info@AndrewCuomo.com'; 'lucas.ward@ohioattomeygeneral.gov'; 'MJR1@gwestchestergov.com'; 'Michelle.sutter@ohioattorneygeneral.gov'; 'RWYRON@ORRICK.COM'; 'RFRANKEL@ORRICK.COM'; 'rwyron@orrick.com'; 'rlawrence@orrick.com'; 'jansbro@orrick.com'; 'email@orumroth.com'; 'tsandler@osler.com'; 'DWALLEN@OSHR.COM'; 'JHELFAT@OSHR.COM'; 'SSOLL@OSHR.COM'; 'OSHR-GM-bk@oshr.com'; 'chipford@parkerpoe.com'; 'AROSENBERG@PAULWEISS.COM'; 'harveystrickon@paulhastings.com'; 'akornberg@paulweiss.com'; 'jkoevary@paulweiss.com'; 'sshimshak@paulweiss.com'; 'pweintraub@paulweiss.com'; 'rzubaty@paulweiss.com'; 'ipohl@paulweiss.com'; 'arosenberg@paulweiss.com'; 'bhermann@paulweiss.com'; 'mphillips@paulweiss.com'; 'maricco.michael@pbgc.gov'; 'nogglel@pepperlaw.com';

'toolee@pepperlaw.com'; 'caseyl@pepperlaw.com'; 'jaffeh@pepperlaw.com'; 'carignanj@pepperlaw.com'; 'kayesd@pepperlaw.com'; 'ebcalvo@pbfcm.com'; 'joy.e.tanner@altria.com'; 'tsadutto@platzerlaw.com'; 'dbernstein@plunkettcooney.com'; 'mfleming@plunkettcooney.com'; 'dlerner@plunkettcooney.com'; 'jsmairo@pbnlaw.com'; 'rmschechter@pbnlaw.com'; 'dbaldwin@potteranderson.com'; 'tbrown-edwards@potteranderson.com'; 'rmcneill@potteranderson.com'; 'fp@previant.com'; 'sjg@previant.com'; 'rpatel@pronskepatel.com'; 'srutsky@proskauer.com'; 'aberkowitz@proskauer.com'; 'Faye.Feinstein@quarles.com'; 'Christopher.Combest@quarles.com'; 'jrabinowitz@rltlawfirm.com'; 'rrm_narumanchi@hotmail.com'; 'stingey@rqn.com'; 'Lee_Cooper@raytheon.com'; 'kgwynne@reedsmith.com'; 'eschaffer@reedsmith.com'; 'cfelicetta@reidandriege.com'; 'tlzabel@rhoadesmckee.com'; 'rmallenski@aol.com'; 'richardnotice@rwmaplc.com'; 'NBinder@rkollp.com'; 'mfriedman@rkollp.com'; 'JHong@rkollp.com'; 'jhong@rkollp.com'; 'jshickich@riddellwilliams.com'; 'akress@riker.com'; 'akress@riker.com'; 'rkchevysales@rkautogroup.net'; 'judith.adler@us.bosch.com'; 'rsmith@cniinc.cc'; 'rpm@robinsonbrog.com'; 'aleffert@rwolaw.com'; 'kstrickland@rmkb.com'; 'cbelmonte@ssbb.com'; 'pbosswick@ssbb.com'; 'aisenberg@saul.com'; 'jhampton@saul.com'; 'tcurrier@saul.com'; 'rheilman@schaferandweiner.com'; 'glee@schaferandweiner.com'; 'bdeutsch@schnader.com'; 'bbressler@schnader.com'; 'david.karp@srz.com'; 'adam.harris@srz.com'; 'mschonfeld@gibsondunn.com'; 'dlin@seyburn.com'; 'dlin@seyburn.com'; 'dennis.odea@sfslawgroup.com'; 'bshaw100@shawgussis.com'; 'fsosnick@shearman.com'; 'jfrizzley@shearman.com'; 'etillinghast@sheppardmullin.com'; 'mcademartori@sheppardmullin.com'; 'bwolfe@sheppardmullin.com'; 'achaykin@shinnfuamerica.com'; Kansa, Ken; Bierman, Steven; Lagemann, Nicholas; 'avery@silvermanmorris.com'; 'ARosen@SilvermanAcampora.com'; 'DMACK@STBLAW.COM'; 'PPANTALEO@STBLAW.COM'; 'levick@singerlevick.com'; 'mshriro@singerlevick.com'; 'jack.butler@skadden.com'; 'nboehler@cbmlaw.com'; 'cmeyer@ssd.com'; 'tcornell@stahlcowen.com'; 'ccaldwell@starkreagan.com'; 'wpayne@stemberfeinstein.com'; 'JSTEMBER@STEMBERFEINSTEIN.COM'; 'EFEINSTEIN@STEMBERFEINSTEIN.COM'; 'EDOYLE@STEMBERFEINSTEIN.COM'; 'shgross5@yahoo.com'; 'sgoll@sbplclaw.com'; 'cbullock@sbplclaw.com'; 'nashyillebankruptcyfilings@stites.com'; 'bmeldrum@stites.com'; 'streusand@streusandlandon.com'; 'brousseau@sbep-law.com'; 'esserman@sbep-law.com'; 'hartwick@sbep-law.com'; 'd'apice@sbep-law.com'; 'newton@sbep-law.com'; 'brousseau@sbep-law.com'; 'esserman@sbep-law.com'; 'hartwick@sbep-law.com'; 'rhiersteiner@sandw.com'; 'jdarcey@sandw.com'; 'azuccarello@sandw.com'; 'jgroves@sandw.com'; 'cbodell@sandw.com'; 'dselwocki@swappc.com'; 'jteitelbaum@tblawllp.com'; 'marvin.clements@ag.tn.gov'; 'lischen@tcwtgn.com'; 'djr@thecreditorslawgroup.com'; 'barbara_keane@gardencitygroup.com'; 'casey.roy@oag.state.tx.us'; 'dkowich@umich.edu'; 'rbrownlee@thompsoncobum.com'; 'jesse@tipotexchevrolet.com'; 'mgamell@tlggr.com'; 'abauer@torys.com'; 'tmartin@torys.com'; 'sdellafera@trenklawfirm.com'; 'jeffrey.kelley@troutmansanders.com'; 'BRETT.GOODMAN@TROUTMANSANDERS.COM'; 'JOSEPH.SAMARIAS@DO.TREAS.GOV'; 'mkilgore@up.com'; 'david.jones6@usdoj.gov'; 'jeffrey.oestericher@usdoj.gov'; 'joseph.cordaro@usdoj.gov'; 'natalie.kuehler@usdoj.gov'; 'OFSChiefCounselNotices@do.treas.gov'; 'antitrust.atr@usdoj.gov'; 'askDOJ@usdoj.gov'; 'djury@usw.org'; 'MJEdelman@vedderprice.com'; 'MSchein@vedderprice.com'; 'MJEDELMAN@VEDDERPRICE.COM'; 'lakatz@venable.com'; 'roran@velaw.com'; 'tscobb@vorys.com'; 'crusemg@wnj.com'; 'kbrauer@wnj.com'; 'sgrow@wnj.com'; 'gtoering@wnj.com'; 'rbarrows@wdblaw.com'; 'rbarrows800@gmail.com'; 'zacharym@atg.wa.gov'; 'HARVEY.MILLER@WEIL.COM'; 'JOSEPH.SMOLINSKY@WEIL.COM'; 'STEPHEN.KAROTKIN@WEIL.COM'; 'ostrows@whiteandwilliams.com'; 'dockterman@wildman.com'; 'young@wildman.com'; 'dpacheco@wilentz.com'; 'laccarrino@wilentz.com'; 'uncbill@msn.com'; 'philip.anker@wilmerhale.com'; 'melanie.dritz@wilmerhale.com'; 'dennis.jenkins@wilmerhale.com'; 'mbotica@winston.com'; 'mcohn@winston.com'; 'sschwartz@winston.com'; 'cschreiber@winston.com'; 'wdcoffeylaw@yahoo.com'; 'swolfson@wolfsonbolton.com'; 'jwyly@wylyrommel.com'; 'skrause@zeklaw.com'; 'bleinbach@zeklaw.com'