ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATT: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATT: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATT: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATT: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATT: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

| | |
|---|---|
| CITY OF SAGINAW, TREASURER<br>1315 S. WASHINGTON AVE.<br>SAGINAW, MI 48601 | CITY OF SIOUX CITY<br>CITY TREASURER<br>P.O. BOX 447<br>SIOUX CITY, IA 51102 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 | CONESTOGA-ROVERS & ASSOC.<br>ATT: BETH LANDALE<br>22055 NIAGARA FALLS BLVD.<br>SUITE #3<br>NIAGARA FALLS, NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES<br>22055 NIAGARA FALLS BLVD<br>SUTIE #3<br>NIAGARA FALLS, NY 14304 | ENCORE ENVIRONMENTAL CONSORTIUM<br>ATT: MARK QUILTER<br>P.O. BOX 66<br>6723 TOWPATH ROAD<br>SYRACUSE, NY 13214-0066 |
| ENVIRON INTERNATIONAL CORPORATION<br>214 CARNEGIE STREET<br>PRINCETON, NJ 08540 | FAVERO GEOSCIENCES<br>ATT: DAVE FAVERO<br>1210 SOUTH 5TH STREET, SUITE 2<br>SPRINGFIELD, IL 62703 |
| GENERAL OIL COMPANY, INC.<br>35796 VERONICA ST.<br>LIVONIA, MI 48150 | GLOBAL ENVIRONMENTAL ENGINEERING INC.<br>6140 HILL 23 DRIVE<br>SUITE 1<br>FLINT, MI 48507 |

NY1 7575720v.1

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

HALEY & ALDRICH DESIGN AND CONSTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HDR ENGINEERING
ATT: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATT: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

| | |
|---|---|
| THE BANK OF NEW YORK<br>FINANCIAL CONTROL BILLING<br>DEPARTMENT<br>P.O. BOX 19445<br>NEWARK, NJ 07195-0445 | THE BARTECH GROUP<br>17199 NORTH LAUREL PARK DR.<br>SUITE 224<br>LIVONIA, MI 48152 |
| TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM, MA 01702 | TRW AUTOMOTIVE U.S. LLC<br>12001 TECH CENTER DRIVE<br>LIVONIA, MI 48150 |
| WASHTENAW COUNTY TREASURER<br>P.O. BOX 8645<br>200 N. MAIN ST<br>STE 200<br>ANN ARBOR, MI 48107-8645 | WASTE MANAGEMENT<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 |
| WDC EXPLORATION & WELLS<br>1300 NATIONAL DR STE 140<br>SACRAMENTO, CA 95834-1981 | YOUNG'S ENVIRONMENTAL CLEANUP, INC<br>G-5305 NORTH DORT HIGHWAY<br>FLINT, MI 48505 |
| GOHN, HANKEY & STICHEL, LLP<br>ATT: JAN I. BERLAGE<br>ATTY FOR HAROLD MARTIN<br>201 N. CHARLES STREET<br>BALTIMORE, MD 21201 | |