UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

                          Chapter 11  Case No. 89-50026 (REG)
                          (Jointly Administered)

In re

MOTORS LIQUIDATION COMPANY, et.al.
    f/k/a General Motors Corp., et al


## MATHEW DESALVO'S WITHDRAWL OF MOTION OF MATHEW DESALVO, A MINOR, PURSUANT TO RULE 3002(C)(2) AND RULE 9006(B)(3) TO FILE ATTACHED PROOF OF CLAIM LATE AFTER DATE (PAPER # 9024)

Mathew DeSalvo herein withdraws his motion (paper # 9024) to file a proof of claim late. The parties have resolved the matter and the claim has been compromised and settled.


Mathew DeSalvo by his attorney,

Marc S. Alpert, BBO # 016420
Marc S. Alpert, P.C.
15 Court Square , #940
Boston, MA 02108-2524
Phone: 617 227-2380
Fax: 617 367-0329
e-mail: trepla2380@juno.com

RECEIVED MAR 17 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Certificate of service:

I certify that on March 15, 2012 I mailed postage prepaid a copy of this to the following:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286