

**DICKINSON WRIGHT**PLLC

301 E. LIBERTY STREET, SUITE 500
ANN ARBOR, MI 48104-2266
TELEPHONE: (734) 623-7075
FACSIMILE: (734) 623-1625
http://www.dickinsonwright.com

MICHAEL C. HAMMER
MHammer@dickinsonwright.com
(734) 623-1696



March 16, 2011

**VIA FEDERAL EXPRESS**

Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

> Re:   In re: Motors Liquidation Company, *et al.*, f/k/a General Motors Corp., *et al,*
> Chapter 11 Case No. 09-50026 (REG)
> (Jointly Administered)

Dear Madam/Sir:

Please remove me from receiving electronic notices in the above-referenced case.   I represent Visteon Corporation and numerous other companies.  My email addresses are:

mchammer2@dickinsonwright.com

mhammer3@dickinsonwright.com

mchammer3@dickinsonwright.com

Please contact my assistant, Penelope Minor, at 734-623-1639 if you have any questions. Thank you.

Very truly yours,

*Michael C. Hammer*

Michael C. Hammer

MCH:pjm
ANNARBOR 26381-290 125394v1