Exhibit #1

ORIGINAL

(1)

John Lewis Mealer, Pro Per (Pro Se)
6333 Gardenia Lane
Show Low, Arizona 85901
jlmealer@mealercompanies.com
jlmealer@yahoo.com

2010 SEP -9 AM 9:38
FILED BY B
CLERK SUPERIOR COURT
NAVAJO COUNTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF NAVAJO

JOHN LEWIS MEALER

PLAINTIFF

vs

GMAC MORTGAGE LLC and CEO DAVID APPLEGATE. GMAC FINANCIAL SERVICES. GMAC LLC and CEO MICHAEL CARPENTER. GENERAL MOTORS CORPORATION.. GENERAL MOTORS COMPANY and CEO EDWARD WHITACRE JR. MOTORS LIQUIDATION COMPANY. RESIDENTIAL CAPITAL LLC and CEO THOMAS MARANO. UNITED STATES TREASURY DEPARTMENT. GM ENGINEER KRIS J KORDELLA. JANE DOE. JOHN DOE. et al.

DEFENDANTS

CASE_NUMBER_CV201000316

NOTICE AND
CERTIFICATE OF SERVICE

## NOTICE AND CERTIFICATE OF SERVICE

I, John Lewis Mealer do hereby declare that: On August 16th, 2010, I deposited the original and copies of the following documents and otherwise served via the US Postal Service, First Class Mail to be delivered to the following persons and addresses:

CASE_NUMBER_CV201000316. CIVIL COMPLAINT FOR TORT . CRIMES

I declare under penalty of perjury that the foregoing is true and correct and that this declaration on August 16th, 2010 at Lakeside, Arizona.

[signature]

ORIGINAL

2

SERVICE LIST

ORIGINAL:

State of Arizona, County of Navajo Superior Court Hand Delivered to Clerk of the Court
100 East Carter Drive S Hwy 77, (PO BOX 668) Holbrook, AZ 86025

COPIES:

Michael Carpenter. CEO. GMAC. LLC 5/09 to Current in his personal and professional capacity. jointly and severally. 200 Renaissance Center. Detroit. MI 48265-2000

**(And GMAC LLC in care of CEO Michael Carpenter above)**

**(And GMAC Financial Services in care of Michael Carpenter above)**

David Applegate CEO GMAC Mortgage ("GMACM"). in his personal and professional capacity. jointly and severally. 1100 Virgina Drive Fort Washington. PA 19034

**(And GMACM in care of David Applegate above)**

Thomas Marano. CEO Residential Capital LLC ("RESCAP") in his personal and professional capacity. jointly and severally. One Meridian Crossings. Minneapolis. Minn 55423

**(And Residential Capital LLC in care of Thomas Marano above)**

Edward E. Whitacre. Jr.. CEO. "New" GM in his personal and professional capacity, jointly and severally, 300 Renaissance Center. Detroit. MI 48265-3000 *Mail Drop 482-Z39-B10*

*(And New GM in care of above, and Old GM in care of CEO Edward Whitacre above,)*

Motors Liquidation Company C/O Albert Koch
500 Renaissance Center, Ste 1400. Detroit, Michigan 48265

Kris J Kordella in his personal and professional capacity
1575 Honert Road Ortonville, Michigan 48462

US DEPARTMENT OF US TREASURY C/O OFFICE OF GENERAL COUNSEL
740 15th Street NW. Suite 510. Washington. DC 20220

~~U.S. TREASURY IN CARE OF:~~
~~U.S. DEPARTMENT OF JUSTICE~~
~~Room No. B-103 950 Pennsylvania Avenue, NW Washington, DC 20530-0001~~

US ATTORNEY, DISTRICT OF ARIZONA
Dennis K. Burke, Two Renaissance Square
40 North Central Ave., Suite 1200 Phoenix, AZ 85004-4408

ARIZONA ATTORNEY GENERAL
Honorable Terry Goddard 1275 West Washington Street Phoenix, Arizona 85007



John Lewis Mealer, Pro Per (Pro Se)
6333 Gardenia Lane
Show Low, Arizona 85901
jlmealer@mealercompanies.com
jlmealer@yahoo.com

2010 SEP -9 AM 9:39
CLERK SUPERIOR COURT NAVAJO COUNTY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF NAVAJO

JOHN LEWIS MEALER

PLAINTIFF

vs

GMAC MORTGAGE LLC and CEO DAVID APPLEGATE, GMAC FINANCIAL SERVICES, GMAC LLC and CEO MICHAEL CARPENTER, GENERAL MOTORS CORPORATION., GENERAL MOTORS COMPANY and CEO EDWARD WHITACRE JR. MOTORS LIQUIDATION COMPANY, RESIDENTIAL CAPITAL LLC and CEO THOMAS MARANO, UNITED STATES TREASURY DEPARTMENT, GM ENGINEER KRIS J KORDELLA, JANE DOE, JOHN DOE, et al.

DEFENDANTS

CASE NUMBER CV201000316

NOTICE OF PROOF OF SERVICE
RESPONSE BY MAIL

NOTICE OF PROOF OF SERVICE

I [signature], declare that:

I am employed in the county of Navajo, Arizona. My business address is:

145 N. White Mountain Rd. Suite A Show Low AZ 85901

I am over the age of eighteen years and not a party to this cause.

On August 16th, 2010, I served the *(1)* CIVIL COMPLAINT FOR TORT CRIMES JURY TRIAL DEMANDED FIRST AMENDED COMPLAINT. *APPENDIX I, II, II* *(2)* AFFIDAVIT OF PLAINTIFF JOHN LEWIS MEALER, *(3)* NOTICE OF PROOF OF SERVICE RESPONSE BY MAIL in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully

ORIGINAL



prepaid in the United States Mail in ShowLow, Arizona addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration on August 16th, 2010 at Lakeside, Arizona.

James W. Cramer

JAMES W. CRAMER

---

SERVICE LIST

ORIGINAL:

State of Arizona, County of Navajo Superior Court Hand Delivered to Clerk of the Court
100 East Carter Drive S Hwy 77, (PO BOX 668) Holbrook, AZ 86025

COPIES:

Michael Carpenter. CEO. GMAC. LLC 5/09 to Current in his personal and professional capacity. jointly and severally. 200 Renaissance Center. Detroit. MI 48265-2000

(And GMAC LLC in care of CEO Michael Carpenter above)

(And GMAC Financial Services in care of Michael Carpenter above)

David Applegate CEO GMAC Mortgage ("GMACM") in his personal and professional capacity. jointly and severally. 1100 Virgina Drive Fort Washington. PA 19034

(And GMACM in care of David Applegate above)

Thomas Marano. CEO Residential Capital LLC ("RESCAP") in his personal and professional capacity. jointly and severally. One Meridian Crossings. Minneapolis. Minn 55423

(And Residential Capital LLC in care of Thomas Marano above)

Edward E. Whitacre. Jr.. CEO. "New" GM in his personal and professional capacity, jointly and severally, 300 Renaissance Center. Detroit. MI 48265-3000 *Mail Drop 482-Z39-B10*





*(And New GM in care of above, and Old GM in care of CEO Edward Whitacre above,)*

Motors Liquidation Company C/O Albert Koch
500 Renaissance Center, Ste 1400. Detroit, Michigan 48265

Kris J Kordella in his personal and professional capacity
1575 Honert Road Ortonville, Michigan 48462

US DEPARTMENT OF US TREASURY C/O OFFICE OF GENERAL COUNSEL
740 15th Street NW, Suite 510, Washington, DC 20220

~~U.S. TREASURY IN CARE OF:~~
~~U.S. DEPARTMENT OF JUSTICE~~
~~Room No. B-103 950 Pennsylvania Avenue, NW Washington, DC 20530-0001~~

US ATTORNEY, DISTRICT OF ARIZONA
Dennis K. Burke, Two Renaissance Square
40 North Central Ave., Suite 1200 Phoenix, AZ 85004-4408

ARIZONA ATTORNEY GENERAL,
Honorable Terry Goddard 1275 West Washington Street Phoenix, Arizona 85007

ORIGINAL

6




Track & Confirm - Intranet Item Inquiry - Domestic

Tracking Label: 7009 2820 0000 9062 9471

| | | | |
|---|---|---|---|
| Destination | ZIP Code: 48265 | City: DETROIT | State: MI |
| Origin | ZIP Code: 85929-7300 | City: LAKESIDE | State: AZ |

Class/Service: Priority Mail Certified Mail

Service Calculation Information

Weight: 1 lb(s) 3 oz(s)

Postage: $8.60

Zone: 07

Firm Book ID: 5103 0SHE G826 1451 8442

Delivery Option Indicator: Normal Delivery

PO Box?: N

Rate Indicator: Single-Piece Rate

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7009 2820 0000 9062 9471 | $2.80 |
| Return Receipt | 7009 2820 0000 9062 9471 | $2.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/18/2010 07:10<br>Input Method: Firm Book<br>Finance Number: 252490<br>Firm Name: GM<br>Recipient: 'M DAROWSKI'<br>Request Delivery Record<br>View Delivery Signature and Address | DETROIT, MI 48265 | 030SHEG881 |
| ARRIVAL AT UNIT | 08/18/2010 07:00<br>Input Method: Firm Book | DETROIT, MI 48233 | 030SHEG826 |
| ACCEPT OR PICKUP | 08/16/2010 09:18<br>Input Method: Scanned<br>Finance Number: 034588 | LAKESIDE, AZ 85929 | |

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.




(7)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Michael Carpenter, CEO
GMAC LLC
200 Renaissance Center
Detroit, Michigan
48265-2000

(Ally?)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mike Darowski* ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) *Mike Darowski*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7009 2820 0000 9062 9563

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GMAC LLC
c/o CEO MICHAEL CARPENTER
200 Renaissance Center
Detroit, Michigan
48265-2000

Ally?

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7009 2820 0000 9062 9556

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Signature next page




Track / Confirm - Intranet Item Inquiry
Item Number: 7009 2820 0000 9062 9555

This item was delivered on 08/18/2010 at 07:10




Enter Request Type and Item Number

Quick Search ⦿ Extensive Search ◯

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Elec Signature "green card"

7009 2820 0000 9062 9555
GMAC LLC



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GMAC Mortgage LLC
Attn: CEO David Applegate
1100 Virginia Drive
Fort Washington, PA
19034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 18 2010

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2820 0000 9062 9532

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Marano, CEO
Residential Capital LLC
One Meridian Crossings
Minneapolis, Minn 55423

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RICHFIELD MN
AUG 18 2010

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2820 0000 9062 9464

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

10



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Residential Capital LLC
Attn: CEO Thomas Marano
One Meridian Crossings
Minneapolis, Minn.
55423

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☒ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RICHFIELD MN AUG 18 2010 USPS - 55423

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7009 2820 0000 9062 9518

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Kris Kordella
1575 Honert Rd
Ortonville, Mi.
48462

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) KRIS J. KORDELLA C. Date of Delivery 8-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7009 2820 0000 9062 9501

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

(11)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GMAC Financial Services
Attn: Michael Carpenter
200 Renaissance Center
Detroit, Mich. 48265-2000

Ally?

M/D 2067

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X Mike Darowski ☐ Agent ☐ Addressee

B. Received by (Printed Name) Mike Darowski

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2820 0000 9062 9570

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. David Applegate
CEO GMAC Mortgage
1100 Virginia Drive
Fort Washington, PA
19034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 18 2010

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7009 2820 0000 9062 9525

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

(12)

ORIGINAL

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Motors Company
c/o CEO Edward Whitacre Jr.
300 Renaissance Center
Detroit, Mich. 48265-3000

Mr. Whitacre:
M/D 482-Z39-B10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mike Darowski ☐ Agent ☐ Addressee

B. Received by (Printed Name) Mike Darowski
C. Date of Delivery AUG 23 2010

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7009 2820 0000 9062 9495

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

Track/Confirm - Intranet Item Inquiry - Domestic

Tracking Label: 7009 2820 0000 9062 9488

| | | | |
|---|---|---|---|
| Destination | ZIP Code: 48265 | City: DETROIT | State: MI |
| Origin | ZIP Code: 85929-7300 | City: LAKESIDE | State: AZ |

Class/Service: Priority Mail Certified Mail

Service Calculation Information

Weight: 1 lb(s) 3 oz(s)

Postage: $8.60

Zone: 07

Firm Book ID: 5103 0SHE G881 1451 5943

Delivery Option Indicator: Normal Delivery

PO Box?: N

Rate Indicator: Single-Piece Rate

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7009 2820 0000 9062 9488 | $2.80 |
| Return Receipt | 7009 2820 0000 9062 9488 | $2.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/18/2010 07:17<br>Input Method: Firm Book<br>Finance Number: 252490<br>Firm Name: REN CEN 48243<br>Recipient: 'T KEYS'<br>Request Delivery Record<br>View Delivery Signature and Address | DETROIT, MI 48243 | 030SHEG826 |
| ARRIVAL AT UNIT | 08/18/2010 06:12<br>Input Method: Firm Book | DETROIT, MI 48233 | 030SHEG881 |
| ACCEPT OR PICKUP | 08/16/2010 09:16<br>Input Method: Scanned<br>Finance Number: 034588 | LAKESIDE, AZ 85929 | |

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

(14)




Track/Confirm - Intranet Item Inquiry - Domestic

Tracking Label: 7009 2820 0000 9062 9549

| | | | |
|---|---|---|---|
| Destination | ZIP Code: 20220 | City: WASHINGTON | State: DC |
| Origin | ZIP Code: 85929-7300 | City: LAKESIDE | State: AZ |

Class/Service: Priority Mail Certified Mail

Service Calculation Information

Weight: 1 lb(s) 3 oz(s) Postage: $9.55

Zone: 08

Firm Book ID: 5103 0SGU A697 1461 5693

Delivery Option Indicator: Normal Delivery PO Box?: N

Rate Indicator: Single-Piece Rate

| Special Services | Associated Labels | Amount |
|---|---|---|
| Certified Mail | 7009 2820 0000 9062 9549 | $2.80 |
| Return Receipt | 7009 2820 0000 9062 9549 | $2.30 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/19/2010 11:21<br>Input Method: Firm Book<br>Finance Number: 105010<br>Firm Name: TREASURY 20220 R4<br>Recipient: 'R GAMBOA'<br>Request Delivery Record<br>View Delivery Signature and Address | WASHINGTON, DC 20220 | 030SGU9881 |
| ARRIVAL AT UNIT | 08/19/2010 10:02<br>Input Method: Firm Book | WASHINGTON, DC 20022 | 030SGUA697 |
| ACCEPT OR PICKUP | 08/16/2010 09:11<br>Input Method: Scanned<br>Finance Number: 034588 | LAKESIDE, AZ 85929 | |

Explanation of Quick and Extensive Searches



John Lewis Mealer, Pro Per (Pro Se)
6333 Gardenia Lane
Show Low, Arizona 85901
jlmealer@mealercompanies.com

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF NAVAJO

JOHN LEWIS MEALER

PLAINTIFF

vs

GMAC MORTGAGE LLC and CEO DAVID APPLEGATE, GMAC FINANCIAL SERVICES, GMAC LLC and CEO MICHAEL CARPENTER, GENERAL MOTORS CORPORATION., GENERAL MOTORS COMPANÝ and CEO EDWARD WHITACRE JR, MOTORS LIQUIDATION COMPANY, RESIDENTIAL CAPITAL LLC and CEO THOMAS MARANO, UNITED STATES TREASURY DEPARTMENT, GM ENGINEER KRIS J KORDELLA, JANE DOE, JOHN DOE, et al.

DEFENDANTS

CASE_NUMBER_CV201000316

CIVIL COMPLAINT FOR TORT, CRIMES

JURY TRIAL DEMANDED

FIRST AMENDED COMPLAINT

*AFFIDAVITS I, II, III*

AFFIDAVIT OF SERVICE

I, John Lewis Mealer hereby making this affidavit subject to the laws and penalties of perjury, do hereby sign and affirm that pursuant to Title 16 A.R.S. Rules of Civil Procedure 4.2(c). Service By Mail. All documents relating to Service by mail of all out of state defendants have been served by return receipt as filed with this court, a copy of the summons and pleading which have been dispatched and received and filed with this honorable State of Arizona Navajo Superior Court on or about 18 ~~September~~ Aug All Defendants excluding GM who had returned receipt on 23 ~~September~~ Aug, 2010.

Such papers were in fact received by the parties as evidence by the receipt, a copy of which shall be attached to this affidavit.

DATED: 9/27/2010

John Lewis Mealer, Pro Per, (Pro Se)