John Lewis Mealer<br>
6333 Gardenia Lane<br>
Show Low, Arizona 85901<br>
928-532-8191

ATTENTION:

**Motors Liquidation Company**, c/o- Albert Koch or acting CFO, CEO, 500 Renaissance Center, Ste. 1400. Detroit, Michigan 48265

**General Motors Company, ("GM LLC")**, c/o acting CEO Dan Akerson, 300 Renaissance Center, Detroit, Michigan 48265-3000

Former "GM LLC", **CEO Edward Whitacre Jr.** as last known/previously served and received address at; 300 Renaissance Center, Detroit, Michigan 48265-3000 Mail Drop # 482-Z39-B10

Dear Sirs;

On August 16th, 2010, I was forced to serve a summons for a civil lawsuit upon your companies and upon you personally Mr. Whitacre (for negligence). The served complaint was received and served properly by all parties no later than mid September of 2010.

This lawsuit was filed in the Arizona Superior Court, County of Navajo Case No. CV201000316 and was subsequently transferred to US District Court, District of Arizona Case No.: 3:10-cv-08172-JWS  said Amended Complaint and a Summons in a Civil Action were properly served upon each party. Yourself included...

It's been quite some time since you were "served the summons" and you have not responded. The time limit for a response is/was 30 days and you are well past that point. <u>I intend to file a default pursuant to Fed. R. Civ. 55(b)(2), and Fed. R. Civ. P. 8(b)</u> within 24 hours of your receipt of this letter.

*Because you have refused to answer or respond to the complaint.*

I had high expectations to become/operate a fellow automaker business which would not necessarily trump your failed company, but would have instead given the public another automobile maker to choose from and would have offered them a rival to the Detroit Three and the other automobile manufacturers.

1 February, 2011                                       Sincerely,

*[signature]*
John Lewis Mealer