John Lewis Mealer, Pro Per (Pro Se)
6333 Gardenia Lane
Show Low, Arizona 85901
928-532-8191
jlmealer@yahoo.com

FILED ___ LODGED
___ RECEIVED ✓ COPY

MAR 0 3 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                    P. DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN LEWIS MEALER | ) Case No: 3:10-cv-08172-JWS |
| Plaintiff | ) JUDICIAL NOTICE |
| vs | ) |
| GMAC MORTGAGE LLC *and CEO DAVID APPLEGATE*, GMAC FINANCIAL SERVICES, *GMAC LLC and CEO MICHAEL CARPENTER, GENERAL MOTORS CORPORATION., GENERAL MOTORS COMPANY and CEO EDWARD WHITACRE JR, MOTORS LIQUIDATION COMPANY, RESIDENTIAL CAPITAL LLC and CEO THOMAS MARANO, GM ENGINEER KRIS J KORDELLA, JANE DOE, JOHN DOE, et al.* | ) |
| Defendant(s) | ) |

Plaintiff, MEALER, makes petition for judicial notice of the following relevant facts:

I.     The August 10th, 2010 Amended Complaint and Summons filed in the State of Arizona Superior Court in and for the County of Navajo is the properly served upon all defendants with new defendants following due diligence being added after the initial June 8th, 2010 parked Complaint and therefore the accepted Amended Complaint is the properly served document which is also known within these combined documents as Exhibit "1".

II.    The parties properly legally served and summoned are listed within this document hereto as Exhibit "2" and ruled upon as properly served pursuant Arizona Rules of Civil Procedure and Fed. R. Civ. P. 4(e)(1) by the Honorable John W. Sedwick sitting for the District of Arizona where this case was transferred.

-1-

## AFFIDAVIT

I, plaintiff John Lewis Mealer, do hereby certify and testify through penalties of perjury to the fullest extent of the law, that the statements and allegations set forth in the foregoing motion and the accompanying Memorandum and Judicial Notice are true and accurate to the best of my knowledge and belief.

Dated this 1st day of February, 2011

_____

- 2