
Exhibit #6

# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*John Lewis Mealer v. GMAC Mortgage, LLC, et al*

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | 3:10-cv-08172 JWS |
| PROCEEDINGS:    **ORDER FROM CHAMBERS** | November 17, 2010 |

Plaintiff commenced this action against eight named defendants. In an order at docket 30, the court granted the motion by one defendant, General Motors, LLC, to dismiss. Now at docket 34, plaintiff seeks permission to take an appeal from that decision. Plaintiff still has outstanding claims against some of the named defendants. While this court has discretion under Rule 54(b) to direct entry of a judgment as to only one of the parties where there are multiple defendants, the policy against piecemeal appeals weighs heavily against doing so in this case. Plaintiff will have to await resolution of his claims against all defendants before he may take an appeal. The motion at docket 34 is **DENIED**.