**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                     ) ss
COUNTY OF NASSAU      )

I, Alison Moodie, being duly sworn, depose and state:

1.       I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On March 18, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Between the Debtors, Mackie Hamilton, and Peggy Brinkley Providing for Limited Modification of the Automatic Stay [Docket No. 9835].

Dated:  March 21, 2011                                    /s/ Alison Moodie_____
            Lake Success, New York                   Alison Moodie

Sworn to before me this 21st day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

MACKIE HAMILTON
MICHAEL J. MESTAYER, ESQ.
MICHAEL J. MESTAYER, A PLC
1100 POYDRAS ST STE 2785
SUITE 2750
NEW ORLEANS, LA 70163

MACKIE HAMILTON O/B/O ESTATE OF KATHY L. HAMILTON
MICHAEL J. MESTAYER, ESQ.
MICHAEL J. MESTAYER, A PLC
601 POYDRAS STREET
SUITE 2750
NEW ORLEANS, LA 70130