UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                )
                                      )
MOTORS LIQUIDATION COMPANY,           )   CASE NO. 09-50026 (REG)
    et al., f/k/a/ General Motors Corp, et al.  )   (Jointly Administered)
                                      )
        DEBTORS.                      )   CHAPTER 11

## RESPONSE OF MARION COUNTY TREASURER
## TO DEBTORS' 211th OMNIBUS OBJECTIONS TO CLAIMS

Comes now the Treasurer of Marion County, Indiana, by counsel, and for its Response to the Debtors' 211th Omnibus Objections to Claims states as follows:

1. In the Debtors' 211th Omnibus Objections to Claims, Debtors object to Treasurer's Priority Claim No. 70668 in the amount of $ 1,215,869.58 on grounds "No Liability; Claims seek recovery of amounts for which the Debtors are not liable".

2. The Marion County Treasurer's claim is based on a self-filed assessment form declaring a value of $ 40,806,470 (Exhibit A).

3. At the time the Treasurer filed its' claim, tax rates were not yet available and therefore the tax amount was estimated. The tax rates now being available and taxes calculated – the actual amount of tax due is $ 1,256,390.40, as evidenced by the tax bill (Exhibit B).

WHEREFORE, the Marion County Treasurer respectfully requests that its Proof be allowed in the actual tax amount of $ 1,256,390.40 as described herein, that the Debtors' Objection to this Claim be overruled, and for all other just and proper relief.

Respectfully submitted,

By: /s/ Douglas J. DeGlopper
Douglas J. DeGlopper
Attorney for Marion County Treasurer
318 East 64th Street
Indianapolis, IN 46220
(317) 403-0098
ddeglopper@aol.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice has been served upon all counsel of record listed below by electronic or United States first class postage pre-paid on this 2nd day of March, 2011.

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Harvy R. Miller, Esq., Stephen Karotkin, Esq.,
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Ave Ste 370
Birmingham, Michigan 48009

Lawrence S. Buonomo, Esq
General Motors LLC
400 Rennaissance Center
Detroit, MI 48265

Thomas Moers Mayer, Esp., Robert Schmidt, Esq.,
Lauren Macksoud, Esq., Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis, Esq.
Office of the U S Trustee
Southern District of New York
33 Whitehall St, 21st Floor
New York, NY 10004

By: /s/ Douglas J. DeGlopper
Douglas J. DeGlopper
Attorney for Marion County Treasurer

# BUSINESS TANGIBLE PERSONAL PROPERTY RETURN

State Form 10068 (R14 / 1-09)
PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE

**FORM 104**

MARCH 1, 20 10.
For assessor's use
**COMPLETED**
JUN 0 2 2010
MCA

A 140570

M

**INSTRUCTIONS:** This form must be filed with the Assessor not later than May 15 unless an extension is granted in writing.

| Name of taxpayer (Please type or print): Motors Liquidation Company  FKA: General Motors Corporation  Account: MLC NEW FILING 1 | DLGF taxing district number 49 - 101 |
|---|---|
| Name under which business is conducted: MFD - INDIANAPOLIS | Township: Center Township |
| Address where property is located (number and street, city and state): 340 S. WHITE RIVER PKWY W DR INDIANAPOLIS | County: Marion | ZIP code: 46206-0388 |
| Nature of business | | |

RECEIVED MAY 17 2010 Marion County Assessor

72180

| Name to which assessment and tax notice to be mailed (if different than above): Motors Liquidation Company |  |  |
|---|---|---|
| Mailing address (number and street, city and state) (if different than above): 500 Renaissance Center Suite 1400 Detroit, MI 48243 | County | ZIP code: 48243 |

**TOTAL TANGIBLE PERSONAL PROPERTY** (Please check one)  ☐ Form 102   ☒ Form 103

| Summary (round all numbers to nearest ten dollars) | REPORTED BY TAXPAYER | CHANGE BY ASSESSOR | CHANGE BY COUNTY BOARD |
|---|---|---|---|
| Schedule A - Personal Property Other Than Inventory  + | $ 40,806,470 | $ | $ |
| Deduction per Form PPID-1 (Investment Deduction)  - | $ | $ | $ |
| Deduction per Form 103 ERA (Economic Revitalization)  - | $ 0 | $ | $ |
| Final Assessed Value  = | $ 40,806,470 | $ | $ |

All vehicles used in farm or business and not subject to Excise Tax must be reported as depreciable personal property in the pools on Schedule A of Forms 102 or 103.

## SIGNATURE AND VERIFICATION

**Under penalties of perjury**, I hereby certify that this return (including accompanying schedules and statements), to the best of my knowledge and belief, is true, correct, and complete; reports all tangible personal property, subject to taxation, owned, held, possessed or controlled by the named taxpayer in the stated township or taxing district on the assessment date of this return, as required by law; and is prepared in accordance with IC 6-1.1 et seq., as amended, and regulations promulgated with respect thereto.

| Signature of authorized person | Date signed (month, day, year) |
|---|---|
| [signature] | 05/12/2010 |
| Please print name: Raymond Fulcher | Title: PROPERTY TAX SPECIALIST | Telephone number: (313) 665-8272 |
| Signature of person preparing return based on all information of which he has any knowledge | Telephone number |

Exhibit A

☐ NO FINE
☐ LATE
☐ LATE LATE
☐ NON-COMP.

**Late Payment Penalty:** 5% penalty if no delinquencies on bill and paid within 30 days of due date. 10% penalty if there are delinquencies on bill or if paid after 30 days of due date. The penalty must be included with the late tax payment.

☐ Check here if address has changed, please provide new address and email information on the reverse side.

**FIRST INSTALLMENT 2011**
**DELINQUENT AFTER MAY 10, 2011**

| PLEASE PAY THIS AMOUNT FOR FIRST INSTALLMENT | $628,195.20 |

Mail check & coupon to:

MOTORS LIQUIDATION COMPANY
MAIL CODE 482-C14-C66
PO BOX 9024
DETROIT, MI 48202

MARION COUNTY TREASURER
PO BOX 6145
INDIANAPOLIS, IN 46206-6145

01110062819520A1405708

--- Fold & Tear Here ---

Marion County, Indiana TAX STATEMENT    TAXPAYERS' COPY    Keep This Portion For Your Records

| PARCEL # | STATE PARCEL # | PROPERTY ADDRESS | TAXING DISTRICT |
|---|---|---|---|
| A140570 |  | 340 S WHITE RIVER PKWY W DR | 101/101 INDIANAPOLIS CENTER |
|  | TSD Code |  | PROPERTY TYPE |
|  | 811 |  | STATE HOMESTEAD CREDIT 0.0000% |
|  |  |  | LOCAL HOMESTEAD CREDIT 4.9774% |

**NAME AND ADDRESS OF TAXPAYER**       **LEGAL DESCRIPTION**
MOTORS LIQUIDATION COMPANY
MAIL CODE 482-C14-C66
PO BOX 9024
DETROIT, MI 48202

| FIRST INSTALLMENT 2011 | | SECOND INSTALLMENT 2011 | |
|---|---|---|---|
| Total Tax Liability FIRST | $628,195.20 | Total Tax Liability SECOND | $628,195.20 |
| Additional Assessment | $0.00 | Additional Assessment | $0.00 |
| Delinquent Penalty | $0.00 | Delinquent Penalty | $0.00 |
| Delinquent Tax | $0.00 | Delinquent Tax | $0.00 |
| Delinquent SA Tax | $0.00 | Delinquent SA Tax | $0.00 |
| Delinquent SA Penalty | $0.00 | Delinquent SA Penalty | $0.00 |
| Fees | $0.00 | Fees | $0.00 |
| Surplus | $0.00 | Surplus | $0.00 |
| Auditor Corrections | $0.00 | Auditor Corrections | $0.00 |
| Total Payments | $0.00 | Total Payments | $0.00 |
| **PLEASE PAY THIS AMOUNT FOR FIRST INSTALLMENT** | ▶ $628,195.20 | **PLEASE PAY THIS AMOUNT FOR SECOND INSTALLMENT** | ▶ $628,195.20 |

--- Fold & Tear Here ---

Parcel # A140570    03/02/2011    **TREASURER'S COPY**    Make check payable to Marion County Treasurer

**Late Payment Penalty:** 5% penalty if no delinquencies on bill and paid within 30 days of due date. 10% penalty if there are delinquencies on bill or if paid after 30 days of due date. The penalty must be included with the late tax payment.

☐ Check here if address has changed, please provide new address and email information on the reverse side.

**SECOND INSTALLMENT 2011**
**DELINQUENT AFTER NOVEMBER 10, 2011**

| PLEASE PAY THIS AMOUNT FOR SECOND INSTALLMENT | $628,195.20 |

Mail check & coupon to:

MOTORS LIQUIDATION COMPANY
MAIL CODE 482-C14-C66
PO BOX 9024
DETROIT, MI 48202

MARION COUNTY TREASURER
PO BOX 6145
INDIANAPOLIS, IN 46206-6145

*Exhibit B*

02110062819520A1405708