White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 244-9500
Telecopier: (212) 244-6200

*Counsel for Cisco Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, ET AL., F/K/A General Motors Corp., et al. | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of White and Williams LLP hereby withdraws its appearance in the above-captioned Chapter 11 case, effective as of the date hereof, and requests that Steven Ostrow, Esq. (ostrows@whiteandwilliams.com) be removed from the ECF notification in the above-captioned case. White and Williams LLP no longer represents a party in interest in the proceedings.

Dated: March 21, 2011

Respectfully submitted,

WHITE AND WILLIAMS LLP

By: /s/ Steven E. Ostrow
Steven E. Ostrow, Esquire
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY 10119

7378245v.1