UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON    )
                                         ) ss
COUNTY OF KING            )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On March 18, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (affected parties), and by overnight delivery on the parties identified on Exhibit B annexed hereto (affected parties):

- Notice of Settlement of Order Pursuant to Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Second Amended Joint Chapter 11 Plan.

Signed in Seattle, Washington this 21st day of March, 2011          /s/ Danielle Zahaba
                                                                                                      DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 21st day of March, 2011.


 /s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: NATALIE E. LEVINE<br>ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>email: nlevine@akingump.com | BARNES & THORNBURG LLP<br>ATTY FOR M-HEAT INVESTORS, LLC<br>ATTN: PATRICK E. MEARS & JOHN T. GREGG<br>171 MONROE AVE, NW, SUITE 1000<br>GRAND RAPIDS, MI 49503<br>email: pmears@btlaw.com, jgregg@btlaw.com |
| BUTZEL LONG, PC<br>ATT: ROBERT SIDORSKY & ERIC B. FISHER<br>ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI<br>380 MADISON AVENUE<br>NEW YORK, NY 10017<br>email: sidorsky@butzel.com; fishere@butzel.com | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTY FOR UNITED STATES OF AMERICA<br>ATT: JOHN J. RAPISARDI, ESQ.<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>email: john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com, zachary.smith@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATTY FOR UNITED STATES OF AMERICA<br>ATT: PETER M. FRIEDMAN, ESQ., TIMOTHY BROWN<br>700 SIXTH STREET, N.W.<br>WASHINGTON, DC 20001<br>email: peter.friedman@cwt.com; timothy.brown@cwt.com | CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE<br>ATTN: ELIHU INSELBUCH, RITA C. TOBIN<br>375 PARK AVENUE, 35TH FLOOR<br>NEW YORK, NY 10152<br>email: ei@capdale.com; rct@capdale.com; |
| CAPLIN & DRYSDALE, CHARTERED<br>ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE<br>ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III<br>ONE THOMAS CIRCLE, NW, SUITE 1100<br>WASHINGTON, DC 20005<br>email: kcm@capdale.com; tws@capdale.com | ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.<br>ATTY FOR CENTERPOINT ASSOCIATES, L.L.C.<br>ATT: DIANNE RUHLANDT<br>400 GALLERIA OFFICENTRE, SUITE 444<br>SOUTHFIELD, MI 48034<br>email: druhlandt@ermanteicher.com |
| GENERAL MOTORS, LLC<br>ATT LAWRENCE S BUONOMO ESQ<br>400 RENAISSANCE CENTER<br>DETROIT, MI 48265<br>email: lawrence.s.buonomo@gm.com | GIBSON, DUNN & CRUTCHER LLP<br>ATTY FOR WILMINGTON TRUST COMPANY<br>ATT: MATTHEW J. WILLIAMS, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193<br>email: mjwilliams@gibsondunn.com |
| GREENBERG TRAURIG, LLP<br>ATT: B. ZIRINSKY, N. MITCHELL, A. KADISH<br>ATTY FOR APPALOOSA MANAGEMENT L.P.<br>200 PARK AVENUE<br>NEW YORK, NY 10166<br>email: Zirinskyb@gtlaw.com ; Mitchelln@gtlaw.com ; Kadisha@gtlaw.com | HISCOCK & BARCLAY LLP<br>ATTY FOR THE SCHAEFER GROUP INC<br>ATTN SUSAN R KATZOFF ESQ<br>ONE PARK PLACE<br>300 SOUTH STATE STREET<br>SYRACUSE, NY 13202<br>email: skatzoff@hblaw.com |
| HISCOCK & BARCLAY, LLP<br>ATTN: LEE WOODWARD ESQ<br>ONE PARK PLACE, 300 SOUTH STATE STREET<br>SYRACUSE, NY 13202-2078<br>email: echarlton@hblaw.com | KELLEY DRYE & WARREN, LLP<br>ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.<br>ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>email: KDWBankruptcyDepartment@kelleydrye.com |

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.<br>ATTN: RICHARD M. CIERI<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10005<br>email: richard.cieri@kirkland.com, ray.schrock@kirkland.com, mark.mckane@kirkland.com | KIRKLAND & ELLIS LP<br>ATTY FOR NUMMI<br>ATTN: MARK E. MCKANE<br>555 CALIFORNIA STREET, 27TH FLOOR<br>SAN FRANCISCO, CA 94104<br>email: mark.mckane@kirkland.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE<br>ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN MACKSOUD, JEN SHARRET,<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com, lmacksoud@kramerlevin.com, jsharret@kramerlevin.com, jfriedman@kramerlevin.com | MORGAN, LEWIS & BOCKIUS LLP<br>ATTYS FOR JPMORGAN CHASE BANK<br>ATTN: ANDREW D. GOTTFRIED & ANNIE C. WELLS<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>email: AGOTTFRIED@MORGANLEWIS.COM |
| MOTORS LIQUIDATION COMPANY<br>ATTN: THOMAS MORROW<br>401 SOUTH OLD WOODWARD AVENUE, STE 370<br>BIRMINGHAM, MI 48265<br>email: tmorrow@alixpartners.com | NEW YORK STATE DEPARTMENT OF LAW<br>ENVIRONMENTAL PROTECTION BUREAU<br>ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224<br>email: Maureen.Leary@oag.state.ny.us |
| NEW YORK STATE DEPARTMENT OF LAW<br>ENVIRONMENTAL PROTECTION BUREAU<br>ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224<br>email: Susan.Taylor@oag.state.ny.us | OFFICE OF THE CALIFONIA ATTORNEY GENERAL SUPERVISING DEPUTY ATTORNEY G<br>ATTY FOR STATE OF CALIFORNIA<br>ATTN: MARGARITA PADILLA<br>1515 CLAY STREET , 20TH FLOOR<br>P.O BOX 70550<br>OAKLAND, CA 94612-0550<br>email: Margarita.Padilla@doj.ca.gov |
| ONONDAGA COUNTY NEW YORK<br>LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY<br>JOHN H MULROY CIVIC CENTER 10TH FLOOR<br>421 MONTGOMERY STREET<br>SYRACUSE, NY 13202<br>email: luismendez@ongov.net | STUTZMAN BROMBERG ESSERMAN & PLIFKA PC<br>COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS<br>LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS<br>ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK<br>2323 BRYAN STREET, SUITE 2200<br>DALLAS, TX 75201<br>email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com, d'apice@sbep-law.com, newton@sbep-law.com |
| U.S. TREASURY<br>ATTN: JOSEPH SAMARIAS, ESQ.<br>1500 PENNSYLVANIA AVENUE NW<br>ROOM 2312<br>WASHINGTON, DC 20220<br>email: JOSEPH.SAMARIAS@DO.TREAS.GOV | VEDDER PRICE P.C.<br>ATTY FOR EXPORT DEVELOPMENT CANADA<br>ATT: MICHAEL EDELMAN, MICHAEL SCHEIN<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019<br>email: MJEdelman@vedderprice.com; MSchein@vedderprice.com |
| WINDELS, MARX, LANE & MITTENDORF, LLP<br>ATTN STEFANO V. CALOGERO, ESQ.<br>ATTY FOR ALLSTATE INSURANCE COMPANY<br>ONE GIRALDA FARMS - SUITE 380<br>MADISON, NJ 07940<br>email: scalogero@windelsmarx.com | |

# EXHIBIT B

| | |
|---|---|
| CA DEPT OF TOXIC SUBSTANCES CONTROL<br>O. KARLIN DEPUTY ATTORNEY GENERAL<br>300 SOUTH SPRING STREET<br>LOS ANGELES, CA 90013 | HANGLEY ARONCHICK SEGAL & PUBLIN<br>MATTHEW HAMERMESH<br>ONE LOGAN SQUARE, 27TH FLOOR<br>PHILADELPHIA, PA 19103 |
| HARRIS BEACH PLLC<br>100 WALL STREET<br>NEW YORK, NY 10005 | HARRIS BEACH PLLC<br>ATTN: L WOODARD<br>ONE PARK PLACE,4TH FL<br>300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 |
| KIRKLAND & ELLIS LLP<br>ATTY FOR NEW UNITED MOTOR MANUF.<br>ATTN:  RICHARD M. CIERI<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10005 | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP<br>ATTN MARK E. MCKANE<br>555 CALIFORNIA STREET, 27TH FLOOR<br>SAN FRANCISCO, CA 94104 |
| KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP<br>ATTN RAY C. SCHROCK<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 | OFFICE OF THE UNITED STATES TRUSTEE<br>TRACY HOPE DAVIS<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004 |
| ONONDAGA COUNTY NEW YORK<br>KEVIN C MURPHY ESQ<br>THE WLADIS LAW FIRM PC<br>5795 WIDEWATERS PKWY, PO BOX 245<br>SYRACUSE, NY 13214 | ONONDAGA COUNTY NEW YORK<br>LUIS MENDEZ SR DEPUTY COUNTY ATT.<br>JOHN H MULROY CIVIC CENTER 10TH FL<br>421 MONTGOMERY STREET<br>SYRACUSE, NY 13202 |
| THE WLADIS LAW FIRM, P.C<br>ATTY FOR ONONDAGA COUNTY, NY<br>ATTN: KEVIN C. MURPHY<br>6312 FLY ROAD<br>EAST SYRACUSE, NY 13057 | U.S. DEPARTMENT OF JUSTICE<br>ALAN S. TENENBAUM,PATRICK CASEY<br>NATURAL RESOURCES DIVISION<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530 |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN: ALAN S TENEBAUM, PATRICK CASEY<br>ENVIRONMENT AND NATURAL RESOURCES DIV<br>PO BOX 4390, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | UNITED STATES ATTORNEY<br>ATT: N KUEHLER & D S JONES<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 |
| WEIL, GOTSHAL & MANGES LLP<br>ATTN: DAVID R. BERZ, ESQ.<br>1300 EYE STREET NW, SUITE 900<br>WASHINGTON, DC 20005-3314 | |