George W. Shuster, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.937.7232
Facsimile: 212.230.8888
george.shuster@wilmerhale.com
*Attorneys for Waste-Stream, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------------x | | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2011, a true and correct copy of the *Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (as to Claim Number 66754)* was served upon the parties listed on the attached Service List in the manner indicated.

Dated: March 22, 2011                              /s/ George W. Shuster, Jr.
                                                   George W. Shuster, Jr.
                                                   WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP
                                                   399 Park Avenue
                                                   New York, New York 10022
                                                   Telephone: 212.937.7232
                                                   Facsimile: 212.230.8888
                                                   george.shuster@wilmerhale.com

**SERVICE LIST**

*Via Hand Delivery*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
          Stephen Karotkin, Esq.
          Joseph H. Smolinsky, Esq.
*(Attorneys for the Debtors)*

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   John J. Rapisardi, Esq.
*(Attorneys for the United States Department of the Treasury)*

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.
          Michael L. Schein, Esq.
*(Attorneys for Export Development Canada)*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn:   Thomas Moers Mayer, Esq.
          Robert Schmidt, Esq.
          Lauren Macksoud, Esq.
          Jennifer Sharret, Esq.
*(Attorneys for the Statutory Committee of Unsecured Creditors)*

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn:   Elihu Inselbuch, Esq.
          Rita C. Tobin, Esq.
*(Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims)*

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq.

U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
Attn:   David S. Jones, Esq.
          Natalie Kuehler, Esq.

*Via Federal Express (overnight)*

Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
Attn:   Thomas Morrow

General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn:   Lawrence S. Buonomo, Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn:   Joseph Samarias, Esq.

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn:   Trevor W. Swett III, Esq.
        Kevin C. Maclay, Esq.
*(Attorneys for the Official Committee of
Unsecured Creditors Holding Asbestos-Related
Claims)*

Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn:   Sander L. Esserman, Esq.
        Robert T. Brousseau, Esq.
*(Attorneys for Dean M. Trafelet in his Capacity
as the Legal Representative for Future
Asbestos Personal Injury Claimants)*