# Exhibit B



## de maximis, inc.

450 Montbrook Lane
Knoxville, TN 37919
(865) 691-5052
(865) 691-6485 FAX
(865) 691-9835 ACCT. FAX

**RECEIVED**
JAN 18 2010
Flowserve Corporation
Legal Department

## INVOICE
(PAYMENT DUE WITHIN 30 DAYS)

VIA OVERNIGHT COURIER

January 15, 2010

Robert L. Roberts, Jr.
Associate General Counsel
Flowserve Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

Reference:   Invoice for Funds
Cash Call, 1st Quarter 2010
North Sanitary Landfill (a.k.a. Valleycrest) Site

Dear Mr. Roberts:

Pursuant to Paragraph 5 of the Valleycrest Landfill Site Group Participation Agreement ("Agreement") for funding of expenses associated with implementation of work at the Valleycrest Landfill Site ("Site"), this letter serves as an invoice for the amount listed below. This assessment is consistent with the January 14, 2010 Final Total Project Forecast Updates and Assessment Funding Projection. The intent of this assessment is to supplement the Group's Fund and cover the expenses associated with activities at the Site through 1st quarter 2010.

| | | |
|---|---|---|
| VLSG Member Share | = | $3,219.00 |
| VRAC Member Share | = | $0.00 |
| **PLEASE PAY THIS AMOUNT** | = | $3,219.00 |

Please send a check in the above amount, made payable to:

Valleycrest Landfill Site Group RI/FS Fund
c/o de maximis, inc.
1041 Parrott's Cove Road
Greensboro, GA 30642

*[handwritten: ok pay 03/22/10    BILL TO RESERVE]*

**EXHIBIT B**

Allentown, PA • Clinton, NJ • Greensboro, GA • Knoxville, TN • San Diego, CA • Riverside, CA
Cortland, NY • Wheaton, IL • Sarasota, FL • Houston, TX • Windsor, CT • Waltham, MA



F:\PROJECTS\3098\2010 Correspondence\1Q10 CashCall Jan 14 2010_1.doc

*de maximis*

Invoice for Funds-Flowserve/Duriron
Cash Call, 1st Quarter 2010
North Sanitary Landfill (a.k.a. Valleycrest) Site
January 15, 2010
Page 2 of 2

Be advised that this assessment is due and payable upon receipt. **Payment is due no later than February 15, 2010.**

If there are any questions concerning this matter, please do not hesitate to contact me at (865) 691-052 or Mike Percival at (706) 467-3362. Thank you.

Sincerely,
*de maximis, inc.*

Michael H. Samples
Alternate Project Coordinator

MHS/car

Enclosure

cc:   Vince Stamp
      Mike Percival

F:\PROJECTS\3098\2010 Correspondence\1Q10 CashCall Jan 14 2010_1.doc

# de maximis, inc.

450 Montbrook Lane
Knoxville, TN 37919
(865) 691-5052
(865) 691-6485 FAX
(865) 691-9835 ACCT. FAX

## INVOICE
(PAYMENT DUE WITHIN 30 DAYS)

VIA OVERNIGHT COURIER

April 7, 2010

Robert L. Roberts, Jr.
Associate General Counsel
Flowserve Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

RECEIVED
APR 08 2010
Flowserve Corporation
Legal Department

MGL Acct _____
Name: Ron Shuff
Title: SVP & GC
Signature: _____

Reference:   Invoice for Funds
             Cash Call, 2nd Quarter 2010
             North Sanitary Landfill (a.k.a. Valleycrest) Site

Dear Mr. Roberts:

Pursuant to Paragraph 5 of the Valleycrest Landfill Site Group Participation Agreement ("Agreement") for funding of expenses associated with implementation of work at the Valleycrest Landfill Site ("Site"), this letter serves as an invoice for the amount listed below. This assessment is consistent with the April 7, 2010 Final Total Project Forecast Updates and Assessment Funding Projection. The intent of this assessment is to supplement the Group's Fund and cover the expenses associated with activities at the Site through 2nd quarter 2010.

|  |  |  |
|---|---|---|
| VLSG Member Share | = | $8,460.00 |
| VRAC Member Share | = | $0.00 |
| **PLEASE PAY THIS AMOUNT** | = | $8,460.00 |

Please send a check in the above amount, made payable to:

Valleycrest Landfill Site Group RI/FS Fund
c/o de maximis, inc.
1041 Parrott's Cove Road
Greensboro, GA 30642

A-4/9/2010

Allentown, PA • Clinton, NJ • Greensboro, GA • Knoxville, TN • San Diego, CA • Riverside, CA
Cortland, NY • Wheaton, IL • Sarasota, FL • Houston, TX • Windsor, CT • Waltham, MA

F:\PROJECTS\3098\2010 Correspondence\2Q10 CashCall Apr 7 2010_1.rtf

*de maximis*

Invoice for Funds-Flowserve/Duriron
Cash Call, 2nd Quarter 2010
North Sanitary Landfill (a.k.a. Valleycrest) Site
April 7, 2010
Page 2 of 2

Be advised that this assessment is due and payable upon receipt. **Payment is due no later than May 7, 2010.**

If there are any questions concerning this matter, please do not hesitate to contact me at (865) 691-052 or Mike Percival at (706) 467-3362. Thank you.

Sincerely,
*de maximis, inc.*

Michael H. Samples
Alternate Project Coordinator

MHS/car

Enclosure

cc:    Vince Stamp
       Mike Percival



## de maximis, inc.

450 Montbrook Lane
Knoxville, TN 37919
(865) 691-5052
(865) 691-6485 FAX
(865) 691-9835 ACCT. FAX

**RECEIVED**
JUL - 9 2010
Flowserve Corporation
Legal Department

## INVOICE
(PAYMENT DUE WITHIN 30 DAYS)

<u>VIA OVERNIGHT COURIER</u>

July 8, 2010

Robert L. Roberts, Jr.
Associate General Counsel
Flowserve Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

Reference:   Invoice for Funds
             Cash Call, 3rd Quarter 2010
             North Sanitary Landfill (a.k.a. Valleycrest) Site

Dear Mr. Roberts:

Pursuant to Paragraph 5 of the Valleycrest Landfill Site Group Participation Agreement ("Agreement") for funding of expenses associated with implementation of work at the Valleycrest Landfill Site ("Site"), this letter serves as an invoice for the amount listed below. This assessment is consistent with the July 8, 2010 Final Total Project Forecast Updates and Assessment Funding Projection. The intent of this assessment is to supplement the Group's Fund and cover the expenses associated with activities at the Site through 3rd quarter 2010.

| | | |
|---|---|---|
| VLSG Member Share | = | $6,023.00 |
| VRAC Member Share | = | $0.00 |
| **PLEASE PAY THIS AMOUNT** | = | **$6,023.00** |

Please send a check in the above amount, made payable to:

        Valleycrest Landfill Site Group RI/FS Fund
        c/o *de maximis, inc.*
        1041 Parrott's Cove Road
        Greensboro, GA 30642

Allentown, PA • Clinton, NJ • Greensboro, GA • Knoxville, TN • San Diego, CA • Riverside, CA
Cortland, NY • Wheaton, IL • Sarasota, FL • Houston, TX • Windsor, CT • Waltham, MA

F:\PROJECTS\3098\2010 Correspondence\3Q10 CashCall July 8 2010_1.rtf

Copy                                                                                                                             1/2

*de maximis*

Invoice for Funds-Flowserve/Duriron
Cash Call, 3rd Quarter 2010
North Sanitary Landfill (a.k.a. Valleycrest) Site
July 8, 2010
Page 2 of 2

Be advised that this assessment is due and payable upon receipt. **Payment is due no later than August 8, 2010.**

If there are any questions concerning this matter, please do not hesitate to contact me at (865) 691-052 or Mike Percival at (706) 467-3362. Thank you.

Sincerely,
*de maximis, inc.*

Michael H. Samples
Alternate Project Coordinator

MHS/car

Enclosure

cc:  Vince Stamp
     Mike Percival

F:\PROJECTS\1098\2010 Correspondence\3Q10 CashCall July 8 2010_1.rtf



### de maximis, inc.
450 Montbrook Lane
Knoxville, TN 37919
(865) 691-5052
(865) 691-6485 FAX
(865) 691-9835 ACCT. FAX

**RECEIVED**

SEP 2 2 2010

Flowserve Corporation
Legal Department

## INVOICE
(PAYMENT DUE WITHIN 30 DAYS)

<u>VIA OVERNIGHT COURIER</u>

September 21, 2010

Robert L. Roberts, Jr.
Associate General Counsel
Flowserve Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

Reference:    Invoice for Funds
Cash Call, 4th Quarter 2010
North Sanitary Landfill (a.k.a. Valleycrest) Site

Dear Mr. Roberts:

Pursuant to Paragraph 5 of the Valleycrest Landfill Site Group Participation Agreement ("Agreement") for funding of expenses associated with implementation of work at the Valleycrest Landfill Site ("Site"), this letter serves as an invoice for the amount listed below. This assessment is consistent with the September 21, 2010 Final Total Project Forecast Updates and Assessment Funding Projection. The intent of this assessment is to supplement the Group's Fund and cover the expenses associated with activities at the Site through 4th quarter 2010.

|  |  |  |
|---|---|---|
| VLSG Member Share | = | $3,622.00 |
| VRAC Member Share | = | $0.00 |
| **PLEASE PAY THIS AMOUNT** | = | **$3,622.00** |

Please send a check in the above amount, made payable to:

Valleycrest Landfill Site Group RI/FS Fund
c/o *de maximis, inc.*
1041 Parrott's Cove Road
Greensboro, GA 30642

Allentown, PA • Clinton, NJ • Greensboro, GA • Knoxville, TN • San Diego, CA • Riverside, CA
Cortland, NY • Wheaton, IL • Sarasota, FL • Houston, TX • Windsor, CT • Waltham, MA



*de maximis*

Invoice for Funds-Flowserve/Duriron
Cash Call, 4th Quarter 2010
North Sanitary Landfill (a.k.a. Valleycrest) Site
September 21, 2010
Page 2 of 2

Be advised that this assessment is due and payable upon receipt. **Payment is due no later than October 21, 2010.**

If there are any questions concerning this matter, please do not hesitate to contact me at (865) 691-052 or Mike Percival at (706) 467-3362. Thank you.

Sincerely,
*de maximis, inc.*

Michael H. Samples
Alternate Project Coordinator

MHS/car

Enclosure

cc:   Vince Stamp
      Mike Percival

## de maximis, inc.

450 Montbrook Lane
Knoxville, TN 37919
(865) 691-5052
(865) 691-6485 FAX
(865) 691-9835 ACCT. FAX

# INVOICE
(PAYMENT DUE WITHIN 30 DAYS)

VIA OVERNIGHT COURIER

0100-001-0000-41052
(Accrued Environmental Expense)

January 5, 2011

RECEIVED
JAN 5 2011
Flowserve Corporation
Legal Department

Robert L. Roberts, Jr.
Associate General Counsel
Flowserve Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

**Reference:** Invoice for Funds
Cash Call, 1st Quarter 2011
North Sanitary Landfill (a.k.a. Valleycrest) Site

Dear Mr. Roberts:

Pursuant to Paragraph 5 of the Valleycrest Landfill Site Group Participation Agreement ("Agreement") for funding of expenses associated with implementation of work at the Valleycrest Landfill Site ("Site"), this letter serves as an invoice for the amount listed below. This assessment is consistent with the January 5, 2011 Final Total Project Forecast Updates and Assessment Funding Projection. The intent of this assessment is to supplement the Group's Fund and cover the expenses associated with activities at the Site through 1st quarter 2011.

| | | |
|---|---|---|
| VLSG Member Share | = | $13,111.00 |
| VRAC Member Share | = | $0.00 |
| **PLEASE PAY THIS AMOUNT** | = | $13,111.00  Pay |

Please send a check in the above amount, made payable to:

Valleycrest Landfill Site Group RI/FS Fund
c/o *de maximis, inc.*
1041 Parrott's Cove Road
Greensboro, GA 30642

Payable

Allentown, PA • Clinton, NJ • Greensboro, GA • Knoxville, TN • San Diego, CA • Riverside, CA
Cortland, NY • Wheaton, IL • Sarasota, FL • Houston, TX • Windsor, CT • Waltham, MA

PAPER

*de maximis*

Invoice for Funds-Flowserve/Duriron
Cash Call, 1st Quarter 2011
North Sanitary Landfill (a.k.a. Valleycrest) Site
January 5, 2011
Page 2 of 2


Be advised that this assessment is due and payable upon receipt. **Payment is due no later than February 5, 2011.**

If there are any questions concerning this matter, please do not hesitate to contact me at (865) 691-052 or Mike Percival at (706) 467-3362. Thank you.

Sincerely,
*de maximis, inc.*

Michael H. Samples
Alternate Project Coordinator

MHS/car

Enclosure

cc:   Vince Stamp
      Mike Percival

## de maximis, inc.

1041 Parrott's Cove Road
Greensboro, GA 30642
(706) 467-3362
(706) 467-3378 FAX

## INVOICE
(PAYMENT DUE WITHIN 45 DAYS)

RECEIVED
JAN 20 2010
Flowserve Corporation
Legal Department

January 15, 2010

Robert L. Roberts, Jr.
Associate General Counsel
Flowserve Corporation
5215 N. O'Connor Blvd., Suite 2300
Irving, TX 75039

**Reference:** **Invoice for Funds**
**Sanitary Landfill (a.k.a. Cardington Road) Site**

Dear Mr. Roberts:

Pursuant to Paragraph 6.2 of the Cardington Road Site Participation Agreement ("Agreement") for funding of expenses associated with implementation of work at the Cardington Road Landfill Site ("Site"), this letter serves as an invoice for the amount listed below. The intent of this assessment is to supplement the Group's Fund and cover the expenses associated with activities at the Site through March 2010.

$$\text{Flowserve/Duriron} = \$1,230.00$$

**PLEASE PAY THIS AMOUNT** = $1,230.00

Please send a check in the above amount, made payable to:

Sanitary Landfill Settling Defendants Operations & Maintenance Account
c/o de maximis, inc.
1041 Parrott's Cove Road
Greensboro, GA 30642

03/22/10

BILL TO RESERVE

Allentown, PA • Clinton, NJ • Greensboro, GA • Knoxville, TN • Farmington Hills, MI • Riverside, CA
Cortland, NY • Wheaton, IL • Sarasota, FL • Houston, TX • Windsor, CT • Waltham, MA

*de maximis*

Invoice for Funds-Flowserve/Duriron
Sanitary Landfill (a.k.a. Cardington Road) Site
January 15, 2010
Page 2 of 2

Be advised that this assessment is due and payable within 45 days of receipt.

If there are any questions concerning this matter, please do not hesitate to contact me at (706) 467-3362.

Sincerely,
*de maximis, inc.*

Michael J. Percival
Project Coordinator

Enclosures

cc:   Steven Jawetz