## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2011 a true and correct copy of the foregoing was served via FedEx upon the following parties:

Weil, Gotshal & Manges LLP
Attn: H. Miller / S Karotkin / J Smolinsky
767 Fifth Avenue
New York, NY 10153

Motions Liquidation Company
Attn: Thomas Morrow
401 South Old Woodward Ave., Ste 370
Birmingham, MI 48009

General Motors LLC
Attn: Lawrence Buonomo
400 Renaissance Center
Detroit, MI 48265

Cadwalader, Wickersham & Taft LLP
Attn: John Rapisardi
One World Financial Center
New York, NY 10281

U.S. Department of the Treasury
Attn: Joseph Samarias
1500 Pennsylvania Ave. NW, Rm 2312
Washington, DC 20220

Vedder Price PC
Attn: Michael Edelman / Michael Schein
1633 Broadway, 47th Floor
New York, NY 10019

Kramer Levin Naftalis & Frankel LLP
Attn: T Mayer / R Schmidt / L Macksoud
1177 Avenue of the Americas
New York, NY 10036

Office of the U.S. Trustee
Attn: Tracy Davis
33 Whitehall St, 21st Floor
New York, NY 10004

Office of the U.S. Attorney
Attn: D Jones / N Kuehler
86 Chambers St., 3rd Floor
New York, NY 10007

Caplin & Drysdale
Attn: E Inselbuch / R Tobin
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Caplin & Drysdale
Attn: T Swett / K Maclay
One Thomas Circle, N.W., Ste 1100
Washington, DC 20005

Stutzman, Bromberg, Esserman & Plifka
Attn: S Esserman / R Brousseau
2323 Bryan St., Ste 2200
Dallas, TX 75201

   /s/ *S. Jason Teele*
   S. Jason Teele