PEPPER HAMILTON LLP
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Satterlee Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2011, copies of the foregoing Response Of The Satterlee Group To The Debtors' 209th Omnibus Objection To Claims were served upon the attached service list via first class mail, postage prepaid and in the manner indicated below.

/s/ Kay Standridge Kress
Kay Standridge Kress, Esq.
PEPPER HAMILTON LLP
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile:  (313) 259-7926
kressk@pepperlaw.com

Dated:  March 22, 2011                *Counsel for the Satterlee Group*

#14041243 v1

Harvey R. Miller, Esq.  
Stephen Karotkin, Esq.  
Joseph H. Smolinsky, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  
E-mail: harvey.miller@weil.com  
      stephen.karotkin@weil.com  
      joseph.smolinsky@weil.com  
*Counsel for the Debtors*

Thomas Morrow  
Motors Liquidation Company  
401 South Old Woodward Avenue, Suite 370  
Birmingham, Michigan 48009  
E-mail: tmorrow@alixpartners.com  
*Debtors*

Lawrence S. Buonomo, Esq.  
General Motors LLC  
400 Renaissance Center  
Detroit, Michigan 48265  
E-mail: lawrence.s.buonomo@gm.com

John J. Rapisardi, Esq.  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, New York 10281  
E-mail: john.rapisardi@cwt.com  
*Counsel for the United States Department of the Treasury*

Joseph Samarias, Esq.  
United States Department of the Treasury  
1500 Pennsylvania Avenue NW  
Room 2312  
Washington, D.C. 20220  
E-mail: joseph.samarias@do.treas.gov

Michael J. Edelman Esq.  
Michael L. Schein, Esq.  
Vedder Price, P.C.  
1633 Broadway, 47th Floor  
New York, New York 10019  
E-mail:  mjedelman@vedderprice.com  
      mschein@vedderprice.com  
*Counsel for Export Development Canada*

Thomas Moers Mayer, Esq.  
Robert Schmidt, Esq.  
Lauren Macksoud, Esq.  
Jennifer Sharret, Esq.  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, New York 10036  
E-mail: tmayer@kramerlevin.com  
      rschmidt@kramerlevin.com  
      lmacksoud@kramerlevin.com  
      jsharret@kramerlevin.com  
*Counsel for Statutory Committee Of Unsecured Creditors*

Tracy Hope Davis, Esq.  
Office of the United States Trustee  
for the Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, New York 10004  
Fax:  212-668-2255

#14041243 v1

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
E-mail: david.jones6@usdoj.gov
   natalie.kuehler@usdoj.gov

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
E-mail: ei@capdale.com
   rct@capdale.com
*Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims*

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
E-mail: tws@capdale.com
   kcm@capdale.com
*Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims*

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka, P.C.,
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
E-mail: esserman@sbep-law.com
   brousseau@sbep-law.com
*Counsel For Dean M. Trafelet In His Capacity As The Legal Representative For Future Asbestos Personal Injury Claimants*

#14041243 v1