PEPPER HAMILTON LLP
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Springfield Township Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY,<br>*et al.,*<br><br>            Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on March 22, 2011, copies of the foregoing

Response Of The Springfield Township Group To The Debtors' 208th Omnibus Objection To

Claims were served upon the attached service list via first class mail, postage prepaid and in the

manner indicated below.

/s/ Kay Standridge Kress
Kay Standridge Kress, Esq.
PEPPER HAMILTON LLP
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile:  (313) 259-7926
kressk@pepperlaw.com

Dated:  March 22, 2011          *Counsel for the Springfield Township Group*

#14045045 v1

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
E-mail: harvey.miller@weil.com
      stephen.karotkin@weil.com
      joseph.smolinsky@weil.com
*Counsel for the Debtors*

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
E-mail: tmorrow@alixpartners.com
*Debtors*

Lawrence S. Buonomo, Esq.
General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
E-mail: lawrence.s.buonomo@gm.com

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
E-mail: john.rapisardi@cwt.com
*Counsel for the United States Department of the Treasury*

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
E-mail: joseph.samarias@do.treas.gov

Michael J. Edelman Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
E-mail:  mjedelman@vedderprice.com
      mschein@vedderprice.com
*Counsel for Export Development Canada*

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
E-mail: tmayer@kramerlevin.com
      rschmidt@kramerlevin.com
      lmacksoud@kramerlevin.com
      jsharret@kramerlevin.com
*Counsel for Statutory Committee Of Unsecured Creditors*

Tracy Hope Davis, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax:  212-668-2255

**#14045045 v1**

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
E-mail: david.jones6@usdoj.gov
          natalie.kuehler@usdoj.gov

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
E-mail:  tws@capdale.com
          kcm@capdale.com
*Counsel for Official Committee Of Unsecured
Creditors Holding Asbestos-Related Claims*

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
E-mail: ei@capdale.com
          rct@capdale.com
*Counsel for Official Committee Of Unsecured
Creditors Holding Asbestos-Related Claims*

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka, P.C.,
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
E-mail:  esserman@sbep-law.com
          brousseau@sbep-law.com
*Counsel For Dean M. Trafelet In His Capacity
As The Legal Representative For Future
Asbestos Personal Injury Claimants*

**#14045045 v1**