PEPPER HAMILTON LLP
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Rose Township Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |
|---|---|

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2011, copies of the foregoing Response Of The Rose Township Group To The Debtors' 208th Omnibus Objection To Claims were served upon the attached service list via first class mail, postage prepaid and in the manner indicated below.

/s/ Kay Standridge Kress
Kay Standridge Kress, Esq.
PEPPER HAMILTON LLP
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile:  (313) 259-7926
kressk@pepperlaw.com

Dated:  March 22, 2011                *Counsel for the Rose Township Group*

#14045062 v1

| | |
|---|---|
| Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>E-mail: harvey.miller@weil.com<br>    stephen.karotkin@weil.com<br>    joseph.smolinsky@weil.com<br>*Counsel for the Debtors* | Thomas Morrow<br>Motors Liquidation Company<br>401 South Old Woodward Avenue, Suite 370<br>Birmingham, Michigan 48009<br>E-mail: tmorrow@alixpartners.com<br>*Debtors* |
| Lawrence S. Buonomo, Esq.<br>General Motors LLC<br>400 Renaissance Center<br>Detroit, Michigan 48265<br>E-mail: lawrence.s.buonomo@gm.com | John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>E-mail: john.rapisardi@cwt.com<br>*Counsel for the United States Department of the Treasury* |
| Joseph Samarias, Esq.<br>United States Department of the Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C. 20220<br>E-mail: joseph.samarias@do.treas.gov | Michael J. Edelman Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>E-mail:  mjedelman@vedderprice.com<br>    mschein@vedderprice.com<br>*Counsel for Export Development Canada* |
| Thomas Moers Mayer, Esq.<br>Robert Schmidt, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>E-mail: tmayer@kramerlevin.com<br>    rschmidt@kramerlevin.com<br>    lmacksoud@kramerlevin.com<br>    jsharret@kramerlevin.com<br>*Counsel for Statutory Committee Of Unsecured Creditors* | Tracy Hope Davis, Esq.<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Fax:  212-668-2255 |

#14045062 v1

| | |
|---|---|
| David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>E-mail: david.jones6@usdoj.gov<br>       natalie.kuehler@usdoj.gov | Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, New York 10152-3500<br>E-mail: ei@capdale.com<br>       rct@capdale.com<br>*Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims* |
| Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq.<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005<br>E-mail: tws@capdale.com<br>       kcm@capdale.com<br>*Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims* | Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Stutzman, Bromberg, Esserman & Plifka, P.C.,<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>E-mail: esserman@sbep-law.com<br>       brousseau@sbep-law.com<br>*Counsel For Dean M. Trafelet In His Capacity As The Legal Representative For Future Asbestos Personal Injury Claimants* |

#14045062 v1