# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:  :
 :
MOTORS LIQUIDATION COMPANY, *et al.*,  :
    f/k/a General Motors Corp., *et al.*  :    Chapter 11
 :    Case No. 09-50026 (REG)
 :    (Jointly Administered)
                        Debtors.  :

-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                                 ) ss
COUNTY OF **SUFFOLK**    )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 22, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9847) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                               /s/Chanpreet Kondal
                                                               Chanpreet Kondal

Sworn to before me this 22nd day of
March, 2011
/s/ Nancy Formica_
Nancy Formica
Notary Public, State of New York
No.  01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>
Hall Building LLC
BCP West LLC – TR/JP Morgan BK
PO Box 60893
Charlotte, NC 28260-0893

Nexsen Pruet, PLLC
Attn: Richard W Wilson, Esq.
201 S. Tyron Street, Suite 1200
Charlotte, NC 28202

<u>TRANSFEREE</u>
Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902