March 14, 2011

Honorable Robert E. Gerber
United States Bankruptcy Judge

Re: Chapter 11 Case No. 09-50026 (REG)

Dear Judge Gerber,

I am in receipt of your Order dated March 7, 2011 Granting Debtors' 171st Omnibus Objections to Claims in which I am one of several parties whose objections have been adjourned to March 29, 2011. First of all I certainly appreciate the fact that I was given additional consideration even though my submittal of an objection was done in a somewhat informal manner. It is my understanding that the Debtors have been given a response deadline relative to an adjourned hearing date of March 29, 2011.
My hope was that in whatever response is given at that time by the Debtors they would provide a clear explanation as to what differences may exist between my situation and that of Mr. George Kuipers, another party who had submitted a claim very similar to mine and who has not been one of those under consideration for expunging and dismissal.

As I pointed out in my earlier letter (copy attached) Mr. Kuipers and I have almost identical work histories with the same company, doing very similar work, etc. If there are valid circumstances that have led to this difference in treatment between Mr. Kuipers and me I would very much like to understand what they might be. With the large number of lawyers and law firms working on behalf of the Debtors I was not sure which firm I might approach to raise this question. I'm hoping that in the course of the March 29th hearing that information will be forthcoming and I would very much appreciate learning who I might contact to find out the answer to this question.

Sincerely,

Paul C. Curzan
5660 Via Trento
Goleta, CA  93117