March 16, 2011

Chambers of the Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
Room 621
New York, New York 10004-1408


Weil, Gotshal & Manges LLP
attorneys for the Debtors
767 Fifth Avenue
New York, New York 10153
Attn: Joseph H. Smolinsky, Esq.


Kramer Levin Naftalis & Frankel LLP
attorneys for the statutory committee of unsecured creditors
1177 Avenue of the Americas
New York, New York 10036
Attn: Lauren Macksoud, Esq.


Re: Motors Liquidation Company, et al,
    f/k/a General Motors Corp., et al.
    Debtors

    Chapter 11 Case No. 09-50026 (REG)
    *215th Omnibus Objection*

Claimants:
Austin and Rebecca Viall
710 Keller Lane
Tuscumbia, AL 35674
(256) 383-3117

Amount of claim: $ 437,736.00, the cost of 12,200 shares of GMC stock as of February 2, 2011.

Attached is evidence of purchase of GM stock through E-Trade from June 2, 2009 through July 7, 2009, totaling 11,900 shares. In addition we claim 300 shares of GM stock as promised with purchase of 300 shares of MTL, after the name change.

Our claim is for the exchange cost of these shares plus any additional cost for legal or travel expense.

Our request from E-Trade for a copy of our conversations has not been furnished yet, although it was requested to be here by March 12, 2011. We were promised the 300 shares of MTL would be added to the 11,900 shares of GM stock upon their return listing on the stock market.

Their name change has nothing to do with 11,900 shares of GM stock which we purchased through E-Trade.

This was planned to be the bulk of our retirement and thought we had made a excellent investment.

I can make myself available to come to New York if needed and bring any information I have but would prefer to not make the trip.

Respectfully yours,

*[signature]*

Rebecca Viall
710 Keller Lane
Tuscumbia, AL  35674
(256) 383-3117


*[signature]*

Austin Viall
710 Keller Lane
Tuscumbia, AL  35675
(256) 383-3117

Customer Service | Suggestions | Add Another Account | Enter Symbol | Search | Log Off

**Accounts** | Trading & Portfolios | Research | Guidance & Retirement | Education | Banking
Trade | Portfolios | View Orders | Balances | **Transaction History** | IPO Center | Active Trading | Global Trading | Options Trading | Futures Trading

January 27, 2011 4:33 PM ET

## Transaction History

Alerts | Transfer Money | Bill Pay | Help

Transactions | Check Summary | Deposit Summary | Categories | Reports

**Account:** Complete - 4047
**Transaction:** All Types         Show: ☑ Non-Cash Transactions ☐ Sweep Activities
**Time Period:** Custom Time Period   From: 06/01/2009 — To: 01/27/2011

  

SEARCH    ⌄ Advanced Search

| Complete - 4047 | |
|---|---|
| Avail. for Withdrawal | $40.00 |
| Pending for the next 7 days | |
| Scheduled Payments | Enroll |
| Scheduled Transfers | $0.00 |

Printer-friendly | Download

**END THE CLUTTER WITH FREE ELECTRONIC STATEMENTS**
E*TRADE SECURITIES LLC

**ENROLL NOW** In Under a Minute

| Date | Type | View | Description | Categories (hide) | Amount ($) |
|---|---|---|---|---|---|
| 06/04/10 | Bought | | 200 of MTLQQ @ $0.51 (Order #6) | | -111.99 |
| 05/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 04/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 03/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 02/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 02/26/10 | Bought | | 100 of MTLQQ @ $0.5495 (Order #5) | | -64.94 |
| 01/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 12/28/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 11/27/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 10/26/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 09/28/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 08/26/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 07/31/09 | Adjustment | | New Account Promotion 100_FREE_TRADES_Q1_05 | | 12.99 |
| 07/31/09 | Adjustment | | New Account Promotion 100_FREE_TRADES_Q1_05 | | 12.99 |
| 07/31/09 | Adjustment | | New Account Promotion 100_FREE_TRADES_Q1_05 | | 12.99 |
| 07/27/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.02 |
| 07/16/09 | Reorganization | | 11900 MOTORS LIQUIDATION COMPANY RESULT O... | | 0.00 |
| 07/16/09 | Reorganization | | 11900 GENERAL MOTORS CORP COM NAME CHANGE... | | 0.00 |
| 07/07/09 | Wire | | INWIRE-20090707E6B7011C000197 REFID:20090707E... | | 3,000.00 |
| 07/07/09 | Bought | | 4,200 of GMGMQ @ $0.6875 (Order #3) | | -2,900.49 |
| 07/02/09 | Bought | | 400 of GMGMQ @ $0.831 (Order #2) | | -345.39 |
| 06/26/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.04 |
| 06/02/09 | Bought | | 7,300 of GMGMQ @ $0.7621 (Order #1) | | -5,576.32 |
| 06/01/09 | Wire | | INWIRE-20090601F2QCZ60C001671 REFID:20090601F... | | 6,000.00 |

E*TRADE COMPLETE PROTECTION GUARANTEE    SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org.

**PLEASE READ THE IMPORTANT DISCLOSURES BELOW**

Important Information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information

The E*TRADE Financial family of companies provides financial services including trading, investing, and related banking products and services to retail investors.

Securities products and services offered by E*TRADE Securities LLC, Member FINRA/SIPC

**System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.**

Statement of Financial Condition | About Brokerage Insurance | Customer Account Agreements | Privacy Statement | Business Continuity Plan
Online Security | Contact Us | About Us | Careers@etrade

© 2011 E*TRADE Financial Corporation. All rights reserved. Version 1.0. 27w25m3.6