

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN                                                                                    DIVISION OF SOCIAL JUSTICE
ATTORNEY GENERAL                                                                                        ENVIRONMENTAL PROTECTION BUREAU

March 22, 2011

**By Electronic and Overnight Mail**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 621
New York, New York 10004-5660

       Re:  *In re Motors Liquidation Company,*
           Case No. 09-50026

Dear Judge Gerber:

  The debtors did not share with the State of New York the proposed confirmation order prior to submitting it to the Court last Friday night, although we understand that several other constituencies received it and had an opportunity to comment on it. As a party filing limited objections to the plan, New York expected a reasonable opportunity to review, at a minimum, the language related to the Plan's jurisdiction provision, which was resolved consensually with the debtors at the confirmation hearing, and the provision on third party exculpation, on which the Court expressly ruled (see March 7, 2011 Bench Decision, p. 34). Our review of the provisions in the proposed order and amended Plan indicates that the exculpation provision has not been adequately revised in accordance with the Court's Bench Decision.

  With respect to the proposed order's exculpation provision set forth in paragraph 52, the language is not consistent with the Court's Bench Decision and the *Chemtura*, *DBSD* and *Adelphia* decisions. In paragraph 52, the debtors simply added the phrase, "To the maximum extent permitted by law," while continuing to include precisely the same third party exculpation language we believe your Honor rejected. Indeed, the proposed order on its face still expressly provides for third party exculpation. We do not believe that the continued inclusion of the language granting a full third party release is the "fix" that the Court had in mind in its Bench Decision and the lengthy discussion of its prior rulings at the confirmation hearing.

  New York therefore requests that paragraph 52 of the proposed confirmation order be revised by deleting the language that states that third parties shall not have or incur any liability.

Alternatively, paragraph 52 can expressly state that third parties are not exculpated under the plan or by the confirmation order.

The language in paragraph 52, in which the Court retains "exclusive jurisdiction," is similarly inconsistent with the Court's ruling and with the agreement reached by New York to resolve its objection to the Plan's separate exclusive jurisdiction provision. The Court's Bench Decision states that the debtors may include language "requiring third-party claims of the type now covered to be first brought before me, *for a threshold inquiry…*" (emphasis added). The Court did not rule that it has exclusive jurisdiction over exculpation and third party release issues. Paragraph 52 should be revised to state precisely what the Court's Bench Decision states, namely, that it will conduct a threshold inquiry in the first instance.

Although we advised the debtors by email on Monday, March 21, 2011 of the foregoing concerns and requested that they make every effort to promptly respond in order to avoid having to contact the Court, we have not received an acceptable or adequate response. We therefore respectfully request that the proposed confirmation order be revised consistent with the Court's ruling at the confirmation hearing, and specifically with its Bench Decision. Thank you.

    Respectfully submitted,

    Maureen F. Leary
    Assistant Attorney General
    (518) 474-7154
    Maureen.Leary@ag.ny.gov

cc:   Counsel Listed

| | |
|---|---|
| Harvey R. Miller, Esquire | David R. Berz, Esquire |
| Stephen Karotkin, Esquire | Thomas Goslin, Esquire |
| Joseph H. Smolinsky, Esquire | Weil Gotshal & Manges, LLP |
| Weil, Gotshal & Manges, LLP | 1300 Eye Street, NW, Suite 900 |
| 767 Fifth Avenue | Washington, DC 20005 |
| New York, NY 10153 | david.berz@weil.com |
| harvey.miller@weil.com | thomas.goslin@weil.com |
| stephen.karotkin@weil.com | *Attorneys for General Motors* |
| Joseph.Smolinsky@weil.com | |
| *Attorneys for Debtors* | Thomas Morrow, Esquire |
| | c/o Motors Liquidation Company |
| | 401 South Old Woodward Ave., Suite 370 |
| | Birmingham, Michigan 48009 |

2

Ted Stenger, Executive Vice President
c/o Motors Liquidation Company
General Motors LLC
500 Renaissance Center, Suite 1400
Detroit, Michigan 48243
tstenger@alixpartners.com

Lawrence S. Buonomo, Esquire
General Motors LLC
400 Renaissance Center
Detroit, Michigan  48265

John J. Rapisardi, Esquire
Cadwalader Wisckersham & Taft LLP
One World Financial Center
New York, New York  10281
*Attorney for the United States  Department of Treasury*

Michael O. Hill, Esquire
Hill & Kehne, LLC
2300 Wisconsin Avenue, NW
Suite 300
Washington, DC  20007
mhill@hillkehne.com
*Attorney for the Environmental Response Trust Administrative Trustee*

Mark Dowd
Joseph Samarias, Esquire
United States Department of Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C.  20220
Joseph.Samarias@do.treas.gov

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY  10019
mj_edelman@vedderprice.com
m_schein@vedderprice.com
*Attorneys for Export Development Canada*

Elliott P. Laws, Esquire
Crowell & Morning LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
ELaws@crowell.com
*For the Environmental Response Trust Administrative Trustee*

Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksound, Esquire
Jennifer Sharret, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of The Americas
New York, NY 10036
tmayer@kramerlevin.com
rschmidt@kramerlevin.com
lmacksound@kramerlevin.com
jsharret@kramerlevin.com
*Attorneys for Official Committee of Unsecured Creditors*

Tracy Hope Davis, Esquire
Andrew D. Velez-Rivera, Esquire
Brian Shoichi Masumoto, Esquire
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
andy.velez-rivera@usdoj.gov
Brian.Masumoto@usdoj.gov
*Attorneys for the United States Trustee*

David S. Jones, Esquire
Natalie Kuehler, Esquire
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
86 Chamber Street, 3rd Floor
New York, NY 10007
David.Jones6@usdoj.gov
Natalie.Kuehler@usdoj.gov
*Attorneys for the United States*

3

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500
ei@capdale.com
rct@capdale.com
*Attorneys for Asbestos Claimants' Comm.*

Trevor W. Swett III, Esquire
Kevin C. Maclay, Esquire
Caplin & Drysdale
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
tws@capdale.com
kcm@capdale.com
*Attorneys for Asbestos Claimants*

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
esserman@sbep-law.com
brousseau@sbep-law.com
*Attorneys for Future Claimants*

Alan Tenenbaum, Esquire
Patrick M. Casey, Esquire
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
patrick.casey@usdoj.gov
alan.tenembaum@usdoj.gov
*Attorneys for the United States*

Margarita Padilla, Esquire
Deputy Attorney General
California Office of the Attorney General
P.O. Box 70550
1515 Clay Street
Oakland, CA  94615-0550
Margarita.Padilla@doj.ca.gov
*Attorneys for the Calif. Tox. Sub. Cont. Bd.*

John J. Privitera, Esquire
Jacob F. Lamme, Esquire
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY 12207-2503
*Attorneys for the Saint Regis Mohawk Tribe*
privitera@mltw.com