# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM



RECEIVED
MAR 22 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | NL Industries Inc.<br>5430 LBJ Freeway<br>Dallas, TX 75240 |
| Claim Number (if known): | 47946 and 47947 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $30,000,000 each for a total of $60,000,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/10/11

Print Name: Courtney Riley

Title (if applicable): Executive Director Environmental Management

---

US_ACTIVE:\43219392\02\72240.0639