# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

RECEIVED MAR 22 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Univar USA Inc. <br> c/o Michelle Ulick Rosenthal <br> Garvey Schubert Barer <br> 1191 Second Avenue, 18th Floor <br> Seattle, WA 98101-2939 |
| Claim Number (if known): | 64812, 64813 and 67654 |
| Date Claim Filed: | 11/30/2009, 11/30/2009, 12/1/2009 |
| Total Amount of Claim Filed: | $30,000,000 each for a total of $90,000,000 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12/19/10

Print Name: Michelle Ulick Rosenthal

Title (if applicable): Counsel for Univar USA Inc.

US_ACTIVE:¥43219392¥02¥72240.0639