BINGHAM MCCUTCHEN LLP
Milissa A. Murray, Esq. (Admitted PHV)
2020 K Street, NW
Washington, DC 20006
Telephone: (202) 373-6511
Facsimile: (202) 373-6001
m.murray@bingham.com

*Counsel for the BKK Joint Defense Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.* | Case No. 09-50026 (REG) |
| Debtors. | **JOINTLY ADMINISTERED** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2011, copies of the foregoing Response Of The BKK Joint Defense Group To The Debtors' 209th Omnibus Objection To Claims were served upon the attached service list via first class mail, postage prepaid and in the manner indicated below.

/s/ Milissa A. Murray
Milissa Murray, Esq.
2020 K Street, NW
Washington, DC  20006
Telephone: (202) 373-6511
Facsimile: (202) 373-6001
m.murray@bingham.com

Dated: March 22, 2011                                Counsel for the BKK Group

1

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph H. Smolinsky, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
E-mail:   harvey.miller@weil.com
          stephen.karotkin@weil.com
          joseph.smolinsky@weil.com
Counsel for the Debtors

Lawrence S. Buonomo, Esq.
General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
E-mail:   lawrence.s.buonomo@gm.com

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220
E-mail:   joseph.samarias@do.treas.gov

Thomas Moers Mayer, Esq.
Robert Schmidt, Esq.
Lauren Macksoud, Esq.
Jennifer Sharret, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
E-mail:   tmayer@kramerlevin.com
          rschmidt@kramerlevin.com
          lmacksoud@kramerlevin.com
          jsharret@kramerlevin.com
Counsel for Statutory Committee Of
Unsecured Creditors

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
E-mail:   tmorrow@alixpartners.com
Debtors

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
E-mail:   john.rapisardi@cwt.com
Counsel for the United States Department of
the Treasury

Michael J. Edelman Esq.
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
E-mail:   mjedelman@vedderprice.com
          mschein@vedderprice.com
Counsel for Export Development Canada

Tracy Hope Davis, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax: 212-668-2255

David S. Jones, Esq.
Natalie Kuehler, Esq.
U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007
E-mail:   david.jones6@usdoj.gov
          natalie.kuehler@usdoj.gov

Trevor W. Swett III, Esq.
Kevin C. Maclay, Esq.
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005
E-mail:   tws@capdale.com
          kcm@capdale.com
Counsel for Official Committee Of Unsecured
Creditors Holding Asbestos-Related Claims

Elihu Inselbuch, Esq.
Rita C. Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
E-mail:  ei@capdale.com
          rct@capdale.com
Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims

Sander L. Esserman, Esq.
Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka, P.C.,
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
E-mail:  esserman@sbep-law.com
          brousseau@sbep-law.com
Counsel For Dean M. Trafelet In His Capacity As The Legal Representative For Future Asbestos Personal Injury Claimants