

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor (Check Only One) | Case No |
|---|---|
| ☒ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | 09-13558 (REG) |

**Your Claim is Scheduled As Follows.**
FILED - 16805
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

**Name of Creditor** (the person or other entity to whom the debtor owes money or property)   NOREEN GLASPIE

**Name and address where notices should be sent**
NOREEN GLASPIE
196 PARKWAY DR
DAVISON MI 48423-9131

☐ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number** _____ (If known)

Filed on _____

[Stamp: THE GARDEN CITY GROUP, INC. OCT 27 2009]

Telephone number (810) 9555624
Email Address   None

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions you need not file again

**Name and address where payment should be sent** (if different from above)

*Please Call me, I have no one to help me on this, or advice to make sure I'm doing this right   Thank you*

Telephone number

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim   Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

**1  Amount of Claim as of Date Case Filed, June 1, 2009**   $ _____

If all or part of your claim is secured, complete item 4 below   however if all of your claim is unsecured, do not complete item 4   If all or part of your claim is entitled to priority, complete item 5   If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim   Attach itemized statement of interest or charges

**2  Basis for Claim** _____
   (See instruction #2 on reverse side )

**3  Last four digits of any number by which creditor identifies debtor** _____

   3a Debtor may have scheduled account as _____
   (See instruction #3a on reverse side )

**4  Secured Claim** (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

**Nature of property or right of setoff**   ☒ Real Estate   ☒ Motor Vehicle   ☐ Equipment   ☐ Other
**Describe**
**Value of Property** $ 116,000.00   **Annual Interest Rate** 5.5%
**Amount of arrearage and other charges as of time case filed included in secured claim, if any** $ _____
~~Basis for perfection~~   $12,000.00  2 cars 1 truck
**Amount of Secured Claim** $ 128,000.00   **Amount Unsecured** $ _____

**5  Amount of Claim Entitled to Priority under 11 U S C § 507(a)**
If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase lease or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)
**Amount entitled to priority**
*not sure*

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6  Credits**   The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7  Documents**   Attach redacted copies of any documents that support the claim, such as promissory notes   purchase orders, invoices, itemized statements or running accounts   contracts, judgments   mortgages, and security agreements   You may also attach a summary   Attach redacted copies of documents providing evidence of perfection of a security interest   You may also attach a summary   (See instruction 7 and definition of  redacted  on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

| Date 10-14-09 | **Signature**   The person filing this claim must sign it   Sign and print name and title   if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above   Attach copy of power of attorney, if any  <br><br> Noreen K. Glaspie | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim*   Fine of up to $500 000 or imprisonment for up to 5 years, or both   18 U S C §§ 152 and 3571
Modified B10 (GCG) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law In certain circumstances such as bankruptcy cases not filed voluntarily by the debtor there may be exceptions to these general rules The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc, are not authorized and are not providing you with any legal advice*

## A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS IF BY MAIL THE GARDEN CITY GROUP, INC, ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING PO BOX 9386, DUBLIN, OH 43017-4286 IF BY HAND OR OVERNIGHT COURIER THE GARDEN CITY GROUP, INC ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING 5151 BLAZER PARKWAY SUITE A, DUBLIN, OH 43017 PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT, SDNY ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004 ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED

**THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5 00 P M (PREVAILING EASTERN TIME)**

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1 2009 You should select the debtor against which you are asserting your claim
A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case Please provide us with a valid email address A separate space is provided for the payment address if it differs from the notice address The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1 Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing Follow the instructions concerning whether to complete items 4 and 5 Check the box if interest or other charges are included in the claim

**2 Basis for Claim**
State the type of debt or how it was incurred Examples include goods sold, money loaned services performed, personal injury/wrongful death, car loan mortgage note and credit card If the claim is based on the delivery of health care goods or services limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim

**3 Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor if any

**3a Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name a transferred claim or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4 Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS below ) State the type and the value of property that secures the claim attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5 Amount of Claim Entitled to Priority Under 11 U S C § 507(a)**
If any portion of your claim falls in one or more of the listed categories check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

For claims pursuant to 11 U S C § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below) Attach documentation supporting such claim

**6 Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt

**7 Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) If the claim is based on the delivery of health care goods or services see instruction 2 Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

## __DEFINITIONS__

**Debtor**
A debtor is the person corporation or other entity that has filed a bankruptcy case
The Debtors in these Chapter 11 cases are

| Motors Liquidation Company | |
|---|---|
| (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS LLC | |
| (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation | |
| (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem Inc | |
| (f/k/a Chevrolet-Saturn of Harlem Inc ) | 09-13558 (REG) |

**Creditor**
A creditor is the person corporation or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing See 11 U S C § 101(5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with The Garden City Group Inc as described in the instructions above and in the Bar Date Notice

**Secured Claim Under 11 U S C § 506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U S C § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked edited out, or otherwise deleted certain information A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage lien certificate of title financing statement or other document showing that the lien has been filed or recorded

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc , please provide a self-addressed stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group Inc

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim any transfer of such claim is subject to FRBP 3001(c), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq ), and any applicable orders of the bankruptcy court

**Additional Information**
If you have any questions with respect to this claim form please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation com

## __INFORMATION__



# Lawyers Title Insurance Corporation

A LANDAMERICA COMPANY
G-4445 S Saginaw St. • Grand Blanc MI 48439-2061
Ph. (810)695-1400 • FAX (810)695-5599

File No. 135030 LTC-2303-09-01-01  Date: June 6, 2003
**TYPE OF POLICY:**

Sale Type: New Mortgage

| | | | |
|---|---|---|---|
| Policy Amount: $ 116,000.00 | | Policy Amount: $ 114,999.00 | |
| Policy Number: | | Policy Number: | |
| Exceptions | WITH | Exceptions | WITHOUT |
| Premium: $ | 646.00 | Premium: $ | 257.00 |
| Balance: $ | 646.00 | Balance: $ | 257.00 |

| Charges | | Total Payments | | Total Due |
|---|---|---|---|---|
| $ 903.00 | − | $ .00 | = | $ 903.00 |

Please send remittance to Lawyers Title Insurance Corporation at the above address

## PROPERTY INFORMATION:

Customer Reference   Noreen K. Glaspie

Property Address:   4469 W Coldwater
Situated In:   Mt Morris
City/Township/Village:   Township
Brief Legal

Tax Roll Number:   14-21-501-006

## ORDERING FIRM:

Garrow-Loftis Realtors, GMAC Real Estate
Attn Karen Mason
G-6122 W Pierson Rd.
Flushing, MI  48433
810-732-1110

## LENDER:

QUICKEN LOANS, INC.
Attn Gloria
Your Reference # 7271759918
20555 Victor Parkway
Livonia, MI  48152
248-608-7060

I'm sorry But they took the Information on my 2 Cars, a Chevy Prizm and a Buick, 1 Nissan truck when they took my house it was worth.
$165,900.00

# COMMITMENT FOR TITLE INSURANCE

## Lawyers Title Insurance Corporation

COMMITMENT NO. 135030 LTC

Revised on June 6, 2003 at 11:14:18 AM
**EFFECTIVE DATE** May 2, 2003 at 8:00 AM

**FORM OF POLICY TO BE ISSUED:**
A.L.T.A. OWNERS POLICY          Amount $  116,000.00

A.L.T.A. MORTGAGE POLICY        Amount $  114,999.00
(without exceptions)

**PARTY TO BE INSURED:**        Noreen K. Glaspie
(Owner's Policy)

**PARTY TO BE INSURED:**        QUICKEN LOANS, INC., its successors and/or assigns, as their interest may
(Mortgage Policy)               appear

### DESCRIPTION OF REAL ESTATE

Situated in Township of Mt. Morris, County of Genesee, State of Michigan:

Lot 6 of CRAIG-SIDE, according to the recorded plat thereof, as recorded in Plat Liber 18, page 58, Genesee County Records.

OWNER, ENCUMBRANCES, EXCEPTIONS TO TITLE, UNPAID TAXES
AND REQUIREMENTS FOR ISSUANCE OF POLICY

1  OWNER:    Darlene K. Ashley, survivor of herself and her deceased husband, Gary L. Ashley

Lawyers Title Insurance Corporation
G-8445 S. Saginaw Street
Grand Blanc MI 48439
(810) 695-3400

pdn
                        Authorized Officer or Agent
This commitment is invalid unless the Insuring Provisions and Schedules A & B are attached
                    Form No 91-88 (SCH. A) 035-1-088-001/5
                              Schedule A-Page 1
SEE ATTACHED SCHEDULE B FOR CONTINUATION