## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al*.,              :
    f/k/a General Motors Corp., *et al.*        :    Chapter 11
                                                    :    Case No. 09-50026 (REG)
                                                    :    (Jointly Administered)
                    Debtors.          :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                             ) ss
COUNTY OF **SUFFOLK**   )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 23, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9867) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                    /s/Chanpreet Kondal
                                                    Chanpreet Kondal

Sworn to before me this 23rd day of
March, 2011
/s/ Nancy Formica_
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

TRANSFEROR
The Yosemite Creek PRP Group
c/o Nicholas W. Van Aelstyn
Beveridge & Diamond PC
456 Montgomery Street, Ste 1800
San Francisco, CA 94104

TRANSFEREE
Avenue Blue TC Fund, L.P.
Attn: David S. Leinwand
399 Park Avenue, 6th Floor
New York, NY 10022