Exhibit A

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| ALEXANDER J AND MARY L HALL<br>3080 GRIFFITH ROAD<br>NORRISTOWN, PA 19403 | 20184 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,000.00  (U)<br>$2,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| AMELIA ALIFIER<br>1201 SW 141 AVE J-206<br>PEMBROKE PINES, FL 33027 | 68667 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,000.00  (U)<br>$24,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>GMAC Bondholder - GMAC Bondholder |
| ANITA LOVETT<br>235 VITTORIO CT<br>PARK RIDGE, NJ 07656 | 22575 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$62,500.00  (U)<br>$62,500.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| ANNA H PARROTT<br>633 DELAWARE AVE #14<br>DELMAR, NY 12054 | 69314 | Motors Liquidation Company | $140.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$140.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| BABETTE S FREEMAN TRUST NO 1<br>PO BOX 7158<br>KANSAS CITY, MO 64113 | 63016 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| BARBARA HOFFMAN<br>3922 DAHLEE CIR<br>WEST PALM BEACH, FL 33412 | 65049 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,420.00  (U)<br>$9,420.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| BARBARA KRAMER<br>CGM IRA ROLLOVER CUSTODIAN<br>45 SUTTON PLACE SOUTH<br>PH J<br>NEW YORK, NY 10022 | 27672 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$37,500.00  (U)<br>$37,500.00  (T) | Multiple Bondholder | Pgs. 1-10 | VARIOUS - Wilmington Trust - 1995 Indenture<br><br>GMAC Bondholder - GMAC Bondholder |
| BERNARD R SUAREZ SR R/O IRA<br>FCC AS CUSTODIAN<br>SHINDELMAN-PROGRAM<br>2946 MINUTEMAN LN<br>BRANDON, FL 33511 | 62641 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,648.00  (U)<br>$7,648.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| BETTY VENOY SHINDELMAN-PROGRAM 512 HOLLY LN BRANDON, FL 33510 | 62844 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| CLAIRE SPERANZA 25-47 81ST JACKSON HEIGHTS, NY 11370 | 64457 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,494.83 (U)<br>$41,494.83 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AJ4 - 8.80% Notes due March 1, 2021<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| CLARENCE F DYKSTRA 3104 E BROADWAY RD LOT 3 MESA, AZ 85204 | 67938 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$9,602.00 (P)<br>$0.00 (U)<br>$9,602.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| CONCETTA HOOD<br>912 LARKSPUR LN<br>ST MARYS, GA 31558 | 69689 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| CONCETTA HOOD<br>912 LARKSPUR LN<br>SAINT MARYS, GA 31558 | 69690 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| CONG YESHIVA DIVREI CHANOCH<br>HANNAH TEITELBAUM AUTH<br>CHAIM L TEITELBAUM AUTH<br>1636 49TH ST<br>BROOKLYN, NY 11204 | 43456 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$34,796.00  (U)<br>$34,796.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br><br>370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| CONGREGATION MACHZIKA HADATH<br>HANNAH TEITELBAUM AUTH<br>HENRY TEITELBAUM AUTH<br>1636 49TH ST<br>BROOKYLN, NY 11204 | 43433 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$55,101.50  (U)<br>$55,101.50  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br><br>370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| DR ANTHONY M GIAMMARINO  IRA<br>FCC AS CUSTODIAN<br>PO BOX 5<br>PRT JEFFERSON, NY 11777 | 28217 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| EDITH  BAUER<br>8333 SEMINOLE BLVD APT 562F<br>SEMINOLE, FL 33772 | 21877 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| EDWARD R BARRON<br>1 LONGFELLOW PL APT 3218<br>BOSTON, MA 02114 | 21942 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$20,000.00  (U)<br>$20,000.00  (T)<br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| ELOISE MANDERSCHEID TTEE<br>CLIFFORD & ELOISE MANDERSCHEID TR<br>U/A DTD 08/21/1988<br>333 CAPLES DR.<br>FOLSOM, CA 95630 | 20080 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| EVELYN MURPHY<br>PO BOX 341<br>NEW CARLISLE, IN 46552 | 20346 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,944.00<br>$6,944.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| FARMER HELTON<br>950 N 25TH ST<br>MIDDLESBORO, KY 40965 | 29461 | Motors Liquidation Company | $250,000.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |
| FELICE REA<br>38058 RICHLAND ST<br>LIVONIA, MI 48150 | 20338 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$47,000.00<br>$47,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July 1<br><br>370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| FRANK J SCHNELL<br>CGM IRA ROLLOVER CUSTODIAN<br>1405 REGENT DRIVE<br>MOUNT KISCO, NY 10549 | 64358 | Motors Liquidation Company | | | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |

Unliquidated

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| FRANK J SCHNELL<br>CGM IRA ROLLOVER CUSTODIAN<br>1405 REGENT DRIVE<br>MOUNT KISCO, NY 10549 | 64359 | Motors Liquidation Company | Unliquidated | | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>UNKNOWN - Unknown Bond Holder<br><br>GMAC Bondholder - GMAC Bondholder |
| FRED HABER<br>CGM IRA CUSTODIAN<br>35-15 HENRY HUDSON PKWY<br>BRONX, NY 10463 | 22281 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$236,000.00<br>$236,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442717 - 6.25% Series C Convertible Senior Debentures due July 1<br><br>GMAC Bondholder - GMAC Bondholder |
| GAIL F PINC MCCLAIN<br>5543 S HARPER AVE<br>CHICAGO, IL 60637 | 67617 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$95,999.00<br>$95,999.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| GILBERT EHRENREICH<br>48C WINTHROP RD<br>MONROE TWP, NJ 08831 | 62106 | Motors Liquidation Company | Unliquidated | | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| HARRISON STEPHENSON TTEE FRANK H STEPHENSON IRREVOCABLE TRUST UAD 6/12/08 P.O. BOX 7428 ATHENS, GA 30604 | 28636 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| HARRY E. ROBSON CGM IRA CUSTODIAN 6003 CALLE DE FELICE SAN JOSE, CA 95124 | 70036 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,110.00 (U)<br>$15,110.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| HARRY ZIVIN & DAISIANN ZIVIN TR HARRY ZIVIN TRUST U/A 8/20/92 1220 RUDOLPH ROAD UNIT 2P NORTHBROOK, IL 60062 | 19584 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,000.00 (U)<br>$21,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| HELENE K MILLER<br>9264 HOWARD SQUARE DR<br>BALTIMORE, MD 21208 | 29415 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$20,534.00  (P)<br><br>$0.00  (U)<br><br>$20,534.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |
| HOWARD FOWLER AND RUTH FOWLER<br>103 TANGLEWOOD DR<br>WARNER ROBINS, GA 31093 | 27211 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$6,779.00  (U)<br><br>$6,779.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| IRA FBO JOSEPH W PRICE<br>PERSHING LLC AS CUSTODIAN<br>514 E SEDGWICK STREET<br>PHILADELPHIA, PA 19119 | 21839 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$10,663.80  (U)<br><br>$10,663.80  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| J DAVID SCOTT<br>1726 SKITCHOWARY TRAIL<br>SPRINGFIELD, VT 05156 | 27215 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim.  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim.  Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| JAMES B COLBURN JR TTEE C/O JAMES H MURRAY JR IN TRUST FOR JAMES B COLBURN JR TR #2 U/A/D 10/05/88 1608 SW 17TH AVE FT LAUDERDALE, FL 33312 | 64688 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $25,000.00  (U) $25,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028 GMAC Bondholder - GMAC Bondholder |
| JEAN BREINER TRUST IRVING LIEBERMAN CO TRUSTEES JEAN BREINER TRUST 7724 DAVIS ST MORTON GROVE, IL 60053 | 62332 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $31,250.00  (U) $31,250.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041 GMAC Bondholder - GMAC Bondholder |
| JEAN TORRENS 2600 S FINLEY RD APT 3106 LOMBARD, IL 60148 | 45412 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | UNKNOWN - Unknown Bond Holder GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| JOEL LOVETT # 2 ACCOUNT 235 VITTORIO CT PARK RIDGE, NJ 07656 | 22578 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $69,217.00  (U) $69,217.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048 VARIOUS - Wilmington Trust - 1995 Indenture GMAC Bondholder - GMAC Bondholder |
| JOHN E ENNIS 1630 N MAIN ST APT C-3 EL DORADO, KS 67042 | 60393 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $22,000.00  (U) $22,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048 GMAC Bondholder - GMAC Bondholder |
| JOHN KENNETH HORNER TTEE HORNER FAMILY TRUST C/O HORNER & SINGER LLP 1646 N CALIFORNIA BLVD STE 250 WALNUT CREEK, CA 94596 | 60710 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $41,701.07  (U) $41,701.07  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023 GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

195th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| LESLIE MYERSON<br>12 RICHMOND B<br>DEERFIELD BEACH, FL 33442 | 32689 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,900.00  (U)<br>$1,900.00  (T)<br><br>Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br>370442758 - 7.25% Senior Notes due February 15, 2052<br>370442766 - 7.375% Senior Notes due October 1, 2051<br>GMAC Bondholder - GMAC Bondholder |
| LESTER H EADS TTEE<br>U/A DTD MAR 3, 1987<br>ALVIN E FUDGE TRUST<br>415 W MAIN ST<br>PORTLAND, IN 47371 | 19170 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AR6 - 7.40% Debentures due September 1, 2025<br>370442AZ8 - 6.75% Debentures due May 1, 2028<br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br>GMAC Bondholder - GMAC Bondholder |
| LORRAINE HANSEN TTEE<br>UTD 3/18/2004<br>FBO LORRAINE HANSEN REV LIVING TRUST<br>444 ANITA ST SPACE 65<br>CHULA VISTA, CA 91911 | 29476 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$468.00  (U)<br>$468.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| MALCOLM & MARY STEPHENS TRUST U/A DTD 05/04/1993 MALCOLM N STEPHENS & MARY F STEPHENS TTEE 6233 VERNON WAY SACRAMENTO, CA 95608 | 68998 | Motors Liquidation Company | $17,879.00  (S) $0.00  (A) $0.00  (P) $8,703.00  (U) $26,582.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052 GMAC Bondholder - GMAC Bondholder |
| MARC & EVA DAVIDSON 84-15 60TH ROAD MIDDLE VILLAGE, NY 11379 | 33265 | Motors Liquidation Company | $52,510.55  (S) $0.00  (A) $0.00  (P) $0.00  (U) $52,510.55  (T) | Multiple Bondholder | Pgs. 1-10 | UNKNOWN - Unknown Bond Holder GMAC Bondholder - GMAC Bondholder |
| MARJORIE A & RAYNER MARCHAL 2603 ORCHARD DR APT 103 CEDAR FALLS, IA 50613 | 68055 | Motors Liquidation Company | $81.00  (S) $0.00  (A) $0.00  (P) $2,107.50  (U) $2,188.50  (T) | Multiple Bondholder | Pgs. 1-10 | 370442AV7 - 8.10% Debentures due June 15, 2024 GMAC Bondholder - GMAC Bondholder |
| MARY FISHER 8363 HEDGEWAY DRIVE UTICA, MI 48317 | 65190 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023 GMAC Bondholder - GMAC Bondholder |

Unliquidated

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| MARY L ROBERTS<br>10 THAMES CT<br>FAIRFIELD GLADE, TN 38558 | 21674 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,015.00 (U)<br>$7,015.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442816 - 7.25% Quarterly Interest Bonds due April 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| MAY BELL LOEB<br>9120 W OUTER DR<br>DETROIT, MI 48219<br>UNITED STATES OF AMERICA | 64411 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BS3 - 7.125% Senior Notes due July 15, 2013<br><br>GMAC Bondholder - GMAC Bondholder |
| MICHAEL RESNICK<br>CGM SEP IRA CUSTODIAN<br>157 ESTATE COURT<br>ROSLYN HEIGHTS, NY 11577 | 22387 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$48,107.50 (U)<br>$48,107.50 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| MONETTE ROBINSON<br>C/O KEYSTONE INDUSTRIES<br>616 HOLLYWOOD AVE<br>CHERRY HILL, NJ 08802 | 51394 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| MR RUDOLPH A MASRY<br>CGM IRA CUSTODIAN<br>17 LEAWOOD DR<br>BRIARCLIFF MANOR, NY 10510 | 68716 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,000.00 (U)<br>$35,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442121 - 7.50% Senior Notes due July 1, 2044<br><br>GMAC Bondholder - GMAC Bondholder |
| MS EDYTHE LOTKIN<br>APT K2<br>2302 LUCAYA LN<br>COCONUT CREEK, FL 33066 | 60751 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,000.00 (U)<br>$19,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| MS EDYTHE LOTKIN<br>2302 LUCAYA LN APT K2<br>COCONUT CREEK, FL 33066 | 67664 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$19,000.00 (P)<br>$0.00 (U)<br>$19,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442AZ8 - 6.75% Debentures due May 1, 2028<br><br>GMAC Bondholder - GMAC Bondholder |
| MS&CO C/F<br>ARNOLD GREENBERG<br>IRA STANDARD DATED 01/26/09<br>84 ACORN PONDS DRIVE<br>ROSLYN, NY 11576 | 63144 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
| MS&CO C/F ROBERT D KEMP<br>IRA STANDARD DATED 05/22/00<br>345 N CANAL UNIT 1304<br>CHICAGO, IL 60606 | 64953 | Motors Liquidation Company | $8,775.66  (S)<br><br>$0.00  (A)<br><br>$8,775.66  (P)<br><br>$0.00  (U)<br><br>$17,551.32  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| MURIEL LEWIS<br>1200 KING ST<br>APT 249<br>RYE BROOK, NY 10573 | 37238 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$25,641.26  (U)<br><br>$25,641.26  (T) | Multiple Bondholder | Pgs. 1-10 | 370442725 - 7.375% Senior Notes due May 15, 2048<br><br>GMAC Bondholder - GMAC Bondholder |
| NEIL S ELSON<br>201 E 25TH ST<br>APT 7L<br>NEW YORK, NY 10010 | 22245 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$4,000.00  (U)<br><br>$4,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| NICHOLAS CASALE AND ROSEMARIE CASALE JTWROS (SB ADVISOR) 11 GREENWAY LANE HUNTINGTON, NY 11743 | 64176 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>370442AV7 - 8.10% Debentures due June 15, 2024<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| NICHOLAS F. STARACE II CHARLES SCHWAB & CO INC CUST IRA ROLLOVER 9 FIELDING RD SHORT HILLS, NJ 07078 | 31509 | Motors Liquidation Company | | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| | | | Unliquidated | | | |
| PAT & TED CHAPMAN 865 YENOWINE LN GEORGETOWN, IN 47122 | 30213 | Motors Liquidation Company | $10,000.00  (S)<br>$0.00  (A)<br>$25,000.00  (P)<br>$15,000.00  (U)<br>$50,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| PETER & BETTY DYKSTRA 843 TEAL PT RD MTN HOME, AR 72653 | 45287 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$40,000.00  (U)<br>$40,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|---|
| R GLEN JACKSON AND SUSAN J JACKSON JT TEN<br>1520 WEST 2100 NORTH<br>HELPER, UT 84526 | 44124 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | | Multiple Bondholder | Pgs. 1-10 | 370442766 - 7.375% Senior Notes due October 1, 2051<br><br>GMAC Bondholder - GMAC Bondholder |
| RABBI DAVID A. NELSON TTEE<br>FBO DAVID A. NELSON<br>U/A/D 03/19/96<br>17235 SHERVILLA PLACE<br>SOUTHFIELD, MI 48075 | 20508 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,805.00 (U)<br>$4,805.00 (T) | | Multiple Bondholder | Pgs. 1-10 | 370442BB0 - 7.20% Notes due January 15, 2011<br><br>GMAC Bondholder - GMAC Bondholder |
| RALPH A WHITLEY<br>WBNA CUSTODIAN TRAD IRA<br>1014 S WALNUT DR<br>SMITHFIELD, NC 27577 | 29875 | Motors Liquidation Company | Unliquidated | | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| ROBERT CARDONE<br>ALIMIRA CARDONE<br>JT ACCT ML 866-12035<br>PO BOX 1355<br>4468 LAKE SHORE DRIVE<br>BOLTON LANDING, NY 12814 | 68094 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,047.00 (U)<br>$10,047.00 (T) | | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| ROBERT CARDONE IRA<br>ALMIRA CARDONE<br>PO BOX 1355<br>4468 LAKE SHORE DRIVE<br>BOLTON LANDING, NY 12814 | 68095 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,695.00  (U)<br>$8,695.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| ROBERT E & VIVIAN M MOCKETT<br>C/O ROBERT E MOCKETT<br>12562 ROYCE CT<br>CARMEL, IN 46033 | 19009 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AV7 - 8.10% Debentures due June 15, 2024<br><br>370442BT1 - 8.375% Senior Debentures due July 15, 2033<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder<br><br>349272AT1 - Industrial Revenue Bond-City of Fort Wayne |
| ROBERT J CAVA, P.C<br>1038 LITTLE EAST NECK RD<br>WEST BABYLON, NY 11704 | 19760 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,000.00  (U)<br>$50,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

| | | | | | | |
|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | | |
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| ROBERT R ROLL & MARILYN A ROLL<br>6182 PARADISE TRAIL<br>CARP LAKE, MI 49718 | 68996 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,000.00   (U)<br>$15,000.00   (T) | Multiple Bondholder | Pgs. 1-10 | 370442774 - 7.25% Senior Notes due July 15, 2041<br><br>GMAC Bondholder - GMAC Bondholder |
| ROMAN STECHER<br>SEISERLEITE 36<br>NEUSTIFT<br>39040 VAHRN ITALY<br>ITALY | 39004 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$493,581.25   (U)<br>$493,581.25   (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>GMAC Bondholder - GMAC Bondholder<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| RUTH KOFFLER<br>1285 ROBYNWOOD LANE<br>WESTCHESTER, PA 19380 | 62787 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AU9 - 7.70% Debentures due April 15, 2016<br><br>370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| SANDRA P JONES (DECEASED)<br>C/O DEBORAH LEVERENZ CO-EXECUTOR<br>916 3RD ST<br>WOODLAND, CA 95695 | 21931 | Motors Liquidation Company | $14,614.90   (S)<br>$0.00   (A)<br>$14,614.90   (P)<br>$0.00   (U)<br>$29,229.80   (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

195th Omnibus Objection

**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| SCOTT D SLEDGE 50 GABAL RD LILLIAN ROCK NSW 2480 AUSTRALIA AUSTRALIA | 69053 | Motors Liquidation Company | Unliquidated | Multiple Bondholder | Pgs. 1-10 | 370442AU9 - 7.70% Debentures due April 15, 2016<br><br>GMAC Bondholder - GMAC Bondholder |
| TAMAR AMBALU 82-09 SURREY PL JAMAICA, NY 11432 | 20085 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$5,000.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442758 - 7.25% Senior Notes due February 15, 2052<br><br>GMAC Bondholder - GMAC Bondholder |
| VINCENT M STURNIOLO & NANETTE L STURNIOLO JT WROS 125 PAULINE DRIVE CLEARFIELD, PA 16830 | 62805 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,100.00  (U)<br>$8,100.00  (T) | Multiple Bondholder | Pgs. 1-10 | 370442BW4 - 8.25% Senior Debentures due July 15, 2023<br><br>GMAC Bondholder - GMAC Bondholder |
| **Claims to be Disallowed and Expunged Totals** | **76** | | **$354,001.11  (S)**<br>**$0.00  (A)**<br>**$102,526.56  (P)**<br>**$1,775,294.71  (U)**<br>**$2,231,822.38  (T)** | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.