208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| AKZO NOBEL COATING INC | 51292 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN THOMAS P WILCZAK PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 DETROIT, MI 48243 | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| AKZO NOBEL COATINGS, INC | 50959 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $7,462.24 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243UNITED STATES OF AMERICA | | | $7,462.24 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BROWNING-FERRIS INDUSTRIES OF OHIO INC | 59199 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: STEPHEN K DEXTER LATHROP & GAGE LLP 370 17TH ST STE 4650 DENVER, CO 80202-5607 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $99,666.67 | (Unsecured Claim) | $99,666.67 | (Unsecured Claim) | | |
| | | | $99,666.67 | (Total Claim) | $99,666.67 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CARGILL, INCORPORATED CARGILL, INCORPORATED | 63800 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MARK ERZEN KARAGANIS WHITE & MAGEL LTD 1 N WACKER DR STE 4400 CHICAGO, IL 60606-2841 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $3,905,462.00 | (Unsecured Claim) | $60,147.00 | (Unsecured Claim) | | |
| | | | $3,905,462.00 | (Total Claim) | $60,147.00 | (Total Claim) | | |
| Official Claim Date:  11/30/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CASMALIA RESOURCES SITE STEERING COMMITTEE | 51380 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MELISSA MURRAY ESQ, BINGHAM MCCUTCHEN LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 2020 K STREET NW | | | | | | | | |
| WASHINGTON, DC 20006-1806 | | | $106,900,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $106,900,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CHEMCLENE SITE DEFENSE GROUP | 59696 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O LANGSAM STEVENS & MORRIS | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1616 WALNUT ST STE 612 | | | | | | | | |
| PHILADELPHIA, PA 19103-5308 | | | $401,983.50 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/27/2009 | | | $401,983.50 | (Total Claim) | $0.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC | 50572 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| (SUCCESSOR TO HOECHST CELANESE COPORATION) | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK 100 RENAISSANCE CENTER SUITE 3600 | | | $18,897.54 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $18,897.54 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:  Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CELANESE CORP) | 51293 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN THOMAS P WILCZAK PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 DETROIT, MI 48243 | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:  Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DEARBORN REFINING SITE CUSTOMERS PRP GROUP | 36708 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O BRIAN D FIGOT STEPHEN M LANDAU PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 30100 TELEGRAPH RD  STE 428 BINGHAM FARMS, MI 48025-4564 | | | $1,042,707.06 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $1,042,707.06 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/23/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DETREX CORPORATION | 50571 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK 100 RENAISSANCE CENTER SUITE 3600 DETROIT, MI 48243 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $7,462.24 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $7,462.24 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DETREX CORPORATION | 51294 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK 100 RENAISSANCE CENTER SUITE 3600 DETROIT, MI 48243UNITED STATES OF AMERICA | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:  Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| ELJER MANUFACTURING COMPANY INC C/O | 38903 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| REXNORD ZURN HOLDINGS INC C/O REED SMITH LLP - LOUIS NAUGLE, ESQUIRE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| REED SMITH CENTRE 225 FIFTH AVENUE | | | $15,901,221.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| PITTSBURGH, PA 15222UNITED STATES OF AMERICA | | | $15,901,221.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/23/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FEDERAL SCREW WORKS | 48496 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O THOMAS P WILCZAK PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FEDERAL SCREW WORKS | 50958 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $7,462.24 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243UNITED STATES OF AMERICA | | | $7,462.24 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY | 47997 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| JEFFREY G HAMILTON JACKSON WALKER LLP 901 MAIN STREET STE 6000 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DALLAS, TX 75202 | | | $33,178.84 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/25/2009 | | | $33,178.84 | (Total Claim) | $0.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY | 47998 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| JEFFREY G HAMILTON JACKSON WALKER LLP 901 MAIN STREET STE 6000 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DALLAS, TX 75202 | | | $1,952,731.07 | (Unsecured Claim) | $30,074.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/25/2009 | | | $1,952,731.07 | (Total Claim) | $30,074.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY | 48497 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PEPPER HAMILTON LLP | | | | | | | | |
| 100 RENAISSANCE CENTER SUITE 36000 | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY | 50138 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O THOMAS P WILCZAK | | | | | | | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $7,462.24 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | | | | | | |
| | | | $7,462.24 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY, AND ITS SUBSIDIARIES AND | 60591 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| AFFILIATES AND ALL SUCCESSORS AND ASSIGNS THEREOF | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN: JOSE J BARTOLOMEI MILLER CANFIELD | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| 101 N MAIN ST, 7TH FL ANN ARBOR, MI 48104 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/27/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| FOREST WASTE COORDINATING COMMITTEE GROUP | 49480 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MICHAEL M BRILEY SHUMAKER LOOP & KENDRICK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1000 JACKSON ST TOLEDO, OH 43604 | | | $15,901,221.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $15,901,221.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HOLLIDAY REMEDIATION TASK FORCE | 45843 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| LISA A EPPS & JAMES T. PRICE SPENCER FANE BRITT & BROWNE LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O DOEPKE-HOLLIDAY SUPERFUND SITE 1000 WALNUT ST STE 1400 | | | $3,341,600.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| KANSAS CITY, MO 64106-2140 | | | $3,341,600.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HONEYWELL INTERNATIONAL INC. | 45830 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 101 COLUMBIA ROAD MORRISTOWN, NJ 07962UNITED STATES OF AMERICA | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KETTERING UNIVERSITY | 64682 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| JOSE BARTOLOMEI AND MILLER CANFIELD 101 N MAIN ST, 7TH FLOOR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ANN ARBOR, MI 48104 | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/30/2009 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| LAMMERS BARREL FACTORY PRP GROUP | 36699 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O NIJMAN FRANZETTI LLP 10 S LASALLE ST STE 3600 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| CHICAGO, IL 60603-1032 | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/23/2009 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MARYLAND SAND & GRAVEL FUND | 43879 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| CLEAN SITE ENVIRON SVS INC ATTN: SCOTT MILLER | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 46161 WESTLAKE DR STE 230-B POTOMAC FALLS, VA 20165 | | | $24,000,000.00 | (Unsecured Claim) | $245,320.00 | (Unsecured Claim) | | |
| | | | $24,000,000.00 | (Total Claim) | $245,320.00 | (Total Claim) | | |
| Official Claim Date: 11/24/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MICHELIN NORTH AMERICA | 50573 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| (SUCCESSOR TO UNIROYAL GOODRICH TIRE COMPANY INC) | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK 100 RENAISSANCE CENTER SUITE 3600 | | | $7,462.24 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $7,462.24 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date: 11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MICHELIN NORTH AMERICA (SUCCESSOR TO UNIROYAL GOODRICH TIRE CO INC) | 51291 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN THOMAS P WILCZAK PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 DETROIT, MI 48243 | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NCR CORPORATION | 59910 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| MATTHEW A HAMERMESH ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ONE LOGAN SQUARE 27TH FLOOR PHILADELPHIA, PA 19103 | | | $3,300,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $3,300,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NCR CORPORATION | 59911 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| MATTHEW A HAMERMESH ESQUIRE HANGLEY ARONCHICK SEGAL & PUDLIN | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ONE LOGAN SQUARE 27TH FLOOR PHILADELPHIA, PA 19103 | | | $1,634,368.92 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $1,634,368.92 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NCR CORPORATION | 59913 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: MATTHEW A HAMERMESH, ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| HANGLEY ARONCHICK SEGAL & PUDLIN | | | | | | | | |
| ONE LOGAN SQUARE, 27TH FL | | | $32,204,771.43 | (Unsecured Claim) | $1,942,642.26 | (Unsecured Claim) | | |
| PHILADELPHIA, PA 19103 | | | | | | | | |
| | | | $32,204,771.43 | (Total Claim) | $1,942,642.26 | (Total Claim) | | |

Official Claim Date:  11/27/2009

Note:  Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION | 50148 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| D/B/A NATIONAL GRID | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O HISCOCK & BARCLAY LLP ONE PARK PLACE  300 SOUTH STATE ST ATTN: SUSAN R KATZOFF ESQ | | | $317,871.62 | (Unsecured Claim) | $183,171.62 | (Unsecured Claim) | | |
| SYRACUSE, NY 13202 | | | $317,871.62 | (Total Claim) | $183,171.62 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION | 50670 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| D/B/A NATIONAL GRID ATTN: SUSAN R KATZOFF, ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O HISCOCK & BARCLAY, LLP ONE PARK PLACE, 300 SOUTH STATE STREET | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| SYRACUSE, NY 13202UNITED STATES OF AMERICA | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID | 48499 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O HISCOCK & BARCLAY LLP ONE PARK PLACE 300 SOUTH STATE STREET | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN: SUSAN R. KATZOFF, ESQ. SYRACUSE, NY 13202 | | | $463,000,000.00 | (Unsecured Claim) | $12,000,000.00 | (Unsecured Claim) | | |
| | | | $463,000,000.00 | (Total Claim) | $12,000,000.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION DBA NATIONAL GRID | 48412 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O HISCOCK & BARCLAY LLP ATTN SUSAN R KATZOFF ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ONE PARK PLACE 300 SOUTH STATE STREET SYRACUSE, NY 13202 | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NL INDUSTRIES INCORPORATED | 47948 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| TRACEE THOMAS | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 5430 LBJ FREEWAY SUITE 1700 | | | | | | | | |
| DALLAS, TX 75240 | | | $16,067,572.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/25/2009 | | | $16,067,572.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NORTH SHORE GAS COMPANY | 59076 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O STEPHEN H ARMSTRONG | | | | | | | | |
| JENNER & BLOCK LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 353 N CLARK STREET | | | | | | | | |
| CHICAGO, IL 60654 | | | $17,207,531.22 | (Unsecured Claim) | $1,848,620.22 | (Unsecured Claim) | | |
| | | | $17,207,531.22 | (Total Claim) | $1,848,620.22 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. | 64595 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O GABRIEL CALVO 7555 COLSHIRE DRIVE M/S C-4S1 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| MCLEAN, VA 22102UNITED STATES OF AMERICA | | | $667,638.55 | (Unsecured Claim) | $3,214.18 | (Unsecured Claim) | | |
| | | | $667,638.55 | (Total Claim) | $3,214.18 | (Total Claim) | | |

Official Claim Date:  11/30/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| RPM INTERNATIONAL INC | 48495 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O THOMAS P WILCZAK PEPPER HAMILTON LLP 100 RENAISSANCE CENTER SUITE 3600 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SCOTSMAN GROUP LLC | 39023 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O KEVIN J. BYRNE SCHIFF HARDIN LLP SUITE 6600 | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 233 S. WACKER DRIVE | | | $15,901,221.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| CHICAGO, IL 60606UNITED STATES OF AMERICA | | | $15,901,221.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/23/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SEALAND SUPERFUND SITE REMEDIATION TRUST | 51022 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN DAVID L COOK ESQ NIXON PEABODY LLP 1100 CLINTON SQUARE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ROCHESTER, NY 14604 | | | $291,171.60 | (Unsecured Claim) | $183,171.60 | (Unsecured Claim) | | |
| | | | $291,171.60 | (Total Claim) | $183,171.60 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| THE STANDARD REGISTER COMPANY | 30359 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O JOHN R HUMPHREY | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| TAFT STETTINIUS & HOLLISTER LLP | | | | | | | | |
| ONE INDIANA SQUARE, SUITE 3500 | | | $0.00 | (Unsecured Claim) | $60,147.00 | (Unsecured Claim) | | |
| INDIANAPOLIS, IN 46204 | | | $0.00 | (Total Claim) | $60,147.00 | (Total Claim) | | |
| Official Claim Date:  11/19/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| THE WILLIAMS COMPANIES INC ON BEHALF OF AGRICO CHEMICAL COMPANY | 60002 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN RANDY O NEAL | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ONE WILLIAMS CENTER MD 50-4 | | | | | | | | |
| TULSA, OK 74102 | | | $15,901,221.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| Official Claim Date:  11/27/2009 | | | $15,901,221.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC | 50137 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER STE 3600 | | | $7,462.24 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $7,462.24 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC | 51265 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISASANCE CENTER SUITE 3600 | | | $18,373.57 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $18,373.57 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:  Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP | 59874 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL UNITED TECHNOLOGIES CORP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ONE FINANCIAL PLAZA MS 524 | | | $12,498,818.63 | (Unsecured Claim) | $12,498,818.63 | (Unsecured Claim) | | |
| HARTFORD, CT 06103 | | | $12,498,818.63 | (Total Claim) | $12,498,818.63 | (Total Claim) | | |

Official Claim Date:  11/27/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| VALLEYCREST LANDFILL SITE GROUP | 50584 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN: JOHN B PERSIANI DINSMORE & SHOHL LLP | | | $134,372.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 255 E 5TH ST, STE 1900 | | | $287,636.00 | (Unsecured Claim) | $195,478.00 | (Unsecured Claim) | | |
| CINCINNATI, OH 45202UNITED STATES OF AMERICA | | | $422,008.00 | (Total Claim) | $195,478.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

208th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| VALLEYCREST LANDFILL SITE GROUP MEMBERS | 50586 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN JOHN B PERSIANI DINSMORE & SHOHL LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 255 E 5TH ST STE 1900 CINCINNATI, OH 45202 | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WACKER CHEMICAL CORP. | 49481 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O MICHAEL M. BRILEY SHUMAKER, LOOP & KENDRICK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1000 JACKSON STREET TOLEDO, OH 43604UNITED STATES OF AMERICA | | | $15,901,221.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $15,901,221.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| | Claim # | | Claim Amount | | Modified | | | |
|---|---|---|---|---|---|---|---|---|
| ***OBJECTION ADJOURNED*** | **48** | | **$0.00** | (Secured Claim) | **$0.00** | (Secured Claim) | | |
| | | | **$0.00** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) | | |
| | | | **$134,372.00** | (Priority Claim) | **$0.00** | (Priority Claim) | | |
| | | | **$768,853,100.08** | (Unsecured Claim) | **$29,350,471.18** | (Unsecured Claim) | | |
| | | | **$768,987,472.08** | (Total Claim) | **$29,350,471.18** | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER CORPORATION | 60991 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| C/O SCOTT D BLACKHURST KELSEY-HAYES COMPANY |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| 12001 TECH CENTER DRIVE LIVONIA, MI 48150 |  |  | $2,672,153.45 | (Unsecured Claim) | $12,864.40 | (Unsecured Claim) |  |  |
|  |  |  | $2,672,153.45 | (Total Claim) | $12,864.40 | (Total Claim) |  |  |
| Official Claim Date:  11/27/2009 |  |  |  |  |  |  |  |  |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| MAXUS ENERGY CORPORATION | 59020 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| C/O WILLIAM L WARREN DRINKER BIDDLE & REATH LLP |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| 105 COLLEGE RD E, PO BOX 627 PRINCETON, NJ 08542 |  |  | $100,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) |  |  |
|  |  |  | $100,000.00 | (Total Claim) | $0.00 | (Total Claim) |  |  |
| Official Claim Date:  11/27/2009 |  |  |  |  |  |  |  |  |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| OIL STEERING COMMITTEE | 45842 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O ALLAN H ICKOWITZ ESQ | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| NOSSAMAN LLP | | | | | | | | |
| 445 S FIGUEROA STREET 31ST FLOOR | | | $37,737.60 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| LOS ANGELES, CA 90071 | | | $37,737.60 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| TIERRA SOLUTIONS INC | 59313 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O WILLIAM L WARREN | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DRINKER BIDDLE & REATH LLP | | | | | | | | |
| 105 COLLEGE ROAD EAST | | | $100,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| PO BOX 627 | | | | | | | | |
| PRINCETON, NJ 08542 | | | $100,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date:  11/27/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: United States Environmental Protection Agency (Claim # 64064)

| *OBJECTION WITHDRAWN* | **4** | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **$0.00** | (Secured Claim) | **$0.00** | (Secured Claim) | | |
| | | | **$0.00** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) | | |
| | | | **$0.00** | (Priority Claim) | **$0.00** | (Priority Claim) | | |
| | | | **$2,909,891.05** | (Unsecured Claim) | **$12,864.40** | (Unsecured Claim) | | |
| | | | **$2,909,891.05** | (Total Claim) | **$12,864.40** | (Total Claim) | | |

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.