**CAPT. JUSTIN STERETT, MD**
USAF Flight Surgeon
1400 Fairway Terrace, Unit 18
Clovis New Mexico 88101
616/635-1025

March 15, 2011

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
Southern District of New York
New York, New York 10004

RE:    Response to 170th Objection to Claims
       Chapter 11, Case No. 09-50026

Dear Honorable Robert E. Gerber:

I'm writing regarding the case regarding my father Douglas Sterett. My father had sound plans for retirement from General Motors and in the past had committed significant support to my education and career development to become a physician. Without his financial support I would not have been able to achieve my goals.

General Motors has changed its commitment to my father. His original retirement plan was sound and intact, and had provided him a stable means to achieve his personal and health related goals. That plan has been disrupted by a change in the long-term commitment made to my father by General Motors.

I appreciate any consideration you can give him regarding his claim as he has made personal financial sacrifice to help me achieve my goals. I only want to see him receive the benefits that he fairly deserves.

Respectfully,

Justin Sterett, MD
USAF Flight Surgeon

cc:    Judges Chambers
       The Honorable Robert E. Gerber