**DOUG STERETT**
40679 Village Wood Rd.
Novi, Michigan 48375
248/305-9087

February 18, 2011

The Honorable Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
Southern District of New York
New York, New York 10004

RE:   Response to 170th Objection to Claims
      Chapter 11, Case No. 09-50026

Dear Honorable Robert E. Gerber:

Enclosed is the documentation to explain the calculation of my claim amount.

I appreciate your consideration for my claim.

Respectfully,

Doug Sterett

Enclosure

cc:   Judges Chambers
      The Honorable Robert E. Gerber

      Weil Gotshal & Manges, LLP

to send an additional communication upon request.

We hope you will find this information easy to understand and apply to your own situation. Please help us continue to grow GMRA by letting your active and retired GM friends and family know about our work on behalf of GM retirees.

Thanks again for your membership and support!

All the best,

## Salaried Retiree Loss Calculations for GM Bankruptcy Claim Filing

Since the GM Bankruptcy Proof of Claim letters were mailed out many GMRA members have requested our recommendations on filing individual claims for loss. While every retiree has a unique situation, and we can't possibly respond to each individual, we can suggest some general guidelines for you to consider in measuring your loss, and for filing your claim. Typical loss categories include Life Insurance, Health Insurance (including Medical, Prescription, Dental, Vision and Extended Care Coverage) and Executive Supplemental programs. We recommend filing a separate claim for every loss category that applies to your situation.

Note: the filing deadline for receipt by Motors Liquidation is November 30, 2009, so you should act quickly if you wish to file a claim.

While GMRA can't give legal or financial counsel, we believe that it can't hurt to file if you feel you have lost significant value. However, you should know that the Unsecured Creditors' Committee of the Motors Liquidation Company ("old GM") will be sorting through literally thousands of claims, and it is generally expected at this time that claimants will only receive pennies on the dollar -- if anything at all.

For the purposes of this letter, we will focus on health benefits and life insurance, because those two areas impact nearly all salaried retirees. Retirees may also consider filing for losses in pension or other benefit programs impacted by the bankruptcy and in the period leading up to the bankruptcy. For example, Health Care benefits were eliminated for all retirees over 65 on January 01, 2009, just five months prior to the bankruptcy filing. Although this preceded the actual bankruptcy filing, the action was effected at a time during which General Motors was insolvent, as illustrated by the federal loans that began to support the company in December 2008. Similarly, many executives were severely impacted by changes in their non-qualified supplemental programs both before and after the bankruptcy filing date.

In the next sections of this letter, you will find step-by-step guides on how to calculate losses for health benefits and life insurance. Following these samples, you will find a table wherein GMRA has completed the health benefits calculation for your convenience. Just find your age as of January 1, 2009, and read across to view your Loss Calculation Total. This table is based on the Social Security Administration's period life table which predicts longevity based on gender and current age. (Please visit http://www.ssa.gov/OACT/STATS/table4c6.html to learn more about the Social Security Administration's period life table.) We suggest that the SSA table be used as

a reference for any separate loss calculations you may initiate.

GMRA will continue to investigate other options -- legal and otherwise -- on behalf of salaried retirees. In the meantime, use your best judgment on whether this applies to your personal situation, or, if appropriate, consult your attorney for more specific advice regarding your circumstances. If you no longer have your form and wish to submit a claim or your attorney advises you to submit a claim, the form can be obtained here: http://www.motorsliquidation.com or http://www.uscourts.gov/bkforms.

### Life Insurance

Prior to the bankruptcy filing, salaried retirees had a Basic Life Insurance benefit equal to one year's base salary as of date of retirement. As announced following the bankruptcy filing, effective August 01, 2009, the Company reduced retiree Basic Life Insurance coverage to a maximum of $10,000. While many retirees continue to pay for Optional and/or Dependent Life Insurance for themselves, their spouse, or their dependents after this date, the amount of the loss in Company-paid life insurance on the retiree should, in our opinion, be claimed as a loss.

The simplest method to calculate your loss would be to determine the amount of Company-provided Basic Life Insurance in effect prior to the August 1, 2009, reduction. Typically, this would be equivalent to the annualized salary of the employee in effect at the time of retirement. From this amount, simply subtract $10,000. The difference is the amount that you have lost in the value of your life insurance. If an employee / retiree has died since the implementation of any of these reductions, a claim should be completed by the surviving spouse or the executor of the estate.

### Sample Calculation

| | |
|---|---|
| Annualized Salary at time of retirement | $65,000 |
| Current amount of Company provided Life Insurance | - $10,000 |
| Value of Lost Life Insurance | $55,000 |

### Health Care Benefit Losses

For those retirees and/or surviving spouses less than 65 years of age, GM recently announced a substantial increase in cost for continued participation in the GM plan, which also underwent significant plan modifications. Since those under 65 have not completely lost GM-paid health care coverage, it is necessary to first determine a value for the loss prior to age 65, then add that amount to the loss of all coverage beginning at 65 and through the remainder of your life expectancy.

For those who lost health care coverage prior to the bankruptcy filing, consider using the actual

date you lost the GM benefit as the start date for calculating your loss. For many this was Jan 01, 2009, or the month in which you became Medicare eligible.

Calculate the amount of loss for the retiree, spouse, and dependents separately, and then add the individual losses to determine the total loss.

Based on information recently provided by General Motors Company, the average cost of health care for Medical, Prescription, Dental, Vision, and Extended Care Coverage to the company under the salaried cap implemented in 2006/7 was $5500. Based on the announced modifications, the Company has revised the cap and the new average cost to GM to provide GM-paid health care is $4140 annually. GMRA recommends calculating the loss for health care using the difference between these figures, or $1360 per year, per person under 65.

Beginning at 65, the loss per year, per person, would be $5500 minus the $3600 annual Level Benefit through life expectancy, or $1900. This is only one method of determining your health care loss. If you have estimated costs for your unique situation, consider using those in your calculations.

### Sample Calculation for a Male 58 year old retiree

All cost figures shown below are estimated!

| | |
|---|---:|
| Annual pre-65 benefit loss beginning 2010 | 1360 |
| Number of years remaining until age 65 | X   7 |
| Amount of loss prior to age 65 | $9520 |

Add this amount to the estimate of health care benefit loss from age 65 until full life expectancy:

| | |
|---|---:|
| Annual post-65 benefit loss beginning 2017 | $1900 |
| Number of years between 65 and full life expectancy | X   14.97 |
| Amount of loss after age 65 | $28,443 |
| Total Lifetime Loss | $37,963 |

### Dental Coverage

Included in health care calculation above

### Vision Coverage

Included in health care calculation above

### Extended Care Coverage (ECC)

Included in health care calculation above

7014980

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor (Check Only One):
☐ Motors Liquidation Company (f/k/a General Motors Corporation)  Case No. 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)                                            09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)    09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)             09-13558 (REG)

Your Claim is Scheduled As Follows:

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): DOUGLAS STERETT

**Name and address where notices should be sent:**
DOUGLAS STERETT
40679 VILLAGEWOOD RD
NOVI MI 48375

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number:
Email Address:

**Name and address where payment should be sent (if different from above):**
N/A

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case.

Telephone number:

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Health Care/Life Ins. Loss.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 3465
   3a. Debtor may have scheduled account as: N/A
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $113,443

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 11/24/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature]

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

# Loss Calculation for Douglas Sterett (Age 63)

## Life Insurance:

Annual Salary @ retirement: ~~~~         90,000

Current value of Company provided Life ins.      -10,000

Value of lost ins.    $80,000

## Health Care:

pre 65 benifit loss      1360
                       x   2 YR
                       = $2720

post 65 benifit loss    $1900
                       x 16.17 YRS
                       = $30,723
                       +  2,720
                       $33,443

## Total Loss

Health Care   33,443
Life ins      80,000
              $113,443

Social Security Online  **Actuarial Publications**

Statistical Tables

 Period Life

Life Tables

A period life table is based on the mortality experience of a population during a relatively short period of time. Here we present the 2006 period life table for the **Social Security area population**. For this table, the period life expectancy at a given age represents the average number of years of life remaining if a group of persons at that age were to experience the mortality rates for 2006 over the course of their remaining life.

### Period Life Table, 2006

| | Male | | | Female | | |
|---|---|---|---|---|---|---|
| Exact age | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 0 | 0.007349 | 100,000 | 75.10 | 0.006055 | 100,000 | 80.21 |
| 1 | 0.000465 | 99,265 | 74.66 | 0.000433 | 99,395 | 79.70 |
| 2 | 0.000321 | 99,219 | 73.69 | 0.000276 | 99,351 | 78.73 |
| 3 | 0.000244 | 99,187 | 72.72 | 0.000184 | 99,324 | 77.75 |
| 4 | 0.000194 | 99,163 | 71.74 | 0.000160 | 99,306 | 76.77 |
| 5 | 0.000181 | 99,144 | 70.75 | 0.000144 | 99,290 | 75.78 |
| 6 | 0.000174 | 99,126 | 69.76 | 0.000133 | 99,276 | 74.79 |
| 7 | 0.000163 | 99,108 | 68.77 | 0.000124 | 99,262 | 73.80 |
| 8 | 0.000142 | 99,092 | 67.79 | 0.000113 | 99,250 | 72.81 |
| 9 | 0.000112 | 99,078 | 66.79 | 0.000102 | 99,239 | 71.82 |
| 10 | 0.000085 | 99,067 | 65.80 | 0.000093 | 99,229 | 70.82 |
| 11 | 0.000085 | 99,059 | 64.81 | 0.000094 | 99,220 | 69.83 |
| 12 | 0.000135 | 99,050 | 63.81 | 0.000113 | 99,210 | 68.84 |
| 13 | 0.000251 | 99,037 | 62.82 | 0.000153 | 99,199 | 67.85 |
| 14 | 0.000416 | 99,012 | 61.84 | 0.000210 | 99,184 | 66.86 |
| 15 | 0.000595 | 98,971 | 60.86 | 0.000274 | 99,163 | 65.87 |
| 16 | 0.000765 | 98,912 | 59.90 | 0.000335 | 99,136 | 64.89 |
| 17 | 0.000928 | 98,836 | 58.94 | 0.000385 | 99,103 | 63.91 |
| 18 | 0.001077 | 98,745 | 58.00 | 0.000418 | 99,064 | 62.93 |
| 19 | 0.001208 | 98,638 | 57.06 | 0.000438 | 99,023 | 61.96 |
| 20 | 0.001343 | 98,519 | 56.13 | 0.000457 | 98,980 | 60.99 |
| 21 | 0.001470 | 98,387 | 55.20 | 0.000479 | 98,934 | 60.01 |
| 22 | 0.001549 | 98,242 | 54.28 | 0.000497 | 98,887 | 59.04 |
| 23 | 0.001567 | 98,090 | 53.37 | 0.000511 | 98,838 | 58.07 |
| 24 | 0.001540 | 97,936 | 52.45 | 0.000523 | 98,787 | 57.10 |

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 63 | 0.014759 | 81,843 | 18.45 | 0.009424 | 88,951 | 21.32 |
| 64 | 0.015890 | 80,635 | 17.72 | 0.010174 | 88,113 | 20.52 |
| 65 | 0.017161 | 79,354 | 17.00 | 0.011009 | 87,217 | 19.72 |
| 66 | 0.018610 | 77,992 | 16.28 | 0.011986 | 86,257 | 18.94 |
| 67 | 0.020216 | 76,540 | 15.58 | 0.013117 | 85,223 | 18.16 |
| 68 | 0.021992 | 74,993 | 14.89 | 0.014430 | 84,105 | 17.40 |
| 69 | 0.023966 | 73,344 | 14.22 | 0.015924 | 82,891 | 16.64 |
| 70 | 0.026212 | 71,586 | 13.55 | 0.017646 | 81,571 | 15.90 |
| 71 | 0.028725 | 69,710 | 12.91 | 0.019544 | 80,132 | 15.18 |
| 72 | 0.031450 | 67,707 | 12.27 | 0.021523 | 78,566 | 14.47 |
| 73 | 0.034385 | 65,578 | 11.65 | 0.023551 | 76,875 | 13.78 |
| 74 | 0.037599 | 63,323 | 11.05 | 0.025717 | 75,064 | 13.10 |
| 75 | 0.041267 | 60,942 | 10.46 | 0.028247 | 73,134 | 12.43 |
| 76 | 0.045411 | 58,427 | 9.89 | 0.031187 | 71,068 | 11.78 |
| 77 | 0.049921 | 55,774 | 9.34 | 0.034405 | 68,852 | 11.14 |
| 78 | 0.054797 | 52,990 | 8.80 | 0.037905 | 66,483 | 10.52 |
| 79 | 0.060154 | 50,086 | 8.29 | 0.041808 | 63,963 | 9.92 |
| 80 | 0.066266 | 47,073 | 7.78 | 0.046337 | 61,289 | 9.33 |
| 81 | 0.073175 | 43,954 | 7.30 | 0.051587 | 58,449 | 8.76 |
| 82 | 0.080723 | 40,737 | 6.84 | 0.057503 | 55,433 | 8.21 |
| 83 | 0.088916 | 37,449 | 6.39 | 0.064135 | 52,246 | 7.68 |
| 84 | 0.097922 | 34,119 | 5.97 | 0.071587 | 48,895 | 7.17 |
| 85 | 0.107951 | 30,778 | 5.56 | 0.079984 | 45,395 | 6.68 |
| 86 | 0.119182 | 27,456 | 5.18 | 0.089431 | 41,764 | 6.22 |
| 87 | 0.131736 | 24,183 | 4.81 | 0.100009 | 38,029 | 5.78 |
| 88 | 0.145669 | 20,998 | 4.46 | 0.111773 | 34,226 | 5.37 |
| 89 | 0.160978 | 17,939 | 4.14 | 0.124745 | 30,400 | 4.98 |
| 90 | 0.177636 | 15,051 | 3.84 | 0.138938 | 26,608 | 4.62 |
| 91 | 0.195594 | 12,378 | 3.56 | 0.154348 | 22,911 | 4.28 |
| 92 | 0.214792 | 9,957 | 3.30 | 0.170963 | 19,375 | 3.98 |
| 93 | 0.235163 | 7,818 | 3.07 | 0.188761 | 16,062 | 3.69 |
| 94 | 0.256634 | 5,979 | 2.86 | 0.207711 | 13,030 | 3.44 |
| 95 | 0.277945 | 4,445 | 2.67 | 0.226885 | 10,324 | 3.20 |
| 96 | 0.298731 | 3,209 | 2.51 | 0.245997 | 7,982 | 3.00 |
| 97 | 0.318602 | 2,251 | 2.36 | 0.264731 | 6,018 | 2.81 |
| 98 | 0.337164 | 1,534 | 2.24 | 0.282754 | 4,425 | 2.65 |
| 99 | 0.354023 | 1,017 | 2.12 | 0.299719 | 3,174 | 2.49 |
| 100 | 0.371724 | 657 | 2.01 | 0.317702 | 2,223 | 2.35 |