PEPPER HAMILTON LLP
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
kressk@pepperlaw.com

*Counsel for the Satterlee Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 23, 2011, copies of the foregoing Amended Response Of The Satterlee Group To The Debtors' 209th Omnibus Objection To Claims**,** filed as Docket No. 9892**,** were served upon the attached service list via first class mail, postage prepaid, and in the manner indicated below.

/s/ Kay Standridge Kress
Kay Standridge Kress, Esq.
PEPPER HAMILTON LLP
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile:  (313) 259-7926
kressk@pepperlaw.com

Dated:  March 23, 2011      *Counsel for the Satterlee Group*

#14053083 v1

Harvey R. Miller, Esq.  
Stephen Karotkin, Esq.  
Joseph H. Smolinsky, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  
E-mail: harvey.miller@weil.com  
      stephen.karotkin@weil.com  
      joseph.smolinsky@weil.com  
*Counsel for the Debtors*

Thomas Morrow  
Motors Liquidation Company  
401 South Old Woodward Avenue, Suite 370  
Birmingham, Michigan 48009  
E-mail: tmorrow@alixpartners.com  
*Debtors*

Lawrence S. Buonomo, Esq.  
General Motors LLC  
400 Renaissance Center  
Detroit, Michigan 48265  
E-mail: lawrence.s.buonomo@gm.com

John J. Rapisardi, Esq.  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, New York 10281  
E-mail: john.rapisardi@cwt.com  
*Counsel for the United States Department of the Treasury*

Joseph Samarias, Esq.  
United States Department of the Treasury  
1500 Pennsylvania Avenue NW  
Room 2312  
Washington, D.C. 20220  
E-mail: joseph.samarias@do.treas.gov

Michael J. Edelman Esq.  
Michael L. Schein, Esq.  
Vedder Price, P.C.  
1633 Broadway, 47th Floor  
New York, New York 10019  
E-mail:  mjedelman@vedderprice.com  
      mschein@vedderprice.com  
*Counsel for Export Development Canada*

Thomas Moers Mayer, Esq.  
Robert Schmidt, Esq.  
Lauren Macksoud, Esq.  
Jennifer Sharret, Esq.  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, New York 10036  
E-mail: tmayer@kramerlevin.com  
      rschmidt@kramerlevin.com  
      lmacksoud@kramerlevin.com  
      jsharret@kramerlevin.com  
*Counsel for Statutory Committee Of Unsecured Creditors*

Tracy Hope Davis, Esq.  
Office of the United States Trustee  
for the Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, New York 10004  
Fax:  212-668-2255

#14053083 v1

David S. Jones, Esq.  
Natalie Kuehler, Esq.  
U.S. Attorney's Office, S.D.N.Y.  
86 Chambers Street, Third Floor  
New York, New York 10007  
E-mail: david.jones6@usdoj.gov  
      natalie.kuehler@usdoj.gov  

Elihu Inselbuch, Esq.  
Rita C. Tobin, Esq.  
Caplin & Drysdale, Chartered  
375 Park Avenue, 35th Floor  
New York, New York 10152-3500  
E-mail: ei@capdale.com  
      rct@capdale.com  
*Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims*

Trevor W. Swett III, Esq.  
Kevin C. Maclay, Esq.  
One Thomas Circle, N.W.  
Suite 1100  
Washington, DC 20005  
E-mail: tws@capdale.com  
      kcm@capdale.com  
*Counsel for Official Committee Of Unsecured Creditors Holding Asbestos-Related Claims*

Sander L. Esserman, Esq.  
Robert T. Brousseau, Esq.  
Stutzman, Bromberg, Esserman & Plifka, P.C.,  
2323 Bryan Street, Suite 2200  
Dallas, Texas 75201  
E-mail: esserman@sbep-law.com  
      brousseau@sbep-law.com  
*Counsel For Dean M. Trafelet In His Capacity As The Legal Representative For Future Asbestos Personal Injury Claimants*

#14053083 v1