Thomas J. Fitzgerald
LATHROP & GAGE LLP
230 Park Avenue, Suite 1847
New York City, New York 10169
Telephone:    (212) 850-6230

Stephen K. Dexter
LATHROP & GAGE LLP
950 Seventeenth Street, Suite 2400
Denver, Colorado  80202
Telephone:  (720) 931-3200
Facsimile:  (720) 931-3201
E-mail:    sdexter@lathropgage.com
Attorneys for Browning-Ferris Industries of Ohio, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In re                                            :    Case No.  09-50026 (REF)

MOTORS LIQUIDATION COMPANY, *et al.,*   :    Chapter 11
f/k/a General Motors Corp., *et al.*
                                                 :    Jointly Administered
                    Debtor.                      X
---------------------------------------------------------

### NOTICE OF WITHDRAWAL OF ALL CLAIMS
### OF BROWNING-FERRIS INDUSTRIES OF OHIO, INC.

Creditor Browning-Ferris Industries of Ohio, Inc. hereby withdraws with prejudice its Proofs of Claim Numbers 59199 and 71001 filed in the above-captioned case.

March 24, 2011                                Respectfully submitted,

                                              LATHROP & GAGE LLP

                                              By: /s/Thomas J. Fitzgerald
                                              Thomas J. Fitzgerald
                                              230 Park Avenue, Suite 1847
                                              New York City, New York 10169
                                              Telephone:(212) 850-6230

                                              Stephen K. Dexter
                                              950 Seventeenth Street, Suite 2400
                                              Denver, Colorado  80202
                                              Telephone:  (720) 931-3200
                                              Facsimile:  (720) 931-3201
                                              E-mail:    sdexter@lathropgage.com
                                              Attorneys for Browning-Ferris Industries of Ohio, Inc.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 25, 2011, a true and correct copy of the above and foregoing was forwarded via ECF Notification to all parties receiving such notification.

                      /s/Thomas J. Fitzgerald

12868441v1