**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| In re | : | Chapter 11 |

In re                                          :        **Chapter 11**
                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.,*      :        **Case No. 09-50026 (REG)**
            **f/k/a General Motors Corp.,** *et al.,*   :
                                               :
                        **Debtors.**           :        **(Jointly Administered)**
                                               :
----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kimberly Gargan, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for

the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our

business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 23, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the

Debtors, I caused a true and correct copy of the following document to be served by first class mail

on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Estimating Maximum Amount of Certain Claims for Purposes of Establishing Claims Reserves under the Debtors' Amended Joint Chapter 11 Plan [Docket No. 9877].

Dated:  March 25, 2011                    /s/ Kimberly Gargan_____
            Lake Success, New York        Kimberly Gargan

Sworn to before me this 25th day of March, 2011

/s/ Barbara Kelley Keane_____
Barbara Kelley Keane
Notary Public, State of New York
No. 01KE4760720
Qualified in Suffolk County
Commission Expires:  February 28, 2015

# EXHIBIT A

DANIEL PLOUFFE
70 FONTANA LN
GROSSE POINTE SHORES, MI 48236-1505

DAY PITNEY LLP
ATTY FOR UNITED TECHNOLOGIES CORPORATION
DANIEL J. CARRAGHER, ESQ.
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATTN:  JEFFREY A. SOBLE
321 NORTH CLARK STREE, STE 2800
CHICAGO, IL 60654-5313

HARRIS BEACH PLLC
100 WALL STREET
NEW YORK, NY 10005

HARRIS BEACH PLLC
ATTY FOR TOWN OF SALINA; ATTN L. WOODARD ESQ
ONE PARK PLACE,4TH FL
300 SOUTH STATE STREET
SYRACUSE, NY 13202

KIRKLAND & ELLIS LLP
ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.
ATTN:  RICHARD M. CIERI
601 LEXINGTON AVENUE
NEW YORK, NY 10005

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60654

NYS DEPT OF ENVIRONMENTAL CONSERVATION
MAUREEN F. LEARY, AAG
ENVIRONMENTAL PROTECTION BUREAU
OFFICE OF THE NYS ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

ONONDAGA COUNTY NEW YORK
KEVIN C MURPHY ESQ
THE WLADIS LAW FIRM PC
5795 WIDEWATERS PKWY, PO BOX 245
SYRACUSE, NY 13214

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY
JOHN H MULROY CIVIC CENTER 10TH FLOOR
421 MONTGOMERY STREET
SYRACUSE, NY 13202

THE WLADIS LAW FIRM, P.C
ATTY FOR ONONDAGA COUNTY, NY
ATTN: KEVIN C. MURPHY
6312 FLY ROAD
EAST SYRACUSE, NY 13057