3/23/11

P. 1 of 3

Dear Judge Gerber,

The day of your final judgement regarding my case is fast approaching. I've considered many avenues I could follow in an attempt to persuade you to appeal in favor of my claim; unfortunately, they all require money and I have none to spend on this case (smile).

However, I know that, as a judge, you will decide what is best for GM, its employees and its retirees, and I trust in your final decision.

Judge Gerber

P. 2 of 3

I'd like to tell you how my family is doing since the first time I wrote to you:

- My nephew Norman has been skipping classes and staying out late. Initially I was going to kick him out of my house, but my son said that he could have 'senioritis' and is slacking because he is about to graduate. My niece said it could be his way of grieving over the death of his father (who died last October). I told Norman that sometimes in life we only get (1) chance to do right. He has that chance. I told

Judge Gerber

P. 3 of 3

him to be smart, not stupid, and use this chance wisely.

My son is still working part-time and seeking full-time work. I know that, in time, he will have that job.

Both my parents celebrated birthdays. My dad turned 91 and my mom 89. It took some time to convince her that she was 89. She thought she was 87. (Smile).

Take care Judge Gerber, God bless you and yours.

Respectfully Yours,
Lelah Johnson-Green