March 23, 2011

**VIA FEDERAL EXPRESS**

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York City, NY 10004

   RE: **Creditors: Salvatore and Vivian Sciortino**
      **Debtor: General Motors Corporation, et al.**
      **Claim No. 58688 Motors Liquidation Co., GMC Chapter 11**
      **Case No. 0950026 REG (Pension Benefits of Former  Employees)**

Dear Judge Gerber:

   As Your Honor is aware, we are creditors in the bankruptcy proceeding filed by General Motors Corporation ("General Motors"). Our names are Salvatore Sciortino and Vivian Sciortino. I have been also referred to as Sam Sciortino or Samuel Sciortino, in addition to Salvatore Sciortino, in various legal documents. Also, we currently reside together as husband and wife at 461 Chambers Street, Spencerport, New York 14559, and previously resided at 2502 South Union Street, Spencerport, New York 14559.

   We are also representing ourselves, *pro se*. We received Your Honor's recent Order Granting Debtors' 188th Omnibus Objection to Claims related to Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees, dated March 9, 2001. We enclose a copy of this Order, along with Exhibit A, which contains our relevant Claim Number and information.

   Your Honor has Ordered that the "Claims to be Disallowed and Expunged" Objection Adjourned date is scheduled for March 29, 2011 at 9:45 a.m. before Your Honor. At this time, I respectfully request that Your Honor permit us, as creditors, to withdraw our objection and permit the relief the be entered pursuant to Your Honor's Order as "the relief sought in the 188th Omnibus Objections to Claims is in the best interests of the Debtors, their estates, <u>creditors</u>, and all parties in interest..." Accordingly, please accept this correspondence as notice of our ***"Objection Withdrawn"*** pursuant to Your Honor's recent Order.

   Please be further advised that although we withdraw our objection to the Debtors' 188th Omnibus Objections to Claims, we do not withdraw our claim filed by Proof of Claim form and supporting documentation on or around November 23, 2009.

1

As indicated in the Proof of Claim form, and all other communication since that time, I, Salvatore Sciortino, have retired through General Motors and have remained eligible for total and permanent disability as a result of an approved disability claim with General Motors. The disability claim is a result of a work-related injury at the Rochester Products, Inc. plant formerly located on Lee Road in Rochester, New York, which then became Delphi. Following this injury, I have consistently been on an uninterrupted worker's compensation/permanent disability leave.

I enclose with this letter additional information in support of the claim that General Motors should remain liable for my injury sustained on the job and continue payment of all retirement pension benefits including disability and workers compensation. I am hopeful that the UAW union has continuously argued this also in my behalf. Please find enclosed a medical record from Shannon D. Pitts, M.D. outlining my condition, which remains unchanged. My next appointment with Dr. Pitts is June 2, 2011. In addition, I also enclose a copy of a script I was issued by Dr. Pitts regarding a back brace and neck collar which I am required to wear. In fact, I know that travel to the United States Courthouse in New York City will be difficult based upon my current medical condition. Lastly, I also enclose a copy of prescription slip from our local Rite-Aid Pharmacy indicating that I am still being medicated for ongoing pain and suffering related to the worker's compensation injury of September 20, 1984.

Once again it has been my continued demand that my combined benefits should continue uninterrupted until a determination is made by the Workers Compensation Board with regard to ineligibility and, respectfully, not by any other court or persons. My understanding is that the ERISA Insurance Retirement Pension Protection benefits that are to take affect do not guarantee employment, retirement or disability rights. My case is open, I am receiving disability benefits, and my disability has not terminated whatsoever. I should be permitted to remain eligible for health care benefits including medical, dental, and vision, and not subject to any termination by the result of the bankruptcy court filing by General Motors.

By copy of this letter correspondence with enclosures to the Garden City Group, Inc., Attention Motorists Liquidation Company Claims Processing, 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017 we are providing the Garden City Group Inc. with notice of our ***"Objection Withdrawn"*** as well. Once again, we withdraw our objection and permit the relief be entered pursuant to Your Honor's Order as "the relief sought in the 188th Omnibus Objections to Claims is in the best interests of the Debtors, their estates, *creditors*, and all parties in interest…"

Please contact us if you require any additional information or documentation and we will gladly abide by any Court Order.

Respectfully yours,

*Salvatore Sciortino*
Salvatore Sciortino

*Vivian Sciortino*
Vivian Sciortino

Enclosures
cc:   Garden City Group, Inc., Attn: Motorists Liquidation Co. (w/enclosures)

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    09-50026 (REG)
        f/k/a General Motors Corp., *et al.*        :
                                                              :
                        Debtors.                       :    (Jointly Administered)
                                                              :
————————————————————————x

### ORDER GRANTING DEBTORS' 188th OMNIBUS OBJECTION TO CLAIMS
(Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees)

Upon the 188th omnibus objection to expunge certain Qualified Defined Benefits Pension Benefits Claims of former salaried and hourly employees, dated January 26, 2011 (the "**188th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the Qualified Defined Benefits Pension Benefits Claims on the grounds that each Qualified Defined Benefits Pension Benefits Claim is for an obligation for which the Debtors have no liability, all as more fully described in the 188th

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 188th Omnibus Objection to Claims.

Omnibus Objection to Claims; and due and proper notice of the 188th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 188th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 188th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the relief requested in the 188th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** annexed hereto under the heading *"Claims to be Disallowed and Expunged"* are disallowed and expunged; and it is further

ORDERED that, if applicable, the 188th Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading *"Objection Adjourned"* to the date indicated on the Order Exhibit, subject to further adjournments (such actual hearing date, the **"Adjourned Hearing Date"**) (the **"Adjourned Claims"**), and the Debtors' response deadline with respect to the Adjourned Claims shall be 12:00 noon (prevailing Eastern Time) on the date that is three (3) business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the 188th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading *"Objection Withdrawn"*; and it is further

ORDERED that, if applicable, the 188th Omnibus Objection to Claims is withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding claimant; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on Exhibit "A" annexed to the 188th Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
**_March 9, 2011_**

_s/ Robert E. Gerber_
United States Bankruptcy Judge

188th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## OBJECTION ADJOURNED to 3/29/2011 at 9:45 a.m.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SALVATORE SCIORTINO AND VIVIAN SCIORTINO<br>461 CHAMBERS ST<br>SPENCERPORT, NY 14559 | 58688 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| | | | | |
|---|---|---|---|---|
| **OBJECTION ADJOURNED** | 1 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | |

1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# SHANNON D. PITTS, M.D.

2400 South Clinton Avenue • Building H • Suite 110 • Rochester, N.Y. 14618 • 585-341-7141

July 19, 2006

Worker's Compensation Board

RE: Salvatore Sciortino
DOB: 03/30/1943

To Whom It May Concern:

Mr. Sciortino was evaluated by me for the first time on 1/4/06. His back and neck pain remains unchanged.

Thank you for your assistance in the care of this patient. Please feel free to contact me with any questions.

Sincerely,

*Shannon D. Pitts*

Shannon D. Pitts

*Last appointment for this worker compensation three visit was on 2-28-2011 next appointment is on 6-2-2011*

**STRONG HEALTH**

**OFFICIAL NEW YORK STATE PRESCRIPTION**

Clinton Crossings Internal Medicine
2400 S. Clinton Avenue, Building H, Suite 110, Rochester, NY 14618
585-341-7011

**SHANNON PITTS M.D.**
NY233412
NPI: 1821027384

Name: **SCIORTINO, SALVATORE**
MRN  1807224                                    DOB  03/30/1943
Address  461 CHAMBERS ST, SPENCERPORT, NY 14559

Non-medication order(s) #**1**

Quantity: (one)

Back brace.
Dx - back pain.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES d.a.w. IN THE BOX BELOW.

Written: 02/28/2011   Refills   Rx: 204544394
Authorized
0 (zero)
Times

Dispense As Written

03S1ZM 94

Pharmacist Test Area:

---

*inability to participate after long hours travel to New York City must wheeling a neck collar*

Richard H. Feins, MD        Thomas J. Watson, MD        David W. Johnstone, MD
DEA # AF1609087              DEA # BW2845064             DEA # BJ0486236

**UNIVERSITY OF ROCHESTER MEDICAL CENTER**
601 Elmwood Avenue
Rochester, New York 14642
(585) 275-1509

Name  Salvatore Sciortino    Age  62
Address  461 Chambers St    Date  5-30-05
℞  Spencerport, NY 14659    Refill #

neck collar


_____ M.D.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

Dispense As Written

RITE AID OF NEW YORK, INC.  (585) 352-4020
DBA RITE AID PHARMACY  Store DEA: AR9104201
23 SLAYTON AVENUE  RPH: CJR
SPENCERPORT NY 14559

**Rx 00189 0335327**  Date Filled: 03/14/2011

**SCIORTINO, SALVATORE**
Date of Birth: 03/30/xxxx  (585) 352-1575
461 CHAMBERS ST
SPENCERPORT, NY 14559

**LYRICA 75 MG CAPSULE**  DAW: 0
NDC: 00071-1014-68    QTY: 180    DAYS SUPPLY: 90

**PITTS, SHANNON MD**
2400 SOUTH CLINTON AVE, BUILDING H
ROCHESTER, NY 14642

**REFILL 2 TIMES UNTIL 04/12/2011**

**STONE RIVER WORKERS COMP INJURY #1 <BIN#0055**
   GRP:            CLM REF #: 1-53895078

**U&C :**    $604.98

**PAY :**    $0.00

**MEDICATION WARNINGS**

| | |
|---|---|
| IF YOU ARE PREGNANT OR CONSIDERING BECOMING PREGNANT YOU SHOULD DISCUSS THE USE OF THIS DRUG WITH YOUR DOCTOR OR PHARMACIST. | CALL YOUR DOCTOR IMMEDIATELY IF YOU HAVE MENTAL MOOD CHANGES NEW/WORSENING FEELINGS OF SADNESS/FEAR OR THOUGHTS OF SUICIDE. |
| MAY CAUSE DROWSINESS. ALCOHOL MAY INTENSIFY THIS EFFECT. USE CARE WHEN OPERATING A CAR OR DANGEROUS MACHINES. | THIS MEDICINE MAY BE TAKEN WITH OR WITHOUT FOOD. |
| MAY CAUSE DIZZINESS. | CONSULT YOUR DOCTOR OR PHARMACIST BEFORE BREASTFEEDING. |
| MAY CAUSE BLURRED VISION. | READ THE MEDICATION GUIDE THAT COMES WITH THIS MEDICINE. |
| DO NOT DRINK ALCOHOLIC BEVERAGES WHEN TAKING THIS MEDICATION. | |

e Aid Pharmacist. 

This medicine Lyrica for severe pain cost $604.98 for each refill. If my employment is terminated I must pay for it that this may be the idea for General Motors bankruptcy as well any other brand name's medication

 Rite ADVICE℠

all the number on your     PAGE 2 OF 2
er online at www.RiteAid.com.
le effects to FDA at 1-800-FDA-1088.                ORDER NO. 461490