## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                                           :
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al*.,                            :
          f/k/a General Motors Corp., *et al*.                   :        Chapter 11
                                                                 :        Case No. 09-50026 (REG)
                                                                 :        (Jointly Administered)
                    Debtors.                                     :
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**      )
                          ) ss
COUNTY OF **SUFFOLK**      )

I, **Chanpreet Kondal,** being of full age, states as follows:

1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 24, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9654) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                    /s/Chanpreet Kondal
                                                    Chanpreet Kondal

Sworn to before me this 24th day of
March, 2011
/s/ Nancy Formica_
Nancy Formica
Notary Public, State of New York
No.  01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>

One East Capital
Attn: Alan Gomez and Michelle Laryea Godfrey
551 Madison Avenue, 10th Floor
New York, NY 10022

<u>TRANSFEREE</u>

Citigroup Global Markets, Inc.
Attn: Chetan Bansal
390 Greenwich Street
New York, NY 10013

Citigroup Global Markets, Inc.
c/o Morrison & Foerster LLP
Attn: Charles M. Cole and
Christopher S. Campbell
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006