# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
       f/k/a General Motors Corp., *et al.*       :          Chapter 11
                                                                :          Case No. 09-50026 (REG)
                                                                :          (Jointly Administered)
                Debtors.           :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**   )
                              ) ss
COUNTY OF **SUFFOLK**  )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 24, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9890) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                                   /s/Chanpreet Kondal
                                                                                    Chanpreet Kondal

Sworn to before me this 24th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>
Environ International Corporation
214 Carnegie Center
Princeton, NJ 08540

<u>TRANSFEREE</u>
Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902