# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                               :
                                                     :
MOTORS LIQUIDATION COMPANY, *et al*.,                :
     f/k/a General Motors Corp., *et al.*   :   Chapter 11
                                                     :   Case No. 09-50026 (REG)
                                                     :   (Jointly Administered)
          Debtors.                       :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                             ) ss
COUNTY OF **SUFFOLK**   )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 24, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9891) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                                             /s/Chanpreet Kondal
                                                                             Chanpreet Kondal

Sworn to before me this 24th day of
March, 2011
/s/ Nancy Formica_
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

<u>TRANSFEROR</u>
Environ International Corporation
214 Carnegie Center
Princeton, NJ 08540

<u>TRANSFEREE</u>
Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902