## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :
        f/k/a General Motors Corp., et al.          :       Chapter 11
                                                    :       Case No. 09-50026 (REG)
                                                    :       (Jointly Administered)
                Debtors.                            :
-----------------------------------------------------------------X
```

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                         ) ss
COUNTY OF **NASSAU**     )

I, Chanpreet Kondal, being of full age, states as follows:

1.  I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 24, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9900) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                        /s/ Chanpreet Kondal
                                        Chanpreet Kondal

Sworn to before me this 24th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No.  01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

TRANSFEROR

Brian Alan Schiner and Jacqueline Schiner
c/o Kline & Specter
Attn: Andrew J. Stern, Esq.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

TRANSFEREE

Pandora Select Partners, LP
c/o Whitebox Advisors, LLC
Attn: Dale Willenbring
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416-4675