**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                        :
In re                                   :          **Chapter 11 Case No.**
                                        :
**MOTORS LIQUIDATION COMPANY**, *et al.*, :          **09-50026 (REG)**
        **f/k/a General Motors Corp.**, *et al.* :
                                        :
                        **Debtors.**    :          **(Jointly Administered)**
                                        :
-------------------------------------------------------------x

### NOTICE OF MATTERS SCHEDULED
### FOR HEARING ON MARCH 29, 2011 AT 9:45 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New
                      York, Alexander Hamilton U.S. Custom House, before the
                      Honorable Robert E. Gerber, United States Bankruptcy Judge,
                      Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED MATTER

1.    Objection by New York State Department of Environmental Conservation
      to Exculpation Provision of Proposed Order Confirming Debtors' Second
      Amended Joint Chapter 11 Plan (**ECF No. 9865**)

      Responses Filed:           None to date.

      Replies Filed:             None to date.

      Additional Documents:

          A.    Bench Decision on Objections to Confirmation (**ECF No. 9638**)

          B.    Debtors' Second Amended Joint Chapter 11 Plan (**ECF No. 9836**).

      **Status:**    This matter is going forward.  The Debtors will file a
                     response to New York State's objection by March 28,
                     2011.

## II.    UNCONTESTED MATTERS

1.    Motion of Debtors for an Order Approving the Consent Decree and Settlement Agreement Between the United States of America and the Debtors (**ECF No. 9855**)

Responses Filed:          None to date.

Replies Filed:              None to date.

Additional Documents:

A.    Order Pursuant to Fed. R. Bankr. P. 2002(a)(3) and 9006(c) and Local R. Bankruptcy P. 9006-1(b) Shortening Notice Period with Respect to Debtors' Motion for Order Approving Consent Decree and Settlement Agreement Between the United States of America and the Debtors (**ECF No. 9854**)

B.    Ex Parte Motion of Debtors Pursuant to Fed. R. Bankr. 2002(a)(3) and 9006(c), and Local R. Bankr. P. 9006-1(b) to Shorten Notice Period and Schedule Hearing with Respect to Debtors' Motion for Order Approving Consent Decree and Settlement Agreement Between the United States of America and the Debtors (**ECF No. 9856**)

**Status:**        This matter is going forward.

2.    Debtors' Objection to Proof of Claim No. 23554 filed by Vera Smith (**ECF No. 9440**)

Responses Filed:          None to date.

Replies Filed:              None to date.

Additional Documents:      None to date.

**Status:**        This matter is going forward.

3.    Debtors' Objection to Administrative Proof of Claim No. 70696 filed by John S. Gray (**ECF No. 9441**)

Responses Filed:          None to date.

Replies Filed:              None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

4.    Debtors' Objection to Administrative Proof of Claim No. 70917 filed by
      Devaki Ganesan (**ECF No. 9442**)

      Responses Filed:        None to date.

      Replies Filed:        None to date.

      Additional Documents:        None to date.

      **Status:**        This matter is going forward.

5.    Debtors' Motion to Reclassify Proof of Claim No. 5722 filed by Esta
      Perdue (**ECF No. 9443**)

      Responses Filed:        None to date.

      Replies Filed:        None to date.

      Additional Documents:        None to date.

      **Status:**        This matter is going forward.

6.    Debtors' Objection to Proofs of Claim No. 12903 and 12904 filed by Ohio
      National Life Insurance Company (**ECF No. 9444**)

      Responses Filed:        None to date.

      Replies Filed:        None to date.

      Additional Documents:        None to date.

      **Status:**        This matter is going forward.

7.    Debtors' Motion to Reclassify Proof of Claim No. 29628 filed by Tiesha
      McNeal (**ECF No. 9446**)

      Responses Filed:        None to date.

      Replies Filed:        None to date.

      Additional Documents:        None to date.

      **Status:**        This matter is going forward.

8.     Debtors' Motion to Reclassify and Objection to Proof of Claim No. 5611
       Filed by Calvin Dean (**ECF No. 9453**)

       Responses Filed:              None to date.

       Replies Filed:                None to date.

       Additional Documents:         None to date.

       **Status:**       This matter is going forward.

9.     Debtors' Objection to Proof of Claim No. 70679 Filed by Richard G.
       Tithor (**ECF No. 9454**)

       Responses Filed:              None to date.

       Replies Filed:                None to date.

       Additional Documents:         None to date.

       **Status:**       This matter is going forward.

10.    IUE-CWA VEBA Trust's Motion Pursuant to 11 U.S.C. §§ 105 and
       363(b), to Approve the Assignment of IBEW and IUOE's Percentage
       Shares in the Allowed Claim to the IUE-CWA VEBA Trust (**ECF No.
       9771**)

       Responses Filed:              None to date.

       Replies Filed:                None to date.

       Additional Documents:         None to date.

       **Status:**       This matter is going forward.

11.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability
       Claims) (**ECF No. 8000**) [1]

       Responses Filed:

       A.     Cummins Inc.'s Response to the Debtors' 110th Omnibus
              Objection to Claims (Contingent Co-Liability Claims) (**ECF No.
              8393**)

---

[1] All omnibus objections to claims prior to the 210th Omnibus Objection to Claims were continued from
prior hearings.

        B.       Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

        C.       Detroit Diesel Corporation (Informal)

Replies Filed:            None to date.

Additional Documents:

        D.       Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**      The Debtors are attempting to reach a consensual order with respect to Cummins, Inc. and Detroit Diesel Corporation, which will be submitted to the Court at the hearing.  This matter is adjourned with respect to Granite State Insurance Company, et al., to April 26, 2011, at 9:45 a.m.

12.    Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8305**)

Responses Filed:

        A.       Response to Debtors' 138th Omnibus Objection to Claims by Helmut Schaefer (the "**Schaefer Response**") (**ECF No. 8804**)

        B.       Objection to Debtors' 138th Omnibus Objection to Claims by Ingrid Herzele (the "**Herzele Response**") (**ECF No. 9043**)

Replies Filed:            None to date.

Additional Documents:

        C.       Order Granting Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9185**)

**Status:**      This matter is going forward on an uncontested basis with respect to the Schaefer Response, as the claimant no longer contests the objection.  This matter is adjourned with respect to the Herzele Response, to April 26, 2011, at 9:45 a.m.

13.    Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8308**)

Responses Filed:

    A.    Response to Debtors' 141st to Omnibus Objection to Claims by Jochen Baderschneider (the "**Baderschneider Response**") (**ECF No. 8796**)

    B.    Mark-Edward Grey (the "**Grey Response**") (Informal)

Replies Filed:        None to date.

Additional Documents:

    C.    Order Granting Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9188**)

**Status:**    This matter is going forward on an uncontested basis with respect to the Grey Response, as the claimant no longer contests the objection.  This matter is adjourned with respect to the Baderschneider Response, to April 26, 2011, at 9:45 a.m.

14.    Debtors' 145th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8312**)

    Responses Filed:

        A.    Response to Debtors' Motion by Walter Plapp (the "**Plapp Response**") (**ECF No. 9078**)

    Replies Filed:        None to date.

    Additional Documents:

        B.    Order Granting Debtors' 145th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9192**)

    **Status:**    This matter is going forward on an uncontested basis with respect to the Plapp Response, as the claimant no longer contests the objection.  The 145th Omnibus Objection to Claims will then be completely resolved, as there are no remaining claims subject to the objection.

15.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

    Responses Filed:

    A.      Arrowood Indemnity Company (the "**Arrowood Response**")
            (Informal)

    B.      Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:          None to date.

Additional Documents:

    C.      Order Granting Debtors' 159th Omnibus Objection to Claims
            (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**        The Debtors and Arrowood Indemnity Company are
attempting to enter into a stipulation, which will be
submitted to the Court at the hearing.  This matter is
adjourned with respect to the Travelers Response, to April
26, 2011, at 9:45 a.m.

16.    Debtors' 192nd Omnibus Objection to Claims (Duplicate Debt Claims
from Different Series of Debt) (**ECF No. 8903**)

Responses Filed:

    A.      Response to Debtors' 192nd Omnibus Objection to Claims of
            Hanna Kjaer-Greger (**ECF No. 9348**)

    B.      Response to Debtors' 192nd Omnibus Objection to Claims of
            Philip Joisten (**ECF Nos. 9350, 9352**)

    C.      Response to Debtors' 192nd Omnibus Objection to Claims of
            Hilde Lukat (**ECF No. 9366**)

    D.      Response to Debtors' 192nd Omnibus Objection to Claims of
            Beate Krembzow (**ECF No. 9367**)

Replies Filed:          None to date.

Additional Documents:

    E.      Order Granting Debtors' 192nd Omnibus Objection to Claims
            (Duplicate Debt Claims from Different Series of Debt) (**ECF
            No. 9693**)

**Status:**        This matter is going forward on an uncontested basis as to
each of the above responses, as the claimants no longer
contest the objection.  The 192nd Omnibus Objection to

Claims will then be completely resolved, as there are no remaining claims subject to the objection.

17.    Debtors' 197th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8908**)

Responses Filed:

A.    Response in form of a letter to Judge Robert E. Gerber by Barbara Enoch (**ECF No. 9237**)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting Debtors' 197th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9699**)

**Status:**    This matter is going forward on an uncontested basis as the claimant no longer contests the objection. The 197th Omnibus Objection to Claims will then be completely resolved, as there are no remaining claims subject to the objection.

18.    Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

A.    Response in form of a letter by Frank N. Orris (the "**Orris Response**") (**ECF No. 9252**)

B.    Robert Nann (the "**Nann Response**") (Informal)

Replies Filed:                None to date.

Additional Documents:

C.    Order Granting Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9702**)

**Status:**    This matter is going forward on an uncontested basis with respect to the Orris Response, as the claimant no longer contests the objection.  This matter is adjourned with respect to the Nann Response, which is adjourned to April 26, 2011, at 9:45 a.m.

19.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability)
(**ECF No. 8945**)

Responses Filed:

A.    Response to Debtors' 208th Omnibus Objection to Claim by
Dearborn Refining Site Customers PRP Group (**ECF No. 9318**)

B.    Response of Northrop Grumman Systems Corporation to
Debtors' 208th Omnibus Objection to Claims (**ECF No. 9328**)

C.    Response of Kelsey-Hayes Company to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9329**)

D.    Response of the Standard Register Company to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9330**)

E.    Response of Valleycrest Landfill Site Group to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9331**)

F.    Response of Cargill, Incorporated to Debtors' 208th Omnibus
Objection to Claims (**ECF No. 9332**)

G.    Response of Chemclene Site Defense Group to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9333**)

H.    Response of NCR Corporation in Opposition to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9339**)

I.    Response of Lammers Barrell Factory PRP Group to Debtors'
208th Omnibus Objection to Claims (**ECF No. 9346**)

J.    Response of United Technologies Corporation to Debtor's 208th
Omnibus Objection to Claims (**ECF No. 9380**)

K.    Response to Debtors' 208th Omnibus Objection to Claims by
Honeywell International Inc. (**ECF No. 9872**)

L.    Response of Kettering University to Debtors' 208th Omnibus
Objection to Claims (**ECF No. 9843**)

M.    Flowserve Corporation f/k/a the Duriron Company's Response
to Debtors' 208th Omnibus Objection to Claims (Docket No.
8945) (**ECF No. 9857**)

N.    Response of Ford Motor Company to Debtors' 208th Omnibus
Objection to Claims (**ECF Nos. 9840**)

O.    Response of the Springfield Township Group to the Debtors'
      208th Omnibus Objection to Claims (Akzo Nobel Coatings,
      Inc., CAN Holdings LLC, Detrex Corporation, Federal Screw
      Works, Ford Motor Company, Michelin North America, TRW
      Automotive US LLC) (**ECF No. 9849**)

P.    Response of the Rose Township Group to the Debtors' 208th
      Omnibus Objection to Claims (Akzo Nobel Coatings, Inc., CNA
      Holdings LLC, Detrex Corporation holding Claim No. 51294,
      Federal Screw Works, Ford Motor Company, Michelin North
      America, TRW Automotive US LLC) (**ECF No. 9850**)

Q.    Browning Ferris Indus. of Ohio Inc. (Informal)

R.    Forrest Waste Coordinating Committee Group (Informal)

S.    NL Industries Incorporated (Informal)

T.    The Williams Companies Inc. on Behalf of AGRICO Chemical
      (Informal)

U.    Wacker Chemical Corp. (Informal)

V.    Scotsman Group LLC (Informal)

W.    Eljer Manufacturing Company Inc. (Informal)

X.    Sealand Superfund Site Remediation Trust (Informal)

Y.    North Shore Gas Company (Informal)

Z.    RPM, Inc (Informal)

AA.   Holiday Remediation Task Force (Informal)

BB.   Maryland Sand & Gravel (Informal)

CC.   Casmalia Resources Site Steering Committee (Informal)

DD.   Operating Industries Inc. (Informal)

EE.   Niagara Mohawk Power Corp. (Informal)

<u>Replies Filed</u>:                None to date.

Additional Documents:

FF.     Order Granting Debtors' 208th Omnibus Objection to Claims
        (Contingent Co-Liability Claims) (**ECF No. 9711**)

GG.     Notice of Withdrawal of All Claims of Browning-Ferris
        Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**      This matter is going forward as to each claimant that did
                 not file a written response by the response deadline.  The
                 Debtors are attempting to enter into stipulations with the
                 remaining claimants, which will be submitted to the Court
                 at the hearing.  However, to the extent a consensual
                 resolution cannot be reached before the hearing, this matter
                 will be adjourned to April 26, 2011, at 9:45 a.m.

20.  Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability)
     (**ECF No. 8946**)

Responses Filed:

A.      Response of the Marion Bragg Group to Debtors' 209th
        Omnibus Objection to Claims (the "**Marion Bragg Response**")
        (**ECF No. 9379**)

B.      Response of the Members of the Frontier Chemical Site PRP
        Group in Opposition to Debtors' 209th Omnibus Objection to
        Claims (the "**Frontier Chemical Response**") (**ECF No. 9382**)

C.      Response to Debtors' 209th Omnibus Objection to Claims Re:
        Claim No. 1225 & 1458 by LDC PRP Group (the "**LDC PRP
        Response**") (**ECF No. 9426**)

D.      Response of the Quaker Oats Company to the Debtors' 209th
        Omnibus Objection to Claims (**ECF No. 9838**)

E.      Response of Waste-Stream, Inc. to Debtors' 209th Omnibus
        Objection to Claims (**ECF Nos. 9851, 9852**)

F.      Response of the Satterlee Group to the Debtors' 209th Omnibus
        Objection to Claims  (DTE Energy Company, Gerdau MacSteel,
        Tecumseh Products Company, Michelin North America, Inc.,
        and Owens-Illinois, Inc.) (**ECF No. 9848**)

        a.     Amended Response of the Satterlee Group to the Debtors
               209th Omnibus Objection to Claims (**ECF No. 9892**)

G.   Response of the BKK Joint Defense Group to the Debtors' 209th Omnibus Objection to Claims Pursuant to Section 502(e)(1)(B) (Proof of Claim No. 36709) (**ECF No. 9873**)

H.   Niagara Mohawk Power Corp. (Informal)

I.   Alcoa Inc (Informal)

J.   Reynolds Metals Company (Informal)

K.   General Electric Company (Informal)

L.   Michelin NA Inc. (Informal)

M.   Owens-Illinois Inc. (Informal)

N.   Jones Industrial Services (Informal)

Replies Filed:                None to date.

Additional Documents:

O.   Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**      This matter is going forward as to each claimant that did not file a written response by the response deadline.  The Debtors are attempting to enter into stipulations with the remaining claimants, which will be submitted to the Court at the hearing.  However, to the extent a consensual resolution cannot be reached before the hearing, this matter will be adjourned to April 26, 2011, at 9:45 a.m.

21.   Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9447**)

Responses Filed:

A.   Letter Response by Dennis and Jill Gallaher (the "**Gallaher Response**") (**ECF No. 9827**)

B.   David McKinney (the "**McKinney Response**") (Informal)

Replies Filed:                None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward, except as to the Gallaher Response and the McKinney Response, which are adjourned to April 26, 2011 at 9:45 a.m.

22.    Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9445**)

Responses Filed:

A.    Response of Marion County Treasurer to Debtors' 211th Omnibus Objections to Claims (the "**Marion County Response**") (**ECF No. 9842**)

B.    Richland County Treasurer (Informal)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward, except with respect to the Marion County Response, which is adjourned to April 26, 2011, at 9:45 a.m. The 211th Omnibus Objection to Claims is withdrawn with respect to claim no. 70662, filed by the Richland County Treasurer.

23.    Debtors' 212th Omnibus Objection to Claims (Duplicate Debt Claims from Different Series of Debt) (**ECF No. 9448**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

24.    Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9450**)

Responses Filed:

A.    Response in the form of a letter Cecil A. Benjamin (**ECF No. 9623**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except as to the Benjamin Response, which is adjourned to April 26, 2011, at 9:45 a.m.

25.    Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.    Response by Larry S. Massey (**ECF No. 9627**)

    B.    Objection to Debtors' 214th Omnibus Objection to Claims by Stella Malles (**ECF No. 9888**)

    C.    Timothy Mayer (Informal)

    D.    Ryan D'Amour (Informal)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except as to each of the above responses, which are adjourned to April 26, 2011, at 9:45 a.m.

26.    Debtors' 215th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9452**)

Responses Filed:

    A.    Response by Austin and Rebecca Viall (**ECF No. 9863**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

27.    Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for Prepetition Debt Claims) (**ECF No. 9456**)

Responses Filed:

    A.     Response by Karl Philipp Muller (the "**Muller Response**") (**ECF No. 9798**)

Replies Filed:            None to date.

Additional Documents:     None to date.

**Status:**         This matter is going forward, except as to the Muller Response, which is adjourned to April 26, 2011, at 9:45 a.m.

## III.    ADJOURNED MATTERS

1.     Debtors' Objection to Administrative Claim No. 70792 filed by John Mealer (**ECF No. 9479**)

    Responses Filed:

        A.     Creditor's Response, Objection and Motion to Deny the Relief Requested in Debtor's Objection, Disagreement and Motion to Deny Entry of Order Disallowing and Expunging Administrative Claim No. 70792 filed by John Lewis Mealer (**ECF No. 9834**)

           a.     Emergency Addition to (Creditor's Principal Brief) filed by John Lewis Mealer (**ECF No. 9918**)

    Replies Filed:

        B.     Debtors' Reply to John Mealer's Response to the Debtors' Objection to Administrative Claim No. 70792 (**ECF No. 9898**)

    Additional Documents:     None to date.

    **Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

2.     Debtors' Objection to Administrative Proof of Claim No. 70908 filed by Lorin W. Tate (**ECF No. 9455**)

    Responses Filed:     None to date.

    Replies Filed:        None to date.

    Additional Documents:     None to date.

    **Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

3.      Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

    A.      Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

    B.      Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in This Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented With My Claim No. 44240; and For Other Purposes [Timely or By Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

    C.      Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

    D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

    E.      Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

Replies Filed:                None to date.

Additional Documents:

    F.      Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**        This matter is adjourned to April 26, 2011, at 9:45 a.m.

4.      Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

    A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi

Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

    C.    Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

    **Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

5.    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

    A.    The DeMassi Response (**ECF No. 6454**)

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

    C.    Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

    **Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

6.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

    A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. ("295 Park") by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

- 17 -

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

    C.    Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

7.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

Responses Filed:

    A.    City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7373**)

    B.    Response to the Ninty-Eighth Omnibus Objection of Debtor by Sherif Rafik Kodsy (**ECF No. 7309**)

Replies Filed:

    C.    Debtors' Reply to Response of Sherif R. Kodsy Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9874**)

Additional Documents:

    D.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

8.    Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8302**)

Responses Filed:

    A.    D. Andreas Hesse (Informal)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9181**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

9.    Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8304**)

Responses Filed:

    A.    Letter re: Claim No. 65396 by Gerhard Vogt (**ECF Nos. 7096, 8939**)

    B.    Response in form of a letter by Guntbert Horn (**ECF No. 9042**)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

10.    Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8307**)

Responses Filed:

    A.    Objection to Debtors' Motion for Disallowing and Expunging Claim by Liborio Di Salvo (**ECF No. 9084**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9187**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

11.    Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8310**)

Responses Filed:

    A.     Response to MLC's Notice of Objection, by Rainer D. Lemcke (**ECF No. 9077**)

    B.     Response to Debtors' Motion, by Paul Schwake (**ECF No. 9083**)

Replies Filed:          None to date.

Additional Documents:

    C.     Order Granting Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

12.    Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8820**)

    Responses Filed:

    A.     Response to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by David Radke (**ECF No. 9285**)

    B.     Objection to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by Dale R. Spirnak (**ECF No. 9291**)

    C.     Claudette Ellison (Informal Response)

    Replies Filed:          None to date.

    Additional Documents:

    D.     Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9607**)

    **Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

13.    Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8821**)

    Responses Filed:

    A.     Response to Claim Objection by Thomas Jarusinski (**ECF No. 9076**)

    Replies Filed:          None to date.

Additional Documents:

    B.    Order Granting Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9608**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

14.    Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8824**)

Responses Filed:

    A.    Objection to Debtors' 151st Omnibus Objection to Claims by Mark F. Hasson III (**ECF No. 9287**)

    B.    Lindell L. Estes (Informal)

    C.    Barney J. Rosso (Informal)

Replies Filed:    None to date.

Additional Documents:

    D.    Corrected Order Granting Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9614**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

15.    Debtors' 152nd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8825**)

Responses Filed:

    A.    Objection to Motion to Debtors' 152nd Omnibus Objection Claims (Claims for Equity Interests) by Patricia Jarusinski (**ECF No. 9817**)

    B.    Nelly Bauer-Rollandin (Informal)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' 152nd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9612**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

16.     Debtors' 153rd Omnibus Objection to Claims (Claims for Equity
        Interests) (**ECF No. 8826**)

        Responses Filed:

        A.      Response to Motion to Debtors' 153rd Omnibus Objection to
                Claims (Claims for Equity Interests) by Ruth Meyer (**ECF No.
                9075**)

        B.      Objection to Debtors' 153rd Omnibus Objection to Claims
                (Claims for Equity Interests); Debtors' 172nd Omnibus
                Objection to Claims (Welfare Benefits Claims of Retired and
                Former Salaried and Executive Employees) and Debtors' 174th
                Omnibus Objection to Claims (Welfare Benefits Claims of
                Retired and Former Salaried and Executive Employees by Ron
                Tanciar (**ECF Nos. 9308, 9368**)

        C.      Response to Debtors' 153rd Omnibus Objection to Claims
                (Claims for Equity Interests) and Debtors' 155th Omnibus
                Objection to Claims (Claims for Equity Interests) by Daniel
                Plouffe (**ECF No. 9894**)

        Replies Filed:                    None to date.

        Additional Documents:

        D.      Order Granting Debtors' 153rd Omnibus Objection to Claims
                (Claims for Equity Interests) (**ECF No. 9615**)

        **Status:**        This matter is adjourned to April 26, 2011, at 9:45 a.m.

17.     Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests)
        (**ECF No. 8827**)

        Responses Filed:

        A.      Response to Debtors' 154th Omnibus Objection to Claims by
                Carroll R. Waters (**ECF No. 9347**)

        Replies Filed:                    None to date.

        Additional Documents:

        B.      Order Granting Debtors' 154th Omnibus Objection to Claims
                (Claims for Equity Interests) (**ECF No. 9617**)

        **Status:**        This matter is adjourned to April 26, 2011, at 9:45 a.m.

18.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8828**)

   Responses Filed:

      A.    Response to Debtor's Motion Re: Claim Amount by Hugo
            Anderson (**ECF No. 9222**)

      B.    Response To Debtors' 155th Omnibus Objection Re: Claim No.
            45172 by Daniel Plouffe (**ECF Nos. 9403, 9894**)

      C.    Domencia S. Dittmeier (Informal)

   Replies Filed:                    None to date.

   Additional Documents:

      D.    Order Granting Debtors' 155th Omnibus Objection to Claims
            (Claims for Equity Interests) (**ECF No. 9618**)

   **Status:**        This matter is adjourned to April 26, 2011, at 9:45 a.m.

19.    Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8829**)

   Responses Filed:

      A.    Response to Debtors' Motion Re: Claim No. 68114 by Edmund
            J. Sterniak Jr. (**ECF No. 9356**)

   Replies Filed:                    None to date.

   Additional Documents:

      B.    Order Granting Debtors' 156th Omnibus Objection to Claims
            (Claims for Equity Interests) (**ECF No. 9625**)

   **Status:**        This matter is adjourned to April 26, 2011, at 9:45 a.m.

20.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by
General Motors LLC) (**ECF No. 8842**)

   Responses Filed:

      A.    Response of Modcomp, Inc. to Debtors' 160th Omnibus
            Objection to Claims (ECF No. 9349)

- 23 -

    B.        Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (ECF No. 9359)

    C.        Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:          None to date.

Additional Documents:

    D.        Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:        This matter is adjourned to April 26, 2011, at 9:45 a.m.

21.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.        Lapeer Metal Stamping Companies, Inc.'s Response in Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9322**)

    B.        Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    C.        Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

    D.        Crown Equipment Corporation's Response to the Debtors' 161st Omnibus Objection to Claims (**ECF No. 9351**)

    E.        Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

    F.        Johann Hay GmbH & Co KG (Informal)

    G.        Carrier Corp. (Informal)

    H.        Moody's Investors Service (Informal)

Replies Filed:          None to date.

Additional Documents:

    I.    Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

22.    Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8844**)

Responses Filed:

    A.    John N. Graham, Trustee (Informal)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9632**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

23.    Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

Responses Filed:

    A.    Jack Wendall and Freda Peterson (Informal)

    B.    Marian S. Morelli (Informal)

    C.    Marion and Della Goble (Informal)

Replies Filed:    None to date.

Additional Documents:

    D.    Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

24.    Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

Responses Filed:

    A.     Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

Replies Filed:         None to date.

Additional Documents:

    B.     Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

25.    Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

Responses Filed:

    A.     Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

    B.     Response in Opposition of Pompey Dodge to Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (**ECF No. 9298**)

    C.     Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (**ECF No. 9344**)

    D.     Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

    E.     Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny (**ECF No. 9408**)

    F.     James Hoerig (Informal)

    G.     Brandon J. Davis (Informal)

    H.     Rachel L. Boodram (Informal)

    I.     Ronald L. Phillips (Informal)

    J.     Sudie M. Venable (Informal)

    K.     Deanna M. Lesser (Informal)

    L.     Wayne Hutchinson (Informal)

Replies Filed:         None to date.

Additional Documents:

> M.  Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

> **Status:**    This matter is adjourned to April 26, 2011, at 9:45 a.m.

26.  Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

> Responses Filed:

> A.  Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

> B.  Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

> C.  Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

> D.  Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

> E.  Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

> Replies Filed:              None to date.

> Additional Documents:

> F.  Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

> **Status:**    This matter is adjourned to May 17, 2011, at 9:45 a.m.

27.  Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

> Responses Filed:

> A.  Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

     B.      Objection to Debtors' 169th Omnibus Objection to Claims by
Marilea Meder (**ECF No. 9293**)

     C.      Objection to Debtors' Motion to Dissolve or Expunged Claim
by Lelah Johnson-Green (**ECF No. 9286**)

        a.      Letter to Judge Gerber (**ECF No. 9914**)

     D.      Response to Debtor's Motion to Disallow and Expunge Claim
by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

     E.      Objection to Debtors' 169th Omnibus Objection to Claims by
Melvin J. Kendziorski (Informal)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

     F.      Order Granting Debtors' 169th Omnibus Objection to Claims
(Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 9643**)

**Status:**      This matter is adjourned to May 17, 2011, at 9:45 a.m.

28.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

<u>Responses Filed</u>:

     A.      Response to Debtors' 170th Omnibus Objection to Claims, by
Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

     B.      Order Granting Debtors' 170th Omnibus Objection to Claims
(Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 9644**)

**Status:**      This matter is adjourned to May 17, 2011, at 9:45 a.m.

29.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

<u>Responses Filed</u>:

A.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

B.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

C.    Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

D.    Richard Schell (Informal)

E.    Mohamed Fetouh (Informal)

Replies Filed:            None to date.

Additional Documents:

F.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

30.    Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:            None to date.

Additional Documents:

B.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

31.  Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

A.  Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:                None to date.

Additional Documents:

B.  Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

32.  Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

A.  Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

B.  Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed:                None to date.

Additional Documents:

C.  Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

33.  Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8858**)

Responses Filed:

    A.    Objection to Debtors' 176th Omnibus Objection to Claims by Richard Knoth (**ECF No. 9391**)

    B.    Objection to Debtors' 176th Omnibus Objection to Claims by Melvin J. Kendziorski (Informal)

Replies Filed:        None to date.

Additional Documents:

    C.    Order Granting Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9676**)

**Status:**    This matter is adjourned to May 17, 2011, at 9:45 a.m.

34.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

    A.    Objection to Debtors' 177th Omnibus Objection to Claims by Richard A. Knoth (**ECF No. 9402**)

    B.    Alan C. Zak (Informal)

    C.    Gerald S. Kaspzyk (Informal)

    D.    Mohamed Fetouh (Informal)

Replies Filed:        None to date.

Additional Documents:

    E.    Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**    This matter is adjourned to May 17, 2011, at 9:45 a.m.

35.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

  A.  Alan C. Zak (Informal)

Replies Filed:     None to date.

Additional Documents:

  B.  Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

  **Status:**  This matter is adjourned to May 17, 2011, at 9:45 a.m.

36.  Debtors' 179th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8862**)

  Responses Filed:

  A.  Objection to Debtors' 179th Omnibus Objection to Claims, by Larry Schramm (**ECF No. 9288**)

  B.  Response by Kathryn J. Slade (**ECF No. 9433**)

  Replies Filed:     None to date.

  Additional Documents:

  C.  Order Granting Debtors' 179th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9679**)

  **Status:**  This matter is adjourned to May 17, 2011, at 9:45 a.m.

37.  Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

  Responses Filed:

  A.  Stanley Jack (Informal)

  Replies Filed:     None to date.

  Additional Documents:

  B.  Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

**Status:** This matter is adjourned to May 17, 2011, at 9:45 a.m.

38.   Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

A.   Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

B.   Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

C.   Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

D.   Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

E.   Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

F.   Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:               None to date.

Additional Documents:

G.   Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:** This matter is adjourned to May 17, 2011, at 9:45 a.m.

39.   Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

A.   Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

B.   Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.    Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

    D.    Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:        None to date.

Additional Documents:

    E.    Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**    This matter is adjourned to May 17, 2011, at 9:45 a.m.

40.    Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

Responses Filed:

    A.    Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

    B.    Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

    C.    Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

    D.    Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

Replies Filed:        None to date.

Additional Documents:

    E.    Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

**Status:**    This matter is adjourned to May 17, 2011, at 9:45 a.m.

41.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

Responses Filed:

    A.       Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

    B.       Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

    C.       Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

    D.       Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

Replies Filed:           None to date.

Additional Documents:

    E.       Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

42.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

    A.       Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

    B.       Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.       Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:           None to date.

Additional Documents:

    D.       Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

43.    Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits
Pension Benefits Claims of Former Salaried and Hourly Employees)
(**ECF No. 8869**)

Responses Filed:

    A.    Objection to Debtors' 186th Omnibus Objection to Claims by
Patricia S. Coscarelli (**ECF No. 9294**)

    B.    Carolyn Deruso (Informal)

Replies Filed:                    None to date.

Additional Documents:

    C.    Order Granting Debtors' 186th Omnibus Objection to Claims
(Qualified Defined Benefits Pension Benefits Claims of Former
Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

44.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits
Pension Benefits Claims of Former Salaried and Hourly Employees)
(**ECF No. 8870**)

Responses Filed:

    A.    Objection to Debtors' 187th Omnibus Objection to Claims by
Doris E. McConnick  (**ECF No. 9343**)

    B.    Claimant's Response to Debtors' Notice of 187th Omnibus
Objection to Claim by Rebecca S. McNutt (**ECF No. 9489**)

    C.    Jessica High (Informal)

Replies Filed:                    None to date.

Additional Documents:

    D.    Order Granting Debtors' 187th Omnibus Objection to Claims
(Qualified Defined Benefits Pension Benefits Claims of Former
Salaried and Hourly Employees)

**Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

45.     Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits
        Pension Benefits Claims of Former Salaried and Hourly Employees)
        (**ECF No. 8871**)

        Responses Filed:

        A.      Response to Debtors' 188th Omnibus Objection to Claims by
                Salvartore and Vivian Sciortino (**ECF No. 9284**)

        Replies Filed:                  None to date.

        Additional Documents:

        B.      Letter to Judge Gerber Withdrawing Objection to the Debtors'
                188th Motion but Not Withdrawing Claim Filed by Proof of
                Claim and Supporting Documentation on or Around November
                23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF
                No. 9915**)

        C.      Order Granting Debtors' 188th Omnibus Objection to Claims
                (Qualified Defined Benefits Pension Benefits Claims of Former
                Salaried and Hourly Employees) (**ECF No. 9688**)

        **Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

46.     Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits
        Pension Benefits Claims of Former Salaried and Hourly Employees)
        (**ECF No. 8872**)

        Responses Filed:

        A.      Vincent Germano Jr. (Informal)

        Replies Filed:                  None to date.

        Additional Documents:

        B.      Order Granting Debtors' 189th Omnibus Objection to Claims
                (Qualified Defined Benefits Pension Benefits Claims of Former
                Salaried and Hourly Employees) (**ECF No. 9690**)

        **Status:**        This matter is adjourned to May 17, 2011, at 9:45 a.m.

47.     Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified
        Claims) (**ECF No. 8897**)

        Responses Filed:

    A.      ATEL Leasing Corporation (Informal)

    B.      Noreen Glaspie (Informal)

Replies Filed:

    C.      Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.      Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

48.     Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

Responses Filed:

    A.      Response to Objection Duplicate Debt Claims by Alma G. Haller (**ECF No. 9292**)

Replies Filed:           None to date.

Additional Documents:

    B.      Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9706**)

**Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.

*[Remainder of Page Intentionally Left Blank]*

49.    Debtors' 207th Omnibus Objection to Claims (Insufficient
Documentation) (**ECF No. 8943**)

Responses Filed:

   A.   Frances L. Kelleher (Informal)

Replies Filed:          None to date.

Additional Documents:

   B.   Order Granting Debtors' 207th Omnibus Objection to Claims
(Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**      This matter is adjourned to April 26, 2011, at 9:45 a.m.


Dated: New York, New York
      March 25, 2011

          /s/ Joseph H. Smolinsky
          Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession