Dear Honorable Robert E. Gerber, United States Bankruptcy Judge,

    Paper

I received work about a hearing for the amount of my claim. This hearing is set for 9:45 a.m on March 29, 2011. Since I live in Michigan, I am going to respond in this letter. I probably will not attend the hearing.

    Enclosed is an account of the G.M. stock I purchased and still own as Motors Liquidation Company shares. I paid $80,369.60 for these 6,548.612 shares. The $4,911.46 was the value of my Motors Liquidation shares at the time I send a claims letter to The Garden City Group, Inc.

    I feel my claim amount should be for $80,369.60. My average cost per share of G.M. stock was $12.27 per share. The new G.M. stock closed at $31.85 per share on March 18, 2011. The United States government is in the process of getting their bail out money back from General Motors. I feel that I should get my money back too.

    I am 65 years old and this was a large part of my retirement savings.

    Sincerely Yours,

    Hugo J. Anderson    Otsego, Michigan
    533 Lincoln Road    49078
    Phone 1-269-694-6373

## TRANSACTION CONFIRMATION



**Account Number:**

**Hugo J Anderson**
533 Lincoln Road
Otsego MI 49078

| | |
|---|---|
| Order Date: | 07/21/2008 |
| Execution Date: | 07/21/2008 |
| Settlement Date: | 07/24/2008 |
| Description: | Buy |
| Symbol: | GM |
| Company: | General Motors Corp. |
| Quantity: | 1115.241 |
| Price: | 13.45 |
| Amount: | $15000.00 |
| Transaction Fee: | $0.00 |
| Additional Fees: | $0.00 |
| Debit: | $15000.00 |

This transaction is subject to the terms and conditions on the bottom of this confirmation. If any information on this confirm is incorrect, please notify us immediately. Please address all communications to service@buyandhold.com and mention your account number. Please retain for your records and income tax purposes.

**Unsolicited**

| | |
|---|---|
| Capacity: | Agent |
| CUSIP Number: | 370442105 |
| Market: | NEW YORK STOCK EXCHANGE |
| Transaction Type: | REGULAR |
| Payment Type: | Available Funds |
| Confirm Number: | 0721HB315901 |

# TRANSACTION CONFIRMATION

**Account Number:**

**Hugo J Anderson**
533 Lincoln Road
Otsego MI 49078

| | |
|---|---|
| **Order Date:** | 07/23/2008 |
| **Execution Date:** | 07/23/2008 |
| **Settlement Date:** | 07/28/2008 |
| **Description:** | Buy |
| **Symbol:** | GM |
| **Company:** | General Motors Corp. |
| **Quantity:** | 974.464 |
| **Price:** | 15.39 |
| **Amount:** | $14997.01 |
| **Transaction Fee:** | $2.99 |
| **Additional Fees:** | $0.00 |
| **Debit:** | $15000.00 |

This transaction is subject to the terms and conditions on the bottom of this confirmation. If any information on this confirm is incorrect, please notify us immediately. Please address all communications to service@buyandhold.com and mention your account number. Please retain for your records and income tax purposes.

**Unsolicited**

| | |
|---|---|
| **Capacity:** | Agent |
| **CUSIP Number:** | 370442105 |
| **Market:** | NEW YORK STOCK EXCHANGE |

| | |
|---|---|
| **Transaction Type:** | REGULAR |
| **Payment Type:** | Available Funds |
| **Confirm Number:** | 0723HB127801 |

## TRANSACTION CONFIRMATION

**Account Number:**

**Hugo J Anderson**
533 Lincoln Road

Otsego MI 49078

| | |
|---|---|
| Order Date: | 07/18/2008 |
| Execution Date: | 07/18/2008 |
| Settlement Date: | 07/23/2008 |
| Description: | Buy |
| Symbol: | GM |
| Company: | General Motors Corp. |
| Quantity: | 1185.77 |
| Price: | 12.65 |
| Amount: | $15000.00 |
| Transaction Fee: | $0.00 |
| Additional Fees: | $0.00 |
| Debit: | $15000.00 |

This transaction is subject to the terms and conditions on the bottom of this confirmation. If any information on this confirm is incorrect, please notify us immediately. Please address all communications to service@buyandhold.com and mention your account number. Please retain for your records and income tax purposes.

**Unsolicited**

| | |
|---|---|
| Capacity: | Agent |
| CUSIP Number: | 370442105 |
| Market: | NEW YORK STOCK EXCHANGE |

| | |
|---|---|
| Transaction Type: | REGULAR |
| Payment Type: | Available Funds |
| Confirm Number: | 0718HB123401 |

https://www.buyandhold.com/Buy?request=disCon&dt=17755045&form_key=43192a61            7/25/2008

# TRANSACTION CONFIRMATION

3/31/2009

| | |
|---|---|
| **Account Number:** | |

**Hugo J Anderson**
533 Lincoln Road

Otsego MI 49078

| | |
|---|---|
| Order Date: | 11/29/2008 |
| Execution Date: | 12/01/2008 |
| Settlement Date: | 12/04/2008 |
| Description: | Buy |
| Symbol: | GM |
| Company: | General Motors Corp. |
| Quantity: | 2767.527 |
| Price: | 5.42 |
| Amount: | $15000.00 |
| Transaction Fee: | $0.00 |
| Additional Fees: | $0.00 |
| Debit: | $15000.00 |

This transaction is subject to the terms and conditions on the bottom of this confirmation. If any information on this confirm is incorrect, please notify us immediately. Please address all communications to service@buyandhold.com and mention your account number. Please retain for your records and income tax purposes.

| | |
|---|---|
| **Unsolicited** | |
| Capacity: | Agent |
| CUSIP Number: | 370442105 |
| Market: | NEW YORK STOCK EXCHANGE |

| | |
|---|---|
| Transaction Type: | REGULAR |
| Payment Type: | Available Funds |
| Confirm Number: | 1201HB260901 |

Account Number:

**Hugo J Anderson**
533 Lincoln Road

Otsego MI 49078

| | |
|---|---|
| Order Date: | 10/12/2007 |
| Execution Date: | 10/12/2007 |
| Settlement Date: | 10/17/2007 |
| Description: | Buy |
| Symbol: | GM |
| Company: | General Motors Corp. |
| Quantity: | 234.343 |
| Price: | 42.659578 |
| Amount: | $9996.98 |
| Transaction Fee: | $2.99 |
| Additional Fees: | $0.00 |
| Debit: | $9999.97 |

**Unsolicited**

| | |
|---|---|
| Capacity: | Agent |
| CUSIP Number: | 370442105 |
| Market: | NEW YORK STOCK EXCHANGE |
| Transaction Type: | REGULAR |
| Payment Type: | Available Funds |
| Confirm Number: | 1012HB658401 |

This transaction is subject to the terms and conditions on the bottom of this confirmation. If any information on this confirm is incorrect, please notify us immediately. Please address all communications to service@buyandhold.com and mention your account number. Please retain for your records and income tax purposes.

| | | |
|---|---|---|
| **Account Number:** | | **Hugo J Anderson** |
| | | 533 Lincoln Road |
| | | |
| | | Otsego MI 49078 |
| **Order Date:** | 10/11/2007 | |
| **Execution Date:** | 10/11/2007 | |
| **Settlement Date:** | 10/16/2007 | |
| **Description:** | Buy | |
| **Symbol:** | GM | |
| **Company:** | General Motors Corp. | |
| **Quantity:** | 249.987 | |
| **Price:** | 39.99 | |
| **Amount:** | $9996.99 | |
| **Transaction Fee:** | $2.99 | |
| **Additional Fees:** | $0.00 | |
| **Debit:** | $9999.98 | |

This transaction is subject to the terms and conditions on the bottom of this confirmation. If any information on this confirm is incorrect, please notify us immediately. Please address all communications to service@buyandhold.com and mention your account number. Please retain for your records and income tax purposes.

| | |
|---|---|
| **Unsolicited** | |
| **Capacity:** | Agent |
| **CUSIP Number:** | 370442105 |
| **Market:** | NEW YORK STOCK EXCHANGE |
| **Transaction Type:** | REGULAR |
| **Payment Type:** | Available Funds |
| **Confirm Number:** | 1011HB441501 |