Hearing Date and Time: May 17, 2011 at 2:00 p.m., E.T.

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Heather Lennox (admitted *pro hac vice*)
Robert S. Walker (admitted *pro hac vice*)

JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Andrew M. Kramer (admitted *pro hac vice*)

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Lisa G. Laukitis

Attorneys for General Motors LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                            :
In re                                       :  Chapter 11
                                            :
MOTORS LIQUIDATION COMPANY, *et al.,*       :  Case No. 09-50026 (REG)
      f/k/a General Motors Corp., *et al.,* :
                                            :  (Jointly Administered)
                    Debtors.                :
                                            :
-------------------------------------------------------------x

### NOTICE OF HEARING ON JURISDICTIONAL ISSUE
### WITH RESPECT TO THE MOTION OF GENERAL MOTORS LLC
### (F/K/A GENERAL MOTORS COMPANY) TO ENFORCE SALE ORDER

CLI-1886083v1

PLEASE TAKE NOTICE that the briefing of the Jurisdictional Issue (as defined in the Stipulation and Agreed Order Regarding Scheduling Issues Related to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order, entered on November 9, 2010 (Docket No. 7704)) has been completed and, accordingly, a hearing on the Jurisdictional Issue will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **May 17, 2011, at 2:00 p.m. (New York time)**.

Dated: March 25, 2011
      New York, New York

Respectfully submitted,

  /s/   Lisa G. Laukitis
Lisa G. Laukitis
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

Andrew M. Kramer (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Heather Lennox (admitted *pro hac vice*)
Robert S. Walker (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR
GENERAL MOTORS LLC