## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,                           :
       f/k/a General Motors Corp., *et al.*    :    Chapter 11
                                                                :    Case No. 09-50026 (REG)
                                                                :    (Jointly Administered)
             Debtors.                   :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**    )
                          ) ss
COUNTY OF **SUFFOLK**    )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 25, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9910) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                          /s/Chanpreet Kondal
                                                          Chanpreet Kondal

Sworn to before me this 25th day of
March, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

TRANSFEROR

WGN Continental Broadcasting Company
c/o Tribune Company
Attn: Chief Legal Officer
435 North Michigan Avenue
Chicago, IL 60611

WGN Continental Broadcasting Company
c/o Sidley Austin LLP
Attn: Kerriann S. Mills
One South Dearborn Street
Chicago, IL 60603

TRANSFEREE

Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902