

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN                                                                  DIVISION OF SOCIAL JUSTICE
ATTORNEY GENERAL                                                              ENVIRONMENTAL PROTECTION BUREAU

March 28, 2011

**By Electronic and Overnight Mail**

Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 621
New York, New York 10004-5660

                Re:    *In re Motors Liquidation Company,*
                        Case No. 09-50026

Dear Judge Gerber:

      We understand from the debtors that they have included as an agenda matter for Tuesday, March 29, 2011, further argument and hearing on the exculpation/third party release clauses contained in the proposed confirmation order.  New York respectfully submits that there is no necessity for further hearing on this issue.  Moreover, there is clearly no reason or justification for the debtors to file anything further on the issue with the Court and New York strongly opposes any such filing.  The court has considered and ruled on our prior objection and the debtors' response (see March 7, 2011 Bench Decision, p. 31-34).  We respectfully submit that at this point, the Court is able to rule on what the confirmation order should say - or not say - regarding exculpation, without further filings or argument by the parties.  New York and the debtors simply differ on the import of the Court's Bench Decision with respect to (1) the meaning of the *Metromedia, Chemtura, DBSD* and *Adelphia* cases, and (2) what the confirmation order may say specifically about exculpation and third party releases in this case.

      On Wednesday, March 23, we made a good faith effort to resolve with counsel for the debtors our view of the confirmation order's continuing violation of well-settled case law, and we expressed our willingness to continue a dialogue to resolve our differences.  Counsel declined our suggestion to propose language for the confirmation order that would be consistent with this Court's ruling, or to continue a dialogue with New York.  Instead, counsel threatened the now-scheduled hearing.  On Friday, March 25, we received the Notice of Matters Scheduled for Hearing on Tuesday, March 29, 2011, in which the debtors indicate an intention to file a "response" on Monday, March 28.  We immediately advised the debtors by email of our position that no further hearing, argument, or submittals on the exculpation clause is necessary.  We

requested that the debtors instead give the Court the opportunity to rule by revising or not revising the confirmation order. The debtors responded that they intend to have a hearing.

Although I will be attending the scheduled hearing on Tuesday, March 29, New York strongly opposes any further filings by the debtors or the necessity for the Court to expend further time dealing with an issue on which it has already ruled. Any additional filing would allow the debtors to improperly reargue their position and raise new matters after the Court has already ruled on the question. Should the Court accept and consider any further filing by the debtors, however, we respectfully request the opportunity to respond, if appropriate. Thank you.

                    Respectfully submitted,

                    Maureen F. Leary
                    Assistant Attorney General
                    (518) 474-7154
                    Maureen.Leary@ag.ny.gov

cc:     Counsel Listed

| | |
|---|---|
| Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph H. Smolinsky, Esquire<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>Joseph.Smolinsky@weil.com<br>*Attorneys for Debtors* | Ted Stenger, Executive Vice President<br>c/o Motors Liquidation Company<br>General Motors LLC<br>500 Renaissance Center, Suite 1400<br>Detroit, Michigan 48243<br>tstenger@alixpartners.com |
| David R. Berz, Esquire<br>Thomas Goslin, Esquire<br>Weil Gotshal & Manges, LLP<br>1300 Eye Street, NW, Suite 900<br>Washington, DC 20005<br>david.berz@weil.com<br>thomas.goslin@weil.com<br>*Attorneys for General Motors* | John J. Rapisardi, Esquire<br>Cadwalader Wisckersham & Taft LLP<br>One World Financial Center<br>New York, New York  10281<br>*Attorney for the United States  Department of Treasury*<br><br>Mark Dowd<br>United States Department of Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington, D.C.  20220<br>Mark.Dowd@do.treas.gov |
| Thomas Morrow, Esquire<br>c/o Motors Liquidation Company<br>401 South Old Woodward Ave., Suite 370<br>Birmingham, Michigan  48009 | |

Michael J. Edelman, Esquire
Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019
mj_edelman@vedderprice.com
m_schein@vedderprice.com
*Attorneys for Export Development Canada*

Elliott P. Laws, Esquire
Crowell & Morning LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
ELaws@crowell.com
Michael O. Hill, Esquire
Hill & Kehne, LLC
2300 Wisconsin Avenue, NW
Suite 300
Washington, DC 20007
mhill@hillkehne.com
*For the Environmental Response Trust Administrative Trustee*

Thomas Moers Mayer, Esquire
Robert Schmidt, Esquire
Lauren Macksound, Esquire
Jennifer Sharret, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of The Americas
New York, NY 10036
tmayer@kramerlevin.com
rschmidt@kramerlevin.com
lmacksound@kramerlevin.com
jsharret@kramerlevin.com
*Attorneys for Official Committee of Unsecured Creditors*

Andrew D. Velez-Rivera, Esquire
Brian Shoichi Masumoto, Esquire
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
andy.velez-rivera@usdoj.gov
Brian.Masumoto@usdoj.gov
*Attorneys for the United States Trustee*

David S. Jones, Esquire
Natalie Kuehler, Esquire
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
86 Chamber Street, 3rd Floor
New York, NY 10007
David.Jones6@usdoj.gov
Natalie.Kuehler@usdoj.gov
*Attorneys for the United States*

Alan Tenenbaum, Esquire
Patrick M. Casey, Esquire
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
patrick.casey@usdoj.gov
alan.tenembaum@usdoj.gov
*Attorneys for the United States*

Elihu Inselbuch, Esquire
Rita C. Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
ei@capdale.com
rct@capdale.com
*Attorneys for Asbestos Claimants' Comm.*

Trevor W. Swett III, Esquire
Kevin C. Maclay, Esquire
Caplin & Drysdale
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
tws@capdale.com
kcm@capdale.com
*Attorneys for Asbestos Claimants*

Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
esserman@sbep-law.com
brousseau@sbep-law.com
*Attorneys for Future Claimants*

3

Margarita Padilla, Esquire
Deputy Attorney General
California Office of the Attorney General
P.O. Box 70550
1515 Clay Street
Oakland, CA  94615-0550
Margarita.Padilla@doj.ca.gov
*Attorneys for the Calif. Tox. Sub. Cont. Bd.*

John J. Privitera, Esquire
Jacob F. Lamme, Esquire
McNamee, Lochner, Titus & Williams, P.C.
677 Broadway
Albany, NY 12207-2503
privitera@mltw.com
*Attorneys for the Saint Regis Mohawk Tribe*