# Exhibit B

COMMERCIAL GARAGE POLICY

COMMERCIAL GARAGE DECLARATIONS                POLICY NUMBER 49-80440-01

ITEM ONE - NAMED INSURED

  FIRST NAMED INSURED: C THOMPSON AUTOMOTIVE INC

ITEM TWO - SCHEDULE OF COVERAGES AND AUTO

  THIS POLICY PROVIDES ONLY THOSE COVERAGES SHOWN BELOW. EACH OF THE
  COVERAGES WILL APPLY ONLY TO THOSE "AUTOS" SHOWN AS COVERED "AUTOS".
  "AUTOS" ARE SHOWN AS COVERED "AUTOS" FOR A PARTICULAR COVERAGE BY THE
  ENTRY OF ONE OR MORE OF THE SYMBOLS FROM THE COVERED AUTOS SECTION OF
  THE GARAGE COVERAGE FORM NEXT TO THE NAME OF THE COVERAGE. ENTRY OF
  A SYMBOL NEXT TO LIABILITY PROVIDES COVERAGE FOR "GARAGE OPERATIONS".

| COVERAGE | COVERED AUTO SYMBOLS | LIMIT |
|---|---|---|
| LIABILITY | 21 | EACH "ACCIDENT" "GARAGE OPERATIONS" "AUTO" ONLY $500,000<br>OTHER THAN "AUTO" $500,000<br>AGGREGATE "GARAGE OPERATIONS"<br>OTHER THAN "AUTO" $1,500,000 |
| AUTO MEDICAL PAYMENTS | 22 | $1,000 |
| MEDICAL PAYMENTS | PREMISES | $1,000 |
| UNINSURED MOTORISTS | 26 | $75,000 |
| UNDERINSURED MOTORISTS | 26 | $75,000 |
| PHYSICAL DAMAGE COVERAGE - COMPREHENSIVE | 28,30,31 | SEE ITEM SEVEN OR ITEM NINE OF THE DECLARATIONS FOR APPLICABLE LIMITS OF INSURANCE AND DEDUCTIBLES. |
| PHYSICAL DAMAGE COVERAGE - COLLISION | 28,30,31 | SEE ITEM SEVEN OR ITEM NINE OF THE DECLARATIONS FOR APPLICABLE LIMITS OF INSURANCE AND DEDUCTIBLES. |

  FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:

  CA 00 40 02 03      CA 02 30 06 99      CA 21 19 08 01
  CA 21 88 08 01      CA 23 84 01 06      CA 25 01 12 93
  CA 25 05 07 97      CA 70 00 06 87      CA 88 00 10 01
  CA 88 03 05 00      CA 88 08 05 00      CA 88 50 10 01
  CA 88 56 10 01      CA 88 57 08 03      CA 88 76 03 04
  CA 88 80 05 04      CA 88 85 07 05      CA 99 03 07 97
  CA 99 44 12 93      GA 000100 05 00     GA 000900 06 02
  IL 00 21 07 02

ITEM THREE - LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS

  LOCATION #   LOCATION ADDRESS

  001          1706 MONTAGUE AVE         GREENWOOD              SC 29649



CA DS 09 10 01 (MECH)

THO  49-80440-01 50 071
12-21-2007
PAGE 1                                       CHANGE EFFECTIVE 09-01-2007

COMMERCIAL GARAGE DECLARATIONS(CONT.)  
COMMERCIAL GARAGE POLICY  
POLICY NUMBER 49-80440-01

ITEM FOUR - LIABILITY COVERAGE

PREMIUM RATING BASIS

OPERATOR CLASSIFICATIONS

CLASS I-A  PROPRIETORS, PARTNERS, AND OFFICERS ACTIVE IN THE BUSINESS, SALES PERSONS, GENERAL MANAGERS OR SERVICE MANAGERS AND OTHER EMPLOYEES IF PROVIDED A FURNISHED "AUTO".

CLASS I-B  PROPRIETORS, PARTNERS, AND OFFICERS ACTIVE IN THE BUSINESS, SALES PERSONS, GENERAL MANAGERS OR SERVICE MANAGERS AND OTHER EMPLOYEES IF NOT PROVIDED A FURNISHED "AUTO".

CLASS I-C  ALL OTHER COMPANY EMPLOYEES NOT PROVIDED A FURNISHED "AUTO".

CLASS II-A  NON-EMPLOYEES UNDER AGE 25 PROVIDED A FURNISHED "AUTO".

CLASS II-B  NON-EMPLOYEES AGE 25 AND OVER PROVIDED A FURNISHED "AUTO".

CLASS II  CONTRACT DRIVERS OR A PERSON:
A) UNDER CONTRACT WITH THE NAMED INSURED TO DRIVE COVERED AUTOS TO A LOCATION SPECIFIED BY THE NAMED INSURED
B) EMPLOYED BY AN ORGANIZATION THE NAMED INSURED HIRES TO PROVIDE DRIVERS TO DRIVE COVERED AUTOS TO A SPECIFIED LOCATION.

| LOC.# | CLASS | FACTOR | #PERSONS | UNITS |
|---|---|---|---|---|
| 001 | I-A | 1.00 | 8.00 | 8.00 |
|  | I-B | 0.70 | 11.00 | 7.70 |
|  | I-C | 0.40 | 25.00 | 10.00 |

ITEM FIVE - OPTIONAL COVERAGE

BROADENED COVERAGE - GARAGES

LIMITS OF INSURANCE

PERSONAL AND ADVERTISING INJURY LIMIT OF INSURANCE $500,000  
FIRE LEGAL LIABILITY LIMIT OF INSURANCE $50,000 FOR ANY ONE FIRE

OPERATIONS DEFENSE COSTS - ADDITIONAL INSURANCE

LIMITS OF INSURANCE

$25,000 PER "OPERATIONS SUIT"   DEDUCTIBLE $1,000  
NO AGGREGATE LIMIT OF INSURANCE "OPERATIONS SUITS"

EMPLOYMENT PRACTICES

LIMITS OF LIABILITY

$500,000 EACH "ACT"  
$1,500,000 ANNUAL AGGREGATE

10.0% DEDUCTIBLE

CA DS 09 10 01 (MECH)

THO  49-80440-01 50 071  
12-21-2007  
PAGE 2                                                CHANGE EFFECTIVE 09-01-2007

COMMERCIAL GARAGE DECLARATIONS(CONT.)    COMMERCIAL GARAGE POLICY
                                          POLICY NUMBER 49-80440-01

ITEM SEVEN - PHYSICAL DAMAGE COVERAGE

PHYSICAL DAMAGE -INTERESTS

WITH RESPECT TO DEALER'S "AUTOS", THE FOLLOWING PHYSICAL DAMAGE COVERAGES APPLY TO YOUR INTEREST IN COVERED "AUTOS" YOU OWN AND YOUR INTEREST AND YOUR CREDITORS INTEREST, IF NAMED AS A LOSS PAYEE, IN COVERED "AUTOS" FINANCED BY YOUR CREDITORS:

|  | COVERAGES | | |
| --- | --- | --- | --- |
| TYPE OF AUTOS | COLLISION | COMPREHENSIVE | FALSE PRETENSE |
| NEW "AUTOS" OWNED | X | X | X |
| BUICK NEW FINANCED "AUTOS" | X | | |
| GMC NEW FINANCED "AUTOS" | X | | |
| NISSAN NEW FINANCED "AUTOS" | X | | |
| PONTIAC NEW FINANCED "AUTOS" | X | | |
| USED "AUTOS" OWNED | X | X | X |
| SERVICE AND DEMO "AUTOS" | X | X | X |

CA DS 09 10 01 (MECH)

THO  49-80440-01 50 071
12-21-2007
PAGE 3                                    CHANGE EFFECTIVE 09-01-2007

COMMERCIAL GARAGE DECLARATIONS(CONT.)  COMMERCIAL GARAGE POLICY
POLICY NUMBER 49-80440-01

PHYSICAL DAMAGE LIMITS AND COVERAGES

| LOCATION NUMBER | COVERAGE | LIMIT OF INSURANCE FOR EACH LOCATION |
|---|---|---|
| 001 | COMPREHENSIVE | $960,000 MINUS $500 DEDUCTIBLE FOR EACH COVERED "AUTO" SUBJECT TO $2,500 AGGREGATE DEDUCTIBLE* FROM ANY ONE OCCURRENCE* |
|  | COLLISION | $7,310,000 MINUS $500 DEDUCTIBLE FOR EACH COVERED "AUTO" |

*THE PHYSICAL DAMAGE DEDUCTIBLES FOR OTHER THAN COLLISION COVERAGE APPLY TO: "LOSS" CAUSED BY ALL COVERED CAUSES OF "LOSS".

WIND AND HAIL DEDUCTIBLE

　FOR ALL "LOSS" CAUSED BY WIND AND HAIL, THE FOLLOWING DEDUCTIBLES REPLACE THE DEDUCTIBLES INDICATED ABOVE:

　$250 FOR EACH COVERED "AUTO". THE AGGREGATE DEDUCTIBLE DOES NOT APPLY.

OTHER LOCATIONS

　FOR "LOSS" AT LOCATIONS OTHER THAN THOSE LISTED IN ITEM THREE OF THE DECLARATIONS, A LIMIT OF $2,420,000 APPLIES TO COVERED "AUTOS" IN TRANSIT AND ANY ADDITIONAL LOCATION WHERE YOU STORE COVERED "AUTOS".

FALSE PRETENSE

　PER PERSON LIMIT: $50,000    DEDUCTIBLE: $500 FOR EACH COVERED "AUTO"

AUTO DEALERS PHYSICAL DAMAGE REPORTING BASIS

　QUARTERLY:  YOU MUST GIVE US YOUR REPORTS BY THE FIFTEENTH OF THE FOURTH MONTH AFTER THE POLICY BEGINS.  YOUR SUBSEQUENT REPORTS MUST BE GIVEN TO US BY THE FIFTEENTH OF EVERY THIRD MONTH.  YOUR REPORTS MUST CONTAIN THE VALUE OF THE LAST BUSINESS DAY OF EVERY THIRD MONTH WITHIN THE POLICY PERIOD.

DEALER SPECIAL REPAIR PERCENTAGES

　REPAIR PERCENTAGES    YOUR "AUTOS"           PARTS  75%    LABOR  75%
　                      "CUSTOMER'S AUTOS"     PARTS  75%    LABOR  75%

CUSTOMERS' PERSONAL PROPERTY

　THE MOST WE WILL PAY IN ANY ONE "LOSS" TO "CUSTOMER'S PERSONAL" PROPERTY" IS $7,000.

CA DS 09 10 01 (MECH)

THO  49-80440-01 50 071
12-21-2007
PAGE 4                                              CHANGE EFFECTIVE 09-01-2007

COMMERCIAL GARAGE DECLARATIONS(CONT.)

COMMERCIAL GARAGE POLICY
POLICY NUMBER 49-80440-01

HIRED AUTO PHYSICAL DAMAGE COVERAGE

PHYSICAL DAMAGE COVERAGE IS PROVIDED FOR LEASED, HIRED, RENTED OR BORROWED (DOES NOT INCLUDE "AUTO" LEASED, RENTED OR BORROWED FROM AN "EMPLOYEE", PARTNER, MEMBER IF YOU ARE A LIMITED LIABILITY COMPANY OR MEMBERS OF THEIR HOUSEHOLDS) VEHICLES AS INDICATED IN THE SCHEDULE.

SCHEDULE

| COVERAGES | LIMITS OF INSURANCE THE MOST WE WILL PAY | DEDUCTIBLE |
|---|---|---|
| COMPREHENSIVE | ACV, OR COST OF REPAIRS WHICHEVER IS LESS MINUS DEDUCTIBLE | $250 |
| COLLISION | ACV, OR COST OF REPAIRS WHICHEVER IS LESS MINUS DEDUCTIBLE | $250 |

ITEM EIGHT - MEDICAL PAYMENTS COVERAGE

REFER TO ITEM NINE FOR COVERED "AUTOS" INSURED ON A SPECIFIED CAR BASIS. MEDICAL PAYMENTS COVERAGES APPLY IF THE APPROPRIATE ENDORSEMENT(S) IS/ARE ATTACHED TO THIS POLICY:

CA 25 05 GARAGE LOCATIONS AND OPERATIONS MEDICAL PAYMENTS COVERAGE

CA 99 03 AUTO MEDICAL PAYMENTS COVERAGE

CA DS 09 10 01 (MECH)

THO  49-80440-01 50 071
12-21-2007
PAGE 5

CHANGE EFFECTIVE 09-01-2007

COMMERCIAL GARAGE DECLARATIONS(CONT.)  COMMERCIAL GARAGE POLICY
POLICY NUMBER 49-80440-01

ITEM NINE - SCHEDULE OF COVERED AUTOS WHICH ARE INSURED ON A SPECIFIED CAR BASIS

PER "AUTO" COVERAGES, LIMITS AND DEDUCTIBLES ARE LISTED BELOW. ABSENCE OF AN INDIVIDUAL "AUTO" ENTRY MEANS THAT THE COVERAGE DOES NOT APPLY.

*** NO SCHEDULED VEHICLES EXIST FOR THIS POLICY. ***

```
       L              L R R -LIAB LIMITS-  ---PIP--- -PHYSL-         A    P          D
       T COV  SUB     M A S              DED R DAMAG  LST G T  O    A    S E
       D CODE LNE CLS T T K BI/MP PD     LIM COD B OTC COL  PRC E C L    T    E D ZO
HCCM   1 156A 618 6619    1                         069              A        9 000
HCCL   1 156A 618 6619    1                              099         A        9 000
FEC    1 106A 611 7040    1      16                                  A        9 000
CAT    1 152Z 618 730100  1                         203            X T        9 000
```

CA DS 09 10 01 (MECH)

THO  49-80440-01 50 071
12-21-2007
PAGE 6                                                    CHANGE EFFECTIVE 09-01-2007