# Exhibit D





| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | Volume |
|---|---|---|---|---|---|
| 12/13/2010 | 9600031681 | $340,000.00 | 42856507 | 20101213858179109401 | 20101231114302 |