**HEARING DATE AND TIME: April 26, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: April 19, 2011 at 4:00 p.m. (Eastern Time)**

David A. Golin
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone: (312) 876-7800
Facsimile:  (312) 876-0288

Attorneys for Sentry Select Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** | : | **09-50026 (REG)** |
| *et al.*, f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| **Debtors.** | : | |
| | : | **(Jointly Administered)** |
| | : | |
| | : | |
| | : | |

**ORDER GRANTING MOTION OF SENTRY SELECT INSURANCE COMPANY**
**FOR RECONSIDERATION OF CLAIM NO. 44306**

This matter coming on to be heard on the motion (the "Motion") of Sentry Select Insurance Company, pursuant to 11 U.S.C. § 502(j), for reconsideration of its proof of claim ("Claim No. 44306") filed against Motors Liquidation Company f/k/a General Motors Corporation; due and proper notice of the Motion having been provided, and it appearing that no other further notice need be provided; and the Court having found and concluded that cause exists for the reconsideration of Claim No. 44306 and for the relief granted herein;

2

IT IS HEREBY ORDERED that:

1. The portion of this Court's prior order entered on January 14, 2011 disallowing Claim No. 44306 is vacated; and

2. Claim No. 44306 is allowed in the amount of $581,629.83.


Dated: April __, 2011
New York, NY

_____
United States Bankruptcy Judge

9501081.1