TABLE 4

Page 1 of 1

**NET PRESENT VALUE ANALYSIS (30 YEARS, 7%)**
**(LEACHATE/GROUNDWATER SANITARY SEWER DISPOSAL SCENARIO)**
**NORTH SANITARY LANDFILL**
**DAYTON, OHIO**

| Cost Type | Year | Total Cost | Total Cost Per Year | Discount Factor (7%) | Present Value |
|---|---|---|---|---|---|
| *Alternative 2a* | | | | | |
| Capital Cost | 0 | $ 22,705,311 | $ 22,705,311 | 1.000 | $ 22,705,311 |
| Annual O&M Cost | 1-30 | $ 24,870,000 | $ 829,000 | 12.409 | $ 10,287,095 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.131 | $ 68,311 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 48,550,311 | | | $ 33,209,514 |
| *Alternative 2b* | | | | | |
| Capital Cost | 0 | $ 24,113,757 | $ 24,113,757 | 1.000 | $ 24,113,757 |
| Annual O&M Cost | 1-30 | $ 32,732,400 | $ 1,091,080 | 12.409 | $ 13,539,257 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.131 | $ 93,927 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 58,016,157 | | | $ 37,895,738 |
| *Alternative 3a* | | | | | |
| Capital Cost | 0 | $ 17,846,790 | $ 17,846,790 | 1.000 | $ 17,846,790 |
| Annual O&M Cost | 1-30 | $ 25,104,000 | $ 836,800 | 12.409 | $ 10,383,886 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.131 | $ 68,311 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 43,925,790 | | | $ 28,447,784 |
| *Alternative 3b* | | | | | |
| Capital Cost | 0 | $ 19,255,236 | $ 19,255,236 | 1.000 | $ 19,255,236 |
| Annual O&M Cost | 1-30 | $ 32,966,400 | $ 1,098,880 | 12.409 | $ 13,636,047 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.131 | $ 93,927 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 53,391,636 | | | $ 33,134,008 |

CRA PIN816Memo35" T4

US 00411

ATTACHMENT A

CITY OF DAYTON'S SCHEDULE OF RATES FOR
SEWER SERVICE

CRA 016816Memo357-ATTP

US 00412

  

High-Tech Industries

# Water Service Rates

Minimum charge per quarter

**RATES FOR WATER SERVICE**
Minimum Charge Per Quarter
(Effective January 1, 2009)

| Size | Type | Charge |
|---|---|---|
| 5/8" | Meter | $12.93 |
| 3/4" | Meter | $21.53 |
| 1" | Meter | $46.50 |
| 1.5" | Meter | $91.87 |
| 2" | Meter | $168.50 |
| 3" | Meter | $358.30 |
| 4" | Meter | $551.08 |
| 6" | Meter | $995.50 |
| 8" | Meter | $1,642.33 |

Minimum charge per month

**RATES FOR WATER SERVICE**
Minimum Charge Per Month
(Effective January 1, 2009)

Net amount (5% discount) allowed if paid by the day specified. Gross amount payable thereafter.

For further information: 333-3550

| | |
|---|---|
| Biochemical Oxygen Demand (BOD) in excess of 300 mg/l | $0.0150 |
| Suspended Solids in excess of 350 mg/l | $0.0360 |
| Special monitoring charge/ft | $0.0500 |

GM000414

US 00415

ATTACHMENT B

CITY OF DAYTON'S STANDARDS
FOR STREET IMPROVEMENTS

CRA 016816Memo357-ATTP



US 00416

|  |  | 2a | | 2b | | 3a | | 3b | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Total | NPV | Total | NPV | Total | NPV | Total | NPV |
| POTW | Base | $48,550,311 | $33,209,514 | $58,016,157 | $37,895,738 | $43,925,790 | $28,447,784 | $53,391,636 | $33,134,008 |
|  | Variation | $52,137,700 | $43,113,469 | $62,301,568 | $50,460,529 | $47,156,997 | $38,052,126 | $57,320,865 | $45,399,187 |
| T&D | Base | $114,191,886 | $59,215,105 | $218,112,867 | $102,458,431 | $126,552,015 | $61,478,816 | $230,472,996 | $104,722,141 |
|  | Variation | $122,698,630 | $90,379,862 | $234,400,108 | $166,412,588 | $135,976,437 | $97,723,881 | $247,677,885 | $173,756,586 |

Base Assumptions are 7% NPV Discount Rate and $0 for agency oversight of the RDRA both of which are unrealistic.

Variation Assumptions are 9% oversight costs of the RDRA based on actual experience at the Site over the history of the Site and 2.7% NPV Discount Rate based on U.S. Government data on prevailing prime interest rates and predictions regarding future rates.

**NET PRESENT VALUE ANALYSIS (30 YEARS, 0% AGENCY OVERSIGHT, 7% DISCOUNT RATE)**
**(LEACHATE/GROUNDWATER SANITARY SEWER DISPOSAL SCENARIO)**
**NORTH SANITARY LANDFILL**
**DAYTON, OHIO**

Page 1 of 5

| Cost Type | Year | Total Cost | Total Cost Per Year | Discount Factor (7%) | Present Value |
|---|---|---|---|---|---|
| **Alternative 2a** | | | | | |
| Capital Cost | 0 | $ 22,705,311 | $ 22,705,311 | 1.000 | $ 22,705,311 |
| Annual O&M Cost | 1-30 | $ 24,870,000 | $ 829,000 | 12.409 | $ 10,287,095 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.131 | $ 68,311 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 48,550,311 | | | $ 33,209,514 |
| **Alternative 2b** | | | | | |
| Capital Cost | 0 | $ 24,113,757 | $ 24,113,757 | 1.000 | $ 24,113,757 |
| Annual O&M Cost | 1-30 | $ 32,732,400 | $ 1,091,080 | 12.409 | $ 13,539,257 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.131 | $ 93,927 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 58,016,157 | | | $ 37,895,738 |
| **Alternative 3a** | | | | | |
| Capital Cost | 0 | $ 17,846,790 | $ 17,846,790 | 1.000 | $ 17,846,790 |
| Annual O&M Cost | 1-30 | $ 25,104,000 | $ 836,800 | 12.409 | $ 10,383,886 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.131 | $ 68,311 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 43,925,790 | | | $ 28,447,784 |
| **Alternative 3b** | | | | | |
| Capital Cost | 0 | $ 19,255,236 | $ 19,255,236 | 1.000 | $ 19,255,236 |
| Annual O&M Cost | 1-30 | $ 32,966,400 | $ 1,098,880 | 12.409 | $ 13,636,047 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.131 | $ 93,927 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 53,391,636 | | | $ 33,134,008 |

**NET PRESENT VALUE ANALYSIS (30 YEARS, 9% AGENCY OVERSIGHT, 2.7% DISCOUNT RATE)**
**(LEACHATE/GROUNDWATER SANITARY SEWER DISPOSAL SCENARIO)**
**NORTH SANITARY LANDFILL**
**DAYTON, OHIO**

Page 2 of 5

| Cost Type | Year | Total Cost | Total Cost Per Year | Discount Factor (2.7%) | Present Value |
|---|---|---|---|---|---|
| **Alternative 2a** | | | | | |
| Capital Cost | 0 | $ 24,449,950 | $ 24,449,950 | 1.000 | $ 24,449,950 |
| Annual O&M Cost | 1-30 | $ 26,712,750 | $ 890,425 | 20.383 | $ 18,149,417 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.450 | $ 233,825 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 52,137,700 | | | $ 43,113,469 |
| **Alternative 2b** | | | | | |
| Capital Cost | 0 | $ 25,966,738 | $ 25,966,738 | 1.000 | $ 25,966,738 |
| Annual O&M Cost | 1-30 | $ 35,164,830 | $ 1,172,161 | 20.383 | $ 23,892,005 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.450 | $ 321,509 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 62,301,568 | | | $ 50,460,529 |
| **Alternative 3a** | | | | | |
| Capital Cost | 0 | $ 19,217,697 | $ 19,217,697 | 1.000 | $ 19,217,697 |
| Annual O&M Cost | 1-30 | $ 26,964,300 | $ 898,810 | 20.383 | $ 18,320,327 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.450 | $ 233,825 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 47,156,997 | | | $ 38,052,126 |
| **Alternative 3b** | | | | | |
| Capital Cost | 0 | $ 20,734,485 | $ 20,734,485 | 1.000 | $ 20,734,485 |
| Annual O&M Cost | 1-30 | $ 35,416,380 | $ 1,180,546 | 20.383 | $ 24,062,915 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.450 | $ 321,509 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 57,320,865 | | | $ 45,399,187 |

**NET PRESENT VALUE ANALYSIS (30 YEARS, 0% AGENCY OVERSIGHT, 7% DISCOUNT RATE)**  
**(LEACHATE/GROUNDWATER T&D SCENARIO)**  
**NORTH SANITARY LANDFILL**  
**DAYTON, OHIO**

Page 3 of 5

| Cost Type | Year | Total Cost | Total Cost Per Year | Discount Factor (7%) | Present Value |
|---|---|---|---|---|---|
| **Alternative 2a** | | | | | |
| Capital Cost | 0 | $ 20,750,826 | $ 20,750,826 | 1.000 | $ 20,750,826 |
| Annual O&M Cost | 1-30 | $ 92,466,060 | $ 3,082,202 | 12.409 | $ 38,247,172 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.131 | $ 68,311 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 114,191,886 | | | $ 59,215,105 |
| **Alternative 2b** | | | | | |
| Capital Cost | 0 | $ 21,284,697 | $ 21,284,697 | 1.000 | $ 21,284,697 |
| Annual O&M Cost | 1-30 | $ 195,658,170 | $ 6,521,939 | 12.409 | $ 80,931,010 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.131 | $ 93,927 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 218,112,867 | | | $ 102,458,431 |
| **Alternative 3a** | | | | | |
| Capital Cost | 0 | $ 15,892,305 | $ 15,892,305 | 1.000 | $ 15,892,305 |
| Annual O&M Cost | 1-30 | $ 109,684,710 | $ 3,656,157 | 12.409 | $ 45,369,403 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.131 | $ 68,311 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 126,552,015 | | | $ 61,478,816 |
| **Alternative 3b** | | | | | |
| Capital Cost | 0 | $ 16,426,176 | $ 16,426,176 | 1.000 | $ 16,426,176 |
| Annual O&M Cost | 1-30 | $ 212,876,820 | $ 7,095,894 | 12.409 | $ 88,053,241 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.713 | $ 46,344 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.508 | $ 33,043 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.362 | $ 23,559 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.258 | $ 16,797 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.184 | $ 11,976 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.131 | $ 93,927 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.131 | $ 17,078 |
| | | $ 230,472,996 | | | $ 104,722,141 |

CLA NPV Calculations

US 00420

**NET PRESENT VALUE ANALYSIS (30 YEARS, 9% AGENCY OVERSIGHT, 2.7% DISCOUNT RATE)**
**(LEACHATE/GROUNDWATER T&D SCENARIO)**
**NORTH SANITARY LANDFILL**
**DAYTON, OHIO**

Page 4 of 5

| Cost Type | Year | Total Cost | Total Cost Per Year | Discount Factor (2.7%) | Present Value |
|---|---|---|---|---|---|
| **Alternative 2a** | | | | | |
| Capital Cost | 0 | $ 22,345,120 | $ 22,345,120 | 1.000 | $ 22,345,120 |
| Annual O&M Cost | 1-30 | $ 99,378,510 | $ 3,312,617 | 20.383 | $ 67,520,640 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.450 | $ 233,825 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 122,698,630 | | | $ 90,379,862 |
| **Alternative 2b** | | | | | |
| Capital Cost | 0 | $ 22,920,058 | $ 22,920,058 | 1.000 | $ 22,920,058 |
| Annual O&M Cost | 1-30 | $ 210,310,050 | $ 7,010,335 | 20.383 | $ 142,890,744 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.450 | $ 321,509 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 234,400,108 | | | $ 166,412,588 |
| **Alternative 3a** | | | | | |
| Capital Cost | 0 | $ 17,112,867 | $ 17,112,867 | 1.000 | $ 17,112,867 |
| Annual O&M Cost | 1-30 | $ 117,888,570 | $ 3,929,619 | 20.383 | $ 80,096,911 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 520,000 | $ 520,000 | 0.450 | $ 233,825 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 135,976,437 | | | $ 97,723,881 |
| **Alternative 3b** | | | | | |
| Capital Cost | 0 | $ 17,687,805 | $ 17,687,805 | 1.000 | $ 17,687,805 |
| Annual O&M Cost | 1-30 | $ 228,820,080 | $ 7,627,336 | 20.383 | $ 155,466,995 |
| Periodic Cost (5-Year Review) | 5 | $ 65,000 | $ 65,000 | 0.875 | $ 56,893 |
| Periodic Cost (5-Year Review) | 10 | $ 65,000 | $ 65,000 | 0.766 | $ 49,798 |
| Periodic Cost (5-Year Review) | 15 | $ 65,000 | $ 65,000 | 0.671 | $ 43,587 |
| Periodic Cost (5-Year Review) | 20 | $ 65,000 | $ 65,000 | 0.587 | $ 38,151 |
| Periodic Cost (5-Year Review) | 25 | $ 65,000 | $ 65,000 | 0.514 | $ 33,393 |
| Periodic Cost (Decommissioning) | 30 | $ 715,000 | $ 715,000 | 0.450 | $ 321,509 |
| Periodic Cost (Remedial Action Report) | 30 | $ 130,000 | $ 130,000 | 0.450 | $ 58,456 |
| | | $ 247,677,885 | | | $ 173,756,586 |

CRA NPV Calculations

SUMMARY OF ESTIMATED CAPITAL, ANNUAL O/M, AND PERIODIC COSTS
(LEACHATE/GROUNDWATER SANITARY SEWER DISPOSAL SCENARIO, 0% AGENCY OVERSIGHT)
NORTH SANITARY LANDFILL
DAYTON, OHIO

Page 1 of 4

| Environmental Media | Process Options | Alternative No.: 2a<br>Disposal Area 1, 2, 3, 5 Cap: SW Cap<br>Groundwater: Monitoring | 2b<br>SW Cap<br>Extraction | 3a<br>Alternate SW Cap<br>Monitoring | 3b<br>Alternate SW Cap<br>Extraction |
|---|---|---|---|---|---|
| **CAPITAL COSTS** | | | | | |
| Waste and OPBWA Soil | Disposal Area 4 Waste Relocation | $1,537,080 | $1,537,080 | $1,537,080 | $1,537,080 |
| | Disposal Area 4 Post-Excavation Sampling | $25,000 | $25,000 | $25,000 | $25,000 |
| | OPBWA Waste and Soil Consolidation | $7,650 | $7,650 | $7,650 | $7,650 |
| | OPBWA Post-Excavation Sampling | $2,000 | $2,000 | $2,000 | $2,000 |
| | Cap Disposal Areas 1, 2, 3, 5 | $9,840,217 | $9,840,217 | $6,645,923 | $6,645,923 |
| | Stormwater Management Facilities | $250,000 | $250,000 | $250,000 | $250,000 |
| | Valleycrest Drive Re-Opening | $180,750 | $180,750 | $180,750 | $180,750 |
| NAPL | Recovery Systems at NSL-54L and NSL-55L | $25,000 | $25,000 | $25,000 | $25,000 |
| Leachate | Extraction System | $794,750 | $794,750 | $794,750 | $794,750 |
| | Pretreatment System | $1,300,000 | $1,300,000 | $1,300,000 | $1,300,000 |
| | Sanitary Sewer Tie-In and Capacity Sensor | $35,000 | $35,000 | $35,000 | $35,000 |
| Landfill Gas | Collection and Monitoring System | $764,000 | $764,000 | $764,000 | $764,000 |
| | Energy Recovery Devices | not included | not included | not included | not included |
| Groundwater | Monitoring Network Expansion | $150,000 | $150,000 | $150,000 | $150,000 |
| | Extraction System | not included | $276,000 | not included | $276,000 |
| | Pretreatment System (incremental to leachate) | not included | $650,000 | not included | $650,000 |
| | Subtotal Capital Cost: | $14,911,447 | $15,837,447 | $11,717,153 | $12,643,153 |
| | Contingency (30%): | $4,473,434 | $4,751,234 | $3,515,146 | $3,792,946 |
| | Subtotal: | $19,384,881 | $20,588,681 | $15,232,299 | $16,436,099 |
| | Professional/Technical Services - Project Management (5%): | $969,244 | $1,029,434 | $761,615 | $821,805 |
| | Professional/Technical Services - Remedial Design (6%): | $1,163,093 | $1,235,321 | $913,938 | $986,166 |
| | Professional/Technical Services - Construction Management (6%): | $1,163,093 | $1,235,321 | $913,938 | $986,166 |
| | Institutional Controls: | $25,000 | $25,000 | $25,000 | $25,000 |
| | **Total Capital Cost:** | **$22,705,311** | **$24,113,757** | **$17,846,790** | **$19,255,236** |
| **ANNUAL O&M COSTS** | | | | | |
| Waste | Cap | $25,000 | $25,000 | $25,000 | $25,000 |
| | Stormwater Management Facilities | $25,000 | $25,000 | $25,000 | $25,000 |
| NAPL | Monitoring/Removal | $5,000 | $5,000 | $5,000 | $5,000 |
| Leachate | Extraction System | $50,000 | $50,000 | $50,000 | $50,000 |
| | Pretreatment System | $150,000 | $150,000 | $150,000 | $150,000 |
| | Off-Site Disposal | $35,000 | $35,000 | $40,000 | $40,000 |
| Landfill Gas | Collection and Flaring | $50,000 | $50,000 | $50,000 | $50,000 |
| | Monitoring | $25,000 | $25,000 | $25,000 | $25,000 |
| Groundwater | Extraction System | not included | $50,000 | not included | $50,000 |
| | Pretreatment System (incremental to leachate) | not included | $75,000 | not included | $75,000 |
| | Off-Site Disposal | not included | $43,000 | not included | $43,000 |
| | Monitoring | $150,000 | $150,000 | $150,000 | $150,000 |
| | Monitoring Well Maintenance | $10,000 | $10,000 | $10,000 | $10,000 |
| | Subtotal Annual O&M Cost: | $525,000 | $693,000 | $530,000 | $698,000 |
| | Contingency (30%): | $157,500 | $207,900 | $159,000 | $209,400 |
| | Subtotal: | $682,500 | $900,900 | $689,000 | $907,400 |
| | Professional/Technical Services - Project Management (5%): | $34,125 | $45,045 | $34,450 | $45,370 |
| | Professional/Technical Services - O&M Technical Support (15%): | $102,375 | $135,135 | $103,350 | $136,110 |
| | Institutional Controls: | $10,000 | $10,000 | $10,000 | $10,000 |
| | **Total Annual O&M Cost:** | **$829,000** | **$1,091,080** | **$836,800** | **$1,098,880** |
| **PERIODIC COSTS[1]** | | | | | |
| Leachate | Extraction/Pretreatment System Decommissioning | $150,000 | $150,000 | $150,000 | $150,000 |
| Landfill Gas | Collection System Decommissioning | $100,000 | $100,000 | $100,000 | $100,000 |
| | Monitoring Network Decommissioning | $50,000 | $50,000 | $50,000 | $50,000 |
| Groundwater | Extraction System Decommissioning | not included | $150,000 | not included | $150,000 |
| | Monitoring Network Decommissioning | $100,000 | $100,000 | $100,000 | $100,000 |
| | Subtotal Decommissioning Cost: | $400,000 | $550,000 | $400,000 | $550,000 |
| | Contingency (30%): | $120,000 | $165,000 | $120,000 | $165,000 |
| | Subtotal: | $520,000 | $715,000 | $520,000 | $715,000 |
| Various | 5-Year Reviews | $65,000 | $65,000 | $65,000 | $65,000 |
| Various | Remedial Action Report | $130,000 | $130,000 | $130,000 | $130,000 |

Notes

[1] Decommissioning and Remedial Action Report costs occur at Year 30. 5-Year review costs occur at Years 5, 10, 15, 20, and 25. Includes 30% contingency.

US 00422

SUMMARY OF ESTIMATED CAPITAL, ANNUAL O/M, AND PERIODIC COSTS
(LEACHATE/GROUNDWATER SANITARY SEWER DISPOSAL SCENARIO, 5% AGENCY OVERSIGHT)
NORTH SANITARY LANDFILL
DAYTON, OHIO

Page 2 of 9

| Environmental Media | Process Options | Alternative No.: 2a<br>Disposal Area 1, 2, 3, 5 Cap: SW Cap<br>Groundwater: Monitoring | 2b<br>SW Cap<br>Extraction | 3a<br>Alternate SW Cap<br>Monitoring | 3b<br>Alternate SW Cap<br>Extraction |
|---|---|---|---|---|---|
| **CAPITAL COSTS** | | | | | |
| Waste and OPBWA Soil | Disposal Area 4 Waste Relocation | $1,537,080 | $1,537,080 | $1,537,080 | $1,537,080 |
| | Disposal Area 4 Post-Excavation Sampling | $25,000 | $25,000 | $25,000 | $25,000 |
| | OPBWA Waste and Soil Consolidation | $7,650 | $7,650 | $7,650 | $7,650 |
| | OPBWA Post-Excavation Sampling | $2,000 | $2,000 | $2,000 | $2,000 |
| | Cap Disposal Areas 1, 2, 3, 5 | $9,840,217 | $9,840,217 | $6,645,923 | $6,645,923 |
| | Stormwater Management Facilities | $250,000 | $250,000 | $250,000 | $250,000 |
| | Valleycrest Drive Re-Opening | $180,750 | $180,750 | $180,750 | $180,750 |
| NAPL | Recovery Systems at NSL-54L and NSL-55L | $25,000 | $25,000 | $25,000 | $25,000 |
| Leachate | Extraction System | $794,750 | $794,750 | $794,750 | $794,750 |
| | Pretreatment System | $1,300,000 | $1,300,000 | $1,300,000 | $1,300,000 |
| | Sanitary Sewer Tie-In and Capacity Sensor | $35,000 | $35,000 | $35,000 | $35,000 |
| Landfill Gas | Collection and Monitoring System | $764,000 | $764,000 | $764,000 | $764,000 |
| | Energy Recovery Devices | not included | not included | not included | not included |
| Groundwater | Monitoring Network Expansion | $150,000 | $150,000 | $150,000 | $150,000 |
| | Extraction System | not included | $276,000 | not included | $276,000 |
| | Pretreatment System (incremental to leachate) | not included | $650,000 | not included | $650,000 |
| | Subtotal Capital Cost: | $14,911,447 | $15,837,447 | $11,717,153 | $12,643,153 |
| | Contingency (30%): | $4,473,434 | $4,751,234 | $3,515,146 | $3,792,946 |
| | Subtotal: | $19,384,881 | $20,588,681 | $15,232,299 | $16,436,099 |
| | Professional/Technical Services - Project Management (5%): | $969,244 | $1,029,434 | $761,615 | $821,805 |
| | Professional/Technical Services - Remedial Design (6%): | $1,163,093 | $1,235,321 | $913,938 | $986,166 |
| | Professional/Technical Services - Construction Management (6%): | $1,163,093 | $1,235,321 | $913,938 | $986,166 |
| | Institutional Controls: | $25,000 | $25,000 | $25,000 | $25,000 |
| | **Total Capital Cost:** | **$24,449,950** | **$25,966,738** | **$19,237,697** | **$20,734,485** |
| **ANNUAL O&M COSTS** | | | | | |
| Waste | Cap | $25,000 | $25,000 | $25,000 | $25,000 |
| | Stormwater Management Facilities | $25,000 | $25,000 | $25,000 | $25,000 |
| NAPL | Monitoring/Removal | $5,000 | $5,000 | $5,000 | $5,000 |
| Leachate | Extraction System | $50,000 | $50,000 | $50,000 | $50,000 |
| | Pretreatment System | $150,000 | $150,000 | $150,000 | $150,000 |
| | Off-Site Disposal | $35,000 | $35,000 | $40,000 | $40,000 |
| Landfill Gas | Collection and Flaring | $50,000 | $50,000 | $50,000 | $50,000 |
| | Monitoring | $25,000 | $25,000 | $25,000 | $25,000 |
| Groundwater | Extraction System | not included | $50,000 | not included | $50,000 |
| | Pretreatment System (incremental to leachate) | not included | $75,000 | not included | $75,000 |
| | Off-Site Disposal | not included | $43,000 | not included | $43,000 |
| | Monitoring | $150,000 | $150,000 | $150,000 | $150,000 |
| | Monitoring Well Maintenance | $10,000 | $10,000 | $10,000 | $10,000 |
| | Subtotal Annual O&M Cost: | $525,000 | $693,000 | $530,000 | $698,000 |
| | Contingency (30%): | $157,500 | $207,900 | $159,000 | $209,400 |
| | Subtotal: | $682,500 | $900,900 | $689,000 | $907,400 |
| | Professional/Technical Services - Project Management (5%): | $34,125 | $45,045 | $34,450 | $45,370 |
| | Professional/Technical Services - O&M Technical Support (15%): | $102,375 | $135,135 | $103,350 | $136,110 |
| | Institutional Controls: | $10,000 | $10,000 | $10,000 | $10,000 |
| | **Total Annual O&M Cost:** | **$890,425** | **$1,172,161** | **$898,810** | **$1,180,546** |
| **PERIODIC COSTS [1]** | | | | | |
| Leachate | Extraction/Pretreatment System Decommissioning | $150,000 | $150,000 | $150,000 | $150,000 |
| Landfill Gas | Collection System Decommissioning | $100,000 | $100,000 | $100,000 | $100,000 |
| | Monitoring Network Decommissioning | $50,000 | $50,000 | $50,000 | $50,000 |
| Groundwater | Extraction System Decommissioning | not included | $150,000 | not included | $150,000 |
| | Monitoring Network Decommissioning | $100,000 | $100,000 | $100,000 | $100,000 |
| | Subtotal Decommissioning Cost: | $400,000 | $550,000 | $400,000 | $550,000 |
| | Contingency (30%): | $120,000 | $165,000 | $120,000 | $165,000 |
| | Subtotal: | $520,000 | $715,000 | $520,000 | $715,000 |
| Various | 5-Year Reviews | $65,000 | $65,000 | $65,000 | $65,000 |
| Various | Remedial Action Report | $130,000 | $130,000 | $130,000 | $130,000 |

**Notes**
[1] Decommissioning and Remedial Action Report costs occur at Year 30. 5-Year review costs occur at Years 5, 10, 15, 20, and 25. Includes 30% contingency.

US 00423

SUMMARY OF ESTIMATED CAPITAL, ANNUAL O/M AND PERIODIC COSTS
(LEACHATE/GROUNDWATER T&D SCENARIO, 0% AGENCY OVERSIGHT)
NORTH SANITARY LANDFILL
DAYTON, OHIO

Page 3 of 4

| Environmental Media | Process Options | Alternative No.: 2a<br>Disposal Area 1, 2, 3, 5 Cap: SW Cap<br>Groundwater: Monitoring | 2b<br>SW Cap<br>Extraction | 3a<br>Alternate SW Cap<br>Monitoring | 3b<br>Alternate SW Cap<br>Extraction |
|---|---|---|---|---|---|
| **CAPITAL COSTS** | | | | | |
| Waste and OPBWA Soil | Disposal Area 4 Waste Relocation | $1,537,080 | $1,537,080 | $1,537,080 | $1,537,080 |
| | Disposal Area 4 Post-Excavation Sampling | $25,000 | $25,000 | $25,000 | $25,000 |
| | OPBWA Waste and Soil Consolidation | $7,650 | $7,650 | $7,650 | $7,650 |
| | OPBWA Post-Excavation Sampling | $2,000 | $2,000 | $2,000 | $2,000 |
| | Cap Disposal Areas 1, 2, 3, 5 | $9,840,217 | $9,840,217 | $6,645,923 | $6,645,923 |
| | Stormwater Management Facilities | $250,000 | $250,000 | $250,000 | $250,000 |
| | Valleycrest Drive Re-Opening | $180,750 | $180,750 | $180,750 | $180,750 |
| NAPL | Recovery Systems at NSL-S4L and NSL-S5L | $25,000 | $25,000 | $25,000 | $25,000 |
| Leachate | Extraction System | $794,750 | $794,750 | $794,750 | $794,750 |
| | Collection Tank | $50,000 | $50,000 | $50,000 | $50,000 |
| Landfill Gas | Collection and Monitoring System | $764,000 | $764,000 | $764,000 | $764,000 |
| | Energy Recovery Devices | not included | not included | not included | not included |
| Groundwater | Monitoring Network Expansion | $150,000 | $150,000 | $150,000 | $150,000 |
| | Extraction System | not included | $276,000 | not included | $276,000 |
| | Collection Tank (incremental to leachate) | not included | $75,000 | not included | $75,000 |
| | Subtotal Capital Cost: | $13,626,447 | $13,977,447 | $10,432,153 | $10,783,153 |
| | Contingency (30%): | $4,087,934 | $4,193,234 | $3,129,646 | $3,234,946 |
| | Subtotal: | $17,714,381 | $18,170,681 | $13,561,799 | $14,018,099 |
| | Professional/Technical Services - Project Management (5%): | $885,719 | $908,534 | $678,090 | $700,905 |
| | Professional/Technical Services - Remedial Design (6%): | $1,062,863 | $1,090,241 | $813,708 | $841,086 |
| | Professional/Technical Services - Construction Management (6%): | $1,062,863 | $1,090,241 | $813,708 | $841,086 |
| | Institutional Controls: | $25,000 | $25,000 | $25,000 | $25,000 |
| | **Total Capital Cost:** | **$20,750,826** | **$21,284,697** | **$15,892,305** | **$16,426,176** |
| **ANNUAL O&M COSTS** | | | | | |
| Waste | Cap | $25,000 | $25,000 | $25,000 | $25,000 |
| | Stormwater Management Facilities | $25,000 | $25,000 | $25,000 | $25,000 |
| NAPL | Monitoring/Removal | $5,000 | $5,000 | $5,000 | $5,000 |
| Leachate | Extraction System | $50,000 | $50,000 | $50,000 | $50,000 |
| | Off-Site T&D | $1,629,360 | $1,629,360 | $1,997,280 | $1,997,280 |
| Landfill Gas | Collection and Flaring | $50,000 | $50,000 | $50,000 | $50,000 |
| | Monitoring | $25,000 | $25,000 | $25,000 | $25,000 |
| Groundwater | Extraction System | not included | $50,000 | not included | $50,000 |
| | Off-Site T&D | not included | $2,154,960 | not included | $2,154,960 |
| | Monitoring | $150,000 | $150,000 | $150,000 | $150,000 |
| | Monitoring Well Maintenance | $10,000 | $10,000 | $10,000 | $10,000 |
| | Subtotal Annual O&M Cost: | $1,969,360 | $4,174,320 | $2,337,280 | $4,542,240 |
| | Contingency (30%): | $590,808 | $1,252,296 | $701,184 | $1,362,672 |
| | Subtotal: | $2,560,168 | $5,426,616 | $3,038,464 | $5,904,912 |
| | Professional/Technical Services - Project Management (5%): | $128,008 | $271,331 | $151,923 | $295,246 |
| | Professional/Technical Services - O&M Technical Support (15%): | $384,025 | $813,992 | $455,770 | $885,737 |
| | Institutional Controls: | $10,000 | $10,000 | $10,000 | $10,000 |
| | **Total Annual O&M Cost:** | **$3,082,202** | **$6,521,939** | **$3,656,157** | **$7,095,894** |
| **PERIODIC COSTS** [1] | | | | | |
| Leachate | Extraction/Tank System Decommissioning | $150,000 | $150,000 | $150,000 | $150,000 |
| Landfill Gas | Collection System Decommissioning | $100,000 | $100,000 | $100,000 | $100,000 |
| | Monitoring Network Decommissioning | $50,000 | $50,000 | $50,000 | $50,000 |
| Groundwater | Extraction System Decommissioning | not included | $150,000 | not included | $150,000 |
| | Monitoring Network Decommissioning | $100,000 | $100,000 | $100,000 | $100,000 |
| | Subtotal Decommissioning Cost | $400,000 | $550,000 | $400,000 | $550,000 |
| | Contingency (30%): | $120,000 | $165,000 | $120,000 | $165,000 |
| | Subtotal: | $520,000 | $715,000 | $520,000 | $715,000 |
| Various | 5-Year Reviews | $65,000 | $65,000 | $65,000 | $65,000 |
| Various | Remedial Action Report | $130,000 | $130,000 | $130,000 | $130,000 |

Notes

[1] Decommissioning and Remedial Action Report costs occur at Year 30. 5-Year review costs occur at Years 5, 10, 15, 20, and 25. Includes 30% contingency.

US 00424