**Maarsen, Yolande**

**From:** Stamp, Vince
**Sent:** Friday, January 14, 2011 3:51 PM
**To:** Maarsen, Yolande
**Subject:** FW: Valleycrest - Draft Responses to Comments and FS Report

**From:** Shoemaker, James [mailto:James.Shoemaker@daytonohio.gov]
**Sent:** Friday, January 14, 2011 3:39 PM
**To:** jbuyers@craworld.com; mikes@demaximis.com
**Cc:** Scott DuBoff; Simmons, Michele
**Subject:** RE: Valleycrest - Draft Responses to Comments and FS Report

John and Mike,

Michelle Simmons and I have reviewed the revised FS report and response letter to OEPA that accompanied John's January 12 email. At several points the response letter states (Response to General Comment #6, Response to Specific Comment #38, etc.) that Section 4.1 of the FS report has been revised to refer to "pretreatment and discharge to an on-site infiltration impoundment or infiltration gallery" as contingent disposal options for extracted leachate and groundwater. Please note that such infiltration structures are not acceptable alternatives for management of extracted leachate and groundwater at the Valleycrest site given its very close proximity to Dayton's primary well fields (as an aside, I should also note that the language in question appears in the FS report, Section 4.1.2a, p. 54, as previously-existing discussion rather than revised language). Needless to say, Michelle and I are available to discuss this matter with you, and please call either of us with any questions.

Regards,
Jim


Jim Shoemaker, Hydrogeologist
Dayton Dept. of Water
320 W. Monument Avenue
Dayton, OH 45402
Phone: (937) 333-3727
Fax: (937) 333-2833
E-Mail: jim.shoemaker@cityofdayton.org

---

More information about the City of Dayton at:

  



1/14/2011

US 00467

**Maarsen, Yolande**

**From:** Stamp, Vince
**Sent:** Friday, January 14, 2011 3:51 PM
**To:** Maarsen, Yolande
**Subject:** FW: Valleycrest - Draft Responses to Comments and FS Report

**From:** Shoemaker, James [mailto:James.Shoemaker@daytonohio.gov]
**Sent:** Friday, January 14, 2011 3:39 PM
**To:** jbuyers@craworld.com; mikes@demaximis.com
**Cc:** Scott DuBoff; Simmons, Michele
**Subject:** RE: Valleycrest - Draft Responses to Comments and FS Report

John and Mike,

Michelle Simmons and I have reviewed the revised FS report and response letter to OEPA that accompanied John's January 12 email. At several points the response letter states (Response to General Comment #6, Response to Specific Comment #38, etc.) that Section 4.1 of the FS report has been revised to refer to "pretreatment and discharge to an on-site infiltration impoundment or infiltration gallery" as contingent disposal options for extracted leachate and groundwater. Please note that such infiltration structures are not acceptable alternatives for management of extracted leachate and groundwater at the Valleycrest site given its very close proximity to Dayton's primary well fields (as an aside, I should also note that the language in question appears in the FS report, Section 4.1.2a, p. 54, as previously-existing discussion rather than revised language). Needless to say, Michelle and I are available to discuss this matter with you, and please call either of us with any questions.

Regards,
Jim


Jim Shoemaker, Hydrogeologist
Dayton Dept. of Water
320 W. Monument Avenue
Dayton, OH 45402
Phone: (937) 333-3727
Fax: (937) 333-2833
E-Mail: jim.shoemaker@cityofdayton.org

---

More information about the City of Dayton at:

   



1/14/2011

US 00468

## CERTIFICATE OF SERVICE

I, Jason A. Nagi, Esq., of Polsinelli Shughart PC, hereby certify that on the 22nd day of February, 2011, I caused to be served a copy of the foregoing document upon the parties listed below in the manner indicated.

### VIA FIRST CLASS MAIL AND/OR ELECTRONIC MAIL

| | |
|---|---|
| Harvey R. Miller, Esquire<br>Stephen Karotkin, Esquire<br>Joseph H. Smolinsky, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com<br>(Counsel to the Debtors) | Thomas Morrow<br>Motors Liquidation Company<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, Michigan 48009 |
| Lawrence S. Buonomo, Esquire<br>General Motors LLC<br>400 Renaissance Center<br>Detroit, Michigan 48265 | John J. Rapisardi, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, New York 10281<br>john.rapisardi@cwt.com<br>(Counsel to the US Department of Treasury) |
| Joseph Samarias, Esquire<br>United States Department of the Treasury<br>1500 Pennsylvania Avenue, NW,<br>Room 2312<br>Washington, D.C. 20220 | Michael J. Edelman, Esquire<br>Michael L. Schein, Esquire<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>mjedelman@vedderprice.com<br>mschein@vedderprice.com<br>(Counsel to Export Development Canada) |
| Thomas Moers Mayer, Esquire<br>Robert Schmidt, Esquire<br>Lauren Macksoud, Esquire<br>Jennifer Sharret, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>tmayer@kramerlevin.com<br>rschmidt@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com<br>(Counsel to the Statutory Committee of Unsecured Creditors) | Tracy Hope Davis, Esquire<br>Office of the United States Trustee for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 100044 |

| | |
|---|---|
| David S. Jones, Esquire<br>Natalie Kuehler, Esquire<br>U.S. Attorney's Office, S.D.N.Y.<br>86 Chambers Street, Third Floor<br>New York, New York 10007 | Elihu Inselbuch, Esquire<br>Rita C. Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, New York 10152-3500<br>ei@capdale.com<br>rct@capdale.com<br>(Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims) |
| Trevor W. Swett III, Esquire<br>Kevin C. Maclay, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>tws@capdale.com<br>kcm@capdale.com<br>(Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims) | Sander L. Esserman, Esquire<br>Robert T. Brousseau, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>esserman@sbep-law.com<br>brousseau@sbep-law.com<br>(Counsel for Dean M. Trafelet) |

*/s/ Jason A. Nagi*
Jason A. Nagi, Esquire

{BAY:01166815v1}

US 00470