# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, | ) | Case No. 09-50026 (REG) |
| | ) | |
| f/k/a/ GENERAL MOTORS CORP., | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING APPROVING THE NON-OWNED SITE CONSENT DECREE AND ENVIRONMENTAL SETTLEMENT AGREEMENT

Upon the Motion of the Debtors for an Order Approving the Consent Decree and Settlement Agreement Between the United States of America and the Debtors ("**Debtors' Approval Motion**") and the Motion of the United States of America (the "**United States**") for entry of an Order to Approve the Consent Decree and Environmental Settlement Agreement Among the Debtors and the United States (the "**Approval Motion**")[1]; and it appearing that the relief requested is in the best interests of Debtors' estates, its creditors and other parties in interest; and the Court having jurisdiction to consider the Approval Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Approval Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of Debtors' Approval Motion having been filed by Debtors on March 22, 2011, and deemed adequate and appropriate under the circumstances; and after lodging of the Non-Owned Site Settlement Agreement with this Court on March 4, 2011, and publication of the Non-Owned Site

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Approval Motion.

Settlement Agreement in the *Federal Register* for public comment; and the Court having reviewed the United States' memorandum of law in support of the Approval Motion responding to public comments submitted to the United States concerning the Non-Owned Site Settlement Agreement; and the Court having determined that the legal and factual bases set forth in the Approval Motion establish just cause for the relief granted herein; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

    1.    **ORDERED** that the Approval Motion is granted; and it is further

    2.    **ORDERED** that the Non-Owned Site Settlement Agreement is hereby approved as fair, reasonable and consistent with environmental law; and it is further;

    3.    **ORDERED** that the parties to the Non-Owned Site Settlement Agreement are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

    1.    **ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

    2.    **ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York
Date: _____, 2011                    United States Bankruptcy Judge