SILVERMAN & MORRIS, P.L.L.C.
7115 Orchard Lake Road, Suite 500
West Bloomfield, Michigan 48322
Tel: (248) 539-1330; Fax (248) 539-1355
Counsel for ARRK Canada, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION COMPANY *et al.,*     Chapter 11
f/k/a General Motors Corporation, *et al.*,     Case No. 09-50026 (REG)
   (Jointly Administered)

    Debtors.
_____/     Hon. Robert E. Gerber

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Silverman & Morris, P.L.L.C. hereby withdraws its appearance in the above-captioned Chapter 11 case, effective as of the date hereof, and requests that Karin F. Avery, Esq. (avery@silvermanmorris.com) be removed from the ECF notification in the above-captioned case. Silverman & Morris, P.L.L.C. no longer represents a party in interest in the proceedings.

Dated: March 28, 2011

        **SILVERMAN & MORRIS, P.L.L.C.**

        By:   /s/ Karin F. Avery
           Geoffrey L. Silverman (P34011)
           Karin F. Avery (P45364)
        Attorneys for ARRK Canada, Inc.
        7115 Orchard Lake Road, Suite 500
        West Bloomfield, Michigan 48322
        avery@silvermanmorris.com
        Tel: (248) 539-1330; Fax (248) 539-1355

X:\Clients\General Motors Bankruptcy\Notice of Withdrawal of Appearance (Aark) kfa 032211.doc