PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
JAIMIE L. NAWADAY
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2528
Facsimile:  (212) 637-2750
Email: jaimie.nawaday@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a/ GENERAL MOTORS CORP., *et al.*, | : | Case No. 09-50026 (REG) |
|  | : | Jointly Administered |
| Debtors. | : |  |

**CERTIFICATE OF SERVICE**

I, Jaimie L. Nawaday, an Assistant United States Attorney for the Southern District of New York, hereby certify that on March 28, 2011, I caused a copy of the United States' Statement in Support of Debtors' Motion to Approve the Settlement Agreement Among the Debtors and the United States, along with Exhibits A-C, to be served upon the parties to this action by (i) filing with the Court's Electronic Court Filing system (ECF) for the above-referenced case; (ii) delivery by first-class mail to the addresses listed in Exhibit 1 attached hereto; and (iii) delivery by electronic mail to the addresses listed in Exhibit 2 attached hereto.

Dated:   New York, New York
March 28, 2011

        PREET BHARARA
        United States Attorney for the
        Southern District of New York
        Attorney for the United States of America

By:   */s/ Jaimie L. Nawaday*
        DAVID S. JONES
        NATALIE N. KUEHLER
        JAIMIE L. NAWADAY
        Assistant United States Attorneys
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone:   (212) 637-2528
        Facsimile:   (212) 637-2750
        Email: jaimie.nawaday@usdoj.gov