**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,          :        **09-50026 (REG)**
     f/k/a **General Motors Corp.,** *et al.*      :
:
              Debtors.                             :        **(Jointly Administered)**
:
------------------------------------------------------------x

**ORDER GRANTING DEBTORS' OBJECTION TO**
**ADMINISTRATIVE PROOF OF CLAIM NO. 70917 FILED BY DEVAKI GANESAN**

Upon the objection to proof of claim number 70917 filed by Devaki Ganesan, dated February 24, 2011 (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, seeking entry of an order disallowing and expunging proof of claim number 70917 on the ground that it is not entitled to administrative expense priority, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and Devaki Ganesan having failed to file a response and failed to appear at the hearing; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual basis set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2

      ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

      ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of claim number 70917 is disallowed and expunged from the claims registry in its entirety; and it is further

      ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      ***March 29, 2011***

      *s/ Robert E. Gerber*
      UNITED STATES BANKRUPTCY JUDGE