UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                              :

In re                                       :         Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,  :         09-50026 (REG)
      F/k/a General Motors Corp., *et al.*  :

                Debtors.        :         (Jointly Administered)

-------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' MOTION TO
## RECLASSIFY PROOF OF CLAIM NO. 5722 FILED BY ESTA PERDUE

Upon the motion, dated February 24, 2011 (the "**Motion**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, seeking entry of an order reclassifying the secured and priority portions of proof of claim number 5722 filed by Esta Perdue, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and Esta Perdue having failed to file a response and failed to appear at the hearing; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the secured and priority portions of proof of claim number 5722 are reclassified as general unsecured claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, proof of claim 5722 other than as to proof of claim 5722's reclassification from a secured or priority claim to a general unsecured claim; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     **_March 29, 2011_**

                                           **_s/ Robert E. Gerber_**
                                           UNITED STATES BANKRUPTCY JUDGE