UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :   09-50026 (REG)
     F/k/a General Motors Corp., *et al.*           :
                                                    :
           Debtors.                                 :   (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION
## TO PROOF OF CLAIM NO. 70679 FILED BY RICHARD G. TITHOR

Upon the objection to proof of claim number 70679 filed by Richard G. Tithor, dated February 24, 2011 (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, seeking entry of an order disallowing and expunging proof of claim number 70679 on the ground that it fails to provide sufficient documentation to ascertain the validity of the claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and Richard G. Tithor having failed to file a response and failed to appear at the hearing; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual basis set forth in the Objection establish just cause

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of claim number 70679 is disallowed and expunged from the claims registry in its entirety; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      <u>**March 29, 2011**</u>         <u>*s/ Robert E. Gerber*</u>
                                      UNITED STATES BANKRUPTCY JUDGE