**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                :    **Case No. 09-50026 (REG)**
          f/k/a General Motors Corp., *et al.*,          :
                                                         :
                    Debtors.                             :    **(Jointly Administered)**
                                                         :
------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing

agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned

proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York

11042-1013.

2.      On March 25, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the

Debtors, I caused a true and correct copy of the following document to be served by e-mail on

the parties identified on Exhibit A annexed hereto (master service list parties, notice of

appearance parties, and affected parties), by first class mail on the parties identified on Exhibit B

annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc.,

and 20 largest creditors of Environmental Corporate Remediation Company, Inc.), by facsimile

on the parties identified on Exhibit C annexed hereto (Office of the United States Trustee and

affected parties), and by overnight delivery on the parties identified on Exhibit D annexed hereto

(affected parties):

- Notice of Matters Scheduled for Hearing on March 29, 2011 at 9:45 a.m. [Docket No. 9924].

Dated:  March 29, 2011                           /s/ Alison Moodie_____
         Lake Success, New York                  Alison Moodie


Sworn to before me this 29th day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

- EXPONENT, INC.
ATTN: ERIC ANDERSON
149 COMMONWEALTH DRIVE
MENLO PARK, CA 94025
email: eanderson@exponent.com

3M COMPANY
ATT: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144-1000
email: arbrown@mmm.com

ACUMENT GLOBAL TECHNOLOGIES INC
ATTN: JOHN R CLARK
840 W LONG LAKE RD STE 450
TROY, MI 48098
email: jclark@acument.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
email: david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: DANIEL H. GOLDEN
ATTY FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: dgolden@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: NATALIE E. LEVINE
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: nlevine@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: PHILIP C. DUBLIN
ATTY FOR GREEN HUNT WEDLAKE INC., TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
email: pdublin@akingump.com

AKZO NOBEL COATING INC
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

AKZO NOBEL COATINGS, INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

ALAN ZAK
5545 DUNROVEN WAY
DAWSONVILLE, GA 30534-4855
email: ZAKASANA@AOL.COM

ALCOA INC
ATTN GENERAL COUNSEL
390 PARK AVENUE
NEW YORK, NY 10022
email: JHARBOUR@HUNTON.COM

ALEX ROSENZWEIG REVOCABLE LIVING TRUST
7366 HAVILAND CIRCLE
BOYNTON BEACH, FL 33437
email: LARRY@ROSENZWEIGINSURANCE

ALIX PARTNERS LLP
ATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
email: cbasler@alixpartners.com

ALLARD & FISH, P.C.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
ATT: DEBORAH L. FISH, ESQ.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
email: dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501-1162
email: cwoodruff-neer@alpine-usa.com

ALTON GARDNER FRANCES GARDNER JT TEN
ALTON GARDNER
793 HILLCREST DR
SMITHLAND, KY 42081-8951
email: ALGARDNER2003@AOL.COM

ANDERSON, HUGO J
533 LINCOLN RD
OTSEGO, MI 49078-1006
email: hugoanderson@hotmail.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO 80129
email: Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATTY FOR HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
ATT: JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: rothleder.jeffrey@arentfox.com; campbell.andrea@arentfox.com

ARENT FOX LLP
ATTY FOR TOYOTA BOSHOKU AMERICA, INC.
ATT: MARY JOANNE DOWD, ESQ.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
email: dowd.mary@arentfox.com

ARMSTRONG TEASDALE, LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: DAVID L. GOING, ESQ.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105-1847
email: dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATTY FOR VERIZON COMMUNICATIONS INC.
ATT: DARRYL S. LADDIN & FRANK N. WHITE
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031
email: dladdin@agg.com; frank.white@agg.com

ARROWOOD INDEMNITY COMPANY, ARROWOOD CAPITAL
CORP, ARROWOOD GROUP, INC.
C/O SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: RICHARD ZUCKERMAN ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
email: rzuckerman@sonnenschein.com

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
email: jg5786@att.com

ATEL LEASING CORPORATION, AS AGENT
ATTN V MORAIS OR R WILDER
600 CALIFORNIA STREET, 6TH FLOOR
SAN FRANCISCO, CA 94108-2733
email: VMORAIS@ATEL.COM OR RWILDER@ATEL.COM

ATTORNEY GENERAL FOR THE STATE OF MICHIGAN
ATTY FOR UNEMPLOYMENT TAX OFFICE, DEPT OF ENERGY, LABOR & ECONOMIC
GROWTH, UNEMPLOYMENT INSURANCE AGENCY
ATTN: ROLAND HWANG, ESQ.
3030 W. GRAND BOULEVARD, SUITE 9-600
DETROIT, MI 48202
email: hwangr@michigan.gov

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATTY FOR THE STATE OF NEBRASKA
ATT: LESLIE C. LEVY, ASSISTANT ATTORNEY GENERAL
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
email: leslie.levy@nebraska.gov

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
1600 CAREW TOWER
CINCINNATI, OH 45202
email: victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTY FOR WORKERS COMPENSATION AGENCY AND FUNDS ADMINISTRATION
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
email: raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
email: bk-kwalsh@oag.state.tx.us

ATTORNEY GENERAL OF THE STATE OF MICHIGAN - LABOR DIVISION
ATTY FOR MICHIGAN WORKERS' COMPENSATION AGENCY
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTORNEY GENERAL
P.O. BOX 30736
LANSING, MI 48909
email: przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTY FOR NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
ATT: NEAL S. MANN, ASSTISANT ATTORNEY GENERAL
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
email: neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: JOSEPH F. HUTCHINSON, JR.,  ERIC GOODMAN, WENDY J. GIBSON
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
email: jhutchinson@bakerlaw.com; egoodman@bakerlaw.com; wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR B&H CREDITORS
ATT: RICHARD BERNARD, ESQ.
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
email: rbernard@bakerlaw.com

BAKER & HOSTETLER LLP
ATTY FOR SCRIPPS NETWORKS & TELEVISION FOOD NETWORK
ATTN: WENDY J. GIBSON, ESQ.
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114-3485
email: wgibson@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
ATTY FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
email: dworkman@bakerlaw.com

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
ATTN: MAX A. MOSELEY
ATTY FOR SERRA CHEVROLET, INC AND KEYSTONE AUTOMOTIVE, INC
420 2OTH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203
email: mmoseley@bakerdonelson.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
ATTY FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
email: summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATTY FOR CONTINENTAL
ATT: JOHN T. GREGG, ESQ.
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR HIRATA CORPORATION OF AMERICA
ATTN: MARK R. OWENS, ESQ.
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
email: mark.owens@btlaw.com

BARNES & THORNBURG LLP
ATTY FOR M-HEAT INVESTORS, LLC
ATTN: PATRICK E. MEARS & JOHN T. GREGG
171 MONROE AVE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
email: pmears@btlaw.com, jgregg@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
email: rcpottinger@bslbv.com

BARTLETT HACKETT FEINBERG P.C.
ATTY FOR IRON MOUNTAIN INFORMATION MANAGEMENT, INC.
ATT: FRANK F. MCGINN, ESQ.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
email: ffm@bostonbusinesslaw.com

BEATE KREMBZOW
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY
email: beate.krembzow@gmx.de

BEATE KREMBZOW
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY
email: beate.krembzow@gmx.de

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: CHESTER B. SALOMON, ESQ.
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
email: CSALOMON@BECKERGLYNN.COM

BEN WAKS
2171 NORTHWEST 87TH AVE
SUNRISE, FL 33322
email: BBWAKS@AOL.COM

BEVERLY A TICKENOFF, TRUSTEE
9995 EAST AVE
BALLICO, CA 95303
email: btickenoff@csustan.edu

BIALSON, BERGEN & SCHWAB
ATTY FOR CISCO SYSTEMS CAPITAL CORPORATION
ATTN: THOMAS M. GAA
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
email: tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATTY FOR DEUTSCHE BANK AG
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
399 PARK AVENUE
NEW YORK, NY 10022-4689
email: robert.dombroff@bingham.com; jeffrey.sabin@bingham.com; jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
ATTN: JONATHAN B. ALTER, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: jonathan.alter@bingham.com

BINGHAM MCCUTCHEN LLP
ATTY FOR WELLS FARGO BANK NORTHWEST, NAT'L ASSOC., AS INDENTURE TRUSTE
ATT: ANNA M. BOELITZ, ESQ.
ONE STATE STREET
HARTFORD, CT 06103
email: anna.boelitz@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
ATTY FOR DENSO INTERNATIONAL AMERICA AND DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: mrichards@blankrome.com

BLANK ROME LLP
ATTY FOR CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS
ATT: REGINA STANGO KELBON, ESQ.
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
email: Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226-2998
email: JRumley@bcbsm.com

BODMAN LLP
ATTY FOR LEAR CORPORATION AND ITS SUBSIDIARIES & AFFILIATES
ATTN: MARC M. BAKST, ESQ.
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
email: mbakst@bodmanllp.com

BODMAN LLP
ATTY FOR PRODUCTION MODELING CORPORATION
ATTN: COLIN T. DARKE, ESQ.
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
email: cdarke@bodmanllp.com

BORGES & ASSOCIATES, LLC
ATTY FOR RAYCOM MEDIA, INC.
ATTN: WANDA BORGES, ESQ.
575 UNDERHILL BLVD., SUITE 118
SYOSSET, NY 11791
email: borgeslawfirm@aol.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
ATTY FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
email: renee.dailey@bgllp.com

BRADFORD C JONES
804 WESTRIDGE DR
HOCKESSIN, DE 19707
email: jonesbc1412@yahoo.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
SUITE 500
MADISON, WI 53703
email: bwilliam@gklaw.com

BRANDON J. DAVIS
337 WOOD BRIDGE GLEN
RICHMOND HEIGHTS, OH 44143
email: nathandavis55@aol.com

BRAYTON PURCELL LLP
ATTY FOR CERTAIN ASBESTOS CLAIMANTS
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC, MATTHEW B. LEE, ESQS
222 RUSH LANDING ROAD
NOVATO, CA 94945
email: bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATTY FOR FACTORY MOTOR PARTS COMPANY
ATT: JOHN R. MCDONALD, ESQ.
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
email: JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
ATTY FOR: HENZE STAMPING CO. & HENZ MACHINE CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTY FOR WABASH TECHNOLOGIES, INC.
ATTN: PAULA A. HALL, ESQ.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
email: hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
email: rbrown@brownwhalen.com

BROWNING-FERRIS INDUSTRIES OF OHIO INC
ATTN: STEPHEN K DEXTER
LATHROP & GAGE LLP
950 17TH ST STE 2400
DENVER, CO 80202-2822
email: sdexter@lathropgage.com

BUCHALTER NEMER, PC
ATTY FOR ORACLE USA, INC.; AND ORACLE CREDIT CORPORATION
ATT: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
email: schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: J. KIM & G. RING
ATTY FOR ATTY FOR NAPLETON INVESTMENT PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
email: JKim@burkelaw.com ; Gring@Burkelaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161-0039
email: Peter.Lee@bnsf.com

BURR & FORMAN LLP
ATTY FOR GESTAMP ALABAMA, LLC, GESTAMP MASON, LLC, GESTAMP MEXICO
ATT: D.CHRISTOPHER CARSON
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
email: ccarson@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
ATTY FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI 48084
email: paige@bsplaw.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY & ERIC B. FISHER
ATTY FOR TK HOLDINGS, IRVIN AUTOMOTIVE PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
380 MADISON AVENUE
NEW YORK, NY 10017
email: sidorsky@butzel.com; fishere@butzel.com; seidel@butzel.com

BUTZEL LONG, PC
ATTY FOR INTEVA PRODUCTS, LLC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
email: radom@butzel.com; newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
301 EAST DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR 72033-2000
email: cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: JOHN J. RAPISARDI, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: john.rapisardi@cwt.com, douglas.mintz@cwt.com, peter.friedman@cwt.com, zachary.smith@cwt.com

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
ATT: PETER M. FRIEDMAN, ESQ., TIMOTHY BROWN
700 SIXTH STREET, N.W.
WASHINGTON, DC 20001
email: peter.friedman@cwt.com; timothy.brown@cwt.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY 11042
email: rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; MARK BUTTITA
ATT: PETER VAN LOCKWOOD, RONALD REINSEL & TREVOR SWETT, III, ESQS
1 THOMAS CIRCLE
WASHINGTON, DC 20005
email: pvnl@capdale.com, rer@capdale.com, tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR COONEY & CONWAY ASBESTOS PERSONAL INJURY TORT CLAIMANTS; MARK BUTTITA
ATT: ELIHU INSELBUCH & RITA TOBIN
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152-3500
email: ei@capdale.com; rct@capdale.com;

CAPLIN & DRYSDALE, CHARTERED
ATTY FOR THE ASBESTOS CLAIMANTS' COMMITTEE
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
email: kcm@capdale.com; tws@capdale.com

CARGILL, INCORPORATED CARGILL, INCORPORATED
C/O MARK ERZEN
KARAGANIS WHITE & MAGEL LTD
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2841
email: mark_erzen@k-w.com

CAROLINE JOISTEN
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY
email: beate.krembzow@gmx.de

CARSON FISCHER, P.L.C.
ATTY FOR RIMA MANUFACTURING COMPANY
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com; brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTY FOR VITEC, LLC
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN, PATRICK J. KUKLA
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
email: brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
CANADA
email: mweinczok@casselsbrock.com

CECIL A BENJAMIN
347 MT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606
email: CBENJ1@VERIZON.NET

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY 11222
email: alan@chapellassociates.com

CHAPMAN, PATRICIA
1153 OUTRIGGER CIR
BRENTWOOD, CA 94513-5444
email: seanchapman57@hotmail.com

CHEMCLENE SITE DEFENSE GROUP
C/O LANGSAM STEVENS & MORRIS
1616 WALNUT ST STE 612
PHILADELPHIA, PA 19103-5308
email: mstevens@langsamstevens.com

CITY OF GREENVILLE
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

CLARK HILL PLC
ATTY FOR ATS AUTOMATION TOOLING SYSTEMS, INC.
ATTN: ROBERT D. GORDON, ESQ.
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
email: rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: BSUSKO@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR GRUPO KUO, TRANSMISSION TECHNOLOGIES CORPORATION,
TRAMSMISIONES Y EQUIPOS MECANICOS, PISTONES MORESA
ATT: DEBORAH M. BUELL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: dbuell@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR THE INTERPUBLIC GROUP OF COMPANIES, INC.
ATT: SEAN A. O'NEAL, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTY FOR UAW
ATT: JAMES L. BROMLEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: DGOTTLIEB@CGSH.COM

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
email: RLINCER@CGSH.COM

CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC
(SUCCESSOR TO HOECHST CELANESE COPORATION)
PEPPER HAMILTON LLP C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CELANESE CORP)
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

COHEN, WEISS AND SIMON LLP
ATTY FOR INTERNATIONAL UNION, UAW
ATT: BABETTE A. CECCOTTI, ESQ.
330 WEST 42ND STREET
NEW YORK, NY 10036
email: bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II OPERATING PARTNERSHIP L.P
101 ARCH ST. SUITE 1605
BOSTON, MA 02110
email: goldberg@cwg11.com

COMMERCE ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

CONNELL FOLEY LLP
ATTY FOR PANASONIC ELECTRIC WORKS CORPORATION OF AMERICA
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M. HEMRICK
888 SEVENTH AVENUE
NEW YORK, NY 10106
email: sfalanga@connellfoley.com; chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATTY FOR HARCO MANUFACTURING GROUP LLC
ATT: RONALD S. PRETEKIN, ESQ.
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
email: pretekin@coollaw.com

COUNTY ATTORNEY
ATTY FOR THE COUNTY OF LOUDOUN, VIRGINIA
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY ATTORNEY
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175-3102
email: belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
email: mbaxter@cov.com

COVINGTON & BURLING LLP
ATTY FOR UNION PACIFIC RAILROAD COMPANY
ATTN: SUSAN POWER JOHNSTON, ESQ.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
email: sjohnston@cov.com

CROWN EQUIPMENT CORPORATION
ATTN RODNEY J HINDERS
102 S WASHINGTON ST
NEW BREMEN, OH 45869
email: rhanseman@ssdlaw.com

CUMMINGS & LOCKWOOD LLC
ATTY FOR EMIGRANT BUSINESS CREDIT CORP
ATT: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901
email: jcarberry@cl-law.com

CURZAN  PAUL C
5660 VIA TRENTO
GOLETA, CA 93117-1802
email: CURZANP@COX.NET

CURZAN, PAUL C
5660 VIA TRENTO
GOLETA, CA 93117-1802
email: CURZANP@COX.NET

DALE SPIRNAK
207 MAPLEDALE DR
MUNHALL, PA 15120-2927
email: SPIR1@COMCAST.NET

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH 43537-7000
email: lisa.wurster@dana.com

DANIEL AKERLEY
6643 SE SEVEN OAKS LN
STUART, FL 34997
email: NAKERLEY@AOL.COM

DANIELS MOTORS, INC.
ELIZABETH WINSTON
670 AUTOMOTIVE DR
COLORADO SPRINGS, CO 80905-7347
email: TOMH@DANIELSCHEVROLET.COM

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902
email: DWTKOKOMAN@AOL.COM

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902
email: DWTKOKOMAN@AOL.COM

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902
email: DWTKOKOMAN@AOL.COM

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902
email: DWTKOKOMAN@AOL.COM

DAVID VOLPE
240 BERRY GLEN CT
ALPHARETTA, GA 30022
email: dvolpe@netzero.net

DAVIS POLK & WARDWELL
ATTY FOR FORD MOTOR COMPANY
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
450 LEXINGTON AVENUE
NEW YORK, NY 10017
email: donald.bernstein@dpw.com,

DAWDA, MANN, MULCAHY & SADLER, PLC
ATTY FOR MAGNETI MARELLI AND AUTOMOTIVE LIGHTING
ATT: WILLIAM ROSIN & KENNETH FLASKA
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
email: gm@dmms.com

DAY PITNEY
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945
email: rmeth@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
ATTY FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
email: hryder@daypitney.com

DAY PITNEY LLP
ATT: HERBERT RYDER, ESQ.
ATTY FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
email: hryder@daypitney.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC.
ATTN: AMISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY, 10036
email: adoshi@daypitney.com

DAY PITNEY LLP
ATTY FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
ATT: RICHARD M. METH, ESQ.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-0950
email: rmeth@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
email: info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
email: dtrafelet@sbcglobal.net

DEANNA M LESSER
1 KIMBALL COURT
APT 410
WOBURN, MA 01801
email: WOBURNLESSER@AOL.COM

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
ATTY FOR MAG INDUSTRIAL AUTOMATION SYSTEMS, LLC
919 THIRD AVENUE
NEW YORK, NY 10022
email: jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATTY FOR THE HERTZ CORPORATION
ATT: RICHARD F. HAHN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022
email: rfhahn@debevoise.com

DEBORAH L FINDLAY
10305 COLLINGHAM DR
FAIRFAX, VA 22032
email: CDFINDLAY@COX.NET

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JAMES O. MOORE, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: james.moore@dechert.com

DECHERT LLP
ATTY FOR CDI CORPORATION
ATTN: JULIET SARKESSIAN, ESQ.
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
email: juliet.sarkessian@dechert.com

DECHERT LLP
ATTY FOR SHANGHAI AUTOMOTIVE INDUSTRY CORP (GROUP) AND AFFILIATES
ATTN: SHMUEL VASSER, ESQ.
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
email: shmuel.vasser@dechert.com

DENNIS & JILL GALLAHER
18160 CLEAR SPRING LANE
EDEN PRAIRIE, MN 55347
email: DENNIS.G@NEXTCOM.COM

DENNIS & JILL GALLAHER
18160 CLEAR SPRING LANE
EDEN PRAIRIE, MN 55347
email: DENNIS.G@NEXTCOM.COM

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
email: CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602-1184
email: jkots@state.pa.us

DETREX CORPORATION
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: COLLEEN M. SWEENEY, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: DORON YITZCHAKI, ESQ.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
email: dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: JAMES A. PLEMMONS, ESQ.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
email: jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATTY FOR JOHNSON CONTROLS, INC.
ATT: KERRY MASTERS EWALD, ESQ.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
email: kewald@dickinsonwright.com

DICONZA LAW P.C.
ATTY FOR ARCADIS U.S., INC.
ATT: GERARD DICONZA, ESQ.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
email: gdiconza@dlawpc.com

DR ANDREUS HESSE
WIESUGRUNDSTR 7A
57482 WENDEU GERMANY
email: A.HESSE@JUNGBECKER.DE

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: KRISTEN K. GOING, ESQ.
1500 K STREET, N.W.
WASHINGTON, DC 20005
email: kristin.going@dbr.com

DRINKER BIDDLE & REATH LLP
ATTY FOR MANUFACTURERS AND TRADERS TRUST COMPANY
ATT: STEPHANIE WICKOUSKI, ESQ., KIRSTIN K. GOING
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
email: stephanie.wickouski@dbr.com, Kristin.Going@dbr.com,

DTE ENERGY COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
5400 LEGACY DRIVE
PLANO, TX 75024
email: ayala.hassell@hp.com

EDWARD DWAYNE HARRISON
2617 HERITAGE COLONY
WEBSTER, TX 77598
email: CAPT72464@AOL.COM

EDWARDS ANGELL PALMER & DODGE LLP
ATTY FOR US BANK NAT'L ASSOC & US BANK TRUST NAT'L ASSOC
ATTN J WHITLOCK
111 HUNTINGTON AVENUE
BOSTON, MA 02199-7613
email: jwhitlock@eapdlaw.com

ELIZABETH O'CONNELL
151 OLD FARM RD
BASKING RIDGE, NJ 07920
email: CHRISBETHOC@MSN.COM

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
P.O.BOX 2327
WILMINGTON, DE 19801
email: rxza@elliottgreenleaf.com ; tak@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
ATTY FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
email: george.sanderson@elliswinters.com

ELY, JEFFREY S
6899 N WILLIAMS RD
SAINT JOHNS, MI 48879-8401
email: JELY777@AOL.COM

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
email: akatz@entergy.com

ENVIRONMENTAL MANAGER
WACKER CHEMICAL CORPORATION
3301 SUTTON ROAD
ADRIAN, MI 49221
email: TIM.GUNNELL@WACKER.COM

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
ATTY FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
ATTY FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
email: druhlandt@ermanteicher.com ; eerman@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTY FOR SALAS AUTOMOTIVE GROUP, INC. DBA POWAY CHEVROLET
ATTN: MICHAEL S. KOGAN
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
email: mkogan@ecjlaw.com

EVAN ROMERO
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN WAY MS7
SANTA ANA, CA 92707
email: CMAESTAS@FIRSTAM.COM

FARELLA BRAUN & MARTEL LLP
ATTY FOR GENERAL MOTORS RETIREES ASSOCIATION
ATT: NEIL A. GOTEINER, ESQ.
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
email: ngoteiner@fbm.com

FBO PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END, NC 27376
email: PJARUSINSKI@YAHOO.COM

FEDERAL SCREW WORKS
C/O THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

FEDERAL SCREW WORKS
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
ATTY FOR THE MCCLATCHY COMPANY
ATT: PAUL J. PASCUZZI, ESQ.
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
email: ppascuzzi@ffwplaw.com

FETOUH, MOHAMED A
4864 SEASONS
TROY, MI 48098-6621
email: MFETOUH@SBCGLOBAL.NET

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
ATTY FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
email: jsoble@foley.com

FOLEY & LARDNER LLP
ATTY FOR CUMMINS INC.
ATTN: JILL L. MURCH & JOANNE LEE
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313
email: jmurch@foley.com; jlee@foley.com

FOLEY & LARDNER LLP
ATTY FOR GETRAG TRANSMISSION CORPORATION
ATTN: FRANK DICASTRI, ESQ.
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
email: fdicastri@foley.com

FOLEY & LARDNER LLP
ATTY FOR INERGY AUTOMOTIVE SYSTEMS (USA), LLC
ATTN: MARK A. AIELLO
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: maiello@foley.com

FOLEY & LARDNER LLP
ATTY FOR INTRA CORPORATION
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR OMRON AUTOMOTIVE ELECTRONICS; OMRON DUALTEC AUTOMOTIVE ELECTR
ATTN: FRANK W. DICASTRI, JOHN A. SIMON, D. DOOGAL
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: fdicastri@foley.com; jsimon@foley.com; ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PETERSON AMERICAN CORPORATION
ATTN: DALJIT DOOGAL
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: ddoogal@foley.com

FOLEY & LARDNER LLP
ATTY FOR PIRELLI TIRE, LLC
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226-3489
email: jsimon@foley.com; kcatanese@foley.com

FOLEY & LARDNER LLP
ATTY FOR TEXTRON INC.
ATTN: SCOTT T. SEABOLT, ESQ.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
email: sseabolt@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: ROBERT H. HUEY, ESQ.
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007-5109
email: rhuey@foley.com

FOLEY & LARDNER LLP
ATTY FOR TOYOTA MOTOR CORPORATION
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
email: vavilaplana@foley.com; mriopelle@foley.com

FORD MOTOR COMPANY
C/O THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER
SUITE 36000
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

FORD MOTOR COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

FORD MOTOR COMPANY, AND ITS SUBSIDIARIES AND
AFFILIATES AND ALL SUCCESSORS AND ASSIGNS THEREOF
ATTN: JOSE J BARTOLOMEI
MILLER CANFIELD
101 N MAIN ST, 7TH FL
ANN ARBOR, MI 48104
email: BARTOLOMEI@MILLERCANFIELD.COM

FOREST WASTE COORDINATING COMMITTEE GROUP
C/O MICHAEL M BRILEY
SHUMAKER LOOP & KENDRICK
1000 JACKSON ST
TOLEDO, OH 43604
email: MBRILEY@SLK-LAW.COM

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
ATTY FOR SIEMENS BUILDING TECHNOLOGIES, INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
email: klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTY FOR STARSOURCE MANAGEMENT SERVICES
ATTN: YANN GERON, ESQ.
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
email: ygeron@foxrothschild.com

FRANKLIN COUNTY & FRANKLIN COUNTY WATER DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

FREEBORN & PETERS LLP
ATTY FOR PGW, LLC
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
email: ahammer@freebornpeters.com; tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTY FOR REALTY ASSOCIATES IOWA CORPORATION
ATTN: ROBERT E. GREENBERG, ESQ.
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036-4704
email: rgreenberg@dclawfirm.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN
ATTY FOR CLARCOR, INC.
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN 37219
email: bguy@fbtlaw.com ; mkroplin@fbtlaw.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
ATTY FOR BELL ATLANTIC TRICON LEASING CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR AT&T CORP.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
666 FIFTH AVENUE
NEW YORK, NY 10103
email: drosenzweig@fulbright.com; jrabin@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
666 FIFTH AVENUE
NEW YORK, NY 10103-3198
email: drosenzweig@fulbright.com; mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR SOUTHWEST RESEARCH INSTITUTE
ATT: MICHAEL M. PARKER, ESQ.
300 CONVENT STREET, SUITE 2200
SAN ANTONIO, TX 78205
email: mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTY FOR VERIZON CAPITAL CORPORATION
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
email: lstrubeck@fulbright.com, lboydston@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
ATTY FOR SERRA CHEVROLET, INC. & KEYSTON AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
email: jeff@galese-ingram.com

GARY NELSON
515 E. TIMBERVIEW LANE
ARLINGTON, TX 76014
email: GYPSY314@TX.RR.COM

GENERAL ELECTRIC COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265
email: lawrence.s.buonomo@gm.com

GERALD K DOWD
C/O PHILIP KEITH ESQ
354 PINE STREET THIRD FLOOR
SAN FRANCISCO, CA 94104
email: psk@pkeithlaw.com

GERDAU MACSTEEL
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

GERHARD VOGT
SCHLUSSELWIESEN 16
D - 70186 STUTTGART GERMANY
email: vogt.str@web.de

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
ATTY FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022
email: prachmuth@gerstensavage.com

GIBBONS P.C.
ATTY FOR J.D. POWER AND ASSOCIATES
ATT: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310
email: dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: DAVID M. FELDMAN, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTY FOR WILMINGTON TRUST COMPANY
ATT: MATTHEW J. WILLIAMS, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-0193
email: mjwilliams@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
ATTY FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
email: dcg@girardgibbs.com ; ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
ATTY FOR GE ENERGY, GE MOTORS AND GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
email: Glenn.Reisman@ge.com

GOBLE, DELLA M
3341 E HOUGHTON LAKE DR
HOUGHTON LAKE, MI 48629-9394
email: DELLAG.GOBLE@GMAIL.COM

GOBLE, MARION E
3341 E HOUGHTON LAKE DR
HOUGHTON LAKE, MI 48629-9394
email: MARTYGOB@GMAIL.COM

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
ATTY FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
email: tnixon@gklaw.com, candres@gklaw.com, kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: JBerlage@ghsllp.com

GOHN, HANKEY & STICHEL, LLP
ATTN: B DELFINO
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
email: bdelfino@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
ATTY FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
email: bhoover@goldbergsegalla.com ; cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATTY FOR PANASONIC AUTO SYS CO OF AMERICA, DIV OF PANASONIC
CORP OF N.A., FORMERLY KNOWN AS MATSUSHITA ELEC CORP IF AMERICA
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH, ANTHONY M. VASSALLO
437 MADISON AVENUE
NEW YORK, NY 10022-7302
email: jflaxer@golenbock.com; dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATTY FOR IUOE, LOCALS IUOE 101, IUOE 18S & IUOE 832S
ATT: BARBARA S. MEHLSACK, ESQ.
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
email: bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS AND BP/CGCENTER I LLC
ATT: GREGORY O. KADEN, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: gkaden@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATTY FOR 767 FIFTH PARTNERS LLC AND BP/CGCENTER I LLC
ATT: DOUGLAS B. ROSNER, ESQ.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
email: drosner@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
ATTY FOR PERRY PARTNERS INTERNATIONAL, INC.
200 PARK AVENUE
NEW YORK, NY 10166
email: Zirinskyb@gtlaw.com; Mitchelln@gtlaw.com; Kadisha@gtlaw.com

GREENVILLE ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

HAHN & HESSEN LLP
ATT: J. DIVACK & H. PATWARDHAN, ESQ.
ATTY FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
email: jdivack@hahnhessen.com; hpatwardhan@hahnhessen.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I. DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
email: ldpowar@hahnlaw.com, dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATTY FOR MACQUARIE EQUIPMENT FINANCE, LLC.
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS, ESQ.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
email: cbattaglia@halperinlaw.net; jdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
email: info@harmanbecker.de

HAROLD MEIERS
BEVAN & ASSOCIATES LPA INC
6555 DEAN MEMORIAL PARKWAY
BOSTON HTS, OH 44236
email: BEVANTC@AOL.COM

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
ATTY FOR BALINTULO PLAINTIFFS
11 BROADWAY, SUITE 615
NEW YORK, NY 10004
email: solson@hausfeldllp.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: JONATHAN HOOK, ESQ.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020-1007
email: jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR AIRGAS, INC.
ATT: PATRICK L. HUGHES & PETER C. RUGGERO
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: patrick.hughes@haynesboone.com; peter.ruggero@haynesboone.com

HAYNES AND BOONE LLP
ATTY FOR EXXON MOBIL CORPORATION
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
email: charles.beckham@haynesboone.com; brooks.hamilton@haynesboone.com

HAYNES AND BOONE, LLP
ATTY FOR CEVA LOGISTICS
ATTN: JUDITH ELKIN
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020-1007
email: judith.elkin@haynesboone.com

HAYNES AND BOONE, LLP
ATTY OFR EXXON MOBIL CORPORATION
ATTN: MATTHEW E. RUSSELL, ESQ.
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020-1007
email: matthew.russell@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTY FOR SOUTH CAROLINA AUTOMOBILE DEALERS ASSOCIATION
ATTN: WILLIAM H. SHORT, JR., ESQ.
POST OFFICE BOX 11889
COLUMBIA, SC 29211-1889
email: bshort@hsblawfirm.com

HELMUT SCHAEFER
PRANGELWEG 9
35104 LICHTENFELS GERMANY
email: KANZLEI@RA-WEIGEL.DE

HELMUT SCHAEFER
PRANGELWEG 9
35104 LICHTENFELS GERMANY
email: kanzlei@ra-weigel.de

HENRI P RACINE
2968 MATAPEDIA AVE
G1W 1X9 QUEBEC CANADA
email: HPIERRE.RACINE@GENIVAR.COM

HENRY JACKSON
2633 STEEPLECHASE ROAD
EDMOND, OK 73034
email: KJ_JAX@YAHOO.COM

HERMAN L HOBBS
1111 HADCOCK RD
BRUNSWICK, OH 44212
email: HRBMRH@AOL.COM

HERMAN WALLACE JR
1020 36TH STREET
WEST PALM BEACH, FL 33407
email: RUBYPRICE@BELLSOUTH.NET

HERRICK, FEINSTEIN LLP
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: STEPHEN B. SELBST & PAUL RUBIN
2 PARK AVENUE
NEW YORK, NY 10016
email: sselbst@herrick.com; prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE, NJ 07095
email: ecurrenti@hess.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
420 MOUNTAIN AVENUE
MURRAY HILL, NJ 07640
email: amy.chipperson@hp.com

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEY'S COLUMBIA BUICK-PONTIAC-GMAC CO, LLC
ATT: THOMAS H CURRAN, PAUL F O'DONNELL & JENNIFER V DORAN
28 STATE STREET
BOSTON, MA 02109
email: tcurran@haslaw.com

HISCOCK & BARCLAY LLP
ATTY FOR THE SCHAEFER GROUP INC
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATTN: LEE WOODWARD ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202-2078
email: echarlton@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
ATTY FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY 10022
email: sagolden@hhlaw.com ; bjgrieco@hhlaw.com

HONEYWELL INTERNATIONAL INC.
ATTN THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962
email: tom.byrne@honeywell.com

HONEYWELL INTERNATIONAL INC.
ATTN: THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962
email: tom.byrne@honeywell.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATT: TRICIA A. SHERICK, ESQ.
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN JOSEPH R SGROI ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTY FOR GENERAL MOTORS CORPORATION
ATTN ROBERT B WEISS ESQ
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
email: rweiss@honigman.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: JOHN J. HUNTER, JR., ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATTY FOR ZF FRIEDRICHSHAFEN AG
ATT: THOMAS J. SCHANK, ESQ.
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
email: tomschank@hunterschank.com

IMBODEN, JERRY B
4001 LAKEWOOD DR
WATERFORD, MI 48329-3844
email: jerryimboden@aol.com

IMPACT GROUP
ATTN: CORPORATE OFFICER/AUTHORIZED AGENT
12977 N 40 DR STE 300
SAINT LOUIS, MO 63141-8656
email: KSPIEGEL@IMPACTGROUPHR.COM

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
CANADA
email: anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
email: rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATTY FOR INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL DEPT.
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
email: memberservices@iuawfcu.com, nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: MELISSA ZELEN NEIER, ESQ.
170 MASON STREET
GREENWICH, CT 06830
email: mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTY FOR TMI CUSTOM AIR SYSTEMS, INC.
ATTN: JENNIFER L. SAFFER, ESQ.
20 VESEY STREET, 7TH FLOOR
NEW YORK, NY 10007
email: jlsaffer@jlsaffer.com

JACK HARDING BADY
14 RUE DU CASTELET
06740 CHATEAUNEUF DE GRASSE FRANCE
email: JHB123@ORANGE.FR

JACKSON WALKER L.L.P.
ATTN HEATHER M. FORREST, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: hforrest@jw.com

JACKSON WALKER L.L.P.
ATTN JEFFREY G. HAMILTON, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202
email: jhamilton@jw.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
ATTY FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
email: rkruger@jaffelaw.com

JAMES E HOERIG
C/O JUDITH R HERMAN (P40477)
THE SAM BERNSTEIN LAW FIRM PLLC
31731 NORTHWESTERN HWY SUITE 333
FARMINGTON HILLS, MI 48334
email: jherman@sambernstein.com

JAMES E HOERIG
C/O JUDITH R HERMAN (P40477)
THE SAM BERNSTEIN LAW FIRM PLLC
31731 NORTHWESTERN HWY SUITE 333
FARMINGTON HILLS, MI 48334
email: jherman@sambernstein.com

JEFFERSON ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
353 N. CLARK ST.
CHICAGO, IL 60654-3456
email: dmurray@jenner.com

JENNER & BLOCK LLP
SPECIAL COUNSEL FOR DEBTORS
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022-3908
email: ptrostle@jenner.com

JERRY  E. COX
310 E. 74TH ST 3B
NEW YORK, NY 10021
email: JERRRCO@AOL.COM

JERRY BRINK
42111 BRIARCLIFF CT
CANTON, MI 48187-3714
email: jerry.l.brink@gm.com

JOHANN HAY GMBH & CO KG
KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

JOHANN HAY GMBH & CO KG
KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

JOHANN HAY GMBH AND CO KG
ATTN KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

JOHANN HAY GMBH AND CO KG
ATTN KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com

JOHN D CECH IRA
1275 S PALISADE DR
COTTONWOOD, AZ 86326
email: JDC2@COMMSPEED.NET

JOHN N GRAHAM TRUSTEE
C/O THOMAS J SCHANK
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604
email: TOMSCHANK@HUNTERSCHANK.COM

JOHN N GRAHAM TRUSTEE
THOMAS J SCHANK
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604
email: TOMSCHANK@HUNTERSCHANK.COM

JOHN P MOSKAL
170 CROFTON DR
WEST SENECA, NY 14224
email: MICHALINEM@AOL.COM

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATTY FOR D & J AUTOMOTIVE, LLC
ATT: JEAN WINBORNE BOYLES, ESQ.
P.O. BOX 1776
RALEIGH, NC 27602
email: jboyles@jhvgglaw.com

JOHNSON-GREEN, LELAH M
1545 WINTHROP RD
BLOOMFIELD HILLS, MI 48302-0684
email: LEJG55@YAHOO.COM

JOHNSON-GREEN, LELAH M
1545 WINTHROP RD
BLOOMFIELD HILLS, MI 48302-0684
email: LEJG55@YAHOO.COM

JOSEPH G DUSHAW
32 LAURELBROOK CT
CRESSON, PA 16630
email: EOJ36@JUNO.COM

JOSEPH R ZACHARA
1601 MADSEN DR
ORTONVILLE, MI 48462
email: LILJOEDRUM@COMCAST.NET

JUNE B LEE
900 ROCKY FOUNTAIN TERRACE
MYERSVILLE, MD 21773
email: juneblee@verizon.net

K&L GATES LLP
ATTY FOR PPG INDUSTRIES, INC.
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: jeff.rich@klgates.com; eric.moser@klgates.com

KASPZYK GERALD S
1772 KILBURN RD N
ROCHESTER HILLS, MI 48306-3034
email: gkaspzyk@yahoo.com

KASPZYK GERALD S
1772 KILBURN RD N
ROCHESTER HILLS, MI 48306-3034
email: gkaspzyk@yahoo.com

KASPZYK, GERALD S
1772 KILBURN RD N
ROCHESTER HILLS, MI 48306-3034
email: gkaspzyk@yahoo.com

KAYE SCHOLER LLP
ATTY FOR PHILLIP MORRIS CAPITAL CORP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
425 PARK AVENUE
NEW YORK, NY 10022-3598
email: rsmolev@kayescholer.com;

KELLEY & FERRARO, L.L.P.
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: THOMAS M. WILSON, ESQ.
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
email: twilson@kelley-ferraro.com

KELLEY DRYE & WARREN, LLP
ATTY FOR BP CANADA ENERGY MARKETING CORP. AND BP ENERGY CO.
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: sjennik@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR AVL AMERICAS, INC.
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: pwh@krwlaw.com

KETTERING UNIVERSITY
JOSE BARTOLOMEI AND MILLER CANFIELD
101 N MAIN ST, 7TH FLOOR
ANN ARBOR, MI 48104
email: bartolomei@millercanfield.com

KIRKLAND & ELLIS LLP
ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.
ATTN:  RICHARD M. CIERI
601 LEXINGTON AVENUE
NEW YORK, NY 10005
email: richard.cieri@kirkland.com, ray.schrock@kirkland.com, mark.mckane@kirkland.com

KEATING MUETHING & KLEKAMP PLL
ATTY FOR CINTAS CORPORATION
ATTN: JASON V. STITT, ESQ.
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI, OH 45202
email: jstitt@kmklaw.com

KELLEY DRYE & WARREN LLP
ATTY FOR LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL, JENNIFER CHRISTIAN, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: KDWBankruptcyDepartment@kelleydrye.com

KENNEDY REV
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN TRUST WAY MS7
SANTA ANA, CA 92707
email: CMAESTAS@FIRSTAM.COM

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE
7TH FL
NEW YORK, NY 10003
email: tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATTY FOR WINDSOR MOLD INC.
ATTN: JAMES E. DELINE, ESQ.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226-3406
email: jed@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATTY FOR OAKLAND COUNTY TREASURER
ATT: RICHARDO I. KILPATRICK & LEONORA K. BAUGHMAN
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
email: ecf@kaalaw.com

KIRKLAND & ELLIS LP
ATTY FOR NUMMI
ATTN: MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104
email: mark.mckane@kirkland.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTY FOR MANUFACTURERS & TRADERS TRUST COMPANY
ATTN MORTON R BRANZBURG
260 S BROAD STREET
PHILADELPHIA, PA 19102
email: MBranzburg@klehr.com

KNOTH RICHARD A
2559 BROWNING DR
LAKE ORION, MI 48360-1815
email: richard.knoth@sbcglobal.net

KOHRMAN JACKSON & KRANTZ, PLL
ATTY FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ATT: JAMES W. EHRMAN, ESQ.
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114-1793
email: jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTY FOR APPLIED MANUFACTURING TECHNOLOGIES
ATTN: FREDERICK A. BERG & JAYSON M. MACYDA, ESQS
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
email: fberg@kotzsangster.com; jmacyda@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTY FOR THE OFFICIAL UNSECURED CREDITORS COMMITTEE
ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN MACKSOUD, JEN SHARRET,
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
email: acaton@kramerlevin.com, tmayer@kramerlevin.com, rschmidt@kramerlevin.com,
lmacksoud@kramerlevin.com, jsharret@kramerlevin.com, jfriedman@kramerlevin.com

KUNTZ, GLENN C
1505 CLEAR BROOK DR
DAYTON, OH 45440-4332
email: GJKUNTZ@AOL.COM

KUPELIAN ORMOND & MAGY, P.C.
ATTY FOR LA PRODUCTIONS, LLC
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY, MATTHEW SCHLEGEL
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED, MI 48075
email: dmb@kompc.com; psm@kompc.com; mws@kompc.com

L B SPRADLIN
ANDREW MCENANEY
HISSEY KIENTZ LLP
9442 CAPITAL OF TX HWY NORTH SUITE 400
AUSTIN, TX 78759
email: AMCENANEY@HKLLP.COM

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: ADAM D. BRUSKI, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTY FOR LINAMAR CORP & MAHAR TOOL SUPPLY CO.
ATTN: SUSAN M. COOK, ESQ.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
email: scook@lambertleser.com

LAMMERS BARREL FACTORY PRP GROUP
C/O NIJMAN FRANZETTI LLP
10 S LASALLE ST STE 3600
CHICAGO, IL 60603-1032
email: sf@nijmanfranzetti.com

LARRY SCHRAMM
3298 SUMMIT RIDGE DR
ROCHESTER HILLS, MI 48306-2956
email: lschramm@oakland.edu

LATHAM & WATKINS LLP
ATTY FOR ALLISON TRANSMISSION, INC., FKA CLUTCH OPERATING CO., INC.
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022-4068
email: Robert.Rosenberg@lw.com; Adam.Goldberg@lw.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTY FOR HESS CORPORATION
ATT: GABRIEL DEL VIRGINIA, ESQ.
488 MADISON AVE
NEW YORK, NY 10022
email: gabriel.delvirginia@verizon.net

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATTY FOR CARROLLTON FARMERS BRANCH ISD & LEWISVILLE ISD
ATT: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
email: sheehan@txschoollaw.com

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423-5846
email: larrykraines@gmail.com


LECLAIRRYAN P.C
ATTY OF HONEYWELL INTERNATIONAL INC.
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY, ESQS
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
email: michael.hastings@leclairryan.com ; michael.conway@leclairryan.com

LEONID GARBER
215-05 64 AVE
BAYSIDE, NY 11364
email: IGARBER@AOL.COM


LEVY RATNER P.C.
ATTY FOR UNITED STEELWORKERS
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT H. STROUP
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
email: shepner@lrbpc.com; rbarbur@lrbpc.com; rstroup@lrbpc.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
ATTY FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
email: klewis@lewispllc.com


LIBORIO DI SALVO
40 VIA VILLAFRANCA
90141 PALERMO ITALY
email: liboriodisalvo@hotmail.it

LINDELL L. ESTES
205 MOODY STREET
MASON, TX 76856
email: llecpa@verizon.net


LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTY FOR TARRANT COUNTY & DALLAS COUNTY
ATT: ELIZABETH WELLER, ESQ.
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201
email: dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTY FOR CAMERON COUNTY, HARLINGEN, HARLINGEN ISD, NUECES COUNTY, SAN
ATTN: DIANE W. SANDERS, ESQ.
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX 78760
email: austin.bankruptcy@publicans.com


LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
STATE OF TEXAS TAXING AUTHORITIES
ATT: JOHN P. DILLMAN, ESQ.
POST OFFICE BOX 3064
HOUSTON, TX 77253
email: houston_bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
ATTY FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY 10281-2199
email: kwalsh@lockelord.com


LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
ATTY FOR FLOWSERVE CORPORATION F/K/A THE DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10022
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTY FOR GROUP 1 AUTOMOTIVE, INC. AND ITS DEALERSHIPS
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
email: metkin@lowenstein.com; steele@lowenstein.com; ilevee@lowenstein.com

LYNNE G JACOBS
18 ROOSEVELT STREET
TAPPAN, NY 10983
email: LYNNTEACH1@VERIZON.NET

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR M-TECH ASSOCIATES
ATTN: KATHLEEN H. KLAUS, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTY FOR SOUTH TROY TECH, LLC
ATTN: MICHAEL S. LIEB, ESQ.
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
email: msl@maddinhauser.com

MARION BRAGG GROUP
C/O JOHN HANSON
BEVERIDGE & DIAMOND PC
1350 I STREET NW SUITE 700
WASHINGTON, DC 20005-3311
email: JHANSON@BDLAW.COM

MARK GIROWSKI
1027 INCA TRL
LAKE ORION, MI 48362-1423
email: markgirowski@gmail.com

MARK-EDWARD GREY
KNIEBISSTRASSE 9
76307 KARLSBAD, GERMANY
email: MEGREY@WEB.DE

MARTHA L CHROMIK & WILLIAM J CHROMIK
29 PARKSIDE TRAIL
BALLSTON LAKE, NY 12019
email: MCHROMIK@NYCAP.RR.COM

MARYLAND SAND & GRAVEL FUND
CLEAN SITE ENVIRON SVS INC
ATTN: SCOTT MILLER
46161 WESTLAKE DR STE 230-B
POTOMAC FALLS, VA 20165
email: scottmiller@cleansites.com

MATTA BLAIR, PLC
ATTY FOR CHARTER TOWNSHIP OF YPSILANTI, MICHIGAN
ATT: STEVEN A. MATTA, ESQ.
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
email: smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTY FOR CLARCOR, INC. AND TOTAL FILTRATION SERVICES, INC.
ATTN: DAVID H. HARTHEIMER, ESQ.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
email: dhartheimer@mazzeosong.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
email: jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: KIMBERLY A. BRENNAN, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: kab@mccarthylebit.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTY FOR DEALER TIRE, LLC
ATTN: ROBERT R. KRACHT, ESQ.
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
email: rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTY FOR LOCAL TEXAS TAXING AUTHORITIES
ATTN MICHAEL REED ESQ
PO BOX 1269
ROUND ROCK, TX 78680
email: mreed@mvbalaw.com, sveselka@mvbalaw.com, gbragg@mvbalaw.com

MCGIGOR, JOSEPH N
21123 WOODFARM DR
NORTHVILLE, MI 48167-9028
email: JOMOJO1@ATT.NET

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
ATTY FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: CHRISTOPHER F. GRAHAM, ESQ.
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
email: cgraham@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATTY FOR INDUSTRY CANADA
ATT: JESSICA H. MAYES, ESQ.
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
email: jmayes@mckennalong.com

MCMANAMA, RICHARD P
1033 DEVONSHIRE RD
GROSSE POINTE PARK, MI 48230-1416
email: RICKMCMANAMA@HOTMAIL.COM

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
ATTY FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
email: privitera@mltw.com

MELVIN KENDZIORSKI
2605 BROWNING DR
LAKE ORION, MI 48360-1817
email: MELKENDZIORSKI@HOTMAIL.COM

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-MARINO, J. RANDO CRISTIANO
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
email: elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
email: hkolko@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR PITNEY BOWES, INC, PITNEY BOWES MGT SVS, INC, PITNEY BOWES SO
ATT: EDWARD J. LOBELLO, ESQ.
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018-0822
email: elobello@msek.com

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
3030 WEST GRAND BLVD.
DETROIT, MI 48202
email: gardinerk@michigan.gov

MICHAEL FINAZZO
8908 BILLINGS ROAD
KIRTLAND, OH 44094
email: MFPAINT@ADELPHIA.NET

MICHAEL S. HOLMES, P.C.
ATTY FOR OAKS L-M, INC. DBA WESTPOINT
ATT: MICHAEL S. HOLMES, ESQ.
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
email: msholmes@cowgillholmes.com

MICHELIN NA INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

MICHELIN NORTH AMERICA
(SUCCESSOR TO UNIROYAL GOODRICH TIRE COMPANY INC)
PEPPER HAMILTON LLP C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

MICHELIN NORTH AMERICA (SUCCESSOR TO UNIROYAL GOODRICH TIRE CO INC)
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY
C/O CELESTE R GILL
ASSISTANT ATTORNEY GENERAL
525 W OTTAWA ST
LANSING, MI 48933
email: gillc1@michigan.gov

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND AGRICULTURE DIVISION
ATTY FOR MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY
ATTN: CELESTE R. GILL, ASSISTANT ATTORNEY GENERAL
525 W. OTTAWA, 6TH FLOOR, G. MENNE WILLIAMS BUILDING
P.O. BOX 30755
LANSING, MI 48909
email: gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING, MI 48917
email: funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING, MI 48909
email: wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
ATTY FOR: MANUFACTURERS AND TRADERS TRUST COMPANY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
email: tlomazow@milbank.com ; skhalil@milbank.com

MILLER JOHNSON
ATTY FOR BENTELER AUTOMOTIVE CORPORATION
ATT THOMAS P. SARB, ESQ
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501-0306
email: ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTY FOR MICO INDUSTRIES, INC.
ATTN: ROBERT D. WOLFORD, ESQ.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501-0306
email: ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR COUNTY OF WAYNE, MICHIGAN
ATT: TIMOTHY A. FUSCO, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR KONGSBERG AUTOMOTIVE, INC., KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER PRODUCT SYS, KONGSBERG HOLDING
ATTN: MARC N. SWANSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: swansonm@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: DONALD J. HUTCHINSON, ESQ.
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
email: hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTY FOR LANSING BOARD OF WATER & LIGHT
ATT: SUSAN I. ROBBINS, ESQ.
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
email: robbins@millercanfield.com

MINEOLA ISD TAX OFFICE
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATTY FOR HITACHI, LTD., HITACHI AUTOMOTIVE PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ATT: PAUL J. RICOTTA, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111
email: pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATT: STEVEN A. GINTHER, ESQ.
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475
email: sdnyecf@dor.mo.gov

MOHAMED FETOUH
4864 SEASONS
TROY, MI 48098-6621
email: mfetouh@sbcglobal.net

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTY FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
email: nramsey@mmwr.com; joneil@mmwr.com

MOODY'S INVESTORS SERVICE
C/O SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN CHRISTOPHER R BELMONTE
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
email: RTODER@MORGANLEWIS.COM

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR ARAMARK HOLDINGS CORPORATION
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI, ESQS
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921
email: rmauceri@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTY FOR FMR CORP.
ATTN: EMMELINE S. LIU, ESQS
101 PARK AVENUE
NEW YORK, NY 10178
email: eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTYS FOR JPMORGAN CHASE BANK
ATTN: ANDREW D. GOTTFRIED & ANNIE C. WELLS
101 PARK AVENUE
NEW YORK, NY 10178
email: AGOTTFRIED@MORGANLEWIS.COM

MORRISON COHEN LLP
ATTY FOR BLUE CROSS BLUE SHIELD OF MICHIGAN
ATT: JOSEPH T. MOLDOVAN & MICHAEL R. DAL LAGO, ESQS
909 THIRD AVENUE
NEW YORK, NY 10022
email: bankruptcy@morrisoncohen.com

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
ATTY FOR THE TIMKEN COMPANY & THE TIMKEN CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY, 10174
email: jsullivan@mosessinger.com

MOTLEY RICE LLC
ATTY FOR ASBESTOS TORT CLAIMANTS
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A. BADEN IV, ESQS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
email: jgilbert@motleyrice.com; jrice@motleyrice.com; jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE, STE 370
BIRMINGHAM, MI 48265
email: tmorrow@alixpartners.com

MOTORS LIQUIDATION COMPANY
FKA GENERAL MOTORS CORP
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE
SUITE 370
BIRMINGHAM, MI 48009
email: tmorrow@alixpartners.com

MR JOCHEN BADERSCHNEIDER
JOCHEN BADERSCHNEIDER
SONNENSTASSE 11
93161 SINZING GERMANY
email: jbaderschneider@hotmail.com

MR JOCHEN BADERSCHNEIDER
SONNENSTRASSE 11
93161 SINZING GERMANY
email: jbaderschneider@hotmail.com

MS & CO C/F
FRED FINK - IRA DATED 8/1/94
17333 CITRONIA ST
NORTHRIDGE, CA 91325
email: FRED.FINK@SBCGLOBAL.NET

MS&CO C/F
FRED FINK
IRA STANDARD DATED 08/01/94
17333 CITRONIA AVENUE
NORTHRIDGE, CA 91325-2012
email: FRED.FINK@SBCGLOBAL.NET

MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, P.C.
ATTY FOR BRANDENBURG INDUSTRIAL SERVICE CO.
ATT: COLLEEN E. MCMANUS, ESQ.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
email: CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
ATTY FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
email: mkoks@munsch.com

MYERS & FULLER, P.A.
ATTY FOR GREATER NEW YORK AUTOMOBILE DEALERS ASSOCIATION
ATT: RICHARD SOX, ESQ.
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
email: rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATTY FOR ENVIRONMENTAL CONSERVATION AND CHEMICAL CORP SITE TRUST FUND
ATT: NORMAN W. BERNSTEIN, ESQ.
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
email: nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
ATTY FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
email: dsammons@nagelrice.com; jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY CHANCAS
377 BROADWAY
NEW YORK, NY 10013
email: dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
email: Gkelly@narmco.com

NCR CORPORATION
ATTN: MATTHEW A HAMERMESH, ESQ
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE, 27TH FL
PHILADELPHIA, PA 19103
email: MHAMERMESH@HANGLEY.COM

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103
email: MHAMERMESH@HANGLEY.COM

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103
email: MHAMERMESH@HANGLEY.COM

NELLY BAUER-ROLLANDIN & FRANK OUW
ROMERSTR 3A
76870 KANDEL, GERMANY
email: ouwbauer@gmx.de

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
email: george.cauthen@nelsonmullins.com; cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTY FOR MICHELIN TIRE CORP.
ATT: PETER J. HALEY, ESQ.
200 CLARENDON ST  FL 35
BOSTON, MA 02116-5040
email: peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224
email: Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
C/O ANDREW CUOMO, ATTY GENERAL OF THE STATE OF NY
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
120 BROADWAY, 26TH FLOOR
NEW YORK, NY 10271
email: steven.koton@ag.ny.gov

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
ATTN: SUSAN R KATZOFF, ESQ
C/O HISCOCK & BARCLAY, LLP
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE  300 SOUTH STATE ST
ATTN: SUSAN R KATZOFF ESQ
SYRACUSE, NY 13202
email: SKATZOFF@HBLAW.COM

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY, LLP
ATTN: SUSAN R KATZOFF, ESQ
ONE PARK PLACE, 300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: SKATZOFF@HBLAW.COM

NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE 300 SOUTH STATE STREET
ATTN: SUSAN R. KATZOFF, ESQ.
SYRACUSE, NY 13202
email: SKATZOFF@HBLAW.COM

NIAGARA MOHAWK POWER CORPORATION DBA NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE 300 SOUTH STATE STREET
SYRACUSE, NY 13202
email: skatzoff@hblaw.com

NICHOLAS F. STARACE
9 FIELDING ROAD
SHORT HILLS, NJ 07078
email: NSTARACEII@AOL.COM

NICHOLAS J PERSICH MD
219 ARIS AVE
METAIRIE, LA 70005-3424
email: CHARLENE008@AOL.COM

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.
C/O GABRIEL CALVO
7555 COLSHIRE DRIVE
M/S C-4S1
MCLEAN, VA 22102
email: GABRIEL.CALVO@NGC.COM

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATTY FOR COMMONWEALTH OF PA., DEPT OF REVENUE, BUREAU OF ACCTS SETTLEM
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY GENERAL
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA 19107-3603
email: cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
email: Info@AndrewCuomo.com

OFFICE OF THE CALIFONIA ATTORNEY GENERAL SUPERVISING DEPUTY ATTORNEY G
ATTY FOR STATE OF CALIFORNIA
ATTN: MARGARITA PADILLA
1515 CLAY STREET , 20TH FLOOR
P.O BOX 70550
OAKLAND, CA 94612-0550
email: Margarita.Padilla@doj.ca.gov

OFFICE OF THE OHIO ATTORNEY GENERAL
ATTY FOR STATE OF OHIO
ATT: LUCAS WARD, ESQ.
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
email: lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
email: MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATTY FOR OHIO ENVIRONMENTAL PROTECTION AGENCY ("OEPA")
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTORNEY GENERAL
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
email: Michelle.sutter@ohioattorneygeneral.gov

O'KEEFE AGENCY
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN WAY MS7
SANTA ANA, CA 92707
email: CMAESTAS@FIRSTAM.COM

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATTORNEY
JOHN H MULROY CIVIC CENTER 10TH FLOOR
421 MONTGOMERY STREET
SYRACUSE, NY 13202
email: luismendez@ongov.net

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RWYRON@ORRICK.COM

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
email: RFRANKEL@ORRICK.COM

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON & ROBERT F. LAWRENCE
ATTY FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706
email: rwyron@orrick.com ; rlawrence@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTY FOR HELLA KGAA HUECK; HELLA CORPORATE CENTER USA; BEHR-HELLA
ATTN: JOHN ANSBRO
666 FIFTH AVENUE
NEW YORK, NY 10103
email: jansbro@orrick.com

ORUM & ROTH, LLC
ATTY FOR NICOR GAS
ATTN: MARK D. ROTH, ESQ.
53 WEST JACKSON BOULEVARD
CHICAGO, IL 60604
email: email@orumroth.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL, ESQ.
230 PARK AVENUE
NEW YORK, NY 10169-0075
email: DWALLEN@OSHR.COM, JHELFAT@OSHR.COM, SSOLL@OSHR.COM

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTY FOR GMAC LLC AND ITS AFFILIATES
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI, JONATHAN N. HELFAT &
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
email: OSHR-GM-bk@oshr.com

OWENS-ILLINIOS INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

PARKER POE ADAMS & BERNSTEIN LLP
ATTY FOR SONIC AUTOMOTIVE, INC.
ATTN: KIAH T. FORD IV, ESQ.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
email: chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
email: AROSENBERG@PAULWEISS.COM

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTY FOR ROLLS-ROYCE
ATT: HARVEY A. STRICKON, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
email: harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR DANA HOLDING CORPORATION
ATT: ALAN W. KORNBERG, REBECCA ZUBATY ESQS.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; rzubaty@paulweiss.com;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR ENTERPRISE RENT-A-CAR COMPANY
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: akornberg@paulweiss.com; jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR INFORMAL GROUP OF HOLDERS OF GM UNSECURED NOTES
ATT: ANDREW ROSENBERG, BRIAN HERMANN, MARGARET PHILLIPS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: arosenberg@paulweiss.com; bhermann@paulweiss.com; mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTY FOR RYDER INTEGRATED LOGISTICS, INC.
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
email: sshimshak@paulweiss.com; pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF THE GENERAL COUNSEL
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN MENKE,
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
1200 K STREET NW
WASHINGTON, DC 20005-4026
email: maricco.michael@pbgc.gov

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
ATTY FOR SATTERLEE, ROSE AND SPRINGFIELD TOWNSHIP GROUPS
100 RENAISSANCE CENTER, STE. 3600
DETROIT, MI 48243
email: kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: LAURA LINN NOGGLE
ATTY FOR SKF USA INC
THE NEW YORK TIMES BUILDING 37TH FL, 620 8TH AVE
NEW YORK, NY 10018-1405
email: nogglel@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR BURLINGTON NORTHERN SANTE FE RAILWAY COMPANY
ATT: EDWARD C. TOOLE & LINDA J. CASEY
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103-2799
email: toolee@pepperlaw.com; caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATTY FOR SKF USA INC.
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899-1709
email: jaffeh@pepperlaw.com; carignanj@pepperlaw.com

PEPPER-HAMILTON LLP
ATTY FOR OSRAM SYLVANIA PRODUCTS, INC.
ATT: DENNIS S. KAYES & LAURA LINN NOGGLE
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243-1157
email: kayesd@pepperlaw.com; nogglel@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATTY FOR ARLINGTON ISD
ATT: ELIZABETH BANDA CALVO
P.O. BOX 13430
ARLINGTON, TX 76094-0430
email: ebcalvo@pbfcm.com

PETER M. HOBAICA LLC
ATTN PETER M. HOBAICA
ATTY FOR ROBERT N. CURRI
2045 GENESEE STREET
UTICA, NY 13501
email: pmhllc@hobaicalaw.com

PHILIP JOISTEN
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY
email: beate.krembzow@gmx.de

PHILIP MORRIS USA
2335 BELLS RD
RICHMOND, VA 23234-2274
email: joy.e.tanner@altria.com

PHILLIP FRANKLIN
6105 E CENTENNIAL AVE
MUNCIE, IN 47303-9221
email: PFRANKLINMUNCIE@AOL.COM

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & JASLOW, LLP
ATTY FOR CANON FINANCIAL SERVICES, INC.
ATT: TERESA SADUTTO-CARLEY, ESQ.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
email: tsadutto@platzerlaw.com

PLUNKETT COONEY
ATTY FOR DENSO INTERNATIONAL  AMERICA & DENSO SALES CALIFORNIA
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dbernstein@plunkettcooney.com, mfleming@plunkettcooney.com

PLUNKETT COONEY
ATTY FOR G-TECH PROFESSIONAL STAFFING, INC.
ATT: DAVID A. LERNER, ESQ.
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
email: dlerner@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATTY FOR RAUFOSS AUTOMOTIVE COMPONENTS CANADA
ATT: JOHN MAIRO & ROBERT SCHECHTER
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
email: jsmairo@pbnlaw.com; rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATTY FOR NORFOLK SOUTHERN CORPORATION & NORFOLK SOUTHERN RAILWAY
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R. STEPHEN MCNEILL, ESQS.
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE 19801
email: dbaldwin@potteranderson.com; tbrown-edwards@potteranderson.com;
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: sjg@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
email: fp@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
ATTY FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS, TX 75201
email: rpatel@pronskepatel.com

PROSKAUER ROSE LLP
ATTY FOR STATE STREET BANK AND TRUST CO
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
1585 BROADWAY
NEW YORK, NY 10036-8299
email: srutsky@proskauer.com; aberkowitz@proskauer.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
ATTY FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036-6569
email: psibley@pryorcashman.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
ATTY FOR UNITED PARCEL SERVICE, INC.; UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
email: Faye.Feinstein@quarles.com; Christopher.Combest@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTY FOR THE RABINOWITZ FAMILY, LLC
ATTN: JONATHAN I. RABINOWITZ, ESQ.
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
email: jrabinowitz@rltlawfirm.com

RACHEL L BOODRAM
7500 ROSWELL ROAD
UNIT 67
SANDY SPRINGS, GA 30350
email: mzraitee@aol.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
email: rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
email: stingey@rqn.com

RAYMOND H MATSCHAT
CGM IRA ROLLOVER CUSTODIAN
5121 LYNNGATE ROAD
COLUMBIA, MD 21044-1432
email: rmatschat@verizon.net

RAYTHEON PROFESSIONAL SERVICES LLC
12160 SUNRISE VALLEY DRIVE
RESTON, VA 20191
email: Lee_Cooper@raytheon.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT ERIC A. SCHAFFER, ESQ.
225 5TH AVE STE 1200
PITTSBURGH, PA 15222-2716
email: eschaffer@reedsmith.com

REED SMITH LLP
ATTY FOR UNITED STATES STEEL CORPORATION
ATT: KURT F. GWYNNE, ESQ.
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
email: kgwynne@reedsmith.com

REID AND REIGE, P.C.
ATTY FOR BARNES GROUP INC.
ATT: CAROL A. FELICETTA, ESQ.
195 CHURCH STREET
NEW HAVEN, CT 06510
email: cfelicetta@reidandriege.com

REYNOLDS METALS COMPANY
ATTN GENERAL COUNSEL
390 PARK AVENUE
NEW YORK, NY 10022
email: jharbour@hunton.com

RHOADES MCKEE
ATTY FOR BAY LOGISTICS, INC.
ATTN: TERRY L. ZABEL, ESQ.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
email: tlzabel@rhoadesmckee.com

RICHARD FREEMAN
416 FLEMING STREET
APT. C
KEY WEST, FL 33040
email: RICHARD.FREEMAN@YAHOO.COM

RICHARD KNOTH
2559 BROWNING DR
LAKE ORION, MI 48360-1815
email: richard.knoth@sbcglobal.net

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
email: rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATTY FOR W A THOMAS CO. AND SPECIALTY ENGINE COMPONENTS, LLC
ATT: RICHARD W. MARTINEZ, ESQ.
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
email: richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: JHong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: jhong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
ATTY FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: NBinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
ATTY FOR MORGAN STANLEY & CO. INTERNATIONAL PLC
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: nbinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTY FOR AVERITT EXPRESS INC.
ATT: MICHAEL FRIEDMAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
email: mfriedman@rkollp.com

RIDDELL WILLIAMS P.S.
ATTY FOR MICROSOFT CORP AND MICROSOFT LICENSING G.P.
ATT: JOSEPH E. SHICKICH, ESQ.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
email: jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
ATTY FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
email: akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
ATTY FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-1981
email: akress@riker.com

RITA MACK
9005 BALCONES CLUB DRIVE
AUSTIN, TX 78750
email: RVMACK@SWBELL.NET

RIVAL, LLC
ATTENTION: MR. WILLIAM DANIELS
670 AUTOMOTIVE DR
COLORADO SPRINGS, CO 80905-7347
email: TOMH@DANIELSCHEVROLET.COM

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
email: rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
email: judith.adler@us.bosch.com

ROBERT L GRAJEK
16864 EVERGREEN TER
HOMER GLEN, IL 60491-8425
email: RZQVLS2@COMCAST.NET

ROBERT MEDER
1314 KINGS CARRIAGE RD
GRAND BLANC, MI 48439
email: RAMEDER1@AOL.COM

ROBERT T. SMITH, ESQ.
ATTY FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
email: rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
ATTY FOR SATURN OF HEMPSTEAD, INC.
ATT: RUSSELL P. MCRORY, ESQ.
875 3RD AVE FL 9
NEW YORK, NY 10022-0123
email: rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATTY FOR ENVIRONMENTAL TESTING CORPORATION
ATT: ANTHONY L. LEFFERT, ESQ.
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
email: aleffert@rwolaw.com

RONALD BIRKNER
84 SURREY LANE
CLIFTON, NJ 07012
email: TOPGUN84@OPTIMUM.NET

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605
email: TANCIAR50@GMAIL.COM

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605
email: TANCIAR50@GMAIL.COM

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605
email: TANCIAR50@GMAIL.COM

RONALD L PHILLIPS
2939 HARTFORD DR
BETTENDORF, IA 52722
email: phillips1@mchsi.com

RONALD P KLOECKNER
28435 SUNSET BLVD W
LATHRUP VILLAGE, MI 48076-2660
email: RON.KLOECKNER@YAHOO.COM

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, CA 94105
email: kstrickland@rmkb.com

RPM INTERNATIONAL INC
C/O THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

RUTH BLEECKER TRUST
PO BOX 690425
ORLANDO, FL 32869
email: ALTRAB@GMAIL.COM

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTY FOR MOODY'S INVESTORS SERVICE
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK, ESQS
230 PARK AVENUE
NEW YORK, NY 10169
email: cbelmonte@ssbb.com; pbosswick@ssbb.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: ADAM H. ISENBERG, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: aisenberg@saul.com

SAUL EWING LLP
ATTY FOR JAC PRODUCTS, INC.
ATT: JEFFREY C. HAMPTON, ESQ.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
email: jhampton@saul.com

SAUL EWING LLP
ATTY FOR JOHNSON MATTHEY TESTING & DEV; JOHNSON MATTHEY INC
ATTN: TERESA K.D. CURRIER, ESQ.
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
email: tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATTY FOR HIROTEC AMERICA
ATT: RYAN D. HEILMAN, ESQ.
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI 48304
email: rheilman@schaferandweiner.com; glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATT: BENJAMIN P. DEUTSCH, ESQ.
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005-1101
email: bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTY FOR AD HOC COMMITTEE OF CONSUMER VICTIMS OF GM
ATTN BARRY E BRESSLER ESQ
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103-7286
email: bbressler@schnader.com

SCHRAMM LARRY P
3298 SUMMIT RIDGE DR
ROCHESTER HILLS, MI 48306-2956
email: lschramm@oakland.edu

SCHULTE ROTH & ZABEL LLP
ATTY FOR PARNASSUS HOLDINGS II, LLC; PLATINUM EQUITY CAPITAL
PARTNERS II, LP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
919 THIRD AVENUE
NEW YORK, NY 10022
email: david.karp@srz.com, adam.harris@srz.com

SCOTSMAN GROUP LLC
C/O KEVIN J. BYRNE
SCHIFF HARDIN LLP
SUITE 6600
233 S. WACKER DRIVE
CHICAGO, IL 60606
email: kbyrne@schiffhardin.com

SEATON, STEPHEN J
1051 AUTUMNVIEW CT
ROCHESTER, MI 48307-6059
email: SEATONFAMILY@COMCAST.NET

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
email: mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID T. LIN, ESQ.
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATTY FOR SUPERIOR ACQUISITION, INC. D/B/A SUPERIOR ELECTRIC
GREAT LAKES COMPANY
ATT: DAVID LIN
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075-1195
email: dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
ATTY FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
email: dennis.odea@sfslawgroup.com

SHARON MCSWAIN CARTLEDGE
401 VISTA WAY
FT WASHINGTON, MS 20744
email: SHARO.CARTLEDGE@PGCPS.ORG

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC
ATTY FOR ATC LOGISTICS & ELECTRONICS, INC.
ATT: BRIAN L. SHAW, ESQ.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
email: bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTY FOR AMERICAN AXLE MANUFACTURING HOLDINGS, INC. AND ITS AFFILIATES
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
599 LEXINGTON AVENUE
NEW YORK, NY 10022
email: fsosnick@shearman.com; jfrizzley@shearman.com

SHEIPE ROBERT
484 E CARMEL DR
PMB 311
CARMEL, IN 46032-2812
email: rhmr@att.net

SHEIPE, ROBERT
484 E CARMEL DR PMB 311
CARMEL, IN 46032-2812
email: ahmr@att.net

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTY FOR SYNOPSYS, INC.
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI, BLANKA WOLFE
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
email: etillinghast@sheppardmullin.com; mcademartori@sheppardmullin.com;
bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY, MO 64153
email: achaykin@shinnfuamerica.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A. AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
ATTY FOR WELLS FARGO BANK NORTHWEST, N.A., AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
email: nlagemann@sidley.com

SIDLEY AUSTIN LLP
ATTY FOR THE LENDER GROUP
ATTN: KENNETH P. KANSA, ESQ.
ONE SOUTH DEARBORN
CHICAGO, IL 60603
email: kkansa@sidley.com

SILVERMAN & MORRIS, P.L.L.C.
ATTY FOR CASSENS TRANSPORT COMPANY
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY, ESQS
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI 48322
email: avery@silvermanmorris.com

SILVERMANACAMPORA LLP
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: ADAM L. ROSEN, ESQ.
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
email: ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: DMACK@STBLAW.COM

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: PPANTALEO@STBLAW.COM

SINGER & LEVICK P.C.
ATTY FOR AFFILIATED COMPUTER SERVICES, INC.
ATT: LARRY A. LEVICK, ESQ.; MICHELLE E. SHIRRO
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
email: levick@singerlevick.com, mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTY FOR DELPHI CORPORATION
ATTN: JOHN WM. BUTLER, JR., ESQ.
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720
email: jack.butler@skadden.com

SLADE, KATHRYN J
20904 TORRE DEL LAGO ST
ESTERO, FL 33928-2943
email: CZH36B@HOTMAIL.COM

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
ATTY FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
email: nboehler@cbmlaw.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
HERRENBERGER STRASSE 12
BOEBLINGEN,  71032
email: nboehler@cbmlaw.com

SOLEDAD GAY
11903 CRESCENT COVE
PEARLAND, TX 77584
email: SGAY@COMCAST.NET

SPECTRUM GROUP MANAGEMENT LLC
C/O DAVID D.R. BULLOCK
1250 BROADWAY, SUITE 810
NEW YORK, NY 10001
email: dbullock@spectrumgp.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTY FOR TRW AUTOMOTIVE U.S. LLC ; TRW INTEGRATED CHASSIS SYSTEMS LLC
ATTN: G. CHRISTOPHER MEYER, ESQ.
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114-1304
email: cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATTY FOR GM NAT'L RETIREE ASS., OVER THE HILL CAR PEOPLE, LLC
ATT: TRENT P. CORNELL, ESQ.
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
email: tcornell@stahlcowen.com

STANLEY JACK
1297 S PALMERLEE
CEDARVILLE, MI 49719
email: sejack23@aol.com

STANLEY JACK
1297 S. PALMERLEE
CEDARVILLE, MI 49719
email: sejack23@aol.com

STARK REAGAN
ATTY FOR SATTERLUND SUPPLY COMPANY
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
email: ccaldwell@starkreagan.com

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT, MI 48202
email: CURLINGJ@MICHIGAN.GOV

STATE OF MICHIGAN, DEPARTMENT OF THE TREASURY
KATHLEEN A. GARDINER, ASST ATTY GENERAL
CADILLAC PLACE
SUITE 10-200, 3030 W GRAND BLVD
DETROIT, MI 48202
email: gardinerk@michigan.gov

STATE OF MICHIGAN/DEPARTMENT OF TREASURY
ATTN KATHLEEN A. GARDINER
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT, MI 48202
email: GARDINERK@MICHIGAN.GOV

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATTY FOR INT'L UNION UAW AND UAW ET AL
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S. PINCUS, P. EWING, J. HURT
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
email: wpayne@stemberfeinstein.com

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
ELLEN M DOYLE, ESQ. & JOEL HURT, ESQ. & PAMINA EWING, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EDOYLE@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
JOHN STEMBER, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: JSTEMBER@STEMBERFEINSTEIN.COM

STEMBER FEINSTEIN DOYLE AND PAYNE LLC
STEPHEN M. PINCUS, ESQ.
429 FORBES AVENUE
ALLEGHENY BUILDING  STE 1705
PITTSBURGH, PA 15219
email: EFEINSTEIN@STEMBERFEINSTEIN.COM

STEPHEN H. GROSS, ESQ.
ATTY FOR DELL MARKETING LP AND DELL FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
email: shgross5@yahoo.com

STEPHEN J SEATON
1051 AUTUMNVIEW CT
ROCHESTER, MI 48307
email: SEATONFAMILY@COMCAST.NET

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: CHARLES D. BULLOCK, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTY FOR FATA AUTOMATION, INC.
ATTN: SONYA N. GOLL, ESQ.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034-6184
email: sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATTY FOR BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
401 CHURCH STREET, SUITE 800
NASHVILLE, TN 37219
email: nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATTY FOR AKEBONO CORP.
ATT: BRIAN H. MELDRUM, ESQ.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
email: bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTY FOR DELL MARKETING, L.P. AND DELL FINANCIAL SERVICES LLC
ATTN: SABRINA L. STREUSAND, ESQ.
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704-1166
email: streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTY FOR AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN SANDER ESSERMAN PETER  D'APICE JO HARTWICK JACOB NEWTON
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com; hartwick@sbep-law.com;
d'apice@sbep-law.com; newton@sbep-law.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS
LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
ATTN: SANDER ESSERMAN, ROBERT BROUSSEAU, PETER D'APICE, JO HARTWICK
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201
email: brousseau@sbep-law.com, esserman@sbep-law.com, hartwick@sbep-law.com,
d'apice@sbep-law.com, newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES & BODELL
ATTY FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
email: rhiersteiner@sandw.com; jdarcey@sandw.com ; azuccarello@sandw.com ;
jgroves@sandw.com ; cbodell@sandw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
P.O. BOX 222
SOUTHFIELD, MI 48037-0222
email: dselwocki@swappc.com

SUNDRAM FASTENERS LIMITED
801 W BIG BEAVER ROAD
5TH FL
TROY, MI 48084-4767
email: KARETHA@DFLAW.COM

SUNDRAM INTERNATIONAL INC
801 W BIG BEAVER ROAD
5TH FL
TROY, MI 48084-4767
email: KARETHA@DFLAW.COM

SZYNSKI, ALLEN J
48431 MILONAS DR
SHELBY TWP, MI 48315-4302
email: AJSZYNSKI@AOL.COM

T S SUKUL
BERNHARD-ROSLER - STR 32B
41366 SCHWALMTAL GERMANY
email: SUKUL@T-ONLINE.DE

TECUMSEH PRODUCTS COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: wilczakt@pepperlaw.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
ATTY FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
email: jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATTY FOR TENNESSEE DEPARTMENT OF REVENUE
ATT: ROBERT COOPER & MARVIN CLEMENTS
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202-0207
email: marvin.clements@ag.tn.gov

TERJE SØRHAUG
HAAKONSVEGEN 24 B
5519 HAUGESUND NORWAY
email: anne-aa2@online.no

TERRI FINAZZO
8908 BILLINGS ROAD
KIRTLAND, OH 44094
email: TERRIRDH@ADELPHIA.NET

THANH PHUC THI
48-19 208TH STREET
BAYSIDE, NY 11364-1116
email: TKTHI88@GMAIL.COM

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
ATTY FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
email: djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: BARBARA KEANE
105 MAXESS ROAD
MELVILLE, NY 11747
email: barbara_keane@gardencitygroup.com

THE STANDARD REGISTER COMPANY
C/O JOHN R HUMPHREY
TAFT STETTINIUS & HOLLISTER LLP
ONE INDIANA SQUARE, SUITE 3500
INDIANAPOLIS, IN 46204
email: JHUMPHREY@TAFTLAW.COM

THE TEXAS ATTORNEY GENERAL'S OFFICE
ATTY FOR TEXAS DEPT OF TRANSPORTATION, MOTOR VEHICLE DIV.
ATT: J. CASEY ROY, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711-2548
email: casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P AND GENERAL COUNSEL
ATTY FOR THE BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN
ATT: DEBRA A. KOWICH, ESQ.
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109-1340
email: dkowich@umich.edu

THERESA M MCHUGH
215 LATHROP ROAD
SYRACUSE, NY 13219
email: mchught@sunyocc.edu

THOMAS DONOVAN
1262 WESTLAKE WOODS DR
SPRINGFIELD, MI 49037-7644
email: donovantc@att.net

THOMAS JARUSINSKI
102 GREENOCK CT
2169 SEVEN LAKES SOUTH
WEST END, NC 27376-9613
email: JAR7LAKES@YAHOO.COM

THOMAS JR, KENNETH R
2215 SANDGATE CIR
COLLEGE PARK, GA 30349-4370
email: KTHOMASJR@AOL.COM

THOMAS L. & DONNA L. KRACKER (SPOUSE)
175 TUNICA LN.
ELLIJAY, GA 30540-0621
email: TDK@ELLIJAY.COM

THOMPSON COBURN LLP
ATTY FOR MARITZ HOLDINGS, INC. FKA MARITZ INC.
ATTN: ROBERT H. BROWNLEE, ESQ.
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
email: rbrownlee@thompsoncoburn.com

TIESHA MCNEAL
GENERAL DELIVERY
1633 JOEY LN BLDG F
BOSSIER CITY, LA 71111-5359
email: TDAGIRL@GMAIL.COM

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
email: jesse@tipotexchevrolet.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
ATTY FOR SAFECO INSURANCE COMPANY OF AMERICA & LIBERTY MUTUAL COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
email: mgamell@tlggr.com;

TORYS LLP
ATTY FOR HYDROGENICS CORPORATION; AND JOSEPH CARGNELLI
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
237 PARK AVENUE
NEW YORK, NY 10017
email: abauer@torys.com; tmartin@torys.com

TRAVIS COUNTY
C/O KARON Y. WRIGHT
P.O. 1748
AUSTIN, TX 78767
email: karon.wright@co.travis.tx.us

TRENK DIPASQUALE WEBSTER DELLA FERA & SODONA, P.C.
ATTY FOR SIKA CORPORATION
ATT: SAM DELLA FERA, JR., ESQ.
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
email: sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
email: BRETT.GOODMAN@TROUTMANSANDERS.COM

TROUTMAN SANDERS LLP
ATTY FOR ALLIED AUTOMOTIVE GROUP, INC, ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
ATT: JEFFREY W. KELLEY, ESQ.
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
email: jeffrey.kelley@troutmansanders.com

TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISASANCE CENTER
SUITE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER STE 3600
DETROIT, MI 48243
email: WILCZAKT@PEPPERLAW.COM

TYLER ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007
email: DHUDSON@PBFCM.COM

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
email: JOSEPH.SAMARIAS@DO.TREAS.GOV

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
email: mkilgore@up.com

UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF NEW YORK
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES, ESQS.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
email: david.jones6@usdoj.gov; jeffrey.oestericher@usdoj.gov; joseph.cordaro@usdoj.gov,
natalie.kuehler@usdoj.gov

UNITED STATES DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE NW
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL STABILITY
WASHINGTON, DC 20220
email: OFSChiefCounselNotices@do.treas.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
email: askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
email: djury@usw.org

VALLEYCREST LANDFILL SITE GROUP
ATTN: JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST, STE 1900
CINCINNATI, OH 45202
email: john.persiani@dinslaw.com

VALLEYCREST LANDFILL SITE GROUP MEMBERS
ATTN JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI, OH 45202
email: JOHN.PERSIANI@DINSLAW.COM

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
email: MJEDELMAN@VEDDERPRICE.COM

VEDDER PRICE P.C.
ATTY FOR EXPORT DEVELOPMENT CANADA
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
email: MJEdelman@vedderprice.com; MSchein@vedderprice.com

VENABLE LLP
ATTY FOR RK CHEVROLET/RK AUTO GROUP
ATTN: LAWRENCE A. KATZ, ESQ.
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182-2707
email: lakatz@venable.com

VINCENT C GERMANO JR
274 CRYSTAL CREEK DRIVE
ROCHESTER, NY 14612-6003
email: VGERMANO1@ROCHESTER.RR.COM

VINSON & ELKINS L.L.P.
ATTY FOR AM GENERAL; GENERAL ENGINE PRODUCTS; GEN. TRANSMISSION PROD.
ATT: RONALD L. ORAN, ESQ.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103-0040
email: roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTY FOR TURNER BROADCASTING SYSTEM, INC.
ATTN: TIFFANY STRELOW COBB, ESQ.
52 EAST GAY STREET
COLUMBUS, OH 43215
email: tscobb@vorys.com

WACKER CHEMICAL CORP.
C/O MICHAEL M. BRILEY
SHUMAKER, LOOP & KENDRICK
1000 JACKSON STREET
TOLEDO, OH 43604
email: MBRILEY@SLK-LAW.COM

WALTER PLAPP
HOLDERWEG  7
71126 GAEUFELDEN GERMANY
email: walterplapp@t-online.de

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
ATTY FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
email: crusemg@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
ATTY FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075-1318
email: kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR GHSP, INC.
ATTN: STEPHEN B. GROW, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: sgrow@wnj.com

WARNER NORCROSS & JUDD LLP
ATTY FOR ROBERT BOSCH GMBH
ATT: GORDON J. TOERING, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
email: gtoering@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATTY FOR CHARLES CLARK CHEVY, TIPOTEX CHEVY, KNAPP CHEVY
ATT: ROBERT L. BARROW, ESQ.
800 BROADWAY
SAN ANTONIO, TX 78215
email: rbarrows@wdblaw.com; rbarrows800@gmail.com

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
email: zacharym@atg.wa.gov

WASHINGTON, RICHARD K
1253 W 39TH ST APT 7
LOS ANGELES, CA 90037-1550
email: ROCCER2000@YAHOO.COM

WATERS, CARROL R
6082 TRINETTE AVE
GARDEN GROVE, CA 92845-2743
email: RWATERS42@HOTMAIL.COM

WEBSTER SZYANYI LLP
ATTN KEVIN T. O'BRIEND
ATTY FOR MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP
1400 LIBERTY BUILDING
BUFFALO, NY 14202
email: ko'brien@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
email: STEPHEN.KAROTKIN@WEIL.COM

WILDMAN, HARROLD, ALLEN & DIXON
ATTY FOR LEO BURNETT DETROIT, INC, STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING DIV, LLC, ET AL
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG, RENE FRIEDMAN
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-1229
email: dockterman@wildman.com, young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
ATTY FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: dpacheco@wilentz.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
ATTY FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
email: laccarrino@wilentz.com

WILLIAM T. GREEN, III, P.C.
ATTY FOR LAWRENCE MARSHALL CHEVROLET II, LLC
ATT: WILLIAM T. GREEN III, ESQ.
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
email: uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: DENNIS L. JENKINS, ESQ.
60 STATE STREET
BOSTON, MA 02109
email: dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATTY FOR PENSION BENEFIT GUARANTY CORPORATION
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
399 PARK AVENUE
NEW YORK, NY 10022
email: philip.anker@wilmerhale.com; melanie.dritz@wilmerhale.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
ATTY FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
email: scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTY FOR ASPEN MARKETING SERVICES, INC.
ATTN: MATTHEW J. BOTICA & CAREY D. SCHREIBER
35 WEST MADISON DRIVE
CHICAGO, IL 60601
email: mbotica@winston.com;

WINSTON & STRAWN LLP
ATTY FOR CAPGEMINI AMERICA, INC.
ATTN: STEVEN M. SCHWARTZ
200 PARK AVENUE
NEW YORK, NY 10166
email: sschwartz@winston.com

WINSTON & STRAWN LLP
ATTY FOR INTERNATIONAL AUTOMOTIVE COMPONENT GROUP NORTH AMERICA INC
ATTN: CAREY D. SCHREIBER, ESQ.
200 PARK AVENUE
NEW YORK, NY 10166-4193
email: cschreiber@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
ATTY FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
email: wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATTY FOR GUARDIAN AUTOMOTIVE PRODUCTS, INC.
ATT: SCOTT A. WOLFSON, ESQ.
3150 LIVERNOIS RD., SUITE 275
TROY, MI 48083
email: swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
ATTY FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
email: jwyly@wylyrommel.com

XIAO QING CHEN
209-908 CLARKE RD
PORT MOODY  BC V3H IL8 CANADA
email: w69_chen@hotmail.com

ZAK, ALAN C
5545 DUNROVEN WAY
DAWSONVILLE, GA 30534-4855
email: zakasana@aol.com

ZEICHNER ELLMAN & KRAUSE LLP
ATTY FOR TOYOTA TSUSHO CANADA INC & TOYOTA TSUSHO AMERICA, INC
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
575 LEXINGTON AVENUE
NEW YORK, NY 10022
email: skrause@zeklaw.com; bleinbach@zeklaw.com

# EXHIBIT B

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GLOBAL ENVIRONMENTAL ENGINEERING, INC.
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES, INC
440 CREAMERY WAY
SUITE 500
EXTON, PA 19341-2577

HALEY & ALDRICH DESIGN AND CONTRUCTION
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

HDR ENGINEERING
ATTN: DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

IOWA DEPT OF NATIONAL RESOURCES
HAZARDOUS WASTE REMEDIAL FUND
502 E. 9TH STREET
DES MOINES, IA 50319-0034

J.A. LOMBARDO & ASSOCIATES
ATTN: JOSEPH A. LOMBARDO
445 S. LIVERNOIS - SUITE 202
ROCHESTER, MI 48307

NOVA CONSULTANTS, INC
21580 NOVI ROAD
#300
NOVI, MI 48375

O'BRIEN & GERE ENGINEERS, INC.
ATTN: TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROYAL ENVIRONMENTAL, INC.
720 LEXINGTON AVENUE
P.O. BOX 15719
ROCHESTER, NY 14615

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPARTMENT
P.O. BOX 19445
NEWARK, NJ 07195-0445

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUITE224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST
FRAMINGHAM, MA 01702

WASHTENAW COUNTY TREASURER
P.O. BOX 8645
200 N. MAIN ST
STE 200
ANN ARBOR, MI 48107-8645

WASTE MANAGEMENT
P.O. BOX 9001054
LOUISVILLE, KY 40290-1054

WDC EXPLORATION & WELLS
1300 NATIONAL DR STE 140
SACRAMENTO, CA 95834-1981

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

# EXHIBIT C

ARROWOOD INDEMNITY COMPANY, ARROWOOD CAPITAL
JAMES F MEEHAN ESQ
GENERAL COUNSEL
3600 ARCO CORPORATE DRIVE
CHARLOTTE, NC 28273-8316
FAX: 704-522-2435

CITY & COUNTY OF SAN FRANCISCO
C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR
BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT
PO BOX 7426
SAN FRANCISCO, CA 94120-7426
FAX: 415-554-5329

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346
FAX: 267-941-1015

HANGLEY ARONCHICK SEGAL & PUBLIN
ATTY FOR NCR CORPORATION
ATTN: MATTHEW A. HAMERMESH AND JOSEPH A. DWORETZKY
JACQUELINE R. DUNGEE, DYLAN J. STEINBERG
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103
FAX: 215-568-0300

JESSICA HIGH
JESSICA HIGH
48 DEPEW ST
ROCHESTER, NY 14611
FAX: 585-232-4251

JIS PERFORMING PARTY GROUP
GIBBONS PC
ATTN: IRVIN M FREILICH, ESQ
1 GATEWAY CENTER - 17TH FL
NEWARK, NJ 07102
FAX: 973-639-6232

KIRKLAND & ELLIS LLP
ATTY FOR NEW UNITED MOTOR MANUFACTURING INC.
ATTN:  RICHARD M. CIERI
601 LEXINGTON AVENUE
NEW YORK, NY 10005
FAX: 212-446-4900

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104
FAX: 415-439-1500

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60654
FAX: 312-861-2200

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
FAX: 212-668-2255

ROBERT A GLADSTONE, ON BEHALF OF THE
CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM
ROBERT A GLADSTONE, ESQ
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NJ 08648
FAX: 609-275-4511

UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP
THOMAS D GOLDBERG ESQ
DAY PITNEY LLP
ONE CANTERBURY GREEN
STAMFORD, CT 06901
FAX: 203-977-7301

UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP
WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL
UNITED TECHNOLOGIES CORP
ONE FINANCIAL PLAZA MS 524
HARTFORD, CT 06103
FAX: 860-660-0557

# EXHIBIT D

- EXPONENT, INC.
ATTN: ERIC ANDERSON
149 COMMONWEALTH DRIVE
MENLO PARK, CA 94025

295 PARK AVENUE CORP.
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BALN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND, NJ 07068

A ROSENZWEIG REVOCABLE LIVING TRUST
7366 HAVILAND CIRCLE
BOYNTON BEACH, FL 33437

A ROSENZWEIG REVOCABLE LIVING TRUST
7366 HAVILAND CIRCLE
BOYNTON BEACH, FL 33437

A S JOHNSTON DRILLING CP
BETH KIMME SHEVIN SEC/TSY
FRED NORD PRES
500 LAVER WAY
NEWPORT BEACH, CA 92660

AB LIVING TRUST
JAMES A KONING TTEE
11411 N 40TH WAY
ADRIANA KONING TTEE
PHOENIX, AZ 85028

ACUMENT GLOBAL TECHNOLOGIES INC
ATTN: JOHN R CLARK
840 W LONG LAKE RD STE 450
TROY, MI 48098

AKZO NOBEL COATING INC
ATTN DOUGLAS Q BUTLER GEN MGR
2031 NELSON HILLER PKWY
LOUISVILLE, KY 40223

AKZO NOBEL COATING INC
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

AKZO NOBEL COATINGS, INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

ALAN L WILLIAMS
8463 POINTE ROAD NORTH
BLAINE, WA 98230

ALAN ZAK
5545 DUNROVEN WAY
DAWSONVILLE, GA 30534-4855

ALCOA INC
ATTN GENERAL COUNSEL
390 PARK AVENUE
NEW YORK, NY 10022

ALCOA INC
C/O HUNTON & WILLIAMS LLP
ATTN JASON W HARBOUR ESQ
951 E BYRD ST
RICHMOND, VA 23219

ALEXANDER OSBURN
4842 E BRADEN ROAD
BYRON, MI 48418

ALEXANDER, BOBBIE L
16819 ASPEN WAY
SOUTHGATE, MI 48195-3924

ALMA G HALLER TTEE
U/A/D 10/18/85
ALMA G HALLER TR
8220 NATURES WAY APT# 119
LAKEWOOD RCH, FL 34202

ALTON GARDNER FRANCES
ALTON GARDNER
793 HILLCREST DR
SMITHLAND, KY 42081

ANDERSON, HUGO J
533 LINCOLN RD
OTSEGO, MI 49078-1006

ANDREW W MYERS
64 KNICKERBOCKER RD
CLOSTER, NJ 07624

ANGIE C SUNG
22317 WARD ST
TORRANCE, CA 90505

ANTWAN HASKOOR
69-43 CENTRAL AVE
GLENDALE, NY 11385

ARLENE H DELP
215 TWIN HOLLOW LANE
WILLIAMSBURG, PA 16693

ARMAND S ANDRLE
141 HATCASE POND RD
EDDINGTON, ME 04428

ARROWOOD INDEMNITY COMPANY
SONNENSCHEIN NATH & ROSENTHAL LLP
ATTN: RICHARD ZUCKERMAN ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ARROWOOD INDEMNITY COMPANY, ARROWOOD CAPITAL
JAMES F MEEHAN ESQ
GENERAL COUNSEL
3600 ARCO CORPORATE DRIVE
CHARLOTTE, NC 28273-8316

ATEL LEASING CORPORATION, AS AGENT
ATTN V MORAIS OR R WILDER
600 CALIFORNIA STREET, 6TH FLOOR
SAN FRANCISCO, CA 94108-2733

AUSTIN AND REBECCA VIALL
710 KELLER LANE
TUSCUMBIA, AL 35674

AUSTIN CHI-YEH SUNG
C/O AI SUNG
4721 STEELE STREET
TORRANCE, CA 90503

BARBARA ENOCH
3857 S LAKE DR
TAMPA, FL 33614

BARBARA F WRIGHT TRUSTEE
14732 W CARBINE CT
SUN CITY WEST, AZ 85375

BARBARA HOLZBERG
CGM IRA CUSTODIAN
12920 CORAL LAKES DRIVE
BOYNTON BEACH, FL 33437-4146

BARBARA J DOMBROWSKI
1706 FRANKLIN ST
VALPARAISO, IN 46383-3006

BARNES & THORNBURG LLP
ATTY FOR M-HEAT INVESTORS, LLC
ATTN: PATRICK MEARS & JOHN GREGG
171 MONROE AVE, NW, SUITE 1000
GRAND RAPIDS, MI 49503

BEATE KREMBZOW
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY

BEATE KREMBZOW
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY

BEEKMAN, WILLIAM
101 GRAND PLAZA DR APT N1
ORANGE CITY, FL 32763-7929

BELOCH, COZETT
5836 S ARTESIAN AVE
CHICAGO, IL 60629-1112

BEN WAKS
2171 NORTHWEST 87TH AVE
SUNRISE, FL 33322

BENNER, RICHARD D
2452 RIDGE RD
VIENNA, OH 44473-9706

BERTHA JACKSON
2720 FROSTWOOD DRIVE
SHREVEPORT, LA 71108

BETTY DALTON
1707 RADFORD RD
CHRISTIANSBURG, VA 24073

BETTY J CHOLTCO
948 NORMANDY DRIVE
NEW KENSINGTON, PA 15068

BETTY L. REEMSNYDER
5202 EVERHARD RD. N.W.
APT. 5
CANTON, OH 44718

BEVERLY A TICKENOFF, TRUSTEE
9995 EAST AVE
BALLICO, CA 95303

BILL WALLS
2102 JULIE ANN
PARAGOULD, AR 72450

BILLY ALDRIDGE
7208 N 22ND DR
PHOENIX, AZ 85021

BILLY E DILLARD
17281 LAKE VIEW CIRCLE
NORTHVILLE, MI 48168

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVENUE, SUITE 4400
LOS ANGELES, CA 90071

BLOUNT COUNTY TRUSTEE
347 COURT STREET
MARYVILLE, TN 37804

BOBBIE ALEXANDER
16819 ASPEN WAY
SOUTHGATE, MI 48195-3924

BOGUE, JANE C
1818 BUCKNER DR
LONGVIEW, TX 75604-2406

BORIS MOGILEVICH
900 LYDIG AVE., APT.6C
BRONX, NY 10462

BRADFORD C JONES
804 WESTRIDGE DR
HOCKESSIN, DE 19707

BRANDON J. DAVIS
337 WOOD BRIDGE GLEN
RICHMOND HEIGHTS, OH 44143

BROWNING-FERRIS INDUSTRIES
ATTN: STEPHEN K DEXTER
LATHROP & GAGE LLP
370 17TH ST STE 4650
DENVER, CO 80202

BROWN-JACKSON, ANITA
PO BOX 82893
CONYERS, GA 30013-8000

BUCKLEY ERMA JEANINE
175 W 90TH ST APT 5C
NEW YORK, NY 10024

BUSHENG WANG
71-11 162ND ST APT #2B
FRESH MEADOWS, NY 11365

C JAYNE ROONEY
487 VERANDA WAY APT C203
NAPLES, FL 34104-6004

CA DEPT OF TOXIC SUBSTANCES CONTROL
O. KARLIN DEPUTY ATTORNEY GENERAL
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013

CADWALADER, WICKERSHAM & TAFT LLP
ATTY FOR UNITED STATES OF AMERICA
PETER M. FRIEDMAN, TIMOTHY BROWN
700 SIXTH STREET, N.W.
WASHINGTON, DC 20001

CARGILL, INCORPORATED
C/O MARK ERZEN
KARAGANIS WHITE & MAGEL LTD
1 N WACKER DR STE 4400
CHICAGO, IL 60606

CARL C WEBB
C/O C C WEBB
42 PENLAWN CT
HOWARD, OH 43028

CARLOS CORRALES
IRA DCG & T TTEE
21331 NE 23RD AVE
MIAMI, FL 33180-1007

CAROL ANDERSON SELIG
2893 HAMPTON CIRCLE WEST
DELRAY BEACH, FL 33445

CAROL E DELGER
28494 NORRIS RD #2
BOZEMAN, MT 59718

CAROL I MASON & JAMES J MASON
2151 ARLINGTON RD
COLUMBUS TWP, MI 48063

CAROLE KILLALEA
17 DEERCREST SQUARE
INDIAN HEAD PK, IL 60525

CAROLINE JOISTEN
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY

CAROLINE JOISTEN
STEINKLEESTRA E 20 A
60435 FRANKFURT
60435 FRANKFURT GERMANY

CAROLYN DERUSO
2911 W AVE J4
LANCASTER, CA 93536

CARRIER CORP
ATTN: JOYCE KUPPEL
PO BOX 4808, BLDG TR-5
SYRACUSE, NY 13221-4808

CASMALIA RES SITE STEERING COMM
C/O M MURRAY, BINGHAM MCCUTCHEN LLP
2020 K STREET NW
WASHINGTON, DC 20006

CECIL A BENJAMIN
347 MT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606

CHAPMAN, PATRICIA
1153 OUTRIGGER CIR
BRENTWOOD, CA 94513-5444

CHARLENE A RASKOSKI
6347 LITTLE DECE LANE
COLUMBUS, OH 43213

CHARLES A MAHER
PO BOX 1131
ELGIN, SC 29045

CHARLES B. SPENCER
319 FOREST OAKS DR.
NEW BERN, NC 28562

CHARLES C ROSS
1104 NORTH X ST
LOMPOC, CA 93436

CHEMCLENE SITE DEFENSE GROUP
C/O LANGSAM STEVENS & MORRIS
1616 WALNUT ST STE 612
PHILADELPHIA, PA 19103-5308

CHRISTOPHE U SUMRELL
18 ASHRIDGE WAY
SIMPSONVILLE, SC 29681

CITY & COUNTY OF SAN FRANCISCO
C/O CITY & COUNTY OF SAN FRANCISCO TAX COLLECTOR
BUREAU OF DELINQUENT REVENUE / BANKRUPTCY UNIT
PO BOX 7426
SAN FRANCISCO, CA 94120-7426

CITY OF CHATTANOOGA
101 EAST 11TH ST, STE 100
CHATTANOOGA, TN 37402

CITY OF GREENVILLE
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

CITY OF RICHMOND VIRGINIA
ATTN: D PADGETT, CITY HALL ROOM 100
900 EAST BROAD STREET
RICHMOND, VA 23219

CITY OF RICHMOND VIRGINIA
ATTN: D PADGETT, CITY HALL, RM 100
900 EAST BROAD STREET
RICHMOND, VA 23219

CITY OF RICHMOND, VIRGINIA
ATTN D PADGETT
CITY HALL, ROOM 100
900 EAST BROAD STREET
RICHMOND, VA 23219

CLARK ZIMMERMAN
20301 ANITA
CLINTON TOWNSHIP, MI 48036

CLAUDETTE ELLISON
459 FOX HILLS DR N
BLOOMFIELD HILLS, MI 48304-1309

CNA HOLDINGS LLC
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

CNA HOLDINGS LLC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

COLETTA FAY AUSTIN
4228 W 64TH ST
INGLEWOOD, CA 90302

COMMERCE ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

CONSTANTINOS GENATOS
192 TOSCANINI
CHATEAUGUAY QUEBEC  J6K 4B9  CANADA

CONSUMERS ENERGY COMPANY
ATTN MICHAEL G WILSON (P33263)
ONE ENERGY PLAZA
JACKSON, MI 49201

COSCARELLI, PATRICIA S
3825 BUSH GARDENS LN
HOLT, MI 48842-9401

CROWN EQUIPMENT CORPORATION
ATTN RODNEY J HINDERS
102 S WASHINGTON ST
NEW BREMEN, OH 45869

CURTIS R GILES
5201 HWY 1702
GUSTINE, TX 76455-6360

CURZAN  PAUL C
5660 VIA TRENTO
GOLETA, CA 93117-1802

CURZAN, PAUL C
5660 VIA TRENTO
GOLETA, CA 93117-1802

CYNTHIA SILEO
37 FRATERNITY LANE
STONY BROOK, NY 11790

CZESLAW & KAZIMIERA CHRUSLAK
7412 N ORIOLE AVE
CHICAGO, IL 60631

DALE SPIRNAK
207 MAPLEDALE DR
MUNHALL, PA 15120-2927

DALE SPIRNAK
C/O COREY J SACCA, ESQ
BONONI & BONINI, PC
20 N PENNSYLVANIA AVE STE 201
GREENSBURG, PA 15601

DAN HARRIS, TRUSTEE
1335 SABATINA STREET
PRESCOTT, AZ 86301

DANA M ALDERMAN
1813 20TH ST
PARKERSBURG, WV 26101

DANIEL AKERLEY
6643 SE SEVEN OAKS LN
STUART, FL 34997

DANIEL PLOUFFE
70 FONTANA LN
GROSSE POINTE SHORES, MI 48236-1505

DANIEL REILERT
PO BOX 402
SIMSBURY, CT 06070

DANIELS MOTORS, INC.
ELIZABETH WINSTON
670 AUTOMOTIVE DR
COLORADO SPRINGS, CO 80905-7347

DANIELS MOTORS, INC.
JAMES T FLYNN - ATTORNEY & AGENT
111 SOUTH TEJON #202
COLORADO SPRINGS, CO 80903

DAVID LESTER AMASON
328 E LAKEWOOD RD
W PALM BEACH, FL 33405

DAVID RADKE
1067 GULICK RD
HASLETT, MI 48840

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902

DAVID TURNER
2210 KERRI LYNN LANE
KOKOMO, IN 46902

DAVID VOLPE
240 BERRY GLEN CT
ALPHARETTA, GA 30022

DAVIS, REGINALD E
3250 MOBLEY RIDGE RD
DUCK RIVER, TN 38454-3454

DCG & T
FBO WANDA R SUPPLE/IRA
WANDA R SUPPLE
2424 SOUTHERN OAK ST
THE VILLAGES, FL 32162-2640

DEAN, CALVIN
7054 JACKSON AVE
WARREN, MI 48091-2911

DEANNA M LESSER
1 KIMBALL COURT
APT 410
WOBURN, MA 01801

DEARBORN REFINING SITE
C/O BRIAN D FIGOT
STEPHEN M LANDAU PC
30100 TELEGRAPH RD  STE 428
BINGHAM FARMS, MI 48025

DEBORAH L FINDLAY
10305 COLLINGHAM DR
FAIRFAX, VA 22032

DEBORAH L FINDLAY
10305 COLLINGHAM DR
FAIRFAX, VA 22032

DEBRA D. NELSON
330 CURACAO WAY
NICEVILLE, FL 32578

DEMASSI CADILLAC CO INC
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND, NJ 07068

DEMASSI ENTERPRISES
C/O JAN ALAN BRODY ESQ
CARELLA BYRNE BAIN GILFILLAN ET AL
5 BECKER FARM ROAD
ROSELAND, NJ 07068

DENNIS & JILL GALLAHER
18160 CLEAR SPRING LANE
EDEN PRAIRIE, MN 55347

DENNIS & JILL GALLAHER
18160 CLEAR SPRING LANE
EDEN PRAIRIE, MN 55347

DENNIS DEAN
PO BOX 853
BAY CITY, MI 48707-0853

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

DETREX CORPORATION
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

DETREX CORPORATION
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

DETROIT WATER & SEWERAGE DEPARTMENT
735 RANDOLPH ST 4TH FLOOR
DETROIT, MI 48226-2850

DIANA GALENIC
953 BEST CIRCLE
NEWMARKET, ON
L3X 2K9 CANADA

DILKS, DEBORAH
5327 HERMAN RD
CLAREMONT, NC 28610-9444

DOMENICA S DITTMEIER
32 SHELLEY AVE
VALHALLA, NY 10595-1406

DONALD M WAGNER
12501 ULMERTON RD
SITE 78
LARGO, FL 33774

DONALD S & MARGARET SAUNDERS JT TEN
8258 SAINT FRANCIS CT
CENTERVILLE, OH 45458

DONALD WEAKLAND
16 HIGHLAND AVENUE
EAGLEVILLE, PA 19403

DORIS PLEASANT
8810 LOCUST GROVE DRIVE
PORT TOBACCO, MD 20677

DOUGLAS M WOJCIK
16630 JESSICA LANE
ROMULUS, MI 48174

DETROIT WATER & SEWERAGE DEPARTMENT
735 RANDOLPH ST 4TH FLOOR
DETROIT, MI 48226-2850

DEVAKI GANESAN
13908 PLANTATION WAY
EDMOND, OK 73013

DIANA L BURRUS
251 S 500 E
VALPARAISO, IN 46383-7914

DLA PIPER LLP (US)
C/O RICHARD M KREMEN
THE MARBURY BUILDING
6225 SMITH AVE
BALTIMORE, MD 21209-3600

DONALD M FETHEROLF (IRA)
FCC AS CUSTODIAN
14127 BERESFORD ROAD
BEVERLY HILLS, CA 90210-1066

DONALD PETERSON
160  CAYMUS COURT
SUNNYVALE, CA 94086

DONALD S KYKENDALL
809 MARSHALL ROAD
ROCHESTER, NY 14624-4761

DONG WANG
30037 TOWNSHIP ROAD 262
CALGARY AB T3R 1C4 CANADA

DOROTHY KENNEDY
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN WAY MS7
SANTA ANA, CA 92707

DOUGLAS STERETT
40679 VILLAGEWOOD RD
NOVI, MI 48375

DOYLE CARMACK
276 S TUCSON CIR
AURORA, CO 80012-1327

DR ANDREUS HESSE
WIESUGRUNDSTR 7A
57482 WENDEU GERMANY

DR SONYA L JONES
PO BOX 289
SOMERSET, KY 42502

DTE ENERGY COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

EDA MURINO & CARL MURINO
31 RICHMOND STREET
ISLIP, NY 11751-2039

EDGAR RABE
1810 THICKET CT.
FORT WAYNE, IN 46814

EDWARD DWAYNE HARRISON
2617 HERITAGE COLONY
WEBSTER, TX 77598

EDWARD F WALL
624 ANDERSON HILL RD
PURCHASE, NY 10577-0453

EDWIN W LEHMANN
1313 LYTLE
KERRVILLE, TX 78028

EHAB AMIN
94 AHMED ORABI ST.
MOHANDSSIN GIZA, 12411

EILEEN BUNDY
10208 WILL ALLMAN RD
GEORGETOWN, OH 45121

ELAINE FATER KUBICEK
2606 PARK SPRING LN
SPRING, TX 77373-5839

ELIZABETH GUPPY
9009 SMITHVILLE RD
MAPLETON, IL 61547

ELIZABETH O BARBOUR (IRA)
FCC AS CUSTODIAN
58 WHITE BIRCH COURT
LUMBERTON, NJ 08048-3426

ELIZABETH O'CONNELL
151 OLD FARM RD
BASKING RIDGE, NJ 07920

ELJER MANUFACTURING COMPANY INC C/O
REXNORD ZURN HOLDINGS INC
225 FIFTH AVENUE
REED SMITH CENTRE
PITTSBURGH, PA 15222

ELLIOT M HELFAND
2245 OLEADA CT
ENGLEWOOD, FL 34224

ELY, JEFFREY S
6899 N WILLIAMS RD
SAINT JOHNS, MI 48879-8401

ENVIRONMENTAL MANAGER
WACKER CHEMICAL CORPORATION
3301 SUTTON ROAD
ADRIAN, MI 49221

ESTA PERDUE
715 S PORTLAND ST
BRYAN, OH 43506-2060

ESTA PERDUE
ATTN DAVID PERDUE
GUARDIAN OF ESTA PERDUE
715 S PORTLAND ST
BRYAN, OH 43506

ESTATE OF PATRICIA SINCLAIR
C/O WILLIAM WALSH EXECUTOR
410 WELD ST
WEST ROXBURY, MA 02132

EUGENE L PETRINI
14802 N BOLIVAR DR
SUN CITY, AZ 85351

EUGENE TRACY
2239 LONG'S MILL RD.
BLANCH, NC 27212

EVAN ROMERO
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN WAY MS7
SANTA ANA, CA 92707

EVELYN GREENE TTEE
FBO EVELYN GREENE LIVING TRUST
U/A/D 08/19/97
9692 SILLS DRIVE E. #104
BOYNTON BEACH, FL 33437-5307

FBO PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END, NC 27376

FEDERAL SCREW WORKS
C/O THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

FEDERAL SCREW WORKS
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

FELDNER FAMILY LTD PART.
138 BEECHWOOD RD
ORADELL, NJ 07649

FETOUH, MOHAMED A
4864 SEASONS
TROY, MI 48098-6621

FLOWSERVE CORPORATION
J G HAMILTON JACKSON WALKER LLP
901 MAIN STREET STE 6000
DALLAS, TX 75202

FLOWSERVE CORPORATION
J G HAMILTON JACKSON WALKER LLP
901 MAIN STREET STE 6000
DALLAS, TX 75202

FORD MOTOR COMPANY
ATTN: JOSE J BARTOLOMEI
101 N MAIN ST, 7TH FL
MILLER CANFIELD
ANN ARBOR, MI 48104

FORD MOTOR COMPANY
C/O THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER; SUITE 36000
DETROIT, MI 48243

FORD MOTOR COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

FOREST WASTE COORDINATING COMMITTEE
C/O MICHAEL M BRILEY
SHUMAKER LOOP & KENDRICK
1000 JACKSON ST
TOLEDO, OH 43604

FRANKLIN COUNTY & FRANKLIN COUNTY WATER DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

FREDERIC & BARBARA NORD
TTEES 999019
500 LAVER WAY
NEWPORT BEACH, CA 92660

FRONTIER CHEMICAL SITE PRP GROUP
CHAIRMAN A TIMOTHY WEBSTER
C/O WEBSTER SZANYI LLP
1400 LIBERTY BLDG 424 MAIN STREET
BUFFALO, NY 14202

GARY BARBAGALLO
2107 BRANCH HILL ST
TAMPA, FL 33612

GARY J REED
14445 N 51ST AVE W
MINGO, IA 50168

GARY NELSON
515 E. TIMBERVIEW LANE
ARLINGTON, TX 76014

GE CONSUMER & INDUST GE SECURITY
MICHAEL B BACH, ESQ
25 WHITNEY DR STE 106
MILFORD, OH 45150

GE CONSUMER & INDUSTRIAL GE SEC
ATTN MICHAEL B BACH ESQ
25 WHITNEY STE 106
MILFORD, OH 45150

GE CONSUMER & INDUSTRIAL GE SEC
ATTN MICHAEL B BACH ESQ
25 WHITNEY DR STE 106
MILFORD, OH 45150

GENERAL ELECTRIC COMPANY
C/O EHS COUNSEL
APPLIANCE PARK, AP2-225
LOUISVILLE, KY 40225

GENERAL ELECTRIC COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

GENNARO GIRARDI
50 ERLANGER BLVD
NORTH BABYLON, NY 11703

GEORGE A & MARIE A KOHRMANN
10 JFK DRIVE
BLAUVELT, NY 10913

GEORGE DOLAN
625 W DEER VALLEY RD
PHOENIX, AZ 85027-2138

GEORGE DOLAN
625 W DEER VALLEY RD
PHOENIX, AZ 85027-2138

GEORGE P FELDNER
138 BEECHWOOD RD
ORADELL, NJ 07649

GEORGE P HATZIGEORGIS
PO BOX 130370
BIRMINGHAM, AL 35213

GEORGE W LUKOVSKY
5620 HUNTINGTON ST
DULUTH, MN 55807

GEORGE W MCCLAIN
3022 IMPERIAL VALLEY DRIVE
LITTLE ROCK, AR 72212-3108

GEORGE W MCCLAIN
3022 IMPERIAL VALLEY DRIVE
LITTLE ROCK, AR 72212-3108

GEORGE W MORTE JR
3113 ENCINO AVE
BAY CITY, TX 77414

GEORGETTE JOHNSON
2106 BOEGER AVE.
WESTCHESTER, IL 60154

GEORGIA E MALAK
304 HILLCREST LANE
BRENHAM, TX 77833

GEORGIA E MALAK
304 HILLCREST LANE
BRENHAM, TX 77833

GERALD K DOWD
C/O PHILIP KEITH ESQ
354 PINE STREET THIRD FLOOR
SAN FRANCISCO, CA 94104

GERALD KRUTSINGER
55796 205TH TRL
CHARITON, IA 50049

GERDAU MACSTEEL
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

GERHARD VOGT
SCHLUSSELWIESEN 16
D - 70186 STUTTGART GERMANY

GLENN BRANCH
5401 TIMBER CREEK LN
NORTH LITTLE ROCK, AR 72116

GOBLE, DELLA M
3341 E HOUGHTON LAKE DR
HOUGHTON LAKE, MI 48629-9394

GOBLE, MARION E
3341 E HOUGHTON LAKE DR
HOUGHTON LAKE, MI 48629-9394

GORDON BENNETT
533 MIDWAY DR # B
OCALA, FL 34472

GORDON HALL
172 SHERIDAN HILLS ROAD
MARBLE, NC 28905

GOTTSACKER, RONALD J
PO BOX 226
HARBOR SPRINGS, MI 49740-0226

GRAJEK, ROBERT L
16864 EVERGREEN TER
HOMER GLEN, IL 60491-8425

GREENVILLE ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

GUNTBERT HORN
ZUM SCHAFERHOF 60
49088 OSNAISRUCK GERMANY

GWEN WALRAVEN
401 RIO CONCHO DRIVE APT 47
SAN ANGELO, TX 76903-5568

HAIRONG GUI
937 NW GLISAN STREET
#834
PORTLAND, OR 97209

HANGLEY ARONCHICK SEGAL & PUBLIN
MATTHEW HAMERMESH
ONE LOGAN SQUARE, 27TH FLOOR
PHILADELPHIA, PA 19103

HANNA KJAER-GREGER
BUEDINGER STRASSE 7
60435 FRANKFURT/M  GERMANY

HANNA KJAER-GREGER
BUEDINGER STRASSE 7
60435 FRANKFURT/M GERMANY

HAROLD GREENE
3025 WWHITE FEATHER LN
PHOENIX, AZ 85083

HAROLD MEIERS
BEVAN & ASSOCIATES LPA INC
6555 DEAN MEMORIAL PARKWAY
BOSTON HTS, OH 44236

HARRISON S MILLER
2065 RIDGEVIEW DRIVE
SEVEN HILLS, OH 44131

HELEN ANFINSON
2316 S VAN EPS
SIOUX FALLS, SD 57105

HELEN DAVIS
22578 E RIVER
GROSSE ILE, MI 48138

HELMUT SCHAEFER
C/O RECHTSANWAELTE
DR WEIGEL DOERING TEIPEL
NORDWALL 1
34497 KORBACH GERMANY

HELMUT SCHAEFER
PRANGELWEG 9
35104 LICHTENFELS GERMANY

HELMUT SCHAEFER
PRANGELWEG 9
35104 LICHTENFELS GERMANY

HELMUT SCHAEFER
RECHTSANWAELTE
DR WEIGEL, DOERING, TEIPEL
NORDWALL 1
34497 KORBACH GERMANY

HENRI P RACINE
2968 MATAPEDIA AVE
G1W 1X9 QUEBEC CANADA

HENRI P RACINE
2968 MATAPEDIA AVE
G1W 1X9 QUEBEC CANADA

HENRY JACKSON
2633 STEEPLECHASE ROAD
EDMOND, OK 73034

HERBERT S LAWTON JR
C/O EMBRY & NEUSNER
PO BOX 1409
GROTON, CT 06340

HERBOLD JAMES
51449 FAIRLANE DR
SHELBY TOWNSHIP, MI 48316-4620

HERMAN L HOBBS
1111 HADCOCK RD
BRUNSWICK, OH 44212

HERMAN WALLACE JR
1020 36TH STREET
WEST PALM BEACH, FL 33407

HILDE LUKAT
AM ALTEN HAFEN 115
27568 BREMERHAVEN GERMANY

HILDE LUKAT
AM ALTEN HAFEN 115
27568 BREMERHAVEN GERMANY

HISCOCK & BARCLAY, LLP
ATTN: LEE WOODWARD ESQ
300 SOUTH STATE STREET
ONE PARK PLACE
SYRACUSE, NY 13202

HOGAN, BETTY A
1010 GOTT ST
ANN ARBOR, MI 48103-3154

HOLLIDAY REMEDIATION TASK FORCE
LISA A EPPS & JAMES T. PRICE
1000 WALNUT ST STE 1400
C/O DOEPKE-HOLLIDAY SUPERFUND SITE
KANSAS CITY, MO 64106

HONEYWELL INTERNATIONAL INC.
ATTN THOMAS BYRNE
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

HONEYWELL INTERNATIONAL INC.
ATTN: THOMAS BYRNE
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

IBRAHIM D IBRAHIM
1468 HUNTER MOON WAY
BEAUMONT, CA 92223

IGOR KUMOK
10372 FOREST BROOK LANE, UNIT-H
SAINT LOUIS, MO 63146

IMBODEN, JERRY B
4001 LAKEWOOD DR
WATERFORD, MI 48329-3844

IMPACT GROUP
ATTN: CORPORATE OFFICER
12977 N 40 DR STE 300
SAINT LOUIS, MO 63141

INGRID HERZELE
FASANENSTRASSE 56
D 40699 ERKRATH GERMANY

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104

IRA FBO MARIAN S MORELLI
PERSHING LLC AS CUSTODIAN
286 BETH LANE
UNIT 5
WATERBURY, CT 06705-2548

IRVIN STENZEL
3777 E MCDOWELL RD
APT 1042
PHOENIX, AZ 85008

IRVING KRAMER
15217 LAKE OF DELRAY BLVD
APT 119
DELRAY BEACH, FL 33484

JACK HARDING BADY
14 RUE DU CASTELET
06740 CHATEAUNEUF DE GRASSE FRANCE

JACK W WENDELL AND FREDA PETERSON
13013 N PANORAMA DR
#117
FOUNTAIN HILLS, AZ 85268

JACK W WENDELL AND FREDA PETERSON
CHESTER A. YON
PO BOX 18587
FOUNTAIN HILLS, AZ 85269

JACOB F. KRYGOSKI
9561 CRESTWOOD LN.
ANAHEIM, CA 92804

JAMES C MITCHELL
C/O PATRICIA A MITCHELL
5706 STONEACRE COURT
GLEN ALLEN, VA 23059-5376

JAMES D. TOWNSEND
5429 ATLAS RD.
P.O.BOX 128
ATLAS, MI 48411

JAMES E HOERIG
C/O JUDITH R HERMAN (P40477)
THE SAM BERNSTEIN LAW FIRM PLLC
31731 NORTHWESTERN HWY SUITE 333
FARMINGTON HILLS, MI 48334

JAMES E HOERIG
C/O JUDITH R HERMAN (P40477)
THE SAM BERNSTEIN LAW FIRM PLLC
31731 NORTHWESTERN HWY SUITE 333
FARMINGTON HILLS, MI 48334

JAMES HUMPHRIES
129 WEBBER LAKE RD
UNION, SC 29379

JAMES ROLAND
4673 ST. ALBANS
STERLING HEIGHTS, MI 48314

JAMES S M NG & YUEN WAH LO NG
17 MILLWARD CRESCENT
AJAX, ONTARIO L1T 4M6  CANADA

JEFF C. WANG
18810 RACQUET RIDGE
HUMBLE, TX 77346

JEFFERSON ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

JEFFREY F HADDEN
131 CURRY ROAD
WAPPINGERS FALLS, NY 12590

JENNIFER DENNY
1855 LONG HOLLOW RD
LAFOLLETTE, TN 37766

JENTIFER B. SMITH
138 BOMBA STREET
BARNWELL, SC 29812

JEROME JAKOBOWSKI
2007 CRAVENS DR.
CROSSVILLE, TN 38572

JERRY  E. COX
310 E. 74TH ST 3B
NEW YORK, NY 10021

JERRY AND LYNN MCCARTY
30W012 WILLOW LANE
WARRENVILLE, IL 60555

JERRY BRINK
42111 BRIARCLIFF CT
CANTON, MI 48187-3714

JERRY LAMPLEY
555 TURNER DR
LOUISVILLE, IL 62858

JESSICA HIGH
JESSICA HIGH
48 DEPEW ST
ROCHESTER, NY 14611

JIS PERFORMING PARTY GROUP
GIBBONS PC
ATTN: IRVIN M FREILICH, ESQ
1 GATEWAY CENTER - 17TH FL
NEWARK, NJ 07102

JIS PERFORMING PARTY GROUP
MUNSCH HARDT KOPF HARR PC
700 LOUISIANA #4600
C/O MARY W KOKS
HOUSTON, TX 77002

JO ANN HITMAN
328 HARMONY CHURCH RD
GILLSVILLE, GA 30543

JOAN B EVENSKI
441 CORBETT DRIVE
THE VILLAGES, FL 32162

JOAN N MURRAY
805 MALLEY DRIVE
NORTHGLENN, CO 80233

JOHANN HAY GMBH & CO KG
KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605

JOHANN HAY GMBH & CO KG
KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605

JOHANN HAY GMBH AND CO KG
ATTN KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605

JOHANN HAY GMBH AND CO KG
ATTN KENNETH M LEWIS ESQ
LEWIS LAW PLLC
120 BLOOMINGDALE ROAD, STE 100
WHITE PLAINS, NY 10605

JOHN BAYBO
1084 DEBORAH DRIVE
ARNOLD, MO 63010

JOHN C EHLERS
8485 MISSION HILLS LANE
CHANHASSEN, MN 55317

JOHN D CECH IRA
1275 S PALISADE DR
COTTONWOOD, AZ 86326

JOHN L MEALER
6333 GARDENIA LANE
C/O MEALER AUTO TRADE LIBEL
BY GM, GMAC, ET AL
SHOW LOW, AZ 85901

JOHN L REMSEN PERSONAL REP
OF THE ESTATE OF ROBERT J DEMASSI
5 BECKER FARM RD
C/O J A BRODY; C BYRNE ET AL
ROSELAND, NJ 07068

JOHN MCGUIRE & MARION MCGUIRE
308 OAK LANE
MANCHESTER, NJ 07859

JOHN N GRAHAM TRUSTEE
C/O THOMAS J SCHANK
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604

JOHN N GRAHAM TRUSTEE
THOMAS J SCHANK
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604

JOHN N. & ROSALYN FAZZI
370 PITTSTON BLVD
WILKES BARRE, PA 18702

JOHN P MOSKAL
170 CROFTON DR
WEST SENECA, NY 14224

JOHN S GRAY
2425 DEXTER RD
AUBURN HILLS, MI 48326

JOHNNY R WHITE
549 N FM 270, SUITE 100
LEAGUE CITY, TX 77573

JOHNSON, LEON
YEOTIS DEAN T LAW OFFICES OF
611 WEST COURT STREET
FLINT, MI 48503-5000

JOHNSON-GREEN, LELAH M
1545 WINTHROP RD
BLOOMFIELD HILLS, MI 48302-0684

JOHNSON-GREEN, LELAH M
1545 WINTHROP RD
BLOOMFIELD HILLS, MI 48302-0684

JOHNSON-GREEN, LELAH M
1545 WINTHROP RD
BLOOMFIELD HILLS, MI 48302-0684

JOSEPH FISCHETTI
228 COOK STREET
HUNTINGTON STATION, NY 11746

JOSEPH G DUSHAW
32 LAURELBROOK CT
CRESSON, PA 16630

JOSEPH L MALONEY
8331 LAMPSON APT 3
GARDEN GROVE, CA 92841-3132

JOSEPH P SCHORN
7 GREENACRE LANE
NORTHPORT, NY 11768

JOSEPH R ZACHARA
1601 MADSEN DR
ORTONVILLE, MI 48462

JOSEPH YAKLIC
49830 CRANBERRY CREEK DR.
MACOMB, MI 48042

JOSEPH YAKLIC II
52471 INDIAN SUMMER DR.
CHESTERFIELD TWP., MI 48051

JUDITH L NISSEN, TRUSTEE
OF THE JUDITH L NISSEN TRUST DTD 10/16/90
PO BOX 87
BEECHER, IL 60401

JUDY A SIERSON
7242 RESERVOIR ROAD
CHINTON, NY 13323

JUDY TURNER
6002 NORTHGAP
SAN ANTONIO, TX 78239

JULIA SANDIFER
PO BOX 2335
HARVEY, IL 60426-8335

JULIA SZETO
1629 S.PRAIRIE AVE
#2203
CHICAGO, IL 60616

JULIAN GEVARGIS
1574 RT 9G
HYDE PARK, NY 12538

JUNE B LEE
900 ROCKY FOUNTAIN TERRACE
MYERSVILLE, MD 21773

JUNE HECK
81514 ALEXANDER
CHAPEL HILL, NC 27517

KARL C. WENTZ
3450 LAKESHORE DRIVE
TALLAHASSEE, FL 32312

KARL PHILIPP MULLER
LEBEREN STRASSE 27
CH 8472 SEUZACH SWITZERLAND

KASPZYK GERALD S
1772 KILBURN RD N
ROCHESTER HILLS, MI 48306-3034

KASPZYK GERALD S
1772 KILBURN RD N
ROCHESTER HILLS, MI 48306-3034

KASPZYK, GERALD S
1772 KILBURN RD N
ROCHESTER HILLS, MI 48306-3034

KATHERINE T COLE TTEE
39 OLIVE AVE
REHOBOTH BEACH, DE 19971

KATHERINE T COLE TTEE
39 OLIVE AVE
REHOBOTH BEACH, FL 19971

KATHLEEN R CONNLEY
2621 MACGREGOR CT
MODESTO, CA 95350

KELLEHER FRANCES L
743 HIGH ST
NATTLEBORO, MA 02760-4488

KELLEHER, FRANCES L
743 HIGH ST
NATTLEBORO, MA 02760-4488

KELLEY, PHILLIP H
717 BENDERLOCK WAY
FORT WAYNE, IN 46804-3510

KELSEY-HAYES COMPANY
C/O SCOTT D BLACKHURST
KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

KENDZIORSKI, MELVIN J
2605 BROWNING DR
LAKE ORION, MI 48360-1817

KENNEDY REV
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN TRUST WAY MS7
SANTA ANA, CA 92707

KENNEDY, JENNIK & MURRAY, P.C
S M. JENNIK & T M. KENNEDY
113 UNIVERSITY PLACE, 7TH FLOOR
NEW YORK, NY 10003

KENNETH DOUGLAS
1301 E LINCOLN ST
EAST TAWAS, MI 48730-9577

KETTERING UNIVERSITY
JOSE BARTOLOMEI AND MILLER CANFIELD
101 N MAIN ST, 7TH FLOOR
ANN ARBOR, MI 48104

KHOJESTA A. PRICE
8604 J VIA MALLORCA
LA JOLLA, CA 92037

KIRKLAND & ELLIS LLP
ATTY FOR NEW UNITED MOTOR MANUF.
ATTN:  RICHARD M. CIERI
601 LEXINGTON AVENUE
NEW YORK, NY 10005

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS LLP
ATTN RAY C. SCHROCK
300 NORTH LASALLE
CHICAGO, IL 60654

KIRKLAND & ELLIS LP
ATTY FOR NUMMI
ATTN: MARK E. MCKANE
555 CALIFORNIA STREET, 27TH FLOOR
SAN FRANCISCO, CA 94104

KNOTH RICHARD A
2559 BROWNING DR
LAKE ORION, MI 48360-1815

KUNTZ, GLENN C
1505 CLEAR BROOK DR
DAYTON, OH 45440-4332

L B SPRADLIN
ANDREW MCENANEY
HISSEY KIENTZ LLP
9442 CAPITAL OF TX HWY N STE 400
AUSTIN, TX 78759

L JOHNSON & P JOHNSON
4800 GREELY CHAPEL ROAD
LIMA, OH 45806

L KILMER & H KILMER TTEE
KILMER FAMILY TRUST U/A DTD
19420 TREADWAY RD
BROOKEVILLE, MD 20833

LAMMERS BARREL FACTORY PRP GROUP
C/O NIJMAN FRANZETTI LLP
10 S LASALLE ST STE 3600
CHICAGO, IL 60603-1032

LAPEER METAL STAMPING CO.
930 S. SAGINAW
LAPEER, MI 48446

LARRY MEADOWS
1698A LAWRENCE BROS
BATESVILLE, MS 38606

LARRY MULROONEY
241 HAZEN RD.
HACKETTSTOWN, NJ 07840

LARRY S MASSEY
426 STEVENS AVE
GREENWOOD, SC 29646

LARRY SCHRAMM
3298 SUMMIT RIDGE DR
ROCHESTER HILLS, MI 48306-2956

LEO PERKS
5 TURNBRIDGE ROW
MANCHESTER, NJ 08759

LEO REINER
MARK REINER
19 JOHN HANCOCK DR #B
MONROE TWP, NJ 08831

LEONID GARBER
215-05 64 AVE
BAYSIDE, NY 11364

LIBORIO DI SALVO
40 VIA VILLAFRANCA
90141 PALERMO ITALY

LICO DONALD T
LICO DONALD T
54501 CAMBRIDGE DR
SHELBY TOWNSHIP, MI 48315-1611

LICO, DONALD T
54501 CAMBRIDGE DR
SHELBY TOWNSHIP, MI 48315-1611

LINDELL L. ESTES
205 MOODY STREET
MASON, TX 76856

LISA CORBETT
67 LOGGERHEAD DR
COLUMBIA, SC 29229

LIZ & BARNEY JOE ROSSO
PO BOX 434
HARTSHORNE, OK 74547

LLOYD J WIEBOLD
INDIVIDUAL RETIREMENT ACCOUNT
RBD CAPITAL MARKETS CORP CUST
2433 H AVE
WILLIAMSBURG, IA 52361-8536

LOC BUI
30 WESTGATE ROAD
FRAMINGHAM, MA 01701

LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

LOUIS PECK PERKINS
2357 LEONARDO LN N
JACKSONVILLE, FL 32218

LOVENIA BROCK
301 BROCK LANE
LONDON, KY 40744

LYNN SWIECICKI
756 BRADY AVE # 106
BRONX, NY 10462

LYNNE G JACOBS
18 ROOSEVELT STREET
TAPPAN, NY 10983

M CHROMIK & WILLIAM J CHROMIK
29 PARKSIDE TRAIL
BALLSTON LAKE, NY 12019

M KAVANAUGH
444 KINDLEBERGER RD
KANSAS CITY, KS 66115-1225

M.LOUISE SCHUMAN
101 KOKOMO WAY
SENECA, SC 29672

MABLE SCOTT
106 NURSERY RIDGE LANE
COLUMBIA, SC 29212

MANOJ PUNAMIA
3047 BADGER DRIVE
PLEASANTON, CA 94566-8711

MARGARET A MANTLER
4704 LONG GREEN DR
GLEN ARM, MD 21057

MARGARITA BLOCK
54 WESTMINISTER DRIVE
PALM COAST, FL 32164

MARIETTA CALABRESE GLORIA
CALABRESE EMANUEL CALABRESE &
MICHAEL CALABRESE JWROS
1746 WEST 2ND STREET
BROOKLYN, NY 11223-1626

MARILYN BRANNEN
648 GOLDENVILLE RD
GETTYSBURG, PA 17325

MARION BRAGG GROUP
C/O JOHN HANSON
BEVERIDGE & DIAMOND PC
1350 I STREET NW SUITE 700
WASHINGTON, DC 20005-3311

MARION COUNTY TREASURER
200 E WASHINGTON ST STE 1041
INDIANAPOLIS, IN 46204

MARK & ANN STAHLA JTWROS
MARK STAHLA
PO BOX 1976
KEY WEST, FL 33041-1976

MARK GIROWSKI
1027 INCA TRL
LAKE ORION, MI 48362-1423

MARK HASSON
417 BUTE RD.
UNIONTOWN, PA 15401

MARK-EDWARD GREY
KNIEBISSTRASSE 9
76307 KARLSBAD, GERMANY

MARRINER R & BETTY I BAILEY TRUST
8 HORTON HILL
CHITTENDEN, VT 05737

MARSHA ILG, IRA ACCOUNT
1213 VIA VISALIA
SAN CLEMENTE, CA 92672

MARSHALL ABRAM
1714 E. HINES ST.
MUNCIE, IN 47303

MARTIN D HARSH AND BETTY J HARSH
7721 RIVER ROCK CT
WILLIAMSPORT, MD 21795

MARVIN ECHOLS
PO BOX 2211
BAY CITY, MI 48707

MARY ANN GABLEHOUSE
3120 58 AVE CT
GREELEY, CO 80634

MARY MCFERRON
1322 DALLWOOD DRIVE
ST LOUIS, MO 63126

MARYLAND SAND & GRAVEL FUND
CLEAN SITE ENVIRON SVS INC
ATTN: SCOTT MILLER
46161 WESTLAKE DR STE 230-B
POTOMAC FALLS, VA 20165

MAYNARD MCMAHON & PATRICIA MCMAHON
210 SHERMAN DR
RED BLUFF, CA 96080

MAYNELL ADAMS
3835 N STONE GULLY
MESA, AZ 85207

MC NUTT, REBECCA S
625 LONGHORN DR
O FALLON, MO 63368-6933

MCCORMICK, DORIS E
964 CONTADERO PL
LAS VEGAS, NV 89138-4545

MCGIGOR, JOSEPH N
21123 WOODFARM DR
NORTHVILLE, MI 48167-9028

MCKINNEY, DAVID O'NEAL
470 HAYS RD N
SMITHS GROVE, KY 42171-9129

MCMANAMA, RICHARD P
1033 DEVONSHIRE RD
GROSSE POINTE PARK, MI 48230-1416

MELISSA GRIGIONE
25 ORCHARD RD
BREWSTER, NY 10509

MELVIN KENDZIORSKI
2605 BROWNING DR
LAKE ORION, MI 48360-1817

MICHAEL FINAZZO
8908 BILLINGS ROAD
KIRTLAND, OH 44094

MICHAEL J NORTON AND
ANN-MARIE NORTON JTWROS
8 BULL CALF LN
CENTERPORT, NY 11721-1669

MICHAEL KISCHNER
LORENZ-DIEHL STRASSE 16
MAINZ 55131 GERMANY

MICHAEL KNAUSS
58-37 206 STREET
OAKLAND GARDENS, NY 11364

MICHAEL T JONES 2ND ACTION
PRO SE
63 WAVERLY AVE
DAYTON, OH 45405-2228

MICHELIN NA INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

MICHELIN NORTH AMERICA
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

MICHELIN NORTH AMERICA
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

MICHIGAN DEPT OF ENVIRONMENT QTY
C/O CELESTE R GILL
ASSISTANT ATTORNEY GENERAL
525 W OTTAWA ST
LANSING, MI 48933

MIKE MITSURU FUKUSHIMA TTEE
FBO MIKE M FUKUSHIMA REV TRUST
U/A/D 8/24/88
2854 A BOOTH ROAD
HONOLULU, HI 96813-1191

MILTON SLADE
FOSTER & SEAR, LLP
817 GREENVIEW DR.
GRAND PRAIRIE, TX 75050

MINEOLA ISD TAX OFFICE
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

MISS JOANN HITMAN
328 HARMONY CHURCH RD
GILLSVILLE, GA 30543

MODCOMP INC
C/O RAUL GASTESI JR ESQ
GASTESI & ASSOCIATES P A
8105 NW 155TH STREET
MIAMI LAKES, FL 33016

MOHAMED FETOUH
4864 SEASONS
TROY, MI 48098-6621

MOHAMMAD Z KHAN
11120 E 29 ST
TULSA, OK 74129

MOJGAN LATIFI
26120 ALIZIA CANYON DRIVE
UNIT D
CALABASAS, CA 91302

MOODY'S INVESTORS SERVICE
C/O S STEPHENS BURKE & BURKE
ATTN CHRISTOPHER R BELMONTE
230 PARK AVENUE
NEW YORK, NY 10169

MR JOCHEN BADERSCHNEIDER
JOCHEN BADERSCHNEIDER
SONNENSTASSE 11
93161 SINZING GERMANY

MR JOCHEN BADERSCHNEIDER
SONNENSTRASSE 11
93161 SINZING GERMANY

MR ROBERT NANN
4744 70TH ST UNIT 2
LA MESA, CA 91942

MR. JOSEPH LEE
20833 GARDEN GATE DR
CUPERTINO, CA 95014

MS & CO C/F
FRED FINK - IRA DATED 8/1/94
17333 CITRONIA ST
NORTHRIDGE, CA 91325

MS&CO C/F
FRANK N ORRIS
IRA ROLLOVER DATED 02/28/96
7535 HEARD RD
CUMMING, GA 30041-8128

MS&CO C/F
FRED FINK
IRA STANDARD DATED 08/01/94
17333 CITRONIA AVENUE
NORTHRIDGE, CA 91325-2012

NATIXIS LIFE
51 AVENUE JF KENNEDY
L 1855 LUXEMBURG

NCR CORPORATION
ATTN: MATTHEW A HAMERMESH, ESQ
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE, 27TH FL
PHILADELPHIA, PA 19103

NCR CORPORATION
EDWARD GALLAGHER LAW VICE PRESIDENT
NCR CORPORATION WHQ-2E
3097 SATELLITE BLVD STE 100
DULUTH, GA 30096-1293

NCR CORPORATION
EDWARD GALLAGHER, LAW VP
NCR CORPORATION, WHQ-2E
3097 SATELLITE BLVD STE 100
DULUTH, GA 30096-1293

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

NELLIE VANDYKE
715 EAGLE RD
LOUISVILLE, IL 62858

NELLY BAUER-ROLLANDIN & FRANK OUW
ROMERSTR 3A
76870 KANDEL, GERMANY

NEVIUS, GARY
PAUL REICH & MYERS PC
1608 WALNUT ST STE 500
PHILADELPHIA, PA 19103-5446

NEW UNITED MOTOR MANUFACTURING INC
47001 BENICIA STREET
FREMONT, CA 94538

NEW UNITED MOTOR MANUFACTURING INC
C/O KIRKLAND & ELLIS LLP
ATTN RAY C SCHROCK AND MARK MCKANE
601 LEXINGTON AVENUE
NEW YORK, NY 10022

NIAGARA MOHAWK POWER CORP
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE 300 SOUTH STATE ST
ATTN: SUSAN R. KATZOFF, ESQ.
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION
ATTN: SUSAN R KATZOFF ESQ
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE 300 SOUTH STATE ST
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION
ATTN: SUSAN R KATZOFF, ESQ
300 SOUTH STATE STREET
C/O HISCOCK & BARCLAY, LLP
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION
C/O HISCOCK & BARCLAY LLP
ATTN SUSAN R KATZOFF ESQ
ONE PARK PLACE 300 SOUTH STATE ST
SYRACUSE, NY 13202

NIAGARA MOHAWK POWER CORPORATION
C/O HISCOCK & BARCLAY, LLP
300 SOUTH STATE STREET
ATTN: SUSAN R KATZOFF, ESQ
SYRACUSE, NY 13202

NICHOLAS F. STARACE
9 FIELDING ROAD
SHORT HILLS, NJ 07078

NICHOLAS J PERSICH MD
219 ARIS AVE
METAIRIE, LA 70005-3424

NICHOLAS J PERSICH MD
219 ARIS AVE
METAIRIE, LA 70005

NICHOLAS PERSICH
219 ARIS AVENUE
METAIRIE, LA 70005

NIKA GOJCAJ
73350 MCKAY
ROMEO, MI 48065

NL INDUSTRIES INCORPORATED
TRACEE THOMAS
5430 LBJ FREEWAY SUITE 1700
DALLAS, TX 75240

NOREEN GLASPIE
196 PARKWAY DR
DAVISON, MI 48423-9131

NORMA BUTLER
2022 WEST AUTUMN LN
FORT WAYNE, IN 46845

NORMA JEAN WALENS
8922 KREWSTOWN RD #209
PHILADELPHIA, PA 19115

NORMA K JACOBSON
3323 BAYFIELD BLVD
OCEANSIDE, NY 11572-4621

NORTH SHORE GAS COMPANY
C/O STEPHEN H ARMSTRONG
JENNER & BLOCK LLP
353 N CLARK STREET
CHICAGO, IL 60654

NORTHROP GRUMMAN
C/O GABRIEL CALVO
7555 COLSHIRE DRIVE
M/S C-4S1
MCLEAN, VA 22102

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.
JOSEPH P KWAN, CORP DIRECTOR
NORTHROP GRUMMAN CORP, ENCIRONMENTAL REMEDIATION
1840 CENTURY PARK EAST
LOS ANGELES, CA 90067

NYS DEPT. OF ENV CONSERVATION
MAUREEN F. LEARY, AAG
ENVIRONMENTAL PROTECTION BUREAU
OFFICE OF THE NYS ATTORNEY GENERAL
ALBANY, NY 12224

OCE NORTH AMERICA INC
ATTN  LEE ANN PETERICK
5600 BROKEN SOUND BLVD
BOCA RATON, FL 33487

OFFICE OF THE CALIFONIA ATTY GEN
ATTN: MARGARITA PADILLA
1515 CLAY STREET , 20TH FLOOR
P.O BOX 70550
OAKLAND, CA 94612

OHIO DEPARTMENT OF TAXATION
ATTN REBECCA L DAUM
ATTY - BANKRUPTCY DIVISION
P O BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
ATTN:  REBECCA L DAUM
ATTY BANKRUPTCY DIVISION
P O BOX 530
COLUMBUS, OH 43216-0530

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 EAST BROAD STREET
23RD FLOOR
COLUMBUS, OH 43216

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 EAST BROAD STREET
23RD FLOOR
COLUMBUS, OH 43216

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 EAST BROAD STREET, 23RD FLOOR
COLUMBUS, OH 43216

OHIO DEPARTMENT OF TAXATION
OHIO DEPARTMENT OF TAXATION
30 EAST BROAD STREET, 23RD FLOOR
COLUMBUS, OH 43216

O'KEEFE AGENCY
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN WAY MS7
SANTA ANA, CA 92707

ONONDAGA COUNTY NEW YORK
KEVIN C MURPHY ESQ
THE WLADIS LAW FIRM PC
5795 WIDEWATERS PKWY, PO BOX 245
SYRACUSE, NY 13214

ONONDAGA COUNTY NEW YORK
LUIS MENDEZ SR DEPUTY COUNTY ATT.
JOHN H MULROY CIVIC CENTER 10TH FL
421 MONTGOMERY STREET
SYRACUSE, NY 13202

ORRETT KONG
2750 BALFORN TOWER WAY
WINTER GARDEN, FL 34787

OSCAR BERLAND
3005 CARLSON BLVD
EL CERRITO, CA 94530

OWENS-ILLINIOS INC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

PATRICIA A MARKELEWICZ
1617 SHARPHILL ROAD
PITTSBURGH, PA 15215-1260

PATRICIA A NARDIELLO
82 BRANCHPORT AVENUE
LONG BRANCH, NJ 07740

PATRICIA ANN MCLAWHORN
5535 CAL JONES ROAD
VANCEBORO, NC 28586

PATRICIA FELDNER
138 BEECHWOOD ROAD
ORADELL, NJ 07649

PATRICIA JARUSINSKI
102 GREENOCK COURT
2169 SEVEN LAKES SOUTH
WEST END, NC 27376

PATRICIA NEWBY
3810 RIDGEWOOD AVE
BALTIMORE, MD 21215

PAUL J AND ALMA G HALLER TTEE
U/A/D 10/18/85
PAUL J HALLER REVOCABLE TR
8220 NATURES WAY APT# 119
LAKEWOOD RCH, FL 34202

PAULINE DEMASSI
C/O JAN ALAN BRODY ESQ
CARELLA, BYRNE, BAIN, GILFILLIAN
5 BECKER FARM ROAD
ROSELAND, NJ 07068

PETER GELYON
3405 EMERLING DR
BLASDELL, NY 14219

PETER HIOS
50-35 210 ST.
BAYSIDE, NY 11364

PHILIP JOISTEN
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY

PHILIP JOISTEN
STEINKLEESTRA E 20 A
60435 FRANKFURT GERMANY

PHILLIP FRANKLIN
6105 E CENTENNIAL AVE
MUNCIE, IN 47303-9221

PHILLIP KELLEY
717 BENDERLOCK WAY
FORT WAYNE, IN 46804-3510

PLOUFFE, DANIEL C
70 FONTANA LN
GROSSE POINTE SHORES, MI 48236-1505

POMPEY DODGE INC
ATTN NANCY E CAMPBELL, ESQ
KENNEDY CAMPBELL LIPSKI & DOCHNEY
1818 MARKET ST STE 2510
PHILADELPHIA, PA 19103

POY J LEW
14615 SE 224TH ST
KENT, WA 98042-3160

PRABIR SAHA & RINKU SAHA
905 SAVOY WAY
APEX, NC 27502

PRAFUL SHAH
4649 MAPLE CREEK COURT
WEST BLOOMFIELD, MI 48322

PUTKOVICH, VIOLA E
PO BOX 1636
CASHIERS, NC 28717-1636

RACHEL L BOODRAM
7500 ROSWELL ROAD
UNIT 67
SANDY SPRINGS, GA 30350

RAE & DOWLING GREGORY
806 E 14TH ST N
NEWTON, IA 50208

RAINER D. LEMCKE
GEIBELSTRASSE 12
29664 WALSRODE GERMANY

RAYMOND H MATSCHAT
CGM IRA ROLLOVER CUSTODIAN
5121 LYNNGATE ROAD
COLUMBIA, MD 21044-1432

RAYMOND R COLUCCI AND
MARIANNA F COLUCCI JTWROS
195 EAST DR
NORTH MASSAPEQUA, NY 11758-1609

REBECCA G HARRISON
1065 VIEWPOINTE BLVD
RODEO, CA 94572

REYNOLDS METALS COMPANY
ATTN GENERAL COUNSEL
390 PARK AVENUE
NEW YORK, NY 10022

REYNOLDS METALS COMPANY
C/O HUNTON & WILLIAMS LLP
ATTN JASON W HARBOUR, ESQ
951 E BYRD STREET
RICHMOND, VA 23219

RICHARD ALUMBAUGH
6526 E COUNTY RD 225 N
SULLIVAN, IN 47882

RICHARD D BROWN
139 WEST END AVE
BINGHAMTON, NY 13905

RICHARD FREEMAN
416 FLEMING STREET
APT. C
KEY WEST, FL 33040

RICHARD FROHM
4705 EAST BRILLIANT SKY DRIVE
CAVE CREEK, AZ 85331

RICHARD G TITHOR
14200 SO OAKLEY RD
CHESANING, MI 48616

RICHARD KNOTH
2559 BROWNING DR
LAKE ORION, MI 48360-1815

RICHARD LINEHAN
585 CHESTNUT ST APT 1317
ABINGTON, MA 02351-1050

RICHARD M CHMIEL
1432 W. PETERSON AVENUE
PARK RIDGE, IL 60068-5056

RICHARD SCHELL
100 CAMELOT WAY
ROCHESTER, MI 48306-2614

RICHARD ZMIERSKI
4088 VILLAGER DR
ORION, MI 48359-1884

RICHLAND COUNTY TREASURER
BART HAMILTON
RICHLAND TREASURER
50 PARK AVE EAST
MANSFIELD, OH 44902

RICHLAND COUNTY TREASURER
C/O BAKER & HOSTETLER LLP
ATTN: JOSEPH F HUTCHINSON JR ESQ
1900 EAST 9TH STREET SUITE 3200
CLEVELAND, OH 44114-3482

RICHLAND COUNTY TREASURER
C/O OFFICE OF THE PROSECUTOR, RICHLAND COUNTY, OHIO
ATTN: STEPHEN M WILDERMUTH ESQ
38 SOUTH PARK SECOND FLOOR
MANSFIELD, OH 44902

RITA MACK
9005 BALCONES CLUB DRIVE
AUSTIN, TX 78750

RIVAL, LLC
ATTENTION: MR. WILLIAM DANIELS
670 AUTOMOTIVE DR
COLORADO SPRINGS, CO 80905-7347

RIVAL, LLC
JAMES T FLYN - ATTORNEY & AGENT
111 SOUTH TEJON #202
COLORADO SPRINGS, CO 80903

RIVERSIDE COUNTY TREASURER - TAX COLLECTOR
ATTN DON KENT - TAX COLLECTOR
PO BOX 12005
RIVERSIDE, CA 92502-2205

ROBERT A & DELL M JOHNSTON JT TEN
107 OLD WELLS ROAD
WEST POINT, GA 31833

ROBERT A DEMASSI EXECUTOR OF THE
ESTATE OF ARNOLD A DEMASSI JR
5 BECKER FARM RD
C/O JAN ALAN BRODY ESQ
ROSELAND, NJ 07068

ROBERT D FORTH
5105 JEFFERSON CIR
GUNTERSVILLE, AL 35976-2807

ROBERT ERICKSON
165 BUFF CAP RD
TOLLAND, CT 06084

ROBERT L GRAJEK
16864 EVERGREEN TER
HOMER GLEN, IL 60491-8425

ROBERT MEDER
1314 KINGS CARRIAGE RD
GRAND BLANC, MI 48439

ROBERT MELVIN CHAPLIN
5845 DALTRY LANE
COLORADO SPRINGS, CO 80906

ROBERT TALLMAN
136 EUCLID AVENUE
BARNESVILLE, OH 43713

ROBERT V REHAK
3420 LANDVIEW DR
ROCHESTER, MI 48306

ROBERT VOSS
6412 N UPLAND TERR
PEORIA, IL 61615

ROBERTA S BRAND (TRUST)
36045 LARCH WY
FREMONT, CA 94536

ROBERTSON, DAVID L
PO BOX 695
HUNTSVILLE, AL 35804

ROGER A SCHARF
2521 BOYD ST
DES MOINES, IA 50317-6011

ROGER W SCHNELLE
11277 HWY B
UNIONVILLE, MO 63565-2106

ROMANO LUBRANO
2525 DU GUEPIER
H7L 4W8 LAVAL QUEBEC

RONALD & BARBARA KOPP
10998 HARDCASTLE RD.
BROOKLYN, MI 49230

RONALD BIRKNER
84 SURREY LANE
CLIFTON, NJ 07012

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605

RONALD L PHILLIPS
2939 HARTFORD DR
BETTENDORF, IA 52722

RONALD P KLOECKNER
28435 SUNSET BLVD W
LATHRUP VILLAGE, MI 48076-2660

RONNIE L GARVEY
1248 LAKERIDGE CIRCLE
TROUTVILLE, VA 24175

ROSALIE S LANE
37 W 12TH ST APT 4J
NEW YORK, NY 10011

ROSE FISHER
13829 VALLEY VISTA BLVD.
SHERMAN OAKS, CA 91423

RPM INTERNATIONAL INC
C/O THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

RUTH BLEECKER TRUST
10541 LARISSA ST
ORLANDO, FL 32821

RUTH BLEECKER TRUST
PO BOX 690425
ORLANDO, FL 32869

RUTH MEYER
3000 OCEAN PARKWAY APT 16S
BROOKLYN, NY 11235

RYAN D'AMOUR
12280 W INDIAN SCHOOL RD
LITCHFIELD PARK, AZ 85340-6526

S. SCIORTINO & V. SCIORTINO
461 CHAMBERS ST
SPENCERPORT, NY 14559

SAMUEL COHN
7189 GRANVILLE AVE
BOYNTON BEACH, FL 33437

SCHRAMM LARRY P
3298 SUMMIT RIDGE DR
ROCHESTER HILLS, MI 48306-2956

SCHWAKE PAUL
HILDEBOLDPLATZ 23
D 50672 KOLN GERMANY

SCHWARZKOPF
3 SHERIDAN SQUARE 12D
NEW YORK, NY 10014

SCOTSMAN GROUP LLC
775 CORPORATE WOODS PARKWAY
VERNON HILLS, IL 60061

SCOTSMAN GROUP LLC
C/O KEVIN J. BYRNE
SCHIFF HARDIN LLP
233 S. WACKER DRIVE; SUITE 6600
CHICAGO, IL 60606

SEALAND SUPERFUND SITE REMEDIATION
ATTN DAVID L COOK ESQ
NIXON PEABODY LLP
1100 CLINTON SQUARE
ROCHESTER, NY 14604

SEATON, STEPHEN J
1051 AUTUMNVIEW CT
ROCHESTER, MI 48307-6059

SERAZIO, FRANK A
5247 KENDAL ST
DEARBORN, MI 48126-3189

SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED
PO BOX 6
ST PETER PORT GUERNSEY
GY1 3AE CHANNEL ISLANDS

SHARON MCSWAIN CARTLEDGE
401 VISTA WAY
FT WASHINGTON, MS 20744

SHEIPE ROBERT
484 E CARMEL DR
PMB 311
CARMEL, IN 46032-2812

SHEIPE ROBERT
484 E CARMEL DR
PMB 311
CARMEL, IN 46032-2812

SHEIPE ROBERT
484 E CARMEL DR PMB 311
CARMEL, IN 46032-2812

SHEIPE, ROBERT
484 E CARMEL DR PMB 311
CARMEL, IN 46032-2812

SHERIF RAFIK KODSY
15968 LAUREL OAK CIRCLE
DELRAY BEACH, FL 33484

SHIRLEY J WATTS
13506 SESAME ST
SAN ANTONIO, TX 78232

SIMPSON, RACHEL
C/O LAW OFFICES OF DEAN T. YEOTIS
611 W COURT ST STE 200
FLINT, MI 48503-5000

SINGER JOSEPH C
2166 SANDLEWOOD DR
SHELBY TWP, MI 48316-1053

SINGER JOSEPH C
2166 SANDLEWOOD DR
SHELBY TWP, MI 48316-1053

SINGER, JOSEPH C
2166 SANDLEWOOD DR
SHELBY TWP, MI 48316-1053

SLADE, KATHRYN J
20904 TORRE DEL LAGO ST
ESTERO, FL 33928-2943

SOLEDAD GAY
11903 CRESCENT COVE
PEARLAND, TX 77584

SOLOMAN KIRKPATRICK
2321 10TH ST
PORT NECHES, TX 77651

ST OF MI, DEPT OF THE TREASURY
K GARDINER, ASST ATTY GENERAL
CADDILLAC PLACE
SUITE 10-200, 3030 W GRAND BLVD
DETROIT, MI 48202

STANLEY JACK
1297 S PALMERLEE
CEDARVILLE, MI 49719

STANLEY JACK
1297 S. PALMERLEE
CEDARVILLE, MI 49719

STANLEY R STASKO
27653 LEXINGTON PKWY
SOUTHFIELD, MI 48076

STATE OF MI /DEPARTMENT OF TREASURY
ATTN KATHLEEN A. GARDINER
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT, MI 48202

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
CADILLAC PLACE STE 10-200
3030 W GRAND BLVD
DETROIT, MI 48202

STELLA V MALLES
21 WILSON AVE
RUTHERFORD, NJ 07070

STEPHAN G TOTH
3281 SHAWNEE LANE COURT
WATERFORD, MI 48329

STEPHEN A KOKOSKY
C/O EMBRY & NEUSNER
PO BOX 1409
GROTON, CT 06340

STEPHEN ALDRIDGE
5650 W YUCCA ST
GLENDALE, AZ 85304

STEPHEN ALDRIDGE
5650 W YUCCA ST
GLENDALE, AZ 85304

STEPHEN J SEATON
1051 AUTUMNVIEW CT
ROCHESTER, MI 48307

STERNIAK JR, EDMUND J
1955 WEST ST
SOUTHINGTON, CT 06489-1031

STEVEN LEGUM
170 OLD COUNTRY RD
MINEOLA, NY 11501-4322

SUDIE M VENABLE
3114 MOUNTAIN ROAD
HALIFAX, VA 24558

SUNDRAM FASTENERS LIMITED
801 W BIG BEAVER ROAD
5TH FL
TROY, MI 48084-4767

SUNDRAM INTERNATIONAL INC
801 W BIG BEAVER ROAD
5TH FL
TROY, MI 48084-4767

SUSAN THUMANN
931 SMOKETREE DRIVE
TUCKER, GA 30084

SUSANNE WINTER SHEPHERD
3247 INNSBRUCK CIRCLE
COLLEGE STATION, TX 77845

SYLVIA AUERBACH
3890 NOBEL DRIVE #506
SAN DIEGO, CA 92122

SZAFERMAN, LAKIND
BLUMSTEIN & BLADER
101 GROVERS MILL ROAD, SUITE 200
ROBERT A GLADSTONE, ESQ
LAWRENCEVILLE, NJ 08648

SZYNSKI, ALLEN J
48431 MILONAS DR
SHELBY TWP, MI 48315-4302

T S SUKUL
BERNHARD ROSLER STR-32 B
41366 SCHWALMTAL GERMANY

T S SUKUL
BERNHARD-ROSLER - STR 32B
41366 SCHWALMTAL GERMANY

TATE LORIN W
6 VICTORIA CROSSING CT
GAITHERSBURG, MD 20877

TECUMSEH PRODUCTS COMPANY
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER; SUITE 3600
DETROIT, MI 48243

TERJE SØRHAUG
HAAKONSVEGEN 24 B
5519 HAUGESUND NORWAY

TERRI FINAZZO
8908 BILLINGS ROAD
KIRTLAND, OH 44094

THANH PHUC THI
48-19 208TH STREET
BAYSIDE, NY 11364-1116

THE OHIO NATIONAL LIFE INSURANCE COMPANY
ATTN  MAIL CODE 54
PO BOX 237
CINCINNATI, OH 45201-0237

THE OHIO NATIONAL LIFE INSURANCE COMPANY
PO BOX 237
ATTN MAIL CODE 54
CINCINNATI, OH 45201-0237

THE QUAKER OATS COMPANY
ATTN LARS S JOHNSON ESQ VP
555 W MONROE ST MAIL CODE 11-12
PEPSICO CHICAGO
CHICAGO, IL 60661

THE STANDARD REGISTER COMPANY
C/O JOHN R HUMPHREY
TAFT STETTINIUS & HOLLISTER LLP
ONE INDIANA SQUARE, SUITE 3500
INDIANAPOLIS, IN 46204

THE WILLIAMS COMPANIES INC
ATTN RANDY O NEAL
ONE WILLIAMS CENTER MD 50-4
TULSA, OK 74102

THE WLADIS LAW FIRM, P.C
ATTY FOR ONONDAGA COUNTY, NY
ATTN: KEVIN C. MURPHY
6312 FLY ROAD
EAST SYRACUSE, NY 13057

THEODORE E VANAK AND
JACQUELINE M VANAK JTWROS
25 VAN BREEMAN DR
J VANAK & M VANAK
CLIFTON, NJ 07013

THERESA M MCHUGH
215 LATHROP ROAD
SYRACUSE, NY 13219

THOMAS DONOVAN
1262 WESTLAKE WOODS DR
SPRINGFIELD, MI 49037-7644

THOMAS JARUSINSKI
102 GREENOCK CT
2169 SEVEN LAKES SOUTH
WEST END, NC 27376-9613

THOMAS JR, KENNETH R
2215 SANDGATE CIR
COLLEGE PARK, GA 30349-4370

THOMAS L. & DONNA L. KRACKER
175 TUNICA LN.
ELLIJAY, GA 30540

THURMOND, LOUIS
C/O SAVILLE EVOLA & FLINT LLC
PO BOX 602
ALTON, IL 62002-0602

TIESHA MCNEAL
GENERAL DELIVERY
1633 JOEY LN BLDG F
BOSSIER CITY, LA 71111-5359

TIMOTHY G MAYER
10625 W MARIPOSA ST
PHOENIX, AZ 85037

TIMOTHY KUECHENMEISTER
17550 SE 81ST PARNASSUS CT
THE VILLAGES, FL 32162-4872

TOBY ANN MEAD
55 IPSWICH ROAD
BOXFORD, MA 01921

TONY C. ESTEVES
411 ROYALE PARK DRIVE
SAN JOSE, CA 95136

TRAVELERS INDEMNITY CO & AFFILIATES
TRAVELERS
ATTN MICHAEL LYNCH
ONE TOWER SQUARE 5MN
HARTFORD, CT 06183

TRAVIS COUNTY
C/O KARON Y. WRIGHT
P.O. 1748
AUSTIN, TX 78767

TRW AUTOMOTIVE US LLC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISASANCE CENTER; SUITE 3600
DETROIT, MI 48243

TRW AUTOMOTIVE US LLC
PEPPER HAMILTON LLP
C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER STE 3600
DETROIT, MI 48243

TYLER ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

TYRON MORISSETTE
202 WILLOUGHBY LN
JACKSONVILLE, NC 28546

U.S. DEPARTMENT OF JUSTICE
ALAN S. TENENBAUM,PATRICK CASEY
NATURAL RESOURCES DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

U.S. DEPARTMENT OF JUSTICE
ATTN: ALAN S TENEBAUM, PATRICK CASEY
ENVIRONMENT AND NATURAL RESOURCES DIV
PO BOX 4390, BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNITED TECHNOLOGIES CORP
WILLIAM F LEIKIN, ASST GEN COUNSEL
UNITED TECHNOLOGIES CORP
ONE FINANCIAL PLAZA MS 524
HARTFORD, CT 06103

UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP
THOMAS D GOLDBERG ESQ
DAY PITNEY LLP
ONE CANTERBURY GREEN
STAMFORD, CT 06901

VALLEYCREST LANDFILL SITE
ATTN JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST STE 1900
CINCINNATI, OH 45202

VALLEYCREST LANDFILL SITE GROUP
ATTN: JOHN B PERSIANI
DINSMORE & SHOHL LLP
255 E 5TH ST, STE 1900
CINCINNATI, OH 45202

VELT AND LOUISE BARBEE
16026 BARBEE RD
STANFIELD, NC 28163

VERA SMITH
4628 CHAPEL CREEK DR
PLANO, TX 75024-6851

VERNON DIAZ
15903-101 STREET
EDMONTON T5X 4E6 ALBERTA CANADA

VICTORIA H FOX
78 FERRY ROAD
HANCOCK, ME 04640

VINCENT C GERMANO JR
274 CRYSTAL CREEK DRIVE
ROCHESTER, NY 14612-6003

WACKER CHEMICAL CORP.
C/O MICHAEL M. BRILEY
SHUMAKER, LOOP & KENDRICK
1000 JACKSON STREET
TOLEDO, OH 43604

WALT AND SHARON NEISER
211 REGENCY COURT
BENTONVILLE, AR 72712

WALTER PLAPP
HOLDERWEG  7
71126 GAEUFELDEN GERMANY

WANDA PALMER
289 BRIGHTON CT
MERIDEN, CT 06450

WASHINGTON, RICHARD K
1253 W 39TH ST APT 7
LOS ANGELES, CA 90037-1550

WASTE-STREAM, INC
ATTN: GENERAL COUNSEL
25 GREENS HILL LN
C/O CASELLA WAST SYSTEMS, INC
RUTLAND, VT 05701

WATERS, CARROL R
6082 TRINETTE AVE
GARDEN GROVE, CA 92845-2743

WAYNE & HAZEL DAYHUFF
11228 VILLAS ON THE GREEN DR
RIVERVIEW, FL 33579-7109

WAYNE HUTCHINSON
2450 W 239TH ST #5
TORRANCE, CA 90501

WEBER COUNTY CORPORATION
C/O WEBER COUNTY TREASURER
2380 WASHINGTON BLVD
OGDEN, UT 84401

WILLIAM C GRAY
PO BOX 319
COUNCE, TN 38326

WILLIAM D & VIOLA BURD
WILLIAM D BURD
7350 PINEVILLE DR
JACKSONVILLE, FL 32244

WILLIE DAVID BRANHAM
22987 29 1/2 MILE RD
PO BOX 152
SPRINGPORT, MI 49284

WILLIE DAVID BRANHAM
22987 29 1/2 MILE RD
PO BOX 152
SPRINGPORT, MI 49284

WILLIE MELVIN
616 WEAVER STREET
SPRING LAKE, NC 28390

XIAO QING CHEN
209-908 CLARKE RD
PORT MOODY  BC V3H IL8 CANADA

XIN YING GUAN
302-650 PRIDEAUX STREET.
NANAIMO BC CANADA V9R 2P1

YOUNUS KHAN
69 CARLISLE CRESCENT
SCARBOROUGH, ONTARIO
CANADA M1B 4X3

YUEN WAH LO NG
17 MILLWARD CRESCENT
AJAX, ONTARIO L1T 4M6  CANADA

YVON ROUSSEL
5732 RAMSEY ROAD
NIAGARA FALLS ON L2E 6X8 CANADA

ZAK, ALAN C
5545 DUNROVEN WAY
DAWSONVILLE, GA 30534-4855