## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

---------------------------------------------------------------X
In re:                                              :
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :
     f/k/a General Motors Corp., *et al.*    :       Chapter 11
                                                    :       Case No. 09-50026 (REG)
                                                    :       (Jointly Administered)
            Debtors.         :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF **NEW YORK**     )
                         ) ss
COUNTY OF **SUFFOLK**     )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On March 30, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 9953) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                                                            /s/Chanpreet Kondal
                                                             Chanpreet Kondal

Sworn to before me this 30th day of
March, 2011
/s/ Nancy Formica_
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

TRANSFEROR

Douglas Scott Clinger and Sherri Clinger,
On Behalf of Themselves and Minor Children,
Scott Lukas Clinger and Whitney Ashton Clinger
c/o Gilbert, Ollanik & Komyatte P.C.
Attn: Paul J. Komyatte
5400 Ward Road, Building IV, Suite 200
Arvada, CO 80002

TRANSFEREE

Hain Capital Holdings, Ltd
Attn: Ganna Liberchuk
301 Route 17, 7th Floor
Rutherford, NJ 07070