UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No.: |
| MOTORS LIQUIDATION COMPANY, et al. | : | 09-50026 (REG) |
| f/k/a General Motors Corp., et al. | : | |
| Debtors. | : | (Jointly Administered) |
| | : | **Ref. Docket No. 9940** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SID GARABATO, being duly sworn, deposes and says:

1. I am employed as Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2011, I caused to be served the "Letter to Judge Gerber dated March 29, 2011 Requesting Pre-Motion Conference," dated March 29, 2011 [Docket No. 9940], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via facsimile to the Office of the United States Trustee, to the attention of Tracy Hope Davis at (212) 668-2255.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sid Garabato*
Sid Garabato

Sworn to before me this
29th day of March, 2011

*/s/ Panagiota Manatakis*

Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\CLIENTS\GM2\AFFIDAVITS\GM2_LETTER TO JUDGE GERBER RE DISCOVERY_DI_9940_AFF_03-29-11.DOC