# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number. | ☐ Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☒ Environmental Corporate Remediation Company, Case No. 09-50030 |
| Creditor Name and Address | Remy International, Inc. c/o Ms. N. Kathleen Strickland Ropers Majeski Kohn & Bentley 201 Spear Street, Suite 1000 San Francisco, CA 94105 |
| Claim Number (if known) | 69951 |
| Date Claim Filed | 02/01/2010 |
| Total Amount of Claim Filed | $2,111,570.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/30/2011

Print Name: N. Kathleen Strickland

Title: Counsel for Remy International, Inc

RC1/5921384.1/SC7

# CERTIFICATE OF SERVICE

I, Stephan Choo, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at Ropers Majeski Kohn & Bentley, 201 Spear Street, Suite 1000, San Francisco, CA 94105.

On March 30, 2011, I served the attached:

## WITHDRAWAL OF CLAIM

I served the document on the persons at the address below:

Motors Liquidation Company
c/o Alix Partners,
Tim Neis
401 South Old Woodward Avenue, Suite 370
Birmingham, MI 48009
Tneis@alixpartners.com

Joe Smolinsky
Michele Meises
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
joseph.smolinsky@weil.com
michele.meises@weil.com

I served the document by email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  December 13, 2010


Stephan Choo                             s/ Stephan Choo
Type Name                                Signature