**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

In re             :  **Chapter 11**
                :

**MOTORS LIQUIDATION COMPANY**, *et al.*, :  **Case No. 09-50026 (REG)**
   **f/k/a General Motors Corp.**, *et al.*, :
                :

        **Debtors.**   :  **(Jointly Administered)**
                :

--------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
          ) ss
COUNTY OF KING     )

I, Danielle Zahaba, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On March 29, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Richard G. Tithor, 14200 South Oakley Road, Chesaning, Michigan 48616 (affected party):

-  Order Granting Debtors' Objection to Proof of Claim No. 70679 Filed by Richard G. Tithor [Docket No. 9951].

Signed in Seattle, Washington this 30th day of March, 2011   /s/ Danielle Zahaba
                DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 30th day of March, 2011.


/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205