REQUEST FOR ADDITIONAL TIME TO SEND REJECTION LETTER TO THE COURT AND THE DEFENDANT AND TO AMEND MY AFFIDAVIT RECENTLY SENT TO YOU OF DEFENDANT SUR-REPLY UNTIL MONDAY APRIL 4, 2011 BY REGULAR MAIL

DAVE SHOSTACK
to:
gerber.chambers
03/30/2011 02:23 PM
Show Details

*Endorsed Order*
*Denied*
*S/RG*
*USBJ*
*3/30/11*

Dear Judge Gerber:

I am respectfully requesting additional time to send the court by regular mail a copy of a letter from me rejecting Defendant Sur-Reply and to amend my Affidavit in Opposition to Defendant Sur-Reply.

Th reason why I am asking for additional time is I am not sure if what I have already sent you is sufficient and I found a typographical error in paragraph 18.

Paragraph 18 should read: "Defendant Sur-Reply is untimely and should not even be considered, especially given the fact that Defendant would have to take leave of the court in order for the court to consider his Sur-Reply as per attorney that Plaintiff spoke with."

In addition there is nothing in the CPLR that would allow a Sur-Reply

Sincerely,

Dave Shostack

(631) 864-2656

# Dave Shostack
4 Suttonwood Dr.
Commack, N.Y. 11725
(631) 864-2656

March 30, 2011

Judge Gerber
US Bankruptcy Court
1 Bowling Green Way
New York, NY 10004

RE: Dave Shostack v. Motors Liquidations Et Al.
Case No.: 09-50026 (REG)

Dear Judge Gerber:

I am rejecting the Defendant's Sur-Reply because it is untimely and should not even be considered, especially given the fact that Defendant would have to take leave of the court in order for the court to consider his Sur-Reply as per attorney that Plaintiff spoke with.

There is nothing in the CPLR that allows for this.

Sincerely,

Dave Shostack

CC: Joseph. H. Smolinsky ESQ.
Weil, Gotshal & Manges ESQS.
(Attorney for Defendant Motors Liquidations Et Al.)