**138th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| INGRID HERZELE<br>FASANENSTRASSE 56<br>D 40699 ERKRATH GERMANY | 68211 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

**OBJECTION ADJOURNED**     1

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**138th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELMUT SCHAEFER<br>PRANGELWEG 9<br>35104 LICHTENFELS GERMANY | 68552 | Motors Liquidation Company | $6,034.10 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HELMUT SCHAEFER<br>PRANGELWEG 9<br>35104 LICHTENFELS GERMANY | 68553 | Motors Liquidation Company | $6,034.10 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*   2

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1