**192nd Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| BEATE KREMBZOW<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | 23532 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$44,000.00 (U)<br>$44,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| BEATE KREMBZOW<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | 28649 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$44,000.00 (U)<br>$44,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| CAROLINE JOISTEN<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | 23531 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,600.00 (U)<br>$27,600.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**192nd Omnibus Objection**

**Motors Liquidation Company, et al.**

**Exhibit A**

**Case No. 09-50026 (REG), Jointly Administered**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** | **CUSIP - Description of Security** |
| CAROLINE JOISTEN<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT<br>60435 FRANKFURT GERMANY | 28648 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,600.00 (U)<br>$27,600.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| HANNA KJAER-GREGER<br>BUEDINGER STRASSE 7<br>60435 FRANKFURT/M GERMANY | 23086 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$122,000.00 (U)<br>$122,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| HANNA KJAER-GREGER<br>BUEDINGER STRASSE 7<br>60435 FRANKFURT/M GERMANY | 25297 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$122,000.00 (U)<br>$122,000.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br>XS0171943649 - 8.375% Notes due July 5, 2033<br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**192nd Omnibus Objection**

**Motors Liquidation Company, et al.**

**Exhibit A**

**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| HILDE LUKAT<br>AM ALTEN HAFEN 115<br>27568 BREMERHAVEN GERMANY | 23080 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$52,500.00 (U)<br>$52,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| HILDE LUKAT<br>AM ALTEN HAFEN 115<br>27568 BREMERHAVEN GERMANY | 23302 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$52,500.00 (U)<br>$52,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171943649 - 8.375% Notes due July 5, 2033 |
| PHILIP JOISTEN<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | 23530 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,500.00 (U)<br>$29,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |
| PHILIP JOISTEN<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | 28647 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,500.00 (U)<br>$29,500.00 (T) | Multiple Bondholder | Pgs. 1-10 | 370442BQ7 - 7.375% Senior Notes due May 23, 2048<br><br>XS0171942757 - 7.25% Notes due July 3, 2013 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**192nd Omnibus Objection**

**Motors Liquidation Company, et al.**

## Exhibit A

**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | CUSIP - Description of Security |
|---|---|---|---|---|---|---|
| **Claims to be Disallowed and Expunged Totals** | 10 | | $0.00 (S) | | | |
| | | | $0.00 (A) | | | |
| | | | $0.00 (P) | | | |
| | | | $551,200.00 (U) | | | |
| | | | $551,200.00 (T) | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.