**Exhibit A**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

### OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR ROBERT NANN<br>4744 70TH ST UNIT 2<br><br>LA MESA, CA 91942 | 3141 | Motors Liquidation Company | $25,000.00 | Preferred Stock Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*                          1

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

199th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

## CLAIMS TO RECLASSIFY

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS&CO C/F<br>FRANK N ORRIS<br>IRA ROLLOVER DATED 02/28/96<br>7535 HEARD RD<br>CUMMING, GA 30041-8128 | 5738 | Motors Liquidation Company | $50,000.00 | Preferred Stock Claim | Pgs. 1-5 |

*CLAIMS TO RECLASSIFY*                    1

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.