# Exhibit A

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DENNIS & JILL GALLAHER<br>18160 CLEAR SPRING LANE<br>EDEN PRAIRIE, MN 55347 | 70943 | Motors Liquidation Company | $5,585.95 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS & JILL GALLAHER<br>18160 CLEAR SPRING LANE<br>EDEN PRAIRIE, MN 55347 | 70970 | Motors Liquidation Company | $5,585.95 | Equity Interest Claim | Pgs. 1-5 |
| MCKINNEY, DAVID O'NEAL<br>470 HAYS RD N<br>SMITHS GROVE, KY 42171-9129 | 2234 | Motors Liquidation Company | $220,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*    **3**

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 210th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

## CLAIMS TO RECLASSIFY

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEX ROSENZWEIG REVOCABLE LIVING TRUST<br>7366 HAVILAND CIRCLE<br>BOYNTON BEACH, FL 33437 | 70651 | Motors Liquidation Company | $1,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ALEX ROSENZWEIG REVOCABLE LIVING TRUST<br>7366 HAVILAND CIRCLE<br>BOYNTON BEACH, FL 33437 | 70710 | Motors Liquidation Company | $1,600.00 | Equity Interest Claim | Pgs. 1-5 |
| ANGIE C SUNG<br>22317 WARD ST<br>TORRANCE, CA 90505 | 70735 | Motors Liquidation Company | $2,796.00 | Equity Interest Claim | Pgs. 1-5 |
| AUSTIN CHI-YEH SUNG<br>C/O AI SUNG<br>4721 STEELE STREET<br>TORRANCE, CA 90503 | 70734 | Motors Liquidation Company | $9,236.00 | Equity Interest Claim | Pgs. 1-5 |
| BARBARA HOLZBERG<br>CGM IRA CUSTODIAN<br>12920 CORAL LAKES DRIVE<br>BOYNTON BEACH, FL 33437-4146 | 18630 | Motors Liquidation Company | $1,837.22 | Equity Interest Claim | Pgs. 1-5 |
| BEN WAKS<br>2171 NORTHWEST 87TH AVE<br>SUNRISE, FL 33322 | 70582 | Motors Liquidation Company | $99.00 | Equity Interest Claim | Pgs. 1-5 |
| BERTHA JACKSON<br>2720 FROSTWOOD DRIVE<br>SHREVEPORT, LA 71108 | 70678 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CAROL E DELGER<br>28494 NORRIS RD #2<br>BOZEMAN, MT 59718 | 70895 | Motors Liquidation Company | $152.10<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CAROLE KILLALEA<br>17 DEERCREST SQUARE<br>INDIAN HEAD PK, IL 60525UNITED STATES OF AMERICA | 70699 | Motors Liquidation Company | $375.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 210th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| CLARK ZIMMERMAN<br>20301 ANITA<br>CLINTON TOWNSHIP, MI 48036 | 70762 | Motors Liquidation Company | $306.62 | Equity Interest Claim | Pgs. 1-5 |
| CURTIS R GILES<br>5201 HWY 1702<br>GUSTINE, TX 76455-6360 | 70865 | Motors Liquidation Company | $1,160.00 | Equity Interest Claim | Pgs. 1-5 |
| CZESLAW & KAZIMIERA CHRUSLAK<br>7412 N ORIOLE AVE<br>CHICAGO, IL 60631 UNITED STATES OF AMERICA | 70981 | Motors Liquidation Company | $8,333.48 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL AKERLEY<br>6643 SE SEVEN OAKS LN<br>STUART, FL 34997 | 70745 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DAVIS, REGINALD E<br>3250 MOBLEY RIDGE RD<br>DUCK RIVER, TN 38454-3454 | 17902 | Motors Liquidation Company | $100,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DEBORAH L FINDLAY<br>10305 COLLINGHAM DR<br>FAIRFAX, VA 22032 | 70577 | Motors Liquidation Company | $3,890.00 | Equity Interest Claim | Pgs. 1-5 |
| DONALD M WAGNER<br>12501 ULMERTON RD<br>SITE 78<br>LARGO, FL 33774 | 70746 | Motors Liquidation Company | $167,937.00 | Equity Interest Claim | Pgs. 1-5 |
| DOROTHY KENNEDY<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | 70793 | Motors Liquidation Company | $145.50 | Equity Interest Claim | Pgs. 1-5 |
| EDA MURINO & CARL MURINO<br>31 RICHMOND STREET<br>ISLIP, NY 11751-2039 | 70980 | Motors Liquidation Company | $1,325.84 | Equity Interest Claim | Pgs. 1-5 |
| EDWARD DWAYNE HARRISON<br>2617 HERITAGE COLONY<br>WEBSTER, TX 77598 | 70684 | Motors Liquidation Company | $4,856.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**210th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| EDWIN W LEHMANN<br>1313 LYTLE<br>KERRVILLE, TX 78028 | 70977 | Motors Liquidation Company | $3,858.95 | Equity Interest Claim | Pgs. 1-5 |
| EILEEN BUNDY<br>10208 WILL ALLMAN RD<br>GEORGETOWN, OH 45121 UNITED STATES OF AMERICA | 70532 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ELAINE FATER KUBICEK<br>2606 PARK SPRING LN<br>SPRING, TX 77373-5839 | 70599 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ELIZABETH GUPPY<br>9009 SMITHVILLE RD<br>MAPLETON, IL 61547 UNITED STATES OF AMERICA | 70756 | Motors Liquidation Company | $772.50 | Equity Interest Claim | Pgs. 1-5 |
| ELY, JEFFREY S<br>6899 N WILLIAMS RD<br>SAINT JOHNS, MI 48879-8401 | 18213 | Motors Liquidation Company | $20,771.45 | Equity Interest Claim | Pgs. 1-5 |
| EUGENE TRACY<br>2239 LONG'S MILL RD.<br>BLANCH, NC 27212 UNITED STATES OF AMERICA | 70625 | Motors Liquidation Company | $1,141.75 | Equity Interest Claim | Pgs. 1-5 |
| EVAN ROMERO<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | 70795 | Motors Liquidation Company | $165.00 | Equity Interest Claim | Pgs. 1-5 |
| GARY BARBAGALLO<br>2107 BRANCH HILL ST<br>TAMPA, FL 33612 | 70733 | Remediation And Liability Management Company, Inc. | $12,770.99 | Equity Interest Claim | Pgs. 1-5 |
| GARY NELSON<br>515 E. TIMBERVIEW LANE<br>ARLINGTON, TX 76014 UNITED STATES OF AMERICA | 70737 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GEORGE DOLAN<br>625 W DEER VALLEY RD<br>PHOENIX, AZ 85027-2138 | 70770 | Motors Liquidation Company | $10,303.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9974-1    Filed 03/31/11    Entered 03/31/11 09:50:43    Exhibit A
Pg 5 of 10

210th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| GEORGE DOLAN<br>625 W DEER VALLEY RD<br>PHOENIX, AZ 85027-2138 | 70772 | Motors Liquidation Company | $20,606.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE W MORTE JR<br>3113 ENCINO AVE<br>BAY CITY, TX 77414 | 70600 | Motors Liquidation Company | $8,816.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGIA E MALAK<br>304 HILLCREST LANE<br>BRENHAM, TX 77833 | 70749 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GLENN BRANCH<br>5401 TIMBER CREEK LN<br>NORTH LITTLE ROCK, AR 72116 | 70773 | Motors Liquidation Company | $2,285.76 | Equity Interest Claim | Pgs. 1-5 |
| HELEN ANFINSON<br>2316 S VAN EPS<br>SIOUX FALLS, SD 57105 | 70657 | Motors Liquidation Company | $8,454.95 | Equity Interest Claim | Pgs. 1-5 |
| HENRI P RACINE<br>2968 MATAPEDIA AVE<br>G1W 1X9 QUEBEC CANADA | 70790 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HENRY JACKSON<br>2633 STEEPLECHASE ROAD<br>Edmond, OK 73034 | 70824 | Motors Liquidation Company | $2,980.00 | Equity Interest Claim | Pgs. 1-5 |
| HERBOLD JAMES<br>51449 FAIRLANE DR<br>SHELBY TOWNSHIP, MI 48316-4620 | 64239 | Motors Liquidation Company | $325,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HERMAN L HOBBS<br>1111 HADCOCK RD<br>BRUNSWICK, OH 44212 | 70561 | Motors Liquidation Company | $25,100.00 | Equity Interest Claim | Pgs. 1-5 |
| HERMAN WALLACE JR<br>1020 36TH STREET<br>WEST PALM BEACH, FL 33407 | 70928 | Motors Liquidation Company | $46,800.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
|---|---|---|---|---|---|
| JAMES C MITCHELL<br>C/O PATRICIA A MITCHELL<br>5706 STONEACRE COURT<br>GLEN ALLEN, VA 23059-5376 | 70601 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JAMES HUMPHRIES<br>129 WEBBER LAKE RD<br>UNION, SC 29379 | 70728 | Motors Liquidation Company | $39,989.44 | Equity Interest Claim | Pgs. 1-5 |
| JERRY E. COX<br>310 E. 74TH ST 3B<br>NEW YORK, NY 10021 | 70671 | Motors Liquidation Company | $9,990.95 | Equity Interest Claim | Pgs. 1-5 |
| JERRY BRINK<br>42111 BRIARCLIFF CT<br>CANTON, MI 48187-3714 | 13686 | Motors Liquidation Company | $7,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOHN P MOSKAL<br>170 CROFTON DR<br>WEST SENECA, NY 14224 | 70674 | Motors Liquidation Company | $50.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH G DUSHAW<br>32 LAURELBROOK CT<br>CRESSON, PA 16630 | 70654 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH R ZACHARA<br>1601 MADSEN DR<br>ORTONVILLE, MI 48462 | 70588 | Motors Liquidation Company | $180.00 | Equity Interest Claim | Pgs. 1-5 |
| JULIA SANDIFER<br>PO BOX 2335<br>HARVEY, IL 60426-8335 | 60916 | Motors Liquidation Company | $13,000.00 | Equity Interest Claim | Pgs. 1-5 |
| KENNEDY REV<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN TRUST WAY MS7<br>SANTA ANA, CA 92707 | 70794 | Motors Liquidation Company | $860.25 | Equity Interest Claim | Pgs. 1-5 |
| KENNETH DOUGLAS<br>1301 E LINCOLN ST<br>EAST TAWAS, MI 48730-9577 | 19737 | Motors Liquidation Company | $18,915.78 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9974-1    Filed 03/31/11    Entered 03/31/11 09:50:43    Exhibit A
Pg 7 of 10

210th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Claim Type | |
|---|---|---|---|---|---|
| LARRY MEADOWS<br>1698A LAWRENCE BROS<br>BATESVILLE, MS 38606 | 70791 | MLCS, LLC | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LEONID GARBER<br>215-05 64 AVE<br>BAYSIDE, NY 11364 | 70848 | Motors Liquidation Company | $84,769.00 | Equity Interest Claim | Pgs. 1-5 |
| LYNNE G JACOBS<br>18 ROOSEVELT STREET<br>TAPPAN, NY 10983 | 70562 | Motors Liquidation Company | $3,000.00 | Equity Interest Claim | Pgs. 1-5 |
| MARGARET A MANTLER<br>4704 LONG GREEN DR<br>GLEN ARM, MD 21057 | 70963 | Motors Liquidation Company | $3,644.65 | Equity Interest Claim | Pgs. 1-5 |
| MARTHA L CHROMIK & WILLIAM J CHROMIK<br>29 PARKSIDE TRAIL<br>BALLSTON LAKE, NY 12019 | 70642 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MCGIGOR, JOSEPH N<br>21123 WOODFARM DR<br>NORTHVILLE, MI 48167-9028 | 29484 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL FINAZZO<br>8908 BILLINGS ROAD<br>KIRTLAND, OH 44094 | 70764 | Motors Liquidation Company | $375.00 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL J NORTON AND<br>ANN-MARIE NORTON JTWROS<br>8 BULL CALF LN<br>CENTERPORT, NY 11721-1669 | 14822 | Motors Liquidation Company | $6,892.50 | Equity Interest Claim | Pgs. 1-5 |
| MIKE MITSURU FUKUSHIMA TTEE<br>FBO MIKE M FUKUSHIMA REV TRUST<br>U/A/D 8/24/88<br>2854 A BOOTH ROAD<br>HONOLULU, HI 96813-1191 | 70692 | Motors Liquidation Company | $20,677.21 | Equity Interest Claim | Pgs. 1-5 |
| MR. JOSEPH LEE<br>20833 GARDEN GATE DR<br>CUPERTINO, CA 95014 | 70939 | Motors Liquidation Company | $21,806.90 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9974-1    Filed 03/31/11    Entered 03/31/11 09:50:43    Exhibit A
Pg 8 of 10

210th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| O'KEEFE AGENCY<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | 70796 | Motors Liquidation Company | $487.50 | Equity Interest Claim | Pgs. 1-5 |
| PHILLIP FRANKLIN<br>6105 E CENTENNIAL AVE<br>MUNCIE, IN 47303-9221 | 70629 | Motors Liquidation Company | $40.00 | Equity Interest Claim | Pgs. 1-5 |
| POY J LEW<br>14615 SE 224TH ST<br>KENT, WA 98042-3160 | 70612 | Motors Liquidation Company | $39,601.10 | Equity Interest Claim | Pgs. 1-5 |
| PUTKOVICH, VIOLA E<br>PO BOX 1636<br>CASHIERS, NC 28717-1636 | 8036 | Motors Liquidation Company | $35,815.86 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD ALUMBAUGH<br>6526 E COUNTY RD 225 N<br>SULLIVAN, IN 47882 UNITED STATES OF AMERICA | 70620 | Motors Liquidation Company | $1,494.10 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD FREEMAN<br>416 FLEMING STREET<br>APT. C<br>Key West, FL 33040 UNITED STATES OF AMERICA | 70579 | Motors Liquidation Company | $3,215.99 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD LINEHAN<br>585 CHESTNUT ST APT 1317<br>ABINGTON, MA 02351-1050 | 17829 | Motors Liquidation Company | $2,415.00 | Equity Interest Claim | Pgs. 1-5 |
| RITA MACK<br>9005 BALCONES CLUB DRIVE<br>AUSTIN, TX 78750 UNITED STATES OF AMERICA | 70717 | Motors Liquidation Company | $1,069.00 | Equity Interest Claim | Pgs. 1-5 |
| ROGER A SCHARF<br>2521 BOYD ST<br>DES MOINES, IA 50317-6011 | 70688 | Motors Liquidation Company | $2,091.40 | Equity Interest Claim | Pgs. 1-5 |
| RONALD BIRKNER<br>84 SURREY LANE<br>CLIFTON, NJ 07012 | 70866 | Motors Liquidation Company | $2,982.24 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9974-1    Filed 03/31/11    Entered 03/31/11 09:50:43    Exhibit A
Pg 9 of 10

210th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| RONALD P KLOECKNER<br>28435 SUNSET BLVD W<br>LATHRUP VILLAGE, MI 48076-2660 | 70564 | Motors Liquidation Company | $200,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ROSALIE S LANE<br>37 W 12TH ST APT 4J<br>NEW YORK, NY 10011 | 70781 | Motors Liquidation Company | $22,740.04 | Equity Interest Claim | Pgs. 1-5 |
| SERAZIO, FRANK A<br>5247 KENDAL ST<br>DEARBORN, MI 48126-3189 | 70567 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SHARON MCSWAIN CARTLEDGE<br>401 VISTA WAY<br>FT WASHINGTON, MS 20744 | 70553 | Motors Liquidation Company | $175.92 | Equity Interest Claim | Pgs. 1-5 |
| SOLEDAD GAY<br>11903 CRESCENT COVE<br>PEARLAND, TX 77584 | 70560 | Motors Liquidation Company | $10,345.12 | Equity Interest Claim | Pgs. 1-5 |
| SOLOMAN KIRKPATRICK<br>2321 10TH ST<br>PORT NECHES, TX 77651 UNITED STATES OF AMERICA | 70604 | Motors Liquidation Company | $6,549.00 | Equity Interest Claim | Pgs. 1-5 |
| SUSAN THUMANN<br>931 SMOKETREE DRIVE<br>TUCKER, GA 30084 | 70718 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| T S SUKUL<br>BERNHARD ROSLER STR-32 B<br>41366 SCHWALMTAL GERMANY | 70742 | Motors Liquidation Company | $3,000.00 | Equity Interest Claim | Pgs. 1-5 |
| T S SUKUL<br>BERNHARD-ROSLER - STR 32B<br>41366 SCHWALMTAL GERMANY | 70743 | Motors Liquidation Company | $6,000.00 | Equity Interest Claim | Pgs. 1-5 |
| TERRI FINAZZO<br>8908 BILLINGS ROAD<br>KIRTLAND, OH 44094 | 70763 | Motors Liquidation Company | $150.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

210th Omnibus Objection

## Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| THANH PHUC THI<br>48-19 208TH STREET<br>BAYSIDE, NY 11364-1116 | 70673 | Motors Liquidation Company | $4,112.50<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TOBY ANN MEAD<br>55 IPSWICH ROAD<br>BOXFORD, MA 01921 | 70663 | Motors Liquidation Company | $4,940.68 | Equity Interest Claim | Pgs. 1-5 |
| VELT AND LOUISE BARBEE<br>16026 BARBEE RD<br>STANFIELD, NC 28163 | 70851 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| WANDA PALMER<br>289 BRIGHTON CT<br>MERIDEN, CT 06450 | 70687 | Motors Liquidation Company | $28.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIE DAVID BRANHAM<br>22987 29 1/2 MILE RD<br>PO BOX 152<br>SPRINGPORT, MI 49284 | 70968 | Motors Liquidation Company | $1,608.10 | Equity Interest Claim | Pgs. 1-5 |
| XIAO QING CHEN<br>209-908 CLARKE RD<br>PORT MOODY  BC V3H IL8 CANADA | 70822 | Motors Liquidation Company | $12,540.33 | Equity Interest Claim | Pgs. 1-5 |
| YOUNUS KHAN<br>69 CARLISLE CRESCENT<br>SCARBOROUGH, ONTARIO<br>CANADA M1B 4X3 | 70740 | Motors Liquidation Company | $41,159.95 | Equity Interest Claim | Pgs. 1-5 |

*CLAIMS TO RECLASSIFY*                                **86**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.