211th Omnibus Objection

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BLOUNT COUNTY TRUSTEE<br>347 COURT STREET<br>MARYVILLE, TN 37804 | 70880 | Motors Liquidation Company | $318.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$318.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF CHATTANOOGA<br>101 EAST 11TH ST, STE 100<br>CHATTANOOGA, TN 37402 | 70904 | Motors Liquidation Company | $830.32 (S)<br>$0.00 (A)<br>$373.30 (P)<br>$0.00 (U)<br>$1,203.62 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF GREENVILLE<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70702 | Motors Liquidation Company | $0.00 (S)<br>$387.94 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$387.94 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF RICHMOND VIRGINIA<br>ATTN: D PADGETT, CITY HALL ROOM 100<br>900 EAST BROAD STREET<br>RICHMOND, VA 23219 | 70973 | Motors Liquidation Company | $2,864.52 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,864.52 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CITY OF RICHMOND VIRGINIA<br>ATTN: D PADGETT, CITY HALL, ROOM 100<br>900 EAST BROAD STREET<br>RICHMOND, VA 23219 | 70974 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 211th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| CITY OF RICHMOND, VIRGINIA<br>ATTN D PADGETT<br>CITY HALL, ROOM 100<br>900 EAST BROAD STREET<br>RICHMOND, VA 23219 | 70861 | Motors Liquidation Company | $2,813.52 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$51.00 (U)<br>$2,864.52 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COMMERCE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70701 | Motors Liquidation Company | $0.00 (S)<br>$29.35 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$29.35 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANKLIN COUNTY & FRANKLIN COUNTY WATER DISTRICT<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70703 | Motors Liquidation Company | $0.00 (S)<br>$4.21 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4.21 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREENVILLE ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70704 | Motors Liquidation Company | $0.00 (S)<br>$663.11 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$663.11 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JEFFERSON ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70705 | Motors Liquidation Company | $0.00 (S)<br>$23.61 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$23.61 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| 211th Omnibus Objection | | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br><br>LOS ANGELES, CA 90054-0110 | 70617 | Motors Liquidation Company | $0.00 (S)<br>$2,117.73 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,117.73 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MINEOLA ISD TAX OFFICE<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70706 | Motors Liquidation Company | $0.00 (S)<br>$22.51 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$22.51 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RIVERSIDE COUNTY TREASURER - TAX COLLECTOR<br>ATTN DON KENT - TAX COLLECTOR<br>PO BOX 12005<br>RIVERSIDE, CA 92502-2205 | 70800 | Motors Liquidation Company | $777.55 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$777.55 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TRAVIS COUNTY<br>C/O KARON Y. WRIGHT<br>P.O. 1748<br>AUSTIN, TX 78767 | 70947 | Motors Liquidation Company | $0.00 (S)<br>$23,629.34 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$23,629.34 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TYLER ISD<br>C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: DAVID HUDSON<br>PO BOX 2007<br>TYLER, TX 75710-2007 | 70707 | Motors Liquidation Company | $0.00 (S)<br>$673.08 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$673.08 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**211th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WEBER COUNTY CORPORATION<br>C/O WEBER COUNTY TREASURER<br>2380 WASHINGTON BLVD<br>OGDEN, UT 84401 | 70810 | Motors Liquidation Company | $497.95 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$497.95 (U)<br>$995.90 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | 16 | | $8,101.86 (S)<br>$27,550.88 (A)<br>$373.30 (P)<br>$548.95 (U)<br>$36,574.99 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**211th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARION COUNTY TREASURER<br>200 E WASHINGTON ST STE 1041<br><br>INDIANAPOLIS, IN 46204 UNITED STATES OF AMERICA | 70668 | Motors Liquidation Company | $0.00 (S)<br>$1,215,869.58 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,215,869.58 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***OBJECTION ADJOURNED*** | **1** | | **$0.00** (S)<br>**$1,215,869.58** (A)<br>**$0.00** (P)<br>**$0.00** (U)<br>**$1,215,869.58** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 211th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| RICHLAND COUNTY TREASURER<br>BART HAMILTON<br>RICHLAND TREASURER<br>50 PARK AVE EAST<br>MANSFIELD, OH 44902 UNITED STATES OF AMERICA | 70662 | Motors Liquidation Company | $368,463.44  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$368,463.44  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ***OBJECTION WITHDRAWN*** | 1 | | **$368,463.44**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$0.00**  (U)<br>**$368,463.44**  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.