# Exhibit A

| 212th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA F WRIGHT TRUSTEE<br>14732 W CARBINE CT<br>SUN CITY WEST, AZ 85375 | 1830 | Motors Liquidation Company | $20,548.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEEKMAN, WILLIAM<br>101 GRAND PLAZA DR APT N1<br>ORANGE CITY, FL 32763-7929 | 11779 | Motors Liquidation Company | $26,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BELOCH, COZETT<br>5836 S ARTESIAN AVE<br>CHICAGO, IL 60629-1112 | 12811 | Motors Liquidation Company | $25.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BEVERLY A TICKENOFF, TRUSTEE<br>9995 EAST AVE<br>BALLICO, CA 95303 | 63330 | Motors Liquidation Company | $15,061.48 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BILL WALLS<br>2102 JULIE ANN<br>PARAGOULD, AR 72450 | 67744 | Motors Liquidation Company | $2,019.26 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BRADFORD C JONES<br>804 WESTRIDGE DR<br>HOCKESSIN, DE 19707 | 50120 | Motors Liquidation Company | $436,875.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| BROWN-JACKSON, ANITA<br>PO BOX 82893<br>CONYERS, GA 30013-8000 | 62596 | Motors Liquidation Company | $79,995.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| CHRISTOPHE U SUMRELL<br>18 ASHRIDGE WAY<br>SIMPSONVILLE, SC 29681 | 4856 | Motors Liquidation Company | $2,100.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DCG & T<br>FBO WANDA R SUPPLE/IRA<br>WANDA R SUPPLE<br>2424 SOUTHERN OAK ST<br>THE VILLAGES, FL 32162-2640 | 16154 | Motors Liquidation Company | $1,237.75 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 212th Omnibus Objection | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Name & Address | Claim # | Debtor | Claim Amount | Claim Type | |
| --- | --- | --- | --- | --- | --- |
| DONALD S KYKENDALL<br>809 MARSHALL ROAD<br>ROCHESTER, NY 14624-4761 | 70159 | Motors Liquidation Company | $30,380.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ELIZABETH O'CONNELL<br>151 OLD FARM RD<br>BASKING RIDGE, NJ 07920 | 13259 | MLCS, LLC | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| GEORGE A & MARIE A KOHRMANN<br>10 JFK DRIVE<br>BLAUVELT, NY 10913 | 70636 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HOGAN, BETTY A<br>1010 GOTT ST<br>ANN ARBOR, MI 48103-3154 | 23559 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JOAN B EVENSKI<br>441 CORBETT DRIVE<br>THE VILLAGES, FL 32162 | 14434 | Motors Liquidation Company | $40,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| KELLEY, PHILLIP H<br>717 BENDERLOCK WAY<br>FORT WAYNE, IN 46804-3510 | 17191 | Motors Liquidation Company | $631.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| M KAVANAUGH<br>444 KINDLEBERGER RD<br>KANSAS CITY, KS 66115-1225 | 69761 | Motors Liquidation Company | $18,500.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NATIXIS LIFE<br>51 AVENUE JF KENNEDY<br>L 1855 LUXEMBURG | 65544 | Motors Liquidation Company | $26,881.20 | Beneficial Bondholder Claim | Pgs. 1-5 |
| NORMA K JACOBSON<br>3323 BAYFIELD BLVD<br>OCEANSIDE, NY 11572-4621 | 28955 | Motors Liquidation Company | $10,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PATRICIA A MARKELEWICZ<br>1617 SHARPHILL ROAD<br>PITTSBURGH, PA 15215-1260 | 19251 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 212th Omnibus Objection | **Exhibit A** | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| PHILLIP KELLEY<br>717 BENDERLOCK WAY<br><br>FORT WAYNE, IN 46804-3510 | 17192 | Motors Liquidation Company | $311.85 | Beneficial Bondholder Claim | Pgs. 1-5 |
| RAYMOND R COLUCCI AND<br>MARIANNA F COLUCCI JTWROS<br>195 EAST DR<br>NORTH MASSAPEQUA, NY 11758-1609 | 14742 | Motors Liquidation Company | $15,159.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| STEVEN LEGUM<br>170 OLD COUNTRY RD<br><br>MINEOLA, NY 11501-4322 | 29584 | Motors Liquidation Company | $750,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| THEODORE E VANAK AND<br>JACQUELINE M VANAK JTWROS<br>JONATHAN VANAK AND<br>MICHAEL VANAK AS TOD<br>25 VAN BREEMAN DR<br>CLIFTON, NJ 07013-1711 | 3876 | Motors Liquidation Company | $3,350.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| WASHINGTON, RICHARD K<br>1253 W 39TH ST APT 7<br><br>LOS ANGELES, CA 90037-1550 | 4596 | Motors Liquidation Company | $100.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*  **24**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.