**213th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CECIL A BENJAMIN  347 MT HOPE BLVD  HASTINGS ON HUDSON, NY 10706-2606 | 70938 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

| **OBJECTION ADJOURNED** | **1** |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| | | | | | |
|---|---|---|---|---|---|
| 213th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| A S JOHNSTON DRILLING CP<br>ATTENTION: BETH KIMME SHEVIN SEC/TSY<br>FRED NORD PRES<br>500 LAVER WAY<br>NEWPORT BEACH, CA 92660-3509 | 69745 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| AB LIVING TRUST<br>JAMES A KONING TTEE<br>ADRIANA KONING TTEE<br>U/A DTD 08/17/2001<br>11411 N 40TH WAY<br>PHOENIX, AZ 85028-2218 | 6640 | Motors Liquidation Company | $12,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALEXANDER, BOBBIE L<br>16819 ASPEN WAY<br>SOUTHGATE, MI 48195-3924 | 65282 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ALTON GARDNER FRANCES GARDNER JT TEN<br>ALTON GARDNER<br>793 HILLCREST DR<br>SMITHLAND, KY 42081-8951 | 6579 | Motors Liquidation Company | $10,418.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BARBARA J DOMBROWSKI<br>1706 FRANKLIN ST<br>VALPARAISO, IN 46383-3006 | 10548 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| BOBBIE ALEXANDER<br>16819 ASPEN WAY<br>SOUTHGATE, MI 48195-3924 | 65285 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CARLOS CORRALES<br>IRA DCG & T TTEE<br>21331 NE 23RD AVE<br>MIAMI, FL 33180-1007 | 13175 | Motors Liquidation Company | $74,768.50 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CAROL ANDERSON SELIG<br>2893 HAMPTON CIRCLE WEST<br>DELRAY BEACH, FL 33445 | 2720 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CAROL I MASON & JAMES J MASON<br>2151 ARLINGTON RD<br>COLUMBUS TWP, MI 48063 | 70966 | Motors Liquidation Company | $1,701.76 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**Exhibit A**

| 213th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
| CHARLENE A RASKOSKI<br>6347 LITTLE DECE LANE<br>COLUMBUS, OH 43213 | 12019 | Motors Liquidation Company | $58,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| DIANA L BURRUS<br>251 S 500 E<br>VALPARAISO, IN 46383-7914 | 10549 | Motors Liquidation Company | $3,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ELIZABETH O BARBOUR (IRA)<br>FCC AS CUSTODIAN<br>58 WHITE BIRCH COURT<br>LUMBERTON, NJ 08048-3426 | 14594 | Motors Liquidation Company | $19,600.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EVELYN GREENE TTEE<br>FBO EVELYN GREENE LIVING TRUST<br>U/A/D 08/19/97<br>9692 SILLS DRIVE E. #104<br>BOYNTON BEACH, FL 33437-5307 | 12887 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FREDERIC & BARBARA NORD<br>TTEES 999019<br>500 LAVER WAY<br>NEWPORT BEACH, CA 92660 | 69744 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GOTTSACKER, RONALD J<br>PO BOX 226<br>HARBOR SPRINGS, MI 49740-0226 | 8276 | Motors Liquidation Company | $8,160.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| IRVING KRAMER<br>15217 LAKE OF DELRAY BLVD<br>APT 119<br>DELRAY BEACH, FL 33484 UNITED STATES OF AMERICA | 70531 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JACK HARDING BADY<br>14 RUE DU CASTELET<br>06740 CHATEAUNEUF DE GRASSE FRANCE | 60956 | Motors Liquidation Company | $54,335.10 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JERRY LAMPLEY<br>555 TURNER DR<br>LOUISVILLE, IL 62858 | 6327 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JOHN D CECH IRA<br>1275 S PALISADE DR<br>COTTONWOOD, AZ 86326 | 9224 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| 213th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pages |
| --- | --- | --- | --- | --- | --- |
| JUDITH L NISSEN, TRUSTEE<br>OF THE JUDITH L NISSEN TRUST DTD 10/16/90<br>PO BOX 87<br>BEECHER, IL 60401 | 70568 | Motors Liquidation Company | $34,379.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LEO PERKS<br>5 TURNBRIDGE ROW<br>MANCHESTER, NJ 08759 UNITED STATES OF AMERICA | 70606 | Motors Liquidation Company | $6,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LLOYD J WIEBOLD<br>INDIVIDUAL RETIREMENT ACCOUNT<br>RBD CAPITAL MARKETS CORP CUST<br>2433 H AVE<br>WILLIAMSBURG, IA 52361-8536 | 4827 | Motors Liquidation Company | $17,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MANOJ PUNAMIA<br>3047 BADGER DRIVE<br>PLEASANTON, CA 94566-8711 | 7445 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARRINER R & BETTY I BAILEY TRUST<br>8 HORTON HILL<br>CHITTENDEN, VT 05737 | 6732 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MARSHA ILG, IRA ACCOUNT<br>1213 VIA VISALIA<br>SAN CLEMENTE, CA 92672 | 70611 | Motors Liquidation Company | $6,747.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MAYNARD MCMAHON & PATRICIA MCMAHON TTEES<br>210 SHERMAN DR<br>RED BLUFF, CA 96080 | 4684 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS & CO C/F<br>FRED FINK - IRA DATED 8/1/94<br>17333 CITRONIA ST<br>NORTHRIDGE, CA 91325 | 70689 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| MS&CO C/F<br>FRED FINK<br>IRA STANDARD DATED 08/01/94<br>17333 CITRONIA AVENUE<br>NORTHRIDGE, CA 91325-2012 | 70690 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| NELLIE VANDYKE<br>715 EAGLE RD<br>LOUISVILLE, IL 62858 | 6328 | Motors Liquidation Company | $1,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 213th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | |
|---|---|---|---|---|
| RAYMOND H MATSCHAT<br>CGM IRA ROLLOVER CUSTODIAN<br>5121 LYNNGATE ROAD<br>COLUMBIA, MD 21044-1432 | 4949 | Motors Liquidation Company | $7,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ROBERT D FORTH<br>5105 JEFFERSON CIR<br>GUNTERSVILLE, AL 35976-2807 | 6333 | Motors Liquidation Company | $500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| RUTH BLEECKER TRUST<br>PO BOX 690425<br>ORLANDO, FL 32869 | 8702 | Motors Liquidation Company | $26,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SYLVIA AUERBACH<br>3890 NOBEL DRIVE #506<br>SAN DIEGO, CA 92122 | 12042 | Motors Liquidation Company | $90,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WALT AND SHARON NEISER<br>211 REGENCY COURT<br>BENTONVILLE, AR 72712 | 70982 | Motors Liquidation Company | $1,571.40 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WILLIAM D & VIOLA BURD<br>WILLIAM D BURD<br>7350 PINEVILLE DR<br>JACKSONVILLE, FL 32244UNITED STATES OF AMERICA | 62579 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*         **35**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.