**214th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LARRY S MASSEY<br>426 STEVENS AVE<br>GREENWOOD, SC 29646 UNITED STATES OF AMERICA | 70615 | Motors Liquidation Company | $3,637.82 | Equity Interest Claim | Pgs. 1-5 |
| RYAN D'AMOUR<br>12280 W INDIAN SCHOOL RD<br>LITCHFIELD PARK, AZ 85340-6526<br>UNITED STATES OF AMERICA | 70552 | Motors Liquidation Company | $654.76 | Equity Interest Claim | Pgs. 1-5 |
| STELLA V MALLES<br>21 WILSON AVE<br>RUTHERFORD, NJ 07070 | 70816 | Motors Liquidation Company | $14,493.88 | Equity Interest Claim | Pgs. 1-5 |
| TIMOTHY G MAYER<br>10625 W MARIPOSA ST<br>PHOENIX, AZ 85037 UNITED STATES OF AMERICA | 70622 | Motors Liquidation Company | $5,907.50 | Equity Interest Claim | Pgs. 1-5 |

*OBJECTION ADJOURNED*    4

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*CLAIMS TO RECLASSIFY*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEXANDER OSBURN<br>4842 E BRADEN ROAD<br>BYRON, MI 48418 UNITED STATES OF AMERICA | 70647 | Motors Liquidation Company | $1,989.95 | Equity Interest Claim | Pgs. 1-5 |
| ANDREW W MYERS<br>64 KNICKERBOCKER RD<br>CLOSTER, NJ 07624 | 70544 | Motors Liquidation Company | $11,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BETTY L. REEMSNYDER<br>5202 EVERHARD RD. N.W.<br>APT. 5<br>CANTON, OH 44718 UNITED STATES OF AMERICA | 70691 | Motors Liquidation Company | $1,056.40 | Equity Interest Claim | Pgs. 1-5 |
| BILLY ALDRIDGE<br>7208 N 22ND DR<br>PHOENIX, AZ 85021 UNITED STATES OF AMERICA | 70719 | Motors Liquidation Company | $508.91 | Equity Interest Claim | Pgs. 1-5 |
| BORIS MOGILEVICH<br>900 LYDIG AVE., APT.6C<br>Bronx, NY 10462 UNITED STATES OF AMERICA | 70616 | Motors Liquidation Company | $1,289.95 | Equity Interest Claim | Pgs. 1-5 |
| CARL C WEBB<br>C/O C C WEBB<br>42 PENLAWN CT<br>HOWARD, OH 43028 | 70661 | Motors Liquidation Company | $4,100.00 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES A MAHER<br>PO BOX 1131<br>ELGIN, SC 29045 UNITED STATES OF AMERICA | 70799 | Motors Liquidation Company | $6,519.90 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES B. SPENCER<br>319 FOREST OAKS DR.<br>NEW BERN, NC 28562 UNITED STATES OF AMERICA | 70594 | Motors Liquidation Company | $371.83 | Equity Interest Claim | Pgs. 1-5 |
| CHARLES C ROSS<br>1104 NORTH X ST<br>LOMPOC, CA 93436 | 70783 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| CYNTHIA SILEO<br>37 FRATERNITY LANE<br>STONY BROOK, NY 11790 | 70537 | Motors Liquidation Company | $147.00 | Equity Interest Claim | Pgs. 1-5 |
| DAN HARRIS, TRUSTEE<br>1335 SABATINA STREET<br>PRESCOTT, AZ 86301 | 70815 | Motors Liquidation Company | $2,280.00 | Equity Interest Claim | Pgs. 1-5 |
| DANA M ALDERMAN<br>1813 20TH ST<br>PARKERSBURG, WV 26101UNITED STATES OF AMERICA | 70659 | Motors Liquidation Company | $1,004.55 | Equity Interest Claim | Pgs. 1-5 |
| DANIEL REILERT<br>PO BOX 402<br>SIMSBURY, CT 06070UNITED STATES OF AMERICA | 70632 | Motors Liquidation Company | $124.00 | Equity Interest Claim | Pgs. 1-5 |
| DAVID LESTER AMASON<br>328 E LAKEWOOD RD<br>W PALM BEACH, FL 33405UNITED STATES OF AMERICA | 70656 | Motors Liquidation Company | $1,205.00 | Equity Interest Claim | Pgs. 1-5 |
| DEBORAH L FINDLAY<br>10305 COLLINGHAM DR<br>FAIRFAX, VA 22032 | 70578 | Motors Liquidation Company | $3,890.00 | Equity Interest Claim | Pgs. 1-5 |
| DONALD WEAKLAND<br>16 HIGHLAND AVENUE<br>EAGLEVILLE, PA 19403 | 70782 | Motors Liquidation Company | $10,000.00 | Equity Interest Claim | Pgs. 1-5 |
| DOUGLAS M WOJCIK<br>16630 JESSICA LANE<br>ROMULUS, MI 48174 | 70583 | Motors Liquidation Company | $6,867.10 | Equity Interest Claim | Pgs. 1-5 |
| DR SONYA L JONES<br>PO BOX 289<br>SOMERSET, KY 42502 | 70747 | Motors Liquidation Company | $1,778.29 | Equity Interest Claim | Pgs. 1-5 |
| EDGAR RABE<br>1810 THICKET CT.<br>FORT WAYNE, IN 46814UNITED STATES OF AMERICA | 70596 | Motors Liquidation Company | $4,061.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | Exhibit A | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| EHAB AMIN<br>94 AHMED ORABI ST.<br>MOHANDSSIN GIZA, 12411 | 70817 | Motors Liquidation Company | $952.63 | Equity Interest Claim | Pgs. 1-5 |
| ELLIOT M HELFAND<br>2245 OLEADA CT<br>ENGLEWOOD, FL 34224 | 70665 | Motors Liquidation Company | $1,537.00 | Equity Interest Claim | Pgs. 1-5 |
| ESTATE OF PATRICIA SINCLAIR<br>C/O WILLIAM WALSH EXECUTOR<br>410 WELD ST<br>WEST ROXBURY, MA 02132 | 70681 | Motors Liquidation Company | $150.00 | Equity Interest Claim | Pgs. 1-5 |
| FELDNER FAMILY LTD PART.<br>138 BEECHWOOD RD<br>ORADELL, NJ 07649 UNITED STATES OF AMERICA | 70787 | Motors Liquidation Company | $3,557.00 | Equity Interest Claim | Pgs. 1-5 |
| GARY J REED<br>14445 N 51ST AVE W<br>MINGO, IA 50168 | 70631 | Motors Liquidation Company | $132.25 | Equity Interest Claim | Pgs. 1-5 |
| GENNARO GIRARDI<br>50 ERLANGER BLVD<br>NORTH BABYLON, NY 11703 UNITED STATES OF AMERICA | 70624 | Motors Liquidation Company | $10,454.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE P FELDNER<br>138 BEECHWOOD RD<br>ORADELL, NJ 07649 UNITED STATES OF AMERICA | 70786 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GEORGE P HATZIGEORGIS<br>PO BOX 130370<br>BIRMINGHAM, AL 35213 | 70652 | Motors Liquidation Company | $5,236.35 | Equity Interest Claim | Pgs. 1-5 |
| GEORGE W LUKOVSKY<br>5620 HUNTINGTON ST<br>DULUTH, MN 55807 | 70751 | Motors Liquidation Company | $3,649.00 | Equity Interest Claim | Pgs. 1-5 |
| GEORGETTE JOHNSON<br>2106 BOEGER AVE.<br>WESTCHESTER, IL 60154 | 70700 | Motors Liquidation Company | $5,272.51 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9978-1    Filed 03/31/11    Entered 03/31/11 09:58:02    Exhibit A
Pg 5 of 11

214th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| GEORGIA E MALAK<br>304 HILLCREST LANE<br>BRENHAM, TX 77833 | 70748 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| GERALD KRUTSINGER<br>55796 205TH TRL<br>CHARITON, IA 50049 UNITED STATES OF AMERICA | 70591 | Motors Liquidation Company | $944.49 | Equity Interest Claim | Pgs. 1-5 |
| GWEN WALRAVEN<br>401 RIO CONCHO DRIVE APT 47<br>SAN ANGELO, TX 76903-5568 | 70731 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| HELEN DAVIS<br>22578 E RIVER<br>GROSSE ILE, MI 48138 | 70765 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| HENRI P RACINE<br>2968 MATAPEDIA AVE<br>G1W 1X9 QUEBEC CANADA | 70789 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |
| IBRAHIM D IBRAHIM<br>1468 HUNTER MOON WAY<br>BEAUMONT, CA 92223 | 70682 | Motors Liquidation Company | $4,778.74 | Equity Interest Claim | Pgs. 1-5 |
| IRVIN STENZEL<br>3777 E MCDOWELL RD<br>APT 1042<br>PHOENIX, AZ 85008 UNITED STATES OF AMERICA | 70778 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JACOB F. KRYGOSKI<br>9561 CRESTWOOD LN.<br>ANAHEIM, CA 92804 UNITED STATES OF AMERICA | 70645 | Motors Liquidation Company | $2,630.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES ROLAND<br>4673 ST. ALBANS<br>STERLING HEIGHTS, MI 48314 UNITED STATES OF AMERICA | 70607 | Motors Liquidation Company | $42,800.00 | Equity Interest Claim | Pgs. 1-5 |
| JEFF C. WANG<br>18810 RACQUET RIDGE<br>HUMBLE, TX 77346 UNITED STATES OF AMERICA | 70633 | Motors Liquidation Company | $1,741.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| JEFFREY F HADDEN<br>131 CURRY ROAD<br><br>WAPPINGERS FALLS, NY 12590UNITED STATES OF AMERICA | 70575 | Motors Liquidation Company | $1,237.94 | Equity Interest Claim | Pgs. 1-5 |
| JENTIFER B. SMITH<br>138 BOMBA STREET<br><br>BARNWELL, SC 29812 | 70813 | Motors Liquidation Company | $659.79 | Equity Interest Claim | Pgs. 1-5 |
| JEROME JAKOBOWSKI<br>2007 CRAVENS DR.<br><br>CROSSVILLE, TN 38572 | 70767 | Motors Liquidation Company | $4,264.00 | Equity Interest Claim | Pgs. 1-5 |
| JERRY AND LYNN MCCARTY<br>30W012 WILLOW LANE<br><br>WARRENVILLE, IL 60555 | 70712 | Motors Liquidation Company | $2,445.16 | Equity Interest Claim | Pgs. 1-5 |
| JOAN N MURRAY<br>805 MALLEY DRIVE<br><br>NORTHGLENN, CO 80233 | 70722 | Motors Liquidation Company | $42.54 | Equity Interest Claim | Pgs. 1-5 |
| JOHN BAYBO<br>1084 DEBORAH DRIVE<br><br>ARNOLD, MO 63010UNITED STATES OF AMERICA | 70605 | Motors Liquidation Company | $2,637.09 | Equity Interest Claim | Pgs. 1-5 |
| JOHN N. & ROSALYN FAZZI<br>370 PITTSTON BLVD<br><br>WILKES BARRE, PA 18702UNITED STATES OF AMERICA | 70580 | Motors Liquidation Company | $6,876.33 | Equity Interest Claim | Pgs. 1-5 |
| JOHNNY R WHITE<br>549 N FM 270, SUITE 100<br><br>LEAGUE CITY, TX 77573 | 70650 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH FISCHETTI<br>228 COOK STREET<br><br>HUNTINGTON STATION, NY 11746 | 70753 | Motors Liquidation Company | $19,858.81 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH L MALONEY<br>8331 LAMPSON APT 3<br><br>GARDEN GROVE, CA 92841-3132 | 70755 | Motors Liquidation Company | $11,651.47 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | |
|---|---|---|---|---|---|
| JOSEPH P SCHORN<br>7 GREENACRE LANE<br>NORTHPORT, NY 11768 | 70669 | Motors Liquidation Company | $2,216.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH YAKLIC<br>49830 CRANBERRY CREEK DR.<br>MACOMB, MI 48042 UNITED STATES OF AMERICA | 70680 | Motors Liquidation Company | $26,820.00 | Equity Interest Claim | Pgs. 1-5 |
| JOSEPH YAKLIC II<br>52471 INDIAN SUMMER DR.<br>CHESTERFIELD TWP., MI 48051 UNITED STATES OF AMERICA | 70677 | Motors Liquidation Company | $1,291.50 | Equity Interest Claim | Pgs. 1-5 |
| JUDY A SIERSON<br>7242 RESERVOIR ROAD<br>CHINTON, NY 13323 | 70744 | Motors Liquidation Company | $6,759.63 | Equity Interest Claim | Pgs. 1-5 |
| JUDY TURNER<br>6002 NORTHGAP<br>SAN ANTONIO, TX 78239 UNITED STATES OF AMERICA | 70587 | Motors Liquidation Company | $147.75<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| JULIA SZETO<br>1629 S.PRAIRIE AVE<br>#2203<br>CHICAGO, IL 60616 | 70666 | Motors Liquidation Company | $7,973.80 | Equity Interest Claim | Pgs. 1-5 |
| JUNE HECK<br>81514 ALEXANDER<br>CHAPEL HILL, NC 27517 UNITED STATES OF AMERICA | 70584 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| KARL C. WENTZ<br>3450 LAKESHORE DRIVE<br>TALLAHASSEE, FL 32312 UNITED STATES OF AMERICA | 70554 | Motors Liquidation Company | $15,345.56 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T COLE TTEE<br>39 OLIVE AVE<br>REHOBOTH BEACH, DE 19971 | 70589 | Motors Liquidation Company | $7,186.00 | Equity Interest Claim | Pgs. 1-5 |
| KATHERINE T COLE TTEE<br>39 OLIVE AVE<br>REHOBOTH BEACH, FL 19971 | 70623 | Motors Liquidation Company | $7,186.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
| --- | --- | --- | --- | --- | --- |
| KHOJESTA A. PRICE<br>8604 J VIA MALLORCA<br>LA JOLLA, CA 92037 UNITED STATES OF AMERICA | 70609 | Motors Liquidation Company | $347.70 | Equity Interest Claim | Pgs. 1-5 |
| L KILMER & H KILMER TTEE<br>KILMER FAMILY TRUST U/A DTD 10/20/1998<br>19420 TREADWAY RD<br>BROOKEVILLE, MD 20833 | 70648 | Motors Liquidation Company | $172.95 | Equity Interest Claim | Pgs. 1-5 |
| LARRY MULROONEY<br>241 HAZEN RD.<br>HACKETTSTOWN, NJ 07840 UNITED STATES OF AMERICA | 70573 | Motors Liquidation Company | $262.04 | Equity Interest Claim | Pgs. 1-5 |
| LEO REINER<br>MARK REINER<br>19 JOHN HANCOCK DR #B<br>MONROE TWP, NJ 08831 | 70761 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| LOUIS G. JOHNSON & PATRICIA A JOHNSON<br>4800 GREELY CHAPEL ROAD<br>LIMA, OH 45806 UNITED STATES OF AMERICA | 70619 | Motors Liquidation Company | $8,941.40 | Equity Interest Claim | Pgs. 1-5 |
| LYNN SWIECICKI<br>756 BRADY AVE # 106<br>BRONX, NY 10462 | 70608 | Motors Liquidation Company | $476.67 | Equity Interest Claim | Pgs. 1-5 |
| M.LOUISE SCHUMAN<br>101 KOKOMO WAY<br>SENECA, SC 29672 | 70643 | Motors Liquidation Company | $3,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARK & ANN STAHLA JTWROS<br>MARK STAHLA<br>PO BOX 1976<br>KEY WEST, FL 33041-1976 | 70711 | Motors Liquidation Company | $3,010.00 | Equity Interest Claim | Pgs. 1-5 |
| MAYNELL ADAMS<br>3835 N STONE GULLY<br>MESA, AZ 85207 | 70693 | Motors Liquidation Company | $2,034.27<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MELISSA GRIGIONE<br>25 ORCHARD RD<br>BREWSTER, NY 10509 | 70819 | Motors Liquidation Company | $3,200.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| MOJGAN LATIFI<br>26120 ALIZIA CANYON DRIVE<br>UNIT D<br>Calabasas, CA 91302 UNITED STATES OF AMERICA | 70784 | Motors Liquidation Company | $336.00 | Equity Interest Claim | Pgs. 1-5 |
| NORMA BUTLER<br>2022 WEST AUTUMN LN<br>FORT WAYNE, IN 46845 UNITED STATES OF AMERICA | 70542 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| NORMA JEAN WALENS<br>8922 KREWSTOWN RD #209<br>PHILADELPHIA, PA 19115 | 70530 | Motors Liquidation Company | $1,183.00 | Equity Interest Claim | Pgs. 1-5 |
| ORRETT KONG<br>2750 BALFORN TOWER WAY<br>WINTER GARDEN, FL 34787 | 70726 | Motors Liquidation Company | $2,400.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA ANN MCLAWHORN<br>5535 CAL JONES ROAD<br>VANCEBORO, NC 28586 | 70672 | Motors Liquidation Company | $1,009.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA FELDNER<br>138 BEECHWOOD ROAD<br>ORADELL, NJ 07649 | 70805 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| RAE & DOWLING GREGORY<br>806 E 14TH ST N<br>NEWTON, IA 50208 UNITED STATES OF AMERICA | 70590 | Motors Liquidation Company | $6,679.00 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD FROHM<br>4705 EAST BRILLIANT SKY DRIVE<br>CAVE CREEK, AZ 85331 UNITED STATES OF AMERICA | 70550 | Motors Liquidation Company | $4,017.74 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD M CHMIEL<br>1432 W. PETERSON AVENUE<br>PARK RIDGE, IL 60068-5056 | 70714 | Motors Liquidation Company | $3,542.99 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT A & DELL M JOHNSTON JT TEN<br>107 OLD WELLS ROAD<br>WEST POINT, GA 31833 | 70721 | Motors Liquidation Company | $34,608.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 214th Omnibus Objection | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## Exhibit A

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| ROBERT MELVIN CHAPLIN<br>5845 DALTRY LANE<br>COLORADO SPRINGS, CO 80906 | 70621 | Motors Liquidation Company | $100.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT V REHAK<br>3420 LANDVIEW DR<br>ROCHESTER, MI 48306 | 70785 | Motors Liquidation Company | $51,262.12 | Equity Interest Claim | Pgs. 1-5 |
| ROMANO LUBRANO<br>2525 DU GUEPIER<br>H7L 4W8 LAVAL QUEBEC | 70649 | Motors Liquidation Company | $1,262.00 | Equity Interest Claim | Pgs. 1-5 |
| RONNIE L GARVEY<br>1248 LAKERIDGE CIRCLE<br>TROUTVILLE, VA 24175 | 70738 | Motors Liquidation Company | $689.56 | Equity Interest Claim | Pgs. 1-5 |
| ROSE FISHER<br>13829 VALLEY VISTA BLVD.<br>Sherman Oaks, CA 91423UNITED STATES OF AMERICA | 70559 | Motors Liquidation Company | $6,293.00 | Equity Interest Claim | Pgs. 1-5 |
| SCHWARZKOPF<br>3 SHERIDAN SQUARE 12D<br>NEW YORK, NY 10014UNITED STATES OF AMERICA | 70634 | Motors Liquidation Company | $12,057.00 | Equity Interest Claim | Pgs. 1-5 |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>PO BOX 6<br>ST PETER PORT GUERNSEY<br>GY1 3AE CHANNEL ISLANDS | 70613 | Motors Liquidation Company | $60,182.76 | Equity Interest Claim | Pgs. 1-5 |
| SHIRLEY J WATTS<br>13506 SESAME ST<br>SAN ANTONIO, TX 78232UNITED STATES OF AMERICA | 70729 | Motors Liquidation Company | $29,227.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN ALDRIDGE<br>5650 W YUCCA ST<br>GLENDALE, AZ 85304UNITED STATES OF AMERICA | 70563 | Motors Liquidation Company | $1,250.00 | Equity Interest Claim | Pgs. 1-5 |
| STEPHEN ALDRIDGE<br>5650 W YUCCA ST<br>GLENDALE, AZ 85304 | 70713 | Motors Liquidation Company | $1,250.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

214th Omnibus Objection     **Exhibit A**     Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pgs. |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| SUSANNE WINTER SHEPHERD<br>3247 INNSBRUCK CIRCLE<br>COLLEGE STATION, TX 77845 | 70543 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TONY C. ESTEVES<br>411 ROYALE PARK DRIVE<br>SAN JOSE, CA 95136 UNITED STATES OF AMERICA | 70586 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| TYRON MORISSETTE<br>202 WILLOUGHBY LN<br>JACKSONVILLE, NC 28546 UNITED STATES OF AMERICA | 70540 | Motors Liquidation Company | $222.09 | Equity Interest Claim | Pgs. 1-5 |
| WAYNE & HAZEL DAYHUFF<br>11228 VILLAS ON THE GREEN DR<br>RIVERVIEW, FL 33579-7109 | 70723 | Motors Liquidation Company | $618.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM C GRAY<br>PO BOX 319<br>COUNCE, TN 38326 | 70725 | Motors Liquidation Company | $42,968.74 | Equity Interest Claim | Pgs. 1-5 |
| XIN YING GUAN<br>302-650 PRIDEAUX STREET.<br>NANAIMO BC CANADA V9R 2P1 | 70739 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim | Pgs. 1-5 |
| YVON ROUSSEL<br>5732 RAMSEY ROAD<br>NIAGARA FALLS ON L2E 6X8 CANADA | 70820 | Motors Liquidation Company | $6,167.85 | Equity Interest Claim | Pgs. 1-5 |
| *CLAIMS TO RECLASSIFY* | **96** | | | | |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10