**Exhibit A**

| | | |
|---|---|---|
| 215th Omnibus Objection | | Motors Liquidation Company, et al. |
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AUSTIN AND REBECCA VIALL<br>710 KELLER LANE<br>TUSCUMBIA, AL 35674 | 70909 | Motors Liquidation Company | $437,736.00 | Equity Interest Claim | Pgs. 1-5 |
| NIKA GOJCAJ<br>73350 MCKAY<br>ROMEO, MI 48065 | 70897 | Motors Liquidation Company | $9,970.02 | Equity Interest Claim | Pgs. 1-5 |

| | |
|---|---|
| *OBJECTION ADJOURNED* | **2** |

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**215th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO RECLASSIFY**

## CLAIMS TO RECLASSIFY

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANTWAN HASKOOR<br>69-43 CENTRAL AVE<br>GLENDALE, NY 11385 | 70676 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ARMAND S ANDRLE<br>141 HATCASE POND RD<br>EDDINGTON, ME 04428 | 70732 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BETTY J CHOLTCO<br>948 NORMANDY DRIVE<br>NEW KENSINGTON, PA 15068 | 70924 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BILLY E DILLARD<br>17281 LAKE VIEW CIRCLE<br>NORTHVILLE, MI 48168 | 70840 | Motors Liquidation Company | $200,000.00 | Equity Interest Claim | Pgs. 1-5 |
| BUSHENG WANG<br>71-11 162ND ST APT #2B<br>FRESH MEADOWS, NY 11365 | 70906 | Motors Liquidation Company | $2,227.85 | Equity Interest Claim | Pgs. 1-5 |
| C JAYNE ROONEY<br>487 VERANDA WAY APT C203<br>NAPLES, FL 34104-6004 | 70933 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| CONSTANTINOS GENATOS<br>192 TOSCANINI<br>CHATEAUGUAY QUEBEC  J6K 4B9  CANADA | 70837 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Equity Interest Claim | Pgs. 1-5 |
| DEBRA D. NELSON<br>330 CURACAO WAY<br>NICEVILLE, FL 32578 | 70847 | Motors Liquidation Company | $518.15 | Equity Interest Claim | Pgs. 1-5 |
| DENNIS DEAN<br>PO BOX 853<br>BAY CITY, MI 48707-0853 | 70954 | Motors Liquidation Company | $2,000.00 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 215th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | | |
| --- | --- | --- | --- | --- | --- |
| DIANA GALENIC<br>953 BEST CIRCLE<br>NEWMARKET, ON<br>L3X 2K9 CANADA | 70900 | Motors Liquidation Company | $4,107.10<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DONALD PETERSON<br>160 CAYMUS COURT<br>SUNNYVALE, CA 94086 UNITED STATES OF AMERICA | 70603 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| DONALD S & MARGARET M SAUNDERS JT TEN<br>8258 SAINT FRANCIS CT<br>CENTERVILLE, OH 45458 | 70838 | Motors Liquidation Company | $27,441.60 | Equity Interest Claim | Pgs. 1-5 |
| DORIS PLEASANT<br>8810 LOCUST GROVE DRIVE<br>PORT TOBACCO, MD 20677 UNITED STATES OF AMERICA | 70853 | Motors Liquidation Company | $36,530.00 | Equity Interest Claim | Pgs. 1-5 |
| EDWARD F WALL<br>624 ANDERSON HILL RD<br>PURCHASE, NY 10577-0453 | 70849 | Motors Liquidation Company | $192.00 | Equity Interest Claim | Pgs. 1-5 |
| HAROLD GREENE<br>3025 WWHITE FEATHER LN<br>PHOENIX, AZ 85083 UNITED STATES OF AMERICA | 70886 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| IGOR KUMOK<br>10372 FOREST BROOK LANE, UNIT-H<br>SAINT LOUIS, MO 63146 | 70862 | Motors Liquidation Company | $2,308.29 | Equity Interest Claim | Pgs. 1-5 |
| JAMES D. TOWNSEND<br>5429 ATLAS RD.<br>P.O.BOX 128<br>ATLAS, MI 48411 | 70937 | Motors Liquidation Company | $139,288.00 | Equity Interest Claim | Pgs. 1-5 |
| JAMES S M NG & YUEN WAH LO NG<br>17 MILLWARD CRESCENT<br>AJAX, ONTARIO L1T 4M6 CANADA | 70972 | Motors Liquidation Company | $63.39 | Equity Interest Claim | Pgs. 1-5 |
| JOHN C EHLERS<br>8485 MISSION HILLS LANE<br>CHANHASSEN, MN 55317 | 70593 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**215th Omnibus Objection** — Exhibit A — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO RECLASSIFY** | | | | |
|---|---|---|---|---|
| JOHN MCGUIRE & MARION MCGUIRE<br>308 OAK LANE<br>MANCHESTER, NJ 07859 | 70935 | Motors Liquidation Company | $619.60 | Equity Interest Claim  Pgs. 1-5 |
| JULIAN GEVARGIS<br>1574 RT 9G<br>HYDE PARK, NY 12538 | 70936 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| KATHLEEN R CONNLEY<br>2621 MACGREGOR CT<br>MODESTO, CA 95350 | 70839 | Motors Liquidation Company | $95.77 | Equity Interest Claim  Pgs. 1-5 |
| LISA CORBETT<br>67 LOGGERHEAD DR<br>COLUMBIA, SC 29229 | 70741 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| LOC BUI<br>30 WESTGATE ROAD<br>FRAMINGHAM, MA 01701 | 70899 | Motors Liquidation Company | $94,117.00 | Equity Interest Claim  Pgs. 1-5 |
| LOUIS PECK PERKINS<br>2357 LEONARDO LN N<br>JACKSONVILLE, FL 32218 | 70945 | Motors Liquidation Company | $2,625.00 | Equity Interest Claim  Pgs. 1-5 |
| LOVENIA BROCK<br>301 BROCK LANE<br>LONDON, KY 40744 | 70888 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim  Pgs. 1-5 |
| MABLE SCOTT<br>106 NURSERY RIDGE LANE<br>COLUMBIA, SC 29212 | 70961 | Motors Liquidation Company | $1,400.00 | Equity Interest Claim  Pgs. 1-5 |
| MARILYN BRANNEN<br>648 GOLDENVILLE RD<br>GETTYSBURG, PA 17325UNITED STATES OF AMERICA | 70891 | Motors Liquidation Company | $5,209.10 | Equity Interest Claim  Pgs. 1-5 |
| MARSHALL ABRAM<br>1714 E. HINES ST.<br>MUNCIE, IN 47303 | 70907 | Motors Liquidation Company | $1,500.00 | Equity Interest Claim  Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 9979-1    Filed 03/31/11    Entered 03/31/11 09:59:38    Exhibit A
Pg 5 of 7

215th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO RECLASSIFY** | | | | | |
|---|---|---|---|---|---|
| MARTIN D HARSH AND BETTY J HARSH<br>7721 RIVER ROCK CT<br>WILLIAMSPORT, MD 21795 | 70834 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MARY MCFERRON<br>1322 DALLWOOD DRIVE<br>ST LOUIS, MO 63126 UNITED STATES OF AMERICA | 70716 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL KNAUSS<br>58-37 206 STREET<br>OAKLAND GARDENS, NY 11364 | 70903 | Motors Liquidation Company | $2,956.50 | Equity Interest Claim | Pgs. 1-5 |
| MOHAMMAD Z KHAN<br>11120 E 29 ST<br>TULSA, OK 74129 | 70926 | Motors Liquidation Company | $3,050.05 | Equity Interest Claim | Pgs. 1-5 |
| NICHOLAS F. STARACE<br>9 FIELDING ROAD<br>SHORT HILLS, NJ 07078 UNITED STATES OF AMERICA | 70627 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA A NARDIELLO<br>82 BRANCHPORT AVENUE<br>LONG BRANCH, NJ 07740 | 70946 | Motors Liquidation Company | $10,638.00 | Equity Interest Claim | Pgs. 1-5 |
| PATRICIA NEWBY<br>3810 RIDGEWOOD AVE<br>BALTIMORE, MD 21215 | 70929 | Motors Liquidation Company | $500.00 | Equity Interest Claim | Pgs. 1-5 |
| PETER GELYON<br>3405 EMERLING DR<br>BLASDELL, NY 14219 | 70850 | Motors Liquidation Company | $608.46 | Equity Interest Claim | Pgs. 1-5 |
| PRABIR SAHA & RINKU SAHA<br>905 SAVOY WAY<br>APEX, NC 27502 | 70962 | Motors Liquidation Company | $20.00 | Equity Interest Claim | Pgs. 1-5 |
| PRAFUL SHAH<br>4649 MAPLE CREEK COURT<br>WEST BLOOMFIELD, MI 48322 | 70885 | Motors Liquidation Company | $597.29 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 215th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- |
| | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO RECLASSIFY** | | | | |
| --- | --- | --- | --- | --- |
| REBECCA G HARRISON<br>1065 VIEWPOINTE BLVD<br>RODEO, CA 94572 | 70992 | Motors Liquidation Company | $173.72 | Equity Interest Claim | Pgs. 1-5 |
| RICHARD D BROWN<br>139 WEST END AVE<br>BINGHAMTON, NY 13905 | 70887 | Motors Liquidation Company | $1,657.54 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT ERICKSON<br>165 BUFF CAP RD<br>TOLLAND, CT 06084 | 70890 | Motors Liquidation Company | $1,487.50 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT TALLMAN<br>136 EUCLID AVENUE<br>BARNESVILLE, OH 43713 UNITED STATES OF AMERICA | 70892 | Motors Liquidation Company | $72,000.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT VOSS<br>6412 N UPLAND TERR<br>PEORIA, IL 61615 | 70960 | Motors Liquidation Company | $992.25 | Equity Interest Claim | Pgs. 1-5 |
| ROBERTA S BRAND (TRUST)<br>36045 LARCH WY<br>FREMONT, CA 94536 | 70667 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| STEPHAN G TOTH<br>3281 SHAWNEE LANE COURT<br>WATERFORD, MI 48329 | 70821 | Motors Liquidation Company | $5,841.98 | Equity Interest Claim | Pgs. 1-5 |
| VERNON DIAZ<br>15903-101 STREET<br>EDMONTON T5X 4E6 ALBERTA CANADA | 70878 | Motors Liquidation Company | $39,690.12 | Equity Interest Claim | Pgs. 1-5 |
| WILLIE DAVID BRANHAM<br>22987 29 1/2 MILE RD<br>PO BOX 152<br>SPRINGPORT, MI 49284 | 70967 | Motors Liquidation Company | $1,608.10 | Equity Interest Claim | Pgs. 1-5 |
| WILLIE MELVIN<br>616 WEAVER STREET<br>SPRING LAKE, NC 28390 UNITED STATES OF AMERICA | 70991 | Motors Liquidation Company | $12,214.60 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**215th Omnibus Objection**     **Exhibit A**     <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | |
| YUEN WAH LO NG<br>17 MILLWARD CRESCENT<br>AJAX, ONTARIO L1T 4M6  CANADA | 70971 | Motors Liquidation Company | $44,250.40 | Equity Interest Claim   Pgs. 1-5 |

| | |
|---|---|
| **CLAIMS TO RECLASSIFY** | **50** |

---

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".  For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.