**216th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KARL PHILIPP MULLER<br>LEBEREN STRASSE 27<br>CH 8472 SEUZACH SWITZERLAND | 70884 | Motors Liquidation Company | $794.70 | Beneficial Bondholder Claim | Pgs. 1-5 |

| | |
|---|---|
| **OBJECTION ADJOURNED** | **1** |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**216th Omnibus Objection**   **Exhibit A**   **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALAN L WILLIAMS<br>8463 POINTE ROAD NORTH<br>BLAINE, WA 98230 | 70914 | Motors Liquidation Company | $25,513.83 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ARLENE H DELP<br>215 TWIN HOLLOW LANE<br>WILLIAMSBURG, PA 16693 | 70730 | Motors Liquidation Company | $12,427.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| COLETTA FAY AUSTIN<br>4228 W 64TH ST<br>INGLEWOOD, CA 90302 | 70801 | Motors Liquidation Company | $3,932.86 | Beneficial Bondholder Claim | Pgs. 1-5 |
| DONG WANG<br>30037 TOWNSHIP ROAD 262<br>CALGARY AB T3R 1C4 CANADA | 70921 | Motors Liquidation Company | $42,337.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| EUGENE L PETRINI<br>14802 N BOLIVAR DR<br>SUN CITY, AZ 85351 | 70574 | Motors Liquidation Company | $26,017.50 Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| GORDON BENNETT<br>533 MIDWAY DR # B<br>OCALA, FL 34472 | 70558 | Motors Liquidation Company | $1,381.36 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HAIRONG GUI<br>937 NW GLISAN STREET #834<br>PORTLAND, OR 97209 | 70975 | Motors Liquidation Company | $1,350.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| HARRISON S MILLER<br>2065 RIDGEVIEW DRIVE<br>SEVEN HILLS, OH 44131 | 70902 | Motors Liquidation Company | $4,640.62 | Beneficial Bondholder Claim | Pgs. 1-5 |
| JO ANN HITMAN<br>328 HARMONY CHURCH RD<br>GILLSVILLE, GA 30543 | 70922 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**216th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Creditor | Claim # | Debtor | Claim Amount | Basis | Pages |
|---|---|---|---|---|---|
| JUNE B LEE<br>900 ROCKY FOUNTAIN TERRACE<br>MYERSVILLE, MD 21773 | 70911 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARGARITA BLOCK<br>54 WESTMINISTER DRIVE<br>PALM COAST, FL 32164 | 70769 | Motors Liquidation Company | $25,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MARY ANN GABLEHOUSE<br>3120 58 AVE CT<br>GREELEY, CO 80634 | 70912 | Motors Liquidation Company | $16,078.71 | Beneficial Bondholder Claim | Pgs. 1-5 |
| MICHAEL KISCHNER<br>LORENZ-DIEHL STRASSE 16<br>MAINZ 55131 GERMANY | 70995 | Motors Liquidation Company | Unliquidated<br>Foreign Currency | Beneficial Bondholder Claim | Pgs. 1-5 |
| MISS JOANN HITMAN<br>328 HARMONY CHURCH RD<br>GILLSVILLE, GA 30543 | 70923 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| OSCAR BERLAND<br>3005 CARLSON BLVD<br>EL CERRITO, CA 94530 | 70934 | Motors Liquidation Company | $9,062.50 | Beneficial Bondholder Claim | Pgs. 1-5 |
| PETER HIOS<br>50-35 210 ST.<br>BAYSIDE, NY 11364 | 70766 | Motors Liquidation Company | $35,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| ROGER W SCHNELLE<br>11277 HWY B<br>UNIONVILLE, MO 63565-2106 | 70841 | Motors Liquidation Company | $5,977.46<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |
| RONALD & BARBARA KOPP<br>10998 HARDCASTLE RD.<br>BROOKLYN, MI 49230 | 70655 | Motors Liquidation Company | $20,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |
| SAMUEL COHN<br>7189 GRANVILLE AVE<br>BOYNTON BEACH, FL 33437 | 70803 | Motors Liquidation Company | $5,000.00 | Beneficial Bondholder Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**216th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| VICTORIA H FOX<br>78 FERRY ROAD<br>HANCOCK, ME 04640 | 70944 | Motors Liquidation Company | $0.00<br>Unliquidated | Beneficial Bondholder Claim | Pgs. 1-5 |

| | |
|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **20** |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.