UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**MOTORS LIQUIDATION COMPANY,** *et al.*<br>   **(f/k/a General Motors Corp.,** *et al.***)**<br><br>                              **Debtors.** | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### ORDER AMENDING THE FIFTH AMENDED ORDER PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 1015(c) AND 9007 ESTABLISHING NOTICE AND CASE MANAGEMENT PROCEDURES

WHEREAS, the Court having entered an Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures on August 3, 2009 (ECF No. 3629); and the Court having entered an amended order on December 17, 2009 (ECF No. 4676); and the Court having entered a second amended order on March 19, 2010; and the Court having entered a third amended order on April 29, 2010 (ECF No. 5308); and the Court having entered a fourth amended order on August 24, 2010 (ECF No. 6750); and the Court having entered a fifth amended order on January 3, 2011 (the "**Fifth Amended Order**") (ECF No. 8360)[1]; and the Court having determined since the entry of the Fifth Amended Order that the Fifth Amended Order should be modified in certain respects as provided herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Fifth Amended Order is hereby amended to provide that the GUC Trust Administrator, as defined in the Debtors' Second Amended Joint Chapter 11 Plan

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifth Amended Order.

dated March 18, 2011 (ECF No. 9836), shall be a party that is authorized to effect service by electronic transmission, and that the GUC Trust Administrator shall not be required to serve paper copies on interested parties, and that service by electronic transmission shall satisfy the Court's rules for service and shall be effective as of the date the paper is electronically transmitted to the e-mail addresses listed on the Master Service List, all as described in the Procedures; and it if further

ORDERED that all other provisions contained in the Fifth Amended Order shall remain in full force and effect; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *March 31, 2011*

                                                    *s/ Robert E. Gerber*
                                                    United States Bankruptcy Judge