UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,     :
                                               :
                    Debtors.                   :    (Jointly Administered)
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 30, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Thomas M. Smalley, Post Office Box 93, Lynnville, IA 50153 (affected party):

- Endorsed Order signed on 3/30/2011 re: Motion for Summary Judgment filed by Thomas M. Smalley. "Denied without prejudice for failure to comply with Local Bankruptcy Rule 7056.1, and Case Management Order #2." [Docket No. 9957].

Dated: March 30, 2011                    /s/ Alison Moodie_____
       Lake Success, New York            Alison Moodie

Sworn to before me this 30th day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011