BARNES & THORNBURG LLP
Attorneys for M-Heat Investors, LLC
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11 Case No.
In re :
: 09-50026 (REG)
MOTORS LIQUIDATION COMPANY, *et al.*, :
    f/k/a General Motors Corp., *et al*. : (Jointly Administered)
:
Debtors. :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM OF
### M-HEAT INVESTORS, LLC [CLAIM NO. 1769]

M-Heat Investors, LLC ("M-Heat"), by and through its undersigned attorneys, hereby withdraws its proof of claim designated claim no. 1769 in accordance with that certain settlement agreement by and among M-Heat, the Debtors and Basil Simon, in his capacity as Chapter 7 trustee for the estate of Microheat, Inc.

Dated:  March 31, 2011               BARNES & THORNBURG LLP
                                     Attorneys for M-Heat Investors, LLC


                                     By:  /s/John T. Gregg
                                          John T. Gregg
                                     Business Address:
                                     171 Monroe Avenue, NW, Suite 1000
                                     Grand Rapids, MI  49503
                                     (616) 742-3936

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all attorneys of record.

        /s/ John T. Gregg