PREET BHARARA
United States Attorney for the
Southern District of New York
DAVID S. JONES
NATALIE N. KUEHLER
JAIMIE L. NAWADAY
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2739
Facsimile:  (212) 637-2730
Email: david.jones6@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
                                                      :
In re:                                                :        Chapter 11
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.,*                 :        Case No. 09-50026 (REG)
    f/k/a/ GENERAL MOTORS CORP., *et*          :
*al.*,                                                :        Jointly Administered
                                                      :
        Debtors.                        :
                                                      :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**NOTICE OF LODGING OF PROPOSED**</u>
<u>**CONSENT DECREE AND SETTLEMENT AGREEMENT**</u>
<u>**REGARDING NATURAL RESOURCE DAMAGE CLAIMS**</u>

       The United States of America hereby lodges with the Court a proposed Consent Decree

and Settlement Agreement Regarding Natural Resource Damage Claims Between the Debtors, the

United States of America, the State of Indiana, the State of New York, and the St. Regis Mohawk

Tribe (the "NRD Settlement Agreement").   A copy of the NRD Settlement Agreement is attached

hereto as Exhibit A, and has been executed by all parties.

       The United States requests that the Court not approve the proposed Settlement Agreement

at this time.   Notice of the lodging of the proposed Settlement Agreement will be published in the

*Federal Register*, following which the United States Department of Justice will accept public

comments on the proposed Settlement Agreement for a 30-day period.   After the conclusion of

the public comment period, the United States will file with the Court any comments received, as

well as responses to the comments, and at that time, if appropriate, will request that the Court

approve the proposed Settlement Agreement.

Dated:        New York, New York
              March 31, 2011

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the United States of America


                    By:        */s/David S. Jones*
                              DAVID S. JONES
                              NATALIE N. KUEHLER
                              JAIMIE L. NAWADAY
                              Assistant United States Attorneys
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone:  (212) 637-2739
                              Facsimile:  (212) 637-2730
                              Email: david.jones6@usdoj.gov