**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                             ) ss
COUNTY OF NASSAU      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.     I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On March 29, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on John S. Gray, 2425 Dexter Road, Auburn Hills, Michigan 48326 (affected party):

- Order Granting Debtors' Objection to Proof of Claim No. 70696 Filed by John S. Gray [Docket No. 9945].

| | |
|---|---|
| Dated:  March 31, 2011 | /s/ Kathy-Ann Awkward __ |
| Lake Success, New York | Kathy-Ann Awkward |

Sworn to before me this 31st day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011