UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.      I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 29, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' Objection to Proofs of Claim No. 12903 and 12904 Filed by Ohio National Life Insurance Company [Docket No. 9948].

Dated:  March 31, 2011                   /s/ Kathy-Ann Awkward __
        Lake Success, New York           Kathy-Ann Awkward

Sworn to before me this 31st day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

THE OHIO NATIONAL LIFE INSURANCE COMPANY  
ATTN MAIL CODE 54  
PO BOX 237  
CINCINNATI, OH 45201-0237

THE OHIO NATIONAL LIFE INSURANCE COMPANY  
PO BOX 237  
ATTN MAIL CODE 54  
CINCINNATI, OH 45201-0237