**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 192nd Omnibus Objection to Claims [Docket No. 9971]

Dated: April 1, 2011                                         /s/ Kimberly Gargan
          Lake Success, New York                    Kimberly Gargan

Sworn to before me this 1st day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# Exhibit A

| | | |
|---|---|---|
| BEATE KREMBZOW<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | CAROLINE JOISTEN<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | HANNA KJAER-GREGER<br>BUEDINGER STRASSE 7<br>60435 FRANKFURT/M GERMANY |
| HILDE LUKAT<br>AM ALTEN HAFEN 115<br>27568 BREMERHAVEN GERMANY | PHILIP JOISTEN<br>STEINKLEESTRA E 20 A<br>60435 FRANKFURT GERMANY | |