**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Arrowood Indemnity Company, Arrowood Capital Corp, Arrowood Group, Inc., C/O Sonnenschein Nath & Rosenthal LLP, Attn: Richard Zuckerman Esq, 1221 Avenue of the Americas, New York, NY, 10020 (affected party):

- Stipulation and Consent Order Resolving Debtors' 159th Omnibus Objection to Claims as to Arrowood Indemnity Company, Arrowpoint Capital Corp., and Arrowpoint Group, Inc. [Docket No. 9967].

Dated: March 31, 2011　　　　　　　　　　/s/ Alison Moodie_____
　　　Lake Success, New York　　　　　　　Alison Moodie

Sworn to before me this 31st day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011