**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 141st Omnibus Objection to Claims [Docket No. 9969]

Dated:  March 31, 2011                                    /s/ Alison Moodie_____
            Lake Success, New York                     Alison Moodie

Sworn to before me this 31st day of March, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# Exhibit A

| | | |
|---|---|---|
| MARK-EDWARD GREY<br>KNIEBISSTRASSE 9<br>76307 KARLSBAD, GERMANY | MR JOCHEN BADERSCHNEIDER<br>JOCHEN BADERSCHNEIDER<br>SONNENSTASSE 11<br>93161 SINZING GERMANY | MR JOCHEN BADERSCHNEIDER<br>SONNENSTRASSE 11<br>93161 SINZING GERMANY |