| 209th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| NIAGARA MOHAWK POWER CORPORATION | 50660 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| D/B/A NATIONAL GRID<br>C/O HISCOCK & BARCLAY, LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ATTN: SUSAN R KATZOFF, ESQ<br>ONE PARK PLACE, 300 SOUTH STATE STREET | | | $10,833,333.34 | (Unsecured Claim) | $23,333.34 | (Unsecured Claim) | | |
| SYRACUSE, NY 13202 UNITED STATES OF AMERICA | | | $10,833,333.34 | (Total Claim) | $23,333.34 | (Total Claim) | | |

Official Claim Date: 11/25/2009

Note:   Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50831)

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 1 | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) |
|---|---|---|---|---|---|
| | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |
| | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |
| | | $10,833,333.34 | (Unsecured Claim) | $23,333.34 | (Unsecured Claim) |
| | | $10,833,333.34 | (Total Claim) | $23,333.34 | (Total Claim) |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | | **Exhibit A** | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| BKK JOINT DEFENSE GROUP | 36709 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O JAMES J. DRAGNA | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| BINGHAM MCCUTCHEN LLP | | | | | | | | |
| 355 SOUTH GRAND AVENUE, SUITE 4400 | | | $35,000,000.00 | (Unsecured Claim) | $35,000,000.00 | (Unsecured Claim) | | |
| LOS ANGELES, CA 90071 | | | | | | | | |
| | | | $35,000,000.00 | (Total Claim) | $35,000,000.00 | (Total Claim) | | |
| Official Claim Date: 11/23/2009 | | | | | | | | |

Note: Surviving Claim Creditor: CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL (Claim # 50606)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| DTE ENERGY COMPANY | 45632 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O THOMAS P WILCZAK | | | | | | | | |
| 100 RENAISSANCE CENTER | | | | | | | | |
| SUITE 3600 | | | $8,764.27 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $8,764.27 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date: 11/25/2009 | | | | | | | | |

Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| GENERAL ELECTRIC COMPANY | 45635 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O THOMAS P WILCZAK | | | | | | | | |
| 100 RENAISSANCE CENTER | | | $17,411.67 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| SUITE 3600 | | | | | | | | |
| DETROIT, MI 48243 | | | $17,411.67 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

| GERDAU MACSTEEL | 45633 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O THOMAS P WILCZAK | | | | | | | | |
| 100 RENAISSANCE CENTER | | | $52,293.45 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| SUITE 3600 | | | | | | | | |
| DETROIT, MI 48243 | | | $52,293.45 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date:  11/25/2009

Note:   Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | **Exhibit A** | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JIS PERFORMING PARTY GROUP | 1273 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| BASF CORP BRISTOL MYERS SQUIBB CO ET AL C/O MARY W KOKS, MUNSCH HARDT KOPF HARR PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 700 LOUISIANA #4600 | | | $7,053,636.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| HOUSTON, TX 77002 | | | $7,053,636.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 9/8/2009

Note:  Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| MARION BRAGG GROUP | 50145 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O JOHN HANSON BEVERIDGE & DIAMOND PC | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 1350 I STREET NW SUITE 700 WASHINGTON, DC 20005-3311 | | | $131,871.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| | | | $131,871.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 11/25/2009

Note:  Surviving Claim Creditor: INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (Claim # 59181)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

***OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP AN UNINCORPORATED | 43904 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ASSOCIATION BY ITS CHAIRMAN A TIMOTHY WEBSTER | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| C/O WEBSTER SZANYI LLP | | | | | | | | |
| 1400 LIBERTY BLDG 424 MAIN STREET | | | $1,398,000.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| BUFFALO, NY 14202 | | | $1,398,000.00 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 11/24/2009

Note:  Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50819)

| MICHELIN NA INC | 45636 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP | | | | | | | | |
| C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER | | | | | | | | |
| SUITE 3600 | | | $52,293.45 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $52,293.45 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 11/25/2009

Note:  Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| OWENS-ILLINIOS INC | 45637 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $8,764.27 | (Unsecured Claim) | $84,300.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 UNITED STATES OF AMERICA | | | $8,764.27 | (Total Claim) | $84,300.00 | (Total Claim) | | |

Official Claim Date:   11/25/2009

Note:   Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

(1)  The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | Exhibit A | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ROBERT A GLADSTONE, ON BEHALF OF THE | 1225 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ROBERT A GLADSTONE, ESQ SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC | | | $157,330.06 | (Unsecured Claim) | $554.50 | (Unsecured Claim) | | |
| 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | | | $157,330.06 | (Total Claim) | $554.50 | (Total Claim) | | |

Official Claim Date: 8/24/2009

Note: Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| ROBERT A GLADSTONE, ON BEHALF OF THE | 1225 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| ROBERT A GLADSTONE, ESQ SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC | | | $157,330.06 | (Unsecured Claim) | $554.50 | (Unsecured Claim) | | |
| 101 GROVERS MILL ROAD, SUITE 200 LAWRENCEVILLE, NJ 08648 | | | $157,330.06 | (Total Claim) | $554.50 | (Total Claim) | | |

Official Claim Date: 8/24/2009

Note: Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | | **Exhibit A** | | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TECUMSEH PRODUCTS COMPANY | 45634 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| PEPPER HAMILTON LLP C/O THOMAS P WILCZAK | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 100 RENAISSANCE CENTER SUITE 3600 | | | $17,411.67 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| DETROIT, MI 48243 | | | $17,411.67 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 11/25/2009

Note: Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

| THE QUAKER OATS COMPANY | 66214 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN LARS S JOHNSON ESQ VP - QTG/PCNA PATENT & ENVIRONMENTAL LAW | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| PEPSICO CHICAGO 555 W MONROE ST MAIL CODE 11-12 | | | $2,570,001.05 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| CHICAGO, IL 60661 | | | $2,570,001.05 | (Total Claim) | $0.00 | (Total Claim) | | |

Official Claim Date: 11/30/2009

Note: Surviving Claim Creditor: CITY OF JANESVILLE, WISCONSIN BY WILLIAM MULLIGAN ESQ, (Claim # 27028)

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

209th Omnibus Objection — **Exhibit A** — <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 4/26/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| WASTE-STREAM, INC<br><br>ATTN: GENERAL COUNSEL (RE: POTSDAM SITE)<br>C/O CASELLA WAST SYSTEMS, INC<br>25 GREENS HILL LN<br>RUTLAND, VT 05701 UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 66754 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,920,000.00<br>$30,920,000.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | 502(e)(1)(b) | Pgs. 1-15 |

Note: Surviving Claim Creditor: NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Claim # 50831)

| **OBJECTION ADJOURNED** | | 14 | $0.00<br>$0.00<br>$0.00<br>$77,545,106.95<br>$77,545,106.95 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | $0.00<br>$0.00<br>$0.00<br>$35,085,409.00<br>$35,085,409.00 | (Secured Claim)<br>(Administrative Expense Claim)<br>(Priority Claim)<br>(Unsecured Claim)<br>(Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 209th Omnibus Objection | | Exhibit A | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|---|
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| HONEYWELL INTERNATIONAL INC | 46499 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 101 COLUMBIA ROAD | | | $0.00 | (Unsecured Claim) | $0.00 | (Unsecured Claim) | | |
| MORRISTOWN, NJ 07962 | | | $0.00 | (Total Claim) | $0.00 | (Total Claim) | | |
| Official Claim Date: 11/25/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY (Claim # 60528)

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| SCP CARLSTADT PRP GROUP | 43878 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| C/O WILLIAM L. WARREN DRINKER BIDDLE & REATH LLP | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| 105 COLLEGE ROAD EAST P.O. BOX 627 | | | $60,958.00 | (Unsecured Claim) | $81,869.00 | (Unsecured Claim) | | |
| PRINCETON, NJ 08542 UNITED STATES OF AMERICA | | | $60,958.00 | (Total Claim) | $81,869.00 | (Total Claim) | | |
| Official Claim Date: 11/24/2009 | | | | | | | | |

Note:   Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| *OBJECTION WITHDRAWN* | | 2 | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | | |
|---|---|---|---|---|---|---|---|---|
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $60,958.00 | (Unsecured Claim) | $81,869.00 | (Unsecured Claim) | | |
| | | | $60,958.00 | (Total Claim) | $81,869.00 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**209th Omnibus Objection** — **Exhibit A** — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|---|---|
| STEPAN COMPANY | 1458 | Motors Liquidation Company | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) | 502(e)(1)(b) | Pgs. 1-15 |
|  |  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |  |
| ATTN TIMOTHY W GARVEY ESQ |  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |  |
| LATSHA DAVIS YOHE & MCKENNA P C |  |  |  |  |  |  |  |  |
| 350 EAGLEVIEW BLVD SUITE 100 |  |  | $0.00 | (Unsecured Claim) | $554.50 | (Unsecured Claim) |  |  |
| EXTON, PA 19341 |  |  |  |  |  |  |  |  |
|  |  |  | $0.00 | (Total Claim) | $554.50 | (Total Claim) |  |  |

Official Claim Date: 9/21/2009

Note: Surviving Claim Creditor: NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION (Claim # 44869)

| CLAIM WITHDRAWN | 1 | | | | | |
|---|---|---|---|---|---|---|
|  |  | $0.00 | (Secured Claim) | $0.00 | (Secured Claim) |  |
|  |  | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) |  |
|  |  | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) |  |
|  |  | $0.00 | (Unsecured Claim) | $554.50 | (Unsecured Claim) |  |
|  |  | $0.00 | (Total Claim) | $554.50 | (Total Claim) |  |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.