Daniel H. Golden
Philip C. Dublin
Sean E. O'Donnell
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
*Counsel for Green Hunt Wedlake, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re )<br>)<br>Motors Liquidation Company, *et al.*, f/k/a )<br>General Motors Corp., *et al.* )<br>)<br>　　　　　　　　　　Debtors. ) | Chapter 11<br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

### NOTICE OF FILING OF LETTER

**PLEASE TAKE NOTICE** that attached hereto is a true and correct copy of the letter filed on April 1, 2011 by counsel to Green Hunt Wedlake, Inc., the Trustee of General Motors Nova Scotia Finance Company, in response to the Letter of the Official Committee of Unsecured Creditors filed March 29, 2011 (Docket No. 9940).

New York, New York
Dated: April 1, 2011

　　　　　　　　　　　　　　　　　　　*/s/ Philip C. Dublin*
　　　　　　　　　　　　　　　　　　Daniel H. Golden
　　　　　　　　　　　　　　　　　　Philip C. Dublin
　　　　　　　　　　　　　　　　　　Sean E. O'Donnell
　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP
　　　　　　　　　　　　　　　　　　One Bryant Park
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 872-1000
　　　　　　　　　　　　　　　　　　Fax: (212) 872-1002
　　　　　　　　　　　　　　　　　　*Counsel for Green Hunt Wedlake, Inc.*

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

SEAN E. O'DONNELL
212.872.1093/fax: 212.872.1002
sodonnell@akingump.com

March 31, 2011

<u>VIA EMAIL</u>

Eric B. Fisher, Esq.
Butzel Long
380 Madison Ave., 22nd Floor
New York, New York 10017

Re: *In re General Motors Corp., et al.*, 09-50026 (REG): Official Committee of Unsecured Creditors' (the "<u>Committee</u>") First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (Docket No. 7859)

Dear Eric:

As you know, we represent Green Hunt Wedlake, Inc., the trustee of General Motors Nova Scotia Finance Company (the "Trustee") in the above-referenced bankruptcy proceeding. We write in reply to your letter to the Court dated March 29, 2011 related to the parties' various discovery disputes.

We continue to strongly disagree with your position as to the relevance of document requests 32 and 33 contained in the Committee's Amended First Set of Document Requests to the Trustee (the "Amended Document Requests"). However, because (i) this is the sole issue you have identified as requiring the Court's attention with respect to the Trustee, and (ii) "[you] seek only a list of such proceedings," we agree to provide you with a list identifying all proceedings involving ULCs that the Trustee has been involved in between January 1, 2001 and July 2, 2010.

We will provide this list without waiving any of the objections asserted in our Responses and Objections to the Amended Document Requests, including but not limited to the relevancy objections. Moreover, we reserve all our rights to object to any potential follow-up document requests relating to the Trustee's involvement with any other ULCs.

By copy of this letter, we are advising the Court of our response to your March 29, 2011 letter. We trust that our response resolves any discovery dispute between the Trustee and the Committee at this time. If we are wrong in our assumption, please let us know promptly.

Thank you.

One Bryant Park | New York, NY 10036 | 212.872.1000 | fax: 212.872.1002 | www.akingump.com

**AKIN GUMP**
STRAUSS HAUER & FELD LLP
Attorneys at Law

Eric B. Fisher, Esq.
March 31, 2011
Page 2

Respectfully,

*[signature: Sean E. O'Donnell /IDLC]*

Sean E. O'Donnell

cc: Honorable Robert E. Gerber (Via Hand Delivery)
Kevin D. Finger, Esq.
Daniel H. Golden, Esq.
Philip C. Dublin, Esq.