UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 9974].

Dated:  April 4, 2011                    /s/ Kathy-Ann Awkward __
        Lake Success, New York           Kathy-Ann Awkward

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani __
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| ALEX ROSENZWEIG REVOCABLE LIVING TRUST<br>7366 HAVILAND CIRCLE<br>BOYNTON BEACH, FL 33437 | ALEX ROSENZWEIG REVOCABLE LIVING TRUST<br>7366 HAVILAND CIRCLE<br>BOYNTON BEACH, FL 33437 |
| ANGIE C SUNG<br>22317 WARD ST<br>TORRANCE, CA 90505 | AUSTIN CHI-YEH SUNG<br>C/O AI SUNG<br>4721 STEELE STREET<br>TORRANCE, CA 90503 |
| BARBARA HOLZBERG<br>CGM IRA CUSTODIAN<br>12920 CORAL LAKES DRIVE<br>BOYNTON BEACH, FL 33437-4146 | BEN WAKS<br>2171 NORTHWEST 87TH AVE<br>SUNRISE, FL 33322 |
| BERTHA JACKSON<br>2720 FROSTWOOD DRIVE<br>SHREVEPORT, LA 71108 | CAROL E DELGER<br>28494 NORRIS RD #2<br>BOZEMAN, MT 59718 |
| CAROLE KILLALEA<br>17 DEERCREST SQUARE<br>INDIAN HEAD PK, IL 60525 | CLARK ZIMMERMAN<br>20301 ANITA<br>CLINTON TOWNSHIP, MI 48036 |
| CURTIS R GILES<br>5201 HWY 1702<br>GUSTINE, TX 76455-6360 | CZESLAW & KAZIMIERA CHRUSLAK<br>7412 N ORIOLE AVE<br>CHICAGO, IL 60631 |
| DANIEL AKERLEY<br>6643 SE SEVEN OAKS LN<br>STUART, FL 34997 | DAVIS, REGINALD E<br>3250 MOBLEY RIDGE RD<br>DUCK RIVER, TN 38454-3454 |
| DEBORAH L FINDLAY<br>10305 COLLINGHAM DR<br>FAIRFAX, VA 22032 | DENNIS & JILL GALLAHER<br>18160 CLEAR SPRING LANE<br>EDEN PRAIRIE, MN 55347 |
| DENNIS & JILL GALLAHER<br>18160 CLEAR SPRING LANE<br>EDEN PRAIRIE, MN 55347 | DONALD M WAGNER<br>12501 ULMERTON RD<br>SITE 78<br>LARGO, FL 33774 |
| DOROTHY KENNEDY<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | EDA MURINO & CARL MURINO<br>31 RICHMOND STREET<br>ISLIP, NY 11751-2039 |

EDWARD DWAYNE HARRISON
2617 HERITAGE COLONY
WEBSTER, TX 77598

EDWIN W LEHMANN
1313 LYTLE
KERRVILLE, TX 78028

EILEEN BUNDY
10208 WILL ALLMAN RD
GEORGETOWN, OH 45121

ELAINE FATER KUBICEK
2606 PARK SPRING LN
SPRING, TX 77373-5839

ELIZABETH GUPPY
9009 SMITHVILLE RD
MAPLETON, IL 61547

ELY, JEFFREY S
6899 N WILLIAMS RD
SAINT JOHNS, MI 48879-8401

EUGENE TRACY
2239 LONG'S MILL RD.
BLANCH, NC 27212

EVAN ROMERO
C/O FIRST AMERICAN TRUST FSB
5 FIRST AMERICAN WAY MS7
SANTA ANA, CA 92707

GARY BARBAGALLO
2107 BRANCH HILL ST
TAMPA, FL 33612

GARY NELSON
515 E. TIMBERVIEW LANE
ARLINGTON, TX 76014

GEORGE DOLAN
625 W DEER VALLEY RD
PHOENIX, AZ 85027-2138

GEORGE DOLAN
625 W DEER VALLEY RD
PHOENIX, AZ 85027-2138

GEORGE W MORTE JR
3113 ENCINO AVE
BAY CITY, TX 77414

GEORGIA E MALAK
304 HILLCREST LANE
BRENHAM, TX 77833

GLENN BRANCH
5401 TIMBER CREEK LN
NORTH LITTLE ROCK, AR 72116

HELEN ANFINSON
2316 S VAN EPS
SIOUX FALLS, SD 57105

HENRI P RACINE
2968 MATAPEDIA AVE
G1W 1X9 QUEBEC CANADA

HENRY JACKSON
2633 STEEPLECHASE ROAD
EDMOND, OK 73034

HERBOLD JAMES
51449 FAIRLANE DR
SHELBY TOWNSHIP, MI 48316-4620

HERMAN L HOBBS
1111 HADCOCK RD
BRUNSWICK, OH 44212

| | |
|---|---|
| HERMAN WALLACE JR<br>1020 36TH STREET<br>WEST PALM BEACH, FL 33407 | JAMES C MITCHELL<br>C/O PATRICIA A MITCHELL<br>5706 STONEACRE COURT<br>GLEN ALLEN, VA 23059-5376 |
| JAMES HUMPHRIES<br>129 WEBBER LAKE RD<br>UNION, SC 29379 | JERRY E. COX<br>310 E. 74TH ST 3B<br>NEW YORK, NY 10021 |
| JERRY BRINK<br>42111 BRIARCLIFF CT<br>CANTON, MI 48187-3714 | JOHN P MOSKAL<br>170 CROFTON DR<br>WEST SENECA, NY 14224 |
| JOSEPH G DUSHAW<br>32 LAURELBROOK CT<br>CRESSON, PA 16630 | JOSEPH R ZACHARA<br>1601 MADSEN DR<br>ORTONVILLE, MI 48462 |
| JULIA SANDIFER<br>PO BOX 2335<br>HARVEY, IL 60426-8335 | KENNEDY REV<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN TRUST WAY MS7<br>SANTA ANA, CA 92707 |
| KENNETH DOUGLAS<br>1301 E LINCOLN ST<br>EAST TAWAS, MI 48730-9577 | LARRY MEADOWS<br>1698A LAWRENCE BROS<br>BATESVILLE, MS 38606 |
| LEONID GARBER<br>215-05 64 AVE<br>BAYSIDE, NY 11364 | LYNNE G JACOBS<br>18 ROOSEVELT STREET<br>TAPPAN, NY 10983 |
| MARGARET A MANTLER<br>4704 LONG GREEN DR<br>GLEN ARM, MD 21057 | MARTHA L CHROMIK & WILLIAM J CHROMIK<br>29 PARKSIDE TRAIL<br>BALLSTON LAKE, NY 12019 |
| MCGIGOR, JOSEPH N<br>21123 WOODFARM DR<br>NORTHVILLE, MI 48167-9028 | MCKINNEY, DAVID O'NEAL<br>470 HAYS RD N<br>SMITHS GROVE, KY 42171-9129 |
| MICHAEL FINAZZO<br>8908 BILLINGS ROAD<br>KIRTLAND, OH 44094 | MICHAEL J NORTON AND<br>ANN-MARIE NORTON JTWROS<br>8 BULL CALF LN<br>CENTERPORT, NY 11721-1669 |

| | |
|---|---|
| MIKE MITSURU FUKUSHIMA TTEE<br>FBO MIKE M FUKUSHIMA REV TRUST<br>U/A/D 8/24/88<br>2854 A BOOTH ROAD<br>HONOLULU, HI 96813-1191 | MR. JOSEPH LEE<br>20833 GARDEN GATE DR<br>CUPERTINO, CA 95014 |
| O'KEEFE AGENCY<br>C/O FIRST AMERICAN TRUST FSB<br>5 FIRST AMERICAN WAY MS7<br>SANTA ANA, CA 92707 | PHILLIP FRANKLIN<br>6105 E CENTENNIAL AVE<br>MUNCIE, IN 47303-9221 |
| POY J LEW<br>14615 SE 224TH ST<br>KENT, WA 98042-3160 | PUTKOVICH, VIOLA E<br>PO BOX 1636<br>CASHIERS, NC 28717-1636 |
| RICHARD ALUMBAUGH<br>6526 E COUNTY RD 225 N<br>SULLIVAN, IN 47882 | RICHARD FREEMAN<br>416 FLEMING STREET<br>APT. C<br>KEY WEST, FL 33040 |
| RICHARD LINEHAN<br>585 CHESTNUT ST APT 1317<br>ABINGTON, MA 02351-1050 | RITA MACK<br>9005 BALCONES CLUB DRIVE<br>AUSTIN, TX 78750 |
| ROGER A SCHARF<br>2521 BOYD ST<br>DES MOINES, IA 50317-6011 | RONALD BIRKNER<br>84 SURREY LANE<br>CLIFTON, NJ 07012 |
| RONALD P KLOECKNER<br>28435 SUNSET BLVD W<br>LATHRUP VILLAGE, MI 48076-2660 | ROSALIE S LANE<br>37 W 12TH ST APT 4J<br>NEW YORK, NY 10011 |
| SERAZIO, FRANK A<br>5247 KENDAL ST<br>DEARBORN, MI 48126-3189 | SHARON MCSWAIN CARTLEDGE<br>401 VISTA WAY<br>FT WASHINGTON, MS 20744 |
| SOLEDAD GAY<br>11903 CRESCENT COVE<br>PEARLAND, TX 77584 | SOLOMAN KIRKPATRICK<br>2321 10TH ST<br>PORT NECHES, TX 77651 |
| SUSAN THUMANN<br>931 SMOKETREE DRIVE<br>TUCKER, GA 30084 | T S SUKUL<br>BERNHARD ROSLER STR-32 B<br>41366 SCHWALMTAL GERMANY |

| | |
|---|---|
| T S SUKUL<br>BERNHARD-ROSLER - STR 32B<br>41366 SCHWALMTAL GERMANY | TERRI FINAZZO<br>8908 BILLINGS ROAD<br>KIRTLAND, OH 44094 |
| THANH PHUC THI<br>48-19 208TH STREET<br>BAYSIDE, NY 11364-1116 | TOBY ANN MEAD<br>55 IPSWICH ROAD<br>BOXFORD, MA 01921 |
| VELT AND LOUISE BARBEE<br>16026 BARBEE RD<br>STANFIELD, NC 28163 | WANDA PALMER<br>289 BRIGHTON CT<br>MERIDEN, CT 06450 |
| WILLIE DAVID BRANHAM<br>22987 29 1/2 MILE RD<br>PO BOX 152<br>SPRINGPORT, MI 49284 | XIAO QING CHEN<br>209-908 CLARKE RD<br>PORT MOODY  BC V3H IL8 CANADA |
| YOUNUS KHAN<br>69 CARLISLE CRESCENT<br>SCARBOROUGH, ONTARIO<br>CANADA M1B 4X3 | |