**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                              ) ss
COUNTY OF NASSAU        )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.      I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) [Docket No. 9975].

Dated:  April 4th , 2011                              _____
         Lake Success, New York                    Kathy-Ann Awkward

Sworn to before me this 4th day of April, 2011

_____
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

BLOUNT COUNTY TRUSTEE
347 COURT STREET
MARYVILLE, TN 37804

CITY OF CHATTANOOGA
101 EAST 11TH ST, STE 100
CHATTANOOGA, TN 37402

CITY OF GREENVILLE
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

CITY OF RICHMOND VIRGINIA
ATTN: D PADGETT, CITY HALL ROOM 100
900 EAST BROAD STREET
RICHMOND, VA 23219

CITY OF RICHMOND VIRGINIA
ATTN: D PADGETT, CITY HALL, ROOM 100
900 EAST BROAD STREET
RICHMOND, VA 23219

CITY OF RICHMOND, VIRGINIA
ATTN D PADGETT
CITY HALL, ROOM 100
900 EAST BROAD STREET
RICHMOND, VA 23219

COMMERCE ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

FRANKLIN COUNTY & FRANKLIN COUNTY WATER DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

GREENVILLE ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

JEFFERSON ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110

MARION COUNTY TREASURER
200 E WASHINGTON ST STE 1041
INDIANAPOLIS, IN 46204

MINEOLA ISD TAX OFFICE
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

RICHLAND COUNTY TREASURER
BART HAMILTON
RICHLAND TREASURER
50 PARK AVE EAST
MANSFIELD, OH 44902

RICHLAND COUNTY TREASURER
C/O BAKER & HOSTETLER LLP
ATTN: JOSEPH F HUTCHINSON JR ESQ
1900 EAST 9TH STREET SUITE 3200
CLEVELAND, OH 44114-3482

RICHLAND COUNTY TREASURER
C/O OFFICE OF THE PROSECUTOR, RICHLAND COUNTY, OHIO
ATTN: STEPHEN M WILDERMUTH ESQ
38 SOUTH PARK SECOND FLOOR
MANSFIELD, OH 44902

RIVERSIDE COUNTY TREASURER - TAX COLLECTOR
ATTN DON KENT - TAX COLLECTOR
PO BOX 12005
RIVERSIDE, CA 92502-2205

TRAVIS COUNTY
C/O KARON Y. WRIGHT
P.O. 1748
AUSTIN, TX 78767

TYLER ISD
C/O PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: DAVID HUDSON
PO BOX 2007
TYLER, TX 75710-2007

WEBER COUNTY CORPORATION
C/O WEBER COUNTY TREASURER
2380 WASHINGTON BLVD
OGDEN, UT 84401