UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,      :
                                               :
                    Debtors.                   :    (Jointly Administered)
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, David Schwimmer, being duly sworn, depose and state:

1.     I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On April 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Expedition Helicopters Inc, c/o Paterson MacDougall LLP, Attn Timothy Trembley, One Queen Street East Suite 900 Box 100, Toronto On M5C 2W5 Canada (affected party):

- So Ordered Stipulation signed on 4/1/2011 Regarding Proof of Claim No. 64775 [Docket No. 9997].

Dated: April 4, 2011                    /s/ David Schwimmer
       Lake Success, New York           David Schwimmer

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011