UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :    Case No. 09-50026 (REG)
     f/k/a General Motors Corp., et al., :
                                         :
                      Debtors.           :    (Jointly Administered)
-------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, David Schwimmer, being duly sworn, depose and state:

1. I am a Bankruptcy Consultant with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On April 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on Detroit Diesel Corporation, C/O Michael T Conway ESQ, LeClair Ryan, A Prof Corp, 830 Third Avenue Fifth Floor, New York, NY 10022 (affected party):

- So Ordered Stipulation signed on 4/1/2011 Regarding Proof of Claim No. 66305 [Docket No. 9998].

Dated: April 4, 2011                    /s/ David Schwimmer _____
       Lake Success, New York           David Schwimmer

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011