UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :    Chapter 11
                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,     :    Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al*.,           :
                                                                  :
                                       Debtors.           :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.     I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 212th Omnibus Objection to Claims (Duplicative Debt Claims from Different Series of Debt) [Docket No. 9976].

 Dated: April 4, 2011                          /s/ Kathy-Ann Awkward __
          Lake Success, New York          Kathy-Ann Awkward

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani ____
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

BARBARA F WRIGHT TRUSTEE
14732 W CARBINE CT
SUN CITY WEST, AZ 85375

BEEKMAN, WILLIAM
101 GRAND PLAZA DR APT N1
ORANGE CITY, FL 32763-7929

BELOCH, COZETT
5836 S ARTESIAN AVE
CHICAGO, IL 60629-1112

BEVERLY A TICKENOFF, TRUSTEE
9995 EAST AVE
BALLICO, CA 95303

BILL WALLS
2102 JULIE ANN
PARAGOULD, AR 72450

BRADFORD C JONES
804 WESTRIDGE DR
HOCKESSIN, DE 19707

BROWN-JACKSON, ANITA
PO BOX 82893
CONYERS, GA 30013-8000

CHRISTOPHE U SUMRELL
18 ASHRIDGE WAY
SIMPSONVILLE, SC 29681

DCG & T
FBO WANDA R SUPPLE/IRA
WANDA R SUPPLE
2424 SOUTHERN OAK ST
THE VILLAGES, FL 32162-2640

DONALD S KYKENDALL
809 MARSHALL ROAD
ROCHESTER, NY 14624-4761

ELIZABETH O'CONNELL
151 OLD FARM RD
BASKING RIDGE, NJ 07920

GEORGE A & MARIE A KOHRMANN
10 JFK DRIVE
BLAUVELT, NY 10913

HOGAN, BETTY A
1010 GOTT ST
ANN ARBOR, MI 48103-3154

JOAN B EVENSKI
441 CORBETT DRIVE
THE VILLAGES, FL 32162

KELLEY, PHILLIP H
717 BENDERLOCK WAY
FORT WAYNE, IN 46804-3510

M KAVANAUGH
444 KINDLEBERGER RD
KANSAS CITY, KS 66115-1225

NATIXIS LIFE
51 AVENUE JF KENNEDY
L 1855 LUXEMBURG

NORMA K JACOBSON
3323 BAYFIELD BLVD
OCEANSIDE, NY 11572-4621

PATRICIA A MARKELEWICZ
1617 SHARPHILL ROAD
PITTSBURGH, PA 15215-1260

PHILLIP KELLEY
717 BENDERLOCK WAY
FORT WAYNE, IN 46804-3510

RAYMOND R COLUCCI AND
MARIANNA F COLUCCI JTWROS
195 EAST DR
NORTH MASSAPEQUA, NY 11758-1609

STEVEN LEGUM
170 OLD COUNTRY RD
MINEOLA, NY 11501-4322

THEODORE E VANAK AND
JACQUELINE M VANAK JTWROS
JONATHAN VANAK AND
MICHAEL VANAK AS TOD
25 VAN BREEMAN DR
CLIFTON, NJ 07013-1711

WASHINGTON, RICHARD K
1253 W 39TH ST APT 7
LOS ANGELES, CA 90037-1550