UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
|---|---|---|
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims – Wilmington Trust Bonds) [Docket No. 9977].

| Dated:  April 4, 2011 | /s/ Kathy-Ann Awkward |
|---|---|
| Lake Success, New York | Kathy-Ann Awkward |

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

A S JOHNSTON DRILLING CP
ATTENTION: BETH KIMME SHEVIN SEC/TSY
FRED NORD PRES
500 LAVER WAY
NEWPORT BEACH, CA 92660-3509

AB LIVING TRUST
JAMES A KONING TTEE
ADRIANA KONING TTEE
U/A DTD 08/17/2001
11411 N 40TH WAY
PHOENIX, AZ 85028-2218

ALEXANDER, BOBBIE L
16819 ASPEN WAY
SOUTHGATE, MI 48195-3924

ALTON GARDNER FRANCES GARDNER JT TEN
ALTON GARDNER
793 HILLCREST DR
SMITHLAND, KY 42081-8951

BARBARA J DOMBROWSKI
1706 FRANKLIN ST
VALPARAISO, IN 46383-3006

BOBBIE ALEXANDER
16819 ASPEN WAY
SOUTHGATE, MI 48195-3924

CARLOS CORRALES
IRA DCG & T TTEE
21331 NE 23RD AVE
MIAMI, FL 33180-1007

CAROL ANDERSON SELIG
2893 HAMPTON CIRCLE WEST
DELRAY BEACH, FL 33445

CAROL I MASON & JAMES J MASON
2151 ARLINGTON RD
COLUMBUS TWP, MI 48063

CECIL A BENJAMIN
347 MT HOPE BLVD
HASTINGS ON HUDSON, NY 10706-2606

CHARLENE A RASKOSKI
6347 LITTLE DECE LANE
COLUMBUS, OH 43213

DIANA L BURRUS
251 S 500 E
VALPARAISO, IN 46383-7914

ELIZABETH O BARBOUR (IRA)
FCC AS CUSTODIAN
58 WHITE BIRCH COURT
LUMBERTON, NJ 08048-3426

EVELYN GREENE TTEE
FBO EVELYN GREENE LIVING TRUST
U/A/D 08/19/97
9692 SILLS DRIVE E. #104
BOYNTON BEACH, FL 33437-5307

FREDERIC & BARBARA NORD
TTEES 999019
500 LAVER WAY
NEWPORT BEACH, CA 92660

GOTTSACKER, RONALD J
PO BOX 226
HARBOR SPRINGS, MI 49740-0226

IRVING KRAMER
15217 LAKE OF DELRAY BLVD
APT 119
DELRAY BEACH, FL 33484

JACK HARDING BADY
14 RUE DU CASTELET
06740 CHATEAUNEUF DE GRASSE FRANCE

JERRY LAMPLEY
555 TURNER DR
LOUISVILLE, IL 62858

JOHN D CECH IRA
1275 S PALISADE DR
COTTONWOOD, AZ 86326

| | |
|---|---|
| JUDITH L NISSEN, TRUSTEE<br>OF THE JUDITH L NISSEN TRUST DTD 10/16/90<br>PO BOX 87<br>BEECHER, IL 60401 | LEO PERKS<br>5 TURNBRIDGE ROW<br>MANCHESTER, NJ 08759 |
| LLOYD J WIEBOLD<br>INDIVIDUAL RETIREMENT ACCOUNT<br>RBD CAPITAL MARKETS CORP CUST<br>2433 H AVE<br>WILLIAMSBURG, IA 52361-8536 | MANOJ PUNAMIA<br>3047 BADGER DRIVE<br>PLEASANTON, CA 94566-8711 |
| MARRINER R & BETTY I BAILEY TRUST<br>8 HORTON HILL<br>CHITTENDEN, VT 05737 | MARSHA ILG, IRA ACCOUNT<br>1213 VIA VISALIA<br>SAN CLEMENTE, CA 92672 |
| MAYNARD MCMAHON & PATRICIA MCMAHON TTEES<br>210 SHERMAN DR<br>RED BLUFF, CA 96080 | MS & CO C/F<br>FRED FINK - IRA DATED 8/1/94<br>17333 CITRONIA ST<br>NORTHRIDGE, CA 91325 |
| MS&CO C/F<br>FRED FINK<br>IRA STANDARD DATED 08/01/94<br>17333 CITRONIA AVENUE<br>NORTHRIDGE, CA 91325-2012 | NELLIE VANDYKE<br>715 EAGLE RD<br>LOUISVILLE, IL 62858 |
| RAYMOND H MATSCHAT<br>CGM IRA ROLLOVER CUSTODIAN<br>5121 LYNNGATE ROAD<br>COLUMBIA, MD 21044-1432 | ROBERT D FORTH<br>5105 JEFFERSON CIR<br>GUNTERSVILLE, AL 35976-2807 |
| RUTH BLEECKER TRUST<br>10541 LARISSA ST<br>ORLANDO, FL 32821 | RUTH BLEECKER TRUST<br>PO BOX 690425<br>ORLANDO, FL 32869 |
| SYLVIA AUERBACH<br>3890 NOBEL DRIVE #506<br>SAN DIEGO, CA 92122 | WALT AND SHARON NEISER<br>211 REGENCY COURT<br>BENTONVILLE, AR 72712 |
| WILLIAM D & VIOLA BURD<br>WILLIAM D BURD<br>7350 PINEVILLE DR<br>JACKSONVILLE, FL 32244 | |