**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) [Docket No. 9978].

Dated: April 4, 2011                              /s/ Kathy-Ann Awkward
       Lake Success, New York                    Kathy-Ann Awkward

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| ALEXANDER OSBURN<br>4842 E BRADEN ROAD<br>BYRON, MI 48418 | ANDREW W MYERS<br>64 KNICKERBOCKER RD<br>CLOSTER, NJ 07624 |
| BETTY L. REEMSNYDER<br>5202 EVERHARD RD. N.W.<br>APT. 5<br>CANTON, OH 44718 | BILLY ALDRIDGE<br>7208 N 22ND DR<br>PHOENIX, AZ 85021 |
| BORIS MOGILEVICH<br>900 LYDIG AVE., APT.6C<br>BRONX, NY 10462 | CARL C WEBB<br>C/O C C WEBB<br>42 PENLAWN CT<br>HOWARD, OH 43028 |
| CHARLES A MAHER<br>PO BOX 1131<br>ELGIN, SC 29045 | CHARLES B. SPENCER<br>319 FOREST OAKS DR.<br>NEW BERN, NC 28562 |
| CHARLES C ROSS<br>1104 NORTH X ST<br>LOMPOC, CA 93436 | CYNTHIA SILEO<br>37 FRATERNITY LANE<br>STONY BROOK, NY 11790 |
| DAN HARRIS, TRUSTEE<br>1335 SABATINA STREET<br>PRESCOTT, AZ 86301 | DANA M ALDERMAN<br>1813 20TH ST<br>PARKERSBURG, WV 26101 |
| DANIEL REILERT<br>PO BOX 402<br>SIMSBURY, CT 06070 | DAVID LESTER AMASON<br>328 E LAKEWOOD RD<br>W PALM BEACH, FL 33405 |
| DEBORAH L FINDLAY<br>10305 COLLINGHAM DR<br>FAIRFAX, VA 22032 | DONALD WEAKLAND<br>16 HIGHLAND AVENUE<br>EAGLEVILLE, PA 19403 |
| DOUGLAS M WOJCIK<br>16630 JESSICA LANE<br>ROMULUS, MI 48174 | DR SONYA L JONES<br>PO BOX 289<br>SOMERSET, KY 42502 |
| EDGAR RABE<br>1810 THICKET CT.<br>FORT WAYNE, IN 46814 | EHAB AMIN<br>94 AHMED ORABI ST.<br>MOHANDSSIN GIZA, 12411 |

| | |
|---|---|
| ELLIOT M HELFAND<br>2245 OLEADA CT<br>ENGLEWOOD, FL 34224 | ESTATE OF PATRICIA SINCLAIR<br>C/O WILLIAM WALSH EXECUTOR<br>410 WELD ST<br>WEST ROXBURY, MA 02132 |
| FELDNER FAMILY LTD PART.<br>138 BEECHWOOD RD<br>ORADELL, NJ 07649 | GARY J REED<br>14445 N 51ST AVE W<br>MINGO, IA 50168 |
| GENNARO GIRARDI<br>50 ERLANGER BLVD<br>NORTH BABYLON, NY 11703 | GEORGE P FELDNER<br>138 BEECHWOOD RD<br>ORADELL, NJ 07649 |
| GEORGE P HATZIGEORGIS<br>PO BOX 130370<br>BIRMINGHAM, AL 35213 | GEORGE W LUKOVSKY<br>5620 HUNTINGTON ST<br>DULUTH, MN 55807 |
| GEORGETTE JOHNSON<br>2106 BOEGER AVE.<br>WESTCHESTER, IL 60154 | GEORGIA E MALAK<br>304 HILLCREST LANE<br>BRENHAM, TX 77833 |
| GERALD KRUTSINGER<br>55796 205TH TRL<br>CHARITON, IA 50049 | GWEN WALRAVEN<br>401 RIO CONCHO DRIVE APT 47<br>SAN ANGELO, TX 76903-5568 |
| HELEN DAVIS<br>22578 E RIVER<br>GROSSE ILE, MI 48138 | HENRI P RACINE<br>2968 MATAPEDIA AVE<br>G1W 1X9 QUEBEC CANADA |
| IBRAHIM D IBRAHIM<br>1468 HUNTER MOON WAY<br>BEAUMONT, CA 92223 | IRVIN STENZEL<br>3777 E MCDOWELL RD<br>APT 1042<br>PHOENIX, AZ 85008 |
| JACOB F. KRYGOSKI<br>9561 CRESTWOOD LN.<br>ANAHEIM, CA 92804 | JAMES ROLAND<br>4673 ST. ALBANS<br>STERLING HEIGHTS, MI 48314 |
| JEFF C. WANG<br>18810 RACQUET RIDGE<br>HUMBLE, TX 77346 | JEFFREY F HADDEN<br>131 CURRY ROAD<br>WAPPINGERS FALLS, NY 12590 |

| | |
|---|---|
| JENTIFER B. SMITH<br>138 BOMBA STREET<br>BARNWELL, SC 29812 | JEROME JAKOBOWSKI<br>2007 CRAVENS DR.<br>CROSSVILLE, TN 38572 |
| JERRY AND LYNN MCCARTY<br>30W012 WILLOW LANE<br>WARRENVILLE, IL 60555 | JOAN N MURRAY<br>805 MALLEY DRIVE<br>NORTHGLENN, CO 80233 |
| JOHN BAYBO<br>1084 DEBORAH DRIVE<br>ARNOLD, MO 63010 | JOHN N. & ROSALYN FAZZI<br>370 PITTSTON BLVD<br>WILKES BARRE, PA 18702 |
| JOHNNY R WHITE<br>549 N FM 270, SUITE 100<br>LEAGUE CITY, TX 77573 | JOSEPH FISCHETTI<br>228 COOK STREET<br>HUNTINGTON STATION, NY 11746 |
| JOSEPH L MALONEY<br>8331 LAMPSON APT 3<br>GARDEN GROVE, CA 92841-3132 | JOSEPH P SCHORN<br>7 GREENACRE LANE<br>NORTHPORT, NY 11768 |
| JOSEPH YAKLIC<br>49830 CRANBERRY CREEK DR.<br>MACOMB, MI 48042 | JOSEPH YAKLIC II<br>52471 INDIAN SUMMER DR.<br>CHESTERFIELD TWP., MI 48051 |
| JUDY A SIERSON<br>7242 RESERVOIR ROAD<br>CHINTON, NY 13323 | JUDY TURNER<br>6002 NORTHGAP<br>SAN ANTONIO, TX 78239 |
| JULIA SZETO<br>1629 S.PRAIRIE AVE<br>#2203<br>CHICAGO, IL 60616 | JUNE HECK<br>81514 ALEXANDER<br>CHAPEL HILL, NC 27517 |
| KARL C. WENTZ<br>3450 LAKESHORE DRIVE<br>TALLAHASSEE, FL 32312 | KATHERINE T COLE TTEE<br>39 OLIVE AVE<br>REHOBOTH BEACH, DE 19971 |
| KATHERINE T COLE TTEE<br>39 OLIVE AVE<br>REHOBOTH BEACH, FL 19971 | KHOJESTA A. PRICE<br>8604 J VIA MALLORCA<br>LA JOLLA, CA 92037 |

| | |
|---|---|
| L KILMER & H KILMER TTEE<br>KILMER FAMILY TRUST U/A DTD 10/20/1998<br>19420 TREADWAY RD<br>BROOKEVILLE, MD 20833 | LARRY MULROONEY<br>241 HAZEN RD.<br>HACKETTSTOWN, NJ 07840 |
| LARRY S MASSEY<br>426 STEVENS AVE<br>GREENWOOD, SC 29646 | LEO REINER<br>MARK REINER<br>19 JOHN HANCOCK DR #B<br>MONROE TWP, NJ 08831 |
| LOUIS G. JOHNSON & PATRICIA A JOHNSON<br>4800 GREELY CHAPEL ROAD<br>LIMA, OH 45806 | LYNN SWIECICKI<br>756 BRADY AVE # 106<br>BRONX, NY 10462 |
| M.LOUISE SCHUMAN<br>101 KOKOMO WAY<br>SENECA, SC 29672 | MARK & ANN STAHLA JTWROS<br>MARK STAHLA<br>PO BOX 1976<br>KEY WEST, FL 33041-1976 |
| MAYNELL ADAMS<br>3835 N STONE GULLY<br>MESA, AZ 85207 | MELISSA GRIGIONE<br>25 ORCHARD RD<br>BREWSTER, NY 10509 |
| MOJGAN LATIFI<br>26120 ALIZIA CANYON DRIVE<br>UNIT D<br>CALABASAS, CA 91302 | NORMA BUTLER<br>2022 WEST AUTUMN LN<br>FORT WAYNE, IN 46845 |
| NORMA JEAN WALENS<br>8922 KREWSTOWN RD #209<br>PHILADELPHIA, PA 19115 | ORRETT KONG<br>2750 BALFORN TOWER WAY<br>WINTER GARDEN, FL 34787 |
| PATRICIA ANN MCLAWHORN<br>5535 CAL JONES ROAD<br>VANCEBORO, NC 28586 | PATRICIA FELDNER<br>138 BEECHWOOD ROAD<br>ORADELL, NJ 07649 |
| RAE & DOWLING GREGORY<br>806 E 14TH ST N<br>NEWTON, IA 50208 | RICHARD FROHM<br>4705 EAST BRILLIANT SKY DRIVE<br>CAVE CREEK, AZ 85331 |
| RICHARD M CHMIEL<br>1432 W. PETERSON AVENUE<br>PARK RIDGE, IL 60068-5056 | ROBERT A & DELL M JOHNSTON JT TEN<br>107 OLD WELLS ROAD<br>WEST POINT, GA 31833 |

| | |
|---|---|
| ROBERT MELVIN CHAPLIN<br>5845 DALTRY LANE<br>COLORADO SPRINGS, CO 80906 | ROBERT V REHAK<br>3420 LANDVIEW DR<br>ROCHESTER, MI 48306 |
| ROMANO LUBRANO<br>2525 DU GUEPIER<br>H7L 4W8 LAVAL QUEBEC | RONNIE L GARVEY<br>1248 LAKERIDGE CIRCLE<br>TROUTVILLE, VA 24175 |
| ROSE FISHER<br>13829 VALLEY VISTA BLVD.<br>SHERMAN OAKS, CA 91423 | RYAN D'AMOUR<br>12280 W INDIAN SCHOOL RD<br>LITCHFIELD PARK, AZ 85340-6526 |
| SCHWARZKOPF<br>3 SHERIDAN SQUARE 12D<br>NEW YORK, NY 10014 | SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>PO BOX 6<br>ST PETER PORT GUERNSEY<br>GY1 3AE CHANNEL ISLANDS |
| SHIRLEY J WATTS<br>13506 SESAME ST<br>SAN ANTONIO, TX 78232 | STELLA V MALLES<br>21 WILSON AVE<br>RUTHERFORD, NJ 07070 |
| STEPHEN ALDRIDGE<br>5650 W YUCCA ST<br>GLENDALE, AZ 85304 | STEPHEN ALDRIDGE<br>5650 W YUCCA ST<br>GLENDALE, AZ 85304 |
| SUSANNE WINTER SHEPHERD<br>3247 INNSBRUCK CIRCLE<br>COLLEGE STATION, TX 77845 | TIMOTHY G MAYER<br>10625 W MARIPOSA ST<br>PHOENIX, AZ 85037 |
| TONY C. ESTEVES<br>411 ROYALE PARK DRIVE<br>SAN JOSE, CA 95136 | TYRON MORISSETTE<br>202 WILLOUGHBY LN<br>JACKSONVILLE, NC 28546 |
| WAYNE & HAZEL DAYHUFF<br>11228 VILLAS ON THE GREEN DR<br>RIVERVIEW, FL 33579-7109 | WILLIAM C GRAY<br>PO BOX 319<br>COUNCE, TN 38326 |
| XIN YING GUAN<br>302-650 PRIDEAUX STREET.<br>NANAIMO BC CANADA V9R 2P1 | YVON ROUSSEL<br>5732 RAMSEY ROAD<br>NIAGARA FALLS ON L2E 6X8 CANADA |