UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for Prepetition Debt Claims) [Docket No. 9980].

Dated: April 4, 2011                    /s/ Kathy-Ann Awkward
       Lake Success, New York          Kathy-Ann Awkward

Sworn to before me this 4th day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

| | |
|---|---|
| ALAN L WILLIAMS<br>8463 POINTE ROAD NORTH<br>BLAINE, WA 98230 | ARLENE H DELP<br>215 TWIN HOLLOW LANE<br>WILLIAMSBURG, PA 16693 |
| COLETTA FAY AUSTIN<br>4228 W 64TH ST<br>INGLEWOOD, CA 90302 | DONG WANG<br>30037 TOWNSHIP ROAD 262<br>CALGARY AB T3R 1C4 CANADA |
| EUGENE L PETRINI<br>14802 N BOLIVAR DR<br>SUN CITY, AZ 85351 | GORDON BENNETT<br>533 MIDWAY DR # B<br>OCALA, FL 34472 |
| HAIRONG GUI<br>937 NW GLISAN STREET<br>#834<br>PORTLAND, OR 97209 | HARRISON S MILLER<br>2065 RIDGEVIEW DRIVE<br>SEVEN HILLS, OH 44131 |
| JO ANN HITMAN<br>328 HARMONY CHURCH RD<br>GILLSVILLE, GA 30543 | JUNE B LEE<br>900 ROCKY FOUNTAIN TERRACE<br>MYERSVILLE, MD 21773 |
| KARL PHILIPP MULLER<br>LEBEREN STRASSE 27<br>CH 8472 SEUZACH SWITZERLAND | MARGARITA BLOCK<br>54 WESTMINISTER DRIVE<br>PALM COAST, FL 32164 |
| MARY ANN GABLEHOUSE<br>3120 58 AVE CT<br>GREELEY, CO 80634 | MICHAEL KISCHNER<br>LORENZ-DIEHL STRASSE 16<br>MAINZ 55131 GERMANY |
| MISS JOANN HITMAN<br>328 HARMONY CHURCH RD<br>GILLSVILLE, GA 30543 | OSCAR BERLAND<br>3005 CARLSON BLVD<br>EL CERRITO, CA 94530 |
| PETER HIOS<br>50-35 210 ST.<br>BAYSIDE, NY 11364 | ROGER W SCHNELLE<br>11277 HWY B<br>UNIONVILLE, MO 63565-2106 |
| RONALD & BARBARA KOPP<br>10998 HARDCASTLE RD.<br>BROOKLYN, MI 49230 | SAMUEL COHN<br>7189 GRANVILLE AVE<br>BOYNTON BEACH, FL 33437 |

VICTORIA H FOX
78 FERRY ROAD
HANCOCK, ME 04640