

# AlaFile E-Notice

16-CV-2009-900138.00
Judge: C ROBERT MONTGOMERY

To: UNITES STATES BANKRUPTCY COURT (PRO SE)
SOUTHERN DISTRICT OF N Y
NEW YORK, NY 10000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LEANNE E. CLARK ET AL v. GENERAL MOTORS CORPORATION ET AL
16-CV-2009-900138.00

The following matter was FILED on 3/25/2011 11:30:33 AM

Notice Date:    3/25/2011 11:30:33 AM

JAY DUKE
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
117 COURT STREET
GROVE HILL, AL 36451

251-275-3363
jay.duke@alacourt.gov

ELECTRONICALLY FILED
3/25/2011 11:30 AM
CV-2009-900138.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
JAY DUKE, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| CLARK LEANNE E., <br> CLARK CHRISTOPHER D., <br> CLARK BRANDON, <br> CLARK ABBY, <br> CLARK HALEY, <br>                      Plaintiffs, <br><br> V. <br><br> GENERAL MOTORS CORPORATION, <br> TAKATA CORPORATION, <br> TAKATA, INC., <br> TK HOLDINGS, INC., <br> TAKATA RESTRAINT SYSTEMS, INC., <br> TAKATA SEAT BELTS, INC. ET AL, <br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: CV-2009-900138.00<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter came before the Court on the 10th day of March, 2011 upon Plaintiffs' Motion to Compel Discovery Responses From Defendants Takata Corporation and TK Holdings, Inc. Counsel for all parties were present and the Court heard arguments of counsel. After consideration of same the Court finds that the requested discovery is relevant to Plaintiffs' claims notwithstanding the objections of the Defendants, and Plaintiffs' motion is granted subject to the following limitations and/or modifications:

1. With respect to Plaintiffs' First Consolidated Discovery Request For Production No. 28, Defendants shall produce the requested information if it is in their possession **or** if they have been made aware of such claims by car manufacturers to whom the seat belt buckle has been sold, Defendants shall provide this information to Plaintiffs.

2. Plaintiffs' First Consolidated Discovery Request For Production No. 7 -- Defendants' production shall be limited to the subject seatbelt system.

Defendants shall have thirty (30) days from the date of this Order to answer said discovery.

DONE this 25th day of March, 2011.

/s/ C ROBERT MONTGOMERY
_____
CIRCUIT JUDGE

ELECTRONICALLY FILED
3/25/2011 11:08 AM
CV-2009-900138.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
JAY DUKE, CLERK

## IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

| | |
|---|---|
| CLARK LEANNE E., ) <br> CLARK CHRISTOPHER D., ) <br> CLARK BRANDON, ) <br> CLARK ABBY, ) <br> CLARK HALEY, ) <br>                 Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> GENERAL MOTORS ) <br> CORPORATION, ) <br> TAKATA CORPORATION, ) <br> TAKATA, INC., ) <br> TK HOLDINGS, INC., ) <br> TAKATA RESTRAINT SYSTEMS, ) <br> INC., ) <br> TAKATA SEAT BELTS, INC. ET AL, ) <br>                 Defendants. ) | Case No.: CV-2009-900138.00 |

### ORDER

This matter came before the Court on the 10th day of March, 2011 upon Defendants' Takata Corporation and TK Holdings, Inc.'s Motion To Compel. Counsel for all parties were present and the Court heard oral arguments of counsel. After consideration of same, it is ORDERED as follows:

1. Defendants' request for further disassembly of the subject buckle is denied. If Defendants wish to conduct further non-destructive testing on the subject buckle, the parties are ordered to cooperate in scheduling same. Should a disagreement arise as to whether further proposed means of testing of the buckle are destructive, this matter shall be presented to the Court for further review. In the interest of clarity, there shall be no further destructive testing of the buckle.

2. Plaintiffs shall produce to the Defendants the amount of the settlement with General Motors within ten (10) days of the date of this Order.

3. It is the Court's understanding that Christopher D. Clark has been made available for follow-up deposition by Plaintiffs' counsel and this issue is now moot.

4. Plaintiffs' counsel shall provide to Defendants' counsel a privilege log of any statements of any witnesses having material knowledge of the accident or Plaintiff's injuries. This production is limited to a privilege log of statements of witnesses whose knowledge forms a substantive part of the case. Said discovery shall be due thirty (30) days from the date of this Order.

DONE this 25th day of March, 2011.

/s/ C ROBERT MONTGOMERY
_____
CIRCUIT JUDGE