Thema: **Complaint about the non-consideration of the shareholders of General Motors Corp**
Datum: 20.03.2011 16:11:02 Westeuropäische Normalzeit
Von: ThomasZuern011@aol.com
An: edmund.hegmann@web.de

Thomas Zürn
Alter Mühlenweg 17
D-50679 Köln
Germany

Cologne, March 20 th., 2011
(Germany)(221) 8809460

United States Bankruptcy Court
Southern District of New York
Care off the Judge Mr. Robert E. Gerber
Courtroom 621
One Bowling Green
USA - New York
NY 10004-1408

My complaint about the non-consideration of the shareholders from the General Motors Corporation by the participation of the new shares from the General Motors /my written complaint from December 3th., 2010

Dear Mrs. Deputy Blum,
Dear Sir Judge,

as a shareholder of the General Motors Corp. I will put in an application for a commitment of an expiry date.

For the calculation of the participation from the promised 15.200.000 shares of the issue of the new GM (=one percent of 1.520.000.000 shares) you should lay down a day at maturity. The cutoff-date should justly be at March 1 th. in the year 2011.

In fairness you have to take the first day in March 2011 for the upon expiry. Because you have pronounced the cancelation of the Motors Liquidation Corp. at March 2 th., 2011, it should be justly if you would consulting the day before: March 1 th., 2011.

Since we have issued 611 Millions of shares from the General Motors Corporation (=Motors Liquidation Corp.) you should participate for forty shares of Motors Liquidation Corp. one share of the new General Motors.

The day of participation has justly to be the day of the upon expiry at March 1 th. in 2011. (24.00 h)

As the grievance I have given you the structure of my letter to the Chief of the House of Representatives, Mr. John Boehner, from February 5 th., 2011.

I am looking forward to hear from you.

Your`s faithfully

*[signature: Thomas Zürn]*

Thomas Zürn

Shareholder of the
General Motors Corp.

Structure: The Letter from February 5. th., 2011

Thema: **My petition for a fact-finding committee on account of breach of law in 2009**
Datum: 05.02.2011 23:14:14 Westeuropäische Normalzeit
Von: ThomasZuern011@aol.com
An: rep.boehner@mail.house.gov

-----Original Message-----
From: ThomasZuern011@aol.com
Date: Sat, 5 Feb 2011 11:59:29 -0500 (EST)
Subject: My petition for a fact-finding committee on account of breach of law in 2009
To: Rep.Boehner@mail.house.gov

Thomas Zuern                                      Cologne, February 5 th., 2011
400 Glensprings Drive                             ++49 (0) 221 - 8809460
OH-45246 Cincinnati

His Exzellency
The Chief of the
House of Representatives
Mr. John Boehner
OH-45069 West Chester

Re. My petition for a fact-finding committee as a result of the perversion of justice carrying out by the Democratic Government - be connected with the glorious and greatful General Motors Corp. . (The indication: the United States should not obtain some disadvantages, if the shareholders of the General Motors Corporation should attaining their participation of the promised new shares from the issue of the new General Motors -Company)

His Exzellency,
Dear Mr. Boehner,

during spring and early summer in the year 2009 the Officals from the Democratic US-Government has given the national promise, that the shareholders of the General Motors Corp. should receive a participation of one per cent, provided that a new company of General Motors should bei issued at the New York Stock Exchange.

Fritz Henderson has waived his opportunity of the traditonal "Chapter eleven"-procedure, because he has had reason to assume that the democratic officials would keeping their promise!

In the course of the successful recovery of General Motors the GM-Bondholders have influenced the Democratic Party to break their promise, which was compared with the GM-Shareholders! The democrats have a few weeks later allowed that the bondholders can commit the dishonest appropriation of the promised "one per cent".

Forward I will give you an important indication: The United States of America should not gain some disadvantage, if the shareholders of the General Motors Corp. should receiving their promised participation of 15.200.000 shares from the new issue of the General Motors.

By way of explanation: the new company from General Motors has issued altogether 1,52 Billions of new shares. The promised "one per cent" should be ~~1,52~~ Millions of shares from the new GM.
                                                            15,2

As the result of a successful investigating committee the misappropriation should be rescinded. The United States don't losing shares or money, because the disloyal acquisition was commited by the bondholders of General Motors. The bondholders should receive ~~1,52~~ Millions of shares less.
                                                                                    15,2

Take into your account that essentially the shareholders are distinguished with the exemplary traits like uprightness and faithfulness to their Great American Company: "General Motors Corporation".

The readiness for the self-sacrifice is the shining virtue of the devoted and loyal shareholder, who has hold out with his american automobil company until the last gasp!

The self-sacrificing willingness is the outstanding personality for every party liner of the Republican Party!

Against them the unfaithfulness to the company and the greedy for money are the unexemplary behaviours of the egoistic GM-Bondholders. Addicted to be obsessed with unloyal cowardliness is also the characteristic feature of the voters of the Democratic Party.

In the course of this facts, the honest shareholders are remaining true to the Republicans. In contrast to the devotion of the republican shareholders, the disloyal and unfaithful GM-Bondholders are mainly members of the Democrats.

I am looking forward to hear from you.

Your´s faithfully

Thomas Zuern

Shareholder of the
General Motors Corp.