

## DELINQUENT REVENUE DIVISION
### TAX COLLECTOR
### CITY AND COUNTY OF SAN FRANCISCO
1 Dr. Carlton B. Goodlett Place, Room 110
Mailing Address: P.O. Box 7426 San Francisco, CA 94120-7426

JOSÉ CISNEROS, TREASURER
GEORGE PUTRIS, TAX ADMINISTRATOR

March 23, 2011

United States Bankruptcy Court
One Bowling Green
New York, New York, 10004

Re: General Motors Corporation
Case # 09-50026
Chapter 11

Dear Sir or Madam:

Enclosed herewith are copies of withdrawal of claim (s) against the above-named debtor in bankruptcy.

Please file said claim(s) on our behalf against the said bankrupt. Also, kindly acknowledge receipt of the claim (s) by signing the duplicate copy of this letter and returning it to this office. A self-addressed envelope is enclosed for your convenience.

Your attention in this matter is greatly appreciated.

Very truly yours,

Manuel Pan, Sr. Collection Officer
Escrow/Bankruptcy Claim
(415) 554-4416

Receipt of this claim is hereby acknowledged, this _____ day of _____, 200__.

Signed: _____



RECEIVED
MAR 28 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re: Motors Liquidation Company, et al.; Case #09-50026 (REG) |
|---|---|
| Creditor Name and Address: | City and County of San Francisco Tax Collector<br>Bureau of Delinquent Revenue/Bankruptcy Unit<br>P. O. Box 7426<br>San Francisco, CA, 94120 |
| Court Claim Number (if known): | 22143 |
| Date Claim Filed: | November 9, 2009 |
| Total Amount of Claim Filed: | $13,503.71 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _03-23-11_

Print Name: _Annie Low_
Title (if applicable): _Collections Supervisor_

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re: Motors Liquidation Company, et al., Case #09-50026 (REG) |
|---|---|
| Creditor Name and Address: | City and County of San Francisco Tax Collector<br>Bureau of Delinquent Revenue/Bankruptcy Unit<br>P. O. Box 7426<br>San Francisco, CA, 94120 |
| Court Claim Number (if known): | 22144 |
| Date Claim Filed: | November 9, 2009 |
| Total Amount of Claim Filed: | $317,775.79 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 03-23-11

Print Name: Annie Low
Title (if applicable): Collections Supervisor

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

MAR 28 2011
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

## CERTIFICATE OF SERVICE

I,          , declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the San Francisco Treasurer and Tax Collector's Office, I am employed at the San Francisco Treasurer and Tax Collector's Office, 875 Stevenson Street, 3rd Floor, San Francisco, CA 94103.

On March 23, 2011, I served the attached:

**WITHDRAWAL OF CLAIM**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Courtney A. Shipp, Tax Staff<br>GENERAL MOTORS COMPANY<br>300 Renaissance Center<br>MC 482-C16-B16<br>Detroit, MI  48265 | Harvey R. Miller, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 |

U. S. Trustee
UNITED STATES TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY  10004

and served the named document in the manner indicated below:

☒ **BY UNITED STATES MAIL:** Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco Treasurer and Tax Collector's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 23, 2011, at San Francisco, California.

_[signature]_

_[stamp: MAR 2 8 2011  U.S. BANKRUPTCY COURT  SO. DIST. OF NEW YORK]_

---

CERTIFICATE OF SERVICE OF WITHDRAWAL OF CLAIM; CASE NO. 09-50026 (REG)