# Dave Shostack
4 Suttonwood Dr.
Commack, N.Y. 11725
(631) 864-2656

March 30, 2011

Judge Gerber
US Bankruptcy Court
Southern District of New York
1 Bowling Green Way
New York, NY 10004

RE: Dave Shostack v. Motors Liquidations Et Al.
Case No.: 09-50026 (REG)

Dear Judge Gerber:

I am rejecting the Defendant's Sur-Reply because it is untimely and should not even be considered, especially given the fact that Defendant would have to take leave of the court in order for the court to consider his Sur-Reply as per attorney that Plaintiff spoke with.

There is nothing in the CPLR that allows for this.

Sincerely,

*Dave Shostack* (signature)

Dave Shostack

CC: Joseph. H. Smolinsky ESQ.
Weil, Gotshal & Manges ESQS.
(Attorney for Defendant Motors Liquidations Et Al.)

# Dave Shostack
4 Suttonwood Dr.
Commack, N.Y. 11725
(631) 864-2656

March 30, 2011

Joseph Smolinsky ESQ
Weil, Gotshal ESQS.
767 5th Av.
New York, NY 10153

RE: Dave Shostack v. Motors Liquidations Et Al.
Case No.: 09-50026 (REG)

Dear Mr. Smolinsky:

I am rejecting your Sur-Reply because it is untimely and should not even be considered, especially given the fact that you would have to take leave of the court in order for the court to consider your Sur-Reply as per attorney that I spoke with.

There is nothing in the CPLR that allows for this.

Sincerely,

Dave Shostack

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVE SHOSTACK,         PLAINTIFF,            CHAPTER 11 CASE NO.:
                                             09-50026 (REG)

-AGAINST-
                                             AFFFIDAVIT OF
                                             SERVICE
MOTORS LIQUIDATION COMPANY, ET AL,
f/k/a
GENERAL MOTORS CORP ET AL.


                        DEFENDANTS.
-----------------------------------------------------------------X

DAVE SHOSTACK sworn and deposes and says:

That I reside at 4 Suttonwood Dr. Commack, NY and am over 18 years of age.

That on the 30th day of MARCH 2011 I MAILED A COPY OF A LETTER REJECTING DEFENDANT'S SUR-REPLY TO DEFENDANTS ATTORNEY JOSEPH H. SMOLINSKY ESQ at the law firm of WEIL, GOTSHAL & MANGES ESQS located at 767 FIFTH AV., NEW YORK, NY BY REGULAR MAIL WITH PROOF OF MAILING.

Sworn to:                                    _____
                                             DAVE SHOSTACK

On this 30TH day of MARCH 2011


_____
HOWARD E. KNISPEL
NOTARY PUBLIC STATE NY
NO. 02KN6020498
QUALIFIED SUFFOLK CTY.
COMM. EXPIRES 3-01-15

