**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Alison Moodie, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On March 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected party):

   - Supplemental Order Granting Debtors' 110th Omnibus Objection to Claim No. 64626 (Contingent Co-Liability Claims) [Docket No. 9986].

Dated: April 1, 2011                    /s/ Alison Moodie
       Lake Success, New York           Alison Moodie

Sworn to before me this 1st day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| CUMMINS INC E TAL<br>C/O JILL MURCH ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK STREET SUITE 2800<br>CHICAGO, IL 60654 | CUMMINS INC E TAL<br>KATHERINE R CATANESE, ATTORNEY FOR CUMMINS INC, ET AL<br>FOLEY & LARDNER LLP<br>500 WOODWARD AVE, SUITE 2700<br>DETROIT, MI 48226 |