# COBY L. WOOTEN
## ATTORNEY AT LAW, P.C.

NOTICE OF CHANGE OF ADDRESS

March 8, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

    RE: Natalie Ruth Wilson Smith, individually and on behalf of Caden Deland Smith, Ashley Maurie Smith and Payton Forester Smith and as administrator and executrix of the estate of Lawrence W. Smith and/or Colby L. Wooten, Proof of Claim numbers 30433, 30434, 30435, 30436 and 30437

Dear Mr. Smolinsky:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Natalie Ruth Wilson Smith, individually and on behalf of Caden Deland Smith, Ashley Maurie Smith and Payton Forester Smith and as administrator and executrix of the estate of Lawrence W. Smith and/or Coby L. Wooten
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

*[signature]*

Name: Coby L. Wooten
Title: Attorney for Natalie Ruth Wilson Smith, individually and on behalf of Caden Deland Smith, Ashley
    Maurie Smith and Payton Forester Smith and as administrator and executrix of the estate of Lawrence W.
    Smith

---

1301 BALLINGER – FORT WORTH, TEXAS 76102
(817) 632-8400 FACSIMILE (817) 529-2629
coby@cobywootenlaw.com

Cc: The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
PO Box 9386
Dublin, OH 43017-4286