UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                :
In re:                              :        Chapter 11 Case No.
                                :
**MOTORS LIQUIDATION COMPANY**, *et al.*,  :        **09-50026 (REG)**
     f/k/a **General Motors Corp.**, *et al.*  :
                              :        (Jointly Administered)
                  **Debtors.**     :
                                :
------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
|     <u>Pandora Select Partners, LP</u> | <u>Gary E. Saul, Mary Saul and Devon Saul</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    c/o Whitebox Advisors, LLC
    3033 Excelsior Blvd, Suite 300
    Minneapolis, MN 55416-4675
    Attn: Dale Willenbring
    E-mail: dwillenbring@whiteboxadvisors.com
    Phone: 612-253-6068
    Last Four Digits of Acct #: N/A

Court Claim # (if known): <u>1379</u>
Total Amount of Claim: <u>$1,700,000.00</u>
Amount of Claim Transferred: <u>$1,700,000.00</u>
Date Claim Filed: <u>October 29, 2009</u>

Name and Address where transferee payments should be sent (if different from above): N/A

**\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By_____        Date: April *5*, 2011
Pandora Select Partners, LP
By: Pandora Select Advisors, LLC its General Partner
By: Whitebox Advisors, LLC its Managing Member
*Mark Sterling CLO*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **EXHIBIT A**

Proof of Claim

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| *General Motors Corporation* | *09-50026* |

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>*Gary E Saul, Mary Saul + Devon Saul*<br>Name and address where notices should be sent<br>*Paul F Ferguson, JR.*<br>*Provost + Umphrey Law Firm*<br>*P.O. Box 4905*<br>*Beaumont TX 77704*<br><br>Telephone number<br>*(409) 835-6000* | ☐ Check this box to indicate that this claim amends a previously filed claim<br><br>Court Claim Number _____<br>*(If known)*<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br>*Same as above*<br><br>FILED - 01379<br>MOTORS LIQUIDATION COMPANY<br>F/K/A GENERAL MOTORS CORP<br>SDNY # 09-50026 (REG)<br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br><br>☐ Check this box if you are the debtor or trustee in this case |

| 1. Amount of Claim as of Date Case Filed    *$26,000,000* ⁰⁰ | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

**2. Basis for Claim** *Personal injury*
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor** _____

3a. Debtor may have scheduled account as _____
(See instruction #3a on reverse side.)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property $_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $_____  Basis for perfection _____

Amount of Secured Claim $_____  Amount Unsecured $_____

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)

**6. Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7. Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__)

**Amount entitled to priority**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| | |
|---|---|
| Date<br>*8/24/09* | Signature The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any |

**FOR COURT USE ONLY**

*(stamp: THE GARDEN CITY GROUP, INC. SEP 14 2009)*

*(stamp: RECEIVED AUG 31 2009 US BANKRUPTCY COURT, SDNY)*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **EXHIBIT B**

Evidence of Transfer from Transferor to Transferee

- 15 –

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**


For value received, the adequacy and sufficiency of which are hereby acknowledged, **Gary E. Saul, Mary Saul and Devon Saul** (collectively, "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the Assignee set forth below (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Motors Liquidating Company** (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Motors Liquidation Company, et al.*], *Chapter 11 Case No.* **09-50026** *(REG) (Jointly Administered)*, pending in the United States Bankruptcy Court for the **Southern District of New York** (the "Bankruptcy Court"), in the amount of $1,700,000.00 (the "Claim") designated as proof of claim number 1379.


Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.


(signatures on next page)


Transfer of Claim2690410-_EXE_1.DOC

– 16 –

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS
EXECUTED THIS 31st day of ~~April,~~ 2011.
                    March

**ASSIGNOR**                              **ASSIGNEE**

**GARY E. SAUL**                          **PANDORA SELECT PARTNERS, LP**
                                          By:  Pandora Select Advisors, LLC its General Partner
                                          By:  Whitebox Advisors, LLC its Managing Member

By:_____                By:_____
Name:                                     Name: Mark Strepling
Title:                                    Title: CLO


STATE OF _____   )
                        )  ss.:
COUNTY OF _____    )


        On the _____ day of April, 2011 before me, a Notary Public in and for said State,
personally appeared GARY E. SAUL known to me to be the person who executed the within
instrument, and acknowledged to me that he executed the within instrument.

        IN WITNESS WHEREOF, I have hereunto set my hand affixed my office seal the day
and year in this certificate first above written.


                              _____
                                        Notary Public


                              My Commission expires _____


Transfer of Claim2690410-_EXE_1

- 16 –

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31 day of March, 2011.

**ASSIGNOR**                                    **ASSIGNEE**

**GARY E. SAUL**                          **PANDORA SELECT PARTNERS, LP**
                                                By: Pandora Select Advisors, LLC its General Partner
                                                By: Whitebox Advisors, LLC its Managing Member

By: *Gary E Saul*                         By: _____
Name:                                            Name:
Title:                                              Title:

STATE OF Texas         )
                                    )  ss.:
COUNTY OF Travis     )

On the 31 day of March, 2011 before me, a Notary Public in and for said State, personally appeared GARY E. SAUL known to me to be the person who executed the within instrument, and acknowledged to me that he executed the within instrument.

IN WITNESS WHEREOF, I have hereunto set my hand affixed my office seal the day and year in this certificate first above written.



Dee Halliburton
Notary Public
State of Texas
My Commission Expires
January 31, 2012

*Dee Halliburton*
Notary Public

My Commission expires 1-31-2012

Transfer of Claim2690410-_EXE_1.DOC

- 17 –

**ASSIGNOR**

**MARY SAUL**

By: 
Name:
Title:

STATE OF _Texas_ )
                 ) ss.:
COUNTY OF _Travis_ )

        On the _31_ day of March, 2011 before me, a Notary Public in and for said State, personally appeared MARY SAUL known to me to be the person who executed the within instrument, and acknowledged to me that he executed the within instrument.

        IN WITNESS WHEREOF, I have hereunto set my hand affixed my office seal the day and year in this certificate first above written.

Dee Halliburton
Notary Public
State of Texas
My Commission Expires
January 31, 2012

_____
            Notary Public

My Commission expires _1-31-2012_

Transfer of Claim2690410-_EXE_1.DOC

- 18 –

**ASSIGNOR**

**DEVON SAUL**

By: _____
Name:
Title:

STATE OF _Texas_ )
                                ) ss.:
COUNTY OF _Travis_ )

        On the _31_ day of March, 2011 before me, a Notary Public in and for said State, personally appeared DEVON SAUL known to me to be the person who executed the within instrument, and acknowledged to me that he executed the within instrument.

        IN WITNESS WHEREOF, I have hereunto set my hand affixed my office seal the day and year in this certificate first above written.

_____
Notary Public

Dee Halliburton
Notary Public
State of Texas
My Commission Expires
January 31, 2012

My Commission expires _1-31-2012_

Transfer of Claim2690410-_EXE_1.DOC