GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
       mitchelln@gtlaw.com
       baej@gtlaw.com
       ticollg@gtlaw.com

*Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP,
Elliott Management Corporation, and Fortress Investment Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,                         :
                                                            :
                                                            :
Debtors.                                                    :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF FILING OF LETTER

PLEASE TAKE NOTICE that attached hereto is a true and correct copy of the letter filed on April 5, 2011 by counsel to Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC, in response to the Letter of the Official Committee of Unsecured Creditors filed March 29, 2011 (Docket No. 9940).

*NY241,074,126v1*

New York, New York
Dated:  April 5, 2011

GREENBERG TRAURIG, LLP

By: /s/ *Gary D. Ticoll*
    Bruce R. Zirinsky, Esq.
    Nancy A. Mitchell, Esq.
    John H. Bae, Esq.
    Gary D. Ticoll, Esq.
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    Email:   zirinskyb@gtlaw.com
              mitchelln@gtlaw.com
              baej@gtlaw.com
              ticollg@gtlaw.com

Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC

*NY241,074,126v1*