## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In re:                                                          :
                                                                :
MOTORS LIQUIDATION COMPANY, *et al*.,                           :
        f/k/a General Motors Corp., *et al.*     :          Chapter 11
                                                                :          Case No. 09-50026 (REG)
                                                                :          (Jointly Administered)
            Debtors.            :

-----------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE</u>

STATE OF **NEW YORK**     )
                          ) ss
COUNTY OF **SUFFOLK**     )

I, **Chanpreet Kondal,** being of full age, states as follows:

    1.    I am employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 case.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

    2.    On April 6, 2011, I caused a true and correct copy of the following documents: (a) Transfer of Claim (Docket No. 10044) and (b) Form 210B Notice to be served upon the parties identified on **Exhibit A** via first class mail, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

                    /s/Chanpreet Kondal
                    Chanpreet Kondal

Sworn to before me this 6th day of
April, 2011
/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No.  01FO4933172
Qualified in Nassau County
Commission Expires Aug. 8, 2014

# EXHIBIT A

### TRANSFEROR

Gary E. Saul, Mary Saul and Devon Saul
c/o Provost & Umphrey Law Firm
Attn: Paul F. Ferguson, Jr.
P.O. Box 4905
Beaumont, TX 77704

### TRANSFEREE

Pandora Select Partners, LP
c/o Whitebox Advisors, LLC
Attn: Dale Willenbring
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416-4675