**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss
COUNTY OF NASSAU    )

I, Alison Moodie, being duly sworn, depose and state:

1.     I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On April 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 10018].

Dated:  April 5, 2011                                   /s/ Alison Moodie_____
            Lake Success, New York              Alison Moodie

Sworn to before me this 5th day of April, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| AKZO NOBEL COATING INC<br>ATTN DOUGLAS Q BUTLER GEN MGR<br>2031 NELSON HILLER PKWY<br>LOUISVILLE, KY 40223 | AKZO NOBEL COATING INC<br>ATTN THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| AKZO NOBEL COATINGS, INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | CARGILL, INCORPORATED CARGILL, INCORPORATED<br>C/O MARK ERZEN<br>KARAGANIS WHITE & MAGEL LTD<br>1 N WACKER DR STE 4400<br>CHICAGO, IL 60606-2841 |
| CASMALIA RESOURCES SITE STEERING COMMITTEE<br>C/O MELISSA MURRAY ESQ, BINGHAM MCCUTCHEN LLP<br>2020 K STREET NW<br>WASHINGTON, DC 20006-1806 | CHEMCLENE SITE DEFENSE GROUP<br>C\O LANGSAM STEVENS & MORRIS<br>1616 WALNUT ST STE 612<br>PHILADELPHIA, PA 19103-5308 |
| CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC<br>(SUCCESSOR TO HOECHST CELANESE COPORATION)<br>PEPPER HAMILTON LLP C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 | CNA HOLDINGS LLC FKA CNA HOLDINGS INC (SUCC TO HOECHST CEL/<br>ATTN THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| DEARBORN REFINING SITE CUSTOMERS PRP GROUP<br>C/O BRIAN D FIGOT<br>STEPHEN M LANDAU PC<br>30100 TELEGRAPH RD STE 428<br>BINGHAM FARMS, MI 48025-4564 | DETREX CORPORATION<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| DETREX CORPORATION<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 | ELJER MANUFACTURING COMPANY INC C/O<br>REXNORD ZURN HOLDINGS INC<br>C/O REED SMITH LLP - LOUIS NAUGLE, ESQUIRE<br>REED SMITH CENTRE<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222 |
| FEDERAL SCREW WORKS<br>C/O THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | FEDERAL SCREW WORKS<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY<br>JEFFREY G HAMILTON JACKSON WALKER LLP<br>901 MAIN STREET STE 6000<br>DALLAS, TX 75202 | FLOWSERVE CORPORATION F/K/A THE DUNRON COMPANY<br>JEFFREY G HAMILTON JACKSON WALKER LLP<br>901 MAIN STREET STE 6000<br>DALLAS, TX 75202 |
| FORD MOTOR COMPANY<br>C/O THOMAS P WILCZAK<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CENTER<br>SUITE 36000<br>DETROIT, MI 48243 | FORD MOTOR COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER SUITE 3600<br>DETROIT, MI 48243 |
| FORD MOTOR COMPANY, AND ITS SUBSIDIARIES AND<br>AFFILIATES AND ALL SUCCESSORS AND ASSIGNS THEREOF<br>ATTN: JOSE J BARTOLOMEI<br>MILLER CANFIELD<br>101 N MAIN ST, 7TH FL<br>ANN ARBOR, MI 48104 | FOREST WASTE COORDINATING COMMITTEE GROUP<br>C/O MICHAEL M BRILEY<br>SHUMAKER LOOP & KENDRICK<br>1000 JACKSON ST<br>TOLEDO, OH 43604 |

HOLLIDAY REMEDIATION TASK FORCE
LISA A EPPS & JAMES T. PRICE
SPENCER FANE BRITT & BROWNE LLP
C/O DOEPKE-HOLLIDAY SUPERFUND SITE
1000 WALNUT ST STE 1400
KANSAS CITY, MO 64106-2140

HONEYWELL INTERNATIONAL INC.
ATTN THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

HONEYWELL INTERNATIONAL INC.
ATTN: THOMAS BYRNE, CHIEF ENVIRONMENTAL COUNSEL
101 COLUMBIA ROAD
MORRISTOWN, NJ 07962

KELSEY-HAYES COMPANY AS SUCCESSOR TO DAYTON WALTHER COF
C/O SCOTT D BLACKHURST
KELSEY-HAYES COMPANY
12001 TECH CENTER DRIVE
LIVONIA, MI 48150

KETTERING UNIVERSITY
JOSE BARTOLOMEI AND MILLER CANFIELD
101 N MAIN ST, 7TH FLOOR
ANN ARBOR, MI 48104

LAMMERS BARREL FACTORY PRP GROUP
C/O NIJMAN FRANZETTI LLP
10 S LASALLE ST STE 3600
CHICAGO, IL 60603-1032

MARYLAND SAND & GRAVEL FUND
CLEAN SITE ENVIRON SVS INC
ATTN: SCOTT MILLER
46161 WESTLAKE DR STE 230-B
POTOMAC FALLS, VA 20165

MAXUS ENERGY CORPORATION
ATTN: S.A.R. GALLEY
1330 LAKE ROBBINS DR STE 300
THE WOODLANDS, TX 77380

MAXUS ENERGY CORPORATION
C/O WILLIAM L WARREN
DRINKER BIDDLE & REATH LLP
105 COLLEGE RD E, PO BOX 627
PRINCETON, NJ 08542

MICHELIN NORTH AMERICA
(SUCCESSOR TO UNIROYAL GOODRICH TIRE COMPANY INC)
PEPPER HAMILTON LLP C/O THOMAS P WILCZAK
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

MICHELIN NORTH AMERICA (SUCCESSOR TO UNIROYAL GOODRICH TIF
ATTN THOMAS P WILCZAK
PEPPER HAMILTON LLP
100 RENAISSANCE CENTER SUITE 3600
DETROIT, MI 48243

NCR CORPORATION
ATTN: MATTHEW A HAMERMESH, ESQ
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE, 27TH FL
PHILADELPHIA, PA 19103

NCR CORPORATION
EDWARD GALLAGHER LAW VICE PRESIDENT
NCR CORPORATION WHQ-2E
3097 SATELLITE BLVD STE 100
DULUTH, GA 30096-1293

NCR CORPORATION
EDWARD GALLAGHER, LAW VP
NCR CORPORATION, WHQ-2E
3097 SATELLITE BLVD STE 100
DULUTH, GA 30096-1293

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

NCR CORPORATION
MATTHEW A HAMERMESH ESQUIRE
HANGLEY ARONCHICK SEGAL & PUDLIN
ONE LOGAN SQUARE 27TH FLOOR
PHILADELPHIA, PA 19103

NIAGARA MOHAWK POWER CORPORATION
D/B/A NATIONAL GRID
C/O HISCOCK & BARCLAY LLP
ONE PARK PLACE  300 SOUTH STATE ST
ATTN: SUSAN R KATZOFF ESQ
SYRACUSE, NY 13202

NL INDUSTRIES INCORPORATED
TRACEE THOMAS
5430 LBJ FREEWAY SUITE 1700
DALLAS, TX 75240

NORTH SHORE GAS COMPANY
C/O STEPHEN H ARMSTRONG
JENNER & BLOCK LLP
353 N CLARK STREET
CHICAGO, IL 60654

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.
C/O GABRIEL CALVO
7555 COLSHIRE DRIVE
M/S C-4S1
MCLEAN, VA 22102

| | |
|---|---|
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP.<br>JOSEPH P KWAN, CORP DIRECTOR<br>NORTHROP GRUMMAN CORP, ENCIRONMENTAL REMEDIATION<br>1840 CENTURY PARK EAST<br>LOS ANGELES, CA 90067 | OII STEERING COMMITTEE<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN LLP<br>445 S FIGUEROA STREET 31ST FLOOR<br>LOS ANGELES, CA 90071 |
| SCOTSMAN GROUP LLC<br>775 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061 | SCOTSMAN GROUP LLC<br>C/O KEVIN J. BYRNE<br>SCHIFF HARDIN LLP<br>SUITE 6600<br>233 S. WACKER DRIVE<br>CHICAGO, IL 60606 |
| THE STANDARD REGISTER COMPANY<br>C/O JOHN R HUMPHREY<br>TAFT STETTINIUS & HOLLISTER LLP<br>ONE INDIANA SQUARE, SUITE 3500<br>INDIANAPOLIS, IN 46204 | THE WILLIAMS COMPANIES INC ON BEHALF OF AGRICO CHEMICAL COI<br>ATTN RANDY O NEAL<br>ONE WILLIAMS CENTER MD 50-4<br>TULSA, OK 74102 |
| TIERRA SOLUTIONS INC<br>C/O WILLIAM L WARREN<br>DRINKER BIDDLE & REATH LLP<br>105 COLLEGE ROAD EAST<br>PO BOX 627<br>PRINCETON, NJ 08542 | TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISASANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER STE 3600<br>DETROIT, MI 48243 | UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP<br>THOMAS D GOLDBERG ESQ<br>DAY PITNEY LLP<br>ONE CANTERBURY GREEN<br>STAMFORD, CT 06901 |
| UNITED TECHNOLOGIES CORP ON BEHALF OF CARRIER CORP<br>WILLIAM F LEIKIN ESQ, ASST GENERAL COUNSEL<br>UNITED TECHNOLOGIES CORP<br>ONE FINANCIAL PLAZA MS 524<br>HARTFORD, CT 06103 | VALLEYCREST LANDFILL SITE GROUP<br>ATTN: JOHN B PERSIANI<br>DINSMORE & SHOHL LLP<br>255 E 5TH ST, STE 1900<br>CINCINNATI, OH 45202 |
| WACKER CHEMICAL CORP.<br>C/O MICHAEL M. BRILEY<br>SHUMAKER, LOOP & KENDRICK<br>1000 JACKSON STREET<br>TOLEDO, OH 43604 | |