**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss
COUNTY OF NASSAU   )

I, Alison Moodie, being duly sworn, depose and state:

1.　　I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.　　On April 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Supplemental Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 10019].

Dated: April 5, 2011　　　　　　　　　　　　/s/ Alison Moodie_____
　　　Lake Success, New York　　　　　　　Alison Moodie

Sworn to before me this 5th day of April, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

| | |
|---|---|
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | DTE ENERGY COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| GENERAL ELECTRIC COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | GERDAU MACSTEEL<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| HONEYWELL INTERNATIONAL INC<br>ATTN THOMAS BYRNE CHIEF ENVIRONMENTAL COUNSEL<br>101 COLUMBIA ROAD<br>MORRISTOWN, NJ 07962 | JIS PERFORMING PARTY GROUP<br>BASF CORP BRISTOL MYERS SQUIBB CO ET AL<br>C/O MARY W KOKS, MUNSCH HARDT KOPF HARR PC<br>700 LOUISIANA #4600<br>HOUSTON, TX 77002 |
| JIS PERFORMING PARTY GROUP<br>GIBBONS PC<br>ATTN: IRVIN M FREILICH, ESQ<br>1 GATEWAY CENTER - 17TH FL<br>NEWARK, NJ 07102 | MARION BRAGG GROUP<br>C/O JOHN HANSON<br>BEVERIDGE & DIAMOND PC<br>1350 I STREET NW SUITE 700<br>WASHINGTON, DC 20005-3311 |
| MEMBERS OF THE FRONTIER CHEMICAL SITE PRP GROUP AN UNINCO[R]<br>ASSOCIATION BY ITS CHAIRMAN A TIMOTHY WEBSTER<br>C/O WEBSTER SZANYI LLP<br>1400 LIBERTY BLDG 424 MAIN STREET<br>BUFFALO, NY 14202 | MICHELIN NA INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| OWENS-ILLINIOS INC<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 | ROBERT A GLADSTONE, ON BEHALF OF THE<br>CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM<br>ROBERT A GLADSTONE, ESQ<br>SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC<br>101 GROVERS MILL ROAD, SUITE 200<br>LAWRENCEVILLE, NJ 08648 |
| SCP CARLSTADT PRP GROUP<br>C/O WILLIAM L. WARREN<br>DRINKER BIDDLE & REATH LLP<br>105 COLLEGE ROAD EAST<br>P.O. BOX 627<br>PRINCETON, NJ 08542 | TECUMSEH PRODUCTS COMPANY<br>PEPPER HAMILTON LLP<br>C/O THOMAS P WILCZAK<br>100 RENAISSANCE CENTER<br>SUITE 3600<br>DETROIT, MI 48243 |
| THE QUAKER OATS COMPANY<br>ATTN LARS S JOHNSON ESQ VP - QTG/PCNA PATENT &<br>ENVIRONMENTAL LAW<br>PEPSICO CHICAGO<br>555 W MONROE ST MAIL CODE 11-12<br>CHICAGO, IL 60661 | WASTE-STREAM, INC<br>ATTN: GENERAL COUNSEL (RE: POTSDAM SITE)<br>C/O CASELLA WAST SYSTEMS, INC<br>25 GREENS HILL LN<br>RUTLAND, VT 05701 |