**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                           ) ss
COUNTY OF NASSAU   )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On April 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Second Supplemental Order Granting Debtors' 209th Omnibus Objection to Claim Nos. 49511 and 49512 (Contingent Co-Liability Claims) [Docket No. 10020].

Dated: April 5, 2011                                           /s/ Alison Moodie
           Lake Success, New York                       Alison Moodie

Sworn to before me this 5th day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

| | |
|---|---|
| ALCOA INC<br>ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022 | ALCOA INC<br>C/O HUNTON & WILLIAMS LLP<br>ATTN JASON W HARBOUR ESQ<br>951 E BYRD ST<br>RICHMOND, VA 23219 |
| REYNOLDS METALS COMPANY<br>ATTN GENERAL COUNSEL<br>390 PARK AVENUE<br>NEW YORK, NY 10022 | REYNOLDS METALS COMPANY<br>C/O HUNTON & WILLIAMS LLP<br>ATTN JASON W HARBOUR, ESQ<br>951 E BYRD STREET<br>RICHMOND, VA 23219 |