Honorable, Robert E. Gerber  
United States Bankruptcy Judge  
Room 621 United States Bankruptcy Court  
Southern District of New York  

March 30, 2011

Dear Honorable Robert E. Gerber,

      My name is Timothy Hill an hourly worker at General Motors, I received a letter saying my (PSP) Personal Savings Plan would be placed in another account to protect it from the bankruptcy issue, but I lost my common stock which was to be part or my retirement also. Why wasn't my stock protected? My problem is why was I labeled as a debtor? When I invested in the company I work for, for more than 25yrs. I considered myself as part owner in the business, a very small part, but a dedicated and hard worker. I put my trust in those who were in charge to do the right thing. Now that the company is doing better, why can't I get my stock back? I'm afraid to purchase anymore. While all of this was happening, I had to relocate to keep my job.

Managing a home in Atlanta while living Kansas is not easy, I've been bombarded with other papers that are sent to Atlanta form GM concerning everything from this bankruptcy, insurance, medical and benefits. Right now I'm just trying to stay sane.

Regards,

Timothy Hill  
4451 Buckingham Cir.  
Decatur Ga. 30035  
thillsr4451@live.com