

People. Power. Performance.

April 4th, 2011

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    **Re:  *Motors Liquidation., et al.*
    Case Co.:  09-50026 REG**

Dear Mr. Diamond:
    Enclosed please find one claim withdrawal as follows:

Waste Management of Ohio Inc. – Clam #64539 in the amount of $1,000,000.00.

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

                                       Very truly yours,

                                       <u>/s/David Schwimmer</u>
                                       David Schwimmer
                                       Bankruptcy Consultant
                                       Bankruptcy Operations

[Stamp: RECEIVED APR - 4 2011 U.S. BANKRUPTCY COURT, SDNY]

Enclosures



March 29, 2011

**WASTE MANAGEMENT, INC.**
1001 Fannin
Suite 4000
Houston, TX 77002
(713) 512-6200

The Garden City Group Inc
Attn. Claims Processing
5151 Blazer Parkway Ste A
Dublin, Ohio, 43017

Ref    Waste Management of Ohio Inc  Claim – Proof of Claim Amount  - $1,000,000 00
       The Garden City Inc  Claim No  42039
       Motor Liquidation Company Claim No  64539

To Whom It May Concern

I am request that Waste Management of Ohio, Inc , c/o Jacquolyn Mills, at 1001 Fannin St , Ste 4000, Houston, Texas, 77002 Proof of claim be withdrawn from the Motor Liquidation Company Bankruptcy Case No  09-50026. The claim numbers that we are referencing for the Motors Liquidation Company Claim is 64539 and the claim number for The Garden City Group is 42039  Please withdraw these claims upon Waste Management of Ohio, Inc. request

If you have any questions or concerns in regards to this matter please do not hesitate to contact me, Jacquolyn Mills at 713-394-2372  Please forward me confirmation that the claim reference in this letter was withdrawn from the bankruptcy

Thank you for your cooperation in this matter

Jacquolyn E Mills
Waste Management
1001 Fannin St  Ste  400

