**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Matthew J. Williams (MW-4081)
Keith R. Martorana (KM-2878)

ATTORNEYS FOR WILMINGTON TRUST COMPANY AS GUC TRUST ADMINISTRATOR

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                              :
**In re**                                     :    Chapter 11 Case No.
                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :    09-50026 (REG)
   f/k/a General Motors Corp., *et al.*       :
                                              :
              Debtors.                        :    (Jointly Administered)
                                              :
-------------------------------------------------------------x

### NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN

**TO ALL PARTIES IN INTEREST:**

      PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors, was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.[1]

      PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationcompany.com.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date (as defined in the Plan) occurred on March 31, 2011.

Dated: New York, New York
April 6, 2011

/s/ Matthew J. Williams
Matthew J. Williams (MW-4081)
Keith Martorana (KM-2878)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

ATTORNEYS FOR WILMINGTON TRUST COMPANY
AS GUC TRUST ADMINISTRATOR