

People. Power. Performance.™

April 6, 2011

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

     *Re:   Motors Liquidation., et al.*
            *Case Co.:  09-50026 REG*

Dear Mr. Diamond:
        Enclosed please find 1 claim withdrawal as follows:

        Crystal Ravetto a minor by and through her mother and guardian Camille Ravetto – Clam #639 in the amount of $20,000,000.00

        Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

        Thank you for your assistance.

                Very truly yours,

                /s/Kathy-Ann Awkward
                Kathy-Ann Awkward
                Sr.Project Supervisor
                Bankruptcy Operations

Enclosures

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| RECEIVED<br>APR - 7 2011<br>U.S. BANKRUPTCY COURT, SDNY | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CRYSTAL RAVETTO A MINOR BY AND THROUGH HER MOTHER AND GUARDIAN CAMILLE RAVETTO C/O R LEWIS VAN BLOIS ESQ    VAN BLOIS & ASSOCIATES 7677 OAKPORT ST SUITE 565 OAKLAND,CA 94621 |
| Claim Number (if known): | 639 |
| Date Claim Filed: | 7/16/2009 |
| Total Amount of Claim Filed: | $20,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.    I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _April 1, 2011_

Print Name: R. LEWIS VAN BLOIS

Title (if applicable): attorney for Camille Ravetto, a minor and for Crystal Ravetto.

---

1