David A. Golin
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Telephone: (312) 876-7800
Facsimile: (312) 876-0288

Attorneys for Sentry Select Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| MOTORS LIQUIDATION COMPANY, | : | 09-50026 (REG) |
| *et al.*, f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATE OF SERVICE**

    I, David A. Golin, an attorney, hereby certify that, on March 28, 2011, I caused a copy of the **Notice of Hearing on Motion of Sentry Select Insurance Company for Reconsideration of Claim No. 44306** and the **Motion of Sentry Select Insurance Company for Reconsideration of Claim No. 44306** [collectively, Docket Item #9933] to be served as follows:

    a.    On the parties on the Service List attached hereto as Exhibit A, via overnight delivery;
    b.    On the parties on the Master Service List attached hereto as Exhibit B, via electronic mail; and
    c.    On all parties receiving notice via the Court's ECF System.

Dated: April 7, 2011

                                                                    By: /s/ David A. Golin
                                                                       David A. Golin  (06180517)
                                                                       ARNSTEIN & LEHR LLP
                                                                       120 S. Riverside Plaza, Suite 1200
                                                                       Chicago, IL 60606
                                                                       Tel: (312) 876-7100

9509303.1