# EXHIBIT A

**SERVICE LIST**

| **Attorneys for the Debtors**<br><br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Harvey R. Miller<br>Attn: Stephen Karotkin<br>Attn: Joseph H. Smolinsky | **The Debtors**<br><br>Motors Liquidation Company<br>401 South Woodward Ave., Suite 370<br>Birmingham, MI 48009<br>Attn: Thomas Morrow |
|---|---|
| **Attorneys for the Statutory Committee of Unsecured Creditors**<br><br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Thomas Moers Mayer<br>Attn: Robert Schmidt<br>Attn: Lauren Macksoud<br>Attn: Jennifer Sharret | **Attorneys for the United States Department of the Treasury**<br><br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Attn: John J. Rapisardi |
| **Attorneys for the Official Committee of Unsecured Creditors holding Asbestos-related Claims**<br><br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>35th Floor<br>New York, NY 10152-3500<br>Attn: Elihu Inselbuch<br>Attn: Rita C. Tobin | **Attorneys for the Official Committee of Unsecured Creditors holding Asbestos-related Claims**<br><br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Suite 1100<br>Washington, DC 20005<br>Attn: Trevor W. Swett III<br>Attn: Kevin C. Maclay |
| **Attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants**<br><br>Stutzman, Bromberg, Esserman & Plitka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX 75201<br>Attn: Sander L. Esserman<br>Attn: Robert T. Brousseau | **Attorneys for Export Development Canada**<br><br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attn: Michael J. Edelman<br>Attn: Michael L. Schein |

| | |
|---|---|
| United States Department of the Treasury<br>1500 Pennsylvania Avenue NW<br>Room 2312<br>Washington D.C. 20220<br>Attn: Joseph Samarias | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn: Tracy Hope Davis |
| General Motors, LLC<br>400 Renaissance Center<br>Detroit, MI 48265<br>Attn: Lawrence S. Buonomo | United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street<br>Third Floor<br>New York, NY 10007<br>Attn: David S. Jones<br>Attn: Natalie Kuehler |

9414807.1