The Honorable Robert E. Gerber
US Bankruptcy Judge
New York, N.Y.

37 - Olive Ave.
Rehoboth Beach, De.
19971

Dear Judge Gerber,

This is my second letter to you, which you probably will not acknowledge. For an 87 year old woman, this is a costly experience.

For over a year I've been bombarded with pages in many, many, brochures from Garden City Group Inc in Dublin, Ohio. Two came yesterday — two last week — It's harassment being reminded constantly of my loss to Gen. Motors. ($7100.00)

Whether the government loaned money to Gen. Motors, it was taxpayers money (me) so it seems illegal and certainly unethical to keep my common shares without some re-imbursement. I've heard they will honor the pre-ferred stocks. Seems so unfair, since my income is very limited.

My hands are tied — only you can help.

Thanks for any attention to this matter

Very Sincerely
Katherine Cole

phone:
302 227 7095