215 Lathrop Road
Syracuse, New York 13219

March 29, 2010

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, New York 10004

RE: Motors Liquidation Company, et al, f/k/a "General Motors Corp., et al.
Chapter 11 Case No 09-50026 (REG)

Claim # 70305

This letter serves as an objection to the expunging of my claim on the grounds that the claim is a duplicate of Dex-Cool Class Action Claim # 51095. Since I have not received anything in the form of a settlement from Dex-Cool Class Action Settlement, please do not disallow or expunge my claim against Motors Liquidation Company, et al, f/k/a "General Motors Corp., et al. Claim # 70305.

To date, I have not received any verification, (copies of documents), that my claim is a duplication of a satisfied claim. My name is Theresa M. McHugh and I have been living at 215 Lathrop Road, Syracuse, NY 13219 for over 30-years. If someone else by the name of Theresa M. McHugh was paid any kind of settlement from either Motors Liquidation Company, et al, f/k/a "General Motors Corp., et al or Dex Cool Class Action, please advise.

Furthermore, if you cannot present a copy of a claim settlement payment check with my signature as the endorsee, it must be clear to all interested parties that my claim, (#70305), remains an outstanding obligation in this matter.

Please review your records at both the Dex-Cool Class Action cases and the General Motors claim cases to verify the true situation.

Please be advised that I am profoundly concerned that the security of my identity might have been compromised in the Dex-Cool Class Action Settlement claim, (#51095). I therefore request any or all information about this claim so that I can pursue proper recourse as would be expected if criminal activity has indeed occurred.

Sincerely,

Theresa M. McHugh

Note: copies forwarded to all requestors, as was letter on 2/4/11