GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
　　　　mitchelln@gtlaw.com
　　　　baej@gtlaw.com
　　　　ticollg@gtlaw.com

*Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
MOTORS LIQUIDATION COMPANY, et al.,                             :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,                             :
                                                                :
                                                                :
                                   Debtors.                     :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

## MOTION FOR ADMISSION OF
## KEVIN D. FINGER *PRO HAC VICE*

I, John H. Bae ("Movant"), a member in good standing of the Bar of the State of New York and this Court and a shareholder of the law firm of Greenberg Traurig, LLP ("Greenberg Traurig"), hereby respectfully submit the following motion ("Motion") for the entry of an order permitting Kevin D. Finger, a shareholder of Greenberg Traurig, practicing in Greenberg Traurig's Chicago, Illinois office, to practice *pro hac vice*, before this Court to represent Appaloosa Management L.P.,

*NY 241,085,272v1*

Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC (each a "Noteholder" and collectively the "Noteholders"), pursuant to Local Bankruptcy Rule 2090-1(b), in the above-captioned cases. In support thereof, Movant respectively represents as follows:

1. Mr. Finger is licensed to practice law and is admitted, practicing and in good standing as a member of the Bar of the State of Illinois (1993). There are no disciplinary proceedings pending against Mr. Finger. Mr. Finger's address is Greenberg Traurig, LLP, 77 W. Wacker Drive, Ste. 3100, Chicago, IL 60601. Mr. Finger's email address is fingerk@gtlaw.com and his telephone number is 312.456.8419.

2. Movant requests that this Court grant this Motion so that Mr. Finger may file pleadings and appear and be heard at hearings in these cases.

3. Notice of the Motion has been given to the United States Trustee.

4. Upon approval of this Motion, the $25.00 fee shall be paid for Mr. Finger.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form annexed hereto, permitting Kevin D. Finger to appear *pro hac vice* as counsel for the Noteholders in the above-captioned cases and granting such further relief as is proper.

Dated: April 12, 2011
      New York, New York

GREENBERG TRAURIG, LLP

By: */s/ John H. Bae*
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:    zirinskyb@gtlaw.com

2

mitchelln@gtlaw.com
baej@gtlaw.com
ticollg@gtlaw.com

Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,                         :
                                                            :
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### ORDER ADMITTING
### KEVIN D. FINGER *PRO HAC VICE*

Upon the motion (the "Motion") of John H. Bae, a shareholder of Greenberg Traurig, LLP, counsel to Appaloosa Management L.P., Aurelius Capital Management, LP, Elliott Management Corporation, and Fortress Investment Group LLC (each a "Noteholder" and collectively the "Noteholders"), for the admission *pro hac vice* of Kevin D. Finger, counsel of the law firm of Greenberg Traurig, LLP, in connection with the above-referenced cases and all proceedings with respect to such cases; and it appearing that appropriate notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to Local Bankruptcy Rule 2090-1, the Motion for admission *pro hac vice* of Kevin D. Finger is granted, and that Kevin D. Finger is admitted to the bar of the United States Bankruptcy Court for the Southern District of New York for the limited purpose of representing the Noteholders in these cases and in any proceedings therein, subject to the payment of the filing fee with the Clerk of the Court.

Dated: New York, New York
_____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

NY241,085,272v1