GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
       mitchelln@gtlaw.com
       baej@gtlaw.com
       ticollg@gtlaw.com

*Counsel for Appaloosa Management L.P., Aurelius Capital Management, LP,
Elliott Management Corporation, and Fortress Investment Group LLC*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
MOTORS LIQUIDATION COMPANY, et al.,       :   Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,       :
                                          :
                                          :
                                          :
                                          :
                     Debtors.             :   (Jointly Administered)
                                          :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    Doreen Cusumano, being duly sworn, deposes and says:

    1)    I am not a party to this action, am over 18 years of age and am employed by the

law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

    2)    On April 12, 2011, I caused to be served a true and accurate copy of the ***Motion

For Admission Of Kevin D. Finger Pro Hac Vice*** [Docket No. 10070] via Regular Mail upon

*NY241,085,540v1*

the parties listed on the attached Exhibit A.

                                          /s/ Doreen Cusumano
                                          DOREEN CUSUMANO

Sworn to before me this
12th day of April, 2011

/s/ Elizabeth M Connolly
Elizabeth M Connolly
Notary Public State of New York
No. 02CO6213945
Qualified in New York County
Commission Expires 11/23/2013

NY241,085,540v1

# **EXHIBIT A**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq.,
and Joseph H. Smolinsky, Esq.

The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.; Andrea B. Schwartz;
Andrew D. Velez-Rivera; Brian Shoichi Masumoto

*NY241,085,540v1*