# Geoffrey S. Gulinson and Associates, P.C.
*Attorneys and Counselors*
The Colorado Club Building
4155 East Jewell Avenue, Suite # 402
Denver, Colorado 80222

---

Telephone: (303) 753-0037 / Facsimile: (303) 753-4599

April 5, 2011

United States Bankruptcy Court, S.D.N.Y.
One Bowling Green, Room 534
New York, NY  10004

Motors Liquidation Company
Attn: ADR Claims Team
2101 Cedar Springs Road, Suite 1100
Dallas, TX  75201

Motors Liquidation Company GUC Trust
C/o Wilmington Trust Company, as Trust Administrator
Wilmington Trust Company
Rodney Square North
1110 N. Market Street
Wilmington, DE  19890-1615



The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
PO Box 9386
Dublin, OH  43017-4286

    Re:   *Terry Cook v. Motors Liquidation*
            *Chapter 11 Bankruptcy, Case No. 09-50026 (REG)*
            *Proof of Claim No. 1428*

Dear Sir/Madam:

    Please be advised that Geoffrey S. Gulinson & Associates, P.C. is withdrawing its representation of Terry Cook in the above-referenced matter. Please direct all future correspondence, pleadings, etc... to the following:

                      Roger K. Adams, Esq.
                      Adams Law, LLC
              4200 E. 8th Avenue, Suite 101
                      Denver, CO  80220

April 5, 2011
Page 2

**AND**

Terry Cook
PO Box 33392
Northglenn, CO  80234

Thank you for your attention to this matter.  If you have any questions regarding the foregoing, please call.

Sincerely,

**Geoffrey S. Gulinson & Associates, P.C.**

Geoffrey S. Gulinson, Esq.

GSG/jll

cc:    Roger Adams, Esq.
       Terry Cook