# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 99-50026 <br> ☐ MLC of Harlem, inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporation Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | SC Johnson & Son, et al. <br> c/o Linda E. Benfield, as Hunt's Site Trustee <br> Foley & Lardner LLP <br> 777 E. Wisconsin Ave. <br> Milwaukee, WI 53202 |
| Claim Number (if known): | 60563 |
| Date Claim Filed: | Nov. 24, 2009 |
| Total Amount of Claim Filed: | $147,114.19 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 8, 2011

_Linda E. Benfield_

Print Name: Linda E. Benfield

Title (if applicable): Hunt's Site Trustee

MADI_2531136.1