KARPELAW
KAREL S. KARPE, P.C.
Karel S. Karpe, Esq.
44 Wall Street, 12th Floor
New York, NY 10005
Telephone: (212) 461-2250

And

BIALSON, BERGEN & SCHWAB
A Professional Corporation
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)

*Attorneys for Cisco Systems Capital Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., et al. | Case No.  **09-50026(REG)** |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 47941**
**FILED BY CISCO SYSTEMS CAPITAL CORPORATION**

PLEASE TAKE NOTICE that Cisco Systems Capital Corporation, by and through its undersigned counsel, hereby withdraws its Proof of Claim No. 47941 filed on November 25, 2009.

Dated:   New York, New York
             April 13, 2011

                                        Respectfully submitted,
                                        KarpeLaw
                                        Karel S. Karpe P.C.

                                        __/s/ Karel S. Karpe_____
                                        Karel S. Karpe, Esq.
                                        44 Wall Street, 12th Floor
                                        New York, NY 10005
                                        Telephone: (212) 461-2250

And

BIALSON, BERGEN & SCHWAB
A Professional Corporation
Thomas M. Gaa (*admitted in California*)
2600 El Camino Real, Suite 300
Palo Alto, California 94306

*Attorneys for Cisco Systems Capital Corporation*