# ALVIS & WILLINGHAM, LLP
### ATTORNEYS AT LAW

1400 Urban Center Drive • Suite 475 • Birmingham, Alabama 35242 • PHONE: 205-298-1011 • FAX: 205-298-1012

March 22, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

  RE: Stuart Russell, as Personal Representative of the Estate of Wendy Russell and/or Alvis & Willingham, LLP, Proof of Claim number 8

Dear Mr. Smolinsky:

  Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

  Stuart Russell, as Personal Representative of the Estate of Wendy Russell and/or
  Alvis & Willingham, LLP
  c/o U.S. Bank Corporate Trust Services
  60 Livingston Avenue
  EP-MN-WS3T
  St. Paul, MN 55107-2292
  Attn: Bridget Greiber
  (651) 495-3725
  (651) 495-8087 (fax)

  With Fax Copy to:
  Kyle J Lunde
  (206) 344-4677
  fax: (206) 344-4630

  You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Rick Alvis
Title: Attorney for Stuart Russell, as Personal Representative of the Estate of Wendy Russell

Cc:  The Garden City Group, Inc.
     Motors Liquidation Company Claims Agent
     PO Box 9386
     Dublin, OH 43017-4286

FLORENCE OFFICE: 205 South Seminary • Suite 215 • Florence, AL 35630 • PHONE: 256-740-8340 • FAX: 256-740-8203
MOBILE OFFICE: 1252 Dauphin Street • Mobile, Alabama 36604 • PHONE: 251-433-1747 • FAX: 251-433-0112
www.alvisandwillingham.com