Registered Mail.

→ **Nex Hearing on April 26th 2011, 9.45 a.m**

40, via Villafranca,
90141 Palermo, Italy.
liboriodisalvo@hotmail.it
April 8, 2011.

United States Bankrupty Court
Southern District of New York.
In re:
Motors Liquidation Company, et al.,
    f/K/a General Motors Corp., et al.
               Debtors.
Chapter 11. Case No. 09 - 50026 (REG).
( Jointly Administered).

To:
- A. Chamber of Honorable ROBERT E. GERBER, United
    States Bankruptcy Court, One Bowling Green,
    Room 621, New York, New York 10004-1408.

- B. /s/ JOSEPH H. SMOLINSKY.
    Harvey R. Miller.
    Stephen Karotkin.
    Joseph H. Snolinsky.

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue,
    New York, New York 10153.

    Attorneys for Debtors
    and Debtors in Possession.

Dear Sirs,
Following your "AMENDED NOTICE OF MATTERS SCHEDULED
            FOR HEARING ON MARCH 29, 2011."
    Location of Hearing: U.S. Bankruptcy Court for the
Southern Ditrict of New York, Alexander Hamilton U.S. Custom
House, before the Honorable Robert E. Gerber, U.S. Bankruptcy
Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408.
    Dated: New York, NY, March 25 & 28, 2011.
    III ADJOURNED MATTERS.
    10. Debtors' 140th Omnibus Objection to Claims
(Eurobond Deutsche Debt). (ECF No. 8307).
        Responses Filed.
        A. Objection to Debtors' Motion for Disallowing
           and Expunging Claim by LIBORIO DI SALVO,
           (ECF No. 9084).
        Additional Documents:
        B. Order Granting Debtors' 140th Omnibus Obje-
           ction to Claims (Eurobond Deutsche Debt
           Claims) (ECF No 9187).

- 1 -

Status: This matter is adjourned to <u>April 26, 2011.</u>

I confirm my letter dated Fefruary 21, 2011, sended with Registrd Mail No RA246324935IT, to Chamber of the Honorable Robert E. Gerber, U.S. Bankruptcy Court, One Bowling Green, Room 621, New York, N.Y. 10004-1408. INDIVIDUAL EUROBOND DEUTSCHE DEBIT CLAIMS. MR LIBORIO DI SALVO. CLAIM INFORMATION: Date 30/11/2009. Claim No 63622. Debtor: Motors Liquidation Company. Amount: Unsecured $151,000.00.

I wrote in this my letter:

"Honorable Mr Robert E. Gerber,
U.S. Bankruptcy Judge, Room 621, N.Y.

Following your Order Granting Debtors 140th Omnibus Objection to Claims (Eurobond Deustche Debit Claims), dated: Ney York, N.Y. February 10, 2011, tha claimant LIBORIO DI SALVO, with the Objection Adjouned to March 1, 2011, confirm:

(i) All the objection send to you, dated January 24, 2011, with the No2 copy of the FAX sended to London and Luxembourg Banks, i.e. Italian Registred Mail UPS Express No86838VK4D9G.

(ii) All the Claim's request dated November 20, 2009, send to your U.S. Bankruptcy Court for the Southern District of New York. Basis for Claim: Money Loaned, ISIN No XS0171942757. At June 1, 2009, $151,000.00 with Document's Summary enclosed, i.e. Italian Registrd Mail No RA 2579 6985 2 IT.

(iii) The Prof of Claim sended to you on January 25, 2010, with copy enclosed of General Motors Co!s Bonds deposited into Kredietbank, Luxembourg, with Kredietbank's document confined that the Bonds are held with Clearstream Banking S.A., Luxembourg, i.e. Italian Mail Registred No RA 2500 1243 5 IT.

I am waiting for received the distribution for my bond (The Eurobond Deutsche Debit Claim) and interest for the Bond of $ 151,000.00 at June 1, 2009, plus up to date interests and legal expenditures for the claim's procedure.

Yours faithfully, Mr Liborio Di Salvo."

Now I am waiting for your decision about this my credit.

Yours faithfully

*Liborio Di Salvo.*

Mr Liborio Di Salvo.

Encl. N°1 PDF

- 2 -