FOLEY & LARDNER LLP
Victor A. Vilaplana (*admitted pro hac vice*)
Jeffrey A. Soble (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

*Attorneys for Toyota Motor Corporation*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------X
In re:                                           :   Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, et al.,              :   Case No. 09-50026 (REG)
     f/k/a General Motors Corp., et al.          :
                                                 :   (Jointly Administered)
                               Debtors           :
                                                 :
-------------------------------------------------------------X
```

## SECOND LIMITED WITHDRAWAL OF LIMITED AND SUPPLEMENTAL OBJECTIONS OF TOYOTA MOTOR CORPORATION TO ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO

Toyota Motor Corporation ("TMC"), by its attorneys Foley & Lardner LLP, hereby submits this second limited withdrawal of its limited and supplemental objections to the Debtors' notices of assumption and assignment of certain executory contracts and the Debtors' proposed cure amounts related thereto ("Limited Withdrawal of Objections"). In support of its Limited Withdrawal of Objections, TMC states as follows:

1. On or about June 5, 2009, the Debtors disseminated to various contract counterparties a Notice of (I) Debtors' Intent to Assume and Assign Certain Executory Contracts, Unexpired Leases of Real Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "Assumption and Assignment Notice"), in

which the Debtors designated certain agreements between the Debtors and suppliers that may be assumed and assigned to Vehicle Acquisition Holdings LLC ("New GM").

2. On or about June 15, 2009, Motors Liquidation Company ("MLC") sent second Notices of (I) Debtors' Intent to Assume and Assign Certain Additional Executory Contracts, Unexpired Leases of Personal Property, and Unexpired Leases of Nonresidential Real Property and (II) Cure Amounts Related Thereto (the "June 15 Notices"), in which the Debtors designated a second set of certain agreements between TMC and the Debtors that may be assumed and assigned to New GM.

3. On or about June 19, 2009, TMC filed a Limited Objection to the Assumption and Assignment Notice (the "First Limited Objection").

4. On or about June 25, 2009, TMC filed a Supplemental Objection to the First Limited Objection (the "Supplemental Limited Objection").

5. On or about June 25, 2009, TMC filed a Limited Objection to the June 15 Notices (the "Second Limited Objection" together with the First Limited Objection and the Supplemental Limited Objection, the "Objections").

6. On or about January 12, 2010, TMC filed a limited withdrawal of the objections permitting the assumption and assignments of certain contracts ("First Limited Withdrawal").

7. Since filing the Objections and the First Limited Withdrawal, TMC has worked with New GM to identify additional contracts which the parties desire to have assumed and assigned to New GM. New GM has identified certain additional contracts which it would like to have assumed and assigned ("Additional Assumed Contracts"). The Additional Assumed Contracts are reflected on Exhibit A attached hereto.

8. With the exception of the First Limited Withdrawal, TMC's Objections remain on file with the Bankruptcy Court and have not been withdrawn.

9. TMC hereby withdraws its Objections to the assumption and assignment of the Additional Assumed Contracts and only the Additional Assumed Contracts.

Dated: April 13, 2011                    FOLEY & LARDNER LLP

*/s/* Matthew J. Riopelle
Victor A. Vilaplana (*admitted pro hac vice)*
Jeffrey A. Soble (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510

*Attorneys for Toyota Motor Corporation*

3

# EXHIBIT "A"

| Contract Date | VendMastID | Toyota Party Name | GM Party Name | Contract Name |
|---|---|---|---|---|
| 12/2/2003 | 5716-01056383 | Toyota Jidosha Kabushiki Kaisha | General Motors Corporation | Trademark Consent Agreement |
| 6/23/1999 | 5716-01056384 | Toyota Jidosha Kabushiki Kaisha | General Motors Corporation | Trademark Agreement |
| 3/6/2002 | 5716-01056385 | Toyota Motor Corporation | General Motors Corporation | Trademark Agreement |
| 3/6/2002 | 5716-01056386 | Toyota Motor Corporation | Saturn Corporation | Trademark Agreement |

FOLEY & LARDNER LLP
Victor A. Vilaplana (*admitted pro hac vice*)
Matthew J. Riopelle (*admitted pro hac vice*)
402 West Broadway, Suite 2100
San Diego, CA 92101
Telephone: (619) 234-6655
Facsimile: (619) 234-3510


FOLEY & LARDNER LLP
Jeffrey A. Soble (*admitted pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

*Attorneys for Toyota Motor Corporation*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | Case No. 09-50026 (REG) |
| Debtors | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
                                            )
COUNTY OF SAN DIEGO  )


I, Raechelle Hurst, being duly sworn depose and state:

1. I am employed by Foley & Lardner LLP, attorneys for Toyota Motor Corporation in the above-captioned Chapter 11 case. Our business address is 402 W. Broadway, Suite 2100; San Diego, CA 92101.

SDCA_1811586.1

2. On April 15, 2011, I caused service of the following document filed in the above-captioned case to be effected on the parties listed on **Exhibit A** by Court's ECF Notice and electronic mail: **Withdrawal of Toyota Motor Corporation's reservation of rights and Opposition to motion of Debtors for entry of an order estimating maximum amount of certain claims for purposes of establishing claims reserves under the debtors' amended joint chapter 11 plan**

3. On April 15, 2011, I caused service of the documents listed above to be effected on the parties as noted on **Exhibit B** via electronic mail and first class, postage prepaid by depositing same in a mail box maintained by the U.S. Postal Service.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: April 15, 2011

Raechelle Hurst

Subscribed and sworn to before me
this 15th day of April, 2011



MARCIA JAHELKA
Commission # 1922653
Notary Public - California
San Diego County
My Comm. Expires Feb 18, 2015

SDCA_1811586.1

# EXHIBIT "A"
## Via Court's ECF Notice and Email

| | |
|---|---|
| Attorneys for Debtor<br><br>Harvey R. Miller, Esq.<br>Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Ave<br>New York, NY 10153<br>harvey.miller@weil.com<br>stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com | Attorneys for the US Department of Treasury<br><br>John J. Rapisardi, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY 10281<br>john.rapisardi@cwt.com |
| Attorneys for Export Development Canada<br><br>Michael J. Edelman, Esq.<br>Michael L. Schein, Esq.<br>Vedder Price, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>MJEdelman@vedderprice.com<br>MSchein@vedderprice.com | Attorneys for Statutory Committee of Unsecured Creditors<br><br>Thomas Moers Mayer, Esq.<br>Amy Caton, Esq.<br>Lauren Macksoud, Esq.<br>Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>rschmidt@kramerlevin.com<br>lmacksoud@kramerlevin.com<br>jsharret@kramerlevin.com |
| Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos Related Claims<br><br>Elihu Inselbuch<br>Rita C. Tobin<br>Caplin & Drysdale<br>375 Park Ave., 35th Floor<br>New York, NY 10152-3500<br>ei@capdale.com<br>rct@capdale.com | Attorneys for the Official Committee of Unsecured Creditors Holding Asbestos Related Claims<br><br>Trevor W. Swett II<br>Caplin & Dysdale<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 2005<br>tws@capdale.com |

SDCA_1811586.1

| | |
|---|---|
| Attorneys for Dean M. Trafelet (Future Claimants' Representative)<br><br>Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>brousseau@sbep-law.com<br>esserman@sbep-law.com | |

SDCA_1811586.1

# EXHIBIT "B"
## Via Email and First Class Mail

| | |
|---|---|
| The Debtors<br>c/o Motors Liquidation Company<br>Attn: Ted Stenger<br>401 S. Old Woodward Ave., Suite 370<br>Birmingham, MI 48009<br>TStenger@alixpartners.com | General Motors, LLC<br>Joseph Sgroi, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>jsgroi@honigman.com |
| General Motors, LLC<br>Attn: Lawrence S. Buonomo, Esq.<br>300 Renaissance Center<br>Detroit, Michigan 48265<br>lawrence.s.buonomo@gm.com | Office of the US Trustee for the Southern District of New York<br>Tracy Hope Davis, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>ustrustee.program@usdoj.gov |
| U.S. Attorneys Office<br>SDNY<br>David S. Jones, Esq.<br>Natalie Kuehler, Esq.<br>86 Chambers Street, 3rd Fl.<br>New York, NY 10007<br>david.jones6@usdoj.gov<br>natalie.kuehler@usdoj.gov | United States Department of the Treasury<br>Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220<br>JOSEPH.SAMARIAS@DO.TREAS.GOV |

SDCA_1811586.1