**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

In re                                                          Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.,*                          Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.,*

     Debtors.                                          (Jointly Administered)

---------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

     **PLEASE TAKE NOTICE** that the Law Office of Ethan Ganc hereby appears as

local counsel of record for William Bradford Jones.

     **PLEASE TAKE FURTHER NOTICE** that the Law Office of Ethan Ganc

hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and

§§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that

all notices given or required to be given and all papers served or required to be served in this

case be given to and served on the undersigned at the address set forth below:

              Ethan D. Ganc, Esq.
              **LAW OFFICE OF ETHAN GANC**
              109 W 26th Street, Suite 4A
              New York, New York 10001
              Telephone: (212) 929-7500
              Email: ethan@ethanganclegal.com

     **PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of

the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to

in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections specified above,

but also includes, without limitation, notices of any application, complaint, demand, hearing,

motion, petition, pleading or request, whether formal or informal, whether written or oral and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise

which affect or seek to affect in any way, any of the rights or interests of Motors Liquidation

Company, *et al*.

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the

undersigned be added to the notice list for notice of all contested matters, adversary proceedings,

and other proceedings in these Chapter 11 cases.

Dated: New York, New York
     April 19, 2011

                               LAW OFFICE OF ETHAN GANC
                               Local Counsel to William Bradford Jones

                               By:     */s/ Ethan D. Ganc*
                                      Ethan D. Ganc, Esq.
                                        109 W 26th Street, Suite 4A
                                        New York, New York 10001
                                        (212) 929-7500

## **CERTIFICATION**

STATE OF NEW YORK          )
                          )          ss:
COUNTY OF NEW YORK          )

Ethan D. Ganc, Esq., being duly sworn, deposes and says:

I am principal of the law firm Law Office of Ethan Ganc and am admitted to practice before this Court.

I certify that on April 19, 2011, the attached Notice of Appearance has been served by e-mail and first class mail, postage prepaid, on Counsel to the Debtors, Weil Gotshal & Manges LLP, Attn: Harvey Miller, Esq., Joseph Smolinksy, Esq, and Stephen Karotkin, Esq., 767 Fifth Avenue, New York, NY 10153; Harvey.Miller@weil.com, Joseph.Smolinsky@weil.com, and Stephen.Karotkin@weil.com.


          /s/ Ethan D. Ganc
          Ethan D. Ganc

3