**NEW HEARING DATE AND TIME: May 17, 2011 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: May 10, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Confirmation Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*                    :
                                                               :
                              Debtors.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
OF THE ROMAN CATHOLIC DIOCESE OF PITTSBURGH AND
TRANSFIGURATION PARISH FOR RELIEF FROM THE AUTOMATIC STAY
UNDER SECTION 362 OF THE BANKRUPTCY CODE TO ALLOW FOR
PROSECUTION OF THE CIVIL LAWSUIT NOW PENDING IN THE
COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

PLEASE TAKE NOTICE THAT

The hearing on the Motion of The Roman Catholic Diocese of Pittsburgh and Transfiguration Parish for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code to Allow for Prosecution of the Civil Lawsuit Now Pending in the Court of Common Pleas of Allegheny Country, Pennsylvania (ECF No. 6872) (the "**Motion**"), which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on April 26, 2011 at 9:45 a.m.

(Eastern Time), has been adjourned to **May 17, 2011 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **May 10, 2011 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
April 19, 2011

/s/ *David R. Berz*
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
David R. Berz

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Confirmation Debtors