

**Butler, Wooten & Fryhofer LLP**

James E. Butler, Jr., P.C.*  Alan J. Hamilton
Joel O. Wooten, Jr.  Brandon L. Peak
George W. Fryhofer III **  John C. Morrison III
Matthew E. Cook  Tedra C. Hobson
Leigh Martin May  Mary K. Weeks
Kate S. Cook  Jeb Butler

* admitted in AL & GA    ** admitted in GA, MA, & TX

### NOTICE OF CHANGE OF ADDRESS

March 18, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

    RE: William Hardee and/or Butler, Wooten & Fryhofer, LLP, Proof of Claim number 50631

Dear Mr. Smolinsky:

    Effective immediately, all future payments, remittances, and disbursements concerning ONLY the general unsecured portion of the above-referenced proof of claim should be sent to the following address:

William Hardee and/or Butler, Wooten & Fryhofer, LLP
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence regarding ONLY the general unsecured portion of the above referenced proof of claim to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

    This change of address shall NOT apply to the administrative portion of the above-referenced proof of claim.

Very truly yours,

*/s/ Leigh Martin May*
Name: Leigh Martin May
Title: Attorney for William Hardee

cc:    The Garden City Group, Inc.
    Motors Liquidation Company Claims Agent
    PO Box 9386
    Dublin, OH 43017-4286

---

**REPLY TO Atlanta:**
2719 Buford Highway • Atlanta, GA 30324 • 404.321.1700 • 1.800.242.2962 • FAX 404.321.1713

**Columbus Office**
105 13th Street • Columbus, GA 31901 • 706.322.1990 • 1.800.233.4086 • FAX 706.323.2962
P.O. Box 2766 • Columbus, GA 31902
www.butlerwooten.com