CROWELL & MORING LLP
Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, New York 10022-2524
(212) 223-4000 Telephone
(212) 895-4201 Facsimile
Attorneys for Revitalizing Auto Communities
    Environmental Response Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MOTORS LIQUIDATION COMPANY, et al.,**  ) <br>    **f/k/a General Motors Corp., et al.**      ) <br>                                                    ) <br>                  **Debtors,**              ) <br>                                                      )  | Chapter 11 <br><br> Case No. 09-50026 (REG) <br><br> JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE AND**
**<u>DEMAND FOR SERVICE OF PAPERS</u>**

S I R S:

      PLEASE TAKE NOTICE, that the REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST ("RACER") hereby appears by its counsel, Crowell & Moring LLP, and demands, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorney on its behalf, at the address set forth below, attention:

      **Michael V. Blumenthal, Esq.**
      **Crowell & Moring LLP**
      **590 Madison Avenue, 19th Floor**
      **New York, New York 10022**
      **(212) 223-4000 Tel**
      **(212) 895-4201 Fax**
      **E-mail: mblumenthal@crowell.com**

      PLEASE TAKE FURTHER NOTICE, the foregoing demand includes not

only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, objection, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to subject RACER to the jurisdiction of the Bankruptcy Court or waive RACER's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which RACER is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
April 20, 2011

Respectfully Submitted,

CROWELL & MORING LLP
Attorneys for REVITALIZING AUTO COMMUNITIES
 ENVIRONMENTAL RESPONSE TRUST
590 Madison Avenue, 19th Floor
New York, New York 10022
(212) 223-4000

By:   /s/ Michael V. Blumenthal
      Michael V. Blumenthal, Esq.