UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Motors Liquidation Company, Case No. 09-50026 (REG) |
|---|---|
| Creditor Name and Address: | Charles Blackwell and State Farm Mutual Automobile Insurance Company<br>Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, Ohio 43215 |
| Claim Number: | 50977 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $19,486.88 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4/13/11

Maria Fisher, Claims Representative