UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                     :
                                                             :
                           Debtors.                          :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Tim J. Robinson, Esq., request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent The Standard Register Company, Kelsey-Hayes Company, Northrop Grumman Systems Corporation, Valleycrest Landfill Site Group, and Cargill, Incorporated, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Ohio, and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated:  April 21, 2011                          DINSMORE & SHOHL LLP

                                                */s/ Tim J. Robinson*
                                                Tim J. Robinson, Esq.
                                                255 East 5th St., Ste. 1900
                                                Cincinnati, OH  45202
                                                Tel: (513) 977-8200
                                                Fax: (513) 977-8141
                                                tim.robinson@dinslaw.com

1933840.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
In re                                                  :          Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,    :          09-50026 (REG)
     f/k/a **General Motors Corp.,** *et al.*          :
:
                              Debtors.                 :          (Jointly Administered)
:
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Tim J. Robinson, Esq., to be admitted, ***pro hac vice***, to represent The Standard Register Company, Kelsey-Hayes Company, Northrop Grumman Systems Corporation, Valleycrest Landfill Site Group, and Cargill, Incorporated (collectively, the "Clients"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the Sate of Ohio, and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Tim J. Robinson, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: _____, 2011
      New York, New York                      _____
                                              UNITED STATES BANKRUPTCY JUDGE

1933840.1