**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                          :
In re                                     :          **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.,* :          **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* :
                                          :
       **Debtors.**             :          **(Jointly Administered)**
                                          :
----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON APRIL 26, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton U.S. Custom House, before the
Honorable Robert E. Gerber, United States Bankruptcy Judge,
Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.      CONTESTED MATTERS

1.      Debtors' Objection to Proof of Claim Nos. 00136, 00552, 07020, 09072,
14901, 19246, and 19247 filed by Sharyl L. Carter (**ECF No. 9096**)

Responses Filed:

    A.      Letter filed by Sharyl Y. Carter (**ECF No. 9435**)

    B.      Letter filed by Sharyl Y. Carter (**ECF No. 9437**)

Replies Filed:

    C.      Motors Liquidation Company GUC Trust's Reply to Response
of Sharyl Y. Carter Opposing Debtors Objection to Proof of
Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and
19247 (**ECF No. 10109**)

Additional Documents:      None to date.

**Status:**      This matter is going forward.

2.       Debtors' Objection to Proof of Claim No. 70285 Filed by Stanley R. Stasko (**ECF No. 9095**)

Responses Filed:

    A.       Response to Debtors' Objection to Proof of Claim No. 70285 filed by Stanley R. Stasko (**ECF No. 9250**)

    B.       Response to Debtors' Objection to Proof of Claim No. 70285 filed by Stanley R. Stasko (**ECF No. 9289**)

Replies Filed:

    C.       Debtors' Reply to Stanley Stasko's Responses to the Debtors' Objection to Proof of Claim No. 70285 (**ECF No. 9598**)

Additional Documents:       None to date.

**Status:**       This matter is going forward.

3.       Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

Responses Filed:

    A.       City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

    B.       Response to the Ninety-Eighth Omnibus Objection by Sherif Rafik Kodsy (the "**Kodsy Response**") (**ECF No. 7309**)

        1.       Sherif Rafik Kodsy's Objection to the Debtors' Reply (**ECF No. 10039**)

        2.       Amendment of Letters of Correspondence with Debtors by Sherif Rafik Kodsy (**ECF No. 10068**)

Replies Filed:

    C.       Debtors' Reply to Response of Sherif R. Kodsy Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9874**)

Additional Documents:

    D.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**    This matter is going forward only with respect to the Kodsy Response. This matter is adjourned as to the Detroit Response to May 17, 2011, at 9:45 a.m.

4.    Debtors' 217th Omnibus Objection to Claims (Duplicate Claims Filed by Individual Members of the Dex-Cool Class) (**ECF No. 9907**)

    Responses Filed:

    A.    Response by Joan M. Waldrop (the "**Waldrop Response**") (Informal Response)

    Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Theresa M. McHugh's and Joan M. Waldrop's Responses to Omnibus Objections to Duplicate Claims Filed by Individual Members of the Dex-Cool Class (Omnibus Objection Nos. 217 and 218) (**ECF No. 10110**)

    Additional Documents:    None to date.

**Status:**    This matter is going forward on a contested basis with respect to the Waldrop Response. Additionally, as this omnibus objection is being heard for the first time, this matter is going forward on an uncontested basis with respect to each claimant that did not file a response.

5.    Debtors' 218th Omnibus Objection to Claims (Duplicate Claims Filed by Individual Members of the Dex-Cool Class) (**ECF No. 9908**)

    Responses Filed:

    A.    Response by Theresa M. McHugh (the "**McHugh Response**") (**ECF No. 10066**)

    B.    The Waldrop Response (Informal Response).

Replies Filed:

    C.    Motors Liquidation Company GUC Trust's Reply to Theresa M. McHugh's and Joan M. Waldrop's Responses to Omnibus Objections to Duplicate Claims Filed by Individual Members of the Dex-Cool Class (Omnibus Objection Nos. 217 and 218) (**ECF No. 10110**)

Additional Documents:    None to date.

**Status:**    This matter is going forward on a contested basis with respect to the McHugh Response and the Waldrop Response.  Additionally, as this omnibus objection is being heard for the first time, this matter is going forward on an uncontested basis as to each claimant that did not file a response.

## II.    UNCONTESTED MATTERS

1.    Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 and Fed. R. Civ. P. 23 Approving Agreement Resolving Proof of Claim No. 51093 and Implementing Modified Class Settlement (**ECF No. 9805**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    Note to date.

**Status:**    This matter is going forward.

2.    Motion of Debtors for Entry of Order Pursuant to Fed. R. Bankr. P. 9019 and Fed. R. Civ. P. 23 Approving Agreement Resolving Proof of Claim No. 51095 and Implementing Modified Dex-Cool Class Settlement (**ECF No. 9905**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward.

3.    Debtors' Objection to Proof of Claim No. 28231 filed by Isaac Oliva
(**ECF No. 9904**)

    <u>Responses Filed</u>:      None to date.

    <u>Replies Filed</u>:        None to date.

    <u>Additional Documents</u>:      None to date.

    **<u>Status</u>:**      This matter is going forward.

4.    Motion of David Irwin for Relief From the Automatic Stay to Conduct
Limited Intrusive Testing of Debtors' Property (**ECF No. 9770**)

    <u>Responses Filed</u>:      None to date.

    <u>Replies Filed</u>:        None to date.

    <u>Additional Documents</u>:      None to date.

    **<u>Status</u>:**      The parties have reached a stipulation to resolve this
matter, which will be submitted to the Court at the hearing.

5.    Motion for Relief from the Automatic Stay by Dave Shostack (**ECF No.
8161**)

    <u>Responses Filed</u>:

      A.    Debtors' Opposition to the Motion of Dave Shostack for Relief
from the Automatic Stay (**ECF No. 8529**)

        1.    Debtors' Sur-Reply to the Motion of Dave Shostack for
Relief from the Automatic Stay  (**ECF No. 9938**)

    <u>Replies Filed</u>:

      B.    Affidavit in Opposition to Debtors' Opposition to Dave
Shostack's Motion for Relief from Automatic Stay and Affidavit
of Service filed by Dave Shostack (**ECF No. 9129**)

        1.    Affidavit in Opposition to Defendant Debtors' Sur-Reply
by Dave Shostack (**ECF No. 10036**)

        2.    Letter to Judge Gerber Rejecting the Defendant's Sur-
Reply by Dave Shostack (**ECF No. 10038**)

Additional Documents:

C.      Letter Request to Proceed as a Poor Person by Dave Shostack (**ECF No. 8163**)

D.      Motion to Seal to Request to Proceed In Forma Pauperis by Dave Shostack (**ECF No. 8357**)

E.      Endorsed Order Granting David Shostack's Motions to Waive the Filing Fee and to File Under Seal (**ECF No. 8361**)

F.      Endorsed Order Granting Dave Shostack an Extension of Time to Respond to Opposition Papers (**ECF No. 8921**)

G.      Endorsed Order Granting Dave Shostack's an Extension of Time to Respond to Debtors' Objection to his Motion to Lift Stay (**ECF No. 9021**)

H.      Endorsed Order Granting Dave Shostack an Extension of Time to File Sur-Reply (**ECF No. 9814**)

I.      Endorsed Order Denying Dave Shostack Additional Time to Reject Debtors' Sur-Reply (**ECF No. 9965**)

**Status:**     The parties are finalizing a stipulation to resolve this matter, which is expected to be submitted to the Court at the hearing.  If a consensual resolution is not reached by then, this matter will be adjourned to May 17, 2011, at 9:45 a.m.

6.      Debtors' Objection to Claim Nos. 67121 and 67122 (**ECF No. 8878**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**     The parties are finalizing a stipulation to resolve this matter, which is expected to be submitted to the Court at the hearing.  If a consensual resolution is not reached by then, this matter will be adjourned to May 17, 2011, at 9:45 a.m.

7.      Debtors' Fifteenth Omnibus Objection to Claims (Amended and
        Superseded Claims) (**ECF No. 6253**)

        Responses Filed:

        A.      Response by Richard and Elise Birdsall (the "**Birdsall
                Response**") (**ECF No. 6089**)

        Replies Filed:                  None to date.

        Additional Documents:

        B.      Order Granting Debtors' Fifteenth Omnibus Objection to Claims
                (Amended and Superseded Claims) (**ECF No. 6209**)

        **Status:**         The parties are finalizing a stipulation to resolve this
                            matter, which is expected to be submitted to the Court at
                            the hearing.  If a consensual resolution is not reached by
                            then, this matter will be adjourned to May 17, 2011, at 9:45
                            a.m.  After the resolution of the Birdsall Response, this
                            omnibus objection will be completely resolved.

8.      Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt
        Claims) (**ECF No. 8304**)

        Responses Filed:

        A.      Letter re: Claim No. 65396 by Gerhard Vogt (the "**Vogt
                Response**") (**ECF Nos. 7096, 8939**)

        B.      Response in form of a letter by Guntbert Horn (the "**Horn
                Response**") (**ECF No. 9042**)

        Replies Filed:                  None to date.

        Additional Documents:

        C.      Order Granting Debtors' 137th Omnibus Objection to Claims
                (Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

        **Status:**         This matter is going forward on an uncontested basis with
                            respect to the Horn Response, as the claimant no longer
                            contests the omnibus objection.  This matter is adjourned
                            with respect to the Vogt Response, to May 17, 2011 at 9:45
                            a.m.

9.      Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt)
(**ECF No. 8305**)

Responses Filed:

    A.      Objection to Debtors' 138th Omnibus Objection to Claims by
Ingrid Herzele (the "**Herzele Response**") (**ECF No. 9043**)

Replies Filed:                          None to date.

Additional Documents:

    B.      Order Granting Debtors' 138th Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9185**)

**Status:**      This matter is going forward on an uncontested basis with
respect to the Herzele Response, as the claimant no longer
contests the omnibus objection.  This resolves the 138th
Omnibus Objection to Claims.

10.     Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt)
(**ECF No. 8310**)

Responses Filed:

    A.      Response to MLC's Notice of Objection, by Rainer D. Lemcke
(the "**Lemcke Response**") (**ECF No. 9077**)

    B.      Response to Debtors' Motion, by Paul Schwake (the "**Schwake
Response**") (**ECF No. 9083**)

Replies Filed:                          None to date.

Additional Documents:

    C.      Order Granting Debtors' 143rd Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**      This matter is going forward on an uncontested basis with
respect to the Lemcke Response, as the claimant no longer
contests the omnibus objection.  This matter is adjourned
with respect to the Schwake Response, to May 17, 2011 at
9:45 a.m.

11. Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt)
(**ECF No. 8308**)

Responses Filed:

A. Response to Debtors' 141st to Omnibus Objection to Claims by
Jochen Baderschneider (the "**Baderschneider Response**")
(**ECF No. 8796**)

Replies Filed:                None to date.

Additional Documents:

B. Order Granting Debtors' 141st Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9188**)

**Status:**        This matter is going forward on an uncontested basis with
respect to the Baderschneider Response, as the claimant no
longer contests the omnibus objection. This resolves the
141st Omnibus Objection to Claims.

## III.    ADJOURNED MATTERS

1. Status Conference - *NCR Corporation v. General Motors Corporation, et
al.*, Adv. Proc. No. 11-09400 (REG)

**Status:**        This matter is adjourned to May 17, 2011 at 9:45 a.m.

2. Status Conference - *Rodolfo Fidel Mendoza v. General Motors, LLC*, Adv.
Proc. No. 10-08900 (REG)

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m.

3. Debtors' Objection to Administrative Proof of Claim No. 70842 filed by
New United Motor Manufacturing, Inc. (**ECF No. 9423**)

Responses Filed:           None to date.

Replies Filed:              None to date.

Additional Documents:      None to date.

**Status:**        This matter is adjourned to May 17, 2011 at 9:45 a.m.

4. Debtors' Objection to Administrative Claim No. 70792 filed by John
Mealer (**ECF No. 9479**)

Responses Filed:

    A.    Creditor's Response, Objection and Motion to Deny the Relief Requested in Debtors' Objection, Disagreement and Motion to Deny Entry of Order Disallowing and Expunging Administrative Claim No. 70792 filed by John Lewis Mealer (**ECF No. 9834**)

    B.    Emergency Addition to (Creditor's Principal Brief) filed by John Lewis Mealer (**ECF No. 9918**)

    C.    Response and Clarification, to Debtors' Reply to John Mealer's Response to Debtors' Objection to John Mealer's Administrative Claim No. 70792 filed by John Lewis Mealer (**ECF No. 10040**)

Replies Filed:

    D.    Debtors' Reply to John Mealer's Response to the Debtors' Objection to Administrative Claim No. 70792 (**ECF No. 9898**)

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m.

5.    Debtors' Objection to Administrative Proof of Claim No. 70908 filed by Lorin W. Tate (**ECF No. 9455**)

Responses Filed:

    A.    Response to Notice of Debtors' Objection to Administrative Proof of Claim No. 70908 filed by Lorin W. Tate (**ECF No. 10106**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m.

6.    Motion for Relief from Stay filed by the Roman Catholic Diocese of Pittsburgh and Transfiguration Parish (**ECF No. 6872**)

Responses Filed:    None to date.

Replies Filed:    None to date.

    Additional Documents:      None to date.

    **Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m.

7.    Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

    Responses Filed:      None to date.

    Replies Filed:      None to date.

    Additional Documents:      None to date.

    **Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m.

8.    Motion of Sentry Select Insurance Company for Reconsideration of Claim No. 44306 (**ECF No. 9933**)

    Responses Filed:      None to date.

    Replies Filed:      None to date.

    Additional Documents:      None to date.

    **Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m.

9.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

    Responses Filed:

        A.    Objection to Motion by Impact Group (**ECF No. 6240**)

        B.    Consumers Energy (Informal Response)

        C.    OCE (Informal Response)

    Replies Filed:      None to date.

    Additional Documents:

        D.    Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**       This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

10.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

   A.    Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

   B.    Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in This Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented With My Claim No. 44240; and For Other Purposes [Timely or By Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

   C.    Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

   D.    Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

   E.    Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

Replies Filed:                None to date.

Additional Documents:

   F.    Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**       This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

11.     Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:                       None to date.

Additional Documents:

B.      Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

C.      Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**        This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

12.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

A.      The DeMassi Response (**ECF No. 6454**)

Replies Filed:                       None to date.

Additional Documents:

B.      Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

C.    Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

13.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. ("295 Park") by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

C.    Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

14.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

Responses Filed:

A.    Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

    B.       Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

    C.       Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

    D.       Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

Replies Filed:             None to date.

Additional Documents:

    E.       Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**        This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

15.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

Responses Filed:

    A.       Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second Omnibus Objection to Claims" (**ECF No. 7022**)

Replies Filed:             None to date.

Additional Documents:

    B.       Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

**Status:**        This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

16.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits
       Claims of Retired and Former Salaried and Executive Employees) (**ECF
       No. 6740**)

       Responses Filed:

              A.      Objection and Response to Debtors' Eighty-Third Omnibus
                      Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire
                      (**ECF No. 6972**)

              B.      Response and Objection to Debtors' Eighty-Third Omnibus
                      Objections to Claims by Linda K. Bellaire (**ECF No. 7076**)

              C.      Robert R. Hickman (**Informal Response**)

              D.      Darlene M. Schneider (**Informal Response**)

              E.      David E. Turner (**Informal Response**)

              F.      Calvin H. Purnell (**Informal Response**)

              G.      Alfred McMullen (**Informal Response**)

              H.      Joseph Cobble Jr. (**Informal Response**)

       Replies Filed:               None to date.

       Additional Documents:

              I.      Order Granting Eighty-Third Omnibus Objection to Claims
                      (Welfare Benefits Claims of Retired and Former Salaried and
                      Executive Employees) (**ECF No. 7215**)

              **Status:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and
                      may be subject to further adjournments.  If this matter goes
                      forward on May 17, 2011, claimants will be notified
                      through letter sent by May 10, 2011.

17.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion
       Requesting Enforcement of the Bar Date Orders (Late-Filed Claims)
       (**ECF No. 6996**)

       Responses Filed:

              A.      Response to Debtors' Eighty-Ninth Objection to Claim by
                      Gerald A. Kolb (**ECF No. 7367**)

B.      Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims
        and Motions Requesting Enforcement of a Bar Dated Orders
        (Late-Filed Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

C.      Response in form of letter re: car accident claim by Felipe
        Esquibel (**ECF No. 7407**)

D.      Response in form of letter by John Pierro (**ECF No. 7563**)

E.      Monty R. and Lisa K. Henderson (**Informal Response**)

Replies Filed:                  None to date.

Additional Documents:

F.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to
        Claims and Motion Requesting Enforcement of the Bar Date
        Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and
                may be subject to further adjournments.  If this matter goes
                forward on May 17, 2011, claimants will be notified
                through letter sent by May 10, 2011.

18.     Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting
        Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

        Responses Filed:

        A.      Pearly M. Jones (**Informal Response**)

        B.      Faye M. Tompach (**Informal Response**)

        Replies Filed:                  None to date.

        Additional Documents:

        C.      Order Granting Debtors' Ninetieth Omnibus Objection to
                Claims and Motion Requesting Enforcement of Bar Date Orders
                (Late-Filed Claims) (**ECF No. 7669**)

**Status:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and
                may be subject to further adjournments.  If this matter goes
                forward on May 17, 2011, claimants will be notified
                through letter sent by May 10, 2011.

19.    Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

    A.    Barry E. Herr (**Informal Response**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

20.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

Responses Filed:

    A.    Cecilia N. Best, Trustee (**Informal Response**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

21.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

Responses Filed:

    A.    Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

Replies Filed:          None to date.

Additional Documents:

B.    Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

22.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

A.    Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

B.    Sarlower Olivier Tibbs (**Informal Response**)

Replies Filed:          None to date.

Additional Documents:

C.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

23.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

A.    Sharron S. Reyes (**Informal Response**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

24.      Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

    Responses Filed:

    A.      Sharon A. Bell (**ECF No. 7492**)

    Replies Filed:      None to date.

    Additional Documents:      None to date.

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

25.      Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

    Responses Filed:

    A.      Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

    B.      Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

    C.      Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

    D.      Response in form of letter by George Leedom (**ECF No. 7401**)

    E.      George W. Conrad (**Informal Response**)

    Replies Filed:      None to date.

Additional Documents:

    F.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

26.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

    A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

27.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

    A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

28.      Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

A.      Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

B.      Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

C.      Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

D.      Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

E.      Affirmation in Opposition by Sandra Caccoma (**ECF No. 8831**)

F.      Timothy Roberts (Informal Response)

Replies Filed:      None to date.

Additional Documents:

G.      Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

29.     Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:

    A.    Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

    B.    David Scott (Informal)

    C.    Thomas L. & Donna L. Kracker (Informal)

Replies Filed:        None to date.

Additional Documents:

    D.    Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**<u>Status:</u>**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

30.     Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

    A.    Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

    B.    Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

    C.    Richard P. McManama (**Informal Response**)

Replies Filed:        None to date.

Additional Documents:

    D.    Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**   This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

31.   Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

A.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

B.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

C.   Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

D.   Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

E.   Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

F.   Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

G.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

H.   Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

I.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

Replies Filed:                None to date.

- 24 -

Additional Documents:

    J.    Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

32.    Debtors' 118th Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) (**ECF No. 8203**)

Responses Filed:

    A.    Response of the Third Site Trust Fund to Debtors' 118th Omnibus Objection to Claims (**ECF No. 8841**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 118th Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) (**ECF No. 9164**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

33.    Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

Responses Filed:

    A.    Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus Objection to Claims (Claim Nos. 68626 & 66661) (**ECF No. 8800**)

    B.    Response to Motion of Debtors' 120th Omnibus Objection to Claims by Sentry Insurance a Mutual Company and Sentry Select Insurance Company (**ECF No. 8838**)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 9166**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

34.    Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8272**)

Responses Filed:

    A.    Response of James E. Lockhart to Notice of Debtors' 126th Omnibus Objection to Claims (**ECF No. 8818**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9172**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

35.    Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8302**)

Responses Filed:

    A.    D. Andreas Hesse (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9181**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes

forward on May 17, 2011, claimants will be notified
through letter sent by May 10, 2011.

36.     Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt)
(**ECF No. 8307**)

Responses Filed:

    A.     Objection to Debtors' Motion for Disallowing and Expunging
Claim by Liborio Di Salvo (**ECF No. 9084**)

        1.     Response in form of letter by Liborio Di Salvo (**ECF No.
10087**)

Replies Filed:          None to date.

Additional Documents:

    B.     Order Granting Debtors' 140th Omnibus Objection to Claims
(Eurobond Deutsch`e Debt Claims) (**ECF No. 9187**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and
may be subject to further adjournments.  If this matter goes
forward on May 17, 2011, claimants will be notified
through letter sent by May 10, 2011.

37.     Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8820**)

Responses Filed:

    A.     Response to Debtors' 147th Omnibus Objection to Claims
(Claims for Equity Interests) by David Radke (**ECF No. 9285**)

    B.     Objection to Debtors' 147th Omnibus Objection to Claims
(Claims for Equity Interests) by Dale R. Spirnak (**ECF No.
9291**)

    C.     Claudette Ellison (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    D.     Order Granting Debtors' 147th Omnibus Objection to Claims
(Claims for Equity Interests) (**ECF No. 9607**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

38.      Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8821**)

Responses Filed:

    A.    Response to Claim Objection by Thomas Jarusinski (**ECF No. 9076**)

Replies Filed:      None to date.

Additional Documents:

    B.    Order Granting Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9608**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

39.      Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8824**)

Responses Filed:

    A.    Objection to Debtors' 151st Omnibus Objection to Claims by Mark F. Hasson III (**ECF No. 9287**)

    B.    Lindell L. Estes (Informal Response)

    C.    Barney J. Rosso (Informal Response)

Replies Filed:      None to date.

Additional Documents:

    D.    Corrected Order Granting Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9614**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes

forward on May 17, 2011, claimants will be notified
through letter sent by May 10, 2011.

40.    Debtors' 152nd Omnibus Objection to Claims (Claims for Equity
       Interests) (**ECF No. 8825**)

       Responses Filed:

       A.    Objection to Motion to Debtors' 152nd Omnibus Objection
             Claims (Claims for Equity Interests) by Patricia Jarusinski (**ECF
             No. 9817**)

       B.    Nelly Bauer-Rollandin (Informal Response)

       Replies Filed:              None to date.

       Additional Documents:

       C.    Order Granting Debtors' 152nd Omnibus Objection to Claims
             (Claims for Equity Interests) (**ECF No. 9612**)

       **Status:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and
                       may be subject to further adjournments.  If this matter goes
                       forward on May 17, 2011, claimants will be notified
                       through letter sent by May 10, 2011.

41.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity
       Interests) (**ECF No. 8826**)

       Responses Filed:

       A.    Response to Motion to Debtors' 153rd Omnibus Objection to
             Claims (Claims for Equity Interests) by Ruth Meyer (**ECF No.
             9075**)

       B.    Objection to Debtors' 153rd Omnibus Objection to Claims
             (Claims for Equity Interests); Debtors' 172nd Omnibus
             Objection to Claims (Welfare Benefits Claims of Retired and
             Former Salaried and Executive Employees) and Debtors' 174th
             Omnibus Objection to Claims (Welfare Benefits Claims of
             Retired and Former Salaried and Executive Employees by Ron
             Tanciar (**ECF Nos. 9308, 9368**)

       C.    Response to Debtors' 153rd Omnibus Objection to Claims
             (Claims for Equity Interests) and Debtors' 155th Omnibus
             Objection to Claims (Claims for Equity Interests) by Daniel
             Plouffe (**ECF No. 9894**)

Replies Filed:                    None to date.

Additional Documents:

    D.    Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

42.    Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8827**)

Responses Filed:

    A.    Response to Debtors' 154th Omnibus Objection to Claims by Carroll R. Waters (**ECF No. 9347**)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9617**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

43.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

    A.    Response to Debtor's Motion Re: Claim Amount by Hugo Anderson (**ECF No. 9222**)

        1.    Letter Response to Claim Objection, by Hugo Anderson (**ECF No. 9925**)

    B.    Response To Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (**ECF Nos. 9403, 9894**)

    C.    Domencia S. Dittmeier (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    D.    Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

44.    Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8829**)

Responses Filed:

    A.    Response to Debtors' Motion Re: Claim No. 68114 by Edmund J. Sterniak Jr. (**ECF No. 9356**)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9625**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

45.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.    Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

46.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.    Response of Modcomp, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9349**)

    B.    Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    C.    Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:                None to date.

Additional Documents:

    D.    Order Granting Debtors' 160th Omnibus Objection to Claims (Claims by General Motors LLC) (**ECF No. 9630**)

**Status**:    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

47.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.    Lapeer Metal Stamping Companies, Inc.'s Response in Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9322**)

    B.    Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    C.    Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

D.     Crown Equipment Corporation's Response to the Debtors' 161st Omnibus Objection to Claims (**ECF No. 9351**)

E.     Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

F.     Johann Hay GmbH & Co KG (Informal Response)

G.     Carrier Corp. (Informal Response)

H.     Moody's Investors Service (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

I.     Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:         This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

48.     Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8844**)

Responses Filed:

A.     John N. Graham, Trustee (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

B.     Order Granting Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9632**)

**Status:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

49.     Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

Responses Filed:

    A.      Jack Wendall and Freda Peterson (Informal Response)

    B.      Marian S. Morelli (Informal Response)

    C.      Marion and Della Goble (Informal Response)

Replies Filed:           None to date.

Additional Documents:

    D.      Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

50.      Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

    Responses Filed:

    A.      Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

    Replies Filed:           None to date.

    Additional Documents:

    B.      Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

51.      Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

    Responses Filed:

    A.      Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

    B.      Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (**ECF No. 9344**)

    C.      Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

    D.      Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny (**ECF No. 9408**)

    E.      James Hoerig (Informal Response)

    F.      Brandon J. Davis (Informal Response)

    G.      Rachel L. Boodram (Informal Response)

    H.      Ronald L. Phillips (Informal Response)

    I.      Sudie M. Venable (Informal Response)

    J.      Deanna M. Lesser (Informal Response)

    K.      Wayne Hutchinson (Informal Response)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    L.      Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

**<u>Status</u>:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

52.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

    <u>Responses Filed</u>:

    A.      ATEL Leasing Corporation (Informal Response)

    B.      Noreen Glaspie (Informal Response)

Replies Filed:

    C.    Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.    Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

53.    Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

    A.    Robert Nann (the "**Nann Response**") (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9702**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

54.    Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

Responses Filed:

    A.    Response to Objection Duplicate Debt Claims by Alma G. Haller (**ECF No. 9292**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9706**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

55.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

    A.    Frances L. Kelleher (**Informal Response**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

56.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

    A.    Response to Debtors' 208th Omnibus Objection to Claim by Dearborn Refining Site Customers PRP Group (**ECF No. 9318**)

    B.    Response of Northrop Grumman Systems Corporation to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9328**)

    C.    Response of Kelsey-Hayes Company to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9329**)

    D.    Response of the Standard Register Company to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9330**)

E.      Response of Cargill, Incorporated to Debtors' 208th Omnibus
        Objection to Claims (**ECF No. 9332**)

F.      Response of Chemclene Site Defense Group to Debtors' 208th
        Omnibus Objection to Claims (**ECF No. 9333**)

G.      Response of NCR Corporation in Opposition to Debtors' 208th
        Omnibus Objection to Claims (**ECF No. 9339**)

H.      Response of United Technologies Corporation to Debtor's 208th
        Omnibus Objection to Claims (**ECF No. 9380**)

I.      Response to Debtors' 208th Omnibus Objection to Claims by
        Honeywell International Inc. (**ECF No. 9872**)

J.      Response of Kettering University to Debtors' 208th Omnibus
        Objection to Claims (**ECF No. 9843**)

K.      Flowserve Corporation f/k/a the Duriron Company's Response
        to Debtors' 208th Omnibus Objection to Claims (Docket No.
        8945) (**ECF No. 9857**)

L.      Response of Ford Motor Company to Debtors' 208th Omnibus
        Objection to Claims (**ECF Nos. 9840**)

M.      Response of the Rose Township Group to the Debtors' 208th
        Omnibus Objection to Claims (Akzo Nobel Coatings, Inc., CNA
        Holdings LLC, Detrex Corporation holding Claim No. 51294,
        Federal Screw Works, Ford Motor Company, Michelin North
        America, TRW Automotive US LLC) (**ECF No. 9850**)

N.      The Williams Companies Inc. on Behalf of AGRICO Chemical
        (Informal)

O.      North Shore Gas Company (Informal)

P.      Holiday Remediation Task Force (Informal)

Q.      Maryland Sand & Gravel (Informal)

R.      Casmalia Resources Site Steering Committee (Informal)

S.      Operating Industries Inc. (Informal)

<u>Replies Filed</u>:              None to date.

Additional Documents:

T.    Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

U.    Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**    This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

57.    Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

Responses Filed:

A.    Response of the Marion Bragg Group to Debtors' 209th Omnibus Objection to Claims (the "**Marion Bragg Response**") (**ECF No. 9379**)

B.    Response of the Members of the Frontier Chemical Site PRP Group in Opposition to Debtors' 209th Omnibus Objection to Claims (the "**Frontier Chemical Response**") (**ECF No. 9382**)

C.    Response to Debtors' 209th Omnibus Objection to Claims Re: Claim No. 1225 & 1458 by LDC PRP Group (the "**LDC PRP Response**") (**ECF No. 9426**)

D.    Response of the Quaker Oats Company to the Debtors' 209th Omnibus Objection to Claims (**ECF No. 9838**)

E.    Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

F.    Response of the Satterlee Group to the Debtors' 209th Omnibus Objection to Claims  (DTE Energy Company, Gerdau MacSteel, Tecumseh Products Company, Michelin North America, Inc., and Owens-Illinois, Inc.) (**ECF No. 9848**)

1.    Amended Response of the Satterlee Group to the Debtors 209th Omnibus Objection to Claims (**ECF No. 9892**)

G.    Response of the BKK Joint Defense Group to the Debtors' 209th Omnibus Objection to Claims Pursuant to Section 502(e)(1)(B) (Proof of Claim No. 36709) (**ECF No. 9873**)

    H.      General Electric Company (Informal)

    I.       Michelin NA Inc. (Informal)

    J.      Owens-Illinois Inc. (Informal)

    K.     Jones Industrial Services (Informal)

<u>Replies Filed</u>:         None to date.

<u>Additional Documents</u>:

    L.      Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**<u>Status</u>:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

58.    Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9447**)

<u>Responses Filed</u>:

    A.      Letter Response by Dennis and Jill Gallaher (the "**Gallaher Response**") (**ECF No. 9827**)

    B.      David McKinney (the "**McKinney Response**") (Informal Response)

<u>Replies Filed</u>:         None to date.

<u>Additional Documents</u>:

    C.      Order Granting Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9974**)

**<u>Status</u>:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

59.    Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9445**)

Responses Filed:

    A.    Response of Marion County Treasurer to Debtors' 211th Omnibus Objections to Claims (the "**Marion County Response**") (**ECF No. 9842**)

Replies Filed:                None to date.

Additional Documents:

    B.    Order Granting Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9975**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

60.    Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9450**)

Responses Filed:

    A.    Response in the form of a letter Cecil A. Benjamin (**ECF No. 9623**)

Replies Filed:                None to date.

Additional Documents:

    B.    Order Granting Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9977**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

61.    Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of
       Claim for Equity Interests) (**ECF No. 9451**)

       Responses Filed:

           A.    Response by Larry S. Massey (**ECF No. 9627**)

           B.    Objection to Debtors' 214th Omnibus Objection to Claims by
                 Stella Malles (**ECF No. 9888**)

           C.    Timothy Mayer (Informal Response)

           D.    Ryan D'Amour (Informal Response)

       Replies Filed:                None to date.

       Additional Documents:

           E.    Order Granting Debtors' 214th Omnibus Objection to Claims
                 (Administrative Proofs of Claim for Equity Interests) (**ECF No.
                 9978**)

       **Status:**     This matter is adjourned to May 17, 2011 at 9:45 a.m., and
                       may be subject to further adjournments.  If this matter goes
                       forward on May 17, 2011, claimants will be notified
                       through letter sent by May 10, 2011.

62.    Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of
       Claim for Prepetition Debt Claims) (**ECF No. 9456**)

       Responses Filed:

           A.    Response by Karl Philipp Muller (the "**Muller Response**")
                 (**ECF No. 9798**)

       Replies Filed:                None to date.

       Additional Documents:

           B.    Order Granting Debtors' 216th Omnibus Objection to Claims
                 (Administrative Proofs of Claim for Prepetition Debt Claims)
                 (**ECF No. 9980**)

**Status:**      This matter is adjourned to May 17, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on May 17, 2011, claimants will be notified through letter sent by May 10, 2011.

Dated:  New York, New York
        April 22, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors