**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :    09-50026 (REG)
    f/k/a General Motors Corp., et al.                     :
                                                           :
                             Debtors.                      :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x
```

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Tim J. Robinson, Esq., to be admitted, ***pro hac vice***, to represent The Standard Register Company, Kelsey-Hayes Company, Northrop Grumman Systems Corporation, Valleycrest Landfill Site Group, and Cargill, Incorporated (collectively, the "Clients"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the Sate of Ohio, and, if applicable, the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Tim J. Robinson, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:   *April 25, 2011*
        New York, New York            *s/ Robert E. Gerber*
                                      UNITED STATES BANKRUPTCY JUDGE

1933840.1