# ALVIS & WILLINGHAM, LLP
### ATTORNEYS AT LAW

1400 Urban Center Drive • Suite 475 • Birmingham, Alabama 35242 • PHONE: 205-298-1011 • FAX: 205-298-1012

March 15, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

    RE: Juanita Gooden, as Guardian of Michelle Gooden and/or Alvis & Willingham, LLP, Proof of Claim number 4

Dear Mr. Smolinsky:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

    Juanita Gooden, as Guardian of Michelle Gooden and/or Alvis & Willingham, LLP
    c/o U.S. Bank Corporate Trust Services
    60 Livingston Avenue
    EP-MN-WS3T
    St. Paul, MN 55107-2292
    Attn: Bridget Greiber
    (651) 495-3725
    (651) 495-8087 (fax)

    With Fax Copy to:
    Kyle J Lunde
    (206) 344-4677
    fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

*[signature]*
Name: Rick Alvis
Title: Attorney for Juanita Gooden, as Guardian of Michelle Gooden

Cc:    The Garden City Group, Inc.
    Motors Liquidation Company Claims Agent
    PO Box 9386
    Dublin, OH 43017-4286