The Honorable Robert Gerber
U.S. Bankruptcy Judge
Room 621 U.S. Bankruptcy Court of N.Y.
one Bowling Green, New York, N.Y.
10004

39 Olive Ave.
Rehoboth Beach
De. 19971

Dear Judge Gerber,

I wrote to you about a month ago and now again. The executive office of General Motors said to contact the Garden City Group Inc. in reference to their bankruptcy. My name is listed in Garden City Group brochures under "Claims to Reclassify".

I am an elderly widow living on a limited income and very upset losing $7100.00 on General Motors common stock, and have heard they are honoring preferred stocks. How unfair, since taxpayers (me) helped bail out the company. It's unethical and unprecedented.

Also, I'm being overwhelmed with Garden City Group brochures, receiving several and two on the same days. I've received about 15 in the last few months. It's unkind to keep reminding me of my loss of $7100.00. It's harassment, since the last few weeks I've had to wear a heart monitor.

General Motors Co. is still making cars and should honor my 200 shares at the current price. I've worked hard trying to save for my children and grandchildren this is unacceptable to me, especially since they were helped by my tax-dollars.

I bought the shares in good faith and the company should honor them in good faith.

Please understand — and give serious consideration to the power of these big companies and how they affect the middle class.

Very Sincerely,
Katherine Cole

Phone - 302-227-7095

RECEIVED APR 22 2011 U.S. BANKRUPTCY COURT