CHAPTER 11 CASE NO 09-50026
HONORABLE JUDGE ROBERT GERBER.

MOTORS LIQUIDATION CO. - PLAINTIFF

OBJECTION MOTION TO OMNIBUS CLAIM # 217.

MY CLAIM WAS FILED PROPERLY OVER TWO YEARS AGO FOR DAMAGES TO MY CAR TOTALING 675.31 UNDER CLAIM # 2668. THE MISTAKE SHOWING A DUPLICATE IS THE RESULT OF THE FILING. I WAS IN CONSTANT CONTACT WITH THE GARDEN CITY GROUP, AND REQUESTED CHECK TO BE MAILED TO MY RESIDENCE OF 1628 STONEY BROOK, ROCHESTER HILLS, MI. 48309 AND NOT MY P.O. BOX 1390 STERLING HEIGHTS, MI. 48311.

THE PROPER AMOUNT IS 675.31, AND IS NOT THE RESULT OF A DUPLICATE CLAIM.

WILLIAM ABRAHAM
William Abraham
1628 STONEY BROOK
ROCHESTER, HILLS, MI. 48309
586-531-5818

Proof of Service
WEIL GOTSHAL + MANGES LLP
767 FIFTH AVE
NEW YORK, NEW YORK 10153
FIRST CLASS MAIL + PHONE CALL



RECEIVED
APR 22 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

217th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABRAHAM WILLIAM<br>1628 STONEY BROOK<br>ROCHESTER HILLS, MI 48309 | 2668 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$675.31 (U)<br>$675.31 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ARTHUR CORBIN<br>2401 KAYWOOD LANE<br>SILVER SPRING, MD 20905 | 14051 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$827.25 (U)<br>$827.25 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BARBARA J MILLER<br>9060 STANLEY RD<br>WINDHAM, OH 44288 | 3180 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$857.66 (U)<br>$857.66 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BARLOW, RICHARD M<br>7820 S STILLHOUSE RD<br>OAK GROVE, MO 64075-8260 | 11787 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BEVERLY IRBY<br>POB 413<br>MORTON, MS 39117 | 4047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,968.38 (U)<br>$5,968.38 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BONENFANT, CAROL S<br>33367 ELGIN CT<br>STERLING HEIGHTS, MI 48310-6033 | 18326 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$729.83 (U)<br>$729.83 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

217th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TIMOTHY BLACK<br>4122 ALPHA ST APT 14<br>LANSING, MI 48910-4750 | 46065 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,734.87 (U)<br>$11,734.87 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TOM DE FONSO<br>19578 MIDWAY BLVD.<br>PORT CHARLOTTE, FL 33948 UNITED STATES OF AMERICA | 32801 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,736.43 (U)<br>$1,736.43 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TYSON, CARMELA<br>15 HARRISON AVE<br>TITUSVILLE, NJ 08560-1619 | 6881 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$484.50 (U)<br>$484.50 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| WALTER MARVIN MCKINLEY<br>632 ATWOOD COURT<br>FORT COLLINS, CO 80525 UNITED STATES OF AMERICA | 17443 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,306.51 (U)<br>$1,306.51 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| WILLIAM ABRAHAM<br>PO BOX 1390<br>STERLING HEIGHTS, MI 48311 UNITED STATES OF AMERICA | 36662 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$675.31 (U)<br>$675.31 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| WILLIAM HOCHGREBE<br>4777 TOWNE CENTRE DR<br>SAINT LOUIS, MO 63128-2814 | 17972 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 17