Hearing Date and Time: April 26, 2011 at 9:45 a.m. EST

Richard A Schell
100 Camelot Way
Rochester, Mi. 48306
Phone: (248) 651-1919
Lamppro1@yahoo.com



*Court Clerk Copy*

Retired salaried employee of General Motors
with unsecured claim for health and life insurance benefits
Claim No. 30666, Debtor's 116th, 171st, & 174th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------x
In re                              :    **Chapter 11 Case No.**
                                   :
MOTORS LIQUIDATION COMPANY, et al.,:    **09-50026**
    f/k/a General Motors Corp., et al. :
                                   :
        Debtors.                   :
-----------------------------------x

Response to the **NOTICE OF DEBTORS' 116TH OMNIBUS OBJECTION TO CLAIMS**, dated December 20, 2010.

To: **The Honorable Judge Robert E. Gerber:**

This is an attachment to my original Claim #30666

**General Motors Corporation** offered good benefit packages in order to **attract and retain good employees.**

I gave my loyalty, dedication and **100% commitment** for **37 years** at General Motors Design Center.

The General Motors Corporation **Retiree Insurance program was earned** and should be Grandfathered.

I understand **General Motors** is struggling and I believe that it is important for an American Automobile company **to survive.** I am **willing to accept 50%** of what was promised to me in health care premiums.

Of course, I would expect Motors Liquidation Company to object, their compensation is directly proportional to how much they object.

I implore you to consider how the **loss of earned medical and life insurance premiums** will affect two seniors on a fixed income.

Dated: April 21, 2011
    100 Camelot Way                              Respectfully Yours,
    Rochester, Mi. 48306
    (248)-651-1919
    Lamppro1@yahoo.com

                                                                                     Richard A. Schell

Hearing Date and Time: February 3, 2011 at 9:45 a.m. EST

Richard A Schell
100 Camelot Way
Rochester, Mi. 48306

Phone: (248) 651-1919
Lampprol@yahoo.com

Retired salaried employee of General Motors
with unsecured claim for health and life insurance benefits
Claim No. 43262. Page 5, Exhibit A, Debtor's 116th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :    **Chapter 11 Case No.**
                                                      :
**MOTORS LIQUIDATION COMPANY, et al.,**               :    **09-50026**
    **f/k/a General Motors Corp., et al.**            :
                                                      :
            **Debtors.**                              :
------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 116TH OMNIBUS OBJECTION TO CLAIMS**, dated December 20, 2010.

   I object to this attempt by Motors Liquidation Co. and General Motors to avoid paying any money to retirees who had earned and been promised health and life insurance benefits in retirement. Their request to deny all these claims is unjust and inequitable.
   My wife and I will have to pay out over $199,700 cash during our expected lifetimes if we want to maintain the same level of benefits that we had been promised.
   Throughout my career at GM I worked alongside contract employees who were paid and average of 10-15% premium because they did not have the benefit package that I had. One of the primary reasons I stayed with GM was because of their retirement package which included insurance, health care, extended care, dental care, vision and life insurance. A 15% premium per hour, compounded over my thirty seven year career would have been enough to pay for my wife's and my Live Insurance, Health Care insurance and more than enough to pay for Extended health care coverage, which was all promised.
   GM had several options to avoid bankruptcy. The simplest would have been to reduce salaries and benefits of all employees, executives, and retirees, and allow attrition to reduce the number of employees in the company. This would have let the company stay in business while continuing to offer benefits to current employees and retirees at a reduced level.
   Instead they chose to terminate retiree benefits, layoff thousands of employees, close multiple plant facilities, and declare bankruptcy. These steps basically left most **GM executives with their compensation and employment intact**, and put the cost savings onto terminated employees and retirees.
   I respectfully ask the Court to order that a reasonable percentage, to be determined by the Court, of my claim and others be honored by Motors Liquidation Co. and General Motors.

Dated: January 12, 2011
         Rochester, Mi.

iuj

                                                                Richard A. Schell