UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On April 26, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for The Debtors and Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- So Ordered Stipulation and Settlement Resolving Claims No. 1225 and 1458 [Docket No. 10123].

Dated: April 27, 2011　　　　　　　　　　/s/ Kathy-Ann Awkward
　　　　Lake Success, New York　　　　　　Kathy-Ann Awkward

Sworn to before me this 27th day of April, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

ROBERT A GLADSTONE, ON BEHALF OF THE
CLAIMANTS ON EXHIBIT "A" ON ATTACHED STMT OF CLM
ROBERT A GLADSTONE, ESQ
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NJ 08648

STEPAN COMPANY
ATTN TIMOTHY W GARVEY ESQ
LATSHA DAVIS YOHE & MCKENNA P C
350 EAGLEVIEW BLVD SUITE 100
EXTON, PA 19341