# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐  MLCS, LLC, Case No. 09-50027 <br><br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | City of Livonia Michigan <br> Department of Law <br> 33000 Civic Center Drive <br> Livonia, MI   48154 |
| Claim Number (if known): | 59021 |
| Date Claim Filed: | November 25th, 2009 |
| Total Amount of Claim Filed: | $10,769,541 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 20, 2011

Print Name: Michael E. Fisher

Title (if applicable): Asst. City Attorney

US_ACTIVE:¥43219392¥02¥72240.0639