# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM AS SATISFIED AND RESOLVED
## BY CONSENT DECREE AND SETTLEMENT AGREEMENT

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Timothy D. Benton, Iowa AG's office<br>Environmental Law Division<br>Lucas Building, Ground Floor<br>321 E. 12th St. Des Moines, IA 50319 |
| Claim Number (if known): | 50629 |
| Date Claim Filed: | November 24th, 2009 |
| Total Amount of Claim Filed: | Unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim as Satisfied and Resolved by Consent Decree and Settlement Agreement, Docket No. 8108 (lodged 12/14/10) and Effective by Confirmation Order No. 9941, and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 25, 2011

_Timothy D. Benton_
Print Name: Timothy D. Benton
Title (if applicable): Assistant Attorney General



US_ACTIVE:¥43219392¥02¥72240.0639