

# ALVIS & WILLINGHAM, LLP
## ATTORNEYS AT LAW

1400 Urban Center Drive • Suite 475 • Birmingham, Alabama 35242 • PHONE: 205-298-1011 • FAX: 205-298-1012

March 22, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

  RE: Shirley Thomas, as Guardian and Next Best Friend of Alexandria Thomas and/or Alvis & Willingham, LLP, Proof of Claim number 9406

Dear Mr. Smolinsky:

  Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

  Shirley Thomas, as Guardian and Next Best Friend of Alexandria Thomas and/or
  Alvis & Willingham, LLP
  c/o U.S. Bank Corporate Trust Services
  60 Livingston Avenue
  EP-MN-WS3T
  St. Paul, MN 55107-2292
  Attn: Bridget Greiber
  (651) 495-3725
  (651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

  You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

*[signature]*

Name: Rick Alvis
Title: Attorney for Shirley Thomas, as Guardian and Next Best Friend of Alexandria Thomas

Cc: The Garden City Group, Inc.
  Motors Liquidation Company Claims Agent
  PO Box 9386
  Dublin, OH 43017-4286

SHEFFIELD OFFICE: 1205 S. Montgomery Avenue • Sheffield, AL 35660 • PHONE: 256-314-0513 • FAX: 256-314-0511
MOBILE OFFICE: 1252 Dauphin Street • Mobile, Alabama 36604 • PHONE: 334-433-7766 • FAX: 334-433-0112