| Ninety-Eighth Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE RECLASSIFIED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SHERIF RAFIK KODSY | 69683 | Remediation And Liability Management Company, Inc. | $15,000,000.00 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 15968 LAUREL OAK CIRCLE | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DELRAY BEACH, FL 33484 | | | $0.00 | (Unsecured Claim) | $15,000,000.00 | (Unsecured Claim) | | |
| Official Claim Date: 1/4/2010 | | | $15,000,000.00 | (Total Claim) | $15,000,000.00 | (Total Claim) | | |

Note: This claim arises from litigation against the Debtors. It is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| **CLAIMS TO BE RECLASSIFIED** | | | **1** | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **$15,000,000.00** | (Secured Claim) | **$0.00** | (Secured Claim) | | |
| | | | **$0.00** | (Administrative Expense Claim) | **$0.00** | (Administrative Expense Claim) | | |
| | | | **$0.00** | (Priority Claim) | **$0.00** | (Priority Claim) | | |
| | | | **$0.00** | (Unsecured Claim) | **$15,000,000.00** | (Unsecured Claim) | | |
| | | | **$15,000,000.00** | (Total Claim) | **$15,000,000.00** | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| Ninety-Eighth Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 5/17/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Modified Priority Status/Reduced Amount | | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DETROIT WATER & SEWERAGE DEPARTMENT | 23034 | Motors Liquidation Company | $4,939.45 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 735 RANDOLPH ST 4TH FLOOR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DETROIT, MI 48226-2850 | | | $0.00 | (Unsecured Claim) | $4,939.45 | (Unsecured Claim) | | |
| Official Claim Date: 11/12/2009 | | | $4,939.45 | (Total Claim) | $4,939.45 | (Total Claim) | | |

Note: This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| DETROIT WATER & SEWERAGE DEPARTMENT | 23035 | Motors Liquidation Company | $423,595.65 | (Secured Claim) | $0.00 | (Secured Claim) | Incorrectly Classified Claim | Pgs. 1-5 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| 735 RANDOLPH ST 4TH FLOOR | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| DETROIT, MI 48226-2850 | | | $0.00 | (Unsecured Claim) | $423,595.65 | (Unsecured Claim) | | |
| Official Claim Date: 11/12/2009 | | | $423,595.65 | (Total Claim) | $423,595.65 | (Total Claim) | | |

Note: This claim is for goods and/or services and is not secured by property of the Debtors' estates.

| **OBJECTION ADJOURNED** | | **2** | $428,535.10 | (Secured Claim) | $0.00 | (Secured Claim) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | $0.00 | (Administrative Expense Claim) | $0.00 | (Administrative Expense Claim) | | |
| | | | $0.00 | (Priority Claim) | $0.00 | (Priority Claim) | | |
| | | | $0.00 | (Unsecured Claim) | $428,535.10 | (Unsecured Claim) | | |
| | | | $428,535.10 | (Total Claim) | $428,535.10 | (Total Claim) | | |

(1) The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.