**141st Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR JOCHEN BADERSCHNEIDER<br>SONNENSTRASSE 11<br>93161 SINZING GERMANY | 1115 | Motors Liquidation Company | $5,600.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MR JOCHEN BADERSCHNEIDER<br>JOCHEN BADERSCHNEIDER<br>SONNENSTASSE 11<br>93161 SINZING GERMANY | 43884 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 2 |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1