UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                      :
In re                                                 :          Chapter 11 Case No.
                                                      :
MOTORS LIQUIDATION COMPANY, *et al.*,  :          09-50026 (REG)
    f/k/a General Motors Corp., *et al.*      :
                                                      :
                            Debtors.                  :          (Jointly Administered)
                                                      :
-----------------------------------------------------------------x

**ORDER GRANTING DEBTORS' 217TH OMNIBUS OBJECTION TO CLAIMS**
**(Duplicate Claims Filed by Individual Members of the Dex-Cool Class)**

Upon the 217th omnibus objection to claims, dated March 24, 2011 (the "**217th Omnibus Objection to Claims**")[1] to certain proofs of claim filed by individual members of the Dex-Cool Class as set forth on **Exhibit "A"** annexed hereto (collectively, the "**Individual Dex-Cool Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking to disallow and expunge the Individual Dex-Cool Claims on the ground that they are duplicative of Proof of Claim No. 51095 (the "**Dex-Cool Class Action Claim**"), as more fully described in the 217th Omnibus Objection to Claims; and due and proper notice of the 217th Omnibus Objection to Claims having been provided, and it appearing that no other

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' 217th Omnibus Objection to Claims.

2

or further notice need be provided; and the Court having found and determined that the relief sought in the 217th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 217th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 217th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Individual Dex-Cool Claims listed on Exhibit "A" annexed hereto are disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       May 3, 2011

*/s/ Robert E. Gerber*
United States Bankruptcy Judge