**217th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABRAHAM WILLIAM<br>1628 STONEY BROOK<br>ROCHESTER HILLS, MI 48309 | 2668 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$675.31 (U)<br>$675.31 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ARTHUR CORBIN<br>2401 KAYWOOD LANE<br>SILVER SPRING, MD 20905 | 14051 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$827.25 (U)<br>$827.25 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BARBARA J MILLER<br>9060 STANLEY RD<br>WINDHAM, OH 44288 | 3180 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$857.66 (U)<br>$857.66 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BEVERLY IRBY<br>POB 413<br>MORTON, MS 39117 | 4047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,968.38 (U)<br>$5,968.38 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BONENFANT, CAROL S<br>33367 ELGIN CT<br>STERLING HEIGHTS, MI 48310-6033 | 18326 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$729.83 (U)<br>$729.83 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BORCSANE, CHARLES M<br>29126 SHIRLEY AVE<br>MADISON HTS, MI 48071-2661 | 2222 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$754.16 (U)<br>$754.16 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARL L PALERMO<br>6905 T GABBERT DR<br><br>PLEASANT VALLEY, MO 64068<br>MARIANA ISL (NOT THE US GUAM) | 23192 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,342.74 (U)<br>$1,342.74 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| CAROL LEAKEY BEARDSLEE<br>10500 E 82ND ST<br><br>RAYTOWN, MO 64138-2150 | 3063 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$282.76 (U)<br>$282.76 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| CHARLES BORCSANE<br>29126 SHIRLEY AVE<br><br>MADISON HTS, MI 48071-2661 | 2127 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$823.15 (U)<br>$823.15 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| CHARLES MERK<br>3307 SOUTHWEST BLVD<br><br>SEDALIA, MO 65301-6783 | 18033 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$702.26 (U)<br>$702.26 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| COLLINS, JACKIE M<br>18945 LAUREL DR<br><br>LIVONIA, MI 48152-4801 | 2372 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$601.37 (U)<br>$601.37 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| CORDASCO, JOANN<br>166 DAVEY ST APT D<br><br>BLOOMFIELD, NJ 07003-6250 | 20320 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CYNTHIA AND ERIC HINTON<br>CYNTHIA HINTON<br>826 COMMERCE BLVD<br>RIVERDALE, GA 30296 | 21001 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DANIEL L LAUER<br>110 W BERRY ST<br>SUITE 1700<br>FORT WAYNE, IN 46802<br>UNITED STATES OF AMERICA | 30885 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$450.00 (U)<br>$450.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DARLENE ZSCHERNITZ<br>N4142 LARSONS AVE<br>NEILLSVILLE, WI 54456 | 18413 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,241.01 (U)<br>$1,241.01 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DAVID AND KATHY GRINSTEAD<br>835 GLADDEN RD<br>COLUMBUS, OH 43212 | 44623 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,069.03 (U)<br>$1,069.03 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DAVID AND KATHY GRINSTEAD<br>835 GLADDEN ROAD<br>COLUMBUS, OH 43212 | 44624 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,023.44 (U)<br>$1,023.44 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

217th Omnibus Objection    **Exhibit A**    <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY JOHANNES<br>530 COUNTY RD 3401<br>BULLARD, TX 75757 | 3223 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,596.11 (U)<br>$2,596.11 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DOROTHY JOHANNES<br>530 CR 3401<br>BULLARD, TX 75757 | 3224 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DOUGLAS DAVIS<br>96 COOK DRIVE<br>CHARLESTON, WV 25314<br>UNITED STATES OF AMERICA | 16146 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DUANE KUCHAPSKY<br>1392 LINVILLE DR<br>WATERFORD, MI 48328-1231 | 36114 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,377.66 (U)<br>$1,377.66 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ERNEST BIRCH JR<br>305 RANCH DR<br>MANCHESTER, MO 63011 | 14914 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$649.68 (U)<br>$649.68 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| 217th Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.** <br> Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GARY DOHENY <br> 530 6TH ST <br><br> PITCAIRN, PA 15140 | 32906 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $647.00 (U) <br> $647.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GILBERT LAWRENCE <br> 56 TWIN OAKS <br><br> NEW MILFORD, CT 06776 <br> UNITED STATES OF AMERICA | 19660 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $866.02 (U) <br> $866.02 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GILBERT LAWRENCE <br> 56 TWIN OAKS <br><br> NEW MILFORD, CT 06776 | 19661 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $319.06 (U) <br> $319.06 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GREGORY BRAUNLICH <br> 316 WEST FRONT ST <br><br> MONROE, MI 48161 <br> UNITED STATES OF AMERICA | 44340 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $1,220.45 (U) <br> $1,220.45 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GREGORY SABO <br> 2745 SABLE CT. <br><br> MT. PLEASANT, MI 48858 | 44009 | Motors Liquidation Company | $0.00 (S) <br> $0.00 (A) <br> $0.00 (P) <br> $1,085.18 (U) <br> $1,085.18 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

217th Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HENSON, BOY<br>106 E PLEASANT ST<br>RIVER ROUGE, MI 48218-1628 | 9209 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| HETZER, MICHAEL A<br>2664 DARKE CT<br>CINCINNATI, OH 45233-4207 | 15016 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,900.00 (U)<br>$2,900.00 (T)<br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| HOCHGREBE, WILLIAM E<br>4777 TOWNE CENTRE DR<br>SAINT LOUIS, MO 63128-2814 | 17661 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| IRENE VENTURA<br>126 CASTLEMONT DRIVE<br>GRASS VALLEY, CA 95945 | 32772 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T)<br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JANE TYLENDA<br>2373 ANDRUS<br>HAMTRAMCK, MI 48212<br>UNITED STATES OF AMERICA | 30795 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T)<br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JANEEN MOTTERN<br>511 CRESCENT HEIGHTS DRIVE<br><br>CREEDMOOR, NC 27522<br>UNITED STATES OF AMERICA | 44080 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$900.00 (U)<br>$900.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JAYNE E MAXWELL<br>104 FENOFF CIR<br><br>ST JOHNSBURY, VT 05819 | 36925 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$496.09 (U)<br>$496.09 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JAYNE E MAXWELL<br>104 FENOFF CIR<br><br>ST JOHNSBURY, VT 05819 | 36934 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$299.50 (U)<br>$299.50 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JENSEN, MARTHA J<br>8825 IROQUOIS RD<br><br>SAINT HELEN, MI 48656-9746 | 1775 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$568.29 (U)<br>$568.29 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JEREMY WINTER<br>934 NE HYACINTH LN<br><br>ANKENY, IA 50021<br>UNITED STATES OF AMERICA | 29030 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg  Doc 10158-1  Filed 05/03/11  Entered 05/03/11 15:00:26  Exhibit A
Pg 8 of 20

217th Omnibus Objection                        Exhibit A                        Motors Liquidation Company, et al.
                                                                                Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JIM CUMMINGS<br>106 GREYROCK DR<br><br>BOWLING GREEN, KY 42101-7420 | 37602 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$899.30  (U)<br>$899.30  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JOAN M WALDROP<br>169 CEDARVIEW DR<br><br>WATERVLIET, NY 12189 | 4810 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$859.23  (U)<br>$859.23  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JOHANSON, KAREN L<br>1720 SKY MOUNTAIN WAY<br><br>HENDERSON, NV 89014-6013 | 22579 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JOHN J BIESE, JR<br>1930 W CHARLES ST<br><br>APPLETON, WI 54914<br>UNITED STATES OF AMERICA | 17206 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$673.90  (U)<br>$673.90  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JON CINELLI<br>140 GREENFIELD DRIVE<br><br>TONAWANDA, NY 14150<br>UNITED STATES OF AMERICA | 29711 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 217th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAMONT GIBSON<br>1044 HOMESTEAD RD<br><br>SOUTH EUCLID, OH 44121<br>UNITED STATES OF AMERICA | 18890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,800.00 (U)<br>$3,800.00 (T)<br><br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LARRY A HARVEY<br>350 ETHELROB CIR<br><br>CARLISLE, OH 45005-4295 | 2306 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$637.45 (U)<br>$637.45 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LINDA DALLAS<br>3070 ALSTONE DR<br><br>DECATUR, GA 30032<br>UNITED STATES OF AMERICA | 21068 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$800.00 (U)<br>$800.00 (T)<br><br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LONG, MICHAEL D<br>8507 IVY HILL DR<br><br>POLAND, OH 44514-5209 | 13363 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600.00 (U)<br>$600.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LORRAINE ULMER<br>505 STEPHENS HILL ROAD<br><br>REED POINT, MT 59069<br>UNITED STATES OF AMERICA | 31207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,402.88 (U)<br>$4,402.88 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

217th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LORRAINE ULMER<br>505 STEPHENS HILL RD<br>REED POINT, MT 59069 | 31208 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$608.81 (U)<br>$608.81 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MANGAPORA, JOHN<br>6336 SANCTUARY POINTE CT<br>GRAND BLANC, MI 48439-9061 | 4527 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARK A GROSS<br>512 PETERSBURG PL<br>WENTZVILLE, MO 63385 | 22773 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$596.87 (U)<br>$596.87 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARK JAGELS<br>5175 SKYLITE LN<br>SHELBY TWP, MI 48316<br>UNITED STATES OF AMERICA | 29995 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,611.09 (U)<br>$1,611.09 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARTUCCI, VIOLET<br>3114 BANCROFT RD<br>FAIRLAWN, OH 44333-3224 | 5184 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$656.52 (U)<br>$656.52 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARY KENNEDY<br>4201 CYPRESS AVE<br>KANSAS CITY, MO 64130-1535 | 23029 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$508.90 (U)<br>$508.90 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

217th Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL BOWSER<br>446 ROCKY HOLLOW DR<br><br>MEDINA, OH 44256 | 45973 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$750.00 (U)<br>$750.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MICHAEL BUCKMAN<br>825 SOUTHWEST TULIP BOULEVARD<br><br>FORT ST. LUCY, FL 34953<br>UNITED STATES OF AMERICA | 38832 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,667.00 (U)<br>$5,667.00 (T)<br><br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| NAYLON JERALD<br>157 ROCK GLEN ROAD<br><br>SUGARLOAF, PA 18249<br>UNITED STATES OF AMERICA | 22571 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| NISM 2007 NO PHYSICAL FILES ARE CREATED<br>REN, JIANWEI<br>543 ETHAN DR<br>WESTLAND, MI 48185-9642 | 16298 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$761.58 (U)<br>$761.58 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| NORMA E RENICK<br>1008 ELMONT ROAD<br><br>SULLIVAN, MO 63080 | 30815 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50.00 (U)<br>$50.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAM GENENDER<br>124 HOLIDAY LANE<br><br>HAINESVILLE, IL 60073<br>UNITED STATES OF AMERICA | 21157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PATRICIA BARTO<br>1524 MARYLAND AVE<br><br>SPRINGFIELD, IL 62702 | 19058 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$357.78 (U)<br>$357.78 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PATRICIA FERRARO<br>13366 ANGLER ST<br><br>SPRING HILL, FL 34609 | 7673 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,514.15 (U)<br>$2,514.15 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PATRICIA FERRARO<br>13366 ANGLER STREET<br><br>SPRING HILL, FL 34609 | 7674 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$902.52 (U)<br>$902.52 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PATRICIA FERRARO<br>13366 ANGLER STREET<br><br>SPRING HILL, FL 34609 | 7675 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$733.48 (U)<br>$733.48 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL CUBELLIS<br>4986 EAST RADIO ROAD<br>YOUNGSTOWN, OH 44515<br>UNITED STATES OF AMERICA | 20201 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$350.80 (U)<br>$350.80 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PELLES, MARGARET B<br>1139 HUBBARD THOMAS RD<br>HUBBARD, OH 44425-3039 | 10592 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$898.89 (U)<br>$898.89 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PETERSON, RANDALL J<br>3398 STONEYRIDGE DR<br>HUDSONVILLE, MI 49426-9092 | 19882 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$597.16 (U)<br>$597.16 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PHILIP ELLIOTT<br>7725 CABIN CREEK COURT<br>CUMMING, GA 30028<br>UNITED STATES OF AMERICA | 22137 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,105.02 (U)<br>$1,105.02 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PITAWANAKWAT, LORI<br>551 E SHERIDAN RD<br>LANSING, MI 48906-2339 | 5389 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$800.68 (U)<br>$800.68 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RACHEL GUTHRIE<br>198 DAUGHTRY RD<br><br>SEMINARY, MS 39479<br>UNITED STATES OF AMERICA | 21155 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,020.00 (U)<br>$1,020.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| RACHEL GUTHRIE<br>198 DAUGHTRY RD.<br><br>SEMINARY, MS 39479<br>UNITED STATES OF AMERICA | 21156 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$800.00 (U)<br>$800.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| RANDALL PETERSON<br>3398 STONEYRIDGE DR<br><br>HUDSONVILLE, MI 49426-9092 | 19883 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$783.28 (U)<br>$783.28 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT CUMBERLAND<br>PO BOX 342<br><br>ELYSIAN, MN 56028 | 1536 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,272.66 (U)<br>$1,272.66 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT CUMBERLAND<br>PO BOX 342<br><br>ELYSIAN, MN 56028 | 1537 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,004.85 (U)<br>$1,004.85 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT CUMBERLAND<br>PO BOX 342<br>ELYSIAN, MN 56028 | 1538 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,214.00 (U)<br>$1,214.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT GARAVAGLIA<br>C/O ROBERT GARAVAGLIA AND CLAUDETTE GARAVAGLIA<br>21731 RANDALL ST<br>FARMINGTN HLS, MI 48336-5337 | 21148 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$518.70 (U)<br>$518.70 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT I GOODWIN<br>55 NORTH 2ND ST<br>KALAMAZOO, MI 49009-8574 | 1065 | Motors Liquidation Company | $1,613.35 (S)<br>$0.00 (A)<br>$1,613.35 (P)<br>$0.00 (U)<br>$3,226.70 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT I GOODWIN<br>55 NORTH 2ND STREET<br>KALAMAZOO, MI 49009-8574 | 1205 | Motors Liquidation Company | $676.77 (S)<br>$0.00 (A)<br>$676.77 (P)<br>$0.00 (U)<br>$1,353.54 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT MCDANIEL<br>1822 SE SOLOMON LOOP<br>VANCOUVER, WA 98683<br>UNITED STATES OF AMERICA | 15964 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$850.00 (U)<br>$850.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT VOGELSANG<br>9 CREEKSIDE DR<br>SAINT PETERS, MO 63376-2025 | 3557 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,391.33 (U)<br>$4,391.33 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONN OR NIKI CASHDOLLAR<br>10090 SIMMS STATION ROAD<br>CENTERVILLE, OH 45458 | 44015 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$785.15 (U)<br>$785.15 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| SAMUEL MULLEN-PERRON<br>1109 N. COURT ST<br>LE SUEUR, MN 56058<br>UNITED STATES OF AMERICA | 18489 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,957.04 (U)<br>$4,957.04 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| SANFORD TENEBAUM<br>1955 YOSEMITE BLVD.<br>APT. 30<br>BIRMINGHAM, MI 48009<br>UNITED STATES OF AMERICA | 22286 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000.00 (U)<br>$4,000.00 (T)<br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| SKROBIAK, MARIANNE F<br>8217 S LEGEND DR<br>FRANKLIN, WI 53132-9615 | 33337 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$450.39 (U)<br>$450.39 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| STANLEY MORRIS<br>2738 MILES AVENUE<br>PITTSBURG, PA 15216 | 20806 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$648.80 (U)<br>$648.80 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

217th Omnibus Objection **Exhibit A** **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUSAN JONES<br>1259 SHANNON COUNTY DRIVE<br>ST. LOUIS, MO 63125 | 12662 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50.00 (U)<br>$50.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TABORIA WILSON<br>P.O. BOX 720364<br>HOUSTON, TX 77272<br>UNITED STATES OF AMERICA | 15854 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$800.00 (U)<br>$800.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TERRY SWEENEY<br>5612 NORTH NORDICA<br>CHICAGO, IL 60631 | 23025 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$903.82 (U)<br>$903.82 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| THOMAS GUSTAFSON<br>1633 ARCADIA AVE<br>SOUTH BEND, IN 46635<br>UNITED STATES OF AMERICA | 23135 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$694.69 (U)<br>$694.69 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| THOMAS R KENNEDY<br>3816 SO GRAND TRAVERSE ST<br>FLINT, MI 48507-2401 | 52 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,057.81 (U)<br>$1,057.81 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS R KENNEDY<br>3816 SO GRAND TRAVERSE ST<br>FLINT, MI 48507-2401 | 16047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,419.39 (U)<br>$1,419.39 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TIMMONS, DAN<br>5814 W LAKE ST<br>ST LOUIS PARK, MN 55416-2123 | 6283 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TIMOTHY BLACK<br>4122 ALPHA ST APT 14<br>LANSING, MI 48910-4750 | 46065 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$11,734.87 (U)<br>$11,734.87 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TOM DE FONSO<br>19578 MIDWAY BLVD.<br>PORT CHARLOTTE, FL 33948<br>UNITED STATES OF AMERICA | 32801 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,736.43 (U)<br>$1,736.43 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TYSON, CARMELA<br>15 HARRISON AVE<br>TITUSVILLE, NJ 08560-1619 | 6881 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$484.50 (U)<br>$484.50 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**217th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WALTER MARVIN MCKINLEY<br>632 ATWOOD COURT<br><br>FORT COLLINS, CO 80525<br>UNITED STATES OF AMERICA | 17443 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,306.51 (U)<br>$1,306.51 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| WILLIAM ABRAHAM<br>PO BOX 1390<br><br>STERLING HEIGHTS, MI 48311<br>UNITED STATES OF AMERICA | 36662 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$675.31 (U)<br>$675.31 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| WILLIAM HOCHGREBE<br>4777 TOWNE CENTRE DR<br><br>SAINT LOUIS, MO 63128-2814 | 17972 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| WILSON, KENNETH W<br>834 W 30TH ST<br><br>INDEPENDENCE, MO 64055-2304 | 8966 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,106.47 (U)<br>$1,106.47 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | **98** | | **$2,290.12** (S)<br>**$0.00** (A)<br>**$2,290.12** (P)<br>**$123,983.40** (U)<br>**$128,563.64** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

217th Omnibus Objection                                            **Exhibit A**                                              <u>Motors Liquidation Company, et al.</u>
                                                                                                                              Case No. 09-50026 (REG), Jointly Administered

*OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA L LUCAS<br>213 SW 19TH ST<br>OAK GROVE, MO 64075-8260 | 11787 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| *OBJECTION WITHDRAWN* | 1 | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$0.00**  (P)<br>**$5,000.00**  (U)<br>**$5,000.00**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.