| 218th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALBERTA B JONES<br>309 SHADY OAKS CT<br>ST CLAIR, MO 63077 | 45262 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$680.11 (U)<br>$680.11 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BAKER, DENNIS R<br>3720 QUADRANT DR<br>NORTH BEND, OH 45052-9507 | 46621 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$846.39 (U)<br>$846.39 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BARBARA BRANDT<br>410 AMY CT.<br>DAYTON, OH 45415<br>UNITED STATES OF AMERICA | 70408 | Motors Liquidation Company | $696.39 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$696.39 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| BRIAN K HUTSON<br>418 TREES OF AVALON PKWY<br>MCDONOUGH, GA 30253 | 70158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,379.29 (U)<br>$1,379.29 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| CAITLIN BAILEY<br>45 AVERY ROAD<br>NEWINGTON, CT 06111 | 62460 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$581.27 (U)<br>$581.27 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| CHRISTOPHER PETERSON<br>16267 JEFFERSON STREET<br>OMAHA, NE 68135 | 62566 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$466.24 (U)<br>$466.24 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**218th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DANIEL LAVOIE<br>555 CANAL ST<br>APT # 1505<br>MANCHESTER, NH 03101 | 15420 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,018.76 (U)<br>$1,018.76 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DARLENE INGRASSIA<br>357 DUMBARTON BOULEVARD<br>RICHMOND HEIGHTS, OH 44143<br>UNITED STATES OF AMERICA | 64485 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$680.74 (U)<br>$680.74 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DENNIS RENNER<br>214 N FULTON ST<br>VAN WERT, OH 45891 | 62185 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$278.54 (U)<br>$278.54 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DENNIS RENNER<br>214 N FULTON ST<br>VAN WERT, OH 45891 | 62186 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$462.72 (U)<br>$462.72 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| DONALD BOGNER<br>6353 DEWEY RD<br>MADISON, OH 44057 | 61022 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$476.48 (U)<br>$476.48 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| EDNA SELLITTI<br>661 NE WAS MYRTLE WY<br>JENSEN BCH, FL 34957 | 11545 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$677.66 (U)<br>$677.66 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 218th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANK TUMMINELLO<br>167 PINE TREE ROAD<br><br>OCEAN CITY, MD 21842<br>UNITED STATES OF AMERICA | 48447 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.97 (U)<br>$1,500.97 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GARY ENNIS<br>631 CHIC ENNIS RD<br><br>BENSON, NC 27504 | 69793 | Environmental Corporate Remediation Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$577.98 (U)<br>$577.98 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GARY ENNIS<br>631 CHIC ENNIS RD<br><br>BENSON, NC 27504 | 69794 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$534.13 (U)<br>$534.13 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| GREG SABO<br>2745 SABLE CT<br><br>MOUNT PLEASANT, MI 48858 | 61409 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100.00 (U)<br>$100.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| HAROLD MOSCHETZ<br>17322 W CLEVELAND AVE<br><br>NEW BERLIN, WI 53146<br>UNITED STATES OF AMERICA | 70345 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**218th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HELENE TACHNA<br>37198 FOX CHASE<br><br>FARMINGTON HILLS, MI 48331<br>UNITED STATES OF AMERICA | 70379 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$935.60  (U)<br>$935.60  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| HOPE PLISKOW<br>PO BOX 339612<br><br>FARMINGTON HILLS, MI 48333 | 48390 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$645.00  (U)<br>$645.00  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| HUGHES, JILL J<br>18433 N. 27TH WAY<br><br>PHOENIX, AZ 85032<br>UNITED STATES OF AMERICA | 50847 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$857.01  (U)<br>$857.01  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| J ROSS<br>1230 BUTLER RD<br><br>SAGINAW, MI 48601-6308 | 28746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$561.00  (U)<br>$561.00  (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| JOAN WALDROP<br>169 CEDARVIEW LANE<br><br>WATERVLIET, NY 12189 | 70028 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JULIA MCLAUGHLIN<br>4207 45TH STREET EAST<br>BRADENTON, FL 34208 | 25278 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$690.87 (U)<br>$690.87 (T)<br>Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| KATHIE ISENBERG<br>PO BOX 915<br>DEER PARK, WA 99006 | 65846 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$856.72 (U)<br>$856.72 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| KEVIN & ROXANNE LOGAN<br>11057 LINDEN ROAD<br>LINDEN, MI 48451 | 70295 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.00 (U)<br>$400.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LARRY MADDUX<br>6054 SIMIEN RD.<br>INDIANAPOLIS, IN 46237 | 70010 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$738.28 (U)<br>$738.28 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LAURA KEISER<br>10161 GROVER ROAD<br>HANOVER, MI 49241 | 61270 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,161.75 (U)<br>$5,161.75 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| LEON AND FRAN HOCHSTEDLER<br>1224 HYATTS RD<br>DELAWARE, OH 43015 | 61875 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$548.72 (U)<br>$548.72 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 10159-1   Filed 05/03/11   Entered 05/03/11 15:02:40   Exhibit A
Pg 6 of 11

218th Omnibus Objection

Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEON AND FRAN HOCHSTEDLER<br>1224 HYATTS RD<br>DELAWARE, OH 43015 | 61876 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$739.15 (U)<br>$739.15 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| M SIRACUSA<br>229 CLARK ST<br>BROCKPORT, NY 14420<br>UNITED STATES OF AMERICA | 51130 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARINA KRAUT / OLGA LEZHEPEKOVA<br>6366 DELLWOOD DRIVE NE<br>FRIDLEY, MN 55432 | 1243 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$616.68 (U)<br>$616.68 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARVIN VANDERWALL<br>2827 BRIDGESIDE DR. SE<br>CALEDONIA, MI 49316-8926<br>UNITED STATES OF AMERICA | 20615 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,148.79 (U)<br>$3,148.79 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| MARY GRIGAL<br>8 B WAVECREST AVE<br>WINTERFIELD PARK, NJ 07036 | 60279 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 218th Omnibus Objection | | | Exhibit A | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MIKE HUSON<br>284 SOUTHCREST PL<br><br>SIMI VALLEY, CA 93065<br>UNITED STATES OF AMERICA | 62356 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$89.33 (U)<br>$89.33 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PATRICK, RAY M<br>GLASSER AND GLASSER<br>CROWN CENTER, 580 EAST MAIN STREET, SUITE 600<br>NORFOLK, VA 23510-2212 | 58018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| PAULA MARTIN<br>260 CHAPEL RIDGE DR APT F<br><br>HAZELWOOD, MO 63042-2636 | 69724 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$935.58 (U)<br>$935.58 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| RICH MUHA<br>1453 WEST ASH PLACE<br><br>GRIFFITH, IN 46319<br>UNITED STATES OF AMERICA | 69708 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$618.17 (U)<br>$618.17 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| RIPPO JILL J AKA JILL J HUGHES<br>18433 N. 27TH WAY<br><br>PHOENIX, AZ 85032 | 50846 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$832.12 (U)<br>$832.12 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**218th Omnibus Objection**

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RIPPO, JILL J A/K/A JILL J HUGHES<br>18433 N. 27TH WAY<br>PHOENIX, AZ 85032 | 50845 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$558.48 (U)<br>$558.48 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT I GOODWIN<br>55 NORTH 2ND STREET<br>KALAMAZOO, MI 49009-8574 | 61929 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$676.77 (U)<br>$676.77 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ROBERT I GOODWIN<br>55 NORTH 2ND STREET<br>KALAMAZOO, MI 49009-8574 | 61930 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,613.35 (U)<br>$1,613.35 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| RONALD CONLEY<br>8568 RIVERBEND DR<br>PORTLAND, MI 48875<br>UNITED STATES OF AMERICA | 62236 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| SHIRLEY TIERNEY<br>1917 CLIFFVIEW LANE<br>FLORENCE, KY 41042 | 70983 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$697.91 (U)<br>$697.91 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SNELL, JAMES R<br>19060 COUNTY ROAD 1095<br>LA CYGNE, KS 66040-6011 | 28863 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$476.36 (U)<br>$476.36 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| STACY SHRAMEK<br>141 S BUCKLEY ST<br>ALMA CENTER, WI 54611 | 70294 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| STEVEN STEMPIEN<br>142 PLEASANT VALLEY ST<br>APT 200103<br>METHUEN, MA 01844 | 70026 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$862.78 (U)<br>$862.78 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TERRI ANN CHAZELLE<br>24441 WEST STATE HIGHWAY 8<br>POTOSI, MO 63664<br>UNITED STATES OF AMERICA | 64245 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600.00 (U)<br>$600.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| THERESA M MCHUGH<br>215 LATHROP ROAD<br>SYRACUSE, NY 13219 | 70305 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$610.93 (U)<br>$610.93 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **218th Omnibus Objection** | | | | **Motors Liquidation Company, et al.** | |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS PAUL<br>22224 VILLAGE 22<br><br>CAMARILLO, CA 93012 | 70199 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$607.64 (U)<br>$607.64 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| TROY SJOSTRAND<br>4700 NINE MILE CREEK PKWY<br><br>BLOOMINGTON, MN 55437<br>UNITED STATES OF AMERICA | 64629 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$950.00 (U)<br>$950.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| VERLIN DAHMES<br>2771 COUNTY ROAD 120 NE<br><br>ALEXANDRIA, MN 56308-7921 | 62030 | Motors Liquidation Company | Unliquidated | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| VERLINDA CHEEK<br>5082 DOWNING ST<br><br>ORLANDO, FL 32839-5328 | 68252 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |
| ZACH LANE<br>23811 53RD AV W<br><br>MOUNTLAKE TERRACE, WA 98043<br>UNITED STATES OF AMERICA | 60724 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,524.36 (U)<br>$1,524.36 (T) | Claim is duplicative of Dex-Cool Class Action Claim 51095 | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | |
|---|---|---|---|---|
| **218th Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 53 | | $696.39 (S) | | |
| | | | $0.00 (A) | | |
| | | | $0.00 (P) | | |
| | | | $242,814.63 (U) | | |
| | | | $243,511.02 (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.