UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                 :

In re                                           :         Chapter 11 Case No.
                                                 :

MOTORS LIQUIDATION COMPANY, *et al.*,   :         09-50026 (REG)
     f/k/a General Motors Corp., *et al.*    :
                                               :
                     Debtors.               :         (Jointly Administered)
                                                 :
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO
### PROOF OF CLAIM NO. 28231 FILED BY ISAAC OLIVA

Upon the objection dated March 24, 2011 (the "**Objection**") to Proof of Claim No. 28231 filed by Isaac Oliva (the "**Oliva Claim**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (ECF No. 4079), seeking to disallow and expunge the Oliva Claim on the ground that it is duplicative of Proof of Claim No. 51093 (the "**Anderson Claim**"), as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and Issac Oliva having failed to file a response to the Objection and failed to appear at the hearing on the Objection; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that

2

the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Oliva Claim is hereby disallowed and expunged in its entirety; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       May 3, 2011

*/s/ Robert E. Gerber*
United States Bankruptcy Judge