**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*,              :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*           :
:
                    Debtors.                       :    (Jointly Administered)
:
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 70285 FILED BY STANLEY R. STASKO

Upon the Objection, dated February 4, 2011 (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (the "**Bar Date Order**"), ECF No. 4079, seeking entry of an order disallowing and expunging the Stasko PoC on the grounds that such claim fails to state a legally cognizably cause of action, is time-barred by the applicable statute of limitations, and is time-barred under the Bar Date Order, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the responses to the Objection filed by Stanley R. Stasko (the "**Responses**") (**ECF Nos. 9250 and**

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**9289**), the Debtors' reply to the Responses (**ECF No. 9598**), and the arguments made by the parties at the hearing on the Objection on April 26, 2011 (the "**Hearing**"); and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Stasko PoC (Proof of Claim No. 70285) is disallowed and expunged in its entirety; and it is further

ORDERED that in consideration of, among other things, the automatic stay created by section 362 of the Bankruptcy Code and the provisions of the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (**ECF No. 9836**), Stanley R. Stasko may not commence or continue the prosecution of any claim against the Debtors or the Motors Liquidation Company GUC Trust in any forum, including, without limitation, the United States District Court for the Eastern District of Michigan, without further leave of this Court; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      May 3, 2011

                          */s/ Robert E. Gerber*
                          United States Bankruptcy Judge