UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Motors Liquidation Company, Case No. 09-50026 (REG) |
| Creditor Name and Address: | Dawn M. Sacco and Motorists Mutual Insurance Company<br>Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, Ohio 43215 |
| Claim Number: | 50960 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $44,600.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4-26-11

Janine Kerwood, Subrogation Specialist

RECEIVED APR 28 2011 U.S. BANKRUPTCY COURT, SDNY