

AlaFile E-Notice

16-CV-2009-900138.00

Judge: C ROBERT MONTGOMERY

To: UNITES STATES BANKRUPTCY COURT (PRO SE)
SOUTHERN DISTRICT OF N Y
NEW YORK, NY 10000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CLARKE COUNTY, ALABAMA

LEANNE E. CLARK ET AL v. GENERAL MOTORS CORPORATION ET AL
16-CV-2009-900138.00

The following matter was FILED on 4/27/2011 1:42:56 PM

**D002 TAKATA CORPORATION**
**D004 TK HOLDINGS, INC.**
MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

[Filer: BROWN DAVID LEE JR.]

Notice Date:   4/27/2011 1:42:56 PM

JAY DUKE
CIRCUIT COURT CLERK
CLARKE COUNTY, ALABAMA
117 COURT STREET
GROVE HILL, AL 36451

251-275-3363
jay.duke@alacourt.gov



| **STATE OF ALABAMA**<br>Unified Judicial System | Revised 3/5/08 | Case: ELECTRONICALLY FILED<br>4/27/2011 1:42 PM<br>CV-2009-900138.00<br>CIRCUIT COURT OF<br>CLARKE COUNTY, ALABAMA<br>JAY DUKE, CLERK |
|---|---|---|
| 16-CLARKE | ☐ District Court    ☑ Circuit Court | CV20... |

| LEANNE E. CLARK ET AL V. GENERAL MOTORS CORPORATION ET AL | **CIVIL MOTION COVER SHEET**<br>Name of Filing Party: D004 - TK HOLDINGS, INC. |
|---|---|

Name, Address, and Telephone No. of Attorney or Party. If Not Represented.
DAVID LEE BROWN JR.
2801 HWY 280 S, SUITE 200
BIRMINGHAM, AL 35223

Attorney Bar No.: BRO205

☐ Oral Arguments Requested

## TYPE OF MOTION

**Motions Requiring Fee**

☐ Default Judgment ($50.00)
☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☐ Judgment on the Pleadings ($50.00)
☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00)
☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
☑ Summary Judgment pursuant to Rule 56 ($50.00)
☐ Motion to Intervene ($297.00)
☐ Other _____ pursuant to Rule _____ ($50.00)

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $ _____

**Motions Not Requiring Fee**

☐ Add Party
☐ Amend
☐ Change of Venue/Transfer
☐ Compel
☐ Consolidation
☐ Continue
☐ Deposition
☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)
☐ Disburse Funds
☐ Extension of Time
☐ In Limine
☐ Joinder
☐ More Definite Statement
☐ Motion to Dismiss pursuant to Rule 12(b)
☐ New Trial
☐ Objection of Exemptions Claimed
☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss
☐ Preliminary Injunction
☐ Protective Order
☐ Quash
☐ Release from Stay of Execution
☐ Sanctions
☐ Sever
☐ Special Practice in Alabama
☐ Stay
☐ Strike
☐ Supplement to Pending Motion
☐ Vacate or Modify
☐ Withdraw
☐ Other _____ pursuant to Rule _____ (Subject to Filing Fee)

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br>4/27/2011 1:41:46 PM | Signature of Attorney or Party:<br>/s/ DAVID LEE BROWN JR. |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
4/27/2011 1:42 PM
CV-2009-900138.00
CIRCUIT COURT OF
CLARKE COUNTY, ALABAMA
JAY DUKE, CLERK

## IN THE CIRCUIT COURT FOR CLARKE COUNTY, ALABAMA

| | |
|---|---|
| LEANNE E. CLARK AND CHRISTOPHER D. CLARK; et al., | * * * |
| Plaintiffs, | * * |
| vs. | * CIVIL ACTION NO. CV-2009-900138 |
| GENERAL MOTORS CORPORATION; et al., | * * * |
| Defendants. | * |

### MOTION FOR PARTIAL SUMMARY JUDGMENT

**COME NOW** Defendants, TAKATA CORPORATION and TK HOLDINGS INC. ("Takata Defendants") and respectfully file this Motion for Partial Summary Judgment pertaining to Plaintiffs' Loss of Parental Consortium Claims. In support of this Motion, the Takata Defendants show unto the Court as follows:

1. This is a product liability action arising from a single-vehicle rollover crash involving a 1999 Pontiac Grand Am passenger car that occurred on <u>February 6, 2008</u>. At the time of the accident Leanne Clark was driving the subject vehicle. According to the Complaint, three of the Plaintiffs are minor children of Leanne Clark. Count Eight (8) of the Complaint alleges "Loss of Parental Consortium" on behalf of the three minor children, Plaintiffs.

2. In <u>Patterson v. Hays</u>, 623 So.2d 1142 (Ala. 1993), the Alabama Supreme Court set forth a concise statement explaining that a loss of parental consortium claim **is not recognized** in Alabama: "Although we note the plaintiffs' argument that 'Alabama's denying a child a right to prosecute a loss of consortium claim for injuries to his parent does not reflect a universal view', **that is the law in Alabama. Any further discussion is unnecessary.**" 623 So.2d at 1146 (emphasis added).

1

3.  Rule 56 of the Alabama Rules of Civil Procedure sets forth a two-tiered standard for granting a Motion for Summary Judgment. A.R.C.P. 56. The trial court must determine: (1) that there is no genuine issue of a material fact, and (2) that the moving party is entitled to judgment as a matter of law. Ala R. Civ. P. 56(c)(3). Summary Judgment in favor of the defendant is proper when a plaintiff brings a claim that is not supported by Alabama law. See, e.g., Jones v. B.P. Oil Co., Inc., 632 So.2d 435, 438-39 (Ala. 1993)(upholding trial court's grant of summary judgment in which plaintiff brought claim which was not recognized as a cause of action under Alabama law).

4.  Because Plaintiffs' claim of loss of parental consortium is not supported under Alabama law, Summary Judgment is due to be granted in favor of the Takata Defendants as to these claims. See Hays, 623 So.2d 1142 ; Jones, 632 So.2d 435.

**WHEREFORE, PREMISES CONSIDERED,** the Takata Defendants respectfully request this Honorable Court to grant Partial Summary Judgment as to Plaintiffs' loss of parental consortium claims in their favor.

Respectfully submitted this the 27th day of April, 2011.

BY: /s/ David L. Brown, Jr.
De Martenson (**MAR010**)
David L. Brown, Jr. (**BRO205**)
John Isaac Southerland (**SOU010**)
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center - Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
Telephone: (205) 251-1193
Facsimile: (205) 251-1256
dm@hfsllp.com
jis@hfsllp.com

- and -

2

Ronnie E. Keahey, Esquire
George M. 'Marc' Keahey, Esquire
KEAHEY LAW OFFICE
Post Office Box 934
Grove Hill, Alabama 36451

Attorneys for Defendants Takata Corporation
and TK Holdings Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

LaBarron N. Boone, Esq.
J. Greg Allen, Esq.
Jere L. Beasley, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, AL   36104

Joseph C. McCorquodale, III
McCorquodale & McCorquodale
Post Office Drawer 1137
Jackson, Alabama 36545

Stewart Howard, Esq.
Jonathan Festa, Esq.
Howard & Owens
Attorneys at Law
411 St. Francis Street
P. O. Box 1903
Mobile, Alabama 36633
(For Sheffield Motors)

/s/ David L. Brown, Jr.
Of Counsel

3