UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Motors Liquidation Company, et al., f/k/a General Motors corp., et al, <br><br> Debtors. | No. 09-50026 (REG) <br><br> NOTICE OF CHANGE OF ADDRESS |

TO: Clerk of the Court

TO: All counsel of record

Effective May 1, 2011, my new address and contact information is:

Address:   175 NE Gilman Blvd., Ste. 209
           Issaquah, WA 98027

Phone:     206-576-6900

E-mail:    craig@evezich.com

Please send any future correspondence to this new address. Please contact me if you have any questions or need additional information.

RECEIVED
MAY - 2 2011
U.S. BANKRUPTCY COURT, SDNY

NOTICE OF CHANGE OF ADDRESS
Page - 1

Evezich Law Offices, P.L.L.C.
600 University St., Suite 2701
Seattle, WA  98101
Tel: 206-576-6900; Fax: 206-624-8241

1   DATED:  April 29, 2011.

2                                           EVEZICH LAW OFFICES, P.L.L.C.

3

4
                                            CRAIG EVEZICH, WSBA # 20957
5                                           Attorney for Plaintiff State Farm

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  NOTICE OF CHANGE OF ADDRESS              Evezich Law Offices, P.L.L.C.
    Page - 2                                 600 University St., Suite 2701
                                             Seattle, WA  98101
                                             Tel: 206-576-6900; Fax: 206-624-8241