# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐  MLCS, LLC, Case No. 09-50027 <br><br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | The Williams Companies, on behalf of Agrico Chemical Co. <br> Attn: Randy O'Neal <br> One Williams Center <br> MD 50-4 <br> Tulsa, OK    74102 |
| Claim Number (if known): | 60002 |
| Date Claim Filed: | November 16, 2009 |
| Total Amount of Claim Filed: | $15,901,221.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 27, 2011

Print Name: Randy O'Neal

Title (if applicable): Manager, Financial Loss Recovery

RECEIVED
MAY - 2 2011
U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:\43219392\02\72240.0639