Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
**In re**                                 :    **Chapter 11 Case No.**
                                          :
**MOTORS LIQUIDATION COMPANY,** *et al.*, :    **09-50026 (REG)**
       f/k/a **General Motors Corp.,** *et al.* :
                                          :
                       Debtors.           :    **(Jointly Administered)**
                                          :
------------------------------------------------------------x

**QUARTERLY REPORT OF NOTICED *DE MINIMIS* SALES AND CERTAIN NON-NOTICED *DE MINIMIS* SALES CONSUMMATED BY THE DEBTORS DURING THE FISCAL QUARTER ENDING MARCH 31, 2011 PURSUANT TO ORDER ESTABLISHING PROCEDURES FOR *DE MINIMIS* ASSET SALES**

**PLEASE TAKE NOTICE THAT** on August 18, 2009, the Court entered the Order Pursuant to 11 U.S.C. §§ 105 and 363 (A) Establishing Procedures for the Disposition of *De Minimis* Assets, and (B) Authorizing the Debtors to (i) Pay Related Fees, and (ii) Assume, Assume and Assign, or Reject Related Executory Contracts or Unexpired Leases (ECF No. 3830) (the "***De Minimis* Asset Sale Procedures Order**").[1]  The *De Minimis* Asset Sale Procedures Order authorized the Debtors to implement certain procedures to consummate sales

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in *De Minimis* Asset Sale Procedures Order.

of *de minimis* assets outside of the ordinary course of business pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 22 of the *De Minimis* Asset Sale Procedures Order, on or before the 30th day after the commencement of each fiscal quarter, the Debtors are required to file and serve on the Creditors' Committee a report summarizing (i) any Noticed *De Minimis* Sales that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter and (ii) any Non-Noticed *De Minimis* Sales for consideration greater than $250,000 that were consummated pursuant to the *De Minimis* Sale Procedures during the immediately preceding fiscal quarter.

**PLEASE FURTHER TAKE NOTICE THAT** the Debtors hereby report that during the fiscal quarter ending March 31, 2011, the Debtors consummated the Noticed *De Minimis* Sale set forth on **Exhibit "A."** The Debtors further report that no Non-Noticed *De Minimis* Sales for consideration greater than $250,000 were consummated during the fiscal quarter ending March 31, 2011.

Dated: New York, New York
       May 4, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

## **Exhibit A**

| Asset Description | Location of Asset | Purchaser | Purchase Price | Closing Date |
|---|---|---|---|---|
| Idled Former GM stamping plant | Lebanon School Road, West Mifflin, PA  15122 | Commercial Development Company, Inc. | $1,216,750 | March 3, 2011 |