Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                     :     **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :     **09-50026 (REG)**
 f/k/a General Motors Corp., *et al.*         :
:
                                    Debtors.  :     **(Jointly Administered)**
:
------------------------------------------------------------x

**QUARTERLY REPORT OF CLAIMS SETTLED BY THE DEBTORS**
**DURING THE FISCAL QUARTER ENDING MARCH 31, 2011 PURSUANT**
**TO ORDER ESTABLISHING PROCEDURES FOR SETTLING CERTAIN CLAIMS**

**PLEASE TAKE NOTICE THAT** on October 6, 2009, the Court entered the

Order Pursuant to Section 105(a) of title 11, United States Code and Rules 3007 and 9019(b) of

the Federal Rules of Bankruptcy Procedure Authorizing the Debtors to (i) File Omnibus Claim

Objections and (ii) Establish Procedures for Settling Certain Claims (ECF No. 4180) (the

"**Settlement Procedures Order**").[1]  The Settlement Procedures Order authorized the Debtors to

implement procedures to settle certain claims absent Court approval.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in Settlement Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Settlement Procedures Order, on or before the 30th day after the commencement of each fiscal quarter, the Debtors are required to file a quarterly report of all settlements of claims into which the Debtors entered during the previous quarter pursuant to the Settlement Procedures Order, but are not required to report settlements if they were the subject of a separate motion pursuant to Bankruptcy Rule 9019.[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors hereby report that, during the fiscal quarter ending March 31, 2011, the Debtors entered into the settlements of claims pursuant to the Settlement Procedures Order as set forth on **Exhibit "A"** annexed hereto.

Dated:  New York, New York
        May 4, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

---

[2] Going forward, the information provided herein will be included in quarterly reports filed by the GUC Trust Administrator, as such term is defined in the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836).  A separate report will no longer be filed with the Court.

**Exhibit "A"**

09-50026-mg    Doc 10174    Filed 05/04/11    Entered 05/04/11 13:35:44    Main Document
Pg 3 of 6

| | Date of Settlement | Claimant(s) | Type of Claim | Settlement Amount/Terms of Settlement | Proof of Claim No(s). |
|---|---|---|---|---|---|
| 1 | 1/4/2011 | FAHRENKAMP, COLIN PATRICK | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $400,000 | 1146* 1150 |
| 2 | 1/4/2011 | ANTONIA MOYA TOVAR INDIVIDUALLY | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,000,000 | 58654* 58655 58940 58941 58942 58943 58944 58945 |
| 3 | 1/10/2011 | SHERWANI, MELISSA D. | Product liability litigation | Claimant to receive allowed general unsecured claims in the amount of $300,000 for claims 58650, 58651, 58652, and 58653. | 153 154 155 156 58650* 58651* 58652* 58653* |
| 4 | 1/18/2011 | RILEY TECHNOLOGIES INC. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $250,000 | 6914 |
| 5 | 1/18/2011 | MONTIS, TIMOTHY L. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $400,000 | 39227 |
| 6 | 1/18/2011 | REYNEBEAU, BENJAMIN J. | Product liability litigation | Claimant to receive allowed general unsecured claims in the amount of $2,000,000 for claim 39024 and $2,000,000 for claim 39025 | 39024 39025 |
| 7 | 1/18/2011 | DINNIGAN, AMANDA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $14,000,000 for claim 551 and $700,000 for claim 22642 | 16453 16454 16449 16452 551* 22642* 61789 |
| 8 | 1/24/2011 | CHADWICK, KEVIN C. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,500,000 | 64593 |
| 9 | 2/10/2011 | TREVINO, GREGORIO | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $125,000 for claim 20043, $245,000 for claim 20044, $5,000 for claim 20045, and $125,000 for claim 20046 | 20043 20044 20045 20046 |
| 10 | 2/10/2011 | WEBB, CHRISTIAN BROOKE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $600,000 | 242 |
| 11 | 2/15/2011 | GIDRON OLDSMOBILE & CADILLAC LLC | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $100,000 | 65851 65852* |
| 12 | 2/15/2011 | ROBIN CINI INDIVIDUALLY, AS CONSERVATOR | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $150,000 | 58673* 60000 |
| 13 | 2/15/2011 | VASQUEZ, BLANCA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $120,000 for claim 68, $120,000 for claim 30087, $120,000 for claim 30088, $120,000 for claim 30092, and $120,000 for claim 30094 | 68 30087 30088 30092 30094 |
| 14 | 2/22/2011 | SCROGIN, PATRICK | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000 for 32722, $500,00 for claim 32723, $750,000 for claim 32724, and $250,000 for claim 32725 | 32722 32723 32724 32725 |
| 15 | 2/25/2011 | KIRKLEN, DENNIS | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $100,000 | 51390 |
| 16 | 2/25/2011 | STEVETTE, DUKES | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $375,000 | 48442 |
| 17 | 2/25/2011 | SHI, YANJUN | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $400,000 | 294 |
| 18 | 2/25/2011 | NEWMAN, DANIEL F. | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $500,000 | 58634* 63424 |

| # | Date | Claimant | Type | Description | Claim # |
|---|---|---|---|---|---|
| 19 | 2/25/2011 | SALINAS, JEANETTE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $625,000 for claims 58935 and $625,000 for claim 58937 | 58935*<br>58937*<br>58951 |
| 20 | 2/25/2011 | SAUL, WILLIAM DEVON | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $1,700,000 | 1379 |
| 21 | 2/28/2011 | GARRISON, DEBRA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $2,000 | 7904 |
| 22 | 3/1/2011 | GOFF, MARILYN | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $125,000 | 1562 |
| 23 | 3/1/2011 | GILVARY, SARAH | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $700,000 | 227*<br>33195<br>70149 |
| 24 | 3/1/2011 | MILORD, MARIE ALINA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $300,000 for claim 7837, $600,000 for claim 7838, and $1,850,000 for claim 7839 | 7837<br>7838<br>7839 |
| 25 | 3/2/2011 | SACHSE, MARIE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $375,000 | 59200 |
| 26 | 3/8/2011 | PURDUE, JEANNETTA | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $150,000 | 814 |
| 27 | 3/28/2011 | CUNNINGHAM, MELANIE | Product liability litigation | Claimant to receive an allowed general unsecured claim in the amount of $10,000 | 21819 |
| 28 | 3/24/2011 | ROBERT A GLADSTONE, ON BEHALF OF THE | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $157,330 | 1225 |
| 29 | 3/28/2011 | THE PRISTINE FACILITY TRUST FUND | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $1,250,000 | 6350 |
| 30 | 2/28/2011 | HB STUBBS COMPANY | Accounts Payable | Claimant to receive an allowed general unsecured claim in the amount of $625,000 | 17203 |
| 31 | 3/9/2011 | NORTHSIDE SANITARY LANDFILL TR | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $146,515 | 17251 |
| 32 | 3/24/2011 | ILCO SITE REMEDIATION GROUP | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $1,240,000 | 18029 |
| 33 | 3/29/2011 | CREDIT SUISSE AS PAYING AGENT | Debt | Claimant to receive an allowed general unsecured claim in the amount of $15,745,690 | 20629 |
| 34 | 3/24/2011 | PFIZER, INC., SUCCESSOR TO PHARMACIA/UPJOHN COMPANY | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $345,284 | 22283 |
| 35 | 3/15/2011 | BOARD OF COUNTY COMMISSIONERS LUCAS CO OH | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $391,288 | 29620 |
| 36 | 3/7/2011 | SOUTH TROY TECH LLC | Executory Contracts | Claimant to receive an allowed general unsecured claim in the amount of $1,429,523 | 31318 |
| 37 | 2/26/2011 | SCP CARLSTADT PRP GROUP | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $60,958 | 43878 |
| 38 | 3/9/2011 | NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $4,374,221 | 44869 |
| 39 | 2/28/2011 | OII STEERING COMMITTEE | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $37,737 | 45842 |
| 40 | 3/28/2011 | HOLLIDAY REMEDIATION TASK FORCE | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $23,382 | 45843 |
| 41 | 2/15/2011 | HONEYWELL INTERNATIONAL INC. | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $482,202 | 46497 |
| 42 | 3/31/2011 | HONEYWELL INTERNATIONAL INC. | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $424,057 | 46499 |
| 43 | 3/28/2011 | FOREST WASTE COORDINATING COMMITTEE GROUP | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $146,038 | 49480 |
| 44 | 3/24/2011 | TRW AUTOMOTIVE US LLC AS ASSIGNEE OF THE FORMER TRW INC. | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $7,462 | 50137 |
| 45 | 3/24/2011 | FORD MOTOR COMPANY | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $7,462 | 50138 |
| 46 | 3/24/2011 | DETREX CORPORATION | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $7,462 | 50571 |
| 47 | 3/24/2011 | CNA HOLDINGS LLC F/K/A CNA HOLDINGS INC. | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $18,897 | 50572 |
| 48 | 3/24/2011 | MICHELIN NORTH AMERICA | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $7,462 | 50573 |
| 49 | 3/28/2011 | VALLEYCREST LANDFILL SITE GROUP | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $420,938 | 50584 |
| 50 | 3/31/2011 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $4,200,000 | 50606 |
| 51 | 3/29/2011 | NIAGARA MOHAWK POWER CORPORATION | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $299,007 | 50664 |
| 52 | 3/24/2011 | FEDERAL SCREW WORKS | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $7,462 | 50958 |
| 53 | 3/24/2011 | AKZO NOBEL COATINGS, INC | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $7,462 | 50959 |
| 54 | 3/7/2011 | SUBSCRIBING PARTIES TO THE CHEMSOL SUPERFUND SITE TRUST FUND | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $476,000 | 58958 |
| 55 | 2/28/2011 | MAXUS ENERGY CORPORATION | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $100,000 | 59020 |
| 56 | 2/26/2011 | TIERRA SOLUTIONS INC | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $100,000 | 59313 |
| 57 | 3/15/2011 | AVENUE BLUE TC FUND, L.P. | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $975,000 | 59918 |
| 58 | 3/11/2011 | AVENUE BLUE TC FUND, L.P. | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $97,500 | 59974 |
| 59 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK | Debt | Claimant to receive an allowed general unsecured claim in the amount of $10,282,500 | 60006 |

| | | | | | |
|---|---|---|---|---|---|
| 60 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK | Debt | Claimant to receive an allowed general unsecured claim in the amount of $12,851,562 | 60007 |
| 61 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK | Debt | Claimant to receive an allowed general unsecured claim in the amount of $1,413,125 | 60008 |
| 62 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK | Debt | Claimant to receive an allowed general unsecured claim in the amount of $59,711,400 | 60009 |
| 63 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR | Debt | Claimant to receive an allowed general unsecured claim in the amount of $47,449,000 | 60010 |
| 64 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE | Debt | Claimant to receive an allowed general unsecured claim in the amount of $20,321,812 | 60011 |
| 65 | 1/26/2011 | LAW DEBENTURE TRUST COMPANY OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE | Debt | Claimant to receive an allowed general unsecured claim in the amount of $31,961,000 | 60012 |
| 66 | 2/9/2011 | BARRELS INC, POTENTIALLY RESPONSIBLE PARTY GROUP | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $208,504 | 60281 |
| 67 | 3/31/2011 | MICHIGAN DEPARTMENT OF ENVIRONMENT QUALITY | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $16,704,570 | 60528 |
| 68 | 3/29/2011 | UNITED STATES OF AMERICA | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $42,357,677 | 64064 |
| 69 | 2/18/2011 | JEFFERIES LEVERAGED CREDIT PRODUCTS, | Accounts Payable | Claimant to receive an allowed general unsecured claim in the amount of $150,000 | 64808 |
| 70 | 3/18/2011 | SKINNER LANDFILL SITE PRP GROUP | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $288,887 | 65679 |
| 71 | 3/22/2011 | CENTERPOINT PROP TRUST, AS CORP SUCCESSOR TO | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $975,000 | 69382 |
| 72 | 3/29/2011 | NIAGARA MOHAWK POWER CORPORATION D/B/A NATIONAL GRID | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $113,294 | 70242 |
| 73 | 1/13/2011 | THE SEAPORT GROUP, LLC | Executory Contracts | Claimant to receive an allowed general unsecured claim in the amount of $1,750,000 | 70347 |
| 74 | 3/8/2011 | COMERICA LEASING CORPORATION | Executory Contracts | Claimant to receive an allowed general unsecured claim in the amount of $24,000,000 | 70353 |
| 75 | 3/31/2011 | THE CITY OF BAY CITY | Environmental | Claimant to receive an allowed general unsecured claim in the amount of $652,913 | 70571 |

Notes

   * The allowed amount referenced in the column titled "Settlement Amount/Terms of Settlement" applies to this proof of claim. The other proofs of claim
     relating to this settlement have an allowed amount of $0.00.