# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | | |
|---|---|---|
| Debtor Name and Case Number: | X    Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 | |
| Creditor Name and Address: | Goodrich Corporation<br>c/o PolyOne Corporation<br>33587 Walker Road<br>Avon Lake, OH    44012<br>Attn: Richard E. Hahn<br>Assistant Secretary | |
| Claim Number (if known): | 59065 | |
| Date Claim Filed: | November 25th, 2009 | |
| Total Amount of Claim Filed: | $119,384.06 | |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _May 3, 2011_

_[signature]_

Print Name: _Richard E. Hahn_

Title (if applicable): _Asst. Secretary, PolyOne Corporation_

RECEIVED

MAY - 4 2011

U.S. BANKRUPTCY COURT, SDNY

US_ACTIVE:¥43219392¥02¥72240.0639