TO: U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

FROM: LARRY MASSEY  426 STEVENS AVE. GREENWOOD

S.C. 29646  PH. 864-227-1394  OR 864-941-1328

SUB: ON 4-25-2011 I RECEIVED A 43 PAGE "notice of matters scheduled for hearing on April 26, 2011 at 9:15am" from THE GARDEN CITY GROUP, INC ATTN APS, 5151 BLAZER PARKWAY, STEA, DUBLIN, OH, 43017, USA

WHEN I LOOKED AT THE REPORT, ON PAGE 42 I FOUND MY NAME & ECF NO 9627. IT SAID REPLIES FILED : "NONE TO DATE"

DO I NEED TO FILE A REPLY?

I AM ENCLOSING A COPY OF MY CLAIM IN THE AMOUNT OF 2000 SHARES OF GENERAL MTRS CORP STOCK, CUSIP #370442105, SYMBOL GM. $3,637.82.



RECEIVED
MAY 2 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

AT THE TIME I BOUGHT THIS GM STOCK I BOUGHT IT IN GOOD FAITH. ON TV THEY WERE SAYING GM WAS NOT A WORLD CLASS CO. & THERE VEHICLES WERE NOT UP TO THE STANDARDS OF TOYOTA. I NEW THIS WAS WRONG BECOUSE I DROVE GM ALL MY LIFE. AND I STILL DO. I TRIED TO HELP THIS CO THE BEST I COULD WHEN I THOUGHT THEY NEEDED HELP.

IF THERE IS ANY THING I NEED TO DO PLEASE LET ME KNOW.

LARRY   4-26-2011

7016454

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | ADMINISTRATIVE PROOF OF CLAIM |
|---|---|

| Name of Debtor: *(Check only one)* | |
|---|---|
| ☐ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.) | 09-13558 (REG) |
| ☐ Remediation and Liability Management Company, Inc. | 09-50029 (REG) |
| (subsidary of **General Motors Corporation**) | |
| ☐ Environmental Corporate Remediation Company, Inc. | 09-50030 (REG) |
| (subsidary of **General Motors Corporation**) | |

The deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses against the Debtors is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) the date that is thirty (30) days after the Effective Date at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between February 1, 2011 and the Effective Date.

**ADMINISTRATIVE CLAIM**

Name of Creditor (The person or other entity to whom the debtor owes money or property): **LARRY S MASSEY**

Name and address where notices should be sent:
LARRY S MASSEY
426 STEVENS AVE
GREENWOOD SC 29646

Telephone Number: 864-227-1394

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor: 5936

Check here ☐ replaces  a previously filed claim, dated:_____
if this claim ☐ amends

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other  Share holder

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS#: _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

**2. Date debt was incurred (must be on or after June 1, 2009):** 4/13/2009

**3. If court judgment, date obtained:**

**4. Total Amount of Administrative Claim :** $ 3637.82

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Brief Description of Administrative Expense Claim** (attach any additional information):
Stock Transaction

**6. Credits:** All payments made on this claim have been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Trade Confirms
Attach copies of supporting documents, such as promissory notes, contracts, security agreements, and evidence of perfection of liens.
DO NOT SEND ORIGINAL DOCUMENTS.

**8. This Administrative Proof of Claim:**
☑ is the first filed proof of claim evidencing the claim asserted herein
☐ supplements a proof of claim filed on or about _____
☐ replaces/supersedes a proof of claim filed on _____

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing to your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date 1/13/2011 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): LARRY S MASSEY  /s/ Larry Massey | THIS SPACE IS FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

1165894354

# INSTRUCTIONS FOR FILING ADMINISTRATIVE PROOF OF CLAIM

*The instructions and definitions below are general explanations of the law. In particular cases or circumstances, there may be exceptions to these general rules.*

## — DEFINITIONS —

### Administrative Bar Date
The deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and trusts) to file a proof of claim for certain administrative expenses against the Debtor is (i) on or before February 14, 2011 at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) the date that is thirty (30) days after the Effective Date at 5:00 p.m. (Eastern Time), with respect to administrative expenses arising between February 1, 2011 and the Effective Date.

### Administrative Expense Claims
The claims described in section 503 and 507 of title 11 of the United States Code. Among other things, these sections provide that certain types of claims are entitled to administrative expense priority, including, without limitation: (i) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy case; (ii) certain taxes and penalties related thereto; (iii) compensation and reimbursement of certain officers; (iv) the actual, necessary expenses incurred by (a) certain creditors, (b) a creditor, an indenture trustee, an equity security holder, or a committee representing any such entities, in making a substantial contribution to a debtor's chapter 11 case, (c) a custodian, (d) members of certain committees if incurred in the performance of the duties of such committees; and (v) compensation for services rendered by an indenture trustee.

### Administrative Proof of Claim
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the Debtor owes an Administrative Expense Creditor for Administrative Expense Claims.

### Debtors
The Debtors in these cases are (i) Motors Liquidation Company, (ii) MLCS, LLC (f/k/a Saturn, LLC), (iii) MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), (iv) MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.); (v) Remediation and Liability Management Company, Inc., and (vi) Environmental Corporate Remediation Company, Inc.

### Effective Date
The Effective Date is the business day on or after the confirmation date of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010. The Debtors shall file a notice of the Effective Date with the Bankruptcy Court and with the Securities and Exchange Commission.

## ITEMS TO BE COMPLETED ON ADMINISTRATIVE PROOF OF CLAIM FORM

**Name of Debtor and Case Number:**
Provide the name of the applicable Debtor and its corresponding case number.

**Information about Administrative Expense Creditor:**
Complete the section giving the name, address and telephone number of the Administrative Expense Creditor to whom the Debtor owes money or property, and the Debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Administrative Expense Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the Debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Expense Claim:**
Fill in the amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Brief Description of Administrative Expense Claim**

**6. Credits:**
By signing this Administrative Proof of Claim, you are stating under oath that in calculating the amount of your Administrative Expense Claim you have given the Debtor credit for all payments received from the Debtor.

**7. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the Debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

All Administrative Proofs of Claim must be **received on or before the Administrative Bar Date**, at the following address (whichever is applicable):

If by overnight courier or hand delivery to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

Or if by hand delivery to:

United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
Room 534
New York, New York 10004

If by first-class mail, to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

Please be advised that Administrative Proofs of Claim may not be delivered by facsimile, telecopy transmission, or electronic mail transmission. Administrative Proofs of Claim shall be considered timely filed only if actually received by the Debtors' claims agent, The Garden City Group, Inc., or by the Court on or before the Administrative Bar Date.

# RAYMOND JAMES®
FINANCIAL SERVICES, INC.
Member FINRA/SIPC

ACCOUNT ID: 61965936
TRADE DATE: 04/13/09
SETTLEMENT DATE: 04/16/09

LARRY S MASSEY IRA R/O
RAYMOND JAMES & ASSOC INC CSDN
426 STEVENS AVE
GREENWOOD SC 29646-4432262

Your Financial Advisor:
TROY GLAWE
Phone:   (864)   942-2105
Branch   ID:   4UF43K1
Email:   Troy.Glawe@RaymondJames.com

This notice is to confirm that the following transaction was completed in your account on an unsolicited basis. Please review the information and compare it to your next statement. If you have questions, please contact your Financial Advisor or Client Services at 1-800-647-SERV(7378). Requests to buy or sell securities are not accepted via e-mail.

## STOCK TRANSACTION SUMMARY

BOUGHT: 2,000 shares of GENERAL MTRS CORPORATION, CUSIP # 370442105, symbol GM, at $1.75 per share

| Trade Amount | Commission | Handling | Net Amount |
| --- | --- | --- | --- |
| $3,500.00 | $132.87 | $4.95 | $3,637.82 |

As this transaction settles on April 16, 2009, please be sure funds for payment are available in your account by this date. To receive proper credit when depositing funds by check, please write your account ID on the check and make it payable to Raymond James & Associates, Inc.(RJA).

This transaction was executed on an agency basis. Other information regarding the execution of this transaction, including the date and time of the transaction, will be furnished upon written request.

This trade has been executed for you at a preferred commission rate at your Financial Advisor's instruction.

As this security is being purchased in your retirement account, income generally accumulates on a tax deferred basis. Please consult your tax advisor to ensure proper tax reporting.

If you are purchasing securities on margin, your transaction may result in the loss of more funds than you deposit in your margin account, including the securities purchased, other assets in your Ready Access account, and/or your assets in other accounts at Raymond James. It is important that you fully understand the risks involved with holding securities on margin. For further details on the Ready Access feature, please refer to your Client Agreement, the Truth in Lending statement, or contact your financial advisor. For more information on margin, please consult finra.org, keyword search "Margin Information."

Unless otherwise specified, products purchased from or held at RJA are not insured by the FDIC, are not deposits or other obligations of Raymond James Bank, FSB, are not guaranteed by Raymond James Bank and are subject to investment risk, including possible loss of the principal invested.

We sincerely hope that you are pleased with the quality of the investment and support services which you are receiving. If you know of other investors who could benefit from our services, please refer them to your Financial Advisor.

Thank you for doing business with us.

01 041309 597115