UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,          :
                                                   :
                Debtors.                           :   (Jointly Administered)
                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, Danielle Zahaba, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On May 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Between the Post-Effective Date Debtors and David Irwin Providing for Limited Modification of the Automatic Stay [Docket No. 10160].

| | |
|---|---|
| Signed in Seattle, Washington this 4th day of May, 2011 | /s/ Danielle Zahaba<br>DANIELLE ZAHABA |

Signed in Seattle, Washington this 4th day of May, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 4th day of May, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

| | |
|---|---|
| IRWIN, DAVID | LOWENSTEIN SANDLER PC |
| C/O HARDING & ASSOCIATES | ATTYS FOR DAVID IRWIN |
| ATTN: PHIL HARDING | ATTN: S. LEVINE, J. TEELE & A. BEHLMANN |
| 730 17TH ST STE 650 | 1251 AVENUE OF THE AMERICAS |
| DENVER, CO 80202-3514 | NEW YORK, NY 10020 |