UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
                    Debtors.                       : (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On May 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Stanley R. Stasko, 27653 Lexington Pkwy, Southfield, Michigan 48076 (affected party):

- Order Granting Debtors' Objection to Proof of Claim No. 70285 Filed by Stanley R. Stasko [Docket No. 10164].

Signed in Seattle, Washington this 4th day of May, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 4th day of May, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205