> [1] Endorsed Order
>
> Deeming the attached to be a motion for reconsideration or reargument, under FRBP 9024, motion denied. The motion fails to articulate any matter that the court has not already considered.
>
> S/REG
> USBJ
> 5/4/11

Dr. Terrie Sizemore RN DVM
PO Box 23
Sullivan, Ohio 44880
440-241-3126

Pro se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re : Chapter 11 Case no.
:
MOTORS LIQUIDATION COMPANY, et al : 09-50026(REG)
F/k/a General Motors Corp., et al. :
:
Debtors, : (Jointly administered)
:
:
:
_____:

## MOTION FOR COURT TO VACATE ORDER TO WITHDRAW GM COMPANY FROM LITIGANT'S ACTION FOR DISCOVERY CASE O9CIV2471 IN OHIO

Now comes this litigant, Dr. Terrie Sizemore RN DVM, and respectfully requests the Court consider this motion to vacate the Order for her to withdraw the "New" GM from her Action for Discovery, case no. 09CIV2471, in Medina County Common Pleas Court, Medina, Ohio for the reasons below:

First and foremost, Dr. Sizemore thanks the Court for its gracious extension of patience and kindness. This Court has clearly demonstrated that it considers all argument presented and takes the time to address serious issues. She also thanks the Court for not punishing her for unintentional mistakes.