UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                               :    Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :    Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al.*,      :
                                                    :
             Debtors.                               :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Mr. Jochen Baderschneider, Sonnenstrasse 11, 93161 Sinzing, Germany (affected party):

- Supplemental Order Granting Debtors' 141st Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 10156].

Dated: May 5, 2011
       Lake Success, New York

/s/ Kathy-Ann Awkward
Kathy-Ann Awkward

Sworn to before me this 5th day of May, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2011