**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )

COUNTY OF NASSAU ) ss:

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the **Supplemental Order Granting Debtors' 138th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims)** [Docket No. 10154] to be served by first class mail on Ingrid Herzele, Fasanenstrasse 56, D 40699 Erkrath, Germany:

| | |
|---|---|
| Dated: May 4, 2011 | /s/ Alison Moodie_____ |
| Lake Success, New York | Alison Moodie |

Sworn to before me this 4th day of May, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011