FOLEY & LARDNER LLP
Ann Marie Uetz (*pro hac vice* pending)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Attorneys for Continental Structural Plastics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**
**FOR CONTINENTAL STRUCTURAL PLASTICS, INC.**

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, as counsel for Continental Structural Plastics, Inc., hereby withdraws its appearance in the above-captioned matter.

This notice is in respect to Foley & Lardner LLP only and is not intended to affect service independently requested by Continental Structural Plastics, Inc., or counsel therefor or their continued listing in the mailing matrix and service list for this case.

Dated: May 6, 2011

        FOLEY & LARDNER LLP

        /s/ Ann Marie Uetz
        Ann Marie Uetz *(Pro Hac Vice Pending)*
        500 Woodward Avenue, Suite 2700
        Detroit, MI 48226-3489
        Telephone: (313) 234-7100
        Facsimile: (313) 234-2800
        *Attorneys for Continental Structural Plastics, Inc.*