UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss
COUNTY OF NASSAU        )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On May 5, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Dr. Terrie Sizemore, P.O. Box 23, Sullivan, OH 44880 (affected party):

- Endorsed Order signed on 5/5/2011 re: Motion to Vacate Order to Withdraw GM Company from Litigant's Action for Discovery Case 09CIV2471 in Ohio filed by Terrie Sizemore. "Motion Denied. The Motion Fails to Articulate Any Matter that the Court has not Already Considered." [Docket No. 10182].

Dated: May 6, 2011
      Lake Success, New York

/s/ Kathy-Ann Awkward
Kathy-Ann Awkward

Sworn to before me this 6th day of May, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2011