

**ALVIS & WILLINGHAM, LLP**
ATTORNEYS AT LAW

1400 Urban Center Drive • Suite 475 • Birmingham, Alabama 35242 • PHONE: 205-298-1011 • FAX: 205-298-1012

March 22, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

    RE: Elizabeth McElroy, Representative of the Estate of Lashundra Starks and/or Alvis & Willingham, LLP, Proof of Claim number 14

Dear Mr. Smolinsky:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Elizabeth McElroy, Representative of the Estate of Lashundra Starks and/or Alvis & Willingham, LLP
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Rick Alvis
Title: Attorney for Elizabeth McElroy, Representative of the Estate of Lashundra Starks

Cc: The Garden City Group, Inc.
Motors Liquidation Company Claims Agent
PO Box 9386
Dublin, OH 43017-4286

SHEFFIELD OFFICE: 1205 S. Montgomery Avenue • Sheffield, AL 35660 • PHONE: 256-314-0513 • FAX: 256-314-0511
MOBILE OFFICE: 1252 Dauphin Street • Mobile, Alabama 36604 • PHONE: 334-433-7766 • FAX: 334-433-0112