Registred Mail.

          40, via Villafranca,
          90141 Palermo, Italy.
        liboriodisalvo hotmail.it
          May 2, 2011.

NEX HERING: MAY 17, 2011.
United States Bankruptcy Court
Soutern District of New York.
In re:
Moters Liquidation Company, et al.,
  f/K/a General Motors Corp., et al.
         Debtors.
Chapter 11. Case No. 09 - 50026 (REG).
(Jointly Administrered).
To:
- A. Chamber of Honorable ROBERT E. GERBER, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, Courtroom 621, New York, New York 10004-1408.

- B. /s/ JOSEPH H. SMOLINSKY.
 Harvey R. Miller.
 Stephen Karotkin.
 Joseph H. Smolinsky.
 WEIL, GOTSHAL & MANGES LLP.
 767 Fifth Avenue,
 New York, New york 10163.

 Attorneys for Debtors
 and Post-Effective Date Debtors.

Dear Sirs,
Following your "AMENDED NOTICE OF MATTERS SCHEDULED for HEARING ON APRIL 26, 2011."
Location of Hearing: U.S. Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, U.S. Bankruptcy Judge, Courtroom 621, One Bowling Green, N.Y., N.Y. 10004-1408.
  Dated: New York, N.Y. April 22, 2011.
  III ADJOURNED MATTERS.
  36. Debitors" 140th Omnibus Objection to Claims (Eurobond Deutsche Debt). (ECF No. 8307).
    Response Filed.
    A. Objection to Debitors' Motion for Disallowing and Expunging Claim by LIBORIO DI SALVO, (ECF No. 9084).
    Additional Documents:
    B. Order Granting Debitors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (ECF No. 9187).

- 2 -

<u>Status</u>: This matter is adjourned to May 17, 2011, and may be subject to fourther adjournments. If this matter goes forward on May 17, 2011; claimants wil be notified through letter sent by May 10, 2011.

Now I confirm:

- i. My mail dated February 21, 2011, sended to you, with registated Mail No. RA246324935IT.
- ii. My mail dated April 8, 2011, sended to you.

I am waiting for your decision about my credit of Money Loaned, ISIN No. XS0171942757, for $151,000.00 at June 1, 2009, with Document's Summary enclosed into my Registrd Mail No. RA257969852IT, to you.

Yours faithfully

*Liborio Di Salvo*
Mr Liborio Di Salvo.