# SCHEDULE A

## Third Compensation Period: February 1, 2010 to May 31, 2010

Case No.: 09-50026 (REG)
Case Name: In re Motors Liquidation Company, et al. (f/k/a General Motors Corp. et al.)

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| LFR Inc. | 8/05/2010 Docket No. 6539 | $1,010,871.20 | $11,709.65[1] | $1,170.65 | $10,538.68 | $387,715.62 | $144,948.17[2] |

## Fourth Compensation Period: June 1, 2010 to September 30, 2010

Case No.: 09-50026 (REG)
Case Name: In re Motors Liquidation Company, et al. (f/k/a General Motors Corp. et al.)

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees Held Back) | Fees Held Back (10%) | Fees Payable by Debtors | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|
| LFR Inc. | 11/15/2010 Docket No. 7756 | $217,990.50 | $0[3] | $0 | $0 | $33,226.15 | $14,517.31[4] |

Schedule A            Date: May **9**, 2011            Initials: **REG**, USBJ

---

[1] Pursuant to the December 22, 2010 Fee Order, LFR was awarded $993,243.11 of the Fees Requested.

[2] Pursuant to the December 22, 2010 Fee Order, LFR was awarded $232,223.82 of the Expenses Requested.

[3] Pursuant to the December 22, 2010 Fee Order, LFR was awarded $216,583.30 of the Fees Requested.

[4] Pursuant to the December 22, 2010 Fee Order, LFR was awarded $18,370.15 of the Expenses Requested.