# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | KAPLAN, BETH <br> MOTHERWAY & NAPLETON ATTORNEYS AT LAW <br> 100 W MONROE ST STE 200 <br> CHICAGO, IL 60603 |
| Claim Number (if known): | 16608 |
| Date Claim Filed: | 10/26/2009 |
| Total Amount of Claim Filed: | $500,000.00 |

(Received stamp: MAY - 6 2011)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4·28·11

Print Name: NICHOLAS T. MOTHERWAY  OF MOTHERWAY & NAPLETON

Title (if applicable): AUTHORIZED SIGNATORY  ATTORNEY FOR BETH KAPLAN &

1