# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BLANKENSHIP, MARK<br>MOTHERWAY & NAPLETON ATTORNEYS AT LAW<br>100 W MONROE ST STE 200<br>CHICAGO, IL 60603 |
| Claim Number (if known): | 16605 |
| Date Claim Filed: | 10/26/2009 |
| Total Amount of Claim Filed: | $500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 4-28-11

Print Name: NICHOLAS T. MOTHERWAY OF MOTHERWAY + NAPLETON

Title (if applicable): ATTORNEY FOR MARK BLANKENSHIP + AUTHORIZED SIGNATORY

1