**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 09-50026 (REG) |
| | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | |
| f/k/a General Motors Corp., et al. | |
| | |
| Debtor | |

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Alessandro Sabatino, Jr., request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent Grange Mutual Casualty Company, Motorists Mutual Insurance Company, State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company and their insureds, Claimants in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Southern District of Ohio

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                                      **ZEEHANDELAR, SABATINO &**
                                      **ASSOCIATES, LLC**

Dated: May 11, 2011                    By:  /s/ Alessandro Sabatino, Jr.
Columbus, Ohio                         Alessandro Sabatino, Jr. (0062406)
                                           471 East Broad Street, Suite 1200
                                           Columbus, Ohio 43215
                                            Phone:  (614) 458-1200
                                            Fax:     (614) 458-1201
                                            E-Mail: asabatino@zsa-law.com