**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | |
| f/k/a General Motors Corp., et al., | : | **Case No. 09-50026 (REG)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Elden J. Hopple, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Nationwide Mutual Insurance Company, Allied Group Inc., and Titan Insurance Company, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Ohio and the bars of the U.S. District Court for the Southern and Northern Districts of Ohio.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: May 10, 2011
       Columbus, Ohio

/s/ Elden J. Hopple
Elden J. Hopple    (OH 0019298)
SCHOTTENSTEIN, ZOX & DUNN CO., LPA
250 West Street, Suite 700
Columbus, OH 43215
(614) 462-2305; Fax: (614) 222-3447
Email: ehopple@szd.com
*Attorneys for Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co.*

{H2234677.1 }