# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | PEGGY AND JERRY BOOK<br>1814 BLUE CANE RD<br>JONESVILLE, LA 71343 |
| Claim Number (if known): | 37205 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $5,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor., *reserving all rights against other parties in sh[?] law suit.*

Dated: April 25, 2011

Print Name: John Sturgeon

Title (if applicable): Attorney

---

1

Law Offices
of

# Sturgeon & Boyd

P. O. Drawer 1463
307 Texas Avenue
Ferriday, Louisiana 71334

John Sturgeon
Lauri G. Boyd

Phone  (318) 757-4151
Fax No. (318) 757-4154

April 26, 2011

Margaret Allen
200 Crescent Court, Suite 300
Dallas, TX 75201

RE: Proof of Claim No. 37205 (the "Claim"), In re Motors Liquidation Co. (f/k/a General Motors Corp.), et al., Case No. 09-50026, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). [Book Matter]

Dear Ms. Allen:

Find enclosed Withdrawal of Claim in the referenced matter. Have a nice day.

Sincerely,

John Sturgeon
JS/rc

CC:  Carl Giffin
     PO Box 55490
     Metairie, Louisiana 70055
     with enclosure

     Peggy and Jerry Book
     1814 Blue Cane Road
     Jonesville, LA 71343
     with enclosure