**Hearing Date and Time: May 17, 2011 at 9:45 a.m. (Eastern Time)**

Elden J. Hopple
Victoria E. Powers
Erik Stock
SCHOTTENSTEIN ZOX & DUNN CO., LPA
250 West Street, Suite 700
Columbus, Ohio 43215
(614) 462-5010; Fax: (614) 222-3478
*Attorneys for Nationwide Mutual*
*Insurance Co., Allied Group, Inc.,*
*and Titan Insurance Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY, et al.,** | : | |
| **f/k/a General Motors Corp., et al.,** | : | **Case No. 09-50026 (REG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

**RESPONSE OF NATIONWIDE MUTUAL INSURANCE CO., ALLIED GROUP, INC.,**
**AND TITAN INSURANCE CO. TO THE GUC TRUST'S 220TH OMNIBUS**
**OBJECTION TO CLAIMS (CONTINGENT CO-LIABILITY CLAIMS)**
**(Related to Docket No. 10089)**

For their Response to the 220th Omnibus Objection to Claims [Doc. No. 10089] (the

"Objection") filed by the Motors Liquidation Company GUC Trust (the "GUC Trust") on April

14, 2011, Nationwide Mutual Insurance Company ("Nationwide"), Allied Group, Inc. ("Allied")

and Titan Insurance Company ("Titan," and collectively, the "Companies") hereby state the

following:

1.      In the Objection, the GUC Trust fails to state a valid objection to the claims of the

Companies evidenced by three Proofs of Claim filed by the Companies against Motors

Liquidating Company (f/k/a General Motors Corporation) (the "Debtor") and assigned Claim

Numbers 48378 (Allied Group, Inc.), 48376 (Nationwide Mutual Insurance Co.) and 48377

(Titan Insurance Co.) (collectively, the "Claims").  The Claims are for amounts the Companies have paid, prior to the date of the filing of the Claims, to policyholders on account of insured losses; the Claims are not contingent, and do not reflect amounts for which the Companies are co-liable with the Debtor.  Accordingly, the GUC Trust has not come forward with evidence to "refute at least one of the allegations essential" to the Claims.  *In re Reilly*, 245 B.R. 768, 774 (2d Cir. B.A.P. 2000), citing *In re Allegheny Int'l, Inc.*, 954 F.2d 167 (3d Cir. 1992).  For the reasons set forth herein, the Objection should be overruled and the Claims should be allowed in their entirety.

## THE CLAIMS

2.      Each of the Companies is a provider of, among other insurance products, property and casualty insurance.  The Claims are for amounts actually paid by the Companies to policyholders who filed claims under insurance policies written by the Companies.  These amounts were paid to the policyholders as a result of insured losses, incurred as a result of parts malfunctions in General Motors vehicles.  As set forth in the Declaration and in the other Exhibits hereto, the result of these parts malfunctions, in all but two instances, was a vehicle fire. (*See* Dec.[1] at ¶ 3).

3.      Pursuant to Section 509 of the Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*) and the terms of the insurance policies under which the Companies made the payments to the policyholders that underlie the Claims, the Companies are subrogated to the claims of the policyholders against the Debtors.  The Companies made payments to the individual policyholders on the insured losses underlying the Claims before the Objection was filed on April 14, 2011.  (*See* Dec. at ¶ 4).

---

[1] Attached hereto as **Exhibit A** and incorporated by reference is the Declaration of Cindy Collar, Claims Specialist III of Nationwide Mutual Insurance Company (the "Declaration").

4.      On July 29, 2009, Nationwide filed its initial Proof of Claim against the Debtor's estate (Claim No. 1123), which Nationwide subsequently timely amended on November 25, 2009.  The amended Nationwide Proof of Claim, in amount of $419,471.01, was assigned Claim No. 48376 (the "Nationwide Claim").   Attached hereto as **Exhibit B** and incorporated by reference is a spreadsheet further describing the nature and amount of the insured losses that underlie the Nationwide Claim.  (*See* Dec. at ¶ 5).

5.      Also on July 29, 2009, Allied filed its initial Proof of Claim against the Debtor's estate (Claim No. 1124), which Allied subsequently timely amended on November 25, 2009.  The amended Allied Proof of Claim, in the amount of $270,499.21, was assigned Claim No. 48378 (the "Allied Claim").  Attached hereto as **Exhibit C** and incorporated by reference is a spreadsheet further describing the nature and amount of the insured losses that underlie the Allied Claim.  (*See* Dec. at ¶ 5).

6.      On November 25, 2009, Titan timely filed its Proof of Claim in the amount of $4,001.89, which was assigned Claim No. 48377 (the "Titan Claim").   Attached hereto as **Exhibit D** and incorporated by reference is a spreadsheet further describing the nature and amount of the insured loss that underlies the Titan Claim.  (*See* Dec. at ¶ 5).

7.      The Claims represent amounts paid by the Companies to their policyholders for insured losses arising from parts malfunctions in vehicles manufactured by the Debtor.  (*See* Dec. at ¶ 3).  By operation of the Bankruptcy Code and under the terms of the policies at issue, the Companies are subrogated to their policyholders' rights to collect from the Debtor for the insured losses underlying the Claims.  The Companies paid the policyholders on those losses prior to the date the Objection was filed. (*See* Dec. at ¶ 4).  As such, the Claims are valid and

non-contingent claims against the Debtor's estate, and as such are allowed unsecured claims.
The Objection should be overruled as to the Claims asserted by the Companies.

## THE OBJECTION

8.      In the Objection, the GUC Trust asserts that the Claims should be disallowed and
expunged from the Claims Register in this case under Section 502(e)(1)(B) of the Bankruptcy
Code, which provides:

> Notwithstanding subsections (a), (b), and (c) of this section and paragraph (2) of
> this subsection, the court shall disallow any claim for reimbursement or
> contribution of an entity that is liable with the debtor on or has secured the claim
> of a creditor, to the extent that—
>
>                                    *  *  *
>
> (B) such claim for reimbursement or contribution is contingent as of the
> time of allowance or disallowance of such claim for reimbursement or
> contribution;

11 U.S.C. § 502(e)(1)(B).

9.      The GUC Trust asserts that the Claims should be disallowed because (1) the
Claims are for reimbursement or contribution; (2) the Companies are co-liable with the Debtor
on the Claims with respect to third parties; and (3) the Claims are contingent.  *In re Chemtura
Corp.*, 436 B.R. 286, 294 (Bankr. S.D.N.Y. 2010).  In order for the Objection to succeed, the
GUC Trust must come forward with evidence that each of the three statements listed above are
true.  *Id*.  As such, the Objection must fail because the GUC Trust cannot show that the second
and third statements set forth above are true.  Indeed, the Companies are not co-liable with the
Debtor on the Claims and the Claims are not contingent.

## THE COMPANIES ARE NOT CO-LIABLE WITH THE DEBTOR

10.      In the Objection, the GUC Trust states that the Claims "are based upon the claim
or potential claim of an underlying plaintiff, under which both the holder of the [Claims] and the

Debtors may be found liable."  (*See* Objection at ¶ 15).  The Objection, however, does not offer

any detail to support that the Claims are related to an "underlying plaintiff."  As stated above, the

Claims represent amounts that the Companies have paid out to their policyholders on account of

insured losses incurred due to parts malfunction in vehicles manufactured by the Debtor.  Under

the terms of the underlying insurance policies, the Companies are subrogated to the rights of the

policyholders, who would otherwise have had claims against the Debtor's estate in connection

with their vehicle malfunctions.

11.    *Chemtura* and the other cases cited by the GUC Trust are inapposite to the

determination of the Claims.  The Claims do not represent unfixed co-liabilities of the Debtor

and the Companies, the final apportionment of which is contingent upon some future event such

as the resolution of a pending lawsuit.  The Companies have paid the policyholders for their

insured losses, and the Companies are now asserting the Claims for the aggregate amount of

those payments against the Debtor.  The Companies have stepped into the shoes of their

policyholders and are the sole holders of the Claims against the Debtor.  *In re Baldwin-United*

*Corporation*, 55 B.R. 885, 895 (Bankr. S.D. Ohio 1985) ("The codebtor asserting a claim for

contribution has no right to any distribution from the debtor's estate *until the creditor's claim has*

*been paid in full*" under Section 509 of the Bankruptcy Code) (emphasis added).

12.    Rather than the Companies being co-liable *with* the Debtor's estate on the Claims,

the estate is liable *to* the Companies because the Companies paid the claims of the policyholders

and are subrogated to the policyholders' claims in this bankruptcy.  11 U.S.C. § 509(a)

(subrogating the rights of an entity that pays a creditor's claim to the rights of such creditor to the

extent of payment).  The Companies are not co-liable with the Debtor on the Claims, the GUC

Trust has failed to meet the first prong of the test under Section 502(e)(1)(B), and the Objection should be overruled as to the Claims asserted by the Companies.

## THE CLAIMS ARE NOT CONTINGENT

13.    The Objection states that the Claims "are contingent for the very reason that holders of such claims have not made payment on the underlying obligation for which they seek contribution or indemnification from the Debtors."  (*See* Objection at ¶ 17).  Here again, the GUC Trust is inaccurate with its facts.

14.    The GUC Trust asserts that the law is "'well-settled that the claim of a co-liable party under [section] 502(e)(1)(B) is contingent until the claimant has made payment on its underlying claim to the principal creditor and thereby fixes his own right to payment from the debtor.'"  (*See* Objection at ¶ 16, quoting *In re Eagle-Picher Indus. Inc.*, 144 B.R. 765, 769 (S.D. Ohio 1992)).  The GUC Trust further asserts that "the claim need only be contingent as of the date of the court's ruling to disallow the claim."  (*See* Objection at ¶ 16, citing *In re GCO, LLC*, 324 B.R. 459, 466 (Bankr. S.D.N.Y. 2005)).

15.    The Companies have paid the underlying claims to the principal creditors—the policyholders—on the amounts underlying the Claims.  (*See* Dec. at ¶ 3).  The Claims are not contingent.  As noted by the Court in *GCO*, "The purpose of § 502(e)(1)(B) is to prevent the contingent, unresolved indemnification or contribution claims from delaying the consummation of plan of reorganization or a final distribution in a liquidating case."  324 B.R. at 466.  This policy concern is not implicated in this instance.  The Companies have paid their policyholders on the insured losses underlying the Claims, and the Companies are subrogated to those policyholders in the amount of the Claims.  The Claims are in a fixed amount and present no impediment to a final distribution by the GUC Trust.

## **RESERVATION OF RIGHTS**

16.      If the Claims or any portion thereof are disallowed by this Court, the Companies (either collectively or as individuals) hereby expressly reserve their rights to seek reconsideration under Section 502(j) of the Bankruptcy Code.

17.      The Companies hereby further expressly reserve their rights to assert any further arguments in response to the Objection, whether at a hearing on the Objection or otherwise.

WHEREFORE, the Companies respectfully request that the Court overrule the Objection as to the Claims and determine that the Claims are allowable in their entirety.

Dated: May 10, 2011                    Respectfully submitted,

SCHOTTENSTEIN, ZOX & DUNN CO., LPA

/s/ Elden J. Hopple
Elden J. Hopple (OH 0019298)
(*pro hac vice* admission pending)
Victoria E. Powers (OH 0054589)
(*pro hac vice* admission pending)
Erik Stock (OH 0083728)
(*pro hac vice* admission pending)
250 West Street, Suite 700
Columbus, OH 43215
Phone: (614) 462-5010
Fax: (614) 222-3478
Email: ehopple@szd.com
          vpowers@szd.com
          estock@szd.com

*Attorneys for Nationwide Mutual Insurance Co.,*
*Allied Group, Inc., and Titan Insurance Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of May, 2011, the foregoing *Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (Contingent Co-Liability Claims)* was filed via the Court's electronic filing system, and will be served electronically upon the following parties at the addresses indicated:

- David B. Aaronson     david.aaronson@dbr.com
- Letitia Accarrino     laccarrino@wilentz.com
- David G. Aelvoet     sanantonio.bankruptcy@publicans.com
- Anna Conlon Aguilar     aaguilar@conlonaguilar.com
- Martin Alaniz     martin.alaniz@gmail.com
- Derek P. Alexander     dalexand@debevoise.com, mao-ecf@debevoise.com
- Jonathan Bradley Alter     jonathan.alter@bingham.com
- Margaret M. Anderson     panderson@fhslc.com
- Carla O. Andres     candres@gklaw.com
- Philip D. Anker     philip.anker@wilmerhale.com
- Gary L. Antoniewicz     gantoni@boardmanlawfirm.com
- Joel D. Applebaum     japplebaum@clarkhill.com
- W. David Arnold     darnold@rcolaw.com
- Thomas V. Askounis     taskounis@askounisdarcy.com
- Karin F. Avery     avery@silvermanmorris.com
- Douglas Bacon     douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- John H. Bae     baej@gtlaw.com
- Marc M. Bakst     mbakst@bodmanllp.com
- David J. Baldwin     dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- John T. Banks     jbanks@pbfcm.com
- Leslie S. Barr     lbarr@windelsmarx.com, theston@windelsmarx.com
- William M. Barron     wbarron@sgrlaw.com
- Robert L. Barrows     rbarrows@wdblaw.com
- Robert N. Bassel     ecfbbassel@gmail.com
- Donald F. Baty     dbaty@honigman.com
- Alison D. Bauer     abauer@torys.com, tmartin@torys.com
- Leonora K. Baughman     ecf@kaalaw.com
- Matthew K. Beatman     mbeatman@zeislaw.com
- Andrew Behlmann     abehlmann@lowenstein.com
- Samuel J. Behringer     sblawd35@msn.com
- Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer     hbeltzer@morganlewis.com
- Walter Benzija     wbenzija@halperinlaw.net
- Frederick A. Berg     fberg@kotzsangster.com
- Frederick A. Berg     fberg@kotzsangster.com
- Jan I. Berlage     JBerlage@GHSLLP.com
- Daniel J. Bernard     dbernard@vmclaw.com
- David R. Berz     gregory.bailey@weil.com

- Kellie M. Blair    kblair@mattablair.com
- Kevin Blaney    kblaney@kevinblaney.com, bmorehead@kevinblaney.com
- Steven Harris Blatt    sblatt@dealerlaw.com
- David M. Blau    dmb@kompc.com, tlj@kompc.com
- Don W. Blevins    dwblevins@mcalpinelawfirm.com
- Michael V. Blumenthal    mblumenthal@crowell.com
- Charlotte P. Bodell    cbodell@sandw.com, rhiersteiner@sandw.com
- Anna Boelitz    anna.boelitz@bingham.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    borgeslawfirm@aol.com
- Jean Winborne Boyles    jboyles@jhvgmlaw.com
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- Mark L. Brown    markb@lakinchapman.com,
  ashleyo@lakinchapman.com;docket@lakinchapman.com
- Scott N. Brown    snb@smrw.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US,
  sherri.simpson@oag.state.tx.us
- Robert H. Brownlee    rbrownlee@thompsoncoburn.com
- Daniel G. Bruce    bankruptcy@baxterbrucelaw.com
- Adam D. Bruski    adbruski@lambertleser.com
- John W. Bryant    jbryant@dflaw.com
- Deborah M. Buell    maofiling@cgsh.com
- Charles D. Bullock    cbullock@sbplclaw.com
- John R. Burns    john.burns@bakerd.com,
  skrhoads@bakerd.com;oliana.nansen@bakerd.com
- John Wm. Butler    jbutler@skadden.com
- Katharine Byrne    kbyrne@cooneyconway.com
- Barbara Lee Caldwell    Bcaldwell@cpwlawyers.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- John M. Callagy    jcallagy@kelleydrye.com
- Carollynn H.G. Callari    ccallari@venable.com
- Stefano Calogero    scalogero@windelsmarx.com, ncurto@windelsmarx.com
- Judy B. Calton    jcalton@honigman.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Daniel J. Carragher    djcarragher@daypitney.com
- Linda J. Casey    caseyl@pepperlaw.com,
  jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- R. Christopher Cataldo    ccataldo@jaffelaw.com
- Katherine R. Catanese    kcatanese@foley.com

- George B. Cauthen    george.cauthen@nelsonmullins.com
- Steven R. Cavalli    scavalli@giccb.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Joseph M. Cerra    jcerra@formanlaw.com
- Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
- Jeffrey Chang    jchang@changlawpllc.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Sarah M. Chen    schen@lockelord.com
- Stephen N Chesnut    chesnutlawfirm@earthlink.net
- Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Ilissa Churgin Hook    ecfmail@yablaw.com, ihook@yablaw.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com
- Wm. David Coffey    wdcoffeylaw@yahoo.com
- Dennis J. Connolly    dconnolly@alston.com
- Michael T. Conway    michael.conway@leclairryan.com
- Susan M. Cook    smcook@lambertleser.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Joseph Corneau    jcorneau@klestadt.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Keith N. Costa    keith.costa@akerman.com
- Jeffrey L. Coxon    rellis@warrenyoung.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Randall D. Crocker    rcrocker@vonbriesen.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Julius O. Curling    curlingj@michigan.gov
- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Timothy J. Dance    tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com
- Colin Thomas Darke    cdarke@bodmanllp.com
- Michael S. Davi    mdavi@velaw.com
- Ashley Davis    ashley.davis@myfloridalegal.com
- Jeffrey S. Davis    jsdesqtx@yahoo.com
- Michael S. Davis    mdavis@zeklaw.com,
  mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- Stanley Dawson    ssd@fulton-devlin.com
- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

- Sam Della Fera    sdellafera@trenklawfirm.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Joshua Ian Divack    jdivack@hahnhessen.com,
  jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatward
  han@hahnhessen.com;lschlussel@hahnhessen.com
- Michael Dockterman    dockterman@wildman.com, eckert@wildman.com
- Edward S. Donini    lm7ed@aol.com
- J. Ted Donovan    TDonovan@Finkgold.com,
  David@Finkgold.com;CClarke@Gwfglaw.com
- Charles E. Dorkey    cdorkey@mckennalong.com,
  tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Joseph A. Dworetzky    jad@hangley.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- David G. Ebert    debert@ingramllp.com, mtajika@ingramllp.com
- James P. Eckels    EckelsJ@appellucas.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Henry A. Efroymson    henry.efroymson@icemiller.com
- James W. Ehrman    jwe@kjk.com, pleadingsjwe@gmail.com
- Steven B. Eichel    seichel@crowell.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Dan Elias    delias@eliasgroup.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- Judith Elkin    judith.elkin@haynesboone.com
- Kristin Elliott    kristin.elliott@klgates.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Oscar B. Fears    bfears@law.ga.gov
- Carol A. Felicetta    cfelicetta@reidandriege.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com
- Andrea Fischer    afischer@olshanlaw.com,
  ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Eric Fisher    fishere@butzel.com
- Matthew F. Fitzsimmons    matthew.fitzsimmons@po.state.ct.us
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com
- Neysa Ann Fligor    sccbankruptcy@cco.sccgov.org
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Susan M. Franzetti    sf@nijmanfranzetti.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- William R. Fried    wrfried@herrick.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com
- Timothy A. Fusco    fusco@millercanfield.com
- Thomas S. Galbo    ggalbobader@roadrunner.com
- Michael G. Gallacher    mgallacher@comcast.net
- Mark S. Gamell    mgamell@tlggr.com
- Ethan D. Ganc    ethan11102@yahoo.com
- Kathleen A. Gardiner    gardinerk@michigan.gov
- Victoria D. Garry    vgarry@ag.state.oh.us
- Samir Gebrael    sgebrael@klestadt.com
- Sara J. Geenen    sjg@previant.com
- Robert T. Gibson    rgibson@gibsonlawfirm.net
- Wendy J. Gibson    wgibson@bakerlaw.com
- A. Spencer Gilbert    sgilbert@asgilbert.com, kimwolford@asgilbert.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Celeste R. Gill    gillcr@michigan.gov
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Oren Giskan    ogiskan@gslawny.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Thomas D. Goldberg    tdgoldberg@dbh.com

- Daniel H. Golden
  rbarloon@akingump.com;pabelson@akingump.com;markk@owlcreeklp.com;mlahaie@a
  kingump.com;sschultz@AkinGump.com;rtennenbaum@akingump.com;dkrasa-
  berstell@akingump.com
- Scott A. Golden    sagolden@hhlaw.com
- Michelle Goldis    michelle.goldis@wilmerhale.com
- David A. Golin    dagolin@arnstein.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com,
  harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com
- Brian M. Graham    bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com,
  jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com
- William F. Gray    wgray@torys.com, abauer@torys.com;tmartin@torys.com
- John T. Gregg    jgregg@btlaw.com
- Nancy Grim    nancy.grim@nancygrimlaw.net
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Robert A. Guy    bguy@fbtlaw.com, mkroplin@fbtlaw.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Matthew A. Hamermesh    mhamermesh@hangley.com
- Gary A. Hansz    gah@wwrplaw.com
- David Henry Hartheimer    dharthei@bellatlantic.net
- Michael E. Hastings    michael.hastings@leclairryan.com
- Michael D. Hausfeld    mhausfeld@hausfeldllp.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Geoffrey W. Heineman    gheineman@rmkb.com
- Christopher M. Hemrick    chemrick@connellfoley.com
- Lee Henig-Elona    lhenigelona@wolffsamson.com
- Suzanne Hepner    shepner@lrbpc.com,
  jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com
- Terrance A. Hiller    tah@kompc.com, met@kompc.com;tlj@kompc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com
- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- Bruce W. Hoover    bhoover@goldbergsegalla.com,
  jsymack@goldbergsegalla.com;rbraden@goldbergsegalla.com
- George R. Howard    grhoward@jonesday.com

- Yolanda M. Humphrey    houbank@pbfcm.com, tpope@pbfcm.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Jeffrey L. Ingram    jeff@galese-ingram.com
- Elihu Inselbuch    eb@capdale.com
- Marc M. Isaac    misaac@mmipllc.com
- Robert M. Isackson    risackson@orrick.com
- Adam H. Isenberg    aisenberg@saul.com
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Peter F. Jazayeri    mkogan@ecjlaw.com
- Sedgwick M. Jeanite    jeanites@whiteandwilliams.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Andrew A. Jones    ajones@whdlaw.com, mwichman@whdlaw.com;rbradley@whdlaw.com
- David S. Jones    david.jones6@usdoj.gov, john.donovan2@usdoj.gov
- Jeffrey J. Jones    jjjones@jonesday.com
- Nathan E. Jones    info@usdrllc.com
- Roland Gary Jones    rgj592005@gmail.com, rgjresearch3@gmail.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Allen G. Kadish    kadisha@gtlaw.com
- Ken Kansa    kkansa@sidley.com, matthew.martinez@sidley.com;malternelson@sidley.com
- Olivia W. Karlin    olivia.karlin@doj.ca.gov
- Stephen Karotkin    stephen.karotkin@weil.com, theodore.tsekerides@weil.com;Shai.Waisman@weil.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Clifford A. Katz    ckatz@platzerlaw.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Barry M. Kazan    Barry.Kazan@ThompsonHine.com
- Daniel L. Keller    dkeller@kflegal.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- I. Ray Kerlick    rkerlick@wphk-law.com
- Christopher Kern    ckern@srgk-law.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Myung Han Kim    paul.kim@wilsonelser.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Michael S. Kimm    kimmlaw@msn.com
- Michael S. Kimm    msk@kimmlaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Theodore A. Kittila    tak@elliottgreenleaf.com

- Kathleen H. Klaus    khk@maddinhauser.com
- Patrick A. Klingman    pklingman@sfmslaw.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Anthony J. Kochis    akochis@wolfsonbolton.com
- Thomas F. Koegel    tkoegel@flk.com
- Mary W. Koks    mkoks@munsch.com
- John F. Kostelnik    jkostelnik@frantzward.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Rein F. Krammer    rkrammer@masudafunai.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Kay S. Kress    kressk@pepperlaw.com
- Martin Krolewski    mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Richard E. Kruger    rkruger@jaffelaw.com
- Natalie N. Kuehler    natalie.kuehler@usdoj.gov
- Patrick J. Kukla    pkukla@carsonfischer.com
- Gary W. Kullmann    gkullmann@kkdpc.com, shall@kkdpc.com
- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Jeffrey Kurtzman    jkurtzma@klehr.com
- Matthew F. Kye    mkye@magnozzikye.com
- Stephen S. LaPlante    laplante@millercanfield.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Jacob F. Lamme    lamme@mltw.com
- Forrest B. Lammiman    flammiman@mpslaw.com,
  lbell@mpslaw.com;dnichols@mpslaw.com
- Stephen M. Landau    sml@slandau.com
- Barry M. Lasky    BMLPC@aol.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary    maureen.leary@oag.state.ny.us
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- Candace Lee    candace.hoeft@gmail.com
- Michael D Lee    mlee@srcattorneys.com
- David S. Lefere    davidl@bolhouselaw.com
- Eugene Leff    eleff@oag.state.ny.us
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- David A. Lerner    dlerner@plunkettcooney.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Larry A. Levick    levick@singerlevick.com,
  croote@singerlevick.com;ckirkland@singerlevick.com

- Leslie C. Levy     leslie.levy@nebraska.gov, leora.platte@nebraska.gov
- Kenneth M. Lewis     klewis@lewispllc.com
- Kim Martin Lewis     kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg     barryster@att.net
- Demetra Liggins     demetra.liggins@tklaw.com
- Harry A. Light     light@fec.net
- David T. Lin     dlin@seyburn.com
- Thomas K. Lindahl     tlindahl@kotzsangster.com,
  jdesantis@kotzsangster.com;dlemanski@kotzsangster.com
- Daniel W. Linna     dlinna@honigman.com
- Andrew K. Lipetz     alipetz@wgrlaw.com
- Edward J. LoBello     elobello@msek.com
- Eric Lopez Schnabel     schnabel.eric@dorsey.com
- Dennis W. Loughlin     dloughlin@wnj.com, hziegler@wnj.com
- Cynthia Jordan Lowery     cynthialowery@mvalaw.com
- Kim R. Lynch     klynch@formanlaw.com, mudem@formanlaw.com
- Dianna Lyons     dlyons@kazanlaw.com
- Lauren Macksoud     lmacksoud@kramerlevin.com, jfriedman@kramerlevin.com
- John S. Mairo     jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com
- Tristan Manthey     tmanthey@hellerdraper.com
- Kayalyn A. Marafioti     kmarafio@skadden.com
- Wendy G. Marcari     wmarcari@ebglaw.com
- Michael A. Maricco     maricco.michael@pbgc.gov, efile@pbgc.gov
- James M. Martin     mmllaw@swbell.net
- Timothy Brian Martin     tmartin@torys.com
- Richard W. Martinez     Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Victor J. Mastromarco     vmastromar@aol.com
- Steven A. Matta     smatta@mattablair.com
- Leigh Martin May     leigh@butlerwooten.com,
  cathy@butlerwooten.com;ashley@butlerwooten.com;betht@butlerwooten.com
- Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com
- Mark L. McAlpine     mlmcalpine@mcalpinelawfirm.com
- Lauren M. McEvoy     Lauren.McEvoy@thompsonhine.com
- Frank McGinn     ffm@bostonbusinesslaw.com
- Mark E. McKane     mmckane@kirkland.com,
  sarah.farley@kirkland.com;rosie.tejada@kirkland.com
- Austin L. McMullen     amcmullen@babc.com
- John A. McMullen     mcmullen@together.net
- Patrick E. Mears     patrick.mears@btlaw.com
- Barbara S Mehlsack     bmehlsack@gkllaw.com
- Brian H. Meldrum     bmeldrum@stites.com
- Marc B. Merklin     mmerklin@brouse.com
- Christopher A. Merritt     cmerritt@rjlps.com
- Richard M. Meth     msteen@foxrothschild.com, mlsecf@gmail.com

- G. Christopher Meyer     cmeyer@ssd.com
- Robert N. Michaelson     rmichaelson@klgates.com
- Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com
- Gerald L. Mills     gerald.mills@bex.net
- Robert K. Minkoff     robminko@yahoo.com
- Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com
- Carol E. Momjian     cmomjian@attorneygeneral.gov
- James C. Moon     jmoon@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Timothy D. Moratzka     tdm@mcmlaw.com
- Margreta Morgulas     mmorgulas@stutman.com
- Whitney L. Mosby     wmosby@binghammchale.com
- Max Anderson Moseley     mmoseley@bakerdonelson.com
- Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch     jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Kevin C. Murphy     kmurphy@wladislawfirm.com
- Daniel R. Murray     dmurray@jenner.com, mmatlock@jenner.com
- Milissa A. Murray     m.murray@bingham.com
- Lauren Nachinson     Lauren.Nachinson@quarles.com
- Jaimie Leeser Nawaday     jaimie.nawaday@usdoj.gov
- David L. Neale     kjm@lnbrb.com
- Michael A. Nedelman     mnedelman@nglegal.com, mwatler@nglegal.com
- Melissa Z. Neier     mneier@ibolaw.com
- Arthur C. Neiwirth     aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com
- James D. Newbold     James.Newbold@illinois.gov
- Robert E. Nies     rnies@wolffsamson.com
- Timothy F. Nixon     tnixon@gklaw.com, graiche@gklaw.com;mroufus@gklaw.com
- Laura L. Noggle     nogglel@pepperlaw.com
- Michael E. Norton     mnorton@nortonlawassociates.com
- Matthew D. Novello     mdnovello@mcalpinelawfirm.com
- Gordon Z. Novod     dcho@kramerlevin.com
- Kevin T. O'Brien     ko'brien@websterszanyi.com
- Dennis M. O'Dea     dennis.odea@sfslawgroup.com, dodeapc@aol.com
- Michael B. O'Neal     moneal@wnj.com
- Sean A. O'Neal     soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com
- Ronald Oran     roran@velaw.com
- Mark Russell Owens     mowens@btlaw.com,
  mowens@btlaw.com;bankruptcyindy@btlaw.com
- Gregory Oxford     goxford@icclawfirm.com
- Richard W. Paige     paige@bsplaw.com
- Ingrid S. Palermo     ipalermo@bsk.com
- Charles N. Panzer     cpanzer@sillscummis.com
- Merritt A. Pardini     dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com
- Larry E. Parres     lparres@lewisrice.com

- Peter S. Partee      ppartee@hunton.com
- Paul J. Pascuzzi      ppascuzzi@ffwplaw.com
- William Dirk Pastorick      tprete@nldhlaw.com
- Rakhee V. Patel      rpatel@pronskepatel.com,
  cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;
  admin@pronskepatel.com;lwhatley@pronskepatel.com;gpronske@pronskepatel.com;jkat
  hman@pronskepatel.com
- Kimo S. Peluso      kpeluso@manatt.com, astaltari@manatt.com
- Melissa A. Pena      mapena@nmmlaw.com
- Frederick Perillo      fp@previant.com
- John C. Phillips      jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com
- Robert W. Phillips      rphillips@simmonscooper.com
- Deborah J. Piazza      dpiazza@hodgsonruss.com
- Dominic J. Picca      dpicca@mintz.com, Docketing@mintz.com
- Christine A.M. Pierpont      cpierpont@ssd.com
- James A. Plemmons      jplemmons2@dickinsonwright.com
- Gregory G. Plotko      gplotko@kramerlevin.com,
  achouprouta@kramerlevin.com;ychernyak@kramerlevin.com
- Michael P. Pompeo      mpompeo@dbr.com
- Constantine Pourakis      cp@stevenslee.com
- Susan Power-Johnston      sjohnston@cov.com
- Frank I. Powers      plesser@hpc-lawyers.com;dhedegard@hpc-lawyers.com
- Jasmine Powers      jpowers@debevoise.com, mao-ecf@debevoise.com
- Ronald S. Pretekin      pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price      jprice@brouse.com
- John J. Privitera      privitera@mltw.com, hill@mltw.com;lamme@mltw.com
- Gerrit M. Pronske      gpronske@pronskepatel.com
- Susan Przekop-Shaw      przekopshaws@michigan.gov
- Jonathan I. Rabinowitz      jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Paul A. Rachmuth      prachmuth@gerstensavage.com
- Marie T. Racine      mracine@racinelaw.us
- Thomas B. Radom      radom@butzel.com
- Mark L. Radtke      mradtke@shawgussis.com
- Dennis Jay Raterink      raterinkd@michigan.gov
- Eric T. Ray      eray@balch.com
- Timothy M. Reardon      tmreardon@nnblaw.com
- Michael Reed      nycourts@mvbalaw.com
- Robert A. Rich      rrich2@hunton.com
- Marc E. Richards      mrichards@blankrome.com
- Paul J. Ricotta      pricotta@mintz.com
- Matthew J. Riopelle      mriopelle@foley.com
- David D. Ritter      ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins      MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM
- Adam C. Rogoff      arogoff@kramerlevin.com
- Adam L. Rosen      filings@spallp.com, arosen@silvermanacampora.com

- Sanford Philip Rosen    srosen@rosenpc.com
- Adina H. Rosenbaum    arosenbaum@citizen.org
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- Donn Rosenblum    donn.rosenblum@ohioattorneygeneral.gov
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Gerolyn P. Roussel    rousselp@bellsouth.net
- Jayson B. Ruff    jruff@mcdonaldhopkins.com
- Dianne Ruhlandt    druhlandt@ermanteicher.com
- Matthew E. Russell    matthew.russell@haynesboone.com
- Scott K. Rutsky    srutsky@proskauer.com
- Herbert K. Ryder    hryder@pitneyhardin.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
- Chester B. Salomon    csalomon@beckerglynn.com, jholdridge@beckerglynn.com
- Kimberly Salomon    ksalomon@formanlaw.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- George Franklin Sanderson    george.sanderson@elliswinters.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Bruce M. Sattin    bsattin@szaferman.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Robert T. Schmidt    rschmidt@kramerlevin.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Thomas W. Schouten    tschouten@dunnsslaw.com
- S. Robert Schrager    rschrager@hodgsonruss.com, mharmon@hodgsonruss.com
- Carey D. Schreiber    cschreiber@winston.com
- Jonathan R. Schulz    schulz@bsplaw.com
- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov
- Kathlyn Schwartz    kathlyn.schwartz@akerman.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Michael A. Schwartz    mschwartz@hhplawny.com
- Steven Schwartz    sschwart@winston.com
- David V. Scott    dave@davescott.us
- Barry N. Seidel    seidelb@butzel.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- John W. Shenk    jshenk@ecjlaw.com

- Tricia A. Sherick     tsherick@honigman.com
- Joseph E. Shickich     jshickich@riddellwilliams.com
- Matthew J. Shier     mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- George W. Shuster     george.shuster@wilmerhale.com
- Patrick Sibley     psibley@pryorcashman.com
- Robert Sidorsky     sidorsky@butzel.com
- Paul H. Silverman     PSilverman@mclaughlinstern.com
- John A. Simon     jsimon@foley.com
- Rebecca H. Simoni     rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Christina C. Skubic     bankruptcy@braytonlaw.com
- Vicki R. Slater     vicki@vickislater.com
- Edward Smith     easmith@venable.com
- Robert T. Smith     rsmith@cniinc.cc
- Richard G. Smolev     rsmolev@kayescholer.com, maosbny@kayescholer.com
- Joseph H. Smolinsky     Joseph.Smolinsky@weil.com,
  michele.meises@weil.com;sarah.roberts@weil.com;pablo.falabella@weil.com;lacey.lake
  n@weil.com;Edward.Wu@weil.com
- Eric J. Snyder     esnyder@sillerwilk.com
- Steven B. Soll     ssoll@oshr.com, awilliams@oshr.com
- Fredric Sosnick     kerri.silver@shearman.com
- Arthur J. Spector     aspector@bergersingerman.com,
  jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.co
  m
- Stephen W. Spence     ss@pgslaw.com
- Katherine Stadler     kstadler@gklaw.com, graiche@gklaw.com
- Charles A. Stanziale     cstanziale@mccarter.com
- Jeffrey S. Stein     PACERTeam@gardencitygroup.com
- Leslie Stein     lstein@plunkettcooney.com, seccles@plunkettcooney.com
- Arthur Jay Steinberg     asteinberg@kslaw.com, rtrowbridge@kslaw.com
- R. Hugh Stephens     hstephens@stephensstephens.com,
  eschmidt@stephensstephens.com
- Jason V. Stitt     jstitt@kmklaw.com
- Sharon L. Stolte     sstolte@stinsonmoheck.com
- N. Kathleen Strickland     kstrickland@rmkb.com,
  schoo@rmkb.com;mmcpherson@rmkb.com
- Harvey A. Strickon     harveystrickon@paulhastings.com
- Emily A. Stubbs     estubbs@fklaw.com, vgarvey@fklaw.com
- James M. Sullivan     jsullivan@mosessinger.com
- Lowell F. Sutherland     sutherlandgerber@sbcglobal.net
- Michelle T. Sutter     msutter@ag.state.oh.us
- Marc N. Swanson     swansonm@millercanfield.com
- Matthew A. Swanson
- Colleen M. Sweeney     csweeney@dickinsonwright.com
- Craig Tadlock     craig@tadlocklawfirm.com
- Stanley B. Tarr     tarr@blankrome.com

- Samuel Jason Teele     jteele@lowenstein.com,
  gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Jeffrey T. Testa     jtesta@mccarter.com
- Gary Ticoll     ticollg@gtlaw.com
- Richard S. Toder     rtoder@morganlewis.com
- Gordon J. Toering     gtoering@wnj.com
- Patrick J. Trostle     ptrostle@jenner.com
- Tonya A. Trumm     tatrumm@michaelbest.com, safonte@michaelbest.com
- Peter Tsao     peter.tsao@kirkland.com,
  beth.friedman@kirkland.com;jacob.goldfinger@kirkland.com
- Debra S. Turetsky     dturetsky@reedsmith.com
- Marshall C. Turner     marshall.turner@husch.com
- Ann Marie Uetz     auetz@foley.com
- Nina M. Varughese     varughesen@pepperlaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com
- Wendy S. Walker     wwalker@morganlewis.com
- G. Alan Wallace     wallace@millercanfield.com
- Brian C. Walsh     brian.walsh@bryancave.com
- Kimberly A. Walsh     bk-kwalsh@oag.state.tx.us
- Sean M. Walsh     swalsh@gmhlaw.com
- Lucas Ward     lucas.ward@ohioattorneygeneral.gov
- Eric G. Waxman     ewaxman@westermanllp.com
- Jeffrey T. Wegner     jeffrey.wegner@kutakrock.com
- Martin James Weis     weismj@dilworthlaw.com
- Robert B. Weiss     rweiss@honigman.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- Michael R. Wernette     mwernette@schaferandweiner.com
- David B. Wheeler     davidwheeler@mvalaw.com
- Stephanie Wickouski     stephanie.wickouski@dbr.com,
  jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,swickous@aol.com
- Matthew E. Wilkins     wilkins@bwst-law.com, marbury@bwst-law.com
- Jeffrey C. Wisler     jcw@cblhlaw.com
- Blanka K. Wolfe     bwolfe@sheppardmullin.com
- Robert D. Wolford     ecfwolfordr@millerjohnson.com
- Scott A. Wolfson     swolfson@wolfsonbolton.com
- Lee E. Woodard     bkemail@harrisbeach.com
- Cynthia Woodruff-Neer     cwoodruff-neer@alpine-usa.com
- Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Dwight Yellen     dyellen@ballonstoll.com
- Doron Yitzchaki     dyitzchaki@dickinsonwright.com
- Jonathan W. Young     young@wildman.com
- S. Alyssa Young     ayoung@leaderberkon.com
- German Yusufov     pcaocvbk@pcao.pima.gov
- Terry L. Zabel     ecf-tlz@rhoadesmckee.com
- Rafael X. Zahralddin     rxza@elliottgreenleaf.com
- Erica M. Zilioli     ezilioli@bdlaw.com

- Bruce R. Zirinsky    zirinskyb@gtlaw.com, cusumanod@gtlaw.com
- Scott A. Zuber    szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

/s/ Elden J. Hopple
Elden J. Hopple