# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>    f/k/a General Motors Corp., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

### DECLARATION OF CINDY COLLAR

I, Cindy Collar, in my capacity as Claims Specialist III of Nationwide Mutual Insurance Company, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am duly authorized to make this Declaration on behalf of Nationwide Mutual Insurance Company, Allied Group, Inc., and Titan Insurance Company (collectively, the "Companies") in connection with the *Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (Contingent Co-Liability Claims)* (the "Response"). I make this Declaration based on my personal knowledge.

2. I have personal knowledge of the books and records of each of the Companies pertaining to the Claims (as that term is defined in the Response), which are in the possession and control of each of the respective Companies.

3. Each of the Companies is a provider of, among other insurance products, property and casualty insurance. The Claims are for amounts paid by the Companies to policyholders who filed claims under insurance policies written by the Companies. These amounts were paid to the policyholders as a result of insured losses, incurred as a result of parts malfunctions in General Motors vehicles. The result of these parts malfunctions, in all but two instances, was a vehicle fire.

{H2234697.1}

4.     The terms of the insurance policies under which the Companies made the payments to the policyholders that underlie the Claims provide that the Companies are subrogated to the claims of the policyholders against the Debtors. The Companies made payments to the individual policyholders on the insured losses underlying the Claims before April 14, 2011.

5.     Attached to the Response as **Exhibits B, C** and **D** are spreadsheets which reflect accurate summaries of the Companies' books and records in connection with the Claims, including the number, amount and type of each claim. In accordance with the privacy policies of the Companies, individual policyholder's names have been redacted from the spreadsheets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 10th day of May, 2011.

/Cindy Collar, Claims Specialist III
Nationwide Mutual Insurance Company