# EXHIBIT D

Titan    GM claims - November 20, 2009

| Clm# | Insured's name | YR | Make | Model | Claim amount inc ded | Type of claim FTC fire/Collision/other - if other, specify | O&C (yes or no) | Cause-(defective part - specify) | Add'l info |
|---|---|---|---|---|---|---|---|---|---|
| 40009003398 | Carter | 92 | Isuzu | Rodeo | $4,001.89 | being towed a GM | n | IV being towed by 04 Escalde - o&c by cc determined a/c blower mover failed | cc-American Home |
| | | | | | $4,001.89 | | | | |