UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :
                                                   :   **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.***,**      :
    f/k/a General Motors Corp., *et al.*   :   **09-50026 (REG)**
                                                   :
Debtors.                                           :   (Jointly Administered)
------------------------------------------------------------x
In re                                              :
                                                   :   **Chapter 11 Case No.**
**REMEDIATION AND LIABILITY**                      :
**MANAGEMENT COMPANY, INC.**                       :   **09-50029 (REG)**
                                                   :
Debtor.                                            :
------------------------------------------------------------x
In re                                              :
                                                   :   **Chapter 11 Case No**
**ENVIRONMENTAL CORPORATE**                        :
**REMEDIATION COMPANY, INC.,**                     :   **09-50030 (REG)**
                                                   :
Debtor.                                            :
------------------------------------------------------------x

**AFFIDAVIT OF PUBLICATION**

STATE OF NEW YORK  )
                           ) ss
COUNTY OF SUFFOLK )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Lake Success, New York 11042-1013.

    2.    On April 28, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused publication of the **Notice of (I) Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and (II) Occurrence of Effective Date** [Docket No 10151] in the following publications:

Publication Name

*The Financial Times,* Worldwide

*The Wall Street Journal,* Global

2

*The New York Times*, National

*USA Today*, National

*Detroit Free Press/Detroit News*

*Le Journal de Montreal* (French)

*Montreal Gazette* (English)

*The National Post*

*The Globe and Mail*, National

3. I state under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/  Barbara Kelley Keane

Sworn to before me this
10th day of May,  2011

/s/  Karen E. Petriano
Notary Public – State of New York
No 01 RE4853193
Qualified in Suffolk County
Commission Expires March 2, 2014