# Materials costs squeeze industry

**COMMODITIES**
**News analysis**

Manufacturers say that rising prices are going to weigh on margins despite strong earnings, writes **Ed Crooks**



Seeing the bright side: GE is hoping that higher fuel costs will encourage customers to invest in its energy-saving equipment
Bloomberg

Rising prices for commodities such as oil and steel and inflation in emerging economies are a threat to the revival of US manufacturing industry, executives at some of the leading companies have warned.

Manufacturers such as United Technologies, Honeywell, Eaton, Ford Motor and Boeing have been reporting stronger-than-expected earnings for the first quarter and often raising their forecasts of growth for the full year.

The industrial sector has been the second strongest in the S&P 500 this year, outperformed only by energy.

While manufacturers' confidence in the global outlook has been growing, concerns about rising commodity prices, inflation in emerging economies, and the policy responses to those price rises have become increasingly pressing. This year, oil has risen by 22 per cent for benchmark Brent crude, while steel is up 17 per cent, driven by continuing strong demand in emerging economies and the recovery in the developed world.

United Technologies, which makes Pratt & Whitney jet engines and Otis lifts, said it had been surprised by the strength of demand right across the business.

But Greg Hayes, chief financial officer, told the Financial Times: "Commodity inflation is the one thing that really concerns us this year."

The threat is not so much the squeeze on margins created by higher costs, although that is having an effect. Ford warned that earnings for the rest of the year might not be as strong as in its bumper first quarter, in part because of rising raw materials costs.

However, the large global manufacturers generally seem able to pass on their higher costs to their customers, albeit with a lag.

Eaton, which makes industrial equipment and components, reported strong earnings growth that would have been even stronger but for a delay in raising its prices, but said that was only a temporary problem.

Sandy Cutler, Eaton's chief executive, pointed out that during 2003-07, when prices for energy and other commodities were rising steadily, the company had still been able to expand its margins.

3M, the diversified manufacturer, also suffered a squeeze on margins from raw materials prices in the first quarter, but David Meline, its chief financial officer, told analysts on a conference call that "for the full year 2011, selling price increases are expected to offset raw material inflation".

The real threat for these companies is that the commodity price effect might hit demand, perhaps as a result of tighter monetary or fiscal policy intended to fight inflation.

David Anderson, chief financial officer of Honeywell, which makes parts for aircraft and vehicles as well as industrial equipment, said: "The industrial economy is doing very well, despite the challenging headlines."

But he added that the greatest risk he saw was "if we have significantly greater commodity inflation and an oil price shock to the economy, and geopolitical instability, which could be interrelated."

There are winners as well as losers from higher oil prices. General Electric has been rapidly building up its business serving the oil and gas industry, buying Wellstream for $1.3bn and the well support division of John Wood Group for $2.8bn, and rising prices will mean more demand for its services.

GE also hopes that higher fuel costs will encourage customers to invest in its energy-saving equipment.

Keith Sherin, GE's chief financial officer, said that a rising oil price "so long as it's gradual, is a net positive... At the range it's in, it's not a real problem."

Similarly, Jim McNerney, the chief executive of Boeing, said on a call to analysts and media on Wednesday that "high-ish" oil prices could help push airlines towards buying his company's fuel-efficient aircraft. However, he added: "The concern is if oil prices get to the point where it has a significant impact on overall economic activity."

So far, there has been little sign of that. Worldwide flight hours, for example – a key indicator for aerospace companies – rose by 5.8 per cent in the first quarter, to exceed their 2008 peak.

Nor are interest rate rises in emerging economies such as Brazil and China yet having much effect on demand for US manufacturers' products. Mr Cutler of Eaton said he remained "very positive" about those countries.

While inflation has been rising in the US and Europe in recent months, it remains relatively subdued. Yet, in a world in which economic clout has shifted to Asia and Latin America, rising prices there could still be a significant threat.

*Additional reporting by Hal Weitzman in Chicago*

**See Markets**
**beyondbrics: www.ft.com/bb**



**US industrials**
Share price growth since Jan 1 2010 (%)

Eaton
Honeywell
General Electric
United Technologies
S&P 500

0  20  40  60  80

**Oil price**
Nymex front - month
($ per barrel)
120
110
100
90
80
70
60

**Steel price***
$ per tonne
850
800
750
700
650
600
550

Jan  2010  Apr 2011

Sources: Thomson Reuters Datastream; Bloomberg    * Hot rolled coil

---

### United Technologies seeks emerging market expansion

United Technologies would "love to do deals" and has the capacity to make acquisitions after absorbing General Electric's security business, according to Greg Hayes, its chief financial officer, **writes Ed Crooks**.

In particular, Mr Hayes told the Financial Times, the aerospace and building equipment group would like to add to its fire and security business in emerging markets.

With $4.2bn of cash on the balance sheet, it has the capability to pay considerably more than the $1.8bn it paid for the GE business in a deal that closed last year.

However, Mr Hayes said: "The bigger the prospect, the harder it is to do deals."

Other leading US industrial groups are similarly cautious about larger deals.

Sandy Cutler, chief executive of Eaton, says the US industrial conglomerate has "both the financial and management capacity to make acquisitions again."

But in the company's strategic plan, showing projected sales growth of 12-14 per cent a year out to 2015, only 2-4 per cent would come from acquisitions.

General Electric, which has been on a small spending spree, has now put it on hold. Jeff Immelt, GE's chief executive, told analysts last week that after spending $11bn on building up the group's division serving the energy industry, especially oil and gas, it was now "done for 2011".

One company that was the subject of takeover speculation recently, Tyco International, which owns the ADT security business, has been played down as a target by potential buyers.

Mr Hayes of United Technologies told Bloomberg that while he would not comment on any specific company, "I will say it's very difficult for any US multinational to acquire a company based in Switzerland, where the tax rate is 15 per cent and our rate, the US statutory rate, is 35 per cent."

---

# J&J seals $21.3bn deal for control of Synthes

**PHARMACEUTICALS**
**By Haig Simonian in Zurich**

Johnson & Johnson has agreed a $21.3bn takeover of Switzerland's Synthes to create the world's leading orthopaedic devices group.

J&J, which has a diversified healthcare business including drugs and devices, said on Wednesday it would pay SFr159 a share for Synthes, an 8.5 per cent premium over the Swiss company's closing share price on Tuesday.

Synthes shareholders will receive SFr55.65 in cash and the equivalent of SFr103.35 in J&J stock – approximately 1.7-2 shares – for each share they hold. The net cost to J&J will be about $19.3bn, given that Synthes has about $2bn in cash.

Shares in Synthes, which is based in the US but quoted in Switzerland, have risen sharply in recent weeks on takeover talk. Synthes confirmed earlier this month it was discussing a deal, but gave no assurances about the outcome.

The deal marks the biggest takeover for J&J, which has expanded rapidly through acquisitions in recent years. Combining the two businesses will create a big orthopaedics player, combining J&J's existing activities with Synthes's dominant position in trauma surgery.

The sale also marks an exit for Hansjörg Wyss, the Swiss entrepreneur who created Synthes and expanded it through acquisitions.

Sales at Synthes reached $3.7bn last year on growing demand for its high-technology precision screws and plates, used for emergency surgery around the world.

Demand in the orthopaedics market, worth an estimated $37bn a year, is expected to grow strongly because of rising life expectancy.

Mr Wyss, aged 75, owns about 40 per cent of Synthes, with a further 8 per cent held through family trusts. He remains firmly identified with the company, having only given up management control three years ago.

The sale talk this month came as a surprise, as it had been widely expected in Switzerland that Mr Wyss would seek to maintain Synthes's independence, possibly through a long-term trust – a model similar to that at some other Swiss companies such as travel group Kuoni.

People close to the situation said Mr Wyss had examined all the options, including talks over the years with all the world's leading pharmaceuticals and medical equipment groups.

A clean break had emerged as the best solution, as this would also offer the best terms to the group's other shareholders.

The latest talks with J&J began last September, with the US group having emerged as the most suitable buyer, being big enough to afford the takeover and not so active in trauma products as to face serious competition constraints. J&J also had the reputation of leaving subsidiaries on a relatively long leash.

Credit Suisse advised Synthes. J&J was advised by Goldman Sachs.

**See Analysis and Lex**

---

### Merck buy-back

Merck, the US pharmaceutical company, said it would repurchase $5bn of common stock, making it the latest drug company to buy back shares at a time when returns on research and development are shrinking, **Alan Rappeport reports.**

The move by Merck increases its share buy-back programme to $6.4bn, following its 2009 approval to repurchase $1.4bn.

"Merck has a history of leadership in returning cash to shareholders," said Kenneth Frazier, Merck's chief executive. "Together with our strong dividend, today's action reflects our confidence in Merck's strategy."

Merck's move follows the announcement on Monday by drug company Hospira that it would repurchase up to $1bn of common stock.

In February, Pfizer authorised a $5bn addition to its existing $4bn repurchase scheme. In January AstraZeneca doubled the amount of shares it plans to buy back to $4bn.

---

# Barrick Gold stands firm on Equinox bid

**MINING**
**By Bernard Simon in Toronto and William MacNamara in London**

Barrick Gold has mounted a vigorous defence of its C$7.3bn (US$7.6bn) cash bid for Equinox Minerals amid concern that the world's biggest gold producer is taking on more risk by buying the Australian-Canadian copper miner.

Peter Munk, Barrick's chairman, told its annual meeting: "We'd be foolish, suicidal and totally wrong if we would ever contemplate letting go of our primacy in the gold industry."

But he added: "It would be equally foolish to fall into the trap of companies that were riding high ... and [then] disappeared because they were reluctant to change".

Barrick's shares have fallen 10 per cent since the bid for Equinox was unveiled on Monday. They lost 36 cents to C$49.83 in early Wednesday trade.

Minmetals, the Chinese state-owned miner, abandoned its pursuit of Equinox less than a day after Barrick unveiled its bid, saying that the price offered by Barrick "is above our most optimistic assessment of value".

Barrick's $7.6bn bid in part reflects the dwindling number of targets in the copper sector. One of the last independent copper miner left is Lundin, the target of an Equinox bid before Barrick's move on Equinox. UBS Securities removed Barrick from its list of top-rated shares on the grounds that Equinox's flagship project, the Lumwana mine in Zambia, would increase political risk and concern about Barrick's diminished exposure to gold.

The acquisition would lower gold's contribution from 90 per cent of revenues to 82 per cent, based on current metal prices. In the longer term, Barrick estimates that Equinox and other projects in the pipeline will almost quadruple its copper output to more than 1bn pounds a year.

Rating agencies have cautioned that they may downgrade Barrick in view of the extra debt it is taking on to finance the acquisition, and the risks posed by its higher exposure to the copper market.

However, Aaron Regent, Barrick's chief executive, expressed confidence that "copper fundamentals are very positive and prices will continue to be supported for the foreseeable future".

Strong gold and copper prices lifted Barrick's first-quarter earnings to US$1bn, or $1 a share, from $820m, or 82 cents, a year earlier.

---

# Protesters target Walmart in NY

**GENERAL RETAILERS**
**By Barney Jopson in New York**

Walmart's chief executive Mike Duke was targeted by protesters as he gave his strongest signal yet of the company's renewed desire to open stores in New York, in spite of stiff political opposition.

Mr Duke, head of the world's largest retailer by sales, said: "We know there are millions of customers here in this great city that don't have easy access to a Walmart store. We would like to help solve that problem."

But within minutes of his comments at a New York breakfast on Wednesday, the venue was besieged by demonstrators.

They accused the retailer of mistreating its workers and endangering small businesses, chanting: "Walmart cheats, Walmart hates, Walmart discriminates."

Walmart rejects such charges, but the pre-planned demonstration underscored the political challenges in the way of the retailer's strategy.

Walmart is seeking to revive the growth performance of its US business by moving beyond "big box" stores to open smaller outlets in large cities. New York, America's biggest urban retail market, stands out as the final frontier.



Walmart is seeking to move beyond 'big box' stores

The retailer has saturated suburban and rural areas with its low-price Supercenter stores, but stores open at least a year have produced seven consecutive quarters of declining sales.

"We are very, very interested in New York," Mr Duke said at an event organised by the Wall Street Journal. But he added: "There are lots of steps in the process here."

Pointing to pent-up demand for Walmart among the city's consumers, he said the company's analysis of credit card transactions showed that last year New Yorkers had spent $195m at Walmart stores they drove to outside the city.

Four years ago Mr Duke's predecessor expressed exasperation over the cost and difficulty of his attempts to enter New York and said: "I don't care if if we are ever here." Walmart has warmed to the city more recently and launched a campaign of lobbying and advertising to promote the benefits of its low prices, job creation and sales tax payments.

Contracts & Tenders

Mumbai Metropolitan Region Development Authority
(Government of Maharashtra Undertaking)
MMRDA Building, Bandra Kurla Complex, Bandra (East),
Mumbai – 400 051. Phone: +91-022-2659 1239,
Fax:+91-022-2659 4179, e-mail: cemmrda@gmail.com;
web: www.mmrdamumbai.org

CONSULTANCY SERVICES FOR "MUMBAI TRANS HARBOUR LINK"
GLOBAL INVITATION FOR APPOINTMENT OF CONSULTANTS

Mumbai Metropolitan Region Development Authority (MMRDA) invites proposals from internationally reputed consultancy firms/ consortium of firms for techno-economic feasibility and complete transaction advisory services including bid process management for the proposed Mumbai Trans Harbour Link (MTHL) project connecting Sewri in Island city of Greater Mumbai and Nhava on Main land in Mumbai Metropolitan Region (MMR), Maharashtra, India on suitable Public Private Partnership (PPP) basis. The project envisages a 22 km long sea link road bridge with provision for metro corridor with appropriate dispersal systems. The detailed notice is available at www.mmrdamumbai.org
For further details contact Mr. S R Nandargikar, Chief Engineer on above mentioned contact details. **The last date of submission of proposals is 15.6.2011 till 15.00 hrs.**
DATE: 26-04-2011
Rahul Asthana, IAS
Metropolitan Commissioner

GOA SHIPYARD LIMITED
(A Govt. of India Undertaking - Ministry of Defence)
ISO 9001-2008 Certified Company
Vaddem, Vasco- Da- Gama, Goa - 403 802 INDIA

GLOBAL TENDER
TENDERS INVITED FOR SUPPLY OF SHIP BUILDING QUALITY STEEL MATERIALS vide Tender No. G25/PK/OPV-100 Dtd 23.04.2011 for ABS Grades 'B' & 'D' MS Plates, approx. weight 8350 MT and ABS Grade 'B' Bulb Sections, approx. weight 1041 MT for GSLYds 1217- 1223.

Interested parties may collect or download tender forms on or before 03.06.2011. For details contact M/s. Goa Shipyard Limited on Phone no. +91(0)832 2514083 or visit GSL website
http: www.goashipyard.com or www.goashipyard.co.in.

HINDUSTAN PETROLEUM
CORPORATION LIMITED
(A GOVERNMENT OF INDIA ENTERPRISE)
VISAKH REFINERY, POST BOX NO.15,
MALKAPURAM, VISAKHAPATNAM - 530 011. (A.P)
Phone: 0891-2892302 Fax: 0891-2577139.
NOTICE INVITING TENDER
Sealed tenders are invited under two bid system at HPCL, Visakh Refinery.
Item: Fresh Catalyst for FCCU-II, Tender No.: 11000044-HD-46002. EMD Amount: INR 27 Lakhs or USD 60,430. Last Date for Receipt of Tenders: 03-Jun-2011 at 11.00 Hrs.IST
Details and Tender Document are available at our Website http: www.hindustanpetroleum.com
GENERAL MANAGER - MATERIALS

Legal Notices

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                          Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al.,    09-50026 (REG)
f/k/a General Motors Corp., et al.,
Debtors.                                       (Jointly Administered)

NOTICE OF (I) ENTRY OF CONFIRMATION ORDER CONFIRMING
DEBTORS' SECOND AMENDED JOINT CHAPTER 11
PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "Plan"), of Motors Liquidation Company and its affiliated debtors (collectively, the "Debtors"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.
PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.
PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan, and whether or not such holder or entity has accepted the Plan.
PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.
PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.
Dated: New York, New York
April 18, 2011

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors and
Post-Effective Date Debtors

Businesses for sale

FT BUSINESS
Tuesday, Friday & Saturday: Business for Sale, Business Opportunities, Business Services, Business Wanted, Franchises
Classified Business Advertising
UK: +44 20 7873 4209 | Email: lucy.potucek@ft.com

# Tech firms navigate Congo strife

By Devon Maylie

Agence France-Presse/Getty Images

Soldiers with a U.N. mission manned a post last year in Congo, a source of the semiconductor ingredient tantalum.

While the aftermath of the Japanese earthquake is causing many companies to worry about the electronics supply chain, a different pall is hovering over a rare, blue-gray metal that is mined in the Democratic Republic of the Congo.

The substance is tantalum, an ingredient in components that are a mainstay of devices such as smartphones, digital tablets and personal computers. Big technology companies such as **Intel** Corp. and **Hewlett-Packard** Co., which either use tantalum directly or buy semiconductors made with it, have started a push to find sources without links to war-torn regions of Africa.

A new U.S. law requires publicly traded companies to ensure key minerals in their products aren't coming from the Congo's rebel-controlled mines. A civil war in the Congo, the world's third-largest producer of tantalum, ended in 2003, but violence in the eastern part of the country continues.

The Dodd-Frank financial-regulation law, enacted in the U.S. last year, identifies four minerals—tantalum, tin, tungsten and gold—that are mined in the Congo and are blamed for helping to fund violent conflict there. Under the law, companies that use the four minerals must inform the U.S. Securities and Exchange Commission annually whether any of them in their supply chains originated in the Congo or nine neighboring countries. If they did, the companies must tell the SEC what efforts have been made to determine the source and custody chain of the minerals.

Rules implementing the law haven't been finalized. As it stands, The law doesn't punish companies that buy any of the four listed minerals from the Congo, though punitive measures may be added.

Tantalum is used in parts such as capacitors, which store electric charges and help power most smartphones and other electronic devices. Companies such as Intel and **AT&T** Inc. don't buy directly from the Congo. They purchase finished products through suppliers that source from smelters, which in turn buy from traders on the ground.

While tech products typically contain only trace quantities of tantalum, companies in the technology industry are its biggest buyers. "We're working to get to a conflict-free space," says Chuck Mulloy, a spokesman at chip giant Intel, which uses tantalum in its semiconductors.

Mr. Mulloy says Intel is working with the Electronic Industry Citizenship Coalition, an industry body, to review 25 smelters in eight countries that supply minerals that end up in electronic products.

Intel is also setting up systems to track the minerals from the ground all the way through the doors of its semiconductor plants, a step the company and the electronics industry had taken before the law was passed, Mr. Mulloy says.

The law will affect all technology companies publicly traded in the U.S. Oregon-based **TriQuint Semiconductor** Inc. is working with its suppliers to help them track the four affected minerals they use. **Dell** Inc. says it, too, is working with suppliers as they adjust purchasing processes. **Microsoft** Corp. is also among those scrambling to comply with the new legislation.

"The purpose is to cut off funding to people who kill people," says Rep. Barney Frank (D., Mass.), an author of the act. Conflict in eastern Congo is blamed for at least five million deaths since the late 1990s.

The minerals in question pass through many hands before reaching manufacturers, making tracing their origin difficult.

## *A to-do list for Sony's PSN users*

[ Tech Europe ]

By Ben Rooney

If you are a user of **Sony**'s PlayStation Network then the fact that your credit-card information could be in the wrong hands may be the least of your worries. Canceling a card isn't very hard. Protecting against the consequences of the loss of rich personal information is much trickier. With this in mind, if you think your data has been compromised, there are steps you should be taking now.

### Passwords

Graham Cluley, Senior Technology Consultant at Sophos, says the most important thing users should do now is to change their passwords. Of particular interest, he said, was that cybercriminals could use the information to target companies. If you use the same password on your corporate network, tied in with information from professional networking sites such as LinkedIn, then hackers could attempt to penetrate corporate networks to plant malware. Valid corporate information is the most valuable information on the black market. Mr. Cluley recommended using password management tools that allow you to have a strong, and unique, password for every site. Tools include LastPass, the open-source KeePass and for Mac users, 1Password.

### Phishing/Spam attacks

The richness of the data that may have been leaked leaves users open to highly-targeted attacks, known as "spear-phishing." "With your name, your email address, your personal address attacks could be very convincing indeed. Imagine if you got an email purporting to say that someone had attempted to deliver a parcel to your address, and it gave your address, suggesting you click on a link to 'track your parcel', well that would be highly convincing," said Mr. Cluley.

### Credit-card information

There is a divergence between the information from security consultants, and that from the card industry. A statement from the Financial Fraud Action (U.K.) says: "There is no need for customers to contact their bank or card company at this stage. However, customers should continue to do what they should normally be doing—checking their statement and keeping a close eye on their account for any unusual activity—if they spot any they should then contact their bank or card company." However, Mr. Cluley suggested that simply waiting and watching wasn't sufficient. "If Sony loses your credit card information, it's no different from you losing your credit card—you should cancel that card immediately," he said.

## *Breach complicates Sony's game network*

*Continued from page 17*

personal information, including names, birthdates and possibly credit-card numbers. Sony said it is investigating the breach and expects some services to be back online next week.

Furious users vented on social networks such as Twitter asking why the personal data wasn't encrypted. Sony said credit card information was encrypted. As of Wednesday afternoon in Tokyo, Sony said, there have been no reports that the breach resulted in user data being exposed on the Internet or fraudulent credit-card charges. The company didn't disclose whether it determined that credit-card information had in fact been stolen, or how many people might be affected by such theft.

The PlayStation Network, launched in 2006 to allow PlayStation 3 console users to play games online free of charge with one another, is at the heart of Sony's online content delivery strategy. While online game play is still free, the service has evolved over time to allow users to pay and download movies, TV shows and videogames. For example, Sony charges about $2 for users to download an episode of the animated TV comedy "Family Guy."

Last year, Sony relied heavily on the PlayStation group's experience to launch its Qriocity online platform to offer streaming-video and music services. The company also tapped into the PlayStation Network's technological infrastructure—data centers and payment systems—to serve as the backbone for its latest online services.

While the security problem remains a concern, Sony is aggressively pushing new products to tap into its growing collection of services. The company said in January that it plans to launch by year-end a new hand-held game machine code-named Next-Generation Portable that will access the PlayStation Network. Mr. Stringer has also said it aims to have smartphones from the company's mobile-phone joint venture, Sony Ericsson, connect to the Qriocity platform for streaming video and music in the future.

On Tuesday, Sony said it will enter the fast-growing tablet-computer segment with two products later this year. The tablets will also connect to Qriocity as well as Sony's electronic bookstore. Kunimasa Suzuki, a Sony executive overseeing the development of new network-connected mobile products, said he sees the new tablets being the "hero" of the company's strategy to integrate services and hardware.

## LEGAL NOTICES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

# The Tehran-Damascus Axis

By Amir Taheri

When the Arab uprisings started in Tunisia this winter, there were no more enthusiastic cheerleaders than the Khomeinists in Tehran. Their cheering got louder when revolution spread to Egypt, and louder still when Libyans rose in revolt.

But Tehran's cheering has begun to fade. The reason is that the revolt has spread to Syria, the mullahs' sole Arab ally.

**Reports that Iranian snipers are gunning down Syrian democracy activists are credible given the deep military and intelligence ties between the regimes.**

A sign that Tehran may be getting nervous came last week when the Islamic *Majlis*, Iran's ersatz parliament, published a report on "The Arab Revolution." The authors ask for "urgent action to protect our strategic interests" in case the regime of President Bashar Assad is toppled.

What kind of action? Syrian opposition sources claim that Tehran has sent snipers to help Mr. Assad kill demonstrators. The regime used this tactic during the protests following the disputed presidential election of Mahmoud Ahmadinejad in 2009. (Neda Agha-Soltan, the young woman who became the symbol of the pro-democracy uprising in Iran, was killed by one such sniper.) President Barack Obama has also spoken of Iran's possible involvement in Syria.

Whether or not Tehran has sent snipers to prop up Mr. Assad, the Islamic Republic is bound by treaty to help him fight "any threats against Syria's security and stability." Tehran and Damascus first signed a military cooperation treaty in 1998. At the time, Iran's minister of defense, Adm. Ali Shamkhani, stated publicly that the treaty would also cover "intelligence and security issues" with regard to dissident armed groups. Since then the treaty has been refined and deepened on several occasions, most recently under Mr. Ahmadinejad in 2008.

Syria is the only country with which the Iranian armed forces and the Islamic Revolutionary Guard Corps hold joint staff meetings at least once a year. Iran has also emerged as a major supplier of weapons and materiel to Syria, according to the official Iranian news agency IRNA.

Iran started using the Assad regime as a means of dividing the Arabs in the 1970s, when the shah wanted to squeeze the Baathist regime in Iraq. To this end, he supplied Syria with cut-price oil and aid totalling $150 million in 1977.

Under the mullahs, Syria retained its role in preventing the Arabs from ganging up against the then-fragile Islamic Republic. Throughout its eight-year war against Saddam Hussein, Iran benefited from Syrian support, including vital intelligence on Iraqi armed forces. As a gesture of goodwill, Tehran arranged for some mullahs to issue fatwas declaring the Alawite minority, to which the Assad family belongs, to be "part of Islam." Most Islamic scholars, on the other hand, have long regarded the esoteric Alawi sect as heretical.

Associated Press

Brothers in arms: Mahmoud Ahmadinejad and Bashar Assad

Iran and Syria also share an interest in Lebanon. Syrian despots have always dreamt of annexing Lebanon. And under the shah, Iran regarded itself as the protector of Lebanon's Shiite community.

Under the mullahs, Lebanon has been recast as "our revolution's perimeter of defense," in the words of Gen. Hassan Firuzabadi, chief of staff of the Iranian armed forces. In a speech in Tehran last month, Gen. Firuzabadi justified Iran's support for Hezbollah in Lebanon and for Hamas in the Palestinian territories by underscoring the role that the two groups played in fighting "the Zionist enemy." And because of its geographical proximity, Syria plays a crucial role in channeling arms from Iran to both Hezbollah and Hamas.

Iranian-Syrian cooperation in Lebanon has a long history. In the words of Iran's former President Hashemi Rafsanjani, the countries worked together "to push the Americans out" with a suicide attack that killed 241 U.S. servicemen in 1983. In the decades that followed, Tehran and Damascus used Hezbollah in hostage-taking operations and assassinations of Western diplomats and Arab politicians.

Under Mr. Ahmadinejad, Iran has expanded its presence in Syria significantly. At least 14 Iranian "Islamic Cultural Centres" have opened across Syria, and hundreds of mullah missionaries have been sent to introduce Iranian-style Shiism to Syrians. Similar tactics in Lebanon have succeeded in "Iranizing" a large chunk of the Lebanese Shiite community.

The Assad regime has a larger strategic importance for the Islamic Republic. "We want to be present in the Mediterranean," Mr. Ahmadinejad said in a speech last month in Tehran, marking the arrival in the Syrian port of Latakia of a flotilla of Iranian warships. This was the first time since 1975 that Iranian warships had appeared in the Mediterranean.

Indeed, Iran could build a presence in the Mediterranean through Syria and Lebanon. The Islamic Revolutionary Guard Corps has already developed mooring facilities in the Syrian port as a prelude to what may be a full-scale air and naval base.

Mr. Ahmadinejad, who believes that the United States is in historic retreat, sees Iran as the successor to the defunct Soviet Union as the principal global challenger to what he says is "a world system, imposed by Infidel powers." The loss of Syria would puncture many of Mr. Ahmadinejad's aspirations.

Over the years, it is possible that Iran has built a network of contact and sympathy within the Syrian military and security services. It may now be using that network to encourage hard-liners within the beleaguered Assad regime to fight on.

From the start, Tehran media have labeled the Syrian uprising "a Zionist plot," the term they used to describe the pro-democracy movement in Iran itself. In 2009, the mullahs claimed that those killed in the streets of Tehran and Tabriz were not peaceful demonstrators but "Zionist and Infidel" agents who deserved to die. The Assad clan is using the same vicious vocabulary against freedom lovers in Syria as snipers kill them in the streets of Damascus, Deraa and Douma.

*Mr. Taheri is the author of "The Persian Night: Iran Under the Khomeinist Revolution" (Encounter, 2009).*

# Spend Better, Not More

By Derk Jan Eppink

Brussels seems to be on a different planet. While forcing European Union citizens and their governments to tighten their belts, the European Commission once again last week demanded more of their money, by way of a 4.9% in next year's EU budget. And in June, the Commission is due to release its proposals for increasing its "own resources"—i.e., more direct-taxation powers. The fact that they are unable to spend even their current budget properly doesn't perturb the bureaucrats.

Since the European Court of Auditors was established in the 1970s, it has not once been able to approve an EU budget because it can never guarantee that the EU is accounting for its spending correctly. In particular, the EU's structural and cohesion funds are riddled with financial mistakes, administrative errors and even fraud.

In January, Maarten Engwirda, a recently retired Dutch member of the Court of Auditors, lashed out against a "culture of covering up" in the EU. In an interview with the Dutch newspaper De Volkskrant, he said that the court's press releases on the EU budget are drafted in vague and inaccessible language in order to fool journalists. "All these failures never reached the outside world due to the Kremlin-esque information we provided." The court responded that Mr. Engwirda's remarks were totally "unfounded," although he had worked in the institution for 15 years and knows it inside-out.

It's not just that the commission can't properly document its expenditures. It also has problems spending all the money it gets. Billions of euros remain unspent every year because structural and cohesion-fund projects have to be co-financed by member states. Since most European countries are currently strapped for cash, the commission is legally obliged to send billions of euros back to them. Yet this year, the Cohesion Fund is getting €4.5 billion more than it was allotted last year, when no one knew how to spend the full pot.

So why should the EU want even more? The answer is all about power.

At the moment, 75% of the EU budget comes from national contributions and 25% are "own resources" from customs and agricultural duties and a percentage of the value-added taxes collected by member states and transferred to Brussels. But the EU would prefer to have a completely EU-based taxation system, by which Brussels collects the money it thinks it needs from citizens without having to negotiate with national governments. Commission President José Manuel Barroso already outlined his vision for the new system last year, with his wish list including EU taxation of the financial sector, carbon dioxide emissions, air transport, energy and corporate income; Europeans can expect to hear more details in January.

**Brussels is demanding more of Europeans' money even as it struggles to document its spending properly.**

In return for easier access to more Europeans' money, Mr. Barroso promised that the new funding scheme would allow member states to reduce their national contributions to the EU. He wants to make a deal that would be palatable to net-contributing members like Germany, the Netherlands, Great Britain, Sweden, Finland and Austria.

It sounds enticing, but it is a trick. What Mr. Barroso really intends to do is to increase the EU budget and pass on the costs directly to Europe's taxpayers. He told the European Parliament last fall that he thought the EU's current budget level of 1% of EU GDP was "too little to meet the growing tasks of the EU." Those in economically stronger countries—generally net contributors—would have to pick up the bill.

The commission and many members of the European Parliament are dreaming in particular of a financial-transaction tax, which would generate hundreds of billions of euros for the EU budget. A sort of European "Tobin tax," it would lead to a European bureaucracy on steroids. It would also do nothing to serve or enrich taxpayers, because the increased costs in the financial sector would be passed on to them.

EU-wide taxation would only lead to even bigger government in Brussels. But bureaucracies do not create jobs, except for themselves. Brussels should focus instead on its core task of leveling the playing field for entrepreneurial activity in a single market of 500 million people. That would foster the economic growth and revenue that Europe so desperately needs.

In an open letter last year, the leaders of Britain, France, Germany, the Netherlands and Finland told the Commission: "Do not spend more, spend better." That's still very good advice this year.

*Mr. Eppink is an MEP belonging to the group of European Conservatives and Reformists.*

## Pepper . . . and Salt

THE WALL STREET JOURNAL

**"Your handling of the case, thus far, can be described as perverse, twisted, and completely lacking in any redeeming value... it is, however, not without merit."**

# Expect really fine prices for fine antiques

## The market for period pieces, including English Regency and Irish Chippendale, is ripe for the picking

**[ Free Decorator ]**

SARA RUFFIN COSTELLO

While sexy modern designs, like midcentury Karl Springer coffee tables and John Vesey steel chairs, are going for fat sums in the U.S., prices for period pieces are down from their '80s peak. "Now is the time to buy good antiques," insisted Guy Regal, the Manhattan antiques dealer, over lunch a few weeks ago. According to Mr. Regal, the market for period pieces, including 18th-century Louis, authentic English Regency and Irish Chippendale, is ripe for the picking. "There's a glut of important, dowager furniture out there and not a lot of demand, thus, a pricing free fall," he said. Consider this: A pair of Louis XVI fauteuils that were $35,000 15 years ago just went for $10,000 at auction.

It's all great news for those with spare cash and an expert's knowledge of what to look for. I, on the other hand, am a touch short on both. But I am curious, and I do love a deal.

One trip to Mr. Regal's space at the chicly renovated Newel showroom on 53rd Street and I was ready to (pretend to) invest in Old World. His inventory is refined glitz—like if Jackie O were a table. Walking through the aisles, all that buffed mahogany reminded me of Cold War-era Sunny von Bulow décor, in a good way. The scale and seriousness of the furniture was inspiring and would offer a nuanced jolt to any room short on history. For those of us who obsess about living rooms, it's exciting to bring home a glossy, gilded antique, like an Italian secretary desk, and redefine it for the 2010s against a more subdued backdrop.

Paul Costello (Interior); Kate Burnley/Newel, LLC (Antiques)

**FOGEY FURNITURE** Left: Unlike maxed-out midcentury modern, serious pieces like this Regency desk in architect Gil Schafer's apartment can be had for a song. Above: This 1790 Russian desk from Guy Regal Antiques can be had for half what it cost in 1995. Right: This Russian 18th-century Breakfront was $180,000, now $80,000.

Plus, this subgenre is not as gray granny as you might think—like it or not, '80s vapor is thick right now. Trend followers have been blogging about old master fluffers like Mark Hampton and Mario Buatta with nostalgic longing, hoping for a neo-"Dynasty" revival. Style setters like Carolina Herrera Jr. have been layering in the old lady pieces for years—her laid-back house in Spain is a triumph of festive fabrics, modern upholstery and old-guard furniture.

Fresh off my trip to Mr. Regal's showroom, I paid a visit to my favorite purveyor of objets, boyishly academic James Sansum of his eponymous gallery on New York's Upper East Side. He, too, believes now is a prime moment to invest in fine antiques. "There are bargains to be had in most areas of antique European furniture," he said, "with English Georgian and German Biedermeier offering style and quality for the buck. Both were synonymous with the much maligned aesthetic of the 1980s. Yet their architectural forms and beautiful materials make them especially poised for a resurgence."

Another reason to buy a fine antique is that one really good piece can carry a room—when you have the best materials and authentic craftsmanship, you don't need much else to distract. But still, dropping $20,000 on a highboy (even if it is a good deal) is scary. I asked Mr. Sansum, who has art and design degrees from Parsons, Cooper-Hewitt and Harvard, to illuminate how one might dip a toe into the market. "My advice to the neophyte collector is be curious," he said. "If you see a piece of furniture that intrigues you, go online to 1stdibs and look for similar pieces. Once you have established a style, period and country of origin then look for books by experts in the field."

You'll want to do a *lot* of research before pulling the trigger on any pricey piece. I have been training my eye in 18th-century French decorative arts at the Wrightsman rooms at the Metropolitan Museum, and at the Cooper-Hewitt's archives. I've hit the shows: the Winter Antiques, the International and the Avenue—all at the Park Avenue Armory.

I have also been visiting Sotheby's and Christie's online catalogs as if they were museums, as Sensai Sansum advised. One auction in particular he directed me to study was the February 2009 Yves Saint Laurent sale of furniture, art and objects. "It was vast in its range of tastes, but cohesive in its quality and personal approach," Mr. Sansum said. "These types of sales are important to expand one's aesthetic vision of periods and styles, but more importantly to see curious juxtapositions of disparate elements. That is the genius of an inspired collector."

*Ms. Ruffin Costello is a design consultant and style journalist in New York.*

**60 SECONDS WITH: PHILIPPE STARCK**

# Motorcycles, music and the uselessness of design

Though perhaps lacking the cachet of his redos of boutique hotels (The Royalton, Delano, Hudson, Paramount) or collectible status of his spider-esque juicer for Alessi (or $300 million yacht built for Russian billionaire Andrey Melnichenko), Philippe Starck's latest creation, the SensoWash Starck "shower-toilet" (aka bidet-toilet) for Duravit, exhibits the designer's trademark ability to make everyday objects—from toothbrushes and trains to watches and chairs—exponentially sleeker and chic-er. Here, the irrepressible Frenchman discusses his motorcycle habit and qualms about his profession.

**Design is absolutely useless.** There are two types of jobs: the job that saves life and the job that does not save life. I do not save life with design.

**My advice to students is** "don't try to make design." It's so fashionable now for students—there are now more designers than there are forks per person.

**My preferred mode of transport is motorcycle.** I have 35 motorcycles. I drive the motorcycle that I designed and also ones I have designed especially for me. I cannot have a car—it's heavy, it consumes too much, it's a stupid symbol of machismo. I have a very good plane—which I designed—where I can put my motorcycle and when I arrive somewhere I take the motorcycle and go to the meeting and then go back to the plane.

**My favorite cheap thing** is music. I listen to everything that's good. There is the same quantity of bull in classical music as there is in popular street music. There is a sound designer, the best in the world, called Stephan Crasneanski ( soundwalk.com ). He made me a Starck mix, which I listen to all the time.

**I do my clothes myself.** I buy some fabric and send it to Agnès B., who has my patterns, and in 24 hours I have pants, a jacket and a hat.

**My favorite hotel** is La Coorniche. Near my oyster farm there is the biggest sand dune in Europe called the Dune du Pyla and on this dune last year I built a small cabana with 12 rooms and a big kitchen. It's facing the sea and the sunset. It's astonishing.

**What do I love about** the new Duravit SensoWash toilet? A product like that is really honest—a toilet that washes and dries. It's a real, humble service.

F. Martin Ramin/WSJ (Book); Jean-Baptiste Mondino (Portrait)

Philippe Starck, the Starck loo and Starck motorcycle, and 'Never Let Me Go.'

**I read Japanese literature.** Kazuo Ishiguro. I love him. You have to read "Never Let Me Go."

**I don't have a favorite architect.** I'm not into all that. I know nothing about design or architecture. My daughter says I am a modern autistic. I live alone, I work alone, I don't watch TV or go to cinema or read magazines—I have simply no idea of what is happening in the world.

**I don't buy art** any more because today art is too cynical, too much business and I shall buy art when art will come back to its duty of politics and honesty and real creativity and not marketing.

**On my tombstone** I want it to say, "He was honest. He was foolish, he was crazy—no, he was honest." No, no, no. Seriously, just, "He is somewhere else."

*—Edited from an interview by Deb Schwartz*

# Chip firm races to repair

## *Renesas plant supplying auto industry likely offline until June*

BY JURO OSAWA

HITACHINAKA, Japan—A major auto-parts supplier said it is scrambling to restart an earthquake-crippled factory by mid-June but that the plant will run at just 5% of normal capacity at the outset and it is unclear when full output will resume.

Japan's **Renesas Electronics** Corp., which produces 40% of the chips used to control operations in cars, is working around the clock to restore a plant that was severely damaged by the March 11 quake.

"This is an extremely important plant for us, and we must put all our efforts into getting it back to work," Senior Vice President Tetsuya Tsurumaru said Wednesday. He said the company is making up for lost output by producing the chips at its other plants and outsourcing some orders to other chip makers. "We are making sure that our clients get the chips they need."

The Naka plant in Ibaraki prefecture, north of Tokyo, makes 25% of all of Renesas's automotive microcontroller chips, the brains that control a variety of functions. Given the company's market share, that could translate to a 10% cut in global supplies of the chips. Renesas sells its chips to auto-parts makers, who in turn supply car companies.

The earthquake and subsequent power-supply problems affected eight Renesas plants in Japan. Operations at five of Renesas's 10 factories used in early-stage chip production—where clean rooms require uninterrupted power—were suspended. Many of those plants shut down because of disrupted power supplies, not because of physical damage.

The company has since resumed operations at all the affected factories, except the Naka plant, which accounts for about 15% of the company's capacity for early-stage production. Before the earthquake, the company forecast revenue of ¥1.15 trillion ($14 billion) for the year that ran through March.

Renesas expects the Naka plant partly to resume production by June 15. One line at the plant uses 200-millimeter wafers and another uses 300-millimeter wafers. Wafers are the thin slices of silicon that form the base of semiconductors. Only the 200-millimeter line will resume production on June 15, and its initial output will be about 10% of its full capacity, or about 5% of what the plant as a whole produced before the earthquake.

> Damages to the Naka plant could mean a 10% cut in global supplies of car microcontroller chips, brains that control a variety of functions.

"We are currently inspecting all the manufacturing equipment to make sure it's safe to resume operations," Mr. Tsurumaru said.

Since the earthquake, Japanese manufacturers and their customers have been struggling with how to cope with disruption to global supply chains. Some Japanese wafer suppliers, such as **Shin-Etsu Chemical** Co., have reported damages, fueling concerns over shortages of raw materials for chip makers. Mr. Tsurumaru said Renesas so far has been able to secure raw materials for chips until around September.

Even when the Naka factory goes back online, it will take a while for its chips to reach customers. Early-stage chip fabrication alone takes several weeks to a few months. The chips produced at the Naka plant will be sent to other plants that specialize in chip assembly and packaging.

Touring the Naka factory with reporters, Mr. Tsurumaru and plant manager Takashi Aoyagi gave the first detailed account of what happened March 11 and how the company has tried to get the plant back up to speed.

When the earthquake struck, the company's Tokyo headquarters immediately received emails from all the offices and plants in affected areas except the Naka plant.

"When I finally got a call from Mr. Aoyagi later in the evening, I was so relieved," Mr. Tsurumaru said with tears in his eyes. All the Naka employees have been accounted for with no one killed. One employee broke a leg.

Four days after the earthquake, Mr. Tsurumaru loaded his car with bottles of drinking water that Mr. Aoyagi had requested and visited the plant for the first time. "I couldn't go inside yet, but even from the outside, it was obvious that the damage was serious," Mr. Tsurumaru said.

When Renesas workers could finally enter the clean rooms 10 days after the earthquake, they saw part of the ceiling dislocated and some walls destroyed. "At that point we couldn't even think of when to begin," Mr. Tsurumaru said.

He said that repairs have been quicker than expected, thanks largely to support from plant-engineering companies, chip-making equipment makers and auto makers and Renesas customers who sent engineers to Renesas.

# Mitsubishi stays wary as strong yen takes toll

BY YOSHIO TAKAHASHI

TOKYO—**Mitsubishi Motors** Corp. on Wednesday said its fiscal fourth-quarter net profit fell 42% due to the yen's strength, and became the first major Japanese car maker to say it is too soon to give an outlook for the current fiscal year as the impact of last month's natural disaster remains uncertain.

Japan's sixth-biggest car maker by volume posted a net profit of ¥17.8 billion ($218 million) in the January-March quarter, down from ¥30.5 billion in the same quarter a year earlier. The strong yen and lower domestic production due to a parts shortage caused by the March 11 earthquake and tsunami offset solid overseas vehicle sales. Revenue rose 4.9% to ¥517.6 billion.

The maker of the world's first mass-produced electric car, the i-MiEV, said it will provide a projection for the current fiscal year through March as soon as possible.

Mitsubishi said it expects domestic production in the first half through September to fall about 20% from a year earlier. The company said it expects to start normal operations in October.

Still, Mitsubishi said it remains difficult to gauge the impact of production disruptions on earnings. "There is a risk that our expected production may not be materialized," said Osamu Masuko, Mitsubishi Motors president.

Overseas factories haven't been affected by disruptions to the parts-supply chain for now, Mitsubishi said. But production abroad may drop below the planned level in the July-September quarter and return to normal during the fiscal second half, the company said.

**Mitsubishi Motors**

Net profit/loss, in billions of yen

¥50
0
−50
−100
FY2006 '07 '08 '09 '10 '11

Note: Fiscal years ending March 31
Source: the company

The magnitude 9 earthquake and tsunami hit northeastern Japan, where about 500 auto-parts makers operate factories, disrupting supply chains and shutting down the factories of all Japanese car makers.

Makers reopened their plants by mid-April, but companies continue to face difficulties in procuring the parts needed to build vehicles.

A likely power shortage this summer as a result of the disaster will make it hard for Japanese car makers to run domestic factories as they would like. The Japan Automobile Manufacturers Association suggests each manufacturing sector take two weekdays off per week in rotation so peak power consumption can be cut to avert summer outages.

In the fiscal year ended in March, Mitsubishi's net profit more than tripled to ¥15.62 billion from ¥4.76 billion. Revenue rose 27% to ¥1.828 trillion.

Mitsubishi Motors reports earnings under Japanese accounting standards.

# Sony's strategy takes hit from hacking

*Continued from page 19*

clined to offer an update on how it is progressing.

The security problems could unnerve new and existing customers about entrusting personal data with Sony's online videogame service and its other offerings, slowing the progress of its network strategy which already lags Apple and Microsoft.

Mr. Stringer has said coupling Sony products with online services is essential to creating brand loyalty and differentiation to break free from the crippling price competition plaguing the consumer electronics industry.

"In an environment where it's difficult to turn a profit on hardware, Sony has pushed for the integration of hardware, software and the network to make money. To have this happen now is really unfavorable," said Nobuo Kurahashi, corporate research analyst at Mizuho Investors Securities in Tokyo.

Sony said Wednesday it will stick with the strategy. "This incident doesn't change Sony's fundamental strategy of networking products and providing services to our customers," said spokesman Shiro Kambe.

In a statement on its Web site, Sony's PlayStation unit said the network had been offline for a week after an "illegal and unauthorized intrusion" that resulted in the loss of personal information including names, birthdates and possibly credit card numbers. Sony said it is investigating the breach and expects some services to be back online next week.

Furious users vented on social networks such as Twitter asking why the personal data wasn't encrypted. Sony said credit card information was encrypted. As of Wednesday afternoon in Tokyo, Sony said, there have been no reports that the breach resulted in user data being exposed on the Internet or fraudulent credit card charges. The company didn't disclose whether it determined that credit-card information had in fact been stolen, or how many people might be affected by such theft.

The PlayStation Network, launched in 2006 to allow PlayStation 3 console users to play games online free of charge with one another, is at the heart of Sony's online content delivery strategy. While online game play is still free, the service has evolved over time to allow users to pay and download movies, television shows and videogames. For example, Sony charges about $2 for users to download an episode of the animated TV comedy "Family Guy."

Last year, Sony relied heavily on the PlayStation group's experience to launch its Qriocity online platform to offer streaming video and music services. The company also tapped into the PlayStation Network's technological infrastructure—data centers and payment systems—to serve as the backbone for its latest online services.

While the security problem remains a concern, Sony is aggressively pushing new products to tap into its growing collection of services.

The company said in January that it plans to launch by year-end a new handheld game machine code-named Next-Generation Portable that will access the PlayStation Network. Mr. Stringer has also said it aims to have smartphones from its mobile phone joint venture Sony Ericsson connect to the Qriocity platform for streaming video and music in the future.

On Tuesday, Sony said it will enter the fast-growing tablet computer segment with two products later this year. The tablets will also connect to Qriocity as well as Sony's electronic bookstore. Kunimasa Suzuki, a Sony executive overseeing the development of new network-connected mobile products, said he sees the new tablets being the "hero" of the company's strategy to integrate services and hardware.

# LEGAL NOTICES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors. | Chapter 11 Case No. 09-50026 (REG) (Jointly Administered) |
|---|---|

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
WSJMEDIAKIT.COM

## PUBLIC NOTICES

### DEPARTMENT OF JUSTICE- BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (ATF)

### SEIZED PROPERTY NOTICES continued

Ammo CAL:22; $15.70; **TENNESSEE 776030-11-0061;** 02/08/2011; 18 ...

... 11-ATF-010338; Mossberg 500 C Shotgun CAL:20 SN:R228747; $100.00; 11-ATF-010339; Savage 311 Shotgun CAL:12 SN:R229588; $50.00; **782020-11-0058;** 03/31/2011; 18 USC 924(d); Victoria, TX; 11-ATF-009876; Colt Police Positive Revolver CAL:38 SN:Obliterated; $200.00; **782057-11-0004;** 02/21/2011; 18 USC 924(d); Brownsville, TX; 11-ATF-009905; Keltec, CNC Industries, Inc. P3AT Pistol CAL:380 SN:JGB31; $150.00; 11-ATF-009908; 50 Rds Winchester-Western Ammo CAL:380; $5.00; **782080-11-0023;** 04/05/2011; 18 USC 924(d); Laredo, TX; 11-ATF-010003; Ruger SP101 Revolver CAL:357 SN:572-67043; $100.00; 11-ATF-010004; 4 Rds PMC Ammo CAL:357; $0.40; **782080-11-0033;** 01/18/2011; 18 USC 924(d); Laredo, TX; 11-ATF-010212; Springfield Armory, Geneseo, IL XD-9 Sub-Compact Pistol CAL:9 SN:US143909; $300.00; 11-ATF-010213; 30 Rds Other Ammo CAL:9; $3.00; 11-ATF-010214; 111 Rds Other Ammo CAL:9; $11.10; 11-ATF-010311; Jimenez Arms J.A. 22 Pistol CAL:22 SN:060991; $30.00; 11-ATF-010312; 6 Rds CCI Ammo CAL:22; $0.60; **782085-11-0024;** 04/05/2011; 18 USC 924(d); Katy, TX; 11-ATF-010007; Colt El Jefe Pistol CAL:38 SN:38SS04395; $500.00; 11-ATF-010009; Colt AR-15A2 Gov Carbine Rifle CAL:556 SN:GC017466; $500.00; 11-ATF-010010; Norinco (North China Industries) 56S ...

... **0011;** 11/24/2010; 18 USC 924(d); Roanoke, VA; 11-ATF-002569; Ithaca Gun Co. 49 Rifle CAL:22 SN:490369263; $20.00; **VERMONT 762050-10-0050;** 08/13/2010; 18 USC 924(d); Richford, VT; 10-ATF-015059; Remington Arms Company, Inc. 1903 Rifle CAL:30-06 SN:3112095; $70.00; 10-ATF-015065; 94 Rds Asst Ammo CAL:22; $9.40; 10-ATF-015067; 11 Rds Remington Ammo CAL:7; $1.10; 10-ATF-015070; 10 Rds Other Ammo CAL:**; $1.00; 10-ATF-015072; 35 Rds Other Ammo CAL:12;$3.50; 10-ATF-015074; 5 Rds Other Ammo CAL:22;$0.50; 10-ATF-015075; 13 Rds Other Ammo CAL:**; $1.30; 10-ATF-015076; 6 Rds Other Ammo CAL:7; $0.60; 10-ATF-015078; 50 Rds PMC Ammo CAL:44; $5.00; 10-ATF-015081; 8 Rds Asst Manufacturers Ammo CAL:12; $0.80; **762050-11-0019;** 03/01/2011; 18 USC Section 981;Northfield, VT; 11-ATF-008659; $300.00 U.S. Currency; $300.00; 11-ATF-008663; $700.00 U.S. Currency; $700.00; **WASHINGTON 787045-10-0023;** 03/01/2011; 18 USC 924(d); Tacoma, WA; 11-ATF-010427; Ruger Security Six Revolver CAL:357 SN:161-02594; $200.00; 11-ATF-010428; 5 Rds Unk Ammo Cal: 38; $0.50; **787095-11-0024;** 01/26/2011; 18 USC 924(d); Tacoma, WA; 11-ATF-01187; 4 Rds Unk Ammo CAL:32; $0.40; 11-ATF-010188; 15 Rds Unk Ammo CAL:32; $1.50; 11-ATF-010189; H&R 732 Revolver CAL:32 SN:AF61913; $50.00; ...

... CAL:25 SN:XXXXX; $45.00; **771041-11-0031;** 03/25/2011; 18 USC 924(d); Augusta, GA; 11-ATF-009709; Colt MK IV Mustang Pistol CAL:380 SN:RR45969; $550.00; 11-ATF-009712; Colt MKIV Pistol CAL:45 SN:FA03154E; $850.00; 11-ATF-009713; Ruger MarK II Pistol CAL:22 SN:211-96840; $275.00; 11-ATF-009714; FEG PA63 Pistol CAL:9 SN:BA3400; $275.00; 11-ATF-009715; Colt Commander Pistol CAL:45 SN:12160-LW; $450.00; 11-ATF-009716; S&W Safety Hammerless Revolver CAL:38 SN:129877; $300.00; 11-ATF-009808; Universal Firearms Corp. Enforcer 3000 Series Pistol CAL:30 SN:433733; $350.00; 11-ATF-009810; Remington Arms Company, Inc. 1100 Shotgun CAL:12 SN:N404413V; $325.00; 11-ATF-009811; Ruger Mini 14 Rifle CAL:223 SN:184-02816; $325.00; 11-ATF-009812; Browning A5 Shotgun CAL:16 SN:116956; $1,000.00; 11-ATF-009814; Remington Arms Company, Inc. 742 Rifle CAL:30-06 SN:36502; $325.00; 11-ATF-009815; Browning Auto 5 Shotgun CAL:16 SN:70S96179; $1,000.00; 11-ATF-009817; Remington Arms Company, Inc. 11-87 Shotgun CAL:12 SN:PC009800; $500.00; 11-ATF-009818; Springfield Armory Geneseo, IL M1 Rifle CAL:30 SN:2631700; $325.00; 11-ATF-009819; Davis-Warner Arms Corp * Shotgun CAL:20 SN:NONE; $300.00; 11-ATF-009820; Whitworth Mark X Rifle CAL:30-06 SN:B301635; $250.00; 11-ATF-009821; Winchester 54 Rifle CAL:30-06 SN:6992; $325.00; ...

... 03/16/2011; 18 USC 924(d), Crothersville, IN; 11-ATF-009731; 8 Rds Other Ammo CAL:9; $0.80; **LOUISIANA 777035-09-0017;** 05/22/2009; 18 USC 924(d); New Orleans, LA; 09-ATF-015873; Glock Inc, Cal: 40 27 Pistol sn:MGD 218; $500.00; **777050-11-0053;** 03/23/2011; 18 USC 924(d); Shreveport, LA; 11-ATF-009465; 7 Rds Winchester-Western Ammo CAL:380; $0.70; 11-ATF-009469; Bersa Thunder 380 Pistol CAL:380 SN:780966; $75.00; 11-ATF-009470; 6 Rds Assorted Ammo CAL:357; $0.60; 11-ATF-009472; Taurus 65 Revolver CAL:357 SN:KB416027; $75.00; 11-ATF-009473; Harrington & Richardson 1871, Inc. R73 Revolver CAL:32 SN:NG005426; $75.00; 11-ATF-009474; 5 Rds Federal Ammo CAL:32; $0.50; 11-ATF-009479; 47 Rds Winchester-Western Ammo CAL:380; $4.70; 11-ATF-009480; 35 Rds PPU Ammo CAL:40; $3.50; **MARYLAND 761030-11-0045;** 03/16/2011; 18 USC 924(d); Federalsburg, MD; 11-ATF-009013; Lorcin Engineering L9 Pistol CAL:9 SN:L126970; $75.00; **MICHIGAN 774015-09-0010;** 05/21/2009; 18 USC 924(d); Detroit, MI; 09-ATF-015850; S&W, Cal: 38 10-5 Revolver sn:XXX; $100.00; 09-ATF-015851; 5 Rds of S&W, Cal: 38; $0.50; 09-ATF-015852; Lorcin Engineering, Cal: 380 L380 Pistol sn:406123; $200.00; 09-ATF-015853; 7 Rds of Winchester-Western Ammo, cal: 380; $0.70; 09-ATF-015854; Unk Manufacturer, Cal: 762 SKS Rifle sn:OM5064; $100.00; 09-ATF-015855; 9 Rds of 9 MNF Ammo, ...

... Assorted Ammo, CAL:**; $0.60; **OHIO 773020-11-0050;** 01/29/2011; 18 USC 924(d); Elyria, OH; 11-ATF-009985; 9 Rds Federal Ammo CAL:9; $0.90; **773025-09-0067;** 07/13/2009; 18 USC 924(d); Cleveland, OH; 09-ATF-020051; Taurus, Cal 9 PT 111 Pistol CAL:9 SN:TVA37538; $120.00; 09-ATF-020054; 7 Rds Winchester-Western Ammo Cal 9; $0.70; **773025-11-0037;** 03/04/2011; 18 USC 924(d); Cleveland, OH; 11-ATF-009419; China Jing An SKS Rifle CAL:762 SN:21004806; $100.00; **773025-11-0038;** 03/03/2011; 18 USC 924(d); Cleveland, OH; 11-ATF-009457; Ruger P89 Pistol CAL:9 SN:309-79672; $250.00; 11-ATF-009458; 30 Rds Assorted Ammo CAL:9; $3.00; **773060-11-0005;** 03/28/2011; 18 USC 924(d); Toledo, OH; 11-ATF-009492; Haskell JS9 Pistol CAL:9 SN:082993; $100.00; 11-ATF-009493; 8 Rds Winchester-Western Ammo CAL:9; $0.80; **773065-11-0035;** 03/15/2011; 18 USC 924(d); Youngstown, OH; 11-ATF-009295; Kahr Arms-Auto Ordnance TP45 Pistol CAL:45 SN:SP0664; $300.00; 11-ATF-009296; 8 Rds Federal Ammo CAL:45; $0.80; **773065-11-0040;** 03/19/2011; 18 USC 924(d); Warren, OH; 11-ATF-009590; Ruger P85 Pistol CAL:9 SN:302-07066; $200.00; 11-ATF-009592; 14 Assorted Ammo Rds; $1.40 **773010-10-0006;** 09/19/2009; 18 USC 924(d); Cincinnati, OH; 09-ATF-023061; Bryco Arms Jennings Nine Pistol CAL:9 SN:1562635; $75.00; 09-ATF-023062; 8 Rds Ammo; $0.80 **773010-10-0018;** 10/07/2009; 18 ...

... SN:TS07009; $1,100.00; 11-ATF-009720; PTR-91 Inc. PDW Pistol CAL:308 SN:DK0163; $1,300.00; 11-ATF-009752; F.N. (FN Herstal) PS90 Rifle CAL:57 SN:FN056084; $1,950.00; 11-ATF-009753; Century Arms International Centurion UC-9 Rifle CAL:9 SN:GMT00287; $895.00; 11-ATF-009754; Microtech Small Arms Research STG-556 Rifle CAL:223 SN:600P006088; $2,343.00; 11-ATF-009755; DPMS INC. (Defense Procurement MFG. Services) A15 Rifle CAL:223 SN:DM01419K; $1,350.00; 11-ATF-009756; Bushmaster Firearms XM15 Rifle CAL:223 SN:L543938; $1,300.00; 11-ATF-009757; Bushmaster Firearms XM15-E2S Rifle CAL:223 SN:BFI681316; $875.00; 11-ATF-009758; Century Arms International Centurion UC-9 Rifle CAL:9 SN:GMT00336; $895.00; 11-ATF-009759; DPMS INC. (Defense Procurement MFG. Services) A15 Rifle CAL:223 SN:F204937; $950.00; 11-ATF-009760; F.N. (FN Herstal) Scar 16S Rifle CAL:556 SN:LC17126; $2,500.00; 11-ATF-009761; Daniel Defense Inc. M4 Carbine Rifle CAL:556 SN:AJB02706; $1,300.00; 11-ATF-009762; Daniel Defense Inc. M4 Carbine Rifle CAL:556 SN:BB000029; $1,800.00; 11-ATF-009763; Bushmaster Firearms XM15-E2S Rifle CAL:Multi SN:BFI673543; $1,400.00; 11-ATF-009764; Bushmaster Firearms BACR Rifle CAL:Multi SN:BL01461; $2,350.00; 11-ATF-009765; DPMS Inc. (Defense Procurement MFG. Services) A15 ...

... Schmidt Deputy Marshall Revolver CAL:22 SN:167047; $100.00; **VIRGINIA 768020-11-0011;** 03/29/2011; 18 USC 924(d); Fredericksburg, VA; 11-ATF-009954; Ruger 22LR Rifle CAL:22 SN:70267660; $200.00; **768030-10-0019;** 01/26/2010; 18 USC 924(d); Ruther Glen, VA; 10-ATF-020029; Unk Manufacturer AK-47 Rifle CAL:30 SN:N/A; $1.00; **WASHINGTON 787060-11-0015;** 03/18/2011; 18 USC 924(d); Kettle Falls, WA; 11-ATF-009750; Reproduction Firearm and Parts Colt 1860 Parts CAL:44 SN:None; $100.00; 11-ATF-009751; Lorcin Engineering L25 Pistol CAL:25 SN:341053; $80.00; **787075-11-0039;** 02/26/2011; 18 USC 924(d);Pasco, WA; 11-ATF-009692;Hipoint CF380 Pistol CAL:380 SN:P848428;$50.00; 11-ATF-009695;9 Rds Unk Ammo CAL:380;$0.90; **787075-11-0041;** 02/01/2011;18 USC 924(d);Pasco, WA; 11-ATF-009697;Jennings Firearms J22 Pistol CAL:22 SN:647836;$50.00; 11-ATF-009698;6 Rds Unk Ammo CAL:22;$0.60; **787045-11-0032;** 02/17/2011;18 USC 924(d);Renton, WA; 11-ATF-010005;7 Rds CBC-Brazilian Carttidge Company Ammo CAL:380;$0.70; **787095-09-0011;** 02/09/2011; 18 USC 924(d); Seattle, WA; 11-ATF-006651; Colt MKIV Pistol CAL:45 SN:FG84041; $850.00; 11-ATF-006653;Savage 41 Pistol CAL:22 SN:45369;$200.00; 11-ATF-006655; Savage 64 Rifle CAL:22 SN:L176958; $60.00; 11-ATF-006656; Ruger 10/22 Rifle CAL:22 SN:246-07300; $60.00; ...

... 11-ATF-009948; 15 Rds Assorted Ammo CAL:**; $1.50; **774025-11-0030;** 03/23/2011; 18 USC ... 835 Shotgun CAL:12 SN:UM633476; $200.00; 11-ATF-009417; Norinco (North China Industries) SKS ... Armalite M15 Rifle CAL:223 SN:US344386; $1,075.00; 11-ATF-009773; Olympic Arms Inc. ... CAL:30-06 SN:507868; $150.00; 11-ATF-009952; 87 Rds Assorted Ammo, $8.70

The property listed above is NOT for sale. The Bureau of Alcohol, Tobacco, Firearms & Explosives DOES NOT have information concerning the sale of property. VIOLATION CODES; **26-53**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 53; **26-75**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; **18-44**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER 44; **18-40**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER 40; **49-11**....PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 49 USC CHAPTER 11

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** **MOTORS LIQUIDATION COMPANY,** ***et al.*****,** **f/k/a General Motors Corp.,** ***et al.*** **Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Post-Effective Date Debtors

Get Noticed.

Legal Notices.

Advertise Today.

Call 1-800-366-3975

or email

sales.legalnotices@wsj.com

THE WALL STREET JOURNAL.

## PUBLIC NOTICES

### DEPARTMENT OF JUSTICE- BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (ATF)

### SEIZED PROPERTY NOTICES

Any person claiming an interest may file a petition for remission or mitigation of forfeiture or file a claim with the undersigned on or before the last date to file; otherwise the property will be forfeited & disposed according to law. Mail to: **BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, ATTN: SEIZED PROPERTY, 99 NEW YORK AVENUE NE, WASHINGTON, D.C. 20226.** Otherwise, the property will be administratively forfeited pursuant to 19 USC 1608 and will be disposed of according to law.

**FIRST NOTICE**
**DEADLINE TO FILE CLAIM 06/02/2011**
**AGENCY CASE NO, DATE SEIZED, STATUTE CODE, PLACE SEIZED ASSET ID, ASSET DESC, APPRAISED VALUE**

**ALASKA 787011-11-0010;** 04/14/2011; 26 USC Section 5872; Fairbanks, AK; 11-ATF-010734; Sten MKIII Machinegun CAL:9 No SN; $100.00; 11-ATF-010735; various parts, two suspected silencers, diagrams, instruction on how to make silencers, NO SN; $80.00; 11-ATF-010736; One suspected silencer, NO SN; $80.00;
**ALABAMA 776040-11-0080;** 03/07/2011; 26 USC Section 5872; Saint Stephens, AL; 11-ATF-009048; Remington Arms Company, Inc. ...

... 009134; 6 parts to an M2 Carbine * CAL:* NO SN; $50.00;
**LOUISIANA 777030-11-0020;** 03/30/2011; 26 USC Section 5861; Metairie, LA; 11-ATF-010746; Unk Manufacturer M1 (RECEIVER/FRAME) Machinegun CAL:45 SN:170261; $100.00; **777030-11-0021;** 03/30/2011; 26 USC Section 5861; Metairie, LA; 11-ATF-010743; Auto Ordinance West Hurley, NY M1928 (RECEIVER/FRAME) machinegun CAL:45 SN:508468; $100.00;
**MISSOURI 779065-11-0046;** 04/07/2011; 26 USC Section 5861; Lesterville, MO; 11-ATF-010624; Crescent Fire Arms Co. Monitor Sawed off Shotgun CAL:410 No SN; $1.00;
**NEW JERSEY 769010-11-0046;** 04/11/2011; 26 USC Section 5872; West Paterson, NJ; 11-ATF-010537; Erma Werke GMBH MP40 Machine Gun CAL:9 SN:5704J; $50.00;
**OKLAHOMA 781065-11-0009;** 10/15/2010; 26 USC Section 5872; Checotah, OK; 11-ATF-000432; Advanced Armament Corp Norcross GA M4-2000 Silencer CAL:5.56 SN:M8887; NSN:1005-01-543-4656; Cage:3KBN3; $500.00;
**PENNSYLVANIA 766095-09-0041;** 06/26/2008; 26 USC Section 5872; Pennsburg, PA; 09-ATF-024580; ITM Arms Company Short-barreled AK-74 Rifle CAL:545 SN:0001302; $600.00; **766015-11-0066;** 03/25/2011; 26 USC Section 5872; Fayetteville, PA; 11-ATF-009562; Unk Manufacturer Unk Other CAL:** No SN; $125.00; 11-ATF-009655; Browning 1919 ...

... 010088; Unk Manufacturer Silencer CAL:**; $10.00; **784085-11-0031;** 04/08/2011; 26 USC Section 5872; Los Angeles, CA; 11-ATF-010402; Unk Manufacturer Ingram M6 MILITARY Machine Gun CAL:45 SN:1320; $400.00;
**FLORIDA 767030-11-0070;** 04/06/2011; 26 USC Section 5872; Palm Harbor, FL; 11-ATF-010173; Colt AR15 Machinegun CAL:223 SN:SP165188; $100.00; **767020-11-0073;** 04/08/2011; 26 USC Section 5872; Crestview, FL; 11-ATF-010366; Sten MKII Machinegun CAL:9 No SN; $10.00; **764020-11-0041;** 02/19/2011; 26 USC Section 5872; Miami, FL; 11-ATF-008376; 15 PVC Destructive Devices; $1.00;
**GEORGIA 771010-11-0063;** 03/29/2011;26 USC Section 5872;Covington, GA; 11-ATF-009964; Unk 94A Sawed Off Rifle/Shotgun CAL:12 SN:20136; $20.00;
**ILLINOIS 772055-11-0061;** 03/30/2011; 26 USC Section 5872; Monticello, IL; 11-ATF-010075; CBC (Companhia Braziliera De Cartuchos) SB Shotgun CAL:12 SN:500730; $150.00; 11-ATF-010083; Unk Mfr. AR-15 Rifle CAL:552 No SN; $1,000.00; 11-ATF-010084; SWD Terminator Shotgun CAL:12 SN:SH10412; $500.00; 11-ATF-010087; Israel Weapon IND-IWI (Israel Military IND-IMI) UZI A Rifle CAL:9 SN:SA22261; $900.00; 11-ATF-010140; CBC (Companhia Braziliera De Cartuchos) SB Shotgun CAL:12 SN:724371; $150.00;
**INDIANA 773055-11-0080;** 03/03/2011; 26 ...

... CAL:** NO SN; $30.00; 11-ATF-010060; Unk Auto Sear Unk CAL:** NO SN; $30.00; **782020-11-0064;** 03/31/2011; 26 USC Section 5872; Victoria, TX; 11-ATF-010001; Savage NO 35 Off Hand Any Other Weapon CAL:410 SN:10576; $225.00; **782055-11-0042;** 03/23/2011; 26 USC Section 5872; Rio Grande City, TX; 11-ATF-010237; Ithaca Gun Co. 66 Sawed Off Rifle/Shotgun CAL:12 SN:15706; $50.00; **782060-11-0035;** 04/05/2011; 26 USC Section 5872; San Antonio, TX; 11-ATF-010156; Winchester 120 Ranger Shotgun CAL:12 SN:L1698455; $80.00;
**UTAH 788035-10-0202;** 09/05/2010; 26 USC Section 5872; Murray, UT; 10-ATF-019933; Unk Manufacturer None Silencer CAL:** No SN; $1.00; 10-ATF-019947; Unk Manufacturer M8 Mortar Tube CAL:60 SN:1985-0167; $300.00;
**WASHINGTON 787030-10-0079;** 09/09/2010; 26 USC Section 5861; Washougal, WA; 10-ATF-016418; Silencer 8" Long potential (with no identifiable markings one end is threaded), No SN; $1.00;

**THIRD NOTICE**
**DEADLINE TO FILE CLAIM 05/19/2011**
**AGENCY CASE NO, DATE SEIZED, STATUTE CODE, PLACE SEIZED ASSET ID, ASSET DESC, APPRAISED VALUE**

**ALABAMA 776065-11-0033;** 03/26/2011;26 USC Section 5872;Eutaw, AL; 11-ATF-009861; ...

... Harrington and Richardson 088 Sawed Off Shotgun CAL:12 SN:AZ521557; $200.00; 774045-11-0059;03/04/2011;26 USC Section 5872; Norton Shores, MI; 11-ATF-009504; Unk Machine Gun Conversion Kit, SN:NONE; $20.00;
**NORTH CAROLINA 763060-11-0070;** 03/05/2011; 26 USC Section 5872; Fuquay Varina, NC; 11-ATF-008368; U.S.A. Military Surplus M2 Machinegun CAL:30 SN:7376642; $7,000.00;
**NEW HAMPSHIRE 762095-11-0018;** 12/14/2010; 26 USC Section 5872; Rochester, NH; 11-ATF-004022; Unk Mfg. Unk Rifle/Shotgun CAL:N/A SN:None; $25.00;
**NEW YORK 773055-09-0104;** 11/30/2009; 26 USC Section 5872;Monticello, NY; 10-ATF-001446;Machine Gun Conversion Kit, Unk Mfg., CAL **, No SN;$100.00;
**OREGON 787035-11-0060;** 03/25/2011; 26 USC Section 5872; Portland, OR; 11-ATF-009736; High Standard M2 Receiver/Frame CAL:50 SN:1145488; $50.00; 11-ATF-009737; TL Guns, 30 Caliber Silencer, SN: SBDR00007 (with cut in middle); $50.00; 11-ATF-009738; Gemtech Specop 3 Silencer Tube CAL:30 SN:S96-3118; $50.00; 11-ATF-009739; TL Guns 10 mm Silencer, SN:TAC0124 (with cut through it); $50.00; 11-ATF-009740;RMJ 5.56 mm Silencer, SN: 194; $50.00; 11-ATF-009741; AWC None Silencer CAL:45 SN:968082; $50.00; 11-ATF-009742; Gemtech M-4-02 Silencer CAL:5.56 mm SN:S06-18977; $50.00; ...

... **VIRGINIA 768020-11-0011;**03/29/2011; 26 USC Section 5872;Fredericksburg, VA; 11-ATF-009953; Suppresed Tactical Weapons, Inc. 22IBS Silencer SN:021202; $1,250.00; **768030-10-0019;** 01/26/2010;26 USC Section 5872;Ruther Glen, VA; 10-ATF-020028;I O Inc (Inter Ordnance) IOK-47C Machine Gun CAL:30 SN:003584;$1.00;
**WISCONSIN 778070-11-0074;** 04/04/2011; 26 USC Section 5872;Janesville, WI; 11-ATF-009982; Germany MP44 Machine Gun CAL:8 SN:593745;$100.00;

The property listed above is NOT for sale. The Bureau of Alcohol, Tobacco, Firearms & Explosives DOES NOT have information concerning the sale of property. VIOLATION CODES; **26-53**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 53; **26-75**... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; **18-44**...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER 44; **18-40**... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 18 USC CHAPTER 40; **49-11**.... PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 49 USC CHAPTER 11