

FUMINORI SATO FOR THE NEW YORK TIMES

Renesas's Naka factory in Japan. Renesas supplies 40 percent of the world market with a crucial car computer chip.

# Struggling to Produce a Critical Auto Part in Japan

*From First Business Page*

ing the first plant tour for reporters since the disaster. "We are aware of this and are doing our best to restore the supply chain as soon as possible."

Mr. Tsurumaru said the company hoped to restart microcontroller production on June 15, about a month earlier than previously estimated. But output will initially be only 10 percent of capacity, he said, declining to predict when Renesas would resume full production.

To help meet demand, the company is shifting some production from the factory here to another Renesas factory in Japan not damaged by the quake. It is also farming out some manufacturing of automobile controllers to GlobalFoundries, a contract manufacturer in Singapore that has produced microcontrollers in the past. But shortages are expected to persist for months.

"Let's show Renesas's inner strength and unite our hearts to restart in June," read banners hung from the buildings here. "Customers from all over the world are waiting."

Thus exhorted, workers have repaired the factory's ceiling, as well as a crucial air filtering system intended to keep out dust particles that can ruin the microscopic circuitry of the chips.

Test production has begun. Workers in white suits with face-masks and hoods worked in the clean room to repair and realign sophisticated machines that must be precise to billionths of a meter. But red lights next to most pieces of equipment indicated they were not in operation.

To be sure, Renesas is not the only parts supplier knocked out by the earthquake and, in some cases, by the tsunami that followed.

Toyota said recently that it faced shortages of 150 critical parts, not only electronic controllers but also rubber parts and paint additives. The company, Japan's biggest automobile manufacturer, said it would not be able to resume full production until the end of this year.

Still, as a sign of how crucial this plant is, Japanese automakers, auto parts companies and other customers have sent as many as 2,500 workers to help repair the factory, called the Naka plant.

Automobile companies are not the only ones dependent on Renesas. For instance, Ricoh, maker of copiers and office equipment, gets some customized chips from Renesas. Ricoh executives say the Naka factory is their biggest concern among parts suppliers.

But microcontrollers, which are called mi-con in Japan (pronounced my-kone), are extremely important in automobiles because they act as the brains of electronic control systems.

A reason for the industry's heavy reliance on Renesas is that it is the product of mergers involving three Japanese semiconductor companies. Hitachi and Mitsubishi Electric merged their semiconductor operations in 2003 to form Renesas Technology. Then, last April, Renesas Technology merged with NEC Electronics, the former semiconductor division of NEC, to form the current company, Renesas Electronics.

While different automakers once had their preferred electronics suppliers, after the merger everyone ended up buying chips from the same company, said Koji Endo, an automobile analyst at Advanced Research Japan, an equity research firm.

Renesas has emerged as one of the largest semiconductor companies in the world, with net sales of 1.06 trillion yen (about $13 billion), in the fiscal year that ended March 2010. (Partly because of the weak economy, its net loss that year was 137.8 billion yen, or $1.69 billion.)

While publicly traded, the company, which is based in Tokyo, is 90 percent owned by NEC, Hitachi and Mitsubishi Electric.

The Naka factory once belonged to Hitachi and is in a region where the electronics giant was founded as a motor manufacturer in 1910.

In automobile microcontrollers, Renesas's main competitors include Freescale Semiconductor and STMicroelectronics.

Automotive microcontrollers are mainly bespoke chips, with many different hardware designs and different types of software tailored for each design. That is partly a legacy of the auto industry tradition of each company designing and building vehicles to its own specifications. The automotive electronics industry is much the same, with many competing designs.

"These microcontrollers are different in small but important ways," said Tom Starnes, an analyst at Objective Analysis, a technology research firm. "That makes it very difficult to switch to alternate suppliers, at least not quickly." Switching could take six months or more, analysts say.

A particular challenge is the highly customized software that provides instructions for the various chips. From automaker to automaker, "there's no software compatibility at all," said Tomoaki Nakamura, who once oversaw automotive electronics for Hitachi and is now vice president for research at IDC Japan, a market research firm.

The lack of technical standards is in marked contrast to the way the personal computer industry evolved — with its standard formats for disk storage, memory chips, microprocessors and a dominant operating system in Microsoft's Windows, although Apple's Macintosh operating system is gaining a bit of ground lately.

In recent years big automakers in the United States, Europe and Japan have formed consortiums to try standardizing some of their technology. The two main groups, AutoSAR and the Genivi Alliance, focus on software and electronics standards for drive train, information and entertainment systems.

Analysts say the crisis in Japan could accelerate progress on these standards-setting efforts, while prompting some automakers to reduce their dependence on Renesas.

"In the long term, automakers will probably spread their bets more to other major suppliers," said Egil Juliussen, an auto electronics analyst at IHS iSuppli, a research firm. "And there will be more reason to push the industry standardization efforts, now that automakers have seen what can happen when a key supplier goes down."

*Andrew Pollack reported from Hitachinaka, Japan, and Steve Lohr from New York.*

# Chrysler Expected to Erase Its Debt to Government

## Goal of Raising $7.5 Billion in a Bond Sale

By BILL VLASIC

DETROIT — Of the three Detroit carmakers, Chrysler was in the worst condition when the recession hit. And even with a taxpayer bailout, it has been slower to recover than its rivals.

But on Thursday, the company will announce a milestone in its comeback effort, declaring its intention to repay its $7.5 billion in high-interest loans — $5.8 billion to the United States government and $1.7 billion to Canada's — as soon as next month by selling new bonds to investors.

Once it pays back the loans, Chrysler can strengthen its ties to Fiat, its Italian partner, and begin adding more fuel-efficient cars to its truck-heavy lineup.

Sergio Marchionne, the chief executive of both Chrysler and Fiat, is expected to announce the debt plan Thursday when he welcomes the Treasury secretary, Timothy F. Geithner, for a tour of the company's Jeep plant on Detroit's east side.

Although details of the debt offering, to be led by Goldman Sachs, are still being negotiated, Chrysler intends to use the proceeds of the sale to help it pay off all of the government loans, according to people familiar with Chrysler's plans.

Both Chrysler and the Treasury Department declined to comment on the announcement.

The loans have been a psychological and financial drag on Chrysler's efforts to revamp its operations and gain market share since emerging from its government-sponsored bankruptcy in 2009.

"They started in a very deep hole after the bankruptcy," said Dennis Virag, president of the Automotive Consulting Group in Ann Arbor, Mich. "Now they are making progress both in the product area and the financial area."

Mr. Marchionne has said that interest payments on its government loans were the only obstacle keeping Chrysler from being profitable in 2010, when the company lost $652 million.

Paying off the loans would also free Fiat to raise its ownership stake in Chrysler.

Fiat currently owns 30 percent of Chrysler, a stake it received in stages as part in the United States government's rescue of the smallest of Detroit's Big Three. In exchange for the ownership interest, Fiat agreed to provide engines and technology to make Chrysler's lineup more diverse and fuel-efficient.

Once the government loans are retired, Fiat plans to pay $1.3 billion for newly issued Chrysler shares, raising its ownership stake to 46 percent.

That deal will most likely accelerate the integration of Fiat and Chrysler and speed the arrival of new Fiat-based models for Chrysler to sell in the American market.

The refinancing is also expected to save money overall for Chrysler, which is paying high interest rates on the $5.8 billion it owes to the American government and the $1.7 billion it owes the Canadians.

"It's great they are tuning up their balance sheet by reducing debt," said Rebecca Lindland, an analyst with the research firm IHS Global Insight. "That will help them direct more money towards product development."

Under Mr. Marchionne's leadership, Chrysler has methodically improved its core products since coming out of Chapter 11. In the last year, Chrysler has introduced new, well-received versions of its Jeep Grand Cherokee sport utility vehicle and the Chrysler 300 flagship sedan.

The company has also benefited from positive reaction to its "Imported from Detroit" ad campaign that promotes its corporate resilience and improved product quality.

So far this year, Chrysler's sales are up 22 percent — slightly higher than the 20 percent increase in sales for the overall industry. The increase, however, is almost entirely attributable to improved sales of its Jeep models and Dodge trucks. The company's domestic market share has remained flat at 9 percent.

But the Fiat influence will be felt soon. Chrysler has just started to sell the Fiat 500 minicar in its American dealerships, and more new passenger-car models are in the pipeline.

Chrysler needs a more balanced portfolio to take advantage of the steady rise in popularity of smaller cars. The Ford Motor Company reported a sparkling $2.5 billion first-quarter profit on Tuesday, largely because of the success of its new Fiesta and Focus cars.

*An opportunity for the automaker to focus on adding Fiat cars to a truck-heavy lineup.*

"Chrysler is in a better position now than a year ago, but they are still reliant on trucks versus cars," said Ms. Lindland.

Paying back the government loans will leave the federal government's ownership stake in Chrysler unchanged at 8 percent. But the new debt structure is considered a vital step toward a public stock offering by the company this year or in early 2012.

The majority owner of Chrysler is the health care trust for retired members of the United Auto Workers union, which has a 55 percent stake.

Chrysler has not suffered the same consumer disapproval that General Motors experienced from its government bailout. That was mostly because of G.M. came out of bankruptcy with the American taxpayer as its majority owner.

But G.M. has mostly shed its dreaded image as "Government Motors" since the federal government cut its stake to 26 percent from 60 percent in G.M.'s stock offering last November.

In Chrysler's case, its biggest problem was a weak lineup of vehicles and tight constraints on product spending. But it now appears to be gaining momentum with new Fiat models.

Analysts who had written off Chrysler after bankruptcy are now applauding Mr. Marchionne's slow, steady rebuilding of its product portfolio.

"It's sort of like the cat with 17 lives," said Mr. Virag. "They used up their nine, and they apparently still have more."

*Nick Bunkley contributed reporting.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re**
**MOTORS LIQUIDATION COMPANY, *et al.*,**
**f/k/a General Motors Corp., *et al.***
**Debtors.**

**Chapter 11 Case No.**
**09-50026 (REG)**
**(Jointly Administered)**

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

**COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES**

**OFFICE SPACE** (100)

**Offices–Manhattan 105**

36 ST W., #152 B'twn Broadway & 7th 500, 700 & 1400 sq ft, totally renovated offices, across from Macy's NO FEE falconproperties.com 212-302-3000

**COMMERCIAL & INDUSTRIAL PROPERTIES** (300)

**Dutchess County 342**

POUGHKEEPSIE commercial building 4000 sq ft office/warehouse + 2 family. walk to train. owner financing $489,000.00 910-880-0740

**BUSINESS OPPORTUNITIES** (3400)

**Capital Wanted 3402**

INVESTORS WANTED secured by CMO & CMB, invest 15mil, will have return of 7% of your investment within 6 months. Secured by the instruments. Call Sheridan Capitals L.L.C. for further details 347-785-5980

**Laundry & Clng. Stores 3430**

Spacious Laundromat for sale, Jamaica ave. near Van Wyck, 26 washers, 22 dryers, loyal customer base, plus commercial accnt. 718-662-6953

**Stores Miscellaneous 3438**

Great $ Making Deli & Conv.
Hot Food, deli, beer, lotto, Gross $925K, Askg:$235K Peekskill, NY PH:2017245022

**Restrnts., Bars & Clubs 3440**

Deli in Long Beach for sale. Brooklyn store for rent previously Italian Restaurant. Heavy traffic area. GREAT locations! 718-531-7830.

SOHO - Pizzeria High Traffic
Equity Partner / Operator Wanted
Must own 1 pizzeria & 5+ yrs exp in NYC
waynebruce80@yahoo.com

**Professional Practices 3448**

DENTAL OPPORTUNITY
Long-standing dental practice and building in Orange County, NY. Inquiries to KRMIVI@yahoo.com

**COMPUTER SERVICES GUIDE**

**MACINTOSH**

**TEKSERVE**
Apple Specialist 119 W. 23rd St, 212 929-3645
NY's own store for everything Macintosh
Macbook-iPod-Mac Pro-iMac-Windows
Sales, Service, Rentals, Data Recovery

# Boeing Chief Says Rivet Flaws Appear Limited to One Jet

By CHRISTOPHER DREW

The riveting flaws in the roof of the Southwest Airlines jet that recently tore open in flight appear to be poor manufacturing work on that one plane rather than a broader design failure, Boeing's chief executive said Wednesday.

The executive, W. James McNerney, told analysts that preliminary data "points more in that direction."

The National Transportation Safety Board issued an interim report on Monday, saying that a laboratory examination of intact sections of the roof found that rivet holes on one layer of the plane's skin did not line up properly with an underlying layer.

A five-foot hole suddenly ripped open in the cabin roof on April 1, forcing the Southwest jet to make an emergency landing in Arizona.

The safety board did not draw any conclusions about the cause of the rupture, which occurred at 34,000 feet. Independent experts said they were surprised that Boeing's inspectors had not caught such a basic mistake when the plane was built in the mid-1990s.

Mr. McNerney said federal investigators were still sorting out what happened.

His comments came as Boeing announced that its first-quarter earnings rose 13 percent to $586 million, or 78 cents a share, from $519 million, or 70 cents a share, a year earlier. Revenue slipped 2 percent to $14.9 billion, from $15.2 billion, on weaker revenue in the commercial airplane business.

The company, which also has a large military business, reaffirmed its guidance for the year, with revenue expected to be $68 billion to $71 billion and earnings to be $3.80 to $4 a share.

Mr. McNerney said that Boeing remained on track to make the first deliveries of its new 747-8 freighter and its long-delayed 787 Dreamliner passenger plane, and that it still expected to deliver 25 to 40 of these two models this year.

He said the 787 deliveries would include a mix of the first planes it has built, which have needed extensive reworking to fix poorly made parts from suppliers, and the latest jets, which are coming off the production line in much better shape.

The 787, built with lightweight composite materials to lower fuel costs, has attracted more sales — about 850 — than any commercial plane in history. But the production problems have added billions of dollars in costs, and Mr. McNerney said the project's profitability would eventually be decided by how well longer-range versions of the plane sell.

Mr. McNerney also said that Airbus's plan to update its A320 series with new engines was taking sales from smaller competitors, like Canada's Bombardier, rather than from Boeing. He said Boeing was still likely to forgo changing the engines on its 737 models and seek to introduce a new plane by 2019 or 2020.



STEPHEN BRASHEAR/GETTY IMAGES

Boeing says it plans to deliver some 787 Dreamliners in 2011, after years of problems with suppliers and production.

**LIQUIDATION NOTICE TO CREDITORS OF NYC OTB FEDERAL CREDIT UNION**

The National Credit Union Administration Board placed the NYC OTB Federal Credit Union, Charter No. 20828, 1501 Broadway, New York, NY 10036 into involuntary liquidation pursuant to its authority under Section 207 (a) (1) (A) of the Federal Credit Union Act.

All creditors having any claim or demand against NYC OTB Federal Credit Union must submit their claim or demand in writing, together with proof, by June 3, 2011. All such claims or demands must be sent to the following address:

National Credit Union Administration
Liquidating Agent for the
NYC OTB Federal Credit Union
4807 Spicewood Springs Road, Suite 5100
Austin, Texas 78759
Tel. No. **(512) 231-7900**

Claims or demands filed after June 3, 2011, may be barred due to untimely submission.

09-50026-mg Doc 10214-2 Filed 05/10/11 Entered 05/10/11 15:53:12 Part 2
Pg 2 of 3



## Stage

# Two dramas, several dysfunctional souls

### Compellingly deluded dreams fill 'Blue Leaves,' 'Jerusalem'

NEW YORK — Were Artie and Bunny, the sad, selfish, adulterous couple who dream of showbiz glory in *The House of Blue Leaves*, to exist today, they'd be prime candidates for reality TV.

Of course, when John Guare wrote this darkly farcical play, first staged in 1966, the notion that utterly unexceptional losers

**Review**
By Elysa Gardner

would not only seek fame and fortune but also feel entitled to it seemed a lot more ludicrous than it does now. And, one could argue, our general obsession with celebrity hadn't yet metastasized into the pervasive sickness it is at the moment.

All of which makes the pairing of this Guare classic and David Cromer, who directs the new Broadway production of *Blue Leaves* (★★★½ out of four), cause for excitement.

Having brought a raw naturalism and fresh topicality to works as diverse as *Our Town* and *Brighton Beach Memoirs*, Cromer seems just the man to revisit Guare's quirky, probing satire. And in this haunting, bleakly funny revival, which opened Monday at the Walter Kerr Theatre, the director and his starry cast deliver.



By Joan Marcus

***House of Blue Leaves*:** Ben Stiller, with Alison Pill, plays Artie, a songwriter who harbors fantasies of stardom in Hollywood.

Ben Stiller funnels the perfect mix of delusion and dejection into Artie, a middle-aged zookeeper and aspiring songwriter sharing a squalid apartment with his schizophrenic wife, known to everyone as Bananas and played by Edie Falco. As the play unfolds, the pope is coming to town, and a breathless Bunny (Jennifer Jason Leigh) pops by early to rouse Artie, recovering from one of his increasingly fruitless gigs at a local bar.

Bunny sees the pope's presence as a sort of spiritual harbinger for her and Artie, who plan to deposit Bananas in a loony bin and run off to California, where Artie's childhood friend, Billy, is now a successful filmmaker. But their plot is threatened as other, unexpected visitors arrive: a posse of lost nuns, Billy's glamorous but troubled girlfriend and Artie and Bananas' 18-year-old son, a Vietnam-bound soldier with his own twisted scheme to earn the world's attention.

In the end, Bananas emerges as the most pure-hearted and, in her own way, reasonable character, and the superb Falco plays her with a searing but tender authenticity. Leigh's vain, nattering Bunny is an ideal foil, at once hilarious and disturbing in her ignorant conviction that she and Artie and their fantasies will prevail.

**'Jerusalem': Wholly excellent**

Johnny "Rooster" Byron, the anti-hero at the center of Jez Butterworth's *Jerusalem* (★★★½), is as irresponsible and delusional as Artie, but a better entertainer. Mind you, Rooster has no Hollywood aspirations; he's content to live in hedonistic squalor in a trailer parked in the English countryside, partying with and selling drugs to shiftless teenagers.

The neighbors, not surprisingly, aren't quite so pleased with this arrangement. The London-based play, now at the Music Box



By Simon Annand

***Jerusalem*:** Mark Rylance's "Rooster" Byron is unforgettable.

Theatre, devotes three hours to Johnny's last stand against the conformists demanding his eviction. Butterworth infuses his hero/fool's tale with a sweeping lyricism that nods to Saint George and William Blake (whose poem inspired the titular English hymn).

Mitigating, bawdy humor serves this unlikely process well, as does an impeccable cast directed by Ian Rickson. *Jerusalem* succeeds, above all else, as a vehicle for the talents of Mark Rylance, who invests Johnny with a blazing, barreling intensity and a sort of sordid charisma.

It's a performance that has surely just made the already competitive contest for this year's best-leading-actor Tony Award a little tighter.

## People

# D'Onofrio back on duty in more relaxed 'Law'

### After break, he has renewed confidence, easier schedule

By Nancy Mills
Special for USA TODAY

How difficult was it to persuade Vincent D'Onofrio to return to *Law & Order: Criminal Intent* after leaving the show more than a year ago? Not very.

"All it took was (creator) Dick Wolf asking," D'Onofrio says between setups at the Chelsea Pier Soundstage in Manhattan. He is finishing up Episode 3 of Season 10, which begins Sunday (9 p.m. ET/PT) on USA Network.

After handing off his detective work to Jeff Goldblum, D'Onofrio left the series early in Season 9. He had been hospitalized briefly for nervous exhaustion in the fourth season but soldiered on for another five years.

"I liked doing the show," D'Onofrio says, "but after working on it for so many years, I did need a break. I tried for a long time to get off it, but I didn't want to leave anybody in the lurch."

But finally, there was an opportunity. "Dick eventually figured out a way to segue me out," says the actor, 51. "I have so much respect for Jeff Goldblum that I thought it was going to fly. But it didn't work out as great as they thought it would."

Now D'Onofrio's Detective Bobby Goren is back to figuring out the way criminals think. "But things have changed here," he explains. "We're not doing as many episodes (just eight) or working as many hours. They found a way to do it so it's more comfortable for Kate (Kathryn Erbe, who plays his partner Alexandra Eames) and me."

He adds: "Mainly we're making shows like we did during the early seasons. They're straight-out crime dramas, with Goren being very quirky and doing things that surprise people. We got away from that a little bit in the later years."

Reports suggest that *Criminal Intent* will end after this season, but D'Onofrio says the final decision is yet to be made.

"Some people say it's the last season," he acknowledges. "Some people say it's not.

"If they have to end it, it will end," he says. "We have no control. But if they can figure out a way to make money off it, it'll stay on the air." And if it continues? "I'd stay with it."

D'Onofrio insists he shares only one quality with his character, Goren. "I have good intuition about people," he says. "I'm pretty good at it in my personal life."

**Age brings confidence**

D'Onofrio admires Goren's unpredictability. "But he's a little too dark for me at my age." The Brooklyn-born actor adds: "Maybe when I was young, it was OK to be like that. Now it's a bit too much. I've learned to let everything go and leave it at work."

He elaborates. "When you're a young artist, you're struggling to achieve all these things, and you wrap yourself into it and you're in this bubble. When you get older, your confidence is much greater, and your ability is much greater, and you're able to rely on the fact that (your acting ability) is going to be there when you pick it back up. So you can lay it down and go home and not think about it."

He credits his wife, Dutch model Carin van der Donk, with helping him reach this point. "I was kind of a loner, very introverted and pretty socially inept for a long period," he says. "Everything changed when I met my wife. She allowed me to be me, with all my flaws. To know someone truly loved me for who I was … that relationship has been going on and on, and it's great. When you have that, you can focus more on the artistic things."

They have two sons, Elias, 11, and Luka, 3. D'Onofrio also has a daughter, Leila, 19, with Australian actress Greta Scacchi. "She's making films at the Sydney Film School," he says. "She's interested in directing and writing."

**Finding his niche**

When D'Onofrio was that age, he had no specific ambition. "I used to put on shows for the neighborhood with my three sisters," he says, recalling his early years in Florida with his divorced mother. "We collected canned food for families in Vietnam. In order to see the show, people would have to bring cans. But I never took performing seriously."

After graduating from high school, D'Onofrio went on a road trip with his best friend. "We drove from Florida to California," he says. "I ended up in Colorado, working construction and laboring jobs."

Eventually he went to New York. "I didn't know what I wanted to do," he says, "but deep down, I knew it would be something artistic. In New York, I learned to respect the arts more. I started to go to (acting) classes, I studied, and I took it seriously."

Theater work led to a starring role in Stanley Kubrick's 1987 film *Full Metal Jacket*. Since then, D'Onofrio has appeared in nearly 70 films, including *Mystic Pizza*, *JFK*, *Men in Black* and the recent crime drama *Kill the Irishman*.

In the upcoming comedic drama *Chlorine*, he and Kyra Sedgwick play "a husband and wife trying to keep up with the Joneses," he says. "It's about the stress of what's going on these days with the recession and how families are trying to survive."

*Don't Go in the Woods*, a horror musical that he directed and helped write, is due later this year. He is producing *Mall*, a film version of Eric Bogosian's 2001 same-titled novel. "Eric used to be on the show, and he asked me to read it," D'Onofrio says. "He thought it might be a good idea to make a film of it. So I developed it with some friends, and we're casting it now."

He also wants to direct and star in *Johnny and Me*, about a father/daughter relationship. "It's not so much that I like being in charge. I just like being involved in the whole process."

"Everything changed when I met my wife. She allowed me to be me, with all my flaws. … When you have that, you can focus more on the artistic things."



By Marco Grob, USA Network

USA TODAY
A GANNETT COMPANY
MARKETPLACE TODAY www.russelljohns.com/usatoday
Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call **1.800.397.0070** Toll-free in the U.S. only

NOTICES

LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* Debtors.** | **Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)** |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

Ad Number: 0000044324
Insertion Number: N/A
Size: 2X5 MODULAR M10
Color Type: 0

Advertiser: Garden City Group Inc
Agency: GCG Communications
Section-Page-Zone(s): A-4-All
Description:

Detroit Free Press
Thursday, April 28, 2011



COVER STORY

# What's the best way to get moving?

## Engineer: Getting plan right is crucial

By MATT HELMS and JOHN GALLAGHER
FREE PRESS STAFF WRITERS

Fundamental issues dividing city officials from business leaders and others staking millions of private dollars in building new light rail in Detroit must be ironed out soon if work is to begin next year, as Mayor Dave Bing hopes.

Among the questions:

- Whether the rail line will run down the middle of Woodward — a design transit advocates say would be safer, faster, cheaper and more efficient — or be built on the avenue's curb lanes, as the private backers of the proposed M-1 rail first envisioned to boost tourism and redevelopment.
- What route the line would travel through downtown. Private backers initially envisioned a line running straight up and down Woodward from Jefferson. But the Detroit Department of Transportation, which will operate the line, prefers a route that bypasses lower Woodward in favor of a loop around lower downtown to connect with the Rosa Parks Transit Center west of Woodward.
- How to pay for the long-term operation of the project. Ultimately, supporters say, a region-wide rail system, for which the Woodward line is seen as a first step, will require a regional tax.

Operating the line, as is the case with virtually all such lines elsewhere, would require a public subsidy.

And getting a state subsidy for the Detroit light-rail line would, in all likelihood, require putting control of the system into a regional transportation authority. That could spark resistance in Detroit to giving up control of a key piece of city infrastructure. At the same time, suburban voters may balk at approving a tax seen as largely benefitting the city.

Leaders must resolve those issues now, said Martin Schroeder, chief engineer for the American Public Transportation Association.

"If you're going to spend money to put a rail system in, you've got to do your homework. You want to be right the first time," Schroeder said.

### In the beginning

It's been a delicate dance from the beginning a few years ago, when some of metro Detroit's wealthiest people pledged tens of millions of dollars to get the M-1 project going after previous city efforts stalled.

Civic and business leaders including Roger Penske, Compuware Chairman and CEO Peter Karmanos Jr. and Quicken Loans founder and Chairman Dan Gilbert pledged millions for the project, believing a privately funded and operated line could be built more quickly than a city-run project that might get lost in red tape.

But the project ultimately required cooperation between public and private interests, said Megan Owens, executive director of Transportation Riders United, a group that advocates for public transit.

"That's really where M-1 came from," she said, "this desire to get it done faster and to make sure it got done. But you can't really do a transportation project of this magnitude without working with the government. That's the reality."

The federal government has provided $25 million for the project, and it and the City of Detroit see the Woodward line as the first leg of a regional system.

David Goldberg, spokesman for Transportation for America, an advocacy group, said cities are building or expanding rail as a component of economic growth and redevelopment as more people opt to live and work in cities with reliable transit.

About 28 U.S. cities operate light rail or trolley systems, and at least a dozen more systems are in the works or under study, Schroeder said.

The Federal Transit Administration (FTA) acknowledged the project's high stakes for Detroit's future but would not discuss the project in detail.

"It will stimulate long-term economic growth by attracting investment to downtown Detroit and the New Center area," FTA Administrator Peter Rogoff said in a statement to the Free Press. "As the federal partner, FTA is committed to working with all the stakeholders to ensure the project's success."

### More issues to work out

But key differences remain.

The business leaders behind M-1 had in mind a slower-moving rail line with lots of stops. But many transit advocates say it would be a mistake to not make the system a more traditional rail line that provides speedy trips between fewer stations.

There also is an important dispute over whether the line should run down the center of Woodward or closer to its curbs in the first lane on each side out from the parking lane. Each position has merits. Which is best depends on goals the line is supposed to meet.

A center-running line would run on its own dedicated track, not sharing a lane with auto traffic. That would be faster and more reliable. Critics say center-running lines are prone to pedestrian accidents, since riders must cross traffic lanes to get to the stations. Some center-running lines have suffered train-car accidents as motorists make left turns in front of trains.

Side-running lines tend to be slower because trains have to stop for cars that are parallel parking or stopped to make a right turn.

But advocates of side-running lines say they are better at promoting local businesses since passengers get off the trains right at the curb in front of nearby retailers.

Bing's spokesman declined interviews. He said recently that a well-designed center-running line would not hurt businesses or development along Woodward and could be safe for pedestrians.

Matt Cullen, the chief executive of the M-1 group of private investors, expressed optimism.

"I feel like we're encouraged by our opportunity to better understand what's going on, and we're having a good dialogue with folks," he said Wednesday. "Ultimately, it's Mayor Bing's call as to the design, and assuming that all of our folks are comfortable with the design and budget and operational sustainability of it, then we're in."

CONTACT MATT HELMS: 313-222-1450 OR MHELMS@FREEPRESS.COM

## Light-rail problems to be resolved

### 1. Down the center or to the side?

Center-running lines tend to be faster, keep a more reliable schedule and stop at fewer stops. Side-running lines tend to be slower, stop more often, but, proponents say, may contribute more to tourism and economic development in areas they serve.




### 2. Getting around downtown

Key decisions are yet to be made about the route the rail line would take downtown — either straight up and down Woodward, or looping around lower downtown to connect with the Rosa Parks Transit Center.




Source: Detroit Transit Options for Growth Study DAVID PIERCE/Detroit Free Press

### Woodward light rail

**What it is**: A light-rail system running along Woodward from downtown Detroit to 8 Mile.

**Cost:** $450 million to $500 million, depending on the final route configuration and other details.

**Who's paying for it:** A combination of city bonds and federal money, and money from nonprofits and wealthy individuals. Passenger fares and government subsidies would pay to operate it.

**Projected opening date:** 2016.

**Owner:** Detroit Department of Transportation, although it may become part of a regional transportation authority.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a General Motors Corp., *et al.*<br>Debtors. | Chapter 11 Case No.<br>09-50026 (REG)<br>(Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Post-Effective Date Debtors

4432pdf

"Had It With Dentures?"



Before
- Completely covers 1/2 of the mouth
- Rests on soft, tender gums
- Damages bone causing gum shrinkage and poor fit

After
- Fresh, open palate
- Strong natural bite
- No messy adhesives or gagging

Are Dentures:
✔ Changing Your Appearance?
✔ Making Eating A Chore?

Then Why Waste Your Money On A New Set Of Old Fashioned Dentures?

To Receive An Information Packet And Listen To A Recorded Message
Call Toll Free Now! 24 Hours A Day
1-888-291-4341 Ext. 122
Eating Can be Wonderful Again!

DONATE YOUR CAR



MOTHER WADDLES
313-WADDLES
"Receive Blue Book For Your Car"

FDIC AUCTION

70+ MICHIGAN PROPERTIES

Friday, May 13, 2:00 P.M. &
Saturday, May 14, 11:00 A.M.
Sale Site: Suburban (Fmr Rock Financial) Showplace
46100 Grand River, Novi, MI 48374



Residential
Homes
Condos
Duplexes
Quad-Plex
Apt. Bldg.

Comm., Ind., & Land
Comm. Bldgs
Ind. Bldgs
Bank Branch
C-Store
Carwash Fac.
Small &
Large AC Tracts

No Buyer's Premium!
Broker Compensation Available

Many Properties Selling
ABSOLUTE

800.479.1763
JohnDixon.com

JOHN DIXON & ASSOCIATES
CBRE CB RICHARD ELLIS




IF PURCHASED SEPARATELY PRICES ARE BASED ON REG. PRICES. SALE PRICES IN EFFECT THROUGH 6/30/11. Cleaning prices are higher on leather, shearling and cashmere. †Trade-in offer not valid on clearance merchandise and accessories. Offer subject to the condition of your fur. See fur storage contract for protection coverage details. No adjustments to prior purchases. N1030805.