| Advertiser: | Garden City Group Inc |
| Agency: | GCG Communications |
| Section-Page-Zone(s): | A-5-All |
| Description: | |

| Ad Number: | 0000044324 |
| Insertion Number: | N/A |
| Size: | 2X5 MODULAR M10 |
| Color Type: | 0 |

The Detroit News
Thursday, April 28, 2011

## METRO

• The Detroit News  |  Thursday, April 28, 2011  |  5A

# 'She didn't have a pulse'



Photos by Todd McInturf / The Detroit News
Frederick, left, and Lynette Furneaux, grandparents of Lily Lynette Furneaux-Wolfenbarger, 2, who died last year, listen to testimony in a preliminary examination Wednesday in New Baltimore.

### Paramedic testifies of finding chaotic scene, unconscious toddler

BY CHRISTINE FERRETTI
The Detroit News

New Baltimore — A paramedic broke down in tears Wednesday as she recalled an afternoon last year when she entered a New Haven home and found an unclothed and unconscious 2-year-old girl lying in the middle of the living room floor.

"She was unresponsive, not breathing and she didn't have a pulse," Richmond-Lenox EMS paramedic Katie Eisen said.

Eisen testified about the chaotic scene during the preliminary examination Wednesday of Renee Marie King in 42nd District Court in New Baltimore. The 29-year-old is charged with felony murder, first-degree child abuse and first-degree criminal sexual conduct on allegations she sexually assaulted and killed her stepdaughter, Lily Lynette Furneaux-Wolfenbarger. The hearing resumes today.

Prosecutors say King and Lily were alone Nov. 20 at the home in the Meadow Creek Mobile Home Community that King shared with Lily's father, Jeff Wolfenbarger.



Renee Marie King, 29, is accused of sexually assaulting and killing her stepdaughter.

Eisen said while working on the child following a 911 call shortly after 2 p.m., King told her she wasn't sure what happened. "She said she was in the shower and came out and found her," Eisen said. After the comment, King's attorney, Michael Dennis, pointed out that his client made several inconsistent comments to Eisen that day about what happened. She also told the paramedic that she had attempted to resuscitate Lily, he said.

There was evidence of a sexual assault, said Macomb County Medical Examiner Daniel Spitz.

Lily's mother, Lauren Furneaux, testified Wednesday that she and Wolfenbarger shared custody of the child. Wolfenbarger cared for Lily weekly from 6 p.m. Monday to 6 p.m. Thursday and every third weekend.

Furneaux said her daughter was in good health when they left her home in Lapeer at 8:30 a.m. that day to meet Wolfenbarger at a gas station to exchange Lily for the weekend. The 24-year-old said she handed her to Wolfenbarger and it was the last time she saw her alive.

Furneaux said Lily "didn't want to go" and was often troubled when she returned from visits at his home.

"She was very upset when she came back and very clingy," Furneaux said, adding she had on occasion noticed cuts, bumps and bruises on her daughter.

Furneaux confirmed for Dennis that she never alleged abuse or contacted Child Protective Services.

cferretti@detnews.com

## Romulus top cop to resume post

### State Police probe to continue, but mayor says 'we need him'

BY STEVE PARDO
The Detroit News

Romulus — Police Chief Michael St. Andre is set to return Monday from a leave of absence that began March 16 in the wake of a Michigan State Police investigation.

"We need him to come back to work," Romulus Mayor Alan Lambert said Wednesday. "I just think it's time for him to come back to work and do his job with this department."

State Police raided the police station, St. Andre's home, his wife's Westland tanning salon and other locations March 15. The chief said those raids stemmed from an investigation that began nearly three years ago.

At that time, Romulus police officials received information that the department's narcotics unit wasn't paying informants correctly, said St. Andre, who was then deputy police chief.

An internal investigation found no evidence of wrongdoing, but police went to Lambert and brought it up with the State Police anyway, St. Andre said.

Lambert and St. Andre said they've been cooperating with the investigators since then. Lambert said in March he thought the raids were "overkill."

Detective Sgt. Derran Shelby, who has served as acting chief, will resume his former position. Lambert said the department will continue to cooperate in the investigation.

Lambert said Shelby "did an outstanding job as acting police chief..."

State Police officials confirmed the investigation is continuing.

Maria Miller, spokeswoman for the Wayne County Prosecutor's Office, declined to comment on the case.

St. Andre said he is ready to resume his post.

Lambert said he respects St. Andre and believes he will be cleared of any wrongdoing.

spardo@detnews.com
(313) 222-2112

## WAYNE

### SOUTHGATE

**Southgate Schools sends 56 teachers layoff notices**

Southgate Community Schools sent layoff notices to 56 teachers Wednesday as it works to ease a $1.7 million deficit. The school board voted for the job cuts Tuesday night, said Nancy Nagle, associate superintendent. About half of the laid-off teachers may be called back before the start of the school year.

Under the teachers' contract, the district had to send layoff notices before April 30. The school district also is considering privatizing some noninstructional services and putting a spending freeze on nonessential supplies and textbook purchases, Nagle said.

### NORTHVILLE

**Residents invited to help with Park Clean Up**

Wayne County Commissioner Laura Cox, R-Livonia, has invited residents of western Wayne County to participate in the seventh annual Park Clean Up from 9 a.m. to noon May 7 at Bennett Arboretum in Northville. Registration will be at 8:30 a.m. at Cass Benton Pavilion.

Volunteers will collect debris and remove invasive species. The first 50 volunteers to register will receive a free pair of Detroit Tigers tickets. To register, call Cox's office at (313) 224-0946.

## OAKLAND

### CLAWSON

**Woman, 40, in critical condition after house fire**

A 40-year-old woman was listed in critical condition Wednesday following a fire in her home on the 600 block of Goodale. She was taken to Beaumont Hospital before being transferred to Detroit Receiving Hospital, Oakland County Sheriff's officials said. The fire was reported about 10:15 p.m. Tuesday in the home near Rochester Road and 15 Mile. A cause remains under investigation. Officials didn't release the victim's name.

### FARMINGTON HILLS

**Neighbor calls police after spat about pliers on fence**

A recent assault and battery report on Silver Lake Road tests the proverbial premise that "good fences make good neighbors." Police were called to an address at 8 p.m. Tuesday by a 47-year-old man who said his 46-year-old neighbor was out working in the yard and placed a pair of pliers on top of a wooden fence post that separated their properties. When the alleged victim, who owns the fence, went to remove the pliers, he said the suspect hit him in the arm. He said he now wants to prosecute because he believes his neighbor intentionally left the pliers on the fence to upset him.

### ROCHESTER HILLS

**Mayor going to Germany for climate program**

Mayor Bryan Barnett will join nine other elected officials from across the United States for a trip to Germany in June to participate in the Transatlantic Climate Bridge, an international exchange program established in 2009 by the governments of both countries. The program is intended to examine policies related to sustainable energy and global climate change. All travel expenses will be covered by the German government, according to a statement released by the city.

## MACOMB

### ROSEVILLE

**3 charged with stealing 1 car, trying for another**

Three people have been charged with stealing a car and attempting to take another one Tuesday from parking lots in Roseville.

Brandy Marie Stribling, 19, and Timothy Dewayne Hobson, 20, both of Detroit, were arraigned in 39th District Court on felony charges including unlawful driving away and breaking into a vehicle, said Roseville Deputy Police Chief Anthony Cona. The third suspect is a minor, and police are not releasing his name. A judge set a $7,500 bond for Stribling and a $3,000 bond for Hobson, officials said.

### MOUNT CLEMENS

**Man pleads guilty to manslaughter in fight**

A Warren man accused in a fatal fight with his friend and neighbor pleaded guilty to manslaughter Wednesday in Macomb County Circuit, the same day a trial was to begin.

Prosecutors allege James Jaynes, 46, struck James Hilla, 52, in the abdomen with a wood plank on June 8, 2010, during a night of drinking outside Hilla's home on Eight Mile. An autopsy ruled Hilla died of internal bleeding from a lacerated spleen. Sentencing is set for May 25. If convicted, Jaynes faces up to 15 years in prison.

### CLINTON TOWNSHIP

**Macomb CC raises tuition, appoints trustee**

Macomb Community College raised tuition 5 percent and appointed a new trustee this week. The college's Board of Trustees on Tuesday authorized the increase, which raises resident tuition by $4 to $84 per credit hour. The increase goes into effect with the fall semester. The move is designed to help address a projected budget deficit of $9 million to $12 million. Also Tuesday, the board named Charley G. Jackson Jr. a trustee. Jackson succeeds Frank DeSantis, who resigned in March for personal reasons. Jackson, a law school student, works for the Army Contracting Command in Warren.

## LIVINGSTON

### COUNTYWIDE

**Residents can drop off hazardous waste May 14**

The Livingston County Drain Commissioner's Office will hold three household hazardous waste collections this year. The first collection is 9 a.m. to noon May 14 next to the Livingston County Animal Shelter on South Highlander Way.

The program is open to Livingston County residents and proof of residency is required.

### BRIGHTON

**City starts schedule for street-sweeping operation**

The city of Brighton recently began its warm-weather street sweeping operation. Residential streets are being cleaned between 3 a.m. and 10 a.m. on Monday, Tuesday, Wednesday and Friday. The downtown streets will be swept on Mondays and Thursdays.

The public parking lots will be swept on a regular basis throughout the warmer months.

Residents are asked to call the Department of Public Services at (810) 225-8001 to report areas of the city that need attention.

**Contact us**

Suburban editor Kelley Root,
kroot@detnews.com.
Phone: (313) 222-2522

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                          Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al.,            09-50026 (REG)
f/k/a General Motors Corp., et al.             (Jointly Administered)
         Debtors.

NOTICE OF (I) ENTRY OF ORDER CONFIRMING
DEBTORS' SECOND AMENDED JOINT CHAPTER 11
PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "Confirmation Order") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "Plan"), of Motors Liquidation Company and its affiliated debtors (collectively, the "Debtors"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
       April 18, 2011

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors




FDIC AUCTION

70+ MICHIGAN PROPERTIES

Friday, May 13, 2:00 P.M. &
Saturday, May 14, 11:00 A.M.
Sale Site: Suburban (Fmr Rock Financial) Showplace
46100 Grand River, Novi, MI 48374

Residential
Homes
Condos
Duplexes
Quad-Plex
Apt. Bldg.

Comm., Ind.,
& Land
Comm. Bldgs
Ind. Bldgs
Bank Branch
C-Store
Carwash Fac.
Small &
Large AC Tracts

No Buyer's Premium!
Broker Compensation Available

Many Properties Selling ABSOLUTE

800.479.1763
JohnDixon.com

JOHN DIXON & ASSOCIATES    CBRE CB RICHARD ELLIS



IT'S TIME TO STORE YOUR FUR
ONLY 79.95

Fur storage and cleaning package includes $500 protection coverage. If purchased separately 114.95: storage, 44.95; cleaning, $70.

Other services available at an additional charge:
• Alterations
• Expert repairs
• Restyling

Plus, ask your Fur Specialist how you can trade in any coat and receive 30% off† your new regular-priced fur purchase!

For more information call 1-800-TLC-FURS or visit furvault.com.

In The Fur Vault® at Macy's Northland Center, Oakland, Fairlane Town Center, Twelve Oaks, Lakeside & Somerset Collection.

the magic of
macy's
.com

IF PURCHASED SEPARATELY PRICES ARE BASED ON REG. PRICES. SALE PRICES IN EFFECT THROUGH 6/30/11. Cleaning prices are higher on leather, shearling and cashmere. †Trade-in offer not valid on clearance merchandise and accessories. Offer subject to the condition of your fur. See fur storage contract for protection coverage details. No adjustments to prior purchases. N1030805.   44029



## 279 RENCONTRES

**LES VOIX DU PLAISIR**
UNIQUE à Montréal
Dialogues et rencontres directs
Abonnés Rogers, Bell ou Fido faites le # (carré) 6969
Sinon appelez GRATUITEMENT le 514 524-4444

**✻GAY✻**
Rencontres discrètes et immédiates
**514 524-6161**
GRATUIT
pour quelque chose de différent...

Services de santé

## 285 MASSOTHÉRAPIE

**NOUVEAU.** Atwater. Massage suédois, sportif, relaxation. 514-641-4995

Services

## 286 AVOCATS NOTAIRES

--- AVOCATS ---
507 PLACE D'ARMES
**514-927-1396**

## 290 TENUE DE LIVRES IMPÔTS

EXPERT COMPTABLE - FISCALITÉ
Ex-travaillant Min. Rev. 43 ans d'exp., impôt partic., autonome, corporatif. Problèmes d'impôts 514 352-9603 Bureau de comptable.

## 294 ARGENT À PRÊTER

★★★★★★
Présenté par:
**Besoin d'argent ?**
- Bon ou mauvais crédit accepté
- Aucun frais déboursé à l'avance
- réponse immédiate

C'EST GARANTIE !
$$$ CASH DÉPÔT $$$
**(514) 344-1499**
www.northstarbrokers.ca

## 294 ARGENT À PRÊTER

**APX**
1-866-871-4822 "depuis 2004"
AVANCES SUR SALAIRES

**BESOIN $$$$ ?**
- Aucune vérification de crédit
- Aucun frais déboursé à l'avance
- Aucun déplacement requis !
- Dépôts et paiements pré-autorisés !

**1 (866) 499-5629**

**CRÉDIT RAPIDE MP**
Besoin rapide de 300$ à 1000$. Aucun crédit refusé. Dépôt direct. Emploi stable 4 mois. Aucun déplacement requis. Réponse dans 1 heure. 514-336-0055 ou 1-855-372-7433 www.creditrapidemp.com

**BESOIN D'ARGENT?**
Prêts Personnels
Mauvais Crédit?
PAS DE PROBLÈME!
Consultation Gratuite
1re & 2e Hypothèques
1-877-701-7677

**ArgentRapide.COM**
Prêt de 500$,
aucun crédit refusé,
Facile et 100% sécuritaire
1- 866-776-2291.

**ARGENT RAPIDE !** Dépôt Direct, réponse 1 heure, aucun crédit refusé, remboursez 56,68$/semaine, condition: emploi +6 mois, MBO, 1-877-500-3132

**PRÊT DE 500$**
sans enquête de crédit. Crédit Courtage
1-866 482-0454.

AUCUN CAS REFUSÉ 5.000 ET PLUS PRÊT hypothécaire, personnel, ou auto, moto, bateau, 514-385-5889

**FINANCEMENT MDM.COM**
Prêt de 500$, permis de l'OPC
Sans frais. 1-877-904-9888

**PRÊT** 5 000$ max.(1000 = 20 X $53 ) Permis OPC. wwwgroupeduforge.com 450-420-0101

**PRÊT ARGENT** Les plans personnels à Patrick - 2500 $ - 57 $ x 52 sem., 1000$ jusqu'à 40,000$ (514)781-1909

## 295 ARGENT SUR HYPOTHÈQUE

**ATAUXCOURANT.CA**
Prêteurs privés direct ou autres acceptation immédiate 1re -2e hyp. 2,54% et +, PRÊT sur équité, achat. Refinancement. Avis 60 jrs. Prêt construction.Trans Unis ctr, 514 274-2576

NOTAIRE : 1re, 2e hyp. Mtl. et environs
Me Abrahams (514) 878-9133

## 300 SERVICES FINANCIERS

★★★★★★
Présenté par:
TROP DE DETTES?
Il y a toujours une solution!
1 SEUL VERSEMENT PAR MOIS!
Consultation gratuite
et confidentielle
lundi au samedi 8h à 20h
Les Consultants H. Bell
**(514) 285-0066**

**ENDETTÉ!**
NOUS AVONS UNE SOLUTION!
LA PROPOSITION DE CONSOMMATEUR
Un paiement par mois selon votre budget
0% d'intérêt
consultation gratuite et sans obligation
Montréal - Rive-nord - Rive-sud
**514-748-7522**
St-Jérôme
**1-855-748-7522**
LABELLE MARQUIS INC.
DEPUIS 30 ANS syndic de faillite
DE 8H30. À 20H.

## 300 SERVICES FINANCIERS

**À BOUT DE SOUFFLE**
- Noyé par vos dettes.
- Harcelé par vos créanciers.
- Un seul versement 0% int.
- Consultation gratuite.
- 8h à 20h, 7 jours par semaine!
- Un seul paiement suffit.

24 centres pour vous servir !
**Appel & Cie Inc.**
Syndic de Faillite
**514 839-8004**

**? TROP ENDETTÉ?**
1 appel suffit. Consultation gratuite, 1 paiement/mois.
Poupart Syndic de faillite
(450) 621-0335 (514)796-0474

## 302 OCCASIONS D'AFFAIRES

**NOUVEAU** défi, nouvelle carrière, temps plein ou partiel, café santé, (Ganoderma) personne dynamique. support et formation gar. 514-501-5429

## 304 ASSOCIÉ(E)S DEMANDÉ(E)S

**IMPORTATIONS** de Chine, plan de marketing établi, excellent rendement, mise de fonds 10000$et+ 514 917-2445

## 312 IMPRIMERIE LETTRAGE

**1000** Cartes d'affaires noir et blanc (19.95 $), couleurs (39.95 $)
514 738-2500 Copie Rapide ! Mtl

## 316 CAMIONNAGE TRANSPORT

**DÉMÉNAGEMENTS PERFECTO**
514 266-7813, local/long.dist.

514-898-7557
déménagement N. Gauvin, qualifié, 10 ans d'exp., entreposage, assurances

## 336 ASTROLOGIE CARTOMANCIE

**✻ MÉDIUM QUÉBEC ✻**
Les meilleures voyantes du Québec vous parlent au
**514 524-6000**
✻ GRATUIT ✻
www.mediumquebec.com
Abonnés Rogers, Bell, ou Fido faites le # (carré) 4676

**APPELEZ** LES MEILLEURS MÉDIUMS Écoutez sans frais 514 687-0303 BELL MOBILITÉ #7474 www.ezoterika.ca

CLAUDETTE - FRANCINE - HUGUETTE
40 ans d'expérience en voyance
Rés. 1-900-451-5276, cell. # 5276

**GABY** Grand Medium. résoud tous vos problèmes, retour de l'être aimé, sens en affaire, efficace, 514-667-7142

**M. DEMBO**, grand medium, don familial. Rien n'est impossible dans la vie. Il résoud tous les problèmes, travail efficace et garanti. 514-746-4241

## 340 ESCORTES

**FANTASME** XXX enr.
fantasmexxx.ca
Nouvelles filles
JOUR / SOIR
Rapidité et courtoisie
Bienvenue aux nouvelles
**514 944-9545**

**VIP FERRARY**
SERVICE D'ESCORT SERVICE
ESCORTES XXX ENR.
WWW.MONTREALXXX.CA
OUVERT 7 JOURS - 24/24
**514 220-0222**

**MAXIMUM XXX** .ca 120$+ 24/7
**514-816-0929**
sexxxy et chaude!
déplacement partout
**514-816-0929**

**love 3x.ca**
Sélection de 25 hôtesses
24/24- 7/7
Nouvelles filles de jour
**514-973-8383**
BIENVENUE AUX NOUVELLES VENUES

**XTREME XXX enr.**
RAPIDE - DISCRET - NATIONALITÉS
LUNDI XXX 120$
**514-661-6869**
BIENVENUE NOUVELLES VENUES
WWW.XTREMEXXX.ORG

**Les Séductrices**
enr. Jolies demoiselles 18-35, R.Sud 7jrs
**(514) 916-6619**
**(514) 895-8236**
www.lesseductrices.com

**ATTRAXXXIONS enr.**
Recevons, Rive-Sud
**438-877-1111**

**LES FILLES DU PATRON ENR**
Beauté 150$, Exclusive 200$, VIP 300$ "PLATINIUM" 400$ 514-568-4869 FEMME/ HOMME/COUPLE 24/7

**AABA ENR.** Nouvel à Montréal, Jeunes femmes te reçoivent SPÉCIAL 70$
**514 727-2195 www.aaba.fr.tc**

**AGENCE** LES DÉ-S enr. Beautés 20 ans et plus - vous reçoivent de 09h à 18h à Laval, discret, respect, 514 970-0080

**AMAZING GIRLS enr.** 2 copines, corps de rêve, jeune, sexy, lingerie GFE, St-Lambert 450-671-3804

**AMBIANCE MAGIQUE enr.**
Reçoit Rive-Sud, 438-820-0144
bienvenue aux nouvelles venues

**ANGE** xxx enr. Karine fin vingtaine reçoit à Mtl
SPÉCIAL 70$ 514 569-8396

**BEAU P'tit Bébé Mature enr.** Eurasienne, Style poupée GFE, Fétiches, Décor, Reçoit à Laval 450-967-9364

**BELLE** Catherine enr. Très jolie et charmante, fesses d'enfer - te reçoit à Laval, du lundi au jeudi. 450 602-2045

**BELLE** et douce transsexuelle enr. 26 ans, reçoit, déplace, **(514) 528-5656**

**DEBBIE** - TRANSSEXUELLE enr. Gros buste, fonctionnelle, service de tout genre, 24h 7/7, 514 506-8194

**DÉESSE NOIRE** enr. Sensuelle Reçoit, déplace, 24 heures *** 514 961-6474 ***

**DOUCE** Amy enr. sensuelle, aux belles fesses. Te reçoit à Laval, Pont-Viau, dès 8h30 am. **(514) 777-1637**

**DOUCE** Coquine enr. Perle noire, gros buste et douce, vous reçoit, Laval, 514 705-1152

**DOUCEUR XXX** Enr. Annie 36 ans, jolie, mature, te reçoit, discrètement, appelle-moi au... 514-983-8898.

**FCNC enr.** Les 2 plus belles filles de Laval, service exceptionnel, GFE, duo, www.jessyxxx.com, 514-995-7142

**GIRLFRIENDS** enr. 2 copines te reçoivent et se déplacent, duo GFE, Laval et Montréal, 9 à 22hrs **514-623-7990**

**HOT RENDEZ-VOUS** enr Sara 20 VIP, Dolce 18,,Jessy 19 VIP, Kiana 19 VIP Choco, Mégan 19 VIP, 514 543-1634

**JE** TE REÇOIS CORPS DE RÊVE ENR., talons hauts, style danseuse, très ouverte, me déplace aussi. 450 934-1793

## 340 ESCORTES

**JOLIE DÉESSE** enr. Pamella très gros buste, corps de rêve bronzée, lun-sam dès 8hrs AM Rive-Sud 514 730-7792

**MARTINE** Enr. Jolie brunette, douce, chaleureuse, gros buste sexy reçoit déplace, chic loft ♥ 514 507-6866♥

**"MYLIE" ENR.** ✱ GRASSETTE/BBW ✱ Bianca, Sexy blonde fontaine. Monica, superbe italienne. 514-329-3292

**NANCY** enr. jolie blonde, 40 ans, sexy, gros buste, très gentille, 7 jours/sem. reçoit, Anjou, 514 668-4569.

**RUBY XxX** enr.
belles filles se déplacent 7/7
24h,spécial 120$ Mtl, **514-662-0116**

**SENSATION-ELLE** enr. Toutes nationalités reçoivent à Laval 514 463- 3474, 7/7 Bienvenue nouvelles venues

♥**CAROLINE** et toi enr. douce, GFE ♥ grassette 36 ans, féminine, te reçoit, 40F naturelle, épatante 514 570-6460

♥ **WWW.SEXY4U.CA** enr. miroir au plafond, baldaquin, chandelles, reçoit C-Ville, voir photos. 514 973-5008♥

♥ **WWW.SEXY4U.CA** enr. miroir au plafond, baldaquin, chandelles, reçoit C-Ville, voir photos. 514 973-5008♥

**SATISFACTION XXX** enr. 24/7
**FILLES 18-25, GFE 514 991-4272**

**TRAVESTIE enr.** Mélanie super "hot", blonde super sympa 514 528-7431

**DAMES D'EXPÉRIENCE enr**
36-57 ans, se déplacent 514 588-7978

## 342 STUDIOS DE MASSAGE

**L'ÉVASION**
www.salonlevasion.com-
PRESTIGIEUX
SALON DE MASSAGE ÉROTIQUE
OUV. 7/7 du mer. au dim. 11h am à 5h am
80 Ste-Foy, Longueuil
**450-651-3030**

**FUGACE**
WWW.LEFUGACE.COM
Salon de massage et spa
le plus gros, le plus luxueux et les plus belle filles depuis 1994
2148 boul. Lapinière Brossard
**450-443-1122**

**FANTAISIES**
**450-923-7773**
7/7- Mer. au sam. de 11h am à 5h am
enr. 3 SPAS 4 hôtesses tous les jours couples 4 mains, Salon V.I.P
2944 Taschereau, Rive Sud
**www.salonfantaisies.com**

**ABANDON SPAS**
**514-270-9494**
Ouvert 7/7 jeudi au samedi
10 am à 6 am NOUVELLES VENUES
6698 Christophe-Colomb. Guichets
**www.abandonspas.com**

**ADAGIO SPA**
**514-526-2345**
massageadagio.com
3411 STE-CATHERINE EST

**AAA EXOTICA ENR-SPA**
912 Michelin, Parc Industriel, Laval
**www.massageexotica.com**
**(450) 663-8472**

**ALTEZA** INC.
514-374-4040 Ouv. 7/7, Merc. au dim. 24 h., 2017 Rosemont, Mtl
WWW.MASSAGEALTEZA.CA

**100%** ZZOLY enr. Wow, super gros buste naturel, blonde, 38 ans, 128 lbs, dimanche au samedi (450) 967-9294.

**ALGO-SIGNATURE** enr.
Hydrothérapie, massage
35$ pour 45 minutes. (514)356-2084

**DIVINA enr. Privé - Fétiche +**
**20$ 1/2 h 24 h**
**Ville St-Laurent, 514-748-5737**

**LA FANTASTIQUE** NICKY enr. 44 ans, provocante. Je te reçois comme amant et non comme client. 514-703-1034

**Lotus Massage enr.** (450) 671-0888
12, St Louis, Lemoyne RELAXATION ÉROTIQUE. 16 filles, 10h am 12h pm

**MASSAGE ALEXCELLENCE.CA**
Ouvert de 10am à 22h. 450-416-7666
Terrebonne, Laval 450-629-7666

**MASSAGE ÉROTIQUE** chinois complet. 24h/24, 450-448-7575, 514 759-6222, 25$/30 min., www.smnvie.ca

**MASSAGE OMEGA ENR. SPA**
4 hôtesses, huile chaude, spécial 30 min. 20$ P.A.T. 514 504-1414

**MASSAGE SPANIKA** Douche gratuite avec Chantal www.chantalmassage.com 514-321-8874

## 342 STUDIOS DE MASSAGE

**MASSOTHERAPIE CONGMING**, massage chinois, belles filles asiatiques,6060 Auteuil,Brossard, reçu, **450-678-3833**

**NOUVEAU** 25$/demi-heure, 9am-11am 5pm-7pm, moitié prix, Chinois, 12 filles 514-658-7887, reçus, alaimassage.com.

**NOUVEAU,** Santé Spa Acajou, massage chinois, belles filles asiatiques,1041 Fleury,Montréal , reçu, **514-510-4427**

**STUDIO** 4 enr. promotion spéciale grande ouverture, jolies filles disponibles, ouvert tous les jours. 514-254-1132

**TRANSZEN.CA** Massages donnés par jolies TRANSEXUELLES, féminines 867 Ontario Est. 514-507-6503

**WWW.MADEJA.CA**
5660 DU Parc, coin Bernard
514-419-0799

## 343 ACTIVITÉS POUR ADULTES

**HÔTEL Lust**, Retour du soleil! Chaleur à volonté, 13h à 17h, ou 19h à 23h, Plaisir 24h, 514-728-3372

**NOUVEAU** dîner gang bang à Laval dès midi pour couples, femmes et hommes seuls, venez relaxer. 514-515-4830

## 346 RECRUTEMENT

**KAMA** enr. Spa de luxe recherche très très jolies masseuses, réceptionniste gérante. kamacrescent@gmail.com 514-393-6999

**AU SALON L'ÉVASION** enr. Très jolies masseuses demandées pour salon de massage - haut de gamme. 514-886-6315 www.salonlevasion.com

**WWW.ELEGANCEMASSAGE.COM**
enr. Recrute masseuses et réceptionnistes ,514 248-7636

## 390 AVIS LÉGAUX

**AVIS de Dissolution**
Prenez avis 9198-6372 Québec inc., à l'intention de demander au Registraires des Entreprises du Québec, la permission de se dissoudre.

**AVIS de dissolution :**
Prenez avis que Gestion Olivier Québec inc., à l'intention de demander au Registraires des Entreprises du Québec, la permission de se dissoudre.

## 390 AVIS LÉGAUX

**PRENEZ** avis que Marie Edna Dominique Lise Anne René Côté dont l'adresse du domicile est le: 38 place du commerce, Montréal Qc, présentera au directeur de l'état civil une demande pour changer son nom en celui de: Anne René Lavergne.

vitevitevite.ca
LES PETITES ANNONCES
ÇA VEND... VITE! VITE! VITE!
**514-888-8888**
**1-888-216-9999**

## 392 ENCANS

**ÉLIMINEZ VOS DETTES RAPIDEMENT**
3 vidéos disponibles sur
**www.dettes.ca**
- Arrêtez le harcèlement des créanciers
- Conservez vos biens
- Faites un seul paiement par mois sans intérêt

0000069324r2
GROUPE LEBLANC SYNDIC INC
ConsultationGRATUITE
Rendez-vous en 24 h. jour et soir
Plusieurs bureaux pour vous servir
**514.938.2870**
**1.877.961.0008**
SANS FRAIS

toujours informé
OÙ QUE VOUS SOYEZ...
VOTRE QUOTIDIEN EN FORMAT ÉLECTRONIQUE!
LE MÊME CONTENU QUE VOTRE VERSION IMPRIMÉE
TABLETTE NUMÉRIQUE | ORDINATEUR | TÉLÉPHONE INTELLIGENT

le journal de montréal
édition e GRATUIT
14 jours d'essai
Profitez de l'abonnement 7 jours sur 7
Pour seulement 3,99$/mois (taxes applicables)
Pour profiter de cette offre:
edition-e.lejournaldemontreal.com

AIDEZ-NOUS À SORTIR
LA RUE DES SANS-ABRI
MISSION OLD BREWERY.CA

# Avis légaux

**COUR SUPÉRIEURE DES ÉTATS-UNIS**
**DIVISION DES FAILLITES DISTRICT SUD DE NEW YORK**

| | |
|---|---|
| **En réponse**<br>**MOTORS LIQUIDATION COMPANY, *et consorts*,**<br>**a/c/s General Motors Corp., *et consorts***<br>**Débiteurs.** | **Chapitre 11, Dossier no.**<br>**09-50026 (REG)**<br>**(Administré conjointement)** |

**AVIS DE (I) L'INSCRIPTION DE L'ORDONNANCE CONFIRMANT LE SECOND AMENDEMENT DU DÉBITEUR POUR LE PLAN COMMUN DE LIQUIDATION DU CHAPITRE 11 ET (II) DATE D'ENTRÉE EN VIGUEUR**

**À TOUS LES CRÉDITEURS, DÉTENTEURS DE TITRES PARTICIPATIFS ET AUTRES PARTIES CONCERNÉES :**

**VEUILLEZ PRENDRE NOTE** qu'une ordonnance de la Cour (l' « **Ordonnance de confirmation** ») (ECF N°. 9941) confirme le deuxième amendement du débiteur pour le plan de liquidation commun du chapitre 11, entrée en vigueur le 18 mars 2011 (ECF N°. 9836) (le « **Plan** »), de Motors Liquidation Company et ses débiteurs affiliés (collectivement, les « **Débiteurs** »), a été signée par l'Honorable Robert E. Gerber, juge de la Cour supérieure des États-Unis, division des faillites, et a été enregistrée par le greffier de la Cour suprême des États-Unis, division des faillites, pour le district Sud de New York (la « **Division des faillites** ») le 29 mars 2011. Les termes commençant par une majuscule, n'étant pas définis et étant utilisés dans le présent document, se sont vus attribuer la définition appropriée au sein du présent Plan.

**VEUILLEZ ÉGALEMENT PRENDRE NOTE** que l'Ordonnance de confirmation peut être consultée durant les heures normales de bureau, et ce, au bureau du greffier de la Division des faillites, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. L'Ordonnance de confirmation est également accessible aux utilisateurs inscrits au système d'archives de la Division des faillites, sur le site Web de la Division des faillites (www.nysb.uscourts.gov), ainsi qu'à toutes les parties au www.motorsliquidationdocket.com.

**VEUILLEZ ÉGALEMENT PRENDRE NOTE** que le Plan et ses clauses lient les Débiteurs, les Débiteurs subséquents à la date d'entrée en vigueur, le gestionnaire fiduciaire du trust des créanciers chirographaires généraux, le gestionnaire fiduciaire de l'amiante (*Asbestos Trust Administrator*), (l'*Environmental Response Trust Administrative Trustee*), le gestionnaire fiduciaire (*Avoidance Action*), toute entité acquérant ou recevant la propriété ou la répartition sous le Plan, et tout détenteur d'une réclamation contre ou détenant des titres participatifs du Débiteur, incluant toutes les entités gouvernementales, que cette réclamation ou détention ait été dépréciée ou pas sous ce Plan et que ce détenteur ou entité ait accepté ou pas le Plan.

**VEUILLEZ ÉGALEMENT PRENDRE NOTE** que la date d'entrée en vigueur du Plan (telle que définie dans le Plan) est le 31 mars 2011, ce qui signifie que le Plan a substantiellement été entrepris.

**VEUILLEZ ÉGALEMENT PRENDRE NOTE** que toutes les preuves de réclamation découlant du rejet de contrats à exécuter ou de baux arrivés à échéance, conformément au Plan, doivent être déposées au bureau la Division des faillites et exécutées devant les Débiteurs, le gestionnaire fiduciaire du trust des créanciers chirographaires généraux, le gestionnaire fiduciaire de l'amiante (*Asbestos Trust Administrator*), (l'*Environmental Response Trust Administrative Trustee*) et le gestionnaire fiduciaire (*Avoidance Action*), aux adresses mentionnées dans l'Ordonnance de confirmation, le ou avant le 30 mai 2011. Toute réclamation découlant du rejet de contrats à exécuter ou de baux arrivés à échéance pour laquelle une preuve de réclamation n'a pas été déposée avant la date d'échéance sera exclue à jamais et ne pourra pas être opposable aux Débiteurs, gestionnaire fiduciaire du trust des créanciers chirographaires généraux, gestionnaire fiduciaire de l'amiante (*Asbestos Trust Administrator*), (l'*Environmental Response Trust Administrative Trustee*), gestionnaire fiduciaire (*Avoidance Action*), ou toute autre propriété à être répartie sous le Plan, le fiduciaire du trust des créanciers chirographaires généraux, le fiduciaire de l'amiante (*Asbestos Trust Administrator*), (l'*Environmental Response Trust*), le fiduciaire (*Avoidance Action*).

Date : New York, New York
18 avril 2011

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Téléphone : (212) 310-8000
Télécopieur : (212) 310-8007

Avocats pour les Débiteurs
et les Débiteurs subséquents

D000134979











WHEELS OF JUSTICE

# N.D.G co-proprietors end up in court

## Defendant vindicated, is awarded $130,000

**PAUL DELEAN**
THE GAZETTE

Every month, Quebec judges issue dozens of judgments that, without making headlines, set the ground rules for business in Quebec. Here are a few of the offbeat and/or consequential rulings rendered this month.

**A 63-year-old woman** – we'll call her A.B. – who sued to have an N.D.G. property confirmed as her own got exactly the opposite result in Superior Court.

She was done in by a document she'd prepared in 1998 to make it look like she had no assets in order to collect welfare.

A.B. and a woman she met through a newspaper ad for a roommate – let's call her C.D. – bought the house together in 1988 for $289,000, and A.B. subsequently ceded her half to C.D. in a notarized document.

She confirmed as much to social agencies while collecting welfare from 1998 to 2007, saying she was simply a tenant paying rent of $425 to $485 a month (although actual rent was never paid).

In 2007, C.D. was hospitalized for several months, and when she attempted to return to the house where she'd paid virtually all expenses since 1993, she was intercepted and turned away by police.

A.B., then living alone in the home, had reported receiving death threats from her, a frivolous claim intended only to force C.D. to live elsewhere for several months, Judge Jean-Pierre Chrétien said in his judgment.

(Charges were dismissed when A.B. didn't show up to testify when the matter came to court later that year).

In her suit for the property, A.B. produced a document showing C.D. had in fact ceded her 100 per cent of the house in 1990, but the judge said it was overridden by the private agreement they concluded in 1998 (when A.B. started receiving welfare) which said C.D. was the sole proprietor.

Chrétien acknowledged A.B. paid half of the house initially, but her failure to pay anything (including rent) since 1993 effectively cancelled out her entitlement to reimbursement.

He awarded C.D. a further $30,000 for lost property and $100,000 in damages for the trouble and inconvenience caused her by A.B. over the years.

**Selling your house** doesn't necessarily terminate your responsibility for it, as a couple from St. Sauveur discovered.

Four years after the $265,000 sale in 2004, the new buyers got significant water infiltration in the basement. An inspection showed the French drain was not only blocked, but badly installed.

They sued for $35,277 in repair and renovation costs, arguing it had been a vice not visible when they first had the home inspected.

Quebec Court Judge André Renaud this month awarded them $18,427, with interest, for drain repairs and professional fees, but rejected the $13,432 sought for basement renovations.

The defendants had argued that, because the home was 30 years old, the French drain simply reached the end of its working life, but an engineer who testified for the plaintiffs said the key was the faulty installation, not its age.

Judge Renaud nonetheless reduced the amount sought for drain repairs by 25 per cent as a concession to age depreciation.

**A woman who sued** an off-island daycare centre for $7,000 after it fired her got a rude awakening in small-claims court.

Not only did Quebec Judge Alain Breault accord her just $25, he ordered her to pay $550 to the daycare centre for group health-plan coverage maintained when she stopped showing up for work.

The woman, hired in 2003, began to miss work repeatedly after a car accident in 2005.

At one point, the woman spent two months in Peru without even advising the daycare centre, court was told.

After getting fired in 2008, she sued on the grounds it was abusive and in bad faith and that she was not given due notice.

After weighing the evidence, Breault ruled the employee was terminated in all legality, and with cause.

pdelean@montrealgazette.com

---

## Canam sees recovery accelerating

**ROBERT GIBBENS**
SPECIAL TO THE GAZETTE

Quebec's biggest steel fabricator, **Canam Group Inc.**, said Wednesday its order backlog at March 31 was $519 million, up seven per cent from Dec. 31, as its U.S. business recovers slowly from the 2008-2009 slump in commercial and industrial construction.

But chief operating officer Marc Dutil cautioned it will be a volume-led recovery at first with price improvements coming some time later, with most of Canam's business in the U.S. It has been giving up margins to preserve its job count over the past year.

Marc will step up from president and COO to CEO on Jan. 1, taking over from his father, Marcel Dutil, the company's founder and chief architect, who will remain chairman of the board.

"You can be sure business will be a lot better when he moves into the top spot next year," Marcel Dutil told analysts.

Canam posted a first-quarter loss of $39.7 million, or 88 cents a share, after making a special $25-million after-tax provision to cover cost overruns for the steel cables it is installing for the new BC Place retractable roof in Vancouver.

Another factor was settlement of a five-year-old U.S. lawsuit – the terms of which were not disclosed.

Sales in the latest quarter were $150.6 million, up 48 per cent from a year earlier. In the first quarter of 2010, Canam posted a $600,000 loss, or one cent a share.

Canam won the $100-million contract for the steelwork for BC Place's cable-supported retractable roof in 2009. It replaces a trouble-plagued air-supported dome roof.

Marc Dutil said the expected impact of the BC Place project as a whole will be limited to the special charge. Canam lacked experience in cable erection technology, he said, and relied on outside cost estimates, leading to delays. "We hope to recover part of the $25 million later," he added.

The FabSouth unit in Florida was a solid revenue generator in the March quarter, international business improved and Canadian operations were on the uptrack despite the surging loonie. Capital spending was $6.5 million, down from $7.5 million.

Canam, best known for its steelwork for sports stadiums, office towers and bridges, has 3,000 employees and 25 plants and engineering offices in North America, Romania, India and China and has partnerships in the Mid-East.

### In the NEWS

**TORIES FIRM ON BUDGET**

OTTAWA – The Tories will not change the broad outlines of their budget to appease the opposition if they win another minority government on May 2, Finance Minister Jim Flaherty said Wednesday. Flaherty said the budget presented on March 22 had already made concessions to the NDP.
REUTERS

---



Marc Gingras, CEO of Tungle, says the acquisition of his company by Research in Motion will help it achieve its goal of becoming integrated in daily corporate activities when it comes to scheduling.
JOHN MAHONEY GAZETTE FILE PHOTO

## TUNGLE Company says being acquired should help it improve product and service

**CONTINUED FROM B1**

Gingras said it takes a lot of work to grow naturally, and the process involved user surveys, research and interface redesigns.

"What we've seen is that 40 per cent of the people who get exposed to it become Tungle users," he said.

In November, the company launched its first premium feature, which for a monthly fee of $4.99 (or $49.99 annually) allows users to personalize their Tungle sites with their corporate logos or other designs.

Last May, Gingras was named entrepreneur of the year by a jury of members of Montreal's tech community, responsible for organizing the annual Startup Camp.

As a prize, he was flown to San Francisco, and then joined the Geeks on a Plane program – a trip with other startup founders to East Asia, with stops in Shanghai, Beijing, Seoul and Singapore to meet other entrepreneurs and potential investors.

On Tungle's website Wednesday morning, Gingras said the company was excited about being acquired.

"We expect the Tungle service to only get better," he wrote.

"Our plan today is what it has always been – for Tungle to become integrated with your daily activities and be ubiquitous within the applications you're already using.

"When you think scheduling, Tungle should be at your fingertips."

RIM has been on a buying spree lately.

Last month, the company announced a deal to purchase Ontario-based startup **tinyHippos Inc.**, creator of Ripple, a cross-platform mobile application development and testing tool.

In February, RIM revealed it had struck a deal to acquire Seattle-based contact management software firm **Gist Inc.**

That move came just three months after RIM acquired **The Astonishing Tribe** (TAT), a Swedish user interface design firm.

MATT HARTLEY OF FINANCIAL POST
CONTRIBUTED TO THIS REPORT

jmagder@montrealgazette.com

Twitter.com/jasonmagder

---

## EXPRESS

## Jazz tuned out after a decade

**CONTINUED FROM B1**

The rebranding will effectively put an end to the Jazz brand after a decade at Air Canada.

Jazz itself was created in a similar manner in 2001 as an umbrella brand for Air Canada's various regional subsidiaries, including Air BC, Air Nova, Air Ontario and Canadian Regional Airlines.

But the regional division was eventually spun off as a separate company, **Jazz Air Income Fund**, in 2004 as part of Air Canada's restructuring under bankruptcy protection.

Jazz Air Income Fund then converted to a corporation at the end of 2010, creating a holding company, Chorus Aviation Inc., and a subsidiary airline, Jazz Aviation LP.

While Jazz Aviation still provides the bulk of Air Canada's regional flying, both Chorus and Air Canada have increasingly been looking to diversify their business.

Chorus announced last year it would begin operating a fleet of 757s on behalf of **Thomas Cook Canada Inc.** this past winter, in direct competition with Air Canada Vacations.

Air Canada, in turn, chose to award its contract from Toronto Island to Sky Regional, which could operate at a lower cost than Jazz.

Air Canada intends to put additional regional service above the threshold guaranteed to Chorus to competitive bidding, the source said.

Air Canada does, however, still have a commercial agreement in place with Chorus extending to 2020.

The so-called capacity purchase agreement sees Air Canada purchase effectively all of Chorus's regional capacity at a fixed rate before selling it back into the market, determining where the planes fly as well.

POSTMEDIA NEWS

---

## Tell us your story

Applications are now available for the 2012 *Montreal's Top Employers* competition. This year's winning employers will be announced in a special newspaper supplement to be published in The Gazette in January 2012.

Employers complete a single application to be considered for the Montreal competition, the *Défi Meilleurs Employeurs* and our *Canada's Top 100 Employers* project, which includes eight special-interest competitions that we manage with a variety of partners across Canada.

Now in its 7th year, the *Montreal's Top Employers* competition is a unique editorial project that recognizes the employers that lead their industries in creating progressive workplaces and forward-thinking human resource policies. Our editors release detailed "Reasons for Selection" explaining why the winning employers are selected.

This year's application deadline is May 17, 2011. To obtain an application for your organization or learn more about this year's competition, please visit us online at:

**CanadasTop100.com/montreal**


DÉFI MEILLEURS EMPLOYEURS


Montréal's Top Employers 2012

Canada's Top 100 Employers 2012

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.
Debtors.

Chapter 11 Case No.
09-50026 (REG)
(Jointly Administered)

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "Plan"), of Motors Liquidation Company and its affiliated debtors (collectively, the "Debtors"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a Claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

---



The Gazette
Thursday, April 28, 2011

Advertiser: Motors Liquidation Company
Agency: GCG Communications
Section-Page-Zone(s): B-2-All
Description: LEGAL NOTICE

Ad Number: SAD44467
Insertion Number: N/A
Size: 3 Col x 77 ag
Color Type: N/A