# COMMERCIAL REAL ESTATE

## South Florida is Rated #1 in the Country for Affordability and Value!*

Now is the time to buy in Florida with the lowest Buy vs Rent ratios in the country. Whether you're an investor, snow bird or future homeowner, have peace of mind knowing your investment at Latitude Delray Beach is a solid one.



14 homes sold in 2011!

**BEAUTIFUL, FULLY-UPGRADED HOMES AT DRASTICALLY REDUCED PRICING!**

**1-5 Bedroom Homes from the $170's to the mid 300's**
(FHA Financing Available)

*"After looking for many months in Florida, I can confirm that my recent purchase at Latitude Delray Beach represented, by far, the best value and the best location for a real estate investment!"*
-Martin Piszel - Retired Banking Executive, Toronto ONTARIO

**FREE CUSTOM UPGRADES INCLUDE:**
- Custom Kitchens • Natural Wood Floors • 10' Ceilings
- 8' Solid Wood Doors • Granite Kitchen Countertops
- Impact Glass • Real Marble Vanity Tops • Expansive Outdoor Balconies

**Call today: 561.243.3775**
**LatitudeDelrayBeach.com**





213 South Latitude Circle
Delray Beach, FL 33483



*The rent vs. buy index is a recognized measure of affordability and value. Analysts who track this ratio nationally have recently ranked parts of South Florida number one by this measure. Oral representations cannot be relied upon as correctly stating representations of the seller. For correct representations, make reference to the documents required by Section 718.503 Florida Statutes, to be furnished by the seller to a buyer or lessee. Not an offer or solicitation where prohibited by state statutes. All offers are subject to the terms and conditions of any sales or reservation agreement with the seller. Availability and Prices of Residences are subject to change without notice.

## FOR LEASE

**250 COURTLAND AVENUE, Vaughan**
- 93,649 SF
- Corner property
- High profile facility
- Retail/showroom opportunity
- Fenced/secured yard
- $5.35 psf

For further information, please call:
Frank Protomanni**   Pat Viele*
416 495 6248         416 495 6258
Fraser McKenna*
416 495 6200

**5770 HIGHWAY 7, Vaughan**
- 117,581 SF
- Excellent exposure to Hwy. 7
- Great access to Hwy's 427/407/27
- Excellent shipping (6 TL/1 Dl)
- 4000 amps
- $4.75 psf

For further information, please call:
Frank Protomanni**   Pat Viele*
416 495 6248         416 495 6258
Fraser McKenna*
416 495 6200

## FOR SALE

**335 STEELCASE ROAD E., Markham**
- 56,656 SF
- 1200 amps
- Fully air conditioned plant
- $5,250,000

For further information, please call:
Frank Protomanni**   Enrico Vecchiaro*
416 495 6248         416 495 6214
www.cbre.ca   *Sales Representative  ** Broker

**235 TROWERS RD., Vaughan**
- 32,730 SF (can be divided)
- 100% air conditioned
- 1200 amps (TBV)
- $4,300,000

For further information, please call:
Frank Protomanni**
416 495 6248

**CB Richard Ellis Limited, Real Estate Brokerage**

## FOR SALE
### PRIME LEASIDE INDUSTRIAL/COMMERCIAL SITE

- 10,273 SF facility
- 0.53 acres
- Potential redevelopment site
- Proposed zoning - CR 2.2 (commercial/residential)
- Across from Leaside Arena
- West side of Laird Drive

For further information, please contact:
Carol Trattner**
carol.trattner@cbre.com
416.495.6253
Wally Pollock*
wally.pollock@cbre.com
Ross Pollock**
ross.pollock@cbre.com
www.cbre.ca
*Sales Representative  ** Broker
CB Richard Ellis Limited, Real Estate Brokerage

## MIXED COMMERCIAL CORRIDOR AJAX, ON

- 5.88 acres
- Retail, commercial and residential
- Busy corner location
- $625,000 per acre

For further information, please contact:
Don Goundry**
don.goundry@cbre.com
416 495 6249
*Sales Representative
CB Richard Ellis Limited, Real Estate Brokerage

## MEETING NOTICES

### Manulife Financial
*For your future*

**Manulife Canada Ltd.**
A subsidiary of The Manufacturers Life Insurance Company (Manulife Financial)
**Notice of Annual Meeting**

NOTICE IS HEREBY GIVEN THAT the Annual Meeting of the Sole Shareholder and Policyholders of Manulife Canada Ltd. will be held in The Syd Jackson Theatre, Manulife Financial, 200 Bloor Street East, Toronto, Ontario at 11:00 a.m. (Toronto time) on Thursday, May 19, 2011.

Participating Policyholders who wish to receive additional information relating to the business to be transacted at the meeting may write to the Corporate Secretary at the address given below.

Dated at Waterloo this 21st day of April, 2011.

Blair Groff
Corporate Secretary
Manulife Canada Ltd.
25 Water Street South (KC-1)
P.O. Box 800, Station "C"
Kitchener, Ontario, N2G 4Y5

### TRANSAMERICA LIFE CANADA
### ANNUAL GENERAL MEETING

NOTICE IS HEREBY GIVEN that an Annual General Meeting of the holders of participating policies issued by Transamerica Life Canada will be held at the head office of Transamerica Life Canada at 5000 Yonge Street, Toronto, Ontario on May 19, 2011 at 8:45 a.m. local time for the purposes of presenting the financial statements for the year ended December 31, 2010 and the reports of the auditor and appointed actuary; electing directors; appointing the auditor; and to transact such other business as may be properly brought before the meeting or any adjournment or postponement thereof.

Transamerica Life Canada

## DIVIDENDS

### Great-West Life ASSURANCE COMPANY




**NOTICE OF MEETINGS OF SHAREHOLDERS AND POLICYHOLDERS**

Notice is hereby given that the Annual Meetings of Shareholders and Policyholders of The Great-West Life Assurance Company, London Life Insurance Company, The Canada Life Assurance Company and Crown Life Insurance Company will be held at the Head Office of The Great-West Life Assurance Company, 100 Osborne Street North, Winnipeg, Manitoba, on May 5, 2011, at 11:00 o'clock in the morning, local time.

Policyholders may receive a copy of the Notice of Meeting and related proxy materials upon written request sent to 100 Osborne Street North, Winnipeg, Manitoba, R3C 1V3 Attention: Corporate Secretary or by calling 1-888-873-8813.

## DIVIDENDS

### CU INC.
### An ATCO Company
### DIVIDEND NOTICE

NOTICE is hereby given that the Board of Directors has declared the following quarterly dividends payable June 1, 2011 to shareholders of record on May 10, 2011:
- Series 1 Preferred shares, $0.28750 per share
- Series 2 Preferred shares, $0.41875 per share
- Series 4 Preferred shares, $0.23750 per share

These dividends are eligible dividends for Canadian income tax purposes.

By Order of the Board
P. Spruin
Corporate Secretary

Calgary, Alberta
April 13, 2011

### CANADIAN UTILITIES LIMITED
### An ATCO Company
### DIVIDEND NOTICE

NOTICE is hereby given that the Board of Directors has declared the following quarterly dividends payable June 1, 2011 to shareholders of record on May 10, 2011:
- Class A non-voting shares, $0.4025 per share
- Class B common shares, $0.4025 per share
- Series W Preferred shares, $0.3625 per share
- Series X Preferred shares, $0.3750 per share

These dividends are eligible dividends for Canadian income tax purposes.

By Order of the Board
P. Spruin
Vice President, Administration & Corporate Secretary

Calgary, Alberta
April 13, 2011

## DIVIDENDS

### ATCO LTD.
### DIVIDEND NOTICE

NOTICE is hereby given that the Board of Directors has declared the following quarterly dividends payable June 30, 2011 to shareholders of record on June 9, 2011:
- Class I Non-Voting shares, $0.285 per share
- Class II Voting shares, $0.285 per share

These dividends are eligible dividends for Canadian income tax purposes.

By Order of the Board
P. Spruin
Vice President, Administration & Corporate Secretary

Calgary, Alberta
April 13, 2011

## DIVIDENDS

### TOROMONT
### DIVIDEND NOTICE

The Board of Directors of Toromont Industries Ltd., at a meeting held on April 21st, 2011, announced the regular quarterly dividend of 16 cents (Cdn) per share on outstanding common shares, payable July 1, 2011 to shareholders of record at the close of business on June 10, 2011.

If the previously announced spinoff of Enerflex Ltd., Toromont's natural gas compression and processing equipment business, is effected prior to the June 10, 2011 record date for the quarterly dividend, Toromont will instead pay this quarterly dividend in an amount of 10 cents per share on its outstanding common shares. In this event, Enerflex will separately announce its dividend payable contemporaneously with Toromont's dividend. For expectations related to Enerflex's dividend, and for full details on Toromont's dividend, see Toromont's press release dated April 25, 2011.

Further details in respect of the proposed spinoff, including the dividend policies of Toromont and Enerflex following the spinoff, are included in Toromont's management information circular dated April 11, 2011, copies of which are available at www.sedar.com and www.toromont.com/spinoff.

In respect of shareholders whose address as of the record date is in the United States, Toromont will pay cash dividends in equivalent U.S. funds by translating the total amount of each said shareholder's dividend, net of Canadian withholding taxes, at the noon day exchange rate for Canadian and U.S. funds on June 10, 2011.

David Wetherald
Vice President, HR & Legal
April 25, 2011

### ECONOMICAL MUTUAL INSURANCE COMPANY
### NOTICE OF ANNUAL AND SPECIAL MEETING OF THE MEMBERS

Notice is hereby given that the 139th annual and special meeting of the members of Economical Mutual Insurance Company will be held on Thursday, May 26, 2011 at 1:00 p.m. at Bingemans – Marshall Hall, 425 Bingemans Centre Drive, Kitchener, Ontario, for the following purposes:
1. To receive the financial statements of the Company for the year ended December 31, 2010, and the reports of the actuary and the auditors thereon;
2. To appoint auditors;
3. To consider a Dissident Proposal from a group of members;
4. To elect directors; and
5. To transact such other business as may properly be brought before the meeting and any adjournments thereof.

By Order of the Board
Waterloo, Ontario                  Ian C. Wismer
April 11, 2011                     Secretary

## LEGALS

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re                                    Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al.,      09-50026 (REG)
f/k/a General Motors Corp., et al.       (Jointly Administered)
Debtors.

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "Plan"), of Motors Liquidation Company and its affiliated debtors (collectively, the "Debtors"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any holder of a claim that has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
       April 18, 2011

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

## IN THE MATTER OF THE BANKRUPTCY OF AQUILON POWER CORP. OF THE CITY OF TORONTO, IN THE PROVINCE OF ONTARIO

Notice is hereby given that the bankruptcy of Aquilon Power Corp., of 280 King Street East, 4th Floor, Toronto, Ontario, occurred on the 21st day of April, 2011; and that the first meeting of creditors will be held on the 6th day of May, 2011 at 9:00 AM, at the office of the Trustee below.

SCHONFELD INC.
Receivers + Trustees
438 University Avenue, 21st Floor
Toronto ON M5G 2K8
Tel: (416) 862-7785
Fax: (416) 862-2136

## BUSINESS TO BUSINESS

### BUSINESS TO BUSINESS

**GOLF MEMBERSHIP** for sale at exclusive, private club in Aurora, Ont. A nationally respected and award winning course featuring a state-of-the-art / luxurious clubhouse Experience the best on and off the course. For more info please contact Diana @ 416-361-2009.

## BUSINESS TO BUSINESS

### AIRCRAFT
**Corporate Aircraft** Priced to Sell: Pristine Toronto Based Twin Engine Cheyenne II Jet Prop, commercially registered and maintained. If desired, an existing Turn Key Corporate Program is available for revenue generation. Owner Upgrading. philipbabbitt@novajet.ca, 905-673- 0287.

### BUSINESS OPPORTUNITIES
**AUTO WRECKING** & recycling yard for sale. 2.4 acs. SW Ont. Financing avail. $799K. 519-588-6425, nzk@hotmail.com

**Group Tour** Travel Company based in Calgary – Ideal for owner operator with Travel Ind Exp, est for 5 years, still growing. Asking $255kEmail enquiries grouptravelcomp4sale@gmail.com

**PREMIUM SNACK FOOD Industry!** Accounts provided! Areas available! Best Profits! www.PinkRibb.com

**Serious buyers** for large rental properties in the GTA. Louis Thibault, LT@intercityrealty.com Brokerage.

**USED CAR DEALERSHIP**, tire & auto centre and detailing company for sale in Scarborough. abidbusiness@gmail.com

### CAPITAL WANTED/AVAILABLE
**Business plans that get results.** Get the financing you need with an expertly prepared plan. VenPlan 1-800-596-0351.

### The Equitable Life Insurance Company of Canada
### NOTICE OF ANNUAL MEETING

NOTICE IS HEREBY GIVEN that the Annual Meeting of the Participating Policyholders of The Equitable Life Insurance Company of Canada (the "Company") will be held at the Company's Head Office at One Westmount Road North, Waterloo, Ontario on Tuesday, May 3rd, 2011, at 9:30 a.m. (local time)

Participating policyholders may receive Notice of Meeting and other materials containing more details of the business to be transacted at the Meeting by written request to be addressed to the Company at One Westmount Road North, Waterloo, Ontario N2J 4C7.

Waterloo, Ontario, April 7, 2011.

Randy Howell
Corporate Secretary




Equitable Life of Canada®

## BUSINESS TO BUSINESS

### INVESTMENT OPPORTUNITIES
**DOES REAL PROPERTY** = Real Wealth? Answers at www.ThePropertyShow.ca Sat. Apr. 30 - Hilton, 145 Richmond St E.

**Outstanding Investment Opportunity** Seeking partner(s). Healthcare information products, recognized in over 100 countries. Enormous revenue potential. Call (514) 817-2906.

# ExxonMobil unveils development plan for N.L.'s fourth offshore oil field

## ENERGY

ExxonMobil has formally submitted its application to develop Newfoundland's Hebron oilfield — outlining heftier production platform costs, and first oil by late 2017. The cost of building the Hebron platform and drilling development wells is now estimated at more than $8.3-billion, according to the application for the province's fourth offshore oilfield that was filed on April 15 with the Canada-Newfoundland and Labrador Offshore Petroleum Board. Earlier, Hebron development costs were pegged around $5-billion, though that estimate was several years old. ExxonMobil estimates production operations will cost more than $5.8-billion over the life of the oilfield until 2046. The application anticipates a $3.5-billion price tag for a portion of Hebron known as Pool 3, but it could go as high as $5-billion if it's fully developed. Discovered in 1981, the Hebron oilfield consists of three main fields — Hebron, West Ben Nevis and Ben Nevis — containing a combined 700 million barrels of oil. *Postmedia News*



MIKE CASSESE / REUTERS

Barrick chairman Peter Munk says the chance to buy copper miner Equinox Minerals was too good to pass up.



## EARNINGS REPORT

### CENOVUS PROFIT FALLS 91% ON GAS SLUMP

**Cenovus Energy Inc.** reported Wednesday that first-quarter profit dropped 91% to $47-million, hurt by lower natural gas production and lower prices. The Calgary-based company said that earnings per share plunged to 6¢ for the three months ending March 31. Cenovus earned $209-million in operating income, or 28¢ per share, down from $353-million, or 47¢, a year ago. Analysts on average were expecting the company to earn 36¢, based on Thomson Reuters consensus. Last year, Cenovus posted a profit of $525-million, or 70¢ a share. The oil sands producer pinned the lower profit on decreased natural gas production and lower prices, as well as higher income taxes and royalties. *John Shmuel, Financial Post*
CENOVUS ENERGY INC. CVE/TSX, *$36.12, down 11¢*

### HUSKY HAS STRONG Q1 ON HIGHER PRICES



**Husky Energy Inc.**, Canada's No.3 integrated oil company and controlled by Hong Kong billionaire Li Ka-shing, said its first-quarter profit rose 70%, fuelled by increased output and higher crude oil prices. January-March earnings jumped to $626-million, or 70¢ a share, from $368-million (41¢) a year ago. Adjusted earnings rose to $637-million, or 71¢ a share, from $358-million (42¢), topping analysts' average estimate for 52¢ a share, according to Thomson Reuters. Oil producers benefited from a big jump in crude prices during the quarter, spurred by rising demand in emerging economies and unrest across parts of the Middle East and North Africa. Husky's cash flow — an indicator of the company's ability to fund growth plans — rose 36% to $1.16-billion, or $1.30 a share from $854-million, or $1 a share, a year earlier. Quarterly production rose about 5% to 310,400 barrels of oil equivalent per day. *Reuters*
HUSKY ENERGY HSE/TSX, *$28.71, up 22¢*

### NEXEN CONTINUES HUNT FOR SHALE PARTNER

**Nexen Inc.**, Canada's No. 6 independent oil producer, which reported a 43% jump in quarterly profit on Wednesday, said it is still on the hunt for a partner for its massive shale gas holdings in northeastern British Columbia, but the Japanese earthquake has delayed the process. Nexen has opened a data room where would-be investors can review the company's confidential information on its shale gas resources in the region, and says a half-dozen potential buyers have shown interest. Nexen earned $202-million, or 38¢ a share, in its first quarter, up from $141-million (26¢) a year ago. But it said it is less likely to meet the upper end of its full-year production target range due to problems at its Buzzard and Long Lake projects. *Reuters*
NEXEN INC. NXY/TSX, *$23.97, up 42¢*

### TEMBEC Q1 LAGS AS FORESTRY DEMAND FALLS

**Tembec Inc.**'s quarterly profit lagged estimates, as lower demand for construction lumber and a fall in newsprint shipments dragged results, sending the Canadian forest products-maker's shares down 5%. Quebec-based Tembec, which supplies the North American housing space with Spruce-Pine-Fir lumber, expects its forest products segment — 27% of total sales — to post disappointing results until U.S. housing starts recover. Revenue at the company's fast-growing dissolving pulp segment rose 20% on increased shipments and higher pulp prices. January-March profit was $7-million, or 7¢ a share, versus analysts' forecast of 22¢ a share, according to Thomson Reuters. *Reuters*
TEMBEC INC. TMB/TSX, *$5.68, up 35¢*

## MINING

# No plans to shift away from gold: Munk

### BARRICK AGM

**By Peter Koven**

TORONTO • For investors questioning **Barrick Gold Corp.**'s $7.3-billion offer for copper miner **Equinox Minerals Ltd.**, chairman Peter Munk has a simple message: The opportunity was far too good to pass up.

"You'd have to be counter-intuitive not taking advantage of the potential billion-dollar annual cash flow that you can get," he told shareholders at Barrick's annual meeting in Toronto.

"And that's the kind of free cash flow... that provides the lifeblood of any corporation that's aggressively determined to grow."

Mr. Munk assured investors Barrick has no plans to shift its focus away from gold, saying it would be "idiotic to kill the goose that laid the golden egg."

But he also stated it would be "equally foolish" to refuse to change. Without naming names, he referred to companies that disappeared because they were reluctant to do anything but their core business. He said copper is a natural business for Barrick to be in given that it requires the same skills and people as gold mining.

The comments came after a flurry of analysts and investors raised concerns that Barrick's valuation multiples could contract if it increases its copper revenues, since gold miners trade at higher multiples than base metal miners. The Equinox deal effectively doubles Barrick's non-gold revenue to 20% of the total.

Chief executive Aaron Regent repeated his comments from earlier this week that Barrick's mix of gold and non-gold revenues are in line with peers, even after the Equinox acquisition. He also pointed out that about 80% of Barrick's reserves are gold, which compares favourably with rivals.

"We have a lot of opportunities on the gold side, and the copper side will complement what we do on the gold side," he said.

Mr. Munk's comments about the importance of free cash flow were timely, because Barrick demonstrated on Wednesday that it is simply swimming in cash.

The company reported a record first-quarter profit of US$1-billion, with operating cash flow reaching US$1.44-billion. Earnings like that were unimaginable a few years ago — by comparison, Barrick had a profit of US$51-million in the first quarter of 2005. And assuming gold and copper prices remain strong, Barrick's cash flow is set to rise even more as the giant Pueblo Viejo mine in the Dominican Republic starts commissioning late this year.

The earnings appeared to calm investors, who wiped out more than US$5-billion of Barrick's market value on Monday and Tuesday after the Equinox deal was announced. The stock rose more than 1% on Wednesday.

"[The first quarter's] robust cash flow, following on from previous quarters of good results, should help stabilize the company's share price and allow a recovery," Stifel Nicolaus analyst George Topping wrote in a note.

Barrick produced 1.96 million ounces of gold in the quarter and said it is on track to meet its full-year guidance of 7.6 to eight million ounces. Cash costs in the quarter were US$437 an ounce, which is well below most competitors.

*Financial Post*
*pkoven@nationalpost.com*

### BARRICK GOLD CORP.
Ticker *ABX/TSX*
Close *$48.34, up 59¢*
Total volume *11,403,703*
Avg. 6-month vol. *4,669,122*
Rank in FP500 *41*



## Rising costs the next big headache

### CATTANEO
*Continued from Page FP1*

Cenovus's operating and net earnings were significantly depressed by its exposure to natural gas. Meanwhile, Nexen, a top and growing North Sea producer, cashed in from Brent prices, which averaged US$105 a barrel for the company, a premium of US$11 over WTI.

■ **Politics:** Unrest in the Middle East joined the U.S. administration's ambivalence about fossil fuels — particularly the oil sands — as major political wild cards for Canadian oil producers. Middle East turmoil lifted Brent prices in the quarter, but also meant lost production for some Canadian producers such as Suncor, which has operations in Libya. Meanwhile, Nexen is trying to renegotiate an extension of its agreement with the government of Yemen that is expiring at the end of the year, but talks have not progressed.

■ **Execution:** Today's projects are increasingly complex and often involve new technology. That's why getting a project to perform as planned is not a given. Nexen's $6-billion Long Lake oil sands project stands out for its difficulties in ramping up production. The company said it's now looking at deploying 10% to 15% in additional capital to improve operational performance.

■ **Resource quality:** Not all oil resources are created equal. In the oil sands, for example, there is a big disparity between leases. Some have great continuous reservoirs, making them great producers, and others don't. This is reflected in the difference in performance of steam-assisted gravity drainage projects. Typically, companies chase their best-looking prospects first, which means the quality of their next prospects could decrease.

■ **Accidents:** They happen and can wreak havoc on a company's performance, reputation and future prospects. BP PLC's Macondo well disaster last year impacted the whole industry, including Nexen, which was affected by a drilling moratorium in the Gulf of Mexico. Husky's downstream results were hurt by a fire at its upgrader in Lloydminster, which reduced its run rate from February to April. Canadian Natural Resources Ltd.'s results, due next week, will reveal the financial hit from its fire in January at the Horizon oil sands project.

■ **Hedging:** Oil companies enter into hedging contracts for their production to ensure they have cash flow to fund their programs. But making the right calls is difficult and can lead to big bottom line hits. Cenovus's profit was eroded by an unrealized after-tax hedging loss of $201-million.

■ **Market access:** Producing oil and gas is a major part of the business, but reaching markets is also important. Pipeline constraints kept Canadian production from getting to U.S. markets in the first quarter, resulting in a discount between WTI and Brent of an estimated US$22.86 a barrel, according to Cenovus. Meanwhile, an extension of the Keystone oil pipeline proposed by TransCanada Corp. is waiting for long-delayed approval from the U.S. government, which is stalling amid green movement opposition.

The more oil prices rise, the more interesting the business could get. Watch for rising costs to be the next big headache. The political landscape could also get more hostile if the NDP secures a bigger role in the federal election, leading to higher taxes, less federal support for the oil sands and a heftier green agenda.

*Financial Post*
*ccattaneo@nationalpost.com*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. Debtors.
Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011. Capitalized terms used herein but not otherwise defined have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Post-Effective Date Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

**PLEASE TAKE FURTHER NOTICE** that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust.

Dated: New York, New York
April 18, 2011

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Post-Effective Date Debtors

BUSINESS, FRANCHISE & INVESTMENT EXPO

YOUR BUSINESS STARTS HERE!

The Business Exchange

TORONTO, ON - QUEEN ELIZABETH BUILDING, CNE
APRIL 30 & MAY 1  •  11AM-5PM

CALGARY, AB - BIG FOUR BUILDING, STAMPEDE PARK
MAY 14 & MAY 15  •  11AM-5PM

VANCOUVER, BC - THE FORUM, PNE
JUNE 4 & JUNE 5  •  11AM-5PM

DISCOUNT TICKETS ONLY WHEN YOU REGISTER ONLINE

1-877-337-1188    BusinessExchange.ca