**Exhibit "1"**

| Name and Address of Creditor | Claim # | Claim Amount |
|---|---|---|
| Douglas Schwartz and Motorists Mutual Insurance Company (08-798)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50956 | $13,968.16 |
| State Farm Mutual Automobile Insurance Company (09-37)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50961 | $8,236.63 |
| Ronald S. Shapiro & State Farm Mutual Automobile Insurance Company (09-275)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50962 | $5,138.25 |
| Kimberly L. Hildebrand and State Farm Mutual Automobile Insurance Company (09-386)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50963 | $6,554.75 |
| Michael Oyster and State Farm Mutual Automobile Insurance Company (09-1069)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50966 | $5,475.02 |
| Eli's Landscaping & Design, Inc. and Motorists Mutual Insurance Company (09-1098)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50967 | $25,483.63 |
| Grange Mutual Casualty Company (09-1099)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50968 | $10,320.50 |
| Janet Schnipke & State Farm Mutual Automobile Insurance Company (09-1133)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50969 | $3,776.75 |
| State Farm Mutual Automobile Insurance Company (09-1136)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50970 | $5,060.75 |

**Exhibit "1"**

| Name and Address of Creditor | Claim # | Claim Amount |
|---|---|---|
| State Farm Mutual Automobile Insurance Company (09-1137)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50971 | $4,686.25 |
| Chad Erwin & State Farm Mutual Automobile Insurance Company (09-1204)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50973 | $5,937.05 |
| State Farm Mutual Automobile Insurance Company (09-1286)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50974 | $5,567.55 |
| Todd Winters & State Farm Mutual Automobile Insurance Company (09-1381)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50976 | $14,034.75 |
| Janice M. Schultz and State Farm Mutual Automobile Insurance Company (09-934)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50978 | $5,812.52 |
| Connie Holtzapfel and State Farm Mutual Automobile Insurance Company (09-584)<br>c/o Zeehandelar, Sabatino & Associates, LLC<br>471 East Broad Street, Suite 1200<br>Columbus, OH  43215 | 50979 | $6,247.38 |