PEPPER HAMILTON LLP
Nina M. Varughese (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail:  varughesen@pepperlaw.com

and

Kay Standridge Kress
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
E-mail:  kressk@pepperlaw.com

Counsel for The Satterlee, Rose Township
and Springfield Township Groups

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOTOR LIQUIDATION COMPANY, et al., | ) Case No. 09-50026 (REG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Honorable Robert E. Gerber |

---

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM SERVICE LISTS**

Nina M. Varughese, Esquire, of Pepper Hamilton LLP, hereby withdraws her appearance as counsel for The Satterlee, Rose Township and Springfield Township Groups in the above-captioned bankruptcy cases and requests that she be removed from the CM/ECF noticing list and any other service list in this case.  Kay Standridge Kress, Esquire, of Pepper Hamilton LLP, will continue to represent The Satterlee, Rose Township and Springfield Township Groups in the above-captioned bankruptcy cases.

#14269291 v1 (107861.2)

Dated:  May 11, 2011            PEPPER HAMILTON LLP

/s/ Nina M. Varughese
Nina M. Varughese (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail:  varughesen@pepperlaw.com

Withdrawing Counsel for The Satterlee, Rose Township and Springfield Township Groups.

-2-

#14269291 v1 (107861.2)