Nina M. Varughese (NV 2347)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: varughesen@pepperlaw.com
and
Kay Standridge Kress, Esq.
100 Renaissance Center, Ste. 3600
Detroit, MI 48243
Telephone: (313) 393-7365
Facsimile: (313) 259-7926
E-mail: kressk@pepperlaw.com
Counsel for The Satterlee, Rose Township
and Springfield Township Groups

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————
In re:                                                                )        Chapter 11
                                                                          )
MOTOR LIQUIDATION COMPANY, et al.,    )        Case No. 09-50026 (REG)
                                                                          )        (Jointly Administered)
                               Debtors.                            )
                                                                          )        Honorable Robert E. Gerber
——————————————————————

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2011, copies of the foregoing Notice Of Withdrawal Of Appearance And Request For Removal From Service Lists were served via first class U.S. mail, postage prepaid, on the attached service list.

Dated: May 11, 2011                          PEPPER HAMILTON LLP

                                                             /s/ Nina M. Varughese
                                                             Nina M. Varughese (NV 2347)
                                                             PEPPER HAMILTON LLP
                                                             3000 Two Logan Square
                                                             Eighteenth and Arch Streets
                                                             Philadelphia, PA 19103-2799
                                                             Telephone: (215) 981-4000
                                                             Facsimile: (215) 981-4750
                                                             E-mail: varughesen@pepperlaw.com

                                                             Withdrawing Counsel for The Satterlee, Rose
                                                             Township and Springfield Township Groups

-3-

#14269291 v1 (107861.2)

David R. Berz
Weil Gotshal & Manges, LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
Counsel for Debtors

Andrea B. Schwartz
Dept. of Justice - Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Donald F. Baty, Jr.
Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
Counsel for Debtors

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
Counsel for Debtors

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Counsel for Debtors

Daniel R. Murray
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 606011
Counsel for Debtors

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Counsel for Debtors

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

Adam C. Rogoff
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Counsel for Official Committee of Unsecured Creditors

-4-