MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE FIFTH INTERIM PERIOD
<u>OCTOBER 1, 2010 THROUGH MARCH 29, 2011</u>

### **EXHIBIT A**

Listed below are the Brownfield Partners' professionals who performed services during the referenced period, their respective hourly rates, hours incurred, and associated fees.

| Name | Title | Hours | Rate | Amount* |
|---|---|---:|---:|---:|
| 1001 - Mary Hashem | Partner | 12.50 | 300.00 | 3,750.00 |
| 1003 - Stuart Miner | Partner | 5.40 | 300.00 | 1,620.00 |
| 1004 - David McMurtry | Principal | 446.20 | 330.00 | 147,246.00 |
| **TOTALS:** | | **464.10** | | **$152,616.00** |

| | |
|---|---:|
| Total Fees for Fifth Interim Period: | $ 152,616.00 |
| Total Expenses for Fifth Interim Period: | $     6,966.30 |
| Total Fees and Expenses for Fifth Interim Period: | $   159,582.23 |

\* The compensation is no more than the customary compensation charged by comparably skilled professionals in cases other than those under Title 11.

ME1 9764186v.1

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF PROFESSIONAL
TIME CHARGES AND FEES
FOR THE FIFTH INTERIM PERIOD
OCTOBER 1, 2010 THROUGH MARCH 29, 2011

**EXHIBIT B**

Listed below are the hours incurred and associated time charges for each time detail category.

| Task Code | Hours | Fees |
|---|---:|---:|
| B160 - Fee and Employment Application | 5.60 | 1,731.00 |
| B195 - Travel Time | 31.80 | 10,326.00 |
| B250 - Real Estate | 123.10 | 40,371.00 |
| B300 - Claims | 303.60 | 100,188.00 |
| **TOTAL:** | **464.10** | **$152,616.00** |

ME1 9764186v.1

MOTOR LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*

SUMMARY OF EXPENSES FOR THE FIFTH INTERIM PERIOD
OCTOBER 1, 2010 THROUGH MARCH 29, 2011

**EXHIBIT C**

Listed below are the expenses incurred for each expense category broken down by monthly fee statement[4]:

| | |
|---|---:|
| **OCTOBER EXPENSES** | |
| Airfare | 1,134.10 |
| Mileage | 44.00 |
| Taxi | 117.96 |
| Meals | 15.31 |
| Lodging | 439.47 |
| Parking | 35.64 |
| **Total October Expenses** | **$1,786.48** |
| **DECEMBER EXPENSES** | |
| Airfare | 945.80 |
| Taxi | 15.00 |
| Meals | 44.93 |
| Lodging | 480.64 |
| Parking | 51.00 |
| **Total December Expenses** | **$1,537.37** |
| **JANUARY EXPENSES** | |
| Airfare | 795.40 |
| Mileage | 44.00 |
| Taxi | 114.50 |
| Meals | 33.61 |
| Lodging | 735.60 |
| Parking | 38.88 |
| **Total January Expenses** | **$1,761.99** |
| **FEBRUARY EXPENSES** | |
| Airfare | 1,033.40 |
| Mileage | 44.00 |
| Taxi | 142.80 |
| Meals | 8.00 |
| Lodging | 626.34 |
| Parking | 25.92 |
| **Total February Expenses** | **$1,880.46** |
| **TOTAL FOR ALL MONTHS** | **$ 6,966.30** |

---

[4] There are no expenses for the months of November, 2010 and March 2011.

ME1 9764186v.1