## EXHIBIT D1

# BROWNFIELD PARTNERS, LLC

# Invoice

475 - 17th Street, Suite #950
Denver, CO 80202

| Date | Invoice # |
|------|-----------|
| 11/4/2010 | 2732 |

**Bill To:**

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Call w/ J Cisneros, H Cho (EPA R5), S Gaito re portfolio summary document | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/4/2010 | 99.00 |
| MLC- D Mc... | Call w/ S Gaito, S Haeger, T Muzzin re state approvals of past costs | 0.5 | 330.00 | GM - Motors Liquidatio... | 10/4/2010 | 165.00 |
| MLC- D Mc... | Call w/ S Gaito re past cost revisions | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/4/2010 | 99.00 |
| MLC- D Mc... | Prepare Fee Application - September invoice | 0.7 | 330.00 | GM - Motors Liquidatio... | 10/4/2010 | 231.00 |
| MLC- D Mc... | Call w/ D Wagner re Saginaw Nodular closure subdivision w/ GM | 1.5 | 330.00 | GM - Motors Liquidatio... | 10/5/2010 | 495.00 |
| MLC- D Mc... | Call w/ S Gaito & prep for Massena past cost treatment w/ EPA | 0.7 | 330.00 | GM - Motors Liquidatio... | 10/5/2010 | 231.00 |
| MLC- D Mc... | Call w/ EPA R2 Marla Wiener, S Haeger, P Barnett re Massena past costs | 0.9 | 330.00 | GM - Motors Liquidatio... | 10/5/2010 | 297.00 |
| MLC- D Mc... | Respond to S Haeger re Massena estimate past cost per EPA | 0.5 | 330.00 | GM - Motors Liquidatio... | 10/6/2010 | 165.00 |
| MLC- D Mc... | Calls w/ G Koch re Wilmington past costs (3 calls @ 0.3, 0.2, 0.3 hrs) | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/7/2010 | 264.00 |
| MLC- D Mc... | Call w/ J Redwine re Wilmingotn past costs | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/7/2010 | 99.00 |
| MLC- D Mc... | Call w/ J Redwine re impact of GM sale on Saginaw Nodular remediation | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/7/2010 | 99.00 |
| MLC- D Mc... | Call w/ S Haeger re Wilmington past costs | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/7/2010 | 66.00 |
| MLC- D Mc... | Call w/ D Favero re Wilmington past cost discussions with DE NREC | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/7/2010 | 99.00 |
| MLC- D Mc... | Respond to D Berz inquiry re Wilmington past cost discussion with G Koch/DOJ | 0.1 | 330.00 | GM - Motors Liquidatio... | 10/8/2010 | 33.00 |
| MLC- D Mc... | Review memo & figures from CRA re Saginaw Nodular basin closure | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/12/2010 | 264.00 |
| MLC- D Mc... | Call w/ D Wagner re Saginaw Nodular closure plan revisions | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/12/2010 | 264.00 |
| MLC- D Mc... | Call w/JRedwine re Saginaw(.3), IFG Stlmt Agrmt language (.2); 10/20 mtg(.30) | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/12/2010 | 264.00 |
| MLC- D Mc... | Prep for call on Ley Creek language in Settlement Agreement | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/13/2010 | 66.00 |
| MLC- D Mc... | Call w/TGoslin, DBerz, JRedwine, SGaito, PBarnett re Ley Creek def in Stlmt Ag | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/13/2010 | 99.00 |
| MLC- D Mc... | Call w/ D Favero re IDEM past costs to respond to G Koch-DOJ | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/14/2010 | 66.00 |
| MLC- D Mc... | Review D Favero email re IDEM past costs | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/14/2010 | 66.00 |

| Invoice Total | |
|---------------|--|

# BROWNFIELD PARTNERS, LLC

475 - 17th Street, Suite #950
Denver, CO 80202

# Invoice

| Date | Invoice # |
|---|---|
| 11/4/2010 | 2732 |

**Bill To:**

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|---|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|---|---|---|---|---|---|---|
| MLC- D Mc... | Call w/ G Koch responding to her/DOJ's inquiry on IDEM past cost status | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/14/2010 | 66.00 |
| MLC- D Mc... | Call w/ G Koch re DOJ's inquiry on Michigan past cost data status | 0.1 | 330.00 | GM - Motors Liquidatio... | 10/14/2010 | 33.00 |
| MLC- D Mc... | Review MI past cost status w/ T Muzzin. J Redwine emails | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/14/2010 | 66.00 |
| MLC- D Mc... | Review email from G Koch re agencies' information needs on past costs | 0.1 | 330.00 | GM - Motors Liquidatio... | 10/15/2010 | 33.00 |
| MLC- D Mc... | Call w/ S Haeger re past cost info to respond to DOJ/G Koch | 0.1 | 330.00 | GM - Motors Liquidatio... | 10/15/2010 | 33.00 |
| MLC- D Mc... | Respond to G Koch re past cost for sites 1197, 1004, 1299, 1306, 1308, 1099 | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/15/2010 | 99.00 |
| MLC- D Mc... | Call w/ G Koch re past cost review process by states and DOJ | 0.1 | 330.00 | GM - Motors Liquidatio... | 10/15/2010 | 33.00 |
| MLC- D Mc... | Call w/ J Redwine re G Koch interactions above | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/15/2010 | 66.00 |
| MLC- D Mc... | Call w/ J Redwine, S Gaito prep for 10/19 mtg on 2011 budgets | 0.6 | 330.00 | GM - Motors Liquidatio... | 10/17/2010 | 198.00 |
| MLC- D Mc... | Non-working travel SF to Chicago for 10/19 mtg (10.2*1/2=5.1) | 5.1 | 330.00 | GM - Motors Liquidatio... | 10/18/2010 | 1,683.00 |
| MLC- D Mc... | Prep for 10/19 mtg on 2011 budgets | 3.0 | 330.00 | GM - Motors Liquidatio... | 10/18/2010 | 990.00 |
| MLC- D Mc... | Non-working travel Chicago to Detroit for 10/19 mtg (3.1*1/2=1.6) | 1.6 | 330.00 | GM - Motors Liquidatio... | 10/19/2010 | 528.00 |
| MLC- D Mc... | Mtg w/JRedwine, SGaito, DWagner, DFavero, BHare re 2011 budgets,past costs | 2.9 | 330.00 | GM - Motors Liquidatio... | 10/19/2010 | 957.00 |
| MLC- D Mc... | Mtg w/ J Redwine, S Gaito, D Favero re costs for Favero's sites | 2.1 | 330.00 | GM - Motors Liquidatio... | 10/19/2010 | 693.00 |
| MLC- D Mc... | Mtg w/ J Redwine, S Gaito, D Wagner re costs for Wagner's sites | 2.6 | 330.00 | GM - Motors Liquidatio... | 10/19/2010 | 858.00 |
| MLC- D Mc... | Call w/ DOJ, MI AG, EPA R5 , MLC, DBerz re final past cost for Sttlmnt. Agr. | 0.9 | 330.00 | GM - Motors Liquidatio... | 10/19/2010 | 297.00 |
| MLC- D Mc... | Call w/ G Koch re past cost data on website | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/19/2010 | 66.00 |
| MLC- D Mc... | Mtg w/ J Redwine, S Gaito re Sttlm Agr deliverables re approved costs | 0.3 | 330.00 | GM - Motors Liquidatio... | 10/20/2010 | 99.00 |
| MLC- D Mc... | Mtg w/ J Redwine, S Gaito, B Hare re costs for Hare's sites | 3.1 | 330.00 | GM - Motors Liquidatio... | 10/20/2010 | 1,023.00 |
| MLC- D Mc... | Mtg w/ J Redwine, S Gaito, P Barnett re costs for Barnett's sites | 3.3 | 330.00 | GM - Motors Liquidatio... | 10/20/2010 | 1,089.00 |

**Invoice Total**

# BROWNFIELD PARTNERS, LLC

475 - 17th Street, Suite #950
Denver, CO 80202

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/4/2010 | 2732 |

**Bill To:**

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Call w/ C Leary, P Barnett, J Redwine re Syracuse RI/FS report findings | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/20/2010 | 264.00 |
| MLC- D Mc... | Mtg w/ S Gaito re action and deliverables from 10/19-20 meetings | 0.9 | 330.00 | GM - Motors Liquidatio... | 10/20/2010 | 297.00 |
| MLC- D Mc... | Non-working travel Detroit to San Francisco (7.8*1/2=3.9) | 3.9 | 330.00 | GM - Motors Liquidatio... | 10/20/2010 | 1,287.00 |
| MLC- D Mc... | Call w/ D Wagner re budget submittal requirements | 0.5 | 330.00 | GM - Motors Liquidatio... | 10/21/2010 | 165.00 |
| MLC- D Mc... | Call w/ J Redwine re budget action items from 10-20 mtg (.6) and claims (.2) | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/21/2010 | 264.00 |
| MLC- D Mc... | Respond to T Muzzin inquiry re latest Remed. Cost Est. file | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/22/2010 | 66.00 |
| MLC- D Mc... | Call w/ P Barnett, C Leary, S Gaito, J Redwine re Syracuse RI/FS report | 0.8 | 330.00 | GM - Motors Liquidatio... | 10/28/2010 | 264.00 |
| MLC- D Mc... | Call w/ C Leary, G Swensen, S Gaito re Syracuse RI/FS | 0.6 | 330.00 | GM - Motors Liquidatio... | 10/28/2010 | 198.00 |
| MLC- D Mc... | Call w/ J Redwine re Syracuse RI/FS | 0.4 | 330.00 | GM - Motors Liquidatio... | 10/28/2010 | 132.00 |
| MLC- D Mc... | Review & comment on Syracuse RI/FS revisions | 2.1 | 330.00 | GM - Motors Liquidatio... | 10/29/2010 | 693.00 |
| MLC- D Mc... | Call w/ P Barnett re Syracuse RI/FS revision status | 0.2 | 330.00 | GM - Motors Liquidatio... | 10/29/2010 | 66.00 |
| MLC- D Mc... | Review presentation material for EPLET from J Redwine | 0.6 | 330.00 | GM - Motors Liquidatio... | 10/31/2010 | 198.00 |
| Travel Expen... | McMurtry Airfare 10/18/10 SFO-DTW | 1.0 | 538.40 | GM - Motors Liquidatio... | 10/31/2010 | 538.40 |
| Travel Expen... | McMurtry Milage 10/18/10 Office - SFO | 1.0 | 22.00 | GM - Motors Liquidatio... | 10/31/2010 | 22.00 |
| Travel Expen... | McMurtry Meal 10/18/10 Meal | 1.0 | 6.65 | GM - Motors Liquidatio... | 10/31/2010 | 6.65 |
| Travel Expen... | McMurtry 10/18/10 Hotel Chicago | 1.0 | 196.89 | GM - Motors Liquidatio... | 10/31/2010 | 196.89 |
| Travel Expen... | McMurtry 10/19/10 Taxi-DTW to Ren Ctr | 1.0 | 51.96 | GM - Motors Liquidatio... | 10/31/2010 | 51.96 |
| Travel Expen... | McMurtry Airfare 10/19/10 DTW-SFO | 1.0 | 595.70 | GM - Motors Liquidatio... | 10/31/2010 | 595.70 |
| Travel Expen... | McMurtry 10/20/10 Hotel Detroit Ren Ctr | 1.0 | 242.58 | GM - Motors Liquidatio... | 10/31/2010 | 242.58 |
| Travel Expen... | McMurtry 10/20/10Taxi Ren Ctr to DTW | 1.0 | 66.00 | GM - Motors Liquidatio... | 10/31/2010 | 66.00 |
| Travel Expen... | McMurtry 10/20/10 Meal | 1.0 | 8.66 | GM - Motors Liquidatio... | 10/31/2010 | 8.66 |
| Travel Expen... | McMurtry 10/20/10 Parking SFO | 1.0 | 35.64 | GM - Motors Liquidatio... | 10/31/2010 | 35.64 |
| Travel Expen... | McMurtry 10/20/10 Millage SFO-Office | 1.0 | 22.00 | GM - Motors Liquidatio... | 10/31/2010 | 22.00 |

| **Invoice Total** | $18,121.48 |
|-------------------|------------|

**<u>EXHIBIT D2</u>**

# BROWNFIELD PARTNERS, LLC

475 - 17th Street, Suite #950
Denver, CO 80202

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/8/2010 | 2739 |

**Bill To:**

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC-Miner ... | Call with McMurtry and Redwine to review and agree on proposed budget for October-March 2011 | 0.5 | 300.00 | GM - Motors Liquidatio... | 11/1/2010 | 150.00 |
| MLC-Miner ... | Modify and update project budget based on call with Redwine, McMurtry | 0.3 | 300.00 | GM - Motors Liquidatio... | 11/1/2010 | 90.00 |
| MLC-Miner ... | Correspondence with Russell Brooks regarding reimbursement of time spent on response to fee examiner questions | 0.3 | 300.00 | GM - Motors Liquidatio... | 11/1/2010 | 90.00 |
| MLC-Miner ... | Response to fee examiner's questions on time submitted on 3rd interim fee application | 0.9 | 300.00 | GM - Motors Liquidatio... | 11/1/2010 | 270.00 |
| MLC-Miner ... | Draft letter transmitting budget request and fee cap increase and transmit to Redwine, Weil | 0.4 | 300.00 | GM - Motors Liquidatio... | 11/1/2010 | 120.00 |
| MLC- D Mc... | Call w/ J Redwine re agenda for Trustee presentation | 0.2 | 330.00 | GM - Motors Liquidatio... | 11/1/2010 | 66.00 |
| MLC- D Mc... | Call w/ J Redwine  Trustee presentation outline | 0.7 | 330.00 | GM - Motors Liquidatio... | 11/1/2010 | 231.00 |
| MLC- D Mc... | Prepare invoice/Fee Application for October | 0.5 | 330.00 | GM - Motors Liquidatio... | 11/1/2010 | 165.00 |
| MLC- D Mc... | Prepare materials for Trustee presentation and backup | 7.2 | 330.00 | GM - Motors Liquidatio... | 11/1/2010 | 2,376.00 |
| MLC-Miner ... | Complete response to fee examiner's questions on 3rd interim fee application | 0.5 | 300.00 | GM - Motors Liquidatio... | 11/2/2010 | 150.00 |
| MLC- D Mc... | Call w/ S Gaito re Remediation Estimate backup files for Trustee transition | 0.6 | 330.00 | GM - Motors Liquidatio... | 11/2/2010 | 198.00 |
| MLC- D Mc... | Analyze and respond to J Redwine request for backup to insurability question | 0.4 | 330.00 | GM - Motors Liquidatio... | 11/2/2010 | 132.00 |
| MLC- D Mc... | Prepare/revise materials for Trustee presentation and backup | 0.3 | 330.00 | GM - Motors Liquidatio... | 11/2/2010 | 99.00 |
| MLC- D Mc... | 3 Calls w/ J Redwine re Trustee presentation | 2.4 | 330.00 | GM - Motors Liquidatio... | 11/2/2010 | 792.00 |
| MLC- D Mc... | Prepare backup information for J Redwine Trustee presentation | 0.7 | 330.00 | GM - Motors Liquidatio... | 11/3/2010 | 231.00 |
| MLC- D Mc... | Call w/ P Barnett re Syracuse 2011 budget for Vapor Intrusion mitigation | 0.3 | 330.00 | GM - Motors Liquidatio... | 11/3/2010 | 99.00 |
| MLC- D Mc... | Prepare information and slides for J Redwine Trustee presentation | 0.5 | 330.00 | GM - Motors Liquidatio... | 11/3/2010 | 165.00 |
| MLC- D Mc... | Provide information on BRAC type transactions applicability to ER Trust | 0.2 | 330.00 | GM - Motors Liquidatio... | 11/3/2010 | 66.00 |
| MLC- D Mc... | Call w/ J Redwine re superfund claims | 0.3 | 330.00 | GM - Motors Liquidatio... | 11/8/2010 | 99.00 |
| MLC- D Mc... | Review files from J Redwine re claims for call w/ DOJ on 11/9 | 0.4 | 330.00 | GM - Motors Liquidatio... | 11/8/2010 | 132.00 |

## Invoice Total

# BROWNFIELD PARTNERS, LLC

475 - 17th Street, Suite #950
Denver, CO 80202

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/8/2010 | 2739 |

| Bill To: |
|----------|
| Motors Liquidation Company<br>300 Renaissance Center<br>Detroit, Michigan  48265<br>Attn: Ted Stenger |

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Call w/DOJ (Kuhler, Casey), EPA, JRedwine, DBerz, SGaito re superfund claims | 1.6 | 330.00 | GM - Motors Liquidatio... | 11/9/2010 | 528.00 |
| MLC-Miner... | Emails with McMurtry, Redwine regarding final review and approval of new budget | 0.3 | 300.00 | GM - Motors Liquidatio... | 11/10/2010 | 90.00 |
| MLC-Miner... | Emails with McMurtry, Redwine, Elenowitz regarding status of unpaid invoices | 0.2 | 300.00 | GM - Motors Liquidatio... | 11/10/2010 | 60.00 |
| MLC-Miner... | Conference call with McCarter & English regarding preparation of Interim Fee Application #4 | 0.3 | 300.00 | GM - Motors Liquidatio... | 11/10/2010 | 90.00 |
| MLC-Miner... | Calls with McCarter & English and Hashem regarding final inputs needed for Interim Fee Application #3 | 0.2 | 300.00 | GM - Motors Liquidatio... | 11/10/2010 | 60.00 |
| MLC- D Mc... | Review files from J Redwine re claims | 0.2 | 330.00 | GM - Motors Liquidatio... | 11/10/2010 | 66.00 |
| MLC- D Mc... | Call w J Redwine, D Berz, T Goslin, S Gaito re superfund claims process | 1.0 | 330.00 | GM - Motors Liquidatio... | 11/10/2010 | 330.00 |
| MLC- D Mc... | Call w J Redwine, B Hare, S Gaito re life cycle cost reconciliation | 1.5 | 330.00 | GM - Motors Liquidatio... | 11/10/2010 | 495.00 |
| MLC- D Mc... | Call w J Redwine re life cycle cost reconciliation (.3), claims (.2) | 0.5 | 330.00 | GM - Motors Liquidatio... | 11/11/2010 | 165.00 |
| MLC- D Mc... | Call w/ S Gaito re meeting w/ Brattle Group re superfund sites claims | 0.2 | 330.00 | GM - Motors Liquidatio... | 11/11/2010 | 66.00 |
| MLC- D Mc... | Call w/ J Redwine re DOJ request for meeting on claims for 11/16 | 0.1 | 330.00 | GM - Motors Liquidatio... | 11/11/2010 | 33.00 |
| MLC- D Mc... | Call w/ JRedwine, D Berz, SGaito, T Goslin, T Nies re superfund claims | 1.8 | 330.00 | GM - Motors Liquidatio... | 11/15/2010 | 594.00 |
| MLC- D Mc... | Reivew MLC cost tracking, accounting protocol from T Muzzin | 0.4 | 330.00 | GM - Motors Liquidatio... | 11/15/2010 | 132.00 |
| MLC- D Mc... | Prepare  cost tracking, accounting protocol recommendation | 0.5 | 330.00 | GM - Motors Liquidatio... | 11/15/2010 | 165.00 |
| MLC- D Mc... | Review Fisker Baseline Environmental Report - Wilmington | 0.4 | 330.00 | GM - Motors Liquidatio... | 11/15/2010 | 132.00 |
| MLC- D Mc... | Call w/ J Redwine re ERT Transition information | 1.2 | 330.00 | GM - Motors Liquidatio... | 11/16/2010 | 396.00 |
| MLC- D Mc... | Call w/ J Redwine re superfund claims process, incl Operating Industries site | 0.6 | 330.00 | GM - Motors Liquidatio... | 11/16/2010 | 198.00 |
| MLC- D Mc... | Prepare recommended cost tracking, accounting protocol | 3.6 | 330.00 | GM - Motors Liquidatio... | 11/17/2010 | 1,188.00 |
| MLC- D Mc... | Review & analyze data re Operating Industries superfund claim | 4.2 | 330.00 | GM - Motors Liquidatio... | 11/18/2010 | 1,386.00 |

## Invoice Total

# BROWNFIELD PARTNERS, LLC

**Invoice**

475 - 17th Street, Suite #950
Denver, CO 80202

| Date | Invoice # |
|------|-----------|
| 12/8/2010 | 2739 |

Bill To:

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Analyze data & prepare summary re Operating Industries superfund claim | 0.6 | 330.00 | GM - Motors Liquidatio... | 11/19/2010 | 198.00 |
| MLC- D Mc... | Analyze data & prepare summary re Lammers Barrel superfund claim | 2.3 | 330.00 | GM - Motors Liquidatio... | 11/19/2010 | 759.00 |
| MLC- D Mc... | Call w/ D Berz, J Redwine, S Gaito, T Goslin, M Roling re superfund claims | 1.0 | 330.00 | GM - Motors Liquidatio... | 11/22/2010 | 330.00 |
| MLC- D Mc... | Review Onandaga Lake superfund site files | 0.5 | 330.00 | GM - Motors Liquidatio... | 11/22/2010 | 165.00 |
| MLC- D Mc... | Call w/ J Redwine re 2011 budget (.5) and Onandaga superfund claim (.4) | 0.9 | 330.00 | GM - Motors Liquidatio... | 11/23/2010 | 297.00 |
| MLC- D Mc... | Prepare Brownfield screen questions for 2011 budgets. | 0.2 | 330.00 | GM - Motors Liquidatio... | 11/23/2010 | 66.00 |
| MLC- D Mc... | Review & analyze Onandaga Lake superfund claim documents | 4.6 | 330.00 | GM - Motors Liquidatio... | 11/27/2010 | 1,518.00 |
| MLC- D Mc... | Review & analyze Onandaga Lake superfund claim documents | 0.6 | 330.00 | GM - Motors Liquidatio... | 11/28/2010 | 198.00 |
| MLC- Hashe... | Email exchange with J Redwine, P Barnett re. 12/2 Task Force mtg in Massena | 0.2 | 300.00 | GM - Motors Liquidatio... | 11/29/2010 | 60.00 |
| MLC- Hashe... | Review flyer prepared by E2, Inc. re. redevelopment alternatives for Massena | 0.3 | 300.00 | GM - Motors Liquidatio... | 11/29/2010 | 90.00 |
| MLC- D Mc... | Review & analyze Onandaga Lake superfund claim documents | 5.1 | 330.00 | GM - Motors Liquidatio... | 11/29/2010 | 1,683.00 |
| MLC- D Mc... | Call w/ D Berz, J Redwine. T Goslin, M Roling, T Nies re superfund claims | 0.7 | 330.00 | GM - Motors Liquidatio... | 11/29/2010 | 231.00 |
| MLC- D Mc... | Call w/ J Redwine re superfund claims procedure | 0.4 | 330.00 | GM - Motors Liquidatio... | 11/29/2010 | 132.00 |
| MLC- D Mc... | Respond to J Redwine inquiry re Tonawanda landfill requirements | 0.3 | 330.00 | GM - Motors Liquidatio... | 11/29/2010 | 99.00 |
| MLC- Hashe... | Draft email to J Redwine re. issues and strategy for 12/2 Task Force mtg in Massena | 0.4 | 300.00 | GM - Motors Liquidatio... | 11/30/2010 | 120.00 |
| MLC- D Mc... | Review superfund files Tremont, Valley Crest, 68th St, Dayton Dump sites | 0.7 | 330.00 | GM - Motors Liquidatio... | 11/30/2010 | 231.00 |
| MLC- D Mc... | Review & analyze Lower Passaic River superfund claim documents | 1.2 | 330.00 | GM - Motors Liquidatio... | 11/30/2010 | 396.00 |
| MLC- D Mc... | Call w/ J Redwine re superfund claims meeting w/ D Berz | 0.3 | 330.00 | GM - Motors Liquidatio... | 11/30/2010 | 99.00 |
| MLC- D Mc... | Review & analyze Onandaga Lake superfund claim documents | 1.1 | 330.00 | GM - Motors Liquidatio... | 11/30/2010 | 363.00 |

**Invoice Total**

**BROWNFIELD PARTNERS, LLC**

475 - 17th Street, Suite #950
Denver, CO 80202

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/8/2010 | 2739 |

| Terms |
|-------|
| Due on receipt |

Bill To:

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan  48265
Attn: Ted Stenger

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Call w/ J Redwine re Morraine vapor investigation results | 0.5 | 330.00 | GM - Motors Liquidatio... | 11/30/2010 | 165.00 |

| **Invoice Total** | $19,095.00 |
|-------------------|-----------|

## **EXHIBIT D3**

# EFG BROWNFIELD PARTNERS, LLC

520 Capitol Mall Ste 200
Sacramento CA 95814

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 2744 |

**Bill To:**

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| M Hashem L... | Travel flight from chicago - Albany 1.8 hrs/2=0.9hrs | 0.9 | 200.00 | | 12/1/2010 | 180.00 |
| M Hashem L... | Travel Flight from Den-Chicago 2,2hrs/2=1.1 hrs | 1.1 | 200.00 | | 12/1/2010 | 220.00 |
| M Hashem L... | Flight from Al Massena (1.2hr/2=6 | 0.6 | 200.00 | | 12/2/2010 | 120.00 |
| M Hashem L... | Pre meeting fro Massena N. Country Task force P Barnet | 0.3 | 200.00 | | 12/2/2010 | 60.00 |
| M Hashem L... | Public Meeting - Massena N. Country Task force | 2.6 | 200.00 | | 12/2/2010 | 520.00 |
| M Hashem L... | Post Meeting discussions with P. Barnett, Kelly, Maupin | 0.6 | 200.00 | | 12/2/2010 | 120.00 |
| M Hashem L... | Call with Redline to debrief from Massena public meeting | 1.4 | 200.00 | | 12/2/2010 | 280.00 |
| M Hashem L... | Flight Massena-Albany (1.2/2=6) | 0.6 | 200.00 | | 12/2/2010 | 120.00 |
| M Hashem L... | Travel Albany - IAD (1.6hrs/2=6) | 0.8 | 200.00 | | 12/3/2010 | 160.00 |
| M Hashem L... | flight IAD - Den (3.8/2=1.6hrs) | 1.6 | 200.00 | | 12/3/2010 | 320.00 |
| MLC- D Mc... | Analyze & Comment on Moraine soil gas results | 1.2 | 330.00 | | 12/1/2010 | 396.00 |
| MLC- D Mc... | Prepare analysis & summary of Onodaga lake liabilities | 2.8 | 330.00 | | 12/1/2010 | 924.00 |
| MLC- D Mc... | Call w/D Berz, T Goslin, J Redwine, T Nies, M Rolling re superfund claims | 1.1 | 330.00 | | 12/2/2010 | 363.00 |
| MLC- D Mc... | Prepare Free Applications November invoice | 0.5 | 330.00 | | 12/3/2010 | 165.00 |
| MLC- D Mc... | Call w/Redwine, P Barnett, N Gillotti, T Goslin, S. Gaito re Morraine soil gas | 2.1 | 330.00 | | 12/2/2010 | 693.00 |
| MLC- D Mc... | Review & comment on scope & budget for Sagainaw Nodular from D. Wagner | 0.3 | 330.00 | | 12/3/2010 | 99.00 |
| MLC- D Mc... | Call w/D Wagner re Saginaw Nodular | 1.0 | 330.00 | | 12/3/2010 | 330.00 |
| MLC- D Mc... | Review NY superfund claim and revise analysis summary for D Berz | 1.5 | 330.00 | | 12/3/2010 | 495.00 |
| MLC- D Mc... | Review additional files and revise claim summary for Oll | 1.4 | 330.00 | | 12/4/2010 | 462.00 |
| MLC- D Mc... | Review & analyze documents re Lowr Passaic River superfund claims | 7.3 | 330.00 | | 12/5/2010 | 2,409.00 |
| MLC- D Mc... | Call w/Redwine re ERT transiting presentation | 0.6 | 330.00 | | 12/5/2010 | 198.00 |
| MLC- D Mc... | Call w/S Gaito re superfund claim data | 0.3 | 330.00 | | 12/6/2010 | 99.00 |
| MLC- D Mc... | Call w/K Imonje (Brattle Group) re Lower Passaic River documents | 0.2 | 330.00 | | 12/6/2010 | 66.00 |
| MLC- D Mc... | Review & analyze documents re lower Passaic River superfund claims | 5.5 | 330.00 | | 12/6/2010 | 1,815.00 |

## Invoice Total

# EFG BROWNFIELD PARTNERS, LLC

520 Capitol Mall Ste 200
Sacramento CA 95814

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 2744 |

| Bill To: |
|----------|
| Motors Liquidation Company |
| 300 Renaissance Center |
| Detroit, Michigan 48265 |
| Attn: Ted Stenger |

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Review & comment on Windiate Park site 2011 budget, scope & RCE | 0.9 | 330.00 | | 12/7/2010 | 297.00 |
| MLC- D Mc... | Call w/G Koch re Lower Passaic River estimate documentation | 0.2 | 330.00 | | 12/7/2010 | 66.00 |
| MLC- D Mc... | Analysis & Summary of Lower Passaic River claim | 2.3 | 330.00 | | 12/7/2010 | 759.00 |
| MLC- D Mc... | Call w/J Redwine re ERT transition | 0.3 | 330.00 | | 12/7/2010 | 99.00 |
| MLC- D Mc... | Call w/J Redwine re claims settlement meeting | 0.2 | 330.00 | | 12/7/2010 | 66.00 |
| MLC- D Mc... | Call w/D Brz, T Goslin, J Redwine, T Ianuzzi re Massena NRD claim | 0.8 | 330.00 | | 12/8/2010 | 264.00 |
| MLC- D Mc... | Review files from GM re Lower Passaic River | 1.1 | 330.00 | | 12/8/2010 | 363.00 |
| MLC- D Mc... | Review files from GM re Lammers Barrel (.3), OII (.5) superfund site claims | 0.8 | 330.00 | | 12/8/2010 | 264.00 |
| MLC- D Mc... | Prep for call w/E Peterson (GM) re claims | 0.7 | 330.00 | | 12/9/2010 | 231.00 |
| MLC- D Mc... | Call w/S. Haeger, E. Peterson re OII, Lammers Barrell, Lower Passaic sites | 0.8 | 330.00 | | 12/9/2010 | 264.00 |
| MLC- D Mc... | Call w/J Redwine re claims inform | 0.4 | 330.00 | | 12/9/2010 | 132.00 |
| MLC- D Mc... | Call w/ Barnett, T. Goslin, N. Gillotti, N Weinberg, J Redwine re Morrain VI | 1.2 | 330.00 | | 12/9/2010 | 396.00 |
| MLC- D Mc... | Call w/H Stephens re Lower Passaic River claim | 1.1 | 330.00 | | 12/9/2010 | 363.00 |
| MLC- D Mc... | Review & comment on Morraine VI sampling workplan | 2.2 | 330.00 | | 12/9/2010 | 726.00 |
| MLC- D Mc... | Review additional files re claim for Lower Passaic River | 0.6 | 330.00 | | 12/9/2010 | 198.00 |
| MLC- D Mc... | Review P Barnett's comments on Morraine VI sampling workplan | 0.2 | 330.00 | | 12/10/2010 | 66.00 |
| MLC- D Mc... | Prepare recommendation for Lower Passaic River superfund claims | 5.6 | 330.00 | | 12/10/2010 | 1,848.00 |
| MLC- D Mc... | Review & analyze additional files re claim for Lammers Barrel Site | 1.7 | 330.00 | | 12/10/2010 | 561.00 |
| MLC- D Mc... | Prep for mtg on claims w/j Redwine, D Berz on 12/13 (part 1) | 1.5 | 330.00 | | 12/10/2010 | 495.00 |
| MLC- D Mc... | Prep for mtg on claims w/J Redwine, D Berz on 12/13 (part2) | 0.6 | 330.00 | | 12/13/2010 | 198.00 |
| MLC- D Mc... | Call w/J Redwine, D Berz, T Goslin, S Haeger re LPR, Onondaga claims settlement | 1.9 | 330.00 | | 12/13/2010 | 627.00 |
| MLC- D Mc... | Review & analyze files re Tremont Barrell site | 0.5 | 330.00 | | 12/13/2010 | 165.00 |

## Invoice Total

# EFG BROWNFIELD PARTNERS, LLC

520 Capitol Mall Ste 200
Sacramento CA 95814

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 2744 |

**Bill To:**

Motors Liquidation Company
300 Renaissance Center
Detroit, Michigan 48265
Attn: Ted Stenger

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Call w/ J Redwine, D Berz, T Goslin, S. Haeger re Tremont claims settlement | 0.9 | 330.00 | | 12/13/2010 | 297.00 |
| MLC- D Mc... | Call w/DBerz, J Redwine, T Goslin, S Blow, A Cook re DOJ Settlement Public Meeting 12/15 | 0.3 | 330.00 | | 12/20/2010 | 99.00 |
| MLC- D Mc... | Call w/J Redwine, D Brz T Goslin, S haeger re multiple superfund sites | 1.2 | 330.00 | | 12/13/2010 | 396.00 |
| MLC- D Mc... | Review County of Onondaga correspondence & comment on Stlmt Agreement | 0.4 | 330.00 | | 12/13/2010 | 132.00 |
| MLC- D Mc... | Call w/J Redwine re superfund claims call | 0.6 | 330.00 | | 12/13/2010 | 198.00 |
| MLC- D Mc... | Call w/ J Redwine re Trust transitions | 0.3 | 330.00 | | 12/13/2010 | 99.00 |
| MLC- D Mc... | Review Arcadis memo re NRD calms at massena for call  w/DOJ | 0.3 | 330.00 | | 12/13/2010 | 99.00 |
| MLC- D Mc... | Call w/D Berz, J Redwine, D Ludwig (Arcadias) re massena NRD claim | 1.2 | 330.00 | | 12/13/2010 | 396.00 |
| MLC- D Mc... | Prepare for call w/Nat. Resource trustees on massena NRD claim | 1.6 | 330.00 | | 12/14/2010 | 528.00 |
| MLC- D Mc... | Review & comment on Moraine VI decision logic for sampling /mitigation | 0.5 | 330.00 | | 12/14/2010 | 165.00 |
| MLC- D Mc... | Call w/ D Berz, J Redwine, T Coslin to pre for re massena NRD trustee call | 0.7 | 330.00 | | 12/14/2010 | 231.00 |
| MLC- D Mc... | Call w/D Berz, J Redwine, T Goslin, US DOJ, NY AG, DOI, SRMT re Massena NRD | 1.2 | 330.00 | | 12/14/2010 | 396.00 |
| MLC- D Mc... | Call w/D Berz, J Redwine, T Goslin recap Massena NRD trustee call | 0.3 | 330.00 | | 12/14/2010 | 99.00 |
| MLC- D Mc... | Call w/D Berz, J Redwine, TIannuzzi, T Goslin recap massena NRD trustee call | 1.0 | 330.00 | | 12/14/2010 | 330.00 |
| MLC- D Mc... | Call w/j Redwine re NRD & superfund claims prep | 0.5 | 330.00 | | 12/16/2010 | 165.00 |
| MLC- D Mc... | Review response by N Wienberg on Moraine Vapor decision tree | 0.1 | 330.00 | | 12/16/2010 | 33.00 |
| MLC- D Mc... | Review TTEK report on St. Lawrence NRD re Massena Claim | 0.3 | 330.00 | | 12/16/2010 | 99.00 |
| MLC- D Mc... | Review files & prepare for massena NRD all w/ Redwine, Berz & Arcadias | 1.8 | 330.00 | | 12/16/2010 | 594.00 |
| MLC- D Mc... | Call w/ D Berz, J Redwine, T Goslin, D Ludwig, T Ianuzzi re massena NRD claim | 1.8 | 330.00 | | 12/16/2010 | 594.00 |
| MLC- D Mc... | Analysis of Onondaga lake claim | 1.5 | 330.00 | | 12/16/2010 | 495.00 |

## Invoice Total

# EFG BROWNFIELD PARTNERS, LLC

520 Capitol Mall Ste 200
Sacramento CA 95814

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 2744 |

| Terms |
|-------|
| Due on receipt |

| Bill To: |
|----------|
| Motors Liquidation Company<br>300 Renaissance Center<br>Detroit, Michigan 48265<br>Attn: Ted Stenger |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Review & comment on summary of superfund claims from T. Goslin | 1.4 | 330.00 | | 12/17/2010 | 462.00 |
| MLC- D Mc... | Review meeting summary re Moraine vapor mitigation with EPA | 0.2 | 330.00 | | 12/17/2010 | 66.00 |
| MLC- D Mc... | Review & prep for Massena NRD call w/ DOJ, NY, SRMT | 2.1 | 330.00 | | 12/20/2010 | 693.00 |
| MLC- D Mc... | Call w/DOJ, NYDEC&AG, SRMT DBErz, J REDwine, T Goslin, TIannuzzi: NRD claim | 1.5 | 330.00 | | 12/20/2010 | 495.00 |
| MLC- D Mc... | Call w/J Redwine, D Berz, T Goslin, T Iannuzzi, D Ludwig on NRD claim meeting | 0.3 | 330.00 | | 12/20/2010 | 99.00 |
| MLC- D Mc... | Call w/DOJ, NYDEC&AG, NOAA DBerz, JRedwine, T Goslin, TIannuzzi; NRD claim | 1.2 | 330.00 | | 12/20/2010 | 396.00 |
| MLC- D Mc... | Call w/J Redwine, D Berz, T Goslin, T Iannuzzi, D Ludwigh on NRD claim meeting | 0.5 | 330.00 | | 12/20/2010 | 165.00 |
| MLC- D Mc... | Call w/DOJ, NYDEC&AG, NOAA DBerz, JRedwine, T Goslin, TIannuzzi; NRD claim | 0.4 | 330.00 | | 12/20/2010 | 132.00 |
| MLC- D Mc... | Analyze files & recommend actin for OMC superfund claim | 1.9 | 330.00 | | 12/20/2010 | 627.00 |
| MLC- D Mc... | Analyze files & recommend action for Valley Crest superfund claim | 1.1 | 330.00 | | 12/20/2010 | 363.00 |
| MLC- D Mc... | Analyze files & prepare summary for OLL superfund claim | 0.4 | 330.00 | | 12/21/2010 | 132.00 |
| MLC- D Mc... | Call w/P Barnett, J Redwine, R Kapp, D Ludwig re massena NRD claim | 1.4 | 330.00 | | 12/21/2010 | 462.00 |
| MLC- D Mc... | Review & comment on Racquett river plans re massena NRD claim | 0.3 | 330.00 | | 12/21/2010 | 99.00 |
| MLC- D Mc... | Analyze files & recommend actin for OMC superfund claim | 0.8 | 330.00 | | 12/21/2010 | 264.00 |
| MLC- D Mc... | Analyze files & prepare summary for Valley Crest superfund claim | 1.5 | 330.00 | | 12/21/2010 | 495.00 |
| MLC- D Mc... | Analyze files & prepare summary for Berry's Creek superfund claim | 0.8 | 330.00 | | 12/21/2010 | 264.00 |
| MLC- D Mc... | Prepare notes for T Goslin re superfund claims | 0.7 | 330.00 | | 12/21/2010 | 231.00 |
| MLC- D Mc... | Review additional claim file for OMC superfund claim | 0.2 | 330.00 | | 12/22/2010 | 66.00 |
| MLC- D Mc... | Call w/ P Barnett, J Redwine, R kapp, D Ludwig, T Golsin re massena NRD claim | 1.8 | 330.00 | | 12/23/2010 | 594.00 |

| Invoice Total |
|---------------|

# EFG BROWNFIELD PARTNERS, LLC

520 Capitol Mall Ste 200
Sacramento CA 95814

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 2744 |

| Bill To: |
|----------|
| Motors Liquidation Company<br>300 Renaissance Center<br>Detroit, Michigan 48265<br>Attn: Ted Stenger |

| Terms |
|-------|
| Due on receipt |

| Item | Description | Hours | Rate | Project | Date | Amount |
|------|-------------|-------|------|---------|------|--------|
| MLC- D Mc... | Call w/J Redwine re Massena NRD action items | 0.4 | 330.00 | | 12/23/2010 | 132.00 |
| MLC- D Mc... | Prepare notes & action items from Call on Massena NRD | 1.2 | 330.00 | | 12/23/2010 | 396.00 |
| MLC- D Mc... | Review cost estimate materials/presentation to M Hill from J Redwine | 0.3 | 330.00 | | 12/27/2010 | 99.00 |
| MLC- D Mc... | Call w/ s Gaito re trustee transition information request | 1.1 | 330.00 | | 12/27/2010 | 363.00 |
| Travel Expen... | Fligh United | | 846.80 | | 12/1/2010 | 846.80 |
| Travel Expen... | Flight Cape Air | | 99.00 | | 12/1/2010 | 99.00 |
| Travel Expen... | Transportation taxi | | 15.00 | | 12/2/2010 | 15.00 |
| Travel Meals | Meals Breakfest and lunch | | 44.93 | | 12/1/2010 | 44.93 |
| Travel Expen... | Hotel and internet | | 241.94 | | 12/1/2010 | 241.94 |
| Travel Expen... | Hotel and internet | | 238.70 | | 12/2/2010 | 238.70 |
| Travel Expen... | Parking | | 51.00 | | 12/3/2010 | 51.00 |

| Invoice Total | $33,139.37 |
|---------------|------------|

## Brownfield Partners, LLC

475 17th Street, Suite 950
Denver, Colorado 80202

## Weekly Expense Report

| | |
|---|---|
| Name  Mary B. Hashem | Week Ending:  12/3/2010 |
| Project Name  Motors Liquidation (MLC) | Project No. |

| Purpose | North Country Task Force meeting in Massena, NY | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Expense Items | Monday Nov-29 | Tuesday Nov-30 | Wednesday Dec-1 | Thursday Dec-2 | Friday Dec-3 | Saturday Dec-4 | Sunday Dec-5 | Total |
| Air Fare - United | | | $846.80 | | | | | $846.80 |
| Air Fare - Cape Air | | | $99.00 | | | | | $99.00 |
| Travel Agent Fee | | | | | | | | |
| Car Rental | | | | | | | | |
| Gas | | | | | | | | |
| Taxi | | | | $15.00 | | | | $15.00 |
| Other Transportation | | | | | | | | |
| Breakfast | | | | $4.62 | $5.55 | | | $10.07 |
| Lunch | | | | | | | | |
| Dinner | | | $4.48 | $30.38 | | | | $34.86 |
| Internet Connections | | | $13.99 | $10.76 | | | | $24.74 |
| Hotel | | | $227.95 | $227.95 | | | | $455.90 |
| Laundry | | | | | | | | |
| Parking | | | | | $48.00 | | | $48.00 |
| Tolls | | | | | | | | |
| Tips | | | $1.00 | $1.00 | $1.00 | | | $3.00 |
| Entertainment | | | | | | | | |
| Other Expenses | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Daily Expenses | | | $1,193.22 | $289.60 | $54.55 | | | |
| | | | | | Total Expenses | | | $1,537.37 |

| | | | Car Trip Details | | | |
|---|---|---|---|---|---|---|
| Car Allowance | $0.36 | | | | | |
| Date | From | To | | Purpose | Distance | Total |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Car Expense | | |
| Additional Notes | | | | Cash Advance | | |
| | | | | Total Payable to Company | | |
| | | | | Total Payable to Employee | | $1,537.37 |

Name   Mary B. Hashem          Date   12/6/2010

Signature

```
////UNITED              ETKT   PASSENGER RECEIPT         ////UNITED
                          DUPLICATE    2116913518        2116913518
                                 C 43711-3              HASHEM/MARY B MS
                            LONXA US29NOV10             DENORDUA 244  H 1DEC
HASHEM/MARY B MS    SPXHVA/UA HAOKY          0          XORDALBUA 246  H 1DEC
""NOT VALID FOR  ""   THIS IS YOUR RECEIPT             ALBIADUA 235  H 3DEC
""TRANSPORTATION""                                     XIADDENUA 517  H 3DEC
                                            000346     ***************
XXXXXXXXXXXXX4528                                       ***************
S UA OEH 373.95HAOKY USO747.90ENU 2PDENORDUA.8IAU XT 14.80ZP D.00UY 18.00XFDEN4.50RO  ***************
.5AL84.5IAU4.5                                          ***************
                                                       ***************
                                                       ***************
   USD747.90                                           ***************
   US56.10                  ***********                NOT VALID FOR TRAVEL
   XT42.80           0 016 2116913518 0               0 016 2116913518 0
   USD846.80
```

DENVER INTERNATIONAL
AIRPORT

8500 Pena Blvd.
Denver, CO 80249
Customer Service:
303-342-4083

Card Account : XXXXXXXXXXXX4528
Card Type : Visa
Authorization Code : 000109

Cashier : 146   Seq # 36908
License Plate : NO-PLATE
Ent : 09:11 12/01/10 Lane 12
Exit: 14:55 12/03/10 Lane 80
Duration: 20(s) 5H(s) 44M(s)
Rate Code: 50

```
              FEE     $     48.00
       Amount Trip    $     48.00
             CASH     $      0.00
      CREDIT CARD     $     48.00
            CHECK     $      0.00
      CHANGE CALC     $      0.00

      PAID AT CT      $     48.00
         Taxes Included
       *** Thank You ***


      *** Customer Copy ***
```

HMSHOST
STARBUCKS COFFEE
ALBANY INTERNATIONAL AIRPORT

247653 Nicole
-----------------------------------
  5969                        GST 1
      DEC01'10  7.02PM
-----------------------------------
    TO GO

  EGGNOG LATTE    T      4.15

    SUBTOTAL             4.15
    TAX                  0.33
    AMOUNT PAID       4.48
    6040543570051737
    604054357017096
    Bal: 27.54
    Stbk Card            4.48

    HAN

****
    M
  PLEASE PRINT NAME CLEARLY
  Janny
-----------------------------------
  L 303/1      6990        GST
      DEC02'10  8:07PM
-----------------------------------
  1 CHIX STIR FRY        19.00
  1 SOFT DRINK            2.50
  1 CUP OF COFFEE         2.00
    Sub-Total:           23.50
    Tax                   1.88
  9:02 TOTAL DUE: $25.38

GRATUITY $_____5.00_____

TOTAL $_____30.38_____

ROOM NUMBER_____659____

PRINT LAST NAME____Hasher___

Jsluxurycarservice@hotmail.com

GAINAK, NY 12110

THANK YOU

ALBANY AIRPORT      TEL# (518)242-4
    KSHO?   S#1   Dec.02'10(Thu)09:
    REG# 2?518

rder #136      TO GO

EGG MCMUFFIN              2.
SML COFFEE               1.

SUBTOTAL                 4.
RED DJ TAX               0.

                         4.

CASH TENDERED            5.

CHANGE                   0.

HMSHOST
STARBUCKS COFFEE
BANY INTERNATIONAL AIRPORT

54 Susanne
-----------------------------------
  5730                        GST
      DEC03'10  9:02AM
-----------------------------------
    TO GO

  1 CHAI LATTE  G        4.39
  1 FRUIT BANANA         0.75

    SUBTOTAL             5.14
    TAX                  0.41
    AMOUNT PAID       5.55
    6040543570051737
    604054357017154
    Bal: ?:51
    Stbk Card            5.55

    NESS!

Security Transportation
J's Luxury Car Service

Call for Appointments          Hotel → Albany airport
Airports, Casino's, etc.                      Jay
                                (518) 221-7429
Amt. $15.00 tip  incl    Date: 12/3/10

# Marriott.
ALBANY

**GUEST FOLIO**

189 Wolf Road, Albany, NY 12205 • 518.458.8444 • Marriott.com/ALBNY

| 659 | HASHEM/MARY/MS | 199.95 | 12/03/10 | 08:37 | 8426 |
| Room | Name | Rate | Depart | Time | ACCT# |

| NSDB | BROWNFIELD PARTNERS | 12/01/10 | 19:30 | |
| Type | | Arrive | Time | |

| 48 | 8645 ARMADILLO TRAIL | PASSPORT: | |
| | EVERGREEN     CO | AXXXXXXXXXXXXX1006 | |
| 80439 | | Payment | MRW#: XXXXX6694 |
| Room Clerk | Address | | |

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|--|---------|---------|-------------|
| 12/01 | DATASERV | INTERNET | 12.95 | | |
| 12/01 | INTR TAX | INTERNET | 1.04 | | |
| 12/01 | RM REV | 659, 1 | 199.95 | | |
| 12/01 | ST TX | 659, 1 | 16.00 | | |
| 12/01 | OCCTAX | 659, 1 | 12.00 | | |
| 12/02 | DATASERV | INTERNET | 9.95 | | |
| 12/02 | INTR TAX | INTERNET | .80 | | |
| 12/02 | MARKET | 6990 659 | 30.38 | | |
| 12/02 | RM REV | 659, 1 | 199.95 | | |
| 12/02 | ST TX | 659, 1 | 16.00 | | |
| 12/02 | OCCTAX | 659, 1 | 12.00 | | |
| 12/03 | CCARD-AX | | | 511.02 | |

*(handwritten annotations: 13.99 next to the first two lines; 10.75 next to the 12/02 DATASERV/INTR TAX lines)*

PAYMENT RECEIVED BY  AMERICAN EXPRESS XXXXXXXXXXX1006

.00

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

*(handwritten: Internet:)*

*(handwritten: Dining : $30.38)*

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

⊕ Contains 30% post consumer fibers                    To secure your next stay, go to Marriott.com

Cape Air Flight Reservations



Cape Air                                                          Contact Cape Air

View Itineraries - Your Profile - Logout

## Enjoy your flight! You have completed your purchase.

The following is your booking information.
Please print a copy for your records, you will get a copy via email.

Cape Air (9K) #1821 Thu, December 2, 2010
Depart:  10:40 am   Albany, NY US Albany City Arpt (ALB)
Arrive:  11:50 am   Massena, NY US Richards Field (MSS)

Cape Air (9K) #1828 Thu, December 2, 2010
Depart:  4:55 pm   Massena, NY US Richards Field (MSS)
Arrive:  5:57 pm   Albany, NY US Albany City Arpt (ALB)

Passengers:
Mary Mastrom

Cost:
1 adult @ 87.44 USD
Tax: 11.56 USD
Total: 99.00 USD (fees and taxes included)

Ticket Type: E Ticket

Confirmation Number: PHROFW

Should you have any questions, please feel free to email us at webreservations@flycapeair.com.

[ View Itinerary ]  [ Home ]  [ Air Home ]

## Cape Air

866-Cape-Air or 508-771-6944

© 2010 Cape Air, All rights reserved.



| PREPARED FOR | TRIP TO |
|---|---|
| **MARY BARBARA HASHEM** | **MASSENA, NY** |
| RESERVATION CODE | TRAVEL DATES |
| **PHRQFW** | **Dec 02 - Dec 02** |

| Thursday Dec 2 | ALB | MSS |
|---|---|---|
| | ALBANY INTL, NY | MASSENA, NY |
| CAPE AIR | Departing At | Arriving At |
| **9K 1821** | **10:40am** | **11:50am** |
| | Terminal | Terminal |
| | **Not Available** | **Not Available** |
| Passenger Name | Seats | |
| » MARY BARBARA HASHEM | **Check-In Required** | |

| | | Duration | 01hr(S) :10min(S) |
|---|---|---|---|
| Status | Confirmed | Class | Economy |
| Aircraft | CESSNA PROPELLER | Gate | Check For Latest Information |
| | | Stop(S) | 0 |
| Smoking | No | Distance (In Miles) | 0160 |

*Please verify flight times prior to departure*

| Thursday Dec 2 | MSS | ALB |
|---|---|---|
| | MASSENA, NY | ALBANY INTL, NY |
| CAPE AIR | Departing At | Arriving At |
| **9K 1826** | **04:55pm** | **05:57pm** |
| | Terminal | Terminal |
| | **Not Available** | **Not Available** |
| Passenger Name | Seats | |
| » MARY BARBARA HASHEM | **Check-In Required** | |

| | | Duration | 01hr(S) :02min(S) |
|---|---|---|---|
| Status | Confirmed | Class | Economy |
| Aircraft | CESSNA PROPELLER | Gate | Check For Latest Information |
| | | Stop(S) | 0 |
| Smoking | No | Distance (In Miles) | 0160 |

*Please verify flight times prior to departure*