May 5, 2011

HONORABLE JUDGE GERBER
Unites States Bankruptcy Court, SDNY
One Bowling Green, Room 534
New York, NY 10004

Dear Judge Gerber,

I am enclosing a copy of my letter to David Vanaskey of the Wilmington Trust Co and to others in regard to your order of August 9, 2010. I did not receive any response or any payment, as per your dismissal of my duplicative request (also enclosed).

Perhaps, the delay is due to the fact that I raised larger constitutional-legislative-judicial and abuse of power issues which you cannot decide by yourself. Please find enclosed copies of my recent submissions to the US House of Representatives and to the Senate, which I have delivered by hand to almost every elected official's office. I pray that eventually my concerns, which I believe are of concern to all people of goodwill, will be addressed.

In the interim, I believe you have the authority to address the sole issue of my bond repayment and that you will help me recover my small investment (which I believe was prudent and lucrative).

I thank you in advance and I remain
Sincerely yours,

Marianne Lisenko
P.O.Box 34132
Washington DC  20043

Enclosures : 6 pages

February 15, 2011

**David Vanaskey**  
**Wilmington Trust Co.**  
**1100 North Market Square**  
**Wilmington, Delaware 19890**

**Keith Martorana**  
**Gibson, Dunn & Crutcher, LLP**  
**200 Park Avenue**  
**New York, NY 10166**

Re:  Order of Judge Gerber of August 9, 2010,  
NYSD Bankruptcy Court docket 09-50026  
Wilmington Trust Co. Claims 65793 and 65729

Dear trusted officials,

Please find enclosed documents related to my individual claim –NYSD Bankruptcy Court # 22063- in the above-captioned matter which I still have not been paid.

It is my understanding from previous filings in Judge Gerber's court, that the majority of bondholders have been paid. The last amended Disclosure statement also allows the $3 billion debt in Eurobonds.

May I kindly request a list of all bondholders - those who have been paid and those who have not - and the reasons for the delays in payment to a minority of bondholders. I believe the total quoted in the previous Disclosure statement for class one unpaid bondholders was about 1.5 million dollars out of the close to 23 billion allowed by Judge Gerber.

I am hereby surrendering my GM holdings with the Edward Jones Company and I trust that the total of $10,000 (principal plus reduced simple interest), as per Judge Gerber's estimate, will be paid as soon as possible.

Sincerely,  
Marianne Lisenko  
P.O.Box 34132  
Washington DC 20043

cc:  
Amy J.Eroh  
Edward Jones Co.  
20 Kimball Avenue, Suite 306  
South Burlington, VT o5403

Maria M .Livanos  
Sonnenschein Nath & Rosenthal  
1221 Avenue of the Americas  
New York , NY 10020

Encl.: 2

ORDERED that nothing in this Supplemental Order affects the ability of the Individual Bondholder who filed the Lisenko Claim, to the extent of any bonds owed as of the record date of a plan of liquidation, to receive its share of the benefits and entitlements under the WTC Claims and the WTC Stipulation; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
**_November 16, 2010_**

*s/ Robert E. Gerber*
United States Bankruptcy Judge

Sixty-First Omnibus Objection Supplemental

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARIANNE LISENKO<br>C/O WILMINGTON TRUST C/O EDWARD JONES CO<br>PO BOX 34132<br>WASHINGTON, DC 20043 | 22063 | Motors Liquidation Company | $10,000.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 1 |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**US Senate Ethics Committee**, 220 Hart Bldg, Washington DC, 202-224-2981
**Chairwoman Barbara Boxer**, 112 Hart Bldg, Washington DC, 202-224-3553

**US Congressional Ethics Committee**, 1015 Longworth Bldg, Washington DC, 202-225-7103
**Chairman Jo Bonner**, 2236 Rayburn Bldg, Washington DC, 202-225-4931

**US Congressional Committee on Oversight and Government Reform**,
2157 Rayburn Bldg, Washington DC, 202-225-5074
(Re: constitutional -legislative- judicial issues, DC oversight, communications and foreign relations, immigration and homeland security, TARP and financial services).
**Chairman Darrel Issa**, 2347 Rayburn Bldg, Washington DC, 202-225-3906

**US House Judiciary Committee**, 2138 Rayburn Bldg, Washington DC, 202-225-3951
**Chairman Lamar Smith**, 2409 Rayburn Bldg, Washington DC, 202-225-4236

Preamble:
Fidel Castro, it has been reported in the media, now understands the regressive nature of allowing any politician or public servant to remain in a privileged decision-making position for more than 8-10 years... In the context of a wealthy, multi-ethnic, well-organized and educated society, the job of the public official is fairly easy, exorbitantly well-paid and highly influential. It is, therefore, the duty of the person occupying such a position to answer to an exceptional standard of moral-ideological, financial and personal integrity.

## COMPLAINT

1.    I lived in Vermont and I tried to find **Senator Leahy's** homestead with the hope of appealing for help from him regarding lawlessness and systemic abuses of power in immigration procedures. I found the dirt Notch Road address in a deep forested area of the town of Middlesex but the number 134 dwelling I did not find. Furthermore, town registry records listed a property of over 145 acres plus the dwelling at $ 3,765.84 total taxes (2007). Owners of the property at 266 Notch Road paid almost the same amount of taxes for only 2 acres and their small dwelling, which I did see.

2.    I tried to find Senator Leahy's graduation profile and photo in Montpelier High School yearbooks. None were found. My question : Where was the senator born? Why so much secrecy about his origins and background?

3.    I believe the senator is an addicted gambler, if his wealth is what he claims it to be, apart from the fact that his financial disclosures are incomplete and suggest dishonesty. With plenty of free time to sit around and indulge in food and drink, the possibility of alcohol addiction is highly probable too. Can such a person be trusted with the appropriations of trillions in public money?

4.    I ask these questions because I believe Senator Leahy is partial to French-only supremacy in Quebec and throughout Canada, which I have criticized, and because I believe he has been involved, directly or indirectly, through **Congresswoman Holmes-Norton** and other officials, in the obstruction of justice and procedure in all my legitimate applications for temporary and permanent immigration-refugee status in the US, for support payments from my husband, for repayment of my GM bonds.

5.  Directly or indirectly, I believe the Senator has encouraged the interruptions and unjustified monitoring of my telephone and internet communications, the obstruction or non-delivery of postal communications and receipts. DC US Post employee Pamela Porter withheld delivery of an insured package to me for almost three weeks, for example. In Vermont, Burlington postal officials colluded with Quebec officials in regard to a parcel to Montreal which was deliberately not delivered, returned and held for two years before I was asked to pick it up. My Confirmation of Delivery receipts have been routinely "lost" or arrive unsigned (to the office of former Inspector General for TARP Barofsky, to Senate Secretary Nancy Erickson, to DC Attorney Ronald Machen). I have been humiliated, degraded and hurt (were three dental mistreatments part of the plan?) with the intention of ending my life or disabling me through difficult to prove and novel methods of attrition (psychic-hypnotic, telekinetic and electronic), as well as through the intentionally malicious administrative-judicial process.

6.  The above is in addition to the fact that as a senior legislator Senator Leahy has not done anything constructive to improve the immigration laws and regulations, or to improve or to try to publicize and to pass any laws which would result in less violence against women and children and more equitable justice for all petitioners in US courts. Senator Leahy has deliberately contributed to systemic and systematic abuses of power in the courts (and different agencies) by not initiating the introduction of Rules of Judicial Conduct which would apply to all court employees, and which would guarantee expeditious, fair, truly impartial and enforceable decision-making. I believe Senator Leahy (retired **Justice Souter**, Supreme Court court employees **William Suter, Gail Johnson, Jeff Atkins** and others) prevented the legitimately and rationally expected positive resolutions of my petitions to the US Supreme Court, or at least the signature of one judge for the dismissal.
(Cases 08-6585, 08-8712, and subverted petition to DC Superior Court 2010 DRB 003494)

## AFFIDAVIT

I, Marianne Lisenko, declare under oath and penalty of perjury, and at the risk of losing my mind, my health, my body and my SOUL to death and destruction, should I lie or mislead, that all the above-stated is true. It is written in good faith and supported by numerous documents, by common law principles of equitable justice, by treaties and statutes, and by the future questioning under oath of Senator Leahy and several other implicated and suspect individuals.

I have signed in Washington, DC, on May 3, 2011,

Marianne Lisenko
P.O.Box 34132, Washington, DC, 20043
202-210-2214, maryofamerica@aol.com

Preliminary exhibits:
1. Page from Middlesex, Vermont, 2007 property tax list with Patrick and Marcelle Leahy entry
2. Letter-report of April 4, 2009, to DC Chief of Police Cathy Lanier
3. Cover Pages of subverted filings in Supreme Court, Dockets 08-6585 and 08-8712
4. Cover Letter to Renewed Application to Chief Justice Roberts in case 08-6585, also subverted
5. Questions to Congress sent on February 16, 2011, to Clerk of the House and Secretary of Senate ✓

BEVERLY A. DIAZ
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 14, 2014

Clerk of the House of US Representatives KAREN L. HAAS*                    2-14-2011
US Capitol Rm H-154, Washington DC, 20515, 202-225-7000

Secretary of the US Senate NANCY ERICKSON*, US Capitol Rm S312, DC, 202-224-0758

In the name of the People of the Americas and the World, I request that the following questions be placed on the congressional agendas.

## QUESTIONS TO CONGRESS

1.   Have Members of Congress, of judicial, oversight, financial services and other committees read submissions to the New York District Bankruptcy Court in the Ch.11 General Motors case – www.motorsliquidationdocket.com, #s 7071, 7344, 7760, etc.etc (re: systemic abuse of bankruptcy proceedings, padded professional writings and billings, systemic immunity to all corporate and any public official, unlimited access to investors' money, who can be canceled, or to newly printed money)?

2.   If the different committees, and Congress as a whole, are serious about financial stability and the general welfare of ALL, will they emphasize the imperative to pass an improved HR 1664 with voluntary guidelines (re: unjustified excessive compensations) ?

3.   Will the committees, and Congress as a whole, emphasize the imperative to declare the 11th Amendment unacceptable, null and void, and never officially passed (re: access to US courts; also interpreted as giving immunity to all US authorities and reinforced by the Patriot Act which suspends civil rights and human dignity in the US).

4.   Was the 27th Amendment (1995) officially passed by all the State legislatures and did it open the door even further toward extreme greed and corruption, toward addictions and indifference to suffering, in the Americas and around the World, by people in the different positions of high US public offices?

Most respectfully, your obedient and humble servant, Mary of America,
aka Marianne Lisenko (signature) or
Mary Listen, 1516 Hamilton Street NW, Washington, DC, 20011,
maryofamerica@aol.com , 202-210-2214, www.listen2mary.com
*2 originals sent on 2-16-2011; copies to all concerned representatives and individuals.