THE LAW OFFICES OF
# NATHAN C. CACE, P.C.

| 10300 HERITAGE BOULEVARD<br>SUITE 140<br>SAN ANTONIO, TEXAS 78216 | TEL: (210) 798-9060<br>FAX: (210) 579-2023<br>NATHAN@CACELAW.COM |
|---|---|

**NATHAN C. CACE**
ATTORNEY AT LAW

**J. SETH GROVE**
ATTORNEY AT LAW

May 4, 2011

Clerk, U.S. Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004



RE: Motors Liquidation Company, et al, fka General Motors Corp., et al.
Ch. 11 Case No: 09-50026

Dear Sir or Madam:

I received the enclosed mail regarding the above-referenced case and am returning it you because the addressee is not at this address.

Thank you and do not hesitate to contact this office should there be any questions.

Sincerely,

Kimberly Cozzens
Bankruptcy Paralegal
Law Office of Nathan C. Cace, P.C.

THE LAW OFFICES OF
**NATHAN C. CACE, P.C.**
10300 HERITAGE BOULEVARD
SUITE 140
SAN ANTONIO, TEXAS 78216

Clerk, U.S. Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004

10004$1400  0035





Hasler

$00.880
Mailed From 78216
05/09/2011
US POSTAGE



The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

APS2443095836

**Important - Bankruptcy Court Document Enclosed**

2010470  /4426/1
*********AUTO**3-DIGIT 782
CHALLENGERS BORDER EXPRESS
10300 HERITAGE BLVD STE 202
SAN ANTONIO TX 78216-3920

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**P A I D**
CHICAGO IL
PERMIT NO. 941

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                            :   Chapter 11 Case No.
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*         :
                                                 :
                    Debtors.                     :   (Jointly Administered)
                                                 :
---------------------------------------------------------------x

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
April 11, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.