If you currently are not receiving agendas by e-mail and would like to receive them by e-mail, please send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal and Manges LLP, attorneys for the Debtors and Post-Effective Date Debtors (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
:
In re                                                  :        Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,               :        09-50026 (REG)
     **f/k/a General Motors Corp.**, *et al.*           :
:
              Debtors.                                  :        (Jointly Administered)
:
-------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 17, 2011 AT 9:45 A.M. AND 2:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**9:45 A.M.**

**I.     STATUS CONFERENCE**

    1.    Status Conference - *NCR Corporation v. General Motors Corporation, et al.*, Adv. Proc. No. 11-09400 (REG)

**II.    CONTESTED MATTER**

    1.    Debtors' Objection to Administrative Claim No. 70792 Filed by John Mealer (**ECF No. 9479**)

        Responses Filed:

            A.    Creditor's Response, Objection and Motion to Deny the Relief Requested in Debtors' Objection, Disagreement and Motion to Deny Entry of Order Disallowing and Expunging

Administrative Claim No. 70792 Filed by John Lewis Mealer (**ECF No. 9834**)

B.   Emergency Addition to (Creditor's Principal Brief) Filed by John Lewis Mealer (**ECF No. 9918**)

C.   Response and Clarification, to Debtors' Reply to John Mealer's Response to Debtors' Objection to John Mealer's Administrative Claim No. 70792 Filed by John Lewis Mealer (**ECF No. 10040**)

Replies Filed:

D.   Debtors' Reply to John Mealer's Response to the Debtors' Objection to Administrative Claim No. 70792 (**ECF No. 9898**)

Additional Documents:        None to date.

**Status:**        This matter is going forward.

## III.   UNCONTESTED MATTERS

1.   Motion of Post-Effective Date Debtors for Entry of Order Pursuant to 11 U.S.C. § 365 Authorizing Debtors to Assume and Assign Certain Dealer-Related Agreements to General Motors LLC (**ECF No. 10107**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward.

2.   Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

A.   Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

B.   State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

    C.       Motorists Mutual Insurance Company's Response to Debtors'
219th and 220th Omnibus Objection to Claims (the "**Motorists
Mutual Response**") (**ECF No. 10219**)

    D.       Travelers Insurance (Informal)

    E.       Country Mutual Insurance Company (Informal)

    F.       Country Preferred Insurance Company (Informal)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward except with regard to each of
the above claimants who made a formal or informal
response, which will be adjourned to June 22, 2011 at 9:45
a.m.

3.       Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability
Claims) (**ECF No. 10089**)

    Responses Filed:

    A.       Foster Townsend Graham & Associates, LLP' s Response to
Objection to Claim (**ECF No. 10177**)

    B.       Response of Pompey Dodge, Inc. to Debtors' 220th Objection to
Claims (**ECF No. 10213**)

    C.       Response of Zurich Direct Underwriters to Debtors 220th
Objection to Claims (**ECF No. 10212**)

    D.       Response of Nationwide Mutual Insurance Co., Allied Group,
Inc., and Titan Insurance Co. to the GUC Trust's 220th
Omnibus Objection to Claims (**ECF No. 10210**)

    E.       Opposition to 220th Omnibus Objection to Claims Filed by AIG
and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward except with regard to each of
the above claimants who made a formal or informal

response, which will be adjourned to June 22, 2011 at 9:45 a.m.

4.  Debtors' Objection to Claim Nos. 67121 and 67122 (**ECF No. 8878**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**<u>Status:</u>**    The parties are attempting to finalize a stipulation to be submitted to the Court at the hearing.  To the extent a consensual resolution cannot be achieved, this matter will be adjourned to June 22, 2011 at 9:45 a.m.

5.  Motion for Relief from Stay filed by the Roman Catholic Diocese of Pittsburgh and Transfiguration Parish (**ECF No. 6872**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**<u>Status:</u>**    The parties are attempting to finalize a stipulation to be submitted to the Court at the hearing.  To the extent a consensual resolution cannot be achieved, this matter will be adjourned to June 22, 2011 at 9:45 a.m.

6.  Debtors' Fifteenth Omnibus Objection to Claims (Amended and Superseded Claims) (**ECF No. 6253**)

Responses Filed:

A.   Response by Richard and Elise Birdsall (the "**Birdsall Response**") (**ECF No. 6089**)

Replies Filed:                None to date.

Additional Documents:

B.   Order Granting Debtors' Fifteenth Omnibus Objection to Claims (Amended and Superseded Claims) (**ECF No. 6209**)

**Status:**          The parties are finalizing a stipulation to resolve this matter, which is expected to be submitted to the Court at the hearing.  If a consensual resolution is not reached by then, this matter will be adjourned to June 22, 2011, at 9:45 a.m.  After the resolution of the Birdsall Response, this omnibus objection will be completely resolved.

**2:00 P.M.**

**IV.**      **CONTESTED MATTER**

    1.    Jurisdictional Issue with Respect to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (**ECF No. 7527**)

        Responses Filed:

        A.    Memorandum of Law Concerning Jurisdiction Over Motion of General Motors LLC to Enforce the Sale Order, Filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (**ECF No. 8264**)

            1.    Declaration of Daniel Sherrick in Support of the UAW's Memorandum of Law Concerning Jurisdiction Over Motion of General Motors LLC to Enforce the Sale Order (**ECF No. 8265**)

            2.    Declaration of Ramya Ravindran in Support of International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America's Memorandum of Law Concerning Jurisdiction Over Motion of General Motors LLC to Enforce the Sale Order (**ECF No. 8266**)

            3.    Reply Memorandum of Law Concerning Jurisdiction Over Motion of General Motors LLC to Enforce the Sale of Order by UAW (**ECF No. 9492**)

        Replies Filed:

        B.    Brief of General Motors LLC in Support of the Court's Exercise of Jurisdiction over the Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (**ECF No. 9107**)

            1.    Sur-Reply of General Motors LLC in Further Support of the Court's Exercise of Jurisdiction Over Motion of

General Motors LLC to Enforce Sale Order (**ECF No. 9839**)

Additional Documents:

C.    Memorandum and Order re UAW-New GM Dispute (**ECF No. 7607**)

D.    Stipulation and Agreed Order Regarding Scheduling Issues Related to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (**ECF No. 7704**)

E.    Second Stipulation and Agreed Order Regarding Scheduling Issues Related to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (**ECF No. 8619**)

F.    Notice of Hearing on Jurisdictional Issue with Respect to the Motion of General Motors LLC to Enforce Sale Order (**ECF No. 9926**)

G.    Objection DPH Holdings Corp. (f/k/a Delphi Corporation) and Its Affiliated Reorganized Debtors' Limited Objection in Response to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (**ECF No. 7626**)

1.    Notice of Filing of Corrected Exhibit A to the DPH Holdings Corp. (f/k/a Delphi Corporation) and Its Affiliated Reorganized Debtors' Limited Objection in Response to Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Sale Order (**ECF No. 7651**)

**Status:**    This matter is going forward.

V.    **ADJOURNED MATTERS**

1.    Debtors' Objection to Administrative Proof of Claim No. 70842 filed by New United Motor Manufacturing, Inc. (**ECF No. 9423**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to June 22, 2011 at 9:45 a.m.

2.     Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 9455**)

Responses Filed:

A.     Response to Notice of Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 10106**)

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to June 22, 2011 at 9:45 a.m.

3.     Debtors' Objection to Proof of Claim No. 45631 Filed by Steven Newman c/o Michael Green, Deceased (**ECF No. 10048**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to June 22, 2011 at 9:45 a.m.

4.     Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to June 22, 2011 at 9:45 a.m.

5.     Motion of Sentry Select Insurance Company for Reconsideration of Claim No. 44306 (**ECF No. 9933**)

Responses Filed:          None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m.

6.        Emergency Request for Expedited Mandatory Judicial Notice Filed by Billy Ray Kidwell (**ECF No. 7146**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m.

7.        Motion to Show Cause Why General Motors LLC and Its Corporate Governance, Should Not Be Held in Contempt for Intentionally Violating Court's Orders, While Terrorizing a Disabled Combat Veteran, and his Family, Filed by Billy Ray Kidwell (**ECF No. 7147**)

Responses Filed:

A.        Objection by General Motors LLC to Pro Se Motion to Show Cause Why General Motors LLC and Its Corporate Governance Should Not Be Held in Contempt for Intentionally Violating Court's Orders, While Terrorizing a Disabled Combat Veteran and His Family, Filed by Arthur Jay Steinberg on Behalf of General Motors LLC (**ECF Nos. 7889, 7890, 7891**)

B.        Debtors' Joinder in General Motors, LLC's Objection to Billy Ray Kidwell's Motion to Show Cause  (**ECF No. 7895**)

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m.

8.        Motion for Sanctions Against the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson for the Intentional Violation of Rule 9011(B)(1), Rule 9011(B) (2), Rule 9011(B)(3) and Rule 9011(B)(4), Filed by Billy Ray Kidwell (**ECF No. 8375**)

Responses Filed:              None to date.

Replies Filed:          None to date.

Additional Documents:

    A.     Motion to Submit Two Affidavits in Support of Movant's Motion for Sanctions Against the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg and Scott Davidson for the Intentional Violation of Rule 9011(B)(1), Rule 9011(B)(2), Rule 9011(B)(3) and Rule 9011(B)(4), Filed by Billy Ray Kidwell (**ECF No. 8377**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m.

9.    Motion for Judicial Notice that GM Vehicle Warranties, State Lemon Law Obligations and Related Regulatory Obligations Under Such Statues Are an Assumed Liability for the New General Motors LLC, Filed by Billy Ray Kidwell (**ECF No. 8376**)

Responses Filed:

    A.     Response by General Motors LLC to Submissions by Billy Ray Kidwell, Pro Se by General Motors LLC (**ECF No. 8886**)

        1.     Letter to the Honorable Robert E. Gerber, dated January 28, 2011 by General Motors LLC (**ECF No. 8922**)

Replies Filed:          None to date.

Additional Documents:

    B.     Letter to Judge Gerber Re: United States District Court for the Middle District of Florida Issued a Decision on Motion for the Court to Reconsider their Prior Order filed by Billy Ray Kidwell (**ECF No. 8798**)

    C.     Notice of Denial of Due Process Resulting in Great Bodily Harm to Movant Billy Ray Kidwell and Motion for Appropriate Relief Filed by Billy Ray Kidwell (**ECF No. 8799**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m.

10.    Motion For Disqualification of Bias of Judge Robert E. Gerber, Filed by Billy Ray Kidwell (**ECF No. 9026**)

Responses Filed:        None to date.

Replies Filed:                  None to date.

Additional Documents:

    A.    Letter to the Honorable Robert E. Gerber and Emergency
Request for Judicial Notice to Stop the Intentional Massive
Expansion of Litigation in Three Courts by General Motors
LLC, and to Halt the Ongoing Fraud on this Court, and Life-
Threatening Irreparable Harm to the Dire Health of Movant,
Filed by Billy Ray Kidwell (**ECF No. 9148**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m.

11.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed
by General Motors LLC) (**ECF No. 5993**)

Responses Filed:

    A.    Objection to Motion by Impact Group (**ECF No. 6240**)

    B.    Consumers Energy (Informal Response)

    C.    OCE (Informal Response)

Replies Filed:                  None to date.

Additional Documents:

    D.    Order Granting Debtors' Twenty-Third Omnibus Objection to
Claims (Claims Assumed by General Motors LLC) (**ECF No.
6334**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and
may be subject to further adjournments. If this matter goes
forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

12.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly
Classified Claims) (**ECF No. 6250**)

Responses Filed:

    A.    Response by Deborah Dilks (the "**Dilks Response**") (**ECF No.
6510**)

    B.    Objection to the Purported Reclassification Claim No. 44240 in
the Above Entitled Case, Among Other Things, Proceeding in

Pro Per in This Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented With My Claim No. 44240; and For Other Purposes [Timely or By Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

C.   Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

D.   Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

E.   Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

Replies Filed:                    None to date.

Additional Documents:

F.   Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

13.   Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

A.   Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

B.      Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

C.      Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

14.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

A.      The DeMassi Response (**ECF No. 6454**)

Replies Filed:                None to date.

Additional Documents:

B.      Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

C.      Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

15.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection To Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection To Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. ("295

Park") by Robert A. DeMassi, Executor of the Estate of Arnold
A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirty-Second Omnibus Objection to
Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

    C.    Supplemental Order Granting Debtors' Thirty-Second Omnibus
Objection to Claim (Incorrectly Classified Claims) (**ECF No.
7800**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and
may be subject to further adjournments.  If this matter goes
forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

16.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims)
(**ECF No. 6646**)

Responses Filed:

    A.    Objection to Motion to Debtors' Thirty Ninth Omnibus
Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac,
Inc. (**ECF No. 7034**)

    B.    Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-
Ninth Omnibus Objection to Claims (**ECF No. 6987**)

    C.    Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth
Onibus Objection to Claims (**ECF No. 7008**)

    D.    Response to Motion to Debtors' Thirty Ninth Omnibus
Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

Replies Filed:                    None to date.

Additional Documents:

    E.    Order Granting Debtors' Thirty-Ninth Omnibus Objection to
Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and
may be subject to further adjournments.  If this matter goes

- 13 -

forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

17.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to
Former Employees Represented by United Auto Workers) (**ECF No.
6739**)

Responses Filed:

A.    Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty -
Second Omnibus Objection to Claims" (**ECF No. 7022**)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting Debtors' Eighty-Second Omnibus Objection to
Claims (Claims Relating to Former Employees Represented by
United Auto Workers) (**ECF No. 7214**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and
may be subject to further adjournments.  If this matter goes
forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

18.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits
Claims of Retired and Former Salaried and Executive Employees) (**ECF
No. 6740**)

Responses Filed:

A.    Objection and Response to Debtors' Eighty-Third Omnibus
Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire
(**ECF No. 6972**)

B.    Response and Objection to Debtors' Eighty-Third Omnibus
Objections to Claims by Linda K. Bellaire (**ECF No. 7076**)

C.    Robert R. Hickman (**Informal Response**)

D.    Darlene M. Schneider (**Informal Response**)

E.    David E. Turner (**Informal Response**)

F.    Calvin H. Purnell (**Informal Response**)

G.    Alfred McMullen (**Informal Response**)

H.      Joseph Cobble Jr. (**Informal Response**)

Replies Filed:               None to date.

Additional Documents:

I.      Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

19.      Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

Responses Filed:

A.      Response to Debtors' Eighty-Ninth Objection to Claim by Gerald A. Kolb (**ECF No. 7367**)

B.      Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims and Motions Requesting Enforcement of a Bar Dated Orders (Late-Filed Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

C.      Response in form of letter re: car accident claim by Felipe Esquibel (**ECF No. 7407**)

D.      Response in form of letter by John Pierro (**ECF No. 7563**)

E.      Monty R. and Lisa K. Henderson (**Informal Response**)

Replies Filed:               None to date.

Additional Documents:

F.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes

forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

20.     Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting
Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:

    A.     Pearly M. Jones (**Informal Response**)

    B.     Faye M. Tompach (**Informal Response**)

Replies Filed:                     None to date.

Additional Documents:

    C.     Order Granting Debtors' Ninetieth Omnibus Objection to
Claims and Motion Requesting Enforcement of Bar Date Orders
(Late-Filed Claims) (**ECF No. 7669**)

**Status:**         This matter is adjourned to June 22, 2011 at 9:45 a.m., and
may be subject to further adjournments.  If this matter goes
forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

21.     Debtors' Ninety-Second Omnibus Objection to Claims and Motion
Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF
No. 6999**)

Responses Filed:

    A.     Barry E. Herr (**Informal Response**)

Replies Filed:                     None to date.

Additional Documents:

    B.     Order Granting Debtors' Ninety-Second Omnibus Objection to
Claims and Motion Requesting Enforcement of Bar Date Orders
(Late-Filed Claims) (**ECF No. 7671**)

**Status:**         This matter is adjourned to June 22, 2011 at 9:45 a.m., and
may be subject to further adjournments.  If this matter goes
forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

22.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

    Responses Filed:

       A.    Cecilia N. Best, Trustee (**Informal Response**)

    Replies Filed:          None to date.

    Additional Documents:

       B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

23.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

    Responses Filed:

       A.    Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

    Replies Filed:          None to date.

    Additional Documents:

       B.    Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

24.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

    Responses Filed:

       A.    City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

Replies Filed:                 None to date.

Additional Documents:

     B.     Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**     This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

25.     Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

     A.     Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

     B.     Sarlower Olivier Tibbs (**Informal Response**)

Replies Filed:                 None to date.

Additional Documents:

     C.     Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**     This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

26.     Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

     A.     Sharron S. Reyes (**Informal Response**)

Replies Filed:                 None to date.

Additional Documents:

    B.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

27.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

    Responses Filed:

    A.    Sharon A. Bell (**ECF No. 7492**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

28.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

    Responses Filed:

    A.    Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

    B.    Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

    C.    Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

    D.    Response in form of letter by George Leedom (**ECF No. 7401**)

    E.    George W. Conrad (**Informal Response**)

    Replies Filed:    None to date.

Additional Documents:

> F.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

> **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

29.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

> A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:                    None to date.

Additional Documents:

> B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

> **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

30.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

> A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:                    None to date.

Additional Documents:

> B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**     This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

31.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

    A.    Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

    B.    Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

    C.    Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

    D.    Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

    E.    Affirmation in Opposition by Sandra Caccoma (**ECF No. 8831**)

    F.    William Bradford Jones (Informal Response)

    G.    Timothy Roberts (Informal Response)

Replies Filed:     None to date.

Additional Documents:

    H.    Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

**Status:**     This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

32.    Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:

A.    Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

B.    David Scott (Informal)

C.    Thomas L. & Donna L. Kracker (Informal)

Replies Filed:                 None to date.

Additional Documents:

D.    Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

33.    Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

A.    Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

B.    Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

C.    Richard P. McManama (**Informal Response**)

Replies Filed:                 None to date.

Additional Documents:

    D.    Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

34.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

    A.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

    B.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

    C.    Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

    D.    Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

    E.    Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

    F.    Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

    G.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

    H.    Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

I.       Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

Replies Filed:          None to date.

Additional Documents:

J.       Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

35.     Debtors' 118th Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) (**ECF No. 8203**)

Responses Filed:

A.      Response of the Third Site Trust Fund to Debtors' 118th Omnibus Objection to Claims (**ECF No. 8841**)

Replies Filed:          None to date.

Additional Documents:

B.      Order Granting Debtors' 118th Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) (**ECF No. 9164**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

36.     Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

Responses Filed:

A.      Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus Objection to Claims (Claim Nos. 68626 & 66661) (**ECF No. 8800**)

      B.        Response to Motion of Debtors' 120th Omnibus Objection to Claims by Sentry Insurance a Mutual Company and Sentry Select Insurance Company (**ECF No. 8838**)

Replies Filed:            None to date.

Additional Documents:

      C.        Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 9166**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

37.      Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8272**)

Responses Filed:

      A.        Response of James E. Lockhart to Notice of Debtors' 126th Omnibus Objection to Claims (**ECF No. 8818**)

Replies Filed:            None to date.

Additional Documents:

      B.        Order Granting Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9172**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

38.      Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8302**)

Responses Filed:

      A.        D. Andreas Hesse (Informal Response)

Replies Filed:            None to date.

Additional Documents:

  B.  Order Granting Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9181**)

  **Status:**  This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

39.  Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8304**)

  Responses Filed:

  A.  Letter re: Claim No. 65396 by Gerhard Vogt (the "**Vogt Response**") (**ECF Nos. 7096, 8939**)

  Replies Filed:     None to date.

  Additional Documents:

  B.  Order Granting Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

  **Status:**  This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

40.  Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8307**)

  Responses Filed:

  A.  Objection to Debtors' Motion for Disallowing and Expunging Claim by Liborio Di Salvo (**ECF No. 9084**)

    1.  Response in form of letter by Liborio Di Salvo (**ECF No. 10087**)

  Replies Filed:     None to date.

Additional Documents:

    B.    Order Granting Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsch`e Debt Claims) (**ECF No. 9187**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

41.    Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8310**)

Responses Filed:

    A.    Response to Debtors' Motion, by Paul Schwake (the "**Schwake Response**") (**ECF No. 9083**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

42.    Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8820**)

Responses Filed:

    A.    Response to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by David Radke (**ECF No. 9285**)

    B.    Objection to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by Dale R. Spirnak (**ECF No. 9291**)

    C.    Claudette Ellison (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    D.    Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9607**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

43.    Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8821**)

Responses Filed:

    A.    Response to Claim Objection by Thomas Jarusinski (**ECF No. 9076**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9608**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

44.    Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8824**)

Responses Filed:

    A.    Objection to Debtors' 151st Omnibus Objection to Claims by Mark F. Hasson III (**ECF No. 9287**)

    B.    Lindell L. Estes (Informal Response)

    C.    Barney J. Rosso (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    D.    Corrected Order Granting Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9614**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

45.    Debtors' 152nd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8825**)

Responses Filed:

    A.    Objection to Motion to Debtors' 152nd Omnibus Objection Claims (Claims for Equity Interests) by Patricia Jarusinski (**ECF No. 9817**)

    B.    Nelly Bauer-Rollandin (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' 152nd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9612**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

46.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

Responses Filed:

    A.    Response to Motion to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) by Ruth Meyer (**ECF No. 9075**)

    B.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th

Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

    C.    Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (**ECF No. 9894**)

Replies Filed:           None to date.

Additional Documents:

    D.    Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

47.    Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8827**)

Responses Filed:

    A.    Response to Debtors' 154th Omnibus Objection to Claims by Carroll R. Waters (**ECF No. 9347**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9617**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

48.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

    A.       Response to Debtor's Motion Re: Claim Amount by Hugo Anderson (**ECF No. 9222**)

           1.    Letter Response to Claim Objection, by Hugo Anderson (**ECF No. 9925**)

    B.       Response To Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (**ECF Nos. 9403, 9894**)

    C.       Domencia S. Dittmeier (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    D.       Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

49.     Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8829**)

    Responses Filed:

    A.       Response to Debtors' Motion Re: Claim No. 68114 by Edmund J. Sterniak Jr. (**ECF No. 9356**)

Replies Filed:          None to date.

Additional Documents:

    B.       Order Granting Debtors' 156th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9625**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

50.     Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

    Responses Filed:

    A.    Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:            None to date.

Additional Documents:

    B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

51.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.    Response of Modcomp, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9349**)

    B.    Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    C.    Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:            None to date.

Additional Documents:

    D.    Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

52.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.      Lapeer Metal Stamping Companies, Inc.'s Response in Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9322**)

    B.      Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    C.      Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

    D.      Crown Equipment Corporation's Response to the Debtors' 161st Omnibus Objection to Claims (**ECF No. 9351**)

    E.      Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

    F.      Johann Hay GmbH & Co KG (Informal Response)

    G.      Carrier Corp. (Informal Response)

    H.      Moody's Investors Service (Informal Response)

Replies Filed:             None to date.

Additional Documents:

    I.      Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:        This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

53.    Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8844**)

Responses Filed:

    A.      John N. Graham, Trustee (Informal Response)

Replies Filed:             None to date.

Additional Documents:

    B.      Order Granting Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9632**)

**Status:** This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

54. Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

Responses Filed:

    A.    Jack Wendall and Freda Peterson (Informal Response)

    B.    Marian S. Morelli (Informal Response)

    C.    Marion and Della Goble (Informal Response)

Replies Filed: None to date.

Additional Documents:

    D.    Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**Status:** This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

55. Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

Responses Filed:

    A.    Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

Replies Filed: None to date.

Additional Documents:

    B.    Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:** This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

56.   Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

  Responses Filed:

   A. Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

   B. Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (**ECF No. 9344**)

   C. Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

   D. Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny (**ECF No. 9408**)

   E. James Hoerig (Informal Response)

   F. Brandon J. Davis (Informal Response)

   G. Rachel L. Boodram (Informal Response)

   H. Ronald L. Phillips (Informal Response)

   I. Sudie M. Venable (Informal Response)

   J. Deanna M. Lesser (Informal Response)

   K. Wayne Hutchinson (Informal Response)

  Replies Filed:   None to date.

  Additional Documents:

   L. Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

  **Status:** This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

57.   Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

<u>Responses Filed</u>:

A.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.    Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.    Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.    Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.    Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

<u>Replies Filed</u>:            None to date.

<u>Additional Documents</u>:

F.    Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**<u>Status</u>:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

58.    Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

<u>Responses Filed</u>:

A.    Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

B.    Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

C.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

1.    Letter to Judge Gerber (**ECF No. 9914**)

D.    Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

    E.       Objection to Debtors' 169th Omnibus Objection to Claims by Melvin J. Kendziorski (Informal)

Replies Filed:            None to date.

Additional Documents:

    F.       Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

**Status:**       This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

59.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

    A.       Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:            None to date.

Additional Documents:

    B.       Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**       This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

60.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

    A.       Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

    B.       Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

    C.       Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.       Richard Schell (Informal)

    E.       Mohamed Fetouh (Informal)

Replies Filed:            None to date.

Additional Documents:

    F.       Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

61.     Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.       Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:            None to date.

Additional Documents:

    B.       Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**  This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

62. Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

 Responses Filed:

  A. Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

 Replies Filed:   None to date.

 Additional Documents:

  B. Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**  This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

63. Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

 Responses Filed:

  A. Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

  B. Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

 Replies Filed:   None to date.

Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

64.    Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8858**)

Responses Filed:

    A.    Objection to Debtors' 176th Omnibus Objection to Claims by Richard Knoth (**ECF No. 9391**)

    B.    Objection to Debtors' 176th Omnibus Objection to Claims by Melvin J. Kendziorski (Informal)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9676**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

65.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

    A.    Objection to Debtors' 177th Omnibus Objection to Claims by Richard A. Knoth (**ECF No. 9402**)

    B.    Alan C. Zak's Response to Omnibus Objections (ECF Nos. 9396, 9397, 9412)

C.      Gerald S. Kaspzyk (Informal)

D.      Mohamed Fetouh (Informal)

Replies Filed:                  None to date.

Additional Documents:

E.      Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

66.     Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

A.      Alan C. Zak's Response to Omnibus Objections (ECF Nos. 9396, 9397, 9412)

Replies Filed:                  None to date.

Additional Documents:

B.      Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

67.     Debtors' 179th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8862**)

Responses Filed:

A.      Objection to Debtors' 179th Omnibus Objection to Claims, by Larry Schramm (**ECF Nos. 9288, 9622**)

B.      Response by Kathryn J. Slade (**ECF No. 9433**)

Replies Filed:                    None to date.

Additional Documents:

    C.      Order Granting Debtors' 179th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9679**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

68.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

    A.      Stanley Jack (Informal)

Replies Filed:                    None to date.

Additional Documents:

    B.      Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

69.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

    A.      Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

    B.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

    C.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

    D.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    E.      Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

    F.      Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:                None to date.

Additional Documents:

    G.      Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

70.     Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

    A.      Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

    B.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.      Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

    D.      Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:                None to date.

Additional Documents:

    E.    Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

71.    Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

    Responses Filed:

    A.    Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

    B.    Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

    C.    Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

    D.    Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

    Replies Filed:    None to date.

    Additional Documents:

    E.    Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

72.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

    Responses Filed:

A.     Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

B.     Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

C.     Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

D.     Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

E.     Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**<u>Status:</u>**     This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

73.     Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

<u>Responses Filed</u>:

A.     Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

B.     Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.     Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

D.     Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**  This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

74.  Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

A.  Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

B.  Carolyn Deruso (Informal)

Replies Filed:              None to date.

Additional Documents:

C.  Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**  This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

75.  Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

A.  Objection to Debtors' 187th Omnibus Objection to Claims by Doris E. McConnick  (**ECF No. 9343**)

B.  Claimant's Response to Debtors' Notice of 187th Omnibus Objection to Claim by Rebecca S. McNutt (**ECF No. 9489**)

C.  Jessica High (Informal)

Replies Filed:              None to date.

Additional Documents:

    D.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

76.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

    A.    Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:    None to date.

Additional Documents:

    B.    Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

    C.    Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

77.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

Responses Filed:

    A.    Vincent Germano Jr. (Informal)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

78.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

    A.    ATEL Leasing Corporation (Informal Response)

    B.    Noreen Glaspie (Informal Response)

Replies Filed:

    C.    Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.    Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

    **Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

79.    Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

    A.    Robert Nann (the "**Nann Response**") (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9702**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

80.    Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

    Responses Filed:

    A.    Response to Objection Duplicate Debt Claims by Alma G. Haller (**ECF No. 9292**)

    Replies Filed:    None to date.

    Additional Documents:

    B.    Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9706**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

81.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

    Responses Filed:

    A.    Frances L. Kelleher (**Informal Response**)

    Replies Filed:    None to date.

    Additional Documents:

    B.    Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments. If this matter goes

forward on June 22, 2011, claimants will be notified
through letter sent by June 15, 2011.

82.      Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability)
(**ECF No. 8945**)

Responses Filed:

A.      Response to Debtors' 208th Omnibus Objection to Claim by
Dearborn Refining Site Customers PRP Group (**ECF No. 9318**)

B.      Response of Northrop Grumman Systems Corporation to
Debtors' 208th Omnibus Objection to Claims (**ECF No. 9328**)

C.      Response of Kelsey-Hayes Company to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9329**)

D.      Response of the Standard Register Company to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9330**)

E.      Response of Cargill, Incorporated to Debtors' 208th Omnibus
Objection to Claims (**ECF No. 9332**)

F.      Response of Chemclene Site Defense Group to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9333**)

G.      Response of NCR Corporation in Opposition to Debtors' 208th
Omnibus Objection to Claims (**ECF No. 9339**)

H.      Response of United Technologies Corporation to Debtor's 208th
Omnibus Objection to Claims (**ECF No. 9380**)

I.      Response to Debtors' 208th Omnibus Objection to Claims by
Honeywell International Inc. (**ECF No. 9872**)

J.      Response of Kettering University to Debtors' 208th Omnibus
Objection to Claims (**ECF No. 9843**)

K.      Flowserve Corporation f/k/a the Duriron Company's Response
to Debtors' 208th Omnibus Objection to Claims (Docket No.
8945) (**ECF No. 9857**)

L.      Response of Ford Motor Company to Debtors' 208th Omnibus
Objection to Claims (**ECF Nos. 9840**)

M.      Response of the Rose Township Group to the Debtors' 208th
Omnibus Objection to Claims (Akzo Nobel Coatings, Inc., CNA

Holdings LLC, Detrex Corporation holding Claim No. 51294, Federal Screw Works, Ford Motor Company, Michelin North America, TRW Automotive US LLC) (**ECF No. 9850**)

    N.    The Williams Companies Inc. on Behalf of AGRICO Chemical (Informal)

    O.    North Shore Gas Company (Informal)

    P.    Holiday Remediation Task Force (Informal)

    Q.    Maryland Sand & Gravel (Informal)

    R.    Casmalia Resources Site Steering Committee (Informal)

    S.    Operating Industries Inc. (Informal)

Replies Filed:             None to date.

Additional Documents:

    T.    Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

    U.    Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**    This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

83.    Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

Responses Filed:

    A.    Response of the Marion Bragg Group to Debtors' 209th Omnibus Objection to Claims (the "**Marion Bragg Response**") (**ECF No. 9379**)

    B.    Response of the Members of the Frontier Chemical Site PRP Group in Opposition to Debtors' 209th Omnibus Objection to Claims (the "**Frontier Chemical Response**") (**ECF No. 9382**)

C.        Response to Debtors' 209th Omnibus Objection to Claims Re: Claim No. 1225 & 1458 by LDC PRP Group (the "**LDC PRP Response**") (**ECF No. 9426**)

D.        Response of the Quaker Oats Company to the Debtors' 209th Omnibus Objection to Claims (**ECF No. 9838**)

E.        Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

F.        Response of the Satterlee Group to the Debtors' 209th Omnibus Objection to Claims  (DTE Energy Company, Gerdau MacSteel, Tecumseh Products Company, Michelin North America, Inc., and Owens-Illinois, Inc.) (**ECF No. 9848**)

        1.        Amended Response of the Satterlee Group to the Debtors 209th Omnibus Objection to Claims (**ECF No. 9892**)

G.        Response of the BKK Joint Defense Group to the Debtors' 209th Omnibus Objection to Claims Pursuant to Section 502(e)(1)(B) (Proof of Claim No. 36709) (**ECF No. 9873**)

H.        General Electric Company (Informal)

I.        Michelin NA Inc. (Informal)

J.        Owens-Illinois Inc. (Informal)

K.        Jones Industrial Services (Informal)

Replies Filed:        None to date.

Additional Documents:

L.        Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.  The objection is withdrawn with respect to the LDC PRP Response.

84.        Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9447**)

Responses Filed:

    A.      Letter Response by Dennis and Jill Gallaher (the "**Gallaher Response**") (**ECF No. 9827**)

    B.      David McKinney (the "**McKinney Response**") (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    C.      Order Granting Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9974**)

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

85.      Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9445**)

Responses Filed:

    A.      Response of Marion County Treasurer to Debtors' 211th Omnibus Objections to Claims (the "**Marion County Response**") (**ECF No. 9842**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9975**)

**Status:**        This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

86.      Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9450**)

Responses Filed:

    A.      Response in the form of a letter Cecil A. Benjamin (**ECF No. 9623**)

Replies Filed:           None to date.

Additional Documents:

    B.      Order Granting Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9977**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

87.    Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.      Response by Larry S. Massey (**ECF No. 9627**)

    B.      Objection to Debtors' 214th Omnibus Objection to Claims by Stella Malles (**ECF No. 9888**)

    C.      Timothy Mayer (Informal Response)

    D.      Ryan D'Amour (Informal Response)

Replies Filed:           None to date.

Additional Documents:

    E.      Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and may be subject to further adjournments.  If this matter goes forward on June 22, 2011, claimants will be notified through letter sent by June 15, 2011.

88.    Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for Prepetition Debt Claims) (**ECF No. 9456**)

Responses Filed:

    A.      Response by Karl Philipp Muller (the "**Muller Response**")
          (**ECF No. 9798**)

Replies Filed:              None to date.

Additional Documents:

    B.      Order Granting Debtors' 216th Omnibus Objection to Claims
          (Administrative Proofs of Claim for Prepetition Debt Claims)
          (**ECF No. 9980**)

**Status:**      This matter is adjourned to June 22, 2011 at 9:45 a.m., and
            may be subject to further adjournments.  If this matter goes
            forward on June 22, 2011, claimants will be notified
            through letter sent by June 15, 2011.

Dated: New York, New York
       May 13, 2011

                        /s/ Joseph H. Smolinsky
                        Harvey R. Miller
                        Stephen Karotkin
                        Joseph H. Smolinsky

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Post-Effective Date Debtors