# Exhibit C

## EXHIBIT C

## PROFESSIONALS RENDERING SERVICES
## DURING COMPENSATION PERIOD

| Professionals | Years of Experience | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Elihu Inselbuch (EI) | 49 | $920 | 13.20 | 12,144.00 |
| Peter Van Lockwood (PVNL) | 45 | $840 | 1.80 | 1,512.00 |
| Trevor W. Swett TWS) | 30 | $660 | 22.30 | 14,718.00 |
| Ronald E. Reinsel (RER) | 25 | $640 | 261.80 | 167,552.00 |
| Leslie Kelleher LMK) | 22 | $550 | .20 | 110.00 |
| Rita C. Tobin (RCT) | 21 | $530 | 41.20 | 21,836.00 |
| Kevin C. Maclay (KCM) | 17 | $495 | 12.40 | 6,138.00 |
| James P. Wehner (JPW) | 16 | $495 | 27.40 | 13,563.00 |
| Andrew J. Sackett AJS) | 7 | $295 | 18.80 | 5,546.00 |
| Erroll G. Butts (EGB) | 16 | $235 | 4.50 | 1,057.50 |
| Michael C. Greene (MCG) | 9 | $235 | 11.50 | 2,702.50 |
| David B. Smith (DBS) | 7 | $235 | .80 | 188.00 |
| Eugenia Benetos (EB) | 9 | $205 | 61.00 | 12,505.00 |
| Marissa A. Fanone (MAF) | 3 | $195 | 1.20 | 234.00 |
| Library Staff | N/A | $205 | .50 | 102.50 |
| TOTALS | | | 478.60 | $259,908.50 |