# Exhibit D

## **EXHIBIT D**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $1,670.73 |
| Outside Local Deliveries | $95.37 |
| Filing Fees | $213.00 |
| Research Material | $435.76 |
| Air & Train Transportation | $888.40 |
| Meals Related to Travel | $924.99 |
| Conference Meals | $50.45 |
| Court Reporting/Transcript Service | $3,280.64 |
| Outside Photocopying/Duplication Service | $5.00 |
| Travel Expenses - Hotel Charges | $2,836.56 |
| Travel Expenses - Ground Transportation | $533.20 |
| Travel Expenses - LD Calls on Hotel Bill | $64.75 |
| Local Transportation – NY | $226.28 |
| Database Research | $1,744.92 |
| Xeroxing | $999.00 |
| Long Distance-Equitrac In-House | $4.24 |
| **Total** | **$13,973.29** |

**Caplin & Drysdale, Chartered**

*Historical Invoice Reconstruction*

05/12/2011
Page 1 of 5

Client **4351**
Matter From **000** To **000**
Transaction Type **Expense**
Invoice Numbers From **69,188** To **69,818**

**4351    Mark Buttita**
000    Disbursements

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | TWS | E | 54 | | 06/23/2009 | 2398734 | 0.00 | $0.30 | $0.30 | Photocopy |
| 69818 | 08/24/2009 | EI | E | 01 | | 07/01/2009 | 2397291 | 0.00 | $95.90 | $95.90 | Federal Express -(8) Individual Deliveries to R.Gerber, D.Adams, GM Corporation, H.Millers, M.Feldman, M.Edelman, J.Rapisardi, & G.Novod, 6/12/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 01 | | 07/09/2009 | 2402402 | 0.00 | $792.85 | $792.85 | Federal Express -(65) Deliveries in reference to client Mark Buttita, 6/26/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 01 | | 07/13/2009 | 2402754 | 0.00 | $345.40 | $345.40 | Federal Express -(28) Individual Deliveries, 6/25/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 01 | | 07/16/2009 | 2403983 | 0.00 | $436.58 | $436.58 | Air Freight & Express Mail |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403987 | 0.00 | $17.60 | $17.60 | Supreme Systems Inc. -(2) Courier Svc. Deliveries to Cadwalader, Taft, 6/24/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403988 | 0.00 | $8.80 | $8.80 | Supreme Systems Inc. -Courier Svc. to US Attorney, 6/24/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403989 | 0.00 | $8.80 | $8.80 | Supreme Systems Inc. -Courier Svc. to W.Gotshal, 6/24/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403990 | 0.00 | $8.80 | $8.80 | Supreme Systems Inc. -Courier Svc. to P.Weiss, 6/24/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403991 | 0.00 | $8.80 | $8.80 | Supreme Systems Inc. -Courier Svc. to US Attorney, 6/25/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403994 | 0.00 | $8.80 | $8.80 | Supreme Systems Inc. -Courier Svc. to Caldwal, 6/26/09 (EI) |
| 69818 | 08/24/2009 | EI | E | 03 | | 07/16/2009 | 2403995 | 0.00 | $8.80 | $8.80 | Supreme Systems Inc. -Courier Svc. to US Attorney, 6/26/09 (EI) |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/01/2009 | 2399382 | 0.00 | $23.25 | $23.25 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 50 | | 06/30/2009 | 2401150 | 0.00 | $823.50 | $823.50 | Database Research - WESTLAW by AJS on |

Client

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | C&D | E | 50 | | 06/30/2009 | 2401151 | 0.00 | $384.32 | $384.32 | Database Research - WESTLAW by RER on 6/18 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 07/07/2009 | 2402033 | 0.00 | $0.40 | $0.40 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 07/07/2009 | 2402038 | 0.00 | $0.32 | $0.32 | Equitrac - Long Distance to 12149694910 |
| 69818 | 08/24/2009 | C&D | E | 06 | | 07/22/2009 | 2406382 | 0.00 | $435.76 | $435.76 | Pacer Service Center -Database Research Svc., 4/1/09 - 6/30/09 |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/07/2009 | 2407508 | 0.00 | $12.30 | $12.30 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/07/2009 | 2407558 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/07/2009 | 2407568 | 0.00 | $0.90 | $0.90 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 22 | | 07/08/2009 | 2409069 | 0.00 | $9.60 | $9.60 | Conference Meals - EB Lunch while preparing rush filing for Ad Hoc Committee |
| 69818 | 08/24/2009 | C&D | E | 22 | | 07/07/2009 | 2409070 | 0.00 | $20.00 | $20.00 | Conference Meals - RCT lunch on 7/1 and 7/2 during days 2 and 3 of GM hearing. |
| 69818 | 08/24/2009 | C&D | E | 38 | | 07/01/2009 | 2409071 | 0.00 | $37.00 | $37.00 | Local Transportation - NY Round trip cabs for EB & CM from office to Court to deliver pleading notebooks to RCT 6/30 |
| 69818 | 08/24/2009 | C&D | E | 38 | | 07/08/2009 | 2409072 | 0.00 | $33.00 | $33.00 | Local Transporation - EB cabs to/from court for rush filing for Ad Hoc Committee |
| 69818 | 08/24/2009 | C&D | E | 04 | | 07/08/2009 | 2409076 | 0.00 | $78.00 | $78.00 | Filing Fees - Clerk of the Court, SDNY Emergency Motion |
| 69818 | 08/24/2009 | C&D | E | 03 | | 07/27/2009 | 2409085 | 0.00 | $24.97 | $24.97 | Lasership, Inc -Delivery to the Ritz Carlton, 6/16/09 |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/08/2009 | 2407683 | 0.00 | $4.50 | $4.50 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/08/2009 | 2407692 | 0.00 | $364.35 | $364.35 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/14/2009 | 2407969 | 0.00 | $4.50 | $4.50 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/14/2009 | 2407986 | 0.00 | $2.70 | $2.70 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/08/2009 | 2407657 | 0.00 | $24.75 | $24.75 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 07/08/2009 | 2407665 | 0.00 | $27.15 | $27.15 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 64 | | 07/27/2009 | 2409185 | 0.00 | $0.04 | $0.04 | Equitrac - Long Distance to 19174450518 |

Client

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | C&D | E | 50 | | 07/31/2009 | 2413579 | | $94.93 | $94.93 | Database Research - Westlaw - By RCT on 7/1 |
| 69818 | 08/24/2009 | C&D | E | 50 | | 07/31/2009 | 2413596 | 0.00 | $413.22 | $413.22 | Database Research - Westlaw - By AJS on 7/8-9 |
| 69818 | 08/24/2009 | C&D | E | 50 | | 07/31/2009 | 2413597 | 0.00 | $18.42 | $18.42 | Database Research - Westlaw - By RER on 7/7 |
| 69818 | 08/24/2009 | C&D | E | 50 | | 07/31/2009 | 2413598 | 0.00 | $10.53 | $10.53 | Database Research - Westlaw - By SH on 7/7-8 |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/15/2009 | 2398028 | 0.00 | $4.80 | $4.80 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/21/2009 | 2393310 | 0.00 | $0.16 | $0.16 | Equitrac - Long Distance to 12123199240 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/22/2009 | 2393913 | 0.00 | $0.72 | $0.72 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/12/2009 | 2389524 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/12/2009 | 2389544 | 0.00 | $3.15 | $3.15 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/12/2009 | 2389611 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/12/2009 | 2389631 | 0.00 | $3.15 | $3.15 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394526 | 0.00 | $0.16 | $0.16 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394557 | 0.00 | $0.32 | $0.32 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394560 | 0.00 | $0.28 | $0.28 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394581 | 0.00 | $0.16 | $0.16 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394584 | 0.00 | $0.04 | $0.04 | Equitrac - Long Distance to 19176803159 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394667 | 0.00 | $1.00 | $1.00 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394733 | 0.00 | $0.04 | $0.04 | Equitrac - Long Distance to 12123198799 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394734 | 0.00 | $0.04 | $0.04 | Equitrac - Long Distance to 12123198798 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394737 | 0.00 | $0.04 | $0.04 | Equitrac - Long Distance to 17735026166 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/28/2009 | 2394760 | 0.00 | $0.08 | $0.08 | Equitrac - Long Distance to 12127157863 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/29/2009 | 2395125 | 0.00 | $0.08 | $0.08 | Equitrac - Long Distance to 12123198797 |
| 69818 | 08/24/2009 | C&D | E | 04 | | 06/30/2009 | 2395325 | | $25.00 | $25.00 | Business Card -BOA Corporate Expenses, re: Filing Fee for NY Courts/USBC, 6/12/09 (AHW) |

Client

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/30/2009 | 2395560 | 0.00 | $0.20 | $0.20 | Equitrac - Long Distance to 12123197125 |
| 69818 | 08/24/2009 | C&D | E | 64 | | 06/30/2009 | 2395598 | 0.00 | $0.16 | $0.16 | Equitrac - Long Distance to 12123082735 |
| 69818 | 08/24/2009 | C&D | E | 22 | | 06/03/2009 | 2395646 | 0.00 | $20.85 | $20.85 | Conference Meals - Meals for RER and RCT during GM organizational meeting 0n June 5, 2009 |
| 69818 | 08/24/2009 | C&D | E | 25 | | 06/24/2009 | 2395650 | 0.00 | $5.00 | $5.00 | Outside Photocopying/Duplication Service - FedEx/Kinko's color copies of organizational chart for RCT |
| 69818 | 08/24/2009 | C&D | E | 38 | | 06/03/2009 | 2395651 | 0.00 | $15.00 | $15.00 | Local Trasporation - NY - EB Taxis t/from Off-NY Hilton to deliver UST letter to RER |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/30/2009 | 2396373 | 0.00 | $7.35 | $7.35 | Xeroxing |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398754 | 0.00 | $2.55 | $2.55 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398799 | 0.00 | $3.00 | $3.00 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398804 | 0.00 | $2.25 | $2.25 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398811 | 0.00 | $2.25 | $2.25 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398813 | 0.00 | $3.60 | $3.60 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398821 | 0.00 | $2.40 | $2.40 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398833 | 0.00 | $6.75 | $6.75 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/24/2009 | 2398839 | 0.00 | $16.50 | $16.50 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/18/2009 | 2398272 | 0.00 | $1.35 | $1.35 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/22/2009 | 2398608 | 0.00 | $0.45 | $0.45 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/22/2009 | 2398624 | 0.00 | $63.00 | $63.00 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/29/2009 | 2399107 | 0.00 | $0.45 | $0.45 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/29/2009 | 2399109 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/29/2009 | 2399110 | 0.00 | $1.05 | $1.05 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/30/2009 | 2399273 | 0.00 | $28.80 | $28.80 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/30/2009 | 2399306 | 0.00 | $3.00 | $3.00 | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/30/2009 | 2399313 | 0.00 | $11.40 | $11.40 | Photocopy |

**Client**

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/30/2009 | 2399320 | | | | Photocopy |
| 69818 | 08/24/2009 | C&D | E | 54 | | 06/30/2009 | 2399333 | 0.00 | $5.70 | $5.70 | Photocopy |
| 69188 | 07/01/2009 | RCT | E | 38 | | 06/16/2009 | 2390638 | 0.00 | $42.15 | $42.15 | Elite Limousine Plus Inc. -Car Svc. to Residence, re: Late Organizational Mtg., 6/3/09 (RCT) |
| 69818 | 08/24/2009 | RCT | E | 04 | | 06/24/2009 | 2394195 | 0.00 | $141.28 | $141.28 | Legal Retrieval Services, Inc. -Filing Fee, re: Amended Notice of Appearance, 6/12/09 (RCT) |
| 69818 | 08/24/2009 | LK | E | 54 | | 07/30/2009 | 2411056 | 0.00 | $110.00 | $110.00 | Photocopy |
| 69818 | 08/24/2009 | LK | E | 54 | | 07/23/2009 | 2408731 | 0.00 | $1.35 | $1.35 | Photocopy |
| 69818 | 08/24/2009 | SRB | E | 54 | | 06/16/2009 | 2398093 | 0.00 | $2.40 | $2.40 | Photocopy |
| 69818 | 08/24/2009 | SRB | E | 54 | | 06/12/2009 | 2389516 | 0.00 | $1.65 | $1.65 | Photocopy |
| 69818 | 08/24/2009 | SRB | E | 54 | | 06/12/2009 | 2389603 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69188 | 07/01/2009 | RER | E | 21 | | 06/16/2009 | 2390626 | 0.00 | $0.60 | $0.60 | Ronald E. Reinsel -Meals for Travel to New York, NY, re: Client Mtg., 6/9/09 - 6/10/09 |
| 69188 | 07/01/2009 | RER | E | 32 | | 06/16/2009 | 2390627 | 0.00 | $48.41 | $48.41 | Ronald E. Reinsel -The Alex Hotel 1-Night Lodging Expense for Travel to New York, NY, re: Client Mtg., 6/9/09 - 6/10/09 |
| 69188 | 07/01/2009 | RER | E | 33 | | 06/16/2009 | 2390628 | 0.00 | $356.04 | $356.04 | Ronald E. Reinsel -Cab Fares & Parking at DCA Airport for Travel to New York, NY, re: Client Mtg., 6/9/09 - 6/10/09 |
| 69188 | 07/01/2009 | RER | E | 21 | | 06/16/2009 | 2390629 | 0.00 | $75.00 | $75.00 | Ronald E. Reinsel -Meals for Travel to New York, NY, re: Creditors Committee Mtg, 6/2/09 - 6/4/09 |
| 69188 | 07/01/2009 | RER | E | 32 | | 06/16/2009 | 2390630 | 0.00 | $284.86 | $284.86 | Ronald E. Reinsel -Hotel Elysee 1-Night Lodging Expense for Travel to New York, NY, re: Creditors Committee Mtg, 6/2/09 - 6/4/09 |
| 69188 | 07/01/2009 | RER | E | 32 | | 06/16/2009 | 2390631 | 0.00 | $317.69 | $317.69 | Ronald E. Reinsel -Hilton NY Hotel 1-Night Lodging Expense for Travel to New York, NY, re: Creditors Committee Mtg, 6/2/09 - 6/4/09 |
| 69188 | 07/01/2009 | RER | E | 33 | | 06/16/2009 | 2390632 | 0.00 | $311.63 | $311.63 | Ronald E. Reinsel -Cab Fares & Parking at DCA Airport for Travel to New York, NY, re: Creditors Committee Mtg, 6/2/09 - 6/4/09 |
| | | | | | | | | 0.00 | $110.00 | $110.00 | |

**Client**

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | RER | E | 23 | | 07/28/2009 | 2409118 | | $3,280.64 | $3,280.64 | Esquire -Transcript Copy, re: Harry Wilson, 6/29/09 (RER) |
| 69818 | 08/24/2009 | RER | E | 21 | | 07/28/2009 | 2409119 | 0.00 | $437.84 | $437.84 | Ronald E. Reinsel -Meals for Travel to New York, NY, re: Deposition/Hearing, 6/28/09 - 7/2/09 |
| 69818 | 08/24/2009 | RER | E | 32 | | 07/28/2009 | 2409120 | 0.00 | $1,407.84 | $1,407.84 | Ronald E. Reinsel -The Ritz-Carlton Hotel 4-Night Lodging Expense for Travel to New York, NY, re: Deposition/Hearing, 6/28/09 - 7/2/09 |
| 69818 | 08/24/2009 | RER | E | 33 | | 07/28/2009 | 2409121 | 0.00 | $241.55 | $241.55 | Ronald E. Reinsel -Cab Fares & Parking at DCA Airport for Travel to New York, NY, re: Deposition/Hearing, 6/28/09 - 7/2/09 |
| 69818 | 08/24/2009 | RER | E | 35 | | 07/28/2009 | 2409122 | 0.00 | $51.80 | $51.80 | Ronald E. Reinsel -Hotel Internet Svc. Fee for Travel to New York, NY, re: Deposition/Hearing, 6/28/09 - 7/2/09 |
| 69818 | 08/24/2009 | RER | E | 21 | | 07/28/2009 | 2409123 | 0.00 | $153.88 | $153.88 | Ronald E. Reinsel -Meals for Travel to New York, NY, re: Hearing, 6/24/09 - 6/25/09 |
| 69818 | 08/24/2009 | RER | E | 32 | | 07/28/2009 | 2409124 | 0.00 | $443.36 | $443.36 | Ronald E. Reinsel -The Ritz-Carlton Hotel 1-Night Lodging Expense for Travel to New York, NY, re: Hearing, 6/24/09 - 6/25/09 |
| 69818 | 08/24/2009 | RER | E | 33 | | 07/28/2009 | 2409125 | 0.00 | $106.65 | $106.65 | Ronald E. Reinsel -Cab Fares & Parking at DCA Airport for Travel to New York, NY, re: Hearing, 6/24/09 - 6/25/09 |
| 69818 | 08/24/2009 | RER | E | 35 | | 07/28/2009 | 2409126 | 0.00 | $12.95 | $12.95 | Ronald E. Reinsel -Hotel Internet Svc. Fee for Travel to New York, NY, re: Hearing, 6/24/09 - 6/25/09 |
| 69818 | 08/24/2009 | RER | E | 15 | | 07/17/2009 | 2404321 | 0.00 | $399.20 | $399.20 | ADA Travel, Inc. -Airfare for travel to/from New York, NY, 6/24/09 - 6/25/09 (RER) |
| 69818 | 08/24/2009 | RER | E | 15 | | 07/17/2009 | 2404322 | 0.00 | $399.20 | $399.20 | ADA Travel, Inc. -Airfare for travel to/from New York, NY, 6/29/09 - 6/30/09 (RER) |
| 69818 | 08/24/2009 | RER | E | 15 | | 07/17/2009 | 2404323 | 0.00 | $-359.20 | $-359.20 | ADA Travel, Inc. -Credit Airfare for travel to/from New York, NY, 6/29/09 - 6/30/09 (RER) |
| 69818 | 08/24/2009 | RER | E | 15 | | 07/17/2009 | 2404332 | 0.00 | $399.20 | $399.20 | ADA Travel, Inc. -Airfare for travel to/from New York, NY, 6/28/09 - 6/30/09 (RER) |
| 69818 | 08/24/2009 | RER | E | 15 | | 07/17/2009 | 2404333 | 0.00 | $-359.20 | $-359.20 | ADA Travel, Inc. -Credit Airfare for travel to/from New York, NY, 6/28/09 - 6/30/09 (RER) |

| Client | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
| 69818 | 08/24/2009 | RER | E | 15 | | 07/17/2009 | 2404336 | 0.00 | $409.20 | $409.20 | ADA Travel, Inc. -Airfare for travel to/from New York, NY, 6/28/09 - 7/2/09 (RER) |
| 69818 | 08/24/2009 | DAT | E | 54 | | 07/07/2009 | 2407574 | 0.00 | $23.40 | $23.40 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 07/07/2009 | 2407578 | 0.00 | $54.30 | $54.30 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 07/07/2009 | 2407584 | 0.00 | $6.90 | $6.90 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 07/07/2009 | 2407589 | 0.00 | $11.55 | $11.55 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 07/07/2009 | 2407512 | 0.00 | $3.90 | $3.90 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 06/26/2009 | 2399084 | 0.00 | $0.30 | $0.30 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 06/30/2009 | 2399328 | 0.00 | $25.35 | $25.35 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 06/25/2009 | 2398957 | 0.00 | $30.60 | $30.60 | Photocopy |
| 69818 | 08/24/2009 | DAT | E | 54 | | 06/26/2009 | 2398996 | 0.00 | $11.55 | $11.55 | Photocopy |
| 69818 | 08/24/2009 | EH | E | 54 | | 06/25/2009 | 2398885 | 0.00 | $14.40 | $14.40 | Photocopy |
| 69818 | 08/24/2009 | EH | E | 54 | | 06/26/2009 | 2399076 | 0.00 | $13.20 | $13.20 | Photocopy |
| 69818 | 08/24/2009 | EH | E | 54 | | 06/26/2009 | 2399078 | 0.00 | $2.70 | $2.70 | Photocopy |
| 69818 | 08/24/2009 | EH | E | 54 | | 06/30/2009 | 2399218 | 0.00 | $1.20 | $1.20 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/30/2009 | 2399239 | 0.00 | $12.60 | $12.60 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/29/2009 | 2399111 | 0.00 | $17.85 | $17.85 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/29/2009 | 2399128 | 0.00 | $0.15 | $0.15 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/30/2009 | 2399209 | 0.00 | $3.60 | $3.60 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 07/01/2009 | 2399375 | 0.00 | $0.15 | $0.15 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/30/2009 | 2399325 | 0.00 | $6.30 | $6.30 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/25/2009 | 2398892 | 0.00 | $0.30 | $0.30 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/25/2009 | 2398894 | 0.00 | $0.45 | $0.45 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/25/2009 | 2398902 | 0.00 | $1.20 | $1.20 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/25/2009 | 2398905 | 0.00 | $1.20 | $1.20 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/25/2009 | 2398912 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/26/2009 | 2399025 | 0.00 | $30.00 | $30.00 | Photocopy |

Client

| Invoice No | Invoice Date | Initials | Trans Type | TOE Code | Billed Flag | Transaction Date | Transaction Number | Actual Hours | Actual Amount | Bill Amount | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 69818 | 08/24/2009 | EB | E | 54 | | 06/26/2009 | 2399058 | 0.00 | $0.30 | $0.30 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/26/2009 | 2399060 | 0.00 | $2.40 | $2.40 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/22/2009 | 2398603 | 0.00 | $0.90 | $0.90 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 07/07/2009 | 2407538 | 0.00 | $0.60 | $0.60 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 07/07/2009 | 2407569 | 0.00 | $15.30 | $15.30 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 07/07/2009 | 2407570 | 0.00 | $0.15 | $0.15 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 06/22/2009 | 2406000 | 0.00 | $16.20 | $16.20 | Photocopy |
| 69818 | 08/24/2009 | EB | E | 54 | | 07/08/2009 | 2407668 | 0.00 | $0.60 | $0.60 | Photocopy |
| Totals for Mark Buttita | | | | | | | | 0.00 | $13,973.29 | $13,973.29 | |