# Exhibit E

MARK BUTTITA

EXHIBIT E

**General  (478.60 Hours; $ 259,908.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 13.20 | $920 | 12,144.00 |
| Peter Van N. Lockwood | 1.80 | $840 | 1,512.00 |
| Trevor W. Swett | 22.30 | $660 | 14,718.00 |
| Ronald E. Reinsel | 261.80 | $640 | 167,552.00 |
| Leslie M. Kelleher | .20 | $550 | 110.00 |
| Rita C. Tobin | 41.20 | $530 | 21,836.00 |
| James P. Wehner | 27.40 | $495 | 13,563.00 |
| Kevin C. Maclay | 12.40 | $495 | 6,138.00 |
| Erroll G. Butts | 4.50 | $235 | 1,057.50 |
| David B. Smith | .80 | $235 | 188.00 |
| Michael C. Greene | 11.50 | $235 | 2,702.50 |
| Andrew J. Sackett | 18.80 | $295 | 5,546.00 |
| Eugenia Benetos | 61.00 | $205 | 12,505.00 |
| Library Staff | .50 | $205 | 102.50 |
| Marissa A. Fanone | 1.20 | $195 | 234.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/04/09 | RCT | 530.00 | 1.00 | Review briefs filed in Chrysler appeal re possible GM issues (1.0) |
| 06/04/09 | EI | 920.00 | 0.40 | Potential Clients:  GM Claimants - T/c RER/RCT (.2); t/c Cooney/RER/RCT re: status (.2). |
| 06/04/09 | RER | 640.00 | 7.30 | Follow up re: committee meeting and teleconfs. w/EI, RCT, J. Cooney re: same (1.4); return travel to DC (2.5); teleconfs. and review document re: committee and by-law and Chrysler briefs (3.4). |
| 06/05/09 | RCT | 530.00 | 1.00 | Review Committee documents/filings as circulated (1.0) |
| 06/05/09 | EI | 920.00 | 0.70 | Potential Clients:  GM Claimants - T/cs RER/RCT (.2); Cooney (RER/RCT) (.2); t/c Kramer Levin |

| | | | | |
|---|---|---|---|---|
| | | | | lawyer (.1); t/c Cooney (.1); t/c RER (.1) all re: status. |
| 06/05/09 | RER | 640.00 | 10.20 | Review additional documents; prep. for and attend committee meeting (3.6); follow up teleconfs w/EI, RCT, J. Cooney re: GM and committee issues and review committee materials (2.9); review memo re: committee meetings and issues; follow up teleconfs. re same (1.4); teleconf w/T. Mayer re: counsel/discovery issues and follow up w/EI and J. Cooney re: same (2.3). |
| 06/08/09 | RCT | 530.00 | 1.00 | Review filings and GM documents/conference RER re GM (1.0) |
| 06/08/09 | TWS | 660.00 | 1.30 | Draft discovery. |
| 06/08/09 | EI | 920.00 | 0.30 | T/cs RER (.2); Ginsburg stay (.1). |
| 06/08/09 | RER | 640.00 | 6.80 | Prep. for and attend committee meeting (2.5); follow up teleconf. w/J. Cooney and committee counsel and follow up (1.5); teleconfs w/RCT re: GM committee issues and review pleadings/documents re: committee issues/discovery (2.8). |
| 06/08/09 | JPW | 495.00 | 1.70 | Meet with RER and TWS (.2); research bankruptcy parties (1.5) |
| 06/09/09 | RCT | 530.00 | 1.00 | Review Committee materials as circulated by Kramer (1.0) |
| 06/09/09 | TWS | 660.00 | 0.30 | Read summary re: state law process liability and section 363 |
| 06/09/09 | EI | 920.00 | 0.70 | Conf. RCT, t/cs RER re: status. |
| 06/09/09 | RER | 640.00 | 2.50 | Dinner meeting w/Committee counsel and members. |
| 06/10/09 | RCT | 530.00 | 0.60 | prepare new matter memo and conflict memo (.3); emails RER re futures issue (.3) |
| 06/10/09 | TWS | 660.00 | 2.60 | Draft discovery. |

478013v.1 5/13/2011                                                                 2

| | | | | |
|---|---|---|---|---|
| 06/10/09 | EI | 920.00 | 0.30 | T/c RER/RCT. |
| 06/10/09 | RER | 640.00 | 10.50 | Prep. for and attend meeting w/debtor, committee meeting and follow up w/committee members, teleconfs. w/ Cooney, EI re: confidentiality issues and meeting (8.0); return travel to DC (2.5) |
| 06/11/09 | RCT | 530.00 | 1.70 | Review briefs and decisions in Chrysler re GM futures (1.0); TC RER re status and futures (.2); revise NOA, PHV motion, new matter memo (.5) |
| 06/11/09 | EI | 920.00 | 0.40 | Conf. RCT (.2); t/c RER re: status (.2). |
| 06/11/09 | EB | 205.00 | 2.00 | Perform review of daily docket for group. T/C with court clerk: re: amended notice and filing protocol. T/C and meeting with RCT re: drafts. QC all drafts before emailing to RCT. (2) |
| 06/11/09 | RER | 640.00 | 6.50 | Teleconf. W /EI re: case issues (.30); follow up re: NYC meeting and file (1.5); review committee memoranda and pleadings and work re: analysis and case strategy (3.4); correspond w/RCT (.40); review draft discovery (.50); correspond re: insurance issues (.40). |
| 06/12/09 | RCT | 530.00 | 0.70 | Review objections and correspondence (.7) |
| 06/12/09 | RER | 640.00 | 3.50 | Review committee memoranda and correspondence (.70); follow-up re: file/billing issues (.30); review case filings (2.5). |
| 06/12/09 | EB | 205.00 | 1.00 | (Late entry for June 12, 2009). Perform review of docket and print all objections filed for RCT. Print daily docket for RCT. (1) |
| 06/12/09 | EB | 205.00 | 1.50 | Filing and service of Amended Notice of Appearance. Filing of Motion. QC of all documents. (1.5) |
| 06/15/09 | PVL | 840.00 | 0.90 | Confer Cooney, Baron, Budd, EI and RER. |
| 06/15/09 | RCT | 530.00 | 1.00 | Review memos to Committee from Committee counsel; review docket (1.0) |
| 06/15/09 | EI | 920.00 | 0.50 | Conf. Cooney, RER, PVNL. |

| | | | | |
|---|---|---|---|---|
| 06/15/09 | RER | 640.00 | 2.90 | Review committee memoranda pleadings and analysis; follow up teleconf. re: same. |
| 06/15/09 | RER | 640.00 | 2.80 | Meet w/EI re: case issues and strategy prep. re: meeting w/client. |
| 06/15/09 | EB | 205.00 | 2.50 | Perform review of docket and create daily docket report for RER, RCT, KCM, JPW. (2); and draft affidavit fro PHV motion. Update service list and file electronically. (.5) |
| 06/16/09 | RCT | 530.00 | 1.00 | Review memos, by-laws, emails (1.0) |
| 06/16/09 | RCT | 530.00 | 0.50 | Review successor liability memo, part 2 (.5) |
| 06/16/09 | EI | 920.00 | 0.20 | Conf. Cooney and t/c RER. |
| 06/16/09 | RER | 640.00 | 2.40 | Review pleadings and correspondence, teleconfs. w/EI and team; review draft by-laws and memos. |
| 06/16/09 | EB | 205.00 | 2.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (2) |
| 06/16/09 | PVL | 840.00 | 0.10 | Teleconference EI. |
| 06/16/09 | DBS | 235.00 | 0.80 | Compile pleadings for attorney review. |
| 06/17/09 | RCT | 530.00 | 0.20 | Conference EI/RER re same and status (.2) |
| 06/17/09 | EI | 920.00 | 0.50 | Conf. RCT/RER re: Committee call and status. |
| 06/17/09 | RER | 640.00 | 4.90 | Prep. for and attend committee meeting call and follow up re: same (3.6); review FTI presentation (1.3). |
| 06/17/09 | RER | 640.00 | 4.50 | Work re: development of sale objection/review cases. |
| 06/17/09 | EB | 205.00 | 1.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (1) |

478013v.1 5/13/2011    4

| | | | | |
|---|---|---|---|---|
| 06/18/09 | RCT | 530.00 | 0.90 | Review filed documents and emails RER (.5); review Committee distributions (.4) |
| 06/18/09 | TWS | 660.00 | 0.40 | Read committee counsel's successor liability memo |
| 06/18/09 | EI | 920.00 | 0.80 | T/c RER re: status (.3); memos re: Senator Durbin inquiry (.5). |
| 06/18/09 | RER | 640.00 | 11.80 | Work re: drafting sale objection review/edit Esserman draft and research re: objection (9.5); follow up teleconfs re: Durbin inquiry (.50); teleconf and review re: B. Blessler and Esserman (.60); revise committee memo (1.2). |
| 06/18/09 | EB | 205.00 | 1.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (1) |
| 06/19/09 | RCT | 530.00 | 1.20 | Review objections (.5); review Committee distributions (Kramer) (.5); TCs RER/EI re same (.2) |
| 06/19/09 | TWS | 660.00 | 1.40 | Read Committee legal memos on successor liability and section 363, and e-mails re same (1.3); discuss successor liability theories with RER (.1) |
| 06/19/09 | EI | 920.00 | 1.20 | T/c RER re: status (.2); read Esserman materials and our draft and t/c RER re: same (1.0). |
| 06/19/09 | RER | 640.00 | 8.20 | Review, edit and additional drafting re: sale objection (4.3); follow up teleconfs w/EI RCT and transmit to J. Cooney (.70); follow up w/Esserman (.30); review filed objections (2.4); review committee memorandum (.50). |
| 06/19/09 | EB | 205.00 | 1.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (1) |
| 06/20/09 | EI | 920.00 | 0.10 | Status inquiry. |
| 06/21/09 | RER | 640.00 | 3.40 | Review docket and filed sale objection. |
| 06/22/09 | RCT | 530.00 | 1.70 | Review objections (Esserman, Cooney, Product Liability) (1.0); conference EI re status (.1); review |

478013v.1 5/13/2011                                                                                                              5

| | | | | |
|---|---|---|---|---|
| | | | | Committee circulated documents; Agenda, Issues (meeting with Debtors), By-laws (.6) |
| 06/22/09 | EI | 920.00 | 0.50 | Conf. RCT and read papers. |
| 06/22/09 | RER | 640.00 | 7.20 | Review discovery drafts (.60); edit/finalize sale objection (2.8); review filed objections (2.7); coordinate re: hearing (.40); review committee memoranda (.50); memo re: discovery (.20). |
| 06/22/09 | RER | 640.00 | 5.10 | Prepare for and participate in committee call and follow-up (1.5); work re revisions and finalizing sale objections and with RCT re ruling and multiple teleconfs re same (3.6). |
| 06/22/09 | RER | 640.00 | 2.00 | Review committee memoranda (.8); work re discovery issues (1.2). |
| 06/22/09 | EB | 205.00 | 1.50 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW and perform review of docket re: debtor's response for RCT (1.5) |
| 06/23/09 | RCT | 530.00 | 2.50 | Review proposed Committee objection (.5); TC TWS re discovery (.2); conference EB re discovery: service (.3); respond to GM service/discovery issues (1.0); review discovery requests, other parties (.5) |
| 06/23/09 | TWS | 660.00 | 4.30 | Conference with RER re discovery; telephone conferences with RCT and e-mails re discovery (.3); prepare discovery requests and notices (4.0) |
| 06/23/09 | RER | 640.00 | 10.10 | Work re review of committee memoranda, draft re objection and sale issues (4.2); prep. for and participate in committee call and follow-up (3.2); follow-up with client and work with TWS re discovery issues and RCT re same (1.3); correspondence and work with TWS and RCT re discovery and depositions notices (1.4). |
| 06/23/09 | EB | 205.00 | 1.00 | Perform review of daily docket. Distribute to group. Research re: service list. (1) |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/23/09 | EB | 205.00 | 1.50 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. Perform review of docket re: service list and discovery. (1.5) |
| 06/24/09 | PVL | 840.00 | 0.10 | Review GM oppo to AHC motion re asb comm. |
| 06/24/09 | RCT | 530.00 | 8.00 | TCs TWS, conferences EB, numerous emails re discovery issues (1.0); discovery requests: service, TCs and emails TWS, RER, TC US Attorney (7.0) |
| 06/24/09 | TWS | 660.00 | 5.80 | Work on discovery requests to Treasury, Purchaser, and Noteholders; telephone conference with RCT and RER re discovery (3.6); read Committee's section 363 objection (.8); planning logistics of document production intake and review; line up staff for same; discuss logistics and assignments with staff; telephone conferences with RER and RCT re discovery developments (1.3); e-mail to/from Esserman re discovery served (.1) |
| 06/24/09 | RER | 640.00 | 10.50 | Correspondence and review committee memoranda and drafts (3.7); teleconfs and follow-up re depositions and discovery and work with TWS/RCT re same (2.4); travel to NYC/ en route review FTI financial analysis (2.5); prep. re hearing (1.2); multiple correspondence re depositions and production (.7). |
| 06/24/09 | JPW | 495.00 | 1.60 | Meet with TWS re deposition preparation (.3); meet with AJS, TEP, JMR re deposition preparation (.4); e-mails re same (.5); telephone conference with RCT (.2); meet with EGB (.2) |
| 06/24/09 | EB | 205.00 | 8.50 | Perform review of court docket. QC all documents re: discovery. Obtain signatures from EI. E-Service to parties re: discovery. Electronically file depositions and affidavits of service. Convert all Word documents to PDF documents. T/Cs with RCT re: filing protocol and meeting with RCT. Prepare materials for hand delivery and federal express. Emails to Creditor Committee and T/Cs with Court clerk and court chambers re: discovery. (8.5) |

478013v.1 5/13/2011                                                                 7

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/24/09 | EB | 205.00 | 8.50 | Perform QC of all documents to be e-filed, emailed and sent via overnight courier. E-file documents with Affidavit of Services. Convert all WORD documents to PDF documents. T/Cs with RCT re: discovery protocol on ECF. Meeting with RCT re: discovery. T/C with Judge's chambers. Perform review of docket re: CMO. (8.5) |
| 06/25/09 | RCT | 530.00 | 1.80 | Draft signature page, TCs, emails RER, TWS (.3); draft and edit letter to UST (.8); emails re 30(b)(6) issues list, service, et al. (.2); review Committee memos and distributions (.5) |
| 06/25/09 | TWS | 660.00 | 4.40 | Telephone conference with RER re discovery matters and client's instructions (.1); telephone call from Rosenberg (counsel for Bondholders); telephone conference with RER to report (.5); respond to Treasury/Purchaser request to narrow document demand; prepare list of 30(b)(6) topics; telephone conferences and e-mails to RER and RCT re document discovery and depositions planned (3.8) |
| 06/25/09 | EI | 920.00 | 0.30 | Conf. Cooney (.1); t/c RCT (.1); t/c RER (.1); all re: discovery. |
| 06/25/09 | RER | 640.00 | 10.50 | Correspondence and prep. for hearing/attend hearing; follow-up w/client and various counsel (5.3); return travel to DC/en route review documents re sale (2.5); multiple teleconfs/correspondence re discovery issues/depositions (2.7). |
| 06/25/09 | JPW | 495.00 | 3.90 | Emails re productions and discovery (1.0); telephone conference with RCT re discovery (0.4); telephone conference with P. Nowrangi re GM/UST production (0.2); and review GM/UST production (2.3) |
| 06/25/09 | EB | 205.00 | 3.50 | Perform review of docket re: committees. Draft emails to counsel. Prepare service list. (3.5) |
| 06/26/09 | RCT | 530.00 | 2.50 | Review Committee memos, distributions (.5); emails and TCs re document production issues (Wehner, RER) (2.0) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/26/09 | TWS | 660.00 | 1.60 | GM discovery: draft Rule 30(b)(6) subparts; conference with JPW regarding document review; conference with RER regarding client's instructions. |
| 06/26/09 | TWS | 660.00 | 0.10 | Review letter and production from bondholders' counsel. |
| 06/26/09 | TWS | 660.00 | 0.10 | Telephone conference from PVNL regarding Washington Post query; e-mail to team regarding same. |
| 06/26/09 | EI | 920.00 | 0.50 | T/c Cooney/RER. |
| 06/26/09 | RER | 640.00 | 8.60 | Multiple telephconfs/correspondence with RCT re discovery issues (.5); prepare for and attend committee meeting; follow-up (1.3); teleconf EL/clients and follow-up (.8); work w/TWS and JW re document production (.5); teleconf Esserman/RCT re depositions and hearing issues; follow up (.6); coordinate re depositions (.5); prep. re depositions (3.2); respond on proposed order (.5); follow-up re document production (.7). |
| 06/26/09 | JPW | 495.00 | 6.10 | Search GM/UST documents; assemble hot documents (3.8); meeting with TWS and RER re hot documents (.3); emails re document review issues (1.0); review meeting with team members (.4) and meeting with RER re hot documents; and review 30(b)(6) Notice (.4) |
| 06/26/09 | AJS | 295.00 | 0.40 | Meeting with JPW regarding document review (several x); review of e-mails from JPW regarding same. |
| 06/26/09 | EB | 205.00 | 5.00 | Perform QC of Depositions. Electronically file and service through email and overnight courier. (5) |
| 06/27/09 | RER | 640.00 | 9.20 | Review document production and work re depo/trial preparation |
| 06/27/09 | KCM | 495.00 | 7.90 | Meet with JPW re strategic issues and review/analyze documents and related materials |

478013v.1 5/13/2011                                                                                          9

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/27/09 | AJS | 295.00 | 7.70 | Review of documents provided by debtor; legal research regarding future claims; meeting with JPW, KCM, and RER regarding document review and legal research. |
| 06/28/09 | RCT | 530.00 | 2.50 | Review emails RER and draft filing re fact evidence (1.5); review deposition summaries and updates, Raleigh and Henderson (1.0) |
| 06/28/09 | RER | 640.00 | 10.70 | Review documents and preparation (3.0) Travel to NYC/en route review documents and depo prep (3.5) organize documents and exhibits and outline depo inquiry (4.2) |
| 06/28/09 | JPW | 495.00 | 9.80 | Review GM document databases; meeting with EGB re databases; meeting with RER, KCM and AJS re documents; emails re results |
| 06/29/09 | PVL | 840.00 | 0.70 | Review Debtors omni reply brief re section 363 sale. |
| 06/29/09 | RCT | 530.00 | 0.50 | Review Committee distributions (.5) |
| 06/29/09 | RER | 640.00 | 11.80 | Prepare for and conduct H. Wilson depo (9.5); Follow-up teleconf and memo to client (.6) prep re hearing (1.7) |
| 06/29/09 | MCG | 235.00 | 5.50 | Per EGB, conduct Concordance database search for exhibits listed in the Amended Evidence and Witness List provided by Debtors in advance of June 30, 2009 hearing on Debtors' Asset Sale Motion. |
| 06/29/09 | JPW | 495.00 | 1.90 | E-mails re UST documents (.5): e-mails re hearing arguments (.8); meet with legal assistants re document issues (.6) |
| 06/29/09 | EGB | 235.00 | 4.00 | Located documents through Concordance for NY Office. |
| 06/29/09 | AJS | 295.00 | 6.10 | Legal research regarding future claims. |
| 06/29/09 | AJS | 295.00 | 0.20 | Preparation of e-mail to RER regarding future claims research. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/29/09 | MAF | 195.00 | 1.20 | Compile and organize exhibits to be used at June 30, 2009 Hearing on the Debtors' Asset Sale Motion. |
| 06/29/09 | EB | 205.00 | 3.00 | QC Witness List. Electronically file, email and send via overnight courier to service list; prepare binders for Sales Motion for RCT and RER. Coordinate with DCO re: exhibits listed. (3) |
| 06/30/09 | RCT | 530.00 | 2.00 | Emails re TOC and TOA preparation and filing (Wehner, EB) (.5); draft Statement of Issues (1.5) |
| 06/30/09 | EI | 920.00 | 0.10 | Amended Joinder. |
| 06/30/09 | RER | 640.00 | 11.50 | Prepare for and appear at sale hearing and prep re further hearing |
| 06/30/09 | MCG | 235.00 | 2.00 | Per EGB, burn requested copy set of Treasury production CDs. |
| 06/30/09 | MCG | 235.00 | 0.50 | Per JPW, draft enclosure letter and prepare copy set of Treasury production CDs for overnight delivery to Peter D'Apice. |
| 06/30/09 | JPW | 495.00 | 2.40 | E-mails re revised brief; exhibits (1.3); telephone conference with EB (.2); review revised brief (.4); telephone conference with EB re brief (.2); e-mails re UST DVDs; meet with MCG re same (.3) |
| 06/30/09 | EB | 205.00 | 5.00 | Filing of Objection with TOA and TOC. Emails to RCT re: filing. Completion of exhibit books for RER and RCT. Travel to SDNY re: hearing. (5) |
| 07/01/09 | LIB | 205.00 | 0.50 | Locate documents related to GMC (TWS/NR). |
| 07/01/09 | RCT | 530.00 | 1.30 | Attend GM sale hearing, conferences RER and S. Esserman (10.0); Committee conference call (.8); revise Statement of issues (.5) |
| 07/01/09 | RER | 640.00 | 14.00 | Prepare for and appear at sale hearing (10.8), prep for and attend committee meeting and follow-up (1.7) prep for continued hearing and oral argument (1.6) |

478013v.1 5/13/2011                                                                                              11

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/01/09 | MCG | 235.00 | 2.00 | Per EGB, conduct Concordance database search for exhibits listed in the Amended Evidence and Witness List provided by Debtors. |
| 07/01/09 | EGB | 235.00 | 0.50 | Review documents received from NR for GM Exhibit List. |
| 07/01/09 | EB | 205.00 | 2.00 | Perform review of daily docket and create daily docket memo for RER, RCT, and KCM. Filing through the ECF system and service of Joint Statement. QC document. (2) |
| 07/02/09 | EI | 920.00 | 0.50 | Argument issues. |
| 07/02/09 | RER | 640.00 | 14.20 | Prep for and appear at sale hearing (7.2), follow-up teleconf and memoranda (1.5), return travel to DC including flight delay (5.5) |
| 07/02/09 | MCG | 235.00 | 1.50 | Per EGB, continue EDGAR and Concordance database searches for exhibits listed in the Amended Evidence and Witness List provided by Debtors. |
| 07/03/09 | RER | 640.00 | 2.80 | Review drafts of sale order and teleconfs re comments re same |
| 07/05/09 | RER | 640.00 | 3.60 | Review Opinion and order re sale and draft memoranda re same |
| 07/06/09 | RCT | 530.00 | 1.20 | GM Committee call, interviews of potential Directors (2.5); review J. Gerber Opinion (1.0); emails RER re same (.2) |
| 07/06/09 | EI | 920.00 | 0.70 | Read memo and corres. RER (.2); t/c RER re: appeal status (.5). |
| 07/06/09 | RER | 640.00 | 7.80 | Review documents and prep for committee call and participate in committee call re board candidates (3.1); Multiple teleconfs and follow-up re sale decision and potential appeal issues, draft memo re same and follow up re sale hearing (3.9); Participate in continued committee call (0.8) |
| 07/06/09 | KCM | 495.00 | 1.10 | Review/analyze RER e-mail and GM filings re potential appeal |

| | | | | |
|---|---|---|---|---|
| 07/07/09 | RCT | 530.00 | 2.90 | TCs emails RER re filing (.5); review emails and draft/file Joinder (.5); review Ad Hoc Motion for Stay (.5); review Product Liability Motion for Stay (.5); review Order, Mayer emails (.3); review objections to stay motion (.6) |
| 07/07/09 | EI | 920.00 | 2.40 | Read corres. on cert. motion (.2); read opinion and order, etc. (2.0); memos re: schedule (.2). |
| 07/07/09 | RER | 640.00 | 10.90 | Multiple teleconfs and conferences re appeal issues, review briefs and coordinate client teleconf and positions re same (7.5); Prep for and participate in committee call (1.5) Participate in hearing re certification of appeal and stay and follow-up memo re same (1.9) |
| 07/07/09 | LMK | 550.00 | 0.20 | Confer with RER re briefs to 2nd Circuit. |
| 07/07/09 | KCM | 495.00 | 2.20 | Review/analyze filings re appeal issues and communicate with RER re same |
| 07/07/09 | EB | 205.00 | 2.00 | Filing of Joinder re: Appeal. Filing through ECF and service to Counsel. QC document. (1) Research opinions re: Supreme Court, email to KCM. (1) |
| 07/08/09 | RCT | 530.00 | 1.90 | TCs and emails P. Apice re service of Motion for Stay (.5); conferences EB re service (.5); TC RER re service (.2); review Motion (.2); review Committee emails (.2); review RER memo to EI (.1); review letter to Harry Reid (.2) |
| 07/08/09 | EI | 920.00 | 1.70 | Read Gerber stay denial (.5); memo RER (.2); t/c Kazan, Byrne, RER (.5); corres. to clients with RER (.5). |
| 07/08/09 | RER | 640.00 | 7.00 | Teleconf with EI re appeal hearing and strategy and follow-up ((0.7); prep for and participate in committee call re Board interviews (1.9); teleconf with clients re case strategy and appeals (1.0) draft memo re case strategy and direction (2.2); continued committee call and follow-up (1.2) |
| 07/08/09 | RER | 640.00 | 2.30 | Coordinate re appeal filing(1.1); work re research re mootness doctrine re sale terms/successor liability(1.2) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/08/09 | KCM | 495.00 | 1.20 | Review/edit memo to client and meet with RER re same (.3); communicate with AJS re appeal research (.4); review/analyze research and communicate with AJS re follow-up issue (.5) |
| 07/08/09 | AJS | 295.00 | 2.60 | Phone call with KCM regarding stay research (0.1); legal research regarding mootness and stay (1.8); preparation of memo regarding same (0.6); preparation of e-mail to KCM and RER regarding same (0.1). |
| 07/08/09 | EB | 205.00 | 6.50 | Prepare filing of pleading through ECF and service to all counsel. QC document. Create and distribute mass email. (6.5) |
| 07/09/09 | RCT | 530.00 | 0.60 | Review Committee emails re Stay (.1); review Sackett memo re Mootness (.2); email RER, KCM re same (.3) |
| 07/09/09 | EI | 920.00 | 0.40 | Read memos (.2); t/c Cooney (.2). |
| 07/09/09 | RER | 640.00 | 6.50 | Review research re mootness after closing re sale terms and draft follow-up memo re same (2.2) review pleadings and follow-up re appeal hearing (3.2); correspondence and draft response re AAJ meeting (1.1). |
| 07/09/09 | AJS | 295.00 | 0.10 | Review e-mails from KCM regarding stay research. |
| 07/09/09 | AJS | 295.00 | 1.40 | Legal research regarding stay. |
| 07/09/09 | AJS | 295.00 | 0.10 | Prepare e-mail to KCM regarding stay research. |
| 07/09/09 | AJS | 295.00 | 0.20 | Meeting with KCM regarding stay research. |
| 07/10/09 | RER | 640.00 | 2.50 | Follow-up re appeal hearing and draft memo follow-up re mootness issues (2.5) |
| 07/13/09 | RER | 640.00 | 4.10 | Review committee materials and memoranda (1.6), review correspondence and draft outline re potential legislative action (1.2) prep for and participate in teleconf re legislative action (1.3) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/14/09 | EB | 205.00 | 0.50 | Perform review of daily docket for RER, KCM, and RCT. (.5) |
| 07/15/09 | RER | 640.00 | 0.70 | Review committee memoranda and documents |
| 07/15/09 | EB | 205.00 | 0.50 | Perform review of daily docket for RER, KCM, and RCT. (.5) |

**Total Hours 478.60**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $1,670.73 |
| Outside Local Deliveries | $95.37 |
| Filing Fees | $213.00 |
| Research Material | $435.76 |
| Air & Train Transportation | $888.40 |
| Meals Related to Travel | $924.99 |
| Conference Meals | $50.45 |
| Court Reporting/Transcript Service | $3,280.64 |
| Outside Photocopying/Duplication Service | $5.00 |
| Travel Expenses - Hotel Charges | $2,836.56 |
| Travel Expenses - Ground Transportation | $533.20 |
| Travel Expenses - LD Calls on Hotel Bill | $64.75 |
| Local Transportation – NY | $226.28 |
| Database Research | $1,744.92 |
| Xeroxing | $999.00 |
| Long Distance-Equitrac In-House | $4.24 |
| **Total** | **$13,973.29** |