# Exhibit F

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
```
In re                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,               :        Chapter 11 Case No.
        f/k/a General Motors Corp., *et al.*            :
                                                   :        09-50026 (REG)
                                                   :
                                                   :        (Jointly Administered)
                                                   :
                                                   :
```
-------------------------------------------------------------x
```

### ORDER GRANTING APPLICATION OF MARK BUTTITA PURSUANT TO 11 U.S.C. § 503(B) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THIS <u>CHAPTER 11 CASE FROM JUNE 4, 2009 THROUGH JULY 15, 2009</u>

This matter having been brought before the Court by the Mark Buttita, , in his

capacity as the personal representative of Salvatore Buttita ("**Buttita**"), by and through

his attorney, upon application (the "**Application**") for the entry of an order pursuant to

sections 503(b)(3)(D) and (b)(4) of Title 11 of the United States Code ("the

"**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules of the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), for

allowance of administrative expenses for actual, necessary expenses incurred by Buttita

and for reasonable compensation and reimbursement of expenses in connection with

professional services rendered by Caplin & Drysdale, as counsel, from June 4, 2009

through July 15, 2009 (the "**Compensation Period**"), in making a substantial

contribution in the above-captioned bankruptcy case; and the Court having jurisdiction to

consider the Application and the relief requested therein in accordance with 28 U.S.C. §§

157 and 1334; and the consideration of the Application and the relief requested therein

being a core proceeding in accordance with 28 U.S.C. §§ 157 (b); and the Court having

considered the Application, the arguments and evidence presented to the Court at the

hearing on the Application, and all responses to the Application; and the Court being

satisfied that Buttita made a "substantial contribution" in this Case pursuant to 11 U.S.C.

§503(b)(3)(D) and incurred expenses in connection therewith; and the Court being

satisfied that Caplin & Drysdale in its representation of Buttita incurred the fees and

expenses described in the Application pursuant to 11 §503(b)(4); and the Court finding

that the fees and expenses sought by Buttita include reasonable compensation and

reimbursement for actual, necessary expenses; and notice of the Application having been

given to all parties entitled to receive notice; and it appearing that no other notice need be

given; and upon the record herein; and after due deliberation thereon and sufficient cause

appearing therefore, it is hereby

 **ORDERED**, that the Application of Buttita is **GRANTED**; and it is further

 **ORDERED**, that Buttita is awarded reimbursement for his payment of

$13,973.29 in expenses; and it is further

 **ORDERED**, that Buttita is awarded reimbursement for the his payment of

$173,272.50 in fees; and it is further

 **ORDERED**, that Motor Liquidation Company, *et al.*, is hereby authorized and

directed to pay Buttita the fees and expense reimbursements awarded in this order.

Dated: New York, NY
   _____, 2011

        _____
        Honorable Robert E. Gerber
        United States Bankruptcy Court Judge