**EXHIBIT "1"**

**IN RE MOTORS LIQUIDATION COMPANY,** *et al.,*
**f/k/a General Motors Corp.,** *et al.,*
**CHAPTER 11**
**Case No. 09-50026 (REG)**

**SUMMARY OF FEES OF TOGUT, SEGAL & SEGAL LLP
FOR SERVICES RENDERED AS CONFLICTS COUNSEL FOR THE
DEBTORS FOR THE PERIOD OCTOBER 1, 2010 THROUGH MARCH 29, 2011**

| Name of Professional | Year | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2010/2011 | $935 | 26.1 | $24,403.50 |
| Frank A. Oswald | 1986 | 2010/2011 | $810 | 18.3 | 14,823.00 |
| Scott E. Ratner | 1987 | 2010/2011 | $800 | 83.7 | 66,960.00 |
| **OF COUNSEL** | | | | | |
| Richard K. Milin | 1989 | 2010/2011 | $715 | 160.2 | 114,543.00 |
| **ASSOCIATES** | | | | | |
| Lara Sheikh | 2002 | 2010/2011 | $520 | 138.8 | 72,176.00 |
| Jason Rubin | 2004 | 2010/2011 | $475 | 113.4 | 53,865.00 |
| David Smith | 2007 | 2010/2011 | $380 | 26.6 | 10,108.00 |
| Michael D. Hamersky | 2008 | 2010/2011 | $345 | 107.3 | 37,018.50 |
| Naomi Moss | 2008 | 2010/2011 | $295 | 23.4 | 6,903.00 |
| Stephanie Skelly | 2007 | 2010/2011 | $345 | 9.7 | 3,346.50 |
| Anthony Pirraglia | 2011 | 2010/2011 | $180 | 118.2 | 21,276.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2010/2011 | $285 | 33.1 | 9,433.50 |
| Ashleigh Brogan | N/A | 2010/2011 | $205 | 1.6 | 328.00 |
| Denise Cahir | N/A | 2010/2011 | $220 | 14.1 | 3,102.00 |
| Hailey Huget | N/A | 2010/2011 | $145 | 7.7 | 1,116.50 |
| Katie LaVerde | N/A | 2010/2011 | $145 | 4.0 | 580.00 |
| **TOTALS:** | | | | 886.2 | $439,982.50[1] |

1    The Togut Firm has reduced its fees related to the preparation of monthly fee statements by 50%, for an aggregate reduction of $1,156.50 in compensation sought during the Third Interim Period.

# Togut, Segal & Segal LLP
## Summary Report

GM/Motors Liquidation
10/1/2010...3/29/2011

5/5/2011
4:22:20 PM

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| **Case Status/Strategy** | | **0.5** | **142.50** |
| dperson | Dawn Person | 0.5 | 142.50 |
| **Claims** | | **5.1** | **739.50** |
| hhuget | Hailey Huget | 5.1 | 739.50 |
| **Fee Application/Fee Statements** | | **63.8** | **35,022.50** |
| atogut | Albert Togut | 2.4 | 2,244.00 |
| dperson | Dawn Person | 24.5 | 6,982.50 |
| foswald | Frank A. Oswald | 18.2 | 14,742.00 |
| lsheikh | Lara Sheikh | 13.1 | 6,812.00 |
| rmilin | Richard Milin | 2.8 | 2,002.00 |
| sratner | Scott E. Ratner | 2.8 | 2,240.00 |
| **Financial Issues (Non-Tax)** | | **0.3** | **85.50** |
| dperson | Dawn Person | 0.3 | 85.50 |
| **General** | | **0.1** | **81.00** |
| foswald | Frank A. Oswald | 0.1 | 81.00 |
| **Other Litigation** | | **811.1** | **401,954.00** |
| abrogan | Ashleigh Brogan | 1.6 | 328.00 |
| apirraglia | Anthony Pirraglia | 118.2 | 21,276.00 |
| atogut | Albert Togut | 23.5 | 21,972.50 |
| dcahir | Denise Cahir | 14.1 | 3,102.00 |
| dperson | Dawn Person | 7.4 | 2,109.00 |
| dsmith | David Smith | 26.6 | 10,108.00 |
| hhuget | Hailey Huget | 2.6 | 377.00 |
| jrubin | Jason Rubin | 113.4 | 53,865.00 |
| klaverde | Katie LaVerde | 4.0 | 580.00 |
| lsheikh | Lara Sheikh | 125.5 | 65,260.00 |
| mhamersky | Michael Hamersky | 102.8 | 35,466.00 |
| nmoss | Naomi Moss | 23.4 | 6,903.00 |
| rmilin | Richard Milin | 157.4 | 112,541.00 |
| sratner | Scott E. Ratner | 80.9 | 64,720.00 |
| sskelly | Stephanie Skelly | 9.7 | 3,346.50 |
| **Plan and Disclosure Statement** | | **4.9** | **1,843.50** |
| atogut | Albert Togut | 0.2 | 187.00 |
| lsheikh | Lara Sheikh | 0.2 | 104.00 |

1

Togut, Segal & Segal LLP

GM/Motors Liquidation  
10/1/2010...3/29/2011

Summary Report

*5/5/2011*  
*4:22:20 PM*

| ID | Name/Description | Slip Hours | Slip Amount |
|---|---|---|---|
| mhamersky | Michael Hamersky | 4.5 | 1,552.50 |
| **Post-Confirmation Matters** | | **0.4** | **114.00** |
| dperson | Dawn Person | 0.4 | 114.00 |
| | Grand Total: | 886.2 | 439,982.50 |