**EXHIBIT "2"**

IN RE MOTORS LIQUIDATION COMPANY, *et al.*,
f/k/a General Motors Corp., *et al.*,
CHAPTER 11
Case No. 09-50026 (REG)

SUMMARY OF EXPENSES OF TOGUT, SEGAL & SEGAL LLP
AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD
OCTOBER 1, 2010 THROUGH MARCH 29, 2011

| DESCRIPTION | AMOUNT |
|---|---|
| FACSIMILE TRANSMISSIONS | $ 0.22 |
| LONG DISTANCE TELEPHONE | 3.58 |
| ON-LINE RESEARCH | 59.33 |
| OVERNIGHT COURIER | 362.95 |
| PHOTOCOPIES | 1,774.66 |
| POSTAGE | 10.21 |
| TRAVEL-GROUND | 174.10 |
| MEALS | 58.10 |
| MESSENGER | 10.79 |
| **TOTAL:** | **$2,453.94** |