**HEARING DATE: TO BE DETERMINED**

| | | |
|---|---|---|
| TOGUT, SEGAL & SEGAL LLP | 1st Interim Fees Awarded: | $529,364.00 |
| One Penn Plaza | (less voluntary reduction) | ($1,989.00) |
| New York, New York 10119 | Net 1st Interim Fees Awarded: | $527,375.00 |
| Telephone: (212) 594-5000 | 1st Interim Expenses Awarded: | $ 3,107.43 |
| Facsimile: (212) 967-4258 | **Total 1st Interim Fees & Expenses Awarded:** | **$530,482.43** |
| Albert Togut | | |
| Frank A. Oswald | 2nd Interim Fees Awarded: | $113,600.00 |
| Scott E. Ratner | *(less 50% Reduction for Bill Preparation)* | ($ 486.00) |
| | (less additional voluntary reduction) | ($ 319.00) |
| *Conflicts Counsel for the Reorganized Debtors* | Net 2nd Interim Fees Awarded: | $112,795.00 |
| | 2nd Interim Expenses Awarded: | $ 581.46 |
| | **Total 2nd Interim Fees & Expenses Awarded:** | **$113,376.46** |
| | 3rd Interim Fees Sought: | $439,982.50 |
| | *(less 50% Reduction for Bill Preparation)* | ($ 1,156.50) |
| | Net 3rd Interim Fees Sought: | $438,826.00 |
| | 3rd Interim Expenses Sought: | $ 2,453.94 |
| | **Total 3rd Interim Fees & Expenses Sought:** | **$441,279.94** |

**RETAINER RECEIVED: $ 0**

**TOTAL FINAL FEES SOUGHT
(*NET VOLUNTARY REDUCTIONS*):    $1,078,996.00
TOTAL FINAL EXPENSES SOUGHT:   $6,142.83**

**TOTAL FEES AWARDED TO DATE ON AN
INTERIM BASIS (including Holdbacks): $640,170.00**

**1st Interim Fees Held Back (@10%): $52,737.50
2nd Interim Fees Held Back (@10%): $11,279.50
3rd Interim Fees Held Back (@20%): $87,996.50
TOTAL FEES HELD BACK:            $152,013.50**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re:                                          :    Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*,           :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,           :
:
            Debtors.                            :    (Jointly Administered)
:
-----------------------------------------------------------------x

**SCHEDULE OF THIRD INTERIM FEES FOR THE PERIOD: OCTOBER 1, 2010 THROUGH MARCH 29, 2011**

| Name of Professional | Year | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2010/2011 | $935 | 26.1 | $24,403.50 |
| Frank A. Oswald | 1986 | 2010/2011 | $810 | 18.3 | 14,823.00 |

| | | | | | |
|---|---|---|---|---|---|
| Scott E. Ratner | 1987 | 2010/2011 | $800 | 83.7 | 66,960.00 |
| **OF COUNSEL** | | | | | |
| Richard K. Milin | 1989 | 2010/2011 | $715 | 160.2 | 114,543.00 |
| **ASSOCIATES** | | | | | |
| Lara Sheikh | 2002 | 2010/2011 | $520 | 138.8 | 72,176.00 |
| Jason Rubin | 2004 | 2010/2011 | $475 | 113.4 | 53,865.00 |
| David Smith | 2007 | 2010/2011 | $380 | 26.6 | 10,108.00 |
| Michael D. Hamersky | 2008 | 2010/2011 | $345 | 107.3 | 37,018.50 |
| Naomi Moss | 2008 | 2010/2011 | $295 | 23.4 | 6,903.00 |
| Stephanie Skelly | 2007 | 2010/2011 | $345 | 9.7 | 3,346.50 |
| Anthony Pirraglia | 2011 | 2010/2011 | $180 | 118.2 | 21,276.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2010/2011 | $285 | 33.1 | 9,433.50 |
| Ashleigh Brogan | N/A | 2010/2011 | $205 | 1.6 | 328.00 |
| Denise Cahir | N/A | 2010/2011 | $220 | 14.1 | 3,102.00 |
| Hailey Huget | N/A | 2010/2011 | $145 | 7.7 | 1,116.50 |
| Katie LaVerde | N/A | 2010/2011 | $145 | 4.0 | 580.00 |
| **TOTALS:** | | | | 886.2 | $439,982.50 |

NOTES:

1) The Togut Firm has reduced its fees related to the preparation of monthly fee statements by 50%, for an aggregate reduction of $1,156.50 during the Third Interim Fee Period.

2) The rates charged herein are the same rates charged in all other cases on which this firm is engaged.

3) Time records are being furnished as a Supplement to the Application.

4) The Togut Firm's blended hourly rate for the Third Interim & Final Fee Period is $496.48. Over the course of this case, the Togut Firm's blended rate is $531.

5) The Togut Firm did not receive a retainer in this case.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:   (212) 967-4258
Albert Togut
Frank A. Oswald
Scott E. Ratner

*Conflicts Counsel for the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                              :
In re:                                        :  Chapter 11
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,         :  Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,         :
                                              :
                    Debtors.                  :  (Jointly Administered)
                                              :
----------------------------------------------------------------x

## SCHEDULE OF TOTAL PROFESSIONAL FEES INCURRED FOR THE PERIOD DECEMBER 21, 2009 THROUGH MARCH 29, 2011

| Name of Professional | Year | Billing Rates | Average Billing Rate | Total Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | $890 (2009) $935 (2010/2011)[1] | $933 | 69.9 | $65,212.50 |
| Frank A. Oswald | 1986 | $770 (2009) $810 (2010/2011) | $810 | 98.3 | 79,587.00 |
| Neil Berger | 1986 | $765 (2009) $805 (2010) | $779 | 6.5 | 5,064.50 |
| Scott E. Ratner | 1987 | $760 (2009) $800 (2010/2011) | $798 | 189.8 | 151,532.00 |
| **OF COUNSEL** | | | | | |
| Howard Magaliff | 1985 | $680 (2009) $720 (2010) | $705 | 5.2 | 3,668.00 |
| Richard K. Milin | 1989 | $715 (2010/2011) | $715 | 485.5 | 347,132.50 |
| **ASSOCIATES** | | | | | |
| Brian Moore | 1998 | $615 (2010/2011) | $615 | 1.9 | 1,168.50 |
| Lara Sheikh | 2002 | $520 (2010/2011) | $520 | 138.8 | 72,176.00 |
| Jason Rubin | 2004 | $475 (2010/2011) | $475 | 113.4 | 53,865.00 |

---

[1] The Togut Firm did not increase billing rates during the 2011 calendar year.

| Eric Chafetz | 2005 | $450 (2010/2011) | $450 | 201.2 | 90,540.00 |
|---|---|---|---|---|---|
| David Smith | 2007 | $380 (2010/2011) | $380 | 26.6 | 10,108.00 |
| Stephanie Skelly | 2007 | $345 (2011) | $345 | 9.7 | 3,346.50 |
| Michael D. Hamersky | 2008 | $295 (2009) $345 (2010/2011) | $343 | 306.1 | 105,004.50 |
| Naomi Moss | 2008 | $245 (2009) $295 (2010/2011) | $295 | 109.2 | 32,214.00 |
| Elyse Novikoff | 2008 | $275 (2009) | $275 | 24.3 | 6,682.50 |
| Anthony Pirraglia | 2011 | $180 (2010) | $180 | 118.2 | 21,276.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | $285 (2010/2011) | $285 | 91.0 | 25,935.00 |
| Denise Cahir | N/A | $220 (2010/2011) | $220 | 22.0 | 4,840.00 |
| Ashleigh Brogan | N/A | $205 (2010/2011) | $205 | 7.7 | 1,578.50 |
| Hailey Huget | N/A | $145 (2010/2011) | $145 | 7.7 | 1,116.50 |
| Katie LaVerde | N/A | $145 (2010/2011) | $145 | 4.0 | 580.00 |
| **LAW CLERKS** | | | | | |
| Samantha Rothman | N/A | $145 (2010) | $145 | 2.2 | 319.00 |
| **TOTALS:** | | | **$531** | **2039.2** | **1,082,946.50**[2] |

---

[2] The Togut firm reduced it's fees relating to monthly fee statements by 50% during each fee period covered under this application in the aggregate amount of $3,542.50. The Togut firm has also voluntarily reduced certain miscellaneous fees identified by the Fee Examiner in the aggregate amount of $408. The Togut Firm's total voluntary reductions over the course of the case is $3,950.50.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119
Telephone:  (212) 594-5000
Facsimile:   (212) 967-4258
Albert Togut
Frank A. Oswald
Scott E. Ratner

*Conflicts Counsel for the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                              :
In re:                                        :   Chapter 11
                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,         :   Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,         :
                                              :
                          Debtors.            :   (Jointly Administered)
                                              :
-----------------------------------------------------------------x

**SUMMARY OF FEES BY PROJECT CATEGORY FOR THE PERIOD
DECEMBER 21, 2009 THROUGH MARCH 29, 2011**

| Project Category | Total Hours Billed | Total Fees |
|---|---|---|
| Automatic Stay Issues | 63.1 | $22,855.50 |
| Case Status/Strategy | 19.3 | 7,932.50 |
| Claims | 227.7 | 112,950.00 |
| Counterparty Contract Issues | 21.9 | 9,536.00 |
| Fee Applications/ Fee Statements | 117.8 | 58,856.00 |
| Financial Issues | .3 | 85.50 |
| General | 2.9 | 2,994.50 |
| Non Real Property Lease Executory Contracts | 59.3 | 29,439.50 |
| Other Litigation | 1,495.1 | 821,671.00 |

| | | |
|---|---|---|
| Plan & Disclosure Statement | 4.9 | 1,843.50 |
| Post-Confirmation Matters | .4 | 114.00 |
| Retention of Professionals | 11.1 | 9,538.50 |
| Setoff Issues | 11.4 | 5,130.00 |
| TOTALS: | 2039.2 | 1,082,946.50[3] |

---

[3] The Togut firm reduced it's fees relating to monthly fee statements by 50% during each fee period covered under this application in the aggregate amount of $3,542.50. The Togut firm has also voluntarily reduced certain miscellaneous fees identified by the Fee Examiner in the aggregate amount of $408. The Togut Firm's total voluntary reductions over the course of the case is $3,950.50.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut
Frank A. Oswald
Scott E. Ratner

*Conflicts Counsel for the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re:                                                                   :    Chapter 11
                                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
f/k/a General Motors Corp., *et al.*,                :
                                                                             :
                                        Debtors.                 :    (Jointly Administered)
                                                                             :
------------------------------------------------------------x

**SUMMARY OF EXPENSES BY CATEGORY FOR THE PERIOD
DECEMBER 21, 2009 THROUGH MARCH 29, 2011**

| EXPENSE CATEGORY | TOTAL EXPENSE |
|---|---:|
| Facsimile | $5.23 |
| Meals | 77.35 |
| Messenger | 27.59 |
| Miscellaneous | 47.82 |
| Online Research | 2,538.70 |
| Overnight Courier | 809.67 |
| Photocopies | 2,321.56 |
| Postage | 18.54 |
| Telephone | 115.97 |
| Travel-Ground | 180.40 |
| **TOTALS:** | **$6,142.83** |