**EXHIBIT C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY BUTZEL LONG FOR THE FIFTH INTERIM
PERIOD OF OCTOBER 1, 2010 THROUGH MARCH 31, 2011[1]**

| EXPENSES | AMOUNT |
|---|---|
| Copies | $3,105.60[2] |
| Local Travel | $833.74[3] |
| Third Party Service Fees | $38,840.28[4] |
| Express Delivery | $655.99 |
| Computer Research | $15,905.76 |
| Messengers | $87.70[5] |
| PACER | $31.44 |
| Meal Expenses (x2) | $40.00 |
| **TOTAL** | **$59,500.51** |

---

[1] See attached detailed breakdown of all expenses including the date incurred, amount and description thereof as well as the individual who incurred such expense and the project code related thereto.

[2] These charges reflect a fee of $0.10 per copy.

[3] On each of the following dates, Katie Cooperman incurred $20.00 on transportation leaving the office at night after performing required work on the following matters: Nova Scotia (10/13/10, 10/16/10, 10/18/10, 12/14/10, 1/6/11, 1/11/11, 1/12/11, 1/19/11, 1/26/11, 1/31/11, 2/1/11, 2/2/11, 2/4/11, 2/7/11, 2/8/11, 2/9/11, 2/15/11, 2/16/11, 2/17/11, 2/18/11, 2/21/11, 2/24/11, 3/8/11, 3/9/11, 3/10/11, 3/23/11); JPMorgan (12/1/10, 12/7/10, 12/9/10); Fee Application (11/15/10). On December 2, 2010, Katie Cooperman incurred $30.96 on transportation leaving the office at night after performing required work on the JPMorgan matter. On December 3, 2010, Katie Cooperman incurred $30.96 on transportation to the Bankruptcy Court transporting documents for the JPMorgan matter. On each of the following dates, Katie Cooperman incurred $4.50 on subway fare to and from the Bankruptcy Court for the following matters: Fee Hearing (10/26/10); Disclosure Statement Hearing (10/28/10); Nova Scotia (12/15/2010). On December 15, 2010 Katie Cooperman incurred $11.60 on transportation to the office transporting documents for the Nova Scotia matter. On each of the following dates, Eric Fisher incurred expenses on transportation leaving the office at night after performing required work on the following matters: Nova Scotia (10/13/10-$39.66; 11/15/10- $31.00; 1/21/11-$50.00); JPMorgan (12/3/10-$26.06).

[4] These charges reflect disbursements made as follows: $190.70 and $172.70 to Veritext New York Reporting Co. in connection with ordering transcripts, $1,061.25 to Work Product, Inc. in connection with binder preparation for the JPMorgan summary judgment hearing, and $8,614.64 and $28,800.99 to Xact Data Discovery in connection with the Relativity database hosting and sorting discovery for the Nova Scotia matter.

[5] These charges reflect six disbursements made by BL, five in the amount of $13.75 and one in the amount of $18.95, to Avant Business Services in connection with the hand delivery of documents to the Bankruptcy Court.

09-50026-mg   Doc 10241-3   Filed 05/16/11   Entered 05/16/11 12:41:02   Exhibit C to
Butzel Long Fifth Interim and Final Fee Application   Pg 3 of 7
October 1, 2010 through March 31, 2011
Disbursements Detail

| Project Code | Date | Description | Amount |
|---|---|---|---|
| 0001 | 11/1/10-11/30/10 | Copies | $49.20 |
| 0001 | 10/28/2010 | Travel Expenses-subway to and from court re: DS hearing (Katie Cooperman) | $4.50 |
| 0001 | 11/19/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $41.92 |
|  |  | Total: | $95.62 |
| 0002 | 10/1/10-10/31/10 | Copies | $1.40 |
|  |  | Total: | $1.40 |
| 0005 | 10/1/10-10/31/10 | Copies | $110.10 |
| 0005 | 11/1/10-11/30/10 | Copies | $68.60 |
| 0005 | 12/1/10-12/31/10 | Copies | $33.30 |
| 0005 | 1/1/11-1/31/11 | Copies | $62.50 |
| 0005 | 2/1/11-2/28/11 | Copies | $103.90 |
| 0005 | 3/1/11-3/31/11 | Copies | $62.40 |
| 0005 | 9/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.64 |
| 0005 | 9/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $18.01 |
| 0005 | 9/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.27 |
| 0005 | 9/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.64 |
| 0005 | 9/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.64 |
| 0005 | 10/26/2010 | Travel Expenses-subway to and from court re: fee hearing (Katie Cooperman) | $4.50 |
| 0005 | 10/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $18.14 |
| 0005 | 10/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.39 |
| 0005 | 10/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.73 |
| 0005 | 10/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.73 |
| 0005 | 10/28/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.73 |
| 0005 | 11/15/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $12.25 |
| 0005 | 11/15/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $12.25 |
| 0005 | 11/15/2010 | Travel Expenses-draft fee application (Katie Cooperman) | $20.00 |
| 0005 | 11/19/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $11.86 |
| 0005 | 11/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $17.45 |
| 0005 | 11/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.78 |
| 0005 | 11/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.78 |
| 0005 | 11/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $13.78 |
| 0005 | 11/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $18.20 |
| 0005 | 1/28/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.03 |
| 0005 | 1/28/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $16.16 |
| 0005 | 1/28/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.03 |
| 0005 | 1/28/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.03 |
| 0005 | 1/28/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $15.15 |
| 0005 | 2/25/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.10 |
| 0005 | 2/25/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $22.00 |
| 0005 | 2/25/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $16.27 |
| 0005 | 2/25/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.10 |
| 0005 | 2/25/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.10 |
| 0005 | 3/2/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.38 |
| 0005 | 3/3/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $16.34 |
| 0005 | 3/11/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $15.35 |

09-50026-mg    Doc 10241-3    Filed 05/16/11    Entered 05/16/11 12:41:02    Exhibit C to
Butzel Long Fifth Interim and Final Fee Application    Pg 4 of 7
October 1, 2010 through March 31, 2011
Disbursements Detail

| 0005 | 3/11/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.18 |
|---|---|---|---|
| 0005 | 3/11/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.18 |
| 0005 | 3/11/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $16.38 |
| 0005 | 3/11/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $12.18 |
| 0005 | 3/14/2011 | Express Delivery Charges-Federal Express (Barry Seidel) | $14.35 |
| | | Total: | $979.88 |
| 0006 | 10/1/10-10/31/10 | Copies | $11.60 |
| 0006 | 11/1/10-11/30/10 | Copies | $1.20 |
| 0006 | 12/1/10-12/31/10 | Copies | $65.40 |
| 0006 | 1/1/11-1/31/11 | Copies | $8.00 |
| 0006 | 8/26/2010 | Messenger Fees-Avant Business Services | $18.95 |
| 0006 | 10/5/2010 | Computer Research-Westlaw (Katie Cooperman) | $114.72 |
| 0006 | 10/28/2010 | Express Delivery Charges-Federal Express (Eric Fisher) | $8.41 |
| 0006 | 11/19/2010 | Computer Research-Westlaw (Katie Cooperman) | $3.40 |
| 0006 | 11/19/2010 | Computer Research-Westlaw (Katie Cooperman) | $32.67 |
| 0006 | 11/22/2010 | Computer Research-Westlaw (Katie Cooperman) | $49.09 |
| 0006 | 11/22/2010 | Computer Research-Westlaw (Katie Cooperman) | $107.37 |
| 0006 | 11/30/2010 | Computer Research-Westlaw (Katie Cooperman) | $58.66 |
| 0006 | 12/1/2010 | Computer Research-Westlaw (Katie Cooperman) | $362.14 |
| 0006 | 12/1/2010 | Third-Party Vendor-Document Copy Charge | $1,061.25 |
| 0006 | 12/1/2010 | Travel Expenses-prepare for oral argument (Katie Cooperman) | $20.00 |
| 0006 | 12/2/2010 | Computer Research-Westlaw (Katie Cooperman) | $23.41 |
| 0006 | 12/3/2010 | Travel Expenses-prepare for oral argument (Eric Fisher) | $26.06 |
| 0006 | 12/3/2010 | Computer Research-Westlaw (Katie Cooperman) | $33.20 |
| 0006 | 12/3/2010 | Travel Expenses-transport documents to Court-oral argument (Katie Cooperman) | $30.96 |
| 0006 | 12/7/2010 | Computer Research-Westlaw (Katie Cooperman) | $822.90 |
| 0006 | 12/7/2010 | Computer Research-Westlaw (Katie Cooperman) | $127.38 |
| 0006 | 12/7/2010 | Travel Expenses-prepare for oral argument (Katie Cooperman) | $20.00 |
| 0006 | 12/9/2010 | Travel Expenses-prepare for oral argument (Katie Cooperman) | $20.00 |
| 0006 | 12/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $201.97 |
| 0006 | 12/10/2010 | Computer Research-Westlaw (Katie Cooperman) | $1,079.76 |
| 0006 | 12/13/2010 | Computer Research-Westlaw (Katie Cooperman) | $22.05 |
| 0006 | 12/15/2010 | Computer Research-Westlaw (Katie Cooperman) | $49.80 |
| 0006 | 12/16/2010 | Computer Research-Westlaw (Katie Cooperman) | $40.69 |
| 0006 | 12/17/2010 | Messenger Fees-Avant Business Services | $13.75 |
| 0006 | 12/2/2010 | Travel Expenses-prepare for oral argument (Katie Cooperman) | $30.96 |
| 0006 | 1/19/2011 | PACER | $20.32 |
| | | Total: | $4,486.07 |
| 0007 | 10/1/10-10/31/10 | Copies | $101.00 |
| 0007 | 11/1/10-11/30/10 | Copies | $352.80 |
| 0007 | 12/1/10-12/31/10 | Copies | $644.80 |
| 0007 | 1/1/11-1/31/11 | Copies | $619.40 |
| 0007 | 2/1/11-2/28/11 | Copies | $546.60 |
| 0007 | 3/1/11-3/31/11 | Copies | $249.60 |
| 0007 | 10/13/2010 | Travel Expenses-work on Nova Scotia Matter (Katie Cooperman) | $20.00 |
| 0007 | 10/15/2010 | Computer Research-Westlaw (Katie Cooperman) | $306.69 |

09-50026-mg    Doc 10241-3    Filed 05/16/11    Entered 05/16/11 12:41:02    Exhibit C to
Butzel Long Fifth Interim and Final Fee Application    Pg 5 of 7
October 1, 2010 through March 31, 2011
Disbursements Detail

| 0007 | 10/15/2010 | Computer Research-Westlaw (Katie Cooperman) | $76.21 |
|---|---|---|---|
| 0007 | 10/19/2010 | Computer Research-Westlaw (Katie Cooperman) | $224.29 |
| 0007 | 10/13/2010 | Travel Expenses-draft memorandum to Committee (Eric Fisher) | $39.66 |
| 0007 | 10/21/2010 | Messenger Fees-Avant Business Services | $13.75 |
| 0007 | 10/29/2010 | Express Delivery Charges-Federal Express (Katie Cooperman) | $11.80 |
| 0007 | 11/12/2010 | Messenger Fees-Avant Business Services | $13.75 |
| 0007 | 11/15/2010 | Travel Expenses-revise objection (Eric Fisher) | $31.00 |
| 0007 | 11/16/2010 | Computer Research-Westlaw (Katie Cooperman) | $262.12 |
| 0007 | 11/16/2010 | Travel Expenses-draft objection (Katie Cooperman) | $20.00 |
| 0007 | 11/18/2010 | Travel Expenses-draft objection (Katie Cooperman) | $20.00 |
| 0007 | 11/21/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $234.77 |
| 0007 | 11/22/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $107.25 |
| 0007 | 11/23/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $218.56 |
| 0007 | 11/26/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $121.80 |
| 0007 | 11/27/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $50.90 |
| 0007 | 11/28/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $63.29 |
| 0007 | 11/29/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $59.89 |
| 0007 | 12/2/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $207.95 |
| 0007 | 12/3/2010 | Transcripts-oral argument transcript | $190.70 |
| 0007 | 12/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $31.03 |
| 0007 | 12/9/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $92.55 |
| 0007 | 12/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $76.21 |
| 0007 | 12/9/2010 | Computer Research-Westlaw (Katie Cooperman) | $890.47 |
| 0007 | 12/14/2010 | Travel Expenses-prepare for status conference (Katie Cooperman) | $20.00 |
| 0007 | 12/14/2010 | Computer Research-Westlaw (Katie Cooperman) | $1,760.00 |
| 0007 | 12/15/2010 | Transcripts-status conference transcript | $172.70 |
| 0007 | 12/15/2010 | Travel Expenses-transport documents to office (Katie Cooperman) | $11.60 |
| 0007 | 12/15/2010 | Travel Expenses-subway to/from Court re: status conference (Katie Cooperman) | $4.50 |
| 0007 | 12/15/2010 | Computer Research-Westlaw (Katie Cooperman) | $223.33 |
| 0007 | 12/17/2010 | Messenger Fees-Avant business Services | $13.75 |
| 0007 | 12/23/2010 | Messenger Fees-Avant business Services | $13.75 |
| 0007 | 12/30/2010 | Computer Research-Westlaw (Maria Caceres-Boneau) | $10.62 |
| 0007 | 1/6/2011 | Travel Expenses-draft document requests (Katie Cooperman) | $20.00 |
| 0007 | 1/11/2011 | Travel Expenses-work on e-discovery issues (Katie Cooperman) | $20.00 |
| 0007 | 1/12/2011 | Travel Expenses-prepare for 1/14/11 meeting (Katie Cooperman) | $20.00 |
| 0007 | 1/12/2011 | Travel Expenses-review e-discovery (Eric Fisher) | $50.00 |
| 0007 | 1/13/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $367.59 |
| 0007 | 1/13/2011 | Computer Research-Westlaw (Katie Cooperman) | $117.91 |
| 0007 | 1/17/2011 | Computer Research-Westlaw (Katie Cooperman) | $125.53 |
| 0007 | 1/18/2011 | Computer Research-Westlaw (Emily Daniels) | $18.75 |
| 0007 | 1/18/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $544.23 |
| 0007 | 1/19/2011 | PACER | $2.72 |
| 0007 | 1/19/2011 | Travel Expenses-revise discovery letter (Katie Cooperman) | $20.00 |
| 0007 | 1/19/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $104.27 |
| 0007 | 1/19/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $304.87 |
| 0007 | 1/20/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $404.92 |

09-50026-mg    Doc 10241-3    Filed 05/16/11    Entered 05/16/11 12:41:02    Exhibit C to
Butzel Long Fifth Interim and Final Fee Application    Pg 6 of 7
October 1, 2010 through March 31, 2011
Disbursements Detail

| 0007 | 1/20/2011 | PACER | $6.72 |
|---|---|---|---|
| 0007 | 1/21/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $219.93 |
| 0007 | 1/24/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $164.54 |
| 0007 | 1/25/2011 | Computer Research-Westlaw (Fritz Capria) | $10.58 |
| 0007 | 1/25/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $423.83 |
| 0007 | 1/25/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $139.08 |
| 0007 | 1/26/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $123.03 |
| 0007 | 1/26/2011 | Travel Expenses-draft 3018 objection (Katie Cooperman) | $20.00 |
| 0007 | 1/27/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.78 |
| 0007 | 1/28/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $18.64 |
| 0007 | 1/31/2011 | Travel Expenses-draft discovery letter (Katie Cooperman) | $20.00 |
| 0007 | 1/31/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $249.73 |
| 0007 | 2/1/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $201.43 |
| 0007 | 2/1/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $283.49 |
| 0007 | 2/1/2011 | Travel Expenses-review discovery (Katie Cooperman) | $20.00 |
| 0007 | 2/2/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $99.07 |
| 0007 | 2/2/2011 | Computer Research-Westlaw (Katie Cooperman) | $135.88 |
| 0007 | 2/2/2011 | Computer Research-Westlaw (Katie Cooperman) | $81.66 |
| 0007 | 2/2/2011 | Travel Expenses-research (Katie Cooperman) | $20.00 |
| 0007 | 2/3/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $252.86 |
| 0007 | 2/3/2011 | Computer Research-Westlaw (Katie Cooperman) | $46.82 |
| 0007 | 2/4/2011 | Travel Expenses-draft discovery requests (Katie Cooperman) | $20.00 |
| 0007 | 2/7/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $16.60 |
| 0007 | 2/7/2011 | Travel Expenses-draft discovery requests (Katie Cooperman) | $20.00 |
| 0007 | 2/8/2011 | Travel Expenses-draft discovery requests (Katie Cooperman) | $20.00 |
| 0007 | 2/9/2011 | Travel Expenses-draft discovery requests (Katie Cooperman) | $20.00 |
| 0007 | 2/10/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $129.96 |
| 0007 | 2/11/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $63.28 |
| 0007 | 2/13/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $106.83 |
| 0007 | 2/14/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $41.92 |
| 0007 | 2/15/2011 | Travel Expenses-document review (Katie Cooperman) | $20.00 |
| 0007 | 2/16/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.85 |
| 0007 | 2/16/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.85 |
| 0007 | 2/16/2011 | Travel Expenses-document review (Katie Cooperman) | $20.00 |
| 0007 | 2/16/2011 | Third-Party Vendor-Xact Data Discovery | $28,800.99 |
| 0007 | 2/17/2011 | Computer Research-Westlaw (Maria Caceres-Boneau) | $41.92 |
| 0007 | 2/17/2011 | Travel Expenses-document review (Katie Cooperman) | $20.00 |
| 0007 | 2/18/2011 | Third-Party Vendor-Xact Data Discovery | $2,976.66 |
| 0007 | 2/18/2011 | Travel Expenses-document review (Katie Cooperman) | $20.00 |
| 0007 | 2/21/2011 | Travel Expenses-document review (Katie Cooperman) | $20.00 |
| 0007 | 2/23/2011 | Third-Party Vendor-Xact Data Discovery | $600.00 |
| 0007 | 2/24/2011 | Third-Party Vendor-Xact Data Discovery | $475.00 |
| 0007 | 2/24/2011 | Travel Expenses-document review (Katie Cooperman) | $20.00 |
| 0007 | 2/28/2011 | Third-Party Vendor-Xact Data Discovery | $3,907.50 |
| 0007 | 2/28/2011 | Third-Party Vendor-Xact Data Discovery | $257.55 |
| 0007 | 3/1/2011 | Express Delivery Charges-Federal Express (Eric Fisher) | $7.38 |

09-50026-mg    Doc 10241-3    Filed 05/16/11    Entered 05/16/11 12:41:02    Exhibit C to
Butzel Long Fifth Interim and Final Fee Application    Pg 7 of 7
October 1, 2010 through March 31, 2011
Disbursements Detail

| 0007 | 3/1/2011 | Express Delivery Charges-Federal Express (Eric Fisher) | $9.67 |
|---|---|---|---|
| 0007 | 3/8/2011 | Travel Expenses-revise plan (Katie Cooperman) | $20.00 |
| 0007 | 3/8/2011 | Computer Research-Westlaw (Katie Cooperman) | $86.15 |
| 0007 | 3/9/2011 | Meal Expenses-discovery review (Katie Cooperman) | $20.00 |
| 0007 | 3/9/2011 | Travel Expenses-discovery review (Katie Cooperman) | $20.00 |
| 0007 | 3/9/2011 | Computer Research-Westlaw (Katie Cooperman) | $42.87 |
| 0007 | 3/10/2011 | Meal Expenses-discovery review (Katie Cooperman) | $20.00 |
| 0007 | 3/10/2011 | Travel Expenses-discovery review (Katie Cooperman) | $20.00 |
| 0007 | 3/14/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.93 |
| 0007 | 3/14/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.93 |
| 0007 | 3/17/2011 | Computer Research-Westlaw (Fritz Capria) | $40.56 |
| 0007 | 3/19/2011 | Third-Party Vendor-Xact Data Discovery | $397.93 |
| 0007 | 3/21/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.93 |
| 0007 | 3/21/2011 | Express Delivery Charges-Federal Express (Katie Cooperman) | $7.93 |
| 0007 | 3/23/2011 | Travel Expenses-draft discovery letter (Katie Cooperman) | $20.00 |
| 0007 | 3/23/2011 | Computer Research-Westlaw (D. Orlandoni) | $223.37 |
| 0007 | 3/24/2011 | Computer Research-Westlaw (D. Orlandoni) | $129.20 |
| 0007 | 3/24/2011 | Computer Research-Westlaw (M. Boneau) | $56.62 |
| 0007 | 3/25/2011 | Computer Research-Westlaw (D. DeVine) | $264.82 |
| 0007 | 3/29/2011 | Computer Research-Westlaw (D. DeVine) | $1,782.14 |
| 0007 | 3/29/2011 | Computer Research-Westlaw (Katie Cooperman) | $16.60 |
| 0007 | 3/30/2011 | Computer Research-Westlaw (Katie Cooperman) | $156.56 |
| 0007 | 3/30/2011 | Computer Research-Westlaw (D. DeVine) | $78.66 |
| | | Total: | $53,873.11 |
| 0008 | 10/1/10-10/31/10 | Copies | $5.80 |
| 0008 | 11/1/10-11/30/10 | Copies | $5.20 |
| 0008 | 1/19/2011 | PACER | $1.68 |
| | | Total: | $12.68 |
| 0010 | 12/1/10-12/31/10 | Copies | $2.80 |
| 0010 | 12/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $9.91 |
| 0010 | 12/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $14.40 |
| 0010 | 12/29/2010 | Express Delivery Charges-Federal Express (Barry Seidel) | $24.64 |
| | | Total: | $51.75 |
| | | Grand Total: | $59,500.51 |