# EXHIBIT D

## SUMMARY OF SERVICES BY PROJECT CODE FOR SERVICES RENDERED BY BUTZEL LONG FOR FIFTH INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH MARCH 31, 2011

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT (FEES + EXPENSES) |
|---|---|---|---|
| 0001 | General Advice | 8.3 | $4,623.62 |
| 0002 | Retention of Butzel Long | 14.2 | $6,050.40 |
| 0005 | Butzel Long Fee Applications and Monthly Budgets | 66.3 | $26,626.88 |
| 0006 | JPMorgan Avoidance Complaint | 180.2 | $93,267.57 |
| 0007 | General Motors Nova Scotia Finance Company | 1,306.0 | $619,229.11 |
| 0008 | Defending Fee Applications | 16.6 | $7,273.68 |
| 0010 | Monthly Fee Statements Less 50% Adjustment | 28.2 | $11,541.75 ($5,745.00) |
| **TOTAL** | | **1,619.8** | **$762,868.01** |