# EXHIBIT E

# SUMMARY OF THE FINAL FEE APPLICATION
# OF BUTZEL LONG FOR SERVICES RENDERED FOR THE
# COMPENSATION PERIOD JUNE 10, 2009 THROUGH MARCH 31, 2011

| Shareholders<br><br>Name and Location of Professional: | Department(s) and Year Admitted [1] | Hourly Billing Rate [2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Regina M. Alter (New York) | LIT | $440.00 | 0.8 | $352.00 |
| Richard Brosnick (New York) | LIT - 1997 | $490.00 | 8.5 | $4,165.00 |
| Ross Ellick (New York) | LIT - 1989 | $495.00 - $525.00 | 49.6 | $25,977.00 |
| Eric Fisher (New York) | BK, LIT - 1996 | $525.00 - $575.00 | 999.4 | $529,975.00 |
| Jane Greyf (New York) | CORP - 1999 | $590.00 | 2.1 | $1,239.00 |
| Cynthia J. Haffey (Michigan) | LIT - 1997 | $390.00 | 0.5 | $195.00 |
| Christopher Nelson (Michigan) | LIT - 1995 | $350.00 | 18.9 | $6,615.00 |
| Samuel M. Ofsevit (New York) | RE - 1981 | $475.00 | 0.2 | $95.00 |
| Thomas B. Radom (Michigan) | BK - 1974 | $475.00 | 3.1 | $1,472.50 |
| Claudia Rast (Michigan) | LIT - 1987 | $400.00 | 20.2 | $8,080.00 |
| Barry N. Seidel (New York) | BK - 1978 | $725.00 - $750.00 | 442.8 | $321,942.50 |
| Robert Sidorsky (New York) | BK, LIT - 1983 | $625.00 | 48.3 | $30,187.50 |
| E. Dale Wilson (Michigan) | CORP, RE - 1999 | $285.00 - $335.00 | 8.2 | $2,417.00 |
| **Total** | | | **1602.6** | **$932,712.50** |

---

[1]    BK – Bankruptcy, CORP – Corporate, IP – Intellectual Property, LIT – Litigation, RE – Real Estate.

[2]    As of the periods beginning January 1, 2010 and January 1, 2011, Butzel Long has billed all professionals and paraprofessionals at their standard 2010 and 2011 rates, as applicable.

| Counsel<br><br>Name and Location of Professional: | Department and Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert Sidorsky[3] (New York) | BK, LIT - 1983 | $535.00 | 5.0 | $2,675.00 |
| **Total** | | | **5.0** | **$2,675.00** |

| Senior Attorney<br><br>Name and Location of Professional: | Department and Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William J. Kohler (Michigan) | CORP - 1986 | $410.00 | 7.9 | $3,239.00 |
| **Total** | | | **7.9** | **$3,239.00** |

| Associates<br><br>Name and Location of Professional: | Department and Year Admitted | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Maria Caceres-Boneau (New York) | LIT - 2008 | $325.00 - $335.00 | 331.0 | $108,789.00 |
| Katie L. Cooperman (New York) | BK, CORP - 2006 | $350.00 - $425.00 | 2209.4 | $878,124.00 |
| David J. DeVine (Michigan) | BK, LIT - 2006 | $285.00 - $300.00 | 38.4 | $11,488.50 |
| Jennifer A. Dukarski (Michigan) | IP, LIT - 2010 | $225.00 | 1.5 | $337.50 |
| Orlee Goldfeld (New York) | BK, LIT - 1999 | $360.00 - $435.00 | 37.7 | $13,601.50 |
| Omer Granit (New York) | CORP - 2008 | $325.00 | 32.5 | $10,562.50 |
| Donald Orlandoni (Michigan) | BK, LIT - 2007 | $240.00 - $275.00 | 64.2 | $17,525.50 |
| Laura Tedesco (Michigan) | CORP - 2009 | $215.00 - $235.00 | 18.3 | $4,062.50 |
| **Total** | | | **2733.0** | **$1,044,491.00** |

---

[3] On or about January 27, 2010, Mr. Sidorsky became a shareholder. Prior to this date, he was employed as counsel.

| Paraprofessionals<br><br>Name and Location of Paraprofessional: | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frederick Capria (New York) | LIT | $235.00 - $270.00 | 326.5 | $79,679.50 |
| Vanessa Lozzi (Michigan) | LIT | $175.00 | 2.0 | $350.00 |
| Deanna Mejia (Michigan) | LIT | $140.00 | 6.2 | $868.00 |
| Michelle Martinez (New York) | LIT | $150.00 | 3.7 | $555.00 |
| Michelle Ann Pleban (Michigan) | LIT | $155.00 - $165.00 | 9.7 | $1,548.50 |
| Tonia Borg Renko (Michigan) | LIT | $165.00 | 1.2 | $198.00 |
| Alexis Richards (Michigan) | LIT | $150.00 - $165.00 | 2.1 | $340.50 |
| Kimberly Schoening (Michigan) | LIT | $135.00 - $140.00 | 25.1 | $3,438.00 |
| Stephanie Shattuck (Michigan) | LIT | $180.00 | 39.6 | $7,128.00 |
| **Total** | | | **416.1** | **$94,105.50** |

| Summer Associates<br><br>Name and Location of Professional: | Department[4] | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andre Garron (New York) | SA* | $175.00 | 5.3 | $927.50 |
| Max Heuer (New York) | SA* | $175.00 | 1.0 | $175.00 |
| **Total** | | | **6.3** | **$1,102.50** |

---

[4]    SA – Summer Associate, * Not yet admitted to the bar.

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Shareholders | $582.00 | 1602.6 | $932,712.50 |
| Counsel | $535.00 | 5.0 | $2,675.00 |
| Senior Attorney | $410.00 | 7.9 | $3,239.00 |
| Associates | $382.18 | 2733.0 | $1,044,491.00 |
| Paraprofessionals | $226.16 | 416.1 | $94,105.50 |
| Summer Associates | $175.00 | 6.3 | $1,102.50 |
| **Total Fees Incurred** | | **4,770.9** | **$2,078,325.50** |
| **Blended Attorney Rate** | **$456.05** | | |
| | | | |
| **Total Fees Incurred** | | | **$2,078,325.50** |
| **Less 50% Adjustment[5]** | | | **($14,619.75)** |
| **Less Further Adjustments[6]** | | | **($17,096.69)** |
| **Total Fees Requested** | | **4,770.9** | **$2,046,609.06** |

---

[5]    BL has only requested 50% of fees incurred in connection with its preparation of monthly fee statements.

[6]    Reduction comprised of (i) $1,102.50 for fees incurred by BL summer associates, (ii) $2,811.44 for vague time entries, (iii) $4,102.50 for multiple attendees at various hearings, (iv) $303.00 for a billing rate error, (v) $144.00 for clerical and administrative tasks, (vi) $5,058.00 for the fee review process, and (vii) $3,575.25 for compensation matters unrelated to fee applications.