# EXHIBIT F

**SUMMARY OF ACTUAL AND NECESSARY
EXPENSES INCURRED BY BUTZEL LONG FOR
JUNE 10, 2009 THROUGH MARCH 31, 2011**

| EXPENSES | AMOUNT |
|---|---|
| Copies | 10,411.80 |
| Local Travel | $1,724.37 |
| Third Party Service Fees | $50,951.03 |
| Subpoena Service | $76.80 |
| Deposition Lunch | $307.66 |
| Document Productions | $2,053.10 |
| EPIQ | $28,192.11 |
| Express Delivery | $2,196.28 |
| Computer Research | $47,205.64 |
| Messengers | $155.20 |
| Lien Search | $109.00 |
| Out of Town Meals | $294.15 |
| Out of Town Travel and Lodging | $1,950.93 |
| Overtime | $112.31 |
| PACER | $365.60 |
| Postage | $17.49 |
| Local Meal Expenses | $270.53 |
| **TOTAL** | **$146,394.00** |
| **LESS ADJUSTMENT**[1] | **($1,636.83)** |
| **TOTAL REQUESTED** | **$144,757.17** |

---

[1] Reduction comprised of (i) $222.00 for travel, (ii) $1,285.60 for copy charges at $0.18 per page and (iii) $129.23 for meals.