# EXHIBIT G

## SUMMARY OF SERVICES BY PROJECT CODE FOR
## SERVICES RENDERED BY BUTZEL LONG FOR
## JUNE 10, 2009 THROUGH MARCH 31, 2011

| PROJECT CODE | PROJECT DESCRIPTION | HOURS | AMOUNT (FEES + EXPENSES) |
|---|---|---|---|
| 0001 | General Advice | 46.7 | $27,370.47 |
| 0002 | Retention of Butzel Long | 121.3 | $72,091.93 |
| 0003 | Supplier Issues | 53.0 | $35,300.64 |
| 0004 | Conflict Issues | 2.3 | $1,554.14 |
| 0005 | Butzel Long Fee Applications and Monthly Budgets | 326.1 | $120,310.45 |
| 0006 | JPMorgan Avoidance Complaint | 1,920.0 | $883,106.22 |
| 0007 | General Motors Nova Scotia Finance Company | 2,140.0 | $1,018,958.32 |
| 0008 | Defending Fee Applications | 83.8 | $37,401.44 |
| 0010 | Monthly Fee Statements Less 50% Adjustment | 77.7 | $29,291.25 ($14,619.75) |
| **TOTAL** | | | **$2,210,765.11** |
| **LESS FURTHER ADJUSTMENTS**[1] | | | **($19,398.88)** |
| **TOTAL REQUESTED** | | **4,770.9** | **$2,191,366.23** |

---

[1] Reduction comprised of (i) $1,102.50 for fees incurred by BL summer associates, (ii) $2,811.44 for vague time entries, (iii) $4,102.50 for multiple attendees at various hearings, (iv) $303.00 for a billing rate error, (v) $144.00 for clerical and administrative tasks, (vi) $5,058.00 for the fee review process, (vii) $3,575.25 for compensation matters unrelated to fee applications, (viii) $222.00 for travel, (ix) $1,285.60 for copy charges at $0.18 per page, (x) $129.23 for meals and (xi) $665.36 for a credit applied by BL relating to copies.