# EXHIBIT H

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484844

Account Number 000141216-0001

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| Timekeeper | | | | Total |
| **Shareholder** | | | | |
| Eric Fisher | 0.50 | hours at | $525.00 | $262.50 |
| Barry N. Seidel | 0.40 | hours at | $725.00 | $290.00 |
| Total For Shareholder | 0.90 | | | $552.50 |
| **Associate** | | | | |
| Katie L. Cooperman | 0.30 | hours at | $395.00 | $118.50 |
| Total For Associate | 0.30 | | | $118.50 |

| Disbursements | |
|---|---|
| Description | Total |
| Travel Expenses | $4.50 |
| **Total Disbursements** | **$4.50** |

| | |
|---|---|
| Current Fees: | 671.00 |
| Current Disbursements: | 4.50 |
| Total Current Invoice: | 675.50 |
| **Total Balance Due:** | **$675.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484844

Account Number: 0001 41216-0001

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/08/10 | BNS | Review committee objection re: DS as it relates to JPM and Novia Scotia. | 0.40 |
| 10/12/10 | E.F. | Review filing by the Junsos concerning motion for leave to late file a proof of claim. | 0.50 |
| 10/20/10 | KLC | Correspondence from L. Macksoud (KLNF) re: Committee call materials (0.1); correspondence from J. Sharret (KLNF) re: GUC trust agreement comments (0.2). | 0.30 |

**PROFESSIONAL SERVICES**          **671.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No 5

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484845

Account Number 000141216-0002

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
### RE: RETENTION OF BUTZEL LONG

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| | | | | |
| Shareholder | | | | |
| Eric Fisher | 2.60 | hours at | $525.00 | $1,365.00 |
| Total For Shareholder | 2.60 | | | $1,365.00 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 8.20 | hours at | $395.00 | $3,239.00 |
| Total For Associate | 8.20 | | | $3,239.00 |
| | | | | |
| Paralegal II | | | | |
| Frederick Capria | 0.20 | hours at | $245.00 | $49.00 |
| Total For Paralegal II | 0.20 | | | $49.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $1.40 |
| **Total Disbursements** | **$1.40** |

| | |
|---|---|
| Current Fees: | 4,653.00 |
| Current Disbursements: | 1.40 |
| Total Current Invoice: | 4,654.40 |
| **Total Balance Due:** | **$4,654.40** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation.*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484845

Account Number: 000141216-0002

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: RETENTION OF BUTZEL LONG**

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 10/21/10 | FJC | Research re Butzel Retention Application [.1]; forward images of same to S. Litvinko for printout per K. Cooperman instructions (.1). | 0.20 |
| 10/22/10 | E.F. | Teleconference with Canadian counsel regarding retention process (0.5); conference with Cooperman regarding same(0.3); review research requirements for Canadian counsel retention (.6); review and revise draft retention application for Canadian counsel (.8). | 2.20 |
| 10/22/10 | KLC | Telephone call with Canadian counsel re: retention process [0.5]; office conference re: same with Fisher (0.3); research requirements for Canadian counsel retention (1.2); retrieve samples re: same (0.5); draft retention application for Canadian counsel (2.7). | 5.20 |
| 10/28/10 | E.F. | Review retention application regarding Canadian counsel. | 0.40 |
| 10/28/10 | KLC | Revise retention application re: Canadian counsel. | 1.90 |
| 10/29/10 | KLC | Draft declaration re: Canadian counsel retention. | 1.10 |

**PROFESSIONAL SERVICES**          **4,653.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484846

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 3.30 | hours at | $725.00 | $2,392.50 |
| Total For Shareholder | 3.30 | | | $2,392.50 |
| Associate | | | | |
| Katie L. Cooperman | 12.50 | hours at | $395.00 | $4,937.50 |
| Total For Associate | 12.50 | | | $4,937.50 |
| Paralegal II | | | | |
| Frederick Capria | 9.70 | hours at | $245.00 | $2,376.50 |
| Total For Paralegal II | 9.70 | | | $2,376.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $110.10 |
| Express Delivery Charges | $76.20 |
| Travel Expenses | $4.50 |
| **Total Disbursements** | **$190.80** |

| | |
|---|---|
| Current Fees: | 9,706.50 |
| Current Disbursements: | 190.80 |
| Total Current Invoice: | 9,897.30 |
| **Total Balance Due:** | **$9,897.30** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484846

Account Number: 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/06/10 | KLC | Office conference with Capria re: fourth fee application. | 0.40 |
| 10/06/10 | FJC | Office conference with K. Cooperman re preparation for upcoming fee application (.4); compose detailed e-mail and transmit same to accounting re files needed for fee application submissions [.3]. | 0.70 |
| 10/07/10 | KLC | Draft Fourth Interim Fee Application. | 0.30 |
| 10/12/10 | KLC | Draft fourth interim fee application. | 0.40 |
| 10/14/10 | BNS | Review K. Cooperman letter regarding November budget. | 0.30 |
| 10/14/10 | KLC | Draft November budget; correspondence with Seidel re: same. | 0.30 |
| 10/15/10 | KLC | Correspondence to C. Andres (GK) re: November budget. | 0.10 |
| 10/18/10 | KLC | Draft Fourth Interim Fee Application (1.8); correspondence with Capria re: same (0.1). | 1.90 |
| 10/18/10 | FJC | E-mails to K. Cooperman and accounting department re materials needed for fee application. | 0.10 |
| 10/20/10 | KLC | Revise fourth interim fee application re: expenses. | 0.30 |
| 10/20/10 | FJC | Begin set up of files to be used for submission of fee application to Bankruptcy Trustee and Fee | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484846

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Examiner. | |
| 10/22/10 | FJC | Begin review and editing of ASCII text files of invoices for submission to Trustee and Fee Examiner in connection with upcoming fee application. | 1.60 |
| 10/25/10 | KLC | Revise Fourth Interim Fee Application. | 3.20 |
| 10/26/10 | BNS | Attend court regarding BL fee application (9:15-12:30). | 3.00 |
| 10/26/10 | KLC | Attend hearing on third interim fee application. | 3.00 |
| 10/26/10 | KLC | Revise fourth interim fee application (1.2); correspondence to accounting re: same (0.1). | 1.30 |
| 10/26/10 | FJC | Continue review and revision of ASCII files of invoices for submission to Bankruptcy Trustee and Fee Examiner (.2); telephone call to K. Cooperman re status of same (.1). | 0.30 |
| 10/27/10 | KLC | Correspondence with Capria re: fourth interim fee application; revise same. | 0.50 |
| 10/27/10 | FJC | Telephone conference with K. Cooperman re status of review of ASCII versions of invoices to be submitted to Trustee and Fee Examiner (.1); continue review and editing of ASCII files (3.2); e-mails with Cooperman re same (.1). | 3.40 |
| 10/28/10 | KLC | Revise fourth interim fee application (0.2); office conference with Capria re: same (0.5). | 0.70 |
| 10/28/10 | FJC | Upload corrected ASCII invoice files onto Butzel document management system for additional | 1.70 |

# BUTZEL LONG
#### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484846

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | editing (.2); e-mails with K. Cooperman re same (.1); office conference with Cooperman re status of fee application and additional assignments (.5); additional review and editing of additional ASCII files of invoices (.9). | |
| 10/29/10 | FJC | Finalize edits on ASCII files of invoices (1.1); e-mail to K. Cooperman re same (.1); begin preparation of invoices' Acrobat (.pdf) image for submission to Trustee and Fee Examiner (.2). | 1.40 |
| 10/31/10 | KLC | Correspondence to Seidel re: fourth fee application. | 0.10 |

|  | **PROFESSIONAL SERVICES** | **9,706.50** |
|--|---------------------------|--------------|

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484847

Account Number 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through October 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

**Professional Services**

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 16.10 | hours at | $525.00 | $8,452.50 |
| Barry N. Seidel | 15.20 | hours at | $725.00 | $11,020.00 |
| Total For Shareholder | 31.30 | | | $19,472.50 |
| **Associate** | | | | |
| Katie L. Cooperman | 14.70 | hours at | $395.00 | $5,806.50 |
| Total For Associate | 14.70 | | | $5,806.50 |

**Disbursements**

| Description | Total |
|---|---|
| Copies | $11.60 |
| Computer Research | $114.72 |
| Messenger Fees | $18.95 |
| **Total Disbursements** | **$145.27** |

| Current Fees: | 25,279.00 |
|---|---|
| Current Disbursements: | 145.27 |
| Total Current Invoice: | 25,424.27 |
| **Total Balance Due:** | **$25,424.27** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484847

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through October 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/01/10 | BNS | Review revised text of Committee motion to quiet title (.2); discuss with K. Cooperman (.2) and L. Macksoud (.1); final review (.1). | 0.70 |
| 10/01/10 | KLC | Correspondence to and from L. Macksoud (KLNF) re: revised language for DIP motion; telephone call with Macksoud and Seidel re: same. | 0.50 |
| 10/05/10 | E.F. | Review case concerning UCC termination statement. | 0.20 |
| 10/05/10 | BNS | Review and consider Judge Cote discussion in Roswell. | 1.10 |
| 10/05/10 | KLC | Correspondence from L. Macksoud (KLNF) re: relevant case and analysis (0.1); review same case (0.4); review same analysis (0.2); correspondence to Fisher and Seidel re: same (0.1). | 0.80 |
| 10/06/10 | BNS | Review plan and DS to ensure that litigation causes of action are properly preserved for benefit of creditors (3.4); conference with K. Cooperman regarding same (.5). | 3.90 |
| 10/06/10 | KLC | Conference with Seidel re: litigation preservation. | 0.50 |
| 10/08/10 | E.F. | Review commentary concerning Roswell case. | 0.30 |
| 10/08/10 | BNS | Review and consider commentary concerning Roswell decision (DJ Cote). | 0.50 |
| 10/14/10 | E.F. | Review and analyze Treasury's opposition to | 0.90 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484847

Account Number 000141216-0006

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | motion to enforce DIP order (.8); e-mails to Cooperman and Seidel regarding same (.1). | |
| 10/14/10 | KLC | Correspondence from L. Macksoud (KLNF) re: Treasury objection to Committee motion to enforce DIP (0.1); review Treasury's objection to same motion (0.7); correspondence with Fisher re: same (0.1). | 1.00 |
| 10/15/10 | BNS | Review U.S. Treasury opposition to Committee motion regarding ownership of JPM litigation (.9). | 0.90 |
| 10/17/10 | KLC | Correspondences to Fisher re: post-judgment interest rate (0.3); research applicable rate re: JPMorgan judgment (0.9); correspondence to and from J. Sharret (KLNF) re: same (0.1). | 1.30 |
| 10/18/10 | E.F. | Review motion to enforce DIP loan (.9); legal research regarding interest rate and e-mails with Sharrett and Mayer (KLNF) regarding same (.3); e-mails with Cooperman regarding same (.2). | 1.40 |
| 10/18/10 | KLC | Correspondences with KLNF and Fisher re: motion to enforce DIP and interest rate. | 0.30 |
| 10/19/10 | E.F. | Analyze reply and joinder with respect to motion to enforce DIP order. | 0.30 |
| 10/19/10 | BNS | Review committee reply re: motion to enforce DIP Order (.7) and discuss exchange of e-mails between Kramer Levin and E. Fisher regarding committee interest in JPM litigation (4). | 1.10 |
| 10/19/10 | KLC | Telephone call from M. Krolewski (KDW) re: November 1 hearing; correspondence to Fisher | 0.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484847

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | re: same. | |
| 10/20/10 | E.F. | Review pleadings in connection with motion to enforce DIP order with respect to term loan proceeds. | 0.80 |
| 10/21/10 | E.F. | Attend disclosure statement hearing and argument with respect to enforcement of DIP as to Term Loan. | 5.00 |
| 10/21/10 | BNS | Attend court hearing to support Kramer Levin motion regarding ownership of litigation (5.); discussion with T. Mayer (KLNF) regarding same (.5); conference with J. Smolinsky regarding plan provisions (.5). | 6.00 |
| 10/21/10 | KLC | Attend hearing on motion to enforce DIP, | 5.00 |
| 10/22/10 | BNS | Telephone conference with Jeremy Freeman (Van Eck) regarding court decision on committee motion regarding ownership of lawsuit. | 0.30 |
| 10/25/10 | E.F. | Prepare outline for oral argument concerning term loan summary judgment motion. | 2.10 |
| 10/26/10 | E.F. | Prepare outline for oral argument (1.9); teleconference and e-mail with Callagy (KDW) regarding oral argument (.2); review and revise DS language regarding Term Loan (.4); teleconference with FTI regarding Term Loan collateral (.4). | 2.90 |
| 10/26/10 | BNS | Correspondence with K. Cooperman and E. Fisher regarding implications of delay in summary | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484847

Account Number 000141216-0006
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| | | judgment motion to December 3. | |
| 10/26/10 | KLC | Correspondence with J. Sharret (KLNF) re: rider to disclosure statement (0.2); review same (1); propose revisions re: same (0.4); correspondence with Fisher and Seidel re: same (0.1); correspondence with Fisher re: oral argument re: term loan action (0.1). | 1.80 |
| 10/27/10 | E.F. | Call with Committee to provide update about Term Loan litigation (1.0); call with David Jones (UST) regarding same (.3); review outline for oral argument (.2). | 1.50 |
| 10/27/10 | KLC | Revise disclosure statement language re: description of term loan action (1); correspondence with Fisher re: same (0.1); correspondence to J. Sharret re: same (0.1). | 1.20 |
| 10/27/10 | KLC | Participate in Committee call re: term loan case update. | 1.00 |
| 10/28/10 | E.F. | Draft and finalize letter to Judge Gerber regarding oral argument (.2); | 0.20 |
| 10/28/10 | E.F. | Review revised insert concerning Term Loan Litigation. | 0.40 |
| 10/28/10 | KLC | Correspondence to and from J. Sharret (KLNF) re: revised rider to Disclosure statement; review and comment on same. | 0.50 |
| 10/29/10 | BNS | Consider revisions to proposed DS language and correspondence re: same with K. Cooperman. | 0.40 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484847

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through October 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/29/10 | KLC | Correspondence with J. Sharret (KLNF) re: disclosure statement revisions; review same. | 0.40 |
| 10/29/10 | KLC | Correspondence with M. Meises (WGM) re: term loan action oral argument. | 0.20 |
| 10/30/10 | E.F. | Review e-mails between Cooperman and Weil regarding oral argument date. | 0.10 |

**PROFESSIONAL SERVICES**           **25,279.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No !

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 34.40 | hours at | $525.00 | $18,060.00 |
| Barry N. Seidel | 22.30 | hours at | $725.00 | $16,167.50 |
| Total For Shareholder | 56.70 | | | $34,227.50 |
| Associate | | | | |
| Katie L. Cooperman | 63.10 | hours at | $395.00 | $24,924.50 |
| Total For Associate | 63.10 | | | $24,924.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $101.00 |
| Computer Research | $607.19 |
| Travel Expenses | $20.00 |
| **Total Disbursements** | **$728.19** |

| | |
|---|---|
| Current Fees: | 59,152.00 |
| Current Disbursements: | 728.19 |
| Total Current Invoice: | 59,880.19 |
| **Total Balance Due:** | **$59,880.19** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number: 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/04/10 | BNS | Review BWI case regarding preservation of claim. | 0.60 |
| 10/05/10 | BNS | Consider Kramer Levin request for update on legal budget. | 0.30 |
| 10/05/10 | KLC | Review disclosure statement re: Nova Scotia claims (1.7); telephone call with J. Sharret (KLNF) re: same. | 1.90 |
| 10/06/10 | BNS | Conference with K. Cooperman regarding treatment of NS claims in plan (.7); telephone conference with Cooperman and J. Smolinsky (WGM) regarding same (.2); telephone conference with Cooperman and J. Sharret (KLNF) regarding same (.3); follow-up with T. Mayer (KLNF) regarding related claims (.3). | 1.50 |
| 10/06/10 | KLC | Review GUC Trust agreement re: Nova Scotia treatment (1.4); office conference with Seidel re: Plan comments (0.7); telephone call with Seidel and Smolinsky (WGM) re: same (0.2); telephone call with Seidel and Sharret (KLNF) re: same (0.3); review disclosure statement re: Nova Scotia claims (0.9); prepare summary of Nova Scotia action items (0.7). | 4.20 |
| 10/08/10 | E.F. | Meet with Cooperman and Seidel to review and revise plan and DS provisions pertaining to NS claims objections (2.0); review cases concerning standing issues (.9). | 2.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 · F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 0001412T6-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through October 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/08/10 | BNS | Review K. Cooperman memo re: outstanding issues (.4); conference with K. Cooperman and E. Fisher re: plan and DS issues and objections (2); draft riders for plan to address Novia Scotia claims (.2). | 2.60 |
| 10/08/10 | KLC | Office conference with Seidel and Fisher re: Novo Scotia treatment in Disclosure Statement and Plan (2); revise Disclosure Statement re: same (1.1). | 3.10 |
| 10/11/10 | E.F. | Review and analyze DS issues concerning potential NS claims. | 0.90 |
| 10/11/10 | BNS | Outline revisions to plan to reflect committee objection and Nova Scotia claims (.5); telephone conference with K. Cooperman regarding DS revisions (.3); review K. Cooperman draft of DS revisions (.4). | 1.20 |
| 10/11/10 | KLC | Correspondence to and from Seidel re: revisions to plan re: Nova Scotia claims (0.2); further revise same revisions (1); discuss same with Seidel (0.3); correspondence to and from J. Sharret (KLNF) re: same (0.2); revise comments to Disclosure Statement (1.2). | 2.90 |
| 10/12/10 | E.F. | Review revisions to Plan and Disclosure Statement pertaining to NS claims (.8); e-mails with Seidel and Cooperman regarding same (.2). | 1.00 |
| 10/12/10 | BNS | Conference with K. Cooperman regarding approach to WG&M regarding Plan and DS | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through October 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | comments. | |
| 10/12/10 | BNS | Further attention to draft DS language regarding Nova Scotia claims from Greenberg Traurig. | 0.70 |
| 10/12/10 | KLC | Revise insert to Disclosure Statement re: Nova Scotia claims (0.6); conference with Seidel re: same (0.7); correspondence to and from M. Meises (WGM) re: same (0.1); review Noteholders proposed language to Disclosure Statement and Plan (1.2); correspondence with Fisher and Seidel re: same (0.2); revise amended objection re: all Nova Scotia claims (3.4). | 6.20 |
| 10/13/10 | E.F. | Call with Weil Seidel and Cooperman concerning plan and DS language pertaining to NS claims (.8); meet with Cooperman to discuss NS standing issues and results of research regarding Commodore/STN and MSPA (.8); review and revise memorandum to Committee concerning NS standing issues and results of research regarding same and regarding assumption of lockup agreement (3.3); review DS language proposed by Greenberg regarding NS claims (.6); discuss same and strategy with Seidel and Cooperman (1.1). | 6.60 |
| 10/13/10 | BNS | Review Nova Scotia noteholders proposed revisions to DS (.4); conference with E. Fisher and K. Cooperman to discuss revisions and strategy (1.1). | 1.50 |
| 10/13/10 | BNS | Conference call with Cooperman, Fisher and | 1.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | WG&M (Smolinsky, Karotkin and Meises) regarding revisions to plan and DS proposed by Nova Scotia noteholders and agreement on process to resolve (.8); analyze strategy regarding Nova Scotia litigation (.6). | |
| 10/13/10 | KLC | Draft history of events surrounding Lock-Up Agreement for disclosure statement (2.5); office conference with Fisher re: standing memorandum (0.8); revise insert re: Disclosure Statement (3.1); correspondence to and from M. Meises (WGM) re: same (0.2); telephone call with Fisher, Seidel and WGM re: same (0.8); discuss same with Fisher and Seidel (1.1); revise amended objection (2.8). | 11.10 |
| 10/14/10 | E.F. | Confer with Seidel concerning call with Buonomo to discuss assumption and assignment issues (.2); revise DS supplement regarding NS objection (.9); meet with Cooperman regarding DS revision and draft amended objection (1.0); revise draft amended objection (.4); revise memorandum to Committee concerning standing issues (1.5); draft e-mail to Committee concerning DS supplement and standing issues (.4); draft memorandum to Committee concerning retention of Canadian counsel, amendment of objection, standing and plan's treatment of NS claims. | 6.00 |
| 10/14/10 | BNS | Telephone call with S. Karotkin (WGM) regarding Nova Scotia disclosure and treatment of Nova | 1.00 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Scotia claims in plan (.8); confer with E. Fisher regarding assumption issue (.2). | |
| 10/14/10 | KLC | Correspondences to and from M. Meises (WGM) re: revisions to Plan and Disclosure Statement concerning Nova Scotia Objection (0.4); telephone call with A. Phillips (FTI) re: same revisions (0.2); office conference with Fisher re: same (1); correspondences with Fisher and Seidel re: standing options (0.2); revise Plan and Disclosure Statement revisions proposed by WGM (.9); revise reservation of rights language re: KLNF objection to Disclosure Statement (0.4); telephone call with J. Sharret (KLNF) re: same (0.3); correspondence from J. Sharret re: Noteholders objection to Disclosure Statement (0.1); review same objection (0.4); review Greenberg Traurig's second amended 2019 statement (0.3); correspondence to Fisher re: same (0.1); revise amended objection to all Nova Scotia claims (0.6). | 4.90 |
| 10/15/10 | E.F. | Prepare for call with Karotkin by analyzing MSPA and standing cases (.9); call with Buonomo and Karotkin regarding NS standing issues and MSPA issues (1.2); revise e-mail to Committee concerning various NS issues (.9); telephone call with Seidel, Cooperman and WGM (0.3); confer with Seidel and Cooperman regarding same (0.2) | 4.20 |
| 10/15/10 | BNS | Review E. Fisher e-mail to committee regarding | 3.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through October 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Novia Scotia status (.3); and e-mail revisions to E. Fisher (.1); review draft amended objection (1.6); conference call with Karotkin and Buonomo re: standing and MSPA issues (1.2). | |
| 10/15/10 | BNS | Call with WGM, Cooperman and Fisher; discuss same with Cooperman and Fisher. | 0.50 |
| 10/15/10 | KLC | Analyze committee update (0.2); revise amended objection (0.4); review MSPA re: potential breach (.1); revise Disclosure Statement language (0.4); call with Buonomo and Karotkin re: standing and MSPA issues (1.2); prepare summary of Canadian law questions (0.3); telephone call with Seidel, Fisher and WGM (0.3); office conference with Seidel and Fisher re: same (0.2); research liability re: assumption and assignment (1.2). | 4.30 |
| 10/18/10 | E.F. | Review GMNS bondholders' objection to DS (.4). | 0.40 |
| 10/18/10 | BNS | Review Greenberg Traurig amended BR 2019 statement (.2); review proposed e-mail to Committee regarding Nova Scotia status (.3); correspondence to E. Fisher regarding interest of UCC in litigation (.3). | 0.80 |
| 10/18/10 | KLC | Review Smurfit docket (0.6); review AbitibiBowater docket (0.4); review relevant pleadings from Smurfit (1.1); review relevant pleadings from AbitibiBowater (0.6); correspondence to Fisher and Seidel re: same (0.1); correspondences with Greenberg Traurig | 2.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through October 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | re: scheduling (0.1). | |
| 10/19/10 | E.F. | Analyze Smurfit pleadings with respect to ULC issues (1.1); analyze Abitibibowater pleadings with respect to same (.4); meet with Cooperman and Seidel to prepare briefing for Committee concerning NS objection and strategy (1.2); call with M. Williams (GDC) concerning NS objection (.2); e-mail with Bae and Zirinsky (GT) concerning discovery schedule (.3). | 3.20 |
| 10/19/10 | BNS | Review recent case re: step transfers (.2); conference with E. Fisher and K. Cooperman to outline presentation to committee on 10/20 (1.2). | 1.40 |
| 10/19/10 | KLC | Office conference with Fisher and Seidel re: committee call and next steps (1.2); correspondence to M. Meises (WGM) re: same (0.1); analyze revised 2019 re: note trades (0.6); research postpetition conditions re: objection (1.8); correspondence form Seidel re: two step transfer case (0.1); review same case (0.4); review Bowater docket re: hearing on ULC claim (0.3); correspondence with Seidel re: relevant pleadings (0.1); correspondence with Fisher re: Greenberg/Akin call (0.1); research applicable Canadian counsel involved in ULC matters (0.5); correspondence to Seidel re: total nova scotia claims (0.3). | 5.50 |
| 10/20/10 | E.F. | Prepare outline of all NS issues for Committee meeting (2.8); participate in, and present at, Committee call concerning status of NS | 4.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through October 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | objection and litigation strategy (1.7); meet with Seidel regarding same (.3). | |
| 10/20/10 | BNS | Participate on committee call regarding Nova Scotia issues (1.7); conference with Fisher regarding same (.3). | 2.00 |
| 10/20/10 | KLC | Participate in Committee call re: Nova Scotia. | 1.70 |
| 10/20/10 | KLC | Correspondence with Meises (WGM) re:disclosure statement revisions (0.1); review same (1) and summarize comments (1.1). | 2.20 |
| 10/20/10 | KLC | Review transcript from relevant hearing re: Bowater ULC claim. | 0.80 |
| 10/21/10 | BNS | Consider Bowater transcript regarding allowance of ULC claims. | 0.60 |
| 10/22/10 | E.F. | Call with Charles Reigh (Canadian Counsel) regarding Canadian legal issues related to the Objection (1.0). | 1.00 |
| 10/22/10 | BNS | Discuss double counting and ULC issues with Abitibi counsel. | 0.50 |
| 10/22/10 | KLC | Correspondence to and from M. Meises (WGM) re: Disclosure Statement revisions. | 0.20 |
| 10/25/10 | E.F. | Review Bowater pleading concerning ULC claim. | 0.50 |
| 10/26/10 | E.F. | Teleconference with Greenberg and Akin concerning briefing schedule for objection. | 0.80 |
| 10/26/10 | BNS | Prepare for (.3) telephone conference with D. Golden and Greenberg Traurig (N. Mitchell) | 1.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through October 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | regarding procedural issues on Nova Scotia objection (.8); conference with K. Cooperman regarding strategy and process (.4). | |
| 10/26/10 | KLC | Telephone call with Akin and Greenberg re: scheduling (0.8); discuss same with Seidel (0.4); review revised Disclosure Statement language (0.4); propose revisions re: same (0.1); correspondence to M. Meises (WGM) re: same (0.1); review Smurfit docket re: relevant hearing (0.3); correspondence to J. Sharret (KLNF) re: transcript (0.1). | 2.20 |
| 10/27/10 | E.F. | Revise DS language regarding NS objection. | 0.80 |
| 10/27/10 | KLC | Draft letter to BJ Gerber re: Nova Scotia agreed upon schedule (1.7); draft proposed stipulated order re: Nova Scotia (1.7); review hearing transcript re: Smurfit ULC claim (1.9); review redacted Canadian counsel memorandum re: ULC claim (0.6); correspondence to Canadian counsel re: budget issues (0.2). | 6.10 |
| 10/28/10 | E.F. | Revise DS language regarding NS objection. | 0.50 |
| 10/28/10 | E.F. | Review draft letter to Judge Gerber regarding scheduling. | 0.30 |
| 10/28/10 | E.F. | E-mails with Canadian Counsel regarding memorandum for the GM Nova Scotia notes as it relates to NS objection (.3); e-mail to Committee update concerning follow-up call with Greenberg Traurig and Akin Gump concerning the Nova Scotia claims objection (.2). | 0.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484848

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through October 31, 2010**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/28/10 | BNS | Review draft letter to BJ Garber regarding scheduling. | 0.30 |
| 10/28/10 | KLC | Correspondence with and telephone calls with N. Levine (Akin) re: comments to letter and order (0.2); revise same (1.5); telephone call to Chambers re: pre-trial conference date (0.2); correspondence with Akin and Greenberg re: same (0.1); correspondence from N. Mitchell (Greenberg) re: comments (0.1); review same (0.1). | 2.40 |
| 10/29/10 | KLC | Correspondence to BJ Gerber re: letter and stipulation; finalize same; correspondence to Akin and Greenberg re: same; correspondence with Capria re: disc for order. | 0.50 |

**PROFESSIONAL SERVICES**                    59,152.00

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484849

Account Number 000141216-0008

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: DEFENDING FEE APPLICATIONS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.50 | hours at | $525.00 | $262.50 |
| Barry N. Seidel | 1.80 | hours at | $725.00 | $1,305.00 |
| Total For Shareholder | 2.30 | | | $1,567.50 |
| Associate | | | | |
| Katie L. Cooperman | 11.50 | hours at | $395.00 | $4,542.50 |
| Total For Associate | 11.50 | | | $4,542.50 |
| Paralegal II | | | | |
| Frederick Capria | 0.30 | hours at | $245.00 | $73.50 |
| Total For Paralegal II | 0.30 | | | $73.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $5.80 |
| **Total Disbursements** | **$5.80** |

| | |
|---|---|
| Current Fees: | 6,183.50 |
| Current Disbursements: | 5.80 |
| Total Current Invoice: | 6,189.30 |
| **Total Balance Due:** | **$6,189.30** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0008

November 16, 2010

Invoice No. 8484849

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through October 31, 2010
### RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/05/10 | BNS | Consider C. Andres letter regarding BL 3rd fee application (.2). | 0.20 |
| 10/05/10 | KLC | Correspondence from Fee Examiner re: third fee application (0.1); review same correspondence (0.9); correspondence with Fisher and Seidel re: same (0.1); correspondence to Fee Examiner re: expenses (0.2). | 1.30 |
| 10/06/10 | KLC | Correspondence to Fee Examiner re: third fee application expenses (0.1); draft reply to Fee Examiner correspondence (0.8). | 0.90 |
| 10/07/10 | KLC | Draft response to fee examiner re: third fee application. | 3.80 |
| 10/08/10 | BNS | Review K. Cooperman draft of response to C. Andres re: BL 3rd Fee Application. | 0.40 |
| 10/11/10 | E.F. | Review correspondence to fee examiner regarding third fee application. | 0.20 |
| 10/11/10 | KLC | Correspondence to fee examiner re: third fee application. | 0.20 |
| 10/12/10 | E.F. | Review draft Fee Examiner's Report to Third Interim Fee Application. | 0.30 |
| 10/12/10 | KLC | Correspondence from Fee Examiner re: draft report re: third fee application; review same report; correspondence to Seidel and Fisher re: same. | 0.50 |
| 10/13/10 | KLC | Draft second response to fee examiner re: third | 0.90 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484849

Account Number 000141216-0008

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: DEFENDING FEE APPLICATIONS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | interim fee application (0.8); correspondence with Fisher re: same (0.1). | |
| 10/14/10 | KLC | Correspondence to C. Andres (GK) re: response to draft pleading re: third interim fee application; correspondence with Seidel and Fisher re: same. | 0.30 |
| 10/19/10 | KLC | Draft reply to fee examiner objection to third fee application (1.1); correspondence with Fisher and Seidel re: same (0.2). | 1.30 |
| 10/20/10 | BNS | Revise BL response to fee examiner re: BL 3rd Fee Application (.4); correspondence with K. Cooperman regarding same (.3); review revised response (.3). | 1.00 |
| 10/20/10 | KLC | Review reply to fee examiner objection to third fee application (2.1); coordinate filing of same with EPIQ (0.3). | 2.30 |
| 10/21/10 | FJC | Prepare image of Affidavit of Service of Reply to Fee Examiner's Objection for electronic filing (.2); electronically file same (.1). | 0.30 |
| 10/25/10 | BNS | Review Weil response to fee examiner regarding fees on fees (.2). | 0.20 |

**PROFESSIONAL SERVICES**          **6,183.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484850

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through October 31, 2010**
**RE: MONTHLY FEE STATEMENTS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.50 | hours at | $525.00 | $262.50 |
| Barry N. Seidel | 0.70 | hours at | $725.00 | $507.50 |
| Total For Shareholder | 1.20 | | | $770.00 |
| Associate | | | | |
| Katie L. Cooperman | 2.10 | hours at | $395.00 | $829.50 |
| Total For Associate | 2.10 | | | $829.50 |
| Paralegal II | | | | |
| Frederick Capria | 1.30 | hours at | $245.00 | $318.50 |
| Total For Paralegal II | 1.30 | | | $318.50 |

| | |
|---|---|
| Current Fees: | 1,918.00 |
| Less 50% Fee Adjustment: | (959.00) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 959.00 |
| **Total Balance Due:** | **$959.00** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

November 16, 2010

Invoice No. 8484850

Account Number: 000141216-0010

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through October 31, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 10/06/10 | KLC | Revise September proformas. | 0.90 |
| 10/12/10 | KLC | Draft September monthly fee statement. | 0.30 |
| 10/14/10 | KLC | Revise September monthly statement. | 0.80 |
| 10/20/10 | FJC | Review monthly fee statement, checking charges and totals (1.2); e-mail to K. Cooperman re same (.1). | 1.30 |
| 10/22/10 | BNS | Review September monthly fee statement. | 0.20 |
| 10/22/10 | KLC | Correspondence to Seidel re: September monthly statement. | 0.10 |
| 10/28/10 | E.F. | Review BL September monthly fee statement. | 0.50 |
| 10/28/10 | BNS | Review BL September monthly fee statement. | 0.50 |

**PROFESSIONAL SERVICES**                 1,918.00

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486976

Account Number 000141216-0001

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through November 30, 2010**
### RE: GENERAL ADVICE

| Professional Services | | | | Total |
|---|---|---|---|---|
| **Timekeeper** | | | | |
| Shareholder | | | | |
| Eric Fisher | 1.90 | hours at | $525.00 | $997.50 |
| Barry N. Seidel | 1.60 | hours at | $725.00 | $1,160.00 |
| Total For Shareholder | 3.50 | | | $2,157.50 |
| Associate | | | | |
| Katie L. Cooperman | 2.10 | hours at | $395.00 | $829.50 |
| Total For Associate | 2.10 | | | $829.50 |

| Disbursements | Total |
|---|---|
| **Description** | |
| Copies | $49.20 |
| Computer Research | $41.92 |
| **Total Disbursements** | **$91.12** |



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486976

Account Number 000141216-0001

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/05/10 | E.F. | Teleconference with Committee (1.0) | 1.00 |
| 11/05/10 | BNS | Attend committee meeting by phone. | 1.00 |
| 11/23/10 | E.F. | Meet with Cooperman regarding budget (0.3); e-mail with Cooperman regarding same (0.2); meet with Seidel regarding GUC budget (0.3). | 0.80 |
| 11/23/10 | BNS | Telephone conference with T. Mayer regarding GUC budget (.3) and discuss with E. Fisher (.3). | 0.60 |
| 11/23/10 | KLC | Discuss budget with Fisher; correspondence with Fisher re: same. | 0.30 |
| 11/24/10 | E.F. | Review GM's claims work proposal. | 0.10 |
| 11/30/10 | KLC | Correspondence from KLNF re: budget matters (0.2); review same matters (0.6); participate in Committee call (1). | 1.80 |

**PROFESSIONAL SERVICES          2,987.00**

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486977

Account Number 000141216-0002

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
RE: RETENTION OF BUTZEL LONG

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.30 | hours at | $525.00 | $157.50 |
| Total For Shareholder | 0.30 | | | $157.50 |
| Associate | | | | |
| Katie L. Cooperman | 1.30 | hours at | $395.00 | $513.50 |
| Total For Associate | 1.30 | | | $513.50 |



| | |
|---|---|
| Current Fees | $671.00 |
| Current Disbursements | |
| Total This Invoice | $671.00 |
| Total Balance Due | $671.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486977

Account Number: 000141216-0002

## (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
### RE: RETENTION OF BUTZEL LONG

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/12/10 | E.F. | Review Canadian Counsel retention application and declaration. | 0.30 |
| 11/15/10 | KLC | Revise retention application re: Canadian counsel (0.4) and same declaration (0.4). | 0.80 |
| 11/16/10 | KLC | Revise Canadian Counsel retention application and declaration; correspondence to Seidel re: same. | 0.50 |

**PROFESSIONAL SERVICES**          671.00

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486978

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through November 30, 2010**
RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | Total |
|---|---|---|---|---|
| **Timekeeper** | | | | |
| | | | | |
| Shareholder | | | | |
| Barry N. Seidel | 2.70 | hours at | $725.00 | $1,957.50 |
| Total For Shareholder | 2.70 | | | $1,957.50 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 2.90 | hours at | $395.00 | $1,145.50 |
| Total For Associate | 2.90 | | | $1,145.50 |
| | | | | |
| Paralegal II | | | | |
| Michelle Martinez | 1.10 | hours at | $150.00 | $165.00 |
| Frederick Capria | 6.80 | hours at | $245.00 | $1,666.00 |
| Total For Paralegal II | 7.90 | | | $1,831.00 |

| Disbursements | Total |
|---|---|
| **Description** | **Total** |
| Copies | $68.60 |
| Express Delivery Charges | $76.72 |
| Total Disbursements | $145.32 |



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486978

Account Number: 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through November 30, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 11/01/10 | BNS | Review Butzel Long 4th Interim Fee Application (.4) and discuss with K. Cooperman (.2). | 0.60 |
| 11/01/10 | KLC | Office conference with Seidel re: fourth fee application; revise same; discuss same with Capria; correspondence to C. Andres (GK) re: same; correspondence to notice parties re: same. | 0.50 |
| 11/01/10 | FJC | Telephone calls with K. Cooperman re submission of ASCII files to Bankruptcy Trustee (.1); prepare setup ASCII files for submission to Trustee (.1); transmit same to Trustee (.1); prepare complete ASCII and Acrobat/.pdf versions of Fourth Fee Application for transmission to Trustee (1.9); transmit all to Trustee via e-mail (.1). | 2.30 |
| 11/08/10 | BNS | Draft chart for 3rd fee application order (1.8); e-mail to R. Brooks (WG&M) re: same (.2). | 2.00 |
| 11/08/10 | KLC | Correspondence with Seidel re: third fee application order; review calculations re: same. | 0.30 |
| 11/11/10 | FJC | E-mails with K. Cooperman and M. Martinez re final versions of invoices and redacting of same (.1); e-mails with case team re upcoming fee application filing and procedures re same (.2); print out hard copies of invoices and forward same to Martinez for redacting (.2); process image of redacted invoices in preparation for filing of fee application (.3). | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation ·*

Tax I.D. No ·

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF ·
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486978

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through November 30, 2010**
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/11/10 | MM | Redact invoices re: fee application. | 1.10 |
| 11/14/10 | KLC | Revise fourth interim fee application in preparation of filing. | 0.90 |
| 11/15/10 | BNS | Review monthly budget letter and correspondence re: same to K. Cooperman. | 0.10 |
| 11/15/10 | KLC | Correspondence with Capria re: fourth interim fee application (0.3); revise same (0.6); draft budget (0.2); correspondence to fee examiner re: same (0.1). | 1.20 |
| 11/15/10 | FJC | E-mails with K. Cooperman re revisions to fee application (.2); forward hard copies of exhibits to fee application to S. Litvinko for preparation of courtesy copies (.1); revise ASCII version of fee application to reflect changes made by case team and in preparation of submission of same to Trustee (1.2); revise Acrobat [.pdf] images of fee application for filing and service (.5); electronically file fee application (.6); begin creating hard copy of executed fee application for courtesy copies (.3); scan signature pages (.1); merge signature page images into image of fee application (.2); forward executed image to Kramer Levin for service of same (.1); finalize creating hard copies of executed fee application for submission to judge and trustee (.4). | 3.70 |

**PROFESSIONAL SERVICES**          4,934.00·

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486979

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through November 30, 2010**
RE: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | Total |
|---|---|---|---|---|
| **Timekeeper** | | | | |
| | | | | |
| **Shareholder** | | | | |
| Eric Fisher | 11.80 | hours at | $525.00 | $6,195.00 |
| Barry N. Seidel | 1.80 | hours at | $725.00 | $1,305.00 |
| Total For Shareholder | 13.60 | | | $7,500.00 |
| | | | | |
| **Associate** | | | | |
| Katie L. Cooperman | 12.80 | hours at | $395.00 | $5,056.00 |
| Total For Associate | 12.80 | | | $5,056.00 |

| Disbursements | Total |
|---|---|
| **Description** | **Total** |
| Copies | $1.20 |
| Computer Research | $251.19 |
| Express Delivery Charges | $8.41 |
| **Total Disbursements** | **$260.80** |



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486979

Account Number: 000141216-0006

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/01/10 | E.F. | Review order regarding recusal (.6); confer with Cooperman regarding same (.2); e-mails with Cooperman and Seidel regarding same (.2); e-mail to Callagy (KDW) regarding same (.1); draft memorandum to Committee regarding same (.4). | 1.50 |
| 11/01/10 | BNS | Telephone conference with J. Freeman regarding status of JPM litigation. | 0.10 |
| 11/01/10 | BNS | Review BJ Garber order regarding recusal (.5); discuss same with K. Cooperman (.1) review e-mail to committee regarding same (.1). | 0.70 |
| 11/01/10 | KLC | Correspondence to and from bondholder re: oral argument date (0.1); review order submitted by BJ Gerber re: potential conflict (0.3); discuss same with Seidel (0.1); confer with Fisher re: same (0.2); review revised Disclosure Statement language re: term loan (0.4); correspondence with J. Sharret (KLNF) re: same (0.1). | 1.20 |
| 11/10/10 | E.F. | Teleconference with Macksoud (KLNF) regarding DIP loan issues (.4); prepare for oral argument (.3). | 0.70 |
| 11/16/10 | E.F. | Analyze issues concerning right to proceeds of case. | 0.90 |
| 11/18/10 | KLC | Begin preparing materials for review before oral argument. | 0.40 |
| 11/19/10 | KLC | Prepare materials for review in connection with oral argument. | 0.70 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486979

Account Number 000141216-0006

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/22/10 | KLC | Prepare summary of materials re: oral argument preparation (0.6); update research re: same (1.4). | 2.00 |
| 11/24/10 | E.F. | Prepare budget for transmission to Treasury (.9); e-mails with Seidel and Mayer (KLNF) regarding same (.3). | 1.20 |
| 11/28/10 | KLC | Review summary judgment case law in preparation of oral argument. | 3.40 |
| 11/29/10 | E.F. | E-mails with Sharret (KLNF) regarding Term Loan budget (.2); review results of legal research (1.4) and briefs to prepare for oral argument (.9). | 2.50 |
| 11/30/10 | E.F. | Review key cases to prepare for oral argument (1.8); review pleadings to prepare for oral argument (1.8); draft outline for oral argument (1.1); e-mails to Cooperman regarding legal research for oral argument (.3). | 5.00 |
| 11/30/10 | BNS | Participate on committee call regarding JPM and GUC Trust funding issues. | 1.00 |
| 11/30/10 | KLC | Calculate fees re: term loan litigation (0.4); correspondence to J. Sharret (KLNF) re: same (0.1); research effect of SDNY authority on SDNY Bankruptcy Court (1.2); review all pleadings in adversary proceeding re: oral argument preparation (3.4). | 5.10 |

**PROFESSIONAL SERVICES**          **12,556.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

### Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 52.50 | hours at | $525.00 | $27,562.50 |
| Barry N. Seidel | 21.70 | hours at | $725.00 | $15,732.50 |
| Total For Shareholder | 74.20 | | | $43,295.00 |
| **Associate** | | | | |
| Maria Caceres-Boneau | 32.30 | hours at | $325.00 | $10,497.50 |
| Katie L. Cooperman | 68.10 | hours at | $395.00 | $26,899.50 |
| Total For Associate | 100.40 | | | $37,397.00 |
| **Paralegal II** | | | | |
| Frederick Capria | 1.40 | hours at | $245.00 | $343.00 |
| Total For Paralegal II | 1.40 | | | $343.00 |

### Disbursements

| Description | Total |
|---|---|
| Copies | $352.80 |
| Computer Research | $1,118.58 |
| Express Delivery Charges | $11.80 |
| Messenger Fees | $13.75 |
| Travel Expenses | $70.66 |
| **Total Disbursements** | **$1,567.59** |



## BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ⁺

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007
(Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number: 000141216-0007

## (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/01/10 | E.F. | Review revisions to DS regarding Nova Scotia issues. | 0.30 |
| 11/01/10 | KLC | Correspondence to and from M. Meises (WGM) re: comments to Disclosure Statement re: Nova Scotia; review same; correspondence with Seidel and Fisher re: same. | 0.40 |
| 11/02/10 | E.F. | Meet with Cooperman to prepare for call with Alix regarding status of litigating objection (.5); call with Alix regarding status of objection (.4); meet with Cooperman and Seidel regarding potential objection to individual NS claims (1.0). | 1.90 |
| 11/02/10 | BNS | Conference call with Alix, FTI, E. Fisher and K. Cooperman regarding status of Nova Scotia objections (.4); conference with K. Cooperman and E. Fisher regarding strategy and procedure regarding objections (1.0). | 1.40 |
| 11/02/10 | KLC | Prepare for call with Alix and FTI re: Nova Scotia claims (0.5); participate in same call with Fisher and Seidel (0.4); prepare for same with Fisher (0.5); correspondence to D. Lockard (Alix) re: same (0.4); correspondence with M. Meises (WGM) re: Disclosure Statement revisions re: Nova Scotia (0.1); review same revisions (1.3); conference with Fisher and Seidel re: objection (1). | 4.20 |
| 11/04/10 | BNS | E-mail to J. Bae (GT) regarding scheduling of meeting. | 0.20 |

# BUTZEL LONG
### ·ATTORNEYS AND COUNSELORS·

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through November 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/08/10 | E.F. | Review (1) and revise (0.9) NS objection. | 1.90 |
| 11/08/10 | BNS | Review revised DS language proposed by Nova Scotia noteholders. | 0.60 |
| 11/09/10 | E.F. | Revise amended objection. | 4.70 |
| 11/09/10 | BNS | Review additional disclosure for DS [.4]; telephone conference with D. Golden (GT) regarding filing of amended objection (.2); e-mail exchange with S. Karotkin regarding cap on Nova Scotia noteholder claim (.1); e-mail to E. Fisher regarding strategy regarding filing of amended objection (.3); review T. Mayer update of DS hearing and budget (.5). | 1.50 |
| 11/09/10 | KLC | Correspondences from Seidel and Greenberg Traurig re: comments to Disclosure Statement re: Nova Scotia. | 0.20 |
| 11/10/10 | E.F. | Review letter from Steinberg (K&S) concerning objection (.5); revise NS objection (1.7); meet with Seidel regarding Steinberg letter and NS Objection (1.3). | 3.50 |
| 11/10/10 | BNS | Review revised objection to Nova Scotia claims (1.8); review letter regarding New GM position on Nova Scotia claims (.6); conference with E. Fisher regarding New GM Letter and amended objection (1.3). | 3.70 |
| 11/10/10 | KLC | Correspondence from A. Steinberg (King and Spalding) re: Nova Scotia objection re: New GM; review same. | 0.40 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through November 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/11/10 | E.F. | Meet with Cooperman regarding revisions to NS objection (1.1); e-mails with counsel regarding objection schedule (.5); review stipulation (.3) and letter (.3) regarding same; call with Steinberg concerning New GM position on objection (.5); revise objection to incorporate comments (1.9). | 4.60 |
| 11/11/10 | KLC | Office conference with Fisher re: objection revisions (1.1); telephone call with A. Steinberg (K&S) Fisher re: letter (0.5); revise amended Nova Scotia objection (2.7); correspondences with Fisher re: same (0.2); draft modified stipulation re: objection deadlines (0.7); draft letter to BJ Gerber re: same (0.2); correspondence with Greenberg Traurig and Akin Gump re: meeting concerning objection (0.3); begin review of 9 additional claims re: objection (0.8). | 6.60 |
| 11/12/10 | E.F. | E-mail to Kramer regarding letter from New GM's counsel at King & Spalding (.2); e-mail update to Committee regarding same (.3). | 0.50 |
| 11/12/10 | KLC | Analyze individual claims re: Nova Scotia (0.6); revise stipulation re: Noteholders and Trustee (0.5); correspondence with Greenberg and Akin re: schedule (0.2); correspondence to BJ Gerber re: revised stipulation (0.2); correspondence to and from B. Huffman (Alix) re: Nova Scotia claims (0.3). | 1.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/12/10 | FJC | Download stipulation for briefing schedule(.1); burn same to disk and forward to K. Cooperman (.1). | 0.20 |
| 11/15/10 | E.F. | Revise memorandum to Committee concerning meeting with Noteholders (2.7); attend meeting with Noteholders and New GM (2); discuss same with Cooperman and Seidel (1.1); revise objection (2) and review legal research regarding same (1). | 8.80 |
| 11/15/10 | BNS | Attend meeting at G. Traurig regarding possible settlement (2.0); follow-up discussion regarding strategy and issues with E. Fisher and K. Cooperman (1.1). | 3.10 |
| 11/15/10 | KLC | Meeting with Akin, Greenberg and King & Spalding (2); discuss same with Fisher and Seidel (1.1); review Lock-Up Agreement re: subordination (1.4); correspondence with Fisher re: same (0.2); correspondence with G. Ticoll (Greenberg) re: article and case (0.2); correspondence with Greenberg, Akin and KS re: scheduling (0.1); review Calpine docket re: duplicative claim issue (0.6). | 5.60 |
| 11/16/10 | E.F. | Call with Williams (GDC) and Cooperman regarding New GM partial settlement proposal (.3); call with Mayer and Seidel regarding same (.5); meet with Cooperman regarding objection (.3); revise objection (8.2); meet with Cooperman and Seidel regarding Committee update concerning Nova Scotia offer(.8); meet | 10.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|  |  | with Seidel re: same (0.6); e-mail with Cooperman regarding update language (0.2); teleconference with FTI and Cooperman regarding evaluation of same (0.4). |  |
| 11/16/10 | BNS | Review E. Fisher draft of memo to Committee regarding meeting with New GM (.7); e-mail to T. Mayer regarding same (.2); conference with E. Fisher and K. Cooperman regarding issues and strategy; (.8); revisions to draft memo (.4); further discussion with E. Fisher regarding recommendation to Committee (.6); telephone call with T. Mayer and E. Fisher (.5). | 3.40 |
| 11/16/10 | KLC | Revise amended objection (6.3); office conference with Fisher and Seidel re: Committee update concerning Nova Scotia offer(.8); correspondence from Greenberg re: assumption and assignment cases (0.1); review same cases (0.6); further research confirming effect of assignment on Old GM (0.9); correspondence with Fisher re: update language (0.1); review same (0.6); telephone call with Fisher and Gibson Dunn re: settlement (0.3); discuss same with Fisher (0.3); correspondence with M. Meises (WGM) re: briefing schedule (0.2); correspondence with KLNF re: settlement (0.2); telephone call with FTI and Fisher re: evaluation of same (0.4); review section 502(d) cases in connection with 550 re: objection (2.4); correspondence with Fisher re: same (0.2); analyze Lock-Up agreement re: consent to bankruptcy implications (0.5). | 14.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/17/10 | E.F. | Revise objection (1.2); meet with Cooperman and Seidel regarding New GM call (1); participate in Committee call regarding New GM partial settlement proposal (1.3); meet with Cooperman and Seidel regarding revisions to objection (1.6). | 5.10 |
| 11/17/10 | BNS | Participate on Committee call regarding status and strategy (1.3); conference with E. Fisher and K. Cooperman regarding strategy for call with New GM(1); conference with E. Fisher and K. Cooperman regarding legal theories for Nova Scotia claims objections (1.6). | 3.90 |
| 11/17/10 | KLC | Further revisions to objection (4.9); participate in Committee call with Fisher and Seidel re: settlement (1.3); office conference with Fisher and Seidel re: objection (1.6); discuss New GM strategy with Fisher and Seidel (1). | 8.80 |
| 11/18/10 | E.F. | Revise objection (1); meet with Cooperman and Seidel regarding same (.7); e-mails with Cooperman concerning repayment of loan to New GM (.4); review underlying documents regarding same (.3); e-mails with Cooperman regarding standing research and equitable subordination (.3). | 2.70 |
| 11/18/10 | BNS | Review revised draft of amended objection (.8); conference with E. Fisher and K. Cooperman regarding same (.7); further consideration of 502(d) argument (.6). | 2.10 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/18/10 | KLC | Analyze MSPA re: breaches in connection with prepetition loan (3.6); correspondence with Fisher re: same (0.4); draft notice for amended objection (1.2); conference with Fisher and Seidel re: objection (.7); office conference with Boneau re: objection and research project (2.3); revise amended objection (3.2); correspondence with Alix Partners re: Guarantee claims (0.3); correspondence with EPIQ re: service of amended objection (0.2). | 11.90 |
| 11/18/10 | MCB | Review amended objections in preparation for meeting with Cooperman regarding related research (2.7); conference with K. Cooperman to discuss research re: objection (2.3). | 5.00 |
| 11/18/10 | FJC | E-mails with K. Cooperman re preparation of exhibits for electronic filing (.1); prepare images of exhibits (.4); print out hard copies of exhibits (.1); forward all to Cooperman (.1); revise exhibit image (.2). | 0.90 |
| 11/19/10 | E.F. | Revise Nova Scotia objection (2.1); revise notice regarding objection (.5); review results of research regarding equitable subordination (.9). | 3.50 |
| 11/19/10 | BNS | Conference with K. Cooperman regarding possible additional revisions regarding amended objection to Nova Scotia noteholders. | 1.20 |
| 11/19/10 | KLC | Office conference with Seidel re: amended objection (1.2); final revisions to objection (1.6); finalize objection and exhibits (1.6); file amended | 4.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | objection (0.3); draft letter to Judge Gerber re: same (0.2); correspondence to Greenberg, Akin and New GM re: same (0.1); correspondence to Committee re: same (0.1); correspondence with EPIQ re: service of same (0.2). | |
| 11/19/10 | MCB | Review amended objection re: research issues. | 1.20 |
| 11/21/10 | KLC | Correspondence with Fisher and Boneau re: equitable subordination. | 0.20 |
| 11/21/10 | MCB | Review Collier's section re equitable subordination (1.3); research re equitable subordination (3.5); research insiders in the equitable subordination context (2.2); correspond with K. Cooperman and E. Fisher re equitable subordination (.4). | 7.40 |
| 11/22/10 | E.F. | Meet with Cooperman to discuss research issues to be included in settlement recommendation to Committee (.7); review DS as it pertains to NS objection (.3). | 1.00 |
| 11/22/10 | KLC | Office conference with Fisher re: research strategy (0.7); office conference with Boneau re: equitable subordination (0.4); correspondence with M. Meises (WGM) re: revised Plan and DS language re: Nova Scotia (0.1); review same revisions (0.4); revise same language (0.3); correspondence from L. Macksoud (KLNF) re: binding prepetition agreement (0.2); correspondence with Fisher re: same (0.2). | 2.40 |
| 11/22/10 | MCB | Meeting with K. Cooperman to discuss whether | 3.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through November 30, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | insiders (.4); research re equitable subordination (3.4). | |
| 11/22/10 | FJC | Prepare image of objection to be filed electronically (.1); electronically file objection (.2). | 0.30 |
| 11/23/10 | E.F. | Meet with Cooperman and Boneau regarding equitable subordination (0.4); review analysis regarding settlement offer (2.5). | 2.90 |
| 11/23/10 | KLC | Telephone call with L. Macksoud (KLNF) re: prepetition allowance of claims (0.4); revise summary of same (0.3); correspondence to L. Macksoud (KLNF) re: same (0.1); analyze void contract as defense to assumption (0.4); office conference with Fisher and boneau re: equitable subordination (0.4); draft analysis re: settlement offer (2.8). | 4.40 |
| 11/23/10 | MCB | Meeting with E. Fisher and K. Cooperman re research (.4); research cases re: subsidiary as an insider (3.1); review definition of affiliate (.2). | 3.80 |
| 11/24/10 | E.F. | Conference with Seidel regarding budget for Nova Scotia and JPM litigation (.4). | 0.40 |
| 11/24/10 | BNS | Conference with E. Fisher regarding budget for Nova Scotia and JPM litigation (.4) and e-mail to T. Mayer (KLNF) regarding same (.1); follow-up telephone conference with T. Mayer (.1). | 0.60 |
| 11/24/10 | MCB | Draft summary of cases, noting key points re insider status. | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486980

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through November 30, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/26/10 | MCB | Research re the special influence of an insider. | 2.60 |
| 11/27/10 | MCB | Read cases re special influence of an insider. | 2.80 |
| 11/28/10 | KLC | Review research re: recharacterization and sales re: nova scotia objection. | 2.10 |
| 11/28/10 | MCB | Read cases re: close relationship of an insider. | 3.10 |
| 11/29/10 | MCB | Complete research whether a creditor has a close relationship or special influence. | 1.90 |

**PROFESSIONAL SERVICES**            81,035.00

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486981

Account Number 000141216-0010

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through November 30, 2010**
RE: MONTHLY FEE STATEMENTS

| Professional Services | | | | Total |
|---|---|---|---|---|
| **Timekeeper** | | | | |
| Shareholder | | | | |
| Eric Fisher | 0.20 | hours at | $525.00 | $105.00 |
| Barry N. Seidel | 0.20 | hours at | $725.00 | $145.00 |
| Total For Shareholder | 0.40 | | | $250.00 |
| Associate | | | | |
| Katie L. Cooperman | 2.60 | hours at | $395.00 | $1,027.00 |
| Total For Associate | 2.60 | | | $1,027.00 |



| | |
|---|---|
| Current Fees | 1,277.00 |
| 50% Fee Adjustment | (638.50) |
| Current Disbursements | 0.00 |
| Total Current Value | 638.50 |
| **Total Balance Due** | **$638.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

December 8, 2010

Invoice No. 8486981

Account Number: 000141216-0010

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through November 30, 2010
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 11/14/10 | KLC | Revise proformas re: October monthly statement. | 1.10 |
| 11/19/10 | KLC | Revise October invoices. | 0.50 |
| 11/24/10 | E.F. | Review October monthly fee statement. | 0.20 |
| 11/24/10 | BNS | Revise October monthly fee statement. | 0.20 |
| 11/24/10 | KLC | Draft October monthly fee statement (0.9); correspondence to Fisher and Seidel re: same (0.1). | 1.00 |

**PROFESSIONAL SERVICES**          1,277.00



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490413

Account Number 000141216-0001

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through December 31, 2010**
### RE: GENERAL ADVICE

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.30 | hours at | $525.00 | $157.50 |
| Total For Shareholder | 0.30 | | | $157.50 |

| | |
|---|---|
| Current Fees: | 157.50 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 157.50 |
| Total Balance Due: | $157.50 |

### Invoice is payable upon receipt

For your information, the firm stores closed files for seven years, after which they are generally destroyed.



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490413

Account Number 000141216-0001

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through December 31, 2010**
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/07/10 | E.F. | Review e-mails from Macksoud (KLNF) concerning GM hearing update. | 0.30 |

**PROFESSIONAL SERVICES**            **157.50**

## Invoice is payable upon receipt

For your information, the firm stores closed files for seven years, after which they are generally destroyed.



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490414

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| | | | | |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 0.10 | | | $72.50 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 1.30 | hours at | $395.00 | $513.50 |
| Total For Associate | 1.30 | | | $513.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $33.30 |
| Express Delivery Charges | $113.35 |
| Travel Expenses | $20.00 |
| **Total Disbursements** | **$166.65** |

| | |
|---|---|
| Current Fees: | 586.00 |
| Current Disbursements: | 166.65 |
| Total Current Invoice: | 752.65 |
| **Total Balance Due:** | **$752.65** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490414

Account Number: 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through December 31, 2010
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/15/10 | BNS | Review and consider monthly BL budget. | 0.10 |
| 12/15/10 | KLC | Draft December budget; correspondence with Seidel re: same; correspondence to C. Andres (GK) re: same. | 0.30 |
| 12/20/10 | KLC | Review order re: fee increases; correspondence to accounting re: 2011 rate structure. | 0.40 |
| 12/21/10 | KLC | Correspondence with Yu (WGM) re: fee order (0.1); review same order (0.2); review court order re: fee increases (0.2); correspondence from Accounting re: 2011 rate structure (0.1). | 0.60 |

**PROFESSIONAL SERVICES**          **586.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number 000141216-0006

**(Privileged and Confidential Information)**
PROFESSIONAL SERVICES posted through December 31, 2010
RE: JP MORGAN AVOIDANCE COMPLAINT

## Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 31.10 | hours at | $525.00 | $16,327.50 |
| Barry N. Seidel | 12.50 | hours at | $725.00 | $9,062.50 |
| Total For Shareholder | 43.60 | | | $25,390.00 |
| **Associate** | | | | |
| Katie L. Cooperman | 59.90 | hours at | $395.00 | $23,660.50 |
| Total For Associate | 59.90 | | | $23,660.50 |
| **Paralegal II** | | | | |
| Frederick Capria | 0.80 | hours at | $245.00 | $196.00 |
| Total For Paralegal II | 0.80 | | | $196.00 |

## Disbursements

| Description | Total |
|---|---|
| Copies | $65.40 |
| Computer Research | $2,763.30 |
| Document Copy Charges | $1,061.25 |
| Travel Expenses | $86.06 |
| Messenger Fees | $13.75 |
| **Total Disbursements** | **$3,989.76** |

| | |
|---|---|
| Current Fees: | 49,246.50 |
| Current Disbursements: | 3,989.76 |
| Total Current Invoice: | 53,236.26 |
| **Total Balance Due:** | **$53,236.26** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number: 000141216-0006

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through December 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/01/10 | E.F. | Meet with Seidel to prepare outline for oral argument (.8); meet with Cooperman to prepare outline for oral argument (2); review cases and pleadings (2.6); review agenda for hearing (.2); revise letter to Judge Gerber regarding Roswell (.2). | 5.80 |
| 12/01/10 | BNS | Review summary judgment pleadings (.6); conference with E. Fisher to prepare for summary judgment argument (.8); telephone conference with H. Blum (Gerber's chambers) (0.1). | 1.50 |
| 12/01/10 | KLC | Research authenticated record interpretation under UCC (0.7); research agent's testimony re: legal conclusions (1.1); prepare binders per BJ Gerber request (1.4); telephone call with Capria re: same (.2); conference with Capria re: same (.1); draft index re: same (2.2); draft table of contents re: same (1.4); office conference with Fisher re: oral argument preparation (2); revise agenda (1.5); draft letter re: Roswell case (0.3). | 10.90 |
| 12/01/10 | FJC | Telephone call with K. Cooperman re preparation for summary judgment motion hearing (.2); office conference with Cooperman re same (.1); review index of all court filings from court docket (.2). | 0.50 |
| 12/02/10 | E.F. | Prepare outline for oral argument (4.6); review briefs re: same (0.8); review key cases re: same (1.9); meet with Cooperman to review submissions to court (.6); meet with Cooperman | 11.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | to prepare for oral argument (.9); meet with Seidel and Cooperman to prepare for oral argument (2.2). | |
| 12/02/10 | BNS | Review cases in preparation for summary judgment motion (.2); conference with E. Fisher and K. Cooperman to prepare for hearing on summary judgment (2.2). | 2.40 |
| 12/02/10 | KLC | Correspondence to chambers re: pleadings (0.4); correspondence to Kelley Prye re: same (0.2); revise table of contents (0.8); revise index re: agenda (0.4); office conference with Fisher and Seidel re: oral argument preparation (2.2); office conference with Fisher re: same (.9); office conference with Fisher re: court submissions (0.6); draft outline re: summary judgment questions (3.3); review research re: authenticated record (0.2); review pleadings in preparation of oral argument (1.8). | 10.70 |
| 12/03/10 | E.F. | Prepare for oral argument re: revisions to outline (2.1); and review of cases (1.6); and briefs (1.1); participate in oral argument on summary judgment motions (2.5); meet with Cooperman and Seidel concerning oral argument (.5); discuss same with Cooperman (.3). | 8.10 |
| 12/03/10 | BNS | Review cases in preparation for summary judgment (.7); attend summary judgment motion argument before BJ Gerber (2.5); conference with E. Fisher and K. Cooperman to review hearing and construct strategy (.5); conference | 3.80 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number 000141216-0006

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through December 31, 2010
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | with J. Smolinsky (WGM) regarding summary judgment motion (.1). | |
| 12/03/10 | KLC | Attend oral argument (2.5); discuss same with Fisher and Seidel (.5); discuss same with Fisher (.3); correspondence with transcript vendor (0.3); review appeal process re: by agreement (1.4). | 5.00 |
| 12/06/10 | E.F. | Review oral argument transcript. | 0.50 |
| 12/06/10 | KLC | Read transcript from summary judgment oral argument (0.8); summarize same (0.4). | 1.20 |
| 12/07/10 | E.F. | Analyze cases cited by JPM at oral argument (1.2) and review results of research regarding Article 9 (0.9) and potential appeal (0.4). | 2.50 |
| 12/07/10 | KLC | Review cases cited by JPM at oral argument (1.8); research appeals by joint consent to second circuit (3.1); research authorization cases in connection with Article 9 of UCC (2.6); review Committee update re: hearing (0.1). | 7.60 |
| 12/08/10 | BNS | Review committee draft letter regarding plan and treatment of term loan proceeds. | 0.30 |
| 12/08/10 | KLC | Draft summary of cases cited by JPM at oral argument. | 1.20 |
| 12/09/10 | E.F. | E-mail update to Committee regarding JPM Term Loan Avoidance Action (0.2); conference with Seidel re: same (0.3). | 0.50 |
| 12/09/10 | E.F. | Review Callagy letter to Judge Gerber concerning additional authorities. | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/09/10 | BNS | Conference with E. Fisher regarding memo to committee regarding summary judgment argument. | 0.30 |
| 12/09/10 | KLC | Research responsive cases to JPM submission post oral argument re: escrow instructions and authority. | 4.80 |
| 12/10/10 | E.F. | Review cases regarding agency to respond to KDW letter (0.5); discuss same with Seidel (0.4). | 0.90 |
| 12/10/10 | BNS | Review KD&W cases (.8) and discuss research ideas with K. Cooperman (.7); conference with E. Fisher regarding same (.4). | 1.90 |
| 12/10/10 | KLC | Draft Committee update re: JPM submission (0.8); correspondence to Seidel and Fisher re: same (0.2); research intention of act versus intention of result (3.5); discuss same with Seidel (0.7); research attorney liability re: mistake (0.5). | 5.70 |
| 12/12/10 | KLC | Summarize authority cases re: escrow instructions (2.3); summarize authority cases re: attorney mistake (1.8); review applicable UCC cases re: mistake (2.6). | 6.70 |
| 12/13/10 | BNS | Consider response to KD&W post summary judgment submission (.4); review additional cases identified by K. Cooperman (0.8). | 1.20 |
| 12/13/10 | KLC | Prepare summary of responsive research re: JPM's submission to Judge Gerber (1.4); correspondence with Seidel and Fisher re: same (0.3). | 1.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/14/10 | KLC | Review additional mistake cases re: responding to JPMorgan letter to Judge Gerber. | 1.10 |
| 12/15/10 | E.F. | Review Letter to Judge Gerber concerning additional authority. | 0.40 |
| 12/15/10 | KLC | Draft letter to BJ Gerber re: submission in response to JPMorgan's authorities (0.4); correspondence with Capria re: citations for same (0.2); prepare same submission (0.6). | 1.20 |
| 12/15/10 | FJC | Cite check caselaw per K. Cooperman's request (.2); forward results to Cooperman (.1). | 0.30 |
| 12/16/10 | E.F. | Review (.2) and revise (.2) letter to Court regarding supplemental authority; discuss same with Seidel (0.2). | 0.60 |
| 12/16/10 | BNS | Review Cooperman draft of letter to BJ Gerber regarding additional case support (.3); review cases (.6); discuss with E. Fisher (.2). | 1.10 |
| 12/16/10 | KLC | Further research re: additional authorities in response to JPM submission (1.4); revise letter to BJ Gerber re: same (0.1); correspondence with Fisher and Seidel re: same (0.1); correspondence to Committee re: same (0.1). | 1.70 |
| 12/17/10 | E.F. | Finalize letter to Court. | 0.30 |
| 12/20/10 | KLC | Telephone call from chambers re: letter to BJ Gerber (.2); confer with Fisher re: service issues (.2). | 0.40 |
| 12/21/10 | E.F. | Confer with Cooperman regarding service of | 0.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490415

Account Number 000141216-0006

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| **Date** | **Tkpr** | **Narrative Description** | **Hours** |
|---|---|---|---|
| | | process issues. | |

**PROFESSIONAL SERVICES**          **49,246.50**

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Claudia Rast | 3.70 | hours at | $400.00 | $1,480.00 |
| Eric Fisher | 39.10 | hours at | $525.00 | $20,527.50 |
| Robert Sidorsky | 0.40 | hours at | $625.00 | $250.00 |
| Barry N. Seidel | 8.30 | hours at | $725.00 | $6,017.50 |
| Total For Shareholder | 51.50 | | | $28,275.00 |
| Associate | | | | |
| Donald Orlandoni | 3.70 | hours at | $240.00 | $888.00 |
| David J. DeVine | 2.10 | hours at | $285.00 | $598.50 |
| Maria Caceres-Boneau | 32.90 | hours at | $325.00 | $10,692.50 |
| Katie L. Cooperman | 38.80 | hours at | $395.00 | $15,326.00 |
| Total For Associate | 77.50 | | | $27,505.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $644.80 |
| Computer Research | $3,292.16 |
| Travel Expenses | $76.10 |
| Messenger Fees | $13.75 |
| **Total Disbursements** | **$4,026.81** |

| | |
|---|---|
| Current Fees: | 55,780.00 |
| Current Disbursements: | 4,026.81 |
| Total Current Invoice: | 59,806.81 |
| **Total Balance Due:** | **$59,806.81** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/01/10 | MCB | Review equitable subordination cases involving special influence. | 2.10 |
| 12/02/10 | MCB | Research excessive fees and equitable subordination (2.4); research breach of fiduciary duty and equitable subordination (2.3); review cases analyzing close relationship (1.4). | 6.10 |
| 12/03/10 | MCB | Review cases involving non-statutory insider status. | 2.20 |
| 12/04/10 | MCB | Summarize important facts from cases discussing non-statutory insider status. | 4.70 |
| 12/06/10 | E.F. | Review results of equitable subordination legal research. | 0.90 |
| 12/06/10 | BNS | Telephone conference with K. Cooperman regarding revised DS regarding Nova Scotia claims. | 0.20 |
| 12/06/10 | KLC | Correspondence with M. Meises (WGM) re: revisions to Plan (0.1); call with Seidel re: same (0.2); review revised Plan (0.3) and DS (0.4) re: Nova Scotia. | 1.00 |
| 12/07/10 | KLC | Telephone call with D. Lockard (Alix) re: Nova Scotia claims. | 0.20 |
| 12/07/10 | MCB | Review code re insider and affiliate status. | 2.10 |
| 12/08/10 | E.F. | Meet with Boneau regarding subordination research (.2); meet with Cooperman regarding NS strategy for status conference (.5). | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/08/10 | BNS | Review draft memo to committee regarding 12/3 argument on NS summary judgment motions. | 0.20 |
| 12/08/10 | KLC | Office conference with Fisher re: Nova Scotia strategy for status conference. | 0.50 |
| 12/08/10 | MCB | Meeting with E. Fisher to discuss subordination research (.2); research re fiduciary owed to shareholders (1.5). | 1.70 |
| 12/09/10 | E.F. | E-mails with Richards Kibbe concerning Morgan Stanley's extension to respond to objection (.2); review draft bullet point summary regarding 502(d) (.3). | 0.50 |
| 12/09/10 | BNS | Correspondence to E. Fisher regarding memo to committee (0.2); review same memo (0.2). | 0.40 |
| 12/09/10 | KLC | Draft bullet point summary re: 502(d) in preparation of status conference re: Nova Scotia. | 1.70 |
| 12/09/10 | MCB | Research wholly-owned subsidiary and fiduciary duty re: sole-shareholder (2.1); review cases directors and officers fiduciary duty (1.3); research shareholder suits re: shareholder detriment (2.9). | 6.30 |
| 12/10/10 | E.F. | Review results of research regarding fiduciary duty. | 1.10 |
| 12/10/10 | BNS | Telephone conference with S. Karotkin regarding status of dispute with noteholders (.2); correspondence to K. Cooperman and E. Fisher | 0.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | regarding same (.2). | |
| 12/10/10 | MCB | Review fiduciary duty cases (3.1); draft summaries of important points for E. Fisher and K. Cooperman (4.2). | 7.30 |
| 12/12/10 | E.F. | Review memorandum regarding equitable subordination (.2); review 502(d) cases to prepare for court conference (.7); e-mail to Cooperman regarding same (.2); review equitable subordination cases to prepare for court conference (.8); e-mail to Boneau regarding same (.2). | 2.10 |
| 12/13/10 | E.F. | Prepare outline for pre-trial conference (.7); analyze cases regarding 502(d) (.7). | 1.40 |
| 12/13/10 | KLC | Review binders with relevant pleadings for status conference (0.4); review response to NS objection filed by New GM (0.8). | 1.20 |
| 12/13/10 | MCB | Review e-mail from E. Fisher (.1); procure cases in response to Fisher request (.1); review cases in anticipation of meeting with E. Fisher to discuss equitable subordination (.2). | 0.40 |
| 12/14/10 | E.F. | E-mails with FTI regarding NS pre-trial conference (.1); e-mails from Cooperman regarding Noteholders response to objection (.2); e-mail to Seidel regarding same (.1); analyze responses filed by Noteholders, trustee and New GM (2.9); prepare outline for pre-trial conference (.6). | 3.90 |
| 12/14/10 | E.F. | Analyze new GM response (1.2); prepare outline | 10.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | for oral argument at pre-trial conference (2.1)call with Cooperman, Noteholders' counsel and Trustee's counsel regarding same (.5); meet with Cooperman to prepare for oral argument (4.1); call with Phillips (FTI) and Cooperman regarding economics of Lock-up Agreement (.3); review materials prepared by FTI regarding same (.4); analyze Greenberg response to objection (1.1); analyze Akin response to objection (.4). | |
| 12/14/10 | BNS | Review trustee response to objection. | 0.70 |
| 12/14/10 | BNS | Telephone conference with R. Stark regarding filing of response (.1); conference with Cooperman regarding preparation for hearing (.6); participate on conference call with FTI (.3) and AKIN/ Greenburg (.5); follow-up telephone conference with D. Golden (AKIN) (.2). | 1.70 |
| 12/14/10 | KLC | Correspondence with Fisher and Seidel re: NS hearing preparation (0.2); office conference with Seidel re: hearing preparation (.6); office conference with Fisher re: same (4.1); review Greenberg Traurig response (1.3); review Akin Gump response (1.1); review Delta case cited re: duplicate claims (0.7); telephone call with Fisher and FTI re: hearing (0.3); telephone call with Fisher, Akin and Greenberg re: same (.5); telephone call with Steinberg (K&S) re: same (0.2); correspondence to B. Zirinsky (GT) re: NS deponents (0.2); correspondence from L. Marinuzzi (Morrison Foerestor) re: NS joinder (0.1); | 12.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | telephone call from L. Marinuzzi re: same (0.1); research imputing conduct among claimants (2.5); correspondence to Fisher re: same (0.2). | |
| 12/15/10 | RS | Review trustee response to objection (.2); office conference with K. Cooperman regarding status (.2). | 0.40 |
| 12/15/10 | E.F. | Prepare for pre-trial conference (4.0); e-mails with Cooperman and Seidel regarding same (.2); meet with Cooperman and Seidel concerning same (.5); meet with Cooperman regarding same (2.2); call with FTI regarding hearing (0.3); e-mails with FTI regarding same (.2); e-mails with Cooperman regarding research of imputing conduct among claimants (.2); participate in pre-trial conference regarding NS Objection (2.0); e-mail update to Committee concerning pretrial conference (.4). | 10.00 |
| 12/15/10 | BNS | Review noteholder responses to claims objections (1.2); conference with K. Cooperman and E. Fisher to prepare for status conference (.5); attend status conference on scheduling of discovery (2.0). | 3.70 |
| 12/15/10 | KLC | Correspondence with Fisher re: research in advance of NS hearing (0.2); discuss same with Fisher (2.2); research adjudication of liability under 502 (0.2); research standard for executory contracts (0.2); research equitable subordination re: rule 3007 (0.3); research statute of limitations re: same (0.5); attend status conference re: NS | 6.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | scheduling (2); conference with Sidorsky re: hearing status (.2); prepare for hearing with Fisher and Seidel (0.5). | |
| 12/16/10 | E.F. | Analyze answers of research regarding equitable subordination. | 0.90 |
| 12/17/10 | E.F. | Participate in Committee call to provide information regarding NS status conference with court. | 1.30 |
| 12/17/10 | BNS | Participate on portion of committee conference call including update on NS hearing on 12/15. | 0.50 |
| 12/17/10 | KLC | Review transcript from status conference (0.7); correspondence with Fisher re: same (.1); participate on committee call re: Nova Scotia update (1.3). | 2.10 |
| 12/19/10 | E.F. | Review oral argument transcript concerning NS objection. | 0.70 |
| 12/20/10 | E.F. | E-mails with GT and AG regarding discovery scheduling issues (.5); meet with Cooperman regarding discovery issues (.3). | 0.80 |
| 12/20/10 | KLC | Correspondence with Greenberg Traurig and Akin Gump re: discovery schedule; correspondence with same re: telephone call to discuss schedule; correspondence with Fisher re: same. | 0.50 |
| 12/20/10 | KLC | Revise stipulation re: Old GM consent to standing re: Nova Scotia objection (.8); meet with Fisher re: discovery issues (.3). | 1.10 |

# BUTZEL LONG
### ATTORNEYS· AND·COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through December 31, 2010
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/21/10 | E.F. | Meet with Cooperman to prepare for discovery call with GT and AG and to discuss discovery plan (.3); call with Cooperman, Orlandoni and Devine to discuss Nova Scotia discovery assignment (.4); revise discovery requests to noteholders (.4). | 1.10 |
| 12/21/10 | DJD | Conference call with E. Fisher, K. Cooperman D. Orlandoni regarding GM Nova Scotia matter. | 0.40 |
| 12/21/10 | DVO | Telephone conference with Fisher, Cooperman and DeVine regarding GM Nova Scotia matter | 0.40 |
| 12/21/10 | KLC | Revise stipulation re: consent concerning objection (1.1); meet with Fisher re: call with AKIN and GT re: discovery (.3); call with Fisher, DeVine and Orlandoni re: Nova Scotia assignment (0.4). | 1.80 |
| 12/22/10 | E.F. | Call with Greenburg and AKIN re: schedule (.5); discuss same with Cooperman (0.6); revise letter to court regarding discovery issues (.4). | 1.50 |
| 12/22/10 | KLC | Telephone call with Greenberg and Akin re: discovery schedule (0.5); discuss same with fisher (0.6); draft letter to Judge Gerber re: same (0.3); revise same letter (0.3); correspondence with Greenberg and Akin re: same (0.2). | 1.90 |
| 12/23/10 | E.F. | Call with Cooperman and Rast to discuss electronic discovery issues pertaining to document requests (.4); meet with Cooperman to revise document requests to Noteholders (1.7). | 2.10 |
| 12/23/10 | CR | Telephone conference with Eric Fisher and Katie | 1.70 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007
### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through December 31, 2010
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Cooperman to discuss eDiscovery requirements (.4); review Litigation Hold letter (.3) and sample electronic discovery interrogatories (.2); telephone call to Gabi Finnan of Iron Mountain re use of ESI database (.1); review ESI materials to use for meet and confer with opposing cousel (.7) | |
| 12/23/10 | DJD | Analyze Committee's First Amended Objection to Claims in connection with assignment to case. | 0.90 |
| 12/23/10 | KLC | Telephone call with Fisher and Rast re: electronic discovery protocol (0.4); correspondence with Rast re: same (0.3); office conference with Fisher re: document requests to Noteholders (1.7); revise same document requests (0.4); correspondence with Akin and Greenberg re: letter to Judge Gerber (0.1). | 2.90 |
| 12/27/10 | CR | Telephone call to Gabi Finnan of Iron Mountain re eDiscovery database setup (.1); telephone conference with Stephanie Shattuck re eDiscovery database setup and requirements (.4). | 0.50 |
| 12/27/10 | DVO | Review objection to claims and attached exhibits (1.9) in connection with assignment to case; draft summary of questions re: same (1); analyze underlying financial transactions (.4). | 3.30 |
| 12/28/10 | BNS | Review MLC pleading regarding Eurobond setoffs for analogy to Novia Scotia bonds. | 0.30 |
| 12/28/10 | CR | Correspondence with vendor re: Stratify proposal | 0.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490416

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | for eDiscovery database (.2); review proposal (.4). | |
| 12/28/10 | DJD | Analyze Akin Gump's Response to Objection. | 0.80 |
| 12/28/10 | KLC | Further revisions to document requests to Noteholders. | 5.10 |
| 12/29/10 | BNS | Review scheduling letter regarding discovery. | 0.20 |
| 12/29/10 | CR | Telephone conference with Stephanie Shattuck re database to use for ediscovery (.2); email Gabi Finnan at Iron Mountain with questions on her ESI database proposal (.2) and respond to her response (.2); email to Eric Fisher and Katie Cooperman re:  status of ESI database proposal (.3). | 0.90 |
| 12/30/10 | KLC | Revise document requests to Noteholders. | 0.40 |

**PROFESSIONAL SERVICES**              **55,780.00**



BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490417

Account Number 000141216-0008

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: DEFENDING FEE APPLICATIONS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $725.00 | $72.50 |
| Total For Shareholder | 0.10 | | | $72.50 |
| Associate | | | | |
| Katie L. Cooperman | 0.50 | hours at | $395.00 | $197.50 |
| Total For Associate | 0.50 | | | $197.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $5.20 |
| **Total Disbursements** | **$5.20** |

| Current Fees: | 270.00 |
|---|---|
| Current Disbursements: | 5.20 |
| Total Current Invoice: | 275.20 |
| **Total Balance Due:** | **$275.20** |



BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490417

Account Number: 000141216-0008

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through December 31, 2010**
**RE: DEFENDING FEE APPLICATIONS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 12/03/10 | KLC | Correspondence with Fee Examiner re: limited objection to fourth fee application; correspondence to Fisher and Seidel re: same; review same objection. | 0.50 |
| 12/08/10 | BNS | Review examiner objection to BL fees. | 0.10 |

**PROFESSIONAL SERVICES**               **270.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490418

Account Number 000141216-0010

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through December 31, 2010**
#### RE: MONTHLY FEE STATEMENTS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.20 | hours at | $725.00 | $145.00 |
| Total For Shareholder | 0.20 | | | $145.00 |
| Associate | | | | |
| Katie L. Cooperman | 2.60 | hours at | $395.00 | $1,027.00 |
| Total For Associate | 2.60 | | | $1,027.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $2.80 |
| **Total Disbursements** | **$2.80** |

| | |
|---|---|
| Current Fees: | 1,172.00 |
| Less 50% Fee Adjustment: | (586.00) |
| Current Disbursements: | 2.80 |
| Total Current Invoice: | 588.80 |
| **Total Balance Due:** | **$588.80** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

January 19, 2011

Invoice No. 8490418

Account Number: 000141216-0010

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through December 31, 2010**
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 12/07/10 | KLC | Revise November proformas inconnection with November monthly fee statement. | 1.00 |
| 12/21/10 | KLC | Draft November monthly fee statement. | 1.30 |
| 12/23/10 | KLC | Revise November monthly statement. | 0.30 |
| 12/28/10 | BNS | Review November monthly fee statement. | 0.20 |

**PROFESSIONAL SERVICES**          1,172.00

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492119

Account Number 000141216-0002

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: RETENTION OF BUTZEL LONG

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.30 | hours at | $575.00 | $172.50 |
| Total For Shareholder | 0.30 | | | $172.50 |
| Associate | | | | |
| Katie L. Cooperman | 1.30 | hours at | $425.00 | $552.50 |
| Total For Associate | 1.30 | | | $552.50 |

| | |
|---|---|
| Current Fees: | 725.00 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 725.00 |
| **Total Balance Due:** | **$725.00** |

# BUTZEL LONG

### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492119

Account Number: 000141216-0002

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: RETENTION OF BUTZEL LONG

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/03/11 | E.F. | Revise motion to retain Canadian counsel. | 0.30 |
| 01/31/11 | KLC | Revise Canadian counsel retention application re: recent events and filings (0.8); revise declaration re: same (0.4); correspondence to Fisher re: same (0.1). | 1.30 |

**PROFESSIONAL SERVICES**          **725.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492120

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 1.20 | hours at | $750.00 | $900.00 |
| Total For Shareholder | 1.20 | | | $900.00 |
| Associate | | | | |
| Katie L. Cooperman | 5.50 | hours at | $425.00 | $2,337.50 |
| Total For Associate | 5.50 | | | $2,337.50 |
| Paralegal II | | | | |
| Frederick Capria | 0.30 | hours at | $270.00 | $81.00 |
| Total For Paralegal II | 0.30 | | | $81.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $62.50 |
| **Total Disbursements** | **$62.50** |

| | |
|---|---|
| Current Fees: | 3,318.50 |
| Current Disbursements: | 62.50 |
| Total Current Invoice: | 3,381.00 |
| **Total Balance Due:** | **$3,381.00** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492120

Account Number: 000141216-0005

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through January 31, 2011
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 01/03/11 | KLC | Telephone call with C. Andres (GK) re: January budget; correspondence with Seidel and Fisher re: budget estimate concerning Nova Scotia. | 0.50 |
| 01/05/11 | KLC | Draft letter re: 2011 fee increases in connection with BJ Gerber's 11/23 ruling (0.4); draft chart re: same increases (2); correspondence with accounting and billing attorneys re: 2011 rate confirmation [0.5]. | 2.90 |
| 01/06/11 | BNS | Review draft letter regarding 2011 rates and discuss with K. Cooperman. | 0.40 |
| 01/06/11 | KLC | Correspondence with Seidel re: rate increase disclosure; discuss same with Seidel. | 0.50 |
| 01/07/11 | KLC | Finalize rate increase disclosure; correspondence to C. Andres (GK) re: same. | 0.40 |
| 01/17/11 | KLC | Draft February budget; correspondence with Seidel re: same; correspondence to Fee Examiner re: same. | 0.30 |
| 01/26/11 | BNS | Review draft supplemental disclosure regarding 2011 increase of BL rates (.3); conference with K. Cooperman regarding same (.5). | 0.80 |
| 01/26/11 | KLC | Office conference with Capria re: fifth fee application (0.3); revise 2011 supplemental fee disclosure re: December proformas (0.1); discuss same with Seidel (0.5). | 0.90 |
| 01/26/11 | FJC | Office conference with K. Cooperman re | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492120

Account Number 000141216-0005

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
## RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|      |      | procedures for upcoming fee application (.3). |  |

**PROFESSIONAL SERVICES**          **3,318.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No '

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION·

February 9, 2011

Invoice No. 8492121

Account Number 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Cynthia J. Haffey | 0.50 | hours at | $390.00 | $195.00 |
| Eric Fisher | 0.50 | hours at | $575.00 | $287.50 |
| Total For Shareholder | 1.00 | | | $482.50 |
| Associate | | | | |
| Katie L. Cooperman | 1.10 | hours at | $425.00 | $467.50 |
| Total For Associate | 1.10 | | | $467.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $8.00 |
| Search Charges | $20.32 |
| Travel Expenses | $61.92 |
| **Total Disbursements** | **$90.24** |

| | |
|---|---|
| Current Fees: | 950.00 |
| Current Disbursements: | 90.24 |
| Total Current Invoice: | 1,040.24 |
| **Total Balance Due:** | **$1,040.24** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100 . 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492121

Account Number: 000141216-0006

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/03/11 | C H | Call with Fisher and Cooperman re: service issues (0.5). | 0.50 |
| 01/03/11 | E.F. | Call with Haffey and Cooperman regarding JP Morgan service issues. | 0.50 |
| 01/03/11 | KLC | Telephone call with Haffey and Fisher re: serving defendants (0.5); correspondence to Haffey re: relevant pleadings (0.4); correspondence to Fisher re: same (0.2). | 1.10 |

**PROFESSIONAL SERVICES**          **950.00**