# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

## (Privileged and Confidenital Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Claudia Rast | 15.00 | hours at | $400.00 | $6,000.00 |
| Regina M. Alter | 0.80 | hours at | $440.00 | $352.00 |
| Eric Fisher | 43.50 | hours at | $575.00 | $25,012.50 |
| Robert Sidorsky | 13.30 | hours at | $625.00 | $8,312.50 |
| Barry N. Seidel | 10.20 | hours at | $750.00 | $7,650.00 |
| Total For Shareholder | 82.80 | | | $47,327.00 |
| **Associate** | | | | |
| Jennifer A. Dukarski | 1.50 | hours at | $225.00 | $337.50 |
| Laura E. Tedesco | 6.40 | hours at | $235.00 | $1,504.00 |
| Donald Orlandoni | 0.90 | hours at | $275.00 | $247.50 |
| David J. DeVine | 1.70 | hours at | $300.00 | $510.00 |
| Maria Caceres-Boneau | 60.60 | hours at | $335.00 | $20,301.00 |
| Katie L. Cooperman | 143.90 | hours at | $425.00 | $61,157.50 |
| Total For Associate | 215.00 | | | $84,057.50 |
| **Paralegal** | | | | |
| Stephanie A. Shattuck | 7.80 | hours at | $180.00 | $1,404.00 |
| Total For Paralegal | 7.80 | | | $1,404.00 |
| **Paralegal II** | | | | |
| Frederick Capria | 1.40 | hours at | $270.00 | $378.00 |
| Total For Paralegal II | 1.40 | | | $378.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES** posted through January 31, 2011

### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $619.40 |
| Computer Research | $3,326.85 |
| Deposition & Transcripts | $363.40 |
| Service Fees | $27.50 |
| Search Charges | $20.02 |
| Travel Expenses | $80.00 |
| Total Disbursements | $4,437.17 |



| | |
|---|---|
| Current Fees | $133,166.50 |
| Current Disbursements | $4,437.17 |
| Total Current Invoice | $137,603.67 |
| Total Balance Due | $137,603.67 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number: 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| 01/03/11 | KLC | Draft document requests to trustee. | 0.90 |
| 01/04/11 | BNS | Analyze K. Cooperman e-mail regarding agreement as failing executory contract test. | 0.30 |
| 01/04/11 | KLC | Correspondence to Fisher and Seidel re: executory nature of agreements concerning Nova Scotia objection. | 0.40 |
| 01/05/11 | E.F. | Review (0.5) and revise (0.4) document requests to Trustee. | 0.90 |
| 01/05/11 | KLC | Continue to draft document requests to the Nova Scotia Finance Trustee. | 2.20 |
| 01/06/11 | E.F. | Review (0.3) and revise (0.2) document requests to Noteholders; meet with Cooperman regarding same (.4). | 0.90 |
| 01/06/11 | BNS | Telephone conference with B. Zirinsky (GT) regarding status of claims objections (.3); analyze impact of proposed asbestos stipulation on NS claims (.2). | 0.50 |
| 01/06/11 | KLC | Revise document requests to Nova Scotia Finance trustee (5.4); revise document requests to Noteholders (2.8); office conference with Fisher re: same (0.4); correspondence from Seidel re: Greenberg message (0.1). | 8.70 |
| 01/07/11 | E.F. | Revise trustee (0.6) and noteholder discovery requests (0.6); meet with Cooperman concerning discovery (1.7). | 2.90 |
| 01/07/11 | BNS | Further analysis of K. Cooperman e-mail | 0.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | regarding executory contracts. | |
| 01/07/11 | CR | Prepare sample ESI Discovery Protocol (.3); confer with Jennifer Durkarski re: same (.1); review materials re ESI discovery protocols from Durkarski (1.9). | 2.30 |
| 01/07/11 | KLC | Draft interrogatories to Noteholders (3.1); draft interrogatories to Nova Scotia Finance trustee (1.3); discuss discovery with Fisher (1.7); correspondence to Seidel re: same (0.1). | 6.20 |
| 01/07/11 | JAD | Research eDiscovery rules for SDNY (0.4); confer with Rast re: discovery protocol (.1); summarize recent updates in SDNY eDiscovery jurisprudence (0.3). | 0.80 |
| 01/09/11 | E.F. | Review (0.4) and revise (0.3) interrogatories. | 0.70 |
| 01/09/11 | CR | Review (0.3) and revise draft document request (0.6) re: discovery language. | 0.90 |
| 01/09/11 | KLC | Correspondence to Rast re: E-discovery materials (0.1); review same materials re: discovery concerning Nova Scotia objection (0.8); correspondence with Fisher re: comments to interrogatories (0.1); revise interrogatories re: same (0.4); correspondence to Seidel re: same (0.1). | 1.50 |
| 01/10/11 | E.F. | Meet with Rast and Cooperman regarding e-discovery issues (.6); review revised interrogatories (0.2) and document requests (.3); review motion to allow claims for voting purposes (.3). | 1.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through January 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/10/11 | BNS | Review draft interrogatories (0.3) and document requests (1.1) . | 1.40 |
| 01/10/11 | CR | Meet with Fisher and Cooperman re: production of ESI (.6); revise document requests regarding ESI (1.9). | 2.50 |
| 01/10/11 | KLC | Office conference with Rast and Fisher re: document requests (0.6); correspondence to Rast re: same (0.3); revise same document requests (1.3); correspondence with Fisher and Seidel re: 3018 motions (0.2); review responses to same motions re: Smurfit (1.1); correspondence with Fisher and Seidel re: same (0.2). | 3.70 |
| 01/11/11 | E.F. | Teleconference with Macksoud (KLNF) regarding 3018 motion (.2); review document requests and interrogatories served by NS bondholders (.8); e-mails with Shattuck regarding e-discovery issues (.2); e-mail to Seidel regarding retention of Canadian counsel (.1); meet with Cooperman to prepare for Rule 26f conference and discuss discovery strategy (1.5). | 2.80 |
| 01/11/11 | BNS | Review noteholder motion for temporary allowance of claims (.4); office conference with Cooperman re: revisions to document requests and interrogatories (.7). | 1.10 |
| 01/11/11 | CR | Telephone conference with Cooperman re revised document requests; correspondence with Cooperman re:same. | 0.20 |
| 01/11/11 | KLC | Correspondence with Rast re: discovery revisions (0.1); telephone call with Rast re: same (0.1); | 3.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | revise same discovery requests (0.2); correspondence to Noteholders and Trustee re: same (0.1); correspondence from Noteholders re: discovery (0.1); review same discovery (0.4); office conference with Seidel re: same (0.7); office conference with Fisher re: preparation for 26F conference and strategy (1.5); correspondence from Fisher re: 3018 motion (0.1); correspondence from Fisher and Shattuck re: scheduling (0.2). | |
| 01/11/11 | SAS | Teleconference with D. Bach (Xact Data Discovery) relative to standard metadata (0.3); correspondence with K. Cooperman, C. Rast, and E. Fisher re same (0.1). | 0.40 |
| 01/12/11 | E.F. | Review potential ESI protocols for meet-and-confer about discovery. | 0.50 |
| 01/12/11 | E.F. | Confer with Cooperman, Shattuck and Rast regarding e-discovery strategy issues (1.5); confer with Cooperman concerning discovery issues (.7); review ESI protocols for Rule 26 conference (.4). | 2.60 |
| 01/12/11 | CR | Review (0.4) and revise RFP to send to vendors to process ESI (.5); call with Eric Fisher, Katie Cooperman and Stephanie Shattuck to discuss strategy for Rule 26(f) meet and confer (1.5); review metadata materials re: same (.3). | 2.70 |
| 01/12/11 | KLC | Draft agenda re: discovery meeting (3.4); review correspondence from Shattuck re: electronic discovery (1.2); review federal rules re; discovery | 8.30 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| | | (0.8); telephone call with Shattuck and Rast re: electronic discovery (1.5); conference with Fisher re: discovery issues (0.7); correspondence to Akin and Greenberg confirming meeting (0.1); correspondence to Shattuck and Rast re: discovery vendor conflict check (0.3); meeting with Boneau re: joint defense (0.2); correspondence to Boneau re: same (0.1). | |
| 01/12/11 | MCB | Meeting with K. Cooperman to discuss research re: joint defense (.2); review e-mails re same (.2); research on Westlaw re joint defense agreement (.4). | 0.80 |
| 01/12/11 | SAS | Prepare preliminary documents for attorney review for e-discovery conference call (.5); teleconference with E. Fisher, Katie Cooperman, and C. Rast re:e-discovery strategy issues (1.5). | 2.00 |
| 01/13/11 | E.F. | Review agenda for discovery meeting with Greenberg and Akin (.2); e-mails with Cooperman and Seidel regarding same (.2). | 0.40 |
| 01/13/11 | E.F. | Revise agenda for discovery meeting (.3); confer with Cooperman regarding same (.3); meet with Cooperman and Seidel to prepare for discovery meeting (.8); call with Cooperman and Macksoud (KLNF) regarding status of NS objection (.5); confer with Cooperman regarding strategy for responding to 3018 motions (.4); analyze discovery requests to prepare objections to same (.9). | 3.10 |
| 01/13/11 | BNS | Conference with K. Cooperman and E. Fisher | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | regarding preparation for meeting with Nova Scotia lawyers on discovery. | |
| 01/13/11 | KLC | Telephone call with L. Macksould (KLNF) and Fisher re: discovery from Noteholders (.5); office conference with Fisher and Seidel re: discovery meeting preparation (0.8); revise agenda (0.4); discuss same with Fisher (0.3); review litigation hold letter re: ESI protocol (0.9); correspondence with Fisher re: same (0.1); draft litigation hold letter (2.8); confer with Fisher re: response to 3018 motions (0.4); correspondence to Akin and Greenberg re: agenda (0.2); correspondence with Macksoud re: committee list (0.1); review same list (0.3); review cases re: joint defense agreement (1.2); meet with Boneau re: same (0.4). | 8.40 |
| 01/13/11 | MCB | Review cases re joint defense agreement (1.4); research re discovery from committee members (3.7); meeting with K. Cooperman re joint defense research (.4). | 5.50 |
| 01/13/11 | SAS | Review case caption information and correspondence to vendor re: conflict check re: e-discovery processing. | 0.40 |
| 01/14/11 | E.F. | Review memorandum regarding litigation hold (.6); meet with Cooperman regarding same (.2); meet with Greenberg and Akin to define scope of discovery (2.0); follow-up meeting with Cooperman to discuss same (.4); draft e-mail memorandum to Committee (.8); e-mail with Rast and Shattuck regarding GMNS e-discovery | 4.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | concerns [.3]; review Noteholder interrogatories and document requests (.5). | |
| 01/14/11 | RMA | Discuss discovery dispute issues with Cooperman (0.6); correspondence to Cooperman re: same (0.2). | 0.80 |
| 01/14/11 | BNS | Conference with K. Cooperman regarding meeting regarding discovery issues (.3); review draft e-mail to committee regarding same (.1). | 0.40 |
| 01/14/11 | CR | Email from Shattuck re RFP for eDiscovery vendors (.2); complete revisions to RFP (1.3); correspondence with Fisher re: electronic discovery (0.2). | 1.70 |
| 01/14/11 | KLC | Prepare for discovery meeting (0.5); attend meeting with Fisher, Greenberg and Akin (2); discuss same with Fisher (.4); discuss same with Seidel (0.3); revise litigation hold memo (1.8); discuss same with Fisher (0.2); draft letter re: discovery requests (1.2); correspondence with FTI re: swaps (0.2); correspondence from Rast and Shattuck re: discovery vendors (0.3); research re: committee member discovery (1.2); discuss discovery dispute issues with Alter (0.6). | 8.70 |
| 01/15/11 | E.F. | E-mails with Cooperman regarding scope of discovery (.2); review notes from meeting with Greenberg and Akin regarding same (.2); e-mails with Rast regarding conduct of electronic discovery in Nova Scotia case (.2). | 0.60 |
| 01/15/11 | KLC | Correspondence with Fisher re: letter concerning document requests; research hedge fund | 0.50 |

# BUTZEL LONG

ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | inequitable conduct. | |
| 01/17/11 | KLC | Correspondence with J. Santambrogio (FTI) re: swap analysis; review same analysis. | 0.50 |
| 01/18/11 | E.F. | Review document requests (.4) and meeting notes to narrow and refine requests (.8); meet with Cooperman regarding preparation of letter regarding same (.7); e-mail with Macksoud (KLNF) regarding discovery issues (.1). | 2.00 |
| 01/18/11 | BNS | Telephone conference with S. Karotkin and M. Meises (WGM) regarding response to NS holders' 3018 motion. | 0.20 |
| 01/18/11 | CR | Review response from Precision re RFP (0.7); email to Eric Fisher and Katie Cooperman re comments on RFP (.2); revise RFP (0.8) and email same to Stephanie Shattuck(0.1). | 1.80 |
| 01/18/11 | KLC | Office conference with Fisher re: letter memorializing discovery requests (0.7); draft same letter (5.7); revise same letter (1.4); analyze Smurfit brief re: duplicative claim (1.1); review case re: committee discovery (0.6); review cases re: common interest (0.7); review article re: hedge fund inequitable conduct (0.6); office conference with Boneau re: privilege research assignment (0.5); correspondence with Rast re: discovery vendor proposal (0.2); correspondence from Shattuck re: same (0.1). | 11.60 |
| 01/18/11 | MCB | Meeting with K. Cooperman to discuss privilege research (.5); research same re: committee deliberations (3.3); research re committee | 4.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| | | immunity from civil liability (.4); review Colliers on Bankruptcy re same (.7). | |
| 01/18/11 | SAS | Revise e-discovery RFP; correspondence to vendors re: same. | 0.50 |
| 01/19/11 | E.F. | Meet with Cooperman to review letter narrowing scope of discovery requests (2.8); call with Macksoud (KLNF) and Cooperman concerning collection of responsive documents (.4); meet with Boneau and Cooperman concerning work product and other privilege issues (.6). | 3.80 |
| 01/19/11 | BNS | Conference with K. Cooperman regarding BR 3018 motion (.3); conference with K. Cooperman regarding discovery issues (.6). | 0.90 |
| 01/19/11 | KLC | Office conference with Boneau and Fisher re: committee privilege research (0.6); review same cases (1.4); review Smurfit brief re: duplicative claim (0.4); prepare list of topics re: Committee discovery (0.7); office conference with Fisher re: discovery letter (2.8); telephone call with Fisher and Macksoud (KLNF) re: discovery from Committee (0.4); revise discovery letter (3.5); correspondence with KLNF re: Committee bylaws (0.1); skim same bylaws (0.2); review article re: hedge fund conduct (0.4); confer with Seidel re: 3018 motions (0.3) and discovery issues (0.6). | 11.40 |
| 01/19/11 | MCB | Meeting with K. Cooperman and Fisher to discuss research re work-product doctrine (.6); research same in NY Practice (3.4) and in secondary | 6.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 00014 1216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | source re same (2.2). | |
| 01/20/11 | RS | Office conference with K. Cooperman re: hedge fund conduct. | 0.20 |
| 01/20/11 | E.F. | Revise discovery letter to Noteholders (1); review memorandum to Committee regarding 3018 motion (.2); correspondence with Cooperman regarding NS discovery issues (.2); confer with Seidel re: status of same (0.2). | 1.60 |
| 01/20/11 | BNS | Conference with E. Fisher regarding status of discovery. | 0.20 |
| 01/20/11 | CR | Correspondence with Stephanie Shattuck re litigation hold policy (.2); correspondence from Miller re same (.2); telephone conference with Miller re same (.3). | 0.70 |
| 01/20/11 | KLC | Revise discovery letter (1.4); office conference with Sidorsky re: hedge fund conduct (0.2); review Committee bylaws re: confidentiality (0.8); review Noteholders 3018 motion (1.2); review Trustee's 3018 motion (1.1); draft response to same 3018 motions (1.7); correspondence with Fisher re: discovery issues (0.2); review companies' act re: same (0.2). | 6.90 |
| 01/20/11 | MCB | Continue to research work-product doctrine in secondary sources. | 3.60 |
| 01/20/11 | JAD | Draft litigation hold policy re: Nova Scotia. | 0.40 |
| 01/21/11 | RS | Review Committee's amended objection (1.1) and new GM response (0.6). | 1.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/21/11 | E.F. | Meet with Cooperman and Seidel regarding discovery issues (1.1); e-mails with Akin and Greenberg regarding same (.2); revise letter to Noteholders concerning objections to discovery requests (1.6); review research regarding non-attorney work product (.3). | 3.20 |
| 01/21/11 | BNS | Conference with E. Fisher and K. Cooperman to review letter to noteholders regarding discovery (1.1); follow-up with K. Cooperman regarding STN stipulation (.3); e-mail to committee regarding position on BR 3018(a)(.3). | 1.70 |
| 01/21/11 | CR | Revise litigation hold letter (0.2) and email Jennifer Dukarski re: same (.1); review vendor responses to RFPs for eDiscovery (1.3). | 1.60 |
| 01/21/11 | KLC | Office conference with Fisher and Seidel re: discovery letter (1.1); revise same letter (4.4); correspondence from Akin re: same (0.1); correspondence with accounting re: Nova Scotia timekeepers (0.2); review internal litigation hold (0.5); correspondence with Fisher re: same (0.1); discuss STN stipulation with Seidel (0.3). | 6.70 |
| 01/21/11 | MCB | E-mail to E. Fisher and K. Cooperman re research (.2); review cases cited by secondary sources (4.9). | 5.10 |
| 01/21/11 | JAD | Revise litigation hold policy re: Nova Scotia. | 0.30 |
| 01/21/11 | SAS | Analyze vendor RFP in preparation for selection of e-discovery vendor. | 1.20 |
| 01/22/11 | RS | Review trustee response to Nova Scotia | 1.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|      |      | objection. |  |
| 01/22/11 | KLC | Revise discovery letter (1.7); correspondence to Fisher re: same (0.1). | 1.80 |
| 01/23/11 | E.F. | Review e-mails regarding 3018 motion (.2); e-mail with Cooperman regarding discovery responses (.2); review letter to Noteholders (0.6) and Trustee regarding objections to discovery responses (.3). | 1.30 |
| 01/23/11 | SAS | Analyze e-discovery vendor RFP's in preparation for determination of capabilities for processing e-discovery. | 1.90 |
| 01/24/11 | E.F. | Review memorandum from Shattuck regarding e-discovery issues (.2); meet with Cooperman regarding Nova Scotia action items (.9); revise discovery letter to Akin and Greenberg (.2). | 1.30 |
| 01/24/11 | KLC | Office conference with Fisher re: Nova Scotia action items (0.9); correspondence to Akin and Greenberg re: discovery letter (0.1); correspondence with Fisher re: Canadian counsel (0.1); draft statement responding to Bankruptcy Rule 3018(a) motions (2.6); draft committee interview questions re: discovery (3.1); analyze Smurfit docket re: ULC claim case history (2.1); analyze Bowater docket re: same (1.8); general research re: non-party government discovery (0.5); review Shattuck analysis re: document database (0.2); correspondence with Shattuck and Rast re: same (0.1); correspondence re: Morgan Stanley 3018 joinder (0.1). | 9.80 |

# BUTZEL LONG

ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/24/11 | MCB | Review K. Cooperman's e-mail re subpoena to non-party (.2); begin drafting memo re work-product doctrine (3.8); review cases re work-product doctrine (2.4). | 6.40 |
| 01/24/11 | SAS | Draft memo re: analysis of e-discovery vendor RFP's. | 1.40 |
| 01/25/11 | RS | Review response of noteholders to Committee's objection (1.5); office conference with K. Cooperman regarding equitable subordination issues (1.2); continued review of response of noteholders to Committee's objection (1.2). | 3.90 |
| 01/25/11 | CR | Draft and send notice to vendors submitting RFPs for ESI work. | 0.30 |
| 01/25/11 | KLC | Office conference with Sidorsky re: inequitable conduct (1.5); review Bowater post-trial letter (1.1); correspondence to Fisher and Seidel re: same (0.2); revise committee interview questions (2.4); correspondence to Tedesco re: non-party government discovery (0.2); discuss same with Tedesco (0.7); discuss same with Boneau (0.2). | 6.30 |
| 01/25/11 | MCB | Research work-product protection of non-attorney communications (7.9); call with K. Cooperman to discuss serving a non-party government organization (.2). | 8.10 |
| 01/25/11 | LT | Discussion with Cooperman regarding research assignment on the issuance of a subpoena upon a non party governmental agency (0.7); review article re: same (0.2). | 0.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/26/11 | RS | Complete analysis of noteholder response to Committee's objection (1.5); research regarding equitable subordination issues (1.6). | 3.10 |
| 01/26/11 | E.F. | Review 3018 filing (.3); review memorandum to Committee regarding document production (.4). | 0.70 |
| 01/26/11 | BNS | Review draft response to NS motions for temporary allowance of claims order BR3018(a) (.6); follow-up with WG&M regarding same (.2); discuss same with K. Cooperman (.9). | 1.70 |
| 01/26/11 | CR | Draft and send notice to RFP responders re selection of e-discovery provider (.3). | 0.30 |
| 01/26/11 | KLC | Revise response to 3018 motions (5.9); discuss same with Seidel (0.9); correspondence to WGM re: same (0.2); telephone call from Karotkin (WGM) re: same (0.1); correspondence with Fisher and Seidel re: same (0.2); analyze number of claims re: 3018 motions (0.4); correspondence to WGM re: same (0.1); office conference with Capria re: Nova Scotia litigation status (0.6); correspondence with Macksoud (KLNF) re: discovery from past members (0.3); correspondence with Fisher re: approach to same (0.3). | 9.00 |
| 01/26/11 | MCB | Continued research re work-product protection of non-laywer communications (2.6); e-mail correspondence to E. Fisher and K. Cooperman re: same (.6); shepardize same cases (1.9); continue to draft memorandum re: same (2.8). | 7.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/26/11 | LT | Research regarding the enforcement of a subpoena for documents from a non party governmental agency. | 0.50 |
| 01/26/11 | FJC | Office conference with K. Cooperman re issues pertaining to upcoming discovery and status of suit (.6); research re electronic filing of response to multiple motions (.3). | 0.90 |
| 01/27/11 | RS | Office conference with E. Fisher and K. Cooperman regarding equitable subordination issues. | 1.00 |
| 01/27/11 | E.F. | Review 3018 responsive filing (.4); e-mails with Cooperman regarding discovery issues (.4); review correspondence from Chapman (Akin) regarding discovery disputes (.3); meet with Sidorsky and Cooperman regarding equitable subordination (1). | 2.10 |
| 01/27/11 | KLC | Correspondence from M. Williams [GDC] re: 3018 response comments (0.2); revise 3018 response per same comments (1.3); revise same response per additional joinders filed (1.3); correspondence with Seidel re: same (0.3); correspondence from M. Meises (WGM) re: draft opposition (0.1); discuss same with Meises (0.1); review same opposition (0.7); draft letter to Judge Gerber re: response (0.2); file response (0.3); correspondence with EPIQ re: service of response (0.2); correspondence with Capria re: filing (0.2). | 4.90 |
| 01/27/11 | KLC | Office conference with Fisher and Sidorsky re: | 1.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No ·

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | equitable subordination. | |
| 01/27/11 | KLC | Correspondence from Chapman (Akin) re: discovery letter (0.1); review same letter (0.5); correspondence with Fisher and Seidel re: same (0.1). | 0.70 |
| 01/27/11 | MCB | Continue to draft memorandum re: work product (2.3); review same memorandum (.8). | 3.10 |
| 01/27/11 | LT | Research regarding subpoenas to non party governmental agencies under the CFR. | 1.70 |
| 01/28/11 | RS | Review report of special advisor to Bowater Canada. | 1.30 |
| 01/28/11 | E.F. | Discuss discovery letter from Akin with Cooperman (0.4) and revise response in connection with same (0.7). | 1.10 |
| 01/28/11 | BNS | Review WG&M objection to NS BR3018 motion. | 0.30 |
| 01/28/11 | KLC | Draft response to Akin letter (2.7); discuss same with Fisher (0.4); office conference with Boneau re: non party discovery (0.3); review Bowater special report re: ULC claims (1.3). | 4.70 |
| 01/28/11 | MCB | Review case re fee committee and work-product doctrine (.8); finalize memorandum re: work product (1); email same to E. Fisher and K. Cooperman (.1); meeting with K. Cooperman to discuss non-party discovery (.4); review article re serving federal agency with a subpoena (.3); summarize cases re joint defense agreements (2.3). | 4.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/28/11 | FJC | Prepare image of affidavit of service for electronic filing for 3018 response (.1); electronically file affidavit of service (.3); e-mails to K. Cooperman re same (.1). | 0.50 |
| 01/29/11 | LT | Research regarding subpoenas to non party agency in various circuits (.8); drafting memo re: same (1.3). | 2.10 |
| 01/30/11 | E.F. | Prepare memorandum to Committee concerning discoverability of certain information (1.0); review results of research regarding work product issue (.3). | 1.30 |
| 01/30/11 | KLC | Correspondence from Finger (GT) re: discovery letter (0.1); review same letter (0.9); correspondence with Akin and Greenberg re: same (0.1). | 1.10 |
| 01/30/11 | KLC | Continue review of unsealed Bowater report re: ULC claims. | 2.10 |
| 01/30/11 | LT | Finalize memo regarding procedure and options to enforce subpoena issued upon a non party governmental agency. | 1.20 |
| 01/31/11 | RS | Review Aurelius v. GM statement of claim. | 0.80 |
| 01/31/11 | E.F. | Meet with Cooperman regarding discovery issues and collection of responsive information (1); revise letter regarding discovery issues (1.1); analyze reply regarding 3018 motion (.5); e-mails to Seidel and Cooperman regarding same (.1); review e-mails to Committee and former Committee members regarding collection of | 3.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007
### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | documents (.4); e-mails with Cooperman regarding inquiries from Committee members concerning discovery (.1); review results of research regarding non-attorney work product (.3). | |
| 01/31/11 | BNS | Review NS trustee response to BR3018 motion (.3); review K. Cooperman e-mail to Committee members re: discovery and committee responses (.1). | 0.40 |
| 01/31/11 | DJD | Review Pleadings to prepare for conference call with E. Fisher, K. Cooperman, and D. Orlandoni regarding case background and forthcoming case assignments. | 1.70 |
| 01/31/11 | DVO | Review filings in preparation for internal conference call to discuss discovery/litigation strategy. | 0.90 |
| 01/31/11 | KLC | Revise document requests to New GM (4.6); office conference with Fisher re: discovery issues and data collection (1); revise Committee questionnaire (0.6); correspondence to Committee re: same (0.2); correspondence to former members re: same and litigation holds (0.7); correspondence from former members re: same (0.2); draft response letter to Greenberg and Akin (4.2); correspondence with Fisher re: same (0.2); meeting with Boneau to discuss research assignments (0.9). | 12.40 |
| 01/31/11 | MCB | Review Tedesco memo re serving a subpoena on a non-party government entity (.3); meeting | 4.30 |



# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492122

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through January 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|      |      | with K. Cooperman to discuss new research assignments (.9); review cases re: discovery of joint defense agreement (3.1). |  |

**PROFESSIONAL SERVICES**          **133,166.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492123

Account Number 000141216-0008

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through January 31, 2011**
**RE: DEFENDING FEE APPLICATIONS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Associate | | | | |
| Katie L. Cooperman | 1.90 | hours at | $425.00 | $807.50 |
| Total For Associate | 1.90 | | | $807.50 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Search Charges | $1.68 |
| **Total Disbursements** | **$1.68** |

| | |
|---|---|
| Current Fees: | 807.50 |
| Current Disbursements: | 1.68 |
| Total Current Invoice: | 809.18 |
| **Total Balance Due:** | **$809.18** |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492123

Account Number: 000141216-0008

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
## RE: DEFENDING FEE APPLICATIONS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/03/11 | KLC | Review order re: fees on fees; telephone call with C. Andres (GK) re: same. | 0.30 |
| 01/04/11 | KLC | Review third interim fee application correspondence with fee examiner in preparation for call concerning fees on fees (1.2); telephone call with C. Andres (GK) re: same (0.2); correspondence with Fisher and Seidel re: same (0.2). | 1.60 |

**PROFESSIONAL SERVICES**      **807.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492124

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through January 31, 2011**
### RE: MONTHLY FEE STATEMENTS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.20 | hours at | $750.00 | $150.00 |
| Total For Shareholder | 0.20 | | | $150.00 |
| Associate | | | | |
| Katie L. Cooperman | 3.00 | hours at | $425.00 | $1,275.00 |
| Total For Associate | 3.00 | | | $1,275.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Express Delivery Charges | $48.95 |
| **Total Disbursements** | **$48.95** |

| | |
|---|---|
| Current Fees: | 1,425.00 |
| Less 50% Fee Adjustment: | (712.50) |
| Current Disbursements: | 48.95 |
| Total Current Invoice: | 761.45 |
| **Total Balance Due:** | **$761.45** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

February 9, 2011

Invoice No. 8492124

Account Number: 000141216-0010

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through January 31, 2011
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 01/13/11 | KLC | Revise December proformas re: monthly fee statement. | 0.90 |
| 01/24/11 | KLC | Draft December monthly fee statement. | 0.90 |
| 01/25/11 | KLC | Revise December monthly fee statement. | 0.40 |
| 01/26/11 | KLC | Revise December monthly fee statement. | 0.30 |
| 01/27/11 | KLC | Revise December monthly fee statement; correspondence to Seidel re: same. | 0.50 |
| 01/28/11 | BNS | Review BL December fee statement. | 0.20 |

**PROFESSIONAL SERVICES**                    **1,425.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494938

Account Number 000141216-0001

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
### RE: GENERAL ADVICE

| Professional Services | | | | |
| --- | --- | --- | --- | --- |
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.70 | hours at | $575.00 | $402.50 |
| Barry N. Seidel | 0.30 | hours at | $750.00 | $225.00 |
| Total For Shareholder | 1.00 | | | $627.50 |
| Associate | | | | |
| Katie L. Cooperman | 0.20 | hours at | $425.00 | $85.00 |
| Total For Associate | 0.20 | | | $85.00 |

| | |
| --- | --- |
| Current Fees: | 712.50 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 712.50 |
| **Total Balance Due:** | **$712.50** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494938

Account Number: 000141216-0001

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL ADVICE

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| 02/11/11 | BNS | Telephone conference with bondholder regarding voting information. | 0.30 |
| 02/24/11 | E.F. | Review e-mail from Mayer (KLNF) regarding MLC. | 0.20 |
| 02/25/11 | E.F. | Review correspondence from Mayer (KLNF) regarding GUC Trust revisions (.1); review documents concerning same (.2); review correspondences from Mayer concerning MLC tax update (.2). | 0.50 |
| 02/25/11 | KLC | Correspondence from Mayer (KLNF) re: GUC trust revisions; review same. | 0.20 |

**PROFESSIONAL SERVICES**                           712.50

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494939

Account Number 000141216-0005

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through February 28, 2011**
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.90 | hours at | $750.00 | $675.00 |
| Total For Shareholder | 0.90 | | | $675.00 |
| Associate | | | | |
| Katie L. Cooperman | 9.20 | hours at | $425.00 | $3,910.00 |
| Total For Associate | 9.20 | | | $3,910.00 |
| Paralegal II | | | | |
| Frederick Capria | 8.10 | hours at | $270.00 | $2,187.00 |
| Total For Paralegal II | 8.10 | | | $2,187.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $103.90 |
| Express Delivery Charges | $67.40 |
| **Total Disbursements** | **$171.30** |

| | |
|---|---|
| Current Fees: | 6,772.00 |
| Current Disbursements: | 171.30 |
| Total Current Invoice: | 6,943.30 |
| **Total Balance Due:** | **$6,943.30** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494939

Account Number: 000141216-0005

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/01/11 | FJC | E-mail to accounting with instructions on preparation of ASCII files of invoices for Fifth Fee Application (.2); research re revisions and additions to timekeepers and matters (.3); review previous monthly invoices in preparation for Fifth Fee Application (.2). | 0.70 |
| 02/02/11 | KLC | Draft fifth interim fee application. | 1.80 |
| 02/10/11 | FJC | Begin review (0.8) and revisions (0.8) of ASCII files of invoices to be submitted to Bankruptcy Trustee in connection with Butzel Long's Fifth Fee Application. | 1.60 |
| 02/11/11 | FJC | Continue review (0.8) and revision (0.7) of ASCII versions of invoices for submission to Bankruptcy Trustee in connection with Butzel's Fifth Fee Application. | 1.50 |
| 02/14/11 | KLC | Draft March 2011 budget; correspondence to Seidel re: same. | 0.20 |
| 02/15/11 | BNS | Review K. Cooperman letter regarding monthly budget. | 0.10 |
| 02/15/11 | KLC | Correspondence to Fee Examiner re: March budget. | 0.10 |
| 02/15/11 | FJC | Update set-up file of timekeepers for submission to Bankruptcy Trustee. | 0.20 |
| 02/16/11 | KLC | Continue drafting fifth interim fee application. | 3.30 |
| 02/18/11 | FJC | Complete revision of ASCII version of invoices in | 1.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS
*a professional corporation*

Tax I.D. No:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                      March 8, 2011
GENERAL MOTORS CORPORATION

Invoice No. 8494939

Account Number 000141216-0005

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | preparation for submission of same to bankruptcy trustee in connection with Fee Application (.8); revise timekeeper listing for ASCII "setup" file to be submitted to Bankruptcy Trustee for same (.5). | |
| 02/21/11 | KLC | Revise fifth interim fee application. | 1.10 |
| 02/22/11 | KLC | Office conference with Capria re: fifth interim fee application; correspondence with accounting re: same; revise fee application. | 0.50 |
| 02/22/11 | FJC | Review chart sent from accounting re copying and printing charges, checking math of same (.2); e-mail to K. Cooperman re results (.1); office conference with Cooperman re changes to ASCII invoice files (.2). | 0.50 |
| 02/23/11 | BNS | Review memorandum from C. Basler regarding new procedures for bill submission. | 0.20 |
| 02/23/11 | KLC | Revise fifth interim fee application; correspondence to Seidel re: same; correspondence to Capria re: same. | 0.50 |
| 02/23/11 | FJC | Complete editing of ASCII invoice files to be submitted to bankruptcy trustee (.2); create text version of exhibit re Fifth Fee Application (.4). | 0.60 |
| 02/24/11 | BNS | Review (0.3) and revise (0.3) Butzel Long 5th fee application. | 0.60 |
| 02/24/11 | KLC | Revise fifth interim fee application (1); correspondence with Seidel re: same (0.3). | 1.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494939

Account Number 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/24/11 | FJC | Begin preparation of ASCII version of Fifth Fee Application for transmission to Bankruptcy Trustee. | 0.50 |
| 02/25/11 | KLC | Correspondence to notice parties re: fifth fee application per applicable guidelines. | 0.40 |
| 02/25/11 | FJC | Transmit revised Timekeeper set-up file to Trustee via e-mail per instructions (.1); final preparation of ASCII versions of Butzel invoices for submission to Trustee (.3); transmit same via e-mail (.1); prepare ASCII version of Butzel Fifth Application for Fees and Disbursements (.3); prepare Acrobat .pdf] image of same (.3); transmit image and ASCII versions of Fee Application to Trustee via e-mail (.1). | 1.20 |

**PROFESSIONAL SERVICES**          **6,772.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007
**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| **Shareholder** | | | | |
| Claudia Rast | 1.50 | hours at | $400.00 | $600.00 |
| Eric Fisher | 36.20 | hours at | $575.00 | $20,815.00 |
| Robert Sidorsky | 14.20 | hours at | $625.00 | $8,875.00 |
| Barry N. Seidel | 14.30 | hours at | $750.00 | $10,725.00 |
| Total For Shareholder | 66.20 | | | $41,015.00 |
| **Associate** | | | | |
| Donald Orlandoni | 31.70 | hours at | $275.00 | $8,717.50 |
| David J. DeVine | 9.70 | hours at | $300.00 | $2,910.00 |
| Maria Caceres-Boneau | 29.40 | hours at | $335.00 | $9,849.00 |
| Katie L. Cooperman | 171.60 | hours at | $425.00 | $72,930.00 |
| Total For Associate | 242.40 | | | $94,406.50 |
| **Paralegal II** | | | | |
| Alexis L. Richards | 1.70 | hours at | $165.00 | $280.50 |
| Total For Paralegal II | 1.70 | | | $280.50 |
| **Paralegal** | | | | |
| Stephanie A. Shattuck | 22.40 | hours at | $180.00 | $4,032.00 |
| Total For Paralegal | 22.40 | | | $4,032.00 |
| **Paralegal II** | | | | |
| Frederick Capria | 1.90 | hours at | $270.00 | $513.00 |
| Total For Paralegal II | 1.90 | | | $513.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $546.60 |
| Computer Research | $1,501.72 |
| Express Delivery Charges | $7.78 |
| Third-Party Vendor | $28,800.99 |
| Travel Expenses | $310.00 |
| **Total Disbursements** | **$31,167.09** |

| | |
|---|---|
| Current Fees: | 140,247.00 |
| Current Disbursements: | 31,167.09 |
| Total Current Invoice: | 171,414.09 |
| **Total Balance Due:** | **$171,414.09** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100 ·150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number: 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2011
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/01/11 | RS | Review Yellowstone decision regarding equitable subordination (.6); review TOUSA decision regarding fraudulent conveyance issues (1.8). | 2.40 |
| 02/01/11 | E.F. | Meet with Cooperman to review discovery disputes (.9); review (.5) and revise letter to Akin and Greenberg re discovery issues (.7); prepare for call with Committee regarding status of NS objection and 3018 motion (.4); participate in call with Committee regarding same and regarding status of proceedings (.4); e-mail correspondence with Cooperman regarding discovery from former Committee members (.2); confer with Cooperman, Orlandoni and DeVine regarding background and other issues (.8). | 4.00 |
| 02/01/11 | BNS | Review Goldman Sachs joinder with regard to BR 3018 (a) motion (.1); analyze recent cases bearing upon developments with regard to fraudulent transfer law (.8). | 0.90 |
| 02/01/11 | BNS | Attend committee phone call with E. Fisher and K. Cooperman regarding NS and JPM matters. | 0.40 |
| 02/01/11 | DJD | Analyze case materials (.7) and filings re: background (0.8); draft case time line outline to be used as reference going forward (.7); participate in conference call with E. Fisher, K. Cooperman, and D. Orlandoni regarding case background, applicable legal issues, and assignments going forward (.8); participate in | 4.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | follow-up conference call with D. Orlandoni and K. Cooperman regarding same (1.5). | |
| 02/01/11 | DVO | Reviewed certain case filings (1.1) and memos in preparation for strategy conference call with E. Fisher, K. Cooperman and D. DeVine (1.1); conference call with E. Fisher, K. Cooperman and D. DeVine re: case background and assignments (.8); follow-up research concerning arguments raised by New GM (.6); continued strategy conference call with K. Cooperman and D. DeVine (1.5). | 5.10 |
| 02/01/11 | KLC | Office conference with Fisher re: discovery disputes (.9); revise discovery letter (4.1); prepare for committee call re: discovery update (0.2); correspondence from committee members re: discovery (.5); revise tracking chart re: discovery responses (0.3); telephone call with Orlandoni, DeVine and Fisher re: Nova Scotia background for discovery work (0.8); telephone call with Orlandoni and DeVine re: same (1.5); participate in Committee call re: discovery and 3018 update (0.4); telephone call from former committee member re: discovery (0.4); correspondence with Fisher re: same (0.1); correspondence to Akin and Greenberg re: discovery letter (0.1). | 9.30 |
| 02/01/11 | MCB | Research re government affidavit to request documents (2.4); review L. Tedesco memo re: same (.2); review sample 1.11(d) affidavits (.3). | 2.90 |
| 02/01/11 | FJC. | Correspondence with R. Sidorsky re item to be | 0.70 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | retrieved from bankruptcy court docket (.2); research re same (.4); retrieve image of same and forward hard copy to Sidorsky (.1). | |
| 02/02/11 | RS | Office conference with K. Cooperman regarding equitable subordination issues. | 0.70 |
| 02/02/11 | E.F. | Meet with Cooperman regarding conference with Akin and Greenberg concerning discovery (.5). | 0.50 |
| 02/02/11 | BNS | Telephone conference with S. Karotkin (WGM) regarding BR3018 hearing on 2/3. | 0.50 |
| 02/02/11 | CR | Review emails from Stephanie Shattuck re custodians for data collection (.2); office conference with Katie Cooperman re: same (.2). | 0.40 |
| 02/02/11 | DVO | Review of ULC Trustee's response to Committee's claims objection (.9); related research and notes to file (.6). | 1.50 |
| 02/02/11 | KLC | Review pleadings re: 3018 motions and objections in preparation of hearing (0.4); correspondence with Greenberg and Akin re: discovery call (0.1); office conference with Fisher re: Greenberg and Akin conference (0.5); research obtaining document discovery from Debtor (3.2); telephone call with Retter (KDW) re: discovery (0.2); discuss equitable subordination with Sidorsky (0.7); discuss discovery custodians with Rast (0.2); correspondence with Shattuck re: same (0.1). | 5.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 02/02/11 | MCB | Correspondence from K. Cooperman re: document request to debtor (.2); research cases (0.4); and secondary sources re same (.7). | 1.30 |
| 02/03/11 | RS | Review memo regarding fraudulent conveyance issues (.5); office conference with M. Boneau regarding fraudulent conveyance research (.3); review cases regarding fraudulent conveyance issues (1.0). | 1.80 |
| 02/03/11 | E.F. | Review (.7) and revise New GM subpoena (.4); meet and confer with Akin, Greenberg and Cooperman regarding revisions to document requests (.5); follow-up meeting with Cooperman to discuss same (.4). | 2.00 |
| 02/03/11 | BNS | Review pleadings in preparation for hearing on NS holders and NS Trustee BR3018 motions (2.8); attend same hearing before BJ Gerber (.5). | 3.30 |
| 02/03/11 | DVO | Review New GM's response to Committee's claims objection (.8); drafted memo to file summarizing same (.5); reviewed certain relevant cases re: same (.7). | 2.00 |
| 02/03/11 | KLC | Telephone call with K. Martorana (GDC) re: discovery (0.2); update tracking chart re: same response (0.2); draft litigation hold letter re: non parties (1.3); revise subpoena schedule re: New GM (0.6); correspondence to Fisher re: same (0.1); telephone call with Fisher, Greenberg and Akin re: discovery (0.5); revise discovery requests to noteholders (2.3); office conference with | 6.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

## (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2011
## RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
|  |  | Fisher re: discovery (0.4); correspondence with Rast re: same (0.1); correspondence from Seidel re: 3018 hearing (0.2). |  |
| 02/03/11 | MCB | Correspondence with K. Cooperman to discuss research re fraudulent transfers (.1); discussions with R. Sidorsky re fraudulent transfers (.3); pull cases cited in a memo re: fraudulent transfers and shepardize cases (1.6). | 2.00 |
| 02/04/11 | E.F. | E-mails regarding collection of documents for production (.2); correspondence with Shattuck regarding same (.2); review New GM subpoena (.2). | 0.60 |
| 02/04/11 | KLC | Draft list re: Nova Scotia data collection from internal custodians (.8); correspondence to Fisher and Seidel re: same (0.1); discuss same with Shattuck (.9). | 1.80 |
| 02/04/11 | MCB | Create a list of concerning requesting documents from the government (.8); review case re fraudulent transfer (.4). | 1.20 |
| 02/04/11 | SAS | Teleconference with K. Cooperman relative to upcoming data acquisition (.9); correspondence with Fisher re: same (.2); teleconference with D. Bach re same (.1); correspond with internal technical support re: preparation for data acquisition (.5). | 1.70 |
| 02/05/11 | KLC | Revise amended document requests to noteholders (1.3); correspondence with Fisher re: same (0.1); correspondence with Shattuck re: | 2.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Butzel data collection (0.1); revise schedule to New GM subpoena (0.4); correspondence with Fisher re: same (0.1). | |
| 02/05/11 | SAS | Correspond with vendor relative internal data acquisition (.2); analyze preliminary list of custodians and date information (.5); analyze search term list re: document collection (.3). | 1.00 |
| 02/06/11 | E.F. | Review (.2)and revise protocol for collection of responsive documents (.1); e-mail to Cooperman regarding same (.1); review (.4) and revise schedule for New GM subpoena (.3); e-mail to Cooperman regarding same (.2); review (.4) and revise document requests to Noteholders (.5); e-mail to Cooperman regarding same (.2). | 2.40 |
| 02/07/11 | RS | Research regarding equitable subordination issues (1) and review of Enron decision (0.9). | 1.90 |
| 02/07/11 | E.F. | Meet with Cooperman regarding discovery requests and legal research regarding discovery from Debtors (.4); e-mails with Cooperman regarding document collection for Committee's production (.2); review e-mails regarding Committee member's production of documents (.2); revise document requests to GMNSF trustee (1.0); review Bowater report regarding ULCs (.4). | 2.20 |
| 02/07/11 | KLC | Correspondence from Fisher re: comments to amended requests (0.1); revise amended document requests to Noteholders re: same (0.6); office conference with Fisher re: discovery | 5.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | and debtor research (.4); meet with Boneau re: New GM subpoena (.2); draft amended document requests to Trustee (2.8); correspondence from counsel to PBGC re: discovery (0.2); update tracking chart re: discovery responses (0.2); correspondence from Fisher re: internal data collection (0.1); correspondence with Shattuck re: same (0.2); correspondence with counsel to UAW re: discovery (0.2). | |
| 02/07/11 | MCB | Draft cover letter to subpoena (.2); revise cover letter per K. Cooperman comments (.1); meeting with K. Cooperman to discuss subpoena (.2); search for contested matter subpoena (.2); draft subpoena (.3). | 1.00 |
| 02/07/11 | SAS | Prepare search criteria list per attorney request for vendor search tool in preparation for upcoming Relativity review; exchange e-correspondence re same. | 0.50 |
| 02/08/11 | RS | Research regarding fraudulent conveyance issues. | 0.30 |
| 02/08/11 | E.F. | Call with Committee members and Cooperman regarding collection of responsive documents (.4); e-mails with Cooperman regarding discovery issues (.4). | 0.80 |
| 02/08/11 | CR | Review email from Katie Cooperman re ESI and litigation hold (.1); participate in call to discuss next steps for internal collection of ESI and from | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| | | Committee members (.5); review email exchanges re: same (.2). | |
| 02/08/11 | KLC | Draft responses to noteholders' interrogatories and document requests (1.4); revise amended document requests to noteholders (0.2); revise same to Nova Scotia trustee (0.2); correspondence to Akin and Greenberg re: same (0.1); telephone call with Shattuck re: discovery (0.4); correspondence with Fisher re: same (.4); correspondence with Shattuck re: same (0.2); telephone call with Macksould (KLNF) re: same (0.3); telephone call with Fisher and UCC members re: data collection (0.4); correspondence to Macksoud re: discovery parameters (0.3); correspondence with Meises (WGM) re: 3018 order (0.1); review same order (0.2); correspondence with former committee members re: discovery responses (0.6); correspondence with UAW re: discovery call (0.1); revise internal discovery parameter list (1.1). | 6.10 |
| 02/08/11 | SAS | Teleconference with K. Cooperman relative to internal document collection and production (.4); e-correspondence with vendor (.3) and technical support re same (.3); teleconference with J. Wyatt and vendor relative to internal document collection and Relativity review set up (1.6); draft task list for internal team for upcoming document collection (.5); prepare user names and e-mail addresses for vendor for relativity credentials and access for Butzel review team | 4.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                    March 8, 2011
GENERAL MOTORS CORPORATION

Invoice No. 8494940

Account Number 000141216-0007
### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (.5); prepare e-mail for team outlining Relativity access and technical support contact for set up of same (.4). | |
| 02/09/11 | RS | Office conference with K. Cooperman and M. Boneau regarding discovery issues. | 0.50 |
| 02/09/11 | E.F. | Call with FTI and Cooperman regarding document production (.5); call with UAW and Cooperman regarding document collection (.5); meeting with Cooperman regarding discovery interviews with Committee members (.3); discuss same with Cooperman (.2) revise New GM subpoena (.3); e-mail Akin and Greenberg regarding responses and objections (.2). | 2.00 |
| 02/09/11 | CR | Review and respond to email from Don Miller re Litigation Hold. | 0.20 |
| 02/09/11 | DJD | Analyze Bowater special report (1.2), complaint filed by noteholders commencing Nova Scotia proceeding (.5), and response to same (1). | 2.70 |
| 02/09/11 | KLC | Telephone call with Fisher and UAW counsel re: discovery requests (0.5); meeting with Fisher re: member discovery interviews (.3); discuss same with Fisher (0.2); review work- product memo from Boneau (0.4); revise New GM subpoena (0.2) and schedule to same (0.4); telephone call with FTI and Fisher re: discovery (0.5); correspondence to FTI re: same (0.5); meeting with Sidorsky and Boneau re: discovery (0.5); discovery call with former member (0.4); update | 10.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF                                    March 8, 2011
GENERAL MOTORS CORPORATION

                                                    Invoice No. 8494940

Account Number 000141216-0007
### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2011
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | committee member response tracking chart re: same (0.3); revise objections and responses to noteholders' interrogatories and document requests (5.6); discuss same with Boneau (.1); correspondence to Steinberg (KS) re: subpoena (0.1). | |
| 02/09/11 | MCB | Meeting with K. Cooperman and R. Sidorsky re: discovery (.5); discuss objections with K. Cooperman (.1). | 0.90 |
| 02/09/11 | SAS | Telephone conference with vendor re: Butzel internal document collection (.3); correspondence with K. Cooperman re same (.1). | 0.40 |
| 02/10/11 | RS | Review and revise draft application for retention of Canadian counsel. | 0.50 |
| 02/10/11 | E.F. | E-mails with Davidson (KS) regarding New GM subpoena (.2); revise responses and objections to document requests (.9); e-mails with Cooperman regarding process for collecting responsive documents from individual Committee members (.4). | 1.50 |
| 02/10/11 | BNS | Telephone conference with B. Zirinsky (GT) regarding possible avenues of settlement. | 0.30 |
| 02/10/11 | DVO | Review of Lock-Up Noteholders' response to committee's claims objection (1.1); follow-up research regarding issues presented in same (1). | 2.10 |
| 02/10/11 | KLC | Revise responses and objections to Noteholders' | 8.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | discovery requests (5.3); telephone call with counsel to USW re: discovery follow up (0.4); telephone call with K. Martorana (GDC) re: same (0.3); revise discovery response tracking chart re: same (0.4); telephone call with DENSO re: responsive discovery (0.4); correspondence with DENSO re: same (0.2); correspondence from Meises (WGM) re: revised 3018 order (0.1); review same order (0.2); correspondence with L. Macksoud (KLNF) re: discovery objections and responses (0.2); research verification requirement re: interrogatories (0.5); correspondence with Fisher re: same (0.1); correspondence with L. Macksoud re: discovery production (0.1). | |
| 02/10/11 | MCB | Review preservation notice (.2); review cases re fraudulent transfer (2.6). | 2.80 |
| 02/10/11 | SAS | Analyze Kramer Levin list for document collection (.3); correspond with K. Cooperman and coordinate vendor call re same (.2). | 0.50 |
| 02/11/11 | RS | Office conference with M. Boneau regarding fraudulent conveyance research. | 0.30 |
| 02/11/11 | E.F. | Review (.7) and revise (.8) Committee objections and responses. | 1.50 |
| 02/11/11 | BNS | Telephone conference with D. Golden and P. Dublin (Akin) regarding possible resolution of trustee plan objection (.3); follow-up e-mail (.1). | 0.40 |
| 02/11/11 | CR | Review Stephanie Shattuck's status memo re data load (.1). | 0.10 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/11/11 | DVO | Review Cooperman memo of relevant legal issues. | 0.80 |
| 02/11/11 | KLC | Call with Shattuck re: discovery collection (0.2); revise discovery responses and objections (1.1); draft verification re: same (0.6); correspondence to Committee re: same (0.1); correspondence to former members re: same (0.1); telephone calls to Caplin and Drysdale re: discovery requests (0.2); revise member response tracking chart re: same (0.2); revise discovery parameter list (0.2); correspondence with Shattuck re: same (0.1); correspondence with L. Macksoud (KLNF) re: same (0.2); correspondence with FTI re: same (0.1); correspondence from IUE re: response revisions (0.1); revise responses and objections re: same comments (0.1); revise Canadian counsel retention application (1.8); revise same declaration (1). | 6.30 |
| 02/11/11 | MCB | Review noteholders response to committee claims objection (3.1); meeting with R. Sidorsky to discuss research re reasonably equivalent value (.3); review cases to further equitable subordination argument (1.4). | 4.80 |
| 02/11/11 | SAS | Teleconference with vendor relative to documents collection (.5); teleconference with K. Cooperman re same (.2); prepare follow up e-mail outlining both calls for team members (.2); draft coding instruction/protocol for upcoming Relativity review (.8). | 1.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| 02/13/11 | KLC | Correspondence with Fisher re: discovery call with FTI; review Noteholders objection to Plan. | 0.50 |
| 02/13/11 | MCB | Research re reasonably equivalent value. | 3.10 |
| 02/14/11 | BNS | Conference with K. Cooperman regarding FTI and KLNF document production. | 0.40 |
| 02/14/11 | DVO | Review e-mail correspondence coordinating upcoming document review. | 0.30 |
| 02/14/11 | KLC | Telephone call with KLNF and Xact re: discovery (0.8); telephone call with Caplin and Drysdale (counsel to former member) re: discovery responses (0.5); telephone call with S. O'Neal (Cleary) re: same (0.3); telephone call from Retter (Kelley Drye) re: same (0.2); conference with Seidel re: FTI and KLNF document production (.4); revise response tracking chart re: KDW update (0.7); correspondence with Gibson Dunn re: revisions to discovery responses (0.1); revise same responses to document requests (1.5); revise Canadian counsel retention application per Boneau revisions (1.8); meeting with Boneau re: same (0.2); telephone call with FTI re: discovery (0.3); correspondence with Babette (UAW counsel) re: responses to discovery (0.1); correspondence with Fisher and Seidel re: same (0.2). | 7.10 |
| 02/14/11 | MCB | Revise application for retention of Canadian counsel to conform to certification and R. Sidorsky comments (.4); revise declaration re: | 4.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007
### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | same (.7); draft order re: same (.4); draft notice of application for retention (.4); meeting with K. Cooperman to discuss same (.2); review case law re reasonably equivalent value (2.2). | |
| 02/15/11 | RS | Review district court decision in TOUSA regarding fraudulent conveyance issues. | 1.80 |
| 02/15/11 | E.F. | Review e-mails regarding document production issues. | 0.50 |
| 02/15/11 | BNS | Review news articles regarding NS objections to plan (.2); review Committee response regarding discovery requests (.7). | 0.90 |
| 02/15/11 | KLC | Correspondence with Sidorsky re: retention (0.2); correspondence to Seidel re: responses and objections to Noteholders' discovery requests (0.2); revise same objections (1.1); review DENSO correspondence re: discovery (0.9); telephone call with Shattuck and Xact re: discovery (1.4); call with Shattuck re: review. tagging, layout and protocol (0.5); correspondence with Xact re: database layout (0.3); telephone call with Macksoud (KLNF) re: Trustee objection to plan (0.3); correspondence to Fisher and Seidel re: same (0.2); correspondence with S. O'Neal (Cleary) re: discovery (0.3); correspondence to Brosnick re: same (0.1); correspondence with Ceccotti (UAW) re: same (0.1); review documents re: Butzel production (1.1). | 6.70 |
| 02/15/11 | SAS | Teleconference with K. Cooperman and Xact | 2.40 |

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100 · 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | data Discovery re Relativity database layout details in preparation for upcoming review (1.4); teleconference with K. Cooperman re Relativity review, tagging, structural changes, and information for review protocol (.5); prepare e-mail to coordinate team training in relativity (.3); correspondence to vendor re same (.2). | |
| 02/16/11 | RS | Complete review of TOUSA decision. | 1.70 |
| 02/16/11 | BNS | Conference with K. Cooperman regarding UCC response to interrogatories and document request (.6); telephone conference with T. Mayer (KLNF) regarding strategy regarding NS trustee plan objection (.2); analyze alternative litigation strategies (.6). | 1.40 |
| 02/16/11 | DVO | Review correspondence concerning document review database in preparation for upcoming document review. | 0.50 |
| 02/16/11 | KLC | Analyze Butzel document production parameters to ensure reliability (6.2); telephone calls with Shattuck re: database set-up and structure (0.5); office conference with Seidel re: responses to NHS interrogatories and document requests (0.6); internal correspondence with team re: scheduling (0.3); correspondence with Xact re: sorting of information (1.3); finalize objections to Noteholders' discovery requests (0.6); correspondence to Akin and Greenberg re: same (0.1); correspondence from Finger (Greenberg) re: Noteholders objections (0.1); | 9.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100 150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No: 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | correspondence from Chapman (Akin) re: trustee's objections (0.1). | |
| 02/16/11 | MCB | Review emails re document review (.2); review materials re Relativity platform (.3). | 0.50 |
| 02/16/11 | SAS | Teleconference with K. Cooperman re Relativity database set up and structural changes of same (.5); teleconference with Xact Data Discovery re same (1); Prepare review protocol for upcoming review in preparation for production (1.5); coordinate with vendor and technical support for team Relativity credentials (.3); coordinate with vendor for review team training of Relativity database (.3). | 3.60 |
| 02/17/11 | BNS | Review NS holders responses to discovery (.8); review NS holders' plan objection (.7). | 1.50 |
| 02/17/11 | DVO | Preparation for training with document review software vendor (.2); participation in same (.5); review discovery protocols for upcoming review and production (1.6). | 2.30 |
| 02/17/11 | KLC | Review Butzel document production for responsiveness and privilege (11); conference with Capria re: same (2); prepare (.6) and participate in (.5) Relativity training re: Nova Scotia platform; internal correspondence re: same (0.4); discuss same with Shattuck (0.1); follow up call with Xact re: training (0.4); correspondence to Shattuck re: case information for protocol (1.5). | 14.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No .

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/17/11 | MCB | Prepare for (.6) and participate in (.5) Document review training; review e-mails re document review (.2); review Relativity software for document review (.1). | 1.40 |
| 02/17/11 | A_R | Prepare for (.6) and participate in (.5) Relativity Database Training in preparation for reviewing documents. | 1.10 |
| 02/17/11 | FJC | Telephone conferences with K. Cooperman re document production and privilege issues. | 0.20 |
| 02/17/11 | SAS | Prepare for (.6) and participate in (.5) vendor's Relativity training; teleconference with K. Cooperman re same (.1). | 1.20 |
| 02/18/11 | RS | Office conference with K. Cooperman regarding discovery issues (.2); review revised retention application for Canadian counsel (.3). | 0.50 |
| 02/18/11 | E.F. | Meet with Cooperman regarding procedures for document production (.5); review e-mails regarding privilege issues (.4); review objection to confirmation filed by GMNS trustee (.8). | 1.70 |
| 02/18/11 | BNS | Conference with K. Cooperman regarding document production issues (.4); review discovery and review production protocol (.6); review Inteva documents (.2); consider D. Gropper proposal (.4). | 1.60 |
| 02/18/11 | KLC | Office conference with Fisher re: document production strategy (0.5); confer with Sidorsky re: same (.2); review Butzel document production | 14.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2011
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | for responsiveness and privilege (10.7); correspondence with Xact re: search criteria (1.1); telephone call with DENSO re: production (0.2); discuss same with Xact (0.2); correspondence with Macksoud [KLNF] re: document review procedures (0.3); draft same procedures (0.9); confer with Seidel re: document production issues (0.4); correspondence with Seidel re: same (0.2). | |
| 02/18/11 | MCB | Review e-mail re document review (.2); respond to e-mail re document review (.1); review e-mail re retention of Canadian counsel (.1). | 0.40 |
| 02/19/11 | KLC | Review Butzel document production for responsiveness and privilege (6.5); correspondence with Xact re: searching same (0.8); draft document review protocol re: initial document production (3.8). | 11.10 |
| 02/20/11 | KLC | Review Butzel document production for responsiveness and privilege (4.8); revise document review protocol re: initial document production (4.1); correspondence with Fisher re: privilege (0.4); correspondence to team (Capria, Fisher, Shattuck, Boneau, Orlandoni and Richards) re: Monday meeting discussion materials (0.5). | 9.80 |
| 02/21/11 | RS | Review GUC Trust Agreement (.6); e-mails to E. Fisher regarding GUC Trust Agreement (.2); drafting and revision of issue coding list for document review (.7). | 1.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/21/11 | E.F. | Call with Cooperman and others regarding document production protocol (.6); review objection and responses of trustee and noteholders (.5); review GUC trust correspondence (.1); meet with Cooperman regarding review of production set (.4); meet with Cooperman regarding open discovery issues to address with noteholders' counsel (.5). | 2.10 |
| 02/21/11 | DVO | Review various materials sent by K. Cooperman ahead of scheduled conference call to discuss document review strategy (.9); participate in such conference call (.6); ensuing document review (.5); continue review of case research memos in preparation of document review (1.1). | 3.10 |
| 02/21/11 | KLC | Review privileged internal documents to designate for team review (1.9); review noteholders responses and objections to discovery requests (0.4); review GMNSF trustee responses and objections re: same (0.7); review discovery protocol in preparation for team call (0.6); lead internal team call (with Fisher, Richards, Shattuck, Boneau, Orlandoni and Capria) (0.6); correspondence with Fisher and Sidorsky re: GUC trust (0.3); correspondence with Xact re: database searches (0.4); correspondence to team re: tagging (0.2); discuss permission restrictions with Xact (0.3); correspondence with T. Rothman (DENSO) re: data collection (0.2); meet with Fisher re: open issues to discuss with GT/Akin (.5); meet with | 10.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | Fisher re: production set (.4); review documents to be produced (3.6). | |
| 02/21/11 | MCB | Review document review protocol (.4); call with document review team to discuss review protocol (.6). | 1.00 |
| 02/21/11 | A_R | Team conference call to discuss protocol for document review in preparation for producing. | 0.60 |
| 02/21/11 | FJC | Prepare for (.1) and attend conference call with case team re: upcoming document reviews (.6). | 0.70 |
| 02/21/11 | SAS | Analyze updated review protocol in preparation for upcoming review and production (.7); teleconference with review team and K. Cooperman to review protocol and prepare for Relativity review of FTI and Kramer Levin documents (.6). | 1.30 |
| 02/22/11 | E.F. | Review letter in support of confirmation (.6) and e-mail with Cooperman regarding same (.1); meet with Cooperman regarding document production (.8) and call with Shattuck and Cooperman regarding same (.3); review e-mails regarding document review issues (.3); review responses and objections (.6) and prepare notes to raise discovery disputes (.5). | 3.20 |
| 02/22/11 | BNS | Review draft of Committee statement regarding plan confirmation. | 0.40 |
| 02/22/11 | DVO | Continue review of relevant facts and legal issues in preparation to conduct discovery. | 1.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corpprotion*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| 02/22/11 | KLC | Telephone call with Shattuck re: discovery matters (0.4); telephone call with Macksould (KLNF) re: document review (0.2); correspondence with Macksoud re: statement supporting plan (0.1); review same statement (0.4); correspondence from Macksoud re: Debtors' response to plan objections (0.1); review same response (0.8); office conference with Fisher re: discovery specifications (0.8); discuss same with Fisher and Shattuck (0.3); discuss same with Xact (0.3); correspondence from Sidorsky re: issues list for document review (0.1); review same list (1.3); correspondence with Zarowny (DENSO) re: privilege (0.1); revise document tags re: same (0.7); review documents (3). | 8.60 |
| 02/22/11 | SAS | Teleconference with K. Cooperman relative to upcoming Butzel production (.4); teleconference with K. Cooperman and E. Fisher relative to upcoming production and processing and review of FTI documents for production (.3); teleconference with N. Reizen of Xact relative to same (.9). | 1.60 |
| 02/23/11 | RS | Office conference with K. Cooperman regarding document coding issues. | 0.30 |
| 02/23/11 | E.F. | Meet with Cooperman regarding document production set (0.5); meet with Cooperman and Seidel re: same (.3); review Lehman Rule 60(b) decision (.5); review correspondence from Cooperman concerning same (.2); review | 2.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | responses and objections (.2) and prepare notes to raise discovery disputes (.4); review statement in support (.3); call with Mayer (KLNF) regarding GM Nova Scotia settlement offer (.3). | |
| 02/23/11 | BNS | Review debtor memorandum of law in support of confirmation regarding Nova Scotia objection. | 0.30 |
| 02/23/11 | BNS | Conference with E. Fisher and K. Cooperman regarding document production (.3); telephone conference with T. Mayer (KLNF) regarding Appaloosa proposal (.1). | 0.40 |
| 02/23/11 | DVO | Review document review protocol in preparation for document review (1.1); call with K. Cooperman regarding same (.9). | 2.00 |
| 02/23/11 | KLC | Review production set delivered by vendor (2.3); office conference re: same with Fisher (0.5); confer with Fisher and Seidel re: same (.3); correspondence with Xact re: binders (0.4); discuss discovery issues list with Sidorsky (0.5); review Lehman decision re: 60(b) (2.2); correspondence to Fisher and Seidel re: same (0.3); telephone call with Orlandoni re: hot and privileged documents (0.9); office conference with Sidorsky re: document coding (.3); draft email re: outstanding items to Noteholders (0.6); correspondence with FTI re: data collection (0.1); prepare list of relevant events re: time frame (0.9). | 9.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100    150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007
### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/23/11 | MCB | Review e-mail re review of documents (.1); respond to e-mail re review of documents (.1). | 0.20 |
| 02/24/11 | E.F. | Call with Greenberg Traurig regarding outstanding discovery issues (.5); e-mails with Greenberg Traurig concerning same (.2); review correspondence from Macksoud concerning confirmation order draft (.1) and review same (.4); meeting with Cooperman regarding discovery review (1); discuss same with Macksoud and Cooperman (0.4). | 2.60 |
| 02/24/11 | BNS | E-mail with Cooperman regarding 60(b) and Lehman decision. | 0.40 |
| 02/24/11 | DVO | Review hot documents among Butzel Long documents loaded onto Relativity. | 1.30 |
| 02/24/11 | KLC | Review Bowater objection re: Nova Scotia law (0.8); create discovery layout for Noteholder and Trustee productions (3.4); correspondence with Xact re: same (0.3); telephone calls with Xact re: same (0.6); correspondence with review team re: call (0.2); correspondence with Macksoud (KLNF) re: discovery review (0.2); office conference with Fisher re: same (1); discuss same with Macksoud and Fisher (0.4). | 6.90 |
| 02/24/11 | KLC | Correspondence from Macksoud (KLNF) re: confirmation order draft; review same. | 0.40 |
| 02/24/11 | MCB | Review e-mails re document review. | 0.40 |
| 02/25/11 | E.F. | Review documents for production (2.0); meeting | 3.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | with Cooperman regarding same (.9); teleconference concerning new layout for receiving documents regarding discovery (0.2); review correspondence from Akin regarding draft of proposed protective order (.1) and review same (.2). | |
| 02/25/11 | BNS | Review confirmation order (.6) and Nova Scotia supplemental objection in connection with plan objections and preservation of avoidance claims (.6). | 1.20 |
| 02/25/11 | DJD | Conference with K. Cooperman regarding document review project and necessary tasks to undertake in preparation for same (.2); participate in conference call with K. Cooperman, D. Orlandoni, F. Capria, and M. Boneau regarding document review project and related strategy issues (.2). | 0.40 |
| 02/25/11 | DVO | Continue review of hot documents in connection with document production (4.6); reviewed relevant portions of committee's amended objection (.4) and adversaries' responses (.4); team conference call to discuss document review issues (.2). | 5.60 |
| 02/25/11 | KLC | Team call re: new layout for receiving documents re: discovery (0.2); discuss protocol with Devine (0.2); discuss production with Fisher (0.9); correspondence with Xact re: same (0.2); revise summary of new layout tag use for review team (0.6). | 2.10 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/25/11 | MCB | Call with team to discuss review of documents. | 0.20 |
| 02/25/11 | FJC | Preparation for conference call re document review [.1]; attend conference call re document review [.2]. | 0.30 |
| 02/27/11 | E.F. | Review documents for production (1.1); e-mails with Cross and Finger (Akin and GT) regarding protective order (.2). | 1.30 |
| 02/28/11 | E.F. | Review proposed protective order (.5); e-mails with Finger and Cross (Akin and GT) regarding productions (.2); e-mails with Xact regarding FTI production (.3); e-mails with Scott Davidson (KS) regarding New GM production and subpoena response (.3). | 1.30 |
| 02/28/11 | DJD | Analyze document review protocol circulated by K. Cooperman (.6), together with team e-mails regarding tagging strategies to determine proper document tagging approach (1.6); begin review of documents (.9). | 2.10 |
| 02/28/11 | DVO | Conferences with document review software vendor regarding software capabilities and limitations (.9); review of certain Butzel Long and FTI documents (2.4). | 3.30 |
| 02/28/11 | MCB | Email correspondence regarding review of documents and Relativity (.3); review documents (.7). | 1.00 |
| 02/28/11 | SAS | Prepare document production specifications for Xact relative to Butzel documents in preparation | 2.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494940

Account Number 000141216-0007

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through February 28, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | for upcoming production to opposing counsel (.8); telephone conference with D. Bach re same and FTI document review (.4); correspond with vendor and team members relative to FTI review and set up of review batches (.5); analyze vendor work order for accuracy of project (.3); coordinate delivery of production disk (.3); correspond with technical support to set up of Relativity credentials for review (.2). | |

**PROFESSIONAL SERVICES**          **140,247.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

March 8, 2011

Invoice No. 8494941

Account Number 000141216-0010

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: MONTHLY FEE STATEMENTS**

| Timekeeper | Professional Services | | | Total |
|---|---|---|---|---|
| | | | | |
| **Shareholder** | | | | |
| Barry N. Seidel | 0.10 | hours at | $750.00 | $75.00 |
| Total For Shareholder | 0.10 | | | $75.00 |
| | | | | |
| **Associate** | | | | |
| Katie L. Cooperman | 5.10 | hours at | $425.00 | $2,167.50 |
| Total For Associate | 5.10 | | | $2,167.50 |
| | | | | |
| **Paralegal II** | | | | |
| Frederick Capria | 3.90 | hours at | $270.00 | $1,053.00 |
| Total For Paralegal II | 3.90 | | | $1,053.00 |

| | |
|---|---|
| Current Fees: | 3,295.50 |
| Less 50% Fee Adjustment: | (1,647.75) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,647.75 |
| **Total Balance Due:** | **$1,647.75** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No`

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

Account Number: 000141216-0010

March 8, 2011

Invoice No. 8494941

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through February 28, 2011**
**RE: MONTHLY FEE STATEMENTS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 02/07/11 | KLC | Revise January proformas (2.5); correspondence to Rast re: time entry (0.1); correspondence to Shattuck re: same (0.1); correspondence to Dukarski re: same (0.1). | 2.80 |
| 02/10/11 | KLC | Revise January invoices. | 0.50 |
| 02/14/11 | KLC | Draft January monthly fee statement. | 1.30 |
| 02/15/11 | FJC | Begin review of monthly statement to be submitted. | 0.40 |
| 02/16/11 | FJC | Continue review of monthly fee statement. | 2.10 |
| 02/17/11 | FJC | Continue checking figures on monthly fee statement. | 1.10 |
| 02/18/11 | FJC | Complete checking of figures on Monthly Fee Statement (.2); e-mail to K. Cooperman re results (.1). | 0.30 |
| 02/24/11 | BNS | Review monthly fee statement. | 0.10 |
| 02/25/11 | KLC | Revise January monthly statement; correspondence from MLC re: March and April protocol. | 0.50 |

**PROFESSIONAL SERVICES**          **3,295.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497250

Account Number 000141216-0005

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2011
### RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| | | | | |
| Shareholder | | | | |
| Barry N. Seidel | 0.10 | hours at | $750.00 | $75.00 |
| Total For Shareholder | 0.10 | | | $75.00 |
| | | | | |
| Associate | | | | |
| Katie L. Cooperman | 0.60 | hours at | $425.00 | $255.00 |
| Total For Associate | 0.60 | | | $255.00 |

| Disbursements | |
|---|---|
| **Description** | **Total** |
| Copies | $62.40 |
| Express Delivery Charges | $180.91 |
| **Total Disbursements** | **$243.31** |

| | |
|---|---|
| Current Fees: | 330.00 |
| Current Disbursements: | 243.31 |
| Total Current Invoice: | 573.31 |
| **Total Balance Due:** | **$573.31** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497250

Account Number: 000141216-0005

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: BUTZEL LONG FEE APPLICATIONS AND MONTHLY BUDGETS**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/08/11 | KLC | Correspondence from Wu (WGM) re: Fifth Interim Fee Applications; review same protocol. | 0.10 |
| 03/14/11 | BNS | Review draft of e-mail to C. Basler regarding budget. | 0.10 |
| 03/14/11 | KLC | Correspondence with Seidel re: MLC estimate; correspondence to C. Basler (Alix) re: same; draft April 2011 budget; correspondence with Seidel re: same; correspondence to C. Andres (GK) re: same. | 0.50 |

**PROFESSIONAL SERVICES**                              **330.00**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497251

Account Number 000141216-0006
**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: JP MORGAN AVOIDANCE COMPLAINT**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Eric Fisher | 0.60 | hours at | $575.00 | $345.00 |
| Barry N. Seidel | 0.20 | hours at | $750.00 | $150.00 |
| Total For Shareholder | 0.80 | | | $495.00 |
| Associate | | | | |
| Katie L. Cooperman | 0.60 | hours at | $425.00 | $255.00 |
| Total For Associate | 0.60 | | | $255.00 |

| | |
|---|---|
| Current Fees: | 750.00 |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 750.00 |
| Total Balance Due: | $750.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497251

Account Number: 000141216-0006

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2011
### RE: JP MORGAN AVOIDANCE COMPLAINT

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/23/11 | E.F. | Meet with Cooperman regarding issue of ownership of Term Loan litigation proceeds (.3); call with Macksoud (KLNF) regarding same (.3). | 0.60 |
| 03/23/11 | KLC | Office conference with Fisher re: term loan proceeds (.3); call with Macksoud (KLNF) re: same (.3). | 0.60 |
| 03/29/11 | BNS | Review WF&G article regarding Roswell decision. | 0.20 |

**PROFESSIONAL SERVICES**                    750.00

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| **Shareholder** | | | | |
| Eric Fisher | 24.00 | hours at | $575.00 | $13,800.00 |
| Robert Sidorsky | 1.80 | hours at | $625.00 | $1,125.00 |
| Barry N. Seidel | 8.80 | hours at | $750.00 | $6,600.00 |
| Total For Shareholder | 34.60 | | | $21,525.00 |
| **Associate** | | | | |
| Donald Orlandoni | 27.90 | hours at | $275.00 | $7,672.50 |
| David J. DeVine | 24.90 | hours at | $300.00 | $7,470.00 |
| Maria Caceres-Boneau | 31.40 | hours at | $335.00 | $10,519.00 |
| Katie L. Cooperman | 109.80 | hours at | $425.00 | $46,665.00 |
| Total For Associate | 194.00 | | | $72,326.50 |
| **Paralegal** | | | | |
| Stephanie A. Shattuck | 9.40 | hours at | $180.00 | $1,692.00 |
| Total For Paralegal | 9.40 | | | $1,692.00 |
| **Paralegal II** | | | | |
| Frederick Capria | 1.60 | hours at | $270.00 | $432.00 |
| Total For Paralegal II | 1.60 | | | $432.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

## (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2011
#### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

Disbursements

| Description | Total |
|---|---|
| Copies | $249.60 |
| Computer Research | $2,877.55 |
| Express Delivery Charges | $64.47 |
| Third Party Vendor-Copy Charges | $8,614.64 |
| Meal Expenses | $40.00 |
| Travel Expenses | $100.00 |
| **Total Disbursements** | **$11,946.26** |

| | |
|---|---|
| Current Fees | 95,975.50 |
| Current Disbursements | 11,946.26 |
| Total Current Invoice | 107,921.76 |
| **Total Balance Due:** | **$107,921.76** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number: 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|---|---|---|---|
| 03/01/11 | E.F. | Calls with Dumas regarding document production to Noteholders and Trustee (.3); e-mails with Orlandoni and Capria regarding FTI documents (.2); e-mail with Davidson (KS) regarding New GM subpoena (.1); review draft protective order (.4). | 1.00 |
| 03/01/11 | DVO | Coordination with review team regarding FTI Documents (.6); review of portion of FTI documents (5.9). | 6.50 |
| 03/01/11 | SAS | Coordinate with third party counsel relative to production specification requirements in preparation for upcoming production (.20); teleconference with P. Dumas relative to production documents to opposing counsel (.40); correspond with team and vendor relative to production format and production documents on Relativity (.50). | 1.10 |
| 03/02/11 | E.F. | E-mail to GT and Akin regarding revisions to Protective Order (.3); review plan amendments proposed by GMNSF noteholders (.4); call with Macksoud (KLNF) regarding same (.2); call with Seidel regarding same. | 1.10 |
| 03/02/11 | BNS | Review proposed revisions to GUC Trust (.3) and Plan regarding Nova Scotia noteholders claims (.4), draft e-mail to Karotkin (WGM) regarding proposed plan changes (.5); discuss with L. Macksoud (KLNF) (.2). | 1.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

## (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through March 31, 2011
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/02/11 | DJD | Analyze FTI documents to identify responsive non-privileged documents. | 2.60 |
| 03/02/11 | DVO | Further review of FTI documents in advance of production to Noteholders. | 3.60 |
| 03/02/11 | KLC | Review correspondence from Fisher re: protective order comments; correspondence with Seidel re: confirmation order revisions; review same revisions. | 0.50 |
| 03/02/11 | SAS | Analyze Concordance production load file to determine proper fields for production (.90); correspond with team members re same (.20); Create case file with all disks, notes, protocols and pleadings to same (.30). | 1.40 |
| 03/03/11 | E.F. | Review Confidential Order (.3]; e-mails with Orlandoni and DeVine regarding document review (.3); review GMNSF trustee objection to plan (.4); meet with Seidel regarding same (.3). | 1.30 |
| 03/03/11 | BNS | Attend confirmation hearing (5.7); meet with Fisher re: same (.3). | 6.00 |
| 03/03/11 | DJD | Continue analysis of FTI documents to identify documents to be produced. | 0.60 |
| 03/03/11 | DVO | Further review of FTI documents in advance of production to Noteholders. | 2.20 |
| 03/03/11 | MCB | Review emails re: document review (0.2). | 0.20 |
| 03/04/11 | E.F. | Outline response to Noteholders and Trustee regarding discovery objections. | 0.50 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/04/11 | DVO | Continued review of FTI documents ahead of production to Noteholders. | 2.20 |
| 03/07/11 | E.F. | Meet with Cooperman regarding status of document review (.9); review letter to Noteholders and Trustee regarding interrogatories (.2); e-mail to Cooperman regarding same (.1); review portions of confirmation decision addressing GMNSF Trustee and Noteholders' objections to plan (.2). | 1.40 |
| 03/07/11 | KLC | Telephone call with Owl Creek re: Nova Scotia objection (0.2); review bowater pleadings re same (0.3); office conference with Fisher re: discovery strategy and document productions (0.9); draft letter re: verification requirement (0.9); revise same per comments from Fisher (0.2); review confirmation decision (1.4); correspondence with Fisher and Seidel re: same (0.2); revise document requests to Debtors (1.8); review Noteholders responses and objections (0.6); review same from GMNSF trustee (0.6); internal correspondence re: team meeting to discuss discovery (0.3). | 7.40 |
| 03/08/11 | RS | Office conference with K. Cooperman regarding standing issues. | 0.30 |
| 03/08/11 | E.F. | Review document requests to Old GM (.5) and meet with Cooperman regarding same (.3); review revisions to protective order (.3); review plan provisions (.4) and e-mails with Cooperman | 1.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS
*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

(Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through March 31, 2011
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | regarding same (.2). | |
| 03/08/11 | DJD | Analyze materials received from M. Boneau in connection with subpoena to be issued to Department of Treasury (.4) and verify applicable regulations governing same (.4). | 0.80 |
| 03/08/11 | DVO | Participate in conference call with K. Cooperman, D. Devine and M. Boneau to coordinate ongoing document review and production. | 0.30 |
| 03/08/11 | KLC | Review documents produced by FTI (0.9); telephone call with Macksoud (KLNF) re: Plan issues re: Nova Scotia claims (0.3); correspondence re: same with Seidel (0.4); internal document review status call with Boneau, Orlandoni and Devine (0.3); research re: plan revisions to preserve standing (3.4); review Plan re: same (0.9); review Disclosure Statement re: same (1.7); telephone call with Karotkin (WGM) re: same (0.2); correspondence with Karotkin re: same (0.2); correspondence with Macksoud re: same (0.1); meet with Fisher re: requests to Debtors (0.3); revise STN standing stipulation (2.1); office conference with Sidorsky re: same (.3); correspondence with J. Santambrogio (FTI) re: discovery (0.1). | 11.20 |
| 03/08/11 | MCB | Call with review team [.3]; review research re document requests (.4); send research to D. Devine and K. Cooperman (.1). | 0.80 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/09/11 | E.F. | Draft letter to Chapman and Finger regarding discovery responses. | 0.90 |
| 03/09/11 | BNS | Review proposed additional plan language regarding standing for equitable subordination complaint (.3); and recommend revisions to amended language (.2). | 0.50 |
| 03/09/11 | KLC | Telephone call with Macksoud (KLNF) re: standing and Plan language (0.6); correspondence with Fisher and Seidel re: same (0.2); correspondence with M. Meises (WGM) re: same (0.1); correspondence to Fisher and Seidel re: STN stipulation rationale (0.3); telephone call with Shattuck re: discovery issues list (0.3); discuss same with Vendor (0.2). | 1.70 |
| 03/09/11 | SAS | Teleconference with K. Cooperman regarding Relativity formatting (.30). | 0.30 |
| 03/10/11 | E.F. | Meet with Cooperman regarding status of document production. | 0.50 |
| 03/10/11 | KLC | Correspondence with DENSO re: document production (0.2); discuss same with Vendor (Xact) (0.3); review same production (1.1); meet with Fisher re: same (.5); review FTI document production (2.4); correspondence with Shattuck re: same (0.2); discuss same with Shattuck (0.4); correspondence to team re: Kramer documents for review (0.2). | 5.20 |
| 03/10/11 | MCB | Review emails re: document review. | 0.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No.:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|------------------------|-------|
| 03/10/11 | SAS | Teleconference with Xact regarding Relativity database and standard set up (.80); teleconference with K. Cooperman regarding Relativity and team update (.40); analyze emails re same (.20). | 1.40 |
| 03/11/11 | E.F. | Draft memorandum to O'Donnell, Finger, Cross and others regarding open discovery issues and document discovery disputes (1.3); e-mails with Finger concerning same (.3); e-mail with Cooperman regarding FTI document production (0.2); review e-mails regarding open discovery issues (0.3); and protective order (0.2). | 2.30 |
| 03/11/11 | BNS | Review exchange of e-mails regarding discovery issues between E. Fisher and K. Finger. | 0.50 |
| 03/11/11 | KLC | Review documents to be produced re: FTI (0.3); telephone call with Shattuck and Vendor re: same (1.3); correspondence from Hoffman (Alix) re: production authorization (0.1); correspondence with Vendor re: Akin document upload (0.4); correspondence with Fisher re: same (0.2); review Kramer documents re: privilege (0.6); review correspondence re: open discovery issues (0.3); review correspondence re: protective order (0.2). | 3.40 |
| 03/11/11 | SAS | Weekly team call with K. Cooperman, D. Bach, and N. Reizen re status of productions and upcoming productions (1.3). | 1.30 |
| 03/13/11 | DVO | Coordinate in connection with document | 0.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|  |  | production. |  |
| 03/13/11 | KLC | Correspondence from Chapman (Akin) re: discovery issues; draft cover letter to Old GM re: document requests. | 0.50 |
| 03/14/11 | E.F. | E-mails with Cooperman regarding discovery requests to debtors (.2) and review of same (.5); meet with Cooperman regarding status of document production (.6). | 1.30 |
| 03/14/11 | DJD | Analyze materials received re: subpoena to Department of Treasury requesting documents (.3); review e-mails regarding Kramer Levin review of documents and privilege issues (.1). | 0.40 |
| 03/14/11 | DVO | Further review in connection with document production. | 0.50 |
| 03/14/11 | KLC | Office conference with Fisher re: motion to compel discovery (0.7); revise cover letter to Old GM (0.8); correspondence to WGM re: document requests to Old GM (0.1); internal correspondence with review team re: Kramer documents to produce (0.3); correspondence with Shattuck re: second production (0.2); meet with Fisher re: same (.6); research motion to compel discovery in SDNY (1.3); begin drafting letter to BJ Gerber re: discovery dispute (1.2). | 5.10 |
| 03/14/11 | MCB | Correspondence with K. Cooperman re: review of Kramer documents (.10); correspondence with D. Devine re: review of Kramer documents (.20); review emails re: review of Kramer | 2.00 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
### PROFESSIONAL SERVICES posted through March 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | documents (.30); prepare for review of Kramer documents (.20); review Kramer documents (1.20). | |
| 03/15/11 | DJD | Analyze Kramer Levin documents for privilege issues (.7); analyze transcript of hearing on extension of claim deadline (.8). | 1.50 |
| 03/15/11 | DVO | Continued document review in support of production (2.4); conference call with K. Cooperman regarding research requirement (.1). | 2.50 |
| 03/15/11 | KLC | Review documents produced by Kramer re: confidentiality (4.7); discuss same with Macksoud (KLNF) (0.3); correspondence with Macksoud re: same (0.2); correspondence with Orlandoni, Devine and Boneau re: same (0.2); revise committee member discovery tracking chart (0.4); correspondence to Lis (Inteva) re: same (0.1); correspondence to and from UAW re: same (0.2); correspondence to O'Neal (Cleary) re: same (0.1); correspondence to Caplin and Drysdale re: same (0.1); telephone call with Orlandoni re: 2019 research (0.1); correspondence re: same with Fisher (0.3); meeting with Boneau re: review of GMNSF Trustee documents (0.5); correspondence with Chapman (Akin) re: same (0.1); revise discovery requests to Old GM (1.1); revise same cover letter (0.5). | 8.90 |
| 03/15/11 | MCB | Review batch of Kramer documents (0.20); | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No :

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | meeting with K. Cooperman re: review of Akin documents (0.50). | |
| 03/15/11 | SAS | Coordinate processing of specifications regarding the Akin documents in Relativity (.60); teleconference with D. Bach re same (.20). | 0.80 |
| 03/16/11 | E.F. | E-mail with Davidson (KS) regarding document production from New GM. | 0.20 |
| 03/17/11 | E.F. | Review documents to be produced from Denso and KL documents (.3); and meet with Cooperman regarding same (.3). | 0.60 |
| 03/17/11 | DJD | Research regarding subpoenas to Canadian government. | 0.90 |
| 03/17/11 | KLC | Correspondence with Xact re: upcoming document production (0.7); review same production (1.9); telephone call with Macksoud (KLNF) re: same (0.4); discuss same with Fisher (0.3); review revised plan re: Nova Scotia claims (0.7); correspondence to Fisher and Seidel re: same (0.2). | 4.20 |
| 03/17/11 | MCB | Review Akin documents. | 0.30 |
| 03/18/11 | E.F. | Review e-mails regarding protective order (0.3); e-mail with Cooperman regarding training call and redactions (0.2). | 0.50 |
| 03/18/11 | DJD | Review sample affidavit regarding subpoena to Treasury requesting documents. | 0.70 |
| 03/18/11 | KLC | Review correspondence re: protective order | 2.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation.*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

(Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through March 31, 2011
RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | (0.2); correspondence with Macksoud (KLNF) re: upcoming document production (0.3); correspondence with Xact re: same (0.3); discuss same with Xact (0.2); weekly call with Shattuck and Xact re: discovery tools relevant to Nova Scotia (0.5); correspondence with Orlandoni, Fisher and Boneau re: training call (0.2); correspondence with same re: redactions (0.2); correspondence with Shattuck re: production instructions (0.3); correspondence with Xact re: same (0.4). | |
| 03/18/11 | MCB | Respond to K. Cooperman's inquiry re: review of Kramer documents (0.10); review emails re: document review meeting on Monday (0.10). | 0.20 |
| 03/18/11 | SAS | Weekly teleconference with K. Cooperman, N. Reizen, and D. Bach relative to documents review and set up in Relativity and upcoming productions (.50); prepare vendor processing specifications relative to the third production of documents (Denso) (.70). | 1.20 |
| 03/20/11 | KLC | Continue drafting letter to BJ Gerber requesting pre-motion conference re: motion to compel documents from Noteholders and GMNSF Trustee (5.9); correspondence with Akin re: protective order (0.2). | 6.10 |
| 03/20/11 | MCB | Continue review of Akin documents. | 0.80 |
| 03/21/11 | E.F. | E-mails with Finger regarding discovery meeting (.2); review GMNS Trustee objections (.2); meet | 0.70 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007
### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> |
|---|---|---|---|
| | | with Cooperman regarding letter to Judge gerber (.3). | |
| 03/21/11 | DJD | Participate in training call with Xact discovery services (.5); review research materials provided by M. Boneau in connection with subpoena to be sent to Department of Treasury (1) and perform supplemental research of CFR and applicable procedural rules regarding same (1.0); update draft of subpoena (.4)and accompanying affidavit to be sent to K. Cooperman based on findings (1.8). | 4.70 |
| 03/21/11 | DVO | Telephonic training with document review software vendor (.5); legal research of certain discovery issues re: 2019 statement (3). | 3.50 |
| 03/21/11 | KLC | Draft (2.7) and revise (5.8) discovery dispute letter to BJ Gerber; internal training call with Xact, Boneau, Orlandoni and Devine (0.5); office conference with Fisher re: letter to BJ Gerber (0.3); correspondence from Devine re: discovery from Treasury (0.6); review GMNSF trustee discovery disputes (0.7); correspondence with Fisher re: same (0.2). | 11.10 |
| 03/21/11 | MCB | Conference call with review team and Relativity (0.50); emails re: review of documents produced by the GM Nova Scotia Trustees (0.10); emails re: subpoena to US Treasury (0.20); review of documents produced by the GM Nova Scotia Trustee (5.6). | 6.40 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/22/11 | DJD | Prepare for (.3) and participate in conference with K. Cooperman (.3) regarding venue issues for subpoena to be issued to Department of Treasury. | 0.60 |
| 03/22/11 | DVO | Researched discovery issue with respect to Bankruptcy Rule 2019. | 0.90 |
| 03/22/11 | KLC | Review affidavit for subpoena to Treasury (0.6); discuss same with Devine (0.3); discuss Akin production issues with Boneau (0.4). | 1.30 |
| 03/22/11 | MCB | Review emails from K. Cooperman re: subpoena (0.20); respond to emails from K. Cooperman re: same (0.10); review email from D. DeVine re: same (0.20); send memo re: subpoenaing the US Treasury to D. DeVine (0.10); review documents produced by the NS Trustee (5.0). | 5.60 |
| 03/23/11 | E.F. | Revise letter to Judge Gerber regarding discovery issues (1.8); confer with Cooperman regarding same (.8). | 2.60 |
| 03/23/11 | DVO | Further legal research of Bankruptcy Rule 2019 discovery issues. | 3.30 |
| 03/23/11 | KLC | Review (2.1) and analyze (0.9) Harbert decision in Calpine re: ULC oppression claims; office conference with Fisher re: letter concerning discovery disputes (0.8); revise subpoena to Treasury (0.6); telephone call to Macksoud (KLNF) re: Nova Scotia discovery (0.3); review Bowater brief re: section 502 (0.7); draft revised | 8.20 |

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | inserts for letter re: discovery disputes (2.8). | |
| 03/23/11 | MCB | Review documents produced by the NS Trustee (4.5); email K. Cooperman re: review of documents produced by Akin (0.5). | 5.00 |
| 03/24/11 | E.F. | Meeting with Cooperman regarding discovery issues and Nova Scotia decision (.2); revise protective order (.3) and e-mails with Finger regarding same (.2). | 0.70 |
| 03/24/11 | DJD | Analyze annotations to FRCP 45 to determine District re: subpaena (.7); provide summary of findings to K. Cooperman via phone (.2) and email (.3); update affidavit to re: comments from K. Cooperman (.3). | 1.50 |
| 03/24/11 | DVO | Continued legal research of Rule 2019 discovery issues. | 2.10 |
| 03/24/11 | KLC | Correspondence with Fisher re: discovery dispute letter (0.3); meeting with Fisher re: discovery issues (.2); correspondence with Orlandoni re: 2019 portion of same letter (0.2); revise same letter (1.4); correspondence with Devine re: affidavit to Treasury (0.3); telephone call with Devine re: same (0.2); revise same affidavit (4.2). | 6.80 |
| 03/24/11 | MCB | Review email from D. DeVine re: subpoenaing the US Treasury (0.20); review case relevant to our position (2.30); review documents produced by the NS Trustee (2.20). | 4.70 |
| 03/25/11 | RS | Review Calpine motion papers regarding | 1.50 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|-----------------------|-------|
| | | oppression claim. | |
| 03/25/11 | DJD | Revise affidavit of K. Cooperman to be included with subpoena to Treasury re: CFR 1.11 (.7); perform supplemental research regarding process required to issue subpoena to Canadian government (1.0). | 1.70 |
| 03/25/11 | KLC | Correspond with Devine re: Treasury affidavit (0.5); review sources cited by Devine re: same (1.8); revise affidavit (0.8). | 2.90 |
| 03/26/11 | E.F. | Revise letter to Judge Gerber regarding discovery disputes. | 0.90 |
| 03/27/11 | E.F. | Revise letter to Judge Gerber concerning pre-motion conference on discovery issues with Noteholders and Trustee. | 2.10 |
| 03/27/11 | KLC | Correspondence with Fisher re: discovery letter; review and revise same letter. | 0.50 |
| 03/27/11 | MCB | Review documents produced by the GM Nova Scotia Trustee. | 2.30 |
| 03/28/11 | E.F. | Revise letter to Judge Gerber (.5), and meet with Cooperman regarding same (.3); e-mails with Finger and Chapman (GT and Akin) regarding status of various discovery issues (.4). | 1.20 |
| 03/28/11 | BNS | Review draft letter to BJ Gerber regarding discovery dispute and suggest revisions. | 0.40 |
| 03/28/11 | DJD | Revise subpoena to be issued to Department of Treasury (.4); perform supplemental research on | 3.20 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No:

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007
### (Privileged and Confidential Information)
PROFESSIONAL SERVICES posted through March 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | permissibility and method of serving subpoena on Canadian government (2.4); Revise affidavit of K. Cooperman in support of subpoena (.4). | |
| 03/28/11 | KLC | Office conference with Fisher re: discovery letter (0.3); revise pre-motion discovery letter to Court (5.0); correspondence with Fisher and Seidel re: same (0.2); telephone call with Retter (KDW) re: same (0.2); correspondence to Committee re: same (0.1); correspondence with Capria re: same (0.1); review correspondence from Devine re: Treasury affidavit (0.4); revise same affidavit (1.1). | 7.40 |
| 03/28/11 | MCB | Review NS Trustee documents. | 1.70 |
| 03/28/11 | FJC | Correspondence with K. Cooperman re cite-checking project (.1); cite-check draft letter brief (.8); office conference with Cooperman re citations (.1). | 1.10 |
| 03/29/11 | E.F. | Revise letter to Judge Gerber (.4); meet with Cooperman regarding same (.3); call with Cooperman, Akin and GT regarding discovery issues (.4); meet with Cooperman regarding same (.3); finalize protective order (.2) and e-mails regarding same (.1). | 1.70 |
| 03/29/11 | DJD | Revise form of subpoena to send to U.S. Dep't of Treasury (.8); perform research regarding proper court to issue subpoena re: APA (1.6); perform research regarding proper method of serving subpoena on federal government under Federal | 3.90 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
|  |  | rules (1.5). |  |
| 03/29/11 | KLC | Finalize discovery letter (0.4); correspondence with Capria re: same filing (0.2); correspondence with Garabato (EPIQ) re: serving same (0.2); prepare for call with Akin and Greenberg re: discovery issues (0.5); participate with Fisher in same call (0.4); meet with Fisher re: same (.3); revise affidavit re: Treasury (2.1); discuss same with Devine (0.3). | 4.40 |
| 03/29/11 | MCB | Assist with work related to subpoenaing the US Treasury (0.40); review letter to Judge Gerber re: discovery disputes (0.30). | 0.30 |
| 03/29/11 | FJC | Prepare image of letter to Judge Gerber for electronic filing (.1); electronically file letter (.1). | 0.20 |
| 03/29/11 | SAS | Correspondence with K. Cooperman relative to opposing counsel production documents and issues with load file (.30); Teleconference with D. Bach of Xact re: same (.30); prepare correspondence to team re: same (.20). | 0.70 |
| 03/30/11 | E.F. | Review e-mails with Cooperman regarding status of production to Trustee. | 0.20 |
| 03/30/11 | DJD | Perform follow-up research to regarding proper methods of service of process for subpoena (.8), and draft memorandum summarizing findings to K. Cooperman (1.0). | 1.80 |
| 03/30/11 | DVO | Review emails re: document production. | 0.10 |
| 03/30/11 | KLC | Correspondence with Devine re: Treasury | 3.30 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

### (Privileged and Confidential Information)
## PROFESSIONAL SERVICES posted through March 31, 2011
### RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| | | affidavit and subpoena (0.3); review results of Devine research re: service requirements (1.7); perform research re: jurisdiction (1.3). | |
| 03/30/11 | FJC | Prepare image of Affidavit of Service of reply papers for electronic filing (.2); electronically file same (.1). | 0.30 |
| 03/30/11 | SAS | Teleconference with Tabby of Akin firm relative to load file issues and correction of same (.40); teleconference with D. Bach re same (.20). | 0.60 |
| 03/31/11 | E.F. | Call with Finger regarding discovery dispute (.3); meet with Cooperman regarding same (.3). | 0.60 |
| 03/31/11 | KLC | Revise subpoena to Treasury (1.3); revise Fisher affidavit re: same (3.4); draft cover letters to appropriate officials re: same (1.1); office conference with Fisher re: discovery (0.3); call with Fisher and Finger (GT) re: same (0.3); correspondence with Shattuck re: production files (0.1); correspondence with Cross (Akin) re: same (0.1); correspondence with Xact re: replacement file from Akin (0.3); correspondence from Chapman (Akin) re: discovery dispute (0.1); review same letter (0.2). | 7.20 |
| 03/31/11 | MCB | Correspondence with K. Cooperman to discuss review of documents (0.20). | 0.20 |
| 03/31/11 | SAS | Prepare processing specification for vendor relative to Greenberg production and addition to Relativity database for attorney analysis (.40); correspond with D. Bach re same (.20). | 0.60 |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000   F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497252

Account Number 000141216-0007

**(Privileged and Confidential Information)**
**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: GENERAL MOTORS NOVA SCOTIA FINANCE COMPANY**

**PROFESSIONAL SERVICES**           **95,975.50**

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497253

Account Number 000141216-0010

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through March 31, 2011**
**RE: MONTHLY FEE STATEMENTS**

| Professional Services | | | | |
|---|---|---|---|---|
| **Timekeeper** | | | | **Total** |
| Shareholder | | | | |
| Barry N. Seidel | 0.20 | hours at | $750.00 | $150.00 |
| Total For Shareholder | 0.20 | | | $150.00 |
| Associate | | | | |
| Katie L. Cooperman | 5.30 | hours at | $425.00 | $2,252.50 |
| Total For Associate | 5.30 | | | $2,252.50 |

| | |
|---|---|
| Current Fees: | 2,402.50 |
| Less 50% Fee Adjustment: | (1,201.25) |
| Current Disbursements: | 0.00 |
| Total Current Invoice: | 1,201.25 |
| **Total Balance Due:** | **$1,201.25** |

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

*a professional corporation*

Tax I.D. No

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

UNSECURED CREDITORS COMMITTEE OF
GENERAL MOTORS CORPORATION

April 7, 2011

Invoice No. 8497253

Account Number: 000141216-0010

## (Privileged and Confidential Information)
**PROFESSIONAL SERVICES posted through March 31, 2011**
### RE: MONTHLY FEE STATEMENTS

| Date | Tkpr | Narrative Description | Hours |
|------|------|----------------------|-------|
| 03/04/11 | KLC | Revise February proformas. | 2.50 |
| 03/08/11 | KLC | Correspondence with accounting re: invoice revisions for monthly statement due to expedited schedule. | 0.20 |
| 03/09/11 | KLC | Further revisions to February invoices re: monthly fee statement. | 0.40 |
| 03/10/11 | KLC | Draft February monthly fee statement. | 1.10 |
| 03/11/11 | BNS | Review monthly statement for February 2011. | 0.20 |
| 03/11/11 | KLC | Revise February monthly statement. | 0.80 |
| 03/16/11 | KLC | Correspondence with Seidel re: Xact invoice; correspondence with C. Basler (Alix) re: same; correspondence with accounting re: same. | 0.30 |

**PROFESSIONAL SERVICES**                    **2,402.50**