## **EXHIBIT B**

Schedule of Attorneys and Paraprofessionals

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering
<u>Services to the Debtors for October 1, 2010 – March 29, 2011</u>

## ATTORNEYS

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Heather D. McArn | 1992 | 525 | 7.7 | 4,042.50 |
| Partner | Daniel R. Murray | 1970 | 767 | 5.6 | 4,295.20 |
| Partner | Joanne H. Sweeney | 1999 | 425 | 0.8 | 340.00 |
| Partner | Patrick J. Trostle | 1992 | 700 | 0.6 | 420.00 |
| **Partner Total** | | | | **14.7** | **9,097.70** |
| Associate | Ryan K. Harding | 2001 | 383 | 0.4 | 153.20 |
| Associate | Gregory S. Knudsen | 2008 | 274 | 3.3 | 904.20 |
| Associate | Thalia M. Myrianthopoulos | 2001 | 438 | 0.5 | 219.00 |
| **Associate Total** | | | | **4.2** | **1,276.40** |
| **Total Attorney Time** | | | | **18.9** | **10,374.10** |

Blended hourly rate for attorneys: $548.89

## PARALEGALS AND PROJECT ASSISTANTS

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Michael H. Matlock | 260 | 6.5 | 1,690.00 |
| **Total Paraprofessional Time** | | | **6.5** | **1,690.00** |

Total dollar amount of services rendered (Attorneys and Paraprofessionals): $12,064.10

1

Exhibit B

Schedule of Attorneys and Paraprofessionals

Summary of Time Recorded in Connection With Rendering of Services to the
Debtors for the Entire Compensation Period: June 1, 2009 – March 29, 2011

Over the course of the Entire Compensation Period, Jenner & Block's billing rates for professional and paraprofessional services remained unchanged.

The following tables contain data for the total amount of fees requested during the Entire Compensation Period. The tables do not reflect (i) reductions to which Jenner & Block previously reached an agreement with the Fee Examiner, or (ii) reductions of summer associate time billed in the First Interim Compensation Period. Jenner & Block does not seek allowance of those reductions in this Final Application.

**ATTORNEYS**

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Catherine Abbott | 2003 | 450 | 139.3 | 62,685.00 |
| Partner | Donald E. Batterson | 1994 | 575 | 143.0 | 82,225.00 |
| Partner | Brain R. Boch | 1995 | 548 | 274.1 | 150,206.80 |
| Partner | John F. Cox | 1995 | 500 | 144.3 | 72,150.00 |
| Partner | Geoffrey M. Davis | 1992 | 520 | 140.2 | 72,904.00 |
| Partner | W. Jay DeVecchio | 1978 | 602 | 0.8 | 481.60 |
| Partner | Christopher Dickinson | 1988 | 600 | 1.0 | 600.00 |
| Partner | Larry P. Ellsworth | 1973 | 560 | 5.8 | 3,248.00 |
| Partner | Bill S. Forcade | 1976 | 493 | 18.7 | 9,219.10 |
| Partner | Peter M. Gaines | 1975 | 675 | 30.8 | 20,790.00 |
| Partner | Robert L. Graham | 1972 | 675 | 180.7 | 121,972.50 |
| Partner | E. Lynn Grayson | 1986 | 580 | 168.9 | 97,962.00 |
| Partner | David M. Greenwald | 1986 | 540 | 4.9 | 2,646.00 |
| Partner | Joseph P. Gromacki | 1992 | 712 | 596.1 | 424,423.20 |
| Partner | David A. Handzo | 1981 | 625 | 14.5 | 9,062.50 |
| Partner | Philip L. Harris | 1983 | 438 | 77.5 | 33,945.00 |
| Partner | Donald S. Horvath | 1984 | 500 | 227.1 | 113,550.00 |
| Partner | Keri Holleb Hotaling | 2000 | 465 | 1.6 | 744.00 |
| Partner | Edward Jackson | 1988 | 493 | 4.5 | 2,218.50 |
| Partner | Paul F. Jock | 1970 | 763 | 1.0 | 763.00 |
| Partner | Christian E. Kimball | 1983 | 723 | 30.0 | 21,690.00 |
| Partner | Vincent E. Lazar | 1990 | 550 | 0.5 | 275.00 |
| Partner | S. Tony Ling | 1996 | 548 | 157.3 | 86,200.40 |
| Partner | Michael K. Lowman | 1993 | 520 | 0.8 | 416.00 |
| Partner | John H. Mathias, Jr | 1972 | 700 | 0.8 | 560.00 |

2

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Partner | Heather D. McArn | 1992 | 525 | 36.0 | 18,900.00 |
| Partner | Steven R. Meier | 1998 | 520 | 3.1 | 1,612.00 |
| Partner | Thomas A. Monson | 1985 | 550 | 31.5 | 17,325.00 |
| Partner | Gail H. Morse | 1982 | 550 | 1.2 | 660.00 |
| Partner | Daniel R. Murray | 1970 | 767 | 303.0 | 232,401.00 |
| Partner | Thomas C. Newkirk | 1966 | 728 | 16.5 | 12,012.00 |
| Partner | Farhad K. Patel | 1997 | 520 | 27.0 | 14,040.00 |
| Partner | Adam Petravicius | 1995 | 520 | 53.3 | 27,716.00 |
| Partner | Edward G. Quinlisk | 2000 | 465 | 379.2 | 176,328.00 |
| Partner | Matthew J. Renaud | 1992 | 575 | 143.7 | 82,627.50 |
| Partner | Donald I. Resnick | 1975 | 675 | 222.5 | 150,187.50 |
| Partner | William L. Scogland | 1975 | 767 | 21.6 | 16,567.20 |
| Partner | Raymond D. Sinnapan | 1997 | 465 | 23.6 | 10,974.00 |
| Partner | Robert R. Stauffer | 1986 | 575 | 42.8 | 24,610.00 |
| Partner | Joanne H. Sweeney | 1999 | 425 | 31.3 | 13,302.50 |
| Partner | Michael S. Terrien | 1992 | 575 | 228.6 | 131,445.00 |
| Partner | William L. Tolbert | 1989 | 712 | 436.1 | 310,503.20 |
| Partner | Patrick J. Trostle | 1992 | 700 | 58.1 | 40,670.00 |
| Partner | Anton R. Valukas | 1968 | 813 | 13.0 | 10,569.00 |
| Partner | Michael T. Wolf | 1998 | 520 | 291.2 | 151,424.00 |
| Partner | Elaine Wolff | 1979 | 625 | 168.7 | 105,437.50 |
| **Partner Total** | | | | **4,896.2** | **$2,940,249.00** |

| Associate | David K. Anna | 2007 | 274 | 447.1 | 122,505.40 |
|---|---|---|---|---|---|
| Associate | Kristen M. Boike | 2006 | 274 | 35.8 | 9,809.20 |
| Associate | Patricia L. Boye-Williams | 2003 | 383 | 128.8 | 49,330.40 |
| Associate | Herbert C. Brown, Jr. | 2008 | 274 | 20.3 | 5,562.20 |
| Associate | Christine L. Childers | 2002 | 411 | 38.4 | 15,782.40 |
| Associate | Robert H. Clarke | 2003 | 383 | 46.1 | 17,656.30 |
| Associate | Jonathan D. Conley | 2008 | 274 | 15.9 | 4,356.60 |
| Associate | Erik R. Daly | 2007 | 274 | 100.2 | 27,454.80 |
| Associate | Michael L. DeMarino | 2009 | 274 | 257.0 | 70,418.00 |
| Associate | Jennifer L. Dlugosz | 2006 | 274 | 16.8 | 4,603.20 |
| Associate | Brandon J. Dodgen | 2008 | 274 | 138.0 | 37,812.00 |
| Associate | Alexandra E. Dowling | 2006 | 274 | 23.9 | 6,548.60 |
| Associate | Elizabeth A. Edmondson | 2009 | 274 | 5.5 | 1,507.00 |
| Associate | Frank J. Eichenlaub, IV | 2002 | 411 | 344.3 | 141,507.30 |

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Associate | Thomas R. Failor | 2002 | 411 | 53.1 | 21,824.10 |
| Associate | Melissa C. Fogerty | 2005 | 285 | 38.7 | 11,029.50 |
| Associate | Ilya Fradkin | 2006 | 274 | 66.0 | 18,084.00 |
| Associate | Casey T. Grabenstein | 2006 | 274 | 19.3 | 5,288.20 |
| Associate | L. Taylor Hall | 2007 | 274 | 105.4 | 28,879.60 |
| Associate | Ryan K. Harding | 2001 | 383 | 20.4 | 7,813.20 |
| Associate | Marc E. Harrison | 2006 | 274 | 132.5 | 36,305.00 |
| Associate | Matthew Hersh | 1999 | 438 | 38.6 | 16,906.80 |
| Associate | Derek A. Higginbotham | 2008 | 274 | 252.0 | 69,048.00 |
| Associate | Carletta F. Higginson | 2004 | 383 | 1.2 | 459.60 |
| Associate | Mercedes M. Hill | 2005 | 285 | 302.3 | 86,155.50 |
| Associate | Melissa M. Hinds | 2003 | 383 | 18.4 | 7,047.20 |
| Associate | Nancy C. Jacobson | 2007 | 274 | 0.8 | 219.20 |
| Associate | Erik M. Jarmusz | 2008 | 274 | 204.5 | 56,033.00 |
| Associate | Michael J. Kelly | 2006 | 274 | 3.0 | 822.00 |
| Associate | Joseph D. Kline | 2008 | 274 | 55.1 | 15,097.40 |
| Associate | Gregory S. Knudsen | 2008 | 274 | 481.4 | 131,903.60 |
| Associate | Matthew R. Kopp | 2008 | 274 | 174 | 47,676.00 |
| Associate | Jeffrey D. Larson | 2006 | 274 | 21.8 | 5,973.20 |
| Associate | Anna W. Margasinska | 2008 | 274 | 13.7 | 3,753.80 |
| Associate | Kara E. Martin | 2008 | 274 | 18.5 | 5,069.00 |
| Associate | Galen R. Mason | 2002 | 411 | 2.7 | 1,109.70 |
| Associate | Sarah R. McNally | 2008 | 274 | 61.7 | 16,905.80 |
| Associate | Andrew F. Merrick | 2006 | 274 | 3.5 | 959.00 |
| Associate | Brian L. Mikulencak | 2007 | 274 | 4.1 | 1,123.40 |
| Associate | Deanne B. Millison | 2008 | 274 | 125.8 | 34,469.20 |
| Associate | Thalia L. Myrianthopolis | 2001 | 438 | 25.0 | 10,950.00 |
| Associate | Andrew S. Nicoll | 2004 | 339 | 8.5 | 2,881.50 |
| Associate | Andrew J. Olejnik | 2004 | 339 | 40.9 | 13,865.10 |
| Associate | Andrea C. Otto-Classon | 2008 | 274 | 175.8 | 48,169.20 |
| Associate | Vito M. Pacione | 2003 | 383 | 282 | 108,006.00 |
| Associate | Melissa A. Resslar | 2003 | 383 | 364.3 | 139,526.90 |
| Associate | Peter H. Rosenbaum | 2005 | 285 | 284.2 | 80,997.00 |
| Associate | Trevor F. Schrage | 2008 | 274 | 60.9 | 16,686.60 |
| Associate | Jeffrey R. Shuman | 2003 | 383 | 243.3 | 93,183.90 |
| Associate | Valery K. Slosman | 2008 | 274 | 173.3 | 47,484.20 |
| Associate | Michael R. Strong | 2007 | 274 | 27.1 | 7,425.40 |

<u>Exhibit B</u>

Schedule of Attorneys and Paraprofessionals

| Position | Name | Admitted to Practice | Rate | Time | Amount |
|---|---|---|---|---|---|
| Associate | Daniel B. Tehrani | 2006 | 285 | 3.4 | 969.00 |
| Associate | Allison A. Torrence | 2006 | 274 | 97.8 | 26,797.20 |
| Associate | Richard M. Wallace | 2008 | 274 | 238.1 | 65,239.40 |
| Associate | Julie A. Wenell | 2008 | 274 | 103.1 | 28,249.40 |
| Associate | Benjamin P. Wieck | 2006 | 274 | 16.9 | 4,630.60 |
| **Associate Total** | | | | **5,981.2** | **1,839,869.80** |
| **Total Attorney Time** | | | | **10,877.4** | **4,780,118.80** |
| **Less 50% Reduction for Non-Working Travel Time** | | | | | **(56,670.45)** |
| **TOTAL** | | | | | **4,723,448.35** |

Blended hourly rate for attorneys: $434.24

**PARALEGALS AND PROJECT ASSISTANTS**

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Senior Paralegal | Debra E. Abelson | 260 | 3.8 | 988.00 |
| Senior Paralegal | Neil H. Berger | 260 | 341.6 | 88,816.00 |
| Senior Paralegal | Kevin M. Doolan | 260 | 22.8 | 5,928.00 |
| Senior Paralegal | Toi D. Hooker | 260 | 0.3 | 78.00 |
| Senior Paralegal | Michael H. Matlock | 260 | 92.2 | 23,972.00 |
| Senior Paralegal | Michael L. Whitchurch | 260 | 112.4 | 29,224.00 |
| Senior Paralegal | Lowell T. Yap | 260 | 0.9 | 234.00 |
| Paralegal | Daniel R. Gross | 245 | 107.8 | 26,411.00 |
| Paralegal | Micah B. Horan | 260 | 53.2 | 13,832.00 |
| Paralegal | Mary F. Patston | 260 | 2.0 | 520.00 |
| Paralegal | Eileen J. Robertson | 220 | 22.8 | 5,016.00 |
| Paralegal | Mark R. Scholl | 260 | 0.6 | 156.00 |
| Paralegal | Julie H. Shaw | 245 | 18.1 | 4,434.50 |
| Paralegal | Cassandra D. Smith | 260 | 2.0 | 520.00 |
| Reference Librarian | Tricia J. Peavler | 260 | 0.3 | 78.00 |
| Research Librarian | Paul S. Ramonas | 260 | 0.5 | 130.00 |
| Research Librarian | Mary E. Ruddy | 260 | 0.8 | 208.00 |

5

<u>Exhibit B</u>
Schedule of Attorneys and Paraprofessionals

| Position | Name | Rate | Time | Amount |
|---|---|---|---|---|
| Summer Associate[1] | Ian N. Bushner | 150 | 6.1 | 915.00 |
| Summer Associate | Jeremy A. Casper | 150 | 57.1 | 8,565.00 |
| Summer Associate | Levicy Crawford | 150 | 21.0 | 3,150.00 |
| Summer Associate | Roxana A. Davis | 150 | 18.3 | 2,745.00 |
| Summer Associate | Adam M. Huffine | 150 | 54.0 | 8,100.00 |
| Summer Associate | Charles F. Kinzer | 150 | 14.1 | 2,115.00 |
| Summer Associate | Lauren H. Sylvester | 150 | 25.8 | 3,870.00 |
| Project Assistant | Carolyn T. Baynes | 145 | 30.2 | 4,379.00 |
| Project Assistant | Catherine L. Chu | 150 | 36.0 | 5,400.00 |
| Project Assistant | Cynthia K. Clark | 160 | 11.0 | 1,760.00 |
| Project Assistant | Daniel O. Garcia | 150 | 332.9 | 49,935.00 |
| Project Assistant | Robert T. Gianneschi | 160 | 82.7 | 13,232.00 |
| Project Assistant | Jonathan Hollis | 150 | 9.5 | 1,425.00 |
| Project Assistant | Marc A. Patterson | 160 | 1.7 | 272.00 |
| Project Assistant | Lauren R. Prather | 150 | 2.3 | 345.00 |
| Project Assistant | Zachary L. Sorman | 150 | 134.7 | 20,205.00 |
| Project Assistant | Jonathan W. Striegel | 125 | 69.2 | 8,650.00 |
| Project Assistant | Adrienne P. Thacher | 150 | 14.5 | 2,175.00 |
| **Total Paraprofessional Time** | | | **1,703.2** | **337,783.50** |

**SUMMARY**

| Description | Amount |
|---|---|
| **Total Amount for Services Rendered (Attorneys and Paraprofessionals)** | **$5,117,902.30** |
| **Less 50% Non-Working Travel Time** | **($56,670.45)** |
| **Total Amount of Fees Requested for Services Rendered (June 1, 2009 - March 29, 2011)** | **$5,061,231.85** |

_____

[1] In the First Interim Application, Jenner & Block included fees arising from time expended by summer associates. Consistent with the Court's interim fee rulings in this case, and as noted above, Jenner & Block is not requesting final allowance of these fees and has reduced the fees it is requesting for the Entire Compensation Period accordingly.

6