# **EXHIBIT D**

Schedule of Expense Categories

Exhibit D
Schedule of Expense Categories

## SUMMARY OF EXPENSES

Categories of Expenses for Entire Compensation Period

This table contains data for the total amount of expenses requested in Jenner & Block's interim fee applications. The table does not account for the reductions to which Jenner & Block agreed for the prior interim fee applications and for which Jenner & Block does not seek reimbursement by this Final Application.

| Description | Amount |
|---|---|
| Business Meals | 8,186.91 |
| Corporate Filing/Retrieval Fees | 59,068.44 |
| Court Hearing Telephonic Service | 354.00 |
| Court Reporter Charges | 1,812.10 |
| In-City Transportation | 3,601.60 |
| Lexis Research | 5,529.64 |
| License Fees | 101,879.00 |
| Local Counsel Fees | 376.91 |
| Network Printing | 15,861.89 |
| Out-of-Town Travel | 57,123.41 |
| Overnight Courier/UPS, Federal Express | 5,811.47 |
| Pacer Charges | 1,162.56 |
| Photocopy Expense | 15,794.39 |
| Real Estate Expense | 175.00 |
| Soundpath Teleconferencing | 540.25 |
| Special Database Research | 59.70 |
| Special Messenger Service | 167.14 |
| Westlaw Research | 2,387.81 |
| **TOTAL EXPENSES** | **279,892.22** |

Categories of Expenses for Fifth Interim Compensation Period

| Description | Amount |
|---|---|
| Network Printing | 49.10 |
| Photocopy Expense | 82.75 |
| **TOTAL EXPENSES** | **131.85** |

1