## **EXHIBIT E**

Detailed List of Expenses

Detailed List of Expenses for which Jenner & Block
Seeks Reimbursement for the Fifth Interim Compensation Period

| Date | Description | Amount |
|---|---|---|
| 10/16/10 | Network Printing | 6.90 |
| 10/25/10 | Network Printing | 11.20 |
| 10/29/10 | Network Printing | 2.80 |
| 11/3/10 | Network Printing | 21.30 |
| 11/9/10 | Network Printing | 0.40 |
| 11/15/10 | Network Printing | 9.30 |
| 11/17/10 | Photocopy & Related Expenses | 79.95 |
| **TOTAL DISBURSEMENTS** | | **$131.85** |