# **EXHIBIT F-1**

Detailed Time Records – October 2010

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| COURT HEARINGS | | | | MATTER NUMBER - 10088 |
|---|---|---|---|---|
| 10/26/2010  HDM | 2.20 | Attended Third Interim Fee Application hearing. | | 1,155.00 |
| | 2.20 | PROFESSIONAL SERVICES | | 1,155.00 |

MATTER TOTAL                                                                    $ 1,155.00

LAW OFFICES
## JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

JENNER RETENTION/BILLING/FEE APPLICATION                MATTER NUMBER - 10100

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/25/2010 | DRM | 0.30 | Participated in telephone conference with H. McArn re preparation for hearing before Judge Gerber on J&B interim fee application (.2); participated in telephone conference with R. Brooks re status of court's consideration of fee applications (.1). | 230.10 |
| 10/25/2010 | HDM | 2.80 | Conferred with D. Murray re fee application issues including ordinary course status (.2); collected and reviewed Third Interim Fee Application, fee examiner's status report, J&B's reply and UST's objection (1.5); reviewed amended hearing agenda (.1); prepared for fee hearing and reviewed cited case law (1.0). | 1,470.00 |
| 10/26/2010 | HDM | 1.50 | Reviewed fee application materials in preparation for fee hearing (1.0); drafted update to D. Murray re same (.5). | 787.50 |
|  |  | 4.60 | PROFESSIONAL SERVICES | 2,487.60 |

MATTER TOTAL                                    $ 2,487.60

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CASE ADMINISTRATION                                                      MATTER NUMBER - 10126

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/5/2010 | GSK | 0.20 | Conferred with D. Murray re Third Supplemental Declaration. | 54.80 |
| 10/6/2010 | DRM | 0.30 | Reviewed letter from MLC Fee Examiner with G. Knudsen and commenced preparation of response. | 230.10 |
| 10/6/2010 | GSK | 2.10 | Conferred with D. Murray re response to Fee Examiner letter (.2); drafted same (1.9). | 575.40 |
| 10/7/2010 | DRM | 0.50 | Worked with G. Knudsen in preparing response to letter from MLC Fee Examiner and finalized same. | 383.50 |
| 10/7/2010 | GSK | 0.30 | Conferred with D. Murray re response letter to Fee Examiner (.2); sent same to J. Gromacki for review (.1). | 82.20 |
| 10/20/2010 | DRM | 0.50 | Reviewed report of Fee Examiner and recommendations re same (.1); reviewed Limited Objection of Fee Examiner to Application of Jenner & Block for Interim Fee Award (.1); worked with G. Knudsen on preparation of Supplemental Disclosure Statement (.3). | 383.50 |
| 10/21/2010 | DRM | 0.50 | Worked with G. Knudsen re Third Supplemental Declaration (.2); revised draft of Supplemental Declaration and memorandum to J. Gromacki and S. Armstrong re same (.3). | 383.50 |
| 10/21/2010 | GSK | 0.70 | Edited Third Supplemental Declaration per comments from D. Murray (.6); sent same to D. Murray for review (.1). | 191.80 |
| 10/22/2010 | PJT | 0.40 | Reviewed calendar re October 26 hearing re fee applications (.2); reviewed e-mail from D. Murray re discussions with Fee Examiner and UST (.2). | 280.00 |
| 10/22/2010 | DRM | 1.70 | Revised draft of Third Supplemental Declaration in support of disinterestedness (.5); reviewed memoranda to J. Gromacki, S. Armstrong and G. Knudsen re same (.3); participated in telephone conference with G. Knudsen re modifications to Declaration (.1); reviewed memorandum to A. Velez-Rivera re same (.2); reviewed U.S. Trustee's Response to Third Interim Fee Application (.3); reviewed memoranda to J. Gromacki, P. Trostle and H. McArn re same (.3). | 1,303.90 |

LAW OFFICES

# J**ENNER** & B**LOCK** LLP

353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/23/2010 | HDM | 0.80 | Reviewed hearing agenda re fee applications and correspondence from D. Murray re same (.4); reviewed UST response re fee applications (.4). | 420.00 |
| 10/24/2010 | PJT | 0.20 | Reviewed e-mail from H. McArn and D. Murray re fee hearing on October 26. | 140.00 |
| 10/25/2010 | DRM | 0.10 | Reviewed memoranda to and from S. Armstrong re supplemental declaration. | 76.70 |
| 10/26/2010 | DRM | 0.10 | Participated in telephone conference with S. Armstrong re status of discussion on Supplemental Disclosure Statement. | 76.70 |
| | | 8.40 | PROFESSIONAL SERVICES | 4,582.10 |

MATTER TOTAL                                                                                     $ 4,582.10

# **EXHIBIT F-2**

Detailed Time Records – November 2010

LAW OFFICES
# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

JENNER RETENTION/BILLING/FEE APPLICATION                    MATTER NUMBER - 10100

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 11/1/2010 | MHM | 2.60 | Reviewed invoices and prepared data worksheet for fee application exhibits. | 676.00 |
| 11/2/2010 | MHM | 2.70 | Finalized and reviewed exhibits for quarterly fee application. | 702.00 |
| 11/8/2010 | HDM | 0.40 | Reviewed disclosure matter with D. Murray and conferred re same. | 210.00 |
| 11/15/2010 | DRM | 0.50 | Conferred with G. Knudsen re interim fee application (.2); reviewed and finalized fee application to be filed (.3). | 383.50 |
| 11/15/2010 | MHM | 1.00 | Reviewed and prepared fee application and exhibits for e-filing (.4); e-filed and verified docket entries for same (.3); e-mailed D. Murray, G. Knudsen and Garden City Group re service of same (.3). | 260.00 |
| | | 7.20 | PROFESSIONAL SERVICES | 2,231.50 |

MATTER TOTAL                                 $ 2,231.50

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET  
CHICAGO, ILLINOIS 60654-3456  
(312) 222-9350

CASE ADMINISTRATION                                                                 MATTER NUMBER - 10126

| | | | | | |
|---|---|---|---|---|---:|
| 11/2/2010 | DRM | 0.10 | | Participated in telephone conference with A. Velez-Rivera re contents of supplemental declaration and further steps to be taken re conversion to ordinary course status. | 76.70 |
| 11/8/2010 | DRM | 0.50 | | Participated in telephone conference with R. Brooks re completion of chart to be attached to order to be submitted to Judge Gerber (.1); memoranda to and from R. Brooks re same (.3); participated in telephone conference with K. Stadler re same (.1). | 383.50 |
| 11/12/2010 | DRM | 0.50 | | Participated in telephone conference with A. Velez-Rivera re supplemental declaration (.1); conferred with G. Knudsen re final draft of supplemental declaration (.1); finalized supplemental declaration (.3). | 383.50 |
| 11/12/2010 | MHM | 0.20 | | Reviewed and e-filed supplemental declaration. | 52.00 |
| | | 1.30 | | PROFESSIONAL SERVICES | 895.70 |

MATTER TOTAL                                                                              $ 895.70

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET  
CHICAGO, ILLINOIS  60654-3456  
(312) 222-9350

O'NEILL                                                                                           MATTER NUMBER - 10142

| 11/15/2010 | JHS | 0.80 | Reviewed case evaluation (.5); participated in telephone conference with T. Myrianthopoulos re status (.1); participated in telephone conference with S. Brown re status and strategy (.1); conferred with P. Harris re same (.1). | 340.00 |
| | | 0.80 | PROFESSIONAL SERVICES | 340.00 |

MATTER TOTAL                                                                $ 340.00

LAW OFFICES

# JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

KAPLAN/BLANKENSHIP                                                              MATTER NUMBER - 10150

| | | | | |
|---|---|---|---|---:|
| 11/4/2010 | RKH | 0.30 | Reviewed status of claimants' withdrawal of duplicative claims. | 114.90 |
| 11/29/2010 | RKH | 0.10 | Reviewed executed Withdrawal of Claim forms; forwarded same to S. Brown of Alix Partners. | 38.30 |
| | | 0.40 | PROFESSIONAL SERVICES | 153.20 |

MATTER TOTAL                                                                 $ 153.20

## **EXHIBIT F-3**

Detailed Time Records – December 2010

LAW OFFICES

# JENNER & BLOCK LLP

353 N. CLARK STREET  
CHICAGO, ILLINOIS  60654-3456  
(312) 222-9350

PRODUCTS LIABILITY LITIGATION                                                                          MATTER NUMBER - 10070

| | | | | |
|---|---|---|---|---|
| 12/6/2010 | TWM | 0.50 | Reviewed proposed agreed order dismissing MLC from Smith product liability matter; corresponded with counsel of record and B. Benfield of Weil Gotshal re same. | 219.00 |
| | | 0.50 | PROFESSIONAL SERVICES | 219.00 |

MATTER TOTAL                                                                                                       $ 219.00