**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 09, 2011

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In re: Motors Liquidation Company, etc., et al., Debtors. vs. Stab Zweite Holding Gmbh

Case No. 09-50026

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Stab Zweite Holding Gmbh is not listed on our records or on the records of the State of DE.

Very truly yours,

Ken Dunnigan
SOP Process Specialist

Log# 518470552

FedEx Tracking# 797074051612

cc: Southern District: United States Bankruptcy Court
    1 Bowling Grn # 625,
    New York, NY 10004-1415