**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 09, 2011

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY  10153

Re: In re: Motors Liquidation Company, etc., et al., Debtors // To: Checker Motors Corporation

Case No. 09-50026

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of CHECKER MOTORS CORPORATION. Currently, the state lists National Registered Agents, Inc. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Ken Dunnigan
SOP Process Specialist

Log# 518467741

FedEx Tracking# 797074010461

cc: Southern District: United States Bankruptcy Court
    One Bowling Green,
    New York, NY  10004-1408