Kluwer
Legal Services

CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 09, 2011

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: In re: Motors Liquidation Company, etc., et al., Debtors // To: Checker Motors Corporation

Case No. 09-50026

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of CHECKER MOTORS CORPORATION. Currently, the state lists Naitonal Registered Agents, Inc. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,



Ken Dunnigan
SOP Process Specialist

RECEIVED
MAY 1 3 2011
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

Log# 518467722

FedEx Tracking# 794735080200

cc: Southern District: United States Bankruptcy Court
    One Bowling Green,
    New York, NY 10004-1408