UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :   Chapter 11
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :   Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*, :
                                          :   (Jointly Administered)
                                          :
                    Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Mark D. Campana, a non-attorney, certify that on May 13, 2011, I caused the following document to be served by overnight courier and E-mail on the parties identified on the attached <u>Exhibit A</u>:

1)     DPH Holdings Corp. (f/k/a Delphi Corporation) And Its Affiliated Reorganized Debtors' Limited Statement Concerning Jurisdiction Over Motion Of General Motors LLC (f/k/a General Motors Company) To Enforce Sale Order (Docket No. 10234)

Dated: May 16, 2011

                                                  /s/ Mark D. Campana
                                            Mark D. Campana
                                            SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP
                                            155 North Wacker Drive
                                            Chicago, Illinois 60606
                                            Telephone: (312) 407-0700
                                            Facsimile: (312) 407-0411

Subscribed and sworn to (or affirmed) before me on this 16th day of May, 2011.

Signature : /s/ Joanna Aybar

Commission Expires: June 19, 2011

**EXHIBIT A**

| Company/Firm | Contact | E-Mail | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Jones Day | Lisa G. Laukitis, Esq. | llaukitis@jonesday.com | 222 East 41st Street | New York | NY | 10017 |
| Jones Day | Heather Lennox, Esq. Robert S. Walker | hlennox@jonesday.com rswalker@jonesday.com | 901 Lakeside Avenue | Cleveland | OH | 44114-1190 |
| Jones Day | Andrew M. Kramer | akramer@jonesday.com | 51 Louisiana Avenue NW | Washington | DC | 20001 |
| Weil, Gotshal & Manges LLP | Harvey R. Miller, Esq. Stephen Karotkin, Esq. Joseph H. Smolinsky, Esq. | harvey.miller@weil.com stephen.karotkin@weil.com joseph.smolinsky@weil.com | 767 Ffith Avenue | New York | NY | 10153 |
| Motors Liquidation Company | Ted Stenger | tstenger@alixpartners.com | 500 Renaissance Center, Suite 1400 | Detroit | MI | 48243 |
| Motors Liquidation Company | Thomas Morrow | tmorrow@alixpartners.com | 401 South Old Woodward Avenue, Suite 370 | Birmingham | MI | 48009 |
| General Motors, LLC | Lawrence S. Buonomo, Esq. | lawrence.s.buonomo@gm.com | 400 Renaissance Center | Detroit | MI | 48265 |
| Cadwalader, Wickersham & Taft LLP | John J. Rapisardi, Esq. | john.rapisardi@cwt.com | One World Financial Center | New York | NY | 10281 |
| The United States Department of Treasury | Joseph Samarias, Esq. | joseph.samarias@do.treas.gov | 1500 Pennsylvania Avenue NW, Room 2313 | Washington | DC | 20220 |
| Vedder Price, P.C. | Michael J. Edelman, Esq. Michael L. Schein, Esq. | mjedelman@vedderprice.com mschein@vedderprice.com | 1633 Broadway, 47th Fl | New York | NY | 10019 |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer, Esq. Robert Schmidt, Esq. Lauren Macksoud, Esq. Jennifer Sharret, Esq. | tmayer@kramerlevin.com rschmidt@kramerlevin.com lmacksoud@kramerlevin.com jsharret@kramerlevin.com | 1177 Avenue of the Americas | New York | NY | 10036 |
| The Office of the United States Trustee for the Southern District of New York | Tracey Hope Davis, Esq. Diana G. Adams, Esq. | tracy.davis@usdoj.gov | 33 Whitehall Street, 21st Fl | New York | NY | 10004 |
| The U.S. Attorney's Office, S.D.N.Y. | Davis S. Jones, Esq. Natalie Kuehler, Esq. | david.jones6@usdoj.gov natalie.kuehler@usdoj.gov | 86 Chambers St, 3rd Fl | New York | NY | 10007 |
| Caplin & Drysdale, Chartered | Elihu Inselbuch, Esq. Rita C. Tobin, Esq. | ei@capdale.com rct@capdale.com | 375 Park Avenue, 35th Fl | New York | NY | 10152-3500 |
| Caplin & Drysdale, Chartered | Trevor W. Swett III, Esq. Kevin C. Maclay, Esq. | tws@capdale.com kcm@capdale.com | One Thomas Circle, N.W., Suite 1100 | Washington | DC | 20005 |
| Stutzman, Bromberg, Esserman & Plifka | Sander L. Esserman, Esq. Robert T. Brousseau, Esq. | esserman@sbep-law.com brousseau@sbep-law.com | 2323 Bryan Street, Suite 2200 | Dallas | TX | 75201 |
| Bredhoff & Kaiser P.L.L.C. | Andrew D. Roth Ramya Ravindran | aroth@bredhoff.com rravindran@bredhoff.com | 805 Fifteenth Street, N.W. Suite 1000 | Washington | DC | 20005 |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell James L. Bromley | dbuell@cgsh.com jbromley@cgsh.com | One Liberty Plaza | New York | NY | 10006 |
| Cohen, Weiss and Simon LLP | Babette A. Ceccotti | bceccotti@cwsny.com | 330 West 42nd Street, 25th Floor | New York | NY | 10036 |
| International Union, UAW | Daniel W. Sherrick Niraj R. Ganatra | dsherrick@uaw.net nganatra@uaw.net | Legal Department, 8000 Jefferson Avenue | Detroit | MI | 48214 |