# EXHIBIT A

**CERTIFICATION UNDER GUIDELINES IN SUPPORT OF
FINAL APPLICATION OF BAKER & MCKENZIE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
SERVICES RENDERED AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD JUNE 1, 2009 THROUGH MARCH 29, 2011**

09-50026-mg  Doc 10262-1  Filed 05/16/11  Entered 05/16/11 18:43:21  Exhibit A
Pg 1 of 4

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Street
Chicago, IL  60601
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
David F. Heroy
Andrew P.R. McDermott

*Special Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* f/k/a General Motors Corp., *et al.* | **09-50026 (REG)** |
| Debtors. | (Jointly Administered) |

**CERTIFICATION UNDER GUIDELINES IN SUPPORT OF**
**FINAL APPLICATION OF BAKER & MCKENZIE**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**SERVICES RENDERED AS SPECIAL COUNSEL FOR THE DEBTORS**
**FOR THE PERIOD JUNE 1, 2009 THROUGH MARCH 29, 2011**

I, David F. Heroy, hereby certify that:

1.  I am a member with the applicant firm, Baker & McKenzie LLP ("**Baker**"), with responsibility for the jointly administered chapter 11 cases of Motors Liquidation Company, et al. (f/k/a General Motors Corp., et al.) (collectively, the "**Debtors**"), pursuant to Sections 105(a), 331 of the Bankruptcy Code and Local Bankruptcy Rule 2016-1, in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court (the "**Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "**Trustee Guidelines**")

and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals (the "**Interim Compensation Order**", and collectively with the Amended Local Guidelines and **Trustee Guidelines**, the "**Guidelines**").

    2.    This certification is made in respect of Baker's application, dated May 15, 2011 (the "**Final Application**"), for interim compensation and reimbursement of expenses for the period commencing June 1, 2009, through and including March 29, 201.

    3.    I certify that:

        a.    I have read the Final Application;

        b.    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

        c.    the fees and disbursements sought are billed at rates in accordance with those customarily charged by Baker and generally accepted by Baker's clients; and

        d.    in providing a reimbursable service, Baker does not make a profit on that service, whether the service is performed by Baker in-house or through a third party.

    4.    As required by the Interim Compensation Order, I certify that Baker has complied with these provisions requiring it to provide the Debtors and the Office of the United States Trustee for the Southern District of New York, on a monthly basis, with a statement of Baker's fees and disbursements accrued during the previous month.

    5.    I certify that the Debtors and the United States Trustee for the Southern District of

New York are each being provided with a copy of the Application, along with the parties designated in the August 7, 2009 Order of the Court establishing procedures for interim compensation and reimbursement of expenses of professionals.

Dated: May 15, 2011                             Respectfully Submitted,

                                                                BAKER & MCKENZIE LLP

                                                                /s/ David F. Heroy
                                                                David F. Heroy
                                                                Baker & McKenzie LLP
                                                                One Prudential Plaza., Suite 3600
                                                                130 East Randolph St
                                                                Chicago, IL  60601
                                                                Telephone: (312) 861-3731
                                                                Facsimile: (312) 698-2704
                                                                David.F.Heroy@bakernet.com