# EXHIBIT C

## ITEMIZED INVOICES

## RETENTION & FEE APPLICATIONS
(JUNE 1, 2009 THROUGH MARCH 29, 2011)

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

July 24, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94072943**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING JUNE 30, 2009, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES**.............................................................................................$    66,658.61

**TOTAL AMOUNT DUE**.........................................................................$    66,658.61

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE:  Invoice #:  94072943

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

July 24, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94072943**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING JUNE 30, 2009, AS FOLLOWS:

## RE: Retention and Fee Applications

### Chicago Office

### Heroy, David

| Date | Description | Hours |
|------|-------------|-------|
| 05/07/09 | Telephone D. Webber et al. re bankruptcy requirements for representation (.5); review statute (.2) and parallel issues (.2). | .9 |
| 06/03/09 | Review emails x12 with C. Whiteford, G. Heckelmann, J. Samet, D. Webber, etc. re application (1.4); conference with D. Webber (.5); phone I. Reid (.4), all re same; phone J. Samet (.5) re same and email all re procedures (1.0); phone Weiss (.3); conference with P. Suse (.1) and emails re details of retention (.4). | 4.6 |
| 06/04/09 | Emails re AU (.4); phone Weiss (Honigman) (.3), all re retention; emails with Weiss (.2) x12, all re same (1.0); conference with A. McDermott and L. Vonckx x4 re same, process (.9); emails with J. Samet re form, timing (.3). | 2.9 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/05/09 | Emails with G. Heckelmann (.2), group (.3); conference with A. McDermott (.3) and review notice to group re procedures and status (.4). | 1.2 |
| 06/08/09 | Emails with J. Samet, A. McDermott and G. Heckelmann regarding retention. | .4 |
| 06/09/09 | Review data from C. Landon regarding Delphi (Whitefoord) (.5); x2 for G. Heckelmann regarding Opel (.6); review draft with A. McDermott and review conflict search results (2.2); e-mails regarding timing, status (.6). | 3.9 |
| 06/10/09 | E-mail A. McDermott G. Heckelmann, C. Whitefoord, A. Webber, K. Houghton et al., regarding all details x6 (.9); review/revise latest draft (2.1); and comment to A. McDermott (.2). | 3.2 |
| 06/11/09 | Emails with WJL, A. McDermott, G. Heckelmann, D. Webber, C. Whitefoord, et al., all regarding requirements, conflicts and retention (1.4); send comments (.3); phone A. McDermott and review (.5); conference with J. Samet re local procedures (.3); review rest of emails from G. Heckelmann and C. Whitefoord re conflicts (.4). | 2.8 |
| 06/12/09 | Review latest draft (.7); phone A. McDermott (.2); email to team re staffing going forward (.5); work on conflicts - review list once more and conference with A. McDermott re same (.6); email D. Webber re affidavit (.2). | 2.2 |
| 06/13/09 | Emails with A. McDermott x2 regarding new draft, timing (.4). | .4 |
| 06/14/09 | Email A. McDermott re various - 327(3), conflicts, timing - issues (.5); review preliminary drafts on BB and review issues (.6). | 1.1 |
| 06/15/09 | Review of draft (1.0); conference with A. McDermott x3 re issues (.4); emails re same (.3); conference with A. McDermott re new directions; review language re Magna (.5); emails re status (.3). | 2.5 |
| 06/16/09 | Administration and organization for time -- open new matter; email P. Suse et al, (.8); review WGM, J&B, H paper (1.1); emails with A. McDermott and conference re process (.3); follow up re Affidavit with Duane Webber (.2). | 2.4 |
| 06/17/09 | Review emails (.3); conference with A. McDermott re status (.1). | .4 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 3

| Date | Description | Hours |
|------|-------------|-------|
| 06/18/09 | Conference with A. McDermott re WGM, US Trustee review and email. | .3 |
| 06/19/09 | Emails with WGM re status, US Trustee and phone A. McDermott (.3); forward data to group (.1). | .4 |
| 06/22/09 | Phone and email A. McDermott re new GM, US Trustee meeting, etc. and consider Hangman, Jenner issues (.6). | .6 |
| 06/23/09 | Retention emails re 327(a)(e) with A. McDermott, J. Samet (.4); phone A. McDermott re same, strategy (.3). | .7 |
| 06/24/09 | US Trustee call and emails with A. McDermott (.3). | .3 |
| 06/25/09 | Conference with A. McDermott re filing, follow-up letter (.2); conference with G. Heckelmann (.3). | .5 |
| 06/29/09 | Review email re new GM coordination and return to A. McDermott (.8); conference with A. McDermott re status (.3). | 1.1 |
| 06/30/09 | Email A. McDermott re New GM (.1); conference with A. McDermott re status and emails to four group (.3); draft email (.2) re same. | .6 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 06/03/09 | Correspond with D. Heroy, numerous others re retention of special counsel. | .3 |
| 06/04/09 | Correspond and conference with D. Heroy, L. Vonckx, others re retention of special counsel. | 1.5 |
| 06/04/09 | Telephone conference and correspond with J. Smolinsky at Weil, J. Samet re retention of Baker, corresponding materials. | .3 |
| 06/04/09 | Review form application. | .3 |
| 06/05/09 | Telephone conference with R. Brooks re retention issues. | .2 |
| 06/05/09 | Correspond and conferences with D. Heroy re retention. | .3 |
| 06/05/09 | Correspond with responsible partners re retention issues. | .3 |
| 06/05/09 | Telephone conference with J. Samet re retention. | .1 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 4

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/08/09 | Correspond with responsible partners re retention issues; conference with L. Vonckx and review preliminary conflicts information. | .6 |
| 06/09/09 | Review client intake system and preliminary conflicts information. | .8 |
| 06/09/09 | Correspond and conferences with D. Heroy re retention issues. | .3 |
| 06/09/09 | Correspond and telephone conferences with J. Samet re status. | .3 |
| 06/09/09 | Draft memorandum re billing protocol, retention procedures; correspond with responsible partners re same. | 2.1 |
| 06/09/09 | Correspond with A. Poke, G. Heckelman re scope of retention. | .8 |
| 06/10/09 | Correspond and conferences with D. Heroy, G. Heckelman re retention issues. | .5 |
| 06/10/09 | Correspond and conferences with G. Phillips re outstanding GM invoices. | .3 |
| 06/10/09 | Revise form application to employ Baker; draft affidavit in support; correspond and conferences with D. Heroy re same. | 4.7 |
| 06/10/09 | Telephone conferences with R. Brooks, J. Smolinski re retention of Baker. | .4 |
| 06/10/09 | Correspond and conferences with L. Vonckx re conflicts issues, preparation of schedule to affidavit in support of application; review and revise schedule. | 1.1 |
| 06/11/09 | Numerous correspondence with responsible partners re billing matters, retention application, engagement letters. | 1.4 |
| 06/11/09 | Correspond with I. Reid re US Trustee guidelines. | .2 |
| 06/11/09 | Telephone conferences with D. Heroy re revisions to retention application, affidavit. | .5 |
| 06/11/09 | Correspondence to J. Smolinski re status of retention; attempted telephone conferences with J. Smolinski, R. Brooks. | .6 |
| 06/11/09 | Revise form application to employ Baker; draft affidavit in support based on updated conflicts information, comments received. | 2.6 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 5

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/11/09 | Review conflicts information, research client intake and conflicts system re potential adversities, connections with parties in interest; draft Schedule 1 to affidavit in support of application. | 2.3 |
| 06/12/09 | Revise form application to employ Baker; draft affidavit in support based on updated conflicts information, comments received; draft correspondence to worldwide partners re same, retention process. | 1.8 |
| 06/12/09 | Conferences and correspond with D. Heroy, D. Linklater, J. Samet, I. Reid re Baker retention, comments to application and affidavit in support; review and revise re comments. | 1.4 |
| 06/12/09 | Numerous correspondence with responsible partners worldwide re retention procedures, conflicts and disclosure issues, internal billing protocols consistent with trustee guidelines. | 1.6 |
| 06/13/09 | Correspond with J. Samet, J. Linklater re retention issues. | .1 |
| 06/14/09 | Draft correspondence to D. Webber re affidavit in support of retention application; correspond with D. Webber, D. Heroy re same. | .6 |
| 06/14/09 | Revise application to employ Baker and affidavit in support based on comments received (2.1); review conflicts waiver, engagement letter (.2); correspond with D. Heroy re same (.3). | 2.6 |
| 06/14/09 | Correspond with R. Brooks at Weil re retention process | .1 |
| 06/14/09 | Draft correspondence to C. Whitefoord re affidavit in support of retention application, certain disclosures and engagement documentation; correspond with C. Whitefoord, D. Heroy re same. | .9 |
| 06/15/09 | Numerous correspondence with responsible partners worldwide re retention procedures, conflicts and disclosure issues, ordinary course professionals. | 1.2 |
| 06/15/09 | Conferences and correspond with D. Heroy re retention issues, creditors committee, billing. | .7 |
| 06/16/09 | Prepare for conference with US Trustee re retention application. | .5 |
| 06/16/09 | Conference with L. Vonckx re billing guidelines (.1); conference and correspond with D. Heroy re matter billing, conflicts issues, status (.7); telephone conference with B. Segal re retention issues (.2). | .7 |



General Motors Corporation                                                  July 24, 2009
Client Number: 95229493                                          Matter Number: 000002
Invoice Number: 94072943                                                        Page 6

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/16/09 | Numerous correspondence with responsible partners worldwide re retention procedures, conflicts and disclosure issues, ordinary course professionals. | 1.6 |
| 06/17/09 | Prepare for and telephone conference with Weil, US Trustee re retention application, affidavit in support, scope of services to be provided and disclosures. | .8 |
| 06/17/09 | Correspond with D. Heroy, J. Samet, I. Reid, G. Heckelman re various retention issues. | .8 |
| 06/18/09 | Correspond with D. Heroy re retention status. | .1 |
| 06/18/09 | Review Weil comments to application to retain Baker, related affidavit (.3); correspond with D. Meshkov re same (.2); correspond with global partners re same (.2). | .7 |
| 06/19/09 | Correspond with Weil, US Trustee, D. Webber re comments to application and affidavit. | .3 |
| 06/20/09 | Correspond with D. Heroy re retention. | .2 |
| 06/22/09 | Correspond and telephone conference with Weil re conference with US Trustee, ordinary course professionals. | .5 |
| 06/22/09 | Correspond and telephone conference with I. Reid re German engagement (.4); correspond with D. Heroy, I. Reid, J. Samet, G. Heckelman re same, status of engagement (.7); correspond and conference with L. Vonckx re engagement terms are related research (.3). | 1.4 |
| 06/23/09 | Correspond with US Trustee, Weil re retention issues (.3); conference with I. Reid re same (.2); correspond with I. Reid, J. Samet, D. Heroy re same (.3). | .6 |
| 06/24/09 | Correspond with A. Poke, C. Whitefoord, K. Guch, T. Ryan at GM re retention of ordinary course professionals. | .4 |
| 06/24/09 | Prepare for (.6) and telephone conference with Weil, US Trustee re Baker retention as special counsel (.5); correspond with D. Heroy, I. Reid, J. Samet re same (.3). | 1.4 |
| 06/25/09 | Correspond with J. Crozier, K. Guch re retention of ordinary course professionals (.2); correspond with Weil re US Trustee comments re application (.1). | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 7

| Date | Description | Hours |
|------|-------------|-------|
| 06/26/09 | Telephone conference with R. Brooks re status of retention application (.2); correspond with E. Lederman, R. Brooks at Weil, K. Guch re retention of ordinary course professionals working with Baker globally (.6); draft correspondence re retention going forward and submit for D. Heroy review (.6). | 1.4 |
| 06/29/09 | Correspond with responsible partners re status; telephone conference with C. Agnew re status. | .3 |
| 06/30/09 | Correspond with K. Guch re retention of ordinary course counsel on pending matters. | .2 |

**Vonckx, Lawrence**

| Date | Description | Hours |
|------|-------------|-------|
| 06/04/09 | Review master retention checklist (.2); teleconference with C. Williams re conflicts search (.6). | .8 |
| 06/08/09 | Review results of conflicts check (2.0); correspond with A. McDermott re same (0.1). | 2.1 |
| 06/10/09 | Review schedule of clients and former clients; meet with A. McDermott re same. | .9 |
| 06/22/09 | Research re: limitation of liability in foreign attorney engagement letter & enforceability in bankruptcy (0.8); correspond with A. McDermott re: same (0.2). | 1.0 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 8

---

## Frankfurt Office

### Heckelmann, Guenther H.

| Date | Description | Hours |
|------|-------------|-------|
| 06/12/09 | Review of application to New York bankruptcy court for the Baker retention in GMC's Chapter 11 proceedings (0.5 hours); mark-up in the conflicts section and correspondence with Andrew McDermott (Baker & McKenzie, Chicago) regarding same (0.9 hours); additional correspondence with Andrew McDermott regarding further details related to the application (0.2 hours) and telephone conversation with Joe Samet and Ira Reid (both Baker & McKenzie, New York) regarding same (0.2 hours). | 1.8 |

---

## New York Office

### Brandman, Scott L.

| Date | Description | Hours |
|------|-------------|-------|
| 06/04/09 | Review e-mails regarding B&M retention issues. | .3 |
| 06/08/09 | Review e-mail regarding Baker retention. | .2 |

### Reid, Ira A.

| Date | Description | Hours |
|------|-------------|-------|
| 06/01/09 | Reviewed retention letter and considered special counsel retention issues. | .5 |
| 06/02/09 | Conference with H. Houghton, S. Brandman and C. Cummings regarding retention and planning issues. | .7 |
| 06/02/09 | Analyzed special counsel retention issues in connection with retention affidavit; reviewed forms of affidavit. | 1.4 |
| 06/02/09 | Reviewed and responded to memoranda from D. Weber regarding retention open issues. | .7 |
| 06/03/09 | Conferences with D. Heroy, J. Samet and S. Brandman regarding retention issues and reviewed correspondence and retention letters concerning same; reviewed court website. | 1.5 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 9

| <u>Date</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|
| 06/04/09 | Reviewed and responded to correspondence from D. Heroy and Baker team regarding retention issues. | .2 |
| 06/05/09 | Conference with J. Samet regarding retention issues. | .5 |
| 06/05/09 | Reviewed memorandum from A. McDermott regarding retention issues and e-mails to and from T. Linguanti regarding same. | .4 |
| 06/06/09 | Reviewed court website and orders in connection with fee standards and e-mails to and from J. Samet. | .3 |
| 06/08/09 | Reviewed correspondence in connection with retention issues. | .2 |
| 06/10/09 | Conference with and e-mails to and from J. Samet regarding retention status, and commented on retention memorandum. | .5 |
| 06/10/09 | Reviewed retention disclosure issues. | .3 |
| 06/10/09 | Reviewed court fee orders and US Trustee Fee Guidelines and e-mail to Baker tax team regarding same. | .3 |
| 06/10/09 | E-mails to and from S. Brandman regarding retention status and open issues. | .2 |
| 06/11/09 | Conferences with J. Samet regarding retention issues; reviewed and commented on correspondence/memorandum regarding same and reviewed correspondence concerning open issues. | .8 |
| 06/12/09 | E-mails to and from retention team and C. Whiteford regarding disclosure issues and draft retention pleadings. | .4 |
| 06/12/09 | Reviewed draft retention pleadings, analyzed disclosure issues and legal requirements for adequacy of disclosure, and revised and commented on. | 2.3 |
| 06/12/09 | Conferences with J. Samet regarding disclosure affidavit comments and disclosure issues. | .8 |
| 06/12/09 | Reviewed correspondence from J. Linklater regarding retention issues and e-mail to J. Samet regarding same. | .1 |
| 06/12/09 | E-mails to and from G. Heckelmann regarding retention issues. | .2 |
| 06/12/09 | Conference with J. Samet and G. Heckelmann regarding retention issues in connection with GM Europe. | .2 |
| 06/12/09 | Reviewed comments to retention papers from D. Webber. | .1 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 10

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/15/09 | Conference with A. McDermott and J. Samet regarding Magma waiver/retention issues. | .1 |
| 06/16/09 | Reviewed retention applications by Weil Gotshal, Honigman Miller and Jenner & Block and notice of retention hearing, and drafted e-mail to Baker team regarding same. | .7 |
| 06/16/09 | E-mails to and from G. Heckelmann regarding retention issues. | .2 |
| 06/16/09 | E-mail to S. Brandman regarding retention issues. | .1 |
| 06/16/09 | Conference with J. Samet regarding retention status. | .1 |
| 06/17/09 | Conference with J. Samet and e-mails to and from A. McDermott regarding status of retention papers. | .3 |
| 06/17/09 | Reviewed revised draft special counsel retention papers and e-mail to J. Samet regarding same. | .5 |
| 06/18/09 | Conferences with J. Samet regarding retention issues. | .1 |
| 06/19/09 | Conferences with J. Samet regarding retention status. | .2 |
| 06/22/09 | E-mails to and from A. McDermott and J. Samet regarding retention status and issues. | .5 |
| 06/22/09 | Reviewed and responded to P. Wessels and Guenther Heckelmann regarding retention issues. | .4 |
| 06/22/09 | Reviewed draft retention papers and memo to J. Samet regarding open issues. | .8 |
| 06/22/09 | Conference with A. McDermott concerning open retention issues. | .2 |
| 06/22/09 | E-mails to and from J. Samet regarding retention issues with US Trustee. | .4 |
| 06/23/09 | E-mails to and from J. Samet regarding retention issues. | .3 |
| 06/24/09 | Reviewed and responded to correspondence in connection with retention issues. | .1 |
| 06/25/09 | Conference with J. Samet regarding retention status. | .1 |
| 06/26/09 | Conference with J. Samet regarding retention status; reviewed court docket and e-mail to A. McDermott. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 11

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/28/09 | Conference with J. Samet and e-mails to and from T. Linguanti and J. Samet regarding retention status. | .2 |
| 06/29/09 | Reviewed court docket and filings in connection with retention issues. | .2 |
| 06/30/09 | Reviewed court docket; conference with J. Samet regarding status of retention. | .2 |

### Samet, Joseph

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/17/09 | Review disclosure and retention status; review memo from I. Reid; review case developments; memo from D. Heroy re: retention; conference with I. Reid; correspondence from I. Reid re: retention. | .6 |
| 06/23/09 | Retention correspondence and conference with I. Reid re: retention. | .2 |

### Washington, D.C. Office

### Houghton, Kendall L.

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/12/09 | Review draft affidavit and draft retention motion, as well as D. Webber comments on tax special counsel portions (1.1). | 1.1 |
| 06/16/09 | GM retention matter: E-mail with D. Webber and I. Reid re: conflicts portion of retention application; review material from I. Reid and e-mail Baker team relating to retention application for special tax counsel role. | 1.0 |



General Motors Corporation

Client Number: 95229493

Invoice Number: 94072943

July 24, 2009

Matter Number: 000002

Page 12

---

## Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 06/03/09 | Review steps for filing motion for special tax counsel designation (0.5); conference with D. Heroy re same (0.4); review memoranda re same (0.4); telephone conferences re same (0.2); conference with T. Linguanti re same and related matters (0.2). | 1.7 |
| 06/04/09 | Review memoranda re motion for special tax counsel designation and prepare responses (0.5). | .5 |
| 06/05/09 | Review memorandum re motion for special tax counsel designation and prepare response (0.2). | .2 |
| 06/08/09 | Review memorandum re motion for special tax counsel designation (0.2). | .2 |
| 06/11/09 | Review memoranda re engagement and motion for special tax counsel designation (0.4). | .4 |
| 06/12/09 | Review memoranda re engagement and motion for special tax counsel designation, and prepare responses to same (1.5); analyze scope of engagements for bankruptcy motion (0.6); analyze terms and provisions for motion for special counsel designation. | 2.6 |
| 06/18/09 | Review memoranda re arrangements for payment of fees in bankruptcy case and preparation of request to be appointed special counsel (0.3). | .3 |

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David Heroy | 33.4 | 795.00 | $ | 26,553.00 |
| Andrew McDermott | 46.0 | 425.00 | | 19,550.00 |
| Lawrence Vonckx | 4.8 | 335.00 | | 1,608.00 |
| | | | $ | **47,711.00** |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94072943

July 24, 2009
Matter Number: 000002
Page 13

## Frankfurt Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Guenther H. Heckelmann | 1.8 | 784.62 | $ | 1,412.31 |
| | | | $ | **1,412.31** |

## New York Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Scott L. Brandman | .5 | 695.00 | $ | 347.50 |
| Ira A. Reid | 18.6 | 560.00 | | 10,416.00 |
| Joseph Samet | .8 | 711.00 | | 568.80 |
| | | | $ | **11,332.30** |

## Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | 2.1 | 650.00 | $ | 1,365.00 |
| A. Duane Webber | 5.9 | 820.00 | | 4,838.00 |
| | | | $ | **6,203.00** |

Total:  $  **66,658.61**

**TOTAL AMOUNT DUE:**   $   **66,658.61**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

August 20, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:    000002**
**Invoice Number:  94073639**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES**.................................................................................$    14,114.20

**TOTAL EXPENSES**........................................................................$          61.59

**TOTAL AMOUNT DUE** ...............................................................$    14,175.79

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE: Invoice #:  94073639

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

August 20, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:     000002**
**Invoice Number: 94073639**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JULY 31, 2009, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 07/01/09 | Emails re accounting for retention time separately (.3) Dembaugh, McDermott. | .3 |
| 07/02/09 | Conference with A. McDermott re status (.2); review emails and respond to four inquiries from AU, Germany (.5). | .7 |
| 07/06/09 | Email A. McDermott (.1); revise drafts, all re New GM issue (.3). | .4 |
| 07/07/09 | Review emails; review GM issue and approval (.8); conference with A. McDermott re status, timing, hearing staffing (.3). | 1.1 |
| 07/16/09 | Final revisions re application/order and modifications (.5); conference with A. McDermott (.1). | .6 |
| 07/23/09 | Emails with G. Heckelmann, D. Webber, et al.; phone A. McDermott, all re billing procedures. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 07/27/09 | Go over emails re directors (.2); conference with A. McDermott re same (.2); phone K. Houghton re same (.1). | .5 |
| 07/28/09 | Teleconference with D. Webber and K. Houghton re details of tax (.5); email I. Reid. | .8 |

## McDermott, Andrew

| **Date** | **Description** | **Hours** |
|---|---|---|
| 07/02/09 | Correspond with K. Guch, C. Whitefoord, T. Ryan at GM re ordinary course retentions. | .4 |
| 07/06/09 | Conference and correspond with D. Heroy re status, ordinary course issues (.2); telephone conference with K. Guch re same (.2); correspond with global partners re sale approval, retention issues (.5). | .9 |
| 07/07/09 | Correspond with M. Daar at Gm re retention of various ordinary course professionals; correspond with K. Guch, J. Crozier re same; correspond with E. Lederman re same. | .9 |
| 07/08/09 | Correspond with Trilegal, J. Crozier re ordinary course retention. | .2 |
| 07/10/09 | Correspond with D. Heroy, G. Heckelman re GM retention. | .2 |
| 07/12/09 | Correspond with billing partners re GM sale, status of retention. | .3 |
| 07/13/09 | Correspond with M. Watkins re GM billing, sale. | .1 |
| 07/14/09 | Correspond with R. Brooks re updated application to employ (.1); review revised application and affidavit (.2); draft correspondence to affiant, D. Heroy summarizing changes, path forward (.3). | .6 |
| 07/16/09 | Correspond with G. Heckelmann re bankruptcy billing. | .1 |
| 07/17/09 | Review June invoice re bankruptcy guidelines and correspond with M. Watkins re same (.2); review revised application, affidavit in support re Baker's retention as ordinary counsel (.6); correspond with D. Webber re same (.2); correspond with R. Brooks, E. Lederman at Weil re same (.3) | 1.3 |
| 07/20/09 | Correspond with D. Heroy, I. Reid re status of retention; correspond with J. Woodhall re bankruptcy billing guidelines. | .3 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 3

| **Date** | **Description** | **Hours** |
|---|---|---|
| 07/21/09 | Correspond with C. Whitefoord re ordinary course counsel notice and review same (.2); correspond with R. Brooks at Weil re revised declaration and filing of application (.2). | .4 |
| 07/22/09 | Correspond with C. Whitefoord, G. Heckelmann, others re filing of application to employ Baker, path forward. | .5 |
| 07/24/09 | Correspond with R. Brooks at Weil re further comments of US Trustee to application to retain Baker and review same (.3); correspond with billing partners re revising declaration in support, invoices (.2). | .5 |
| 07/27/09 | Draft amended and supplemented declaration in support of Baker's retention application (.8); correspond with billing departments re pre-petition payments (.3); correspond with worldwide partners re supplemented disclosures (1.3). | 2.4 |
| 07/28/09 | Draft amended and supplemented declaration in support of Baker's retention application (.4); correspond with billing departments re pre-petition payments (.3); correspond with worldwide partners re supplemented disclosures (.5). | 1.2 |
| 07/29/09 | Correspond with billing partners re supplemental information requests of US Trustee (.3); revise declaration in support of application to employ Baker and correspond with R. Brooks at Weil re same (.4); prepare spreadsheet of pre-petition payments for US Trustee (.3). | 1.0 |
| 07/30/09 | Correspond with R. Brooks at K&E, global partners re US Trustee information requests (.7); draft amended and supplemented declaration (.3); prepare information for submission to US Trustee (1.1). | 2.1 |
| 07/31/09 | Correspond with billing partner re pre-petition payments (.1); correspond with R. Brooks at Weil re US Trustee, hearing on application to employ Baker (.3). | .4 |



General Motors Corporation                                     August 20, 2009
Client Number: 95229493                                  Matter Number: 000002
Invoice Number: 94073639                                               Page 4

---

### New York Office

### Reid, Ira A.

| Date | Description | Hours |
|------|-------------|-------|
| 07/10/09 | Reviewed correspondence and e-mail to D. Heroy regarding retention. | .1 |
| 07/20/09 | E-mail to and from K. Haughton and D. Webber and to A. McDermott regarding retention status. | .2 |
| 07/24/09 | E-mails to and from K. Haughton regarding fee issues. | .2 |
| 07/27/09 | Reviewed correspondence and draft declaration from A. McDermott regarding retention issues and responded to same. | .3 |
| 07/28/09 | Reviewed correspondence from D. Webber regarding retention issues. | .1 |
| 07/29/09 | Reviewed correspondence from A. McDermott and conference with J. Samet regarding open retention issues. | .1 |

### Samet, Joseph

| Date | Description | Hours |
|------|-------------|-------|
| 07/28/09 | Review memos and retention status. | .2 |

### Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|------|-------------|-------|
| 07/24/09 | Review and approve invoices for June services on Retention matter and on Special Tax Counsel matter (1.0); e-mail processing questions to I. Reid (0.3); e-mail A. McDermott the invoices and process-related questions (0.3); review I. Reid response to questions (0.2). | 1.8 |
| 07/27/09 | Submit two invoices to A. McDermott for processing (0.2); e-mail re: retention issues with D. Webber and D. Heroy (0.2). | .4 |
| 07/28/09 | E-mail D. Heroy re: invoice review (0.1). | .1 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 5

## Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 07/01/09 | Review draft Application for Appointment as Special counsel and related memoranda (0.4). | .4 |
| 07/09/09 | Review draft Application for Appointment as Special counsel and related memoranda (0.3). | .3 |
| 07/10/09 | Review draft Application for Appointment as Special counsel and related memoranda (0.2). | .2 |
| 07/17/09 | Review materials to be filed with bankruptcy court re engagement (0.4). | .2 |
| 07/24/09 | Review memorandum re issues raised re Application for Appointment as Special counsel and related memoranda, and analyze proposed changes (0.4). | .4 |
| 07/27/09 | Review responses to memorandum re issues raised re Application for Appointment as Special counsel and related memoranda, and prepare memorandum re same (0.5). | .5 |
| 07/28/09 | Review responses to memorandum re issues raised re Application for Appointment as Special counsel and related memoranda, and prepare memorandum re same (0.5). | .5 |
| 07/30/09 | Review memoranda re retention application and approval of same, and prepare memorandum re same (0.3). | .3 |

**Total Fees:    $    14,114.20**

General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 6

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| David Heroy | 4.7 | 795.00 | $ | 3,736.50 |
| Andrew McDermott | 13.8 | 425.00 | | 5,865.00 |
| | | | $ | **9,601.50** |

### New York Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Ira A. Reid | .7 | 560.00 | $ | 392.00 |
| Ira A. Reid | .3 | 625.00 | | 187.50 |
| Joseph Samet | .2 | 711.00 | | 142.20 |
| | | | $ | **721.70** |

### Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | 2.3 | 650.00 | $ | 1,495.00 |
| A. Duane Webber | 2.8 | 820.00 | | 2,296.00 |
| | | | $ | **3,791.00** |
| | | Total: | $ | **14,114.20** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Telephone | $ | 4.82 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94073639

August 20, 2009
Matter Number: 000002
Page 7

| | |
|---|---|
| Transportation - Local | 28.00 |
| Outside Information Services | 28.77 |

**Total Expenses:**     $     **61.59**

**Total Fees and Expenses for Retention and Fee Applications :**     $     **14,175.79**

**TOTAL FEES:**     $     **14,114.20**
**TOTAL EXPENSES:**     $     **61.59**

**TOTAL AMOUNT DUE:**     $     **14,175.79**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

September 16, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:      000002**
**Invoice Number: 94074360**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING AUGUST 31, 2009, AS FOLLOWS:

<u>Re: Retention and Fee Applications</u>

**TOTAL FEES** ...........................................................................$    **32,060.00**

**TOTAL AMOUNT DUE**...............................................................$    **32,060.00**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE: Invoice #: 94074360**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

September 16, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94074360**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING AUGUST 31, 2009, AS FOLLOWS:

## RE: Retention and Fee Applications

### Chicago Office

### Chertok, Seth

| Date | Description | Hours |
|------|-------------|-------|
| 08/05/09 | Discuss retention project with A. McDermott. | .8 |
| 08/07/09 | Review bankruptcy attorney invoices. | 2.8 |
| 08/16/09 | Revise invoices; e-mail billing attorneys regarding invoices. | 3.6 |
| 08/17/09 | Revise Project Beam invoices. | .7 |
| 08/18/09 | Revise Project Beam invoices; e-mail C. Whitefoord regarding Project Delphi invoices. | .7 |
| 08/19/09 | Revise Delphi invoices. | 2.6 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/20/09 | Teleconference with C. Whitefood and A. McDermott; revise invoices. | 2.4 |
| 08/23/09 | Revise invoices. | 1.0 |
| 08/25/09 | Revise invoices; prepare monthly statement for bankruptcy order. | 3.6 |
| 08/26/09 | Follow up with D. White re Delphi invoices; analyze currency conversion methodology. | .3 |
| 08/28/09 | Prepare monthly statement for bankruptcy order. | 6.4 |
| 08/30/09 | Prepare monthly statement for bankruptcy order. | 4.8 |
| 08/31/09 | Prepare monthly statement for bankruptcy order. | 11.2 |

**Heroy, David**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/01/09 | Emails re hearing on application (I. Reid, A. McDermott, D. Webber) and coverage. | .4 |
| 08/03/09 | Emails re retention order -- A. McDermott, etc. | .3 |
| 08/04/09 | Work on monthly statement. | .3 |
| 08/17/09 | Go over statements (.5); emails (.2). | .7 |
| 08/19/09 | Go over invoices, strategy for same and review four (4) emails re same. | .5 |
| 08/20/09 | Review time (.5); conference with A. McDermott re allocation, procedures (.2). | .7 |

**McDermott, Andrew**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/01/09 | Correspond with D. Heroy, I. Reid re hearing on application. | .2 |
| 08/02/09 | Prepare for hearing re retention of Baker; correspond with R. Baker at Weil Gotshal re same; correspond with London office re pre-petition payment; correspond with D. Heroy, I. Reid re hearing coverage. | .8 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 3

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/03/09 | Prepare for hearing re Baker's retention application (.2); attend hearing re same (.7); correspond with R. Brooks at Weil, A. Poke re retention going forward (.1); correspond with global partners re status, path forward (.2); conference with D. Heroy re same (.1). | 1.3 |
| 08/05/09 | Conference with S. Chertok re preparation of monthly statement for June (.3); review correspondence to billing partners re same (.1); correspond with R. Brooks re declaration (.1); correspond with S. Chertok re invoices (.2). | .7 |
| 08/07/09 | Review correspondence from S. Chertok re GM monthly statement. | .2 |
| 08/11/09 | Correspond with S. Chertok re invoices for monthly statement (.4); correspond with G. Heckelman re retention status (.3); telephone conference and correspond with R. Brooks re timing of submission of June monthly statement (.2). | .9 |
| 08/12/09 | Correspond and telephone conference with S. Chertok re monthly statement for June, July. | .5 |
| 08/13/09 | Correspond with S. Chertok, billing partners re monthly statements for June, July. | .5 |
| 08/14/09 | Correspond with G. Heckelman re billing issue. | .1 |
| 08/17/09 | Correspond with S. Chertok re monthly statements. | .4 |
| 08/18/09 | Correspond with S. Chertok, G. Heckelman re monthly statements (.3); conference and correspond with S. Chertok re same (.3). | .6 |
| 08/19/09 | Correspond with S. Chertok, billing partners re invoices for monthly statements (.4); conference with D. Heroy re same (.2). | .6 |
| 08/20/09 | Review comments to invoice re bankruptcy guidelines (.2); telephone conference with S. Chertok, K. Guch, C. Whitefoord re same (.3); telephone conference with S. Chertok re same (.2); conference with D. Heroy re same (.1). | .8 |
| 08/24/09 | Correspond with S. Chertok re billing matters (.3); conference with D. Heroy re same (.1). | .4 |
| 08/25/09 | Correspond and telephone conference with S. Chertok re monthly statements; review and comment to monthly statement. | .6 |
| 08/26/09 | Correspond with S. Chertok re monthly statements. | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 4

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/31/09 | Review and revise monthly statement (.4); telephone conference with D. Webber, K. Houghton re monthly statement, bankruptcy payment process (.6); review cover letter to monthly statement (.2); correspond with S. Chertok re same, schedules and invoices (.2). | 1.4 |

### Melbourne Office

### Chauhan, Deepti

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/31/09 | Review Project Two bills to ensure no Project Three time has been inadvertently included. | .4 |

### McDade, Kellie-Ann

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/23/09 | Break down time entries for US bankruptcy court billing requirements (1.6 hrs). | 1.6 |

### Schenkel, Simon

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/21/09 | Preparing mark-up for GM-Delphi's invoice as per email from D. White (to include breakdown and expand narratives). | 3.5 |

### Sharma, Shamil

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/06/09 | Amending Project Two bills and advising overseas lawyers of amendments needed as well as dealing with agents' queries. | 4.2 |
| 08/12/09 | Reworking GM Project Two billing entries. | 4.8 |
| 08/13/09 | Amending Project Two bill. | 1.2 |
| 08/31/09 | Reworking bill for GM Project Two matter. | 1.2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 5

## Truong, Kieu

| Date | Description | Hours |
|------|-------------|-------|
| 08/14/09 | Review Asia Pacific bill and amend as required (1.1); detailed and numerous discussion with E. Olver and J. Woodhall in relation to finalization of Project 2 invoice, including amendments to reflect bankruptcy rules (1.5). | 2.5 |
| 08/20/09 | Discussions with A. Poke and B. Taylor regarding bill (0.2); detailed and numerous discussion with E. Olver and J. Woodhall in relation to closing outstanding time on Project 2 invoice, including amendments to reflect bankruptcy rules (1.0). | 1.2 |
| 08/31/09 | Correspondence with S. Schenkel in relation to billing requirements. | .2 |

## Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|------|-------------|-------|
| 08/11/09 | Review and edit GM Chapter 11 tax matter and GM retention matter invoices (1.1). | 1.1 |
| 08/13/09 | Coordinate edits to retention invoice (0.4). | .4 |
| 08/20/09 | E-mail S. Chertok re: status of revisions to tax and retention invoices (0.2). | .2 |
| 08/31/09 | Conference call with A. McDermott and D. Webber re: bankruptcy protocol for debtor invoices (0.3). | .3 |

### Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 08/01/09 | Review memoranda re retention motion and related matters (0.3). | .3 |
| 08/02/09 | Review memoranda re retention motion and related matters (0.3). | .3 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074360

September 16, 2009
Matter Number: 000002
Page 6

| **Date** | **Description** | **Hours** |
|---|---|---|
| 08/31/09 | Review memoranda re fees and fee requests; telephone conference re same. | .5 |

## SUMMARY OF FEES:

### Chicago Office

| **Name** | **Hours** | **Rate** | | **Amount** |
|---|---|---|---|---|
| Seth Chertok | 40.9 | 370.00 | $ | 15,133.00 |
| David Heroy | 2.9 | 795.00 | | 2,305.50 |
| Andrew McDermott | 10.3 | 425.00 | | 4,377.50 |
| | | | $ | **21,816.00** |

### Melbourne Office

| **Name** | **Hours** | **Rate** | | **Amount** |
|---|---|---|---|---|
| Deepti Chauhan | .4 | 250.00 | $ | 100.00 |
| Kellie-Ann McDade | 1.6 | 335.00 | | 536.00 |
| Simon Schenkel | 3.5 | 250.00 | | 875.00 |
| Shamil Sharma | 11.4 | 460.00 | | 5,244.00 |
| Kieu Truong | 3.9 | 330.00 | | 1,287.00 |
| | | | $ | **8,042.00** |

### Washington, D.C. Office

| **Name** | **Hours** | **Rate** | | **Amount** |
|---|---|---|---|---|
| Kendall L. Houghton | 2.0 | 650.00 | $ | 1,300.00 |
| A. Duane Webber | 1.1 | 820.00 | | 902.00 |
| | | | $ | **2,202.00** |

| | | **Total:** | $ | **32,060.00** |
|---|---|---|---|---|



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

October 6, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94074893**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

## Re:  Retention and Fee Applications

**TOTAL FEES** .......................................................................$     **9,389.50**

**TOTAL EXPENSES**.................................................................$_____**108.09**

**TOTAL AMOUNT DUE**..........................................................$   **9,497.59**

**For your convenience, you may send a *Wire Transfer* in payment of statements to:**

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94074893**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

October 6, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94074893**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING SEPTEMBER 30, 2009, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Chertok, Seth**

| Date | Description | Hours |
|------|-------------|-------|
| 09/01/09 | Coordinate mailing monthly statement pursuant to interim compensation order. | .2 |
| 09/01/09 | Coordinate mailing monthly statement pursuant to interim compensation order. | .2 |
| 09/01/09 | Coordinate mailing monthly statement pursuant to interim compensation order. | .2 |
| 09/01/09 | Coordinate mailing out monthly statement pursuant to interim compensation order. | .2 |
| 09/09/09 | E-mail billing attorneys re status of invoices. | .3 |
| 09/15/09 | Evaluate status of retention issues posed by GM; e-mail A. McDermott re same. | .2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 09/16/09 | E-mail D. Heroy re invoice issues; e-mail A. Poke re status of Asia Pacific; respond to C. Basler re retention issues; follow up with Baker billing attorneys regarding August monthly invoices. | 1.8 |
| 09/17/09 | Follow up with C. Basler re status of Asia Pacific; e-mail A. McDermott contact information for C. Basler | .3 |
| 09/18/09 | Follow up with Baker attorneys regarding status of August invoices. | .4 |
| 09/28/09 | Prepare monthly statement. | .8 |

**Heroy, David**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 09/08/09 | Conference with A. McDermott re status, reconciliation of new GM. | .2 |
| 09/17/09 | Review comments, bill per S. Chertok. | .3 |
| 09/22/09 | Review bill. | .3 |
| 09/23/09 | Email S. Chertok (.2). | .2 |
| 09/28/09 | Review recent statement and conference with A. McDermott (.3); go over script for Alix Partners with A. McDermott (.1). | .4 |
| 09/29/09 | Review monthly statement; email A. McDermott (.2) and S. Chertok (.1). | .3 |

**McDermott, Andrew**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 09/01/09 | Correspond and telephone conference with S. Chertok re monthly statement, new invoices, exchange rate. | .5 |
| 09/02/09 | Correspond with S. Chertok, L. Vonckx re monthly statement, new invoices. | .2 |
| 09/04/09 | Telephone conferences with Alix Partners re monthly statements (.4); correspond and conference with S. Chertok re same (.2). | .6 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 3

| **Date** | **Description** | **Hours** |
|---|---|---|
| 09/08/09 | Correspond with S. Chertok re August monthly invoices. | .1 |
| 09/09/09 | Telephone conference and correspond with R. Brooks at Weil re June, July monthly statement (.3); correspond with S. Chertok re invoices, time requirements (.2). | .5 |
| 09/14/09 | Correspond with S. Chertok re August monthly statement. | .1 |
| 09/17/09 | Correspond with G. Heckelman, S. Chertok re August monthly statement. | .3 |
| 09/21/09 | Correspond with S. Chertok re monthly statement; review correspondence from global partners re same. | .2 |
| 09/28/09 | Correspond and conference with D. Heroy re GM retention procedures (.3); correspond with AlixPartners re June, July invoice (.1); review monthly statement from S. Chertok (.2). | .6 |
| 09/29/09 | Review interim compensation order re compliance (.2); review invoices for August and prepare summary schedules for monthly statement (2.8); draft cover letters (.3); prepare for conference with AlixPartners re June and July monthly statements (.3); conference and correspond with D. Heroy re response to AlixPartners, monthly statement (.3). | 3.9 |

**O'Connor, Matthew J.**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 09/16/09 | Review invoices from B&M personnel for compliance with bankruptcy guidelines for fee applications. | 1.2 |
| 09/17/09 | Review invoices from B&M personnel for compliance with bankruptcy guidelines for fee applications. | 1.9 |
| 09/18/09 | Review invoices from B&M personnel for compliance with bankruptcy guidelines for fee applications. | .2 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 4

## Melbourne Office

### Chauhan, Deepti

| Date | Description | Hours |
|------|-------------|-------|
| 09/16/09 | Review Project Three bill. | .7 |

### Poke, Ashley

| Date | Description | Hours |
|------|-------------|-------|
| 09/01/09 | Review of GMC invoices and narrations for Project Two (Australia / Asia Pacific implications); email draft invoices to Seth Chotek and Andrew McDermott. | .8 |

### Sharma, Shamil

| Date | Description | Hours |
|------|-------------|-------|
| 09/18/09 | Amending billing narrations for Project Two Bill. | .5 |
| 09/22/09 | Amending bills. | .5 |

### Truong, Kieu

| Date | Description | Hours |
|------|-------------|-------|
| 09/10/09 | Review Project 2 final invoice and extensively amend in order to comply with bankruptcy law requirements. | 1.4 |
| 09/11/09 | Liaise with E. Olver to amend and redirect incorrect time narratives in Project 2 bill; review amended Project 3 bill. | 1.1 |
| 09/22/09 | Respond to queries from J. Peterson in relation to task billing requirements. | .3 |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 5

## Washington, D.C. Office

### Houghton, Kendall L.

| Date | Description | Hours |
|------|-------------|-------|
| 09/14/09 | Review GM invoice for Chapter 11 matter (0.4). | .4 |

**Total Fees:**    $    **9,389.50**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Seth Chertok | 4.6 | 370.00 | $ | 1,702.00 |
| David Heroy | 1.7 | 850.00 | | 1,445.00 |
| Andrew McDermott | 7.0 | 425.00 | | 2,975.00 |
| Matthew J. O'Connor | 3.3 | 295.00 | | 973.50 |
| | | | $ | **7,095.50** |

### Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Deepti Chauhan | .7 | 250.00 | $ | 175.00 |
| Ashley Poke | .8 | 570.00 | | 456.00 |
| Shamil Sharma | 1.0 | 465.00 | | 465.00 |
| Kieu Truong | 2.8 | 335.00 | | 938.00 |
| | | | $ | **2,034.00** |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94074893

October 6, 2009
Matter Number: 000002
Page 6

## Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | .4 | 650.00 | $ | 260.00 |
| | | | $ | **260.00** |

|  | | **Total:** | $ | **9,389.50** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Photocopies | $ | 56.81 |
| Courier/Messenger Service | | 51.28 |

| | | | |
|---|---|---|---|
| **Total Expenses:** | | $ | **108.09** |
| **Total Fees and Expenses for Retention and Fee Applications :** | | $ | 9,497.59 |
| **TOTAL FEES:** | | $ | 9,389.50 |
| **TOTAL EXPENSES:** | | $ | 108.09 |
| **TOTAL AMOUNT DUE:** | | $ | **9,497.59** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

November 30, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94075676**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING OCTOBER 31, 2009, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ................................................................................$    **16,524.00**

**TOTAL EXPENSES**........................................................................$         **57.25**

**TOTAL AMOUNT DUE**.................................................................$    **16,581.25**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE:  Invoice #:  94075676

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# REMITTANCE COPY

November 30, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94075676**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING OCTOBER 31, 2009, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...................................................................................$    16,524.00

**TOTAL EXPENSES**.............................................................................$       57.25

**TOTAL AMOUNT DUE**.......................................................................$    16,581.25

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

November 30, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94075676**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING OCTOBER 31, 2009, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 10/19/09 | Conference with D. Heroy re interim fee application. | .2 |
| 10/22/09 | Discuss case and interim fee application with A. McDermott. | .7 |
| 10/23/09 | Review materials for interim fee application. | 3.3 |
| 10/25/09 | Review GM materials to prepare interim fee application; retrieve relevant documents from case docket re same. | 4.1 |
| 10/26/09 | Find and review local bankruptcy court rules of Southern District of New York for interim fee application. | 2.0 |
| 10/26/09 | Create interim fee application checklist and document form. | 2.0 |
| 10/26/09 | Prepare interim fee application. | 4.0 |
| 10/28/09 | Compose monthly fee statement (2.0); correspond with D. Heroy re same (.1); reference SDNY local rules re same (.3); discuss same with A. McDermott (.2); copy, print and send same (.5). | 3.1 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94075676

November 30, 2009
Matter Number: 000002
Page 2

| Date | Description | Hours |
|------|-------------|-------|
| 10/28/09 | Compose interim fee statement. | 3.1 |
| 10/29/09 | Compose interim fee application (6.4); review calculations re same (3.9); discuss same with A. McDermott (.2); e-mail T. Linguanti re same (.1). | 10.6 |
| 10/30/09 | Compose GM interim fee application. | 5.1 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 10/01/09 | Correspondence re payment, procedure in all four regions (.3); conference with A. McDermott (.1). | .4 |
| 10/22/09 | Review invoices re compliance with bankruptcy guidelines. | .3 |
| 10/26/09 | Teleconference re billing matters (.6); conference with A. McDermott (.2). | .8 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 10/01/09 | Telephone conference with C. Basler at AlixPartners re June, July monthly statement (.3); correspond with global partners re payment resolution, going forward billing re New GM/MLC (1.2); correspond with C. Basler re invoices and payment details (1.6). | 3.1 |
| 10/05/09 | Correspond with K. Guch re re-issue of July invoice. | .1 |
| 10/06/09 | Telephone conference with C. Basler (AlixPartners) re July monthly fee statement. | .2 |
| 10/14/09 | Correspond with G. Heckelman, C. Basler (AlixPartners) re June, July monthly statement. | .1 |
| 10/21/09 | Correspond with billing partners re September invoices for monthly statement; follow up with AlixPartners re payment issue. | .4 |
| 10/22/09 | Conferences and correspond with J. Frey re preparation of interim fee application (.9); collection of materials for preparation of interim fee application (.6). | 1.5 |

General Motors Corporation                                    November 30, 2009
Client Number: 95229493                                      Matter Number: 000002
Invoice Number: 94075676                                                Page 3

| Date | Description | Hours |
|------|-------------|-------|
| 10/27/09 | Correspond with Asia/Pacific offices re September invoices. | .1 |
| 10/28/09 | Correspond and conferences with J. Frey re interim fee application, September monthly statement (.5); review revised guidelines re fee review from US Trustee (.2); finalize and serve September monthly statement (.1); correspond with C. Basler re materials for interim fee application (.1). | .9 |

## Melbourne Office

### Truong, Kieu

| Date | Description | Hours |
|------|-------------|-------|
| 10/20/09 | Review September GM/MLC bills and forward to accounts for processing. | .5 |
| 10/21/09 | Discussions with E. Olver and accounts regarding bill finalization, including application for GST exemption. | 1.6 |
| 10/28/09 | Numerous telephone calls from D. Quigg's office management in relation to outstanding Quigg Partner bills in relation to GM work; work with E. Olver to resolve queries, including review of folder of emails relating to Quigg Partner agreement to bill GM directly etc. | 1.5 |

**Total Fees:  $    16,524.00**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 38.2 | 295.00 | $ | 11,269.00 |
| David Heroy | 1.5 | 850.00 | | 1,275.00 |
| Andrew McDermott | 6.4 | 425.00 | | 2,720.00 |
| | | | $ | **15,264.00** |

General Motors Corporation
Client Number: 95229493
Invoice Number: 94075676

November 30, 2009
Matter Number: 000002
Page 4

---

**Melbourne Office**

| <u>Name</u> | <u>Hours</u> | <u>Rate</u> | | <u>Amount</u> |
|---|---|---|---|---|
| Kieu Truong | 3.6 | 350.00 | $ | 1,260.00 |
| | | | $ | 1,260.00 |

|  | **Total:** | $ | **16,524.00** |
|---|---|---|---|

**SUMMARY OF EXPENSES:**

| <u>Description</u> | | <u>Amount</u> |
|---|---|---|
| Photocopies | $ | 9.50 |
| Courier/Messenger Service | | 47.75 |

| | **Total Expenses:** | $ | **57.25** |
|---|---|---|---|
| **Total Fees and Expenses for Retention and Fee Applications :** | | $ | **16,581.25** |
| | **TOTAL FEES:** | $ | **16,524.00** |
| | **TOTAL EXPENSES:** | $ | **57.25** |
| | **TOTAL AMOUNT DUE:** | $ | **16,581.25** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

December 15, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94076425**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING NOVEMBER 30, 2009, AS FOLLOWS:

## Re:  Retention and Fee Applications

**TOTAL FEES**.................................................................................$      26,467.50

**TOTAL EXPENSES**.......................................................................$            92.79

**TOTAL AMOUNT DUE**.................................................................$      26,560.29

For your convenience, you may send a *Wire Transfer* in payment of statements to:

Baker & McKenzie LLP
Citibank, F.S.B.
1101 Pennsylvania Ave., NW
13th Floor
Washington, DC 20006
Attn: Private Banking, Fran Niles
Account No. 3740-0355
Routing No. 2540-7011-6

RE: Invoice #:  94076425

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

CHIDMS1/2755351.3

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

## Re:  Retention and Fee Applications

**TOTAL FEES**................................................................................$    26,467.50

**TOTAL EXPENSES**.......................................................................$        92.79

**TOTAL AMOUNT DUE**................................................................$    26,560.29

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

CHIDMS1/2755351.3

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

December 15, 2009

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:     000002**
**Invoice Number:  94076425**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING NOVEMBER 30, 2009, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|---|---|---|
| 11/02/09 | E-mail K. Houghton re: US tax liability matter for interim fee application. | .2 |
| 11/02/09 | Review materials and compose interim fee application schedules. | 10.1 |
| 11/03/09 | Compose interim fee application, schedules and spreadsheet (9.6); Correspond with K. Houghton re same (.2). | 9.8 |
| 11/04/09 | Review materials and compose interim fee application and schedules. | 4.6 |
| 11/05/09 | Compose interim fee application and relevant schedules. | 3.2 |
| 11/06/09 | Discuss interim fee application with A. McDermott (.3); review materials for same (1.4); compose same (1.6). | 3.3 |
| 11/23/09 | Review invoices and prepare monthly fee statement. | 1.6 |
| 11/24/09 | Prepare monthly fee statement (2.2); conference with D. Heroy re same (.1); e-mail A. McDermott re same (.1). | 2.4 |

| Date | Description | Hours |
|------|-------------|-------|
| 11/25/09 | Review October invoices for monthly fee statement (1.4); conference with A. McDermott re same (.2); prepare and send numerous e-mails to K. McDade, K. Truong, and J. Mondello re same (1.3). | 2.9 |
| 11/30/09 | Review and amend GM/MLC Monthly Fee Statement (1.1); correspond with A. McDermott, J. Mondello, K. Houghton, T. Linguanti re same (1.5). | 2.6 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 11/09/09 | Emails re draft. | .2 |
| 11/16/09 | Review and comment on fee application. | .5 |
| 11/17/09 | Conference with A. McDermott re examiner. | .2 |
| 11/24/09 | Review statement. | .3 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 10/08/09 | Correspond with C. Basler (AlixPartners) re billing of tax matters (.2); correspond with tax partners re same (.2); correspond with R. Brooks, E. Lederman (Weil) re same (.2). | .6 |
| 10/20/09 | Correspond and telephone conference with R. Brooks, E. Lederman (Weil) re transition of matters to New GM. | .2 |
| 10/23/09 | Correspond with D. Webber, C. Dunahoo re transition of matters to New GM, payment of bankruptcy invoices. | .3 |
| 11/02/09 | Review and execute monthly fee statement; correspond with C. Basler re information for interim fee application. | .5 |
| 11/04/09 | Correspond with R. Brooks (Weil) re interim fee application procedures (.1); review US Trustee requests for submission format (.2). | .3 |
| 11/05/09 | Review draft interim fee application (1.1); correspond with J. Frey re same (.1); correspond with A. Poke re Project Three invoice (.1). | 1.3 |
| 11/06/09 | Draft correspondence to global partners re information needed for interim fee application (1.2); correspond and conferences with J. Frey re status of draft, supporting schedules (.6); review invoices and prepare supporting schedules re interim fee application (3.1). | 4.9 |

| Date | Description | Hours |
|------|-------------|-------|
| 11/08/09 | Revise interim fee application and draft supporting schedules. | 1.7 |
| 11/09/09 | Revise interim fee application and draft supporting schedules (2.8); correspond with G. Heckelman re project description (.1). | 2.9 |
| 11/10/09 | Correspond with A. Poke, M. Watkins re interim fee application inserts. | .2 |
| 11/11/09 | Revise interim fee application and supporting schedules. | 3.2 |
| 11/12/09 | Complete supporting schedules to interim fee application (2.3); correspond with Washington Office re invoices (.2); correspond with London Office re inserts to interim fee application (.1); revise interim fee application (3.5); correspond with R. Brooks (Weil) re same (.1). | 6.2 |
| 11/16/09 | Final review and revise interim fee application (1.2); correspond with R. Brooks, E. Lederman (Weil) re service of same (.3); conferences with J. Frey, D. Heroy re same (.3); correspond and telephone conference with I. Reid re filing of interim fee application, US Trustee review of same (.4). | 2.2 |
| 11/17/09 | Organize materials in preparation for call to US Trustee re interim fee application (.2); correspond with R. Brooks (Weil) re fee examiner, interim fee applications (.1); conference with D. Heroy re fee examiner (.2). | .5 |
| 11/19/09 | Correspond with global partners re status, appointment fee examiner, interim fee application, monthly statement for October. | .8 |
| 11/24/09 | Conference and correspond with J. Frey re monthly fee statement; review same. | .3 |
| 11/25/09 | Conference with J. Frey re monthly fee statement and review invoices re same. | .3 |
| 11/30/09 | Correspond with K. Houghton re revisions to invoices; conferences with J. Frey re October monthly statement; review and execute same. | .3 |

**Vonckx, Lawrence**

| Date | Description | Hours |
|------|-------------|-------|
| 11/04/09 | Meet with J. Frey re her questions about fee application format and requirements. | .2 |

**New York Office**

**Reid, Ira A.**

| Date | Description | Hours |
|---|---|---|
| 11/16/09 | Reviewed B&M fee application and e-mail to and conference with A. McDermott regarding electronic filing of same. | .4 |
| 11/16/09 | Reviewed and responded to correspondence from A. McDermott regarding interim fee application. | .1 |
| 11/16/09 | Conference with A. McDermott regarding electronic filing of fee application. | .1 |
| 11/17/09 | Reviewed interim fee application. | .2 |
| 11/19/09 | Reviewed correspondence regarding invoices and fee examiner. | .1 |
| 11/30/09 | Coordinated preparation and filing of claim; conferences and e-mails to and from A. McDermott; conference with J. Samet regarding same. | .5 |

**Washington, D.C. Office**

**Houghton, Kendall L.**

| Date | Description | Hours |
|---|---|---|
| 11/02/09 | Revise R. Kelly's services description (0.2). | .2 |
| 11/03/09 | Revise and e-mail description of tax services for interim fee application to Baker team (0.4). | .8 |

**Kelly, Ryan J.**

| Date | Description | Hours |
|---|---|---|
| 11/02/09 | Draft description language to be used in bill submitted to the Bankruptcy Court for work performed by Baker in relation to disputed tax matters. | 1.5 |

|  |  |  |
|---|---|---|
| **Total Fees:** | **$** | **26,467.50** |

CHIDMS1/2755351.3

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 40.7 | 295.00 | $ | 12,006.50 |
| David Heroy | 1.2 | 850.00 | | 1,020.00 |
| Andrew McDermott | 26.7 | 425.00 | | 11,347.50 |
| Lawrence Vonckx | .2 | 335.00 | | 67.00 |
| | | | $ | **24,441.10** |

### New York Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Ira A. Reid | 1.4 | 560.00 | $ | 784.00 |
| | | | $ | **784.00** |

### Washington, D.C. Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Kendall L. Houghton | 1.0 | 650.00 | $ | 650.00 |
| Ryan J. Kelly | 1.5 | 395.00 | | 592.50 |
| | | | $ | **1,242.50** |
| | | Total: | $ | **26,467.50** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Photocopies | $ | 53.39 |
| Courier/Messenger Service | | 39.40 |
| **Total Expenses:** | $ | 92.79 |

**Total Fees and Expenses for Retention and Fee Applications :**    $    26,560.29

|  | | |
|---|---|---|
| **TOTAL FEES:** | $ | 26,467.50 |
| **TOTAL EXPENSES:** | $ | 92.79 |
| **TOTAL AMOUNT DUE:** | $ | 26,560.29 |

Daniel M. Houlf, Esq.
Director, U.S. Tax Counsel
General Motors Corporation
300 Renaissance Center
MC 482-C16-B16
Detroit, MI  48265

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

January 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94077207**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING DECEMBER 31, 2009, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** .................................................................................**$      1,257.00**

**TOTAL STATEMENT** .....................................................................**$      1,257.00**

**TOTAL AMOUNT DUE**....................................................................**$    82,345.69**

**For your convenience, you may send a *Wire Transfer* in payment of statements to:**

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94077207**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E    C O P Y

January 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94077207**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING DECEMBER 31, 2009, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ....................................................................................$     **1,257.00**

**TOTAL STATEMENT** ........................................................................$     **1,257.00**

**TOTAL AMOUNT DUE**......................................................................$     **82,345.69**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

January 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94077207**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING DECEMBER 31, 2009, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 12/29/09 | Review invoices and prepare November Monthly Statement. | 1.7 |
| 12/30/09 | Conference with A. McDermott re Monthly Statement; revise and send same. | .4 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 12/01/09 | Correspond with R. Brooks re October monthly statement. | .1 |
| 12/16/09 | Correspond with Washington Office re invoices for November monthly statement; briefly review same and forward to J. Frey. | .1 |
| 12/22/09 | Correspond with R. Brooks (Weil) re hearing on interim fee application; forward correspondence to J. Frey and calendar. | .1 |



General Motors Corporation

January 12, 2010

Client Number: 95229493

Matter Number: 000002

Invoice Number: 94077207

Page 2

| Date | Description | Hours |
|------|-------------|-------|
| 12/28/09 | Correspond with A. Poke re Project Three invoices for monthly statement; conference with J. Frey re preparation of monthly statement. | .3 |
| 12/29/09 | Correspond with A. Poke re Project Three invoices for monthly statement; telephone conference with J. Frey re preparation of monthly statement. | .2 |
| 12/30/09 | Conference with J. Frey re November monthly statement; review and revise invoices for compliance with bankruptcy guidelines; review and execute November monthly statement. | .7 |

### SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 2.1 | 295.00 | $ | 619.50 |
| Andrew McDermott | 1.5 | 425.00 | | 637.50 |
| | | | $ | **1,257.00** |
| | | Total: | $ | **1,257.00** |

**TOTAL STATEMENT:**    $    **1,257.00**

**TOTAL AMOUNT DUE:**    **$    82,345.69**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

February 17, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:    000002**
**Invoice Number:  94078153**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JANUARY 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ..................................................................................$    **2,758.00**

**TOTAL EXPENSES** ...........................................................................$         **40.35**

**TOTAL AMOUNT DUE** ......................................................................$    **2,798.35**

**For your convenience, you may send a *Wire Transfer* in payment of statements to:**

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94078153**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E   C O P Y

February 17, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

                                        - to -

                        **BAKER & McKENZIE**
                        **Client Number:  95229493**
                        **Matter Number:     000002**
                        **Invoice Number:  94078153**
                        **IRS#:  36-2137456**

---

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JANUARY 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ................................................................................$      2,758.00

**TOTAL EXPENSES**.............................................................................$        40.35

**TOTAL AMOUNT DUE** .......................................................................$      2,798.35

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

February 17, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

**- to -**

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94078153**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JANUARY 31, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 01/08/10 | Review notice re fee examiner budgets; correspond with R. Brooks (K&E) re same. | .1 |
| 01/20/10 | Correspond with Washington Office re monthly fee statement (.1); correspond with fee auditor re February monthly budget (.1). | .2 |
| 01/28/10 | Correspond with A. Poke re monthly statement. | .1 |



General Motors Corporation                                February 17, 2010
Client Number: 95229493                              Matter Number: 000002
Invoice Number: 94078153                                          Page 2

---

## Melbourne Office

### Poke, Ashley

| Date | Description | Hours |
|------|-------------|-------|
| 12/29/09 | Reviewing draft bills for GM Project Two; liaison with Andrew McCormack on outstanding GM billing issues; liaison and coordination with B&M finance on GM billing issues. | 1.3 |

### Sharma, Shamil

| Date | Description | Hours |
|------|-------------|-------|
| 01/06/10 | Amending bills and reviewing bills for Project Two. | 2.2 |
| 01/29/10 | Attending to amendments to GM Project Two bills and attending to bill finalization. | 1.4 |

**Total Fees:    $    2,758.00**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Andrew McDermott | .4 | 425.00 | $ | 170.00 |
| | | | $ | **170.00** |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94078153

February 17, 2010
Matter Number: 000002
Page 3

## Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Ashley Poke | 1.3 | 620.00 | $ | 806.00 |
| Shamil Sharma | 3.6 | 495.00 | | 1,782.00 |
| | | | $ | **2,588.00** |
| | | **Total:** | $ | **2,758.00** |

## SUMMARY OF EXPENSES:

| Description | Amount |
|-------------|--------|
| Courier/Messenger Service | $ 40.35 |

| | | |
|---|---|---|
| **Total Expenses:** | **$** | **40.35** |
| **Total Fees and Expenses for Retention and Fee Applications :** | **$** | **2,798.35** |
| **TOTAL FEES:** | **$** | **2,758.00** |
| **TOTAL EXPENSES:** | **$** | **40.35** |
| **TOTAL AMOUNT DUE:** | **$** | **2,798.35** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

March 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94078848**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING FEBRUARY 28, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ..................................................................................$     **5,156.00**

**TOTAL EXPENSES** ..........................................................................$          **82.50**

**TOTAL AMOUNT DUE** ....................................................................$     **5,238.50**

**For your convenience, you may send a *Wire Transfer* in payment of statements to:**

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94078848**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

R E M I T T A N C E   C O P Y

March 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94078848**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING FEBRUARY 28, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...............................................................................$     **5,156.00**

**TOTAL EXPENSES**.........................................................................$     **82.50**

**TOTAL AMOUNT DUE**..................................................................$     **5,238.50**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

March 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94078848**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING FEBRUARY 28, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 02/01/10 | Review invoice and prepare Monthly Statement (.9); conference and correspond with A. McDermott re same (.4); review Project Two invoices from Australian office and prepare amended Statement (1.8). | 3.1 |
| 02/02/10 | Conference with A. McDermott re updates to court docket (.2); review docket re same (.2). | .4 |



| General Motors Corporation | March 12, 2010 |
|---|---|
| Client Number: 95229493 | Matter Number: 000002 |
| Invoice Number: 94078848 | Page 2 |

| **Date** | **Description** | **Hours** |
|---|---|---|
| 02/16/10 | Conference with A. McDermott re interim fee application (.1); review Interim Compensation Order re same (.2); correspond with A. McDermott re November Monthly Statement invoices (.2). | .5 |
| 02/19/10 | Conference with E. Ostrow re interim fee application. | .2 |

**McDermott, Andrew**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 01/08/10 | Review notice re fee examiner budgets; correspond with R. Brooks (K&E) re same. | .1 |
| 01/20/10 | Correspond with Washington Office re monthly fee statement (.1); correspond with fee auditor re February monthly budget (.1). | .2 |
| 01/28/10 | Correspond with A. Poke re monthly statement. | .1 |
| 02/01/10 | Conference and correspond with J. Frey, A. Poke re invoices for monthly statement. | .4 |
| 02/02/10 | Conference with J. Frey re fee examiner report. | .1 |
| 02/09/10 | Correspond with R. Brooks at Weil re continuance of fee application hearing; follow-up correspondence with global partners. | .2 |
| 02/16/10 | Correspond with C. Basler re monthly statement review question; conference and correspond with J. Frey re interim fee application. | .4 |
| 02/17/10 | Correspond re invoices for monthly statement. | .1 |
| 02/18/10 | Correspond with C. Basler, A. Poke, GM contacts re invoices in monthly statement. | .3 |
| 02/22/10 | Telephone conference and correspond with L. Labio at GM re billing of Asia/Pacific work. | .2 |



| General Motors Corporation | March 12, 2010 |
|---|---|
| Client Number: 95229493 | Matter Number: 000002 |
| Invoice Number: 94078848 | Page 3 |

## Melbourne Office

### Poke, Ashley

| Date | Description | Hours |
|---|---|---|
| 12/29/09 | Reviewing draft bills for GM Project Two; liaison with Andrew McCormack on outstanding GM billing issues; liaison and coordination with B&M finance on GM billing issues. | 1.3 |

### Sharma, Shamil

| Date | Description | Hours |
|---|---|---|
| 01/06/10 | Amending bills and reviewing bills for Project Two. | 2.2 |
| 01/29/10 | Attending to amendments to GM Project Two bills and attending to bill finalization. | 1.4 |
| 02/10/10 | Reviewing bills for GM. | .9 |

**Total Fees:    $    5,156.00**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Joy Frey | 4.2 | 295.00 | $ | 1,239.00 |
| Andrew McDermott | 2.1 | 425.00 | | 892.50 |
| | | | **$** | **2,131.50** |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94078848

March 12, 2010
Matter Number: 000002
Page 4

## Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Ashley Poke | 1.3 | 620.00 | $ | 806.00 |
| Shamil Sharma | .9 | 485.00 | | 436.50 |
| Shamil Sharma | 3.6 | 495.00 | | 1,782.00 |
| | | | $ | **3,024.50** |
| | | **Total:** | $ | **5,156.00** |

## SUMMARY OF EXPENSES:

| Description | Amount |
|------------|--------|
| Courier/Messenger Service | $    82.50 |

**Total Expenses:** $    82.50

**Total Fees and Expenses for Retention and Fee Applications :** $    5,238.50

**TOTAL FEES:** $    5,156.00
**TOTAL EXPENSES:** $    82.50

**TOTAL AMOUNT DUE:** $    5,238.50

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

April 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94079484**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING MARCH 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ....................................................................................$    **6,372.55**

**TOTAL EXPENSES**..........................................................................$       **143.86**

**TOTAL AMOUNT DUE** ...................................................................$    **6,516.41**

**For your convenience, you may send a *Wire Transfer* in payment of statements to:**

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94079484**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

April 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94079484**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING MARCH 31, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 02/01/10 | Review invoice and prepare Monthly Statement (.9); conference and correspond with A. McDermott re same (.4); review Project Two invoices from Australian office and prepare amended Statement (1.8). | 3.1 |
| 02/02/10 | Conference with A. McDermott re updates to court docket (.2); review docket re same (.2). | .4 |
| 02/16/10 | Conference with A. McDermott re interim fee application (.1); review Interim Compensation Order re same (.2); correspond with A. McDermott re November Monthly Statement invoices (.2). | .5 |
| 02/19/10 | Conference with E. Ostrow re interim fee application. | .2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94079484

April 12, 2010
Matter Number: 000002
Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 03/17/10 | Conference with A. McDermott re transition to Ordinary Course Professional (.2); conference and correspond with Russ Brooks at Weil Gotshal re same (.3); prepare OCP retention documents (.6). | 1.1 |
| 03/29/10 | Review docket for Ordinary Course Professional documents (.4); prepare Declaration of Disinterestedness for conversion from Special Counsel status to Ordinary Course Professional (1.9); conference with A. McDermott re same (.3). | 2.6 |
| 03/30/10 | Conference with A. McDermott re conversion from special counsel to ordinary course professional (.2); review docket re same (.2). | .4 |

**McDermott, Andrew**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 01/08/10 | Review notice re fee examiner budgets; correspond with R. Brooks (K&E) re same. | .1 |
| 01/20/10 | Correspond with Washington Office re monthly fee statement (.1); correspond with fee auditor re February monthly budget (.1). | .2 |
| 01/28/10 | Correspond with A. Poke re monthly statement. | .1 |
| 02/01/10 | Conference and correspond with J. Frey, A. Poke re invoices for monthly statement. | .4 |
| 02/02/10 | Conference with J. Frey re fee examiner report. | .1 |
| 02/09/10 | Correspond with R. Brooks at Weil re continuance of fee application hearing; follow-up correspondence with global partners. | .2 |
| 02/16/10 | Correspond with C. Basler re monthly statement review question; conference and correspond with J. Frey re interim fee application. | .4 |
| 02/17/10 | Correspond re invoices for monthly statement. | .1 |
| 02/18/10 | Correspond with C. Basler, A. Poke, GM contacts re invoices in monthly statement. | .3 |
| 02/22/10 | Telephone conference and correspond with L. Labio at GM re billing of Asia/Pacific work. | .2 |
| 03/02/10 | Correspond with Weil re conversion to ordinary course professional. | .1 |
| 03/16/10 | Correspond with R. Brooks re hearing on IFA. | .1 |
| 03/17/10 | Conference with J. Frey re transition to Ordinary Course Professional. | .2 |



General Motors Corporation                                    April 12, 2010
Client Number: 95229493                              Matter Number: 000002
Invoice Number: 94079484                                          Page 3

---

## Melbourne Office

### Poke, Ashley

| Date | Description | Hours |
|------|-------------|-------|
| 12/29/09 | Reviewing draft bills for GM Project Two; liaison with Andrew McCormack on outstanding GM billing issues; liaison and coordination with B&M finance on GM billing issues. | 1.3 |

### Sharma, Shamil

| Date | Description | Hours |
|------|-------------|-------|
| 01/06/10 | Amending bills and reviewing bills for Project Two. | 2.2 |
| 01/29/10 | Attending to amendments to GM Project Two bills and attending to bill finalization. | 1.4 |
| 02/10/10 | Reviewing bills for GM. | .9 |
| 03/09/10 | Reviewing e-mails in relation to post-closing stamping and registration by B&M Indonesia and Singapore. | .2 |

**Total Fees:    $    6,372.55**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 8.3 | 295.00 | $ | 2,448.50 |
| Andrew McDermott | 2.5 | 425.00 | | 1,062.50 |
| | | | $ | **3,511.00** |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94079484

April 12, 2010
Matter Number: 000002
Page 4

## Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Ashley Poke | 1.3 | 558.00 | $ | 725.40 |
| Shamil Sharma | 4.7 | 454.50 | | 2,136.15 |
| | | | $ | **2,861.55** |
| | | **Total:** | $ | **6,372.55** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Courier/Messenger Service | $ | 82.50 |
| Outside Photocopying (Pacer) | | 61.36 |

|  |  |  |
|---|---|---|
| **Total Expenses:** | **$** | **143.86** |
| **Total Fees and Expenses for Retention and Fee Applications :** | **$** | **6,516.41** |
| **TOTAL FEES:** | **$** | **6,372.55** |
| **TOTAL EXPENSES:** | **$** | **143.86** |
| **TOTAL AMOUNT DUE:** | **$** | **6,516.41** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

May 7, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94080256**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING
APRIL 30, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ..................................................................................$    **15,003.00**

**TOTAL AMOUNT DUE** ..................................................................$    **15,003.00**

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94080256**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

May 7, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94080256**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING
APRIL 30, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 04/30/10 | Conference with A. McDermott re Monthly Statement and invoices (.4); prepare March monthly statement (1.3). | 1.7 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 04/01/10 | Review fee examiners (.4). | .4 |
| 04/05/10 | Review letter (.4), phone G & K (.1), conference with A. McDermott (.3), all re objection. | .8 |
| 04/15/10 | Review fee report. | .5 |
| 04/16/10 | Emails re examiners request. | .3 |
| 04/19/10 | Emails A. McDermott x2. | .2 |



General Motors Corporation                                    May 7, 2010
Client Number: 95229493                              Matter Number: 000002
Invoice Number: 94080256                                          Page 2

| Date | Description | Hours |
|---|---|---|
| 04/20/10 | Telephone A. McDermott re fee issue, strategy (.5); follow-up on third application (.2). | .7 |
| 04/23/10 | Conference with A. McDermott, phone Nexor/review pleading. | .5 |
| 04/26/10 | Phone A. McDermott and review email (.5); review to sign (.1). | .6 |

**McDermott, Andrew**

| Date | Description | Hours |
|---|---|---|
| 04/05/10 | Telephone conference and follow-up correspondence with M. Santa-Maria re fee examiner review of IFA. | .5 |
| 04/08/10 | Review letter from fee examiner re first interim fee application and review interim fee application re same (1.2); conference with L. Vonckx re fee examiner letter (.2). | .2 |
| 04/12/10 | Conference with L. Vonckx re results of detailed review of invoices in response to fee examiner letter. | .4 |
| 04/15/10 | Review draft fee examiner report; correspond with K. Stadler (Godfrey & Kahn) re same. | .5 |
| 04/16/10 | Continue review draft fee examiner report; correspond with D. Heroy re same; analyze strategy for response. | 2.1 |
| 04/19/10 | Analyze options re draft fee examiner report and draft email to D. Heroy re status, strategy. | 1.4 |
| 04/20/10 | Telephone conference with fee examiner re first interim fee application (.1); telephone conference with D. Heroy re same (.4); correspond with D. Heroy re same (.3); conference with L. Vonckx re same (.1). | 1.0 |
| 04/22/10 | Review draft examiner report, stipulation forwarded by fee examiner (1.2); correspond with D. Heroy re same (.2); correspond with fee examiner re adjournment of hearing re first interim fee application (.2) | 1.7 |
| 04/26/10 | Correspond and telephone conferences with M. Santa-Maria (Godfrey & Kahn) re stipulation of adjournment; correspond with D. Heroy re same; draft summary of status for global partners; review docket re potential objections. | 2.0 |
| 04/28/10 | Review supplemental fee materials filed by fee examiner; brief review various professional's replies in preparation for hearing; correspond with global partners re hearing. | 1.8 |
| 04/29/10 | Attend hearings re fee applications. | 5.0 |
| 04/30/10 | Conference with J. Frey re Monthly Statement and invoices. | .2 |



General Motors Corporation                                                    May 7, 2010
Client Number: 95229493                                        Matter Number: 000002
Invoice Number: 94080256                                                        Page 3

---

### Vonckx, Lawrence

| Date | Description | Hours |
|------|-------------|-------|
| 04/08/10 | Meet with A. McDermott re fee examiner letter (0.2); review fee examiner letter (0.2); review fee application re compliance with fee examiner issues (1.5). | 1.9 |
| 04/09/10 | Review invoices re fee examiners concerns. | 2.8 |
| 04/12/10 | Review invoices re fee examiner's issues (3.6); meet with A. McDermott re same (.3). | 3.9 |
| 04/15/10 | Review fee examiner report re Baker fees. | .3 |
| 04/16/10 | Review fee examiner report and outline strategy re same; meet with A. McDermott re same. | 1.3 |
| 04/20/10 | Telephone conference with fee examiner counsel and A. McDermott re settlement; meet with A. McDermott re same. | .6 |

### Young, Mark A.

| Date | Description | Hours |
|------|-------------|-------|
| 04/27/10 | Research hearing and arrange appearance with courtcall. | .5 |
| 04/29/10 | Conference with court and courtcall re appearance. | .4 |

### Washington, D.C. Office

### Webber, A. Duane

| Date | Description | Hours |
|------|-------------|-------|
| 04/26/10 | Review filings in bankruptcy court re fees and related matters; prepare memorandum re same. | .2 |

### SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 1.7 | 295.00 | $ | 501.50 |
| David Heroy | 4.0 | 850.00 | | 3,400.00 |
| Andrew McDermott | 16.8 | 425.00 | | 7,140.00 |
| Lawrence Vonckx | 10.8 | 335.00 | | 3,618.00 |
| Mark A. Young | .9 | 195.00 | | 175.50 |
| | | | **$** | **14,835.00** |



General Motors Corporation                                    May 7, 2010
Client Number: 95229493                              Matter Number: 000002
Invoice Number: 94080256                                         Page 4

**Washington, D.C. Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| A. Duane Webber | .2 | 840.00 | $ | 168.00 |
| | | **Total:** | **$** | **15,003.00** |

**TOTAL AMOUNT DUE:**     **$    15,003.00**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# S T A T E M E N T

June 21, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94081322**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING MAY 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...............................................................................$        728.00

**TOTAL EXPENSES**...........................................................................$         85.32

**TOTAL AMOUNT DUE** ...................................................................$         813.32

For your convenience, you may send a *Wire Transfer* in payment of statements to:

**Baker & McKenzie LLP**
**Citibank, F.S.B.**
**1101 Pennsylvania Ave., NW**
**13th Floor**
**Washington, DC 20006**
**Attn: Private Banking, Fran Niles**
**Account No. 3740-0355**
**Routing No. 2540-7011-6**

**RE:  Invoice #:  94081322**

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

June 21, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94081322**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING MAY 31, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 05/26/10 | Correspond with A. McDermott re Monthly Statement (.1); review invoice for compliance with bankruptcy court rules (.4); prepare April Monthly Statement and notice letters (.9). | 1.4 |



General Motors Corporation

Client Number: 95229493

Invoice Number: 94081322

June 21, 2010

Matter Number: 000002

Page 2

---

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 05/10/10 | Correspond with global partners re fee hearing. | .3 |
| 05/14/10 | Correspond with G. Heckelman re payment received, applicability to holdback. | .1 |
| 05/19/10 | Correspond with R. Brooks (Weil) re retention status. | .2 |
| 05/26/10 | Correspond with J. Frey re Monthly Statement. | .1 |

**Total Fees:  $    728.00**

## SUMMARY OF FEES:

**Chicago Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 1.4 | 300.00 | $ | 420.00 |
| Andrew McDermott | .7 | 440.00 | | 308.00 |
| | | **Total:** | **$** | **728.00** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|------------|---|--------|
| Courier/Messenger Service | $ | 85.32 |

**Total Expenses:   $        85.32**

**Total Fees and Expenses for Retention and Fee Applications :   $    813.32**

**TOTAL FEES:   $    728.00**

**TOTAL EXPENSES:   $     85.32**

**TOTAL AMOUNT DUE:   $    813.32**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E   C O P Y

July 16, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

**- to -**

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94082046**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JUNE 30, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**
         **Vendor Code: LG 199900056**

**TOTAL FEES** ...............................................................................**$     20,115.00**

**TOTAL EXPENSES**..........................................................................**$          136.77**

**TOTAL AMOUNT DUE**.................................................................**$     20,251.77**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

July 16, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94082046**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JUNE 30, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**
      **Vendor Code: LG 199900056**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 06/16/10 | Conference with A. McDermott re GM monthly statements (.3); correspond with A. McDermott re same (.4). | .7 |
| 06/21/10 | Review GM IFA Objection Resolution letter per A. McDermott's request. | .5 |
| 06/22/10 | Review invoice for compliance with bankruptcy court rules (.2); prepare Monthly Statement (.6); prepare cover letters (.4). | 1.2 |
| 06/24/10 | Revise invoice to remove entries that should be billed to NewGM (.2); revise Monthly Statement (.1); conference with A. McDermott re same (.1); correspond with J. Mondello re same (.3). | .7 |



General Motors Corporation                                          July 16, 2010
Client Number: 95229493                                 Matter Number: 000002
Invoice Number: 94082046                                                 Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/25/10 | Correspond with J. Mondello in the Baker Washington office re the invoice for the May monthly statement. | .3 |

**Heroy, David**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/07/10 | Review fee examiner's letter (.6); email/phone A. McDermott (.5). | .9 |
| 06/09/10 | Email x2 with A. McDermott re letter. | .4 |
| 06/14/10 | Emails re fee examiner letter. | .4 |
| 06/16/10 | Go over letter from fee examiner (.6); conference with A. McDermott to devise strategy re same (.6); follow-up with A. McDermott (.2). | 1.4 |
| 06/17/10 | Conference with A. McDermott re issue x2 (.4); revise document (.3); another draft (.2). | .9 |
| 06/18/10 | Teleconference re fee examiner (1.2), preparation (.2). | 1.4 |
| 06/21/10 | Review/finish fee letter. | .7 |
| 06/23/10 | Review correspondence, A McDermott/GK firm re terms. | .2 |

**McDermott, Andrew**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/02/10 | Correspond with D. Webber re status, payments received; telephone conference with Washington Office re status of payments. | .8 |
| 06/07/10 | Review correspondence from fee examiner re fee reduction recommendations; correspond and conference with D. Heroy re same. | 1.8 |
| 06/08/10 | Correspond with L. Vonckx re fee examiner letter. | .2 |
| 06/09/10 | Correspond with D. Heroy re fee examiner letter. | .5 |
| 06/14/10 | Analyze letter from fee examiner (3.7); conference and correspond with D. Heroy re same (.3); telephone conference with K. Stadler re same (.2) | 4.2 |
| 06/15/10 | Analyze in detail draft report from fee examiner and prepare supplemental material in preparation for response (4.3). | 4.3 |
| 06/16/10 | Conferences with D. Heroy re response to fee examiner (.8); continue review of examiner analysis and collection of materials for response (2.8); correspond with counsel to fee examiner (K. Stadler) (.1); conferences and correspond with J. Frey re same (.5). | 4.2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94082046

July 16, 2010
Matter Number: 000002
Page 3

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/17/10 | Conferences with D. Heroy re response to fee examiner (.5); continue review of examiner analysis and collection of materials for response (.8); correspond with counsel to fee examiner re conference (K. Stadler) (.1). | 1.4 |
| 06/18/10 | Teleconference with counsel to fee examiner (1.2), prepare for same (.5); conferences with D. Heroy re same, follow-up (.3); draft letter with materials in response to fee examiner (1.6). | 3.6 |
| 06/21/10 | Finalize draft letter with materials in response to fee examiner (.8); conference with D. Heroy re same (.3); telephone conference with K. Stadler re same (.2); brief review of modified report for consistency with agreement (.5). | 1.8 |
| 06/24/10 | Telephone conference with D. Webber re settlement with fee examiner; prepare for fee hearing. | .3 |
| 06/28/10 | Travel to New York for fee hearing (billed at half time). | 3.5 |
| 06/29/10 | Attend fee hearing. | 1.0 |
| 06/29/10 | Travel from New York to Chicago re fee hearing (billed at half time). | 2.8 |

### Melbourne Office

### McDade, Kellie-Ann

| **Date** | **Description** | **Hours** |
|---|---|---|
| 06/03/10 | (Kundevski): Review email from N. Kalanoski regarding directions hearing and strike out application; discuss issues with B. Binns. | .4 |
| 06/04/10 | Telephone attendance with J. Tracey regarding application and directions hearing; discuss issues with B. Binns. | .3 |

**Total Fees:    $    20,115.00**



General Motors Corporation
Client Number: 95229493
Invoice Number: 94082046

July 16, 2010
Matter Number: 000002
Page 4

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|--|--------|
| Joy Frey | 3.4 | 300.00 | $ | 1,020.00 |
| David Heroy | 6.3 | 870.00 | | 5,481.00 |
| Andrew McDermott | 30.4 | 440.00 | | 13,376.00 |
| | | | $ | **19,877.00** |

### Melbourne Office

| Name | Hours | Rate | | Amount |
|------|-------|------|--|--------|
| Kellie-Ann McDade | .7 | 340.00 | $ | 238.00 |
| | | | $ | **238.00** |
| | | **Total:** | $ | **20,115.00** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|--|--------|
| Telephone | $ | 93.21 |
| Courier/Messenger Service | | 43.56 |

**Total Expenses:**    $ **136.77**

**Total Fees and Expenses for Retention and Fee Applications:**    $ **20,251.77**

**TOTAL FEES:**    $ **20,115.00**
**TOTAL EXPENSES:**    $ **136.77**

**TOTAL AMOUNT DUE:**    $ **20,251.77**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E   C O P Y

August 11, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94082693**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JULY 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications (LG 199900056)**

**TOTAL FEES** ....................................................................................$     **4,169.00**

**TOTAL EXPENSES**............................................................................$     **1,320.90**

**TOTAL AMOUNT DUE**....................................................................$     **5,489.90**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

August 11, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94082693**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING JULY 31, 2010, AS FOLLOWS:

**RE:  Retention and Fee Applications (LG 199900056)**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 07/16/10 | Review docket for IFA Order. | .1 |
| 07/19/10 | Conference with A. McDermott re Court's Order and Examiner's Fee on GM docket (.3); review docket for same (.3); correspond with A. McDermott re same (.1). | .7 |
| 07/26/10 | Review Judge Gerber's opinion re fee statements (.4) and review Weil and Kramer fee applications to assess the impact of the opinion per A. McDermott's instructions (.4); review the June invoice for the Monthly Statement (.2); correspond with J. Mondello in the Washington office re same (.2). | .8 |



General Motors Corporation                                         August 11, 2010
Client Number: 95229493                                      Matter Number: 000002
Invoice Number: 94082693                                                    Page 2

| **Date** | **Description** | **Hours** |
|---|---|---|
| 07/28/10 | Correspond with J. Mondello in the Baker Washington office re invoice corrections (.2); conference with A. McDermott re same (.1); review invoice for compliance with bankruptcy court rules (.2); prepare Monthly Fee Statement and schedules (.4); prepare Monthly Fee Statement correspondence (.3); arrange sending of same (.1). | 1.3 |
| 07/30/10 | Conference with A. McDermott re GM fee order (.1); review docket for same (.1). | .2 |

**Heroy, David**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 07/09/10 | Conference with A. McDermott re letter, court ruling, and fee prep time. | .3 |
| 07/28/10 | Read Gerber opinion (.8); Skadden letter (.5); conference with A. McDermott re position (.1). | 1.4 |

**McDermott, Andrew**

| **Date** | **Description** | **Hours** |
|---|---|---|
| 07/01/10 | Correspond with Washington Office re payments received from MLC, results of fee hearing. | .2 |
| 07/07/10 | Review and analyze transcript of hearing on fee applications (1.2); review docket re order (.1); review other professional applications re amounts billed to retention and fee applications and analyze impact on adjourned portion of Baker application (1.1). | 2.4 |
| 07/08/10 | Review correspondence re payments from MLC in preparation for entry of order. | .2 |
| 07/09/10 | Prepare for and brief D. Heroy re findings from fee hearing, implications for Baker. | .6 |
| 07/26/10 | Correspond and conference with G. Heckelman re GM order (.3); conference with J. Frey re same, opinion re retention matter (.2). | .2 |
| 07/28/10 | Review memo from counsel to fee examiner re summary of Gerber decision. | .2 |
| 07/30/10 | Conference with J. Frey re GM fee order; review order. | .2 |

**Total Fees:**    **$        4,169.00**



General Motors Corporation
Client Number: 95229493
Invoice Number: 94082693

August 11, 2010
Matter Number: 000002
Page 3

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 3.1 | 300.00 | $ | 930.00 |
| David Heroy | 1.7 | 870.00 | | 1,479.00 |
| Andrew McDermott | 4.0 | 440.00 | | 1,760.00 |
| | | **Total:** | **$** | **4,169.00** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Telephone | $ | 71.92 |
| Photocopies | | 7.98 |
| Courier/Messenger Service | | 42.76 |
| Travel - Out-of-Town | | 1,182.96 |
| Miscellaneous – Court Fee | | 15.28 |

| | | |
|---|---|---|
| **Total Expenses:** | **$** | **1,320.90** |
| **Total Fees and Expenses for Retention and Fee Applications:** | **$** | **5,489.90** |
| **TOTAL FEES:** | **$** | **4,169.00** |
| **TOTAL EXPENSES:** | **$** | **1,320.90** |
| **TOTAL AMOUNT DUE:** | **$** | **5,489.90** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E   C O P Y

September 13, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94083822**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING AUGUST 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** .................................................................................**$      3,249.00**

**TOTAL EXPENSES**.........................................................................**$          42.57**

**TOTAL AMOUNT DUE**....................................................................**$      3,291.57**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

September 13, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94083822**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING AUGUST 31, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|---|---|---|
| 08/03/10 | Conference with A. McDermott re research for discussion with fee examiner (.2); review Godfrey and Kahn document re court's July 6, 2010 ruling (.4); review docket re same (.3). | .9 |
| 08/05/10 | Review fee and retention matters per A. McDermott's instructions in view of Judge's order. | 1.2 |
| 08/26/10 | Review invoice for Monthly Statement (.1); prepare Monthly Statement (.4); prepare Notice letters (.4). | .9 |
| 08/31/10 | Review correspondence re proof of claim (.2); conference with A. McDermott re same (.1); research unsecured creditors' claims under the GM plan per A. McDermott's instructions (.3); conference with A. McDermott re same (.1). | .7 |



General Motors Corporation                                        September 13, 2010
Client Number: 95229493                                      Matter Number: 000002
Invoice Number: 94083822                                                     Page 2

---

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 08/02/10 | Review letter. | .5 |
| 08/05/10 | Conference with A. McDermott re issues, strategy (.4); review terms of letter with earlier memo (.5). | .9 |
| 08/31/10 | Emails re waive request. | .3 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 08/02/10 | Telephone conferences and correspond with Washington Office re fee order (.1); correspond with C. Basler re same (.1). | .3 |
| 08/03/10 | Review Heroy comments to examiner letter; conference with J. Frey re same, analysis of retention fees outstanding for final fee application. | .5 |
| 08/05/10 | Conference with D. Heroy re adjourned portion of fee objection, Court ruling. | .4 |
| 08/11/10 | Correspond re July monthly statement. | .1 |
| 08/20/10 | Correspond with Washington Office re most recent interim order. | .1 |
| 08/30/10 | Correspond with C. Basler re interim order. | .1 |

                                         **Total Fees:    $    3,249.00**

**SUMMARY OF FEES:**

**Chicago Office**

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 3.7 | 300.00 | $ | 1,110.00 |
| David Heroy | 1.7 | 870.00 | | 1,479.00 |
| Andrew McDermott | 1.5 | 440.00 | | 660.00 |
| | | **Total:** | **$** | **3,249.00** |



General Motors Corporation                                    September 13, 2010
Client Number: 95229493                                    Matter Number: 000002
Invoice Number: 94083822                                                  Page 3

---

## SUMMARY OF EXPENSES:

| Description | Amount |
|---|---|
| Courier/Messenger Service | $     42.57 |

|  |  |  |
|---|---|---|
| **Total Expenses:** | **$** | **42.57** |
| **Total Fees and Expenses for Retention and Fee Applications :** | **$** | **3,291.57** |
| **TOTAL FEES:** | **$** | **3,249.00** |
| **TOTAL EXPENSES:** | **$** | **42.57** |
| **TOTAL AMOUNT DUE:** | **$** | **3,291.57** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E   C O P Y

October 13, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94084827**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING SEPTEMBER 30, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...............................................................................**$     4,093.00**

**TOTAL EXPENSES**........................................................................**$          84.94**

**TOTAL AMOUNT DUE**................................................................**$     4,177.94**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

October 13, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94084827**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING SEPTEMBER 30, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 08/03/10 | Conference with A. McDermott re research for discussion with fee examiner (.2); review Godfrey and Kahn document re court's July 6, 2010 ruling (.4); review docket re same (.3). | .9 |
| 08/05/10 | Review fee and retention matters per A. McDermott's instructions in view of Judge's order. | 1.2 |
| 08/26/10 | Review invoice for Monthly Statement (.1); prepare Monthly Statement (.4); prepare Notice letters (.4). | .9 |
| 08/31/10 | Review correspondence re proof of claim (.2); conference with A. McDermott re same (.1); research unsecured creditors' claims under the GM plan per A. McDermott's instructions (.3); conference with A. McDermott re same (.1). | .7 |



General Motors Corporation                                                October 13, 2010
Client Number: 95229493                                          Matter Number: 000002
Invoice Number: 94084827                                                         Page 2

| Date | Description | Hours |
|------|-------------|-------|
| 09/24/10 | Review invoices for compliance with bankruptcy court rules (.2); conference with Washington office re same (.2); prepare schedules and August Monthly Statement (.5); prepare notice letters (.3). | 1.2 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 08/02/10 | Review letter. | .5 |
| 08/05/10 | Conference with A. McDermott re issues, strategy (.4); review terms of letter with earlier memo (.5). | .9 |
| 08/31/10 | Emails re waive request. | .3 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 08/02/10 | Telephone conferences and correspond with Washington Office re fee order (.1); correspond with C. Basler re same (.1). | .3 |
| 08/03/10 | Review Heroy comments to examiner letter; conference with J. Frey re same, analysis of retention fees outstanding for final fee application. | .5 |
| 08/05/10 | Conference with D. Heroy re adjourned portion of fee objection, Court ruling. | .4 |
| 08/11/10 | Correspond re July monthly statement. | .1 |
| 08/20/10 | Correspond with Washington Office re most recent interim order. | .1 |
| 08/30/10 | Correspond with C. Basler re interim order. | .1 |
| 09/28/10 | Correspond with C. Basler (AlixPartners) re interim payment. | .1 |
| 09/30/10 | Correspond with DC Office re discrepancy in interim payment (.6); telephone conference with S. Hamilton (AlixPartners) re discrepancy (.4). | 1.0 |

**Total Fees:    $    4,093.00**



General Motors Corporation                                          October 13, 2010
Client Number: 95229493                                      Matter Number: 000002
Invoice Number: 94084827                                                     Page 3

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | 4.9 | 300.00 | $ | 1,470.00 |
| David Heroy | 1.7 | 870.00 | | 1,479.00 |
| Andrew McDermott | 2.6 | 440.00 | | 1,144.00 |
| | | **Total:** | **$** | **4,093.00** |

## SUMMARY OF EXPENSES:

| Description | Amount |
|-------------|--------|
| Courier/Messenger Service | $ 84.94 |

**Total Expenses:** **$ 84.94**

**Total Fees and Expenses for Retention and Fee Applications:** **$ 4,177.94**

**TOTAL FEES:** **$ 4,093.00**
**TOTAL EXPENSES:** **$ 84.94**

**TOTAL AMOUNT DUE:** **$ 4,177.94**



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakernet.com

# R E M I T T A N C E   C O P Y

November 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94085536**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING OCTOBER 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...............................................................................$      **431.00**

**TOTAL EXPENSES**........................................................................$        **42.76**

**TOTAL AMOUNT DUE**..................................................................$        **473.76**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakernet.com

November 12, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:     000002**
**Invoice Number:  94085536**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING OCTOBER 31, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 10/19/10 | Review invoice for Monthly Statement (.2); correspond with Chicago office about revising same (.2). | .4 |
| 10/20/10 | Review revised invoice (.2); prepare monthly statement (.2); prepare notice letters (.2). | .6 |

**Heroy, David**

| Date | Description | Hours |
|------|-------------|-------|
| 10/04/10 | Correspond with C. Basler, Washington Office re payment discrepancy. | .1 |



| General Motors Corporation | November 12, 2010 |
|---|---|
| Client Number: 95229493 | Matter Number: 000002 |
| Invoice Number: 94085536 | Page 2 |

### McDermott, Andrew

| Date | Description | Hours |
|---|---|---|
| 10/11/10 | Correspond with G. Heckelman re first IFA. | .1 |

**Total Fees:    $    431.00**

### SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Joy Frey | 1.0 | 300.00 | $ | 300.00 |
| David Heroy | .1 | 870.00 | | 87.00 |
| Andrew McDermott | .1 | 440.00 | | 44.00 |

**Total:    $    431.00**

### SUMMARY OF EXPENSES:

| Description | Amount |
|---|---|
| Courier/Messenger Service | $    42.76 |

**Total Expenses:    $    42.76**

**Total Fees and Expenses for Retention and Fee Applications:    $    473.76**

| | | |
|---|---|---|
| **TOTAL FEES:** | **$** | **431.00** |
| **TOTAL EXPENSES:** | **$** | **42.76** |
| **TOTAL AMOUNT DUE:** | **$** | **473.76** |



Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakermckenzie.com

# R E M I T T A N C E   C O P Y

December 16, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:     000002**
**Invoice Number:  94086632**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING NOVEMBER 30, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ............................................................................$       330.00

**TOTAL EXPENSES**...................................................................$        42.95

**TOTAL AMOUNT DUE**.............................................................$       372.95

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

December 16, 2010

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI 48265**

- to -

**BAKER & McKENZIE**
**Client Number: 95229493**
**Matter Number:     000002**
**Invoice Number: 94086632**
**IRS#: 36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING NOVEMBER 30, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 11/18/10 | Conference and correspond with Washington office re GM billing for Monthly Statement (.2); correspond with A. McDermott re same (.1); review invoice for monthly statement (.1); prepare Monthly Statement for October (.2); prepare notice letters for Monthly Statement (.2). | .8 |



General Motors Corporation                                    December 16, 2010
Client Number: 95229493                                    Matter Number: 000002
Invoice Number: 94086632                                                Page 2

---

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 11/16/10 | Review fee examiner memorandum to retained professionals. | .2 |

**Total Fees:    $        330.00**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | .8 | 300.00 | $ | 240.00 |
| Andrew McDermott | .2 | 450.00 | | 90.00 |
| | | | $ | **330.00** |

**Total:    $        330.00**

## SUMMARY OF EXPENSES:

| Description | Amount |
|-------------|--------|
| Courier/Messenger Service | $        42.95 |

**Total Expenses:    $        42.95**

**Total Fees and Expenses for Retention and Fee Applications :    $        372.95**

| | | |
|---|---|---|
| **TOTAL FEES:** | $ | 330.00 |
| **TOTAL EXPENSES:** | $ | 42.95 |
| **TOTAL AMOUNT DUE:** | $ | **372.95** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakermckenzie.com

# R E M I T T A N C E   C O P Y

January 21, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94087720**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING DECEMBER 31, 2010, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...................................................................................**$        315.00**

**TOTAL EXPENSES**............................................................................**$         43.56**

**TOTAL AMOUNT DUE**......................................................................**$        358.56**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

January 21, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94087720**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING DECEMBER 31, 2010, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 12/20/10 | Review invoice for compliance with bankruptcy court requirements; prepare notice letters for monthly statement; revise schedules and prepare November monthly statement. | .6 |

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 12/02/10 | Correspond with MLC re interim payments. | .1 |
| 12/09/10 | Correspond with R. Brooks at Weil re retention status; correspond with J. Frey re same. | .2 |



| | |
|---|---|
| General Motors Corporation | January 21, 2011 |
| Client Number: 95229493 | Matter Number: 000002 |
| Invoice Number: 94087720 | Page 2 |

**Total Fees:    $    315.00**

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Joy Frey | .6 | 300.00 | $ | 180.00 |
| Andrew McDermott | .3 | 450.00 | | 135.00 |
| | | **Total:** | **$** | **315.00** |

## SUMMARY OF EXPENSES:

| Description | Amount |
|---|---|
| Courier/Messenger Service | $    43.56 |

**Total Expenses:    $    43.56**

**Total Fees and Expenses for Retention and Fee Applications:    $    358.56**

**TOTAL FEES:    $    315.00**

**TOTAL EXPENSES:    $    43.56**

**TOTAL AMOUNT DUE:    $    358.56**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

R E M I T T A N C E   C O P Y

February 16, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94088771**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING
JANUARY 31, 2011, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ..................................................................................$        90.00

**TOTAL AMOUNT DUE**..................................................................$        90.00

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakermckenzie.com

February 16, 2011


**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94088771**
**IRS#:  36-2137456**

---

FOR PROFESSIONAL SERVICES RENDERED FOR THE PERIOD ENDING
JANUARY 31, 2011, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 01/24/11 | Correspond with C. Basler, Washington Office re tax forms. | .2 |



General Motors Corporation
Client Number: 95229493
Invoice Number: 94088771

February 16, 2011
Matter Number: 000002
Page 2

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|------|------|---|--------|
| Andrew McDermott | .2 | 450.00 | $ | 90.00 |
| | | **Total:** | **$** | **90.00** |

**TOTAL AMOUNT DUE:**    **$        90.00**

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakermckenzie.com

# R E M I T T A N C E   C O P Y

March 9, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94089444**
**IRS#:  36-2137456**

---

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING FEBRUARY 28, 2011, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ...............................................................................................**$        180.00**

**TOTAL EXPENSES**.......................................................................................**$         56.93**

**TOTAL AMOUNT DUE**................................................................................**$        236.93**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakermckenzie.com

March 9, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94089444**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING FEBRUARY 28, 2011, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**Frey, Joy**

| Date | Description | Hours |
|------|-------------|-------|
| 02/01/11 | Review December invoice; correspond with Washington office re same; prepare December Monthly Statement; prepare monthly statement correspondence to notice list. | .6 |

**Total Fees:      $      180.00**



General Motors Corporation                                    March 9, 2011
Client Number: 95229493                            Matter Number: 000002
Invoice Number: 94089444                                         Page 2

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Joy Frey | .6 | 300.00 | $ | 180.00 |
| | | **Total:** | **$** | **180.00** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Courier/Messenger Service | $ | 56.93 |

| | | | |
|---|---|---|---|
| **Total Expenses:** | | **$** | **56.93** |
| **Total Fees and Expenses for Retention and Fee Applications:** | | **$** | **236.93** |
| **TOTAL FEES:** | | **$** | **180.00** |
| **TOTAL EXPENSES:** | | **$** | **56.93** |
| **TOTAL AMOUNT DUE:** | | **$** | **236.93** |

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel:  +1 202 452 7000
Fax:  +1 202 452 7074
www.bakermckenzie.com

# R E M I T T A N C E   C O P Y

April 8, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94090606**
**IRS#:  36-2137456**

---

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING MARCH 31, 2011, AS FOLLOWS:

**Re:  Retention and Fee Applications**

**TOTAL FEES** ....................................................................................**$         45.00**

**TOTAL EXPENSES**..........................................................................**$           7.60**

**TOTAL AMOUNT DUE**....................................................................**$         52.60**

*PLEASE RETURN THIS COPY WITH YOUR REMITTANCE*

Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, USA

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

April 8, 2011

**Daniel M. Houlf, Esq.**
**Director, U.S. Tax Counsel**
**General Motors Corporation**
**300 Renaissance Center**
**MC 482-C16-B16**
**Detroit, MI  48265**

- to -

**BAKER & McKENZIE**
**Client Number:  95229493**
**Matter Number:      000002**
**Invoice Number:  94090606**
**IRS#:  36-2137456**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED FOR THE
PERIOD ENDING MARCH 31, 2011, AS FOLLOWS:

**RE: Retention and Fee Applications**

**Chicago Office**

**McDermott, Andrew**

| Date | Description | Hours |
|------|-------------|-------|
| 03/30/11 | Correspond with J. Frey re monthly fee statements. | .1 |

**Total Fees:    $        45.00**



General Motors Corporation                                   April 8, 2011
Client Number: 95229493                          Matter Number: 000002
Invoice Number: 94090606                                         Page 2

## SUMMARY OF FEES:

### Chicago Office

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Andrew McDermott | .1 | 450.00 | $ | 45.00 |
| | | | $ | **45.00** |
| | | **Total:** | **$** | **45.00** |

## SUMMARY OF EXPENSES:

| Description | | Amount |
|-------------|---|--------|
| Outside Information Services | $ | 7.60 |

|  |  |
|---|---|
| **Total Expenses:** | **$        7.60** |
| **Total Fees and Expenses for Retention and Fee Applications :** | **$        52.60** |
| **TOTAL FEES:** | **$        45.00** |
| **TOTAL EXPENSES:** | **$        7.60** |
| **TOTAL AMOUNT DUE:** | **$        52.60** |