# EXHIBIT D

### ITEMIZED EXPENSES

### RETENTION & FEE APPLICATIONS
### (JUNE 1, 2009 THROUGH MARCH 29. 2011)

## SUMMARY OF EXPENSES

| Business Meals | 0.00 |
|---|---|
| Commercial Register | 0.00 |
| Computer Assisted Legal Research | 0.00 |
| Corporate Document Services | 0.00 |
| Courier/Messenger Services | 829.13 |
| Court Reporting | 0.00 |
| Duty Stamps | 0.00 |
| Facsimile | 0.00 |
| Filing & Court Fees | 15.28 |
| In-House Reproduction | 0.00 |
| Local Travel | 0.00 |
| Long Distance Telephone | 0.00 |
| Notary | 0.00 |
| Office Supplies | 0.00 |
| Outside Information Services | 97.73 |
| Outside Reproduction | 0.00 |
| Outside Research | 0.00 |
| Photocopies | 127.68 |
| Postage | 0.00 |
| Staff Overtime | 0.00 |
| Taxes (Local, e.g., VAT) | 0.00 |
| Telephone (Long Distance) | 169.95 |
| Transportation (Local) | 28.00 |
| Travel (Out-of-Town) | 1,182.96 |
| **DISBURSEMENT TOTAL** | **$2,450.73** |