# EXHIBIT B-1

**Summary by Project Category**
**(October 1, 2010 through March 29, 2011)**

**EXHIBIT B-1**
**Fee Examiner and Godfrey and Kahn, S.C.**
**Summary by Project Category**

**Summary of Services Rendered From**
**October 1, 2010 through March 29, 2011**

| PROJECT CATEGORY | Analysis, Reports and Recommendations (Exhibit C-1) | | Prepare for and Attend Hearings (Exhibit C-2) | | Travel[1] (Exhibit C-3) | | General Case Administration (Exhibit C-4) | | Firm Retention/ Disclosure Issues (Exhibit C-5) | | Fee Application Preparation (Exhibit C-6) | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| Brady C. Williamson | 79.8 | $39,501.00 | 16.1 | $7,969.50 | 9.35 | $4,628.25 | 4.8 | $2,376.00 | 4.2 | $2,079.00 | 0.9 | $445.50 | Hours: | 115.15 |
| | | | | | | | | | | | | | Fees: | $56,999.25 |
| Katherine Stadler | 118.2 | $48,462.00 | 18.2 | $7,462.00 | 4.00 | $1,640.00 | 1.0 | $410.00 | 17.3 | $7,093.00 | 12.5 | $5,125.00 | Hours: | 171.2 |
| | | | | | | | | | | | | | Fees: | $70,192.00 |
| Eric J. Wilson | 67.0 | $26,130.00 | 11.5 | $4,485.00 | | | 0.8 | $312.00 | 3 | $1,170.00 | 4.0 | $1,560.00 | Hours: | 86.3 |
| | | | | | | | | | | | | | Fees: | $33,657.00 |
| Carla O. Andres | 212.8 | $74,480.00 | 7.3 | $2,555.00 | | | 2.8 | $980.00 | 0.8 | $280.00 | | | Hours: | 223.7 |
| | | | | | | | | | | | | | Fees: | $78,295.00 |
| Monica Santa Maria | 102.2 | $20,951.00 | 0.1 | $20.50 | | | 2.4 | $492.00 | 2.6 | $533.00 | 2.4 | $492.00 | Hours: | 109.7 |
| | | | | | | | | | | | | | Fees: | $22,488.50 |
| Peggy L. Barlett[2] | 83.5 | $17,117.50 | | | | | | | | | | | Hours: | 83.5 |
| | | | | | | | | | | | | | Fees: | $17,117.50 |
| Rebecca J. Bradshaw | 5.0 | $850.00 | | | | | | | | | | | Hours: | 5.0 |
| | | | | | | | | | | | | | Fees: | $850.00 |
| Jamie Kroening | 0.9 | $99.00 | | | | | | | | | | | Hours: | 0.9 |
| | | | | | | | | | | | | | Fees: | $99.00 |
| Zerithea G. Raiche | 160.6 | $25,696.00 | 23.2 | $3,712.00 | | | 102.9 | $16,464.00 | 5.9 | $944.00 | 31.5 | $5,040.00 | Hours: | 324.1 |
| | | | | | | | | | | | | | Fees: | $51,856.00 |
| Nicole Talbott Settle | 59.1 | $9,456.00 | 44.2 | $7,072.00 | | | 52.1 | $8,336.00 | | | 7.1 | $1,136.00 | Hours: | 162.5 |
| | | | | | | | | | | | | | Fees: | $26,000.00 |
| Maribeth Roufus | 34.7 | $5,552.00 | | | | | 0.2 | $32.00 | | | | | Hours: | 34.9 |
| | | | | | | | | | | | | | Fees: | $5,584.00 |
| | | | | | | | | | | | | | | |
| TOTAL:[2] | 923.8 | $268,294.50 | 120.6 | $33,276.00 | 13.35 | $6,268.25 | 167.0 | $29,402.00 | 33.8 | $12,099.00 | 58.4 | $13,798.50 | Hours: | 1316.95 |
| | | | | | | | | | | | | | Fees: | $363,138.25 |

[1] Total Travel Time is 26.7 (Hours) and $12,536.50 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.
[2] Previously known as Peggy L. Heyrmann
[3] The hours and blended rates set forth on this summary do not reflect the deduction, discussed at paragraph **33(C)** of the accompanying fee application, for FTI-related time entries.