# EXHIBIT B-2

**Summary by Project Category**
**(December 28, 2009 through March 29, 2011)**

**EXHIBIT B-2**
**Fee Examiner and Godfrey and Kahn, S.C.**
**Summary by Project Category**

**Summary of Services Rendered From**
**December 28, 2009 through March 29, 2011**

| PROJECT CATEGORY | Analysis, Reports and Recommendations (Exhibit C-1) | | Prepare for and Attend Hearings (Exhibit C-2) | | Travel[1] (Exhibit C-3) | | General Case Administration (Exhibit C-4) | | Firm Retention/ Disclosure Issues (Exhibit C-5) | | Fee Application Preparation (Exhibit C-6) | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| Brady C. Williamson | 267.6 | $132,462.00 | 39.9 | $19,750.50 | 28.95 | $14,330.25 | 64.9 | $32,125.50 | 10.6 | $5,247.00 | 10.1 | $4,999.50 | Hours: Fees: | 422.05 $208,914.75 |
| Timothy F. Nixon | 2.7 | $1,215.00 | 8.5 | $3,825.00 | | | 4.6 | $2,070.00 | 2.7 | $1,215.00 | | | Hours: Fees: | 18.5 $8,325.00 |
| Katherine Stadler | 487.1 | $199,711.00 | 47.8 | $19,598.00 | 15.0 | $6,150.00 | 36.9 | $15,129.00 | 44.6 | $18,286.00 | 50.9 | $20,869.00 | Hours: Fees: | 682.3 $279,743.00 |
| Eric J. Wilson | 314.6 | $122,694.00 | 30.0 | $11,700.00 | 14.4 | $5,616.00 | 32.2 | $12,558.00 | 13.5 | $5,265.00 | 7.1 | $2,769.00 | Hours: Fees: | 411.8 $160,602.00 |
| Carla O. Andres | 897.5 | $314,125.00 | 25.4 | $8,890.00 | 15.0 | $5,250.00 | 39.2 | $13,720.00 | 17.8 | $6,230.00 | 3.7 | $1,295.00 | Hours: Fees: | 998.6 $349,510.00 |
| Monica Santa Maria | 375.2 | $76,916.00 | 13.3 | $2,726.50 | 4.1 | $840.50 | 24.3 | $4,981.50 | 4.6 | $943.00 | 20.1 | $4,120.50 | Hours: Fees: | 441.6 $90,528.00 |
| Claire Finando | 18.3 | $3,751.50 | | | | | 0.3 | $61.50 | | | | | Hours: Fees: | 18.6 $3,813.00 |
| Peggy L. Barlett[2] | 260.0 | $53,300.00 | | | | | 10.2 | $2,091.00 | | | | | Hours: Fees: | 270.2 $55,391.00 |
| Rebecca J. Bradshaw | 11.7 | $1,989.00 | | | | | 19.5 | $3,315.00 | | | | | Hours: Fees: | 31.2 $5,304.00 |
| Jamie Kroening | 2.0 | $220.00 | | | | | | | | | | | Hours: Fees: | 2.0 $220.00 |
| Zerithea G. Raiche | 481.9 | $77,104.00 | 66.8 | $10,688.00 | | | 428.8 | $68,608.00 | 34.7 | $5,552.00 | 72.0 | $11,520.00 | Hours: Fees: | 1084.2 $173,472.00 |
| Nicole Talbott Settle | 223.1 | $35,696.00 | 92.3 | $14,768.00 | | | 246.1 | $39,376.00 | 6.1 | $976.00 | 25.1 | $4,016.00 | Hours: Fees: | 592.7 $94,832.00 |

09-50026-mg Doc 10267-3 Filed 05/16/11 Entered 05/16/11 19:19:38 Exhibit B-2 Pg 3 of 3

**EXHIBIT B-2**
**Fee Examiner and Godfrey and Kahn, S.C.**
**Summary by Project Category**

**Summary of Services Rendered From**
**December 28, 2009 through March 29, 2011**

| PROJECT CATEGORY | Analysis, Reports and Recommendations (Exhibit C-1) | | Prepare for and Attend Hearings (Exhibit C-2) | | Travel[1] (Exhibit C-3) | | General Case Administration (Exhibit C-4) | | Firm Retention/ Disclosure Issues (Exhibit C-5) | | Fee Application Preparation (Exhibit C-6) | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees | | |
| Maribeth Roufus | 113.9 | $18,224.00 | | | | | 43.6 | $6,976.00 | 11.1 | $1,776.00 | | | Hours: Fees: | 168.6 $26,976.00 |
| Jenna Stiegler | 4.6 | $690.00 | 8.3 | $1,245.00 | | | 150.3 | $22,545.00 | | | | | Hours: Fees: | 163.2 $24,480.00 |
| | | | | | | | | | | | | | | |
| TOTAL:[2] | 3460.2 | $1,038,097.50 | 332.3 | $93,191.00 | 77.45 | $32,186.75 | 1100.9 | $223,556.50 | 145.7 | $45,490.00 | 189.0 | $49,589.00 | Hours: Fees: | 5305.55 $1,482,110.75 |

[1] Total Travel Time is 154.9 (Hours) and $64,373.50 (Fees). The amounts listed represent a reduction of 50% for non-working travel time.
[2] Previously known as Peggy L. Heyrmann
[3] The hours and blended rates set forth on this summary do not reflect the deduction, discussed at paragraph 33(C) of the accompanying fee application, for FTI-related time entries.