# EXHIBIT C-2

**Detailed Time Records**
**Project Category:  Prepare for and Attend Hearings**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.
U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

May 12, 2011

Invoice No.    532271
Matter No.    004179-001B

Re:    Prepare for and Attend Hearings

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through March 29, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-06-2010 | N. Talbott Settle | Continue work on index and binders of letters to the retained professionals for hearing on October 26, 2010 and overnight delivery (1.4); review correspondence relating to compensation (.2); update report review folders with correspondence to the professionals (.2); update the binder of Jenner & Block (.1); Bates White (.2); and Legal Analysis Systems (.4). | 2.50 | 400.00 |
| 10-07-2010 | N. Talbott Settle | For hearing preparation, update the binders of Togut Segal (1.7); Caplin & Drysdale (.2); Kramer Levin (.2); and LFR (2.3). | 4.40 | 704.00 |
| 10-11-2010 | N. Talbott Settle | Prepare materials for hearing (.5); update the professional binder of Butzel Long (.4); Jenner & Block (.2). | 1.10 | 176.00 |
| 10-12-2010 | Brady C. Williamson | Prepare for (.5) and participate in in-person conference with U.S. Trustee, Ms. Hope Davis, and colleagues on pending applications (1.8). | 2.30 | 1,138.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-13-2010 | Brady C. Williamson | Prepare for (.5) and participate in conference call with U.S. Trustee and colleagues on pending issues and hearing (.7). | 1.20 | 594.00 |
| 10-14-2010 | N. Talbott Settle | Prepare binder and report files for October 26, 2010 hearing (1.1). | 1.10 | 176.00 |
| 10-14-2010 | Eric Wilson | Preparation for October 26 hearing (.7). | 0.70 | 273.00 |
| 10-15-2010 | N. Talbott Settle | Continue preparing binders and report files in preparation for October 26, 2010 hearing (1.3). | 1.30 | 208.00 |
| 10-17-2010 | Eric Wilson | Review summary of fee applications pending for October 26 hearing and fee examiner responses (.7). | 0.70 | 273.00 |
| 10-17-2010 | Eric Wilson | Review fee examiner summary and recommendations for October 26 hearing and draft internal memoranda (.6). | 0.60 | 234.00 |
| 10-18-2010 | N. Talbott Settle | Correspondence regarding question on hearing binder materials (.1). | 0.10 | 16.00 |
| 10-18-2010 | Eric Wilson | Preparation for October 26 hearing (.5); telephone conference regarding calculation of hourly rate increases and review correspondence regarding same (.4); prepare summary of cases regarding "fees on fees" issue in preparation for October 26 hearing (2.4). | 3.30 | 1,287.00 |
| 10-19-2010 | N. Talbott Settle | Conference regarding materials for the October 26, 2010 hearing (.1). | 0.10 | 16.00 |
| 10-19-2010 | Zerithea Raiche | Prepare chart of fees requested in all fee applications for responding to inquiries by the fee examiner, the U.S. Trustee and the court for use at the October 26, 2010 hearing (1.3). | 1.30 | 208.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-19-2010 | Eric Wilson | Review materials in preparation for October 26 hearing, including fee applications and response by Weil Gotshal to fee examiner's statement of limited objection (2.1). | 2.10 | 819.00 |
| 10-20-2010 | N. Talbott Settle | Continue preparing hearing binder and report files (1.0); work on hearing binder of all applications for hearing (4.5). | 5.50 | 880.00 |
| 10-20-2010 | Zerithea Raiche | Prepare chart summarizing disputed issues and status of stipulated issues for pending fee applications for use at October 26, 2010 hearing (3.3); continue preparation of chart on fees requested in all fee applications for responses to the U.S. Trustee and the court (2.9). | 6.20 | 992.00 |
| 10-21-2010 | N. Talbott Settle | Review and update index and hearing binder regarding contested applications (2.2); update hearing materials for Mr. Wilson (1.7); prepare index and hearing binder on stipulated fee applications (.9). | 4.80 | 768.00 |
| 10-21-2010 | Zerithea Raiche | Complete chart summarizing issues of contention and status of stipulated issues for pending fee applications for use at October 26, 2010 hearing (2.6); continue preparation of chart on fees requested for responses to the U.S. Trustee and the court (1.3); arrange with CourtCall to attend the October 26, 2010 hearing by telephone (.2). | 4.10 | 656.00 |
| 10-21-2010 | Katherine Stadler | Draft summary of Kramer Levin application for inclusion with hearing materials (.5); assist with preparation of hearing materials (1.2). | 1.70 | 697.00 |

09-50026-mg    Doc 10267-5    Filed 05/16/11    Entered 05/16/11 19:19:38    Exhibit C-2
Pg 5 of 12

Matter Number: 004179-001B
Invoice No.: 532271

May 12, 2011
Page 4

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-22-2010 | N. Talbott Settle | Update and convert final report review files into hearing files for the contested fee applications in preparation for the hearing (5.1); update logistics memorandum for October 26, 2010 hearing (.1); inventory additional items for preparation for the hearing (1.1). | 6.30 | 1,008.00 |
| 10-22-2010 | Zerithea Raiche | Update chart on fees requested in all fee applications for responses to the U.S. Trustee and the court (1.3); review agenda for October 26, 2010 hearing and send email on agenda items (.3). | 1.60 | 256.00 |
| 10-22-2010 | Brady C. Williamson | Preparation for October 26, 2010 hearing - review of disputed applications and issues (1.3). | 1.30 | 643.50 |
| 10-25-2010 | N. Talbott Settle | Review hearing notice and update hearing binder (1.2); correspondence regarding items to add to hearing notice (.2); update and circulate hearing logistics memorandum (.3); update index of final reports on the third round of fee applications with replies (.5); arrange live connection for court call (.2); conference regarding hearing logistics (.3). | 2.70 | 432.00 |
| 10-25-2010 | Zerithea Raiche | Prepare chart of fees and expenses requested and amounts disallowed for fee applications filed in the first, second and third fee periods for use at the October 26, 2010 hearing (.9); prepare chart of fees requested in pending applications (1.3). | 2.20 | 352.00 |

Matter Number: 004179-001B  May 12, 2011
Invoice No.: 532271  Page 5

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-25-2010 | Zerithea Raiche | Prepare for appearances by telephone conference for the October 26, 2010 hearing due to flight delay (.1); update internal website to include responses from retained professionals (.3). | 0.40 | 64.00 |
| 10-25-2010 | Eric Wilson | Review notes, fee applications, fee examiner reports, and responses filed by fee applicants in preparation for hearing on third interim fee applications (3.5). | 3.50 | 1,365.00 |
| 10-25-2010 | Katherine Stadler | Final preparations for hearing on third interim compensation, reviewing updated agenda and list of responses (1.1). | 1.10 | 451.00 |
| 10-25-2010 | Brady C. Williamson | Preparation for October 26, 2010 hearing, including review of pending objections and grid summarizing totals (2.3); review amended notice of matters for hearing (.3). | 2.60 | 1,287.00 |
| 10-26-2010 | N. Talbott Settle | Provide documents for hearing (.2). | 0.20 | 32.00 |
| 10-26-2010 | N. Talbott Settle | Correspondence regarding documents for the hearing (.2); update professional binder for Togut Segal (.2); Claro Group (.2); Plante & Moran (.2); logistics in return of hearing materials (.1). | 0.90 | 144.00 |
| 10-26-2010 | Zerithea Raiche | Review and prepare email on December 2010 hearing dates in the Motors Liquidation Company case (.2); review transcript of October 21, 2010 hearing on Debtors' motion to approve the disclosure statement and forward (.2). | 0.40 | 64.00 |
| 10-26-2010 | Monica Santa Maria | Conference regarding Judge Gerber's discussion of the "fees on fees" issue (.1). | 0.10 | 20.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-26-2010 | Katherine Stadler | Attend, by telephone, hearing on third interim fee applications (2.2); follow up conferences on results (.2); review follow up emails between Mr. Wilson and Mr. Brooks (.2); e-mail exchange with U.S. Trustee (.1). | 2.70 | 1,107.00 |
| 10-26-2010 | Brady C. Williamson | Additional preparation for hearing (1.6); attend and participate in hearing (2.5). | 4.10 | 2,029.50 |
| 10-27-2010 | Zerithea Raiche | Telephone conference with Ms. Blum on hearing dates for fourth round of fee applications before the end of the year (.1); prepare email on telephone conference on hearing dates for December 2010 (.1). | 0.20 | 32.00 |
| 10-28-2010 | Carla Andres | Review e-mail regarding hearing dates (.1). | 0.10 | 35.00 |
| 12-07-2010 | N. Talbott Settle | Prepare hearing binder for fourth round fee applications (.8). | 0.80 | 128.00 |
| 12-10-2010 | Zerithea Raiche | Assemble and forward reports filed on December 8 for use at the December 15 hearing (.9). | 0.90 | 144.00 |
| 12-13-2010 | Zerithea Raiche | Prepare chart of pending fee applications for use at December 15 hearing (.9); telephone conference with Ms. Blum on status of pending fee applications for the hearing (.1); revise index for hearing binder (.3). | 1.30 | 208.00 |
| 12-13-2010 | N. Talbott Settle | Update hearing binder for December 15 hearing (2.1). | 2.10 | 336.00 |
| 12-13-2010 | N. Talbott Settle | Review correspondence relating to hearing (.4). | 0.40 | 64.00 |
| 12-13-2010 | Brady C. Williamson | Review chart of pending issues and matters scheduling for hearing (.2). | 0.20 | 99.00 |

Matter Number: 004179-001B  May 12, 2011
Invoice No.: 532271  Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-14-2010 | Zerithea Raiche | Telephone conference with CourtCall to schedule four telephonic appearances for hearing (.2); prepare emails to telephone participants with instructions on Judge Gerber's requirements for telephonic appearances and call-in instructions (.3); leave voice mail message for Ms. Blum on status of fee applications scheduled for hearing (.1); two telephone conferences with Mr. Uroic on pending fee applications, fee applications to be adjourned to January 6, 2011, responses for contested matters on December 15, 2010 and on-the-record conference calls regarding "fees on fees" issues for specific fee applications (.3); prepare email on conversations with Mr. Uroic and clarification of status of fee applications scheduled for hearing (.2); update status chart of applications scheduled for hearing (.8); review notice of agenda (.1); review amended notice of agenda and report on changes made to the agenda for hearing attendees (.1); update chart of responses and requests by retained professionals (.9); update summary chart of pending fee applications (1.3). | 4.30 | 688.00 |
| 12-14-2010 | N. Talbott Settle | Continue updating hearing binder (4.3). | 4.30 | 688.00 |
| 12-14-2010 | N. Talbott Settle | Correspondence regarding hearing and logistics (.2); work on logistics and materials for hearing (1.0). | 1.20 | 192.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-14-2010 | Katherine Stadler | Prepare for hearing, working to compile materials and summarize status of disputed fee applications (1.2). | 1.20 | 492.00 |
| 12-14-2010 | Eric Wilson | Conferences regarding status of fee applications and preparations for December 15, 2010 hearing (.4); prepare correspondence to Mr. Smolinsky and Mr. Brooks regarding same (.2). | 0.60 | 234.00 |
| 12-14-2010 | Brady C. Williamson | Review stipulation for adjournment and docket for December 16 hearing (Kramer Levin, PricewaterhouseCoopers, Brownfield) (.3); preparation for hearing including review of LFR response points (.7). | 1.00 | 495.00 |
| 12-15-2010 | N. Talbott Settle | Continue preparing materials for hearing (1.1). | 1.10 | 176.00 |
| 12-15-2010 | Katherine Stadler | Review Caplin & Drysdale response, in detail, preparing notes for hearing (1.8); review all LFR filings, applications, and reports, along with memorandum on disputed issues in preparation for hearing (4.3); e-mail updates on status of negotiations with LFR to limit disputed issues (.3); e-mail exchange with fee examiner on hearing status (.2); telephone conferences with fee examiner on results (.4); attend and present position at fourth interim hearing (1.1). | 8.10 | 3,321.00 |
| 12-15-2010 | Brady C. Williamson | Prepare for (.5) and participate (.8) in hearing before Judge Gerber. | 1.30 | 643.50 |

Matter Number: 004179-001B  May 12, 2011
Invoice No.: 532271  Page 9

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-15-2010 | Brady C. Williamson | Exchange preliminary telephone calls and emails with Mr. Masumoto for U.S. Trustee's Office on hearing (.2); exchange email with U.S. Trustee on follow up (.2). | 0.40 | 198.00 |
| 12-17-2010 | N. Talbott Settle | Work on logistics for January 6, 2010 hearing (1.0). | 1.00 | 160.00 |
| 12-28-2010 | Zerithea Raiche | Review notice of adjourned hearings originally scheduled for January 6, 2011 and verify adjourned dates for pending fee applications (.1); notify attorneys of matters scheduled for hearing on January 11, 2011 (.1). | 0.20 | 32.00 |
| 12-28-2010 | Brady C. Williamson | Review formal notice of rescheduling to January 11, 2011 (.1). | 0.10 | 49.50 |
| 01-05-2011 | Katherine Stadler | Telephone conferences with Judge Gerber's clerk on January 11 hearing (.4). | 0.40 | 164.00 |
| 01-10-2011 | N. Talbott Settle | Review correspondence regarding results of hearing and work on hearing logistics (.8); work on hearing binder (1.0). | 1.80 | 288.00 |
| 01-10-2011 | Katherine Stadler | E-mail exchange with U.S. Trustee's Office on open matters for hearing (.3); telephone conference with Judge Gerber's clerk on same (.2); telephone conference with Ms. Laken at Weil Gotshal on agenda items (.2); finalize modified fee examiner order for presentment (.6). | 1.30 | 533.00 |
| 01-11-2011 | Zerithea Raiche | Prepare request for transcript of the January 11, 2011 hearing (.1). | 0.10 | 16.00 |
| 01-11-2011 | N. Talbott Settle | Conference with CourtCall and the court staff regarding hearing audio issues (.5). | 0.50 | 80.00 |

Matter Number: 004179-001B  
Invoice No.: 532271

May 12, 2011  
Page 10

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-11-2011 | Brady C. Williamson | Prepare for (.9) and participate by telephone in hearing before Judge Gerber on pending fee issues and motion to amend fee examiner order (.7). | 1.60 | 792.00 |
| 01-11-2011 | Katherine Stadler | Prepare for (.6) attend, by telephone, (.7) hearing on open issues with Judge Gerber, e-mail update on hearing results (.4). | 1.70 | 697.00 |
| 02-16-2011 | Carla Andres | Review objections to plan of reorganization in preparation for hearing (2.1). | 2.10 | 735.00 |
| 02-18-2011 | Carla Andres | Review plan and objections (5.1). | 5.10 | 1,785.00 |
| 03-02-2011 | Carla Andres | Review recent filings in preparation for confirmation hearing (4.4). | 4.40 | No Charge |
| 03-03-2011 | Carla Andres | Attend confirmation hearing (5.7). | 5.70 | No Charge |
|  |  | **Total Fees** | $ | 33,276.00 |
|  |  | **Total Disbursements** | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **33,276.00** |

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 23.20 | 160.00 | 3,712.00 |
| N. TALBOTT SETTLE | Paralegal | 44.20 | 160.00 | 7,072.00 |
| **Paralegal Total** | | **67.40** | | **10,784.00** |
| CARLA ANDRES | Of Counsel | 7.30 | 350.00 | 2,555.00 |
| **Of Counsel Total** | | **7.30** | | **2,555.00** |
| MONICA SANTA MARIA | Associate | 0.10 | 205.00 | 20.50 |
| **Associate Total** | | **0.10** | | **20.50** |
| BRADY C. WILLIAMSON | Shareholder | 16.10 | 495.00 | 7,969.50 |
| KATHERINE STADLER | Shareholder | 18.20 | 410.00 | 7,462.00 |
| ERIC WILSON | Shareholder | 11.50 | 390.00 | 4,485.00 |
| **Shareholder Total** | | **45.80** | | **19,916.50** |
| **TIMEKEEPER TOTALS** | | **120.60** | | **$33,276.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*