# EXHIBIT C-3

**Detailed Time Records**
**Project Category: Travel**



**GODFREY & KAHN** s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.
U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

May 12, 2011

Invoice No.     532274
Matter No.     004179-001K

Re:   Travel - Time

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through March 29, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-11-2010 | Brady C. Williamson | Travel to Washington, D.C. for October 12 meeting with the Federal Office of the U.S. Trustee, U.S. Trustee and colleagues (4.5). | 4.50 | 2,227.50 |
| 10-11-2010 | Katherine Stadler | Non-working travel to Washington, D.C. for meeting with Ms. Hope Davis and Mr. Cliff White (4.0). | 4.00 | No Charge |
| 10-12-2010 | Katherine Stadler | Return travel from Washington, D.C. (5.2). | 5.20 | No Charge |
| 10-13-2010 | Brady C. Williamson | Return to Madison from Washington, D.C. (4.6). | 4.60 | 2,277.00 |
| 10-25-2010 | Brady C. Williamson | Non-working travel time to New York for hearing (4.7). | 4.70 | 2,326.50 |
| 10-26-2010 | Brady C. Williamson | Non-working travel time for return (4.9). | 4.90 | 2,425.50 |
| 12-15-2010 | Katherine Stadler | Non-working travel to and from New York for fourth interim fee hearing (8.0). | 8.00 | 3,280.00 |

Matter Number: 004179-001K  May 12, 2011
Invoice No.: 532274  Page 2

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03-02-2011 | Carla Andres | Non-working travel to New York for attendance at March 3, 2011 confirmation hearing. | 2.90 | No Charge |
| 03-03-2011 | Carla Andres | Non-working travel from New York. | 6.20 | No Charge |
| | | Total Fees | $ | 12,536.50 |
| | | 50% Non-working Travel Reduction | $ | -6,268.25 |
| | | Total Adjusted Fees | $ | 6,268.25 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **6,268.25** |

Matter Number: 004179-001K  
Invoice No.: 532274

May 12, 2011  
Page 3

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| BRADY C. WILLIAMSON | Shareholder | 18.70 | 495.00 | 9,256.50 |
| KATHERINE STADLER | Shareholder | 8.00 | 410.00 | 3,280.00 |
| **Shareholder Total** | | **26.70** | | **12,536.50** |
| **TIMEKEEPER TOTALS** | | **26.70** | | **$12,536.50** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*