# EXHIBIT C-4

**Detailed Time Records**
**Project Category:  General Case Administration**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.
U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

May 12, 2011

Invoice No.      532273
Matter No.      004179-001J

Re:      General Case Administration

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through March 29, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-01-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings, and supporting documents for use by team members in review of fee applications (.3); check court docket, confirm accuracy of case calendar and docket response deadlines (.2); list of daily postings to the internal website and court filings (.1). | 0.60 | 96.00 |
| 10-04-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings, and supporting documents for use in review of fee applications of retained professionals (.9). | 0.90 | 144.00 |
| 10-04-2010 | N. Talbott Settle | Review newly-received correspondence from professionals and route new correspondence (.3). | 0.30 | 48.00 |

Matter Number: 004179-001J                                                            May 12, 2011
Invoice No.:  532273                                                                        Page 2

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-05-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings, and supporting documents (.4); list daily postings to the internal website and court filings (.2). | 0.60 | 96.00 |
| 10-05-2010 | N. Talbott Settle | Work on index of responses from the retained professionals in preparation for hearing on October 26, 2010 (.6); review file for FTI's backup to third interim fee application (.1); review correspondence regarding draft letters to the professionals (.1); review newly-received correspondence of professionals and route new correspondence (.3). | 1.10 | 176.00 |
| 10-06-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings, and supporting documents (1.4); prepare email to team members and include list of daily postings (.6); docket response deadlines (.2). | 2.20 | 352.00 |
| 10-07-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings, and supporting documents (.9); prepare emails to team members and include list of daily postings (.5); docket response deadlines (.2). | 1.60 | 256.00 |
| 10-08-2010 | Zerithea Raiche | Update responses from retained professionals, daily filings, and supporting documents in review of fee applications of retained professionals (.8); list daily postings to the internal website and court filings (.6). | 1.40 | 224.00 |

Matter Number: 004179-001J                                                  May 12, 2011
Invoice No.:  532273                                                             Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10-08-2010 | N. Talbott Settle | Update the professional binders of Plante & Moran (1.9); and Brownfield (.6). | 2.50 | 400.00 |
| 10-08-2010 | Brady C. Williamson | Exchange email with Assistant U.S. Trustee on disclosure statement and schedule (.3). | 0.30 | 148.50 |
| 10-10-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings, and supporting documents (4.9). | 4.90 | 784.00 |
| 10-11-2010 | N. Talbott Settle | Work on final report and review files for the following professionals: Bates White, Butzel Long, FTI, Hamilton Rabinovitz (.3), update professional binder of Butzel Long and preceding professionals (1.5); review correspondence relating to draft reports (.3). | 2.10 | 336.00 |
| 10-11-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals (1.2); prepare email to list daily postings to the internal website and court filings (.7). | 1.90 | 304.00 |
| 10-12-2010 | Zerithea Raiche | Prepare preliminary draft of service protocols for letters and reports to retained professionals (.9); update internal website to include responses from retained professionals (.6); list daily postings to the internal website and court filings (.3). | 1.80 | 288.00 |
| 10-12-2010 | Katherine Stadler | Prepare for meeting with U.S. Trustee's Office and Ken Feinberg (.6). | 0.60 | No Charge |
| 10-12-2010 | Katherine Stadler | Attend meeting with U.S. Trustee's office and Mr. Feinberg (1.5). | 1.50 | No Charge |

Matter Number: 004179-001J

May 12, 2011

Invoice No.:  532273

Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-13-2010 | N. Talbott Settle | Update professional binder for Deloitte Tax (.4) and Bates White (.2). | 0.60 | 96.00 |
| 10-13-2010 | Zerithea Raiche | Update outline of service protocols for letters and reports to retained professionals (.6); update internal website to include responses from retained professionals (1.7); prepare emails to team members and daily postings to the internal website and court filings (.6); check court docket and confirm accuracy of case calendar (.3). | 3.20 | 512.00 |
| 10-13-2010 | Monica Santa Maria | Email correspondence regarding updating research on "fees on fees" issue (.1). | 0.10 | 20.50 |
| 10-14-2010 | N. Talbott Settle | Review service protocol memorandum (.2); update the professional binders for Butzel Long (.4); Brownfield (1.9); Claro Group (1.0); Jenner & Block (.2) attend team meeting (.5); conference regarding upcoming hearing and preparation (.2). | 4.40 | 704.00 |
| 10-14-2010 | Zerithea Raiche | Attend team meeting (.5); conference on preparations for the October 26, 2010 hearing (.2); update internal website to include responses from retained professionals, daily filings, and supporting documents (.7); check court docket and confirm accuracy of case calendar (.2). | 1.60 | 256.00 |
| 10-14-2010 | Monica Santa Maria | Attend team meeting to discuss procedure for next round of reports (.5). | 0.50 | 102.50 |
| 10-14-2010 | Brady C. Williamson | Administrative conference with team members and hearing preparation (.5). | 0.50 | 247.50 |

Matter Number: 004179-001J                                          May 12, 2011
Invoice No.: 532273                                                      Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-14-2010 | Katherine Stadler | Attend team meeting to discuss status of all third interim fee applications and Tuesday's meeting at U.S. Trustee's Office in Washington, D.C. (.5). | 0.50 | 205.00 |
| 10-15-2010 | Monica Santa Maria | Email correspondence regarding preparing summary of report status (.1); review memorandum and coordinate citation checking to update research (.2). | 0.30 | 61.50 |
| 10-18-2010 | N. Talbott Settle | Review correspondence on final reports and status (.5); work on index and binders of final reports (.7); work on file of first consolidated application of Godfrey & Kahn, S.C. (.3). | 1.50 | 240.00 |
| 10-18-2010 | Zerithea Raiche | Update website to include responses from retained professionals (.4); prepare email to team members and include list of daily postings (.2). | 0.60 | 96.00 |
| 10-18-2010 | Monica Santa Maria | Review objections to Debtors' disclosures statement and plan filed by U.S. Trustee and Creditor's Committee (.1). | 0.10 | 20.50 |
| 10-19-2010 | N. Talbott Settle | Update the retained professional binder for Weil Gotshal (.6); and LFR (.2). | 0.80 | 128.00 |
| 10-19-2010 | Zerithea Raiche | Update website to include responses from retained professionals (1.6). | 1.60 | 256.00 |
| 10-19-2010 | Monica Santa Maria | Review draft comprehensive report for hearing (.2); telephone conference regarding consistency issues across reports (.2); edit Legal Analysis Systems and Jenner & Block reports for consistency (.1). | 0.50 | 102.50 |

Matter Number: 004179-001J

May 12, 2011

Invoice No.:  532273

Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 10-20-2010 | Zerithea Raiche | Update internal website to include daily filings, and supporting documents for use by team members in review of fee applications (2.2); list daily postings to the internal website and court filings (.6). | 2.80 | 448.00 |
| 10-20-2010 | Brady C. Williamson | Review U.S. Trustee's omnibus response on fee applications (.4). | 0.40 | 198.00 |
| 10-21-2010 | N. Talbott Settle | Changes to flight for Mr. Williamson (.6). | 0.60 | No Charge |
| 10-21-2010 | Zerithea Raiche | Update responses from retained professionals, daily filings, and supporting documents (.4); list daily postings to the internal website and court filings (.3). | 0.70 | 112.00 |
| 10-21-2010 | Brady C. Williamson | Exchange email with U.S. Trustee's Office on hearing schedule (.2). | 0.20 | 99.00 |
| 10-22-2010 | Zerithea Raiche | Update internal website with responsive materials (2.1); prepare email to team members and include list of daily postings and court filings (.6). | 2.70 | 432.00 |
| 10-25-2010 | N. Talbott Settle | Telephone conferences regarding travel arrangements (.4). | 0.40 | No Charge |
| 10-25-2010 | N. Talbott Settle | Review correspondence from professionals and forward for updates to professional binders (.4). | 0.40 | 64.00 |
| 10-26-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals (.3); prepare email to team members and include list of daily postings (.2). | 0.50 | 80.00 |
| 10-26-2010 | Brady C. Williamson | Separate conferences with Mr. Smolinsky for Debtor (.2) and representatives of U.S. Trustee's Office before (.2) and after (.2) hearing. | 0.60 | 297.00 |

Matter Number: 004179-001J

Invoice No.: 532273

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-27-2010 | N. Talbott Settle | Confirm receipt of correspondence from professionals (.2); update the professional binder of Weil Gotshal (.2). | 0.40 | 64.00 |
| 10-27-2010 | Zerithea Raiche | Order transcript from Veritext of the October 26, 2010 hearing (.1); update website with supporting documents for use in review of fee applications of retained professionals (1.8); prepare email to team members and include list of daily postings (.7); prepare email to Ms. Leary of the U.S. Attorney General's Office on obtaining the audio file for the October 26, 2010 hearing (.2). | 2.80 | 448.00 |
| 11-01-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings and supporting documents for review of fee applications of retained professionals (.3); forward to team list of daily postings to the internal website and court filings (.1). | 0.40 | 64.00 |
| 11-02-2010 | N. Talbott Settle | Review correspondence from professionals forwarded by team members and review file to determine if duplicative (.2); update binder of hearing transcripts (.2). | 0.40 | 64.00 |
| 11-02-2010 | Brady C. Williamson | Review hearing transcript (.7). | 0.70 | 346.50 |
| 11-03-2010 | Zerithea Raiche | Update internal website to include responses from retained professionals, daily filings and supporting documents for use by team members in review of fee applications of retained professionals (.6); forward to team list daily postings to the internal website and court filings (.2). | 0.80 | 128.00 |

Matter Number: 004179-001J                                                    May 12, 2011
Invoice No.: 532273                                                              Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-04-2010 | Zerithea Raiche | Update responses from retained professionals, daily filings and supporting documents (1.8); forward to team list of daily postings to the internal website and court filings (.6); check court docket, confirm accuracy of case calendar and docket response deadlines (.4). | 2.80 | 448.00 |
| 11-04-2010 | N. Talbott Settle | Update the professional binder for Caplin & Drysdale (.3); Legal Analysis Systems (.2); Butzel Long (.5); and Plante & Moran (.3). | 1.30 | 208.00 |
| 11-05-2010 | Zerithea Raiche | Update website to include responses from retained professionals (2.7); prepare email to team to include list of daily postings to the internal website and court filings (.7); conference with Ms. Blum on December 2010 hearing date for fee applications that are not part of the interim compensation cycle (.1); prepare email to team on December 15, 2010 hearing date (.1). | 3.60 | 576.00 |
| 11-08-2010 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.4); file responses from retained professionals, daily filings and supporting documents for use in review of fee applications of retained professionals (.4). | 0.80 | 128.00 |
| 11-09-2010 | N. Talbott Settle | Update professional binder for Bates White (.3); Kramer Levin (.3); Claro Group (.2); Togut Segal (.1); review correspondence (.1). | 1.00 | 160.00 |

Matter Number: 004179-001J                                                                              May 12, 2011
Invoice No.:  532273                                                                                        Page 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-09-2010 | Zerithea Raiche | Update website, daily filings and supporting documents for use in review of fee applications of retained professionals (1.3); prepare email to team list of daily postings to the internal website and court filings (.8); prepare email to Mr. Wilson and leave voice mail message with contact information from Weil Gotshal (.2); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 2.60 | 416.00 |
| 11-10-2010 | Zerithea Raiche | Update website to include responses from retained professionals (1.8); check court docket, confirm accuracy of case calendar and docket response deadlines (.9). | 2.70 | 432.00 |
| 11-11-2010 | N. Talbott Settle | Update the professional binder of Plante & Moran (.1). | 0.10 | 16.00 |
| 11-11-2010 | Zerithea Raiche | Update website with daily filings (2.7); check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 2.90 | 464.00 |
| 11-12-2010 | N. Talbott Settle | Update the professional binders for Caplin & Drysdale, Epiq, Analysis, Research and Planning Corporation (.4); and Weil Gotshal (.4). | 0.80 | 128.00 |
| 11-15-2010 | N. Talbott Settle | Update the professional binders of Legal Analysis Systems (.3); Deloitte Tax (.1); Hamilton Rabinovitz (.3); Caplin & Drysdale (.6) create binder for PricewaterhouseCoopers (.6). | 1.90 | 304.00 |

Matter Number: 004179-001J
Invoice No.:  532273

May 12, 2011
Page 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-15-2010 | Zerithea Raiche | Assemble responses from retained professionals, daily filings and supporting documents (2.3); prepare  emails to team of daily postings to the internal website and court filings (1.1). | 3.40 | 544.00 |
| 11-16-2010 | N. Talbott Settle | Update the professional binders for FTI (.6); Bates White and Togut Segal (.4); Weil Gotshal (.4); LFR (.3); Plante & Moran, LFR and Dean Trafelet (.4); Brownfield (.4); review list of professionals and contacts for forwarding Motors Liquidation Company memorandum on fourth interim fee applications (.3). | 2.80 | 448.00 |
| 11-16-2010 | N. Talbott Settle | Draft distribution list and forward memorandum to retained professionals-counsel from the fee examiner (2.8). | 2.80 | 448.00 |
| 11-16-2010 | Zerithea Raiche | Update website to include latest responses from retained professionals (1.1); forward to team list daily postings to the internal website and court filings (.6); docket response deadlines (.4). | 2.10 | 336.00 |
| 11-17-2010 | N. Talbott Settle | Update the professional binder of Kramer Levin (.4). | 0.40 | 64.00 |
| 11-18-2010 | N. Talbott Settle | Prepare table of professionals that received the November 16, 2010 memorandum from the fee examiner and circulate (.5). | 0.50 | 80.00 |
| 11-18-2010 | Zerithea Raiche | Update daily filings and supporting documents (1.9); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 2.20 | 352.00 |

Matter Number: 004179-001J

Invoice No.: 532273

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-19-2010 | Zerithea Raiche | Summarize responses from retained professionals, daily filings and supporting documents (2.3). | 2.30 | 368.00 |
| 11-22-2010 | Zerithea Raiche | Update website to include responses from retained professionals (1.3); include list of daily postings to the internal website and court filings (.4); review and submit September 2010 invoice for Garden City (.1). | 1.80 | 288.00 |
| 11-23-2010 | N. Talbott Settle | Review and circulate bench decision on pending fee issues (.2); review correspondence and determine whether duplicative (.3); update the binder of retained professionals for Butzel Long (.3); review correspondence relating to Togut Segal's fee application (.1). | 0.90 | 144.00 |
| 11-23-2010 | Zerithea Raiche | Assemble responses from retained professionals (1.1); prepare email to team members and include list of daily postings to the internal website and court filings (.4); check court docket, confirm accuracy of case calendar and docket response deadlines (.6). | 2.10 | 336.00 |
| 11-24-2010 | N. Talbott Settle | Review correspondence relating to statistical rate increases information and fee applications (.2). | 0.20 | 32.00 |
| 11-24-2010 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings and supporting documents (.8). | 0.80 | 128.00 |
| 11-28-2010 | N. Talbott Settle | Continue preparing review files and review check list for reports on fourth round of fee applications (2.0). | 2.00 | 320.00 |

Matter Number: 004179-001J
Invoice No.:  532273

May 12, 2011
Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-29-2010 | Zerithea Raiche | Conference with Ms. Talbott Settle on document management for fourth round of fee applications (.3); update team website (.8). | 1.10 | 176.00 |
| 11-29-2010 | N. Talbott Settle | Conference with Ms. Raiche relating to document management (.3); draft email to team on file management of fee application review files (.1); update binder for Legal Analysis Systems (.2); update the retained professional binder of Bates White (.3). | 0.90 | 144.00 |
| 11-30-2010 | Zerithea Raiche | Update team website to include responses from retained professionals, daily filings and supporting documents (.4); include list of daily postings to the internal website and court filings (.3). | 0.70 | 112.00 |
| 11-30-2010 | N. Talbott Settle | Prepare binder of draft reports for the fourth round of fee applications (.3). | 0.30 | 48.00 |
| 11-30-2010 | Brady C. Williamson | Exchange email with U.S. Trustee's staff on schedule and report status (.3). | 0.30 | 148.50 |
| 12-01-2010 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 0.30 | 48.00 |
| 12-01-2010 | N. Talbott Settle | Continue preparing binder of draft reports (.4); update retained professional binder for FTI (.2); review correspondence forwarding draft reports to professionals and update review files with draft reports (1.1). | 1.70 | 272.00 |

GODFREY & KAHN IS A MEMBER OF  TERRALEX®  ,  A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

Matter Number: 004179-001J

Invoice No.:  532273

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12-02-2010 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings and supporting documents (1.4); list daily postings to the internal website and court filings (.6); check court docket, confirm accuracy of case calendar and update docket response deadlines (.3). | 2.30 | 368.00 |
| 12-02-2010 | N. Talbott Settle | Continue preparing binders of draft reports (.4); continue updating review files with draft reports (.2). | 0.60 | 96.00 |
| 12-03-2010 | N. Talbott Settle | Correspondence to Brian Masumoto, U.S. Trustee's Office (.1); update professional binders with October 2010 fee statements (.4); continue updating review files with draft reports (.9). | 1.40 | 224.00 |
| 12-06-2010 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings and supporting documents for use by team members in review of fee applications of retained professionals (1.1). | 1.10 | 176.00 |
| 12-06-2010 | N. Talbott Settle | Update review files for final reports (.4). | 0.40 | 64.00 |
| 12-06-2010 | N. Talbott Settle | Update the retained professional binder of Bates White (.6); Kramer Levin (.4); Caplin & Drysdale (.6). | 1.60 | 256.00 |
| 12-08-2010 | N. Talbott Settle | Update professional binders with final reports on fourth round of interim fee applications (1.1). | 1.10 | 176.00 |
| 12-09-2010 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 0.20 | 32.00 |

Matter Number: 004179-001J                                      May 12, 2011
Invoice No.:  532273                                                Page 14

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12-10-2010 | Zerithea Raiche | Update website to include latest responses from retained professionals, daily filings and supporting documents (2.7); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 3.00 | 480.00 |
| 12-11-2010 | Brady C. Williamson | Review latest U.S. Trustee filings (.2). | 0.20 | 99.00 |
| 12-12-2010 | Zerithea Raiche | Update website to include responses from retained professionals, daily filings and supporting documents (4.6); prepare email to team with list of daily postings to the internal website and court filings (.9); update chart of requests and responses by retained professionals (.8). | 6.30 | 1,008.00 |
| 12-13-2010 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 0.30 | 48.00 |
| 12-14-2010 | Zerithea Raiche | Assemble responses from retained professionals, daily filings and supporting documents (.8). | 0.80 | 128.00 |
| 12-15-2010 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 0.20 | 32.00 |
| 12-16-2010 | Zerithea Raiche | Update website to include responses from retained professionals (.4); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 0.70 | 112.00 |

Matter Number: 004179-001J

Invoice No.: 532273

May 12, 2011

Page 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12-17-2010 | Zerithea Raiche | Update website to include daily filings and supporting documents (.8); prepare email to team including list of daily postings to the internal website and court filings (.3). | 1.10 | 176.00 |
| 12-17-2010 | Monica Santa Maria | Review article on professional fees in large Chapter 11 cases written by staff of the U.S. Trustee's Office (.3). | 0.30 | 61.50 |
| 12-20-2010 | Zerithea Raiche | Update website to include supporting documents for use in review of fee applications of retained professionals (.6); prepare email to team members and include list of daily postings to the internal website and court filings (.2). | 0.80 | 128.00 |
| 12-23-2010 | Mary Roufus | Review, download and forward order regarding fourth interim fee applications (.2). | 0.20 | 32.00 |
| 12-27-2010 | N. Talbott Settle | Update professional binders with order granting fourth round of fee applications and related materials (1.2). | 1.20 | 192.00 |
| 12-27-2010 | Katherine Stadler | Internal conference on Caplin & Drysdale disputed fees (.2). | 0.20 | 82.00 |
| 12-28-2010 | Zerithea Raiche | Prepare email on audio file of December 15, 2010 hearing (.1); update website to include daily filings (1.3). | 1.40 | 224.00 |
| 12-29-2010 | Zerithea Raiche | Attend telephonic status on matters pending for January 11, 2011 hearing and filing of motion to amend terms of the fee examiner's appointment (.3); update team website to include latest filings and supporting documents (1.4); list daily postings to the internal website and court filings (.4). | 2.10 | 336.00 |

Matter Number: 004179-001J

May 12, 2011

Invoice No.:  532273

Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12-29-2010 | N. Talbott Settle | Update transcript and hearing binder with December 15, 2010 transcript the library (.4). | 0.40 | 64.00 |
| 12-30-2010 | Zerithea Raiche | Update website with latest documents (.6); list daily postings to the internal website and court filings (.2); check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 1.10 | 176.00 |
| 12-31-2010 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.4); update team website to include responses from retained professionals, daily filings, and supporting documents for use by team members in review of fee applications of retained professionals (.3); prepare email to team members and include list of daily postings to the internal website and court filings (.1). | 0.80 | 128.00 |
| 01-03-2011 | Zerithea Raiche | Prepare and forward summary of joint plan of liquidation to team (.3). | 0.30 | 48.00 |
| 01-03-2011 | Eric Wilson | Correspondence with Ms. Raiche regarding monthly budgets for Weil Gotshal (.2); review published summary of plan (.2); conference with Mr. Williamson regarding status of communications with Weil Gotshal (.1). | 0.50 | 195.00 |
| 01-04-2011 | N. Talbott Settle | Update the professional binder for each of the following professionals: Butzel Long (.7); Caplin & Drysdale (.6); Plante & Moran (.8); review correspondence and update professional binder for LFR (2.1). | 4.20 | 672.00 |

Matter Number: 004179-001J
Invoice No.: 532273

May 12, 2011
Page 17

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-05-2011 | N. Talbott Settle | Update the professional binder for each of the following professionals: Epiq (.3); Legal Analysis Systems (.3); Bates White (.2); Kramer Levin (.6). | 1.40 | 224.00 |
| 01-06-2011 | N. Talbott Settle | Review and circulate new mail items and update professional binder of Bates White (.2). | 0.20 | 32.00 |
| 01-10-2011 | N. Talbott Settle | Update the professional binder of Butzel Long (.2). | 0.20 | 32.00 |
| 01-10-2011 | N. Talbott Settle | Review correspondence relating to hearing schedule (.3). | 0.30 | 48.00 |
| 01-11-2011 | Zerithea Raiche | Update team website to include daily filings, and supporting documents (1.1). | 1.10 | 176.00 |
| 01-11-2011 | Brady C. Williamson | Email to U.S. Trustee's Office on schedule (.1). | 0.10 | 49.50 |
| 01-13-2011 | N. Talbott Settle | Review correspondence received from professionals and circulate (.1). | 0.10 | 16.00 |
| 01-14-2011 | Zerithea Raiche | Update team website to include filings and supporting documents (1.9); prepare email to list daily postings to the internal website and court filings (.3). | 2.20 | 352.00 |
| 01-19-2011 | N. Talbott Settle | Update the retained professional binder for Plante & Moran (.2); Butzel Long (.2); Brownfield (.6); LFR (.3); update pleadings regarding global matters (.1). | 1.40 | 224.00 |
| 01-19-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 0.20 | 32.00 |
| 01-20-2011 | N. Talbott Settle | Update the retained professional binder for PricewaterhouseCoopers (1.1). | 1.10 | 176.00 |

Matter Number: 004179-001J                                          May 12, 2011
Invoice No.:  532273                                                  Page 18

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01-20-2011 | Zerithea Raiche | Update team website to include filings and supporting documents (1.6); prepare email to include list of daily postings (.3). | 1.90 | 304.00 |
| 01-21-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.4). | 0.40 | 64.00 |
| 01-24-2011 | N. Talbott Settle | Review correspondence relating to various professionals (.4); update the professional binders for Hamilton Rabinovitz (.1); Caplin & Drysdale (.1); Legal Analysis Systems (.1); Bates White (.1); Dean Trafelet (.1); Stutzman Bromberg (.1); Analysis, Research and Planning Corporation (.1); and Weil Gotshal (.3). | 1.40 | 224.00 |
| 01-24-2011 | Zerithea Raiche | Update team website to include responses from retained professionals, filings, and supporting documents (.8). | 0.80 | 128.00 |
| 01-24-2011 | Monica Santa Maria | Review and summarize new fee case related to excessive conferencing (.4). | 0.40 | 82.00 |
| 01-26-2011 | Zerithea Raiche | Update team website to include latest responses from retained professionals, daily filings and supporting documents (.2); check court docket, confirm accuracy of case calendar and docket response deadlines (.2). | 0.40 | 64.00 |
| 01-28-2011 | N. Talbott Settle | Update the professional binder of Epiq (.4). | 0.40 | 64.00 |
| 01-28-2011 | Zerithea Raiche | Update team website to include responses from retained professionals, daily filings, and supporting documents (.4). | 0.40 | 64.00 |
| 02-01-2011 | N. Talbott Settle | Update professional binder for Plante & Moran (.2). | 0.20 | 32.00 |

Matter Number: 004179-001J

Invoice No.:  532273

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-01-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 0.30 | 48.00 |
| 02-02-2011 | Carla Andres | Edit environmental professionals memorandum (.2). | 0.20 | 70.00 |
| 02-02-2011 | Brady C. Williamson | Review memorandum summarizing discussion with Ms. Basler, Motors Liquidation Company, on schedule and procedure (.3); conference with Ms. Stadler on response (.1). | 0.40 | 198.00 |
| 02-02-2011 | Katherine Stadler | Telephone conference with Ms. Basler on case status, confirmation issue, and final fee application protocols (.2); e-mail update and conference with Mr. Williamson (.1). | 0.30 | 123.00 |
| 02-07-2011 | Zerithea Raiche | Update team website to include latest filings(.5); check court docket, confirm accuracy of case calendar and docket response deadlines (.2); prepare email to list daily postings to the internal website and court filings (.3); review February 9, 2011 hearing agenda (.2). | 1.20 | 192.00 |
| 02-08-2011 | N. Talbott Settle | Update the professional binder for Bates White (.2); Caplin & Drysdale (.2); and Bates White (.2). | 0.60 | 96.00 |
| 02-14-2011 | Monica Santa Maria | Review asbestos trust stipulation (.1). | 0.10 | 20.50 |
| 02-15-2011 | Zerithea Raiche | Update team website to include court filings on objections to and in support of Debtors' amended joint plan of liquidation (1.4); prepare email attaching all documents filed for the March 3, 2011 plan confirmation hearing (.3). | 1.70 | 272.00 |
| 02-16-2011 | Zerithea Raiche | Update team website to include daily filings (.6). | 0.60 | 96.00 |

Matter Number: 004179-001J

Invoice No.:  532273

May 12, 2011

Page 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02-16-2011 | Brady C. Williamson | Preliminary review of additional plan objections (.4). | 0.40 | 198.00 |
| 02-20-2011 | N. Talbott Settle | Correspondence to team on new retained professionals and updates to retained professional tables (.2). | 0.20 | 32.00 |
| 02-20-2011 | N. Talbott Settle | Update the retained professional file for Analysis Research (.4); and Jenner & Block (.3). | 0.70 | 112.00 |
| 02-21-2011 | N. Talbott Settle | Review retained professional binder for Jenner & Block (.1). | 0.10 | 16.00 |
| 02-23-2011 | Zerithea Raiche | Update website to include filings and supporting documents (1.2). | 1.20 | 192.00 |
| 02-23-2011 | Carla Andres | Review recent filings, including response to asbestos estimation motion (1.3). | 1.30 | 455.00 |
| 02-27-2011 | Zerithea Raiche | Update team website to include daily filings and supporting documents (.7). | 0.70 | 112.00 |
| 03-02-2011 | Zerithea Raiche | Check court docket, confirm accuracy of case calendar and docket response deadlines (.3). | 0.30 | 48.00 |
| 03-02-2011 | Carla Andres | E-mails regarding fifth and final fee applications (.1); review asbestos professionals and Epiq's monthly statements for January (.2); review filings relating to confirmation hearing (.3). | 0.60 | 210.00 |
| 03-02-2011 | Brady C. Williamson | Initial review of latest filed materials involving confirmation hearing (.7). | 0.70 | 346.50 |
| 03-04-2011 | Zerithea Raiche | Update team website to include latest filings (.8). | 0.80 | 128.00 |
| 03-04-2011 | Carla Andres | Review articles regarding confirmation and e-mail with Ms. Leary regarding fee inquiry (.3). | 0.30 | 105.00 |

Matter Number: 004179-001J

Invoice No.: 532273

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03-06-2011 | N. Talbott Settle | Review correspondence from professionals duplicative and forward for updates to retained professional binders (.8). | 0.80 | 128.00 |
| 03-08-2011 | Carla Andres | Review recent filings and e-mail regarding delayed fifth interim applications (.4). | 0.40 | 140.00 |
| 03-09-2011 | Zerithea Raiche | Update website to include daily filings (.3). | 0.30 | 48.00 |
| 03-11-2011 | Eric Wilson | Conference with Mr. Williamson regarding scheduling of final fee application hearing (.1). | 0.10 | 39.00 |
| 03-14-2011 | Zerithea Raiche | Attend meeting on timing for final fee applications and retention of Stuart Maue for statistical analysis of final fee applications (.1). | 0.10 | 16.00 |
| 03-14-2011 | Eric Wilson | Internal conference regarding potential use of Stuart Maue in connection with final fee hearing (.2). | 0.20 | 78.00 |
| 03-15-2011 | Monica Santa Maria | Email correspondence regarding possible use of auditor for final fee applications (.1). | 0.10 | 20.50 |
|  |  | Total Fees | $ | 29,402.00 |
|  |  | Total Disbursements | $ | 0.00 |
|  |  | **Total For This Invoice** | **$** | **29,402.00** |

Matter Number: 004179-001J                                            May 12, 2011
Invoice No.:  532273                                                      Page 22

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 102.90 | 160.00 | 16,464.00 |
| N. TALBOTT SETTLE | Paralegal | 52.10 | 160.00 | 8,336.00 |
| MARY ROUFUS | Paralegal | 0.20 | 160.00 | 32.00 |
| **Paralegal Total** | | **155.20** | | **24,832.00** |
| CARLA ANDRES | Of Counsel | 2.80 | 350.00 | 980.00 |
| **Of Counsel Total** | | **2.80** | | **980.00** |
| MONICA SANTA MARIA | Associate | 2.40 | 205.00 | 492.00 |
| **Associate Total** | | **2.40** | | **492.00** |
| BRADY C. WILLIAMSON | Shareholder | 4.80 | 495.00 | 2,376.00 |
| KATHERINE STADLER | Shareholder | 1.00 | 410.00 | 410.00 |
| ERIC WILSON | Shareholder | 0.80 | 390.00 | 312.00 |
| **Shareholder Total** | | **6.60** | | **3,098.00** |
| **TIMEKEEPER TOTALS** | | **167.00** | | **$29,402.00** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2011.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*