# EXHIBIT C-5

**Detailed Time Records**
**Project Category: Firm Retention/Disclosure Issues**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.
U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

May 12, 2011

Invoice No.  532270
Matter No.   004179-001A

Re:   Retention/Disclosure Issues

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through March 29, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11-01-2010 | Zerithea Raiche | Review and forward to team members transcript of the October 26, 2010 hearing (.1); prepare email to team members on court's statements regarding setting a hearing date in December 2010 (.1). | 0.20 | 32.00 |
| 11-03-2010 | Monica Santa Maria | Review local counsel engagements (.3); draft and edit supplemental disclosure regarding retention as local counsel by Weil Gotshal and Jenner & Block (.9). | 1.20 | 246.00 |
| 11-08-2010 | Carla Andres | Review Stuart Maue application (.3); e-mails regarding fee carve outs, fee applications, and internal telephone conference regarding timing (.5). | 0.80 | 280.00 |
| 11-08-2010 | Brady C. Williamson | Conference on schedule for Stuart Maue application (.2). | 0.20 | 99.00 |
| 11-15-2010 | Monica Santa Maria | Edit disclosure form regarding new local counsel and co-counsel relationships (.7). | 0.70 | 143.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11-15-2010 | Katherine Stadler | Review and revise updated disclosure of co-counsel affiliation with certain of Debtor's counsel (.4). | 0.40 | 164.00 |
| 11-16-2010 | Zerithea Raiche | Revise affidavit and supplemental disclosure statement for execution with respect to Godfrey & Kahn, S.C.'s retention (.4); prepare email on execution of supplemental disclosure statement (.1). | 0.50 | 80.00 |
| 11-16-2010 | Monica Santa Maria | Edit draft disclosure statement (.3). | 0.30 | 61.50 |
| 11-17-2010 | Katherine Stadler | Complete supplemental disclosure affidavit for filing and service (.2). | 0.20 | 82.00 |
| 11-29-2010 | Zerithea Raiche | Prepare, file and forward chambers' copy of affidavit and supplemental disclosure statement (.2); prepare email to Garden City for service of affidavit and supplemental disclosure statement (.1). | 0.30 | 48.00 |
| 12-16-2010 | Brady C. Williamson | Conference call with U.S. Trustee and staff on proposal to amend appointment order (.4); internal conference on approach to process (.7). | 1.10 | 544.50 |
| 12-17-2010 | Zerithea Raiche | Respond to email on noticing deadlines for fee examiner's motion to amend terms of appointment (.2); review and revise motion to amend terms of appointment (.6). | 0.80 | 128.00 |
| 12-17-2010 | Monica Santa Maria | Edit proposed amended stipulation on fee examiner retention and accompanying order (.4). | 0.40 | 82.00 |

Matter Number: 004179-001A  May 12, 2011
Invoice No.: 532270  Page 3

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-17-2010 | Katherine Stadler | Draft, review, and revise motion to amend fee examiner engagement (1.7); incorporate revisions (.5); draft amended order appointing fee examiner as exhibit to motion to amend retention (.4); e-mail to U.S. Trustee staff soliciting comments on draft (.1). | 2.70 | 1,107.00 |
| 12-17-2010 | Eric Wilson | Review draft motion to revise fee examiner appointment (.6). | 0.60 | 234.00 |
| 12-17-2010 | Brady C. Williamson | Draft motion to amend appointment order (.8); exchange email with U.S. Trustee's Office on proposal (.2). | 1.00 | 495.00 |
| 12-21-2010 | Brady C. Williamson | Review email exchanges with U.S. Trustee's Office on draft motion (.3). | 0.30 | 148.50 |
| 12-22-2010 | Zerithea Raiche | Revise notice of hearing for fee examiner's motion to amend terms of appointment (.2); review and revise changes and additional paragraphs to fee examiner's motion and proposed order (.7). | 0.90 | 144.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX® , A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-22-2010 | Katherine Stadler | Telephone conference with Ms. Davis, Ms. Riffkin, and Mr. Masumoto--all of U.S. Trustee's Office on motion to revise fee examiner's role (.3); e-mail exchange with Mr. Hamilton at Motors Liquidation Company on payment of professionals and status of order approving same (.2); additional revisions to motion and amended stipulation on fee examiner's appointment (2.3); work with Mr. Wu on figures for inclusion in order (.4); follow-up conversation with Ms. Riffkin and consultation with Debtors' and Creditors' Committee on amendments to fee examiner's engagement(.2); conference with Mr. Williamson on motion and approach (.2); e-mail exchange with Ms. Tobin on Caplin & Drysdale disallowed amounts (.2); e-mail proposed motion amending fee examiner's engagement to counsel for committee of unsecured creditors (.1); e-mail draft motion and stipulation to Ms. Basler (.1). | 4.00 | 1,640.00 |
| 12-23-2010 | Katherine Stadler | E-mail draft motion and stipulation to Mr. Smolinsky (.2). | 0.20 | 82.00 |

GODFREY & KAHN IS A MEMBER OF TERRALEX®, A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-28-2010 | Katherine Stadler | Follow-up with Debtors and UCC counsel on motion to amend (.2); e-mail from Mr. Smolinsky on proposed changes (.3); revise stipulation in response to Mr. Smolinsky's suggestion (1.8); e-mail exchanges on adjournment of January 6 hearing (.2); e-mail revised motion and stipulation documents to counsel for the Debtors, counsel for the Creditors' Committee, and U.S. Trustee and staff (.2); responsive e-mail from Mr. Smolinsky on requested revisions (.2). | 2.90 | 1,189.00 |
| 12-28-2010 | Brady C. Williamson | Review email exchanges with Weil Gotshal and U.S. Trustee on re-drafted stipulation and order amending fee examiner role (.4). | 0.40 | 198.00 |
| 12-29-2010 | Zerithea Raiche | Revise fee examiner's motion to amend the terms of appointment (.9); revise proposed order granting motion (.4); revise notice of hearing on motion (.3). | 1.60 | 256.00 |
| 12-29-2010 | Katherine Stadler | Conference on status of January 6 adjourned matters (.3); review and revise motion to amend terms of fee examiner retention (2.7); e-mail exchange with Ms. Davis on timing of motion and U.S. Trustee's position on motion (.3). | 3.30 | 1,353.00 |
| 12-29-2010 | Eric Wilson | Conferences regarding status of pending motion for modification of fee examiner appointment (.5); prepare correspondence to Mr. Smolinsky regarding same (.2). | 0.70 | 273.00 |
| 12-29-2010 | Brady C. Williamson | Additional changes to draft motion to revise fee examiner process (.3); internal conference call on status matters objections (.3). | 0.60 | 297.00 |

Matter Number: 004179-001A  May 12, 2011
Invoice No.: 532270  Page 6

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12-30-2010 | Zerithea Raiche | Prepare notice of hearing and verify dates (.6); file notice, motion and proposed order to amend the stipulation and order with respect to appointment of a fee examiner (.3); prepare chambers' copy of proposed order granting the fee examiner's motion to amend the stipulation and order with respect to appointment of a fee examiner (.2). | 1.10 | 176.00 |
| 12-30-2010 | Eric Wilson | Review and respond to correspondence from Ms. Stadler and Ms. Raiche regarding fee examiner motion (.2). | 0.20 | 78.00 |
| 12-30-2010 | Katherine Stadler | Review and revise motion to amend/clarify terms of fee examiner's appointment in light of U.S. Trustee's communication and status of Creditors' Committee consent (1.9); follow up e-mails to Ms. Macksoud to check on status of Creditors' Committee position (.2); follow up e-mail on status of Debtor's position on the motion (.2); telephone conferences on revisions to motion (.2); complete motion for filing and service (.7). | 3.20 | 1,312.00 |
| 12-30-2010 | Brady C. Williamson | Final review of motion and stipulation to revise fee review process (.3); conference on interim positions of U.S. Trustee, Debtors, and Creditors' Committee (.2). | 0.50 | 247.50 |
| 01-06-2011 | Eric Wilson | Review comments submitted by Mr. Smolinsky regarding modifications to order appointing fee examiner (.4). | 0.40 | 156.00 |
| 01-10-2011 | Zerithea Raiche | File revised proposed order amending the terms of the fee examiner's appointment (.4). | 0.40 | 64.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01-13-2011 | Zerithea Raiche | Verify that order provided by Weil Gotshal is the same as order forwarded (.1). | 0.10 | 16.00 |
| 01-13-2011 | Brady C. Williamson | Check order amending terms of appointment (.1). | 0.10 | 49.50 |
| 03-14-2011 | Eric Wilson | Telephone conferences with Mr. Dalton regarding scope of work in connection with final fee hearings (.3); review correspondence from Mr. Dalton regarding that in response (.2). | 0.50 | 195.00 |
| 03-15-2011 | Eric Wilson | Review correspondence from members regarding scope of work for Stuart Maue in connection with final fee hearing and prepare correspondence to Stuart Maue (.4). | 0.40 | 156.00 |
| 03-15-2011 | Katherine Stadler | E-mail exchange on revisions to Stuart Maue retention (.4). | 0.40 | 164.00 |
| 03-16-2011 | Eric Wilson | Telephone conference with Mr. Dalton regarding scope of work in connection with final fee hearing (.2). | 0.20 | 78.00 |
| | | Total Fees | $ | 12,099.00 |
| | | Total Disbursements | $ | 0.00 |
| | | **Total For This Invoice** | **$** | **12,099.00** |

Matter Number: 004179-001A  May 12, 2011
Invoice No.: 532270  Page 8

## Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| ZERITHEA RAICHE | Paralegal | 5.90 | 160.00 | 944.00 |
| **Paralegal Total** | | **5.90** | | **944.00** |
| CARLA ANDRES | Of Counsel | 0.80 | 350.00 | 280.00 |
| **Of Counsel Total** | | **0.80** | | **280.00** |
| MONICA SANTA MARIA | Associate | 2.60 | 205.00 | 533.00 |
| **Associate Total** | | **2.60** | | **533.00** |
| BRADY C. WILLIAMSON | Shareholder | 4.20 | 495.00 | 2,079.00 |
| KATHERINE STADLER | Shareholder | 17.30 | 410.00 | 7,093.00 |
| ERIC WILSON | Shareholder | 3.00 | 390.00 | 1,170.00 |
| **Shareholder Total** | | **24.50** | | **10,342.00** |
| **TIMEKEEPER TOTALS** | | **33.80** | | **$12,099.00** |

*We adjust our hourly billing rates effective January 1 of each year. Accordingly, billing rate changes are reflected on this statement for work performed in 2011. Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*