# EXHIBIT C-6

**Detailed Time Records**
**Project Category:  Fee Application Preparation**



780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.
U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

May 12, 2011

Invoice No.      532272
Matter No.       004179-001I

Re:    Fee Application Preparation: Godfrey & Kahn          Billing Attorney:
       and Stuart Maue                                      Brady C. Williamson

For Legal Services Rendered Through March 29, 2011

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-01-2010 | Zerithea Raiche | Update file for October 26, 2010 hearing on first interim consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. (.3). | 0.30 | 48.00 |
| 10-05-2010 | Brady C. Williamson | Email to and from Assistant U.S. Trustee on application status (.1). | 0.10 | 49.50 |
| 10-05-2010 | Katherine Stadler | E-mail on billing protocols and timekeeping (.1). | 0.10 | No Charge |
| 10-12-2010 | Eric Wilson | Telephone conference with Andrew Dalton regarding status of proceedings and Stuart Maue fee application (.4); prepare correspondence regarding that (.3); prepare correspondence regarding November hearing date for Stuart Maue fee application (.3); telephone conference regarding Stuart Maue fee application (.1). | 1.10 | 429.00 |
| 10-14-2010 | Zerithea Raiche | Review and respond to request for conversion of Godfrey & Kahn, S.C.'s first interim fee application into Excel format for use by Weil Gotshal (.3). | 0.30 | 48.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-14-2010 | Eric Wilson | Review message from Mr. Dalton regarding Stuart Maue fee application and draft memorandum (.1). | 0.10 | 39.00 |
| 10-15-2010 | N. Talbott Settle | Correspondence to and from Brian Masumoto for U. S. Trustee regarding cost detail to consolidated fee application (.4). | 0.40 | 64.00 |
| 10-15-2010 | N. Talbott Settle | Review cost detail and expenses and disbursements and assist in response to Debtor's inquiry (1.5). | 1.50 | 240.00 |
| 10-15-2010 | Katherine Stadler | Review inquiry from Russ Brooks, Weil Gotshal, on billing data in Excel format (.1); extensive discussions with staff on format conversion issues (1.3); review e-mail inquiry from Carrianne Basler for U.S. Trustee on billing detail (.1); draft e-mail response to Motors Liquidation Company's specific billing inquiries (.4); review memorandum response to Ms. Basler (.4); e-mail to Ms. Hope Davis of U.S. Trustee's Office on inquiries regarding fee examiner's fee application (.1); work with Mr. Wilson on response to Mr. Brooks' inquiry (.3). | 2.70 | No Charge |
| 10-18-2010 | Katherine Stadler | Review all spreadsheets for content and accuracy (.5); telephone conference on transmission of spreadsheets to Mr. Brooks (.2). | 0.70 | No Charge |
| 10-20-2010 | Zerithea Raiche | Prepare draft order and schedule granting first interim fee application of the fee examiner and Godfrey & Kahn, S.C. (.8) and forward draft order for review (.1). | 0.90 | 144.00 |

Matter Number: 004179-001I                                                                  May 12, 2011
Invoice No.:  532272                                                                            Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10-20-2010 | Katherine Stadler | Detailed review of U.S. Trustee response to fee examiner's compensation application (.3); confer with paralegal on preparation of proposed order (.2). | 0.50 | No Charge |
| 10-21-2010 | Zerithea Raiche | Prepare chambers' copy of proposed order approving first interim fee application of the fee examiner and Godfrey & Kahn, S.C. (.2). | 0.20 | 32.00 |
| 10-21-2010 | Katherine Stadler | Review and revise proposed order granting compensation application of fee examiner and counsel (.2). | 0.20 | No Charge |
| 10-26-2010 | Katherine Stadler | Confer on order approving fees (.1); e-mail entered order to AP Services (.1); confer on billing and expenses for Godfrey & Kahn, S.C.'s second fee application (.1); review and forward Garden City invoice (.1). | 0.40 | No Charge |
| 10-27-2010 | Katherine Stadler | E-mails on December hearing dates for fee applications (.2). | 0.20 | No Charge |
| 10-28-2010 | Katherine Stadler | E-mail exchange on possible hearing dates for Godfrey & Kahn S.C.'s second interim fee application (.4). | 0.40 | No Charge |
| 11-01-2010 | Monica Santa Maria | Review and edit invoices for services performed June through September 2010 (1.9). | 1.90 | No Charge |
| 11-01-2010 | Katherine Stadler | Review and edit bills (2.5). | 2.50 | No Charge |
| 11-02-2010 | Monica Santa Maria | Edit bills in preparation for filing second interim fee application (1.2); internal conference regarding possible disclosure of retention as local counsel (.1). | 1.30 | No Charge |
| 11-05-2010 | Katherine Stadler | Review and revise bills for guideline compliance and consistency (2.6). | 2.60 | No Charge |

Matter Number: 004179-001I

May 12, 2011

Invoice No.: 532272

Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-08-2010 | Zerithea Raiche | Respond to email on notice requirement for December 15, 2010 hearing date for fee applications (.1); prepare email to team members on bar date to file fee applications for December 15, 2010 hearing date (.1); review and revise consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. on expense receipts (.6). | 0.80 | 128.00 |
| 11-08-2010 | Monica Santa Maria | Review bills in preparation for filing fee application (2.5). | 2.50 | No Charge |
| 11-08-2010 | Eric Wilson | Draft correspondence to Andy Dalton regarding Stuart Maue fee application (.2). | 0.20 | 78.00 |
| 11-08-2010 | Katherine Stadler | E-mail exchange on deadlines and hearing dates for second interim fee application (.2). | 0.20 | 82.00 |
| 11-08-2010 | Katherine Stadler | Continue reviewing and editing bills for inclusion in second interim application (8.9). | 8.90 | No Charge |
| 11-09-2010 | Zerithea Raiche | Assimilate expense receipts for transcript preparation and for Garden City (.2); review expense reports for use in the fee examiner's and Godfrey & Kahn, S.C.'s consolidated fee application (.6); review and revise the fee examiner's and firm's consolidated fee application (.3). | 1.10 | 176.00 |
| 11-09-2010 | Katherine Stadler | Begin drafting second interim fee application (1.1). | 1.10 | 451.00 |
| 11-10-2010 | Zerithea Raiche | Review and revise consolidated fee application of the fee examiner and Godfrey & Kahn, S.C.: verify and revise calculations (3.2). | 3.20 | 512.00 |

Matter Number: 004179-001I

Invoice No.: 532272

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11-11-2010 | Zerithea Raiche | Review and revise consolidated fee application of the fee examiner and Godfrey & Kahn, S.C.: verify calculations (2.4). | 2.40 | 384.00 |
| 11-11-2010 | Katherine Stadler | Consult with billing staff on final revisions to bills (1.1). | 1.10 | No Charge |
| 11-12-2010 | Zerithea Raiche | Begin preparation of summary chart of timekeepers by project categories for use as an exhibit in consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. (1.6). | 1.60 | 256.00 |
| 11-12-2010 | Katherine Stadler | Review final bills and confer internally on second interim fee application (.4); continue drafting fee application narrative (2.6). | 3.00 | 1,230.00 |
| 11-13-2010 | Zerithea Raiche | Finalize chart of timekeepers by project categories for use in second consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. (1.8); review and revise second consolidated fee application: verify record citations (.9) and revise calculations (.8). | 3.50 | 560.00 |
| 11-14-2010 | Katherine Stadler | Review and revise second interim fee application, incorporating revisions and comments from Mr. Williamson (1.2). | 1.20 | 492.00 |
| 11-15-2010 | N. Talbott Settle | Prepare back up documentation for costs (.9); review second consolidated application of the fee examiner and Godfrey & Kahn, S.C. for assigned citations, form and content (1.5). | 2.40 | 384.00 |

Matter Number: 004179-001I                                                May 12, 2011
Invoice No.:  532272                                                          Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 11-15-2010 | Zerithea Raiche | Prepare exhibits for the second consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. (2.1); review and revise second consolidated fee application:  check record citations (1.2), verify case citations (.6), verify calculations (1.3); prepare email to Ms. Newman on preparation of LEDES data (.1); review and revise second fee application of Stuart Maue (.9); revise notice of hearing on second consolidated fee application (.4); revise notice of hearing on Stuart Maue's second fee application (.2). | 6.80 | 1,088.00 |
| 11-15-2010 | Monica Santa Maria | Internal conference on (.7) and edit fee application (1.7). | 2.40 | 492.00 |
| 11-15-2010 | Eric Wilson | Review fee application of Stuart Maue (2.2); prepare correspondence to Mr. Dalton regarding same (.4). | 2.60 | 1,014.00 |
| 11-15-2010 | Brady C. Williamson | Continue revising consolidated fee application: Godfrey & Kahn, S.C. and fee examiner (.8). | 0.80 | 396.00 |
| 11-15-2010 | Katherine Stadler | Continue drafting and revising fee application, providing missing information and double-checking calculations (2.4). | 2.40 | 984.00 |
| 11-16-2010 | N. Talbott Settle | Prepare expense summary, Exhibit D to fee application (1.0); review new draft of the fee application (.4); prepare reproduction and service for first interim fee application and back-up documentation (1.4). | 2.80 | 448.00 |

Matter Number: 004179-001I                                                    May 12, 2011
Invoice No.:  532272                                                             Page 7

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11-16-2010 | Zerithea Raiche | Revise exhibits to second consolidated fee application (1.8); telephone conference with Ms. Blum on the December 15, 2010 hearing (.1); verify record citations, case citations and calculations in revised sections of the second consolidated fee application (2.9); prepare and file second consolidated fee application (.9); prepare and file second fee application of Stuart Maue (.6); prepare email to Garden City on service of fee applications (.2); prepare email to Mr. Dalton on filing of second fee application of Stuart Maue (.1). | 6.60 | 1,056.00 |
| 11-16-2010 | Katherine Stadler | Review, revise and complete fee application for filing and service (3.6); draft, revise and complete notice (.8); internal conference on change in hearing date and time (.2). | 4.60 | 1,886.00 |
| 12-12-2010 | Zerithea Raiche | Prepare proposed order granting second consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. (.9); prepare proposed order granting second fee application of Stuart Maue (.7). | 1.60 | 256.00 |

Matter Number: 004179-001I                                                                          May 12, 2011
Invoice No.:  532272                                                                                        Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 12-13-2010 | Zerithea Raiche | Conference on revisions to the proposed order for Stuart Maue's second fee application (.1); revise proposed order granting second fee application of the Stuart Maue firm including schedules (.9); prepare for submission to chambers of proposed order for Stuart Maue's second fee application (.3); revise proposed order for second consolidated fee application of the fee examiner and Godfrey & Kahn, S.C. (.3); prepare for submission to chambers of proposed order granting the second consolidated fee application of the fee examiner and counsel (.3); prepare email to Mr. Dalton on changes made to proposed order granting the second interim fee application of Stuart Maue (.2). | 2.10 | 336.00 |
| 12-17-2010 | Zerithea Raiche | Prepare email to Mr. Dalton of Stuart Maue on entry of order authorizing payment of Stuart Maue's second interim fee application (.1). | 0.10 | 16.00 |
| 02-23-2011 | Katherine Stadler | E-mail exchange on preparation of monthly statements at Ms. Basler's request in preparation for plan confirmation (.3). | 0.30 | No Charge |
| 03-10-2011 | Katherine Stadler | E-mail exchange with Mr. Rosenthal of Alix Partners on billing estimates (.2). | 0.20 | No Charge |
| 03-27-2011 | Brady C. Williamson | Review and revise bills/statements beginning with October 1, 2010 (2.2). | 2.20 | No Charge |
| | | Total Fees | $ | 13,798.50 |
| | | Total Disbursements | $ | 0.00 |

**Total For This Invoice**          **$          13,798.50**

Matter Number: 004179-001I

Invoice No.: 532272

May 12, 2011

Page 10

# Time and Fee Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| ZERITHEA RAICHE | Paralegal | 31.50 | 160.00 | 5,040.00 |
| N. TALBOTT SETTLE | Paralegal | 7.10 | 160.00 | 1,136.00 |
| **Paralegal Total** | | **38.60** | | **6,176.00** |
| MONICA SANTA MARIA | Associate | 2.40 | 205.00 | 492.00 |
| **Associate Total** | | **2.40** | | **492.00** |
| BRADY C. WILLIAMSON | Shareholder | 0.90 | 495.00 | 445.50 |
| KATHERINE STADLER | Shareholder | 12.50 | 410.00 | 5,125.00 |
| ERIC WILSON | Shareholder | 4.00 | 390.00 | 1,560.00 |
| **Shareholder Total** | | **17.40** | | **7,130.50** |
| **TIMEKEEPER TOTALS** | | **58.40** | | **$13,798.50** |

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2011.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*