# **EXHIBIT D**

**Expense Summary**
**(November 1, 2010 through March 29, 2011)**

# Exhibit D

### Godfrey & Kahn, S.C. Expense Summary
### for the period November 1, 2010 through March 29, 2011[1]

| Expense/Disbursement Category | Amount |
|---|---|
| PACER Service Center | $79.36 |
| Photocopies-external | $542.05 |
| Photocopies-internal ($0.10 per page for black and white and color) | $985.10 |
| Express Mail & Courier Service | $585.54 |
| Lexis/Westlaw | $1,017.20 |
| Service of Process (Garden City Group) | $24,678.53 |
| Telephone (Conference calls) | $12.45 |
| Telephone –Long Distance (Court Call charges for telephonic participation in hearings) | $438.00 |
| Transcripts | $1,052.60 |
| Travel-Transportation, Hotels, and Related Expenses (including travel meals maximum $20 per person) | $1,142.91 |
| Professional Fees (Stuart Maue) | $13,300.00 |
| **TOTAL** | **$43,833.74** |

6363419_1

---

[1] Additional documentation has not been filed with this application but has been compiled and will be provided to the U.S. Trustee, the Debtors, counsel to the Debtors, and counsel to the Creditors' Committee.