# **EXHIBIT E**

**Detailed Expense Records**
**(November 1, 2010 through March 29, 2011)**



**GODFREY & KAHN** s.c.
ATTORNEYS AT LAW

780 NORTH WATER STREET
MILWAUKEE, WI 53202-3590
TEL 414-273-3500
FAX 414-273-5198
www.gklaw.com

Carrianne Basler
Motors Liquidation Corp.
U.S. Trustee
c/o Andy Velez-Rivera, Trial Attorney

May 12, 2011

Invoice No.      532269
Matter No.       004179-0001

Re:   General Motors Ch. 11 Examiner
      Expenses and Disbursements

Billing Attorney:
Brady C. Williamson

For Legal Services Rendered Through March 29, 2011

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 11/01/10 | Photocopies | 0.10 |
| 11/02/10 | Photocopies | 40.90 |
| 11/02/10 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON - Copies for binder of final reports for October 26, 2010 hearing. | 289.86 |
| 11/09/10 | Photocopies | 2.90 |
| 11/09/10 | Photocopies | 4.60 |
| 11/09/10 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. - Hearing transcript - Job 259081 (ordered on 10/26/10). | 444.50 |
| 11/10/10 | Fed. Express/Express Mail/refund for service failure/check # 1982730 | -40.31 |
| 11/16/10 | Photocopies | 17.60 |
| 11/16/10 | Fed. Express/Express Mail COURIER SHIPMENT #794123698712 TO Carrianne Basler, Alix Partners, LLP, SOUTHFIELD, MI, US, INVOICE #730375601 | 19.61 |
| 11/16/10 | Fed. Express/Express Mail COURIER SHIPMENT #796458047456 TO Hon. Robert E. Gerber, U.S. Bankruptcy Court, SDNY, NEW YORK CITY, NY, US, INVOICE #730375601 | 24.98 |

| Date | Description | Amount |
|---|---|---:|
| 11/16/10 | Fed. Express/Express Mail COURIER SHIPMENT #796458102328 TO Stephen Karotkin, Weil, Gotschal & Manges, LLP, NEW YORK CITY, NY, US, INVOICE #730375601 | 30.28 |
| 11/16/10 | Fed. Express/Express Mail COURIER SHIPMENT #796458124127 TO Thomas Moers Mayer, Robert Sch, Kramer Levin Naftalis & Franke, NEW YORK CITY, NY, US, INVOICE #730375601 | 30.28 |
| 11/16/10 | Fed. Express/Express Mail COURIER SHIPMENT #796458032188 TO Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #730375601 | 40.82 |
| 11/18/10 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON - Fee application copies for G&K and Stuart Maue. | 252.19 |
| 11/19/10 | Photocopies | 2.50 |
| 11/19/10 | Photocopies | 1.50 |
| 11/19/10 | Photocopies | 0.80 |
| 11/19/10 | Photocopies | 2.10 |
| 11/21/10 | Photocopies | 6.60 |
| 11/22/10 | Photocopies | 1.40 |
| 11/23/10 | Photocopies | 4.20 |
| 11/23/10 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY - Reimbursement for Marriott Hotel in New York,NY for 10/25/10 and partial day on 10/26/10 relating to 10/26/10 hearing. | 484.11 |
| 11/28/10 | Photocopies | 2.10 |
| 11/29/10 | Photocopies | 4.20 |
| 11/29/10 | Photocopies | 1.00 |
| 11/29/10 | Photocopies | 3.40 |
| 11/29/10 | Photocopies | 12.60 |
| 11/29/10 | Fed. Express/Express Mail COURIER SHIPMENT #794159769168 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #731831422 | 14.85 |
| 11/30/10 | Photocopies | 0.90 |

| Date | Description | Amount |
|---|---|---:|
| 12/01/10 | Photocopies | 40.80 |
| 12/01/10 | Photocopies | 1.50 |
| 12/01/10 | Photocopies PricewaterhouseCoopers Fee Application with Exhibits | 51.70 |
| 12/01/10 | Photocopies | 11.40 |
| 12/01/10 | Service of Process - Paid to: THE GARDEN CITY GROUP, INC. - | 8,118.81 |
| 12/02/10 | Photocopies | 111.90 |
| 12/02/10 | Photocopies | 1.20 |
| 12/02/10 | Photocopies | 15.50 |
| 12/02/10 | Photocopies | 1.20 |
| 12/02/10 | Fed. Express/Express Mail COURIER SHIPMENT #796510009924 TO Tracy Hope Davis, Acting U.S. Trustee, NEW YORK CITY, NY, US, INVOICE #731831422 | 33.11 |
| 12/02/10 | Fed. Express/Express Mail COURIER SHIPMENT #794175398700 TO Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #731831422 | 33.11 |
| 12/03/10 | Photocopies | 13.20 |
| 12/03/10 | Photocopies | 13.20 |
| 12/07/10 | Photocopies | 27.90 |
| 12/08/10 | Photocopies | 28.80 |
| 12/08/10 | Photocopies | 78.00 |
| 12/08/10 | Photocopies | 23.60 |
| 12/08/10 | Photocopies | 19.20 |
| 12/08/10 | Photocopies | 9.10 |
| 12/08/10 | Photocopies | 1.70 |
| 12/08/10 | Photocopies | 131.30 |
| 12/08/10 | Photocopies | 46.40 |
| 12/08/10 | Fed. Express/Express Mail COURIER SHIPMENT #794197910758 TO Carrianne Basler, Motors Liquidation Company, DETROIT, MI, US, INVOICE #732632119 | 21.87 |

Matter Number: 004179-0001  May 12, 2011
Invoice No.: 532269  Page 4

| Date | Description | Amount |
|---|---|---|
| 12/08/10 | Fed. Express/Express Mail COURIER SHIPMENT #794198017787 TO Andy Dalton, Stuart, Maue, Mitchell & James, BRIDGETON, MO, US, INVOICE #732632119 | 22.99 |
| 12/08/10 | Fed. Express/Express Mail COURIER SHIPMENT #794197977703 TO Tracy Hope Davis, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #732632119 | 36.21 |
| 12/08/10 | Fed. Express/Express Mail COURIER SHIPMENT #796532500546 TO Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #732632119 | 36.21 |
| 12/08/10 | Fed. Express/Express Mail COURIER SHIPMENT #794198023966 TO Hon. Robert Gerber, NEW YORK CITY, NY, US, INVOICE #732632119 | 38.87 |
| 12/09/10 | Telephone - Long Distance - Paid to: BANK CARD SERVICES 11/2/10 COURT CALL/FEE FOR MS.STADLER, MS.ANDRES,MR.WILSON TO APPEAR AT 10/26/10 HEARING TELEPHONICALLY | 230.00 |
| 12/09/10 | Fed. Express/Express Mail COURIER SHIPMENT #794202125670 TO Andy Dalton, Stuart, Maue, Mitchell & James, BRIDGETON, MO, US, INVOICE #732632119 | 12.66 |
| 12/09/10 | Fed. Express/Express Mail COURIER SHIPMENT #796537091376 TO Carrianne Basler, Motors Liquidation Company, DETROIT, MI, US, INVOICE #732632119 | 12.66 |
| 12/09/10 | Fed. Express/Express Mail COURIER SHIPMENT #796536628981 TO Andrew D. Velez-Rivera, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #732632119 | 15.49 |
| 12/09/10 | Fed. Express/Express Mail COURIER SHIPMENT #796536673610 TO Tracy Hope Davis, U.S. Trustees Office, NEW YORK CITY, NY, US, INVOICE #732632119 | 15.49 |
| 12/09/10 | Fed. Express/Express Mail COURIER SHIPMENT #796536734225 TO Hon. Robert Gerber, NEW YORK CITY, NY, US, INVOICE #732632119 | 15.49 |
| 12/09/10 | Lexis 11/30/10 J/EJW  -Madison | 151.84 |
| 12/09/10 | Westlaw 11/30/10 KS CC -Madison | 62.38 |
| 12/13/10 | Fed. Express/Express Mail COURIER SHIPMENT #794214058228 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #733472882 | 15.49 |

| Date | Description | Amount |
|---|---|---|
| 12/13/10 | Telephone-Conf. Call(s)Paid to: SOUNDPATH LEGAL CONFERENCING 10/13/10 | 5.91 |
| 12/14/10 | Photocopies | 39.00 |
| 12/14/10 | Photocopies | 2.40 |
| 12/14/10 | Photocopies | 0.10 |
| 12/14/10 | Photocopies | 14.80 |
| 12/14/10 | Fed. Express/Express Mail COURIER SHIPMENT #794220122681 TO Carrianne Basler, Motors Liquidation Company, DETROIT, MI, US, INVOICE #733472882 | 12.66 |
| 12/14/10 | Fed. Express/Express Mail COURIER SHIPMENT #796554788474 TO Andrew Velez-Rivera, Office of the United States Tr, NEW YORK CITY, NY, US, INVOICE #733472882 | 15.06 |
| 12/14/10 | Fed. Express/Express Mail COURIER SHIPMENT #796554803673 TO Tracy Hope Davis, Acting Trust, Office of the United States Tr, NEW YORK CITY, NY, US, INVOICE #733472882 | 15.49 |
| 12/14/10 | Fed. Express/Express Mail COURIER SHIPMENT #796554215902 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #733472882 | 15.49 |
| 12/14/10 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. - | 288.50 |
| 12/16/10 | Lexis 12/8/10 MSM CC -Madison | 33.66 |
| 12/16/10 | Lexis 12/6/10 BCW CC -Madison | 64.27 |
| 12/16/10 | Westlaw 12/8/10 MSM CC -Madison | 76.82 |
| 12/16/10 | Westlaw 12/9/10 -Madison | 194.14 |
| 12/17/10 | Travel - Transportation - Paid to: STADLER, KATIE - Airfare - K. Stadler flight, Delta Coach ticket, for MLC fee hearing in New York City on 12/15/10. | 560.80 |
| 12/17/10 | Travel - Related ExpensesPaid to: STADLER, KATIE - 12/15/10 parking expense for K. Stadler at Madison Airport. | 10.00 |
| 12/17/10 | Travel - Related ExpensesPaid to: STADLER, KATIE - 12/15/10 cabfare for K. Stadler on 12/15/10 from Courthouse to LaGuardia ($33.40 + $6.60 tip). | 40.00 |

| Date | Description | Amount |
|---|---|---:|
| 12/17/10 | Travel - Related ExpensesPaid to: STADLER, KATIE - 12/15/10 cabfare from LaGuardia to Courthouse ($39.17 + $8.83 for tip). | 48.00 |
| 12/17/10 | Service of Process - Paid to: THE GARDEN CITY GROUP, INC. - copying charge. | 4,323.06 |
| 12/21/10 | Westlaw 12/14/10 -Madison | 206.77 |
| 12/27/10 | Photocopies | 20.80 |
| 12/29/10 | Photocopies | 12.40 |
| 12/29/10 | Professional Fees - Paid to: STUART MAUE - Payment of services to the Fee Examiner during the period of 11/16/10-12/01/10. | 13,300.00 |
| 12/31/10 | Fed. Express/Express Mail COURIER SHIPMENT #796613631810 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #734939160 | 15.49 |
| 01/04/11 | Photocopies | 6.90 |
| 01/05/11 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. - Hearing transcript. | 168.20 |
| 01/06/11 | Photocopies | 14.30 |
| 01/10/11 | Fed. Express/Express Mail COURIER SHIPMENT #796642487045 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #736441217 | 16.37 |
| 01/10/11 | Fed. Express/Express Mail COURIER SHIPMENT #794305441596 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #736441224 | 16.37 |
| 01/11/11 | Fed. Express/Express MailPaid to: UPS - UNITED PARCEL SERVICE | 15.89 |
| 01/13/11 | Fed. Express/Express Mail COURIER SHIPMENT #796655691709 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #736441224 | 16.37 |

Matter Number: 004179-0001  May 12, 2011
Invoice No.: 532269  Page 7

| Date | Description | Amount |
|---|---|---|
| 01/18/11 | Fed. Express/Express Mail COURIER SHIPMENT #794332019726 TO Chambers of Hon. Robert E. Ger, U.S. Bankruptcy Court, S.D. of, NEW YORK CITY, NY, US, INVOICE #737219755 | 16.19 |
| 01/18/11 | Other Database SearchPaid to: PACER SERVICE CENTER | 72.96 |
| 01/18/11 | Service of Process - Paid to: THE GARDEN CITY GROUP, INC.- Copying charges. | 2,547.74 |
| 01/18/11 | Transcript(s) - Paid to: VERITEXT NEW YORK REPORTING CO. - Hearing transcripts. | 151.40 |
| 01/19/11 | Lexis 1/4/11 BCW -Madison | 73.58 |
| 01/19/11 | Other Database Search/Pacer 10/1/10-12/31/10 | 6.40 |
| 01/20/11 | Photocopies | 43.90 |
| 01/21/11 | Westlaw 1/11/11 -Madison | 134.90 |
| 01/24/11 | Photocopies | 11.90 |
| 01/27/11 | Photocopies | 8.00 |
| 01/31/11 | Photocopies | 0.60 |
| 02/03/11 | Service of Process - Paid to: THE GARDEN CITY GROUP, INC. - Service fees and copying charges. | 9,688.92 |
| 02/07/11 | Photocopies | 1.30 |
| 02/09/11 | Telephone - Long DistancePaid to: BANK CARD SERVICES 1/20/11 COURT CALL-FEE FOR MR.WILLIAMSON,MS. STADLER TO APPEAR TELEPHONICALLY AT JANUARY 11,2011 HEARING | 74.00 |
| 02/09/11 | Telephone - Long Distance - Paid to: BANK CARD SERVICES 1/3/11 COURT CALL-FEES FOR MR.WILIAMSON,MS.SANTA MARIA, MR.WILSON AND MS.ANDRES TO APPEAR AT THE DECEMBER 15,2010 HEARING TELEPHONICALLY | 134.00 |
| 02/10/11 | Lexis 1/31/11 BCW -Madison | 18.84 |
| 02/11/11 | Telephone-Conf. Call(s)Paid to: SOUNDPATH LEGAL CONFERENCING 12/29/10 | 6.54 |
| 03/07/11 | Photocopies | 30.40 |
| 03/21/11 | Photocopies | 41.30 |
| | Total Disbursements $ | 43,833.74 |

**Total For This Invoice**     **$      43,833.74**

*We adjust our hourly billing rates effective January 1 of each year.  Accordingly, billing rate changes are reflected on this statement for work performed in 2011.  Information regarding the hourly rates applicable to our attorneys and other personnel working on your matters is available on request from our billing department.*