# **EXHIBIT F**

**Expense Summary**
**(December 28, 2009 through March 29, 2011)**

# Exhibit F

### Godfrey & Kahn, S.C. Expense Summary
### for the period December 28, 2009 through March 29, 2011

| Expense/Disbursement Category | Amount |
|---|---|
| Filing Fees & Court Costs | $119.00 |
| PACER Service Center | $675.36 |
| Photocopies-external | $1002.83 |
| Photocopies-external (including Garden City Group Service copies) | $28,848.31 |
| Photocopies-internal ($0.10 per page for black and white and color) | $10,688.80 |
| Postage (service of documents prior to engaging Garden City Group) | $594.63 |
| Express Mail & Courier Service | $4,794.56 |
| Lexis/Westlaw | $4,570.52 |
| Meals (in house, maximum $20 per person) | $259.75 |
| Service of Process (Garden City Group) | $26,060.11 |
| Telephone (Conference calls) | $12.45 |
| Telephone –Long Distance (Court Call charges for telephonic participation in hearings) | $955.00 |
| Transcripts | $2,576.40 |
| Travel-Transportation, Hotels, and Related Expenses (including travel meals maximum $20 per person) | $14,402.56 |
| Travel-Mileage | $83.65 |
| Travel-Parking | $45.00 |
| Professional Fees (Stuart Maue) | $13,300.00 |
| **TOTAL for the period December 28, 2009 through March 29, 2011** | **$108,988.93** |

6368545_2