# LEGAL ANALYSIS SYSTEMS

## EXHIBIT A

### Review, work on plan documents/rulings (32.70 Hours; $22,520.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 21.50 | $800 | 17,200.00 |
| Relles | 11.20 | $475 | 5,320.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/08/10 | Peterson | 800 | 1.1 | Review court order and attachment re: trusts' data |
| 10/12/10 | Peterson | 800 | 0.5 | Telephone Relles re: Oct 21 hearing on anonymity procedures |
| 10/12/10 | Relles | 475 | 0.5 | Telephone Peterson re: Oct 21 hearing on anonymity procedures |
| 10/15/10 | Relles | 475 | 2.3 | Read correspondence on data privacy proposals |
| 10/16/10 | Peterson | 800 | 1.2 | Review submissions to court re: anonymity issues |
| 10/16/10 | Peterson | 800 | 0.4 | Telephone Relles re: testimony for court hearing |
| 10/16/10 | Relles | 475 | 2.8 | Work on testimony for court hearing |
| 10/16/10 | Relles | 475 | 0.4 | Telephone Peterson re: testimony for court hearing |
| 10/17/10 | Relles | 475 | 2.5 | Work on testimony for court hearing |
| 10/18/10 | Peterson | 800 | 0.6 | Review Relles's slides for possible testimony at anonymity hearing |
| 10/19/10 | Relles | 475 | 0.8 | Review email discussion on role of third-party neutral |
| 11/05/10 | Peterson | 800 | 1.2 | Review Betz decision about expert testimony in friction product cases |
| 11/07/10 | Peterson | 800 | 1.4 | Review Court's order re: 2004 motion and confidentiality agreement |
| 11/08/10 | Peterson | 800 | 2.7 | Review proposed Trust Agreement and TDP documents |
| 11/13/10 | Peterson | 800 | 1.1 | Review historic settlement data to develop matrix values for TDP |

| 11/13/10 | Relles | 475 | 0.9 | Work on developing TDP parameters |
| 11/22/10 | Peterson | 800 | 0.5 | Review emails about hearing on discovery issues |
| 11/24/10 | Peterson | 800 | 3.2 | Review transcript of 11/23 hearing |
| 11/24/10 | Peterson | 800 | 0.6 | Telephone Relles re: researching foreign claims and subsidiaries (2 calls) |
| 11/24/10 | Relles | 475 | 0.4 | Research foreign claims / subsidiaries |
| 11/24/10 | Relles | 475 | 0.6 | Telephone Peterson re: researching foreign claims and subsidiaries (2 calls) |
| 12/09/10 | Peterson | 800 | 2.6 | Review MLC Trust Agreement and TDP |
| 12/11/10 | Peterson | 800 | 2.1 | Review transcript of 2004 hearing |
| 03-27-11 | Petersen | 800 | 2.3 | Review current TDP and trust agreement |

**Total Task Code (a) 32.70**

## Confer with Committee, Professionals (28.40 Hours; $ 17,682.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 12.90 | $800 | 10,320.00 |
| Relles | 15.50 | $475 | 7,362.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/10 | Peterson | 800 | 1.0 | Conference call with Inselbuch, Swett re: data and forecasts |
| 10/01/10 | Relles | 475 | 1.0 | Conference call with Peterson, Inselbuch, and Swett re: findings from law firm |
| 10/05/10 | Peterson | 800 | 0.4 | Telephone Inselbuch re: liability estimates |
| 10/05/10 | Peterson | 800 | 0.3 | Send email to Inselbuch re: liability estimation |
| 10/06/10 | Peterson | 800 | 0.2 | Review Inselbuch email on locomotive exposure claims |

| 10/15/10 | Relles | 475 | 0.4 | Telephone Wehner re: possible testimony |
|---|---|---|---|---|
| 10/18/10 | Peterson | 800 | 0.7 | Conference call with Swett, Relles, and Wehner re: court hearing testimony |
| 10/18/10 | Relles | 475 | 0.7 | Conference call with Swett, Peterson, and Wehner re: court hearing testimony |
| 10/19/10 | Relles | 475 | 0.2 | Telephone Wehner re: role of third-party neutral |
| 10/19/10 | Relles | 475 | 0.2 | Email Swett re: role of third-party neutral |
| 10/19/10 | Relles | 475 | 0.5 | Telephone Swett re: possible attendance at court hearing |
| 10/20/10 | Relles | 475 | 0.6 | Telephone Swett re: anonymity protocol |
| 10/21/10 | Relles | 475 | 0.3 | Telephone Swett re: Bates matching proposal |
| 10/25/10 | Relles | 475 | 1.0 | Summarize information about locomotive cases for Inselbuch |
| 11/05/10 | Relles | 475 | 0.9 | Build files to respond to Sackett query |
| 11/05/10 | Relles | 475 | 0.6 | Develop and send summary tables for Sackett |
| 11/24/10 | Peterson | 800 | 0.2 | Telephone Swett re: foreign claims |
| 11/24/10 | Peterson | 800 | 1.9 | Draft memo to Swett re: foreign claims and attach materials re: same subject |
| 12/08/10 | Relles | 475 | 0.3 | Telephone Swett re: augmenting MLC data with additional settlement information |
| 12/13/10 | Peterson | 800 | 1.3 | Memo to committee re: settlements of prepetition claims |
| 12/13/10 | Peterson | 800 | 0.6 | Telephone committee member re: settlements of prepetition claims |
| 12/20/10 | Relles | 475 | 0.2 | Telephone Swett re: missing settlements in the MLC database |
| 12/20/10 | Relles | 475 | 0.8 | Produce spreadsheet for Swett on missing settlements in the MLC database |
| 12/21/10 | Relles | 475 | 1.0 | Produce spreadsheet for Swett on missing settlements in the MLC database |
| 12/29/10 | Relles | 475 | 0.3 | Email correspondence with Swett, and research contents of MLC's secure data room |
| 02/08/11 | Peterson | 800 | 0.2 | Emails to Swett and Relles re: Committee call |
| 02/10/11 | Peterson | 800 | 0.3 | Telephone Relles re: tables for Committee meeting |

| | | | | |
|---|---|---|---|---|
| 02/10/11 | Peterson | 800 | 0.9 | Conference call with Committee on TDP values and preparation |
| 02/10/11 | Relles | 475 | 2 | Develop order statistics handout for Committee meeting |
| 02/10/11 | Relles | 475 | 0.8 | Develop liability estimates for Committee meeting |
| 02/10/11 | Relles | 475 | 0.3 | Telephone Peterson re: tables for Committee meeting |
| 02/14/11 | Relles | 475 | 1.3 | Summarize settlement information for Committee discussion |
| 02/15/11 | Peterson | 800 | 2.2 | Draft and send memo to McMillan on separate TDP values by occupation |
| 02/17/11 | Relles | 475 | 0.7 | Email McMillan re: collars |
| 02/18/11 | Relles | 475 | 1 | Email McMillan re: Kazan's question about population sizes |
| 02/19/11 | Peterson | 800 | 1.4 | Review TDP value analyses and emails re: Committee meeting |
| 02/22/11 | Peterson | 800 | 0.4 | Telephone Relles re: analyses for Committee call |
| 02/22/11 | Relles | 475 | 0.4 | Telephone Peterson re: analyses for Committee call |
| 02/23/11 | Peterson | 800 | 0.9 | Committee conference call and preparation |

**Total Task Code (b)        28.40**

### Analyses of Claims Database (96.20 Hours; $ 55,055.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 28.80 | $800 | 23,040.00 |
| Relles | 67.40 | $475 | 32,015.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/06/10 | Peterson | 800 | 0.2 | Telephone Relles re: locomotive exposure claims |
| 10/06/10 | Relles | 475 | 0.2 | Telephone Peterson re: locomotive exposure claims |
| 10/15/10 | Relles | 475 | 1.2 | Review MLC data for information related to privacy proposal |

| 10/19/10 | Peterson | 800 | 0.3 | Telephone Relles about proposed data matching process |
| 10/19/10 | Relles | 475 | 0.3 | Telephone Peterson about proposed data matching process |
| 10/21/10 | Relles | 475 | 0.6 | Review and summarize contents of cdroms sent during September and October |
| 10/25/10 | Peterson | 800 | 0.3 | Telephone Relles re: locomotive exposures |
| 10/25/10 | Peterson | 800 | 0.2 | Review data on locomotive exposure claims |
| 10/25/10 | Relles | 475 | 0.3 | Telephone Peterson re: locomotive exposures |
| 10/25/10 | Relles | 475 | 0.8 | Investigate methods for elimination of duplicates |
| 10/26/10 | Relles | 475 | 2.6 | Review contents of latest cdroms |
| 10/27/10 | Relles | 475 | 1.0 | Update analysis datasets |
| 10/28/10 | Relles | 475 | 1.0 | Perform analyses of liabilities |
| 11/02/10 | Peterson | 800 | 0.4 | Review data for subsidiaries, locomotive claims |
| 11/04/10 | Relles | 475 | 1.1 | Develop list of Mesothelioma claims |
| 11/05/10 | Peterson | 800 | 0.1 | Review data table on disease, status and related emails |
| 11/24/10 | Relles | 475 | 3.6 | Update analysis databases |
| 12/02/10 | Relles | 475 | 1.5 | Merge dates of exposure and social security numbers to database |
| 12/02/10 | Relles | 475 | 3.0 | Identify duplicates in the database |
| 12/04/10 | Relles | 475 | 1.7 | Update database with duplicate record flags |
| 12/04/10 | Relles | 475 | 2.5 | Analyze effects of alternative duplicate record algorithms |
| 12/08/10 | Peterson | 800 | 3.7 | Analyses of verdicts in friction product cases; review summaries of tried cases |
| 12/09/10 | Peterson | 800 | 1.8 | Review data and analyses of claims values for report |
| 12/10/10 | Relles | 475 | 1.0 | Develop claimant characteristics for duplicate claims |
| 12/11/10 | Peterson | 800 | 2.3 | Review statuses of claims, issues of duplicates |
| 12/12/10 | Relles | 475 | 2.7 | Update payment rates and payment amounts analyses |
| 12/13/10 | Peterson | 800 | 1.3 | Review data on filings and settlements before bankruptcy |
| 12/14/10 | Peterson | 800 | 0.8 | Telephone Relles re: payment rates and |

| | | | | payment amounts analyses |
|---|---|---|---|---|
| 12/14/10 | Relles | 475 | 0.8 | Telephone Peterson re: payment rates and payment amounts analyses |
| 12/16/10 | Peterson | 800 | 0.4 | Telephone Relles re: significance of missing closed claims |
| 12/16/10 | Relles | 475 | 0.4 | Telephone Peterson re: significance of missing closed claims |
| 12/17/10 | Peterson | 800 | 1.1 | Telephone Relles re: review analysis of payment amounts |
| 12/17/10 | Relles | 475 | 4.9 | Analyze determinants of high and low payment amounts |
| 12/17/10 | Relles | 475 | 1.1 | Telephone Peterson re: review analysis of payment amounts |
| 12/18/10 | Peterson | 800 | 1.7 | Review settlement values and univariate summaries of same |
| 12/18/10 | Relles | 475 | 0.8 | Examine geographic patterns in the MLC data |
| 12/20/10 | Peterson | 800 | 0.7 | Review settled claims reported as unpaid in MLC data |
| 12/21/10 | Relles | 475 | 3.5 | Eliminate duplicates, run analyses with alternative duplicates elimination logic |
| 12/21/10 | Relles | 475 | 1.2 | Build summary tables with alternative duplicates elimination rules |
| 12/21/10 | Relles | 475 | 0.7 | Examine the effects of trial date scheduling on payment levels |
| 12/22/10 | Peterson | 800 | 1.8 | Analyses of trial-set claims |
| 12/22/10 | Relles | 475 | 2.3 | Update databases |
| 12/22/10 | Relles | 475 | 2.0 | Rerun projections, summarize output |
| 12/27/10 | Relles | 475 | 0.7 | Review defense costs database for additional information about defense costs |
| 12/29/10 | Relles | 475 | 1.0 | Reorganize data files to account for duplicates |
| 12/29/10 | Relles | 475 | 1.6 | Determine state by state differences in settled vs. pending claims |
| 12/30/10 | Relles | 475 | 1.1 | Process updated claims information from MLC |
| 12/30/10 | Relles | 475 | 1.4 | Search for indirect claims, summarize findings |
| 12/31/10 | Relles | 475 | 2.3 | Perform additional searches for indirect claims; summarize findings |
| 01/04/11 | Peterson | 800 | 1.7 | Review data on settlement patterns |
| 01/04/11 | Peterson | 800 | 0.4 | Email correspondence with Kraus re: J. Davidson TX ruling on friction product law suits |
| 01/04/11 | Relles | 475 | 1.4 | Investigate group settlement effects on |

| Date | Name | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| | | | | average settlement values |
| 01/04/11 | Relles | 475 | 1.6 | Update files on indirect claims |
| 01/05/11 | Peterson | 800 | 0.3 | Telephone Baron re: TX friction product cases |
| 01/05/11 | Peterson | 800 | 2.6 | Examine data on settlement processes and effects on values |
| 01/05/11 | Relles | 475 | 2.5 | Estimate effects of group settlements on average payments |
| 01/06/11 | Peterson | 800 | 1.7 | Analyses of settlement values |
| 01/06/11 | Relles | 475 | 5.4 | Draft tables and a narrative summarizing results of the analysis to date |
| 01/07/11 | Peterson | 800 | 0.4 | Telephone Relles re: discuss analysis of bar date data |
| 01/07/11 | Peterson | 800 | 3.3 | Examine data on settlement processes and effects on values |
| 01/07/11 | Peterson | 800 | 1.3 | Review data on bar date claims |
| 01/07/11 | Relles | 475 | 2.8 | Perform additional analyses for Peterson report |
| 01/07/11 | Relles | 475 | 2.4 | Review pending claims from bar date, compare with pending claims from MLC database |
| 01/07/11 | Relles | 475 | 0.4 | Telephone Peterson re: discuss analysis of bar date data |

**Total Task Code (c)**          **96.20**

## Estimate Debtor's Liability (89.60 Hours; $ 66,870.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 74.80 | $800 | 59,840.00 |
| Relles | 14.80 | $475 | 7,030.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/07/10 | Peterson | 800 | 3.2 | Work on forecast and quantitative analyses for report |
| 12/12/10 | Peterson | 800 | 2.9 | Consider alternative forecast analyses for report |
| 12/14/10 | Peterson | 800 | 2.9 | Review analyses of resolutions and impact on forecasting process |
| 12/14/10 | Relles | 475 | 2.6 | Analyze trends in payment levels over time |
| 12/15/10 | Peterson | 800 | 3.7 | Work alternative forecasts of asbestos |

| | | | | liabilities and research regarding assumptions for alternatives |
|---|---|---|---|---|
| 12/15/10 | Peterson | 800 | 1.6 | Analyses of proposed TDP claim values |
| 12/15/10 | Relles | 475 | 2.9 | Perform additional analyses of trends in payment levels over time |
| 12/16/10 | Peterson | 800 | 0.7 | Telephone Relles trends in payments |
| 12/16/10 | Relles | 475 | 0.7 | Telephone Peterson trends in payments |
| 12/20/10 | Peterson | 800 | 4.6 | Review prior report discussions of forecasting methods and selection of forecast parameters |
| 12/21/10 | Peterson | 800 | 2.3 | Review alternative forecast parameters |
| 12/21/10 | Relles | 475 | 2.5 | Rerun projections with alternative duplicates elimination rules |
| 12/22/10 | Peterson | 800 | 0.7 | Telephone Relles re: discuss analysis and projection results |
| 12/22/10 | Peterson | 800 | 1.6 | Review analyses of MLC data and forecasts |
| 12/22/10 | Relles | 475 | 1.9 | Analyze trends in filings and settlement values |
| 12/22/10 | Relles | 475 | 0.7 | Telephone Peterson re: discuss analysis and projection results |
| 12/23/10 | Peterson | 800 | 8.9 | Draft estimation report; review quantitative analyses and effects on forecasts |
| 12/27/10 | Peterson | 800 | 0.4 | Telephone Relles re: trends in defense and indemnity costs |
| 12/27/10 | Peterson | 800 | 0.4 | Telephone Relles re: trends in state by state counts |
| 12/27/10 | Peterson | 800 | 6.6 | Consider analyses and how report conclusions and discussion are impacted by state issues, trends and explanations for trends |
| 12/27/10 | Relles | 475 | 0.4 | Telephone Peterson re: trends in defense and indemnity costs |
| 12/27/10 | Relles | 475 | 0.4 | Telephone Peterson re: trends in state by state counts |
| 12/29/10 | Peterson | 800 | 0.3 | Telephone Relles re: discuss current estimates of liability |
| 12/29/10 | Relles | 475 | 0.8 | Research current estimates of liability |
| 12/29/10 | Relles | 475 | 0.3 | Telephone Peterson re: discuss current estimates of liability |
| 12/30/10 | Peterson | 800 | 0.4 | Telephone Relles re: alternative forecasts |
| 12/30/10 | Peterson | 800 | 1.7 | Review range of forecasts |
| 12/30/10 | Peterson | 800 | 6.8 | Address report discussion of sources of liability and continue writing |
| 12/30/10 | Relles | 475 | 0.4 | Telephone Peterson re: alternative forecasts |
| 01/04/11 | Peterson | 800 | 2.4 | Review draft report |

| 01/05/11 | Peterson | 800 | 2.2 | Work on liability report and analyses |
| 01/06/11 | Peterson | 800 | 3.8 | Work on liability report and analyses |
| 01/07/11 | Peterson | 800 | 2.1 | Work on liability report and analyses |
| 01/07/11 | Peterson | 800 | 1.6 | Review history of auto friction product trials |
| 01/08/11 | Peterson | 800 | 3.4 | Work on liability report |
| 01/08/11 | Relles | 475 | 1.2 | Review Peterson draft report |
| 01/13/11 | Peterson | 800 | 4.1 | Review and draft liability report |
| 01/14/11 | Peterson | 800 | 3.9 | Review and draft liability report |
| 01/14/11 | Peterson | 800 | 1.6 | Plan work on analyses and drafting |

**Total Task Code (d)**        **89.60**

## Research on Claims and Settlements (19.20 Hours; $12,760.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 11.20 | $800 | 8,960.00 |
| Relles | 8.00 | $475 | 3,800.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/04/10 | Peterson | 800 | 2.6 | Review additional decisions about Mesothelioma epidemiology |
| 12/04/10 | Peterson | 800 | 2.9 | Review verdicts in friction product trials |
| 12/08/10 | Peterson | 800 | 0.3 | Telephone Relles re: augmenting MLC data with additional settlement information |
| 12/08/10 | Peterson | 800 | 2.9 | Investigate changes in settlement values during 2000s |
| 12/08/10 | Relles | 475 | 2.0 | Review additional settlement information provided by plaintiffs' firms |
| 12/08/10 | Relles | 475 | 0.3 | Telephone Peterson re: augmenting MLC data with additional settlement information |
| 12/10/10 | Peterson | 800 | 2.5 | Review law firm settlement information |
| 12/10/10 | Relles | 475 | 2.7 | Integrate additional law firm cases into analysis of payment rates |
| 12/11/10 | Relles | 475 | 3.0 | Integrate additional law firm cases into analysis of payment rates |

**Total Task Code (e) 19.20**

**Research, obtain other data (3.20 Hours; $2,560.00)**

| Professionals | | | Number of Hours | Billing Rate | Value |
|---|---|---|---|---|---|
| Peterson | | | 3.20 | $800 | 2,560.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/10 | Peterson | 800 | 3.2 | Review Texas MDL decision re: Mesothelioma epidemiology for friction exposures; review epidemiological research |

**Total Task Code (f)    3.20**

**Other Experts, Evaluate, Confer (27.70 Hours; $ 21,737.50)**

| Professionals | | | Number of Hours | Billing Rate | Value |
|---|---|---|---|---|---|
| Peterson | | | 26.40 | $800 | 21,120.00 |
| Relles | | | 1.30 | $475 | 617.50 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/10 | Peterson | 800 | 1.2 | Review Bates White arguments on liabilities |
| 10/01/10 | Peterson | 800 | 1.0 | Review responses to Bates White arguments on asbestos liabilities |
| 11/01/10 | Peterson | 800 | 0.3 | Correspondence with Dr. Sweeney re: confidentiality of data |
| 12/01/10 | Peterson | 800 | 1.6 | Review Rabinovitz reports |
| 12/01/10 | Peterson | 800 | 4.3 | Review Bates' submissions and related motions |
| 12/16/10 | Peterson | 800 | 0.2 | Telephone Relles about Bates's study of Mesothelioma claims |
| 12/16/10 | Peterson | 800 | 3.3 | Review case file from Bates's sample |
| 12/16/10 | Relles | 475 | 0.2 | Telephone Peterson about Bates's study of Mesothelioma claims |
| 12/21/10 | Peterson | 800 | 5.7 | Review claims in Bates's' sample |
| 12/27/10 | Relles | 475 | 0.6 | Review HR&A for defense cost information |
| 12/31/10 | Peterson | 800 | 3.1 | Review Rabinovitz forecasts and consider relevance to our estimation report |

| 01/03/11 | Peterson | 800 | 2.6 | Review Rabinovitz reports |
| 01/05/11 | Peterson | 800 | 0.5 | Telephone Relles and Brockman re: status |
| 01/05/11 | Relles | 475 | 0.5 | Telephone Peterson and Brockman re: status |
| 01/13/11 | Peterson | 800 | 2.6 | Draft criticism of "whole value" approach to estimation |

**Total Task Code (h)**        **27.70**


### Report Preparation (38.70 Hours; $ 29,725.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 34.90 | $800 | 27,920.00 |
| Relles | 3.80 | $475 | 1,805.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/10 | Peterson | 800 | 3.6 | Work on draft of estimation report |
| 12/22/10 | Peterson | 800 | 6.3 | Outline and draft estimation report |
| 12/23/10 | Peterson | 800 | 0.5 | Telephone Relles re: additional analyses for the report |
| 12/23/10 | Relles | 475 | 0.5 | Telephone Peterson re: additional analyses for the report |
| 12/23/10 | Relles | 475 | 1.9 | Develop additional analyses for the report |
| 12/24/10 | Peterson | 800 | 3.7 | Continue drafting estimation report |
| 12/26/10 | Peterson | 800 | 7.3 | Review current draft of estimation report, revise and continue writing |
| 12/28/10 | Peterson | 800 | 4.1 | Review and continue writing of estimation report |
| 12/29/10 | Peterson | 800 | 2.8 | Continue writing report |
| 12/30/10 | Peterson | 800 | 0.5 | Telephone Relles re: claims against various GM defendants |
| 12/30/10 | Peterson | 800 | 1.2 | Review data on defendants |
| 12/30/10 | Relles | 475 | 0.5 | Telephone Peterson re: claims against various GM defendants |
| 12/31/10 | Peterson | 800 | 0.9 | Telephone Relles re: claims against various GM defendants |
| 12/31/10 | Peterson | 800 | 1.7 | Review data on defendants |
| 12/31/10 | Peterson | 800 | 2.3 | Review and revise portions of estimation report |
| 12/31/10 | Relles | 475 | 0.9 | Telephone Peterson re: claims against various GM defendants |

**Total Task Code (m)**        **38.70**

## Claims Resolution Procedures (18.30 Hours; $ 12,527.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peterson | 11.80 | $800 | 9,440.00 |
| Relles | 6.50 | $475 | 3,087.00 |

| Trans Date | Empl Name | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/11 | Peterson | 800 | 2 | Review trust agreement |
| 02/03/11 | Peterson | 800 | 0.5 | Analyze settlement statistics to use in setting TDP values |
| 02/10/11 | Peterson | 800 | 2.2 | Review settlement order statistics and liability forecasts to assist in developing TDP values |
| 02/12/11 | Peterson | 800 | 0.5 | Telephone Relles re: separating TDP values by types of occupations |
| 02/12/11 | Relles | 475 | 0.5 | Telephone Peterson re: separating TDP values by types of occupations |
| 02/15/11 | Peterson | 800 | 0.4 | Telephone Relles re: settlement order statistics by occupation; review results |
| 02/15/11 | Relles | 475 | 2.8 | Investigate effect of occupation on payments for TDP discussions |
| 02/15/11 | Relles | 475 | 0.4 | Telephone Peterson re: settlement order statistics by occupation; review results |
| 02/21/11 | Peterson | 800 | 0.6 | Telephone Relles re: changes to proposed TDP values (0.3), review suggested changes (0.3) |
| 02/21/11 | Relles | 475 | 0.3 | Telephone Peterson re: changes to proposed TDP values |
| 02/22/11 | Peterson | 800 | 1.3 | Review revised TDP |
| 02/22/11 | Peterson | 800 | 1 | Review revised and redlined Trust agreement |
| 02/22/11 | Peterson | 800 | 0.8 | Review analyses of occupations |
| 02/22/11 | Peterson | 800 | 0.4 | Review correspondence re: trends in Texas Mesothelioma settlements |
| 02/23/11 | Peterson | 800 | 0.8 | Review and modify memo |
| 02/23/11 | Peterson | 800 | 0.6 | telephone Relles (2 calls) re: discuss memo |
| 02/23/11 | Relles | 475 | 1.9 | Prepare memo on occupation effects for conference call |
| 02/23/11 | Relles | 475 | 0.6 | Telephone Peterson (2 calls) re: discuss memo |
| 02/24/11 | Peterson | 800 | 0.7 | Review revised TDP values and memo and make further changes in memo |

**Total Task Code (g) 18.30**

<u>Other Charges</u>:

N/A