LEGAL ANALYSIS SYSTEMS

**EXHIBIT B**

LIST OF PROFESSIONALS AND HOURS
October 1, 2010 – March 31, 2011

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Peterson | $800 | 225.50 | 180,400.00 |
| Relles | $475 | 128.50 | 61,037.50 |
|  |  |  |  |
| **TOTALS** |  | **354.00** | **$241,437.50** |

LIST OF PROFESSIONALS AND HOURS
March 15, 2010-March 31, 2011

| Name | Rate | Hours | Amount ($) |
|---|---|---|---|
| Peterson | $800 | 363.20 | 290,560.00 |
| Relles | $475 | 277.40 | 131,765.00 |
| Ebener | $335 | 66.10 | 20,301.00 |
|  |  |  |  |
| **TOTALS** |  | **706.70** | **$442,626.00** |