# **EXHIBIT C**

<u>Other Charges</u>:

N/A