**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
LEGAL ANALYSIS SYSTEMS, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF
MOTORS LIQUIDATION COMPANY, ET AL.
FOR THE PERIOD OCTOBER 1, 2010 THROUGH MARCH 31, 2011**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 10/1/10-3/31/11 | Total Hours From The Petition Date | Total Fees For The Period 10/1/10–3/31/11 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Review work on plan documents/Ruling | 32.70 | 43.00 | $ 22,520.00 | $ 29,070.00 |
| Confer with Committee Professionals | 28.40 | 56.30 | $ 17,682.50 | $ 36,395.00 |
| Analysis of Claims Database | 96.20 | 226.50 | $ 55,055.00 | $ 138,105.00 |
| Alternative Claims Resolution | .00 | 45.20 | $ .00 | $ 17,402.00 |
| Evaluate Proofs of Claims | .00 | 1.40 | $ .00 | $ 892.50 |
| Travel | .00 | 11.00 | $ .00 | $ 1,842.50 |
| Estimate Debtor's Liability | 89.60 | 110.00 | $ 66,870.00 | $ 78,542.50 |
| Research on Claims & Settlements | 19.20 | 76.80 | $ 12,760.00 | $ 46,815.00 |
| Research Obtain Other Data | 3.20 | 31.00 | $ 2,560.00 | $ 16,279.00 |
| Other Experts, Evaluate, Confer | 27.70 | 39.00 | $ 21,737.50 | $ 27,755.00 |
| Analysis of Other Matters | .00 | 2.50 | $ .00 | $ 1,675.00 |
| Review, work on plans Documents/Ruling | .00 | 7.00 | $ .00 | $ 5,600.00 |
| Report Preparation | 38.70 | 38.70 | $ 29,725.00 | $ 29,725.00 |
| Claims Resoluting Procdures | 18.30 | 18.30 | $ 12,527.50 | $ 12,527.50 |
| **TOTAL** | **354.00** | **706.70** | **$ 241,437.50** | **$ 442,626.00** |

- 2 -

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/1/10 – 3/31/11 | Total Expense From The Petition Date |
|---|---|---|
| Air & Train Transportation | $ .00 | $ 524.80 |
| Coding Services | $ .00 | $ 2,510.26 |
| Meals Related to Travel | $ .00 | $ 60.86 |
| Travel Expenses – Hotel Charges | $ .00 | $ 244.20 |
| Travel Expenses – Ground Transportation | $ .00 | $ 86.68 |
| Travel Expenses – Miscellaneous | $ .00 | $ 52.65 |
| **TOTAL** | **$ .00** | **$ 3,479.45** |