UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

MOTORS LIQUIDATION COMPANY, ET AL.
f/k/a General Motors Corp., *et al.*

                      Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 09-50026 (reg)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                     )ss:
COUNTY OF NASSAU )

    **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

    On May 17, 2011, I served a copy of the Notice of Appearance and Demand for Service of Papers upon:

THE ATTACHED LIST OF CREDITORS AND PARTIES IN INTEREST

by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Post Office within New York State, addressed to each of the attached named parties at the last known address set forth after each name.

                                               /s/Christine C. Follett_____
                                               CHRISTINE C. FOLLETT

Sworn to before me this
17th day of May, 2011

/s/Marion Panos_____
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

2359380.1

| | |
|---|---|
| Daniel R. Murray, Esq.<br>Jenner & Block, LLP.<br>330 N. Wabash Avenue<br>Chicago, IL 60601 | David R. Berg, Esq.<br>Weil Gotshal & Manges, LLP.<br>1300 Eye Street, NW<br>Suite 900<br>Washington DC 20005 |
| Deborah Kovsky-Apap, Esq.<br>Pepper Hamilton LLP.<br>100 Renaissance Center<br>Suite 3600<br>Detroit, MI 48243-1157 | Donald F. Baty, Jr.<br>Honigman, Miller, Schwartz and Cohn, LLP.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Harvey R. Miller, Esq.<br>Weil Gotshal & Manges, LLP.<br>767 Fifth Avenue<br>New York, NY 10153 | Joseph R. Sgroi, Esq.<br>Honigman Miller Schwartz and Cohn, LLP.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| Joseph H. Smolinsky, Esq.<br>Weil Gotschal & Manges, LLP.<br>767 Fifth Avenue<br>New York, NY 10153 | Judy B. Calton, Esq.<br>Honigman Miller Schwartz & Cohn, LLP.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |

2357211.1

Patrick J. Trostle, Esq.
Jenner & Block LLP.
919 Third Avenue
37th Floor
New York, NY 10022

Robert J. Lemons, Esq.
Weil Gotshal & Manges, LLP.
767 Fifth Avenue
New York, NY 10153

Robert B. Weiss, Esq.
Honigman Miller Schwartz & Cohn, LLP.
2290 First National Building
Detroit, MI 48226

Stephen Karotkin, Esq.
Weil Gotschal & Manges, LLP.
767 Fifth Avenue
New York, NY 10153

Tricia A. Sherick, Esq.
Honigman Miller Schwartz & Cohn, LLP.
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

Andrea B. Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall street -21st Floor
New York, NY 10004

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004

2357211.1

| | |
|---|---|
| Jeffrey S. Stein, Esq.<br>The Garden City Group, Inc.<br>105 Maxess Road<br>Melville, NY 11747 | Adam Rogoff, Esq.<br>Kramer Levin Naftalis & Frankel<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 |
| Amy Caton, Esq.<br>Kramer Levin Naftalis & Frankel<br>1177 Avenue of the Americas<br>New York, NY 10036-2714 | David E. Blabey, Esq.<br>Kramer Levin Naftalis & Frankel, LLP.<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Eric Fisher, Esq.<br>Butzel Long, a professional corporation<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017 | Gordon Z. Novod, Esq.<br>Kramer Levin Naftalis & Frankel, LLP.<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Gregory G. Plotko, Esq.<br>Kramer Levin Naftalis & Frankel<br>1177 Avenue of the Americas<br>New York, NY 10036 | Jennifer Sharret, Esq.<br>Kramer Levin Naftalis & Frankel, LLP.<br>1177 Avenue of the Americas<br>New York, NY 10036 |

2357211.1

| | |
|---|---|
| Lauren Macksoud, Esq.<br>Kramer Levin, LLP.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Philip Bentley, Esq.<br>Kramer Levin Naftalis & Frankel, LLP.<br>1177 Avenue of the Americas<br>New York, NY 10036 |

Robert T. Schmidt, Esq.
Kramer Levin Naftalis & Frankel, LLP.
1177 Avenue of the Americas
New York, NY 10036

2357211.1