|  |  |
|---|---|
|  | Hearing Date and Time:   6/27/2011 at 9:45 a.m. (NYC Time) |
|  | Objection Deadline:   6/20/2011 at 5:00 p.m. (NYC Time) |

DICONZA TRAURIG MAGALIFF LLP
630 Third Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 682-4940
Facsimile: (212) 682-4942
Gerard DiConza
Lance A. Schildkraut

*Bankruptcy Attorneys for LFR, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:                                                                  :    Chapter 11
                                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,                                   :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                              :
                                                                        :    (Jointly Administered)
                              Debtors.                        :
------------------------------------------------------------------------x

NOTICE OF SUPPLEMENT TO COVERSHEET FOR APPLICATION OF LFR INC. FOR (A) ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FIFTH INTERIM PERIOD FROM OCTOBER 1, 2010 THROUGH MARCH 29, 2011; (B) FINAL AWARD AND ALLOWANCE OF COMPENSATION FOR PERIOD FROM JUNE 1, 2009 THROUGH MARCH 29, 2011; AND (C) RELEASE OF ALL HOLDBACKS

        PLEASE TAKE NOTICE that the cover sheet for application of LFR Inc. for (a) allowance of compensation and reimbursement of expenses for the fifth interim period from October 1, 2010 through March 29, 2011; (b) final award and allowance of compensation for the period from June 1, 2009 through March 29, 2011; and (c) release of all holdbacks filed on May 16, 2011 [Docket Number 10251] is supplemented with the attached chart.

Dated: May 17, 2011                                      DICONZA TRAURIG MAGALIFF LLP

                                                          /s/ Gerard DiConza
                                                          Gerard DiConza
                                                          630 Third Avenue, 7th Floor
                                                         New York, New York 10017

                                                          *Bankruptcy Attorneys for LFR, Inc.*

PER2 INC

Cover Sheet -- Summary of Interim Fee Applications/Fees and Expenses Requested

| Date Filed | Period Covered | Fees Requested | Fees Allowed | Holdback | Expenses Requested | Expenses Allowed | Date Approved |
|---|---|---|---|---|---|---|---|
| 11/12/2009 | 1st fee application | $633,772.80 | $630,769.03 | $63,076.90 | $43,447.98 | $23,842.74 | 7/22/2010 |
| 3/15/2010 | 2nd fee application | $1,034,548.40 | $1,029,311.35 | $102,931.14 | $182,730.34 | $182,296.20 | 11/23/2010 |
| 8/5/2010 | 3rd fee application | $1,010,871.20 | $993,243.11 | $99,324.31 | $387,715.62 | $232,223.82 | 12/22/2010 |
|  |  |  | $11,709.65 | $1,170.65 |  | $144,948.17 | 5/9/2011 |
| 11/15/2010 | 4th fee application | $217,990.50 | $216,583.30 | $21,658.33 | $33,226.15 | $18,370.15 | 12/22/2010 |
|  |  |  | $0.00 | $0.00 |  | $14,517.31 | 5/9/2011 |
| 5/16/2011 | 5th fee application | $243,858.10 |  |  | $2,546.41 |  |  |
| Total: |  | $3,141,041.00 | $2,881,616.44 | $288,161.33 | $649,666.50 | $616,198.39 |  |

| | | Fees Allowed | $2,881,616.44 | | Expenses Allowed | $616,198.39 | |
|---|---|---|---|---|---|---|---|
| | | Plus 5th fee app | $243,858.10 | | Plus 5th fee app | $2,546.41 | Total |
| | | Total Fees: | $3,125,474.54 | | Total Expenses: | $618,744.80 | $3,744,219.34 |
| | | | | | | Less Voluntary Credit: | $15,087.60 |
| | | | | | | Amount to be Paid: | **$3,729,131.74** |