Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jacob L. Newton (Admitted *Pro Hac Vice*)
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

---------------------------------------------------------------X
                                                               )
In re                                                          )   Chapter 11
                                                               )
MOTORS LIQUIDATION COMPANY, *et al.*,                          )
f/k/a GENERAL MOTORS CORP., *et al.*,                          )
                                                               )
                                                               )   Case No. 09-50026 (REG)
                                                               )
                 Debtors.                                      )   Jointly Administered
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 16, 2011, she caused true and correct copy of the *Application of the Ad Hoc Committee of Asbestos Personal Injury Claimants for Payment of Reasonable Fees and Expenses Pursuant to 11 U.S.C. § 503(b)* [Docket No. 10245] to be served: (a) by electronic mail on all parties on the Master Service List; (b) by ECF on all parties receiving notice via the Court's ECF System; and (c) by overnight delivery on the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Tracy Hope Davis, Esq.

Dated: May 17, 2011
       Dallas, Texas

       */s/Rachael L. Stringer*
       Rachael L. Stringer

       STUTZMAN, BROMBERG,
       ESSERMAN & PLIFKA,
       A PROFESSIONAL CORPORATION
       2323 Bryan Street, Suite 2200
       Dallas, Texas 75201
       Telephone: (214) 969-4900
       Facsimile: (214) 969-4999