Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

COUNSEL FOR DEAN M. TRAFELET
IN HIS CAPACITY AS LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS

| | |
|---|---|
| ------------------------------------------------------------X | |
| ) | |
| In re                                                          ) | Chapter 11 |
| ) | |
| MOTORS LIQUIDATION COMPANY, *et al.,*        ) | |
| f/k/a GENERAL MOTORS CORP., *et al.,*           ) | |
| ) | Case No. 09-50026 (REG) |
| ) | |
|                                        Debtors.          ) | Jointly Administered |
| ------------------------------------------------------------X | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 16, 2011, she caused true and correct copies of the

following documents to be served: (a) by electronic mail on all parties on the Master Service

List; (b) by ECF on all parties receiving notice via the Court's ECF System; and (c) by overnight

delivery on the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, 21st Floor, New York, New York 10004, Attention: Tracy Hope Davis, Esq.:

- Third Interim and Final Application of Dean M. Trafelet in his Capacity as Legal
  Representative for Future Asbestos Personal Injury Claimants, for Allowance of
  Compensation and Reimbursement of Expenses Incurred for the Interim Period from
  October 1, 2010 through March 29, 2011, and the Final Period from November 13, 2099
  through March 29, 2011 (Docket No. 10247);

- Third Interim and Final Application of Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, for Allowance of Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Interim Period from October 1, 2010 through March 29, 2011, and the Final Period from February 24, 2010 through March 29, 2011 (Docket No. 10248); and

- Third Interim and Final Application of Analysis Research Planning Corporation as Asbestos Claims Valuation Consultant to Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2010 through March 29, 2011, and the Final Period from March 1, 2010 through March 29, 2011 (Docket No. 10250).

Dated: May 17, 2011
       Dallas, Texas

                                    /s/Rachael L. Stringer
                                   Rachael L. Stringer

                                   STUTZMAN, BROMBERG,
                                   ESSERMAN & PLIFKA,
                                   A PROFESSIONAL CORPORATION
                                   2323 Bryan Street, Suite 2200
                                   Dallas, Texas 75201
                                   Telephone:  (214) 969-4900
                                   Facsimile:  (214) 969-4999