## EXHIBIT A-1

### Case Administration (4.10 Hours; $ 2,794.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 1.00 | $655 | 655.00 |
| Ronald E. Reinsel | 3.10 | $690 | 2,139.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/09/10 | RER | 655.00 | 0.40 | Coordination re hearing. |
| 12/28/10 | RER | 655.00 | 0.30 | Review calendar and notices re: hearing and follow up w/RCT. |
| 12/29/10 | RER | 655.00 | 0.30 | Corresp. w/RCT and follow up re: hearing issues. |
| 01/03/11 | RER | 690.00 | 1.30 | Case file management and organization. |
| 01/13/11 | RER | 690.00 | 0.90 | Review hearing transcript and follow up re: same. |
| 01/14/11 | RER | 690.00 | 0.90 | Review hearing transcript and follow up re: same. |

**Total Task Code .04**    4.10

### Fee Applications-Self (6.30 Hours; $ 2,063.25)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 6.30 | $327.50 | 2,063.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/22/10 | RER | 327.50 | 0.30 | Teleconf. w/TWS re: fee hearing and coordinate re: same. |
| 11/02/10 | RER | 327.50 | 0.30 | Review draft memo to team re: billing issues. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/22/10 | RER | 327.50 | 1.30 | Review Interim Application draft materials. |
| 11/29/10 | RER | 327.50 | 1.80 | Review Interim Application and exhibits and follow up re: same. |
| 12/15/10 | RER | 327.50 | 2.60 | Appear at status hearing and Fee Application (1.5) draft followup memo and coordinate re transcripts re same (1.1). |

**Total Task Code .07    6.30**

**Litigation (75.10 Hours; $ 49,190.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 75.10 | $655 | 49,190.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/26/10 | RER | 655.00 | 3.50 | Prep. for and attend hearing. |
| 11/01/10 | RER | 655.00 | 0.90 | Follow-up re: discovery issues. |
| 11/03/10 | RER | 655.00 | 1.20 | Review memo re: DS hearing and follow-up. |
| 11/03/10 | RER | 655.00 | 1.70 | Conf. w/TWS re: discovery issues and follow-up re: same. |
| 11/03/10 | RER | 655.00 | 2.20 | Review transcript re: 10/21 hearing and prep. re: further proceeding. |
| 11/04/10 | RER | 655.00 | 1.30 | Prep. re: continued hearing. |
| 11/05/10 | RER | 655.00 | 2.30 | Coordination re: continued hearing and prep. re: same. |
| 11/08/10 | RER | 655.00 | 2.40 | Review materials and prep. re: continued hearing. |

2

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/08/10 | RER | 655.00 | 1.70 | Review of claimants' objections re: discovery and follow-up. |
| 11/09/10 | RER | 655.00 | 4.00 | Prep. for and appear at continued hearing and follow-up re: same. |
| 11/09/10 | RER | 655.00 | 0.60 | Follow up re: discovery objections and coordinate research re: same. |
| 11/10/10 | RER | 655.00 | 0.90 | Coordinate w/RCT re: discovery research and work w/TWS and correspondence re: same. |
| 11/10/10 | RER | 655.00 | 3.10 | Begin research re: discovery issues. |
| 11/10/10 | RER | 655.00 | 2.30 | Follow-up and review exhibits re: discovery objections. |
| 11/10/10 | RER | 655.00 | 0.40 | Follow-up re: hearing. |
| 11/11/10 | RER | 655.00 | 1.20 | Review drafts and research re: discovery issues. |
| 11/11/10 | RER | 655.00 | 0.40 | Work w/ RCT re: discovery issues research. |
| 11/11/10 | RER | 655.00 | 2.20 | Follow-up research and case review re: same. |
| 11/12/10 | RER | 655.00 | 0.90 | Review discovery research memo and follow up with TWS and RCT re: same. |
| 11/12/10 | RER | 655.00 | 3.90 | Additional research re: discovery issues. |
| 11/12/10 | RER | 655.00 | 1.50 | Prep for and meet w/TWS and team up re: appeal and potential discovery enforcement issue. |
| 11/12/10 | RER | 655.00 | 1.30 | Follow-up re: claimants' discovery objections and review citations re: same. |
| 11/15/10 | RER | 655.00 | 4.80 | Work re: discovery and appeal issues and review cases re: same. |
| 11/15/10 | RER | 655.00 | 2.60 | Research re: potential discovery enforcement and related issues and review RCT memo re: same and follow-up w/RCT and TWS. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/16/10 | RER | 655.00 | 5.20 | Work re: discovery and appeal issues and review cases re: same. |
| 11/16/10 | RER | 655.00 | 2.70 | Research and case law review re: discovery/enforcement issues and follow-up re: memo regarding same. |
| 11/16/10 | RER | 655.00 | 0.70 | Review claimant replies re: discovery objections and follow-up w/RCT re: same. |
| 11/17/10 | RER | 655.00 | 3.60 | Work re: discovery and appeal issues and review cases re: same. |
| 11/17/10 | RER | 655.00 | 3.70 | Follow-up re: memo cited cases and additional research re: discovery enforcement issues. |
| 11/17/10 | RER | 655.00 | 0.40 | Extended telecall w/RCT re: memo and issues re: discovery/appeal. |
| 11/18/10 | RER | 655.00 | 4.50 | Work re: discovery and appeal issues and review cases re: same. |
| 11/18/10 | RER | 655.00 | 0.60 | Extended telecall w/RCT re: memo and issues re: discovery/appeal. |
| 11/19/10 | RER | 655.00 | 4.20 | Work re: discovery and appeal issues and review cases re: same. |
| 11/23/10 | RER | 655.00 | 1.40 | Follow-up re: discovery research. |
| 12/01/10 | RER | 655.00 | 0.40 | Review bench decision re fee issues. |
| 12/16/10 | RER | 655.00 | 0.40 | Review and edit hearing memo and follow up teleconfs. w/RCT and TWS re: same. |

**Total Task Code .10      75.10**

4

**Plan & Disclosure Statement (15.20 Hours; $ 9,956.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 15.20 | $655 | 9,956.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/04/10 | RER | 655.00 | 2.90 | Review draft TA and TDP and inserts re: DS and follow-up. |
| 11/05/10 | RER | 655.00 | 2.40 | Review of final drafts re: plan documents and DS issues. |
| 11/18/10 | RER | 655.00 | 0.40 | Correspondence re: DS issues. |
| 11/19/10 | RER | 655.00 | 0.50 | Correspondence and coordination re: DS issues and continued hearing. |
| 11/23/10 | RER | 655.00 | 0.50 | Correspondence and coordination re: DS issues and continued hearing. |
| 11/29/10 | RER | 655.00 | 0.40 | Correspondence re: DS issues. |
| 12/06/10 | RER | 655.00 | 0.80 | Conference w/ TWS re DS issues (.3) and hearing and review memo re same (.5). |
| 12/06/10 | RER | 655.00 | 1.20 | Prep re hearing. |
| 12/07/10 | RER | 655.00 | 6.10 | Review supplemental DS objections and brief meeting with TWS re same (1.1), prep for and appear at DS hearing (3.2), draft memoranda to TWS and committee re same (1.5) follow-up with KCM re same (.3). |

**Total Task Code .11**     **15.20**

5

**Committee Meetings/Conferences (.60 Hours; $ 393.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | .60 | $655 | 393.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/27/10 | RER | 655.00 | 0.60 | Follow up re: hearing and review memo re: same. |

**Total Task Code .15        .60**

**Travel (14.30 Hours; $ 4,683.25)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | 14.30 | $327.50 | 4,683.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/25/10 | RER | 327.50 | 2.00 | Travel to NYC re: hearing. |
| 10/26/10 | RER | 327.50 | 1.50 | Return travel from hearing. |
| 11/08/10 | RER | 327.50 | 2.50 | Travel to NYC re: hearing. |
| 11/09/10 | RER | 327.50 | 2.60 | Return travel to DC |
| 12/15/10 | RER | 327.50 | 2.80 | Travel to NYC re hearing. |
| 12/15/10 | RER | 327.50 | 2.90 | Return travel from hearing. |

**Total Task Code .16        14.30**

**Fee Applications-Others (.40 Hours; $ 138.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | .40 | $345 | 138.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/14/11 | RER | 345.00 | 0.40 | Review fee drafts re: LAS and CO. |

**Total Task Code .18**         **.40**