**EXHIBIT B**

**Asset Analysis & Recovery (8.60 Hours; $ 3,787.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtor's assets for the benefit of the estate.

**Total Task Code .01**        8.60


**Case Administration (28.30 Hours; $ 14,821.00)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        28.30


**Fee Applications – Self (119.50 Hours; $ 24,389.50)**

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by Caplin & Drysdale's to these bankruptcy proceedings.

**Total Task Code .07**        119.50


**Litigation (1,102.60 Hours; $ 465,978.50)**

Services rendered in this category pertain to the review, analysis and litigation of adversary actions and other litigation in these bankruptcy proceedings.

**Total Task Code .10**        1,102.60


**Plan and Disclosure Statement (911.90 Hours; $ 451,104.50)**

Services rendered in this category pertain to efforts to formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .11**        911.90

**Tax Issues (18.20 Hours; $ 13,528.50)**

Services rendered in this category pertain to the analysis of tax issues regarding the Debtor's estate and a potential reorganization plan.

**Total Task Code .13        18.20**

**Committee Meetings/Conferences (65.00 Hours; $ 39,457.00)**

Services rendered in this category include preparation for and participation in committee meetings and conference calls; general memoranda to Committee and local counsel; and response to inquiries from Committee members and/or their counsel.

**Total Task Code .15        65.00**

**Travel (48.30 Hours; $ 14,243.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half and attorney's usual hourly rate.

**Total Task Code .16        48.30**

**Docket Review & Control (174.80 Hours; $ 35,409.00)**

Services rendered in this category pertain to organization and maintenance of the filing system, maintenance of the calendar for professionals in the case and for Asbestos Committee members; and docket review for main case and pending adversary proceedings.

**Total Task Code .17        174.80**

**Fee Applications - Others (31.10 Hours; $ 4,471.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .18        31.10**

**Retention Applications-Others (11.20 Hours; $ 3,854.50)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .19      11.20**

**Fee Auditor Matters - Self (70.90 Hours; $ 35,030.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .21      70.90**

**Estimation Hearing (263.80 Hours; $ 112,712.00)**

Services provided in this category relate to discovery issues, correspondence, negotiations, expert consultation and other preparation regarding a bankruptcy court hearing to estimate the Debtor's total asbestos liability.

**Total Task Code .22      263.80**