# **EXHIBIT C1**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $1,613.77 |
| Outside Local Deliveries | $21.60 |
| Filing Fees | $110.00 |
| Research Material | $1,122.72 |
| Charge of Cell and/or Home Phone Useage | $2,833.64 |
| Air & Train Transportation | $4,727.05 |
| Meals Related to Travel | $344.61 |
| Conference Meals | $35.44 |
| Court Reporting/Transcript Service | $986.90 |
| Outside Photocopying/Duplication Service | $6,916.90 |
| Travel Expenses - Hotel Charges | $3,528.69 |
| Travel Expenses - Ground Transportation | $795.27 |
| Travel Expenses - LD Calls on Hotel Bill | $54.81 |
| Local Transportation – DC | $298.66 |
| Local Transportation – NY | $936.08 |
| Database Research | $60,896.43 |
| Xeroxing | $1,986.20 |
| Postage & Air Freight | $9.12 |
| Long Distance-Equitrac In-House | $68.29 |
| NYO Long Distance Telephone | $1,119.72 |
| **Total** | **$88,405.90** |