| 37 | Local Transportation - DC | | | | $298.66 | $298.66 |
|----|------|------------|---------|------|------|------|
| 5733 | 000 | 11/1/2010 | 2610183 | Petty Cash -O/T Mileage, 10/24/10 (DAT) | 17.50 | 17.50 |
| 5733 | 000 | 11/16/2010 | 2618680 | Yellow Cab Company of D.C., Inc. -Svc. to Rockville, MD, 10/8/10 (TEP) | 34.50 | 34.50 |
| 5733 | 000 | 11/16/2010 | 2618681 | Yellow Cab Company of D.C., Inc. -Svc. to N.Bethesda, MD, 10/11/10 (TEP) | 39.68 | 39.68 |
| 5733 | 000 | 11/19/2010 | 2622237 | Petty Cash -O/T Mileage, 11/2/10 (DAT) | 17.50 | 17.50 |
| 5733 | 000 | 11/30/2010 | 2624991 | Red Top Cab -O/T Svc. to Residence, 11/9/10 (SO1) | 19.67 | 19.67 |
| 5733 | 000 | 11/30/2010 | 2624992 | Red Top Cab -O/T Svc. to Residence, 11/8/10 (JMR) | 25.88 | 25.88 |
| 5733 | 000 | 11/30/2010 | 2624993 | Red Top Cab -O/T Svc. to Residence, 11/9/10 (JMR) | 26.91 | 26.91 |
| 5733 | 000 | 12/16/2010 | 2632734 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/5/10 (DAT; Split b/w clients 5852 & 5733) | 18.97 | 18.97 |
| 5733 | 000 | 12/16/2010 | 2632735 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/8/10 (J.Fowler) | 31.63 | 31.63 |
| 5733 | 000 | 12/16/2010 | 2632738 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/12/10 (CEW; Split b/w clients 5852 & 5733) | 5.46 | 5.46 |
| 5733 | 000 | 12/16/2010 | 2632742 | Yellow Cab Company of D.C., Inc. -O/T Svc. from Residence, 11/29/10 (CEW) | 12.65 | 12.65 |
| 5733 | 000 | 12/16/2010 | 2632743 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/29/10 (CEW) | 11.79 | 11.79 |
| 5733 | 000 | 1/19/2011 | 2644966 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/28/10 (CEW) | 11.79 | 11.79 |
| 5733 | 000 | 1/19/2011 | 2644967 | Yellow Cab Company of D.C., Inc. -O/T Svc. from Residence, 11/28/10 (CEW) | 12.94 | 12.94 |
| 5733 | 000 | 1/19/2011 | 2644968 | Yellow Cab Company of D.C., Inc. -O/T Svc. to Residence, 11/29/10 (CEW) | 11.79 | 11.79 |

*Invoice*
**RED TOP CAB**
P.O. Box 100519
Arlington, VA 22210-0748
(703) 525-0900

Account No.: 8625000
Invoice No.: 5470376
Date: 11/15/10
Page: 2

ACCOUNTS PAYABLE
CAPLIN DRYSDALE CHARTER 1
1 THOMAS CIR NW
11TH FLOOR
WASHINGTON, DC 20005

| VOUCHER | DATE | PASSENGER | Client # | PICK-UP | DESTINATION | TIME | RATE | WAIT | PH | TIPS | OTHR | ADMN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6632162 | 11/9/10 | JEANNA | 5733 | 1327 WYTHE ST | 1 THOMAS CIR NW | 10:30 | 21.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.91 | 26.91 |
| 22166 | 11/8/10 | JEANNA RICKARTS | 5733 | 1 THOMAS CIR NW | 1327 WYTHE ST | 23:43 | 20.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.88 | 25.88 |
| | | **Subtotal for : 5733** | | | | | 41.00 | 0.00 | 0.00 | 10.00 | 0.00 | 1.79 | 52.79 |
| 6632153 | 11/9/10 | OSMAN, SAYEM | 5733001 | 1 THOMAS CIR NW | 2310 COLUMBIA PIK | 0:42 | 13.95 | 0.00 | 0.00 | 5.05 | 0.00 | 0.67 | 19.67 |
| | | **Subtotal for : 5733001** | | | | | 13.95 | 0.00 | 0.00 | 5.05 | 0.00 | 0.67 | 19.67 |
| 6632147 | 11/3/10 | DAVYDENKO SASHA | 5852 | 1 THOMAS CIR NW | 4301 COLUMBIA PIK | 19:52 | 16.35 | 0.00 | 0.00 | 3.65 | 0.00 | 0.70 | 20.70 |
| 6632152 | 11/12/10 | DAVYDENKO, SASHA | 5852 | 1 THOMAS CIR NW | 4301 COLUMBIA PIK | 20:51 | 16.75 | 0.00 | 0.00 | 3.25 | 0.00 | 0.70 | 20.70 |
| | | **Subtotal for : 5852** | | | | | 33.10 | 0.00 | 0.00 | 6.90 | 0.00 | 1.40 | 41.41 |
| 8933621 | 11/15/10 | KIM, CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 3:40 | 9.15 | 0.00 | 0.00 | 2.00 | 0.00 | 0.39 | 11.55 |
| 8940003 | 11/12/10 | KIM,CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 18:25 | 10.75 | 0.00 | 0.00 | 2.00 | 0.00 | 0.45 | 13.20 |
| 8942735 | 11/14/10 | KIM CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 2:43 | 9.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.42 | 12.37 |
| 1925031 | 11/3/10 | KIM,CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 20:38 | 10.35 | 0.00 | 0.00 | 2.00 | 0.00 | 0.43 | 12.78 |
| 1939701 | 11/5/10 | KIM,CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 18:20 | 13.55 | 0.00 | 0.00 | 2.50 | 0.00 | 0.56 | 16.6? |
| 8715573 | 11/8/10 | KIM, CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 23:02 | 9.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.42 | 12.37 |
| 945174 | 11/8/10 | KIM,CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 10:15 | 11.15 | 0.00 | 0.00 | 2.00 | 0.00 | 0.46 | 13.61 |
| 959964 | 11/10/10 | KIM,CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 22:42 | 10.75 | 0.00 | 0.00 | 2.00 | 0.00 | 0.45 | 13.20 |
| 932355 | 11/10/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 10:33 | 10.35 | 0.00 | 0.00 | 2.00 | 0.00 | 0.43 | 12.78 |
| 945216 | 11/11/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 22:43 | 9.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.42 | 12.37 |
| 042362 | 11/9/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 7:27 | 10.75 | 0.00 | 0.00 | 2.00 | 0.00 | 0.45 | 13.20 |
| 45624 | 11/11/10 | KIM CONNIE | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 9:00 | 11.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.49 | 14.44 |
| 133352 | 11/12/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 8:46 | 13.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.56 | 16.51 |
| 03641 | 11/13/10 | KIM, CONNIE | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 10:36 | 10.35 | 0.00 | 0.00 | 2.00 | 0.00 | 0.43 | 12.78 |
| 2740 | 10/29/10 | KIM, CONNIE | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 7:13 | 10.75 | 0.00 | 0.00 | 2.00 | 0.00 | 0.45 | 13.20 |
| 5805 | 11/12/10 | KIM, CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 20:12 | 9.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.42 | 12.37 |
| 4289 | 11/15/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 8:11 | 13.15 | 0.00 | 0.00 | 3.00 | 0.00 | 0.57 | 16.72 |
| 3192 | 11/2/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 10:30 | 10.35 | 0.00 | 0.00 | 2.00 | 0.00 | 0.43 | 12.78 |
| 3922 | 11/4/10 | KIM CONNIE | 9013 | 1 THOMAS CIR NW | 1021 ARLINGTON BLV | 19:27 | 9.55 | 0.00 | 0.00 | 2.00 | 0.00 | 0.40 | 11.95 |
| 2285 | 11/5/10 | CONNIE KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 8:50 | 15.15 | 0.00 | 0.00 | 3.00 | 0.00 | 0.64 | 18.79 |
| 335 | 11/3/10 | CONNIE, KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 10:49 | 9.95 | 0.00 | 0.00 | 2.00 | 0.00 | 0.42 | 12.37 |
| | | CONNIE, KIM | 9013 | 1021 ARLINGTON BLV | 1 THOMAS CIR NW | 7:38 | 11.55 | 0.00 | 0.00 | 2.00 | 0.00 | 0.47 | 14.02 |
| | | **Subtotal for : 9013** | | | | | 243.30 | 0.00 | 0.00 | 46.50 | 0.00 | 10.16 | 299.96 |

STATEMENT DATE: 11/30/2010 Detail(s)

## 386-CAPLIN & DRYSDALE

| DATE | VOUCHER # | PASSENGER | ORIGIN | DESTINATION | EMP_ID | CLIENT CODE | CAB # | FARE | SERVICE FEE | TOTAL CHG |
|------|-----------|-----------|--------|-------------|--------|-------------|-------|------|-------------|-----------|
| 10/4/2010 | 424737 | TED TED | ONE THOMAS CIRCLE | BETHESDA | | FIRM ADMIN ✓ | 622 | $42.50 | $6.38 | $48.88 |
| 11/2/2010 | 424701 | AMY KENNEAL | 1 THOMAS CIRCLE N.W. | 20TH & KALORAMA | 408 (xxxxxx | (xxxx) | 747 | $10.00 | $1.50 | $11.50 |
| 11/3/2010 | 424702 | AMY | 1 THOMAS CIRCLE N.W. | 20TH AND KALORAM | (xxxxxx | (xxxx) | 170 | $11.00 | $1.65 | $12.65 |
| 11/3/2010 | 424743 | TEP | ONE THOMAS CIRCLE | ROCKVILLE   MD | | 9099 | 79 | $31.00 | $4.65 | $35.65 |
| 11/3/2010 | 424703 | AMY KENNEAL | 1 THOMAS CIRCLE N.W. | 20TH & KALORAMA N (xxxxxx | Desi(xxxx) | Fi(xxx) | 77 | $11.00 | $1.65 | $12.65 |
| 11/5/2010 | 424738 | TED | ONE THOMAS CIRCLE | N. BETHESDA | | 9099 | 205 | $31.00 | $4.65 | $35.65 |
| 11/5/2010 | 424741 | DENISE A TOLB | 1 THOMAS CIRCLE N.W. | 8131 BIRD LANE GREB | 255 | 5852/5733 | 79 | $33.00 | $4.95 | $37.95 |
| 11/6/2010 | 424744 | CRYSTAL GRAY | ONE THOMAS CIRCLE N | NEW CAROLLON MD | 217 | 6608.03 | 683 | $30.25 | $4.54 | $34.79 |
| 11/6/2010 | 424745 | CRYSTAL GRAY | ONE THOMAS CIRCLE N | NEW CAROLLTON M | 217 | 6608.03 | 1409 | $28.00 | $4.20 | $32.20 |
| 11/8/2010 | 424750 | JEHAFER FOWL | 1 THOMAS CIRCLE N.W. | COLLEGA PARK METR | 500 | 5733 —  Firm | 85 | $27.50 | $4.13 | $31.63 |
| 11/9/2010 | 424740 | NA TEP | ONE THOMAS CIRCLE | ROCKVILLE | | 5(xxx) | 327 | $37.75 | $5.66 | $43.41 |
| 11/11/2010 | 424706 | AMY KENNEAL | 1 THOMAS CIRCLE N.W. | 20TH AND KALORAM | (xxxxxxcc | Firm | 73 | $10.00 | $1.50 | $11.50 |
| 11/12/2010 | 424749 | C. WILLIAMSON | 1 THOMAS CIRCLE N.W. | 201 STREET NE | 404 | 5852/5733 | 757 | $9.50 | $1.43 | $10.93 |
| 11/14/2010 | 1424724 | DENISE A TOLB | 1 THOMAS CIRCLE N.W. | KETTERING, MD | 255 | 9013 | 422 | $40.00 | $6.00 | $46.00 |
| 11/15/2010 | 424707 | AMY KENNEAL | 1 THOMAS CIRCLE N.W. | 20TH & KALORAMA | 408 (xxxxxxcc | Fi(xxx) | 207 | $10.00 | $1.50 | $11.50 |
| 11/15/2010 | 424739 | TED | ONE THOMAAS CIRCLE | NA | | 9099 | 787 | $35.50 | $5.33 | $40.83 |
| 11/16/2010 | 306522 | PAULA PERKIN | 1 THOMAS CIRCLE N.W. | HYATTSVILLE MD | 214 | 9013 | 622 | $25.00 | $3.75 | $28.75 |
| 11/17/2010 | 452552 | TED | ONE THOMAS CIRCLE | ROCKVILLE   MD | | Firm | 237 | $34.75 | $5.21 | $39.96 |
| 11/19/2010 | 452551 | TED | 1875 PENN AVE NW | 425 8TH STREET NW # wrong travel info. | | Does not match voucher | 929 | $31.25 | $4.69 | $35.94 |
| 11/19/2010 | 1452551 | TED | ONE THOMAS CIRCLE | NE Rockville | | 9099 | 198 | $31.25 | $4.69 | $35.94 |
| 11/20/2010 | 424704 | AMY KENNEAL | 1 THOMAS CIRCLE N.W. | 17TH & L FEDEX / 18T | 408 | Fi(xxx) | 410 | $10.00 | $1.50 | $11.50 |
| 11/22/2010 | 452554 | TEP | ONE THOMAAS CIRCLE | N. BETHESDA | | FIRM ADMIN | 80 | $35.00 | $5.25 | $40.25 |
| 11/23/2010 | 452555 | TEP | ONE THOMAS CIRCLE | N BETHESDA | | FIRM ADMIN | 169 | $29.50 | $4.43 | $33.93 |
| 11/29/2010 | 452563 | CHRIS WILLIAM | 201 1 STREET NE | 1 THOMAS CIRCLE | 404 | 5733 ✓ | 124 | $11.00 | $1.65 | $12.65 |
| 11/29/2010 | 452564 | CHRIS WILLIAM | 1 THOMAS CIRCLE N.W. | 201 1 ST NE | 404 | 5733 ✓ | 333 | $10.25 | $1.54 | $11.79 |
| 11/29/2010 | 452584 | NA | 1801 CONN AVE | CEDERWOOD + N | | | 79 | $28.50 | $4.28 | $32.78 |
| 11/30/2010 | 452650 | SAYEM OSMAN | 1 THOMAS CIRCLE N.W. | FRANCONIA/SPRINGH | | 6291.001 ✓ | 520 | $34.00 | $5.10 | $39.10 |

Summary for 'Account Number' = 386 (27 detail records)    | | | | | | | | $678.50 | $101.81 | $780.31 |

744.37

Printed 12/2/2010 2:26:15 PM

LIN & DRYSDALE

STATEMENT DATE: 10/31/2010 Detail(s)

| DATE | VOUCHER # | PASSENGER | ORIGIN | DESTINATION | EMP_ID | CLIENT CODE | CAB # | FARE | SERVICE FEE | TOTAL CHG |
|---|---|---|---|---|---|---|---|---|---|---|
| 0/2010 | 424722 | TEP | ONE THOMAS CIRCLE | ROCKVILLE   MD | | 9099 | 345 | $35.00 | $5.25 | $40.25 |
| 3/2010 | 424718 | TODD PHILLIPS | ONE THOMAS CIRCLE | ROCKVILLE | | 6608.03 | 9999 | $31.00 | $4.65 | $35.65 |
| 4/2010 | 424698 | EMILY WEBB | ONE THOMAS CIRCLE | 1631 S STREET NW | 402 | 9013 | 339 | $9.75 | $1.46 | $11.21 |
| 5/2010 | 424673 | TEP | ONE THOMAS CIRCLE | ROCKVILLE | | 9099 | 224 | $31.75 | $4.76 | $36.51 |
| 6/2010 | 424699 | EMILY WEBB | ONE THOMAS CIRCLE | 1631 S STREET NW | 402 | 9013 | 965 | $10.00 | $1.50 | $11.50 |
| 08/2010 | 424674 | TEP | ONE THOMAS CIRCLE | ROCKVILLE   MD | | 6608.03 | 9999 | $34.25 | $5.14 | $39.39 |
| 08/2010 | 424725 | TED | ONE THOMAS CIRCLE | ROCKVILLE   MD | | 5733 | 253 | $30.00 | $4.50 | $34.50 |
| 08/2010 | 424726 | DENISE TOLBE | 1 THOMAS CIRCLE N.W. | GREENBELT, MD | 255 | 9013 | 84 | $40.00 | $6.00 | $46.00 |
| 10/11/2010 | 1424728 | TED | ONE THOMAS CIRCLE | NORTH BETHESDA, M | | 5733 | 9999 | $34.50 | $5.18 | $39.68 |
| 10/12/2010 | 424730 | TED | ONE THOMAS CIRCLE | N. BETHESDA | | 6608.03 | 702 | $34.50 | $5.18 | $39.68 |
| 10/13/2010 | 424731 | TEP | ONE THOMAS CIRCLE | ROCKVILLE   MD | | 9099 | 9999 | $42.00 | $6.30 | $48.30 |
| 10/14/2010 | 424735 | TED | ONE THOMAS CIRCLE | ROCKVILLE   MD | | 9099 | 801 | $35.50 | $5.33 | $40.83 |
| 10/15/2010 | 424729 | SAYEM OSMAN | FIRM-ONE THOMAS CIR | COLUMBUS PIKE S.CO | | 5852.001 | 787 | $20.00 | $3.00 | $23.00 |
| 10/16/2010 | 424734 | DENISE TOLBE | 1 THOMAS CIRCLE N.W. | KETTERING, MD | 255 | 5852 | 834 | $50.00 | $7.50 | $57.50 |
| 10/18/2010 | 424733 | TEP | ONE THOMAS CIRCLE | ROCKVILLE | | 6608.03 | 77 | $40.75 | $6.11 | $46.86 |
| 10/25/2010 | 424736 | TEP | ONE THOMAS CIRCLE | NORTH BETHESDA, M | | 9099 | 728 | $28.25 | $4.24 | $32.49 |
| 10/26/2010 | 424742 | TED | ONE THOMAS CIRCLE | ROCKVILLE | | 6608.03 | 339 | $30.00 | $4.50 | $34.50 |
| 10/27/2010 | 424700 | NA | 1 THOMAS CIRCLE N.W. | 1921 KALORAMA ROA | 408 | 6608.03 | 252 | $31.50 | $4.73 | $36.23 |
| 10/29/2010 | | | | | | 4758 | 541 | $10.00 | $1.50 | $11.50 |

Summary for 'Account Number = 386 (19 detail records)

| | | | | | | | | $578.75 | $86.83 | $665.58 |

Amy Kennedy

* On 12/3 TEP indicated that 10/4/10 travel
should be charged to the firm; the was
reimb. through Petty Cash.

YELLOW CAB CO. OF DC
**TAXI CAB VOUCHER**
202-544-0911

N? 424725

| | |
|---|---|
| DATE | 10/14/10 |

ACCOUNT 386

AUTHORIZED BY —

CAB NO. 253

PASSENGER NAME TEP

EMPLOYEE ID

TRIP NUMBER

PICKUP ONE THOMAS CIRCLE

P/U TIME

D/O TIME

DESTINATION Rockville

FARE 25

CLIENT CODE/NOTES 5733

TIP 5

TOTAL 30

PASSENGER SIGNATURE

DRIVER SIGNATURE

---

DATE 10/11

**YELLOW CAB CO. OF DC**
**TAXI CAB VOUCHER**
202-544-0911

N? / 424728

ACCOUNT 386

AUTHORIZED BY

CAB NO.

PASSENGER NAME TED

EMPLOYEE ID

TRIP NUMBER

PICKUP One Thomas Circle

P/U TIME

D/O TIME

DESTINATION North Bethesda

FARE 28.50

CLIENT CODE/NOTES 5733

TIP 6

TOTAL 34.50

PASSENGER SIGNATURE

DRIVER SIGNATURE

---

DATE 11/5/10

**YELLOW CAB CO. OF DC**
**TAXI CAB VOUCHER**
202-544-0911

N? 424741

ACCOUNT 386

AUTHORIZED BY —

CAB NO. 79

PASSENGER NAME Denise A. Tolbert

EMPLOYEE ID 255

TRIP NUMBER

PICKUP 1 Thomas Circle, NW

P/U TIME

D/O TIME

DESTINATION 8131 Bird Lane, Greenbelt, MD

FARE 33.00

CLIENT CODE/NOTES 6 52/5733

TIP

TOTAL 33.00

PASSENGER SIGNATURE Denise A. Tolbert

DRIVER SIGNATURE

---

| DATE | YELLOW CAB CO. OF DC<br>TAXI CAB VOUCHER<br>202-544-0911 | № 424749 |
|------|------|------|

| ACCOUNT 386 | AUTHORIZED BY C. Williamson | CAB NO. 787 |
|------|------|------|

| PASSENGER NAME C. Williamson | EMPLOYEE ID 404 | TRIP NUMBER |
|------|------|------|

| PICKUP  1 Thomas Circle | | P/U TIME | D/O TIME |
|------|------|------|------|
| DESTINATION  201 I Street NB? | | FARE | 8.00 |
| | | TIP | 1.50 |
| CLIENT CODE/NOTES  5852/5733 | | TOTAL | 9.50 |

| PASSENGER SIGNATURE | DRIVER SIGNATURE |
|------|------|

---

| DATE  11/3/10. | YELLOW CAB CO. OF DC<br>TAXI CAB VOUCHER<br>202-544-0911 | № 424750 |
|------|------|------|

| ACCOUNT 386 | AUTHORIZED BY | CAB NO. 85 |
|------|------|------|

| PASSENGER NAME Jennifer Fowler | EMPLOYEE ID 500 | TRIP NUMBER |
|------|------|------|

| PICKUP  1 Thomas Circle | | P/U TIME | D/O TIME |
|------|------|------|------|
| DESTINATION  College Park Metro | | FARE | 23.50 |
| | | TIP | 4.00 |
| CLIENT CODE/NOTES  5733 | | TOTAL | 27.50 |

| PASSENGER SIGNATURE  J. Fowler | DRIVER SIGNATURE |
|------|------|

---

| DATE | YELLOW CAB CO. OF DC<br>TAXI CAB VOUCHER<br>202-544-0911 | № 452563 |
|------|------|------|

| ACCOUNT 386 | AUTHORIZED BY C. Williamson | CAB NO. 104 |
|------|------|------|

| PASSENGER NAME Chris Williamson | EMPLOYEE ID 404 | TRIP NUMBER |
|------|------|------|

| PICKUP  201 I St. N.E. | | P/U TIME | D/O TIME |
|------|------|------|------|
| DESTINATION  1 Thomas Circle | | FARE | 9.00 |
| | | TIP | 2.00 |
| CLIENT CODE/NOTES  5733 | | TOTAL | 11.00 |

| PASSENGER SIGNATURE | DRIVER SIGNATURE |
|------|------|

**YELLOW CAB CO. OF DC**
**TAXI CAB VOUCHER**
**202-544-0911**

Nº 452564

DATE

| ACCOUNT | AUTHORIZED BY | CAB NO. |
|---|---|---|
| 386 | C. Williamson | 333 |

| PASSENGER NAME | EMPLOYEE ID | TRIP NUMBER |
|---|---|---|
| Chris Williamson | 404 | |

PICKUP
1 Thomas Circle

| | P/U TIME | D/O TIME |
|---|---|---|

DESTINATION
201 I St. N.E.

| FARE | 8.25 |
|---|---|
| TIP | 2.00 |
| TOTAL | 10.25 |

CLIENT CODE/NOTES
5733

PASSENGER SIGNATURE          DRIVER SIGNATURE

---

| DATE | **YELLOW CAB CO. OF DC** | Nº 452649 |
|---|---|---|
| 11/29/2010 | **TAXI CAB VOUCHER** 202-544-0911 | |

| ACCOUNT | AUTHORIZED BY | CAB NO. |
|---|---|---|
| 386 | C. Williamson | 365 |

| PASSENGER NAME | EMPLOYEE ID | TRIP NUMBER |
|---|---|---|
| Chris Williamson | 404 | |

PICKUP
1 Thomas Cir.

| | P/U TIME | D/O TIME |
|---|---|---|

DESTINATION
201 I St. N.E.

| FARE | 8.25 |
|---|---|
| TIP | 2.00 |
| TOTAL | 10.25 |

CLIENT CODE/NOTES
5733

PASSENGER SIGNATURE          DRIVER SIGNATURE

---

| DATE | **YELLOW CAB CO. OF DC** | Nº 452569 |
|---|---|---|
| 11/28/2010 | **TAXI CAB VOUCHER** 202-544-0911 | |

| ACCOUNT | AUTHORIZED BY | CAB NO. |
|---|---|---|
| 386 | C. Williamson | 410 |

| PASSENGER NAME | EMPLOYEE ID | TRIP NUMBER |
|---|---|---|
| Chris Williamson | 404 | |

PICKUP
201 I Street N.E.

| | P/U TIME | D/O TIME |
|---|---|---|

DESTINATION
1 Thomas Circle

| FARE | 9.25 |
|---|---|
| TIP | 2.00 |
| TOTAL | 11.25 |

CLIENT CODE/NOTES
5733

PASSENGER SIGNATURE          DRIVER SIGNATURE

| DATE 11-28-10 | YELLOW CAB CO. OF DC TAXI CAB VOUCHER 202-544-0911 | N⁰ 452565 |
|---|---|---|

| ACCOUNT 386 | AUTHORIZED BY C Williamson | CAB NO. 703 |
|---|---|---|

| PASSENGER NAME Chris Williamson | EMPLOYEE ID 404 | TRIP NUMBER |
|---|---|---|

| PICKUP 1 Thomas Circle | | | |
|---|---|---|---|

| | | P/U TIME | D/O TIME |
|---|---|---|---|

| DESTINATION 301 I Street NE | FARE | 8.25 |
|---|---|---|
| CLIENT CODE/NOTES 5733 | TIP | 2.00 |
| | TOTAL | 10.25 |

| PASSENGER SIGNATURE Chris Wls | DRIVER SIGNATURE |
|---|---|

| 38 | | Local Transporation - NY | | | $936.08 | $936.08 |
|---|---|---|---|---|---|---|
| 5733 | 000 | 10/26/2010 | 2608865 | Elite Limousine Plus Inc. -Car Svc. to the Yale Club, 10/20/10  (EB) | 35.26 | 35.26 |
| 5733 | 000 | 10/31/2010 | 2616661 | Local Transporation - NY - EB Taxi to Judge's chambers to deliver courtesy copy on 10/4 | 30.00 | 30.00 |
| 5733 | 000 | 10/31/2010 | 2616662 | Local Transporation - NY - EB cab to Court to file papers on Oct 13 | 30.00 | 30.00 |
| 5733 | 000 | 10/31/2010 | 2616663 | Local Transporation - NY - EB cab to Court to file papers on Oct 18 | 20.00 | 20.00 |
| 5733 | 000 | 10/31/2010 | 2616664 | Local Transporation - NY - EB cab to deliver courtesy copies to Judge Gerber's Chamger on 10/20 | 28.00 | 28.00 |
| 5733 | 000 | 10/31/2010 | 2616665 | Local Transporation - NY - EB cab to deliver courtesy copies to Judge Gerber's Chamger on 10/20 | 40.00 | 40.00 |
| 5733 | 000 | 11/30/2010 | 2625316 | Local Transporation - NY - EB cab fare - Service of courtesy copies to Judge's Chamber and to UST on 11/16 | 22.00 | 22.00 |
| 5733 | 000 | 12/8/2010 | 2631117 | Elite Limousine Plus Inc. -O/T Car Svc. to Residence, 11/15/10  (EB) | 62.31 | 62.31 |
| 5733 | 000 | 12/21/2010 | 2635586 | Elite Limousine Plus Inc. -Car Svc. to Cappaqua, NY, 12/6/10  (RCT) | 143.69 | 143.69 |
| 5733 | 000 | 12/27/2010 | 2635925 | Elite Limousine Plus Inc. -O/T Car Svc. to Residence, 12/10/10  (RCT) | 141.92 | 141.92 |
| 5733 | 000 | 12/27/2010 | 2635926 | Elite Limousine Plus Inc. -O/T Car Svc. to Residence, 12/13/10  (RCT) | 141.92 | 141.92 |
| 5733 | 000 | 12/30/2010 | 2636949 | Local Transporation - NY - Taxi from Hunter College to Office on 12/13 | 8.00 | 8.00 |
| 5733 | 000 | 12/30/2010 | 2636950 | Local Transporation - NY - Taxi to court on 12/15 | 20.20 | 20.20 |
| 5733 | 000 | 12/30/2010 | 2636951 | Local Transporation - NY - Taxi to/fr SDNY re Judge's Chambers service on 12/7 for EB | 33.00 | 33.00 |
| 5733 | 000 | 12/30/2010 | 2636952 | Local Transporation - NY - Taxi to Court for filing to Chambers (SDNY) on 12/1 for EB | 20.00 | 20.00 |
| 5733 | 000 | 12/30/2010 | 2636953 | Local Transporation - NY - Taxi from Court for filing to Chambers (SDNY) on 12/1 for EB | 23.00 | 23.00 |
| 5733 | 000 | 12/30/2010 | 2636954 | Local Transporation - NY - Taxi to Judge's chambers to file courtesy copy on 11/30 EB | 20.00 | 20.00 |
| 5733 | 000 | 12/30/2010 | 2636955 | Local Transporation - NY - Taxi return to office on 12/1 | 8.00 | 8.00 |
| 5733 | 000 | 1/31/2011 | 2647904 | Local Transporation - NY - RCT Taxi back to the office from Bankruptcy Court on January 11, 2011 | 20.00 | 20.00 |
| 5733 | 000 | 3/16/2011 | 2668163 | Elite Limousine Plus Inc. -Car Svc. to Long Island City, NY, 11/29/10  (EB; charged now due to lost invoice) | 50.78 | 50.78 |
| 5733 | 000 | 3/30/2011 | 2675516 | Local Transporation - NY - Cab for: Delivery to Judge's Chambers from SDNY Bankruptcy Court and back to Office 375 Park Ave on March 3, 2011 (EB) | 17.00 | 17.00 |

| 5733 | 000 | 3/30/2011 | 2675517 | Local Transporation - NY - Cab for: Delivery to Judge's Chambers from SDNY Banruptcy Court and back to Office 375 Park Ave on March 3, 2011 (EB) | 21.00 | 21.00 |

  

Limousine
PLUS Inc.

32-72 Gale Ave.
Long Island City, NY 11101

| Invoice # | Date | Payment Terms |
|---|---|---|
| 1430552 | 10/22/10 | Due on Receipt |

| Previous Balance | 35.48 |
|---|---|
| Due this Invoice | 668.45 |
| Credits | 0.00 |
| Total Due | 703.93 |

47560 CAPLIN & DRYSDALE

LAUREN KARASTERGIOU
CAPLIN & DRYSDALE
375 PARK AVENUE
35TH FLOOR
NEW YORK, NY 10152

Acct. Serv. and Billing Inq: Customer Service D
Phone #: 718-472-2000

*********** SEND REMITTANCE TO P.O.BOX 1588 LONG ISLAND CITY NEW YORK 11101 ***********   Page 1 of 2

| Date | Time | Car # | Vchr# | Cust. Name | | PU Address | Zone | Fare | S.C. | Tips | Misc.[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Car-Pass # | | | | Destination | Zone | Stops | W.T.[2] | Tolls[3] | Sales Tx | |

###### New Charges

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 10/11/10 | 19:51 | 068 | | INSELBUCH, ELIHU | *9099-120* | LGA, CONTINENTAL AIRLIN | 333 | 51.00 | 4.00 | | 1.21 | 67.08 |
| | | | | | | | 200 E. 57 ST | 106 | | | 5.50 | 5.37 | |
| 2) | 10/13/10 | 10:15 | 016 | 9943792 | POULOS, PETER | *Maddock* | HOTEL RIVINGTON | 101 | 156.00 | 4.00 | | 7.34 | 374.29 |
| | | | | | | | 201 HIGH RIDGE RD | 399 | 71.00 | 123.20 | 12.75 | | |
| 3) | 10/14/10 | 14:45 | 431 | | SPEIER, RICHARD | *4049* | 375 PARK AVE | 106 | 69.00 | 4.00 | | 1.57 | 87.04 |
| | | | | | | | JFK | 399 | | | 5.50 | 6.97 | |
| 4) | 10/14/10 | 14:45 | 543 | | MICHEL , SCOTT | *4049* | 375 PARK AVE | 106 | 30.00 | 4.00 | | 0.68 | 37.70 |
| | | | | | | | PENN STATION | 105 | | | | 3.02 | |
| 5) | 10/19/10 | 13:03 | 432 | 9943791 | MASTRACCHIO, JIM | *9D13* | 375 PARK AVE | 106 | 51.00 | 4.00 | | 1.21 | 67.08 |
| | | | | | | | LGA | 333 | | | 5.50 | 5.37 | |
| 6) | 10/20/10 | 17:55 | 009 | | BENETOS, EUGINA | *5733* | 375 PARK AVE | 106 | 27.00 | 4.00 | | 0.64 | 35.26 |
| | | | | | | | YALE CLUB | 106 | | 0.80 | | 2.82 | |

------ Total   New Charges ------

| Vchrs | Fare | ServChg | Tips | Tolls | Wait Time | Stops | Misc | NYS Surcharge | State Sales Tax | Gross Total | Discount Total | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 384.00 | 24.00 | 0.00 | 29.25 | 124.00 | 71.00 | 0.00 | 12.65 | 23.55 | 668.45 | 0.00 | 668.45 |

*** 1. Misc = Pkg+Misc+Meet/Greet+A/p+Sp/Event+Phone+Nys Surcharge     2. Wt = Wt + Stop wt   3. Tolls = Tolls + Fuel_Surcharge + Parking

Account Number: 47560
Company Name: CAPLIN DRYSDALE
Invoice Number: 1430552

Invoice Date: 10/22/10
Page: 2 of 2

---

**Voucher 1) INSELBUCH, ELIHU**

| ACCOUNT NUM+VIP NUM | 47560 | | COMPANY NAME | CAPLIN DRYSDALE | |
| --- | --- | --- | --- | --- | --- |
| PASSENGER NAME | INSELBUCH, ELIHU | | RESERVATION NUM/VOUCHER NUM | 0100580857 | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/11/10 | 068 | 4 | 8654 | 7:51 PM | 15 | 7:50 PM | 8:02 PM |

Handwritten: 9099-120

PICKUP POINT: LGA, CONTINENTAL AIRLINES — ZONE-ZIP 333
FINAL DEST: 200 E. 57 ST — ZONE-ZIP 106

| | Fare | S.C | Tips | Tolls | WT | Stops | Misc | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 51.00 | 4.00 | | 5.50 | | | 1.21 | 67.08 |

| FARE | S.C | TIPS | TOLLS | WT | STOPS | SLS TX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51.00 | 4.00 | | 5.50 | | | 5.37 | 1.21 | 67.08 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

---

**Voucher 2) 9943792 — POULOS, PETER**

| ACCOUNT NUM+VIP NUM | 47560 | | COMPANY NAME | CAPLIN DRYSDALE | |
| --- | --- | --- | --- | --- | --- |
| PASSENGER NAME | POULOS, PETER | | RESERVATION NUM/VOUCHER NUM | 0102247431 | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/13/10 | 1016 | 24 | 4175 | 10:15 AM | 115 | 10:30 AM | 10:32 |

Handwritten: Maddocks
10000101
81127000

PICKUP POINT: HOTEL RIVINGTON — ZONE-ZIP 101
FINAL DEST: 201 HIGH RIDGE RD — ZONE-ZIP 399

| | Fare | S.C | Tips | Tolls | WT | Stops | Misc | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 156.00 | 4.00 | | 12.75 | 123.20 | | 7.34 | 374.29 |

| FARE | S.C | TIPS | TOLLS | WT | STOPS | SLS TX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 156.00 | 4.00 | | 12.75 | 123.20 | 1 / 159 | 71.00 | 7.34 | 374.29 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

---

**Voucher 3) SPEIER, RICHARD**

| ACCOUNT NUM+VIP NUM | 47560 | | COMPANY NAME | CAPLIN DRYSDALE | |
| --- | --- | --- | --- | --- | --- |
| PASSENGER NAME | SPEIER, RICHARD | | RESERVATION NUM/VOUCHER NUM | 0101942398 | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/14/10 | 431 | 33 | 1981 | 1:03 PM | 15 | 3:00 PM | 3:01 PM |

Handwritten: 4-049

PICKUP POINT: 375 PARK AVE — ZONE-ZIP 106
FINAL DEST: JFK — ZONE-ZIP 399

| | Fare | S.C | Tips | Tolls | WT | Stops | Misc | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 68.00 | 4.00 | | 5.50 | | | 1.57 | 87.04 |

| FARE | S.C | TIPS | TOLLS | WT | STOPS | SLS TX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 69.00 | | | | | | 6.97 | 1.57 | 87.04 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

---

**Voucher 4) MICHEL, SCOTT**

| ACCOUNT NUM+VIP NUM | 47560 | | COMPANY NAME | CAPLIN DRYSDALE | |
| --- | --- | --- | --- | --- | --- |
| PASSENGER NAME | MICHEL, SCOTT | | RESERVATION NUM/VOUCHER NUM | 0101222331 | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/14/10 | 543 | 14 | 4353 | 2:45 PM | 15 | 3:00 PM | 3:00 PM |

Handwritten: 4-049

PICKUP POINT: 375 PARK AVE
FINAL DEST: PENN STATION — ZONE-ZIP 105

| | Fare | S.C | Tips | Tolls | WT | Stops | Misc | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 30.00 | 4.00 | | | | | | 37.70 |

| FARE | S.C | TIPS | TOLLS | WT | STOPS | SLS TX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30.00 | 4.00 | | | | | 3.02 | .68 | 37.70 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

---

**Voucher 9) 9943791 — MASTRACCHIO, JIM**

| ACCOUNT NUM+VIP NUM | 47560 | | COMPANY NAME | CAPLIN DRYSDALE | |
| --- | --- | --- | --- | --- | --- |
| PASSENGER NAME | MASTRACCHIO, JIM | | RESERVATION NUM/VOUCHER NUM | 0101942203 | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/19/10 | 432 | 128 | 6841 | 1:02 PM | 15 | 3:00 PM | 1:16 PM |

Handwritten: 9013

PICKUP POINT: 375 PARK AVE — ZONE-ZIP 106
FINAL DEST: LGA — ZONE-ZIP 333

| | Fare | S.C | Tips | Tolls | WT | Stops | Misc | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 51.00 | 4.00 | | 5.50 | | | 1.21 | 67.08 |

| FARE | S.C | TIPS | TOLLS | WT | STOPS | SLS TX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 51.00 | 4.00 | | 5.50 | | | 5.37 | 1.21 | 67.08 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

---

**BENETOS, EUGINA**

| ACCOUNT NUM+VIP NUM | 47560 | | COMPANY NAME | CAPLIN DRYSDALE | |
| --- | --- | --- | --- | --- | --- |
| PASSENGER NAME | BENETOS, EUGINA | | RESERVATION NUM/VOUCHER NUM | 0102246859 | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/20/10 | 009 | 73 | 4214 | 5:55 PM | 10 | 5:54 PM | 6:16 PM |

Handwritten: 5733

PICKUP POINT: 375 PARK AVE
FINAL DEST: YALE CLUB — ZONE-ZIP 106

| | Fare | S.C | Tips | Tolls | WT | Stops | Misc | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 27.00 | 4.00 | | | .80 | | .64 | 35.26 |

| FARE | S.C | TIPS | TOLLS | WT | STOPS | SLS TX | MISC | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 27.00 | 4.00 | | | .80 | | 2.82 | .64 | 35.26 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

### RECEIVED OF PETTY CASH

DATE 10/4 20 10 AMOUNT: $ 30⁰⁰

Thirty and ⁿᵒ/₁₀₀ ————DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: EB- taxi to Judge's Chambers
to deliver courtesy copy

L. Karastergiou _____
Received By                    Approved By

TIP 1.20
30.00

MLC FILING
EB
5733

THURSDAY, OCTOBER 14, 2010

SDNY BANKRUPTCY COURT—JUDGE GERBER'S CHAMBERS

**Cab-fare to**
**SDNY BANKRUPTCY COURT (inclusive of tip)**     **$30.00**

**TOTAL**                                         **$30.00**

**BH HAS GIVEN ME $40 TO SPEND FOR THIS FILING AND SERVICE.**

CHANGE GIVEN:                          **$10.00**

**ALLEN**
(718) 249-1147
(877) 602-5536
*A Member of the Executive Transportation Group*

ATLANTIC FORMS & SYSTEMS, INC.    (516) 627-5680

| COMPANY NAME | | DATE 10/13/10 | CAR NO. | | LETTER | ACCT. NO. | | |
|---|---|---|---|---|---|---|---|---|
| PASSENGER NAME | | PICK-UP TIME ☐ AM ☐ PM | VOUCHER NO. 673394 | | | | FARE | 30.00 |
| PICK-UP POINT  2/7 Sheet Park | EMPLOYEE I.D. NO. | PLEASE INITIAL ALL CHARGES FROM SHADED AREA → | | | | | STOPS | |
| | | REMARKS / ADDTL. STOPS | | | | | MEET & GREET | |
| STOP 1 | ZONE | W.T. | | | | | | |
| STOP 2 | | | | | | | TOLLS | |
| FINAL DEST.  Bowling Green Street | JOB. NO. | TOTAL W.T. MINS. | | | | | PARKING | |
| AUTH. BY | | | | | | | W.T. | |
| A SURCHARGE WILL BE ADDED TO THIS TOTAL WHEN BILLED TO YOUR ACCOUNT | | | | | | | MISC. | |
| | | | | | | | TOTAL | 30.00 |

**RECEIVED OF PETTY CASH**

DATE 10/13 20 10 AMOUNT: $ 30.00

Thirty and no ——— 00/100 DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: Cab Fare to court to file Papers

_____ Received By          _____ Approved By

**Caplin & Drysdale**
A T T O R N E Y S

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500

## OFFICE MEMORANDUM

**TO:**      Barbara Holtz
             Lauren Karrastergiou

**FROM:**    Eugenia Benetos

**CC:**

**DATE:**    October 18, 2010

**RE:**      MLC (5733) Filing of Courtesy Copy to Judge's Chambers
             (EPIQ Retention Papers)

Car Service to SDNY Bankr. Court                    $20.00 (Inclusive of Gratuity)

(1 Bowling Green)

*"Out of $40.00 given to EB by BH."*

```
MED #          2T59
DATE: 10/18/2010
START TIME 10:33
END TIME   11:01
TRIP #    10029
RATE No.      1
STAND. CITY RATE
MILES R1    4.33
FARE! $   16.10
ST. SUR    0.50
GR.TOT.   16.60
Tip        3.40
Contact TLC Dial
    3-1-1
```

$20.00

**RECEIVED OF PETTY CASH**

DATE 10/18 20 10   AMOUNT: $ 20.00

*Twenty and no 00/100* DOLLARS

CLIENT #: 5733   CLIENT NAME: MLC

OFFICE CHARGE:

FOR: *Car Service to court to file papers*

*B. Holtz (for EB)*

Received By                      Approved By

MLC FILING
EB
5733

WEDNESDAY, OCTOBER 20, 2010

SDNY BANKRUPTCY COURT—JUDGE GERBER'S CHAMBERS
(Courtesy Copies of Joinder)

**Cab-fare to**
**SDNY BANKRUPTCY COURT (inclusive of tip)**          **$28.00**

**TOTAL**                                                 **$28.00**

**BH HAS GIVEN ME $40 TO SPEND FOR THIS FILING AND SERVICE.**

**CHANGE GIVEN:**                                        **$12.00**

NUMBER: 1004
AUTHOR.: 570473

I ♡ NEW YORK

MED #            7L74
DATE: 10/20/2010
START TIME 10:57
END TIME  11:32
TRIP #    18915
RATE No.      1
STAND. CITY RATE
MILES R1    7.52
FARE1 $    23.70
MTA SCG    0.50
GR.TOT.   24.20
tip 3.80
Contact TLC Dial
3-1-1   28.00

RECEIVED OF PETTY CASH

DATE 10/20 20 10 AMOUNT: $ 28.00

Twenty Eight and no 00/100 DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: Cab fare to deliver courtesy copies to Judge Gerber's Chamber

Received By          Approved By

### RECEIVED OF PETTY CASH

DATE 10/20 20 10    AMOUNT: $ 40.00

Forty and no — 00/100 DOLLARS

CLIENT #: 5377 5733    CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: Cab fare to & from court
to deliver courtesy copy to judge
job

_____ Received By        _____ Approved By

---

## CHARGE & RIDE INC.

TEL: (718) 392-5200 • FAX: (718) 392-5371
www.chargeandride.com
toll free 1-800-32-TRYUS

when out of town call

PLEASE PRINT CLEARLY - SEE REVERSE SIDE FOR EVALUATION

7% SALES TAX ONLY CHARGED ONLY ON POINT TO POINT INTERSTATE N.J. TRIPS

| ACCOUNT NAME | | | | |
|---|---|---|---|---|
| ACCOUNT # | | | | |
| PASSENGER Eugenia Benetos | | | | |
| FROM SDNY Bankr. Court | | | | |
| TO 375 Park Avenue | | | | |
| CLIENT # 5733 | | | | |
| MATTER # 5733 | | | | |
| EMPLOYEE # | | | | |
| AUTHORIZED BY | | | | |

| DATE 10/20 | DISP. TIME | DEPT # | CAR # | JOB # | VOUCHER # 2342398 |

ADDITIONAL STOPS: 1. 2. 3.

REMARKS

| | ZIP FROM | PU TIME AM PM | CODE: | ETA | ORIGINAL W.T. |
| TEL. MIN | ZONE | | | W.T. | FOR OFFICE USE |
| $ | ZIP TO | | INITIAL | SCHEDULE TIME | INITIAL |
| | MEET & GREET | ZONE | | | |

| FLAT RATE | TOTAL W/CHARGE | TOLLS & PARKING | STOPS CHG. | PARKING PACKAGE | TIPS | VOUCHER FEE | 2% STATE SURCHARGE | TOTAL. 20.00 |

OFFICE

MLC FILING
EB
5733


WEDNESDAY, OCTOBER 20, 2010


SDNY BANKRUPTCY COURT—JUDGE GERBER'S CHAMBERS
(Courtesy Copies of Letter re: Anonymity Protocol)


①  **Cab-fare to**
   **SDNY BANKRUPTCY COURT (inclusive of tip)**        **$20.00**

②  **Cab-fare from**
   **SDNY BANKRUPTCY COURT (inclusive of tip)**        **$20.00**


**TOTAL**                                              **$40.00**


**BH HAS GIVEN ME $40 TO SPEND FOR THIS FILING AND SERVICE.**

①

RECEIVED OF PETTY CASH

DATE 11/16 20 10 AMOUNT: $ 22.00

Twenty Two and no 00/100 DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE:

FOR: Cab Fare : Service of courtesy
copies to Judge's Chambers and
to UST.

Received By _____ Approved By _____

I ♡ NEW YORK

MED #          8C93
DATE: 11/16/2010
START TIME 11:02
END TIME  11:34
TRIP #     6183
RATE No.        1
STAND. CITY RATE
MILES R1    4.58
FARE1 $    17.70
ST. SUR     0.50
GR.TOT.    18.20

Contact TLC Dial
3-1-1

Tip. 3.80

22.00





| Invoice # | Date | Payment Terms |
|---|---|---|
| 1434282 | 11/19/10 | Due on Receipt |

| Previous Balance | .00 |
|---|---|
| Due this Invoice | 108.66 |
| Credits | 0.00 |
| Total Due | 108.66 |

**elite**
Limousine
PLUS Inc.
32-72 Gale Ave.
Long Island City,NY 11101

47560 CAPLIN & DRYSDALE

LAUREN KARASTERGIOU
CAPLIN & DRYSDALE
375 PARK AVENUE
35TH FLOOR
NEW YORK, NY 10152

Acct. Serv. and Billing Inq: Customer Service D
Phone #:  718-472-2000

Page 1 of    2

************* **SEND REMITTANCE TO P.O.BOX 1588 LONG ISLAND CITY NEW YORK 11101** *************

| Date | Time | Car # Vchr# | Cust. Name | PU Address | Zone | Fare | S.C. | Tips | Misc.[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Car-Pass # | | Destination | Zone | Stops | W.T.[2] | Tolls[3] | Sales Tx | |
| | | | | *New Charges* | | | | | | |
| 1) 11/11/10 17:18 | 488 | | MICHEL, SCOTT  *5992* | 812 PARK AVE | 108 | 33.00 | 4.00 | | 0.84 | 46.35 |
| | | | | PENN STATION | 105 | | 4.80 | | 3.71 | |
| 2) 11/15/10 20:17 | 348 | | BENETOS, EUGENA  *5733* | 375 PARK AVE | 106 | 41.00 | 4.00 | | 1.12 | 62.31 |
| | | | | 2429 28 ST | 302 | | 11.20 | | 4.99 | |

------ Total   New Charges ------

| Vchrs | Fare | ServChg | Tips | Tolls | Wait Time | Stops | Misc | NYS Surcharge | State Sales Tax | Gross Total | Discount Total | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 74.00 | 8.00 | 0.00 | 0.00 | 16.00 | 0.00 | 0.00 | 1.96 | 8.70 | 108.66 | 0.00 | 108.66 |

*** 1. Misc = Pkg+Misc+Meet/Greet+A/p+Sp/Event+Phone+Nys Surcharge      2. Wt = Wt + Stop wt      3. Tolls = Tolls + Fuel_Surcharge + Parking

Account Number: 47560
Company Name: CAPLIN DRYSDALE
Invoice Number: 143262

Invoice Date: 11/18/10
Page: 2 of 2

| COMPANY NAME | ACCOUNT NUM-VIP NUM | | | | FARE | 33.00 |
|---|---|---|---|---|---|---|
| CAPLIN DRYSDALE | 47560 | | | | S.C | 4.00 |
| RESERVATION NUM/VOUCHER NUM | PASSENGER NAME | | | | TIPS | |
| 0111113116 | MICHEL, SCOTT | | | | TOLLS | |

| DATE | CAR NO | DRIVER NO | JOB NO | | | |
|---|---|---|---|---|---|---|
| 11/11/10 | 488 | 5679 | 3 | | | |
| DISP TIME | RSV TIME | ETA(MINS) | PICKUP TIME | | WT | 4.80 |
| 5:18 PM | 5:30 PM | 10 | 5:45 PM | | | |
| | STOP | | | | STOPS | |
| REQUIREMENTS | | | | | SLS TX | 3.71 |
| 5992 | | | | | | |
| | | ZONE-ZIP | WAIT | | MISC | .84 |
| PICKUP POINT | | 108 | | | | |
| 812 PARK AVE | | | | | TOTAL | 46.35 |
| FINAL DEST | | 105 | | | | |
| PENN STATION | | | | | | |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

| Voucher: | Passenger | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) | MICHEL, SCOTT | 33.00 | 4.00 | | | 4.80 | | | 3.71 | 46.35 |

| COMPANY NAME | ACCOUNT NUM-VIP NUM | | | | FARE | 41.00 |
|---|---|---|---|---|---|---|
| CAPLIN DRYSDALE | 47560 | | | | S.C | 4.00 |
| RESERVATION NUM/VOUCHER NUM | PASSENGER NAME | | | | TIPS | |
| 0111522908 | BENETOS, EUGENA | | | | TOLLS | |

| DATE | CAR NO | DRIVER NO | JOB NO | | | |
|---|---|---|---|---|---|---|
| 11/15/10 | 1346 | 8371 | 32 | | | |
| DISP TIME | RSV TIME | ETA(MINS) | PICKUP TIME | | WT | 11.20 |
| 8:17 PM | 8:16 PM | 10 | 8:52 PM | | | |
| | STOP | | | | STOPS | |
| REQUIREMENTS | | | | | SLS TX | 4.99 |
| 5733 | | | | | | |
| | | ZONE-ZIP | WAIT | | MISC | 1.12 |
| PICKUP POINT | | 106 | | | | |
| 375 PARK AVE | | | | | TOTAL | 62.31 |
| FINAL DEST | | 302 | | | | |
| 2429 28 ST | | | | | | |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

| Voucher: | Passenger | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2) | BENETOS, EUGENA | 41.00 | 4.00 | | | 11.20 | 1120 | 4.99 | 1.12 | 62.31 |

 

Limousine
PLUS Inc.
32-72 Gale Ave.
Long Island City,NY 11101

| Invoice # | Date | Payment Terms |
|---|---|---|
| 1437255 | 12/10/10 | Due on Receipt |

| Previous Balance | 281.96 |
|---|---|
| Due this Invoice | 680.78 |
| Credits | 0.00 |
| Total Due | 962.74 |

47560 CAPLIN & DRYSDALE

LAUREN KARASTERGIOU
CAPLIN & DRYSDALE
375 PARK AVENUE
35TH FLOOR
NEW YORK, NY 10152

Acct. Serv. and Billing Inq: Customer Service C
Phone #: 718-472-2000

*********** SEND REMITTANCE TO P.O.BOX 1588 LONG ISLAND CITY NEW YORK 11101 ***********          Page 1 of   3

| Date | Time | Car # | Vchr# | Cust. Name | PU Address | Zone | Fare | S.C. | Tips | Misc.[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Car-Pass # | | | | | Destination | Zone | Stops | W.T.[2] | Tolls[3] | Sales Tx | |

###### New Charges

| | Date | Time | Car # | Vchr# | Cust. Name | PU Address / Dest | Zone | Fare/Stops | S.C./W.T. | Tips/Tolls | Misc./Sales Tx | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 12/01/10 | 15:15 | 034 | | WASHINGTON, ALANA | 375 PARK AVE | 106 | 30.00 | 4.00 | | 3.52 | 195.14 |
| | | | | | | W. 55 ST | 107 | 38.00 | 104.00 | | 15.62 | |
| 2) | 12/01/10 | 17:00 | 095 | | TOBIN, RITA | 375 PARK AVE | 106 | 28.00 | 4.00 | | 0.80 | 44.35 |
| | | | | | | E. 68 ST | 108 | | 8.00 | | 3.55 | |
| 3) | 12/01/10 | 20:11 | 091 | | TOBIN, RITA | 375 PARK AVE | 106 | 124.00 | 4.00 | | 2.62 | 145.25 |
| | | | | | | CHAPPAQUA, NY | 94008 | | | 3.00 | 11.63 | |
| 4) | 12/01/10 | 21:40 | 189 | 9943836 | BENETOS, EUGENIA | 375 PARK AVE | 106 | 41.00 | 4.00 | | 1.35 | 74.73 |
| | | | | | | 2429 28 ST | 302 | | 22.40 | | 5.98 | |
| 5) | 12/02/10 | 17:02 | 133 | | WASHINGTON, ALANA | 375 PARK AVE | 106 | 32.00 | 4.00 | | 0.72 | 39.92 |
| | | | | | | 2130 BROADWAY | 111 | | | | 3.2 | |
| 6) | 12/03/10 | 14:46 | 412 | | WASHINGTON, ALANA | 375 PARK AVE | 106 | 30.00 | 4.00 | | 0.68 | 37.70 |
| | | | | | | 2130 BROADWAY | 109 | | | | 3.02 | |
| 7) | 12/06/10 | 21:01 | 497 | | TOBIN, RITA | 375 PARK AVE | 106 | 124.00 | 4.00 | | 2.59 | 143.69 |
| | | | | | | CHAPPAQUA, NY | 94008 | | 1.60 | | 11.5 | |

Handwritten annotations: 9013, 90999 013-073, 5852, 5852, 9013, 9013, 5733

###### ------ Total  New Charges ------

| Vchrs | Fare | ServChg | Tips | Tolls | Wait Time | Stops | Misc | NYS Surcharge | State Sales Tax | Gross Total | Discount Total | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 409.00 | 28.00 | 0.00 | 3.00 | 136.00 | 38.00 | 0.00 | 12.28 | 54.50 | 680.78 | 0.00 | 680.78 |

***  1. Misc = Pkg+Misc+Meet/Greet+A/p+Sp/Event+Phone+Nys Surcharge          2. Wt = Wt + Stop wt          3. Tolls = Tolls + Fuel_Surcharge + Parking

Account Number:  47560
Company Name:  CAPLIN_DRYSDALE
Invoice Number:  1407255

Invoice Date: 12/10/10
Page: 3 of 3

| ACCOUNT NUM-VIP NUM | | | | COMPANY NAME | | | | | FARE | 124.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| 47560 | | | | CAPLIN_DRYSDALE | | | | | | |
| PASSENGER NAME | | | | RESERVATION NUM/VOUCHER NUM | | | | | S.C | 4.00 |
| TOBIN, RITA | | | | 0120629312 | | | | | | |
| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME | | TIPS | |
| 12/06/10 | 1497 | 60 | 7041 | 9:01 PM | 15 | 9:00 PM | 9:23 PM | | TOLLS | |
| REQUIREMENTS | | | | | | | STOP | | | |
| | | | | ZONE-ZIP | | | | WAIT | WT | 1.60 |
| | | | | | | | | | STOPS | |
| | | | | | | ZONE-ZIP | | | SLS TX | 11.50 |
| PICKUP POINT | | | | | | 106 | | | MISC | 2.59 |
| 375 PARK AVE | | | | | | | | | | |
| FINAL DEST | | | | | | 94008 | | | TOTAL | 143.69 |
| CHAPPAQUA, NY | | | | | | | | | | |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1980, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

| Voucher# | Passenger | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 7) | TOBIN, RITA | 124.00 | 4.00 | | 1.60 | 11.50 | | | 2.59 | 143.69 |

 

**Limousine PLUS Inc.**
32-72 Gale Ave.
Long Island City, NY 11101

| Invoice # | Date | Payment Terms |
|---|---|---|
| 1438048 | 12/17/10 | Due on Receipt |

| | |
|---|---|
| Previous Balance | 962.74 |
| Due this Invoice | 283.84 |
| Credits | 0.00 |
| Total Due | 1,246.58 |

47560 CAPLIN & DRYSDALE

LAUREN KARASTERGIOU
CAPLIN & DRYSDALE
375 PARK AVENUE
35TH FLOOR
NEW YORK, NY 10152

Acct. Serv. and Billing Inq: Customer Service C
Phone #: 718-472-2000

*************** SEND REMITTANCE TO P.O.BOX 1588 LONG ISLAND CITY NEW YORK 11101 ***************          Page 1 of  2

| Date | Time | Car # | Vchr# | Cust. Name | PU Address | Zone | Fare | S.C. | Tips | Misc.[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Car-Pass # | | | | | Destination | Zone | Stops | W.T.[2] | Tolls[3] | Sales Tx | |
| | | | | | **New Charges** | | | | | | |
| 1) 12/10/10 | 19:37 | 179 | | TOBIN, RITA  *5733* | 375 PARK AVE | 106 | 124.00 | 4.00 | | 2.56 | 141.92 |
| | | | | | CHAPPAQUA, NY | 94008 | | | | 11.36 | |
| 2) 12/13/10 | 21:15 | 333 | 85 | TOBIN, RITA  *5733* | 375 PARK AVE | 106 | 124.00 | 4.00 | | 2.56 | 141.92 |
| | | | | | CHAPPAQUA, NY | 94008 | | | | 11.36 | |

------ Total  New Charges ------

| Vchrs | Fare | ServChg | Tips | Tolls | Wait Time | Stops | Misc | NYS Surcharge | State Sales Tax | Gross Total | Discount Total | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 248.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.12 | 22.72 | 283.84 | 0.00 | 283.84 |

*** 1. Misc = Pkg+Misc+Meet/Greet+A/p+Sp/Event+Phone+Nys Surcharge     2. Wt = Wt + Stop wt     3. Tolls = Tolls + Fuel_Surcharge + Parking

Account Number: 47560
Company Name: CAPLIN_DRYSDALE
Invoice Number: 1438048

Invoice Date: 12/17/10
Page 2 of 2

## Receipt 1

| ACCOUNT NUM-VIP NUM | COMPANY NAME | | FARE 124.00 |
|---|---|---|---|
| 47560 | CAPLIN DRYSDALE | | |
| PASSENGER NAME | RESERVATION NUM/VOUCHER NUM | | S.C 4.00 |
| TOBIN, RITA | 0121047309 | | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME | TIPS |
|---|---|---|---|---|---|---|---|---|
| 12/10/10 | 179 | 54 | 1425 | 7:37 PM | 5 | 7:36 PM | 7:45 PM | |

REQUIREMENTS

5733

| | STOP | TOLLS |
|---|---|---|
| ZONE-ZIP | WAIT | W.T |
| | | STOPS |
| | | SLS TX 11.36 |

| PICKUP POINT | ZONE-ZIP | MISC 2.56 |
|---|---|---|
| 375 PARK AVE | 106 | |
| FINAL DEST | 94008 | TOTAL 141.92 |
| CHAPPAQUA, NY | | |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

| Voucher#: | Passenger | Fare | S.C | Tips | Tolls | W.T | Stops | Phone | Misc | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1) | TOBIN, RITA | 124.00 | 4.00 | | | | | | 11.36 | 2.56 | 141.92 |

## Receipt 2

| ACCOUNT NUM-VIP NUM | COMPANY NAME | | FARE 124.00 |
|---|---|---|---|
| 47560 | CAPLIN DRYSDALE | | |
| PASSENGER NAME | RESERVATION NUM/VOUCHER NUM | | S.C 4.00 |
| TOBIN, RITA | 0121304141 | | |

| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ETA(MINS) | RSV TIME | PICKUP TIME | TIPS |
|---|---|---|---|---|---|---|---|---|
| 12/13/10 | 333 | 85 | 2494 | 9:15 PM | 15 | 9:02 PM | 9:33 PM | |

REQUIREMENTS

5733

| | STOP | TOLLS |
|---|---|---|
| ZONE-ZIP | WAIT | W.T |
| | | STOPS |
| | | SLS TX 11.36 |

| PICKUP POINT | ZONE-ZIP | MISC 2.56 |
|---|---|---|
| 375 PARK AVE | 106 | |
| FINAL DEST | 94008 | TOTAL 141.92 |
| CHAPPAQUA, NY | | |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOIF SURCHARGE IS ADDED TO ALL RIDES

| Voucher#: | Passenger | Fare | S.C | Tips | Tolls | W.T | Stops | Phone | Misc | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2) | TOBIN, RITA | 124.00 | 4.00 | | | | | | 11.36 | 2.56 | 141.92 |

### RECEIVED OF PETTY CASH

DATE 12/13 20 10   AMOUNT: $ 8.00

Eight and no ——— 00/100 DOLLARS

CLIENT #: 5733   CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: Taxi from Hunter College
to office

Received By _____   Approved By _____

---

### RECEIVED OF PETTY CASH

DATE 12/15 20 10   AMOUNT: $ 20.20

Twenty and ——— 20/100 DOLLARS

CLIENT #: 5733   CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: Taxi — to court

Received By _____   Approved By _____

---

### RECEIVED OF PETTY CASH

DATE 12/7 20 10   AMOUNT: $ 33.00

Thirty-three ——— DOLLARS

CLIENT #: 5733   CLIENT NAME: MLC

OFFICE CHARGE: _____

FOR: To and from SDNY re
Judges Chambers Service (cab fare)

Received By _____   Approved By _____

## RECEIVED OF PETTY CASH

DATE 12/1 20 10   AMOUNT: $ 20.00

Twenty _____ DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE:

FOR: Court filing to Chambers
(SDNY)

_____ Received By   _____ Approved By

---

## RECEIVED OF PETTY CASH

DATE 12/1 20 10   AMOUNT: $ 23 00

Twenty Three   00/100 DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE:

FOR: EB trip to court

LK
_____ Received By   _____ Approved By

---

## RECEIVED OF PETTY CASH

DATE 11/30 20 10   AMOUNT: $ 20 00

Twenty and no/100 _____ DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE: _____ 11/30

FOR: Local Ground Trans. - EB taxi to
Judge's Chambers to file courtesy copy

L. Karastergiou
_____ Received By   _____ Approved By

20.00
d/4 260

DIAL 3-1-1
TO CONTACT TLC
THANKS
TOTAL: $ 17.40
S1$rch4: 0.50
SURCH: 0.00
RATE 1: 16.90
Regular Fare
12:21 12:40 ..0
START END MILES
12/01/10 TR 1631
MED#   5A37

I © NEW YORK

8F38
2010
10:32
10:54
17508
1
6.02
18.10
0.50
18.60
TIP   1.40
20.00

```
MED#        1L90
12/01/10 TR  837
START  END MILES
18:58 19:03  0.8
REGULAR FARE
RATE 1:$    4.90
SURCH: $    1.00
STSRCH:$    0.50
TOTAL: $    6.40
     THANKS
TU CONTACT TLC
  DIAL 3-1-1
```

tip 1.60
8.00

RECEIVED OF PETTY CASH

DATE 1/13 20 11 AMOUNT: $ 20.00

Twenty and no — 00/100 DOLLARS

CLIENT #: 5429 CLIENT NAME: Quigley

OFFICE CHARGE:

FOR: Taxi — back to office

From Bankruptcy Court

Received By                    Approved By

---

RECEIVED OF PETTY CASH

DATE Jan. 11 20 11 AMOUNT: $ 20.00

Twenty and no — 00/100 DOLLARS

CLIENT #: 5733 CLIENT NAME: MLC

OFFICE CHARGE:

FOR: Taxi: From courthouse

to office

Received By                    Approved By

```
ME.#      8647
01/11/11 TR 4953
START  END MILES
10:36 10:52  6.1
Regular Fare
RATE 1:$   16.10
SURCH: $    0.00
StSrch:$    0.50
TOTAL: $   16.60
tip  THANKS 3.40
TO CONTACT TLC
DIAL 3-1-1 20.00
```

RECEIVED OF PETTY CASH

DATE _Jan. 11_ 20 _11_  AMOUNT: $ _20.00_

_Twenty and no_ —— _00/100_ DOLLARS

CLIENT #: _5733_ CLIENT NAME: _MLC_

OFFICE CHARGE: _____

FOR: _Taxi: From cousthouse_
_to office_

_____   _____
Received By                              Approved By

 

| Invoice # | Date | Payment Terms |
|---|---|---|
| 1436100 | 12/03/10 | Due on Receipt |

| | |
|---|---|
| Previous Balance | 242.82 |
| Due this Invoice | 281.96 |
| Credits | 0.00 |
| Total Due | 524.78 |

**Limousine PLUS Inc.**
32-72 Gale Ave.
Long Island City, NY 11101

47560 CAPLIN & DRYSDALE

LAUREN KARASTERGIOU
CAPLIN & DRYSDALE
375 PARK AVENUE
35TH FLOOR
NEW YORK, NY 10152

Acct. Serv. and Billing Inq: Customer Service C
Phone #: 718-472-2000

*************** SEND REMITTANCE TO P.O.BOX 1588 LONG ISLAND CITY NEW YORK 11101 ***************   Page 1 of    2

| Date | Time | Car # Vchr# | Cust. Name | PU Address | Zone | Fare | S.C. | Tips | Misc.[1] | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Car-Pass # | | Destination | Zone | Stops | W.T.[2] | Tolls[3] | Sales Tx | |

**New Charges**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1) | 11/29/10 17:33 | 042 55555 | TOBIN, RITA *9099-073* | 375 PARK AVE | 106 | 27.00 | 4.00 | | 0.62 | | 34.37 |
| | | | | E. 68 ST | 106 | | | | 2.75 | | |
| 2) | 11/29/10 19:11 | 256 9943811 | BENETOS, EUGENA *5733* | 375 PARK AVE | 106 | 41.00 | 4.00 | | 0.92 | | 50.78 |
| | | | | LONG ISLAND CITY, NY | 302 | | 0.80 | | 4.06 | | |
| 3) | 11/30/10 19:46 | 088 | TOBIN, RITA *5893* | 375 PARK AVE | 106 | 124.00 | 4.00 | | 2.67 | | 148.02 |
| | | | | CHAPPAQUA, NY | 94008 | | | 5.50 | 11.85 | | |
| 4) | 11/30/10 11:17 | 577 | TOBIN, RITA *5893* | 375 PARK AVE | 106 | 30.00 | 4.00 | | 0.88 | | 48.79 |
| | | | | PENN STATION | 105 | 10.00 | | | 3.91 | | |

------ Total   New Charges ------

| Vchrs | Fare | ServChg | Tips | Tolls | Wait Time | Stops | Misc | NYS Surcharge | State Sales Tax | Gross Total | Discount Total | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 222.00 | 16.00 | 0.00 | 5.50 | 0.80 | 10.00 | 0.00 | 5.09 | 22.57 | 281.96 | 0.00 | 281.96 |

*** 1. Misc = Pkg+Misc+Meet/Greet+A/p+Sp/Event+Phone+Nys Surcharge       2. Wt = Wt + Stop wt       3. Tolls = Tolls + Fuel_Surcharge + Parking

Account Number: 47560
Company Name: CAPLIN_DRYSDALE
Invoice Number: 1405100

Invoice Date: 12/03/10
Page 2 of 2

---

**Record 1**

| ACCOUNT NUM-/VIP NUM | COMPANY NAME | | | | FARE | 27.00 |
|---|---|---|---|---|---|---|
| 47560 | CAPLIN_DRYSDALE | | | | S.C | 4.00 |
| PASSENGER NAME | RESERVATION NUM-/VOUCHER NUM | | | | TOLLS | |
| TOBIN, RITA | 0112905176 | | | | WT | |
| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | RSV TIME | PICKUP TIME |
| 11/29/10 | 042 | 8 | 5024 | 5:33 PM | 5:31 PM | 5:42 PM |
| | | | | | STOP | STOPS | |
| REQUIREMENTS | | | ZONE-ZIP | | SLS TX | 2.75 |
| PICKUP POINT | | | ZONE-ZIP | | MISC | .62 |
| 375 PARK AVE | | | 106 | | TOTAL | 34.37 |
| FINAL DEST | | | | | | |
| E. 69 ST | | | | | | |

9099- 073
ACT - Def.

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

| | | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Voucher#: | Passenger | 27.00 | 4.00 | | | | | | 2.75 | .62 | 34.37 |
| 1) 55555 | TOBIN, RITA | | | | | | | | | |

---

**Record 2**

| ACCOUNT NUM-/VIP NUM | COMPANY NAME | | | | FARE | 124.00 |
|---|---|---|---|---|---|---|
| 47560 | CAPLIN_DRYSDALE | | | | S.C | 4.00 |
| PASSENGER NAME | RESERVATION NUM-/VOUCHER NUM | | | | TOLLS | |
| TOBIN, RITA | 0113009360 | | | | WT | |
| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ET(A/MINS) | RSV TIME | PICKUP TIME |
| 11/30/10 | 088 | 20 | 1450 | 7:45 PM | 10 | 7:43 PM | 8:00 PM |
| | | | | | | STOP | STOPS |
| REQUIREMENTS | | | ZONE-ZIP | | SLS TX | 11.85 |
| PICKUP POINT | | | ZONE-ZIP | | MISC | 2.67 |
| 375 PARK AVE | | | 106 | | TOTAL | 148.02 |
| FINAL DEST | | | 94008 | | | |
| CHAPPAQUA, NY | | | | | | |

5893
Coysoleum

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

| | | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Voucher#: | Passenger | 124.00 | 4.00 | | 5.50 | | | | 11.85 | 2.67 | 148.02 |
| 3) | TOBIN, RITA | | | | | | | | | |

---

**Record 3**

| ACCOUNT NUM-/VIP NUM | COMPANY NAME | | | | FARE | 41.00 |
|---|---|---|---|---|---|---|
| 47560 | CAPLIN_DRYSDALE | | | | S.C | 4.00 |
| PASSENGER NAME | RESERVATION NUM-/VOUCHER NUM | | | | TOLLS | |
| BENETOS, EUGENA | 0112905416 | | | | WT | .80 |
| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ET(A/MINS) | RSV TIME | PICKUP TIME |
| 11/29/10 | 256 | 26 | 3404 | 7:11 PM | 5 | 7:10 PM | 7:33 PM |
| | | | | | | STOP | STOPS |
| REQUIREMENTS | | | ZONE-ZIP | | SLS TX | 4.06 |
| PICKUP POINT | | | ZONE-ZIP | | MISC | .92 |
| 375 PARK AVE | | | 106 | | TOTAL | 50.78 |
| FINAL DEST | | | 302 | | | |
| LONG ISLAND CITY, NY | | | | | | |

5733
MLC

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

| | | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Voucher#: | Passenger | 41.00 | 4.00 | | | .80 | | | 4.06 | .92 | 50.78 |
| 2) 9943811 | BENETOS, EUGENA | | | | | | | | | |

---

**Record 4**

| ACCOUNT NUM-/VIP NUM | COMPANY NAME | | | | FARE | 36.00 |
|---|---|---|---|---|---|---|
| 47560 | CAPLIN_DRYSDALE | | | | S.C | 4.00 |
| PASSENGER NAME | RESERVATION NUM-/VOUCHER NUM | | | | TOLLS | |
| TOBIN, RITA | 0113005761 | | | | WT | |
| DATE | CAR NO | JOB NO | DRIVER NO | DISP TIME | ET(A/MINS) | RSV TIME | PICKUP TIME |
| 11/30/10 | 577 | 17 | 9946 | 11:17 AM | 10 | 11:30 AM | 11:36 |
| | | | | | | STOP | STOPS |
| REQUIREMENTS | | | 10001520 | | WT | 10.00 |
| PICKUP POINT | | | ZONE-ZIP | | SLS TX | 3.91 |
| 375 PARK AVE | | | 106 | | MISC | .88 |
| FINAL DEST | | | 105 | | TOTAL | 48.79 |
| PENN STATION | | | | | | |

5893
Coysoleum

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2% NYBCOF SURCHARGE IS ADDED TO ALL RIDES

| | | Fare | S.C | Tips | Tolls | WT | Stops | Phone | Misc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Voucher#: | Passenger | 36.00 | 4.00 | | | 10.00 | 2 | | 3.91 | .88 | 48.79 |
| 4) | TOBIN, RITA | | | | | | | | | |

## RECEIVED OF PETTY CASH

DATE 3/3 20 11    AMOUNT: $ 21.00

Twenty-One _____ 00/100 DOLLARS

CLIENT # 5733    CLIENT NAME: MLC

OFFICE CHARGE: Delivery to J. Chambers

FOR: To SDNY Banker Court

(called &B & there were

2 trips on this day)

Received By    Approved By

(Eugenia Benetos)

---

## RECEIVED OF PETTY CASH

DATE 3/3 20 11    AMOUNT: $ 17.00

Seventeen _____ 00/100 DOLLARS

CLIENT # 5733    CLIENT NAME: MLC

OFFICE CHARGE: Delivery to J. Chambers

FOR: From SDN Bank. Court
to 375 Park Avenue (called as 2
trips on this day)

Received By    Approved By

(Eugenia Benetos)

---

MED# 2J47
03/03/11 TR 2543
START  END MILES
09:43 10:06  6.0
REGULAR FARE
RATE 1:$ 18.10
SURCH:$  0.00
STSRCH:$  0.50
TOTAL:$ 18.60
THANKS
TO CONTACT TLC
DIAL 3-1-1

$21.00

240
(tip)

---

## A NEW DAY (5733)    TAXI RECEIPT
RADIO DISPATCH, INC.    FHV PERMIT # B01341
212-228-6666    DATE: 3/3/2011

FROM: 1 Bowling Green NY, NY

TO: 535st & Park Avenue (375)

TOLLS: _____    CAR#: _____

PAID $ 17. 00    SIGNATURE