| 12 | | Charge of Cell and/or Home Phone Useage | | | | $2,833.64 | $2,833.64 |
|---|---|---|---|---|---|---|---|
| 5733 | 000 | 11/1/2010 | 2610279 | Premiere Global Services -Teleconference, 9/2010 | | 110.55 | 110.55 |
| 5733 | 000 | 1/25/2011 | 2647470 | Premiere Global Services -Conference Calls, 11/2010 (TWS) | | 30.69 | 30.69 |
| 5733 | 000 | 2/7/2011 | 2655028 | Pacer Service Center -Database Research, 10/1/10 - 12/31/10 | | 2,507.12 | 2,507.12 |
| 5733 | 000 | 2/7/2011 | 2655053 | Pacer Service Center -Data Reseach, 10/1/10 - 12/31/10 | | 185.28 | 185.28 |

*Ep*

# invoice

| | |
|---|---|
| INVOICE NUMBER | 04224172 |
| INVOICE DATE | 09/30/2010 |
| ACCOUNT NO. | 613522 |
| DUE DATE | 10/30/2010 |
| TAX ID | 58-2421656 |
| AMOUNT DUE | USD$2,412.42 |

## COST CENTER 5733

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 2010909 - Denise Tolbert | 93.56 | 16.99 | 110.55 |

COST CENTER TOTAL USD$110.55

## COST CENTER 5747-001

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 3639010 - Swanja Smith | 7.98 | 1.71 | 9.69 |

COST CENTER TOTAL USD$9.69

## COST CENTER 5764-001

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 1576955 - Michelle Maloy | 52.54 | 10.73 | 63.27 |

COST CENTER TOTAL USD$63.27

## COST CENTER 5852-001

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 3632609 - Ted Swett | 15.80 | 3.37 | 19.17 |

COST CENTER TOTAL USD$19.17

## COST CENTER 5852-10

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 9291111 - Leslie Kelleher | 81.06 | 22.84 | 103.90 |

COST CENTER TOTAL USD$103.90

## COST CENTER 5905-001

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 6725623 - Roxanna Healy | 2.77 | 0.63 | 3.40 |

COST CENTER TOTAL USD$3.40

## COST CENTER 5965-001

| MODERATOR | TOTAL CHARGES | TOTAL TAX | TOTAL W/TAX |
|---|---|---|---|
| 5655139 - Beth Kaufman | 13.35 | 2.85 | 16.20 |

## invoice

PAGE 9

| | |
|---|---|
| INVOICE NUMBER | 05115698 |
| INVOICE DATE | 11/30/2010 |
| ACCOUNT NO. | 613522 |
| DUE DATE | 12/30/2010 |
| TAX ID | 58-2421656 |
| AMOUNT DUE | USD$567.26 |

**MODERATOR** 3359690 - Patricia Lewis (continued)
Washington, DC

| CONF. NO | COST CENTER | CONF. DATE | CONF. TITLE / NAME / ANI | TIME | SERVICE | ACCESS TYPE | PERSONS | UNITS | RATE | CHARGE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9760743 | 6925-025 | 11/10/2010 | MY READYCONFERENCE 213553109 | 9:13PM - 9:37PM | GLOBALMEET | TOLL FREE | 1 | 24 | 0.149/MIN | 3.58 | 0.59 |
| | 6925-025 | 11/10/2010 | 973227893 | 9:14PM - 9:37PM | GLOBALMEET | TOLL FREE | 1 | 23 | 0.149/MIN | 3.43 | 0.56 |
| | 6925-025 | 11/10/2010 | 2027759237 | 9:16PM - 9:37PM | GLOBALMEET | TOLL FREE | 1 | 21 | 0.149/MIN | 3.13 | 0.91 |
| 9760743 | 6925-025 | 11/18/2010 | MY READYCONFERENCE 9734399097 | 10:25AM - 12:05PM | GLOBALMEET | TOLL FREE | 1 | 100 | 0.149/MIN | 14.90 | 2.42 |
| | 6925-025 | 11/18/2010 | 2016708853 | 10:27AM - 12:05PM | GLOBALMEET | TOLL FREE | 1 | 98 | 0.149/MIN | 14.60 | 2.37 |
| | 6925-025 | 11/18/2010 | 2025542950 | 10:28AM - 12:05PM | GLOBALMEET | TOLL FREE | 1 | 97 | 0.149/MIN | 14.45 | 4.19 |
| | 6925-025 | 11/18/2010 | 9734045820 | 10:29AM - 12:05PM | GLOBALMEET | TOLL FREE | 1 | 96 | 0.149/MIN | 14.30 | 2.32 |
| | 6925-025 | 11/18/2010 | 9083012279 | 10:30AM - 12:05PM | GLOBALMEET | TOLL FREE | 1 | 95 | 0.149/MIN | 14.16 | 2.30 |

TOTAL PRE-TAX 119.96  TOTAL USF/OTHER 19.47  TOTAL STATE TAX/OTHER 3.82  TOTAL MODERATOR CHARGES USD$143.25

**MODERATOR** 3632609 - Ted Swett
**LOCATION** WASHINGTON, DC
**REFERENCE**

| CONF. NO | COST CENTER | CONF. DATE | CONF. TITLE / NAME / ANI | TIME | SERVICE | ACCESS TYPE | PERSONS | UNITS | RATE | CHARGE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3434101 | 5733-001 | 11/05/2010 | 6182596276 | 10:24AM - 11:29AM | READYCONFERENCE | TOLL FREE | 1 | 65 | 0.079/MIN | 5.14 | 0.83 |
| | 5733-001 | 11/05/2010 | 2027759237 | 10:29AM - 11:29AM | READYCONFERENCE | TOLL FREE | 1 | 60 | 0.079/MIN | 4.74 | 1.37 |
| | 5733-001 | 11/05/2010 | 2142767680 | 10:29AM - 11:29AM | READYCONFERENCE | TOLL FREE | 1 | 60 | 0.079/MIN | 4.74 | 0.77 |
| 3434101 | 5733-001 | 11/12/2010 | 2127159505 | 2:26PM - 2:52PM | READYCONFERENCE | TOLL FREE | 1 | 26 | 0.079/MIN | 2.05 | 0.33 |
| | 5733-001 | 11/12/2010 | 2027759237 | 2:28PM - 2:50PM | READYCONFERENCE | TOLL FREE | 1 | 22 | 0.079/MIN | 1.74 | 0.50 |
| | 5733-001 | 11/12/2010 | 6465210706 | 2:31PM - 2:52PM | READYCONFERENCE | TOLL FREE | 1 | 21 | 0.079/MIN | 1.66 | 0.27 |
| 3434101 | 733-001 | 11/12/2010 | 2142767680 | 4:26PM - 5:07PM | READYCONFERENCE | TOLL FREE | 1 | 41 | 0.079/MIN | 3.24 | 0.53 |
| | 733-001 | 11/12/2010 | 6184067489 | 4:27PM - 4:45PM | READYCONFERENCE | TOLL FREE | 1 | 18 | 0.079/MIN | 1.42 | 0.23 |
| | 733-001 | 11/12/2010 | 2027759237 | 4:56PM - 5:07PM | READYCONFERENCE | TOLL FREE | 1 | 11 | 0.079/MIN | 0.87 | 0.26 |

TOTAL PRE-TAX 25.60  TOTAL USF/OTHER 4.16  TOTAL STATE TAX/OTHER 0.93  TOTAL MODERATOR CHARGES USD$30.69

**MODERATOR** 5655139 - Beth Kaufman
**LOCATION** WASHINGTON, DC
**REFERENCE**

CONTINUED

```
CUSTOMER NUMBER: CD0200                                           PAGE:         1
DATE RANGE:      10/01/2010 - 12/31/2010

DATE        COURT                          TIME IN   TIME OUT  TIME/PAGES    AMOUNT
            SEARCH CRITERIA                                    DESCRIPTION
------------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 9013                                                367.36
SUBTOTAL FOR CLIENT CODE: 082                                                   8.88
SUBTOTAL FOR CLIENT CODE: 0826                                                  0.64
SUBTOTAL FOR CLIENT CODE: 0826-OSLER    ?5501                                   0.72    1.36
SUBTOTAL FOR CLIENT CODE: 10-31607                                             14.40
SUBTOTAL FOR CLIENT CODE: 1908                                                  3.28
SUBTOTAL FOR CLIENT CODE: 2549                                                  2.56
SUBTOTAL FOR CLIENT CODE: 2705                                                 39.12
SUBTOTAL FOR CLIENT CODE: 2705.001                                              0.72   39.84
SUBTOTAL FOR CLIENT CODE: 3034                                                  0.40
SUBTOTAL FOR CLIENT CODE: 3157                                                 14.16
SUBTOTAL FOR CLIENT CODE: 3403                                                  3.20
SUBTOTAL FOR CLIENT CODE: 3562                                                  0.32
SUBTOTAL FOR CLIENT CODE: 3562.003                                              0.64
SUBTOTAL FOR CLIENT CODE: 3562.003/SZE/CMR                                      0.40    4.96
SUBTOTAL FOR CLIENT CODE: 3562.003/SZE/NAE                                      2.96
SUBTOTAL FOR CLIENT CODE: 3562.003/SZE/VAJ                                      0.64
SUBTOTAL FOR CLIENT CODE: 3615/SZE/CMR                                          3.84
SUBTOTAL FOR CLIENT CODE: 3907                                                 18.16
SUBTOTAL FOR CLIENT CODE: 4413.001/AJS/ACM                                      1.04
SUBTOTAL FOR CLIENT CODE: 4438                                                  0.08
SUBTOTAL FOR CLIENT CODE: 4440                                                 13.68
SUBTOTAL FOR CLIENT CODE: 4591                                                  6.56
SUBTOTAL FOR CLIENT CODE: 4642                                                  0.72
SUBTOTAL FOR CLIENT CODE: 4737                                                  0.40
SUBTOTAL FOR CLIENT CODE: 4738                                                  3.20
SUBTOTAL FOR CLIENT CODE: 4886                                                  1.36
SUBTOTAL FOR CLIENT CODE: 5028                                                  2.56
SUBTOTAL FOR CLIENT CODE: 5126                                                  0.80
SUBTOTAL FOR CLIENT CODE: 5182.001/SAT/TWS                                      2.80
SUBTOTAL FOR CLIENT CODE: 5254.001/SAT/SWN                                      2.40
SUBTOTAL FOR CLIENT CODE: 5334                                                 10.08
SUBTOTAL FOR CLIENT CODE: 5377  5733                                           11.68
SUBTOTAL FOR CLIENT CODE: 5389/SO1                                             24.72
SUBTOTAL FOR CLIENT CODE: 5426                                                 73.36
SUBTOTAL FOR CLIENT CODE: 5429                                                 95.84
SUBTOTAL FOR CLIENT CODE: 5429-CEW                                             34.72   133.56
SUBTOTAL FOR CLIENT CODE: 5632                                                 73.28
SUBTOTAL FOR CLIENT CODE: 5733                                              1,720.16
SUBTOTAL FOR CLIENT CODE: 5733-CEW                                             43.12
SUBTOTAL FOR CLIENT CODE: 5733.001                                            118.00   2,495.44
SUBTOTAL FOR CLIENT CODE: 5733/CEW                                            382.24
SUBTOTAL FOR CLIENT CODE: 5733/SO1                                            231.92
SUBTOTAL FOR CLIENT CODE: 5764                                                 33.36
SUBTOTAL FOR CLIENT CODE: 58                                                    2.40
SUBTOTAL FOR CLIENT CODE: 5825                                                 17.04
SUBTOTAL FOR CLIENT CODE: 5852                                              3,915.76
SUBTOTAL FOR CLIENT CODE: 5852 GARLOCK                                         13.20
SUBTOTAL FOR CLIENT CODE: 5852.001                                             86.80
SUBTOTAL FOR CLIENT CODE: 5852.001/AJS/LMK                                     41.20
SUBTOTAL FOR CLIENT CODE: 5852.001/AJS/TWS                                      2.40
SUBTOTAL FOR CLIENT CODE: 5852.001/SAT/JAL                                      2.40
SUBTOTAL FOR CLIENT CODE: 5852/OPD                                              5.12
SUBTOTAL FOR CLIENT CODE: 5852/SJD/KCM                                          2.00
```

```
CUSTOMER NUMBER: CD0198
DATE RANGE:      10/01/2010 - 12/31/2010                              PAGE:            1

DATE        COURT                    TIME IN    TIME OUT TIME/PAGES    AMOUNT
            SEARCH CRITERIA                              DESCRIPTION
-----------------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:                                                13.36
SUBTOTAL FOR CLIENT CODE: 3098                                           14.72
SUBTOTAL FOR CLIENT CODE: 5358                                            2.16
SUBTOTAL FOR CLIENT CODE: 5429                                          381.68
SUBTOTAL FOR CLIENT CODE: 5733                                          185.28
SUBTOTAL FOR CLIENT CODE: 5773                                           58.24
SUBTOTAL FOR CLIENT CODE: 5852                                          151.68
SUBTOTAL FOR CLIENT CODE: 5852                                            9.60
SUBTOTAL FOR CLIENT CODE: 7123                                           15.92
SUBTOTAL FOR CLIENT CODE: 9013                                            7.28    = 20.64
                                                                     ==============
         TOTAL:                                                         839.92
```