**EXHIBIT D**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS HOLDINGS
ASBESTOS-RELATED CLAIMS
MOTORS LIQUIDATION COMPANY
FOR THE PERIOD OCTOBER 1, 2010 THROUGH MARCH 31, 2011
POST "EFFECTIVE DATE" TIME FROM APRIL 1-MAY 13, 2011 (INCLUDED)**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Total Hours For The Period 10/1/10 3/31/11 | Total Hours From The Petition Date | Total Fees For The Period 10/1/10 – 3/31/11 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Asset Analysis and Recovery | 8.6 | 108.3 | 3,787.00 | 60,394.50 |
| Asset Disposition | .0 | .0 | .00 | .00 |
| Business Operations | .0 | 4.1 | .00 | 2,767.50 |
| Case Administration | 28.3 | 248.5 | 14,821.00 | 110,082.50 |
| Claims Administration & Objections | .0 | .4 | .00 | 270.00 |
| Employee Benefits/Pensions | .0 | .0 | .00 | .00 |
| Fee Applications-Self | 119.5 | 248.1 | 24,389.50 | 53,633.60 |
| Objections/Fee/Retention Applications | .0 | 195.4 | .00 | 72,554.50 |
| Financing | .0 | .0 | .00 | .00 |
| Litigation | 1,102.60 | 1,616.9 | 465,978.50 | 692,841.50 |
| Plan and Disclosure Statement | 911.9 | 1,515.5 | 451,104.50 | 769,204.00 |
| Relief from Stay Proceedings | .0 | .6 | .00 | 405.00 |
| Tax Issues | 18.2 | 18.2 | 13,528.50 | 13,528.50 |
| Valuation | .0 | 8.0 | .00 | 4,520.00 |
| Committee Meetings/ Conferences | 65.0 | 232.8 | 39,457.00 | 139,180.50 |
| Travel | 48.3 | 71.6 | 14,243.00 | 21,912.75 |
| Docket Review & Control | 174.8 | 247.4 | 35,409.00 | 49,960.50 |
| Fee Applications – Others | 31.1 | 50.9 | 4,471.50 | 10,724.00 |
| Retention Applications – Others | 11.2 | 75.7 | 3,854.50 | 28,450.00 |
| Retention Applications – Self | .0 | 219.6 | .00 | 87,846.50 |
| Fee Auditor Matters - Self | 70.9 | 142.1 | 35,030.00 | 72,665.50 |
| Estimation Hearing | 263.8 | 263.8 | 112,712.00 | 112,712.00 |
| **TOTAL** | **2,854.2** | **5,267.9** | **1,218,786.00** | **2,303,653.35** |
| | | | | |
| **Post "Effective Date" Time April 1 – May 13, 2011** | **45.6** | **45.6** | **11,261.75** | **11,261.75** |
| **Total after adjustment** | **2,899.8** | **5,313.5** | **1,230,047.75** | **$2,314,915.10** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 10/1/10 – 3/31/11 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 60,896.43 | $ 99,033.23 |
| Research Materials | $ 1,122.72 | $ 1,472.86 |
| Air Freight & Express Mail | $ 1,613.77 | $ 2,761.94 |
| Outside Local Deliveries | $ 21.60 | $ 134.85 |
| Filing Fees | $ 110.00 | $ 310.00 |
| Professional Fees + Expert Witness Fees | $ .00 | $ 35,306.00 |
| Outside Fax Service | $ .00 | $ .00 |
| Court Reporting/Transcript Services | $ 986.90 | $ 2,269.00 |
| Conference Meals | $ 35.44 | $ 101.37 |
| Outside Photocopy Service | $ 6,916.90 | $ 8,065.36 |
| Miscellaneous Client Advances | $ .00 | $ .00 |
| Air & Train Transportation | $ 4,727.05 | $ 6,812.69 |
| Meals Related to Travel | $ 344.61 | $ 604.80 |
| Travel Expenses – Hotel Charges | $ 3,528.69 | $ 4,521.77 |
| Travel Expenses – Ground Transportation | $ 795.27 | $ 1,229.72 |
| Travel Expenses – Miscellaneous | $ .00 | $ .00 |
| Travel Expenses – LD Calls on Hotel Bill | $ 54.81 | $ 98.71 |
| Local Transportation – DC | $ 298.66 | $ 844.96 |
| Local Transportation – NY | $ 936.08 | $ 1,247.29 |
| Xeroxing | $ 1,986.20 | $ 4,238.45 |
| Postage | $ 9.12 | $ 39.11 |
| Telecopier | $ .00 | $ .00 |
| Use of Personal Cell/Home Phone | $ 2,833.64 | $ 3,982.55 |
| Long Distance – Credit Card | $ .00 | $ .00 |
| Long Distance Telephone – DC | $ 68.29 | $ 159.20 |
| NYO Long Distance Telephone | $ 1,119.72 | $ 1,364.72 |
| **TOTAL** | **$ 88,405.90** | **$ 174,598.58** |