**EXHIBIT E**

**POST "EFFECTIVE DATE" TIME
FROM APRIL 1-MAY 13, 2011**


**Fee Applications-Self (45.60 Hours; $ 11,261.75)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | 3.20 | $355 | 1,136.00 |
| Ronald E. Reinsel | 6.70 | $345 | 2,311.50 |
| Rita C. Tobin | 24.10 | $272.50 | 6,567.25 |
| Eugenia Benetos | 11.60 | $107.50 | 1,247.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/11 | RCT | 272.50 | 0.20 | Review Wu memo re effective date and final fee application (.1); emails to EB, TWS, JR re final fee application (.1). |
| 04/01/11 | EB | 107.50 | 0.20 | Email re: final fee application dates and deadlines. |
| 04/04/11 | RER | 345.00 | 0.30 | Follow up re: fee application issues. |
| 04/06/11 | RCT | 272.50 | 0.20 | Review fee application schedules for April (.2). |
| 04/08/11 | TWS | 355.00 | 0.70 | Edit prebill |
| 04/12/11 | RCT | 272.50 | 1.30 | Review RER time, Sept. 2010 - March 2011 (.6); email to EI re: RER time to be billed (.3); emails to TWS, EB and JR re: same (.4). |
| 04/12/11 | TWS | 355.00 | 0.10 | Telephone conference with APB re MLC prebill |
| 04/13/11 | TWS | 355.00 | 0.60 | Telephone conference with EI re pending charges (.1); review of same (.5) |
| 04/18/11 | RCT | 272.50 | 0.10 | Conference EI re: RER time (.1). |
| 04/19/11 | RCT | 272.50 | 0.10 | Conference with EB/review EB email to TWS re: RER time (.1). |
| 04/19/11 | TWS | 355.00 | 0.50 | Review time entries for final fee application |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/19/11 | EB | 107.50 | 0.60 | Send monthly fee statements to TWS for October and November 2010. |
| 04/25/11 | TWS | 355.00 | 0.30 | Conference with RER re mis-recorded time |
| 04/25/11 | RER | 345.00 | 1.10 | Analyze billing entries and follow-up. |
| 04/26/11 | RCT | 272.50 | 2.10 | Emails to TWS re: time entries for RER (.3); conference EI re: time entries, RER (.3); review emails re: monthly/final fee applications (.3); review prebill (1.2). |
| 04/26/11 | TWS | 355.00 | 0.70 | Telephone conference with EI re prebill and telephone conference with RCT and APB re same (.3); edit pre bill (.4) |
| 04/26/11 | RER | 345.00 | 1.20 | Analyze billing entries and follow-up. |
| 04/27/11 | RCT | 272.50 | 1.30 | Review edited pre-bill re: further edits (.8); emails to AB re: status of month (33); review TWS emails re: certain additional edits (.2); |
| 04/27/11 | RER | 345.00 | 1.40 | Complete analysis of billing entries and draft memo to TWS re: same. |
| 04/28/11 | RCT | 272.50 | 0.50 | Draft transmittal letter re RER time/monthly (.5). |
| 04/28/11 | RER | 345.00 | 1.40 | Complete analysis of billing entries and draft memo to TWS re: same. |
| 04/28/11 | EB | 107.50 | 0.60 | Perform review of monthly fee statement cover letter and send to TWS for review. |
| 04/29/11 | RCT | 272.50 | 0.80 | Review monthly C&D fee application (.8). |
| 04/29/11 | EB | 107.50 | 1.10 | Work on monthly fee application. |
| 04/29/11 | EB | 107.50 | 0.60 | Prepare fee and expense report for fee application exhibit. |
| 05/02/11 | RCT | 272.50 | 0.20 | Emails re: final fee application (.2). |
| 05/04/11 | RCT | 272.50 | 0.20 | Conference with EB re: final fee application (.2). |

2

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 05/04/11 | RER | 345.00 | 0.30 | Conf. w/TWS re: fee application issues and follow-up re: same. |
| 05/05/11 | RER | 345.00 | 0.30 | Conf. w/RCT re: fee application issues. |
| 05/05/11 | EB | 107.50 | 2.00 | Begin drafting final fee application. |
| 05/06/11 | EB | 107.50 | 1.00 | Edit and proof read final fee application. Work on schedules. |
| 05/09/11 | RCT | 272.50 | 1.30 | Review RER time re: final fee application (.3); emails to TWS/RER re: RER time re: final fee application (.3); telephone call to RER re: time for final fee application (.2); emails TWS/RER re: RER time re: final fee application (03); telephone call to RER re: time for final fee application (.2). |
| 05/09/11 | RER | 345.00 | 0.40 | Review fee application time entries and follow-up correspondence re: same. |
| 05/09/11 | EB | 107.50 | 1.00 | Continue to edit and proof read final fee application. Work on schedules. |
| 05/10/11 | RCT | 272.50 | 3.20 | Work on cover memo to third interim/final fee application (1.7); work on RER revisions for final fee application (.6); emails to AB and EB re: necessary exhibits (.6); review Fee Ex materials re: format and exhibits, final fee application (.3). |
| 05/10/11 | RCT | 272.50 | 2.60 | Work on cover memo to third interim/final fee application (1.7); work on RER revisions for final fee application (.6); emails to AB and EB re: necessary exhibits (.6); review Fed Ex materials re: format and exhibits; final fee application (.3). |
| 05/10/11 | TWS | 355.00 | 0.30 | Edit prebill |
| 05/10/11 | RER | 345.00 | 0.30 | Review revised fee application entries and follow-up re: same. |
| 05/10/11 | EB | 107.50 | 1.50 | Perform review of FE Reports re: payments for schedule in final fee application. |

3

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 05/11/11 | RCT | 272.50 | 1.30 | Work on final fee application exhibits/revise and edit (.5); emails to AB/EB re: fee application exhibits (.8). |
| 05/12/11 | RCT | 272.50 | 2.90 | Review and edit exhibits; final fee order (.6); work on cover memo for final fee application (2.3). |
| 05/12/11 | RCT | 272.50 | 3.00 | Review exhibits re: final fee application (.4); draft descriptive paragraphs for cover memo (2.3); emails to RER, TWS, AB and EB re: final fee application preparation (.3). |
| 05/12/11 | EB | 107.50 | 2.00 | Organize and create all interim exhibits. |
| 05/13/11 | RCT | 272.50 | 2.80 | Review and edit all cover memo, exhibits, et al (2.3); emails to TWS, EB, AB and RER re: same (.5). |
| 05/13/11 | EB | 107.50 | 1.00 | Add finishing touches to final fee application cover and exhibits. |

**Total Task Code .07        45.60**

4