# EXHIBIT F

## MLC: ATTORNEY ADMISSION(S)

| Attorney Name | State(s) Admitted | Year(s) Admitted |
|---|---|---|
| Elihu Inselbuch (EI) | New York | 1962 |
| | District of Columbia | 1987 |
| Peter Van N. Lockwood (PVNL) | New York | 1985 |
| | District of Columbia | 1968 |
| Trevor W. Swett (TWS) | New York | 1998 |
| | District of Columbia | 1982 |
| | Maryland | 1983 |
| Ronald E. Reinsel (RER) | District of Columbia | 2004 |
| | Arizona | 1986 |
| Kevin C. Maclay (KCM) | Maryland | 1994 |
| | District of Columbia | 1996 |
| James P. Wehner (JPW) | New York | 2003 |
| | District of Columbia | 1997 |
| | Virginia | 1995 |
| Rita C. Tobin (RCT) | New York | 1991 |
| Todd E. Phillips (TEP) | District of Columbia | 2009 |
| | California | 2005 |
| Ann C. McMillan (ACM) | California | 1984 |
| | District of Columbia | 1988 |

2

| Attorney Name | State(s) Admitted | Year(s) Admitted |
|---|---|---|
| Leslie M. Kelleher (LMK) | New York | 1989 |
|  | District of Columbia | 2008 |
| Jeffrey A. Liesemer (JAL) | District of Columbia | 1996 |
|  | Virginia | 1993 |
| Jeanna M. Rickards (JMR) | Washington | 2004 |
|  | District of Columbia | 2009 |
| Andrew J. Sackett (AJS) | California | 2005 |
|  | District of Columbia | 2008 |
| Kate G. Henningsen (KGH) | Wisconsin | 2010 |
| Neal M. Kochman (NMK) | District of Columbia | 1996 |
| Richard W. Skillman (RWS) | New York | 1971 |
|  | District of Columbia | 1972 |