**EXHIBIT G**
**BILLIN RATES**
**FOR YEARS 2009 THROUGH 2011**

| **Name** | **Total Hours Billed** | **Billing Rate For Year 2009** | **Billing Rate For year 2010** | **Billing Rate for year 2011** | **Blended Hourly Rate** |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | 94.40 | $920 | $950/475 | $1,000/500 | $944.99 |
| Peter Van N. Lockwood (PVNL) | 64.40 | $840 | $860/430 | $905/452.50 | $879.47 |
| Trevor W. Swett (TWS) | 727.20 | $660 | $675/337.50 | $710/355 | $651.15 |
| Ronald E. Reinsel (RER) | 490.80 | $640 | $655/327.50 | $690/327.50 | $633.92 |
| Richard W Skillman (RWS) | 15.80 | $715 | $735 | $770 | $770.00 |
| Nathan D. Finch (NDF) | 35.60 | $610 | $625/312.50 | $-0- | $620.61 |
| Ann C. McMillan (ACM) | 99.90 | $580 | $595 | $625 | $611.25 |
| Leslie M. Kelleher (LMK) | 66.40 | $550 | $565 | $-0- | $558.15 |
| Jeffrey A. Liesemer | 54.00 | $495 | $510/255 | $535/267.50 | $510.05 |
| Kevin C. Maclay (KCM) | 1,049.00 | $495 | $510/255 | $535/267.50 | $513.69 |
| James P. Wehner (JPW) | 461.10 | $495 | $510/255 | $535/267.50 | $508.54 |
| Neal M. Kochman (NMK) | 0.70 | $470 | $480.00 | $480.00 | $480.00 |
| Rita C. Tobin (RCT) | 317.30 | $530 | $545/272.5 | $545/272.50 | $445.53 |
| Jeanna Rickards Koski (JMR) | 182.20 | $320 | $340/170 | $380/190 | $340.11 |
| Andrew J. Sackett (AJS) | 248.80 | $295 | $310 | $340 | $318.62 |
| Todd E. Phillips (TEP) | 480.00 | $300 | $300/150 | $340/170 | $302.39 |
| Kate G. Henningsen (KGH) | 249.80 | $-0- | $230 | $240 | $226.70 |
| Erroll G. Butts (EGB) | 15.50 | $235 | $240/120 | $245/122.50 | $238.71 |
| David B. Smith (DBS) | 0.80 | $235 | $235 | $-0- | $235 |

| | | | | | |
|---|---|---|---|---|---|
| Michael C. Greene | 11.50 | $235 | $235 | $-0- | $235.00 |
| Eugenia Benetos (EB) | 326.40 | $205 | $210/105 | $215/107.50 | $162.23 |
| Sayem Osman (SO1) | 143.50 | $-0- | $200 | $205 | $200.69 |
| Sara Joy DelSavio (SJD) | 267.40 | $-0- | $200/100 | $205/102.50 | $199.33 |
| Christopher E. Williamson (CEW) | 238.10 | $-0- | $200/100 | $205/102.50 | $201.12 |
| Oleksandra P. Davydenko (OPD) | 41.40 | $-0- | $200/100 | $205/102.50 | $200.07 |
| Mollie E. Gelburd (MEG) | 1.60 | $-0- | $-0- | $205 | $205.00 |
| Samira A. Taylor (SAT) | 24.20 | $195 | $200/100 | $205/102.50 | $192.33 |
| Marissa A. Fanone (MAF) | 17.40 | $195 | $200 | $-0- | $199.66 |
| Library Staff | 0.50 | $195 | $200 | $205 | $205.00 |
| Rolland A Hampton (RAH) | 11.50 | $-0- | $200 | $-0- | $200.00 |
| Stephen M. Pennartz (SMP) | 9.30 | $-0- | $200 | $ -0- | $200.00 |
| **TOTAL** | **5,746.50** | | | | **$446.11** |