Dania Dorram
81 Highland Avenue
Riverdale, NJ 07457
(973) 835-6820

CERTIFIED/RECEIPT

May 16, 2011

Bankruptcy Court
Office of the Clerk
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

Chapter 11 Case No. 09-50026 (REG)
March 29, 2011

Sirs:

I am the owner of 400 preferred shares of General Motors (Cusip 370442766)
purchased in 2002 through Kirlin Securities and transferred to Fidelity
Investments in May 2004.

This investment was to supplement my Social Security, and I regard it to be
a contract between General Motors -- a major US corporation -- and
myself. Instead, through no fault of mine, it has been entangled frozen
for years in legal proceedings for the benefit of General Motors, remaining
dormant throughout that duration.

I have not received disclosures of the Court's decisions, hence I was
unable to vote on the various "Plans." I now accept the Court's decision
on the Second Amended Joint Chapter 11 Plan (ECF #9836), and anticipate
that the Court would rule justly.

Details of my holding:

400 Preferred stock of General Motors, Cusip 370 442 766
Pfd -- 7.35% -- due 10/1/2051
Held in my name of Dania Dorram
At Fidelity Investments, Account Z43-266175 as of 5/25/2004

Very truly yours,

Dania Dorram

cc: Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

RECEIVED
MAY 19 2011
U.S. BANKRUPTCY COURT, SDNY