Honorable Judge: Robert E. Gerber

WWW.MOTORSLIQUIDATIONDOCET.COM.
the confirmation order (ECF No. 9941)confirming the debtors
Second Amended Joint Chapter 11 Plan dated 3|18|11
(ECF No.9836) (The "Plan", of Motors Liquidation Company
and its affiliated debtors (collectively, the "Debtors")

IN THE SUPERIIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY
OF KING AT MALENG REGIONAL JUSTICE CENTERLOCATED INTHEW CITY OF KENT

CLINTON M. TULLIS AND MARGARET L. TULLIS
and the palimony relationship thereof as Pro Se

Plaintiffs

1. GENERAL MOTORS CORPORATION
    and
2. CORNFORTH-CAMPBELL GMC DEALERSHIP.AGENCY          Case No. 10-2-25699-7 KNT

3. Law Firm of WEIL, GOTSHAL, & MANGUS, LLP.         .DEFENDANTS Crimes of Fraud Committed:
.  AS MOTORS LIQUIDATION COMPANY:                    via Rules of the Court; of State of Washington
Law Firm Perjured Attempt to Eliminate               FRAUD: RCW 9A.08.09; 9A.08.010,
Plaintiffs Case:                                     9A.08.020, 9A..08.030 cannot take Bankruptcy
         Defendants                                  or find other means to hide their values.

1.
**STATUS OF DEFENDANTS and CAUSE OF ACTION.**

1.1. At all times material hereto, Pro-Se Plaintiffs/Complainants, Clinton M. Tullis and Margaret L. Tullis

for approximately " Fifty Six years" have been in total companionship inclusive of the last thirty years.

1.2. Plaintiffs have resided at 16300-184th Ave., SE, city of Renton, County of King, State of Washington,

zip code: 98058-0903 since October of 1991 and within the State of Washington since 1954.

1.2a. The conspiring Defendants were believed to be, and therefore alleged to be, all doing business

and officially responsible of safety performance of new and used vehicles as a General Motors

Corporation Agency advertised as a GMC Mr. Good Wrench Dealership operated by Cornforth

Campbell, at 4300 Valley Avenue N.E.; PO Box 537; Puyallup, WA. 98371.

1.3 The dual responsibility of the original Corporation and Agency is again, a responsibility of General

Motors Corporation whom has commenced immediately to restructuring its operations and with

Government assist, have rearranged its operations with Cornforth Campbell as one of GMC special

chosen Locations and management considered to perform as a premium sales activities Agency.

DEFENDANTS WILLFUL   MALICIOUS
INJURIES TO PLAINTIFFS

P-1.

Clinton M. and Margaret L. Tullis PrOSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

1.3a. Cornforth Campbell should, as of now, be understanding of its responsibilities of honesty in performance, of all transactions acquired in agreement to this, only if the Agency properly considers the proper care and truth of conditions of its sold used and maintenance of new and used vehicles sold.

1.3b. They must be brought to realize that ignoring their own responsibility, also subjects them to road injury and all citizens should not have to fear their or others conditions of vehicles on the road.

**Exhibit # 2**

1.3c. The responsibility of the original Corporation and Agency is a responsibility of General Motors Corporation and has been the GMC responsibility of complicity, from the beginning of doing business

1.3c1. The Law Firm of Weil, Gotshal and Manges has joined General Motors to Assist in Curing their Debts; Violated Washington State Laws by Demanding Plaintiffs (Clinton M. and Margaret L. Tullis) to drop their case Against General Motors within Five Days, or face incarceration.

<u>1.3c2. Plaintiffs Case is being performed to Crimes attributable to General Motors Corporation Agency of GMC Mr. Good Wrench: Cornforth Campbell assist in the State of Washington. ARTICLE 111 Of the United States Constitution, Section 2, No. {3} The Trial of all Crimes, except in cases of impeachment, shall be by Jury; and such trial shall be held in the State where the said Crimes shall have been committed.</u>

1.3d. The factor of responsibility of Corporation and Agency is a dual responsibility with the most serious policing and policy assurances are the responsibility of the Corporation relationship as expressed in Plaintiffs RCW's (Rules of the Court in the State of Washington) emphasizing Complicity. **Exhibit # 11.**

1.3e. No.1 conspiring Defendants believed to be and therefore alleged to be General Motors Corporation. PO Box 33172 in the city of Detroit, State of Michigan 48232-5172; Service former request No. 71-537248-740, phone No. 1-866-790-5700 and Now in Chapter 11, Bankruptcy being officiated with affiant Law firm of Weil, Gotshal & Manges. LLP. prior to Chapter 11, was To Attention of: Brianna Benfield: 1300 i Street, NW; Suite 900. Washington, D.C. 20005.

1.3e1. Weil, Gotshal and Manges have recently informed Plaintiffs to send Plaintiffs Claim to the United States Bankruptcy Court officiating Judge: The honorable Robert E. Gerbert to sign and be entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York: (The Bankruptcy Court); Alexander Hamilton Custom House, One Bowling Green, New York, New York 1004. Plaintiffs have a law suit commenced against the Above mentioned DEFENDANTS and will not surrender the case until it is properly financially resolved. The Total is a demand of Eighty Seven Million Dollars to be paid to Plaintiffs of which The Cornforth-Campbell Agency is informed of their responsibility of $41,000.000.00 of which is in the hands of their California Insurance Co.

1.3f. Attorneys for Debtors and Debtors in Possession must assist Plaintiffs in accord of implied Washington State Rules. Plaintiffs: Clinton M. & Margaret L. Tullis whom have a case against General Motors Corporation and Debtors Totaling Forty Seven Million Dollars, for the balance of Plaintiffs injuries from illegal manipulations of GMC Agency of Cornforth-Campbell in selling a General Motors Suburban to Plaintiffs that was declared to be in perfect condition and totally failed Plaintiffs in a usual easily controlled stopping situation that caused Plaintiffs very serious physical injuries, that caused Plaintiff Clinton two super large lower inguinal surgeries after waiting for his heart to improve for eight months and for which plaintiff can never totally clear, plus a badly permanent damaged left wrist and total loss of hearing that was all created with a light collision reacting from collapse of an out-dated Trailer Brake Control installed by Defendants

P-2

Advertising of GMC MR. GOOD-WRENCH to influence Plaintiffs to Purchase a very beautiful looking Suburban vehicle FOR which, Plaintiffs were given a rift of papers guaranteeing and promoting a near perfect vehicle, which turned out to be a 100% LIE and also damaged Plaintiff Margaret whom spent a full night at the hospital and has cost the privilege of riding on heavily traveled roads. Plaintiffs will enclose at least seven of the AGENCY perjured papers to verify the Agency and General Motors complicity. (See No. 1.3f.1. below.) plus Plaintiff Clinton's status of past long term mechanics performance, changed to Real Estate in 1967 and a Broker since 1969.

1.3f-1. Washington State Law: RCW 9A.08.030 Corporate and Personal Liability No.(5) Every Corporation whether foreign or domestic which shall violate any provision of RCW 9A.28.040, shall forfeit every right and franchise to do business in this state. The attorney General shall begin and conduct all actions and proceedings necessary to enforce the provisions of this sub-section (1975) 1st ex.s. c 260 s 9A.08.030. NOTE: Plaintiff most certainly does not want this to happen.

1.3f.2. (Constitution)( Article 111.)#{3}. The trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such trial shall be held in the State where the said Crimes shall have been committed;\

1.3f.3. Fraud: Willful-Malicious Conduct: Cannot take <u>Bankruptcy</u> or find other means to hide values.

1.3f.4: s 31-4.3 When the concurring negligence of two or more defendants is a proximate cause of an injury, each is liable regardless of the relative degree in which each contributes to the injury. General Motors Corp. and Cornforth-Campbell Agency GMC Mr. Good Wrench.

1.3g. Plaintiffs Law Suit is filed with the Maleng Regional Justice Center, Superior Court in the City of Kent, County of King, State of Washington, address of "620-West James Street, Kent, WA. 98032.

1.3h. The ridiculous untruths of Defendants former "Attorneys" briefs were bullying techniques that Plaintiffs learned to handle years ago; and their inappropriate designated Statute of limitations of which legally allows Plaintiffs to file this law suit within ten years because of the crimes committed by the complicity between General Motors Corporation through its Agency of Cornforth-Campbell GMC **Mr. Good Wrench. Exhibit # 13**

1.3i. Conspiracy: A combination of two or more persons, etc. to commit a criminal or unlawful act or to commit a lawful act by Criminal or Unlawful Means; or a Combination of two or more persons to accomplish an unlawful purpose, or some purpose not in itself unlawful by an unlawful means.
Exhibit # 12

1.3j. Accessory: One who aids or contributes in a secondary way or assists in or contributes to crime as a subordinate. See 216So. 2d 829,831 The failure to report the commission of a crime of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or avoid apprehension for a crime. Exhibit # 12

1.3k. COMPLICITY: Accomplice: An individual who voluntarily engages with another in the commission or attempted commission of a crime. See 165 N.E. 2d 814; One who is liable for the identical offense charged against the Defendant, See 233 p2d 347, Liability is shared. Exhibit # 11

1.3l. Criminal Liability: of a Corporation: RCW 90.08.030; RCW. 9A.28.040: Criminal Conspiracy RCW 9A.28.020: Criminal attempt of Agent of Corporation: Class B. Felony when the crime attempted is a class A felony other than an offense listed in A of this subsection must be commenced within a "ten year" statute of limitations unless action on a State or Federal Judgment period is extended for an additional ten years. Exhibit # 12

1.3m. STATUTE OF LIMITATIONS: Ten Years and could extend for another ten years if needed.

P-3

1.3n. Criminal Negligence: A Person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation.    Exhibit # 2

1.3.o. ASSEMBLY'S OF GENERAL MOTORS VEHICLES ARE; {AS OF RECEIVING COMPLAINTS FROM CLINTON M. TULLIS FOR COURT ACTION}; HAS LED GENERAL MOTORS CORPORATION TO PLACING STRONGER CHANNEL FRAMES AND BETTER WELDING FOR VEHICLE STABILITY AND STEERING CONTROL, AS IS STATED ON ONE ADMISSION SENT TO PLAINTIFFS. By Chief Chairman: Mr. Rick Waggoner; Whom positively did a big favor for GMC and for the General Public, Whom would be occasioned to meet on some of the nations roads    Exhibit # 12

1.3p. Factory personnel, copy shall be afforded with this brief. Plaintiff has in mind of obtaining annual checkup on all vehicles old and new to assure the Public of being safer on the roads. This will place more people at work within all nations receiving any and all vehicles. and should be demanded at all vehicle assembly lines as well as the used vehicles to have annual inspections for safety.

1.3q. I also believe the cruise controls should be removed. You cannot turn off a cruise control if you are bouncing around inside of a vehicle because of an outside contact. If a party is too tired to keep their foot on the gas pedal, They are to tired to be traveling. A hand operated accelerator on the steering wheel (as performed on tractors), is more efficient for the helpless.

1.3r. Assemblies on its vehicles has led to GMC placing heavier Channel Frames and better welding for vehicle stability and steering ability as is stated on several admissions sent to Plaintiff from the standard of care that a reasonable person doing inspections and repairs would exercise in the same situation. Discovery of GMC weak frame, steering, brakes and the Cruise Control could be the major cause of most of the vehicle accidents in the United States; etc. in surprising, crashing, injuring, and killing tolls of citizens.    Exhibit # 12

1.4. All acts stated to have been performed by the Agency or denied to be performed of or by the Defendants to Plaintiffs as complained of herein were committed by Employees and Leaders of the GMC Agency Dealership of Cornforth-Campbell, backed by GMC: Mr. Good-wrench advertisements And responsibility of General Motors Corporation: Vicarious Liability.

1.4a. Vicarious Liability: imputation of Liability of one person for actions of another in denying clients their constitutional protection of honesty and privileges.    Exhibit # 13

1.4b. This case must be officiated by Judgment that is in full consideration of Plaintiffs citizen rights of honesty, procured and assured through the Constitutional "Oath of Office" honoring decision making by determination through a Grand Jury Trial. (COURT PROCEDURE)

1.5 All of the above acts along with the following in this brief; applied to various notifications of deliberate neglect and or consequences of which, were performed and jointly responsible by the Defendants.

1.5a. Plaintiffs have incorporated exhibits that are retained to disclose during trial of this case with the Brief that make declarations and assurances for perfected conditions of Plaintiffs SUB; purchased from the GMC Mr. Good Wrench affiliated Agency of Cornforth Campbell and those Mr. Good Wrench declarations and assurances were absolute conspired fraud, not becoming of Proper supervision or performance, inclusive of General Motors Corporation & their Agencies.

1.6. All acts of Plaintiffs/Complainants shall be referred to by the use of either phrase, of which we will primarily apply singularly as Plaintiffs from hereon.

P-4

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave. S.E. Renton, WA. 98056-0903

*Cornforth-Campbell agency of ↯ m ↯*

6a.. Management: Office Personnel were aware of stipulations on reliability to influence Plaintiffs of the vehicle upon and during constructive performance of the Purchase Contract, prior to giving Plaintiffs the keys.

6b. Plaintiffs also wrote correspondence to the management as well as made four or more trips to inform management that the vehicle functioning appeared to need essential attention and cure for road operation and safety.

6c. Plaintiffs were scoffed at and Defendants incurred, that the problems were imaginary, thus not even offering any coverage of the timely warranty produced for Plaintiffs at day of Purchase

6d. Plaintiffs went on vacation, pulling a 30 foot Wilderness trailer; first to Idaho and from there to the Oregon Coast.

6e. Upon returning to Renton, WA., Plaintiffs immediately took the vehicle to Cornforth-Campbell for a mister Good-Wrench cure and were again denied that we had any problems 1. Of the Brakes jerking the front of the vehicle to the left; 2. Of the engine heating to 285 degrees of which the Shop Manager declared was Normal; 3. Of the lights being too dim and one of the lights was pointing into the trees. 4.Of the engine sometimes hesitating in starting 5. Plaintiffs were told that the book on the trailer and an owners manual for the Suburban GMC was on order.

7. Plaintiff Clinton M. Tullis, then ran my own tests of which I had avoided as I didn't want to do anything that might kill our warranty (of which we soon found out to be worthless from the Dealership and their advertisement of Mr. GOOD-WRENCH.

8a. Plaintiffs then ran a battery test and found the battery was struggling to stay alive. Plaintiffs installed a new Heavy Duty Battery and the Engine response was corrected.

8b. Plaintiffs then replaced the thermostat with a 180 degree thermostat.

8c. Plaintiffs also replaced the Radiator Cap and Plaintiffs had no more Engine Heating problems.

8d. Plaintiffs took the vehicle to a Parts Dealership that had informed Plaintiffs to the fact that they had the full sets of the Headlamps and Bulbs for the Suburban and that they had the equipment to replace the entire head-lamps. They did an excellent installment and our night lighting was terrific without offending oncoming vehicles.

8e. Plaintiffs then removed all wheels from the suburban and found 1. that the front caliper pins were badly worn; 2; The left front metallic brake pad was chewing right into the rotor;

8f. The rear brake linings were worn enough to warrant their changing; The new brakes of which, we were told by Cornforth-Campbell had been performed, should have had more than twice the lining left as what Plaintiffs discovered at the end of about 1500 miles.

8g. Plaintiffs had a Renton machinist correct the front rotors and Plaintiffs replaced the front calipers, pins and rotors. Our Suburban brakes were perfect from thereon.

8h. During our purchase of the battery and above mentioned replacement Parts; Plaintiffs had ordered a CHILTONS 1999 General Motors Heavy Duty *manual*.

P-5

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S.E. Renton, WA. 98058-0903



EXHIBIT # 4

the trailer brake control not working caused the heavy trailer to push plaintiff into & onto the vehicle stopped in front as it had hit the vehicle in front of it and there was not enough width in the road & lanes to allow clearance in the middle.



p-6

EXHIBIT # 4

Juno e-mail printed Thu, 10 Apr 2008 18:11:28 , page 1 of 2

If you are unable to view the images in this e-mail, view it in your web browser. To ensure you receive your GM Fleet and Commercial e-mails, please add GM_Fleet_and_Commercial@email.generalmotors.bfi0.com to your Address Book.

Mr. Rick Waggoner:
Upon receiving Plaintiffs first notice and brief; and prior to his retiring; informed Plaintiffs that he had ordered the XXXX Assembly Plants to install Sturdier Steering Assemblies, and Improved, heavier steel frames and better stronger welding on all of General Motors Vehicles.
Plaintiffs hope this is so, for the benefit of every one on or off the roads they travel, with any and all vehicles, No matter where the vehicles are manufactured.   *Lmt*

Dear Clinton:

For commercial applications that demand GVWRs up to 14,200 lbs,* the new Chevy Express and GMC Savana 4500 Cutaways are the go-to cutaway vans for heavy duty jobs.

[x] GO TO GMFLEET.COM
[x] VEHICLE SHOWROOM
[x] CURRENT OFFERS

The Express and Savana offer greater towing and RV adaptation¹ with their best-in-class available 9,050 lbs§ payload,** 20,000 lbs GCWR, and 6.0L gas V8. Improvements to their body structure include added spot welds, structural adhesives, and increased metal gauge thickness to meet the requirements for demanding duty cycles.

*this was commenced after GMC received the Summons & Complaint from Plaintiffs*

Check out the Chevy Express 4500 Cutaway and GMC Savana 4500 Cutaway >>

CONTACT US
If you have questions regarding GM's products or services, click here for contact information.

p. 7



*Jury #18*

Dear Clinton,

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. <u>Our goal is to exceed every expectation you've set for us.</u> We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty
Vice President, U.S. Marketing

General Motors Company

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here. To view our privacy statement, click here. We cannot reply to all responses to this e-mail.
©2010 General Motors | 100 Renaissance Center | 482.A00.MAR | Detroit, MI 48265

p-8

*Procedure exhibit # 8*
*~~following~~ sequence diagnosing stability of plaintiffs heart*
# Consult Request
*for surgery (if possible) and of in hill*
*surgery diagnosis and performance was applied.*

Printed On Dec 22, 2008

APPOINTMENT.

Diagnosis: bilateral inguinal hernias

Planned Procedure: laparaoscopic bilateral inguinal hernia repair

Requesting Provider: Hammill

Requested Appointment Date: Apr 21, 2005

Requested OEC Appointment Date: Apr 21, 2005

(Planned Surgery Date: Apr 25, 2005)  ← *date of surgery*

Was the History and Physical Completed in Clinic? No   *released from hospital on 4/28/05*

Was Informed Consent Completed in Clinic? No

Known Consult Needs (complete electronic consult scheduling will be done
with OEC): Medicine Consult

ASA Status: II  Mild Systemic Disease, no functional limitations

Additional Instructions: please make oec medicine and oec for April 21

Weight: 223.2 lb [101.5 kg]  (12/02/2004 14:26)   *Plaintiffs heart never*
Height: 74.5 in [189.2 cm]   (08/05/2004 15:15)   *returned to normal and was determined to cure by surgery*

Patient Allergies: Patient has answered NKA  *and followed april 30, 09 with*

Any new allergies: None  *a pace maker installation. This resulted*
*in an infection and most of another week*

ORDERS:  ~~sedation~~  *in the hospital taking ~~substitutes~~ to remove*
*the incoming grout particles until May 1, 2009*

1. Medications:  *and considered safe for plaintiffs release from*
*hospital on May 12, 2009. It was very difficult*

Drug:Dose:  *to mentally function properly on this case.*
Route:  *all of this should never have happened, if*
Schedule:  *agency; Cornforth Campbell & combine of GMC —*
Additional Comments:  *shoddy assembly on the 1999 Suburban had*
*not easily collapsed. This may not have been*

Drug:Dose:  *put to the test if agency of Cornforth Campbell*
Route:  *had performed the perfected condition of its*
Schedule:  *Suburban, they lied about inclusive of their*
Additional Comments:  *cheap mounting of their improper trailer brake*

*ACTIVATOR,* ~~~~

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation
TULLIS, CLINTON                                                 | *as a result Plaintiffs discovered*
16300 184TH AVE SE                                              | *the Suburban. Frame channel was too*
RENTON, WASHINGTON  98058-0903                                  | Printed at Seattle *Frail and the steering*
519224876                                                       | *assembly was both inclusive of*
                                                                | *too weak of structure causing*
                                                                | *Plaintiffs both to take a beating*
P-9                                                             | *when the front end collapsed*   Page 20
                                                                | *in the center of the 1999 GMC Suburban*

*personal property [personalty]*

**PER SE** *(pĕr sā)* Lat.: through itself, by means of itself. Not requiring extraneous evidence or support to establish its existence.

**PERSON** in law, an individual or incorporated group having certain legal rights and responsibilities.

**PERSON AGGRIEVED** see aggrieved party.

**PERSONAL ATTACK RULE** see fairness doctrine [PERSONAL ATTACK RULE].

**PERSONAL CHATTEL** see chattel [PERSONAL CHATTEL].

**PERSONAL EFFECTS** a vague phrase used to describe tangible property having an intimate relation to the decedent, such as clothing and jewelry.

**PERSONAL HOLDING COMPANY** a **corporation** having a limited number of **shareholders** and a high percentage of passive **income**, such as **interest, dividends, rents, royalties,** and **capital gains**. A special income tax was imposed on personal holding companies in 1937 in order to prevent taxpayers from avoiding taxes by placing their assets in corporations. Previously, taxpayers would avoid income taxes by placing their assets in one or more corporations, thereby splitting their income among several taxpayers and taking advantage of the lower marginal tax brackets. The PERSONAL HOLDING COMPANY TAX is imposed on the undistributed income of such corporations at a flat rate. The purpose of the tax is to force the shareholders to distribute the corporation's income to themselves as dividends so they may be taxed on it at their regular rate of income tax.

**PERSONAL JUDGMENT** judgment imposed on defendant requiring sums to be advanced from whatever assets he or she has within the jurisdiction of the issuing court, as opposed to a judgment directed against particular property (called an **in rem** judgment) or a judgment against a **corporate** entity. See **jurisdiction** [IN PERSONAM JURISDICTION].

**PERSONAL JURISDICTION** see jurisdiction [IN PERSONAM JURISDICTION].

**PERSONAL PROPERTY [PERSONALTY]** things movable, as distinguished from **real property** or things attached to the realty.

*EXAMPLE:* An agreement between a buyer and seller of a house provides that the sale covers only the land and home and not the seller's *personal property.* This agreement means that the seller can remove items such as furniture and rugs, but not the heating system.

355

P-10

| Exhibits and locations in order | Numbers Definitions | Numbers Definitions |
|---|---|---|
| 1). MR. Good Wrench & Nations Agency's | (9). Letter to Cornforth-Campbell after several denials of needs of Service and disillusioned cure for perjured perfect condition of vehicle. | |
| (2). Warranty & Declarations of Conditions gueranty of. (3). Differentiator Book (Manual) | | |
| (4). Bent Trailer Ball Hitch | (10). Headlamp Lens and Bulb replacements, Brakes,. Battery, Engine repairs, Parts, Supplies, etc. | |
| (5). Plaintiffs Mechanics Resume | | |
| (6). Chilton "Mechanics Manual" | (11). Dual Responsibility-Complicity (Corporation & Agency's) | |
| (7). Chehalis District Court | (12) Obligations of Manufacturers in assembly of all motor vehicles. | |
| (8). V.A. Medical History | | |

(13). Upon General Motors receiving Plaintiffs first Complaint; Mr Rick Van Waggoner immediately ordered stronger quality of metal and welding in vehicle frames and steering assembly's of General Motors new vehicles. He sent Plaintiffs a notice of the order and contributed the change to Plaintiffs understanding, plus offered $15,000 to Plaintiffs on any new purchase of a GMC [heavy duty] vehicle. We have had the same response from three other GMC Leaders offering $25,000 reduction offers to Plaintiffs from any GMC vehicle purchase by Plaintiffs.

(14). Cornforth Campbell Agency perjured advertising and Supervising on false repairs.

(15).Plaintiffs: Call for Grand Jury Determination in event of any denial of Plaintiffs Summary Judgment.

(16). The Crushing of Plaintiffs health; with delayed, doubled: huge Lower Inguinal surgery's, arm and wrist slings & wrap supports, medicines, Ex-rays, Scans and a Heart Pace Maker and continual examinations; essential for survival through efforts at the Veterans Hospital All from neglect of proper surveillance and questionable survival conditions Defendants perjured; In anxiety to rid the one-half portion of their responsibility to Plaintiffs through recently transferring their total Agency responsibility inclusive of the most recent Summons and Complaint of this Case to their Insurance Company in California of whom has made contact with Plaintiffs and is waiting for Plaintiffs decision of which Plaintiffs will place this brief and Exhibits to Defendants assistants inclusive of trial dates for finality of each Defendant.

(17). Defendant Comforth Campbell: Willful, Malicious Conduct, declaring Plaintiff's Purchase passed a rigid inspection and has been reconditioned to the highest standards.

(18). Willful, Malicious Conduct in pressing for new sales through advertising of GMC Mr. Good Wrench at all of GMC U.S. Agency's; Cannot take Bankruptcy, or find other Means to hide Values.

(19) Willful, Malicious Conduct of Weil, Gotshal & Manges LLP becoming responsible for Motors Liquidation Company: and Representing General Motors Corporation to Federal Government in Chapter 11 Bankruptcy. Chapter 11 is certain when it can be allowed to a party/organization, etc., that has an income and history of capability to make payments on their Debts.

General Motors is and has been an Accesory to its Agency of Cornforth-Campbell in Puyallup, WASHINGTON THAT Committed many Criminal Acts and Injuries to Plaintiffs amidst an enormous sum of PeRjury about perfection of a GMC Suburban purchased from Cornforth-Campbell that caused lifelong hearing & heart damages to Clinton along with eight months of super "Lower Inquinal Hernias. not being overcome by Surgery for eight months because of the enormous damages AND IF Clinton had not been a mechanic for many years; would have led to the deaTHS OF SEVERAL CAR LOADS OF PEOPLE STOPPED FOR EMERGENCY ON THE Chehalis and Centralia portion of I-5 Super Highway. Plaintiff Margaret had to spend the balance of the day and all night at the Centrailia Hospital for bruises encountered from Plaintiffs contact of the vehicle nearest and waiting in front because of a earlier contact caused from about a quarter of a mile ahead vehicles suddenly having emergency stops. She has not completely overcome her injuries and fright to date. We have well earned more than we have asked for. WE WILL NOT QUIT UNTIL PAID.

[handwritten note: So evidently will get off. easy of paying their bill.]

EXHIBITS & Facts P.1 OF 2.
For Actionable Briefs.
The Facts are listed above from 1 to 19.

Clinton M and Margaret L Tells ProSe
16300-164th ave. S.E Renton, Wa. 98058
phone. 425-226-7399 or 206-713-4960

P-11

1.6a. All highlighted references to Plaintiffs designated and numbered Complaints in this brief, etc. are facts of applicable laws resulting and recently updated by Plaintiffs research at the King County Regional Justice Center Library, located in the city of Kent, Washington. All of which have been thoroughly updated through discovery of many changes and assurances of reliable - 2010 RCWs:(Rules Of The Courts in the State of Washington; And based on the Penalties to be relied upon for Defendants Criminal assisted Acts.             **Exhibit # 13**

1.6b. The terms as produced and interjected to Plaintiffs by Defendants, are high-lighted in this brief, primarily intended to implement the benefit to a jury for the introduction to and fully qualifying the Criminal Infractions of Defendants in this case.       **Infractions: Breach, Violations**

1.6C.. Crimes committed: Any False Swearing in a legal instrument or legal setting that the Suborner knew or should have known that such oath or testimony would be false. A CRIMINAL ACT OF FRAUD: of which voids a statute of limitations and cannot take bankruptcy or find other means to hide values to cure.            **Exhibit # 1**

1.6D.. Fraud In Fact; Positive Fraud: Fraud embraces all the human ingenuity one can devise to get an advantage over another. Cannot take bankruptcy or find other means to hide values..

1.7. Defendants perpetrated a Warranty assurance of vehicle performance to care and cure of mechanical deficiencies for two thousand (2,000) miles or sixty (60) days from date of the purchase signed thereof.   This Service was denied Plaintiffs.

1.8a. Abuse of Process: Fraud: Intentional deception resulting in injury to another and Derivative Tort: An action in Tort based on the criminal conduct of defendants which resulted in injury's to Plaintiffs, and for which injury's Plaintiffs seek compensation. The term also applies to liability imposed on the Principal for wrongs committed by his agent; Can not take Bankruptcy or find other means to hide values..

1.8b. Plaintiff Clinton handicaps created by Defendants ridiculous Declarations of perfected conditions being cause of serious physical damages to Plaintiffs denying Plaintiffs: The privilege of visiting to out of State relatives and friends and loss of vacations with our own created families for the last seven years, most certainly worth the determined monetary values set by Plaintiffs, *Plus Plaintiffs are now: 81 years of age for Margaret and 87 years of age for Clinton of which legally gives us a much better consideration than younger persons.*

1.8c. The incurred crimes by Defendants should have no limit of Judgment of Value; for any persons injuries, besides the vehicles on the roads, contain vehicles that Manufacturers and Agencies profit from their losses by selling replacements. Their laxity also is cause of many unnecessary injuries and deaths on the road and none of us know of the reliability of each vehicle passed on any of the roads

1.8d. Plaintiffs Motion for this United States Federal Court to Authorize Payment to Plaintiffs for damages incurred by the responsibility of General Motors Corporation inadequate assembly of Plaintiffs Suburban vehicle with a weak channel Frame, weak steering assembly and insufficient welding. All of this has been changed at General Motors Assembly's since Plaintiffs accident and Plaintiff referral to General Motors of the problems faced and General Motors Chief Executive: Mr. Rick Waggoner immediately ordered the changes of Assemblies of most or all of its vehicles and informed and thanked Plaintiff Clinton for his information.

Plaintiffs hereby Motion for the Bankruptcy Court to Honor Payment to Plaintiffs of General Motors Debt to Plaintiffs: by Motors Liquidation Company and its affiliated Debtors of General Motors Corporation.

Approved and Signed by United States Bankruptcy Judge

on this _____ day of _____      _____
                                                    Honorable Judge: Robert E. Gerber

Clinton M. Tullis
Margaret I. Tullis
Plaintiffs

Clinton M Tullis and Margaret L. Tullis
and the palimony relationship thereof as ProSe
16300-184th ave. S.E. Renton, WA. 98058-0903