**EXHIBIT B**

## ATTORNEY TIME SUMMARY – Second Interim Compensation Period

For professional services rendered July 10, 2009 through March 29, 2011:

| Name of Professional | Title | Department | Year Admitted | 2009 Rate | 2010 Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL:** | | | | | | | |
| Baty Jr., Donald F. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1985 | 475.00 | 500.00 | 14.10 | 6,755.00 |
| Binkow, Maurice S | Partner | Real Estate | 1958 | 455.00 | 470.00 | 1.50 | 705.00 |
| Calton, Judy | Partner | Commercial Law, Bankruptcy, and Reorganization | 1986 | 475.00 | | 72.10 | 34,247.50 |
| Gorman, Frank L. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1998 | 370.00 | | 9.80 | 3,626.00 |
| Meisner, Mitchell | Partner | Real Estate | 1984 | 375.00 | 375.00 | 18.10 | 6,787.50 |
| Murphy, Lawrence | Partner | Litigation | 1992 | 370.00 | | .50 | 185.00 |
| Sherick, Tricia A. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1997 | 370.00 | 390.00 | 8.50 | 3,165.00 |
| Silver, Aaron M. | Partner | Commercial Law, Bankruptcy, and Reorganization | 2002 | 285.00 | | 1.30 | 370.50 |
| Stern, Mark A. | Partner | Litigation | 1984 | 455.00 | | .30 | 113.75 |
| Taigman, Michelle | Partner | Commercial Law, Bankruptcy, and Reorganization | 1993 | 370.00 | 390.00 | 7.40 | 2,832.00 |
| Weiss, Robert B. | Partner | Commercial Law, Bankruptcy, and Reorganization | 1975 | 565.00 | 585.00 | 22.10 | 12,848.50 |

| Boyce, Marcia Bennett | Of Counsel | Commercial Law, Bankruptcy, and Reorganization | 2000 | 310.00 | | 16.80 | 5,208.00 |
|---|---|---|---|---|---|---|---|
| **ASSOCIATES:** | | | | | | | |
| Kochenderfer, Adam L. | Associate | Litigation | 2004 | 265.00 | | 5.60 | 1,484.00 |
| Linna Jr., Daniel W. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2004 | 265.00 | | 17.20 | 4,571.25 |
| Sgroi, Joseph R. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2005 | 240.00 | 270.00 | 3.20 | 780.00 |
| Yourchock, Kimberly A. | Associate | Commercial Law, Bankruptcy, and Reorganization | 2008 | 195.00 | 225.00 | 2.40 | 498.00 |
| **OTHER PROFESSIONALS:** | | | | | | | |
| Giddings, M. Lucile | Paralegal | Real Estate | | | 175.00 | .50 | 87.50 |
| Lundberg, Brenda E. | Paralegal | Commercial Law, Bankruptcy, and Reorganization | | 170.00 | 175.00 | 142.70 | 24,274.75 |
| | | | | | | | |
| **Total Hours and Fees** | | | | | | 344.10 | **$108,539.25** |

9154965.1

2