**EXHIBIT C**

# SUMMARY OF COMPENSATION BY PROJECT CATEGORY

## Second Interim Compensation Period

| PROJECT CATEGORY CODE | DESCRIPTION | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| 126284 | Fee/Employment Applications | 272.30 | $85,664.00 |
| 126286 | Financing | 27.40 | 10,256.00 |
| 64485 | MEI – General | 8.80 | 2,678.75 |
| 106633 | MEI – Chieftain Products | 7.00 | 1,855.00 |
| 125380 | MEI – Brzozowski v. Taylor | 10.50 | 2,830.00 |
| 72017 | Troubled Supplier – J.L. French | .50 | 185.00 |
| 77477 | Troubled Supplier – Raufoss | 8.80 | 2,758.00 |
| 80348 | Troubled Supplier – Mayflower | 1.30 | 370.50 |
| 109619 | Troubled Supplier – Plastech Engineered Products, Inc. | 1.30 | 344.50 |
| 110323 | Troubled Supplier – TI Automotive | .50 | 185.00 |
| 118836 | Troubled Supplier - Weber Manufacturing | 4.30 | 1,139.50 |
| 123433 | Troubled Supplier – ImagePoint, Inc. | 1.40 | 273.00 |
| | | | |
| TOTAL | | 344.10 | $108,539.25 |

9155110.1

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 126284 - Fee/Employment Applications

For professional services rendered July 1, 2009 through November 30, 2010:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | 2010 Rate | 2009 Hours | 2010 Hours | Amount |
|---|---|---|---|---|---|---|
| Baty Jr., Donald F. | Partner | 475.00 | 500.00 | 11.80 | 2.10 | 6,655.00 |
| Calton, Judy | Partner | 475.00 | | 72.10 | | 34,247.50 |
| Gorman, Frank L. | Partner | 370.00 | | 9.80 | | 3,626.00 |
| Sherick, Tricia A. | Partner | 370.00 | 390.00 | 6.50 | 1.00 | 2,795.00 |
| Taigman, Michelle | Partner | 370.00 | | 1.30 | | 481.00 |
| Weiss, Robert B. | Partner | 565.00 | 585.00 | 4.00 | 18.10 | 12,848.50 |
| Sgroi, Joseph R. | Associate | 240.00 | 270.00 | 2.80 | 0.40 | 780.00 |
| Lundberg, Brenda E. | Paralegal | 170.00 | 175.00 | 137.80 | 4.60 | 24,231.00 |
| | | | | | | |
| **Total Hours and Fees** | | | | 246.10 | 26.20 | $85,664.00 |

29

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 126286 - Financing

For professional services rendered October 1, 2009 through February 28, 2010:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | 2010 Rate | 2009 Hours | 2010 Hours | Amount |
|---|---|---|---|---|---|---|
| Baty Jr., Donald F. | Partner |  | 500.00 |  | 0.20 | 100.00 |
| Binkow, Maurice S. | Partner |  | 470.00 |  | 1.50 | 705.00 |
| Meisner, Mitchell | Partner | 375.00 | 375.00 | 15.30 | 2.80 | 6,787.50 |
| Taigman, Michelle | Partner | 370.00 | 390.00 | 1.40 | 4.70 | 2,351.00 |
| Yourchock, Kimberly A. | Associate |  | 225.00 |  | 1.00 | 225.00 |
| Giddings, M. Lucile | Paralegal |  | 175.00 |  | 0.50 | 87.50 |
|  |  |  |  |  |  |  |
| **Total Hours and Fees** |  |  |  | 16.70 | 10.70 | $10,256.00 |

34

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 64485 - General

For professional services rendered September 1, 2009 through June 30, 2010:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | 2010 Rate | 2009 Hours | 2010 Hours | Amount |
|---|---|---|---|---|---|---|
| Boyce, Marcia Bennett | Of Counsel | 310.00 | | 8.50 | | 2,635.00 |
| Lundberg, Brenda E. | Paralegal | | 175.00 | | 0.30 | 43.75 |
| | | | | | | |
| **Total Hours and Fees** | | | | 8.50 | .30 | <u>$2,678.75</u> |

2

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 106633 - MEI-Chieftain Products

For professional services rendered July 1, 2009 through December 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Linna Jr., Daniel W. | Associate | 265.00 | 7.00 | 1,855.00 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | **7.00** | **$1,855.00** |

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 125380 - Brzozowski v. Taylor

For professional services rendered July 1, 2009 through August 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Stern, Mark A. | Partner | 455.00 | 0.30 | 113.75 |
| Linna Jr., Daniel W. | Associate | 265.00 | 10.20 | 2,716.25 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | 10.50 | $2,830.00 |

12

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 72017 - J.L. French

For professional services rendered July 1, 2009 through July 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Murphy, Lawrence | Partner | 370.00 | 0.50 | 185.00 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | 0.50 | $185.00 |

2

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 77477 - Raufoss

For professional services rendered July 1, 2009 through July 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Sherick, Tricia A. | Partner | 370.00 | 0.50 | 185.00 |
| Boyce, Marcia Bennett | Of Counsel | 310.00 | 8.30 | 2,573.00 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | 8.80 | $2,758.00 |

5

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 80348 - Mayflower

For professional services rendered July 1, 2009 through July 31, 2009:

ATTORNEY TIME SUMMARY

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Silver, Aaron M. | Partner | 285.00 | 1.30 | 370.50 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | 1.30 | $370.50 |

7

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 109619 - Plastech Engineered Products, Inc.

For professional services rendered July 1, 2009 through July 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Kochenderfer, Adam L. | Associate | 265.00 | 1.30 | 344.50 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | **1.30** | **$344.50** |

12

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 110323 - TI Automotive

For professional services rendered July 1, 2009 through July 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Sherick, Tricia A. | Partner | 370.00 | 0.50 | 185.00 |
| **Total Hours and Fees** | | | 0.50 | $185.00 |

14

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 118836 - Weber Manufacturing

For professional services rendered July 1, 2009 through July 31, 2009:

ATTORNEY TIME SUMMARY

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Kochenderfer, Adam L. | Associate | 265.00 | 4.30 | 1,139.50 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | 4.30 | $1,139.50 |

19

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 123433 - ImagePoint, Inc.

For professional services rendered July 1, 2009 through July 31, 2009:

**ATTORNEY TIME SUMMARY**

| Name | Professional Title | 2009 Rate | Hours | Amount |
|---|---|---|---|---|
| Yourchock, Kimberly A. | Associate | 195.00 | 1.40 | 273.00 |
|  |  |  |  |  |
| **Total Hours and Fees** |  |  | 1.40 | $273.00 |

22

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2