# EXHIBIT D

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 126284 - Fee/Employment Applications

For professional services rendered July 1, 2009 through November 30, 2010:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/23/09 | B. Lundberg (L.A.) | 0.60 | 102.00 | Emails with J. Calton and L. McCarthy re motion for interim payment (.20); research docket re same (.20); obtain and review said motion and proposed order (.20). |
| 07/24/09 | R. Weiss | 0.20 | 113.00 | Review motion establishing compensation procedures and related notices (.20). |
| 07/28/09 | J. Calton | 0.80 | 380.00 | Make arrangements to gather information to prepare monthly fee statements in accordance with requirements (.80). |
| 07/28/09 | B. Lundberg (L.A.) | 2.00 | 340.00 | Emails with J. Calton and L. McCarthy re June monthly fee statement (.30); review motion for interim compensation procedures and service issues (.60); draft service list re monthly fee statements (.20); emails with J. Calton re notice of monthly fee statement (.10); meet with J. Calton re same (.10); email to I. Rodriguez at Weil re same (.10); draft notice of monthly fee statement (.60). |
| 07/29/09 | D. Baty, Jr. | 0.80 | 380.00 | Work on reviewing GM billings for fee application (.80). |
| 07/29/09 | J. Calton | 0.50 | 237.50 | Work with accounting and D. Baty to arrange review of time records for rules compliance (.50). |
| 07/29/09 | J. Calton | 0.20 | 95.00 | Commence review of time records (.20). |
| 07/29/09 | J. Calton | 0.30 | 142.50 | Meet with B. Lundberg on preparation of initial fee statement (.30). |
| 07/29/09 | J. Calton | 0.10 | 47.50 | E-mail to J. Smolinsky on order compliance (.10). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/29/09 | J. Calton | 0.20 | 95.00 | Review monthly fee statement (.20). |
| 07/29/09 | J. Calton | 0.30 | 142.50 | Confer with R. Weiss, B. Lundberg on monthly fee statement (.20); phone call with R. Weiss, R. Brooks and B. Lundberg re same (.10). |
| 07/29/09 | J. Calton | 0.20 | 95.00 | Commence review of time records for rules compliance (.20). |
| 07/29/09 | B. Lundberg (L.A.) | 1.10 | 187.00 | Emails with J. Calton re monthly fee statement issues (.10); meet with J. Calton and R. Weiss re same (.20); phone call with J. Calton, R. Weiss and R. Brooks re same (.10); review summary report from Weil re same (.20); meet with L. McCarthy re invoice issues for the monthly fee statement (.20); emails with I. Rodriguez re monthly fee statement (.10); review same (.20). |
| 07/30/09 | D. Baty, Jr. | 3.70 | 1,757.50 | Work on reviewing time entries, insuring proper designation of matters (2.00); draft protocol memo for review of time entries, confirming accuracy (.70); meet with R. Weiss and R. Kubic re same (1.00). |
| 07/30/09 | J. Calton | 2.40 | 1,140.00 | Continue review of time entries for rules compliance (2.40). |
| 07/30/09 | T. Sherick | 1.50 | 555.00 | Prepare for and participate in lengthy conference call with R. Weiss, D. Baty and B. Kubic to discuss the submission of Honigman's fee application and issues in connection with the same (1.00); follow-up lengthy phone call with D. Baty to discuss the same (.20); follow-up issues with Warren Command Center Honigman attorneys (.10); review and revise D. Baty's memorandum relating to same (.20). |
| 07/30/09 | R. Weiss | 1.00 | 565.00 | Meeting with R. Kubic and D. Baty to discuss preparation of fee application (1.00). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/30/09 | B. Lundberg (L.A.) | 0.80 | 136.00 | Review consolidated bill for the June monthly fee statement (.30); phone call with D. Duff re same (.10); emails with D. Duff, L. McCarthy and T. Barrette re same (.10); obtain and review US Trustee's billing guidelines and related orders to assist R. Weiss (.30). |
| 07/31/09 | D. Baty, Jr. | 0.40 | 190.00 | Memo to attorneys re review of time for fee application (.40). |
| 07/31/09 | J. Calton | 0.30 | 142.50 | Emails with D. Baty on organizing fee application (.20); phone call with D. Baty re same (.10). |
| 07/31/09 | J. Calton | 0.20 | 95.00 | Follow-up with accounting on preparing fee statement information (.20). |
| 08/01/09 | J. Calton | 1.40 | 665.00 | Review of June time to prepare monthly fee statement (1.40). |
| 08/03/09 | F. Gorman | 3.50 | 1,295.00 | Review and correct various time entries for GM bankruptcy matters (3.50). |
| 08/03/09 | T. Sherick | 2.50 | 925.00 | Review multiple time entries submitted by the various parties in respect of the GM fee application (1.40); draft comprehensive summary of the activities in the GM Warren Command center for inclusion in the GM fee application (.80); draft cover note and circulate to D. Baty and R. Weiss (.30). |
| 08/03/09 | B. Lundberg (L.A.) | 0.40 | 68.00 | Draft motion pro hac vice for J. Calton (.20); draft order re same (.20). |
| 08/04/09 | F. Gorman | 2.00 | 740.00 | Review GM bankruptcy bills and revise same for conformity to rules and procedures (2.00). |
| 08/04/09 | B. Lundberg (L.A.) | 0.40 | 68.00 | Research docket re status of order approving interim compensation procedures (.20); revise notice of monthly fee statement (.10); meet with J. Calton re same and status of said order (.10). |
| 08/04/09 | B. Lundberg (L.A.) | 2.30 | 391.00 | Meetings with K. Yourchock re review of time for compliance with local court rules (.20); review and revise same (2.10). |
| 08/04/09 | B. Lundberg (L.A.) | 0.30 | 51.00 | Finalize motion pro hac vice for J. Calton for filing (.10); electronically file same (.20). |

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/05/09 | D. Baty, Jr. | 1.80 | 855.00 | Work on reviewing time entries (1.80). |
| 08/05/09 | F. Gorman | 4.30 | 1,591.00 | Review and revise GM bills (3.80); discussions with attorneys re corrections to time entries to comply with rules (.50). |
| 08/05/09 | R. Weiss | 0.50 | 282.50 | Review and revise time entries to confirm completeness and to edit for privileged or sensitive materials (.50). |
| 08/05/09 | J. Sgroi | 1.40 | 336.00 | Review and revise bills in connection with bankruptcy case (1.40). |
| 08/05/09 | J. Sgroi | 1.00 | 240.00 | Review and provide comments to Warren Command Center description of work (1.00). |
| 08/05/09 | B. Lundberg (L.A.) | 0.30 | 51.00 | Phone calls with accounting re monthly fee statement issues (.30). |
| 08/06/09 | D. Baty, Jr. | 1.60 | 760.00 | Review time entries in connection with fee application (1.60). |
| 08/06/09 | J. Calton | 0.30 | 142.50 | Confer with B. Lundberg and accounting on complying with court order (.30). |
| 08/06/09 | J. Calton | 0.30 | 142.50 | Review and calendar court order requirements (.30). |
| 08/06/09 | J. Calton | 0.20 | 95.00 | Email to team on procedure to comply with court order (.20). |
| 08/06/09 | J. Calton | 3.40 | 1,615.00 | Review of troubled supplier time records for rules compliance (3.40). |
| 08/06/09 | R. Weiss | 0.20 | 113.00 | Multiple exchange of email re preparation of fee application and review of time description (.20). |
| 08/06/09 | B. Lundberg (L.A.) | 3.00 | 510.00 | Meet with J. Calton re status of June monthly fee statement (.10); phone call with J. Calton and T. Barrette re same (.10); meetings with T. Barrette re same and fee statement issues (.20); continue reviewing June time for compliance with local court rules (2.60). |
| 08/07/09 | D. Baty, Jr. | 2.00 | 950.00 | Work on reviewing time entries in preparation of fee application (2.00). |
| 08/07/09 | J. Calton | 2.10 | 997.50 | Review time records for rules compliance (2.10). |

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/07/09 | J. Calton | 0.20 | 95.00 | Memo to T. Barette on issues in costs records (.20). |
| 08/07/09 | J. Calton | 0.30 | 142.50 | Meet with D. Baty on fee statement work (.30). |
| 08/07/09 | J. Calton | 0.40 | 190.00 | Review of time records for rules compliance (.40). |
| 08/07/09 | J. Calton | 0.40 | 190.00 | Work on report to D. Raynush at GM (.40). |
| 08/07/09 | B. Lundberg (L.A.) | 9.30 | 1,581.00 | Continue reviewing June time for compliance with local court rules (8.90); meetings with D. Baty re same (.20); meetings with J. Calton re same (.20). |
| 08/08/09 | D. Baty, Jr. | 0.80 | 380.00 | Continue review of billing entries for executory contract activity (.80). |
| 08/09/09 | B. Lundberg (L.A.) | 1.20 | 204.00 | Continue reviewing June time for compliance with local court rules (1.20). |
| 08/10/09 | D. Baty, Jr. | 0.20 | 95.00 | Several consults with B. Lundberg re proper categorization of time (.20). |
| 08/10/09 | J. Calton | 1.30 | 617.50 | Attention to fee application issues (1.30). |
| 08/10/09 | B. Lundberg (L.A.) | 3.00 | 510.00 | Continue reviewing June time for compliance with local court rules (3.00). |
| 08/10/09 | B. Lundberg (L.A.) | 5.40 | 918.00 | Continue reviewing June time for compliance with local court rules (4.70); meetings with D. Baty re same (.20); meeting with R. Weiss re same (.10); meeting with J. Sgroi re same (.20); meetings and phone calls with L. McCarthy re same (.20). |
| 08/11/09 | J. Calton | 4.00 | 1,900.00 | Review of time records for rules compliance (4.00). |
| 08/11/09 | J. Calton | 0.20 | 95.00 | Meet with B. Lundberg on preparation of first fee statement (.20). |
| 08/11/09 | B. Lundberg (L.A.) | 4.70 | 799.00 | Continue reviewing June time for compliance with local court rules (4.20); meetings with L. McCarthy re same (.20); phone calls with L. McCarthy re same (.20); meet with R. Weiss re issue with same (.10). |

5

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/12/09 | B. Lundberg (L.A.) | 3.20 | 544.00 | Continue reviewing June time for compliance with local court rules (.40); meetings with L. McCarthy re same (.20); meetings with T. Barrette re same (.30); review June consolidated invoices for accuracy and completeness (1.40); meet with J. Calton re same and summary reports for monthly fee statement (.10); draft June monthly summary report totals by professional (.40); draft June monthly summary report by professional and category (.40). |
| 08/12/09 | B. Lundberg (L.A.) | 1.50 | 255.00 | Continue drafting June monthly summary report by professional and category (1.50). |
| 08/13/09 | J. Calton | 0.20 | 95.00 | Memo to R. Jackson re consultants' fees (.20). |
| 08/13/09 | J. Calton | 0.20 | 95.00 | Review fee statement draft (.20). |
| 08/13/09 | J. Calton | 0.10 | 47.50 | Emails with R. Brooks on procedural issues (.10). |
| 08/13/09 | J. Calton | 0.50 | 237.50 | Review and comment on draft supplemental declaration (.50). |
| 08/13/09 | J. Calton | 0.50 | 237.50 | Work with accounting to prepare fee statement (.50). |
| 08/13/09 | J. Calton | 0.70 | 332.50 | Several consultations with B. Lundberg to prepare fee statement (.70). |
| 08/13/09 | J. Calton | 2.80 | 1,330.00 | Review July time records for rules compliance (2.80). |
| 08/13/09 | B. Lundberg (L.A.) | 3.30 | 561.00 | Continue drafting June monthly summary report by professional and category (3.20); meetings with J. Calton re same (.10). |
| 08/13/09 | B. Lundberg (L.A.) | 3.50 | 595.00 | Continue reviewing June monthly fee statement to ensure accuracy and compliance with local court rules (.70); continue drafting June monthly summary report totals by professional (1.20); draft June monthly summary report expense detail (.60); continue drafting notice of June monthly fee statement (.70); obtain and review order approving interim compensation procedures (.30). |

6

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**(313) 465-7000**
**Fax: (313) 465-8000**
**www.honigman.com**
**I.D. NO. 38-1407377**

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/14/09 | J. Calton | 0.20 | 95.00 | Follow-up on consultants' fees (.20). |
| 08/14/09 | J. Calton | 1.60 | 760.00 | Review and revise draft June monthly statement (1.10); meetings with B. Lundberg re same (.30); meetings with R. WEiss and B. Lundberg re same (.20). |
| 08/14/09 | J. Calton | 2.30 | 1,092.50 | Review June time for rules compliance (2.30). |
| 08/14/09 | B. Lundberg (L.A.) | 3.60 | 612.00 | Meetings with J. Calton re notice of June monthly fee statement (.30); revise and finalize June monthly summary report totals by professional (.40); review and finalize June monthly summary report totals by project category (.40); review and finalize June monthly summary report expense detail (.20); revise notice of June monthly fee statement (.40); meet with R. Weiss and J. Calton re same (.20); draft certificate of service re same (.30); review and finalize June attorney time detail for service (1.10); supervise service of notice of June monthly fee statement (.30). |
| 08/17/09 | B. Lundberg (L.A.) | 1.50 | 255.00 | Continue reviewing July time for compliance with local court rules (1.50). |
| 08/17/09 | B. Lundberg (L.A.) | 2.00 | 340.00 | Continue reviewing July time for compliance with local court rules (2.00). |
| 08/17/09 | B. Lundberg (L.A.) | 2.00 | 340.00 | Continue reviewing July time for compliance with local court rules (2.00). |
| 08/18/09 | J. Calton | 0.20 | 95.00 | Consult with B. Lundberg on preparation for July fee statement (.20). |
| 08/18/09 | B. Lundberg (L.A.) | 1.00 | 170.00 | Continue reviewing July time for compliance with local court rules (1.00). |
| 08/18/09 | B. Lundberg (L.A.) | 3.00 | 510.00 | Continue reviewing July time for compliance with local court rules (2.80); meeting with J. Calton re same (.20). |
| 08/19/09 | J. Calton | 0.30 | 142.50 | Review interim fee order (.20); email firm re same (.10). |
| 08/19/09 | B. Lundberg (L.A.) | 3.40 | 578.00 | Continue reviewing July time for compliance with local court rules (3.40). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/20/09 | J. Calton | 0.80 | 380.00 | Review time and cost entries for rules compliance (.60); meeting with B. Lundberg re same (.20). |
| 08/20/09 | B. Lundberg (L.A.) | 4.80 | 816.00 | Continue reviewing July time for compliance with local court rules (4.60); meetings with J. Calton re same (.20). |
| 08/21/09 | B. Lundberg (L.A.) | 1.10 | 187.00 | Review local court rules re interim fee application (.30); review precedent re same (.20); revise June consolidated monthly time by project category and expenses re exhibit to same (.60). |
| 08/23/09 | B. Lundberg (L.A.) | 1.20 | 204.00 | Continue revising June consolidated monthly time by project category and expenses re interim fee application exhibit (1.20). |
| 08/24/09 | J. Calton | 0.90 | 427.50 | Review invoices for rules compliance (.90). |
| 08/24/09 | B. Lundberg (L.A.) | 2.00 | 340.00 | Continue drafting July consolidated monthly summary report by professional and category for troubled suppliers (1.00); continue revising June monthly time by project category and expenses re interim fee application exhibit (1.00). |
| 08/24/09 | B. Lundberg (L.A.) | 2.60 | 442.00 | Phone calls and meetings with T. Barrette re July consolidated invoices (.30); emails with accounting and J. Calton re same (.10); draft July consolidated monthly fee statement for troubled suppliers (1.40); meet with J. Calton re same (.10); draft July consolidated monthly summary report by professional and category for troubled suppliers for troubled suppliers (.70). |
| 08/25/09 | J. Calton | 0.50 | 237.50 | Review time records for July fee statement for compliance (.50). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/25/09 | B. Lundberg (L.A.) | 5.00 | 850.00 | Review and revise July consolidated monthly summary report by professional and category for troubled suppliers (.60); continue revising June monthly time by project category and expenses re interim fee application exhibit (1.40); draft July consolidated monthly summary report by professional and category for bankruptcy matters (1.40); draft July consolidated monthly summary report by professional and category for bankruptcy matters (1.00); draft summary report re consolidated expenses for July monthly fee statement (.30); draft July consolidated monthly summary report by professional, time, hourly rate and fees (.30). |
| 08/26/09 | J. Calton | 0.50 | 237.50 | Review July fee statement and exhibits to approve for service (.50). |
| 08/26/09 | B. Lundberg (L.A.) | 2.30 | 391.00 | Continue drafting July consolidated monthly summary report by professional and category for bankruptcy matters (.80); continue drafting July consolidated monthly summary report by professional and category for troubled suppliers (.20); continue drafting July consolidated monthly summary report by professional, time, hourly rate and fees (1.00); continue drafting summary report re consolidated expenses for July monthly fee statement (.30). |
| 08/26/09 | B. Lundberg (L.A.) | 0.50 | 85.00 | Draft notice of July 1 to July 9 monthly fee statement (.30); draft certificate of service re same (.20). |
| 08/27/09 | J. Calton | 0.10 | 47.50 | Attention to finalizing July fee statement (.10). |
| 08/27/09 | R. Weiss | 0.30 | 169.50 | Review Notice of Fee Statement for July and Exhibits thereto (.30). |
| 08/28/09 | B. Lundberg (L.A.) | 0.70 | 119.00 | Revise notice of July 1 to July 9 monthly fee statement (.10); revise certificate of service re same (.10); finalize said notice and exhibits for service (.50). |

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 09/03/09 | J. Calton | 0.10 | 47.50 | Follow up with R. Brooks on procedure for interim payment (.10). |
| 09/03/09 | J. Calton | 0.10 | 47.50 | Report to R. Weiss on procedures for interim payment (.10). |
| 09/09/09 | B. Lundberg (L.A.) | 0.50 | 85.00 | Phone call with R. Weiss re deadline and time frame for interim fee applications (.10); review order establishing procedures for interim compensation re same (.20); email to R. Weiss re first and second interim fee applications time frames and deadlines to file (.20). |
| 09/18/09 | M. Taigman | 0.50 | 185.00 | Review prebill for legal opinions and follow up on real estate information (.50). |
| 09/18/09 | B. Lundberg (L.A.) | 0.40 | 68.00 | Phone calls with T. Nichols at Alix Partners re July 1-9 monthly fee statement (.10); review exhibit B re same (.20); email to T. Nichols re same (.10). |
| 09/18/09 | B. Lundberg (L.A.) | 0.80 | 136.00 | Research precedent for NYSB interim fee applications (.30); obtain and review same (.20); email to J. Calton re same (.10); research and obtain application to retain Honigman, declaration and supplemental declaration (.20). |
| 09/21/09 | J. Calton | 2.30 | 1,092.50 | Commence drafting first interim fee application (2.30). |
| 09/21/09 | M. Taigman | 0.80 | 296.00 | Discuss billing allocation issues with M. Meisner and R. Weiss (.50); follow up emails re future billing (.30). |
| 09/21/09 | B. Lundberg (L.A.) | 0.40 | 68.00 | Meet with J. Calton re first interim fee application (.10); review several summary reports re attorney time by project categories for June and July (.30). |
| 09/22/09 | J. Calton | 2.30 | 1,092.50 | Work on first interim fee application (2.30). |
| 09/23/09 | B. Lundberg (L.A.) | 0.30 | 51.00 | Emails with J. Calton re time detail for interim fee application (.10); review and provide same (.20). |
| 09/24/09 | B. Lundberg (L.A.) | 1.00 | 170.00 | Review July and August monthly fee statements for accuracy and compliance with local court rules (1.00). |

10

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 09/24/09 | B. Lundberg (L.A.) | 1.20 | 204.00 | Draft consolidated attorney time summary by professional re first interim fee application (1.20). |
| 09/25/09 | J. Calton | 3.00 | 1,425.00 | Work on first interim fee application, including obtaining summary descriptions of services provided (3.00). |
| 09/25/09 | B. Lundberg (L.A.) | 4.40 | 748.00 | Continue drafting consolidated attorney time summary by professional re first interim fee application (1.00); draft consolidated attorney time summary by professional and project categories re same (3.40). |
| 09/28/09 | D. Baty, Jr. | 0.50 | 237.50 | Draft summary of work done on troubled supplier cases re first interim fee application (.50). |
| 09/28/09 | J. Calton | 4.00 | 1,900.00 | Continue preparation of first interim fee application and certain exhibits regarding same (4.00). |
| 09/29/09 | B. Lundberg (L.A.) | 3.00 | 510.00 | Continue drafting consolidated attorney time summary by professional and project categories re same (2.40); draft consolidated expense summary report (.60). |
| 09/30/09 | J. Calton | 1.50 | 712.50 | Continue preparation of first interim fee application (1.50). |
| 10/01/09 | J. Calton | 0.20 | 95.00 | Continue work on first interim fee application (.20). |
| 10/05/09 | J. Calton | 1.00 | 475.00 | Continue work on first interim fee application (1.00). |
| 10/06/09 | J. Calton | 0.50 | 237.50 | Continue work on exhibits re first interim fee application (.30); review notices re fee application (.20). |
| 10/13/09 | J. Calton | 0.20 | 95.00 | Gather information for first interim fee application (.20). |
| 10/14/09 | J. Calton | 0.20 | 95.00 | Continue gathering information for first interim fee application (.20). |

11

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/19/09 | B. Lundberg (L.A.) | 2.80 | 476.00 | Draft July 10 through August 31 consolidated monthly summary report by professional and category for bankruptcy matters (.60); draft July 10 through August 31 consolidated monthly summary report by professional and category for troubled suppliers matters (.80); continue drafting consolidated summary report by professional and category re first interim fee application (1.40). |
| 10/23/09 | B. Lundberg (L.A.) | 0.70 | 119.00 | Meetings with R. Weiss re second supplemental declaration of Honigman for retention (.10); finalize same for filing (.10); research re supplemental declaration of Honigman for retention for filing purposes (.10); electronically file said second supplemental declaration (.20); emails with The Garden Group claims agent re service of same (.10); email to L. Buonomo and M. Gruskin re said second supplemental declaration (.10). |
| 10/28/09 | J. Calton | 0.30 | 142.50 | Review new U.S. Trustee procedures re first interim fee application (.30). |
| 10/29/09 | J. Calton | 1.10 | 522.50 | Continue work on first interim fee application (.90); meetings with B. Lundberg re same (.20). |
| 10/29/09 | J. Calton | 0.30 | 142.50 | Review U.S. Trustee requirements re first interim fee application (.30). |
| 10/29/09 | J. Calton | 0.20 | 95.00 | Confer with R. Weiss re U.S. Trustee requirements re first interim fee application (.20). |
| 10/29/09 | J. Calton | 0.20 | 95.00 | Confer with D. Murray regarding U.S. Trustee requirements re first interim fee application (.20). |
| 10/29/09 | J. Calton | 0.20 | 95.00 | Confer with R. Brooks re U.S. Trustee requirements for first interim fee application (.20). |
| 10/29/09 | J. Calton | 0.40 | 190.00 | Confer with Accounting Department on U.S. Trustee requirements re first interim fee application (.40). |

12

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

**(313) 465-7000**
**Fax: (313) 465-8000**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/29/09 | R. Weiss | 0.20 | 113.00 | Review email and U.S. Trustee requirements re first interim fee application (.10); emails with J. Calton re same (.10). |
| 10/29/09 | B. Lundberg (L.A.) | 0.50 | 85.00 | Meetings with J. Calton re first interim fee application (.20); obtain and review June and July monthly fee statements re totals for same (.20); obtain and review report summary by professional and project category re same (.10). |
| 10/30/09 | J. Calton | 3.00 | 1,425.00 | Continue drafting first interim fee application (2.20); work with accounting on analysis of U.S. Trustee, electronic requirements (.80). |
| 10/31/09 | T. Sherick | 0.70 | 259.00 | Review email re first interim fee application (.20); email to S. Webber re same (10); further follow-up with S. Webber of GM Purchasing re confirmation of various statistics in fee application (.10); further follow-up discussion with S. Webber re level of detail required (.20); emails with J. Calton re same (.10). |
| 11/02/09 | J. Calton | 0.20 | 95.00 | Confer with B. Lundberg re fee application (.20). |
| 11/02/09 | J. Calton | 2.50 | 1,187.50 | Work on fee application (2.50). |
| 11/02/09 | T. Sherick | 0.50 | 185.00 | Review multiple requests from J. Calton concerning the GM fee application (.10); email exchange with S. Webber re the same (.10); further follow-up call with S. Webber re same (.20); further email exchange with J. Calton re same (.10). |
| 11/02/09 | B. Lundberg (L.A.) | 1.80 | 306.00 | Meet with J. Calton re first interim fee application (.20); review numerous invoices re applicability to same (.20); emails with D. Duff and T. Barrette re additional invoices for same (.20); review several additional invoices for same (.20); review and revise first interim fee application (.70); revise attorney time summary report re same (.30). |
| 11/03/09 | J. Calton | 2.00 | 950.00 | Work on fee application issues (2.00). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/03/09 | B. Lundberg (L.A.) | 0.20 | 34.00 | Emails with J. Calton re status of first interim fee application (.20). |
| 11/04/09 | J. Calton | 0.80 | 380.00 | Work on fee application (.80). |
| 11/04/09 | T. Sherick | 0.30 | 111.00 | Draft insert for GM fee application summary to describe AAM fee application activities (.30). |
| 11/04/09 | R. Weiss | 0.50 | 282.50 | Review revised fee application (.40); consult with J. Calton (.10). |
| 11/04/09 | B. Lundberg (L.A.) | 1.20 | 204.00 | Meet with J. Calton re summary report of all professionals time for the first interim fee application (.10); revise said summary report (.90); emails with E. Lefevbre re information needed for said report (.20). |
| 11/05/09 | J. Calton | 1.70 | 807.50 | Follow up on issues for fee application with accounting individuals and approve numbers (1.70). |
| 11/05/09 | T. Sherick | 1.00 | 370.00 | Review and revise the GM fee application (.80); provide comments to J. Calton (.20). |
| 11/05/09 | J. Sgroi | 0.40 | 96.00 | Draft insert for fee application re activities related to Visteon Corporation (.40). |
| 11/05/09 | B. Lundberg (L.A.) | 4.30 | 731.00 | Emails with J. Calton re first interim fee application (.20); continue drafting summary report of all professionals time re same (.80); continue drafting summary report of all professional time by project category re same (.80); continue drafting July monthly summary report by professional and category for troubled suppliers (.20); draft summary report of all professionals time re same (.30); continue drafting July - September monthly summary reports by professional and category for bankruptcy matter (.80); draft summary report of all professionals time re same (.40); draft summary report of expenses re same (.20); revise first interim fee application (.60). |
| 11/06/09 | J. Calton | 0.80 | 380.00 | Review comments from A. Valade, L. McLaughlin, T. Sherick and D. Baty and revise fee application (.80). |

14

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/06/09 | J. Calton | 0.60 | 285.00 | Meet with B. Hunter and B. Lundberg on finalizing fee application (.60). |
| 11/06/09 | J. Calton | 0.30 | 142.50 | Respond to follow-up questions on fee application (.30). |
| 11/06/09 | B. Lundberg (L.A.) | 4.80 | 816.00 | Phone calls with J. Calton re first interim fee application status and numbers for troubled supplier (.10); research re numbers for troubled supplier (.20); revise first interim fee application (1.30); continue drafting summary report of all professional time by project category re same (1.40); revise expense summary report re same (.30); meet with J. Calton and B. Hunter re first interim fee application (.50); meetings with J. Calton re same (.20); review and revise summary sheet re same (.30); revise summary report of all professionals time re same (.50). |
| 11/08/09 | B. Lundberg (L.A.) | 1.70 | 289.00 | Revise first interim fee application (.20); continue drafting summary sheet re same (1.30); continue revising summary report of all professionals time re same (.20). |
| 11/09/09 | J. Calton | 1.00 | 475.00 | Review comments on fee application (.20); revise fee application based on comments (.80). |
| 11/09/09 | B. Lundberg (L.A.) | 1.60 | 272.00 | Meet with J. Calton re first interim fee application status and numbers for troubled supplier (.10); continue drafting summary sheet re same (.20); continue drafting summary report of all professional time by project category re same (1.10); finalize several exhibits re same (.20). |
| 11/10/09 | J. Calton | 1.50 | 712.50 | Meet with B. Hunter and B. Lundberg on fee application (.40); revise fee application (.60); work with B. Lundberg on exhibits (.30); preparation for filing (.20). |

15

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(313) 465-7000**
Fax: (313) 465-8000
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/10/09 | B. Lundberg (L.A.) | 2.50 | 425.00 | Prepare for and participate in meeting with J. Calton and B. Hunter re first interim fee application (.40); review June and July monthly fee statements re same (.60); meet with B. Hunter re same (.10); meet with J. Calton re correct numbers and notice provisions for same (.10); research re notice provisions for said application (.20); review precedent re same (.20); review exhibit requirements for interim fee application (.20); review email from R. Brooks at Weil and order for interim compensation re same (.30); phone call with R. Brooks re same (.20); email to J. Calton re same (.10); meet with J. Calton re summary report by project category and professional (.10). |
| 11/11/09 | J. Calton | 1.50 | 712.50 | Assemble, review and revise fee application and exhibits (1.50). |
| 11/11/09 | B. Lundberg (L.A.) | 5.00 | 850.00 | Revise summary report of all professional time by project category re first interim fee application (.80); draft summary report re project category totals (2.40); review exhibits to same for accuracy (.30); continue drafting summary sheet re said application (.50); review and revise first interim fee application (.40); phone calls and meetings with J. Calton re same and exhibits (.20); continue revising summary report of all professionals time re same (.20); review and revise certification regarding compliance with the Guidelines re same (.20). |
| 11/12/09 | J. Calton | 0.50 | 237.50 | Assemble fee application (.30); memo to R. Weiss regarding same (.20). |
| 11/13/09 | J. Calton | 0.10 | 47.50 | Confer with B. Lundberg on mechanics of filing fee application (.10). |
| 11/15/09 | J. Calton | 0.40 | 190.00 | Emails and discussions with R. Weiss on client approval and finalizing fee application (.40). |
| 11/15/09 | J. Calton | 0.90 | 427.50 | Revise fee application based on discussion with R. Weiss (.90). |

16

---

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

**(313) 465-7000**
Fax: **(313) 465-8000**
**www.honigman.com**
**I.D. NO. 38-1407377**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/15/09 | J. Calton | 0.60 | 285.00 | Email to Weil Gotshal on procedural issues regarding fee application (.60). |
| 11/15/09 | R. Weiss | 0.80 | 452.00 | Review fee application and related documents (.20); exchange emails with J. Calton re same (.20);  telephone conversation with J. Calton re same (.20); draft email to S. Karotkin and T. Stenger re same (.20). |
| 11/16/09 | J. Calton | 1.00 | 475.00 | Work with R. Weiss, J. Baka and B. Lundberg to obtain final authority to file fee application (.40); finalize and file fee application (.60). |
| 11/16/09 | R. Weiss | 0.30 | 169.50 | Exchange emails with J. Calton re fee application (.10); review email with T. Stenger re approval of our fee application (.10); attention to finalizing and executing certification and fee application (.10). |
| 11/16/09 | B. Lundberg (L.A.) | 2.30 | 391.00 | Emails re status of first interim fee application (.20); meet with J. Calton re same (.10); finalize summary of first interim fee application for filing (.20); finalize first interim fee application for filing (.30); finalize exhibits to first interim fee application for filing (.70); meetings with J. Calton re finalizing declaration to first interim fee application (.20); electronically file first interim fee application with exhibits (.40); email to K. Gargan at The Garden City Group claims agent, R. Brooks at Weil, R. Weiss, D. Baty, J. Calton and B. Hunter re same (.20). |
| 11/17/09 | J. Calton | 0.20 | 95.00 | Follow-up on service of fee application (.20). |
| 11/17/09 | B. Lundberg (L.A.) | 0.30 | 51.00 | Research docket re notice of first interim fee application status (.20); emails with J. Calton and R. Weiss re same (.10). |
| 11/18/09 | B. Lundberg (L.A.) | 0.40 | 68.00 | Review October monthly fee statement for accuracy and compliance with local court rules (.40). |
| 11/19/09 | J. Calton | 1.00 | 475.00 | Notice from U.S. Trustee's office re fee application (10); confer with B. Lundberg re same (.20); draft supplement to first fee application (.70). |

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/19/09 | B. Lundberg (L.A.) | 2.00 | 340.00 | Prepare expense detail for July 1-9 bankruptcy matters re first interim fee application (.60); prepare time detail for July 1-9 bankruptcy matters re same (.40); prepare time detail for troubled suppliers for additional July 1-9 re same (.20); prepare expense detail for troubled suppliers for additional July 1-9 re same (.20); prepare expense detail for July 10-31 bankruptcy matter re same (.10); prepare time detail for July 10-31 bankruptcy matter re same (.10); prepare expense detail for August bankruptcy matter re same (.10); prepare time detail for August bankruptcy matter re same (.10); prepare expense detail for September bankruptcy matter re same (.10); prepare time detail for September bankruptcy matter re same (.10). |
| 11/19/09 | B. Lundberg (L.A.) | 6.00 | 1,020.00 | Emails with J. Calton re time and expense detail for first interim fee application (.20); meet with J. Calton re same and issues (.20); prepare expense detail for troubled suppliers for June re same (1.20); prepare time detail for troubled suppliers for June re same (1.50); prepare expense detail for June bankruptcy matters re same (1.00); prepare time detail for June bankruptcy matters re same (1.00); prepare time detail for troubled suppliers for July 1-9 re same (.60); prepare expense detail for troubled suppliers for July re same (.30). |
| 11/20/09 | J. Calton | 1.00 | 475.00 | Work on revised supplement for first fee application (.70); phone call with A. Velez-Rivera re same (.10); confer with R. Weiss re same (.10); supervise filing and service of same (.10). |
| 11/20/09 | B. Lundberg (L.A.) | 0.50 | 85.00 | Emails with J. Calton re rescheduled fee application hearing (.10); research docket re same (.20); review October monthly fee statement for accuracy and compliance with local court rules (.20). |

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/20/09 | B. Lundberg (L.A.) | 4.20 | 714.00 | Finalize and prepare for filing time detail for June - September re first interim fee application (1.70); finalize and prepare for filing expense detail for June - September re same (1.30); review and revise supplement to first interim fee application (.20); meetings with J. Calton re same and exhibits (.20); electronically file said supplement and voluminous exhibits (.60); email to K. Gargan at The Garden City Group claims agent, R. Weiss, D. Baty and J. Calton re same (.20). |
| 01/06/10 | R. Weiss | 0.20 | 117.00 | Review Examiner order (.10); consult with J. Calton re conversion to Orderly Course Professional and further fee applications (.10). |
| 01/07/10 | R. Weiss | 0.10 | 58.50 | Review memo from J. Calton re conversion to ordinary course professional and attachment (.10). |
| 01/08/10 | R. Weiss | 0.20 | 117.00 | Conference call with U.S. Trustee (J. Nadkarni) re providing information for fees and billing for meeting with Washington (.20). |
| 01/08/10 | R. Weiss | 0.20 | 117.00 | Revise outline of fees and costs for drafting email to U.S. Trustee (.10); draft email to S. Karotkin re same (.10). |
| 01/12/10 | R. Weiss | 0.50 | 292.50 | Review email and order re budgeting (.10); draft budget (.20); draft letter to Fee Examiner (.10); consult with lawyers re projected fees (.10). |
| 01/13/10 | R. Weiss | 0.50 | 292.50 | Consult with J. Calton (.10); revisions to ordinary course professional documents (.40). |
| 01/13/10 | R. Weiss | 0.50 | 292.50 | Review and revise documents relating to ordinary course professional (.30); consult with J. Calton re same (.20). |
| 01/14/10 | R. Weiss | 0.20 | 117.00 | Revise and finalize documents for transfer to ordinary course professional (.10); draft email to S. Karotkin re same (.10). |

19

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 01/14/10 | B. Lundberg (L.A.) | 0.70 | 122.50 | Emails with R. Weiss and J. Calton re order to employ fee examiner and budget projections (.20); research docket re said order and order adjourning hearing on first interim fee applications (.30); obtain and review stipulation and order to employ fee examiner (.20). |
| 01/21/10 | R. Weiss | 0.10 | 58.50 | Exchange email with S. Karotkin re ordinary course professional status (.10). |
| 01/21/10 | R. Weiss | 0.20 | 117.00 | Consult with J. Sgroi and J. Calton re ordinary course status (.10); revise Declaration (.10). |
| 01/21/10 | J. Sgroi | 0.40 | 108.00 | Phone call with E. Lederman re declaration re transfer to ordinary course professional status (.20); confer with R. Weiss and J. Calton re revisions to declaration re transfer to ordinary course professional status (.20). |
| 01/22/10 | R. Weiss | 0.20 | 117.00 | Attention to finalizing, executing and filing documents relating to ordinary course professional status (.20). |
| 02/17/10 | R. Weiss | 0.20 | 117.00 | Review Fee Examiner's filing re status and guidelines of review (.20). |
| 04/08/10 | T. Sherick | 1.00 | 390.00 | Review fee examiner's letter (.30); meet with R. Weiss and D. Baty to discuss and review same (.30); participate in conference call with D. Baty and R. Weiss with the fee examiner re same (.10); review R. Weiss's follow-up letter with the fee examiner (.30). |
| 04/08/10 | R. Weiss | 0.30 | 175.50 | Review letter from Examiner re HMSC fee application (.30). |
| 04/08/10 | R. Weiss | 0.30 | 175.50 | Consult with T. Sherick and D. Baty re letter from counsel for Examiner re HMSC fee application (.30). |
| 04/08/10 | R. Weiss | 0.40 | 234.00 | Conference call with K. Sadler re HMSC fee application (.40). |
| 04/08/10 | R. Weiss | 0.50 | 292.50 | Draft and revise letter to Examiner re HMSC fee application (.50). |
| 04/09/10 | R. Weiss | 0.30 | 175.50 | Review exhibit to letter to Examiner and finalize (.30). |

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 04/09/10 | R. Weiss | 0.50 | 292.50 | Review accounting attachments (.20); meet with accounting personnel re same (.30) |
| 04/09/10 | R. Weiss | 0.20 | 117.00 | Review Examiner's status report (.10); review docket (.10) |
| 04/09/10 | B. Lundberg (L.A.) | 1.00 | 175.00 | Meetings and phone calls with R. Weiss and L. McCarthy re interim fee application detail and expense issue (.40); review copy expense issue and related files (.30); draft memo to R. Weiss re same (.30). |
| 04/16/10 | R. Weiss | 0.30 | 175.50 | Review draft fee examiner's report (.20); draft email re same (.10). |
| 04/21/10 | R. Weiss | 0.20 | 117.00 | Draft memo re costs objection (.20). |
| 04/22/10 | R. Weiss | 0.20 | 117.00 | Review pleadings relating to the fee examiner's motion to continue hearing on second fee application (.20). |
| 04/22/10 | R. Weiss | 0.20 | 117.00 | Review Trustee's objection (.20). |
| 04/26/10 | R. Weiss | 0.30 | 175.50 | Review docket and pleadings relating to hearing re fee application (.30). |
| 04/26/10 | R. Weiss | 0.20 | 117.00 | Review Debtor's objection to Motion of Fee Examiner for Clarification (.20). |
| 04/28/10 | R. Weiss | 0.20 | 117.00 | Review multiple replies to Fee Examiner's Objection (.20). |
| 04/28/10 | R. Weiss | 3.00 | 1,755.00 | Travel to NYC for hearing re fee applications (3.00). |
| 04/29/10 | R. Weiss | 5.00 | 2,925.00 | Attend hearing re fee application (2.00); return travel to Detroit (3.00). |
| 05/03/10 | R. Weiss | 0.30 | 175.50 | Exchange email with Weil and Kramer re Court's ruling and next steps for submission of orders (.30). |
| 05/04/10 | R. Weiss | 0.50 | 292.50 | Review transcript of Court's opinion re fee application (.50). |
| 05/04/10 | R. Weiss | 0.10 | 58.50 | Review email from Weil re process for entry of order re fee applications (.10). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 05/04/10 | R. Weiss | 0.10 | 58.50 | Exchange emails with J. Calton and B. Lundberg re process for entry of orders for fee applications (.10). |
| 05/06/10 | R. Weiss | 0.20 | 117.00 | Review emails with R. Brooks re process to finalize fee order (.10); review fee examiner's objection to Honigman fee application (.10). |
| 05/11/10 | R. Weiss | 0.20 | 117.00 | Review email and draft proposed form of Order and compare Schedule A with prior email (.20). |
| 05/13/10 | B. Lundberg (L.A.) | 1.80 | 315.00 | Meetings with D. Baty re first interim fee application reconciliation issues (.50); review first interim fee application, supplement and exhibits re same (1.10); phone call and emails with E. Lefebvre re first interim fee application, supplement and exhibits (.20). |
| 05/14/10 | B. Lundberg (L.A.) | 0.30 | 52.50 | Emails and meet with D. Baty re June and July monthly fee statements (.10); obtain and review same (.20). |
| 05/26/10 | R. Weiss | 0.20 | 117.00 | Review unbilled time in preparation for drafting final fee application (.20). |
| 05/26/10 | R. Weiss | 0.20 | 117.00 | Multiple exchange of email with accounting re unbilled time (.20). |
| 05/26/10 | R. Weiss | 0.10 | 58.50 | Consult with M. Taigman re finance time (.10). |
| 05/26/10 | R. Weiss | 0.10 | 58.50 | Attention to reconciliation of amounts owing based on court approval (.10). |
| 05/26/10 | R. Weiss | 0.10 | 58.50 | Consult with D. Baty re reconciliation of amounts owing based on court approval (.10). |
| 05/26/10 | R. Weiss | 0.10 | 58.50 | Review accounting (.10). |
| 05/27/10 | B. Lundberg (L.A.) | 0.80 | 140.00 | Emails with D. Baty re orders approving final fee applications without hold back (.20); research docket re same (.60). |
| 06/01/10 | R. Weiss | 0.10 | 58.50 | Review changes to description of time (.10). |
| 06/07/10 | R. Weiss | 0.10 | 58.50 | Draft email to J. Smolinsky re payment of fee (.10). |
| 06/11/10 | R. Weiss | 0.20 | 117.00 | Review and edit time records (.20). |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/10/10 | R. Weiss | 0.30 | 175.50 | Review time records (.30). |
| 11/17/10 | D. Baty, Jr. | 1.30 | 650.00 | Review prior account reports (1.00); prepare outline of information needed to prepare final fee application (.30). |
| 11/19/10 | D. Baty, Jr. | 0.80 | 400.00 | Finish identification of remaining MLC unapproved fees/costs (.60); consult with R. Weiss re final application issues (.20). |
| **Total Hours and Fees** | | **272.30** | | **$85,664.00** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 126286 - Financing

For professional services rendered October 1, 2009 through February 28, 2010:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/01/09 | M. Meisner | 3.30 | 1,237.50 | Review and comment on numerous Michigan mortgages and Assignments of Leases and Rents (3.30). |
| 10/02/09 | M. Meisner | 2.00 | 750.00 | Review and comment on Michigan mortgages and Assignments of Leases and Rents (2.00). |
| 10/15/09 | M. Meisner | 1.00 | 375.00 | Review of Michigan mortgages (1.00). |
| 10/19/09 | M. Meisner | 1.50 | 562.50 | Review Michigan mortgages (1.50). |
| 10/20/09 | M. Meisner | 1.00 | 375.00 | Review Michigan mortgages (1.00). |
| 10/21/09 | M. Meisner | 1.70 | 637.50 | Review of Michigan mortgage documents, and evaluate issues re REALM bankruptcy for recording, enforceability, opinion issuance (1.70). |
| 10/21/09 | M. Meisner | 0.30 | 112.50 | Phone call with M. Taigman re REALM bankruptcy (.30). |
| 10/21/09 | M. Taigman | 0.50 | 185.00 | Phone call with M. Meisner re REALM bankruptcy and opinion issues (.30); follow up on real estate opinion issues (.20). |
| 10/22/09 | M. Meisner | 1.00 | 375.00 | Review Michigan mortgage documents (1.00). |
| 10/22/09 | M. Taigman | 0.20 | 74.00 | Discuss status of bankruptcies and opinion issues with J. Sgroi (.20). |
| 10/23/09 | M. Meisner | 0.30 | 112.50 | Phone call with B. Corley of Cadwalader re scope of opinions, non-deliverance of REALM, ENCORE opinions (.30). |
| 10/23/09 | M. Meisner | 0.50 | 187.50 | Review mortgage status list and followup on finalizing review of mortgages (.50). |

30

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/23/09 | M. Meisner | 0.30 | 112.50 | Correspondence with Title Source re comments on mortgages and ALR's (.30). |
| 10/26/09 | M. Meisner | 0.80 | 300.00 | Review of legal opinion current draft and development of exhibit for opinion (.80). |
| 10/28/09 | M. Meisner | 0.30 | 112.50 | Correspondence and phone call with M. Taigman re Michigan mortgage opinions for Wind Down facility (.30). |
| 10/28/09 | M. Taigman | 0.20 | 74.00 | Discuss opinion issues with M. Meisner and R. Weiss (.20). |
| 10/30/09 | M. Meisner | 0.30 | 112.50 | Phone call with M. Taigman re legal opinion for Oldco and subsidiaries (.30). |
| 10/30/09 | M. Meisner | 0.70 | 262.50 | Attention to finalizing draft opinion for GM Oldco real estate mortgages (.70). |
| 10/30/09 | M. Meisner | 0.30 | 112.50 | Phone call with J. Voisine (Title Source) re mortgage recordation issues (.30). |
| 10/30/09 | M. Taigman | 0.30 | 111.00 | Discuss opinion issues with M. Meisner (.30). |
| 10/30/09 | M. Taigman | 0.20 | 74.00 | Meet with R. Weiss to discuss real estate opinions for Motors Liquidation Company (.20). |
| 01/12/10 | M. Taigman | 0.70 | 273.00 | Review status of opinions and real estate documents with M. Meisner (.20); review outstanding work on opinions with R. Weiss (.30); meet with K. Yourchock to discuss needed review of bankruptcy financing (.20). |
| 01/13/10 | M. Taigman | 0.80 | 312.00 | Meet with K. Yourchock to discuss financing and security provisions of bankruptcy pleadings (.20); review same and draft legal opinion (.60). |
| 01/13/10 | K. Yourchock | 1.00 | 225.00 | Review MLC and REALM dockets for postpetition perfection documents (.80); confer with M. Taigman regarding same (.20). |
| 01/15/10 | D. Baty, Jr. | 0.20 | 100.00 | Confer with M. Taigman re real estate legal opinion for MLC's real estate holding company (.20). |

31

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 01/15/10 | M. Taigman | 1.30 | 507.00 | Discuss opinion issues with D. Baty (.20); discuss opinion issues with M. Meisner (.30); further review of opinions and related documents (.80). |
| 01/25/10 | M. Meisner | 1.50 | 562.50 | Work on legal opinion issues (1.50). |
| 01/27/10 | M. Meisner | 1.30 | 487.50 | Review revisions to legal opinion suggested by Michelle Taigman (.40); review opinion revisions to amendment opinions (.90). |
| 01/27/10 | M. Taigman | 1.30 | 507.00 | Further review of bankruptcy issues related to legal opinions and revisions to same (1.30). |
| 01/27/10 | M. Taigman | 0.10 | 39.00 | Memo re proposed revisions to M. Meisner opinion (.10). |
| 02/01/10 | M. Taigman | 0.30 | 117.00 | Follow up on inquiries re proposed bankruptcy revisions to real estate legal opinions (.30). |
| 02/01/10 | M. Giddings (L.A.) | 0.50 | 87.50 | Conference with M. Meisner (.10); research regarding documents changing name from GM to Motors Liquidation in connection with legal opinions (.40). |
| 02/02/10 | M. Binkow | 0.50 | 235.00 | Discuss opinions and issues with M. Meisner (.20); review latest drafts of opinions (.10); telephone conference with N. Beitner regarding various issues (.20). |
| 02/04/10 | M. Binkow | 1.00 | 470.00 | Review of Oldco opinions, issues, revisions (.60); meeting with M. Meisner (.20); discussion with N. Beitner (.20). |
| 02/04/10 | M. Taigman | 0.20 | 78.00 | Phone call with M. Binkow and M. Meisner to review bankruptcy comments to legal opinions (.20). |
| **Total Hours and Fees** | | **27.40** | **$10,256.00** | |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 64485 - General

For professional services rendered September 1, 2009 through June 30, 2010:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 09/21/09 | M. Boyce (Of Counsel) | 3.00 | 930.00 | Telephone call with K. Beckeman of Alix Partners re MEI; review MEI files and summarize status of loans. |
| 09/22/09 | M. Boyce (Of Counsel) | 1.70 | 542.50 | Continue review of MEI loans. |
| 09/29/09 | M. Boyce (Of Counsel) | 1.50 | 465.00 | Continue review of various loan documents and agreements; continue summarizing MEI loans. |
| 09/30/09 | M. Boyce (Of Counsel) | 2.30 | 697.50 | Completed summary of MEI Loans; email correspondence to K. Beckeman of Alex Partners re same. |
| 06/24/10 | B. Lundberg (L.A.) | 0.30 | 43.75 | (Clover, Ideal Steel, and Star Source) Review several UCC Financing Statements re continuation monitoring issue; emails to M. Boyce re same. |
| **Total Hours and Fees** | | **8.80** | **$2,678.75** | |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

---

## Matter # 106633 - MEI-Chieftain Products

For professional services rendered July 1, 2009 through December 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/10/09 | D. Linna, Jr. | 0.30 | 66.25 | Emails with DCC and client regarding meeting with McCormick. |
| 07/13/09 | D. Linna, Jr. | 0.20 | 66.25 | Teleconference with V. Jain regarding proposed meeting with McCormick and possible requirement that Alix Partners be involved in negotiations; emails and teleconference with DCC regarding same. |
| 07/15/09 | D. Linna, Jr. | 0.30 | 66.25 | Emails regarding proposed settlement with McCormick and scheduling teleconferences with McCormick and DCC. |
| 07/20/09 | D. Linna, Jr. | 0.20 | 66.25 | Emails regarding meeting with DCC; teleconference with V. Jain regarding same; emails with DCC proposing meeting. |
| 09/09/09 | D. Linna, Jr. | 0.50 | 132.50 | Emails with DCC's counsel regarding McCormick and Owosso property; review settlement agreement with McCormick and related correspondence; email to client regarding status. |
| 09/11/09 | D. Linna, Jr. | 0.30 | 66.25 | Conference with R. Weiss regarding status and strategy; email to client regarding same. |
| 09/17/09 | D. Linna, Jr. | 0.50 | 132.50 | Teleconference with K. Beckman of Alix Partners regarding background and strategy; communication to DCC's counsel regarding same. |
| 10/16/09 | D. Linna, Jr. | 0.50 | 132.50 | Email to AlixPartners requesting status; teleconference with K. Beckeman of AlixPartners regarding Chieftain matter; communication to Dearborn Capital's counsel regarding same. |

3

---

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 10/23/09 | D. Linna, Jr. | 0.20 | 66.25 | Teleconference with C. McKelvie to discuss status; email to K. Beckeman regarding same. |
| 11/11/09 | D. Linna, Jr. | 0.30 | 66.25 | Review emails from DCC updating status of lease between OIBL and S-Group and the mortgage between OIBL and Bank of America; email to K. Beckeman regarding same. |
| 11/23/09 | D. Linna, Jr. | 0.70 | 198.75 | Teleconference with J. Lisac to discuss factual background and strategy going forward; email background documents to J. Lisac; emails with DCC's counsel regarding meeting. |
| 11/24/09 | D. Linna, Jr. | 0.50 | 132.50 | Emails with J. Lisac regarding Owosso property; provide additional background documentation to J. Lisac relating to appraisal; emails with DCC and J. Lisac regarding teleconference to discuss next steps. |
| 12/01/09 | D. Linna, Jr. | 1.70 | 463.75 | Teleconference with J. Lisac of Alix Partners in preparation for call with DCC; prepare for and participate in teleconference with J. Lisac and DCC regarding Owosso property and claims against McCormick; follow-up regarding same. |
| 12/17/09 | D. Linna, Jr. | 0.80 | 198.75 | Teleconference with C. McKelvie in preparation for teleconference with group; prepare for and participate in teleconference with M. Deighan and J. Lisac of Alix Partners, P. Rau and M. Harris of DCC, and C. McKelvie regarding appraising Owosso property and strategy moving forward. |
| **Total Hours and Fees** | | **7.00** | | **$1,855.00** |

4

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

---

## Matter # 125380 - Brzozowski v. Taylor

For professional services rendered July 1, 2009 through August 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/16/09 | D. Linna, Jr. | 0.30 | 66.25 | Review emails regarding document collection; email to J. Morrison regarding completing document production. |
| 07/20/09 | D. Linna, Jr. | 0.20 | 66.25 | Review emails from opposing counsel regarding MEI document production; teleconference with opposing counsel regarding same and miscellaneous discovery issues. |
| 08/04/09 | D. Linna, Jr. | 0.30 | 66.25 | Emails with client regarding gathering of responsive documents including from document management system; communication to opposing counsel regarding timing of production. |
| 08/24/09 | D. Linna, Jr. | 0.20 | 66.25 | Review spreadsheet of documents in DM system; email to J. Morrison regarding completing review of documents in LSA. |
| 08/27/09 | M. Stern | 0.20 | 113.75 | Call with D. Linna re privilege issues. |
| 08/27/09 | D. Linna, Jr. | 7.30 | 1,921.25 | Review subpoena and MEI's response in preparation for completing privilege review and redactions; travel to and from GM and use LSA system to complete document review; conference with K. Larson to discuss privilege review, D. Cade comments in document management system, gathering of L. Luttinen documents, and other document production issues; several conferences with J. Morrison to discuss document production and gathering; review email from J. Morrison regarding gathering of L. Luttinen documents and D. Cade comments from document management system. |

8

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 08/28/09 | D. Linna, Jr. | 0.50 | 132.50 | Review MEI documents. |
| 08/31/09 | D. Linna, Jr. | 1.50 | 397.50 | Review MEI documents for responsiveness and privilege; emails with J. Morrison regarding same. |

| **Total Hours and Fees** | | **10.50** | | **$2,830.00** |

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 72017 - J.L. French

For professional services rendered July 1, 2009 through July 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/08/09 | L. Murphy | 0.50 | 185.00 | Email from J.L. French attorney, M. Wooldridge (.10); review J.L. French revisions to Agreement (.20); compare J.L. French version to prior draft (.10); email to G. Hebda (.10). |
| **Total Hours and Fees** | | **0.50** | | <u>**$185.00**</u> |

1

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 77477 - Raufoss

For professional services rendered July 1, 2009 through July 31, 2009:

### TIME DETAIL

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/01/09 | M. Boyce (Of Counsel) | 6.00 | 1,860.00 | Review email from Norwegian counsel and GM team re subordination documents (.20); various emails to Norwegian counsel and GM Team re required subordination documents and various information (.30); review subordination documents (1.30); email to J. Sgroi re same (.20); conference call with J. Sgroi re status, response to Norwegian counsel, changes to Accommodation Agreement and related items (.20); exchange additional emails with Norwegian counsel and GM team (.40); revise Accommodation Agreement (2.10); prepare comment summary for Norwegian counsel and transmit the same (1.30). |
| 07/02/09 | M. Boyce (Of Counsel) | 2.00 | 620.00 | Draft summary email to GM Team re Accommodation Agreement (1.20); review and respond to email re subordination documents and GM Power of Attorney (.40); various emails with M. Fischer re same (.40). |
| 07/03/09 | M. Boyce (Of Counsel) | 0.30 | 93.00 | Various emails re Power of Attorney and subordination documents (.30). |
| 07/09/09 | T. Sherick | 0.50 | 185.00 | Review emails from M. Boyce concerning the status of Raufoss and outline of comments on the Raufoss Accommodation Agreement (.50). |

| **Total Hours and Fees** | | **8.80** | **$2,758.00** | |

3

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 80348 - Mayflower

For professional services rendered July 1, 2009 through July 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/07/09 | A. Silver | 0.30 | 85.50 | Review subpoena (.30). |
| 07/08/09 | A. Silver | 0.50 | 142.50 | Review Trust Agreement re indemnification obligations (.50). |
| 07/08/09 | A. Silver | 0.50 | 142.50 | Draft lengthy email to GM team re subpoena (.50). |
| **Total Hours and Fees** | | **1.30** | | **$370.50** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 109619 - Plastech Engineered Products, Inc.

For professional services rendered July 1, 2009 through July 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/06/09 | A. Kochenderfer | 1.30 | 344.50 | Phone conference with opposing counsel re motion for intervention (.30); draft correspondence to L. Buonomo re order of dismissal (.30); research re motions for intervention and review pleadings. (.70) |
| **Total Hours and Fees** | | **1.30** | <u>**$344.50**</u> | |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

---

## Matter # 110323 - TI Automotive

For professional services rendered July 1, 2009 through July 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/09/09 | T. Sherick | 0.50 | 185.00 | Review A. Keith's memorandum highlighting the open issues on TI Automotive |
| **Total Hours and Fees** | | **0.50** | | **$185.00** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 118836 - Weber Manufacturing

For professional services rendered July 1, 2009 through July 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/06/09 | A. Kochenderfer | 1.50 | 397.50 | Conference with M. Stern re amended answer (.30); review and revise same (1.20). |
| 07/07/09 | A. Kochenderfer | 1.00 | 265.00 | Review files in connection with anticipated discovery (1.00). |
| 07/08/09 | A. Kochenderfer | 1.80 | 477.00 | Exchange correspondence with opposing counsel re answer (.30); review strategy with M. Stern re same (.30); review file re litigation strategy (1.20). |

**Total Hours and Fees**     4.30     <u>**$1,139.50**</u>

17

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
**Attorneys and Counselors**

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 123433 - ImagePoint, Inc.

For professional services rendered July 1, 2009 through July 31, 2009:

**TIME DETAIL**

| Date | Name | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 07/09/09 | K. Yourchock | 0.30 | 58.50 | Call with J. Weinberg re dealer contacts (.30). |
| 07/09/09 | K. Yourchock | 0.80 | 156.00 | Participate in GM team call (.80). |
| 07/09/09 | K. Yourchock | 0.30 | 58.50 | Correspondence with C. Smith re dealer issues (.30). |
| **Total Hours and Fees** | | **1.40** | | **$273.00** |

20

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
**2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506**

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*