# EXHIBIT E

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## DISBURSEMENT SUMMARY

### Second Interim Compensation Period

| Description | Amount |
|---|---:|
| Court and Other Fees | 222.00 |
| Courier | 328.64 |
| Lexis, Westlaw, Computer Research | 612.40 |
| Meals and Related Expenses | 39.79 |
| Photocopying and Document Production | 2,755.00 |
| Travel Related Expenses | 704.14 |
| | |
| **Total Disbursements** | **$4,661.97** |

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154964.1

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 126284 - Fee/Employment Applications

For disbursements July 1, 2009 through November 30, 2010:

**DISBURSEMENT SUMMARY**

| Description | Amount |
| --- | ---: |
| Court and Other Fees | 50.00 |
| Courier | 276.42 |
| Lexis, Westlaw, Computer Research | 611.50 |
| Meals and Related Expenses | 39.79 |
| Photocopying and Document Production | 2,599.20 |
| Travel Related Expenses | 704.14 |
|  |  |
| **Total Disbursements** | **$4,281.05** |

29

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 126286 - Financing

For disbursements 1, 2009 through February 28, 2010:

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Photocopying and Document Production | 28.40 |
|  |  |
| **Total Disbursements** | **$28.40** |

35

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 106633 - MEI-Chieftain Products

For disbursements July 1, 2009 through December 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
| --- | ---: |
| Lexis, Westlaw, Computer Research | 0.90 |
| Photocopying and Document Production | 3.80 |
|  |  |
| **Total Disbursements** | **$4.70** |

6

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 125380 - Brzozowski v. Taylor

For disbursements July 31, 2009 through August 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
| --- | --- |
| Photocopying and Document Production | 0.60 |
|  |  |
| **Total Disbursements** | **$0.60** |

11

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 77477 - Raufoss

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Photocopying and Document Production | 3.20 |
| | |
| **Total Disbursements** | **$3.20** |

5

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 80513 - Tri MAG

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Courier | 52.22 |
| Photocopying and Document Production | 6.40 |
|  |  |
| **Total Disbursements** | **$58.62** |

11

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 109619 - Plastech Engineered Products, Inc.

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
| --- | --- |
| Photocopying and Document Production | 21.00 |
|  |  |
| **Total Disbursements** | $21.00 |

14

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 117539 - Visteon Corporation

For disbursements August 1, 2009 through August 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
| --- | ---: |
| Court and Other Fees | 172.00 |
| Photocopying and Document Production | 86.40 |
|  |  |
| **Total Disbursements** | **$258.40** |

19

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 118836 - Weber Manufacturing

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---:|
| Photocopying and Document Production | 4.40 |
|  |  |
| **Total Disbursements** | **$4.40** |

22

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 123433 - ImagePoint, Inc.

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT SUMMARY**

| Description | Amount |
| --- | --- |
| Photocopying and Document Production | 1.60 |
|  |  |
| **Total Disbursements** | **$1.60** |

26

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2