# EXHIBIT F

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 126284 - Fee/Employment Applications

For disbursements July 1, 2009 through November 30, 2010:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
| 07/17/09 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 54.20 |
| 07/17/09 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 364.90 |
| 08/14/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 930785479 DATE: 8/25/2009  Tracking #790184435502  From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506   To: Thomas Mayer/Robert T. Schmidt, Kramer Levin Naftalis & Franke, 1177 Avenue of the Americas, NEW YORK CITY, NY 10036 | 33.28 |
| 08/14/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 930785479 DATE: 8/25/2009  Tracking #798111352703  From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506   To: Diana G. Adams, Esq., Office of the U.S. Trustee, 33 Whitehall Street, NEW YORK CITY, NY 10004 | 33.28 |

24

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|---|---|---|
| 08/14/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 930785479 DATE: 8/25/2009 Tracking #798111352416 From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506 To: Joseph J. Smolinsky/S. Karotki, Weil Gotshal & Manges LLP, 767 Fifth Avenue, NEW YORK CITY, NY 10153 | 33.28 |
| 08/14/09 | Messenger Delivery Ted Stenger @ Motors Liquidation Company (GM) | 9.25 |
| 08/28/09 | Messenger Delivery Ted Stenger @ Motors Liquidation Company (GM) | 9.25 |
| 09/02/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 931572835 DATE: 8/25/09 Tracking #790185810940 From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506 To: Judge Robert E. Gerber, U.S. Bankruptcy Court SDNY, Attn: Helene Blum, NEW YORK CITY, NY 10004 | 17.75 |
| 09/04/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 932347323 DATE: 8/24/09 Tracking #790677654744 From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506 To: Thomas Moers Mayer/R. Schmidt, Kramer Levin Naftalis & Franke, 1177 Avenue of the Americas, NEW YORK CITY, NY 10036 | 25.01 |

25

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|---|---|---|
| 09/04/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 932347323 DATE: 8/24/09  Tracking #790677655486  From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506  To: Diana G. Adams, Esq., Office of the U.S. Trustee, 33 Whitehall Street, NEW YORK CITY, NY 10004 | 25.01 |
| 09/04/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 932347323 DATE: 8/24/09  Tracking #791238594537  From: Brenda E. Lundberg, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506  To: Stephen Karotkin/J. Smolinsky, Weil Gotshal & Manges LLP, 767 Fifth Avenue, NEW YORK CITY, NY 10153 | 25.01 |
| 09/10/09 | Court and Other Fees VENDOR: U.S. Bank; INVOICE#: 0265/SEPT09; DATE: 9/10/2009 - Credit Card Charge / U.S. Bankruptcy Court Southern District of New York Online, Motion Pro Hac Vice Court Filing Fee for Judy B. Calton - on 8/4/09 | 50.00 |
| 10/26/09 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 22.70 |
| 11/12/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 940230931 DATE: 11/17/2009  Tracking #790685976458  From: Judy Calton, Honigman Miller Schwartz and C, 2290 First National Building, DETROIT, MI 482263506  To: Robert B. Weiss, c/o Danielle Karoly, 125 Montgomery Avenue, BALA-CYNWYD, PA 19004 | 27.68 |

26

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|---|---|---|
| 12/07/09 | Courier Service Reliable Delivery; INVOICE#: 70015; - Ritz Hotel/Dearborn where R. Weiss is attending the China-US Auto Summit Seminar to sign documents & return to J. Baka on 11/16/09 | 37.62 |
| 12/21/09 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 15.80 |
| 12/21/09 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 10.70 |
| 02/18/10 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 33.40 |
| 04/16/10 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 6.70 |
| 04/16/10 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 22.40 |
| 04/16/10 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 14.50 |
| 04/16/10 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 10.40 |
| 05/14/10 | Airfare VENDOR: Weiss, Robert B.; INVOICE#: 042810RBW; DATE: 5/14/2010 - CC:224703-126284 Reimb for airfare/meals/taxi/mileage/parking/tips/subway fare re travel to attend hearing re approval of fee applications on 4/28-29/10 | 558.40 |
| 05/14/10 | Meals VENDOR: Weiss, Robert B.; INVOICE#: 042810RBW; DATE: 5/14/2010 - CC:224703-126284 Reimb for airfare/meals/taxi/mileage/parking/tips/subway fare re travel to attend hearing re approval of fee applications on 4/28-29/10 | 39.79 |
| 05/14/10 | Travel Expenses VENDOR: Weiss, Robert B.; INVOICE#: 042810RBW; DATE: 5/14/2010 - CC:224703-126284 Reimb for airfare/meals/taxi/mileage/parking/tips/subway fare re travel to attend hearing re approval of fee applications on 4/28-29/10 | 145.74 |
| 06/25/10 | Public Access to Court Electronic Records Delaware Bankruptcy Court | 49.40 |

27

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|---|---|---|
| 06/25/10 | Public Access to Court Electronic Records Alabama Northern Bankruptcy Court | 3.40 |
| 07/16/10 | Public Access to Court Electronic Records New York Southern Bankruptcy Court | 3.00 |
| **Sub Total Itemized** | | **1,681.85** |
| | Photocopying and Other Document Production | 2,599.20 |
| **Sub Total Summarized** | | **2,599.20** |
| **Disbursements Total** | | **$4,281.05** |

28

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*
9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 126286 - Financing

For disbursements 1, 2009 through February 28, 2010:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|------|-------------|--------|
|      | Photocopying and Other Document Production | 28.40 |
| **Disbursements Total** | | **$28.40** |

34

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154463.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 106633 - MEI-Chieftain Products

For disbursements July 1, 2009 through December 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
| 07/10/09 | Public Access to Court Electronic Records Michigan Eastern Bankruptcy Court | 0.90 |
| **Sub Total Itemized** | | **0.90** |
| | Photocopying and Other Document Production | 3.80 |
| **Sub Total Summarized** | | **3.80** |
| **Disbursements Total** | | **$4.70** |

5

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 125380 - Brzozowski v. Taylor

For disbursements July 31, 2009 through August 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
|  | Photocopying and Other Document Production | 0.60 |

**Disbursements Total** $0.60

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9154464.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 77477 - Raufoss

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
|  | Photocopying and Other Document Production | 3.20 |

**Disbursements Total**  $3.20

4

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 80513 - Tri MAG

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
| 07/02/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 562569426 DATE: 7/8/2009<br><br>Tracking #790671659851<br><br>From: MICHELLE EPSTEIN TAIGMAN, ESQ., HONIGMAN MILLER SCHWARTZ AND COHN, 2290 FIRST NATIONAL BLDG, DETROIT, MI 48226<br><br>To: GE CANADA FINANCE HOLDING COMPANY, AS AGENT, 123 FRONT STREET WEST, SUITE 1400 TORONTO, ON M5J2M2 | 26.11 |
| 07/02/09 | FedEx - Courier Service VENDOR: FedEx Corporation INVOICE#: 562569426 DATE: 7/8/2009<br><br>Tracking #798106848532<br><br>From: MICHELLE EPSTEIN TAIGMAN, ESQ., HONIGMAN MILLER SCHWARTZ AND COHN, 2290 FIRST NATIONAL BLDG, DETROIT, MI 48226<br><br>To: GE CANADA FINANCE HOLDING COMPANY, AS SECOND LIEN AGENT, 123 FRONT STREET WEST, SUITE 1400 TORONTO, ON M5J2M2 | 26.11 |
| **Sub Total Itemized** | | **52.22** |
| | Photocopying and Other Document Production | 6.40 |

9

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

| Date | Description | Amount |
|---|---|---|
| | Sub Total Summarized | 6.40 |
| | Disbursements Total | $58.62 |

10

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 109619 - Plastech Engineered Products, Inc.

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
|  | Photocopying and Other Document Production | 21.00 |

**Disbursements Total** $21.00

13

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

## Matter # 117539 - Visteon Corporation

For disbursements August 1, 2009 through August 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---|
| 08/13/09 | Court and Other Fees VENDOR: U.S. Bank; INVOICE#: 0265/AUG09; DATE: 8/13/2009 - Credit Card Charge / CourtCall, LLC - Joseph Sgroi, Fee for Telephonic Court Hearing / U.S. Bankruptcy Court with Judge Christopher S. Sontchi - on 6/19/09 ( Conf. I.D. # 2898684 ) | 93.00 |
| 08/13/09 | Court and Other Fees VENDOR: U.S. Bank; INVOICE#: 0265/AUG09; DATE: 8/13/2009 - Credit Card Charge / CourtCall, LLC - Robert Weiss, Fee for Telephonic Court Hearing / U.S. Bankruptcy Court with Judge Christopher S. Sontchi - on 6/19/09 ( Conf. I.D. # 2895892 ) | 79.00 |
| **Sub Total Itemized** | | **172.00** |
| | Photocopying and Other Document Production | 86.40 |
| **Sub Total Summarized** | | **86.40** |
| **Disbursements Total** | | **$258.40** |

18

**INVOICE PAYABLE ON RECEIPT IN US DOLLARS**
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 118836 - Weber Manufacturing

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|---|---|---:|
| | Photocopying and Other Document Production | 4.40 |

| | |
|---|---:|
| **Disbursements Total** | **$4.40** |

21

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2

# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

(313) 465-7000
Fax: (313) 465-8000
www.honigman.com
I.D. NO. 38-1407377

### Matter # 123433 - ImagePoint, Inc.

For disbursements July 1, 2009 through July 31, 2009:

**DISBURSEMENT DETAIL**

| Date | Description | Amount |
|------|-------------|--------|
|      | Photocopying and Other Document Production | 1.60 |

**Disbursements Total** <u>**$1.60**</u>

25

INVOICE PAYABLE ON RECEIPT IN US DOLLARS
2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506

*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

9152118.2