**EXHIBIT G**

EXHIBIT G

# Motors Liquidation Company Prepetition Retainer

| Date | Amount | Balance | Description |
|---|---|---|---|
| 6/1/2009 | | $583,394.66 | Retainer balance at June 1, 2009 |
| 1/13/2010 | $1,630.61 | $585,025.27 | Interest earned thru December 31, 2009 |
| 5/27/2010 | ($261,868.86) | $323,156.41 | Payment of fees autorized by First Interim Order |
| 5/27/2010 | ($9,598.97) | $313,557.44 | Application to prepetition fees per First Interim Application |
| 5/19/2011 | $1,954.56 | $315,512.00 | Interest earned from January 1, 2010 thru May 17, 2011 |
| Requested | ($965.00) | **$314,547.00** | Prepetition fees not previously paid from retainer |

9149125.2