
DONALD J. HUTCHINSON (MI P39545)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

SUSAN I. ROBBINS (SR 5759)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
500 Fifth Avenue, Suite 1815
New York, NY 10110
Telephone: (212) 704-4400
Fax: (212) 704-4410
Email: robbins@millercanfield.com

*Attorneys for the Regents of the University of Michigan*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re | Chapter 11 |
| GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| | Judge Robert E. Gerber |

_____

**NOTICE OF WITHDRAWAL OF THE REGENTS OF THE
UNIVERSITY OF MICHIGAN'S OBJECTION TO DEBTOR'S
PROPOSED CURE AMOUNT IN CONNECTION WITH
ASSUMPTION AND ASSIGNMENT OF EXECUTORY
<u>CONTRACTS AND TO SUFFICIENCY OF NOTICE</u>**

PLEASE TAKE NOTICE THAT the Regents of the University of Michigan hereby withdraws its Objection to Debtor's Proposed Cure Amount in Connection with

19,099,436.1\060548-00375

Assumption and Assignment of Executory Contracts and to Sufficiency of Notice (filed June 12, 2009 at Docket No. 710).

                MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                By /s/ Donald J. Hutchinson
                    Donald J. Hutchinson (MI P39545)
                Attorney for the Regents of the University of Michigan
                150 West Jefferson Avenue, Suite 2500
                Detroit, MI 48226
                Telephone: (313) 963-6420
                Fax: (313) 496-8450
                Email: hutchinson@millercanfield.com

Dated: May 24, 2011

## **CERTIFICATE OF SERVICE**

Donald J. Hutchinson hereby certifies that, on the 24th day of May, 2011, he served a copy of the foregoing document, ***Notice of Withdrawal of the Regents of the University of Michigan's Objection to Debtor's Proposed Cure Amount in Connection with Assumption and Assignment of Executory Contracts and to Sufficiency of Notice*** upon each of the persons listed on the attached Exhibit A, by first-class U.S. mail, postage prepaid and addressed as indicated on the attached Exhibit.

Dated: May 24, 2011    By /s/ Donald J. Hutchinson
                Donald J. Hutchinson (MI P39545)
                Miller, Canfield, Paddock and Stone, P.L.C.
                150 West Jefferson Avenue, Suite 2500
                Detroit, MI 48226
                Telephone: (313) 963-6420
                Fax: (313) 496-8450
                Email: hutchinson@millercanfield.com

## EXHIBIT A

## SERVICE LIST

The Honorable Robert E. Gerber
Chambers
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408


General Motors Corporation
Cadillac Building
30009 Van Dyke Avenue
Warren, MI 48090-9025
**Attention: Warren Command Center
          Mailcode 480-206-114**


Weil, Gotshal & Manges LLP
Attention: Harvey R. Miller, Esq.
Stephen Karotkin, Esq. and
Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, NY 10153


United States Treasury
Attention: Matthew Feldman, Esq.
1500 Pennsylvania Avenue NW
Room 2312
Washington, DC 20220


John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281


19,099,436.1\060548-00375

Michael J. Edelman, Esq. and
Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, NY 10019


Diana G. Adams, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004


Kenneth H. Eckstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


Daniel N. Adams, Esq.
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506


Seth Drucker, Esq.
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506