Gerhard Vogt ✧ Schlüsselwiesen 16 ✧ 70186 Stuttgart
☎ 0711/ 46 20 81

Gerhard Vogt ∗ Schlüsselwiesen 16 ∗ 70186 Stuttgart

12. Mai 2011

Honorable Robert E. Gerber
US Bankruptcy Judge, Room 621
US Bankruptcy Court for the Southern District of New York
One Bowling Green

New York  10004


Motors Liquidation Company
General Motors Corp.
Chapter 11  Case No. 09-50026 (Reg)  -  Claim # 65396


Sehr geehrter Herr Gerber,

Ihr letztes Schreiben vom 3.Mai 2011 habe ich am 10.05.2011 erhalten.

Zwischenzeitlich habe ich noch folgende Schreiben erhalten:

1. Weil, Gotshal & Manges LLP, München(Germany) vom 6.April 2011. Darauf meine telefonischen Rückfragen an Herrn Stappmanns (W, G & M.München). Es wurde mir nach Herrn Stappmanns Rückruf bei W, G & M, New York zugesichert, dass meine Forderung ausschliesslich in Aktien „GM-NEU" umgewandelt würden. Darauf mein Fax am 25.04.2011 an W, G & M, München, mit der Einschränkung: Umwandlung in Aktien „GM-NEU" und alternativ Verkauf meiner „GM-OLD" Wertpapiere (Kurs ca. 23 Euro).
Unwahr ist die Zusicherung der Umwandlung ausschliesslich in Aktien. Unwahr ist weiter ein zugesicherter alternativer Verkauf der „GM-OLD"- Papiere, da der Handel dieser Wertpapiere zum 21.04.11 bereits eingestellt worden war. Hier liegt eine offensichtliche Täuschung der Gläubiger durch Weil, Gotshal & Manges, München bzw. New York vor. Daher mein Widerruf am 3.05.2011.
2. HypoVereinsbank, Stuttgart, vom 27.April 2011. Laut diesem Schreiben ist von GM eine Reorganisation am 21.04.2011 beschlossen worden. Meine Forderung in

- 2 -

Höhe von 25.000,00 € (**richtig** mit Zins per 1.Juni 2009 **26.648,00 €**) wurde umgetauscht, obwohl ein Gerichtstermin am **26.April 2011** bei Ihnen Herr Gerber anberaumt war. Dieser Termin wurde mit Ihrem Schreiben vom 3.Mai 2011 auf **17.05.2011** verschoben. Dem Zwangsumtausch habe ich mündlich am 29.04.11 und schriftlich am 3.05.2011 ausdrücklich widersprochen.
Bis heute liegt mir noch kein vom Gericht bestätigter Restrukturierungsplan vor.

Sehr geehrter Herr Gerber, ich bitte Sie diese Ausführungen bei Ihrem Termin zu berücksichtigen.

Mit freundlichen Gruss

[signature]

Anlagen
Kopien von
Forderungsanmeldung v. 20.11.2009
Weil, G & M, München v. 6.04.2011
darauf Fax vom 25.04.2011
Schreiben an W,G & M v.3.05.2011
HypoVereinsbank vom 27.04.2011
Schreiben an HypoV. v. 3.05.2011
HypoVereinsbank vom 2.05.2011

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): Gerhard VOGT

**Name and address where notices should be sent:**
Gerhard VOGT
Schlüsselwiesen 16
D-70186 Stuttgart

Telephone number: 0049711-462081
Email Address: VOGT.Hr@web.de

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed, June 1, 2009:** $ -37,627-

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** 894 450 7,25% Motors Liquidation Co 2003 (2013)
   ISIN: XS 0171942757
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:
$_____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 20.11.2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature: Vogt]

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

Please give me confirmence — confirmation !!

## WEIL, GOTSHAL & MANGES LLP

RECHTSANWÄLTE UND STEUERBERATER
MAXIMILIANHÖFE
MAXIMILIANSTRASSE 13
80539 MÜNCHEN
TEL: (089) 24243-0
FAX: (089) 24243-399

BOSTON
BUDAPEST
DALLAS
DUBAI
FRANKFURT
HONGKONG
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PEKING
PRAG
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSCHAU
WASHINGTON, D.C.
WILMINGTON

MARKUS STAPPMANNS
Tel.: (089) 24243 - 166
e-mail: markus.stappmanns@weil.com

6. April 2011

Gerhard Vogt
Schlüsselwiesen 16
70186 Stuttgart

**Insolvenzverfahren von General Motors (Motors Liquidation Company)**

Sehr geehrter Herr Vogt,

Sie haben im Insolvenzverfahren über das Vermögen der Motor Liquidation Company ("**Old-GM**") eine Forderung (Claim 65396) angemeldet. Gegen diese Forderung (und alle anderen angemeldeten Eurobond-Forderungen) hat Old-GM Einspruch eingelegt, dem Sie widersprochen haben.

Der Einspruch von Old-GM zielt nicht darauf ab, Ihre Forderung dem Grunde oder der Höhe nach zu bestreiten. Old-GM hat nur aus verfahrenstechnischen Gründe Einspruch eingelegt, um das Ausschüttungsverfahren vereinfachen zu können.

Zum Hintergrund:

Aufgrund der großen Zahl von Eurobond-Anlegern möchte Old-GM das Ausschüttungsverfahren möglichst unkompliziert und unbürokratisch gestalten. Dazu wurde im Restrukturierungsplan von General Motors ("**Debtors' Amended Joint Chapter 11 Plan**") vereinbart, dass Eurobond-Anleger für Ihre Eurobond-Anteile Aktien und/oder Optionsscheine an der neuen General Motors Company ("**New-GM**") erhalten sollen. Diese

---

Umwandlung soll automatisch unter Nutzung der Systeme von Euroclear Bank oder einer anderen Clearinggesellschaft erfolgen. Nach der Umwandlung der Anteile würde Ihre Depotbank Ihnen mitteilen, dass in Ihrem Depot Eurobond-Anteile ausgebucht und entsprechend des Restrukturierungsplans Aktien und/oder Optionsscheine an New-GM eingebucht wurden.

Um diese automatische Umwandlung durchführen zu können, ohne dass einzelne Gläubiger doppelte Ausschüttungen erhalten, war es erforderlich gegen Ihre angemeldete Forderung Einspruch einzulegen, da ansonsten jede Forderung eines Eurobond-Anlegers einzeln behandelt werden müsste und dadurch das Ausschüttungsverfahren nicht unerheblich verzögert würde.

Durch den Einspruch von Old-GM entstehen Ihnen keine zusätzlichen Kosten und Sie werden eine gleich hohe Ausschüttung erhalten, wie wenn Ihre Forderung einzeln behandelt würde.

Wenn Sie mit der automatischen Umwandlung einverstanden sind, möchte ich Sie bitten, mir dies kurz telefonisch mitzuteilen oder diese Seite unten gegenzuzeichnen und mir per Fax, E-Mail oder Post zuzusenden.

Für Rückfragen stehe ich gerne zur Verfügung.

Mit freundlichen Grüßen

*M. Stappmanns*
- Markus Stappmanns -

Ich bin mit der automatischen Umwandlung *in Aktien von „New-GM"* einverstanden, *wenn ich bis dahin meine „Old-GM"-Wertpapiere evtl. alternativ verkaufen kann!*

*Vogt*
- Gerhard Vogt -

Fax 25.04.2011

Gerhard Vogt✧Schlüsselwiesen 16✧70186 Stuttgart
☏0711/ 46 20 81

Gerhard Vogt ✻ Schlüsselwiesen 16 ✻ 70186 Stuttgart 03.Mai 2011

WEIL, GOTSHAL & MANGES LLP
Herrn Stappmanns
Maximilianstr. 13

80539 München

Schreiben meiner depotführenden Bank vom 27.04.2011(HypoVereinsbank)
Obligatorischer Umtausch wegen Reorganisation (GM)
Tel.Gespräch vom 29.04.2011 mit Ihnen
Rücknahme meiner Einverständniserklärung vom 25.04.2011

Hiermit nehme ich die Ihnen gegebene Einverständniserklärung vom 25.04.2011 zurück. Diese bezog sich auch nur auf die Umwandlung meiner Forderungen in Aktien von „New GM".

Ich widerspreche auch ausdrücklich dem obligatorischen Umtausch wegen Reorganisation.

Weiterhin wurde ich von Ihnen falsch unterrichtet.

Sie hatten auf meine Fragen hin mit Ihrem New Yorker-Büro gesprochen und mir mitgeteilt, dass die Forderungen ausschliesslich in Aktien von „New GM" umgetauscht würden.
Dies ist nun offensichtlich nicht der Fall.

Freundlichen Gruss

**HypoVereinsbank** Member of **UniCredit**

4209/A332/0000076/27//80634-04.11/0,55EUR

0473         857

Herrn
Gerhard Vogt
Schlüsselwiesen 16

70186 Stuttgart

Filiale Stuttgart
Kontoführende Filiale
Kronprinzstr. 20
70173 Stuttgart

Ihre persönliche Betreuerin:
FRAU ALIBRANDI
Tel.: 0711 2051-1131

Stuttgart, 27. April 2011

**Obligatorischer Umtausch wegen Reorganisation**
7,25 % Motors Liquidation Co.          894450
Depot: 473 611038402 / Vogt Gerhard
Bestand: EUR -25.000,000- EO-Notes 2003(13) 03.07.13

Sehr geehrter Herr Vogt,

die Gesellschaft hat per Ex-Tag 21.04.2011 eine Reorganisation im Verhältnis 1000 : 5,740779 in Aktien der General Motors, im Verhältnis 1000 : 5,21889 in Warrants 10.07.2016 der General Motors und im Verhältnis 1000 : 5,21889 in Warrants 10.07.2019 der General Motors beschlossen.

Wir buchen Ihnen daher Ihren Altbestand aus und dagegen

STK -143,519 General Motors Aktien WKN -A1C9CM-

auf Verwahrart 43/680 (Wertpapierrechnung/Luxemburg) und

STK -130,472- General Motors Warrants 10.07.2016 WKN -A1KYEG-

auf Verwahrart 43/680 (Wertpapierrechnung/Luxemburg) und

STK -130,472- General Motors Warrants 10.07.2019 WKN -A1KYEH-

auf Verwahrart 43/680 (Wertpapierrechnung/Luxemburg) zu.

Eine Spitzenregulierung erfolgt durch uns.

Da es sich bei der o.g. Reorganisation um die erste Zuteilung von Aktien und Warrants handelt, werden wir Ihnen -nach Erhalt- ausserdem einen Merkposten in Höhe Ihres o.g. Anleihebestandes einbuchen. Auf diesen Merkposten werden dann mögliche zukünftige Zuteilungen erfolgen.

...



Vorstandsmitglieder:
Dr. Theodor Weimer (Sprecher des Vorstands),
Peter Buschbeck, Lutz Diederichs,
Peter Hofbauer, Heinz Laber,

UniCredit Bank AG

Rechtsform: Aktiengesellschaft
Sitz: München

**Gerhard Vogt ✧ Schlüsselwiesen 16 ✧ 70186 Stuttgart**
**☎ 0711/ 46 20 81**

Gerhard Vogt ∗ Schlüsselwiesen 16 ∗ 70186 Stuttgart                     03.Mai 2011

HypoVereinsbank
Herrn Bauer
Kronprinzstr. 20

70173 Stuttgart


Ihr Schreiben vom 27.04.2011        –        Widerspruch
Tel.Gespräch vom 29.04.2011


Hiermit widerspreche ich nochmals schriftlich, ausdrücklich dem obligatorischen Umtausch wegen Reorganisation.

Herr Stappmanns (Weil, Gotshal & Manges LLP, München) hat von mir nur eine Einverständniserklärung für eine Umwandlung meiner Forderungen in Aktien von „New GM"! Er hat damals mit W., G. & M. in New York wegen des Umtauschs gesprochen und sagte mir, dass dies in Aktien erfolgen würde.

Von Warrants (Optionsscheine auf Aktien) war keine Rede.


Freundlichen Gruss

*[signature]*

**HypoVereinsbank**   Member of **UniCredit**

4332/A332/0000077/02//80634-05.11/0,55EUR

0473        857

Herrn
Gerhard Vogt
Schlüsselwiesen 16

70186 Stuttgart

Filiale Stuttgart
Kontoführende Filiale
Kronprinzstr. 20
70173 Stuttgart

Ihre persönliche Betreuerin:
FRAU ALIBRANDI
Tel.: 0711 2051-1131

Stuttgart, 2. Mai 2011

**Ergänzung zu unserem Schreiben vom 27.04.2011!**
7,25 % Motors Liquidation Co.          894450
Depot: 473 611038402 / Vogt Gerhard
Bestand: EUR -25.000,000- EO-Notes 2003(13) 03.07.13

Sehr geehrter Herr Vogt,

mit dem o.g. Schreiben haben wir Sie darüber informiert, dass wir Ihnen nach Erhalt einen Merkposten für mögliche zukünftige Zuteilungen einbuchen werden.

Unsere ausländische Wertpapierlagerstelle hat uns jetzt mitgeteilt, dass für die o.g. Anleihe kein Merkposten verbucht wird. Wie mögliche zukünftige Zuteilungen abgewickelt werden sollen, steht zur Zeit noch nicht fest.
Wir bitten um Kenntnisnahme.

Mit freundlichen Grüßen

UniCredit Bank AG

Diese Mitteilung trägt keine Unterschrift.



Vorstandsmitglieder:
Dr. Theodor Weimer (Sprecher des Vorstands),
Peter Buschbeck, Lutz Diederichs,
Peter Hofbauer, Heinz Laber

UniCredit Bank AG

Rechtsform: Aktiengesellschaft
Sitz: München