| CT Corporation

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

1209 Orange Street
Wilmington, DE 19801

May 09, 2011

Harvey R. Miller
Weil, Gotshal & Manages LLP
767 Fifth Avenue,
New York, NY  10153

Re: Motors Liquidation Company, etc., et al., Debtors vs. Tenneco Motor Operations Company, Inc.

Case No. 09-50026

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Tenneco Motor Operations Company, Inc. is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518458515

FedEx Tracking# 794739117239

cc: Southern District of New York: United States Bankruptcy Court
    One Bowling Green,
    New York, NY  10004-1408