**Wolters Kluwer** Corporate Legal Services | **CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

*RECEIVED MAY 19 2011 U.S. BANKRUPTCY COURT SDNY*

May 13, 2011

Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Motors Liquidation Company, et al., Debtors // To: Dura Automotive Systems Cable Operations, Inc.

Case No. 09-50026 (REG)

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Dura Automotive Systems Cable Operations, Inc.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518473279

FedEx Tracking# 794756005794

cc: United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408