

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 13, 2011

Harvey R. Miller
Weil, Gotshal Manges LLP
767 Fifth Avenue,
New YOrk, NY  10153

Re: Motors Liquidation Company, et al., Debtors // To: Stabzwite Holding GMBH

Case No. 09-50026 (REG)

Dear Sir/Madam:

We are herewith returning the Notice Letter which we received regarding the above captioned matter.

Stabzwite Holding GMBH is not listed on our records or on the records of the State of DE.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518477642

FedEx Tracking# 794755866736

RECEIVED
MAY 19 2011
U.S. BANKRUPTCY COURT SDNY

cc: New York Southern District Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408