## UNITED STATE BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number | ☒ Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☒ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☒ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address | Michael Hill<br>Hill & Kehne, LLC<br>2300 Wisconsin Ave., NW<br>Washington, DC 20007 |
| Claim Number (if known): | 70998 |
| Date Claim Filed: | February 14, 2011 |
| Total Amount of Claim Filed: | $234,844.31 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 13, 2011

Print Name: Michael O. Hill

Title (if applicable): Individually, and as Principal

[Received stamp: MAY 23 2011, U.S. BANKRUPTCY COURT, SDNY]

[Filed stamp: 2011 MAY 16 P 4:25, U.S. BANKRUPTCY COURT, S.D. OF N.Y.]

NYACTIVE-12044350.1