# UNITED STATE BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number | ☒ Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☒ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☒ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address | Elliott Laws, EPLET, LLC and Crowell & Moring LLP <br> Crowell & Moring LLP <br> 590 Madison Avenue <br> New York, New York 10022 <br> Attn: Michael Blumenthal |
| Claim Number (if known): | 70997 |
| Date Claim Filed: | February 14, 2011 |
| Total Amount of Claim Filed: | $265,155.69 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 10, 2011

Print Name: Michael V. Blumenthal

Title (if applicable): member and authorized representative

NYACTIVE-12044348.1