United States Bankruptcy Court
Southern District of New York:

Chapter 11 Case No. 09-50026 (REG)

Please take note, I started employment with General Motors on 10-5-66 at the age of 18. I worked maintenance and worked rebuilding furnaces. Because of that work I was diagnosed with asbestosis on 3-25-02. On 3-25-02 I was working at Indy Metal Fab 340 White River Pkwy. Indianapolis, In.

Melvin Pete Johnson
*Melvin Pete Johnson*
317-272-3240
8405 Heathermor Ct.
Avon, In. 46123
5-16-2011

RECEIVED
MAY 23 2011
U.S. BANKRUPTCY COURT, SDNY

# APPRENTICE MONTHLY REPORT

**Allison DIVISION**
General Motors Corporation

NAME: Melvin "Pete" Johnson.

APPRENTICESHIP IN: MILLWRIGHT

CLOCK NO. 0528 - 1155

MONTH: February     YEAR: 1973

## REPORT OF TRAINING

| Machine Or Type Of Work | Hours Required | Hours Completed | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Maintenance. | 2000 | 986.1 | 6 | 8 | | | 8 | 6 | 8 | 8 | E | | | 8 | 8 | 8 | 6 | | | | | | | | | | | | | | | | |
| Dismantling, Moving And Installation. | 2278 | 919.3 | | | | | | | | | | | | | | | | | | | | | | | 8 | 8 | | | | | | | |
| Construction - Installation. | 1600 | 845.9 | | | | | | | | | | | | | | | | | | | | | 5 | 6 | 5 | 6 | | | | | | | |
| Layout. | 400 | 124.0 | | | | | 2 | | | | | | | 2 | 2 | 2 | | | | 3 | 2 | 3 | 2 | | | | | | | | | | |
| Optional. | 1050 | 64.0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Hours. | 7328 | 2939.3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Saturday / Sunday / Excused Absence / Saturday / Sunday / Saturday / Sunday / Saturday / Sunday

REMARKS: Monthly Total: 152.0

Melvin has now completed forty percent of the required hours in the Millwright Apprentice Program.

Melvin's training this month has been entirely in the Heat Treating Departments. He is gaining valuable experience in furnace and blast machine repair and overhaul. It was our intention to move him out of the heat treat area next month, but this has changed. There are several items of equipment shut down in the heat treat areas for major overhaul including brick replacement. Melvin will be assigned to these jobs to inhance his heat treat abilities and experience.

Melvin's work habits, cooperation and desire to learn are outstanding. He appreciates the opportunity to learn and works well with his fellow workers. As I have stated many times, he is a real asset to our Department.

SIGNATURE OF EMPLOYE: Melvin Pete Johnson    0528-1155

SIGNATURE OF FOREMAN: Ronald C. Slack    5528-1

| | | |
|---|---|---|
| QUALITY OF WORK | 20 | 20 |
| QUANTITY OF WORK | 20 | 20 |
| ATTENDANCE | 15 | 15 |
| COOPERATION | 15 | 15 |
| SAFETY HABITS | 15 | 15 |
| PERSONAL HABITS | 15 | 15 |
| TOTAL GRADE | 100 | 100 |

# APPRENTICE MONTHLY REPORT

**Hellore DIVISION**
General Motors Corporation

NAME: Melvin P. Johnson.

APPRENTICESHIP IN MILLWRIGHT    CLOCK NO. 0528 - 1155    MONTH May    YEAR 1972

| Machine Or Type Of Work | Hours Required | Hours Completed |
|---|---|---|
| General Maintenance. | 2000 | 291.5 |
| Dismantling, Moving And Installation. | 2278 | 471.3 |
| Construction - Installation. | 1600 | 420.8 |
| Layout. | 400 | 15.0 |
| Optional. | 1050 | 56.0 |
| **Total Hours.** | **7328** | **1254.6** |

## REPORT OF TRAINING

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9 | 3 | | | | Sat | Sun | 3 | 5.5 | 8 | 8 | | | Sat | Sun | 8 | 8 | 8 | 8 | 8 | 8 | Sat | Sun | 8 | 8 | | | Sat | Sun | 8 |
| | | 8 | 5 | 8 | 8 | 8 | | | 5 | 3 | 8 | 8 | | | | 8 | | | | | 8 | 8 | | | 8 | 8 | | | Holiday | | 5 |

REMARKS: Monthly Total: 201.5

73.5
65.0
55.0
3.0

Melvin's job performance and cooperation continues to be outstanding in all areas. His attitude has remained well above average. Melvin's mechanical ability is one of his strong assets. He is learning the various responsibilities of the Millwright classification well.

During this grading period, Melvin was assigned to the Heat Treat for several days. While in this area, Melvin gained some valuable experience in brick laying and furnace repairs. Throughout the duration of his Apprenticeship, Melvin will be assigned to the Heat Treat on many occasions in order to broaden his knowledge in this area.

Melvin also gained valuable experience during this period when he was involved in the raising of heavy machinery, with the use of many hand operated floor jacks.

SIGNATURE OF EMPLOYE _Melvin P. Johnson_    0528-1155
SIGNATURE OF FOREMAN _Donald A. Clark_    5528-1

| | | |
|---|---|---|
| QUALITY OF WORK | 20 | 19 |
| QUANTITY OF WORK | 20 | 20 |
| ATTENDANCE | 15 | 15 |
| COOPERATION | 15 | 15 |
| SAFETY HABITS | 15 | 15 |
| PERSONAL HABITS | 15 | 15 |
| **TOTAL GRADE** | **100** | **99** |

# Respiratory & Critical Care Consultants



L. J. Bortenschlager, M.D.
Michael J. Buran, M.D.
Kevin T. Helms, M.D.
Deanne T. Kashiwagi, M.D.
Regis G. Lagler, M.D.
Patrick F. McQuillan, M.D.
Chris C. Naum, M.D.
Michael R. Niemeier, M.D.
James D. Pike, D.O.
Michael C. Reeder, M.D.
John M. Reynolds, M.D.
Steven E. Sommer, M.D.
Bradley M. Sutter, M.D.
Robert W. Weller, M.D.
Gary P. Zaloga, M.D.

Methodist Professional Center
1601 N. Senate Blvd, Suite 230
Indianapolis, IN 46202
317.962.5820  fax 962.3916

Thomas Y. Sullivan, M.D.
Karl L. Yang, M.D.

Sleep Disorders Center
1633 North Capitol, Suite 809
Indianapolis, IN 46202
317.962.1422  fax 962.8703

Ronald P. Burwinkel, M.D.
John A. Warden, M.D.

Eagle Highlands
6920 Parkdale Place, Suite 215
Indianapolis, IN 46254
317.328.6635  fax 328.6640

Doli E. Biondillo, M.D.
David B. Cook, M.D.
Joseph D. Kern, M.D.
David E. Miller, M.D.
Michael I. Shapiro, M.D.
Robert A. Strawbridge, M.D.

St. Vincent 86th Street
8424 Naab Road, Suite 1E
Indianapolis, IN 46260
317.872.5591  fax 876.9273

Eric L. DeWeese, M.D.

Hendricks Community Hospital
112 Hospital La. Suite 303
Danville, IN 46122
317.718.4000  fax 718.4005

## FAX COVER SHEET

DATE: 3-27-02        TIME: _____        PAGE: 1 OF 2

TO: Leslie                FAX# 267-0572

FROM: Dr Reynolds/Dennis    FAX# 962-3916

PHONE# 962-5820

MESSAGE/INSTRUCTIONS: Patient Melvin Johnson

The documents accompanying this telecopy transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or taking of any action in reliance on the contents of this information is not permissible. If you received this telecopy in error, please immediately notify us by telephone at the number above. Thank you.



# Respiratory & Critical Care Consultants

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Patient's Name: Melvin Johnson

Patient's Address: 1716 Bellflower Ct.

Patient's Date of Birth: 12-12-47

Patient's Telephone Number: 272-3240

L. J. Bortenschlager, M.D.
Michael J. Buran, M.D.
Kevin T. Helms, M.D.
Deanne T. Kashiwagi, M.D.
Regis G. Lagler, M.D.
Patrick F. McQuillan, M.D.
Chris C. Naum, M.D.
Michael R. Niemeier, M.D.
Michael C. Reeder, M.D.
John M. Reynolds, M.D.
Steven E. Sommer, M.D.
Bradley M. Sutter, M.D.
Robert W. Weller, M.D.
Gary P. Zaloga, M.D.

Methodist Professional Center
1801 N. Senate Blvd. Suite 230
Indianapolis, IN 46202
317.929.5620   fax 929.3916

Thomas Y. Sullivan, M.D.
Karl L. Yang, M.D.

Sleep Disorders Center
1653 North Capitol, Suite 809
Indianapolis, IN 46202
317.929.1422   fax 929.8703

Ronald P. Burwinkel, M.D.
James D. Pike, D.O.
John A. Warden, M.D.

Eagle Highlands
6920 Parkdale Place, Suite 215
Indianapolis, IN 46254
317.328.6635   fax 328.6640

Doll E. Biondillo, M.D.
David B. Cook, M.D.
Joseph D. Kern, M.D.
David E. Miller, M.D.
Michael I. Shapiro, M.D.
Robert A. Strawbridge, M.D.

St. Vincent 86th Street
8424 Naab Road, Suite 1E
Indianapolis, IN 46260
317.872.5591   fax 876.9273

Eric L. DeWeese, M.D.

Hendricks Community Hospital
112 Hospital Ln. Suite 303
Danville, IN 46122
317.718.4000   fax 718.4005

The undersigned hereby authorizes Respiratory & Critical Care Consultants P.C. to release the following portions of the medical records of the above-named patient:

Doctors Diagnosis

_____ Entire medical record for period of _____ to _____

_____ The following specific portions of the medical record:

_____ for the period of _____ to _____

The medical record is needed for the following purpose:

For my records & I will give a copy to my work.
(State general purpose or intended use of the medical record)

I understand that I may REVOKE this release at any time, in writing, but the request shall remain valid until revoked or upon the expiration of sixty (60) days, whichever occurs first, EXCEPT to the extent that action has been taken thereon. I also understand that this release may include medical records of treatment for physical and/or emotional illness, including treatment of alcohol or drug abuse. I also understand that HIV, AIDS, or AIDS-related information may also be released.

X M.P. Johnson                          X 3-27-02
Signature (designated by law)              Date of Signature

_____                 _____
Relationship (if other than patient)        Witness

MR 999 (Revised 8/01)                   Released by _____ Date _____

Release to:  M. P. Johnson
             Fax to 267-0572
             Attn: Leslie