# THE JAMES M. DOWD LAW FIRM
*A Professional Corporation*
15 NORTH GORE AVENUE, SUITE 210
SAINT LOUIS, MISSOURI 63119
TELEPHONE: 314.961.4442
FACSIMILE: 314.961.4452

**JAMES M. DOWD**\*†
\*LICENSED IN MISSOURI & KANSAS
†MEMBER OF KELL LAMPIN, LLC

NOTICE OF CHANGE OF ADDRESS

**ATLEE R. CALLAHAN**
LEGAL ASSISTANT

March 17, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Larry Sachse, individually and on behalf of the Estate of Marie Sachse, and David Sachse, individually and on behalf of the Estate of Marie Sachse and The James M. Dowd Law Firm, P.C., Proof of Claim number 59200

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Larry Sachse, individually and on behalf of the Estate of Marie Sachse, and
David Sachse, individually and on behalf of the Estate of Marie Sachse and/or
The James M. Dowd Law Firm, P.C.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: James M. Dowd
Title: Attorney for Larry Sachse, individually and on behalf of the Estate of Marie Sachse, and David Sachse, individually and on behalf of the Estate of Marie Sachse and The James M. Dowd Law Firm, P.C.

Cc:   The Garden City Group, Inc.
      Motors Liquidation Company Claims Agent
      PO Box 9386
      Dublin, OH 43017-4286

www.jimdowdlaw.com