**219th Omnibus Objection**

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| 1ST AUTO & CASUALTY INS<br>2810 CITY VIEW DR<br><br>MADISON, WI 53718 | 21342 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AFNI INSURANCE SERVICES<br>AFNI FILE #433084<br>PO BOX 3068<br>BLOOMINGTON, IL 61702 | 22252 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,376.16  (U)<br>$16,376.16  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AFNI INSURANCE SERVICES<br>AFNI FILE # 638978<br>PO BOX 3068<br>BLOOMINGTON, IL 61702 | 22253 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,403.13  (U)<br>$5,403.13  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AFNI INSURANCE SERVICES<br>ATTN: ELLEN SCHROEDER<br>404 BROCK DR<br>BLOOMINGTON, IL 61701<br>UNITED STATES OF AMERICA | 26995 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,806.00  (U)<br>$1,806.00  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALCARAZ-HICKERSON, ERIN<br>C/O MERCURY INSURANCE GROUP<br>ATTN CHAD MANN<br>PO BOX 10730<br>SANTA ANA, CA 92711-0730 | 22610 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$9,410.55  (U)<br>$9,410.55  (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>CLAIM 0130648850 MCCARTHY<br>ATTN:  DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 756 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $18,386.15 | (U) | | |
| | | | $18,386.15 | (T) | | |
| ALLSTATE INSURANCE COMPANY<br>CLAIM 012 7203040 LAUER<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 757 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $19,225.00 | (U) | | |
| | | | $19,225.00 | (T) | | |
| ALLSTATE INSURANCE COMPANY<br>CLAIM 5560130428 KRNICH<br>ATTN:  DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 759 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,549.57 | (U) | | |
| | | | $5,549.57 | (T) | | |
| ALLSTATE INSURANCE COMPANY<br>GRAY & PROUTY C/O THOMAS W PALECEK, ESQ<br>3170 FOURTH AVENUE, THIRD FLOOR<br>SAN DIEGO, CA 92103 | 781 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $10,721.94 | (U) | | |
| | | | $10,721.94 | (T) | | |
| ALLSTATE INSURANCE COMPANY<br>GRAY & PROUTY C/O THOMAS W PALECEK, ESQ<br>3170 FOURTH AVENUE, THIRD FLOOR<br>SAN DIEGO, CA 92103 | 782 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $4,078.21 | (U) | | |
| | | | $4,078.21 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br>GRAY & PROUTY C/O THOMAS W PALECEK, ESQ<br>3170 FOURTH AVENUE, THIRD FLOOR<br>SAN DIEGO, CA 92103 | 783 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,290.64  (U)<br>$7,290.64  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY  CLAIM #0139504731 ROBERT MAURER<br>ALLSTATE INSURANCE COMPANY<br>ATTN  DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 11022 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,165.62  (U)<br>$16,165.62  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY 0121387112 SYLVESTER<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 745 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$12,304.75  (U)<br>$12,304.75  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY 1468104151 LETRICK<br>VICKIE SHOWALTER<br>PO BOX 29500<br>ROANOKE, VA 24018 | 741 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,866.12  (U)<br>$1,866.12  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY CLAIM #0127953081 MILLER<br>ATTN SANDRA LOVERN<br>PO BOX 21169<br>ROANOKE, VA 24018 | 968 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,942.86  (U)<br>$2,942.86  (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY CLAIM 0112148713 BROST ATTN DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 747 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $57,984.90 | (U) | | |
| | | | $57,984.90 | (T) | | |
| ALLSTATE INSURANCE COMPANY CLAIM 1974713130 SPAULDING ATTN DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 749 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $27,553.58 | (U) | | |
| | | | $27,553.58 | (T) | | |
| ALLSTATE INSURANCE COMPANY CLAIM# 2785714292 RODRIQUEZ ATTN DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 751 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $43,960.86 | (U) | | |
| | | | $43,960.86 | (T) | | |
| ALLSTATE INSURANCE COMPANY CLAIM# 3978845355 QUICENO ATTN DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 752 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $32,127.56 | (U) | | |
| | | | $32,127.56 | (T) | | |
| ALLSTATE NEW JERSEY INSURANCE COMPANY AS SUBROGEE OF DOOR QUEST LAW OFFICES OF STEVEN G KRAUS 122 MOUNT BETHEL ROAD WARREN, NJ 07059 | 889 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $19,126.25 | (U) | | |
| | | | $19,126.25 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| AUTO CLUB INSURANCE ASSOCIATION C/O GIBSON & SHARPS CHRIS BARNES (737522) GIBSON & SHARPS 4390 BUNSEN PKWY LOUISVILLE, KY 40220 | 22558 | Motors Liquidation Company | $0.00 $0.00 $0.00 $107,242.22 $107,242.22 | (S) (A) (P) (U) (T) | 502(e)(1)(B) | Pgs. 1-10 |
| BAUMGART LANDSCAPING BAUMGART LANDSCAPING, PEKIN INSURANCE COMPANY P.O. BOX 7695 APPLETON, WI 54912 | 20925 | Motors Liquidation Company | $0.00 $0.00 $0.00 $49,578.29 $49,578.29 | (S) (A) (P) (U) (T) | 502(e)(1)(B) | Pgs. 1-10 |
| BRYAN W. CANNON AND ASSOCIATES ATTORNEY FOR MID-CENTURY INSURANCE 8619 SOUTH SANDY PARKWAY SUITE 111 SANDY, UT 84070 UNITED STATES OF AMERICA | 27172 | Motors Liquidation Company | $0.00 $0.00 $0.00 $2,316.52 $2,316.52 | (S) (A) (P) (U) (T) | 502(e)(1)(B) | Pgs. 1-10 |
| CASTRO, ANNA 3015 BRIGHT ST FORT WORTH, TX 76105-4807 | 15316 | Motors Liquidation Company | $0.00 $0.00 $0.00 $9,585.24 $9,585.24 | (S) (A) (P) (U) (T) | 502(e)(1)(B) | Pgs. 1-10 |
| CIVIL SERVICE EMPLOYEES SAFEGUARD INS. COMPANY RPM LAW GROUP, P.C. DEVERA L. PETAK 244 CALIFORNIA STREET STE300 SAN FRANCISCO, CA 94111-4311 | 11749 | Motors Liquidation Company | $0.00 $0.00 $0.00 $544,022.40 $544,022.40 | (S) (A) (P) (U) (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CODYS TRANSPORTATION SYSTEMS LLC<br>DEGAN BLANCHARD & NASH<br>6421 PERKINS RD BLDG B<br>BATON ROUGE, LA 70808-6200 | 21621 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$34,500.00  (U)<br>$34,500.00  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| COMMERCE INSURANCE<br>11 GORE RD<br>WEBSTER, MA 01570 | 21441 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$22,718.75  (U)<br>$22,718.75  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| COMMERCE INSURANCE<br>11 GORE ROAD<br>WEBSTER, MA 01570 | 22136 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,731.07  (U)<br>$2,731.07  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| COUNTRY FINANCIAL<br>PO BOX 2100<br>BLOOMINGTON, IL 61702<br>UNITED STATES OF AMERICA | 19851 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$7,855.95  (U)<br>$7,855.95  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| COUNTRY MUTUAL INSURANCE COMPANY GSO RICHARD SIMMONS<br>C/O SCHNACK LAW OFFICES<br>510 VERMONT ST<br>QUINCY, IL 62301-2902 | 22178 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$118,113.00  (U)<br>$118,113.00  (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DENISE HIPPLER & STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50972 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,255.25 (U)<br>$8,255.25 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| DEVON MAESTRI<br>CLAIM #APV000778825<br>GRANGE INSURANCE<br>PO BOX 1218<br>COLUMBUS, OH 43216<br>UNITED STATES OF AMERICA | 23193 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,176.37 (U)<br>$7,176.37 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| DOOR QUEST<br>KRAUS STEVEN G LAW OFFICES OF<br>122 MOUNT BETHEL RD<br>WARREN, NJ 07059-5127 | 16553 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,126.25 (U)<br>$19,126.25 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| ENCOMPASS INSURANCE COMPANY<br>CLAIM #Z4034154 ELLIOT<br>ATTN: DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 754 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,654.15 (U)<br>$15,654.15 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| ENCOMPASS INSURANCE COMPANY CLAIM #Z4028089 RICK SHELTON<br>ENCOMPASS INSURANCE COMPANY<br>ATTN DAVID LAUGHLIN<br>PO BOX 29500<br>ROANOKE, VA 24018 | 22282 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,129.50 (U)<br>$7,129.50 (T) | | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ENCOMPASS INSURANCE COMPANY CLAIM 24034379 #NAME? ATTN DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 984 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $17,712.40 (U) $17,712.40 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| ENCOMPASS INSURANCE COMPANY CLAIM#Z 4043442 JOHN GIBBONS ENCOMPASS INSURANCE COMPANY ATTN  DAVID LAUGHLIN PO BOX 29500 ROANOKE, VA 24018 | 11023 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $4,629.24 (U) $4,629.24 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| ERIE INSURANCE LOIS A BURTON PO BOX 598 PARKERSBURG, WV 26102 | 12598 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $11,961.84 (U) $11,961.84 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| ERIE INSURANCE CO LOIS A BURTON PO BOX 598 PARKERSBURG, WV 26102 | 12597 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $5,662.63 (U) $5,662.63 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| ERIE INSURANCE CO LOIS A BURTON PO BOX 598 PARKERSBURG, WV 26102 | 12599 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $20,388.89 (U) $20,388.89 (T) | | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ERIE INSURANCE EXCHANGE AS SUBROGEE OF MAXINE ROSEN INSURED<br>C/O ELIZABETH D SNOVER ESQ<br>JOHNSON DUFFLE STEWART & WELDNER<br>301 MARKET STREET<br>PO BOX 109<br>LEMOYNE, PA 17043-0109 | 3468 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $13,669.91 | | | |
| | | | $13,669.91 | | | |
| ESURANCE<br>PO BOX 2890<br>ROCKLIN, CA 95677 | 29776 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $5,589.13 | | | |
| | | | $5,589.13 | | | |
| | | | Unliquidated | | | |
| FOREMOST INSURANCE COMPANY<br>PO BOX 572545<br>TARZANA, CA 91357-2545<br>UNITED STATES OF AMERICA | 22290 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $10,395.90 | | | |
| | | | $10,395.90 | | | |
| FRANKENMUTH MUTUAL INSURANCE CO AS SUBROGEE OF GLEN & VIRGINIA WEIDNER<br>ATTN RALPH M REISINGER<br>REISINGER LAW FIRM PLLC<br>5300 CORPORATE GROVE SE STE 350<br>GRAND RAPIDS, MI 49512 | 19153 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $343,655.28 | | | |
| | | | $343,655.28 | | | |
| FRANKENMUTH MUTUAL INSURANCE COMPANY<br>AS SUBROGEE OF MAPLE HILL MIDLAND INC<br>RALPH M REISINGER, REISINGER LAW FIRM PLLC<br>5300 COPRORATE GROVE SE STE 350<br>GRAND RAPIDS, MI 49512<br>UNITED STATES OF AMERICA | 7301 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | | | |
| | | | $0.00 | | | |
| | | | $31,500.00 | | | |
| | | | $31,500.00 | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| GAMBLE, ARNOLD<br>GEICO SBIK<br>1 GEICO BLVD<br>FREDERICKSBURG, VA 22412-0001 | 47935 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,956.12 (U)<br>$17,956.12 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| GARCIA, JEFFERY<br>ANGIE DEBOER FARM BUREAU<br>PO BOX 80299<br>LINCOLN, NE 68501-0299 | 4396 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,110.00 (U)<br>$1,110.00 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| GEICO INSURANCE<br>ATTN: CLAIM # 0165656160101036<br>ONE GEICO CENTER<br>MACON, GA 31296<br>UNITED STATES OF AMERICA | 16442 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,513.47 (U)<br>$18,513.47 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| GELINAS, HEATHER<br>GEICO INS<br>1 GEICO BLVD<br>FREDERICKSBURG, VA 22412-9000 | 14995 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,810.56 (U)<br>$7,810.56 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| GRANGE INSURANCE<br>DAVON MAESTRIL, SUBROGATION EXAMINER<br>PO BOX 1218<br>COLUMBUS, OH 43216-1218 | 45779 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,326.37 (U)<br>$7,326.37 (T) | | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GREAT LAKES REINSURANCE UK PLC<br>DEGAN BLANCHARD & NASH<br>6421 PERKINS RD BLDG B<br>BATON ROUGE, LA 70808-6200 | 21620 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,500.00  (U)<br>$34,500.00  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| GREG VITTARDI AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50955 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$50,199.06  (U)<br>$50,199.06  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| HIGHPOINT SAFETY & INSURANCE CO<br>A/S/O FORTUNATO MAGNIOLA<br>LAW OFFICE OF DEBRA HART<br>303 FELLOWSHIP ROAD SUITE 300<br>MOUNT LAUREL, NJ 08054 | 45788 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,071.13  (U)<br>$16,071.13  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| KATHY RICE<br>INFINITY INSURANCE COMPANY<br>PO BOX 830807<br>BIRMINGHAM, AL 35283 | 46618 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,940.87  (U)<br>$5,940.87  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| KRISTINA GADEK<br>PO BOX 14272<br>LEXINGTON, KY 40512 | 38330 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$3,899.50  (U)<br>$3,899.50  (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAMBERT, GREGORY<br>C/O FARM BUREAU INSURANCE COMPANY<br>2150 INTELLIPLEX DR STE 134<br>SHELBYVILLE, IN 46176-8550 | 45975 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$69,427.97  (U)<br>$69,427.97  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| LIBERTY MUTUAL<br>5050 W TILGHMAN ST SUITE 200<br><br>ALLENTOWN, PA 18104 | 21236 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,518.20  (U)<br>$34,518.20  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| LLOYD E & PHYLLIS HERRINGTON AND STATE FARM FIRE & CASUALTY COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50954 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$42,595.38  (U)<br>$42,595.38  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY<br>GOLDMAN & GRANT<br>205 W RANDOLPH ST STE 1100<br>CHICAGO, IL 60606-1813 | 19287 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,265.56  (U)<br>$10,265.56  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| METROPOLITAN P&C INSURANCE CO<br>ATTN RICHARD J PLOUFFE ESQ<br>40 GROVE ST STE 220<br>WELLESLEY, MA 02482 | 1377 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$34,732.95  (U)<br>$34,732.95  (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MILDRED WATKINS<br>C/O SHANNON SCHLESMAN ZETROUER<br>BUTLER PAPPAS<br>HARBOUR ISLAND BLVD STE 500<br>TAMPA, FL 33602 | 50633 | MLCS, LLC | $0.00<br>$0.00<br>$0.00<br>$316,397.13<br>$316,397.13 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| NAHSHON GRAUMANN / GEICO<br>C/O GEICO GENERAL INSURANCE<br>PO BOX 509119<br>SAN DIEGO, CA 92150<br>UNITED STATES OF AMERICA | 15080 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,739.22<br>$6,739.22 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| PAGLIA, VINCE T AS SUBROGOR TO STATE FARM MUTUAL AUTOMOBILE INS. CO.<br>STATE FARM MUTUAL AUTO INS CO<br>C/O PILLEMER & PILLEMER<br>14724 VENTURA BLVD STE 401<br>SHERMAN OAKS, CA 91403-3504 | 27195 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$47,395.57<br>$47,395.57 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| PAUL RIPPLINGER<br>AMERICAN FAMILY INSURANCE<br>CLAIM 181-495315<br>PO BOX 3328<br>ENGLEWOOD, CO 80155 | 15750 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,256.81<br>$22,256.81 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| PRAXIS CONSULTING ASO DIRECT GENERAL<br>SHANE COPLEY<br>PO BOX 5<br>MUNCIE, IL 47308 | 5993 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,373.12<br>$25,373.12 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| REGINA PRUETTE<br>GMAC INSURANCE<br>PO BOX 1429<br>WINSTON SALEM, NC 27102-1429 | 18099 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,024.64 (U)<br>$25,024.64 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| RICE, LYNETTE / EMC INSURANCE COMPANIES<br>ROWDY EVANS<br>PO BOX 169<br>MONDAMIN, IA 51557-0169 | 16389 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| RODNEY D. YOUNG ON BEHALF OF<br>RONALD COTTON INSURANCE<br>PO BOX 222043<br>DALLAS, TX 75222<br>UNITED STATES OF AMERICA | 20704 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,093.55 (U)<br>$12,093.55 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| STATE AUTO INSURANCE<br>AS SUBROGEE OF CHERYL WOJTOWICZ<br>1300 WOODLAND AVE<br>WDM, IA 50265-2306 | 9570 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,801.02 (U)<br>$8,801.02 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| STATE AUTO INSURANCE<br>WILBER & ASSOCIATES, PC<br>RE: BENJAMIN DUNCAN<br>PO BOX 2159<br>BLOOMINGTON, IL 61702-2159 | 22309 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,143.07 (U)<br>$6,143.07 (T) | | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY<br>MUELLER GOSS & POSSI<br>744 NORTH FOURTH STREET COMMERCE CENTER SUITE 600<br>MILWAUKEE, WI 53203 | 20814 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $163,618.12 | (U) | | |
| | | | $163,618.12 | (T) | | |
| STATE FARM FIRE AND CASUALTY COMPANY<br>DILBECK MYERS & HARRIS PLLC<br>239 S 5TH ST STE 1100<br>LOUISVILLE, KY 40202-3254 | 49503 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $23,052.50 | (U) | | |
| | | | $23,052.50 | (T) | | |
| STATE FARM MUTUAL AUTOMBILE INSURANCE COMPAY<br>C/O THE LAW OFFICES OF JEFFREY W PARKS<br>717 COLLEGE AVENUE 2ND FLOOR<br>SANTA ROSA, CA 95404 | 6948 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $11,426.08 | (U) | | |
| | | | $11,426.08 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>ATTN: JEFFREY R BECKER ESQUIRE<br>PO BOX 550858<br>JACKSONVILLE, FL 32255 | 17769 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $15,411.43 | (U) | | |
| | | | $15,411.43 | (T) | | |
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>C/O JEFFREY R BECKER, ESQUIRE<br>PO BOX 550858<br>JACKSONVILLE, FL 32255 | 17774 | Motors Liquidation Company | $0.00 | (S) | 502(e)(1)(B) | Pgs. 1-10 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $24,857.68 | (U) | | |
| | | | $24,857.68 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INS CO<br>PILLEMER & PILLEMER<br>14724 VENTURA BLVD #401<br>SHERMAN OAKS, CA 91403 | 27194 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,098.50  (U)<br>$7,098.50  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| STOTTS CONSTRUCTION/ AMERISURE INS. CO<br>STOTTS CONSTRUCTION<br>LAW OFFICES OF LEWSLEY & FERRO<br>26777 HALSTED RD 3RD FLOOR<br>FARMINGTON, MI 48333-3577 | 23441 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$37,180.90  (U)<br>$37,180.90  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE HARTFORD<br>C/O WILBER & ASSOCIATES PC<br>PO BOX 2159<br>BLOOMINGTON, IL 61702-2159 | 15209 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,459.75  (U)<br>$4,459.75  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE HORACE MANN COMPANIES A/S/O MARK KABOBEL<br>THE AUDIT GROUP INC<br>PO BOX 10539<br>BRADENTON, FL 34282 | 23222 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,661.20  (U)<br>$7,661.20  (T) | 502(e)(1)(B) | Pgs. 1-10 |
| TRAVELERS INDEMNITY CO. OF AMERICA BVU0806<br>TRAVELERS INSURANCE<br>ATT: DENISE M JENKS<br>100 BAYLIS ROAD<br>MELVILLE, NY 11747<br>UNITED STATES OF AMERICA | 50680 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$106,333.39  (U)<br>$106,333.39  (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| UTICA NATIONAL INS CO<br>A/S/O THOMAS & MARY KELLY<br>PO BOX 6589<br>UTICA, NY 13504 | 33315 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,062.01 (U)<br>$4,062.01 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| VASIS, ANDREW<br>6065 LUCERNE LN<br>LAKE IN THE HILLS, IL 60156-6747 | 11788 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,380.70 (U)<br>$42,380.70 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| WATKINS, MILDRED<br>BUTLER, PAPPAS<br>C/O SHANNON SCHLESMAN ZETROUER<br>S HABOUR ISLAND BLVD STE 500<br>TAMPA, FL 33602 | 48329 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$316,397.13 (U)<br>$316,397.13 (T) | | 502(e)(1)(B) | Pgs. 1-10 |
| WESTERN RESERVE MUTUAL CASUALTY CO.<br>ROBERTS, MATEJCZYK AND ITA CO LPA<br>5045 PARK AVE. W<br>SUITE 2B<br>SEVILLE, OH 44273 | 46158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,201.10 (U)<br>$12,201.10 (T)<br><br>Unliquidated | | 502(e)(1)(B) | Pgs. 1-10 |
| WESTERN RESERVE MUTUAL CASUALTY COMPANY<br>ROBERTS, MATEJCZYK AND ITA CO LPA<br>5045 PARK AVE. W<br>SUITE 2B<br>SEVILLE, OH 44273 | 46157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,579.01 (U)<br>$5,579.01 (T)<br><br>Unliquidated | | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**219th Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 85 | | $0.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,351,260.80 | (U) | | |
| | | | $3,351,260.80 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CHAD ERWIN & STATE FARM MUTUAL AUTO INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | 50973 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,937.05<br>$5,937.05 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| COUNTRY MUTUAL INSURANCE COMPANY AS SUBROGEE OF LESTER FORD<br>C/O LAW OFFICES OF MICHAEL A POWELL, LLC<br>207 W JEFFERSON ST, STE 602<br>BLOOMINGTON, IL 61701 | 23158 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,459.97<br>$12,459.97 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| COUNTRY PREFERRED INSURANCE COMPANY AS SUBROGEE OF KENDALL SMITH<br>C/O LAW OFFICES OF MICHAEL A POWELL, LLC<br>207 W JEFFERSON ST, STE 602<br>BLOOMINGTON, IL 61701 | 23159 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,556.08<br>$3,556.08 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| JANET SCHNIPKE & STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50969 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,776.75<br>$3,776.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| KIMBERLY L HILDEBRAND AND STATE FARM MUTUAL AUTOMOBILE INSURANCE CO<br>ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50963 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,554.75<br>$6,554.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MICHAEL OYSTER AND STATE FARM MUTUAL AUTOMOBILE INSURANCE CO<br>ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50966 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,475.02<br>$5,475.02 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| RONALD S SHAPIRO & STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 | 50962 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,138.25<br>$5,138.25 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| ST PAUL FIRE & CASUALTY INS CO FZU9855<br>TRAVELERS INSURANCE<br>ATTN DENISE M JENKS<br>100 BAYLIS RD<br>MELVILLE, NY 11747 | 50684 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,305.00<br>$20,305.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE CHARTER OAK FIRE INS CO K6W8803<br>TRAVELERS INSURANCE<br>ATTN DENISE M JENKS<br>100 BAYLIS RD<br>MELVILLE, NY 11747 | 50685 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,590.77<br>$13,590.77 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE CHARTER OAK FIRE INS CO K6W8811<br>TRAVELERS INSURANCE<br>ATTN DENISE M JENKS<br>100 BAYLIS ROAD<br>MELVILLE, NY 11747 | 50686 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,021.95<br>$3,021.95 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TRAVELERS ADEMNITY CO. OF AMERICA BVU0805<br>TRAVELERS INSURANCE<br>ATT: DENISE M JENKS<br>100 BAYLIS ROAD<br>MELVILLE, NY 11747<br>UNITED STATES OF AMERICA | 50681 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,897.07<br>$17,897.07 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| TRAVELERS HOME & MARINE INS CO L355688<br>TRAVELERS INSURANCE<br>ATTN DENISE M JENKS<br>100 BAYLIS ROAD<br>MELVILLE, NY 11747<br>UNITED STATES OF AMERICA | 50683 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,357.82<br>$31,357.82 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY UFS3259<br>TRAVELERS INSURANCE<br>ATT DENISE M JENKS<br>100 BAYLIS ROAD<br>MELVILLE, NY 11747<br>UNITED STATES OF AMERICA | 50682 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$33,835.20<br>$33,835.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| TRAVELERS PROPERTY CASUALTY CO OF AMERICA A7V3689<br>TRAVELERS INSURANCE<br>ATTN DENISE M JENKS<br>100 BAYLIS ROAD<br>MELVILLE, NY 11747 | 50689 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$22,048.20<br>$22,048.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 502(e)(1)(B) | Pgs. 1-10 |
| *OBJECTION ADJOURNED* | **14** | | **$0.00**<br>**$0.00**<br>**$0.00**<br>**$184,953.88**<br>**$184,953.88** | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim. The amounts listed may replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *CLAIM WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAWN M SACCO AND MOTORISTS MUTUAL INSURANCE COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 | 50960 | Motors Liquidation Company | | 502(e)(1)(B) | Pgs. 1-10 |
| | | | Unliquidated | | |

| *CLAIM WITHDRAWN* | 1 | | $0.00  (S) | | |
|---|---|---|---|---|---|
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $0.00  (U) | | |
| | | | $0.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.