**220th Omnibus Objection**    Exhibit A    **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AMERICAN FAMILY INSURANCE COMPANY<br>BUEHLER ASSOCIATES<br>PO BOX 40924<br>INDIANAPOLIS, IN 46240-0924 | 23393 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,535.82 (U)<br>$3,535.82 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AMERICAN NATIONAL PROPERTY & CASUALTY<br>ANPAC<br>ATTN: SUBROGATION / 36A1WR981<br>1949 E SUNSHINE<br>SPRINGFIELD, MO 65899 | 69868 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,099.00 (U)<br>$5,099.00 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| AMICA MUTUAL INSURANCE<br>43 WESTERN BLVD<br>GLASTONBURY, CT 06033 | 60782 | MLC of Harlem, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,402.90 (U)<br>$8,402.90 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| CORNERSTONE INSURANCE<br>AFNI INSURANCE SERVICES<br>PO BOX 3068<br>BLOOMINGTON, IL 61702 | 44310 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,905.00 (U)<br>$23,905.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| DAMAGE RECOVERY UNIT<br>PO BOX 405738<br>ATLANTA, GA 30384<br>UNITED STATES OF AMERICA | 70378 | Motors Liquidation Company | $11,761.20 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,761.20 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 220th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ERIE INSURANCE GROUP<br>301 COMMONWEALTH DRIVE<br>WARRENDALE, PA 15086 | 19619 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,523.76 (U)<br>$16,523.76 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FARMERS INSURANCE EXCHANGE<br>C/O O'NEILL, SCHIMMEL, QUIRK & CARROLL<br>ATTN: TIMOTHY LYONS<br>312 E WISCONSIN AVE STE 616<br>MILWAUKEE, WI 53202-4305 | 23585 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,210.46 (U)<br>$7,210.46 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FIRST TIME DESIGN INC<br>C/O ALBERT A. HATEM, PC<br>202 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10601-5312 | 63192 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,830.46 (U)<br>$24,830.46 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| GMAC INSURANCE A/S/O ALISON BROWNLEE<br>GMAC INSURANCE<br>ATTN: BIRGIT ROBERTS/ CLAIM 8722983<br>PO BOX 4429<br>WINSTON-SALEM, NC 27102 | 23403 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,998.00 (U)<br>$17,998.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| GMAC INSURANCE CO ONLINE<br>A/S/O JERRY P. JAMES<br>ATTN: CLAIM #8631368<br>PO BOX 1429<br>WINSTON-SALEM, NC 27102 | 70364 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,191.41 (U)<br>$32,191.41 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| 220th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HANOVER INSURANCE GROUP<br>C/O JULIE CARLE<br>PO BOX 15149<br>WORCESTER, MA 01615 | 69867 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,470.85 (U)<br>$26,470.85 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| HIGH POINT INS CO<br>ANDREA HEMSCHOOT ESQ<br>C/O LAW OFFICE OF DEBRA HART<br>303 FELLOWSHIP RD STE 300<br>MT LAUREL, NJ 08054 | 46074 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,774.81 (U)<br>$14,774.81 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| JUSTIN MOREY<br>C/O ESURANCE<br>ATTN: TODD AYRES, TXA 74393<br>PO BOX 2890<br>ROCKLIN, CA 95677 | 70203 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,652.31 (U)<br>$24,652.31 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| LAMBERT GREGORY<br>FARM BUREAU INSURANCE COMPANY<br>2150 INTELLIPLEX DRIVE SUITE 134<br>SHELBYVILLE, IN 46176-8550 | 44486 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,964.92 (U)<br>$27,964.92 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| LEE J FULLER C/O KEIS GEORGE LLP<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE, #800<br>CLEVELAND, OH 44113 | 65950 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,792.85 (U)<br>$12,792.85 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 220th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LIGHTNING ROD MUTUAL INSURANCE COMPANY<br>5045 PARK AVENUE WEST<br>SUITE 2B<br>SEVILLE, OH 44273 | 46154 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,843.00 (U)<br>$6,843.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| LSS C/O SHARON WEAVER<br>PO BOX 7932<br><br>BLOOMFIELD HILLS, MI 48302<br>UNITED STATES OF AMERICA | 18498 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,754.06 (U)<br>$7,754.06 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| MERCHANTS INSURANCE GROUP<br>C/O ALBERT HATEM, P.C.<br>202 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10601-5312 | 63191 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,830.46 (U)<br>$24,830.46 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| MID-CENTURY INSURANCE COMPANY<br>ROBERTS, MATEJCZYK AND ITA CO LPA<br>5045 PARK AVE. W<br>SUITE 2B<br>SEVILLE, OH 44273 | 46156 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,688.12 (U)<br>$5,688.12 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| MS JACQUELINE BUNT<br>551 WATERLOO STREET<br>LONDON, ONTARIO N6B 2R1 CANADA | 26732 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 10347-1    Filed 05/25/11    Entered 05/25/11 11:50:27    Exhibit A
Pg 5 of 15

220th Omnibus Objection     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MURNANE BUILDING CONTRACTORS INC<br>C/O SUGARMAN LAW FIRM<br>211 WEST JEFFERSON ST<br>SYRACUSE, NY 13202 | 675 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| PENN NATIONAL INSURANCE - RECOVERY UNIT<br>2 NORTH SECOND STREET<br>HARRISBURG, PA 17101 | 70238 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$229,018.11 (U)<br>$229,018.11 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| PROGRESSIVE CASUALTY INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65952 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,301.29 (U)<br>$9,301.29 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| PROGRESSIVE MAX INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65953 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,817.47 (U)<br>$19,817.47 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| SAFECO INSURANCE<br>ATTN MAGGIE DRUMMOND<br>1400 S HIGHWAY DR<br># 100<br>FENTON, MO 63026-2281 | 28476 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,790.78 (U)<br>$3,790.78 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**220th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE FARM MUTUAL ATUOMOBILE INSURANCE COMPANY<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65951 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,707.75 (U)<br>$30,707.75 (T)<br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM MUTUAL AUTOMIBILE INSURANCE COMPANY<br>ZEEHANDLER, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50965 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,140.32 (U)<br>$15,140.32 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| TAMMY O ADKINS & STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDLEAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | 50975 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,626.75 (U)<br>$5,626.75 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| TAMMY THRASHER<br>USAA INSURANCE<br>A/S/A CHARLES FREESE<br>P.O. BOX 659476<br>SAN ANTONIO, TX 78265 | 69954 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,637.79 (U)<br>$4,637.79 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE CEI GROUP FILE # 783696<br>4850 E STREET RD SUITE 220<br>TREVOSE, PA 19053 | 70354 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,079.80 (U)<br>$2,079.80 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**220th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THE CEI GROUP INC<br>ATTN FILE# 787116<br>4850 STREET RD SUITE 220<br>TREVOSE, PA 19053 | 70341 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,585.86 (U)<br>$5,585.86 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE HORACE MANN COMPANIES A/S/O DEBRA BLACKWELDER<br>DOUGLAS, KNIGHT & ASSOCIATES INC.<br>PO BOX 10517<br>BRADENTON, FL 34282 | 23426 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,012.93 (U)<br>$4,012.93 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| THE SCHAEFER GROUP INC<br>HISCOCK & BARCLAY, LLP<br>ATTN: SUSAN R KATZOFF, ESQ<br>ONE PARK PLACE, 300 SOUTH STATE STREET<br>SYRACUSE, NY 13202 | 286 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000,000.00 (U)<br>$15,000,000.00 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| THEODORE METZKA C/O KEIS GEORGE LLP<br>KEIS GEORGE LLP<br>55 PUBLIC SQUARE #800<br>CLEVELAND, OH 44113 | 65954 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,951.25 (U)<br>$6,951.25 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| TRANSPORT LOGISTICS INC<br>C/O CARPENTER LAW FIRM PC<br>2701 N DALLAS PKWY<br>PARKWAY CENTRE IV STE 570<br>PLANO, TX 75093 | 64771 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,040.50 (U)<br>$22,040.50 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 10347-1   Filed 05/25/11   Entered 05/25/11 11:50:27   Exhibit A
Pg 8 of 15

220th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TRAVELERS PROPERTY CASUALTY CO OF AMERICA CBS4148<br>TRAVELERS INSURANCE<br>ATTN DENISE M JENKS<br>100 BAYLIS RD<br>MELVILLE, NY 11747 | 50688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$16,339.70 (U)<br>$16,339.70 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| WESTERN RESERVE MUTUAL CASUALTY COMPANY<br>ROBERTS, MATEJCZYK AND ITACO LPA<br>5045 PARK AVE WEST<br>SUITE 2B<br>SEVILLE, OH 44273 | 46153 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$33,035.62 (U)<br>$33,035.62 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| WESTERN RESERVE MUTUAL CASUALTY COMPANY<br>ROBERTS, MATEJCZYK AND ITACO LPA<br>5045 PARK AVENUE WEST<br>SUITE 2B<br>SEVILLE, OH 44273 | 46155 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,363.88 (U)<br>$19,363.88 (T)<br><br>Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| WINDSOR INSURANCE<br>4353 TILLY MILL ROAD, SUITE D<br>ATLANTA, GA 30360-2609 | 69547 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,370.97 (U)<br>$15,370.97 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **39** | | **$11,761.20 (S)**<br>**$0.00 (A)**<br>**$0.00 (P)**<br>**$35,734,288.96 (U)**<br>**$35,746,050.16 (T)** | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| **220th Omnibus Objection** | **Exhibit A** | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AIG ADVANTAGE INSURANCE COMPANY A/S/O SHEILA DIXON<br>C/O JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PL, STE 711<br>NEW YORK, NY 10004 | 67483 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,091.81 (U)<br>$10,091.81 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AIG NATIONAL INSURANCE CO A/S/O DAVID CANADY<br>C/O JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PL, STE 711<br>NEW YORK, NY 10004 | 67482 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,637.50 (U)<br>$3,637.50 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AIG NATIONAL INSURANCE CO A/S/O RACHEL WIGGINGTON - 09TC 7919<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004<br>UNITED STATES OF AMERICA | 67485 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,188.30 (U)<br>$28,188.30 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLIED GROUP INC<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | 48378 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$270,499.21 (U)<br>$270,499.21 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| AMERICAN INTERNATIONAL INS CO OF DELAWARE A/S/O EDWIN MONTANEZ 09 TC79<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004<br>UNITED STATES OF AMERICA | 67484 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,912.14 (U)<br>$25,912.14 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**220th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CONNIE HOLTZAPFEL AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 E BROAD ST, STE 1200<br>COLUMBUS, OH 43215 | 50979 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,247.38 (U)<br>$6,247.38 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| DOUGLAS J SCHWARTZ AND MOTORISTS MUTUAL INSURANCE COMPANY<br>ZEEHANDELAR SABITINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 | 50956 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,968.16 (U)<br>$13,968.16 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ELI'S LANDSCAPING & DESIGN, INC AND MOTORISTS MUTUAL INSURANCE COMPANY<br>ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215<br>UNITED STATES OF AMERICA | 50967 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,483.63 (U)<br>$25,483.63 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FARMERS INSURANCE CO A/S/O SARA OLSON 09FA7952<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PL STE 711<br>NEW YORK, NY 10004 | 67425 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,636.00 (U)<br>$4,636.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FARMERS TEXAS COUNTY MUTUAL INS CO<br>A/S/O ALMA CHILDERS 09FA7946<br>ALTSCHUL GOLDSTEIN & GELLER LLP ATTN J GOLDSTEIN<br>17 BATTERY PL STE 711<br>NEW YORK, NY 10004 | 67423 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,214.81 (U)<br>$4,214.81 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**220th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FARMERS TEXAS COUNTY MUTUAL INS CO<br>A/S/O RACHELLE CHAVEZ 09FA7945<br>ALTSCHUL GOLDSTEIN & GELLER LLP, ATTN JM GOLDSTEIN<br>17 BATTERY PL STE 711<br>NEW YORK, NY 10004 | 67424 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,029.89 (U)<br>$17,029.89 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FARMERS TEXAS COUNTY MUTUAL INS CO<br>A/S/O REX ARTHUR DRAKE 09 FA 7948<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER, LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004 | 67427 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,645.31 (U)<br>$28,645.31 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FOSTER TOWNSEND GRAHAM & ASSOCIATES LLP<br>ATTN JACQUELINE A BUNT<br>ATTY FOR ARTHUR PARRATT<br>551 WATERLOO STREET<br>LONDON, ON CANADA N6B 2R1 | 38931 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| GRANGE MUTUAL CASUALTY COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,320.50 (U)<br>$10,320.50 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| JANICE M SCHULTZ AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 E BROAD ST, STE 1200<br>COLUMBUS, OH 43215 | 50978 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,812.52 (U)<br>$5,812.52 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 220th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MID CENTURY INS CO<br>A/S/O TIMOTHY NEMETH 09 FA 7949<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER, LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004 | 67426 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,688.12 (U)<br>$5,688.12 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | 48376 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$419,471.04 (U)<br>$419,471.04 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| POMPEY DODGE INC<br>ATTN NANCY E CAMPBELL, ESQ<br>KENNEDY CAMPBELL LIPSKI & DOCHNEY<br>1818 MARKET ST STE 2510<br>PHILADELPHIA, PA 19103 | 70149 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 | 50961 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,236.63 (U)<br>$8,236.63 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50970 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,060.75 (U)<br>$5,060.75 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 220th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | 50971 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,686.25 (U)<br>$4,686.25 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | 50974 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,567.55 (U)<br>$5,567.55 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| TITAN INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COMPANY<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 | 48377 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,001.89 (U)<br>$4,001.89 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| TODD WINTERS & STATE FARM AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO AND ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | 50976 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,034.75 (U)<br>$14,034.75 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ZURICH DIRECT UNDERWRITERS<br>SCHLESINGER SCHLESINGER & SOMMO LLC<br>11 BEACON ST STE 632<br>BOSTON, MA 02108-3005 | 64777 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$41,805.51 (U)<br>$41,805.51 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **220th Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

*OBJECTION ADJOURNED to 6/22/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***OBJECTION ADJOURNED*** | 25 | | $0.00  (S) | | |
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $5,963,239.65  (U) | | |
| | | | $5,963,239.65  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 14

## CLAIM WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES BLACKWELL & STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO AND ASSOC LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | 50977 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| **CLAIM WITHDRAWN** | **1** | | **$0.00** (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.