UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re    :    Chapter 11 Case No.
:
MOTORS LIQUIDATION COMPANY, *et al.*,    :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :
:
                          Debtors.    :    (Jointly Administered)
:
---------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 00136, 00552, 07020, 09072, 14901, 19246, AND 19247 FILED BY SHARYL Y. CARTER

Upon the objection dated February 4, 2011 (the "**Objection**")[1] (ECF No. 9096) to Proof of Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl Y. Carter (collectively, the "**Carter Claims**") of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079), seeking entry of an order disallowing and expunging the Carter Claims on the ground that each of the Carter Claims do not set forth the legal and factual basis thereof, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the responses to the Objection filed by Sharyl Y. Carter (the "**Responses**") (ECF Nos.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

9435 and 9437), the Debtors' reply to the Responses (ECF No. 10109); and a hearing on the Objection having been held on April 26, 2011 (the "**Hearing**"); and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of title 11 of the United States Code, the Claims are disallowed and expunged in their entirety; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *May 25*, 2011

                                                              *s/ Robert E. Gerber*
                                                              United States Bankruptcy Judge