Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
sheehan@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT AND LEWISVILLE
INDEPENDENT SCHOOL DISTRICT

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK
### MANHATTAN DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| §  | | |
| **MOTORS LIQUIDATION COMPANY** § | | **Case No. 09-50026-REG** |
| § | | |
| **Debtor** § | | |

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

The undersigned attorney with Law Offices of Robert E. Luna, P.C., as counsel for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT and LEWISVILLE INDEPENDENT SCHOOL DISTRICT, hereby withdraws her Notice of Appearance (Docket 108 filed June 1, 2009) and requests that she be removed from any and all service lists in this matter.

DATED this 25th day of May, 2011.

> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FACSIMILE
>
> By:  /s/ Andrea Sheehan
>        Andrea Sheehan
>        Texas State Bar No. 24002935
>
> Attorney for CARROLLTON-FARMERS BRANCH
> INDEPENDENT SCHOOL DISTRICT AND
> LEWISVILLE INDEPENDENT SCHOOL DISTRICT

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Notice of Appearance and Request for Removal from Service Lists was served electronically upon the parties receiving notice through the Court's CM/ECF system this 25th day of May, 2011.

                                                /s/ Andrea Sheehan
                                                ANDREA SHEEHAN