**HARTER SECREST & EMERY LLP**
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Tel: (585) 232-6500
Fax: (585) 232-2152
Mark C. Smith

Attorney for Maguire Family Properties, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a GENERAL MOTORS CORP., *et al.*,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 09-50026 (REG)<br><br>(JOINTLY ADMINISTERED) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Harter Secrest & Emery LLP hereby appears as counsel of record for Maguire family Properties, Inc., a creditor and party-in-interest in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Harter Secrest & Emery LLP hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below:

> Mark C. Smith
> Harter Secrest & Emery LLP
> 1600 Bausch & Lomb Place
> Rochester, NY 14604-2711
> Tel: (585) 231-1124
> Fax: (585) 232-2152
> Email: msmith@hselaw.com

792716_7

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of Motors Liquidation Company, *et al*.

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

Dated:  May 26, 2011
           Rochester, NY

**HARTER SECREST & EMERY LLP**

By: /s/ Mark C. Smith
Mark C. Smith
1600 Bausch & Lomb Place
Rochester, NY 14604-2711
Tel:  (585) 231-1124
Fax:  (585) 232-2152

*Attorney for Maguire Family Properties, Inc.*

-2-

792716_7

# **CERTIFICATION**

STATE OF NEW YORK   )
                                          )   ss:
COUNTY OF MONROE   )

      Mark C. Smith, being duly sworn, deposes and says:

      I am an associate at the law firm of Harter Secrest & Emery LLP and am admitted to practice before this Court.

      I certify that on May 26, 2011, the attached Notice of Appearance has been served by e-mail and first class mail, postage prepaid, on Counsel to the Debtors, Weil Gotshal & Manges LLP, Attn: Harvey Miller Esq., Joseph Smolinsky, Esq. and Stephen Karotkin, Esq., 767 Fifth Avenue, New York, NY 10153; Harvey.Miller@weil.com; Joseph.Smolinsky@weil.com; and Stephen.Karotkin@weil.com.

Dated:  May 26, 2011                              By: /s/ Mark C. Smith
        Rochester, NY                                   Mark C. Smith

792716_7