**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a GENERAL MOTORS CORP., *et al.*,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 09-50026 (REG)<br><br>(JOINTLY ADMINISTERED) |

**EXHIBIT A TO MOTION OF MAGUIRE FAMILY PROPERTIES, INC. TO PERMIT FILING OF LATE CLAIM PURSUANT TO 11 U.S.C. § 105 AND RULE 9006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**[The Proof of Claim has not been attached hereto because it is voluminous, but copies of the Proof of Claim shall be made available upon request]**