**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a GENERAL MOTORS CORP., *et al.*,<br><br>　　　　　　　　　　DEBTORS. | CHAPTER 11<br><br>CASE NO. 09-50026 (REG)<br><br>(JOINTLY ADMINISTERED) |

**EXHIBIT B TO MOTION OF MAGUIRE FAMILY PROPERTIES, INC. TO PERMIT FILING OF LATE CLAIM PURSUANT TO 11 U.S.C. §105 AND RULE 9006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>f/k/a GENERAL MOTORS CORP., *et al.*,<br><br>DEBTORS. | CHAPTER 11<br><br>CASE NO. 09-50026 (REG)<br><br>(JOINTLY ADMINISTERED) |

**ORDER GRANTING MOTION OF MAGUIRE FAMILY PROPERTIES, INC.
TO FILE LATE PROOF OF CLAIM AGAINST THE DEBTORS**

Upon the *Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim Pursuant to 11 U.S.C. §105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure* (the "Motion"),[1] and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and upon all of the proceedings and evidence before the Court, and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is GRANTED in its entirety; and it is further

**ORDERED**, that the Proof of Claim in the Chapter 11 Cases, claim number [_____], is hereby authorized and deemed timely filed.

Dated: _____, 2011

Honorable Robert E. Gerber

United States Bankruptcy Judge for
the Southern District of New York

---

[1] All capitalized terms used herein but otherwise undefined shall have the meanings ascribed to such terms in the Motion.