UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK, Chapter 11

| | |
|---|---|
| **DEBORAH PARKER/CATHERINE CLARK**<br>5241 GARDENDALE AVENUE N.E.<br>CANTON, OHIO   44714<br><br>VS: | CASE NO. 09-50026 (REG)<br><br>**MOTION OF<br>INTERVENTION** |
| **MOTORS LIQUIDATION COMPANY, et al**<br>f/k/a Genersl Motors Corp., et al. | **PROOF OF CLAIM**<br><br>(Jointly administered)<br><br>Affidavit of Deborah Parker<br>and Affidavit of Catherine<br>Clark Attached. |

### MEMORANDOM TO SUPPORT MOITON OF INTERVENTION AND AFFIDAVIT OF DEBORAH PARKER AND CATHERINE CLARK ATTACHED.

Now comes the Plaintiff's Deborah Parker and Catherine Clark filing a Motion of Intervention, Proof of Claim, and Affidavit's Attached to protect our rights in the existing Bankruptcy Chapter 11 Case No: 09-50026 (REG) in United States Bankruptcy Court Southern District of New York of Motors Liquidation Company and its affiliated Debtors, after Motors Liquidation Company, (f/k/a General Motors) filed Chapter 11.

### STATEMENT OF FACTS

On March 18, 2011 an order (the **"Confirmation Order"**)  (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, and ECF No. 9836 (the **"Plan"**), was signed by the Honorable Judge Robert E. Gerber, United States Bankruptcty Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the **"Bankruptcy Court"**) on March 11, 2011.

In April and May of 2011, I received information of Judgment Entry,

-2-

("**Confirmation Order**") (ECF No. 9941) and ("**Plan**"), (ECF No. 9836) of Motors Liquidation Company and debtors (collectively, the ("**Debtors**"), which stated that if I have a claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011, or be forever barred. In order for me to comply with the Judgment Entry ordered signed by the Honorable Judge Robert E. Gerber of the United States Bankruptcy Court of Southern District of New York, I will need a copy of the ("**Confirmation Order**") (ECF No. 9941) and ("**Plan**") (ECP No. 9836) as soon as possible, for additional information please call (330) 526-8203, Deborah Parker.

As Shareholders and heirs and loss of death, of brother, and uncle, Frank Williams, employee of General Motors, and as his heirs we are entitled to any stockholders shares, Asbestos claims, and any auto's purchased from General Motors, sustains, proof of all claims set forth in this pending bankruptcy, Case No. 09-50026 (REG).

Therefore the Plaintiff request that this Honorable Court's permission of Intervention as a party Plaintiff in this action of Bankruptcy Court Case No. 09-50026 (REG).

Thank you very much for your complete consideration in this matter.

Respectfully submitted,

Signed: /s/ Deborah Parker

Signed: /s/ Catherine Clark

Twenty-Five Dollar filing fee included in this motion of Intervention.

-3-

## CERTIFICATE OF SERVICE

On May 24, 2011 a Motionn of Intervention and Proof of Claim was filed in over night express mail in Case No: 09-50026 with the United States Bankruptcy Court Southern District of New York by Deborah Parker/Catherine Clark vs. Motors Liquidation Company and f/k/a General Motors Corporation, and copies were sent to Weil., Gotshal & Manges LLP., at 767 Fifth Avenue, New York, New York 10153, and The Cardem City Group, Inc., P.O. Box 9386, Dublin, Ohio, 43017-4286.

Signed: _____
Deborah Parker

Signed: _____
Catherine Clark

CC:
United States Bankruptcy Court
Chambers of the Honorable Robert E. Gerber,
One Bowling Green, Room 621
New York, New York   10004-1408

Weil, Gotshal & Manges LLP, attorney for Debtors
Attention: Joseph H. Smolinsky, Esq.
767 Fifth Avenue
New York, New York   10153

The Garden City Group, Inc.
Attention: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio   43017-4286

Kramer Levin Naftalis & Frankel LLP,
Attention: Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York   10036

-4-

## APPENDIX

## (LIST OF EXHIBITS

The following Exhibit's are attached and incorporated to further support this motion:

**(A)**  Letter and Envelope of Notification of (I) Entry of Order Confirming Debtors Second Amended Joint Chapter 11 Plan (II) Occurrence of Effective Date.

**(B)**  Death Certificate Frank Williams employee of General Motors

# EXHIBIT   (A)

# LETTER AND ENVELOPE OF NOTIFICATION OF (I) ENTRY OF ORDER CONFIRMING DEBTORS SECOND AMENDED JOINT CHAPTER 11 PLAN (11) OCCURRENCE OF EFFECTIVE DATE.

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF (I) ENTRY OF ORDER**
**CONFIRMING DEBTORS' SECOND AMENDED JOINT**
**CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
April 11, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
CHICAGO IL
PERMIT NO. 941

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Important - Bankruptcy Court Document Enclosed

1998226 /3578/1  ****AUTO**SCH 3-DIGIT 446
DEBORAH PARKER
CATHERINE CLARK JT
5241 GARDENDALE AVE NE
CANTON OH 44714-1075

APS2460803962

# EXHIBIT   (B)

# DEATH CERTIFICATE OF FRANK WILLIAMS EMPLOYEE OF GENERAL MOTORS.

# CERTIFICATE OF DEATH

**State File No.** _____
**Registrar's No.** 850

| Field | Entry |
|---|---|
| 1. Decedent's Name | Frank Williams |
| 2. Sex | M |
| 3. Date of Death | May 18, 1989 |
| 4. Social Security Number | ___-__-5448 |
| 5a. Age — Last Birthday (Years) | 59 |
| 6. Date of Birth | Dec. 6, 1929 |
| 7. Birthplace | Malvern, Ohio |
| 8. Was Decedent Ever in U.S. Armed Forces? | Yes |
| 9a. Place of Death | ER/Outpatient |
| 9b. Facility Name | Timken Mercy Medical Center |
| 9c. City, Village or Location of Death | Canton |
| 9d. County of Death | Stark |
| 10. Marital Status | Never married |
| 11. Surviving Spouse | None |
| 12a. Decedent's Usual Occupation | Inspector |
| 12b. Kind of Business/Industry | General Motors |
| 13a. Residence - State | Ohio |
| 13b. County | Stark |
| 13c. City, Town, or Location | Waynesburg |
| 13d. Street and Number | 7650 Goodland Road |
| 13e. Inside City Limits | No |
| 13f. Zip Code | 44688 |
| 14. Hispanic Origin | No |
| 15. Race | Black |
| 16. Decedent's Education | 2 yrs. (College) |
| 17. Father's Name | Maudie Williams |
| 18. Mother's Name | Liela Walker |
| 19a. Informant's Name | Catherine Clark |
| 19b. Mailing Address | 3439 Dueber S.W. Canton, Ohio 44706 |
| 20a. Method of Disposition | Burial |
| 20b. Place of Disposition | Sandy Valley Cemetery |
| 20c. Location | Waynesburg, Ohio |
| 20d. Date of Disposition | May 24, 1989 |
| 21a. Name of Embalmer | Richard A. Franklin |
| 21b. License Number | 7130-A |
| 22a. Signature of Funeral Service Licensee | Richard A. Franklin |
| 22b. License Number | 6332 |
| 23. Name and Address of Facility | R.A. Franklin Funeral Home, Inc. 683 S. Liberty Ave. Alliance, OH |
| 24. Registrar's Signature | Leila J. Andrews |
| 25. Date Filed | June 6, 1989 |
| 26a. Signature of Person Issuing Permit | (signature) |
| 26b. Dist No. | 7601 |
| 27. Date Permit Issued | 5-23-89 |
| 28a. Certifier | Coroner |
| 28b. Time of Death | 9:38 PM |
| 28c. Date Pronounced Dead | May 18, 1989 |
| 28d. Was Case Referred to Coroner? | Yes |
| 29a. Signature and Title of Certifier | James R. Pritchard, D.O. |
| 29b. License Number | 2253 |
| 29c. Date Signed | 6-2-89 |
| 29. Name and Address of Person Who Completed Cause of Death | JAMES R. PRITCHARD, D.O., STARK COUNTY CORONER, 400 AUSTIN, NW, MASSILLON, OHIO 44646 |
| 30. Part I — Immediate Cause | METASTATIC CARCINOMA OF THE LUNG |
| 31a. Was an Autopsy Performed? | No |
| 31b. Were Autopsy Findings Available? | No |
| 32. Manner of Death | Natural |

# AFFIDAVIT OF

# DEBORAH PARKER

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK, Chapter 11

| | |
|---|---|
| **DEBORAH PARKER/CATHERINE CLARK**<br>5241 GARDENDALE AVENUE N.E.<br>CANTON, OHIO  44714<br><br>VS: | CASE NO. 09-50026 (REG)<br><br>**MOTION OF<br>INTERVENTION** |
| **MOTORS LIQUIDATION COMPANY, et al**<br>f/k/a Genersl Motors Corp., et al. | **PROOF OF CLAIM**<br><br>(Jointly administered)<br><br>**AFFIDAVIT OF**<br><br>**DEBORAH PARKER** |

STATE OF:    __OHIO__    )
                                        ) SS:
COUNTY OF:    __STARK__    )

I, __Deborah Parker,__ being duly sworn, deposes and state:

1. I am shareholder and heir of Frank Williams, employee at General Motors Corp., the claims and noticing agent for the debtors and debtors possession (the "Debtors") in the above-captioned proceeding. My address is 5241 Gardendale Avenue, Canton, Ohio, 44714, phone number (330) 526-8203.

2. In April and May of 2011, I received a notice in Case No: 09-50026 (REG) Notice of (I) Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and (II) Occurrence of Effective sent to all Creditors, Equity Interest Holders, and other parties in Interest, ("Confirmation Order") (ECF No. 9941 and ("Plan") ECF No. 9836,

3. On May 24, 2011 I filed a Motion of Intervention and Proof of Claims to protest my rigths as a Plaintiff party to file a claim of interest as a heir and stockholder

-2-

to all claims incorporated in this bankruptcy proceedings in over-night expressed mail.

4. Please find attached Exhibit's (A) and (B), proof of Claim.

Signed: _____
Deborah Parker

Sworn before me on this day 24th of May, 2011.

Notary Public

Signed: _____
Ernest Burkes, Sr.

My Commission Expires: _____

ERNEST BURKES, SR.
NOTARY PUBLIC • STATE OF OHIO
Recorded in Stark County
My commission expires Mar. 31, 2014

# AFFIDAVIT OF

# CATHERINE CLARK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK, Chapter 11

| | |
|---|---|
| **DEBORAH PARKER/CATHERINE CLARK**<br>**5241 GARDENDALE AVENUE N.E.**<br>**CANTON, OHIO   44714**<br><br>VS:<br><br>**MOTORS LIQUIDATION COMPANY, et al**<br>      **f/k/a Genersl Motors Corp., et al.** | CASE NO. 09-50026 (REG)<br><br>**MOTION OF**<br>**INTERVENTION**<br><br><br><br>**PROOF OF CLAIM**<br><br>(Jointly administered)<br><br>**AFFIDAVIT OF**<br><br>**CATHERINE CLARK** |

STATE OF: __OHIO__        )
                        ) SS:
COUNTY OF: __STARK__     )

I, __Catherine Clark,__ being duly sworn, deposes and state:

   1. I am shareholder and heir of Frank Williams, employee at General Motors Corp., the claims and noticing agent for the debtors and debtors possession (the "Debtors") in the above-captioned proceeding. Contact address is 5241 Gardendale Avenue, Canton, Ohio, 44714, phone number (330) 526-8203.

   2. In April and May of 2011, I received a notice in Case No: 09-50026 (REG) Notice of (I) Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and (II) Occurrence of Effective sent to all Creditors, Equity Interest Holders, and other parties in Interest, ("Confirmation Order") (ECF No. 9941 and ("Plan") ECF No. 9836,

   3. On May 24, 2011 I filed a Motion of Intervention and Proof of Claims to protest my rigths as a Plaintiff party to file a claim of interest as a heir and stockholder

-2-

to all claims incorporated in this bankruptcy proceedings in over-night expressed mail.

4. Please find attached Exhibit's (A) and (B), proof of Claim.

Signed: _____
Catherine Clark

Sworn before me on this day 24 of May, 2011.

Notary Public    Signed: _____
Ernest Burkes, Sr.

My Commission Expires: _____ **ERNEST BURKES, SR.**
**NOTARY PUBLIC • STATE OF OHIO**
**Recorded in Stark County**
**My commission expires Mar. 31, 2014**