**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

May 13, 2011

Harvey Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Motors Liquidation Company, et al., etc., Debtors vs. Unknown Entity

Case No. 09-50026

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518475523

FedEx Tracking# 797095120599

cc: United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408