UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On May 25, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 10346].

Dated: May 26, 2011                                       /s/ Kathy-Ann Awkward
Lake Success, New York                          Kathy-Ann Awkward

Sworn to before me this 26th day of May, 2011

/s/ Thomas Villani __
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

CHAD ERWIN & STATE FARM MUTUAL AUTO INSURANCE COM
C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC
471 E BROAD ST STE 1200
COLUMBUS, OH 43215

COUNTRY MUTUAL INSURANCE COMPANY AS SUBROGEE OF
C/O LAW OFFICES OF MICHAEL A POWELL, LLC
207 W JEFFERSON ST, STE 602
BLOOMINGTON, IL 61701

COUNTRY PREFERRED INSURANCE COMPANY AS SUBROGEI
C/O LAW OFFICES OF MICHAEL A POWELL, LLC
207 W JEFFERSON ST, STE 602
BLOOMINGTON, IL 61701

DAWN M SACCO AND MOTORISTS MUTUAL INSURANCE COMI
ZEEHANDELAR SABATINO & ASSOCIATES LLC
471 EAST BROAD STREET STE 1200
COLUMBUS, OH 43215

JANET SCHNIPKE & STATE FARM MUTUAL AUTOMOBILE INSU
C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC
471 EAST BROAD STREET SUITE 1200
COLUMBUS, OH 43215

KIMBERLY L HILDEBRAND AND STATE FARM MUTUAL AUTOM
ZEEHANDELAR, SABATINO & ASSOCIATES, LLC
471 EAST BROAD STREET SUITE 1200
COLUMBUS, OH 43215

MICHAEL OYSTER AND STATE FARM MUTUAL AUTOMOBILE I
ZEEHANDELAR, SABATINO & ASSOCIATES, LLC
471 EAST BROAD STREET SUITE 1200
COLUMBUS, OH 43215

RONALD S SHAPIRO & STATE FARM MUTUAL AUTOMOBILE IN
ZEEHANDELAR SABATINO & ASSOCIATES LLC
471 EAST BROAD STREET STE 1200
COLUMBUS, OH 43215

ST PAUL FIRE & CASUALTY INS CO FZU9855
TRAVELERS INSURANCE
ATTN DENISE M JENKS
100 BAYLIS RD
MELVILLE, NY 11747

THE CHARTER OAK FIRE INS CO K6W8803
TRAVELERS INSURANCE
ATTN DENISE M JENKS
100 BAYLIS RD
MELVILLE, NY 11747

THE CHARTER OAK FIRE INS CO K6W8811
TRAVELERS INSURANCE
ATTN DENISE M JENKS
100 BAYLIS ROAD
MELVILLE, NY 11747

TRAVELERS ADEMNITY CO. OF AMERICA BVU0805
TRAVELERS INSURANCE
ATT: DENISE M JENKS
100 BAYLIS ROAD
MELVILLE, NY 11747

TRAVELERS HOME & MARINE INS CO L355688
TRAVELERS INSURANCE
ATTN DENISE M JENKS
100 BAYLIS ROAD
MELVILLE, NY 11747

TRAVELERS HOME AND MARINE INSURANCE COMPANY UFS3
TRAVELERS INSURANCE
ATT DENISE M JENKS
100 BAYLIS ROAD
MELVILLE, NY 11747

TRAVELERS PROPERTY CASUALTY CO OF AMERICA A7V3689
TRAVELERS INSURANCE
ATTN DENISE M JENKS
100 BAYLIS ROAD
MELVILLE, NY 11747