UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,            :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,              :
                                                 :
    Debtors.                                      :    (Jointly Administered)
                                                 :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On May 25, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 10347].

Dated:  May 26, 2011  /s/ Kathy-Ann Awkward
Lake Success, New York  Kathy-Ann Awkward


Sworn to before me this 26th day of May, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| AIG ADVANTAGE INSURANCE COMPANY A/S/O SHEILA DIXON<br>C/O JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PL, STE 711<br>NEW YORK, NY 10004 | AIG NATIONAL INSURANCE CO A/S/O DAVID CANADY<br>C/O JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PL, STE 711<br>NEW YORK, NY 10004 |
| AIG NATIONAL INSURANCE CO A/S/O RACHEL WIGGINGTON - 09TC 7919<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004 | ALLIED GROUP INC<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 |
| AMERICAN INTERNATIONAL INS CO OF DELAWARE A/S/O EDWIN MONT<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004 | CHARLES BLACKWELL & STATE FARM MUTUAL AUTOMOBILE INSURAN<br>C/O ZEEHANDELAR SABATINO AND ASSOC LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 |
| CONNIE HOLTZAPFEL AND STATE FARM MUTUAL AUTOMOBILE INSURA<br>C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 E BROAD ST, STE 1200<br>COLUMBUS, OH 43215 | DOUGLAS J SCHWARTZ AND MOTORISTS MUTUAL INSURANCE COMPA<br>ZEEHANDELAR SABITINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 |
| ELI'S LANDSCAPING & DESIGN, INC AND MOTORISTS MUTUAL INSURAN<br>ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | FARMERS INSURANCE CO A/S/O SARA OLSON 09FA7952<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER LLP<br>17 BATTERY PL STE 711<br>NEW YORK, NY 10004 |
| FARMERS TEXAS COUNTY MUTUAL INS CO<br>A/S/O ALMA CHILDERS 09FA7946<br>ALTSCHUL GOLDSTEIN & GELLER LLP ATTN J GOLDSTEIN<br>17 BATTERY PL STE 711<br>NEW YORK, NY 10004 | FARMERS TEXAS COUNTY MUTUAL INS CO<br>A/S/O RACHELLE CHAVEZ 09FA7945<br>ALTSCHUL GOLDSTEIN & GELLER LLP, ATTN JM GOLDSTEIN<br>17 BATTERY PL STE 711<br>NEW YORK, NY 10004 |
| FARMERS TEXAS COUNTY MUTUAL INS CO<br>A/S/O REX ARTHUR DRAKE 09 FA 7948<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER, LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004 | FOSTER TOWNSEND GRAHAM & ASSOCIATES LLP<br>ATTN JACQUELINE A BUNT<br>ATTY FOR ARTHUR PARRATT<br>551 WATERLOO STREET<br>LONDON, ON CANADA N6B 2R1 |
| GRANGE MUTUAL CASUALTY COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | JANICE M SCHULTZ AND STATE FARM MUTUAL AUTOMOBILE INSURAN<br>C/O ZEEHANDELAR, SABATINO & ASSOCIATES, LLC<br>471 E BROAD ST, STE 1200<br>COLUMBUS, OH 43215 |
| MID CENTURY INS CO<br>A/S/O TIMOTHY NEMETH 09 FA 7949<br>JOYCE M GOLDSTEIN<br>ALTSCHUL GOLDSTEIN & GELLER, LLP<br>17 BATTERY PLACE SUITE 711<br>NEW YORK, NY 10004 | NATIONWIDE MUTUAL INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COUNSEL<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 |
| POMPEY DODGE INC<br>ATTN NANCY E CAMPBELL, ESQ<br>KENNEDY CAMPBELL LIPSKI & DOCHNEY<br>1818 MARKET ST STE 2510<br>PHILADELPHIA, PA 19103 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 |

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET SUITE 1200<br>COLUMBUS, OH 43215 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>ZEEHANDELAR SABATINO & ASSOCIATES LLC<br>471 EAST BROAD STREET STE 1200<br>COLUMBUS, OH 43215 | TITAN INSURANCE COMPANY<br>RANDALL W MAY, MANAGING COMPANY<br>CRAIG MABBETT, SUBROGATION MANAGER<br>NATIONWIDE INSURANCE<br>ONE NATIONWIDE PLAZA 2-5-15<br>COLUMBUS, OH 43215 |
| TODD WINTERS & STATE FARM AUTOMOBILE INSURANCE COMPANY<br>C/O ZEEHANDELAR SABATINO AND ASSOCIATES LLC<br>471 E BROAD ST STE 1200<br>COLUMBUS, OH 43215 | ZURICH DIRECT UNDERWRITERS<br>SCHLESINGER SCHLESINGER & SOMMO LLC<br>11 BEACON ST STE 632<br>BOSTON, MA 02108-3005 |