UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,         :
                                                  :
                    Debtors.                      :    (Jointly Administered)
                                                  :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss
COUNTY OF NASSAU          )

I, Alison Moodie, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On May 25, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Sharyl Y. Carter, 1541 LaSalle Ave, #1, Niagra Falls, New York 14301 (affected party):

    - Order Granting Debtors' Objection to Proof of Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl L. Carter [Docket No. 10348].

Dated:  May 26, 2011                        /s/ Alison Moodie_____
        Lake Success, New York              Alison Moodie

Sworn to before me this 26th day of May, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011