GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
      mitchelln@gtlaw.com
      baej@gtlaw.com
      ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| **In re** | **Chapter 11** |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, **f/k/a General Motors Corp.,** *et al.*, | **Case No. 09-50026 (REG)** |
| Debtors. | **(Jointly Administered)** |

-------------------------------------------------------------------- x

**FOURTH AMENDED VERIFIED STATEMENT OF**
**GREENBERG TRAURIG, LLP PURSUANT TO BANKRUPTCY RULE 2019**

Greenberg Traurig, LLP ("**GT**"), makes the following statement (this "**Fourth Amended 2019 Statement**") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in connection with the above-captioned chapter 11 cases of Motors Liquidation Company, *et al.*, f/k/a General Motors Corp., *et al.* (collectively, the "**Debtors**"):

    1.     GT currently represents each of the following institutions solely with respect to its or its managed fund entities' respective claims based upon beneficial ownership of the

NY241,227,703v3

£350,000,000 8.375% Guaranteed Notes due December 7, 2015 (the "**2015 Notes**"), and the

£250,000,000 8.875% Guaranteed Notes due July 10, 2023 (the "**2023 Notes**" and, collectively

with the 2015 Notes, the "**Notes**"), issued by General Motors Nova Scotia Finance Company

("**Finance**"), which Notes are fully and unconditionally guaranteed by Motors Liquidation

Company f/k/a General Motors Corporation ("**Motors**"):

| Client | Address | Principal Amount of Notes Held by Client or Client's Managed Fund Entities (as reported herein) | Claim Amount (as of the filing thereof; November 30, 2009) | Approx. Date Notes Acquired or Sold |
|---|---|---|---|---|
| Drawbridge Special Opportunities Advisors LLC, on behalf of its managed fund entities ("**Drawbridge**") | 1345 Avenue of the Americas, 46th Floor New York, NY 10105 Fax: (212) 798-6099 Attn: Constantine M. Dakolias | 2015 Notes - £13,130,639 (as of March 31, 2011)<br><br>2023 Notes - £6,008,083 (as of March 31, 2011) | $31,910.024.55 | 4/19/2006 – 1/21/2011 |
| Fortress Credit Opportunities Advisors LLC, on behalf of its managed fund entities ("**Fortress**") | 1345 Avenue of the Americas, 46th Floor New York, NY 10105 Fax: (212) 798-6099 Attn: Constantine M. Dakolias | 2015 Notes - £41,163,642 (as of March 31, 2011)<br><br>2023 Notes - £7,138,000 (as of March 31, 2011) | $4,562,092.98 | 11/18/2008 – 1/14/2011 |
| Worden Master Fund L.P., on behalf of its managed fund entities ("**Worden I**") | 1345 Avenue of the Americas, 46th Floor New York, NY 10105 Fax: (212) 798-6099 Attn: Constantine M. Dakolias | 2015 Notes - £2,022,719.00 (as of March 31, 2011)<br><br>2023 Notes - £317,917 (as of March 31, 2011) | N/A[1] | 4/5/2010 – 1/21/2011 |
| Worden Master Fund II L.P., on behalf of its managed fund entities ("**Worden II**", and together with Worden I, "**Worden**") | 1345 Avenue of the Americas, 46th Floor New York, NY 10105 Fax: (212) 798-6099 Attn: Constantine M. Dakolias | 2015 Notes - £135,000 (as of March 31, 2011) | N/A | 8/3/2010 |
| Elliott Management Corporation, on behalf of its managed fund entities ("**Elliott**") | 712 Fifth Ave., 35th Floor New York, NY 10019 Tel: (212) 974-6000 Fax: (212) 478-2311 Attn: Elliot Greenberg | 2015 Notes - £67,000,000 (as of March 31, 2011)<br><br>2023 Notes - £11,000,000 (as of March 31, 2011) | $125,230,903.59 | 9/24/2008 – 3/14/2011 |

---

[1]   The claim amount listed here is the amount of the claim acquired by Worden beginning as of April 5, 2010.

NY241,227,703v3

| | | | | |
|---|---|---|---|---|
| Morgan Stanley & Co. International plc ("**Morgan Stanley**") | 1585 Broadway, 2nd Floor New York, NY 10036 Tel: (212) 761-1069 Fax: (212)-507-4250 Attn: John Ragusa | 2015 Notes - £63,003,000 (as of April 30, 2011) 2023 Notes - £39,102,000 (as of April 30, 2011) | $63,392,903.71[2] | 5/15/2009 – 4/27/2011 |
| Aurelius Capital Management, LP, on behalf of its managed fund entities ("**Aurelius**") | 535 Madison Ave., 22nd Floor New York, NY 10022 Fax: (212) 786-5870 Attn: Dan Gropper | N/A[3] | $138,250,962.36 | 6/24/2008 – 4/12/2011 |
| Appaloosa Management L.P., on behalf of its managed fund entities ("**Appaloosa**") | 51 John F. Kennedy Parkway Short Hills, NJ 07078 Tel: (973) 701-7000 Fax: (973) 701-7055 | N/A[4] | $296,362,537.37 | 10/16/2008 – 4/7/2011 |

2.    Amounts contained in the chart in paragraph 1 of this Fourth Amended 2019 Statement may or may not correspond to the holdings as set forth in proofs of claim filed with respect to the Notes prior to the date hereof and as disclosed in the prior statements filed herein to comply with Bankruptcy Rule 2019. Each claimant reserved its right to amend or supplement its proof(s) of claim.

3.    On or about May 5, 2009, GT was engaged as attorneys by Appaloosa, Aurelius, Drawbridge, and Fortress to provide certain legal services in respect of their Notes. On or about May 31, 2009, Elliott also retained GT with respect to its Notes. In addition, on or about July 1, 2010, Worden retained GT with regard to its Notes. Moreover, on or about May 10, 2011, Morgan Stanley retained GT with regard to its Notes. GT also represents certain of these entities in respect of other matters unrelated to these cases. Perry Partners, L.P., and Perry Partners International (collectively, "**Perry**"), included in certain of GT's previously filed statements

---

[2]    The claim amount listed here is the aggregate amount of the claims filed by Morgan Stanley on March 29, 2010.

[3]    As of the filing of the Third Amended 2019 Statement, Aurelius no longer owned any Notes.

[4]    As of the filing of the Third Amended 2019 Statement, Appaloosa no longer owned any Notes.

NY241,227,703v3

pursuant to Bankruptcy Rule 2019, currently do not own any Notes and are no longer represented by GT in these cases.

4.       On or about November 12, 2009, GT was retained to act on behalf of Green Hunt Wedlake, Inc., the bankruptcy trustee appointed by the Supreme Court of Nova Scotia in Bankruptcy and Insolvency in the Matter of the Bankruptcy of General Motors Nova Scotia Finance Company pending under the Bankruptcy and Insolvency Act (Canada), Court No. 34181, Estate No. 51-125147, Hfx. No. 318069 (the **"Trustee"**) in connection with the Trustee's amended proof of claim filed against Motors in the amount of $1,607,647,592.49, plus applicable interest, along with the costs, charges and expenses of the Finance bankruptcy.  The Trustee acquired the claim upon its appointment on October 9, 2009.[5]  GT no longer represents the Trustee in these cases.  On September 20, 2010, as replacement counsel to the Trustee, Akin Gump Straus Hauer & Feld, LLP filed the Notice of Substitution of Counsel and Request for Service of All Pleadings and Documents [Docket No. 7016].

5.       GT has also previously represented Remy International, Inc., Remy Inc., and Remy Power Products, LLC (collectively, "**Remy**"), and Oxbow Carbon & Minerals LLC (**"Oxbow"**) in connection with the Debtors' chapter 11 cases.  Those representations have concluded, and GT no longer represents those parties in connection with these cases.[6]

6.       On November 9, 2009, GT filed the Verified Statement of Greenberg Traurig, LLP Pursuant to Bankruptcy Rule 2019 in the Debtors' chapter 11 cases (the **"2019 Statement"**) [Docket No. 4413].  At a hearing held before the Court on November 20, 2009, the Court made

---

[5]    GT has provided assistance to certain non-client creditors in connection with the filing of proofs of claim in these cases.  However, GT does not represent them in connection with these cases.

[6]    GT acts as regular corporate counsel to Remy in connection with various other matters.  Remy is represented in connection with its claims in the Debtors' chapter 11 cases by other legal counsel.

NY241,227,703v3

certain comments concerning the 2019 Statement and also directed GT to review the amended

2019 statement filed by Michael Richman of Patton Boggs LLP and to file an amendment to the

2019 Statement substantially conforming to Mr. Richman's amended 2019 statement.  Tr. Hr'g

Nov. 20, 2009, at 24:15-25:5.  At the time of the November 20 hearing, GT was not familiar

with the nature and content of the amended 2019 statement filed by Mr. Richman.  After the

hearing, GT has reviewed that statement, which was filed in connection with Patton Boggs'

representation of an unofficial committee of holders of certain GM bonds, the Unofficial

Committee of Family & Dissident GM Bondholders.   The disclosure requirements of

Bankruptcy Rule 2019 with respect to committees are different from the disclosure requirements

with respect to a law firm, like GT in this case, representing multiple individual clients.  *See In

re Northwest Airlines Corp.,* 363 B.R. 701, 703 (Bankr. S.D.N.Y. 2007)*; In re CF Holding

Corp.,* 145 B.R. 124, 126-27 (Bankr. D. Conn. 1992) ("Rule 2019(a)(4) . . . applies to the entity

filing the Rule 2019 statement . . . *not* the parties represented by the [filing party].") (emphasis in

original).  Accordingly, GT did not believe that Bankruptcy Rule 2019 requires the additional

information requested by the Court.[7]  However, given the Court's direction, GT asked each of its

clients to provide additional information concerning the time of any purchase or sale of the

Notes by the client or its managed fund entities and the prices paid or received.  This information

was set forth in Exhibit B, attached to the Amended Verified Statement of Greenberg Traurig,

---

[7]    The interpretation and application of Bankruptcy Rule 2019 in this context continue to be in issue.  Certain
courts have required disclosures in arguably similar situations, *see, e.g.*, *In re Washington Mutual, Inc.*, 419 B.R.
271 (Bankr. D. Del. 2009) (Walrath, J.); *In re Accuride Corp.*, Case No. 09-13449 (BLS) (Order, Docket No.
633) (requiring ad hoc noteholder group to make disclosure under Bankruptcy Rule 2019), and certain courts
have not, *see, e.g., In re Premier International Holdings, Inc.*, 423 B.R. 58, (Bankr. D. Del. 2010) (Sontchi, J.);
*In re Philadelphia Newspapers, LLC*, 422 B.R. 271, (Bankr. E.D. Pa. 2010) (Raslavich, J.) (court recognized
lack of uniformity of authority as to whether the law firm representing the multiple creditors at issue could be the
"entity" subject to an obligation to make disclosure under the rule) (steering group of pre-petition lenders was
not required to disclose).  Certain of these orders remain subject to appeal.

LLP Pursuant to Bankruptcy Rule 2019, filed on November 30, 2009 in the Debtors' chapter 11

cases (the "**Amended 2019 Statement**") [Docket No. 4569].

7.    On October 14, 2010, GT filed the Second Amended Verified Statement of

Greenberg Traurig, LLP Pursuant to Bankruptcy Rule 2019 (the "**Second Amended 2019**

**Statement**") to reflect its withdrawal as counsel to Perry, and to reflect certain activity since the

filing of the Amended 2019 Statement [Docket No. 7319].

8.    On April 28, 2011, GT filed the Third Amended Verified Statement of Greenberg

Traurig, LLP Pursuant to Bankruptcy Rule 2019 Statement (the "**Third Amended 2019**

**Statement**") to reflect certain activity since the filing of the Second Amended 2019 Statement in

the holdings of certain clients, including the sale by Aurelius and Appaloosa of all of their Notes

[Docket No. 10135].

9.    GT files this Fourth Amended 2019 Statement to reflect certain activity since the

filing of the Third Amended 2019 Statement, including, in particular, the retention of GT by

Morgan Stanley with respect to its Notes.

10.    The holdings of the clients represented by GT in connection with the Debtors'

chapter 11 cases are set forth in detail in **Exhibit A** hereto consistent with the form of

disclosures made in the Amended 2019 Statement, Second Amended 2019 Statement and Third

Amended 2019 Statement.  Similarly, the principal amount of the Notes held by GT's clients or

their managed fund entities, as set forth in paragraph 1 hereof, has been updated accordingly.

11.    GT will continue to supplement or amend this Fourth Amended 2019 Statement

as necessary in accordance with the requirements of Bankruptcy Rule 2019.

12.    GT in the past provided certain legal services to certain of the Debtors or their

affiliates.  To the best of GT's knowledge and information, GT has not provided any services to

NY241,227,703v3

the Debtors or their affiliates since the commencement of the Debtors' chapter 11 cases.  Upon

further information and belief, GT does not hold any claims against or equity interests in the

Debtors.  GT has not made any inquiry concerning whether any shareholders or employees of

GT hold personally any claims against or equity interests in the Debtors.

13.     The undersigned declares under penalty of perjury that this Fourth Amended 2019

Statement is true and complete, to the best of the undersigned's personal knowledge, information

and belief.

Dated: New York, New York
          May 27, 2011

GREENBERG TRAURIG, LLP

By: */s/ John H. Bae*

Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
          mitchelln@gtlaw.com
          baej@gtlaw.com
          ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

7

**<u>Exhibit A</u>**

*NY241,227,703v3*

**Elliott Management Corporation, on behalf of its managed fund entities[8]**

**General Motors Nova Scotia Finance Company - 2015 Notes (XS0171922643)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 03/03/2009 | GM 8.375% 07 DEC 2015 | Buy | £2,000,000 | 21.50 |
| 11/18/2008 | GM 8.375% 07 DEC 2015 | Buy | £15,000,000 | 20.50 |
| 09/24/2008 | GM 8.375% 07 DEC 2015 | Buy | £50,000,000 | 43.00 |
| **TOTAL as of 3/31/2011** | **GM 8.375% 07 DEC 2015** | | **£67,000,000** | |

**General Motors Nova Scotia Finance Company - 2023 Notes (XS0171908063)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 03/03/2009 | GM 8.875% 10 JUL 2023 | Buy | £4,000,000 | 21.00 |
| 03/14/2011 | GM 8.875% 10 JUL 2023 | Buy | £7,000,000 | 50.00 |
| **TOTAL as of 3/31/2011** | **GM 8.875% 10 JUL 2023** | | **£11,000,000** | |

---

[8]   Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

2

*NY241,227,703v3*

**Fortress Credit Opportunities Advisors LLC, on behalf of its managed fund entities[9]**

**General Motors Nova Scotia Finance Company - 2015 Notes (XS0171922643)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 1/14/2011 | GM 8.375% 07 DEC 2015 | Buy | £18,250,642.00 | 59.00 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Buy | £5,000,000.00 | 62.25 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Buy | £1,375,000.00 | 62.25 |
| 4/6/2010 | GM 8.375% 07 DEC 2015 | Buy | £1,415,000.00 | 62.00 |
| 4/6/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,500,000.00 | 61.00 |
| 4/7/2010 | GM 8.375% 07 DEC 2015 | Buy | £8,125,000.00 | 62.50 |
| 4/7/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,165,000.00 | 62.00 |
| 9/15/2009 | GM 8.375% 07 DEC 2015 | Sell | -£2,200,000.00 | 23.00 |
| 9/15/2009 | GM 8.375% 07 DEC 2015 | Sell | -£500,000.00 | 23.50 |
| 8/5/2009 | GM 8.375% 07 DEC 2015 | Sell | -£1,500,000.00 | 23.00 |
| 7/31/2009 | GM 8.375% 07 DEC 2015 | Sell | -£2,500,000.00 | 20.50 |
| 7/30/2009 | GM 8.375% 07 DEC 2015 | Sell | -£500,000.00 | 19.50 |
| 7/30/2009 | GM 8.375% 07 DEC 2015 | Sell | -£2,500,000.00 | 19.75 |
| 6/5/2009 | GM 8.375% 07 DEC 2015 | Buy | £200,000.00 | 45.00 |
| 6/3/2009 | GM 8.375% 07 DEC 2015 | Buy | £2,333,000.00 | 49.50 |
| 5/7/2009 | GM 8.375% 07 DEC 2015 | Buy | £2,000,000.00 | 14.50 |
| 11/18/2008 | GM 8.375% 07 DEC 2015 | Buy | £7,500,000.00 | 20.50 |
| **TOTAL as of 3/31/2011** | **GM 8.375% 07 DEC 2015** | | **£41,163,642.00** | |

---

[9]   Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

NY241,227,703v3

**Fortress Credit Opportunities Advisors LLC, on behalf of its managed fund entities**[10]

**General Motors Nova Scotia Finance Company - 2023 Notes (XS0171908063)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 4/8/2010 | GM 8.875% 10 JUL 2023 | Buy | £1,000,000.00 | 61.25 |
| 4/5/2010 | GM 8.875% 10 JUL 2023 | Buy | £1,125,000.00 | 62.25 |
| 4/6/2010 | GM 8.875% 10 JUL 2023 | Buy | £1,763,000.00 | 62.00 |
| 4/7/2010 | GM 8.875% 10 JUL 2023 | Buy | £3,000,000.00 | 64.25 |
| 10/13/2009 | GM 8.875% 10 JUL 2023 | Buy | £250,000.00 | 22.00 |
| 7/29/2009 | GM 8.875% 10 JUL 2023 | Sell | -£6,000,000.00 | 18.50 |
| 6/22/2009 | GM 8.875% 10 JUL 2023 | Sell | -£3,500,000.00 | 57.517 |
| 6/2/2009 | GM 8.875% 10 JUL 2023 | Buy | £3,333,000.00 | 51.25 |
| 6/2/2009 | GM 8.875% 10 JUL 2023 | Buy | £667,000.00 | 51.00 |
| 5/6/2009 | GM 8.875% 10 JUL 2023 | Buy | £5,500,000.00 | 11.50 |
| **TOTAL as of 3/3/1/2011** | **GM 8.875% 10 JUL 2023** | | **£7,138,000.00** | |

---

[10]   Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

*NY241,227,703v3*

**Drawbridge Special Opportunities Advisors LLC, on behalf of its managed fund entities[11]**

**General Motors Nova Scotia Finance Company - 2015 Notes (XS0171922643)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 1/21/2011 | GM 8.375% 07 DEC 2015 | Buy | £1,512,860.00 | 62.00 |
| 1/21/2011 | GM 8.375% 07 DEC 2015 | Buy | £358,471.00 | 62.00 |
| 1/14/2011 | GM 8.375% 07 DEC 2015 | Sell | -£18,250,642.00 | 59.00 |
| 9/30/2010 | GM 8.375% 07 DEC 2015 | Sell | -£734.00 | 55.00 |
| 9/30/2010 | GM 8.375% 07 DEC 2015 | Sell | -£174.00 | 55.00 |
| 9/30/2010 | GM 8.375% 07 DEC 2015 | Sell | -£25,092.00 | 55.00 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Buy | £4,750,000.00 | 62.25 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Buy | £1,306,250.00 | 62.25 |
| 4/6/2010 | GM 8.375% 07 DEC 2015 | Buy | £1,345,200.00 | 62.00 |
| 4/6/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,375,000.00 | 61.00 |
| 4/7/2010 | GM 8.375% 07 DEC 2015 | Buy | £7,718,750.00 | 62.50 |
| 4/7/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,056,750.00 | 62.00 |
| 1/7/2010 | GM 8.375% 07 DEC 2015 | Sell | -£5,814,000.00 | 48.50 |
| 11/18/2009 | GM 8.375% 07 DEC 2015 | Sell | -£6,969,000.00 | 38.00 |
| 9/15/2009 | GM 8.375% 07 DEC 2015 | Sell | -£19,800,000.00 | 23.00 |
| 9/15/2009 | GM 8.375% 07 DEC 2015 | Sell | -£4,500,000.00 | 23.50 |
| 8/5/2009 | GM 8.375% 07 DEC 2015 | Sell | -£13,500,000.00 | 23.00 |
| 7/31/2009 | GM 8.375% 07 DEC 2015 | Sell | -£22,500,000.00 | 20.50 |
| 7/30/2009 | GM 8.375% 07 DEC 2015 | Sell | -£4,500,000.00 | 19.50 |
| 7/30/2009 | GM 8.375% 07 DEC 2015 | Sell | -£22,500,000.00 | 19.75 |
| 7/29/2009 | GM 8.375% 07 DEC 2015 | Sell | -£19,000,000.00 | 18.50 |
| 6/5/2009 | GM 8.375% 07 DEC 2015 | Buy | £400,000.00 | 45.00 |
| 6/3/2009 | GM 8.375% 07 DEC 2015 | Buy | £4,667,000.00 | 49.50 |
| 11/18/2008 | GM 8.375% 07 DEC 2015 | Buy | £17,500,000.00 | 20.50 |
| 10/17/2008 | GM 8.375% 07 DEC 2015 | Buy | £5,000,000.00 | 23.00 |
| 9/22/2008 | GM 8.375% 07 DEC 2015 | Buy | £50,000,000.00 | 44.50 |
| 9/12/2008 | GM 8.375% 07 DEC 2015 | Buy | £2,000,000.00 | 55.00 |
| 9/11/2008 | GM 8.375% 07 DEC 2015 | Sell | -£500,000.00 | 55.50 |
| 9/4/2008 | GM 8.375% 07 DEC 2015 | Buy | £50,000,000.00 | 53.00 |
| **TOTAL as of 3/31/2011** | **GM 8.375% 07 DEC 2015** | | **£13,130,639.00** | |

---

[11]    Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

NY241,227,703v3

**Drawbridge Special Opportunities Advisors LLC, on behalf of its managed fund entities[12]**

**General Motors Nova Scotia Finance Company - 2023 Notes (XS0171908063)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 1/21/2011 | GM 8.875% 10 JUL 2023 | Sell | -£131,751.00 | 63.00 |
| 1/21/2011 | GM 8.875% 10 JUL 2023 | Sell | -£1,473,035.00 | 63.00 |
| 1/21/2011 | GM 8.875% 10 JUL 2023 | Sell | -£368,731.00 | 63.00 |
| 9/30/2010 | GM 8.875% 10 JUL 2023 | Sell | -£110.00 | 56.00 |
| 9/30/2010 | GM 8.875% 10 JUL 2023 | Sell | -£5,486.00 | 56.00 |
| 9/30/2010 | GM 8.875% 10 JUL 2023 | Sell | -£404.00 | 56.00 |
| 4/5/2010 | GM 8.875% 10 JUL 2023 | Buy | £1,068,750.00 | 62.25 |
| 4/6/2010 | GM 8.875% 10 JUL 2023 | Buy | £1,674,850.00 | 62.00 |
| 4/7/2010 | GM 8.875% 10 JUL 2023 | Buy | £2,850,000.00 | 64.25 |
| 4/8/2010 | GM 8.875% 10 JUL 2023 | Buy | £950,000.00 | 61.25 |
| 1/7/2010 | GM 8.875% 10 JUL 2023 | Sell | -£806,000.00 | 48.50 |
| 10/13/2009 | GM 8.875% 10 JUL 2023 | Buy | £2,250,000.00 | 22.00 |
| 6/22/2009 | GM 8.875% 10 JUL 2023 | Sell | -£8,000,000.00 | 57.517 |
| 6/2/2009 | GM 8.875% 10 JUL 2023 | Buy | £6,667,000.00 | 51.25 |
| 6/2/2009 | GM 8.875% 10 JUL 2023 | Buy | £1,333,000.00 | 51.00 |
| 9/4/2008 | GM 8.875% 10 JUL 2023 | Sell | -£54,900,000.00 | 48.00 |
| 8/21/2008 | GM 8.875% 10 JUL 2023 | Sell | -£10,000,000.00 | 48.75 |
| 8/21/2008 | GM 8.875% 10 JUL 2023 | Sell | -£5,000,000.00 | 48.00 |
| 8/13/2008 | GM 8.875% 10 JUL 2023 | Sell | -£5,000,000.00 | 52.00 |
| 7/9/2008 | GM 8.875% 10 JUL 2023 | Buy | £4,900,000.00 | 52.50 |
| 7/1/2008 | GM 8.875% 10 JUL 2023 | Buy | £5,000,000.00 | 55.25 |
| 6/16/2008 | GM 8.875% 10 JUL 2023 | Buy | £25,000,000.00 | 62.50 |
| 4/2/2008 | GM 8.875% 10 JUL 2023 | Buy | £20,000,000.00 | 66.50 |
| 4/1/2008 | GM 8.875% 10 JUL 2023 | Buy | £20,000,000.00 | 66.50 |
| 12/4/2006 | GM 8.875% 10 JUL 2023 | Sell | -£8,000,000.00 | 96.75 |
| 11/17/2006 | GM 8.875% 10 JUL 2023 | Sell | -£5,000,000.00 | 97.00 |
| 4/21/2006 | GM 8.875% 10 JUL 2023 | Buy | £5,000,000.00 | 72.25 |
| 4/21/2006 | GM 8.875% 10 JUL 2023 | Buy | £5,000,000.00 | 72.375 |
| 4/19/2006 | GM 8.875% 10 JUL 2023 | Buy | £3,000,000.00 | 71.75 |
| **TOTAL as of 3/31/2011** | **GM 8.875% 10 JUL 2023** | | **£6,008,083.00** | |

---

[12]  Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

*NY241,227,703v3*

**Worden Master Fund L.P., on behalf of its managed fund entities**[13]

**General Motors Nova Scotia Finance Company - 2015 Notes (XS0171922643)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 1/21/2011 | GM 8.375% 07 DEC 2015 | Buy | £120,108.00 | 62.00 |
| 1/21/2011 | GM 8.375% 07 DEC 2015 | Buy | £8,561.00 | 62.00 |
| 8/10/2010 | GM 8.375% 07 DEC 2015 | Buy | £865,000.00 | 60.25 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Buy | £250,000.00 | 62.25 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Buy | £68,750.00 | 62.25 |
| 4/6/2010 | GM 8.375% 07 DEC 2015 | Buy | £70,800.00 | 62.00 |
| 4/6/2010 | GM 8.375% 07 DEC 2015 | Buy | £125,000.00 | 61.00 |
| 4/7/2010 | GM 8.375% 07 DEC 2015 | Buy | £406,250.00 | 62.50 |
| 4/7/2010 | GM 8.375% 07 DEC 2015 | Buy | £108,250.00 | 62.00 |
| **TOTAL as of 3/31/2011** | **GM 8.375% 07 DEC 2015** | | **£2,022,719.00** | |

**General Motors Nova Scotia Finance Company - 2023 Notes (XS0171908063)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 1/21/2011 | GM 8.875% 10 JUL 2023 | Sell | -£26,483.00 | 63.00 |
| 4/5/2010 | GM 8.875% 10 JUL 2023 | Buy | £56,250.00 | 62.25 |
| 4/6/2010 | GM 8.875% 10 JUL 2023 | Buy | £88,150.00 | 62.00 |
| 4/7/2010 | GM 8.875% 10 JUL 2023 | Buy | £150,000.00 | 64.25 |
| 4/8/2010 | GM 8.875% 10 JUL 2023 | Buy | £50,000.00 | 61.25 |
| **TOTAL as of 3/31/2011** | **GM 8.875% 10 JUL 2023** | | **£317,917.00** | |

---

[13]  Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

*NY241,227,703v3*

**Worden Master Fund II L.P., on behalf of its managed fund entities**[14]

**General Motors Nova Scotia Finance Company - 2015 Notes (XS0171922643)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 8/3/2010 | GM 8.375% 07 DEC 2015 | Buy | £135,000.00 | 60.25 |

---

[14]  Reflects changes since the filing of the Amended 2019 Statement, through April 30, 2011.

*NY241,227,703v3*

**Morgan Stanley & Co. International plc**[15]

**General Motors Nova Scotia Finance Company - 2015 Notes (XS0171922643)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 5/15/2009 | GM 8.375% 07 DEC 2015 | Sell | -£4,000,000.00 | 4.500 |
| 6/11/2009 | GM 8.375% 07 DEC 2015 | Buy | £4,000,000.00 | 55.000 |
| 7/9/2009 | GM 8.375% 07 DEC 2015 | Buy | £18,000.00 | 11.000 |
| 7/29/2009 | GM 8.375% 07 DEC 2015 | Buy | £19,000,000.00 | 18.500 |
| 7/29/2009 | GM 8.375% 07 DEC 2015 | Sell | -£19,000,000.00 | 18.875 |
| 7/30/2009 | GM 8.375% 07 DEC 2015 | Buy | £25,000,000.00 | 19.750 |
| 7/30/2009 | GM 8.375% 07 DEC 2015 | Sell | -£25,000,000.00 | 20.000 |
| 7/31/2009 | GM 8.375% 07 DEC 2015 | Buy | £25,000,000.00 | 20.500 |
| 7/31/2009 | GM 8.375% 07 DEC 2015 | Sell | -£5,000,000.00 | 20.750 |
| 8/5/2009 | GM 8.375% 07 DEC 2015 | Buy | £15,000,000.00 | 23.000 |
| 8/5/2009 | GM 8.375% 07 DEC 2015 | Buy | £10,000,000.00 | 23.250 |
| 8/5/2009 | GM 8.375% 07 DEC 2015 | Sell | -£25,000,000.00 | 23.600 |
| 10/16/2009 | GM 8.375% 07 DEC 2015 | Buy | £474,000.00 | 24.500 |
| 10/19/2009 | GM 8.375% 07 DEC 2015 | Buy | £500,000.00 | 24.500 |
| 10/19/2009 | GM 8.375% 07 DEC 2015 | Buy | £200,000.00 | 24.500 |
| 10/20/2009 | GM 8.375% 07 DEC 2015 | Buy | £200,000.00 | 24.500 |
| 10/21/2009 | GM 8.375% 07 DEC 2015 | Buy | £1,000.00 | 24.000 |
| 10/28/2009 | GM 8.375% 07 DEC 2015 | Buy | £610,000.00 | 23.000 |
| 10/29/2009 | GM 8.375% 07 DEC 2015 | Buy | £10,000.00 | 23.000 |
| 11/17/2009 | GM 8.375% 07 DEC 2015 | Buy | £3,000.00 | 33.000 |
| 11/23/2009 | GM 8.375% 07 DEC 2015 | Sell | -£5,000,000.00 | 36.000 |
| 11/27/2009 | GM 8.375% 07 DEC 2015 | Sell | -£400,000.00 | 35.000 |
| 12/2/2009 | GM 8.375% 07 DEC 2015 | Sell | -£5,250,000.00 | 35.500 |
| 2/1/2010 | GM 8.375% 07 DEC 2015 | Sell | -£2,000,000.00 | 46.750 |
| 2/3/2010 | GM 8.375% 07 DEC 2015 | Sell | -£5,000,000.00 | 47.000 |
| 4/5/2010 | GM 8.375% 07 DEC 2015 | Sell | -£2,750,000.00 | 62.250 |
| 5/4/2010 | GM 8.375% 07 DEC 2015 | Buy | £882,000.00 | 64.500 |
| 5/12/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,000,000.00 | 64.000 |
| 5/14/2010 | GM 8.375% 07 DEC 2015 | Buy | £250,000.00 | 62.000 |
| 6/3/2010 | GM 8.375% 07 DEC 2015 | Buy | £25,000.00 | 62.000 |
| 6/8/2010 | GM 8.375% 07 DEC 2015 | Buy | £64,000.00 | 62.000 |
| 8/3/2010 | GM 8.375% 07 DEC 2015 | Sell | -£1,000,000.00 | 60.250 |
| 8/5/2010 | GM 8.375% 07 DEC 2015 | Sell | -£300,000.00 | 61.000 |
| 8/10/2010 | GM 8.375% 07 DEC 2015 | Buy | £10,000,000.00 | 60.000 |

---

[15]   Reflects holdings of Morgan Stanley through April 30, 2011.

9

| Date | Security | Action | Amount | Price |
|---|---|---|---|---|
| 8/10/2010 | GM 8.375% 07 DEC 2015 | Sell | -£10,000,000.00 | 60.250 |
| 8/12/2010 | GM 8.375% 07 DEC 2015 | Buy | £10,000.00 | 58.000 |
| 8/12/2010 | GM 8.375% 07 DEC 2015 | Sell | -£10,000.00 | 58.000 |
| 8/17/2010 | GM 8.375% 07 DEC 2015 | Buy | £100,000.00 | 58.750 |
| 8/18/2010 | GM 8.375% 07 DEC 2015 | Buy | £10,000.00 | 58.500 |
| 8/23/2010 | GM 8.375% 07 DEC 2015 | Sell | -£100,000.00 | 60.750 |
| 9/8/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,000,000.00 | 57.500 |
| 9/23/2010 | GM 8.375% 07 DEC 2015 | Buy | £20,000.00 | 52.750 |
| 9/30/2010 | GM 8.375% 07 DEC 2015 | Buy | £26,000.00 | 55.000 |
| 10/19/2010 | GM 8.375% 07 DEC 2015 | Buy | £2,000,000.00 | 60.500 |
| 10/19/2010 | GM 8.375% 07 DEC 2015 | Buy | £15,000,000.00 | 61.000 |
| 10/28/2010 | GM 8.375% 07 DEC 2015 | Buy | £14,000.00 | 60.000 |
| 11/4/2010 | GM 8.375% 07 DEC 2015 | Buy | £23,000.00 | 59.000 |
| 11/11/2010 | GM 8.375% 07 DEC 2015 | Sell | -£16,000.00 | 61.000 |
| 11/26/2010 | GM 8.375% 07 DEC 2015 | Buy | £9,000.00 | 56.000 |
| 11/30/2010 | GM 8.375% 07 DEC 2015 | Buy | £66,000.00 | 53.000 |
| 1/5/2011 | GM 8.375% 07 DEC 2015 | Buy | £20,000.00 | 54.000 |
| 1/5/2011 | GM 8.375% 07 DEC 2015 | Buy | £21,000.00 | 54.000 |
| 1/5/2011 | GM 8.375% 07 DEC 2015 | Buy | £20,000.00 | 54.000 |
| 1/17/2011 | GM 8.375% 07 DEC 2015 | Buy | £10,000.00 | 54.000 |
| 2/10/2011 | GM 8.375% 07 DEC 2015 | Buy | £400,000.00 | 52.000 |
| 2/11/2011 | GM 8.375% 07 DEC 2015 | Buy | £7,341,000.00 | 62.000 |
| 2/16/2011 | GM 8.375% 07 DEC 2015 | Buy | £25,000,000.00 | 62.000 |
| 2/16/2011 | GM 8.375% 07 DEC 2015 | Sell | -£2,000,000.00 | 62.500 |
| 2/17/2011 | GM 8.375% 07 DEC 2015 | Buy | £9,502,000.00 | 62.000 |
| 4/27/2011 | GM 8.375% 07 DEC 2015 | Buy | £1,000,000.00 | 51.000 |
| 4/27/2011 | GM 8.375% 07 DEC 2015 | Sell | -£1,000,000.00 | 51.438 |
| **TOTAL as of 4/30//2011** | **GM 8.375% 07 DEC 2015** | | **£63,003,000.00** | |

10

NY241,227,703v3

**Morgan Stanley & Co. International plc**[16]

**General Motors Nova Scotia Finance Company - 2023 Notes (XS0171908063)**

| Trade Date | Security Description | Trans Type | Qty | Price |
|---|---|---|---|---|
| 6/18/2009 | GM 8.875% 10 JUL 2023 | Buy | £60,000.00 | 40.000 |
| 6/18/2009 | GM 8.875% 10 JUL 2023 | Buy | £61,000.00 | 40.000 |
| 6/22/2009 | GM 8.875% 10 JUL 2023 | Buy | £11,500,000.00 | 57.517 |
| 6/30/2009 | GM 8.875% 10 JUL 2023 | Buy | £43,000.00 | 42.000 |
| 7/6/2009 | GM 8.875% 10 JUL 2023 | Buy | £5,000,000.00 | 18.000 |
| 7/29/2009 | GM 8.875% 10 JUL 2023 | Buy | £6,000,000.00 | 18.500 |
| 7/29/2009 | GM 8.875% 10 JUL 2023 | Sell | -£6,000,000.00 | 18.875 |
| 10/13/2009 | GM 8.875% 10 JUL 2023 | Buy | £300,000.00 | 22.000 |
| 10/13/2009 | GM 8.875% 10 JUL 2023 | Buy | £1,000,000.00 | 22.000 |
| 10/16/2009 | GM 8.875% 10 JUL 2023 | Buy | £200,000.00 | 24.500 |
| 10/19/2009 | GM 8.875% 10 JUL 2023 | Buy | £500,000.00 | 24.500 |
| 10/20/2009 | GM 8.875% 10 JUL 2023 | Buy | £1,000,000.00 | 24.500 |
| 10/20/2009 | GM 8.875% 10 JUL 2023 | Buy | £300,000.00 | 24.500 |
| 11/11/2009 | GM 8.875% 10 JUL 2023 | Buy | £74,000.00 | 24.000 |
| 11/12/2009 | GM 8.875% 10 JUL 2023 | Buy | £20,000.00 | 23.750 |
| 11/20/2009 | GM 8.875% 10 JUL 2023 | Buy | £29,000.00 | 34.500 |
| 11/27/2009 | GM 8.875% 10 JUL 2023 | Sell | -£300,000.00 | 35.000 |
| 3/23/2010 | GM 8.875% 10 JUL 2023 | Sell | -£5,000,000.00 | 59.000 |
| 4/5/2010 | GM 8.875% 10 JUL 2023 | Sell | -£2,250,000.00 | 62.250 |
| 6/21/2010 | GM 8.875% 10 JUL 2023 | Buy | £29,000.00 | 61.000 |
| 6/23/2010 | GM 8.875% 10 JUL 2023 | Buy | £23,000.00 | 61.000 |
| 6/25/2010 | GM 8.875% 10 JUL 2023 | Buy | £8,000.00 | 61.000 |
| 7/21/2010 | GM 8.875% 10 JUL 2023 | Buy | £6,850,000.00 | 54.500 |
| 7/21/2010 | GM 8.875% 10 JUL 2023 | Sell | -£4,000,000.00 | 55.500 |
| 7/22/2010 | GM 8.875% 10 JUL 2023 | Sell | -£32,000.00 | 59.000 |
| 8/6/2010 | GM 8.875% 10 JUL 2023 | Buy | £1,000.00 | 59.000 |
| 8/9/2010 | GM 8.875% 10 JUL 2023 | Sell | -£5,000.00 | 62.500 |
| 8/18/2010 | GM 8.875% 10 JUL 2023 | Sell | -£30,000.00 | 62.000 |
| 8/19/2010 | GM 8.875% 10 JUL 2023 | Buy | £22,000.00 | 59.000 |
| 8/19/2010 | GM 8.875% 10 JUL 2023 | Sell | -£1,000.00 | 62.500 |
| 9/30/2010 | GM 8.875% 10 JUL 2023 | Buy | £6,000.00 | 56.000 |
| 10/28/2010 | GM 8.875% 10 JUL 2023 | Sell | -£25,000.00 | 62.500 |
| 11/16/2010 | GM 8.875% 10 JUL 2023 | Buy | £22,000.00 | 59.000 |
| 12/10/2010 | GM 8.875% 10 JUL 2023 | Buy | £10,000.00 | 53.750 |

---

[16]   Reflects holdings of Morgan Stanley through April 30, 2011.

NY241,227,703v3

| 1/5/2011 | GM 8.875% 10 JUL 2023 | Buy | £10,000.00 | 53.750 |
| 1/31/2011 | GM 8.875% 10 JUL 2023 | Buy | £5,000.00 | 53.750 |
| 2/11/2011 | GM 8.875% 10 JUL 2023 | Buy | £9,182,000.00 | 62.000 |
| 2/18/2011 | GM 8.875% 10 JUL 2023 | Buy | £200,000.00 | 52.000 |
| 4/7/2011 | GM 8.875% 10 JUL 2023 | Buy | £99,290,000.00 | 51.750 |
| 4/7/2011 | GM 8.875% 10 JUL 2023 | Sell | -£85,000,000.00 | 52.250 |
| **TOTAL as of 4/30/2011** | **GM 8.875% 10 JUL 2023** | | £39,102,000.00 | |

12

*NY241,227,703v3*