# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE; | Chapter 11 Case No.: |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al. | 09-50026 (REG) |
| Debtors. | Claim No.:69683 |

## INDEX OF APPEAL

SHERIF R. KODSY
PRO'SE/APPELLANT
15968 LAUREL OAK CIRCLE
DELRAY BEACH, FLORIDA 33484
561-666-0237





[Type text]

# TABLE OF CONENTS

1-    ADVERTISEMENT OF HUMMER H2, CHASIS……………A

2-    SUBJECT VEHICLE WINDOW STICKER……………..………B

3-    CERTIFICATE OF ORIGIN…………………..……...C

4-    WORK ORDERS PERFORMED BY AUTHORIZED
      DEALERS……………………………………………………...D

5-    INDEPENDENT INSPECTIONS……………….…….…E

6-    GENERAL MOTORS, PRODUCT ALLEGATION
      RESOLUTION PRELIMINARY INSPECTION……………....…..F

7-    SAE, INTERNATIONAL NOISE AND VIBRATION
      ABSTRACTS (3)……………………………………….G

8-    LIMITED EXPRESS WARRANTY TRIAL TRANSCRIPT
      RE; TESTIMONY OF TOM THORNTON FROM GM…………....H

9-    TESTIMONY OF JOE BARDILL, GM AUTHORID
      AGENT…………………………………………….….... I

10-   MEDICAL DOCUMENTS, RE; INJURIES SUSTAINED
      DURING USE OF SUBJECT VEHICLE……………...………..J

11-   LEMON LAW TRANSCRIPT……………………….K

12-   ABSTRACT BY TAMMY EGER, SCHOOL OF HUMAN
      KENETICS……………………………………………………L

13-   VIBRATION – MEASUREMENT, CONTROL AND
      STANDARDS………………………………………………….M

14-   NAVAL SAFETY CENTER, ACQUISITION SAFETY –
      VIBRATION………………………………………………N

15-   STUDY OF THE HUMAN BODY RESPONSE UNDER THE VERTICAL VIBRATIONS ACTION INTO A VEHICLE............O

16-   PROCEEDING OF THE FIRST AMERICAN CONFERENCE ON HUMAN VIBRATION, (2006).........................P

17-   EXAMINATION OF THE FREQUENCY- WEIGHTING CURVE FOR ACCELERATIONS MEASURED ON THE SEAT AND AT THE SURFACE SUPPORTING THE FEET DURING HORIZONTAL WHOLE-BODY VIBRATIONS IN X AND Y DIRECTIONS................................................................Q

18-   G-FORCE , FROM WIKEPEDIA, THE FREE ENCYCLOPEDIA.................................................R

19-   HERTZ, FROM WIKIPEDIA, THE FREE ENCYCLOPEDIA..................................................S

20-   TECHNICAL SERVICE BULLETINS AND RECALLS......T

21-   OHS, GUIDELINES, NOISE, VIBRATION, RADIATION AND TEMERATURE...............................................U

22-   ERGO MATTERS, WHOLE-BODY VIBRATION............V

23-   SHERIF RAFIK KODSY, PROFESSIONAL CERTIFICATIONS..............................................W

24-   MERCK, NEUROLOGICAL DISORDERS....................X

25-   MERCK, VASCULAR DISORDERS............................Y

26-   MERCK, MUSCULOSKELETEL SYMPYOMS................Z