A

Lynch HUMMER Home.          Pre-Owned H1s.              Stupid HUMMER Tricks.        Model Year Changes.
Lynch HUMMER in the News.   Pre-Owned H2s and H3s.      HUMMER Accessories.          HUMMER Videos.
Visit Lynch HUMMER.         Contact Us.                 Shooting Sports.             HUMMER History.







### H2 CHASSIS TUNED TO OPTIMAL BLEND OF ON-ROAD COMFORT AND OFF-ROAD PROWESS

The chassis of the HUMMER H2 was painstakingly designed and engineered to provide a solid foundation for best-in-class off-road performance, while maintaining a refined, comfortable ride on pavement. Not only was the chassis specially tuned for superior off-road performance, it was designed to optimize the off-road balance between rock crawling and desert racing. Special attention was paid in areas of obstacle clearance, suspension articulation, wheel control and underbody protection.



From the start of development of H2's frame design, all components were packaged flush with or above the frame rails. This provides better protection during underbody impacts. It also allows the vehicle to slide over obstacles more easily on the frame rail or rocker protection-H2 is not as likely as other vehicles to get hung up on any low-hanging components.

H2 was created with a long wheelbase, wide tread and short overhangs to provide superior control for the driver in varying types of road or terrain conditions. The short overhangs provide high approach and departure angles, allowing the H2 to

drive right into a hole and out again, for example, without getting hung up in front or rear.

With its standard LT315/70R17 tires and air leveling suspension, the H2 has a 43.6-degree approach angle and 39.7-degree departure angle.

Special underbody protection, including large skid plates, helps define the H2's rugged character and enhance its performance characteristics. A thick (4mm) stamped aluminum front engine shield runs from right beneath the front bumper back to the transmission. It angles prominently up at the front, with the H2 logo pressed into the shield just below the bumper. A one-inch diameter tubular steel, ladder-type shield protects the transmission and the exhaust system's two catalytic converters. It is strong enough, when necessary, to briefly support the load of the vehicle sitting on a rock that it is passing over. A third, high-tensile strength, galvanized steel shield protects the transfer case. It has a special cantilevered design, which allows it to flex or spring back after coming into contact with a rock. The shield is designed so that the weight of the truck can move it up when traveling over a rock. But, once the truck has passed over a rock and the shield has done its job of protecting the transfer case, it springs right back to its previous position.



Unique rocker protectors bolt through the frame. Large, standard, black-painted steel tubes, running along each side of the vehicle, protect its lower body and door panels against rocks and stumps. The high-strength structural pieces bolt right into the frame with heavy brackets and are designed to withstand off-road impacts from beneath or from side angles. The rocker protectors are so strong they can be used to pivot the entire vehicle on a rock. The fuel tank also has its own heavy plastic shield, designed to absorb abrasions and hits that would otherwise contact the tank.

Such protective features greatly enhance the H2's performance capabilities because they allow it go places competitors cannot go.

Also providing superior off-road control is H2's solid rear axle setup. It helps optimize suspension articulation and gross motion control, giving the driver a precise sense of vehicle control in the tightest of situations.

CHASSIS CONSTRUCTION: THREE-PIECE, FULLY WELDED FRAME

A fully welded ladder-type frame, with a modular, three-piece design that incorporates a number of hydroformed components, provides outstanding strength, stiffness and dimensional accuracy for H2's chassis. The hydroformed front section helps create the H2's high approach angle. To improve the frontal crush zone, GM engineers added reinforcements in key box sections of the frame, enhancing its ability to absorb energy, crush and collapse.



Uncommonly flat crossmembers are used around the transmission mounting area to preclude any possible hang-up points. The tolerances for powertrain mount positions

Hummer H2 Chassis description.                                                Page 3 of 5

09-50026-mg    Doc 10367-1    Filed 05/25/11    Entered 05/27/11 16:18:32    Exhibit Part
                              1    Pg 4 of 40

have also been tightened to reduce potential noise, vibration and harshness (NVH).

Because of H2's full-time 4WD system, GM engineers also took great care to minimize the NVH transmitted by the front axle to the frame, devising a special three-point mounting system to isolate it. Two forward mounts vertically connect the axle to the frame, while the rear mount attaches it to a crossmember that fits between the two lower control arm brackets in the frame.

The front frame section incorporates a GM-first standard winch receiver. It is designed to handle an impressive 9,000-pound capacity winch for freeing a vehicle that's helplessly grounded. An extension for the receiver could also be used for adding such accessories as a bicycle rack. The receiver itself has the same diameter as the standard integrated rear trailer hitch receiver. Therefore, the front receiver could also be fitted with a hitch that would allow pushing a boat into the water, for example. The winch platform, including the receiver and a bracket, is built right into a thick front crossmember as an integral part of the vehicle's design. Paired tow loops up front complement the distinctive HUMMER-style rear pivoting tow loops.

The mid-frame has a stamped-steel box section design, with common inner and outer sections and a clamshell-welded configuration. Its strength and stiffness help minimize ride and body vibrations, contributing to a smooth ride on-road and providing the strength and stiffness required to handle severe bumps and jolts. As in other GM SUVs, the composite fuel tank (with large, 33-gallon capacity) is mounted inside the left frame rail, ahead of the rear axle, for maximum protection.

The hydroformed, short rear-frame section helps create a high departure angle. It is heavily reinforced in key areas for H2's 8,600-pound GVWR capacity. The rear section incorporates a standard, integral trailer hitch receiver. Unlike with most SUVs (whose hitch receiver is added on), the H2's is built right into the last crossmember of the frame rail and developed into the bumper. A Class 3 trailer hitch is standard.

UNIQUE SUSPENSION INCLUDES NEW SELF-LEVELING REAR AIR SPRING SYSTEM

The H2's standard independent front torsion bar and five-link coil spring rear suspension provides excellent on-pavement ride comfort and control and a high degree of strength, control and rear-axle articulation off-road. An optional self-leveling air spring suspension for the rear takes comfort, control and off-road axle articulation to an even higher level.

FRONT SUSPENSION

The independent front torsion bar has 46mm monotube gas-charged shock absorbers, a large 35.9mm diameter tubular front stabilizer bar and unique tuning. The axle has a 4,000-pound capacity.

The front shocks contain unique features for off-road performance. They have a large, high-strength 40mm center tube and a secondary integral bump stop feature, which allows them to absorb jolts at two junctures. Full-size trucks typically have only one urethane front jounce bumper. When severe bumps push the suspension toward the frame, it acts like a final cushion to protect the suspension from hitting the frame. The H2 also has a secondary jounce bumper built into the shock. So, rather than taking all the load at the bump stop attached to the frame rail, it takes some of the load with the shock's built-in bump stop, slowing the suspension's travel before it hits its final cushion. The design is ideal for absorbing the extreme forces exerted on the jounce bumper during high-speed desert racing.

REAR SUSPENSIONS

There are two suspensions available for the rear: a standard five-link trailing arm coil spring suspension and optional self-leveling air spring suspension, available with the off-road package. The package also includes an air compressor and tire inflation accessory.

The standard five-link coil spring suspension's basic linkages include two forged-steel upper control arms and two stamped-steel lower control arms with bushings on each side for better isolation. These components control the solid rear axle's fore-aft and vertical position; a track bar controls the axle's lateral position. This suspension is inherently much smoother than a leaf-spring system. H2's suspension also features brand new variable-rate coil springs, longer shock absorbers and different linkage

positioning-all designed to provide more articulation for the rear axle during off-road operation.

The new variable-rate coil springs have a dual stage design for on-/off-road comfort and increased suspension articulation under demanding off-road conditions. On-road (or under lightly loaded conditions), their low or soft spring rate optimizes comfort. Off-road, the springs adjust themselves to varying road conditions. If a driver starts running through undulating terrain or speeding over rocks, the spring rate will progressively stiffen to help prevent high input forces at the rear from being transmitted to body and to keep the suspension from bottoming out. The springs actually progress from a low rate to a transitional and then a high rate. Aside from their excellent ride characteristics, they also provide good handling because, due to their progressive nature, they don't transfer weight to the same degree as conventional coil springs, thereby minimizing vehicle roll.

A specifically tuned, 30mm diameter rear stabilizer bar helps enhance off-road control. It has a tubular design, with a 5mm wall thickness, designed to provide high strength in a lightweight design. Like the stabilizer bar used with the air spring suspension, it is also specially contoured to help protect the more delicate drop links.

The optional, self-leveling air spring suspension system is brand new for GM. The system is available with the off-road suspension package. Targeted to dedicated off-road enthusiasts, it includes a high-capacity air compressor and inflation accessory. Rim protection, a reinforcement of the tire design that extends the durable rubber over the rim of the wheel, and triple sidewalls are standard as well. Rim protection adds extra protection to the tires and prevents them from slipping off the wheels when aired down.



The air spring suspension system's numerous benefits include:

· A smooth on-road ride. The air springs provide a 4.3-Hz rating (natural frequency), compared to the 4.5-Hz rating of the standard coil spring suspension.

· A longer suspension stroke for off-road operation. Longer, 719mm length shocks are used to provide an additional 20mm of rebound travel over that of the coil spring suspension. This improves traction by helping to maintain wheel contact with the ground over undulating terrain. The shock absorbers, although having the same 46mm diameter as those with the coil spring suspension, also feature a larger-diameter-size rod for increased durability.

· Automatic load leveling. If a customer loads up the rear of an H2, for example, the automatic load leveling suspension system will detect the drop in ride height and pump more air into the springs to restore a level condition. It has height sensors attached to the suspension links, which monitor and determine deviations from the standard height, and the system adjusts accordingly. The system includes an air dryer, which removes all the moisture from the air to prevent it from contaminating or degrading the springs. Because it's a closed system, once the springs are charged, they won't lose pressure.

· A driver-selectable rear suspension height elevation ("extended ride height") provides extra ground clearance at the rear and improves the vehicle's departure angle. Off-road, if the truck is in the "4 LO" transfer case mode, the driver can raise the rear suspension by 50mm (about two inches) using a ride height switch on the instrument panel. This increases the H2's rear departure angle from 35.9 degrees to 41 degrees. Once the vehicle's wheels are freed and driver leaves the rock, the system can be returned back to normal. Anytime the vehicle exceeds 20 mph, the system automatically restores the rear suspension to its standard height. Also, at freeway speeds (beginning around 50 mph), it will lower the rear end slightly to

09-50026-mg    Doc 10367-1    Filed 05/25/11    Entered 05/27/11 16:18:32    Exhibit Part
1    Pg 6 of 40

further improve the vehicle's stability.



B

# HUMMER

### LIKE NOTHING ELSE.™

## 2008 HUMMER H2 S[U]

## STANDARD EQUIPMENT

ITEMS FEATURED BELOW ARE INCLUDED AT NO EXTRA CHARGE IN THE STANDARD VEHICLE PRICE SHOWN.

- 5 YEAR / 100,000 MILE POWERTRAIN LIMITED WARRANTY SEE DEALER FOR DETAILS

**CHASSIS / SUSPENSION**
- ENGINE, 6.2L V8 VORTEC, 393 HP
- TRANSMISSION, 6 SPD AUTOMATIC
- 3-PIECE LADDER-TYPE FRAME
- INDEP FRONT SUSPENSION W/TORSION BARS
- COIL SPRING REAR SUSPENSION
- TRANSFER CASE, ELECTRONIC
- ELEC LOCKING REAR DIFFERENTIAL
- FRONT & REAR RECOVERY LOOPS
- UNDERBODY PROTECTION
- ROCKER PANEL PROTECTION
- 8600 LB GVW RATING
- REAR AXLE - 3.73

**SAFETY & SECURITY**
- STABILITRAK-STABILITY CONTROL

- AIRBAGS, DUAL FRONTAL, PASSENGER SIDE DEACTIVATION
- HEAD CURTAIN SIDE AIRBAGS, FRONT/REAR
- REMOTE VEHICLE START
- REMOTE KEYLESS ENTRY
- ANTILOCK BRAKE SYSTEM, HYDRAULIC POWER 4 WHEEL DISC
- TRACTION CONTROL SYSTEM
- DAYTIME RUNNING LAMPS
- AUTO HEADLAMPS
- THEFT DETERRENT SYSTEM
- BATTERY RUNDOWN PROTECTION
- 1 YR ONSTAR DIRECTIONS W/TURN-BY-TURN NAVIGATION (ASK DEALER ABOUT GEOGRAPHIC COVERAGE)

**INTERIOR FEATURES**
- SEATS, FRONT BUCKET, FULL LEATHER DRIVER & FRONT PASSENGER HEATED SEATS
- PWR SEAT ADJUST, DRIVER, FRONT PASSENGER 8 WAY POWER LUMBAR,

DRIVER, FRONT PASSENGER
- FOLD-FLAT REAR HEATED SEATS
- CRUISE CONTROL
- AUTO DUAL ZONE CLIMATE CONTROL
- CLIMATE CONTROL, REAR SEAT
- ILLUMINATED CENTER CONSOLE
- GLOBAL EXPRESS DOWN POWER WINDOWS
- REAR WINDOW DEFOGGER
- DRIVER INFORMATION CENTER
- LEATHER WRAP STEERING WHEEL W/ REDUNDANT CONTROLS
- MAP POCKETS IN FRT & RR DOORS
- AM/FM STEREO, 6 DISC CD CHANGER, W/ AUX. INPUT JACK
- AUDIO SYSTEM, BOSE PREMIUM SOUND, 9 SPEAKERS
- XM SATELLITE RADIO - SERVICE FEE EXTRA. 1ST 3 MOS. INCL.

**EXTERIOR FEATURES**
- REAR SPARE TIRE CARRIER
- CHROME DOOR HANDLES

## EPA Fuel Economy Estimates

These estimates reflect new EPA methods beginning with 2008 models.

### CITY MPG

### HIGHWAY MPG

NOT APPLICABLE TO THIS VEHICLE

Expected range
for most drivers
**XX to XX** MPG

Expected range
for most drivers
**XX to XX** MPG

This veh[icle]
for front[...]

Source:
Administ[...]

**Your actual
mileage will vary**
depending on how you
drive and maintain
your vehicle.



See the FREE Fuel Economy Guide at dealers or www.fueleconomy.gov

**EXTERIOR: SLATE BLUE METALLIC**  **ENGINE, 6.2L V8 VORTEC**
**INTERIOR: EBONY**  **TRANSMISSION, 6 SPD AUTOMATIC**

### Visit us at www.HUMMER.com

| | |
|---|---|
| HROME FUEL FILLER DOOR | |
| OWER FOLDING HEATED OUTSIDE | |
| RRORS | |
| ONT WINCH RECEIVER | |
| ASS III TRAILER HITCH | |
| CEIVER | |
| " ALUMINUM WHEELS | |
| RES, LT315/70R17 | |
| /OFF ROAD, BLACKWALL | |

| | |
|---|---|
| THIRD ROW SEAT | 860.00 |
| (DELETES REAR CARGO MAT) | |
| UNIVERSAL HOME REMOTE | 105.00 |

| | |
|---|---|
| TOTAL OPTIONS | $2,520.00 |
| TOTAL VEHICLE & OPTIONS | $59,210.00 |
| DESTINATION CHARGE | 900.00 |

**TOTAL VEHICLE PRICE\***  **$60,110.00**

TIONS & PRICING

MANUFACTURER'S SUGGESTED RETAIL PRICE

**ANDARD VEHICLE PRICE $56,690.00**

ONS INSTALLED BY THE MANUFACTURER (MAY REPLACE
IDARD EQUIPMENT SHOWN)

| | |
|---|---|
| VENTURE PACKAGE INCL: | 1,555.00 |
| SUSPENSION PACKAGE INCL: | |
| R COMPRESSOR | |
| R SPRINGS | |
| L GUARD | |
| UD/SUPERTOOL/FLASHLIGHT | |

RNMENT SAFETY RATINGS

not been rated by the government
, side crash or rollover risk.

l Highway Traffic Safety
(NHTSA).

fercar.gov or 1-888-327-4236

This label has been applied
pursuant to Federal law – Do not
remove prior to delivery to the
ultimate purchaser. Includes
Manufacturer's Recommended
Pre-Delivery Service. Does not
include dealer installed options
and accessories not listed above,
local taxes or license fees.

© 2007 General Motors Corporation
GMLBL_PROD_0010 - 06/03/2007

ORDER NO MBFNK1    SALES CODE E
SALES MODEL CODE RN25706
DEALER NO 31085
FINAL ASSEMBLY MISHAWAKA, IN    U.S.A.

VIN 5GRGN23878H107653

DEALER TO WHOM DELIVERED
GENERAL MOTORS CORPORATION
100 RENAISSANCE CTR/482-A25-C48
DETROIT, MI 48265-1000



**RO**

1GA0807580

C



## CERTIFICATE OF ORIGIN FOR A VEHICLE

32
17-35

4768

| | | | |
|---|---|---|---|
| **DATE** 01/30/08 | | **INVOICE NO.** RBLPD019 | |
| **VEHICLE IDENTIFICATION NO.** 5GRGN23878H107653 | **YEAR** 2008 | **MAKE** HUMMER | HID00288159 |
| **BODY TYPE** HUMMER 4-DOOR SUV | | **SHIPPING WEIGHT** 6550 | |
| **H.P. (S.A.E.)** 52.0 | **G.V.W.R.** 8600 | **NO. CYLS.** 08 | **SERIES OR MODEL** RN25706 |

N.T.R.
3/4

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

31035 MNRNK1

~~GENERAL MOTORS CORPORATION~~
100 RENAISSANCE CTR/SE/482-A25-C48
DETROIT                MI 48265-1000

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

```
*****************
* THIS VEHICLE*
*  HAS A      *
*  50-STATE   *
*  EMISSION   *
*  SYSTEM     *
*****************
G52109543
```

GENERAL MOTORS CORPORATION
& SUBSIDIARIES

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)        (AGENT)

DETROIT        MI 48243-1114
CITY - STATE

SSI 97031    Atlanta 6:

D

CUSTOMER #: 105741                                                    **CORAL CADILLAC**
                                                                      *The Dealer Is In*

                                                        5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
                                    **INVOICE**              BROWARD: 426-1800    TOLL FREE: 930-2672

SRIF RAFIK KODSY
393 LAUREL GREEN DRIVE                                              NOBODY OUT
NTON BEACH, FL 33437                  **PAGE 1**                    CADILLACS
ME:561-758-9858 CONT:N/A                                        *CORAL CADILLAC*
US:          CELL:                  **SERVICE ADVISOR:** 207 MICHAEL STANWYCK



| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| LUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 9AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|
| 6:19 20OCT08 | 16:06 23OCT08 | |

LINE OPCODE TECH TYPE HOURS                        LIST      NET      TOTAL
CUSTOMER STATES ENGINE WON'T STAY RUNNING
AUSE: MAS AIR FLOW SENSOR SHORTED OUT SET P0172 P0175 RICK CODES
    J5670 MASS AIRFLOW SENSOR REPLACEMENT
           47   WH2                                                   (N/C)
       1 15904068 SENSOR AS                                          (N/C)
       FC: 6G
       PART#: 15904068
       COUNT: 1
       CLAIM TYPE:
       AUTH CODE:    E
       OJ
    J6354 POWERTRAIN CONTROL MODULE ENGINE
       REPROGRAMMING WITH SPS
           47   WH2
       FC: 96 PART#: COUNT: 0                                        (N/C)
       CLAIM TYPE:
       AUTH CODE:    B
       MA

ARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:     0.00

5228 MAS AIR FLOW SENSOR SHORTED OUT SET P0172 P0175 RICK CODES
REPLACED MAS AIR FLOW SENSOR AND CLEARED AND REPROGRAMMED ECM WITH
UPDATED WCC 111AD FOR ECM R/R SPARK PLUGS AND CLEAN FROM MAS AIR FLOW
FAULED OKOLH FOR PROGRAM AND R/R SPARK PLUGS 1.1 OK 18618318 OK #18
           *************************************
  08080 SERVICE UPDATE INVENTORY ONLY - TRANS CONTROL MODULE REPGM
AUSE: TCM UPDTAED PROGRAM WCC 18F45
    V1741 Reprogram Transmission Control Module (TCM)
           47   WH2                                                   (N/C)
       FC: 93 PART#: COUNT: 0
       CLAIM TYPE:
       AUTH CODE:

ISCLAIMER OF WARRANTIES:
he seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
plied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
or authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
roduct.
.L. 93-637).
  UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
IAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
 THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
CTION."
OMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

**CUSTOMER COPY**

540280

**CORAL CADILLAC**
*The Dealer Is In™*

CUSTOMER #: 105741

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

RIF RAFIK KODSY
293 LAUREL GREEN DRIVE
NTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS:                    CELL:

PAGE 2

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

GM Parts

SERVICE ADVISOR:   207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|-----|---------|---------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 9AUG08 DD | | 11JUN2012 17:00 | 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----------|-----------------------------------|
| 6:19 20OCT08 | 16:06 23OCT08 | | |

LINE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL
       MA

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:     0.00

5228 TCM UPDTAED PROGRAM WCC 18F45 REPROGRAMMED TCM AND CLEARED ALL
CODES

*************************************************************

: COURTESY SERVICE WASH
    ISW COURTESY SERVICE WASH
        837  ISH                                          (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE C:     0.00

5224 ISW DONE

*************************************************************

)** CUSTOMER STATES CD PLAYER INOP
CAUSE: RADIO SHORTED OUT WON,T PLAY ANY CDS
    R0760 RADIO, REMOVE AND REPLACE
        47  WH2                                           (N/C)
    1 EX RADIO                                            (N/C)
    FC: 80C00
    PART#:
    COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    OJ

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:     0.00

5228 RADIO SHORTED OUT WON,T PLAY ANY CDS REPLACED RADIO AND
PROGRAMMED WCC 80C00 AND SET AS NEEDED

*************************************************************

)** CUSTOMER STATES EXCESSIVE RUST UNDER FRONT OF VEHICLE

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(F.P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
TOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

CUSTOMER COPY     2

CUSTOMER #: 105741                                540280

**CORAL CADILLAC**
*The Dealer Is In™*



INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800    TOLL FREE: 930-2672

ERIF RAFIK KODSY
293 LAUREL GREEN DRIVE
NTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
US:            CELL:

PAGE 3

**NOBODY OUT**
**CADILLACS**
*CORAL CADILLAC*

**GM** Parts

SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 9AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----------|-----------------------------------|
| 6:19 20OCT08 | 16:06 23OCT08 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

CAUSE: R/R BOTH FRONT AXLE AND TIE ROD ENDS RUSTING
    E8040 TIE ROD, INNER RIGHT ~~REPLACE~~ R+R (N/C)
        47   WH2                                                    (N/C)
    1 12345327 PAINT                                                (N/C)
    FC: 5W PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    VD

    E8041 TIE ROD, INNER LEFT ~~REPLACE~~ R+R
        47   WH2                                                    (N/C)
    FC: 5W PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:   B
    VD

PARTS:    0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE B:      0.00

5228 R/R BOTH FRONT AXLE AND TIE ROD ENDS RUSTING R/R BOTH FRONT
AXLES AND COATED WITH POR 15 RUST #PIT3749B: Underbody Corrosion AND
COATED TIE ROD ENDS AS WELL
    ************************************************************
** FOUND DURING REPAIR, BEFORE RADIO WAS REPLACED, L/CENTER A/C
    DEFLECTOR IS COMING APART
CAUSE: LEFT CENT A/C VENT LOOSE AND WON,T HOLD POSTION
    C2313 INSTRUMENT PANEL CLUSTER TRIM PLATE BEZEL
        REPLACEMENT
        47   WH2                                                    (N/C)
    1 25954826 BEZEL                                                (N/C)
    FC: 4N
    PART#: 25954826
    COUNT: 1
    CLAIM TYPE:
    AUTH CODE:

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
or authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY**
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
    MER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
    HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER #: 105741

540280



**CORAL CADILLAC**
*The Dealer Is In™*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2872

SERIF RAFIK KODSY
393 LAUREL GREEN DRIVE
BOYNTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS:               CELL:

PAGE 4

NOBODY OUT
CADILLACS
*CORAL CADILLAC*


GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|------------|----------|--------|------|---------|-----------|
| 9AUG08 DD | | 11JUN2011 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|---------|
| 16:19 20OCT08 | 16:06 23OCT08 | |

LINE OPCODE TECH TYPE HOURS                    LIST     NET     TOTAL
     VK

PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:      0.00

5228 LEFT CENT A/C VENT LOOSE AND WON,T HOLD POSTION REPLACED
COMPLETE RADIO BEZEL ASSEMBLY WITH BOTH A/C VENTS
     ********************************************************
** CUSTOMER CAME BACK TO DEALERSHIP AND STATED L/F SEAT HEATER IS INOP
     AT TIMES AND WILL GOFF OFF AFTER BEING ON FOR 5 MINUTES
     2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
          THIS TIME.
               47  ISH                                            (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE G:      0.00

5224 WORK AS DESIGN AT THIS TIME NO BULLTIENS NO UPDATED PROGRAMS
FOR HEATER MODULE
     ********************************************************
** REPAIR DINGS ON L/R DOOR AND R/F DOOR ANS PER JACK GARDNER
     3050 SUBLET REPAIRS
          309 SUBLET TECH LIC#: 256
               IUCI                                               (N/C)
SUBL PO#168998,PAINTLESS DENT REPAIR,REPAIR DENTS
     PO#540280
               IUCI                                               (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE H:      0.00
     ********************************************************

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
OF THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

**CUSTOMER COPY**

**CORAL CADILLAC**
*The Dealer Is In*

CUSTOMER #: 105741

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800    TOLL FREE: 930-2672

SERIF RAFIK KODSY
1293 LAUREL GREEN DRIVE
NTON BEACH, FL 33437
HOME:561-758-9858 CONT:N/A
BUS:                CELL:

PAGE 5



NOBODY OUT
CADILLACS
*CORAL CADILLAC*


GM Parts

540280

SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 5224/5228 | T3816 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 9AUG08 DD | | 11JUN2012 | 17:00 22OCT08 | | | CASH | 23OCT08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----------|-----------------------------------|
| 6:19 20OCT08 | 16:06 23OCT08 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

REPAIR 2 DOOR DINGS PER GET
READY PER JACK G

***** STATE OF FLA. REG. # MV-00488 *********
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. **PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
*********** www.coralcadillac.com ***********

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
or authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
SECTION."
CUSTOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER COPY**

CUSTOMER #: 105741

**CORAL CADILLAC**
*The Dealer Is It*

**INVOICE**

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

SERIF RAFIK KODSY
393 LAUREL GREEN DRIVE
NTON BEACH, FL 33437
...E:561-758-9858 CONT:N/A
US:                    CELL:

PAGE 1

NOBODY OUT
CADILLACS
CORAL CADILLAC

GM Parts

SERVICE ADVISOR:   207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| LUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6526/6553 | T3913 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 9AUG08 DD | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

R.O. OPENED          READY        OPTIONS:   STK:P08372 DLR:21038 1)DD CHECKED

2:51 05NOV08  14:46 12NOV08

INE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL

CUSTOMER STATES BRAKES SQUEL WHEN BRAKING AT HWY SPEEDS
AUSE: NO PARTS ON BACK ORDER
   2050 SPECIAL ORDER PART ON BACK ORDER
        26 GILROY,TREVOR LIC#: 256
             IP                                                          (N/C)
        1 25924485 PAD KIT                                               (N/C)
        1 63501 QUIET/BRAKE                                             (N/C)
ARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE A:      0.00

6526 NO PARTS ON BACK ORDER NO PARTS AVAILABLE AT THIS TIME
*****************************************************************

CUSTOMER STATES ENGINE RUNS ROUGH AND BUZZES THRU IPC, SEE JOE B
JSE: EXHAUST VIBRATION
   L2004 EXHAUST SYSTEM ALIGN
        26 GILROY,TREVOR LIC#: 256
             WH2                                                         (N/C)
        1 10199232 DAMPNER A                                            (N/C)
        1 10199232 DAMPNER A                                            (N/C)
        2 PO#169202 CLAMPS                                              (N/C)
        FC: 2E
        PART#: 10199232
        COUNT: 4
        CLAIM TYPE:
        AUTH CODE:   E
        PQ

ARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE B:      0.00

5553 EXHAUST VIBRATION ENGINE FIRING PULSES TRANSFERING INTO
VEHICLE. INSTALL EXHAUST WEIGHT TO PIPE ,NECESSARY FOR VIBRATION IN
INTERIOR. 1.8 OLH FOR DIAGNOSTIC TIME PER #18. 18319318
*****************************************************************
BASIC 6,000 MILE SERVICE, CHG ENG OIL & FILTER, CHECK FLUIDS, INSPT

SCLAIMER OF WARRANTIES:
he seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
plied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
r authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
oduct.
.L. 93-637).
UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
AGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
OMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

**CUSTOMER COPY**





**CORAL CADILLAC**
*The Dealer Is In*

CUSTOMER #: 105741

541007

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

**INVOICE**

ERIF RAFIK KODSY
3 LAUREL GREEN DRIVE
TON BEACH, FL 33437
ME:561-758-9858  CONT:N/A
S:

**PAGE 2**



**NOBODY OUT
CADILLACS
CORAL CADILLAC**

GM Parts

CELL:                 **SERVICE ADVISOR:** 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| UE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6526/6553 | T3913 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| AUG08 DD | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| :51 05NOV08 | 14:46 12NOV08 | | |

| NE OPCODE TECH TYPE HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|

TIRES & PRESS, MULTI PNT INSPT, ROTATE 4 TIRES, INSTL WASHER
FLUID
USE: MAINTENANCE
6KH3 BASIC 6,000 MILE SERV, CHG ENG OIL & FILTER.
       CHK & FILL ALL FLUIDS, MULTI PNT INSPT,
INSPT TIRES & FILL TO PROPER PRESSURE,
ROTATE 4 TIRES, INSTALL WASHER FLUID
       26 GILROY,TREVOR LIC#: 256
             CMH2                                          56.15     56.15
       1 89017524 FILTER              14.67       6.60      6.60
BE OIL
             CMH2                                          19.20     19.20

RTS:     6.60  LABOR:     56.15  OTHER:     19.20  TOTAL LINE C:     81.95

8 MAINTENANCE PERFORM 6K SERVICE MAINTENANCE
       ******************************************************
COURTESY RENTAL TRANSPORTAION
USE: .
       Z7901 1 DAYS RENTAL; GOLD KEY COURTESY
             TRANSPORTATION
             309 SUBLET TECH LIC#: 256
                   WH2                                                (N/C)
       FC: 98 PART#: COUNT: 0
       CLAIM TYPE:
       AUTH CODE:
       MJ

RTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:     0.00

       ******************************************************
CUSTOMER STATES TRANS WON'T SHIFT WHEN ACCELERATING AT HWY SPEEDS,
       ATTN: JOE B
USE: TRANSMISSION CONTROL MODULE

CLAIMER OF WARRANTIES:
 seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
lied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
duct.
. 93-637).
UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
GNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
ER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
EREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |



CUSTOMER #: 105741

541007

**CORAL CADILLAC**
*The Dealer Is It™*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 428-1800   TOLL FREE: 930-2672

ERIF RAFIK KODSY
93 LAUREL GREEN DRIVE
NTON BEACH, FL 33437
E:561-758-9858 CONT:N/A
IS:         CELL:

PAGE 3



**NOBODY OUT
CADILLACS
CORAL CADILLAC**

GM Parts

SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| UE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6526/6553 | T3913 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| AUG08 DD | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| :51 05NOV08 | 14:46 12NOV08 | | |

| NE OPCODE TECH TYPE HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|
| K6562 CONTROL SOLENOID VALVE AND TRANSMISSION | | | | | |
| CONTROL MODULE ASSEMBLY REPLACEMENT | | | | | |
| 26 GILROY,TREVOR LIC#: 256 | | | | | |
| WH2 | | | | | (N/C) |
| 1 24241890 VALVE | | | | | (N/C) |
| 1 500FRT CHARGES | | | | | (N/C) |
| 1 24243897 F-SEAL KIT | | | | | (N/C) |
| FC: 6C | | | | | |
| PART#: 24241890 | | | | | |
| COUNT: 2 | | | | | |
| CLAIM TYPE: | | | | | |
| AUTH CODE:    E | | | | | |
| OV | | | | | |

RTS:     0.00   LABOR:     0.00   OTHER:     0.00    TOTAL LINE E:     0.00

553 TRANSMISSION CONTROL MODULE T.A.C CASE #10583778 11/12/08 .
ERFORM DIAG SYS CHECK. INSTALL TECH2 AND ROAD TEST TRUCK,COMMAND ALL
HIFT WHILE DRIVING ,OK, PART THROTTLE DOWN SHIFT TO 4th GEAR ENGINE
LAIR UP & DOES NOT INCREASE SPEED ON HIGHWAY , NO CODES C, CHECK TRANS
LUID LEVEL OK,ATTEMPT TO RECALIBRATE MODULE HAS CURRENT UPDATE. R & I
AN NECESSARY TO REPLACE TRANS MODULE . AFTER TRANS MODULE REPLACE TECH
OULD NOT REPROGRAM NEW MODULE , CODE #U0101 LOOS COMMUNICATIONCALL
ECH LINE , FOR INFO. CLAIM CODE #18F45 11/12/08. MULTIPLE ATTEMPT
BEFORE MODULE TAKES PROGRAM. 1.9 OLH FOR DIAGNOSIS AND TIME TO PROGRAM
ER #18 . 18319319
       ************************************************

L/WIPER STREAKS
USE: WORN INSERT
   B1783 WINDSHIELD WIPER BLADE REPLACEMENT
       26 GILROY,TREVOR LIC#: 256

| | | |
|---|---|---|
| WH2 | | (N/C) |
| 1 88944326 INSERT | | (N/C) |

SCLAIMER OF WARRANTIES:
e seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
plied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
r authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
oduct.
L. 93-637).
UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
AGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED **WARRANTY**
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
SECTION.
MER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

CUSTOMER SIGNATURE

STOMER #: 105741

**CORAL CADILLAC**
*The Dealer Is In!*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

ERIF RAFIK KODSY
93 LAUREL GREEN DRIVE
TON BEACH, FL 33437
:561-758-9858 CONT:N/A
S:            CELL:

PAGE 4

NOBODY OUT
CADILLACS
*CORAL CADILLAC*



SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| JE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6526/6553 | T3913 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| AUG08 DD | | 11JUN2012 | 17:00 05NOV08 | | | CASH | 12NOV08 |

R.O. OPENED     READY     OPTIONS:   STK:P08372 DLR:21038 1)DD CHECKED

:51 05NOV08   14:46 12NOV08

| NE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| FC: 4X | | | |

PART#: 88944326
COUNT: 1
CLAIM TYPE:
AUTH CODE:
OJ

RTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE F:    0.00

553 WORN INSERT REPLACE LS WIPER INSERT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COURTESY SERVICE WASH
ISW COURTESY SERVICE WASH
612 EDWARD,TRAVIS LIC#: 0
ISH                                    (N/C)
RTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE G:    0.00

553 isw done
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\* STATE OF FLA. REG. # MV-00488 \*\*\*\*\*\*\*\*\*
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. \*\*PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
\*\*\*\*\*\*\*\*\*\* www.coralcadillac.com \*\*\*\*\*\*\*\*\*\*

CLAIMER OF WARRANTIES:
seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
lied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
duct.
.. 93-637).
NDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
GNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
MER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
REOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 56.15 |
| PARTS AMOUNT | 6.60 |
| GAS, OIL, LUBE | 19.20 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 3.14 |
| TOTAL CHARGES | 85.09 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 5.11 |
| PLEASE PAY THIS AMOUNT | 90.20 |

**CUSTOMER COPY**

(9)

STOMER #: 105741 :541391

# CORAL CADILLAC

ACCOUNTING

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800    TOLL FREE: 930-2672

RIF RAFIK KODSY
LAUREL GREEN DRIVE
ON BEACH, FL 33437
ME:561-758-9858 CONT:N/A
:

PAGE 1

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

CELL:

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| IE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| EL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|
| 08 12NOV08 | 13:40 21NOV08 | |

| E OPCODE TECH TYPE A/HRS S/HRS | COST | SALE | COMP | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

USTOMER STATES ENGINE HAS CONSTANT VIBRATION DURING ACCELERATION AND
    DECCELERATION,
JSE: NOISE VIBRATION AT IPC
    D9737 08-01-39-002 Reposition A/C Compressor
      Discharge Line
        26 GILROY,TREVOR LIC#: 256
        WH2  0.00  0.30   810  3300                    33.00   33.00
    FC: 93 PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    MH

                          0      0 TPARTS
                         810   3300 TLABOR
:    0.00  LABOR:    33.00  OTHER:    0.00   TOTAL LINE A:    33.00

RSION 1 (EMP# 26,19NOV08 12:10): 6656 NOISE VIBRATION AT IPC
9737 0.93 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
ROM WHEEL WELL AREA
RSION 2 (EMP# 18,20NOV08 12:00): 6656 NOISE VIBRATION AT IPC
9737 0.93 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
ROM WHEEL WELL AREA
RSION 3 (EMP# 18,20NOV08 12:21): 6656 NOISE VIBRATION AT IPC
9737 0.93 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
ROM WHEEL WELL AREA. AFTER ABOVE REPAIR STILL HAD SOME VIBRATION IN
EERING WHEEL AND SEAT. COMPARED WITH LIKE VEHICLE HAD SAME VIBRATION.
LED REPORT WITH BOB MARTIN H2 BQM.
RSION 4 (EMP# 26,21NOV08 12:10): 6656 NOISE VIBRATION AT IPC
9737 0.90 PERFORM DOC#2049909 OPERATION RELOCATE A/C HIGH PRESURE HOSE
ROM WHEEL WELL AREA. AFTER ABOVE REPAIR STILL HAD SOME VIBRATION IN
EERING WHEEL AND SEAT. COMPARED WITH LIKE VEHICLE HAD SAME VIBRATION.
LED REPORT WITH BOB MARTIN H2 BQM. R & I STARTER AS PER BOB MARTIN
MOVE FLYWHEEL BOLTS AND RESTART ENGINE TO ISULATE VIBRATION, STILL
S VIBRATION WITH FLY WHEEL DISCONNECTED . 1.6 OLH FOR DIAGNOSTIC TIME
R #18. 18769316

CLAIMER OF WARRANTIES:
seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
ied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
uct.
. 93-637).
NDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
NUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ATION."
ER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
EREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

USTOMER SIGNATURE

ACCOUNTING COPY    (10)

CUSTOMER #: 105741



**CORAL CADILLAC**
The Dealer Is It™

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

INVOICE

ERIF RAFIK KODSY
393 LAUREL GREEN DRIVE
NTON BEACH, FL 33437
CME:561-758-9858 CONT:N/A
US:              CELL:

PAGE 1

**NOBODY OUT CADILLACS**
*CORAL CADILLAC*

GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|---|-----|---------|-----------------|-----|
| LUE | 08 | HUMMER H2 | | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 9AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----------|-----------------------------------|
| 7:08 12NOV08 | 13:40 21NOV08 | | |

INE OPCODE TECH TYPE HOURS                    LIST      NET      TOTAL

CUSTOMER STATES ENGINE HAS CONSTANT VIBRATION DURING ACCELERATION AND
DECCELERATION.
AUSE: NOISE VIBRATION AT IPC
  D9737 08-01-39-002 Reposition A/C Compressor
    Discharge Line
      26 GILROY,TREVOR LIC#: 256
        WH2                                                    (N/C)
    FC: 93 PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    MH

ARTS:     0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE A:      0.00

6656 NOISE VIBRATION AT IPC D9737 0.90 PERFORM DOC#2049909
OPERATION RELOCATE A/C HIGH PRESURE HOSE FROM WHEEL WELL AREA. AFTER
ABOVE REPAIR STILL HAD SOME VIBRATION IN STEERING WHEEL AND SEAT.
COMPARED WITH LIKE VEHICLE HAD SAME VIBRATION. FILED REPORT WITH BOB
MARTIN H2 BQM. R & I STARTER AS PER BOB MARTIN REMOVE FLYWHEEL BOLTS
AND RESTART ENGINE TO ISULATE VIBRATION, STILL HAS VIBRATION WITH FLY
WHEEL DISCONNECTED , 1.6 OLH FOR DIAGNOSTIC TIME PER #18: 18769316
        ******************************************

CUSTOMER STATES VEHICLE RIDES ROUGH AT ALL SPPEDS OVER 50 MPH
AUSE: NO FAULT FOUND
  2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
    THIS TIME.
      26 GILROY,TREVOR LIC#: 256
        ISH                                                    (N/C)
ARTS:     0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE B:      0.00

6656 NO FAULT FOUND PERFORM ROAD TEST , COULD NOT DUPLICATE
CONDITION AT THIS TIME. NORMAL CHARACTERISTIC OPERATION OF TRUCK,
COMPARE TO ANOTHER "H2" SAME CONDITION.

ISCLAIMER OF WARRANTIES:
he seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
mplied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
or authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
roduct.
P.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
AGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
TOMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
  HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

**CUSTOMER COPY**

CUSTOMER #: 105741

**CORAL CADILLAC**
*The Dealer Is In*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

ERIF RAFIK KODSY
393 LAUREL GREEN DRIVE
TON BEACH, FL 33437
OME:561-758-9858  CONT:N/A
US:                    CELL:

PAGE 2

NOBODY OUT
CADILLACS
*CORAL CADILLAC*



SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| LUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 9AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| 7:08 12NOV08 | 13:40 21NOV08 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

CUSTOMER STATES TRANS KICKS ON ACCEL AFTER COAST
CAUSE: REPROGRAM E.C.M
    J6354 POWERTRAIN CONTROL MODULE ENGINE
        REPROGRAMMING WITH SPS
            26 GILROY,TREVOR LIC#: 256
                WH2                                                    (N/C)
        FC: 111AD
        PART#:
        COUNT: 0
        CLAIM TYPE:
        AUTH CODE:
        OJ

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE C:    0.00

6656 REPROGRAM E.C.M PERFORM E.C.M TO COLLABORATE WITH TRANS MODULE
CLAIM CODE #111AD 11/18/08
*********************************************************

CUSTOMER STATES NOISE FROM DASH AREA AT HWY SPEEDS
CAUSE: WIND NOISE "A"PILLOR MOLDINGS
    B7570 MOLDING, WINDSHIELD SIDE PILLAR REVEAL
        RIGHT R&R OR REPLACE
            26 GILROY,TREVOR LIC#: 256
                WH2                                                    (N/C)
        1 25869091 MOLDING                                            (N/C)
        FC: 4N
        PART#: 25869091
        COUNT: 1
        CLAIM TYPE:
        AUTH CODE:
        N3
    B7571 MOLDING, WINDSHIELD SIDE PILLAR REVEAL LEFT
        R&R OR REPLACE

SCLAIMER OF WARRANTIES:
he seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
plied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
r authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
oduct.
.L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
AGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
PECTION."
MER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

**CUSTOMER COPY**

CORAL CADILLAC
The Dealer Is In™

STOMER #: 105741                          541391

INVOICE          5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
                 BROWARD: 426-1800   TOLL FREE: 930-2672

ERIF RAFIK KODSY
⌐⌐ LAUREL GREEN DRIVE                                   NOBODY OUT
...ON BEACH, FL 33437          PAGE 3            CADILLACS   
...ME:561-758-9858 CONT:N/A                            CORAL CADILLAC
...S:        CELL:               SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| ...UE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| ...EL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| ...AUG08 DD | | 11JUN2012 | 17:00 13NOV08 | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| :08 12NOV08 | 13:40 21NOV08 | | |

| NE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| 26 GILROY,TREVOR LIC#: 256 | | | |
| WH2 | | | (N/C) |
| 1 25869092 MOLDING | | | (N/C) |
| FC: 4N | | | |
| PART#: 25869092 | | | |
| COUNT: 1 | | | |
| CLAIM TYPE: | | | |
| AUTH CODE: | | | |
| N3 | | | |

...RTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE D:    0.00

... WIND NOISE "A"PILLOR MOLDINGS REPLACE BOTH "A"PILLOR MOLDINGS
...D NOISE TAG #101803 11/19/08
      *******************************************************

COURTESY RENTAL TRANSPORTAION
...SE:
    Z7901 1 DAYS RENTAL; GOLD KEY COURTESY
       TRANSPORTATION
       309 SUBLET TECH LIC#: 256
          WH2                                             (N/C)
    FC: 98 PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    MJ

...RTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE E:    0.00

      *******************************************************

COURTESY SERVICE WASH
    ISW COURTESY SERVICE WASH
       613   ISH                                          (N/C)

...CLAIMER OF WARRANTIES:
...seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
...ed warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
...authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
...uct.
...93-637).
...NDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
...NUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
...THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
...ION."
...ER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
...EREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

...USTOMER SIGNATURE

(12)

USTOMER #: 105741                                       541391

INVOICE

## CORAL CADILLAC
*The Dealer Is In®*

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800    TOLL FREE: 930-2672

RIF RAFIK KODSY
93 LAUREL GREEN DRIVE
TON BEACH, FL 33437
Me:561-758-9858 CONT:N/A
US:                    CELL:

PAGE 4

NOBODY OUT
CADILLACS
*CORAL CADILLAC*

GM Parts

SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| UE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 6608/6656 | T3967 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| AUG08 DD | 11JUN2012 | 17:00 13NOV08 | | | | CASH | 24NOV08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|----------|-----------------------------------|
| 7:08 12NOV08 | 13:40 21NOV08 | | |

| NE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|----|--------|------|------|-------|--|------|-----|-------|
| RTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE F: | | 0.00 |

6656 isw done

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\* STATE OF FLA. REG. # MV-00488 \*\*\*\*\*\*\*\*\*
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. \*\*PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
\*\*\*\*\*\*\*\*\*\*\* www.coralcadillac.com \*\*\*\*\*\*\*\*\*\*\*

SCLAIMER OF WARRANTIES:
e seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
lied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
duct.
L. 93-637).
UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
GNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
ECTION."
MER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
EREOF.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

**CUSTOMER COPY**                    (14)

# SCHUMACHER

CUSTOMER #: 240290

443188

3001-3031 Okeechobee Blvd.
West Palm Beach, FL 33409
www.SchumacherAuto.com

*INVOICE*

SERIF KODSY
5968 LAUREL OAK CIRCLE
RAY BEACH, FL 33484
OME:561-737-8998 CONT:N/A
US:                CELL:

| Schumacher Buick-Pontiac | (561) 615-3270 |
| Schumacher Saab | (561) 615-3298 |
| Schumacher Volkswagen | (561) 615-3345 |
| Hummer of the Palm Beaches | (561) 656-5010 |

PAGE 1

Registration MV-15866  MV-39987  MV-53731

SERVICE ADVISOR:  940396 DOUG BRADY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 7198/7214 | TH931 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 1JUN08 DD |  |  | 10:45 01DEC08 |  |  | CASH | 03DEC08 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2 Liter MPFI OHV |
|---|---|---|---|
| 0:42 01DEC08 | 12:48 03DEC08 |  |  |

| INE OPCODE TECH TYPE HOURS |  |  | LIST | NET | TOTAL |
|---|---|---|---|---|---|

AT HWY SPEEDS THERE IS A ROARING AND HOPING FELT AT NEARLY ALL SPEEDS
AUSE: ROAD TESTED TIRE VIBRATION 45MPH & UP
    E0435 TIRE, B F GOODRICH REPLACE
        1001  WSH
    3 89031270 BF3157017                                     (N/C)
    3 9591585 F-WT-.75OZ                                     (N/C)
    3 TWASTE EPA DISPOSAL                                    (N/C)
    OLH RODE FORCE
        1001  WSH                                           (N/C)

ARTS:   0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE A:    0.00

'214 ROAD TESTED TIRE VIBRATION 45MPH & UP ROAD TESTED TIRE
IBRATION 45MPH & UP 13HZ .09G'S CHECK RIMS, HUB BEARINGS BALANCE &
AD FORCE LF18 RF 31 RR40 LR37 INDEX 3 TIRES 30 36 35 ORDER 3 B F
DRICH TIRES MOUT 3 TIRES BALANCE & DO ROAD FORCE LF 11 RF7 RR17 LR18
*****************************************************
HUMMER SERVICE WASH
    HUMMERSERVWASH HUMMER SERVICE WASH
    97217  IHW
RTS:   0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE B:    (N/C)
                                                               0.00

*****************************************************
RENTAL VEHICLE C/P
USE: F
    RENTAL RENTAL VEHICLE C/P
        8888  WSH
    FC: PART#: COUNT:                                        (N/C)
    CLAIM TYPE:
    AUTH CODE:


BL HERTZ
        WSH                                                  (N/C)

PARTS ARE NEW UNLESS IDENTIFIED BY: LKQ USED; OR NPN IN THE PART NUMBER OR DESCRIPTION.
GENUINE ORIGINAL EQUIPMENT REPLACEMENT PARTS ARE COVERED BY A MANUFACTURER
RRANTY OF 12 MONTHS OR 12,000 MILES, WHICHEVER COMES FIRST.

STATEMENT OF DISCLAIMER
factory warranty constitutes all of the warranties with respect to the sale of this item\items.
Seller hereby expressly disclaims all warranties either express or implied, including any implied
ranty of merchantability or fitness for a particular purpose. Seller neither assumes nor
orizes any other person to assume for it any liability in connection with the sale of this
ms.

TOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS INSURANCE |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

CUSTOMER COPY

(15)

# SCHUMACHER

CUSTOMER #: 240290

443510

3001-3031 Okeechobee Blvd.
West Palm Beach, FL 33409
www.SchumacherAuto.com

ARIF KODSY
768 LAUREL OAK CIRCLE
DAY BEACH, FL 33484
NE:561-737-8998 CONT:N/A
IS:                    CELL:

\*INVOICE\*

DUPLICATE 1
PAGE 1

| Schumacher Buick-Pontiac | (561) 615-3270 |
| Schumacher Saab | (561) 615-3298 |
| Schumacher Volkswagen | (561) 615-3345 |
| Hummer of the Palm Beaches | (561) 656-5010 |

Registration No. MV-15866  MV-39987  MV-53731

SERVICE ADVISOR:   940396 DOUG BRADY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 7245/7245 | TH981 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| JUN08 DD |  |  | 17:30 05DEC08 |  |  | CASH | 05DEC08 |

| R.O. OPENED | READY | OPTIONS: | ENG:6.2_Liter_MPFI_OHV |
|---|---|---|---|
| :34 05DEC08 | 17:16 05DEC08 |  |  |

| NE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

AT IDLE THERE IS A VIBRATION FELT THROUGH THE TRUCK
USE: NPF
     S111 MISC BODY
          97263   CSH
                                                          0.00        0.00
RTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:        0.00

245 NPF NO DTC OR BULLETINS TO UPDATE .
          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RENTAL VEHICLE C/P
USE: F
     RENTAL RENTAL VEHICLE C/P
          8888   WSH
        FC: PART#: COUNT: 0                              (N/C)
        CLAIM TYPE:
        AUTH CODE:


RTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE B:        0.00

          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* C/S THERE IS STILL A HOP AS DRIVING OVER 25 MPH
USE: NPF
     S111 MISC BODY
          8888   CSH
RTS:     0.00  LABOR:     0.00  OTHER:     0.00                        0.00        0.00
                                               TOTAL LINE C:        0.00

245 NPF C/S STILL A HOP AFTER NEW TIRES NO CURRENT BULLETIN FOR
HIS ITEM.
          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

. PARTS ARE NEW UNLESS IDENTIFIED BY: LKQ USED; OR NPN IN THE PART NUMBER OR DESCRIPTION.
  GENUINE ORIGINAL EQUIPMENT REPLACEMENT PARTS ARE COVERED BY A MANUFACTURER
RRANTY OF 12 MONTHS OR 12,000 MILES, WHICHEVER COMES FIRST.

STATEMENT OF DISCLAIMER

factory warranty constitutes all of the warranties with respect to the sale of this item\items.
Seller hereby expressly disclaims all warranties either express or implied, including any implied
rranty of merchantability or fitness for a particular purpose. Seller neither assumes nor
orizes any other person to assume for it any liability in connection with the sale of this
ms.

TOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

(17)

CUSTOMER #: 240290

443188

# SCHUMACHER

*3001-3031 Okeechobee Blvd.*
*West Palm Beach, FL 33409*
*www.SchumacherAuto.com*

SERIF KODSY
5968 LAUREL OAK CIRCLE
RAY BEACH, FL 33484
HOME:561-737-8998 CONT:N/A
BUS:           CELL:

\*INVOICE\*

PAGE 2

| Schumacher Buick-Pontiac | (561) 615-3270 |
| Schumacher Saab | (561) 615-3298 |
| Schumacher Volkswagen | (561) 615-3345 |
| Hummer of the Palm Beaches | (561) 656-5010 |

Registration No. MV-15866  MV-39987  MV-53731

SERVICE ADVISOR:   940396 DOUG BRADY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|-----------|-----|---------|------------------|-----|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 7198/7214 | TH931 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 1JUN08 DD |  |  | 10:45 01DEC08 |  |  | CASH | 03DEC08 |

| R.O. OPENED | READY | OPTIONS:    ENG:6.2 Liter MPFI OHV |
|-------------|-------|--|
| 0:42 01DEC08 | 12:48 03DEC08 |  |

| LINE | OPCODE | TECH | TYPE | HOURS |  |  | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|--|------|-----|-------|
| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE C: |  |  | 0.00 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL PARTS ARE NEW UNLESS IDENTIFIED BY: LKQ USED; OR NPN IN THE PART NUMBER OR DESCRIPTION.
ALL GENUINE ORIGINAL EQUIPMENT REPLACEMENT PARTS ARE COVERED BY A MANUFACTURER
WARRANTY OF 12 MONTHS OR 12,000 MILES, WHICHEVER COMES FIRST.

**STATEMENT OF DISCLAIMER**
The factory warranty constitutes all of the warranties with respect to the sale of this item\items.
The Seller hereby expressly disclaims all warranties either express or implied, including any implied
warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor
authorizes any other person to assume for it any liability in connection with the sale of this
items.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

(16)

CUSTOMER #: 105741

## CORAL CADILLAC
*The Dealer Is In™*

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 3306
BROWARD: 426-1800   TOLL FREE: 930-2672

INVOICE

ERIF RAFIK KODSY
968 LAUREL OAK CIR
RAY BEACH, FL 33484-5539
HOME:561-758-9858 CONT:N/A
BUS:          CELL:

PAGE 1

NOBODY OUTS
CADILLACS
*CORAL CADILLAC*

**GM** Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| BLUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 9016/9022 | T3184 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 19AUG08 DD | | 11JUN2012 | 17:00 23DEC08 | | | CASH | 23DEC08 |

| R.O. OPENED | READY | OPTIONS: STK:P08372 DLR:21038 1)DD CHECKED |
|-------------|-------|---------|
| 09:21 22DEC08 | 13:25 23DEC08 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

A CUSTOMER STATES VIBRATION AT HWY SPEEDS 45-55
    2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
        THIS TIME.
        517   ISH                                        (N/C)

PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE A:   0.00

9022 ROAD TESTED O.K. VEHICLE EXHIBITS SOME RAIL SHAKE
CHRACTERISTIC OF SUV'S.
        **********************************************************

B CUSTOMER STATES BRAKES SQUEEL
CAUSE: front brakes squeel
    H0042 PADS, DISC BRAKE FRONT R&R OR REPLACE
       517   WH2                                       (N/C)
     1 25924485 PAD KIT                                 (N/C)
     FC: 02R03
     PART#: 25924485
     COUNT: 1
     CLAIM TYPE:
     AUTH CODE:
     NV

PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE B:   0.00

9016 front brakes squeel nec to replace front pads see doc 2128875.
labor op h0042
        **********************************************************

C CUSTOMER STATES ENGINE IDLES ROUGH
    2000 ROAD TESTED 6 MILES. VEHICLE EXHIBITS NORMAL
        IDLE QUALITY FOR 6.2 LITRE ENGINE.
        PREVIOUSLY COMPARED WITH LIKE VEHICLE.
        517   ISH                                        (N/C)

PARTS:   0.00  LABOR:   0.00  OTHER:   0.00  TOTAL LINE C:   0.00

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(P.L. 93-637).
"I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER **LIMITED WARRANTY**
BY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
    OMER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
HEREOF.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

K

CUSTOMER SIGNATURE

**CUSTOMER COPY**

CUSTOMER #: 105741

543204





**CORAL CADILLAC**
*The Dealer Is In™*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800   TOLL FREE: 930-2672

ERIF RAFIK KODSY
968 LAUREL OAK CIR
AY BEACH, FL 33484-5539
:561-758-9858 CONT:N/A
S:                    CELL:

PAGE 2

**NOBODY OUT**
**CADILLACS**
*CORAL CADILLAC*

GM Parts

SERVICE ADVISOR: 207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| UE | 08 | HUMMER H2 | | 5GRGN23878H107653 | | 9016/9022 | T3184 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| AUG08 DD | | 11JUN2012 | 17:00 23DEC08 | | | CASH | 23DEC08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| :21 22DEC08 | 13:25 23DEC08 | | |

| NE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

022 ROAD TESTED 6 MILES. VEHICLE EXHIBITS NORMAL IDLE QUALITY FOR
.2 LITRE ENGINE. PREVIOUSLY COMPARED WITH LIKE VEHICLE.
*********************************************************

COURTESY RENTAL TRANSPORTAION
USE:
    Z7901 1 DAYS RENTAL; GOLD KEY COURTESY
        TRANSPORTATION
        309 SUBLET TECH LIC#: 256
            WH2                                    (N/C)
    FC: 98 PART#: COUNT: 0
    CLAIM TYPE:
    AUTH CODE:
    MJ

| RTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE D: | 0.00 |
|---|---|---|---|---|---|---|---|

*********************************************************
CUSTOMER STATES TRANS HESITATES/SHIFTS HARSH ON REACCEL, SEE JOE
    2000 VEHICLE IS OPERATING TO SPECIFICATIONS AT
        THIS TIME.
        517 ISH                                    (N/C)

| RTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE E: | 0.00 |
|---|---|---|---|---|---|---|---|

022 ROAD TESTED O.K. PREVIOUSLY REPROGRAMMED W/SOFTWARE UPDATE.
*********************************************************
* COURTESY SERVICE WASH
    ISW COURTESY SERVICE WASH
        837 ISH                                    (N/C)

| RTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE F: | 0.00 |
|---|---|---|---|---|---|---|---|

022 isw done
*********************************************************

CLAIMER OF WARRANTIES:
seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
lied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
duct.
.. 93-637).
UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
GNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
PECTION."
MER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
EREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

CUSTOMER COPY

(19)

CUSTOMER #: 105741

543204

**CORAL CADILLAC**
*The Dealer Is In*

INVOICE

5101 NORTH FEDERAL HIGHWAY POMPANO BEACH, FL 33064
BROWARD: 426-1800    TOLL FREE: 930-2672

ERIF RAFIK KODSY
468 LAUREL OAK CIR
RAY BEACH, FL 33484-5539
OME:561-758-9858 CONT:N/A
JS:                    CELL:

PAGE 3



NOBODY OUT
CADILLACS
*CORAL CADILLAC*


GM Parts

SERVICE ADVISOR:  207 MICHAEL STANWYCK

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| LUE | 08 | HUMMER H2 | 5GRGN23878H107653 | | 9016/9022 | T3184 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 2AUG08 DD | | 11JUN2012 | 17:00 23DEC08 | | | CASH | 23DEC08 |

| R.O. OPENED | READY | OPTIONS: | STK:P08372 DLR:21038 1)DD CHECKED |
|---|---|---|---|
| 2:21 22DEC08 | 13:25 23DEC08 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|

```
***** STATE OF FLA. REG. # MV-00488 *********
OUR GOAL IS 100% CUSTOMER SATISFACTION. IF
YOU HAVE ANY QUESTIONS I CAN BE REACHED AT
(954) 426-1800 ext 389 JOE BARDILL
SERVICE DIRECTOR. **PARTS MARKED W/"W" ARE
COVERED BY A LIFE TIME WARRANTY.
*********** www.coralcadillac.com **********
```

DISCLAIMER OF WARRANTIES:
The seller, CORAL CADILLAC, hereby expressly disclaims all warranties, either express or implied, including any
implied warranty of merchantability or fitness for a particular purpose, and CORAL CADILLAC, neither assumes
nor authorizes any other person to assume for it any liability in connection with the sale of the vehicle or
product.
(L. 93-637).
I UNDERSTAND THAT ALL PARTS AND ACCESSORIES SOLD OR USED ARE SUBJECT TO THE FEDERAL
MAGNUSON MOSS ACT AND THE CONSUMER MERCHANDISE PURCHASED IS UNDER LIMITED WARRANTY
BY THE MANUFACTURER AND THE WRITTEN TERMS AND CONDITIONS THEREOF ARE AVAILABLE FOR MY
INSPECTION."
BUYER HEREBY ACKNOWLEDGES RECEIPT OF ABOVE MENTIONED VEHICLE, AND RECEIPT OF INVOICE
THEREOF.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER SIGNATURE

CUSTOMER COPY

E

**HAGEN RANCH TEXACO**
7450 West Boynton Beach Blvd
Boynton Beach, FL 33437-0000
Shop Phone: (561) 732-1323

Invoice
**5232**
Estimate Ref #5,571
Date Printed: 01/02/2009
Printed Time: 12:28 pm
MV 52815

Ref:
**DSY, SHERIF**

THANK YOU FOR CHOOSING HAGEN RANCH TEXACO

Time Promised:

2008 HUMMER  H2  V8 6.2L 6199CC 378CID FI GAS N 8 L92
VIN: 5GRGN23878H107653

ne:        Work:

License:

Unit #:

DOM:

Mileage In: 9,101
Mileage Out: 9,101

Date Written: 01/02/2009
Written By:
Save Old Parts: No

#1

or    Rate 1

BILLY

Work Requested - CHECK CAR&TEST DRIVE ,CAR
HAS VIBRATION

0.00          82.00          0.00

Job Total:          0.00

# HANK YOU FOR YOUR CONTINUED BUSINESS!!

RRANTY 1 YEAR PARTS 90 DAYS LABOR.  EXCLUDING ELECTRICAL PARTS

DS TO BRING BACK TO DEALER FOR FURTHER REPAIR &WARRANTY

| | |
|---|---|
| Parts: | $0.00 |
| Labor: | $0.00 |
| Sublet: | $0.00 |
| Misc: | $0.00 |
| Hazmat:* | $0.00 |
| Supplies:* | $0.00 |
| Tax: | $0.00 |
| **Total:** | **$0.00** |
| Less Paid: | 0.00 |
| **Balance Due:** | **$0.00** |

# BOCA RATON TIRE & CENTER

10 NW 28TH ST
BOCA RATON, FL 33431
(561)391-6666, FL REG# MV58766



**INVOICE**
**1689**

03/13/09  03/13/09
04:23 PM  04:50 PM
TERR: 1634
NONSIG: 164561

: 01

TO: ALL RESTORATION SERVICES
SHERIF
15968 LAUREL OAK CR
DELRAY BEACH, FL 33484

| IE 1....... (561)737-8998 | VEH YEAR/MAKE. 08 HUMMER |
| IE 2....... | VEHICLE MODEL. H2 |
| PROMISED  03/13/09 | VEHICLE COLOR. |
| PROMISED | LICENSE/STATE. |
| RN PARTS.. NO | ODOMETR IN/OUT 11658 / 11658 |
| SMAN...... 034 / 034 | PRIOR INVOICE. 028688 |

IT #  COB  TC  CUST#  TYPE/STATE  AUTHORIZATION  CREDIT CARD NO.
)051  M   01  05968  O    FL     159238    HDC  3886

| TECH | PRODUCT CODE | BC | QTY | DESCRIPTION | PARTS | LBR/EXCISE | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 019 | 093-608 | R | 1 | DIAGNOSTIC CHECK | .00 | 86.00 | 86.00 |
| 019 | 048-170 | R | 1 | ESTIMATE/WORK ORDER PREPARATION | .00 | .00 | .00 |
| 019 | 093-002 | R | 1 | ADDITIONAL REPAIRS RECOMMENDED | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | SCANNED VEHICLE NO CODES AT THIS TIME. WE | .00 | .00 | .00 |
| | 047-100 | R | 1 | DO FEEL A ROUGH IDLE & ENGINE VIBRATION. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | VEHICLE SHIFTS HARD INTERMITTENLY.WE DID | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | FIND A TSB FOR CLEANING OUT INJECTORS. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | ALSO CHECKED OUT BRAKES FOR NOISE. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | NOTICED SCUFF MARKS ON ROTORS. | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | WE RECOMMEND TAKING BACK TO THE DEALER | .00 | .00 | .00 |
| 019 | 047-100 | R | 1 | FOR FURTHER INSPECTION & WARRANTY REPAIRS | .00 | .00 | .00 |

CALL SCOTT, SIDNEY,OR MIKE FOR ALL OF YOUR AUTOMOTIVE NEEDS.IF YOU EVER HAVE
ANY QUESTIONS ABOUT OUR SERVICES. WE WILL GLADLY ANSWER THEM FOR YOU !!
THANK YOU FOR YOUR BUSINESS & YOUR CONTINUED PATRONGE.

RSTAND THAT ALL CUSTOM WHEEL LUG NUTS MUST BE RE-TORQUED AFTER 25 MILES AND CHECKED PERIODICALLY. _____
(signature)

| | | PARTS TOTAL........ | .00 |
| | | LABOR TOTAL........ | 86.00 |
| CHARGED AMOUNT | 86.00 | SUB TOTAL.......... | 86.00 |
| TAXABLE AMOUNT | .00 | SALES TAX.......... | .00 |

----------------------
TOMER AUTHORIZATION FOR TOTAL       **INVOICE  TOTAL**       **$86.00**

ALL PARTS LISTED ARE NEW, UNLESS OTHERWISE STATED

# EE REVERSE SIDE FOR IMPORTANT SAFETY
# WARNING AND WARRANTY INFORMATION

**HAVE A QUESTION OR PROBLEM?**
Please tell our store manager. We value your opinion as much as your
business. Should you need additional assistance, call our
CUSTOMER ASSISTANCE LINE 1-800-321-2136

**FW   REE UNDER WARRANTY**

**RW - REDUCED COST UNDER WARRANTY**

401 NE 6th Avenue (Federal Hwy.)
DELRAY BEACH, FLORIDA 33483
(561) 272-05.44
Fax (561) 272-7522

NAME: Hart Paul Korley

ADDRESS: 15168 Laurel Oak Cir

CITY/STATE/ZIP

YEAR, MAKE AND MODEL: 08 Hummer H2

SERIAL/VIN NO: 5GRGN23878H107653

**SERVICES REQUESTED/DESCRIPTION OF WORK**

Scan CC company system

Note block level out of spec

fuel ratio out of spec

Cause a misfire problem

comes from having chain

installed wrong

fuel & timing problem internal

engine problem

(Note) engine should be replaced

1 Inspect for vibration/miss

2 ck for vibration on acceleration

This charge represents costs and profits to the motor vehicle repair facility for MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL.

NOTARY STAMP:
WATSEN FRANCOIS
Notary Public - State of Florida
My Commission Expires Feb 8, 2011
Commission # DD 629864
Bonded Through National Notary Assn.

FL DL # M000-793-64-459-0   DOB 12/19/94

**PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW, AND SIGN: I UNDERSTAND THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.**

☐ I REQUEST A WRITTEN ESTIMATE.

☑ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ ___ . THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED _____ DATE 05/04/2009

I hereby authorize the above repair work to be done along with the necessary materials. You and your employees may operate vehicle for purposes of testing, inspection, or delivery at my risk. It is understood that you will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control.

**Maroone**
**CHEVROLET OF DELRAY**
*"We are a Complete Full Service*
*Parts & Service Facility"*
1111 LINTON BLVD. · DELRAY BEACH, FLORIDA 33444
PHONE: (561) 454-3900 · TOLL FREE 800-929-5213
REGISTRATION NO. MV-33283
PARTS & SERVICE HOURS:
MON-FRI 7AM-7PM · SAT: 8AM-5PM · SUN: 9AM-5PM
www.maroone.com

OMER #: 4754077

447738

INVOICE

HERIF KODSY
5968 LAUREL OAK CIRCLE
AY BEACH, FL 33484
ONE:561-737-8998 CONT:N/A
US:               CELL:

PAGE 1

SERVICE ADVISOR:  9228 STEVEN BRENIS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 18540/18540 |  |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 5JUN08 IS |  |  | 19:00 12NOV09 |  | 0.00 | CASH | 12NOV09 |
| 5JUN08 DD |  |  |  |  |  |  |  |

| R.O. OPENED | READY | OPTIONS: | DLR:26200  ENG:6.2_Liter_MPFI_OHV |
|---|---|---|---|
| 2:58 12NOV09 | 13:01 12NOV09 |  |  |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

C/S VIBRATION AT IDLE AND ON ACCLERATION-VISIBLE VIBRATION FROM
ENGINE
    06 DID NOT ADDRESS FURTHER WITH DIAG AT THIS TIME
        1417    C                                          0.00        0.00
ARTS:   0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:     0.00

*************************************************

Open Sundays starting November 1st

EASE SEE THE LIMITED WARRANTY ON THE REVERSE SIDE OF THIS
EPAIR INVOICE.

IOP SUPPLIES AND HAZARDOUS MATERIALS CHARGES: We have added
charge equal to 12% of the cost of parts & labor up to a maximum of
9.75. "This charge represents costs and profits to the motor repair facility
r miscellaneous shop supplies or waste disposal." (s.559.905 (l) (h))

e State of Florida requires a $1.00 fee to be collected for each new tire
ld in the state (s.403.718), and a $1.50 fee to be collected for each new
nufactured battery sold in the state, (s.403.7185).

CUSTOMER SIGNATURE

**ALL PARTS INSTALLED ARE NEW UNLESS OTHERWISE INDICATED**

| PAYMENT METHOD | | DESCRIPTION | TOTALS |
|---|---|---|---|
| CASH | AMERICAN EXPRESS | LABOR AMOUNT | 0.00 |
| CHECK | VISA | PARTS AMOUNT | 0.00 |
|  |  | GAS, OIL, LUBE | 0.00 |
| DISCOVER | MASTERCARD | SUBLET AMOUNT | 0.00 |
| INTERNAL | OTHER | MISC. CHARGES | 0.00 |
|  |  | TOTAL CHARGES | 0.00 |
| STATE OF FLORIDA | | LESS INSURANCE | 0.00 |
| REGISTRATION NUMBER | | SALES TAX | 0.00 |
| #MV - 33283 | | PLEASE PAY THIS AMOUNT | 0.00 |

AP.©2006 ADP (05/06)

**CUSTOMER COPY**

GM | **Connect**

JARROD PILONE

November 2 2010

☒ Update My Profile
☒ Logout

Global Warranty Management: Main › Interface With Customer › View Vehicle Summary

| INTERFACE WITH CUSTOMER | ANALYZE WARRANTY | MANAGEMENT PLANNING | PREPARE PARTS RETURN | USER OPTIONS |

## View Vehicle Summary

This screen allows GMVIS users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio information (if applicable).

For this vehicle:

- View Vehicle Summary
  - Service Contract
  - Branded Title
  - Warranty Block
- View Vehicle Build
- View Vehicle Component Summary
- View Vehicle Transaction History Detail
- View Vehicle Delivery Information

- Investigate Major Assembly History

### Vehicle Information

VIN: 5GRGN23878H107653                Model: RN25706-2008 HUMMER H2 SUV
Service Contract: No        Branded Title  No        Warranty Block. No        PDI Status. No
Order Type: 8J  DEALER USED CAR (CVMS USE)
Field Actions: 0_Open

### Required Field Actions

Open field actions are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|------|--------|--------------|-------------|--------------|--------|
| Service Update Bulletins | N080080 | 08080 | SERVICE UPDATE INVENTORY ONLY - TRANS CONTROL MODULE REPGM - *EXP. 3/31/09* | 03/04/2008 | Closed |

### Branded Title

*The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.

Vehicle has no current record of branded titles.

### Warranty Block

Vehicle has no current record of warranty block.

### Service Information

Vehicle has no current record of outstanding service information.

### OnStar and XM Satellite Radio Information

Refer to Help page for details. For OnStar contact 888.ON.STAR1 (888.667.8271) and for XM Radio contact 877.GET.XMST (877.438.9677).

OnStar Equipped: Y                                    OnStar Status: Inactive
XM Equipped. Y                XM Radio ID. WUPCY0CB       XM Status. Inactive
OnStar Vehicle Diagnostics. N                         DMN Enabled  N

### Applicable Warranties

Valid warranties are highlighted

| Valid | Description | Start Date | Effective Odometer | End Date | End Odometer |
|-------|-------------|------------|--------------------|----------|--------------|
|  | Emission Select Component Ltd Wty | 06/11/2008 | 0 MI | 06/11/2016 | 80,000 MI |
|  | Powertrain Limited Warranty | 06/11/2008 | 0 MI | 06/11/2013 | 100,000 MI |

| | | | | | |
|---|---|---|---|---|---|
| Bumper to Bumper Limited Warranty | 06/11/2008 | 0 MI | 06/11/2012 | 50,000 MI |
| Corrosion Limited Warranty | 06/11/2008 | 0 MI | 06/11/2014 | Unlimited |
| Emission Limited Warranty | 06/11/2008 | 0 MI | 06/11/2013 | 50,000 MI |

## Service Contract

Vehicle has no current record of service contracts.

## Transaction History

View Details

| Job Card Date | Job Card Number | Transaction Type | Transaction Adjustment | Labour Operation | Odometer Reading |
|---|---|---|---|---|---|
| 12/22/2008 | 543204 | ZREG----Regular Vehicle Transaction | | Z7200 - CORPORATE PARTS RETURN REIMBURSEMENT | 9,016 MI |
| 12/22/2008 | 543204 | ZREG----Regular Vehicle Transaction | | H0042 - Pads, Disc Brake - Front - R&R Or Replace | 9,016 MI |
| 12/22/2008 | 543204 | ZREG----Regular Vehicle Transaction | | Z7902 - 2-DAY COURTESY TRANSPORTATION | 9,016 MI |
| 12/01/2008 | 443188 | ZREG----Regular Vehicle Transaction | | E0435 - B F Goodrich Tire Replacement | 7,198 MI |
| 12/01/2008 | 443188 | ZREG----Regular Vehicle Transaction | | Z7902 - 2-DAY COURTESY TRANSPORTATION | 7,198 MI |
| 11/12/2008 | 541391 | ZREG----Regular Vehicle Transaction | | D9737 - Reposition A/C Compressor Discharge Line | 6,608 MI |
| 11/12/2008 | 541391 | ZREG----Regular Vehicle Transaction | | J6354 - Powertrain Control Module Engine Reprogramming with SPS | 6,608 MI |
| 11/12/2008 | 541391 | ZREG----Regular Vehicle Transaction | | B7570 - Windshield Side Reveal Molding Replacement | 6,608 MI |
| 11/12/2008 | 541391 | ZREG----Regular Vehicle Transaction | | B7571 - Molding, Windshield Side Pillar Reveal - Left - R&R Or Replace | 6,608 MI |
| 11/12/2008 | 541391 | ZREG----Regular Vehicle Transaction | | Z7920 - Incidental Expense Reimbursement | 6,608 MI |
| 11/05/2008 | 541007 | ZREG----Regular Vehicle Transaction | | L2020 - Hanger And/Or Clamp, Exhaust System - Replace | 6,526 MI |
| 11/05/2008 | 541007 | ZREG----Regular Vehicle Transaction | | Z7920 - Incidental Expense Reimbursement | 6,526 MI |
| 11/05/2008 | 541007 | ZREG----Regular Vehicle Transaction | | K6562 - Control Solenoid Valve and Transmission Control Module Assembly Replacement | 6,526 MI |
| 11/05/2008 | 541007 | ZREG----Regular Vehicle Transaction | Full Debit | B1783 - Windshield Wiper Blade Replacement | 6,500 MI |
| 11/05/2008 | 541007 | ZREG----Regular Vehicle Transaction | | B1783 - Windshield Wiper Blade Replacement | 6,500 MI |
| 11/05/2008 | 541007 | ZREG----Regular Vehicle Transaction | | Z7200 - CORPORATE PARTS RETURN REIMBURSEMENT | 6,526 MI |
| 10/24/2008 | 540468 | ZREG----Regular Vehicle Transaction | | Z7920 - Incidental Expense Reimbursement | 5,224 MI |
| 10/21/2008 | 540280 | ZREG----Regular Vehicle Transaction | | R0754 - RADIO RECEIVER- RETURN TO AC/DELCO ESC | 5,224 MI |
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | | Z7200 - CORPORATE PARTS RETURN REIMBURSEMENT | 5,224 MI |

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | J6354 - Powertrain Control Module Engine Reprogramming with SPS | 5,224 MI | |
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | C2328 - Instrument Panel Cluster Trim Plate Replacement | 5,224 MI | |
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | J5670 - Mass Airflow Sensor Replacement | 5,224 MI | |
| 10/20/2008 | 540280 | ZFAT----Field Action Recall | V1741 - 08080 - Reprogram Transmission Control Module (TCM) | 5,224 MI | |
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | R0760 - Radio, Remove and Replace | 5,224 MI | |
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | E8040 - Tie Rod, Inner - Right - Replace | 5,224 MI | |
| 10/20/2008 | 540280 | ZREG----Regular Vehicle Transaction | E8041 - Tie Rod, Inner - Left - Replace | 5,224 MI | |

Global Warranty Management: Site Map

Privacy Policy   |   Terms of Use

© 2005 General Motors. All rights reserved.