# MarooneD

### CHEVROLET OF DELRAY

*"We are a Complete Full Service*
*Parts & Service Facility"*

1111 LINTON BLVD. · DELRAY BEACH, FLORIDA 33444
PHONE: (561) 454-3900 · TOLL FREE 800-929-5213
REGISTRATION NO. MV-33283
PARTS & SERVICE HOURS:
MON-FRI 7AM-7PM · SAT: 8AM-5PM · SUN: 9AM-5PM
www.maroone.com

USTOMER #:4754077

HERIF KODSY
5968 LAUREL OAK CIRCLE
RAY BEACH, FL 33484
.E:561 737-8998 CONT:561-737-8998
US:            CELL:

WORKORDER
REPRINT
PAGE 3

SERVICE ADVISOR: 3235 PILONE, JARROD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
|       | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 18586/ | T3166 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 6JUN08 IS |  |  | 18:00 02NOV10 |  |  | CASH |  |
| 6JUN08 DD |  |  |  |  |  |  |  |

R.O. OPENED            READY            OPTIONS:   DLR:26200 ENG:6.2_Liter_MPFI_OHV

2NOV2010 14:47

| INE OP CODE | TECH. | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|-------------|-------|------|---------------------------|
| F *11 |  | WCT | INTERMITTENTLY, WILL ONLY BLOW HOT ON ONE SIDE WHEN THE OTHER IS BLOWING COLD AC AIR |
| G *22 |  | WCT | C/S BRAKES SQUEAK WHEN BRAKES HEATED UP, PLEASE CHECK AND ADVISE |
| H *MULTI-N |  |  | ICEPS MULTI POINT INSPECTION NOT PERFORMED ON THIS VISIT. |

OMMENTS  SHUTTLE CC created 2010-11-02 02:11:00pm taken by DME BDC

LIENT LABOR CHARGES ARE BASED ON FLAT RATE AND HOURLY UNLESS OTHERWISE INDICATED.
ou will be notified upon completion of any diagnostic work necessary to estimate the cost of repair or if
e actual charges will exceed the written estimate, including any additional authorized charges, by $10 or
0%, whichever is greater, not to exceed $50.00
dditional person authorized to approve performance of repairs, if customer desires to designate

ch person _____ Phone:_____ Date:_____

PLEASE READ CAREFULLY, CHECK ONE OF THE
STATEMENTS BELOW AND SIGN:
UNDERSTAND THAT UNDER STATE LAW, I AM
ENTITLED TO A WRITTEN ESTIMATE, IF MY
FINAL BILL WILL EXCEED $100.00.
☐ I REQUEST A WRITTEN ESTIMATE.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE
S LONG AS THE REPAIR COSTS DO NOT
XCEED $_____ . THE SHOP MAY NOT
XCEED THIS AMOUNT WITHOUT MY WRITTEN
OR ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED:_____ DATE:_____

ADDITIONAL REPAIRS AUTHORIZED: I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN
INCREASE IN THE ORIGINAL ESTIMATED PRICE.

ESTIMATE  $_____                          TIME _____
ADDITIONAL $_____                          DATE _____
TOTAL     $_____                          OK'D _____
CUSTOMER
SIGNATURE X

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.
Dealer will dispose of replaced parts, unless subject to a manufacturer's warranty, core charge or otherwise specified.

(Customer initials) Please save old parts for inspection or return. There may be a
additional charge for the return of old parts.

MISCELLANEOUS SHOP SUPPLIES AND WASTE DISPOSAL CHARGES: This charge represents costs an
profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal.
The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state (s.403.718), and
$1.50 fee to be collected for each new or remanufactured battery sold in the state (s.403.7185).

DIAGNOSTIC WORK/PARTIALLY COMPLETED REPAIRS: In the event that you authorize diagnostic work to
estimate the cost of repair or commencement of repairs, but do not authorize completion of a repair or service,
a charge will be imposed for disassembly, reassembly of partially completed work. The vehicle shall
assembled to a condition reasonably similar as when received, unless you waive reassembly or the
reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or
parts involved in the inspection, repair or service.

STORAGE CHARGES: Storage charges will be assessed and shall accrue daily if you fail to pick up your vehi
within 3 working days from the date you are notified that the work on your vehicle has been completed. Th
daily charge for the storage of your vehicle will be $50.00 per day.

LIMITED WARRANTY: PLEASE SEE THE REVERSE SIDE OF THIS REPAIR ORDER FOR WARRANTY INFORMATION
I hereby authorize the Dealer to perform the above-described repair work and agree to pay for the repairs, along with the
necessary materials, in Cash upon completion of the repairs, unless the Dealer agrees to other payment arrangements in
advance. An express mechanic's lien is hereby acknowledged on the above vehicle to secure the cost of repairs and
materials. I further agree that the Dealer is not responsible for any delays caused by unavailability of parts or shipping
by the supplier or transporter. I hereby grant the Dealer permission to operate the vehicle on streets, highways or public
roadways for the purpose of testing and/or inspecting the vehicle. I acknowledge that the Dealer is not responsible for
loss of or damage to the vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond its control.
CUSTOMER
SIGNATURE X

CAP @2006 ADP (05/06)

# Maroone ▶.
## CHEVROLET OF DELRAY
*"We are a Complete Full Service*
*Parts & Service Facility"*

CUSTOMER #:4754077

HERIF KODSY
5968 LAUREL OAK CIRCLE
RAY BEACH, FL 33484
OME:561-737-8998  CONT:561-737-8998
US:            CELL:

**WORKORDER**
**REPRINT**
**PAGE 2**

1111 LINTON BLVD. · DELRAY BEACH, FLORIDA 33444
PHONE: (561) 454-3900 · TOLL FREE 800-929-5213
REGISTRATION NO. MV-33293
PARTS & SERVICE HOURS:
MON-FRI 7AM-7PM · SAT: 8AM-5PM · SUN: 9AM-5PM
www.maroone.com

SERVICE ADVISOR: 3235 PILONE, JARROD

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
|  | 08 | HUMMER H2 | 5GRGN23878H107653 |  | 18586/ | T3166 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 6JUN08 IS |  |  |  |  |  |  |  |
| 6JUN08 DD |  |  | 18:00 02NOV10 |  |  | CASH |  |

| R.O. OPENED | READY | OPTIONS: | DLR:26200 ENG:6.2_Liter_MPFI_OHV |
|---|---|---|---|
| 2NOV2010 14:47 |  |  |  |

| INE | OP | CODE | TECH. | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|---|
| A | 05 |  |  | WCT | C/S ENGINE IS TRANSLATING A VIBRATION TO THE STEERING WHEEL/INTERIOR WHILE IDLING IN GEAR, HAS BEEN GETTING PROGRESSIVELY WORSE |
| B | 13 |  |  | WCT | THERE IS A CLUNK IN THE DRIVETRAIN WHEN COASTING AND THEN REACCELERATING |
| C | 05 |  |  | CCCR | THERE IS A VIBRATION IN THE VEHICLE WHILE AT HIGHWAY SPEEDS, PLEASE INSPECT AND ADVISE, FRONT TIRES ARE CHOPPING |
| D | 01 |  |  | WCT | C/S VEHICLE'S RIDE QUALITY IS POOR, IS ROUGHER THAN WHAT IT'S SUPPOSED TO BE, WANDERS, LOOSENESS, AND BUMPY RIDE EXPERIENCED |
| E | 11 |  |  | WCT | INTERMITTENTLY, ONLY BLOWS HOT AIR OUT DASH VENTS (LIKE HEAT IS ON) |

ENT LABOR CHARGES ARE BASED ON FLAT RATE AND HOURLY UNLESS OTHERWISE INDICATED.
ou will be notified upon completion of any diagnostic work necessary to estimate the cost of repair or if
e actual charges will exceed the written estimate, including any additional authorized charges, by $10 or
%, whichever is greater, not to exceed $50.00.
dditional person authorized to approve performance of repairs, if customer desires to designate

ch person_____ Phone:_____ Date:_____

ADDITIONAL REPAIRS AUTHORIZED: I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN
INCREASE IN THE ORIGINAL ESTIMATED PRICE.

ESTIMATE  $_____        TIME_____
ADDITIONAL  $_____       DATE_____
TOTAL  $_____            OK'D_____
CUSTOMER
SIGNATURE X

LEASE READ CAREFULLY, CHECK ONE OF THE
TATEMENTS  BELOW  AND  SIGN:  I
NDERSTAND THAT UNDER STATE LAW, I AM
NTITLED TO A WRITTEN ESTIMATE, IF MY
NAL BILL WILL EXCEED $100.00.
☐ I REQUEST A WRITTEN ESTIMATE.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE
LONG AS THE REPAIR COSTS DO NOT
..EED $_____ THE SHOP MAY NOT
XCEED THIS AMOUNT WITHOUT MY WRITTEN
R ORAL APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

IGNED:_____  DATE:_____
AP @2008 ADP (05/08)

ALL PARTS ARE NEW UNLESS OTHERWISED INDICATED.
Dealer will dispose of replaced parts, unless subject to a manufacturer's warranty, core charge or otherwise specified.
_____(Customer Initials) Please save old parts for inspection or return. There may be an
additional charge for the return of old  parts.

MISCELLANEOUS SHOP SUPPLIES AND WASTE DISPOSAL CHARGES: This charge represents costs and
profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal.
The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403/718]; and a
$1.50 fee to be collected for each new or remanufactured battery sold in state [s.403.7185].

DIAGNOSTIC WORK/PARTIALLY COMPLETED REPAIRS: In the event that you authorize diagnostic work to
estimate the cost of repair or commencement of repairs, but do not authorize completion of a repair or service,
a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be
reassembled to a condition reasonably similar as when received, unless you waive reassembly or the
reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or
parts involved in the inspection, repair or service.

STORAGE CHARGES: Storage charges will be assessed and shall accrue daily if you fail to pick up your vehicle
within 3 working days from the date you are notified that the work on your vehicle has been completed. The
daily charge for the storage of your vehicle will be $50.00 per day.

LIMITED WARRANTY: PLEASE SEE THE REVERSE SIDE OF THIS REPAIR ORDER FOR WARRANTY INFORMATION.

I hereby authorize the Dealer to perform the above-described repair work and agree to pay for the repairs, along with the
necessary materials, in Cash upon completion of the repairs, unless the Dealer agrees to other payment arrangements in
advance. An express mechanic's lien is hereby acknowledged on the above vehicle to secure the cost of repairs and
materials. I further agree that the Dealer is not responsible for any delays caused by unavailability of parts or shipping
by the supplier or transporter. I hereby grant the Dealer permission to operate the vehicle on streets, highways or public
roadways for the purpose of testing and/or inspecting the vehicle. I acknowledge that the Dealer is not responsible for
loss of or damage to the vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond its control.

CUSTOMER
SIGNATURE X

F



1 of 8

---

## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

Mileage at Inspection: **10,808**

Inspection Location: **Schumacher Buick Hummer**
**West Palm Bch, FL 33409**

Inspector's phone number: **954-749-3637**

Inspected By: **Jim Daugherty  EAA**

---

| Section 1 | INSPECTION SUMMARY |
|---|---|

***BRIEFLY Describe the customer's ALLEGATION below:***
Owner stated that the vehicle ride was jerky and rough. He also stated that the engine did not idle smoothly.
{

***Following the inspection, summarize the facts and observations:*** (Additional cmts may be 33409placed in section 9)
Inspected the vehicle undercarriage and tires and wheels. Checked tires pressure for over inflation and damage to wheels or tires. None was noted. Road tested vehicle for several miles with the dealer service director. Vehicle did not appear to ride improperly for this type of chassis and tire combination. Selected another vehicle form stock with identical engine, tires, and wheel combination. Road test indicated that ride was similar to owner's vehicle. Engine idle appeared normal with only a slight quiver in the tachometer needle as the fuel injection made minor adjustment to the fuel/air mixture. Second vehicle idled similarly.
{
{
{
{
{
{
{
{
{

---

| Section 2 | INTERVIEW - INCIDENT DETAILS |
|---|---|

**Obtain all of the information for this section from the Driver/Claimant**

***Provide a complete description of the incident according to the DRIVER / CLAIMANT***

Interview mode:   ☐ By Telephone   X In Person        Incident Date and Time: **Not applicable**
    Interview date: **1/21/2009**
**No accident involved.**
{
{
{
{

Driver/other occupant's physical description (include name, gender, height, weight, & disabilities ):
**Sherif Kodsy 5' 8" tall, 190lbs, DOB 4/27/1964, No disabilities**
**If there was a collision:**
Describe extent of any injuries to the Driver: **States that rough ride increases his medical problems**
{

Describe where other occupants were seated & extent of any injuries: **N/A**
{
{

**What was the exact location of the incident. N/A**
**Driving conditions at the time of the incident:**
Confidential GM/PAR                                                                   Rev  04-19-2004

2 of 8

**PRODUCT ALLEGATION RESOLUTION**
**PRELIMINARY INSPECTION**
**STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS**

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

Weather conditions & Visibility: **N/A**  Approximate Temp (°F): {_____
Road Surface:        ☐ Concrete  ☐Asphalt ☐ Gravel  ☐Crushed rock  ☐ Dirt
Road Condition:      ☐ Dry      ☐Wet    ☐ Icy    ☐Other:{_____
Shoulder ☐ Curb ☐ :   ☐ Concrete  ☐Asphalt ☐ Gravel  ☐Crushed rock  ☐ Dirt
Shoulder/Curb Condition: ☐ Dry    ☐Wet    ☐ Icy    ☐Other:{_____
Posted Speed Limit {_____
Any objects in the road? (rocks, scrap metal, pothole, speed bump, etc.)  **Normal asphalt pavement**

**Length of Drive Prior to incident:**
        Total Time (hrs. & mins.): **N/A**   Distance (miles):{_____
        Estimate of vehicle speed: {_____ mph  Source of est.{_____
        Estimated vehicle speed at impact: {_____ mph  Source of est.{_____
        **(Do Not report speed information from the Vetronix data here)**

**If the driver/claimant description of the vehicle operation prior to and during the incident does not include the following information, please obtain it.**

| | | | | |
|---|---|---|---|---|
| **Steering** | Normal X | Other ☐ | Describe { |
| **Suspension** | Normal ☐ | Other X | Describe **Rough and overly firm** |
| **Brakes** | Normal X | Other ☐ | Describe { |
| **Engine** | Normal ☐ | Other X | Describe **Idles rough and tach needle drops to 0** |
| **Electrical** | Normal X | Other ☐ | Describe { |

**Were any warning lights illuminated or driver information center messages displayed?** ☐ Yes   X No  If "Yes", get the details and describe the event(s).

Has the vehicle behavior noted during this incident ever been noted prior to this incident? X Yes   ☐ No  If "Yes", get the details and describe the event(s). Operated this was since new

Also, determine whether there were any warning lights illuminated, messages on driver information panel, unusual noises, smoke or steam observed. **None noted**

Describe any evasive action:  ☐ Turning    ☐Braking    ☐ Accelerating    ☐Other:
{_N/A_____

Describe cargo (in the vehicle interior, trunk and/or trailer (if any): **None noted**
Estimated total weight of cargo: {_____   Estimated weight of the trailer, if any. {_____

If a trailer was being towed, photograph the hitch structure, both on the trailer and towing vehicle.

Did the vehicle leave the roadway?: ☐ Yes   X No  Describe: {_____
        Objects Impacted:{_____
{_____
{_____
{_____

| Section 3 | INTERVIEW - VEHICLE HISTORY |
|---|---|

Source of information (name, address, phone number, & relationship), if other than claimant:
{_____

3 of 8

---

### PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

---

Comments:          *(Additional cmts may be placed in section 9)*
**Dealer service dieector stated that they had recently replaced three of the vehicle tires and installed the spare as a fourth tire to try to satisfy the owner. No appreciable change was seen in the vehicle ride.**

Did the owner purchase the vehicle new? X Yes   ☐ No   Date **6/11/2008** Used? ☐ Yes   ☐ No   Date_____

## VEHICLE MODIFICATIONS / ALTERATIONS
Are any vehicle modifications or alterations present, and has any after-market equipment been installed?
(e.g., objects attached to the steering wheel or instrument panel, controls for disabled persons, shock absorbers, springs, modified body, electrical components, powertrain, wheels or tires, after-market seats, etc..) Describe:
**None noted**
{_____
{_____

## VEHICLE REPAIR / SERVICE HISTORY
Prior electrical system service? X No   ☐ Yes   If yes, describe:   {_____
{_____
Prior collision repair? X No   ☐ Yes   If yes, describe:   {_____
{_____
Repaired by whom? (name, address, phone)   {_____
{_____
Prior chassis system service, repair, or replacement? ☐ No   X Yes   If yes, describe what was done:
**3 new tires**
Prior electrical system components serviced, repaired, or replaced by whom? ( name, address, phone number)
{_____
Any other pertinent vehicle history information (from interview, GM warranty or dealership history files)? X No   ☐ Yes
        If yes, describe: {_____
{_____

---

| Section 4 | VEHICLE INSPECTION – VISUAL/PHOTO |
|---|---|

*THE VEHICLE VISUAL INSPECTION DOCUMENTS THE PHYSICAL EVIDENCE USING PHOTOS AND WRITTEN OBSERVATIONS.  RECORD YOUR OBSERVATIONS IN THE APPROPRIATE SECTION.*
*PHOTOGRAPH THE EXTERIOR OF THE VEHICLE AS FOLLOWS:* VIN PLATE, QUARTER VIEWS FROM LEFT FRONT, RIGHT REAR ARE REQUIRED, AND DOCUMENT FURTHER EXTERIOR DAMAGE WITH MANY PHOTOS.

## DESCRIBE ANY DAMAGE TO THE VEHICLE BODY:
**None**
{_____

## UNDERBODY / FRAME / CHASSIS AREA: Describe any damage to the underside of the vehicle.  Note the condition of the
bumpers, frame, suspension, tires, wheels, brake and fuel lines & engine mount(s)/crossmember. Photograph and comment on any contact between vehicle components and the underbody.  Photograph if damage is present.
**None**
{_____
{_____
{_____

## CORNER ASSEMBLIES
| | | |
|---|---|---|
| Struts/shocks | Ball joints | Tire/wheel assemblies |
| Springs | Steering knuckles | |
| Control arms | Axle assemblies | |

Comments: **No damage noted**



Confidential GM/PAR                                                                Rev  04-19-2004

## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

### UNDERHOOD

Engine compartment      Power steering lines, hoses, clamps and connections
Brake fluid level and condition      Power steering fluid level and condition

Comments:
**None noted**

### GENERAL OBSERVATIONS

Photograph and comment on any aftermarket equipment found, vehicle modifications or items that are unusual or out of place.

Comments:
**None noted**

---

**Section 5**      **VEHICLE INSPECTION - PASSENGER COMPARTMENT**

### INTERIOR

Instrument panel      Odometer
Controls      Steering wheel and column
Overall view of seat position      Driver and passenger seat back angle (inclinometer measurement)
Photo of options label-glove box/trunk      Sunvisors and headliner
Personal items/cargo

### INTERIOR INSPECTION (Describe any damage and photograph )
**None**

---

**Section 6**      **STEERING, SUSPENSION, TIRE AND WHEEL SYSTEM INSPECTION**

Use the following table to identify what you did and what you found during the inspection. Identify the tests and test results for the applicable items. Describe anything relevant to the allegation that is not in normal working condition, does not function properly or is a non production part. Take appropriate photographs.

## PRODUCT ALLEGATION RESOLUTION
## PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

| ITEM | OBSERVATIONS/TEST RESULTS |
|---|---|
| Steering system-Are all components in place and connected in a normal manner? Can the steering wheel be rotated lock to lock with appropriate movement of the front wheels. Is there any binding, sticking or uneven feel? | **Normal appearance and operation** |
| Steering linkage-Is the linkage free from cracks, bends, fractures, etc. Are there any scrapes, abrasions, signs of contact with any of the linkage? | **Normal appearance and operation** |
| Gear/rack and pinion-Any sign of leakage, damage to boots on the rack, contact by foreign objects? | **Normal appearance** |
| Steering column, ignition switch, intermediate shaft. Does the column unlock with the ignition key "on"? Is the steering column properly fastened to the dash? | **Normal operation** |
| Steering pump, drive, hoses, connections, flow, pressure. If possible, start the engine and rotate the steering wheel lock to lock. Is power assist normal? If not, it may be necessary to check pressure and flow. | **Belt tight – Normal operation** |
| PS fluid level and condition-Color, contamination, odor | **Reservoir full – fluid clear – no odor-** |
| Steering knuckle-All attachments secure and proper? | **Normal appearance** |
| Suspension components – LF Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc. Sway bars properly attached. | **Normal appearance** |
| Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc.          RF | **Normal appearance** |
| Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc Rear sway bars, | **Normal appearance** |



## PRODUCT ALLEGATION RESOLUTION
### PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

| | |
|---|---|
| trailing arms properly attached and undamaged.          LR | |
| Strut attachments, springs intact; control arms properly attached, deformed, broken, scraped, etc.          RR | **Normal appearance** |
| Rear axle assembly-deformed, signs of impact, properly located, etc. | **No damage noted** |
| Deformation to the frame | **No damage noted** |
| Describe and photograph evidence of axle/ suspension/ tire contact with frame, body or components | **None noted** |
| Describe and photograph contact of the under- carriage with the road surface (road, shoulder, curb, or grass) | **None noted** |
| Stability Enhancement system/components-check for codes with Tech II | **None stored** |
| Engine (normal, other)-Obtain codes using a Tech II. | **Normal operation – no codes stored** |
| Electrical (normal, other) | **Normal operation** |
| Warning lights/messages displayed?  Describe and obtain codes using a Tech II | **None** |
| Anything components missing? | **None noted** |
| Other | ( |

If the vehicle is driveable, conduct a road test to evaluate the concern expressed by the customer.  Describe the results of the road test.  If the concern is observed during the road test, it would be desirable to get a Tech II "snapshot".
**See previous comments**

If the vehicle is equipped with an ABS/Traction Control/Stability Enhancement System, use a Tech II to obtain any codes stored as current and/or history.  Document via photos and include the code description.  Follow the procedures in the service manual to determine the cause of each stored code which relates to the allegation.  State which procedures were followed, record results of each test and state the root cause of each code.  Consult with the CRM or Team Manager of the PAR group if this process leads to a disassembly of components.  Follow the procedure in the General Guidelines for parts that need to be assembled for evaluation.

Inspect the system wiring, connections and components for damage.  Note if the damage was the result of the incident.



## TIRE AND WHEEL INSPECTION

Confidential GM/PAR

---

## PRODUCT ALLEGATION RESOLUTION
## PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

---

1. <u>IDENTIFICATION:</u>

| | TIRE BRAND (Goodyear) | TIRE TYPE (Eagle GA) | TIRE SIZE (P205/70R15) | PRESSURE (psi) | AVE. TREAD DEPTH 32nds of inch | DOT Numbers |
|---|---|---|---|---|---|---|
| LF | **B F Goodrich** | **All Terrian** | **315/70 R17** | **44** | **17** | ___ |
| RF | " | " | " | **44** | **17** | ___ |
| LR | " | " | ___ | **44** | **17** | ___ |
| RR | " | " | " | **44** | **15** | ___ |

Note:  DOT numbers may be found on the inside of each tire adjacent to the rim.



Describe and photograph any damage to tires and wheels, such as scrapes, marks due to impact, cuts, tread separation, flat spots, bead separation, embedded grass/dirt,  etc.  Photographs should include inner and outer views of the damaged tire/wheel assemblies with chalk marks on each assembly to denote position on vehicle (RF, LF. RR and LR).

LF
   **None**

RF
   **None**

LR
   **None**

RR
   **None**

2. <u>TIRE PLACARD DATA:</u>
   Record the following data: (located on driver's door edge or inside the decklid)

| | SIZE | PRESSURE (psi) | PRESSURE AT MAXIMUM LOAD(psi) |
|---|---|---|---|
| TIRES | **315/70 R 17** | **45** | ___ |
| SPARE TIRE | **Not recorded** | ___ | ___ |

---

| Section 7 | SITE INSPECTION |
|---|---|



**SITE INSPECTION - PERFORM THE FOLLOWING IF ADDITIONAL INFORMATION MAY BE FOUND:**
➡  Check the incident scene for tire marks, gouges in the pavement, debris, or any other marks. Measure location and photograph.

➡

Confidential GM/PAR
Rev 04-19-2004

# PRODUCT ALLEGATION RESOLUTION
## PRELIMINARY INSPECTION
### STEERING, SUSPENSION, AXLE, TIRE AND WHEEL SYSTEMS

| | | | |
|---|---|---|---|
| Customer's Name: | **Sherif Kodsy** | Inspection Date: | **1/21/2009** |
| Vehicle Brand: | **2008 Hummer** | Model: | **H2** |
| File # | **71-693377188** | VIN: | **5GRGN23878H107652** |

Identify evidence of whether the vehicle left the road prior to, during, or after the incident. Document all locations, distances, stationary objects (guard rails, telephone poles, fences, buildings, etc), nearest posted speed limit signs in the direction of travel, etc…

➤ Identify evidence & photograph any object struck by the vehicle on or off the road prior to, during or after incident.

➤ Inspect roadway & shoulder surfaces in the area of the incident site for telltale signs of loss of control, excessive speed, severe braking, etc.

**Photograph the scene and property if involved.**

**Comments:**

_____

_____

_____

_____

_____

| Section 8 | COMMENT OVERFLOW |
|---|---|

**Please use this page if needed for additional comments from the inspection form. Please note the section and area the comments are continued from prior to each comment.**

_____

_____

_____

_____

_____

| Section 9 | OTHER REPORT INFORMATION |
|---|---|

☐ **Check here if there was evidence of a "Fire-Related" event.**
According to NHTSA, "fire" means combustion or burning of material in or from a vehicle as evidenced by flame. The term also includes, but is not limited to, thermal events and fire-related phenomena such as smoke, sparks or smoldering, but does not include events and phenomena associated with a normally functioning vehicle, such as combustion of fuel within an engine or exhaust from an engine.

**Attachments: (Check all that apply)**

X **Photographs**      X **Data Downloads**      ☐ **Other Records**



G

 International

www.sae.org

SAE Home > Publications > Papers

# Noise and Vibration Control Measures in the Powertrain of Passenger Cars

**Document Number:** 911053

**Date Published:** May 1991

**Author(s):**
Peter Schwibinger - Freudenberg-NOK
David Hendrick - Freudenberg-NOK
Wei Wu - Freudenberg-NOK
Yasuhiro Imanishi - Freudenberg-NOK

**Abstract:**
The paper describes a theoretical and experimental approach to solve vibration and noise problems in the powertrain with vibration control products on an elastomer basis.

Crankshaft dampers can reduce the torsional, and, if properly tuned and designed~also the bending vibrations. The paper compares the crankshaft vibrations for different damper designs which shows the potential for further vibration and noise reductions.

Shafts in the drivetrain are excited to torsional and bending vibrations by the inertia and gas forces of the engine, cardan joints and gear mesh. For the following two problems vibrations and noise are investigated: 1) a torsional resonance of a driveshaft; and 2) a bending resonance of a halfshaft.

Measurements show that noise and vibrations from the drivetrain can also be reduced significantly with tuned elastomer dampers.

**File Size:** 289K
**Product Status:** In Stock

**See other papers** presented at

*Members Receive 20% Discount at Checkout on items Under $500*

| Delivery Method | List Price | Member Price | Add to Cart |
| --- | --- | --- | --- |
| Download (Protected by DRM Security) | $15.00 | $12.00 | Add to Cart |
| Mail | $15.00 | $12.00 | Add to Cart |
| Fax | $30.00 | $24.00 | Add to Cart |

Order Into View Order Check Out

**Information on:**    Download  |  Mail/Post  |  Fax  |  DRM Security

Learn more about the Digital Rights Management Security **available on all downloaded pdf documents.**



www.sae.org

SAE Home > Publications > Papers

# A New Method for Engine Design Using Dynamic Optimization and Substructure Synthesis Method

**Document Number: 911065**

**Date Published:** May 1991

**Author(s):**
Masanori Ishikawa - Isuzu Motors Ltd.
Mitsuo Iwahara - Isuzu Advanced Engineering Center, Ltd.
Akio Nagamatsu - Tokyo Institute of Technology

*Members Receive 20% Discount at Checkout on Items Under $500*

| Delivery Method | List Price | Member Price | Add to Cart |
|---|---|---|---|
| Download (Protected by DRM Security) | $15.00 | $12.00 | Add to Cart |
| Mail | $15.00 | $12.00 | Add to Cart |
| Fax | $30.00 | $24.00 | Add to Cart |

Order Info View Order Check Out

**Information on:**    Download  |  Mail/Post  |  Fax  |  DRM Security

Learn more about the Digital Rights Management Security available on all downloaded pdf documents.

**Abstract:**
This paper describes a new method for engine design using dynamic optimization and substructure synthesis method. A very important theme in engine design is how to shift the peak of the natural frequency of the vibration mode that causes some noise and vibration problems. This must be resolved by effective modification of structural design.

In order to carry out effectively vibration analysis of a large scaled structure like engine assembly and conduct dynamic optimization with many iterative calculations, we have used substructure synthesis method that devides a whole structure into a number of substructures and solves each substructure.

Vibration analysis of engine assembly (cylinder block, crankshaft, bearing caps and flywheel systems) was carried out by using this substructure synthesis method. And, on the basis of the sensitivity of eigenvalue of the residual structure that is to be modified (cylinder block and bearing caps this time), the optimization program using pseudo least square method has been successfully applied to shift the peak of a given natural frequency to a designated frequency range.


SAE International™                                    www.sae.org

SAE Home > Publications > Papers

# A Development Process to Improve Vehicle Sound Quality

**Document Number:** 911079

**Date Published:** May 1991

**Author(s):**
Robert S. Thomas - Ford Motor Co.
Paul J. Stanecki - Ford Motor Co.
H. Peter Creutz - Ford Motor Co.

**Abstract:**
Vehicle sound quality has become an important basic performance requirement. Traditionally, automobile noise studies were focused on quietness. It is now necessary for the automobile to be more than quiet. The sound must be pleasing.

This paper describes a development process to improve both vehicle noise level and sound quality. Formal experimental design techniques were utilized to quantify various hardware effects. A-weighted sound pressure level, speech intelligibility, and composite rating of preference were the three descriptors used to characterize the vehicle's sound quality. Engineering knowledge augmented with graphical and statistical techniques were utilized during data analysis.

The individual component contributions to each of the sound quality descriptors were also quantified in this study. This paper discusses the importance of measurement studies to ensure desired experimental precision, the use of regression analysis to overcome the effect of engine rpm during experimentation, and normal probability plots as an initial empirical model building technique

**File Size:** 460K
**Product Status:** In Stock

**See other papers** presented at Noise

*Members Receive 20% Discount at Checkout on Items Under $500*

| Delivery Method | List Price | Member Price | Add to Cart |
|---|---|---|---|
| Download (Protected by DRM Security) | $15.00 | $12.00 | Add to Cart |
| Mail | $15.00 | $12.00 | Add to Cart |
| Fax | $30.00 | $24.00 | Add to Cart |

Order Info View Order Check Out

**Information on:**   Download  |  Mail/Post  |  Fax  |  DRM Security

Learn more about the Digital Rights Management Security **available on all downloaded pdf documents.**

H

{ H }

**EXERPTS, from trial transcript, direct questioning of defendants'
corporate agent , mr. Tom Thornton.**

3      Q    But you don't actually do any mechanical

4    work?

5      A    I am not a mechanic, no.

6      Q    What about those tires on that vehicle, do

7    you know what kind of tires they are?

8      A    BF Goodrich All Terrain T/A's.

9      Q    What does that mean?

10      A    The brand is BF Goodrich.  The model is

11    All Terrain T/A.

12      Q    So they're not off road tires?

13      A    Actually they're a street legal, all

14    terrain tire.  As a matter of fact, I do have some

15    experience with those tires in my own personal

16    background using them in off road applications.

17          They are designed to be used off road.

1

18    They have an aggressive tread, very deep tread.  The

19    lugs are spaced far enough apart to allow dirt,

20    debris, sand, water to pass through the tread so

21    that the vehicle can maintain traction in off road

22    conditions.  They're an aggressive tire.

23        Q    But they're street legal tires, they're

24    made for on road?

25        A    They are street legal tires.

0149

1        Q    The truck is a street legal vehicle, it's

2    not an off road vehicle unless you take it off road,

3    correct?

4        A    The truck is designed to be used on and

5    off road.  It's designed with off road capabilities.

6        Q    I'm saying in this city, there is no off

7    road driving.  So, when that truck is driven in the

8    city, it is not to be driven off roads, it's to be

9    driven on pavement, a flat road, correct?

2

10    A    The use of the vehicle is up to the

11    driver.

12    Q    You've got to drive in the city, you're

13    driving on a flat road, there is no dirt roads that

14    you're going to drive on, correct?

15    A    Honestly, that depends on the city.

16    Q    Okay.  My point is, if those tires are off

17    road tires and you're driving in the city, is it

18    supposed to have that off road feeling when you're

19    driving in the city?

20    A    The tires are stiff, aggressive off road

21    tires.  They will feel stiffer than a comparable

22    street application.

23    Q    Is it true that BF Goodrich stopped making

24    those tires?

25    A    That is not true.

0150

1    Q    Well, they did.

3

2          Wasn't this your statement saying the

3    Hummer brand is targeted towards the outdoor

4    enthusiast, it's an off road vehicle?

5      A    That's correct.

6      Q    What about on road, isn't it meant to be

7    on road as well?

8      A    As I already answered, it is a street

9    legal vehicle.

10      Q    But it's not supposed to feel like it is

11    on road as it is off road, it's supposed to cushion

12    the off road to feel like it's on road, and when you

13    drive the on road, it's supposed to feel like a

14    normal vehicle?

15      A    I believe that's your speculation.

16      Q    Okay.  So you're saying those tires are

17    all terrain?

18      A    Correct.

19      Q    They're supposed to be what, a smoother

4

20   ride 'cause they're all terrain?

21      A   The design of those tires is for traction.

22   The ride is going to be a subjective feel by the

23   driver.

24      Q   Subjective feel by the driver.

25         Don't you have standards?

0151

1    A   Of course we have standards.

2    Q   What's your standard on that?

3    A   With respect to which dimension?

4    Q   The subjective feel of the driver, what's

5    that mean?

6    A   Mr. Kodsy, you're asking for how the tires

7    are supposed to drive on pavement.

8    Q   Right.

9    A   They're designed to be an all terrain

10   tire.

11      Q   What's the specs on them?

5

12    A   Your experience with all terrain tires --

13  they're much different than a street oriented tire.

14  These tires are designed to be stiff, heavy,

15  aggressive tires.

16    Q   So, they're stiff and aggressive?

17    A   They're a not a road tire you would find

18  on a passenger car.

19    Q   Okay.  They're stiff and aggressive tires?

20    A   By design.

21    Q   By design, okay.

22       And whose fault is that?

23    A   I don't think it's anything I assign fault

24  for.  It's design.  It's intentional.

25    Q   It's intentional?

0152

1    A   For an aggressive tire.

2    Q   Okay.  And you're supposed to feel those

3  tires when you drive?

6

4   A   Can you express your question a little

5   differently?  I'm not sure I understand what you're

6   asking.

7   Q   Okay.  I mean, you're telling me it's a

8   stiff and aggressive ride -- or aggressive tire.

9   So, how is that supposed to feel when you drive?

10   You're supposed to feel it?

11   A   I'm going to answer what I think you're

12   asking.  The Hummer H2 is a very large, very heavy

13   truck.  The BF Goodrich All Terrain T/A's are very

14   large, very heavy, all terrain tires.  It is not

15   going to ride smoothly on the road like a passenger

16   car will.  It's going to ride as it's designed, like

17   a heavy, off road capable, powerful truck.

18   Q   Off road capable, powerful truck, okay.

19   Isn't it supposed to be compared to the

20   Escalade with a 6.2 liter engine, 393 horsepower?

21   You got the Escalade with the same engine

7

22    qualities, same everything, and you're telling me

23    that this truck's supposed to be different?

24        A    It's actually a poor comparison because

25    the two vehicles are radically different.  The

0153

1    Escalade is designed for on road comfort.  It's not

2    an off road vehicle.  The Escalade has street

3    oriented tires and a completely different drive

4    train from what the Hummer H2 has.  The frame is

5    different, the suspension is different.  The entire

6    ride of the vehicle is designed completely

7    different.

8        Q    So it's supposed to be better?

9        A    It has a different purpose.

10        Q    You're not just saying that, right?

11            THE COURT:  Sir, you have to ask an actual

12    question.

13    BY MR. KODSY:

8

14     Q    Well, you're telling me that the Hummer's

15   supposed to have a heavier, more supported

16   suspension than an Escalade so it wouldn't have a

17   rail shake, correct?

18     A    I wouldn't -- I wouldn't go that direction

19   with it.  The way I would describe the difference in

20   the suspension between an Escalade and a Hummer --

21   first of all, we're looking at apples and oranges.

22   The Escalade, other than size, is a street truck.

23   It's a street vehicle.  It's designed to be a luxury

24   vehicle.  The suspension is tuned for a street

25   application.

0154

1          The Hummer is intended to be an off road

2   capable vehicle.  The suspension is tuned for an off

3   road application by design.

4     Q    Off road capable, I understand.  That

5   means when you take it off road, it's capable.  But

6    on road is what I don't understand.

7          You're telling me on road -- you're

8    telling everybody here that on road this truck is

9    aggressive and it's got a stiff ride.  So, that

10   just -- it doesn't explain it to me, it just causes

11   a lot of doubt.

12         THE COURT:  You have to have a ask

13         question.  It's strictly question and answer.

14   BY MR. KODSY:

15     Q   So, you're saying this truck's supposed to

16   drive like a beast?

17     A   The truck is kind of a beast.  It's a big,

18   heavy and powerful, capable off road vehicle.

I

**TESTIMONY BY JOE BARDILL, THE GM AUTHORIZED
MECHANIC FROM CORAL CADILLAC INC..**

21              **JOE BARDILL,**
22  called as a witness by the Defendant, having been
23  first duly sworn by the Clerk, in answer to
24  questions propounded, was examined and testified as
25  follows:
0542
1          THE WITNESS:  I do.
2          THE COURT:  Okay.  Have a seat.  Do you
3    mind just telling the jury your name?
4          THE WITNESS:  I'm Joe Bardill.
5          THE COURT:  Okay.  And how do you spell
6    your last name, sir?
7          THE WITNESS:  B-a-r-d-i-l-l.
8          THE COURT:  Thanks a lot.  Okay.
9              DIRECT EXAMINATION
10  BY MR. KLEIN:
11    Q    Morning, Mr. Bardill.
12    A    Morning.
13    Q    Could you please tell the jury where
14  you're currently employed?
15    A    Coral Cadillac.
16    Q    And what is your title at Coral Cadillac?
17    A    I'm the service manager.
18    Q    Can you tell the jury how long you've been
19  at Coral Cadillac?
20    A    I've been there 28 years, 15 as a
21  technician, 10 as a shop foreman, and since 2006
22  I've been the service manager.
23    Q    All right.  Mr. Bardill, for me back here
24  it's a little -- you're a little soft spoken.  Just
25  speak up some.
0543
1    A    Okay.
2          THE COURT:  What you need to do is point
3    the microphone right at you because it's a
4    directional microphone.  There you go.

1

5  BY MR. KLEIN:
6     Q    So you've been the service manager for
7  Carl Cadillac since 2006?
8     A    Yes.
9     Q    Can you describe for the jury your
10  automotive training and experience?
11     A    I'm an ASE master technician.  I've got
12  over 400 -- I believe 438 GM courses that I
13  completed.  And that's pretty much it.
14     Q    What is ASE?
15     A    ASE is the National Institute for
16  Automotive Service Excellence.  It was a nonprofit
17  organization.  It started in 1972 basically because
18  there was no yard stick to measure competent
19  technicians versus incompetent.  It's become very
20  large.
21         It's required in Broward and Dade County.
22  To have a technician's license you're required to
23  have your ASE.  It's also required in GM training
24  for your training path to have the ASE
25  certification.
0544
1     Q    And what does it mean to have the ASE
2  master certification?
3     A    That means you have all eight.
4     Q    All eight --
5     A    All eight categories.  There's
6  approximately 4,000 automobile masters in the United
7  States.
8     Q    And --
9     A    I'm sorry, 400,000.  I'm sorry.
10     Q    And ASE has certain categories they will
11  certify you in individually?
12     A    Yes.
13     Q    To have your master's you have to have all
14  eight categories?
15     A    Yes.  I also carried the L1 for 10 years,
16  which is advanced engine performance.  I don't carry
17  it currently.
18     Q    Now, as the service manager for Coral

2

19   Cadillac, are you familiar with the repair work and
20   service orders that have been done with Mr. Kodsy's
21   2008 Hummer?
22      A   Yes, sir.
23      Q   I'm going to show you what's already in
24   evidence as Plaintiff's Exhibit 2.
25          Mr. Bardill, Exhibit 2 are the repair
0545
1   orders that have been admitted in evidence already.
2   Several of them are from Coral Cadillac.
3          When did Mr. Kodsy first bring the vehicle
4   to Coral Cadillac?
5      A   I believe this is the first -- the first
6   repair attempt, first time in for a repair and
7   service.
8      Q   And that is what date?
9      A   It's October 20th.
10      Q   2008?
11      A   2008, yes.
12      Q   And what were Mr. Kodsy's complaints at
13   that time?
14      A   The vehicle would not stay running.
15      Q   And what did the dealership do for that
16   complaint?
17      A   We replaced a mass air flow sensor.
18      Q   Can you explain to the jury what the mass
19   flow air sensor is?
20      A   The mass air flow sensor meters the air
21   that comes into the engine, and that's pretty much
22   how the computer knows how much fuel to add.  It's a
23   speed density system.  But basically what it's doing
24   is it's telling the computer how much fuel to add.
25      Q   And did you do anything else in addition
0546
1   to replacing the mass air flow sensor for that --
2      A   Yes, I think we did a -- there was
3   actually a service inventory update for the
4   transmission control module reprogram.  That was for
5   a -- I believe a down shift.  It was strictly
6   customer satisfaction bulletin.

3

7      And then I believe he added on a couple
8  lines of a CD player was in-op. We did replace the
9  radio. And rusting, I believe this line was also
10  added, rust on the suspension parts, which we
11  painted with 415.
12    Q    And what is 415?
13    A    It's a rust inhibitor. Basically the
14  thing with the Hummers, it's so high that people see
15  the under -- the chassis and underside. Down here
16  in this environment, every chassis gets some rust,
17  discoloration. But it actually was a PI that Terry
18  Nicholson -- we worked on with and he came up with
19  the 415 to paint the suspension parts with that.
20    Q    What is a PI?
21    A    It's a preliminary -- it's before it
22  becomes a bulletin. It's preliminary, but it hasn't
23  gone through legal. Sometimes they never go through
24  legal because it's not that important or they find
25  another route that they want to go. So, this one
0547
1  never became a service bulletin.
2    Q    And so it's to assist dealerships if the
3  customer has a particular concern?
4    A    It's a preliminary -- like a preliminary
5  bulletin that General Motors makes available to us,
6  but it never becomes -- don't get me wrong,
7  sometimes they do become a bulletin, but then it
8  loses the PI number and it becomes a bulletin
9  number.
10    Q    And -- but with regard to the concern
11  about the engine not staying running, did you also
12  reprogram the engine control module?
13    A    Yes, we did. There apparently was an
14  updated program for it, that's why that was done.
15    Q    In addition, you mentioned he came back
16  and some things were added?
17    A    Yes.
18    Q    One of them is the seat heater, is that
19  right?
20    A    Yes, also the seat heater. We found

4

21  nothing wrong with that.  And there was some door
22  dings that were repaired at no charge.
23      Q   The door dings that were repaired, was
24  that due to defects in GM's workmanship?
25      A   No.  I don't know -- I don't know if it
0548
1   was done for -- obviously it was done for customer
2   satisfaction.  I don't know if they were claimed to
3   have been dinged on our lot or what, but I don't
4   know the specifics there.
5       Q   But Mr. Kodsy wasn't charged for the
6   dings?
7       A   No.
8       Q   Now, were you actually personally involved
9   with the vehicle the first time it came in?
10      A   No, I was not.
11      Q   Did you personally become involved with
12  Mr. Kodsy's vehicle?
13      A   I believe it was the next time -- yes.
14      Q   And the next time it came in was --
15      A   The next time it came in would be, yes,
16  the brake squeal.  That was November 5th, 2008.
17      Q   And that's page six of Exhibit 2?
18      A   Yes.
19      Q   And what did you find with regard to the
20  brake squeal?
21      A   The brake squeal, there was a bulletin.
22  We special ordered a new design pad that they had
23  come out with.
24      Q   Was the pad available at that time?
25      A   It was not.
0549
1       Q   So, Mr. Kodsy would have to come back to
2   have the pads installed?
3       A   That's true.
4       Q   What else did you find with the vehicle?
5       A   Well, I road tested -- at this time I had
6   spent about probably 45 minutes with Mr. Kodsy.  We
7   took the vehicle up on 95.  He was complaining -- he
8   claimed the vehicle was missing.  It was not

9   missing.  There was a vibration in the steering
10  wheel that was basically engine firing impulses.
11         All combustion engine's have a firing
12  frequency and what -- that's why we have motor
13  mounts and that to try and lessen that frequency
14  coming into the vehicle, and that's what I felt and
15  I felt that we could improve upon.
16         I felt nothing on the highway as far as
17  vibration.  And that's why we did put the dampeners
18  on the exhaust system.
19    Q    Before you put the dampeners on the
20  exhaust system, how did the vibration feel?  Did it
21  feel substantial at all?
22    A    It felt -- it felt different than a 2007
23  H2.  And this is where I got egg on my face because
24  this is the first time I got involved with the
25  customer with a 2008.  I went for a road test with
0550
1   him and I totally forgot that we replaced the six
2   liter engine with a 6.2 in 2008.
3    Q    And why would that make a difference
4   between a six liter and the 6.2?
5    A    Well, the 6.2 has 20 percent more
6   horsepower.  That's about 70 more horsepower in that
7   engine than there was in the six liter.  It was in
8   the Escalade, and had I been driving an Escalade I
9   would have said, this is normal, they all idle like
10  this.  But because I was in a Hummer H2, it just
11  didn't click that this is a 2008 and not a 2007.
12    Q    But even what you felt when you rode in
13  Mr. Kodsy's before the dampeners were put on, would
14  you feel that that was a defect or something
15  substantial?
16    A    No, not a defect.  Just as I told him, we
17  were sitting at the railroad tracks on Dixie and
18  48th Street and I said -- I explained to him what it
19  was because he kept insisting that it was a misfire.
20  I said, I can improve upon this, I'll never make it
21  all go away, but I can improve on it.
22    Q    And you couldn't make it go away why?

6

23    A    Because it's normal basically.  We're
24    trying to improve upon a normal concern.
25    Q    How did you improve upon the concern?
0551
1    A    Well, we're trying to isolate the firing
2    frequency from getting into the vehicle, and I felt
3    that the exhaust system was getting excited from the
4    frequency.  It's basically like a guitar string,
5    when you strum a guitar string.  By putting the --
6    basically lead on the exhaust system, it's like
7    putting your finger on a guitar string and it
8    deadens the vibration or the -- you know, basically
9    the excitement of that exhaust system.
10    Q    How much weight did the weights weigh?
11    A    They're three pounds.  I believe we used
12    two.
13    Q    And --
14    A    Actually, yes, there's two billed out on
15    the ticket.  So, we used two.
16    Q    Sorry, I thought you were still looking at
17    the document.
18         Now, on that same repair order from
19    November 5th, Mr. Kodsy also had a concern about the
20    transmission shifting, is that correct?
21    A    Yes.  And I did feel that on the road
22    test.  When we were merging into traffic we were --
23    we were in, say, sixth gear and I hit the throttle
24    quite hard and the engine flared and it didn't down
25    shift.  So, we got technical assistance involved in
0552
1    that repair and we put a valve body and a TCM in the
2    vehicle.
3    Q    And a TCM is what?
4    A    The transmission control module.
5    Q    Can you explain to the jury what technical
6    assistance is?
7    A    That's -- basically it's -- they're out of
8    Detroit.  They're engineers who we call when we need
9    help fixing a vehicle.
10    Q    And they're GM engineers?

7

11     A   GM engineers.
12     Q   Is that common for a dealership to contact
13  technical assistance if they have questions?
14     A   Well, it basically -- if there's not a
15  written document and service information that is
16  going to assist you like a bulletin or just the
17  service manual itself and you get to a point where
18  you really don't know what to do, that's when we
19  call them.
20     Q   And what date and time was the vehicle
21  ready for Mr. Kodsy to pick up?
22     A   I believe on this particular repair he
23  left and came right back and we opened his ticket
24  back up.  So, let me see.  This doesn't have time
25  stamps on it.
0553
1     Q   Mr. Bardill, on page eight -- actually, I
2  guess, we should go to the first page of the
3  invoice.  That would be page -- page six of Exhibit
4  2.
5        At the top where it says ready, does it
6  have a date and time?
7     A   Yeah, that was November 12.
8     Q   At what time?
9     A   2:46.
10     Q   P.m.?
11     A   Yes.
12     Q   And then the next repair order begins on
13  page 10 of Exhibit 2, is that correct?
14     A   Oh, yes, yes.  Okay.  That's right.
15     Q   And what time was that repair order
16  opened?
17     A   That was opened at 5:08.
18     Q   On November 12th?
19     A   On November 12th, yes.
20     Q   So, Mr. Kodsy came back.  What did you
21  decide to do then?
22     A   Well, he was very upset.  I may or may not
23  have gone on the road test with him.  I don't
24  believe I did.  I do believe I sat in the vehicle

8

25  with him and we had a buzz through the IPC.

0554

1     Q    I'm sorry, what's the IPC?

2     A    That's the instrument panel.  The dash
3  basically.

4     Q    Okay.

5     A    And, you know, it's pretty common.  What
6  happens is a line might be too close to something,
7  whether it be the fire wall, the fender, something,
8  and it will touch it and that -- it will make a
9  buzzing noise that comes in through the IPC.  It was
10  pretty much a nothing repair other than finding the
11  source of the buzz.

12     Q    And just relocating the line?

13     A    And just relocating the line.

14     Q    What did you do after that?

15     A    He was also at that time complaining of it
16  running rough over 50.  We found nothing wrong with
17  that.  Oh, we did -- actually, yeah, at that point I
18  contacted Bob Martin because he was still -- he was
19  still complaining that it was idling rough.

20          Bob Martin is the brand quality manager,
21  or was the brand quality manager for the H2 at the
22  time, and he told us to go ahead and disconnect the
23  engine from the transmission and see if the
24  vibration was still there, which we did.  The
25  vibration was still there.

0555

1          I spoke to Bob again and that's when I had
2  the egg on my face.  He's like, Joe, you got to
3  remember, this is a 6.2 liter engine in there,
4  there's some trade off for that horsepower.  And at
5  that point I was like, yeah.

6          We happened to have another 2008 that was
7  sitting right next to Mr. Kodsy's in the parking
8  lot.  Myself and my foreman got in both vehicles and
9  they both idled identically.

10     Q    That's another 2008 Hummer H2?

11     A    Yes.

12     Q    And with regard to Mr. Kodsy's concern

13   that the vehicle rides rough at all speeds over 50,
14   did you find any problems?
15       A   I never duplicated that, no.
16       Q   And does the repair order note it's a
17   normal characteristic of the truck?
18       A   Just it says no fault found.  Oh, yes, it
19   does actually.  Could not duplicate condition, at
20   this time normal characteristic operation of truck
21   compared to another H2 same condition.
22       Q   And I'm going to direct your attention to
23   the next repair order.  Mr. Kodsy said the
24   transmission still kicks on acceleration after
25   coasting, is that right?
0556
1        A   Correct.
2        Q   What did you all do there?
3        A   We reprogrammed the ECM, which is the
4    engine control module.  There was another
5    calibration in there and we found that we needed to
6    match that to the transmission control module when
7    we update the transmission control module.
8        Q   So, it's a continuation of the previous
9    replacement?
10       A   Yes.
11       Q   What about Mr. Kodsy's last concern on the
12   repair order about the noise in the dash area at
13   highway speeds?  What did you all find?
14       A   That was A-pillar moldings.  They're
15   plastic moldings on the outside of the windshield.
16   They're double side taped to the windshield.  Air
17   gets underneath there, loosens up the tape and they
18   vibrate on the windshield.  It's a pretty -- pretty
19   common problem.  Minor problem, but very common.
20       Q   And so you went ahead and replaced those
21   moldings, is that right?
22       A   Yes, we did replace them.  The one on
23   his -- usually we just put double sided tape on, but
24   we actually replaced the left side on his.
25       Q   In Exhibit 2 there's some invoices from
0557