UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re

MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORP, *et al.*,

             Debtors.
_____x

Chapter 11 Case No.

09-50026 (REG)
(Jointly Administered)

CLAIM NUMBERS:
7617, 7618, 58954, & 65890

CLAIM NUMBERS OF THE CLAIMS AGENT:
filed 10/09/09=1745
filed 10/09/09=1746

## CERTIFICATE OF SERVICE THAT CLAIMANTS' RESPONSE TO SETTLEMENT OFFER, REJECTION OF SETTLEMENT OFFER AND COUNTER-OFFER, WAS SERVED UPON THE DEBTORS ON MAY 26, 2011

Claimants, Richard Birdsall and Elise Birdsall, by and through their undersigned attorney, hereby give notice that their Response to Settlement Offer, Rejection of Settlement Offer and Counter-Offer, with Exhibits A, B and C, was served upon Debtors, on May 26, 2011, by email and by Priority Mail, addressed to Motors Liquidation Company GUC Trust, 2101 Cedar Springs Road, Ste. 1100, Dallas, Tx 75201, Attn: ADR Claims Team,

(claims@motorsliquidation.com) in accordance with the Orders of the Court, the instructions given and the ADR Notice.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true copy of this Notice, has been served upon Vito Genna, Clerk of the U.S. Bankruptcy Court, Southern District of New York, One Bowling Green, New York City, NY 10004 and all the below-listed parties, by electronic filing and in accordance with the Orders of the Court, today, May 31, 2011 Carrianne Basler, Motors Liquidation Co, 500 Renaissance Center, Ste. 1400, Detroit, Michigan 48243 (cbasler@alixpartners.com) and Pablo Falabella, Esq., Weil, Gotshal & Manges, LLP, 767 Fifth Ave., New York, NY 10153 (Pablo.falbella@weil.com).

1. The Garden City Group, Inc., ATTN: Motors Liquidation Co. Claims Processing, 5151 Blazer Parkway, Suite A., Dublin, Ohio, 43017;
2. Attorneys for the Debtor, Weil, Gotshal & Manges, Esqs., Attention Harvey Miller, Esq., S. Karotkin, Esq & J. Smolinsky, Esq., 767 Fifth Ave., New York City, NY  10153;
3. Office of the U.S. Trustee, Attention Diana G. Adams, Esq., 33 Whitehall Street, 21st Floor, New York City, NY  10004;
4. Attorneys for the Committee of Unsecured Creditors, Kramer, Levin, Esqs., Attn; T. Moers, Esq., Amy Caton, Esq & L. Macksoud, Esq & J. Sharret, Esq., 1177 Avenue of the Americas, New York City, NY 10036;
5. The debtors, c/o Motors Liquidation Co., 500 Renaissance Ctr. Suite 1400, Detroit Mich., 48243, Attn: Ted Stenger;
6. General Motors, LLC., 400 Renaissance Ctr., Detroit, Mich. 48265, Attn L. S. Buonomo, Esq.;
7. Cadwalader, Wickersham & Taft, LLP., One World Fin. Ctr. N.Y., N.Y., 10281, Attn: John J. Rapisardi, Esq.;

8. U.S. Dept. of Treasury, 1500 Pennsylvania Ave., N.W., Rm 2312, Washington, D.C., 20220, Attn: J. Samarias, Esq.;
9. Vedder, Price, P.C., 1633 Broadway, 47th Floor, N.Y., N.Y., 10019, Attn: Michael Edelman, Esq. & M. Schein, Esq.;
10. U.S. Attorney's Office, S.D.N.Y., 86 Chambers St., 3rd Floor, N.Y. N.Y., 10007, Attn: David Jones, Esq & Nat Kuehler, Esq.;
11. Caplan & Drysdale, Chartered, 375 Park Ave., 35th Floor, N.Y., N.Y., 10152-3500, Attn Elihu Inselbuch Esq. & Rita Tobin, Esq. and One Thomas Cir., N.W., Suite 1100, Washington D.C. 20005, Attn: T. Swett, III, Esq. & K. Maclay, Esq.;
12. Stutzman, Bromberg, Esserman & Plifka, 23232 Bryan St., Suite 2200, Dallas, Tex., 75201 Attn: S. Esserman, Esq & R. Broussseau, Esq.

_____  _May 31, 2011_
EDWARD S. DONINI, ESQ.    DATE
Fla. Bar # 0984787
P.O. Box 605
New Smyrna Bch., FL 32170
Tel.: (386) 760-1941
Attorney for Creditors Richard and Elise Birdsall