**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
 : 
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* : 
 : 
                           **Debtors.** : **(Jointly Administered)**
 : 
-------------------------------------------------------------x

ENDORSED ORDER

Debtors are to assist Movants in getting copies of the Confirmation Order and Plan off the Internet, or, if necessary, provide them with copies. Motion otherwise denied without prejudice. It may be renewed if and when Movants more clearly tell the Court what they would like the Court to do.

*s/ Robert E. Gerber   5/31/2011*
United States Bankruptcy Judge