**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In Re:                                                                  Chapter 11

GENERAL MOTORS CORP, et al.,                          Case No. 09-50026-REG

                                        Debtors.                  Honorable Robert E. Gerber
-------------------------------------------------------------x

## SUBTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that PEPPER HAMILTON LLP hereby substitutes

Laura M. Leitner for Laura Linn Noggle in the above-captioned case on behalf of

NovoDynamics, Inc., a Delaware corporation, a party in interest.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. 1109(b) and

Bankruptcy Rules 2002 and 9010(b), demand is made that all notices given or required to be

given, and all papers served or required to be served, be given and served upon:

> PEPPER HAMILTON LLP
> Laura M. Leitner (LL 4222)
> The New York Times Building
> 37th Floor
> 620 Eighth Avenue
> New York, NY 10018-1405
> Telephone:  (212) 808-2700
> Email: leitnerl@pepperlaw.com

Dated:  May 31, 2011                              **PEPPER HAMILTON LLP**

                                                                      /s/ Laura M. Leitner
                                                    Laura M. Leitner (LL 4222)
                                                    The New York Times Building
                                                    37th Floor
                                                     620 Eighth Avenue
                                                     New York, NY 10018-1405
                                                     Telephone:  (212) 808-2700
                                                     Email: leitnerl@pepperlaw.com

#12236872 v2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In Re:                                                                    Chapter 11

GENERAL MOTORS CORP, et al.,                        Case No. 09-50026-REG

                            Debtors.                      Honorable Robert E. Gerber
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2011, a copy of the foregoing SUBTITUTION OF COUNSEL was electronically filed with the Court and served upon the parties so registered via ECF.  This document is available for viewing and downloading from the Court's ECF system.


                            BY:  /s/ Laura M. Leitner
                                  Laura M. Leitner

#12236872 v2