**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In Re:                                                    Chapter 11

GENERAL MOTORS CORP, et al.,                             Case No. 09-50026-REG

                          Debtors.                       Honorable Robert E. Gerber

------------------------------------------------------------x

## SUBTITUTION OF COUNSEL

      **PLEASE TAKE NOTICE** that PEPPER HAMILTON LLP hereby substitutes

Laura M. Leitner for Laura Linn Noggle in the above-captioned case on behalf of Urban Science

Applications, Inc., a party in interest.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. 1109(b) and

Bankruptcy Rules 2002 and 9010(b), demand is made that all notices given or required to be

given, and all papers served or required to be served, be given and served upon:

              PEPPER HAMILTON LLP
              Laura M. Leitner (LL 4222)
              The New York Times Building
              37th Floor
              620 Eighth Avenue
              New York, NY 10018-1405
              Telephone:  (212) 808-2700
              Email:  leitnerl@pepperlaw.com

Dated:  May 31, 2011                    **PEPPER HAMILTON LLP**

                    /s/ Laura M. Leitner
              Laura M. Leitner (LL 4222)
              The New York Times Building
              37th Floor
              620 Eighth Avenue
              New York, NY 10018-1405
              Telephone:  (212) 808-2700
              Email:  leitnerl@pepperlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In Re:                                                                    Chapter 11

GENERAL MOTORS CORP, et al.,                                              Case No. 09-50026-REG

                    Debtors.                                Honorable Robert E. Gerber

------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on May 31, 2011, a copy of the foregoing SUBTITUTION OF COUNSEL was electronically filed with the Court and served upon the parties so registered via ECF.  This document is available for viewing and downloading from the Court's ECF system.


                  BY:  /s/ Laura M. Leitner_____
                        Laura M. Leitner