# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>X MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | EDWARD PODRASKY<br>3605 KIRCHOFF ROAD<br>ROLLING MEADOWS, IL 60008 |
| Claim Number (if known): | 14105 |
| Date Claim Filed: | 10/21/2009 |
| Total Amount of Claim Filed: | $25,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: MAY 20, 2011        *Edward J Podrasky*

Print Name: EDWARD J. PODRASKY

Title (if applicable): _____

---

**DEFINITIONS**

US_ACTIVE:¥43219392¥02¥72240.0639