May 25, 2011

Honorable Robert E. Gerber, Judge          Weil Gotshal & Manges LLP
United States Bankruptcy Court              767 Fifth Avenue
Courtroom 621                               New York, New York 10153
One Bowling Green                           c/o Harvey R. Miller, Stephen
New York, New York 10004-1408               Karotkin, Joseph H. Smolinsky

RE: Case number 09-50026 (REG)    ECF 7490 + ECF 7682

Dear Sir:

As you may remember I have written to you before about the Administrations Forced Bankruptcy. (We now call it Managed Bankruptcy) conditions namely the reduction of Life insurance for Salaried retirees.

This coming September 1, I will be retired 21 years. Part of my retirement planning was the inclusion of one times my base salary as life insurance at the time. In my case $46,000. This has now been reduced to $10,000.

I am very much aware of the fact that the Board of Directors can change things at any time. It is however my understanding that this change was forced upon the Board in order to receive the bail out money-loans.

Add to the above the loss of several thousand shares of Common stock. This I can recover over the years as a long term Capital Loss - 17 more years. If I live that long I will be 88.

Second add- My Pension and Social Security has not increased in 3 years. Inflation has increased over 2% each of the last 3 years. My medical insurance is now over $300.00 per month. This equals the increase in Pension provided by the bankruptcy.

All that aside I have a resolve to the problem. Get some of your wise kids, the insurance companies, with all their charts and tables and come up with a one time premium to restore the total life insurance levels. As most of us are older, with a decrease longevity, the cost would under 10 million. This would be Peanuts when compared to the other costs or claims.

Page 2

Please put the retired people back in the mix - something the Administration does not want to do. Example the Medicare reform with its "Death Panel" provisions.

I look forward to your response. You may call me if you have any questions or comments. (810-694-1446)

*Louis J. Alaire*