Beverly J. Meeks
14905 SW Division St.
Sherwood, OR 97140

May 25, 2011

U. S. Bankruptcy Court for Southern District of New York
One Bowling Green
Room 62
New York, NY 10004

Gentlemen:

I am writing concerning the 225 Omnibus Objection to the Motors Liquidation Company.

I filed two claims (18972 and 18973) for lost health insurance, extended care coverage, life insurance. These two claims totaled $74,600. Court claim # 26946.

In the most recent mailing I see that my claim has been reduced to some $40,732.00 (Claim # 26946).

I respectfully that the claim be listed as the original amount of $74,600.

Sincerely,

Beverly J. Meeks
GM retiree

