**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                             ) ss
COUNTY OF NASSAU      )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Between the Motors Liquidation Company GUC Trust, Kathy Subia, and the Estate of John Edward Payne Providing for Limited Modification of the Automatic Stay and the Plan Injunction [Docket No. 10370].

| | |
|---|---|
| Dated: June 2, 2011 | /s/ Alison Moodie_____ |
| Lake Success, New York | Alison Moodie |

Sworn to before me this 1st day of June, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

KATHY SUSAN SUBIA
ATTN: LAMAR B BROWN
ROBINSON CALCAGNIE & ROBINSON
620 NEWPORT CENTER DR SUITE 700
NEWPORT BEACH, CA 92660

PAYNE JOHN EDWARD
BRYN JOHNSON
1019 S STAPLEY DR
MESA, AZ 85204-5013