**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                         :    09-50026 (REG)
       f/k/a **General Motors Corp.,** *et al.*                   :
                                                                  :
                             Debtors.                             :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO
### ADMINISTRATIVE CLAIM NO. 70792 FILED BY JOHN MEALER

Upon the Objection, dated February 26, 2011 (ECF No. 9479) (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing and expunging the Mealer Claim on the grounds that the Mealer Claim fails to state a cause of action on which relief can be granted, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response to the Objection filed by John Mealer (ECF Nos. 9834) (the "**Response**"), the Debtors' reply to the Response (ECF No. 9898), and other pleadings filed in connection with the Objection; and a hearing on the Objection having been held on May 17, 2011 (the "**Hearing**"), and the Court having found and determined

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

that the relief sought in the Objection is appropriate and in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to sections 502(b) and 503 of the Bankruptcy Code, the Mealer Claim (Administrative Claim No. 70792) is disallowed and expunged in its entirety; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*June 2, 2011*

s/ *Robert E. Gerber*
United States Bankruptcy Judge