**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss
COUNTY OF NASSAU    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On June 2, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on John L. Mealer, 6333 Gardenia Lane, C/O Mealer Automobile Trade Libel by GM, GMAC, et. al., Show Low, Arizona 85901 (affected party):

- Order Granting Debtors' Objection to Administrative Claim No. 70792 Filed By John Mealer [Docket No. 10391].

Dated:  June 3, 2011                            /s/ Kathy-Ann Awkward
            Lake Success, New York              Kathy-Ann Awkward

Sworn to before me this 3rd day of June, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011