Carol Pisani
42 Marbeth Drive
Johnston, R.I. 02919-5230

May 2, 2011

United States Bankruptcy Court
Southern District of New York
Clerk of the Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, New York, New York 10004

RECEIVED MAY - 4 2011

Dear Court Clerk:

Please send me a free copy of the Confirmation Order because I do not have a computer and, send me a copy of the Stay that the Judge Robert E. Gerber has issued. I am n't sure that he really ordered the Stay.

P I am including four court papers why I did not file a Proof of Claim. The reason is that I have a lawsuit and it is not required because I am waiting for a Judgement on 09-1651.

(Over)

United States Bankruptcy Court
Southern District of New York

Carol Pisani
v.
Motors Liquidation Company

Chapter 11 Case No.
09-50026(REG)

Carol Pisani's case number
09-1651

Dear Judge Robert E. Gerber

I have received a Stay by this lawyer Mr. David R. Berz
Telephone number 1-202-682-7000
Fax-1-202-857-0940
david.berz@weil.com

Mr. David Berz's law firm
Weil, Gotshal & Manges LLP
1300 Eye Street NW Suite 900
Washington, D.C. 20005-3314
I received an Automatic Stay from Mr. David R. Berz and I did not receive a signed served certified Order by Honorable Robert E. Gerber.
A lawyer can request an Automatic Stay but a Judge has to Order the request by a lawyer. Send me a copy of the Order that the Judge

3)

signed and, if the Judge did not sign the Automatic Stay then no Automatic Stay has ever existed.

I did not file a Proof of Claim because it said in your literature to not file one if I might want a Jury Trial. Anyway, my Jurisdiction is with my U.S. Court of Appeals in Boston, Mass. For the First Circuit and, I am waiting for a Judgement. I do not want to own or possess any houses, cars, or property. My 09-1651 case is an Intellectual Property Case and my Judge

will not give me a Judgement because your Court has a Stay. Anyway, with the Proof of Claim my Judge has to make a Judgement before I can claim anything. The Proof of Claim decision is in the hands of my Judge. I cannot speculate on what is owed me. A Judge has to calculate how many cars General Motors has sold with my Electronic Seatbelt invention in the years from 2000 to the present year. Signed Carol Pisani    Date May 2, 2011