**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
                                      :
In re:                                :    Chapter 11
                                      :
MOTORS LIQUIDATION COMPANY, *et al.*, :    Case No. 09-50026(REG)
f/k/a General Motors Corp., *et al.*  :
                                      :    (Jointly Administered)
    Reorganized Debtors.              :
_____x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF HOWARD S. SHER

I, Howard S. Sher, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent J. Michael Losh in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                                Respectfully submitted,

                                JACOB & WEINGARTEN, P.C.


                                By: /s/ Howard S. Sher
                                    Howard S. Sher (P38337)
                                    2301 West Big Beaver Road
                                    Suite 777
                                    Troy, Michigan 48084
                                    howard@jacobweingarten.com
                                    (248)649-1900

Dated: June 7, 2011