**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
                                    :
In re:                              :    Chapter 11
                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,:   Case No. 09-50026(REG)
f/k/a General Motors Corp., *et al.* :
                                    :    (Jointly Administered)
    Reorganized Debtors.            :
_____x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF MICHELE L. WALTON

I, Michele L. Walton, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, to represent J. Michael Losh in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                    Respectfully submitted,

                    JACOB & WEINGARTEN, P.C.


                    By: /s/ Michele L. Walton
                        Michele L. Walton (P70795)
                        2301 West Big Beaver Road
                        Suite 777
                        Troy, Michigan 48084
                        michele@jacobweingarten.com
                        (248)649-1900

Dated: June 7, 2011