Motion to Appoint Counsel
maryofamerica
to:
gerber.chambers
06/07/2011 02:02 PM
Show Details

> Endorsed Order:
> Denied, for failure to plead a prima facie entitlement to relief.
> S/REG
> USBJ
> 6/7/11

Ch 11. Case No.09-50026
New York South District Bankruptcy Court

In re:

Marianne Lisenko et al
vs
GM re-organization and Motorsliquidation Inc. et al

**MOTION TO APPOINT COUNSEL**

I, Marianne Lisenko, hereby come to this Court with the following facts and prayer:

1. I am a claimant-creditor in this case and my docket numbers are: 10226,7760,7457,7344,7071. My Proof of Claim number is 22063.

2. My claim has not been satisfied, whereas the majority of bond-holders have been paid, according to this Court's Disclosure Statement of approximately October, 2010. Amended versions of the Disclosure Statement and Plan omit mention of such a settlement. This fact and facts enumerated in my Motion for Clarifications and in other filings point to flagrant abuses of process and the need to investigate persons who were unjustly and fraudulently enriched by the proceedings in this court and by actions which led to these proceedings.

3. I have not been able to find counsel who has the expertise and and the required moral integrity in order to resolve all the pending questions, objections and claims which are of an important public nature.

4. I declare under oath and penalty of perjury and at the risk of losing my mind, my health, my body and my SOUL to death and destruction, should I deceive, that all the facts stated herein are true and written in good faith.

ON THE BASIS OF ALL THE ABOVE, I PRAY FOR THE APPOINTMENT OF COUNSEL.

And I have signed electronically in Washington, DC, on June 7, 2011

Marianne Lisenko
P.O.Box 34132
Washington DC 20043
202-509-4919