# STRONG — GARNER — BAUER
### TRIAL ATTORNEYS

| LAWYERS | PARALEGALS |
|---|---|
| JEFF BAUER ** | VICKI ANDERSON |
| NEIL CHANTER | AMANDA BIRD |
| STEVE GARNER | GREG BOONE |
| CHANDLER GREGG | BRADLEY HOLT |
| JEFF MITCHELL | MINDY MEINKING |
| GRANT RAHMEYER** | |
| THOMAS STRONG * | |

\*\*  Licensed Also in Kansas
\*   Retired

**NURSES**
DEBRA AMTOWER, RN, LNCC, EMT
FRANCES COLOGNA, RN, BSN, CNOR

June 6, 2011

**NOTICE OF CHANGE OF ADDRESS**

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Chasity Lynn Moore and/or Strong Garner Bauer, P.C., Proof of Claim number 2138

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Chasity Lynn Moore and/or Strong Garner Bauer, P.C.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

*[signature]*

Name: Neil Chanter
Title: Attorney for Chasity Lynn Moore

Cc:  The Garden City Group, Inc.
     Motors Liquidation Company Claims Agent
     PO Box 9386
     Dublin, OH 43017-4286