**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x
                                      :
In re:                                :    Chapter 11
                                      :
MOTORS LIQUIDATION COMPANY, *et al.*, :    Case No. 09-50026(REG)
f/k/a General Motors Corp., *et al.*  :
                                      :    (Jointly Administered)
        Reorganized Debtors.          :
_____x

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF HOWARD S. SHER

Upon the motion of Howard S. Sher, to be admitted, ***pro hac vice***, to represent J. Michael Losh in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Howard S. Sher, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent J. Michael Losh in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: *June 8, 2011*
       *New York*, New York

                                        *S/ Robert E. Gerber*
                                        UNITED STATES BANKRUPTCY JUDGE