Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                                     :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,                     :    **09-50026 (REG)**
    f/k/a **General Motors Corp.**, *et al.*    :
:
        Debtors.               :    **(Jointly Administered)**
:
------------------------------------------------------------x

**MOTORS LIQUIDATION COMPANY *ET AL.*'S STATEMENT OF ISSUE PRESENTED
ON APPEAL AND COUNTERDESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL IN CONNECTION
WITH THE APPEAL OF SHERIF RAFIK KODSY**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Motors

Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as post-

effective date debtors (collectively, the "**Debtors**")[1] submit the following statement of issue

presented on appeal and counterdesignation of additional items to be included in the record in

connection with the appeal of Sherif Rafik Kodsy ("**Kodsy**" or "**Appellant**") from the May 3,

2011 supplemental order (ECF No. 10152) (the "**Supplemental Order**") of the United States

---

[1] The Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**"), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.), Remediation and Liability Management Company, Inc. ("**REALM**"), and Environmental Corporate Remediation Company, Inc. ("**ENCORE**").

Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (Robert E. Gerber, J.) granting the Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (ECF No. 7050) (the "**Omnibus Objection**") with respect to Kodsy's proof of claim, claim number 69683 ("**Kodsy's Claim**").[2]

## STATEMENT OF ISSUE ON APPEAL

Did the Bankruptcy Court err in granting the Supplemental Order with respect to Kodsy's Claim?

## COUNTERDESIGNATION OF RECORD

| Designation Number | Date of Filing | Docket Number | Description |
| --- | --- | --- | --- |
| 1 | 6/1/2009 | 21 | Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2 |
| 2 | 6/27/2009 | 2649 | Amended and Restated Master Sale & Purchase Agreement and Certain Exhibits and Schedules Thereto |
| 3 | 7/5/2009 | 2967 | Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry into UAW Retiree Settlement Agreement |
| 4 | 7/5/2009 | 2968 | Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief |
| 5 | 7/6/2009 | 2985 | Errata Order re: Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and |

---

[2] The Debtors reserve the right to amend this Counterdesignation of Items to be Included in the Record on Appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| | | | Assignment of Related Executory Contracts; and (3) Entry into UAW Retiree Settlement Agreement |
| 6 | 7/16/2009 | 3193 | Memorandum and Order of U.S. District Court Judge Lewis A. Kaplan in an M-47 Proceeding |
| 7 | 9/2/2009 | 3940 | Motion for Order Establishing the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 8 | 9/16/2009 | 4079 | Order Establishing the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc |
| 9 | 10/14/2009 | 4238 | Affidavit of Service of Order Establishing the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 10 | 10/23/2009 | 4290 | Certificate of Publication of the Notice of the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 11 | 11/16/2009 | 4445 | Motion for Order Establishing the Deadline for Filing Proofs of Claim Against REALM and ENCORE |
| 12 | 12/2/2009 | 4586 | Order Establishing the Deadline for Filing Proofs of Claim Against REALM and ENCORE |
| 13 | 12/18/2009 | 4681 | Order Establishing the Deadline for Filing Proofs of Claim with Respect to Claims Relating to Certain Properties |
| 14 | 12/28/2009 | 4714 | Motion to Authorize Debtors to Honor Prepetition Obligations to Customers filed by Sherif Rafik Kodsy |
| 15 | 10/23/2009 | 4724 | Certificate of Publication of Notice of the Deadline for Filing Proofs of Claim Against REALM and ENCORE |
| 16 | 1/14/2010 | 4864 | Motion to Authorize Debtors to Honor Prepetition Obligations to Customers filed by Sherif Rafik Kodsy |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 17 | 1/25/2010 | 4877 | Affidavit of Publication of Notice of the Deadline for Filing Proofs with Respect to Claims Relating to Certain Properties |
| 18 | 4/14/2010 | 5493 | Memorandum and Order of U.S. District Court Judge Naomi Reice Buchwald |
| 19 | 4/29/2010 | 5674 | Memorandum and Order of U.S. District Court Judge Robert W. Sweet |
| 20 | 8/2/2010 | 6496 | Motion to Authorize Debtors to Honor Prepetition Obligations to Customers Exhibits filed by Sherif Rafik Kodsy |
| 21 | 9/21/2010 | 7050 | Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) |
| 22 | 9/22/2010 | 7083 | Affidavit of Service of Notice of Debtors' Ninety-Eight Omnibus Objection to Claims (Incorrectly Classified Claims) |
| 23 | 9/30/2010 | 7309 | Response to the Ninety-Eighth Omnibus Objection of Debtor filed by Sherif Rafik Kodsy |
| 24 | 11/8/2010 | 7677 | Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) |
| 25 | 11/11/2010 | 7734 | Affidavit of Service of Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) |
| 26 | 12/7/2010 | 8014 | Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 27 | 12/7/2010 | 8015 | Debtors' Amended Joint Chapter 11 Plan |
| 28 | 12/8/2010 | 8023 | Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 29 | 12/8/2010 | 8043 | Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Notice Packages and Procedures for Distribution thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Forms of Notices to Non-Voting Classes Under the Plan, Dated December 8, 2010 |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 30 | 12/13/2010 | 8142 | Motion for a Telephonic Hearing filed by Sherif Rafik Kodsy |
| 31 | 1/18/2011 | 8673 | Affidavit of Publication of Debra Wolther, Sworn to on January 18, 2011, of the Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date |
| 32 | 2/22/2011 | 9389 | Debtors' Memorandum of Law in Support of Confirmation of Amended Joint Chapter 11 Plan and Response to Objections to Plan |
| 33 | 3/2/2011 | 9697 | Transcript Regarding Hearing Held on March 1, 2011 |
| 34 | 3/18/2011 | 9836 | Debtors' Second Amended Joint Chapter 11 Plan |
| 35 | 3/22/2011 | 9874 | Debtors' Reply to Response of Sherif R. Kodsy Opposing Omnibus Objection to Incorrectly Classified Claims (Omnibus Objection No. 98) |
| 36 | 3/23/2001 | 9896 | Affidavit of Service of Debtors' Reply to Response of Sherif R. Kodsy Opposing Omnibus Objection to Incorrectly Classified Claims |
| 37 | 3/29/2011 | 9941 | Findings of Fact, Conclusions of Law, and Order Pursuant to Sections 1129(a) and (b) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Second Amended Joint Chapter 11 Plan |
| 38 | 3/31/2011 | 10039 | Objection to the Debtors' Response to the Ninety-Eighth Omnibus Objection of Claimant filed by Sherif Rafik Kodsy |
| 39 | 4/6/2011 | 10056 | Notice of Occurrence of Effective Date of Debtors' Second Amended Joint Chapter 11 Plan |
| 40 | 4/8/2011 | 10068 | Amendment of Letters of Correspondence with Debtors filed by Sherif Rafik Kodsy |
| 41 | 4/26/2011 | 10132 | Supporting Rules and Case Law filed by Sherif Rafik Kodsy |
| 42 | 4/28/2001 | 10140 | Transcript regarding Hearing Held on April 26, |

| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
|---|---|---|---|
| | | | 2011 |
| 43 | 5/3/2011 | 10151 | Notice of (I) Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and (II) Occurrence of Effective Date |
| 44 | 5/3/2011 | 10152 | Supplemental Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) |
| 45 | 5/5/2001 | 10189 | Affidavit of Service of Supplemental Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) |
| 46 | 5/12/2011 | 10230 | Notice of Appeal filed by Sherif Rafik Kodsy |
| 47 | 5/16/2011 | 10274 | Application to Proceed Without Prepayment of Fees and Affidavit filed by Sherif Rafik Kodsy |
| 48 | 5/25/2011 | 10353 | Letter to Honorable Robert E. Gerber Opposing the Application to Appeal Without Prepayment of Fees |
| 49 | 5/25/2011 | 10367 | Index of Appeal filed by Sherif Rafik Kodsy |
| 50 | 5/27/2011 | 10387 | Letter by Sherif R. Kodsy to Honorable Robert E. Gerber Responding to the Debtors' Opposition to the Application to Appeal Without Prepayment of Fees |
| 51 | 6/3/2011 | 10394 | Endorsed Order forwarding to the District Court for its consideration the Debtors' Letter to Honorable Robert E. Gerber Opposing the Application to Appeal Without Prepayment of Fees |
| 52 | 6/1/2009-6/8/2011 | N/A | Docket for *Motors Liquidation Company, et al. (f/k/a General Motors Corp. et al.)*, Ch. 11 Case No. 09-50026 (REG) for 6/1/2009 through 06/08/2011 |

Dated: June 8, 2011
   New York, New York

               /s/ Joseph H. Smolinsky
               Harvey R. Miller
               Stephen Karotkin
               Joseph H. Smolinsky
               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Facsimile: (212) 310-8007

               Attorneys for Debtors and
               Post-Effective Date Debtors - Appellees