

June 1, 2011

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    RE:    Motors Liquidation Company f/k/a General Motors Corporation, et al.,
              Chapter 11 – File Date 9/16/09
              Case No. 09-50026 (REG)

Dear Clerk of the Court,

Lyris Technologies is a named creditor in the bankruptcy listed above. Please update your records with our new address & phone number.

**Lyris Technologies, Inc.**
**6401 Hollis Street, Ste 125**
**Emeryville, CA 94608**

**PH (510) 844-1510**
**FX (510) 844-1602**

Thank you.

*[signature]*

**Silvia G Perez**
Finance Operations Manager, Paralegal

Tel: (510) 844-1505
Fax: (510) 355-3700
Email: sperez@lyris.com



www.lyris.com

6401 Hollis Street • Suite 125 • Emeryville, CA 94608
domestic: 800.768.2929 • international: 510.844.1600 • fax: 510.844.1598