June 2 2011

HONORABLE Robert E. Gerber         Re Motors Liquid Claim
                                       For Judith Agazio    # 70442

UNITED States Bankruptcy Judge room 621
Southern
District of New York
One Bowling Green
New York, New York 10004


Dear Judge Gerber




I am writing in effort for YOU TO READ MY LETTER AND TO CONSIDER my claim for life insurance from my deceased husband, Fortunato Agazio, who passed, on 11-22-2009.

You will find letter re the insurance, from General Motors

My husband worked 38 years for the company as salaried personnel. He devoted many hours on their behalf. He also was proud, until the end of his life, when he got non hodgkins lymphoma and the company rejected his worth.

We were in the chemo room at hosp., when our health benefits were taken away via the televison we were watching.
CEO Wagoner (now gone!) said salaried workers can't have the benefit, because gas was high and would stay high (however UAW members use gas too, but they have kept their benefits That was while my husband was getting chemo iv, Crude way to tell people.

But the big blow, was the letter we received when he was dying, in our house. It was 10-01-09 and said you have no life insurance! They said you could buy some.but if you died within 2 years it would not pay! We did not have two years. The ultimate crudeness from worlds largest corporation.

Would any of you like to be dying and know you would be leaving the family behind, that you loved and was devoted too, without insurance. That was truly a blow to a person dying from cancer
My husband said NO FUNERAL COST TO MUCH WOULD HAVE NOTHING LEFT. Once again he put family first. Like he did GM HE WAS HUMILIATED ON HIS DEATH BED AND GRIEVED DEEPLY.

So after 50 years of marriage and 38 years toiling for GM their was no funeral. He was cremated.

I am sure that very same story has taken place, with other retired employees that were dying at the time of the letter

My husband (and I) was devoted to GM. I supported all of his efforts, He worked when Our son passed, He worked after his jaw was removed and He went in early and left late. Now they don't even recognize Him. What a way to end your life.

Their should be consideration to the people that passed within the two year time limit for insurance.

Please consider what has happened and consider all of the money GM is making and how fast they have made the money. Consider what thy did to get the money they made SO FAST. It is our Money. Dead

retiree life insurance money. Pain and suffering money. A life of work money, and they did not want to pay.

They have it and the will not keep there word.
My husband kept his part of the deal now it is time for them to step up and bring our family 's dignity back.

REMEMBER THIS , MY HUSBAND DIED WITH GM ON HIS MIND.  IS THAT FAIR?

PLEASE CONSIDER THE LIFE INSURANCE CLAIMS OF THE PEOPLE  THAT PASSED WITHIN THE 2 YEARS OF THEIR SUPERIMPOSING THIR SELF ON TO RETIRED DEAD PEOPLE.

With dignity Judith Agazio  29399 Shacket Madison Heights Michigan  48071  fagazio@yahoo.com

Also  we paid benefit taxes on this insurance all of time

Gm paid 10,000 of the insurance.  Balance due is 72,241.00  and if I were as greedy as them, I would charge interest!

**GM NATIONAL RETIREE SERVICING CENTER**
P.O. Box 5113
Southfield, Michigan 48086-5113
**1-800-828-9236**
1-800-872-8682
TELECOMMUNICATION DEVICE FOR THE DEAF

Oct 05, 1998

Fortunato Agazio
29399 Shackett Ave.
Madison Hts, MI 48071-4421

Dear Fortunato Agazio,

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life insurance.

Our insurance records, as of the date of this letter, show the Continuing Life insurance has now fully reduced to the ultimate amount of $82,241.00. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

**IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.**

If you have any questions regarding this letter, you may call toll-free, **1-800-828-9236** (Telephone Device for the Deaf **1-800-872-8682**), during normal business hours, or write to the address above.

Always include this Social Security number, [redacted] in all your correspondence.

Retiree Servicing Center

UA01

*[Handwritten:]* GM paid 10 000 of this
Bal is 72,241   from 11-22-09