June 2 2011

Re Motors liquidation #70442 LIFE INSURANCE
*in additiona to letter sent 6-2-11. mrs. wife*

Dear Judge Gerber

I am submitting addition information for you to see.

I am hoping you can can see the problem.

MY HUSBAND WAS ALREADY TERMINAL AND WAS DYING, WHEN WE GOT THAT CRUDE LETTER FROM GM ABOUT NOT WANTING TO PAY THE LIFE INSURANCE THEY GUARENTEED WITH THE ATTACHED LETTER..

GM SENT LETTER STATING INS NO GOOD AFTER 10-01-09 FORTUNATO PASSED FEW WEEKS AFTER THAT ON 11-22-09 THANKSGIVING.    IS THAT JUSTICE.

ALL OF THE SALARIED RETIREES THAT WERE TERMINAL WHEN THEY SENT THE LETTER, NEEDS THEIR FULL COMPENSION AS PROMISED.  YOU HAVE THE POWER TO DO THIS.

THE OTHER HEALTHY ONES, WERE GIVEN OPPORTUNITY TO BUY ADDITIONAL LIFE INSURANCE BUT HAVE TO STAY ALIVE FOR TWO YEARS TO COLLECT.

I IMPLORE YOU TO SEE THE GRAVE INJUSTICE THAT WAS PUT ON THE TERMINAL SALARIED RETIREE THAT RECEIVE THE LETTERS OF LIFE INSURANCE FROM GM.

PLEASE LET JUSTICE PREFAIL AND NOT CORPORATE GREED.

GM WILL GET ALONG FINE, WITHOUT TAKING DEAD RETIREE LIFE INSURANCE PROCEEDS.

HOW WOULD YOU FEEL WATCHING YOUR DAD DYING AND GET LETTER FROM CO SAYING, I TAKE IT BACK NOW GET LOST.  WHICH IS WHAT THRY DID

KEEP AMERICA STRONG.  DEFEAT CORP GREED.

MRS FORTUNATO(JUDITH) AGAZIO   fagazio@yahoo.com
29399 Shacket Madison Heights Michigan 48071

In the shadow of GM World Headquarters

*Please add to file after reading + deeply consider the justice*

http://sullivanfuneraldirectors.com/_mgxroot/page_10789.php?id=729370

WM Sullivan Funeral Directors: Obituaries

70442
MTRS 40

Judge Gerber

# Obituaries

He was ## terminal when gm sent letter of life ius.

Service information is posted on our website only with approval from the family.
If you are seeking information not listed below, please contact us.

List Current Memorials | List All Memorials

View Memorial | Photo Gallery | Guestbook | Charities | Family Login

**Search Memorials** (Last Name): [    ] **GO** Advanced

Current Memorials > Fortunato 'Frank' Agazio

## Fortunato 'Frank' Agazio

Born in Detroit, MI on Sep. 22, 1936
Departed on Nov. 22, 2009 and resided in Madison Heights, MI.

Service:    No Service

[SIGN GUESTBOOK]    [VIEW GUESTBOOK]

Fortunato "Frank" Agazio, age 73, a 45-year resident of Madison Heights, died November 22, 2009 at William Beaumont Hospital in Royal Oak. He was born September 22, 1936 in Detroit. Mr. Agazio served in the U.S. Army during the Korean War as a tanker in the 10th Mountain Division. He retired from the General Motors Tech Center after 38 years of dedicated service. He was very interested in genealogy and provided family history for his friends. He had a deep passion and interest in all the Detroit sports teams, and was very friendly toward everyone he met. Mr. Agazio is survived by his wife, Judith I. (Sherwood) Agazio, whom he married January 2, 1960 at St. Gabriel Catholic Church in Detroit; children, Sherry (Paul) Piontkowski of Warren and Darren Agazio of Huntsville, AL; daughter-in-law, Annette Agazio; and grandchildren, Anthony F. Agazio and Jacob A. Agazio. He was preceded in death by his son, Anthony Agazio and sister, Maria Dorian. Inurnment will take place at Roseland Park Cemetery in Berkley. Memorials to the wishes of the family or charity of the donor's choice appreciated. For information call Wm. Sullivan & Son Funeral Home, Royal Oak, 248-541-7000. Share your memories at

# Obituaries

Service information is posted on our website only with approval from the family.
If you are seeking information not listed below, please contact us.

List Current Memorials | List All Memorials
View Memorial | Photo Gallery | Guestbook | Charities | Family Login

**Search Memorials** (Last Name):

Current Memorials > Fortunato 'Frank' Agazio > Guestbook

[SIGN GUESTBOOK] [PROFESSIONALLY PRINTED GUESTBOOK]  [GO] Advanced

Guestbook for Fortunato 'Frank' Agazio     Showing 1 - 13 of 13 entries.

*Dear Judy, Sherry & Darren,*
*The entire Montano family will never forget Frank ("Mr.") Agazio.*
*There are so many memories of him while we were all growing up on Shacket, he will never be forgotten! Our prayers go out to you all....*
*Mike Montano and Family*

Mike Montano
Jan 9, 2011
Macomb, MI

*Judy and family*

*Frank was the heart of "Shackett Street" He will be missed everyday in everyway.*

*You are in our thoughts and prayers.*

WM Sullivan Funeral Directors: Obituaries
http://sullivanfuneraldirectors.com/_mgxroot/pag...
6/3/2011 6:14 PM
2 of 3

10442
MTRS 4 9