# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | KRISTINA J MACDONALD<br>C/O LEON R RUSSELL<br>3102 OAK LAWN AVE, SUITE 600<br>DALLAS, TX 75219 |
| Claim Number (if known): | 1256 |
| Date Claim Filed: | 9/1/2009 |
| Total Amount of Claim Filed: | $6,000,000.00 |

*RECEIVED JUN - 9 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK*

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 6/5/11

Print Name: Kristina MacDonald

Title (if applicable): _____

1