Hearing Date and Time: June 22, 2011 at 9:45 a.m. EST

Marie V. Pilz (Spouse of Leonard J. Pilz-Retiree)
C/O Leonard J. Pilz
10221 Rood Ave.
Lake, MI 48632

COURT CLERK COPY

Phone: 989-544-3307 or 239-849-6483
e-mail: leonardpilz@msn.com

Spouse of Retired salaried employee of General Motors
with unsecured claim for health care benefits
Claim No. 22304. Page 12, Exhibit A, Debtor's 225th Omnibus Objection to Claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                      :    **Chapter 11 Case No.**
                                           :
**MOTORS LIQUIDATION COMPANY, et al.,**    :    **09-50026 (REG)**
    f/k/a General Motors Corp., et al.     :
                                           :    **(Jointly Administered)**
            Debtors.                       :
---------------------------------------------------------x

Response to the **NOTICE OF DEBTORS' 225TH OMNIBUS OBJECTION TO CLAIMS**, dated May 20, 2011.

We **OBJECT** to this attempt by Motors Liquidation Co. and General Motors "to disallow and expunge our Claim# 22304 for $117,300.00". Motors Liquidation Co. and General Motors is trying to avoid paying any money to salaried retirees and their spouses who had been promised health care benefits in retirement. Their request to deny all these claims is unjust and inequitable.

This claim is based on GM's $5,500.00/year spousal health care benefit cap which was eliminated. With her life expectancy, this amounts to $117,300.00 cash to me to maintain the same level of benefits that she had been promised.

GM chose to terminate salaried spousal retiree benefits by declaring bankruptcy. Now they are able to show a cost avoidance in the New GM. The New GM now wants to disallow and expunge our claim and the other salaried retired employees by saying it has "no liability" to pay Health Care Benefits to Old GM Retiree Spouses.

The Old GM retirees were loyal and hardworking members of the GM Staff. Now GM has thrown the old salaried retirees aside for the New GM. **Where is GM's Loyalty?** Apparently it is to greed and profits and not to its Staff. This treatment of the salaried retirees and their spouses is a disgrace to the American Worker.

I respectfully ask the Court to order that a reasonable percentage, to be determined by the Court, of my claim and others be honored by Motors Liquidation Co. and General Motors.

Dated: Lake, Michigan
       June 6th, 2011

/s/ Marie V. Pilz                          /s/ Leonard J. Pilz
Marie V. Pilz                              Leonard J. Pilz