June 6, 2011

The Honorable Robert E. Gerber
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004

Dear Judge Gerber:

I am writing this objection to the ruling "disallowing and expunging of claim" for my claim #28290 in the case of General Motors Bankruptcy, Motors Liquidation Company. First of all let me apologize for the letter form as I am not an attorney nor am I able to afford one. What I am objecting to is the exclusion of the claims of the people who can least afford to being expunged from this settlement. I retired in 1992 under a special early retirement agreement which stated that my benefits would be good for the rest of my life. And I was also told that the retirement year, that I retired, was fully funded. The hardships that this ruling places on people like me are tremendous. The strain on the small income my wife and I receive has already taken a toll on our health. We have lost over 70% of our IRA in this economy. We have had our home up for sale now going on 3 years. I filed my claim in this law suit in hopes of getting something back to put us back on our feet but the ruling has been devastating to us. I plead that you reconsider your ruling as I think it very unfair that General Motors tries to claim that some small print in a agreement that was never mentioned to me upon signing my retirement contact be used to disallow certain claims.
I would like to thank you for your time in reviewing my appeal.

Very truly yours,

*[signatures]*

Gerald & Carol Morris
4625 Compeau Road
Alpena, MI 49707
Phone: 989-727-3191