As a GM retiree of 17 years of serivce, I was told that these benifits were coming to me if I took the early retirement package. Please do the right thing and fix this.

Francis T. Brennan
1350 Heights
Lake Orion Mi. 48362

*Francis T. Brennan*

227th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS BRENNAN<br>1350 HEIGHTS<br>LAKE ORION, MI 48362 | 61362 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,537.00 (U)<br>$14,537.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |