June 6, 2011

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621, United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

RE: Chapter 11  Case No. 09-50026 (REG)
    Motors Liquidation Co., et al., GUC Trust
    F/K/A General Motors Corp., et al.  Debtors

Response to Notice of 226th Omnibus Objection to Claims, dated
May 20, 2011.

The undersigned Claimants respectfully petition this court to reinstate
their Claim No. 63513 and weigh their claim on its merits.

In 2008 and 2009, specifically the United Auto Workers (U.A.W.) for the
General Motors (G.M.) unit, were paid a sum of $32 billion by G.M. to be
placed into the care and custody of the U.A.W. for the purpose of
administering healthcare and other benefits.  Discriminatory ?????????

It is believed the U.A.W. was to establish the Voluntary Employee
Benefit Association (V.E.B.A.) to administer the $32 billion and related
benefits in accordance with I.R.S. Code 401C.  It is believed that no such
generous opportunity was given the salaried retirees, employees and
certain executives who are paying substantially higher medical and
pharmaceutical costs because of this bankruptcy.  Discriminatory ??????

This Chapter 11 bankruptcy should perhaps have been a Chapter 7.  Something
doesn't feel quite right.

Thank you for considering our objection and plea to reinstate our claim.

*[signatures]*

Diana Bogucki and Walter M. Bogucki (spouse)
Claimants of Claim No. 63513
565 South Creek Court
Traverse City, MI  49696-8614

Tel.: (231) 995-9077