**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                              :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.***,**          :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*    :
                                                            :
        Debtors.                 :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## ORDER APPROVING SETTLEMENT AGREEMENT

**WHEREAS** Responsible Environmental Solutions Alliance ("**RESA**") and Motors Liquidation Company ("**MLC**" and together with RESA, the "**Parties**") entered into that certain settlement agreement annexed hereto (the "**Settlement Agreement**") regarding the disbursement of proceeds to MLC resulting from a settlement between the Parties and Chemical Waste Management, Inc. (the "**CWM Settlement Proceeds**"), all as more fully described in the Settlement Agreement;

**WHEREAS** pursuant to the terms of the Settlement Agreement, the Settlement Agreement shall become effective upon entry of a final order of this Court approving the Settlement Agreement;

**WHEREAS** due and proper notice of the presentment of this Order has been provided, and no objections having been received;

**NOW**, after due deliberation and sufficient cause appearing therfor, it is

**ORDERED** that the Settlement Agreement is approved; and it is further

**ORDERED** that MLC is authorized to enter into the Settlement Agreement; and it is further

**ORDERED** that the Settlement Agreement shall be effective as of the date that this Order becomes a final order; and it is further

**ORDERED** that RESA shall pay, by wire transfer, to MLC the amount of $161,263.63 as provided in the Settlement Agreement; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       ***June 13, 2011***

                                             *s/ Robert E. Gerber*
                                             United States Bankruptcy Judge