*[Handwritten annotation: Entered Order. Denied, for failure to allege a prima facie entitlement to relief. S/REG., USBJ 6/13/11]*

Office of the Clerk
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, Room 534 (Honorable Robert E. Gerber)
NEW YORK, NEW YORK 10004

*[Stamp: RECEIVED JUN -6 2011 U.S. BANKRUPTCY COURT, SDNY]*

RE: In re MOTOR LIQUIDATION COMPANY
    09-50026 (REG)

Dear Clerk,

   Enclosed for filing please find as follows:

1. Motion For Relief Fron Stay
   with Exhibits A-N


I ask that a date for a hearing is marked up and I am informed of said date. I am incarcerated and have foregone the option of bundling based upon costs, however, a true copy has been sent to WEIL, GOTSHAL & MANGES.

   Thank you fro your assistance in this matter and I appriciate your future cooperation in this matter.

Dated: June 2, 2011                Barry-Henry: Spencer, Junior
                                   20 Administration Road
                                   Bridgewater, MA 02324


Cc Harvey R. Miller, Esq.,
   Stephen Karotkin, Esq.,
   Joseph H. Smolinsky, Esq.,
   Holly Clark, Esq.,
   William J. McLeod