Helga R. von Transehe          Tel.:   011 49 8547 91111
St. Othmar Strasse 10          Fax:    011 49 8547 914771
D-94501 Kriestorf
Germany

Office of the Clerk
   of the Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004          June 4, 2011

Subject:    Motors Liquidation Company
            f/k/a General Motors Corp.
            Chapter 11 Case No. 09-50026 (REG) (Jointly Administered)

Gentlemen:

Your letter re:

   Notice of
(I)     Entry of Order, confirming Debtors' second amended joint Chapter 11 Plan
        and
(II)    occurrence of effective date

dated April 11, 2011 arrived at my above-mentioned address <u>after</u> the deadline of May 30, 2011. It was mailed via the Netherlands and the envelope – see photocopy attached – was not marked "by airmail".

As proof of my claim (125 shares of General Motors), I herewith attach photocopies of page 1 (top sheet) and of page 3 of the Merrill Lynch statement dated March 25, 2011. My 125 shares of General Motors were held by the Merrill Lynch street address.

Due to the fact that your letter of April 11, 2011, arrived after the deadline, I am requesting herewith that you still accept this letter with the proof of claim even if it arrives after the deadline of May 30, 2011.

Sincerely,

*Helga R. von Transehe* [signature]



00012293

PO BOX 18001
NEW BRUNSWICK, NJ 08906-8001
MOTORS LIQUIDATION COMPANY



HELGA R VON TRANSEHE
ST OTHMAR STRASSE 10
94501 KRIESTORF
GERMANY

**Merrill Lynch**
Wealth Management
Bank of America Corporation

at: www.mymerrill.com

HELGA R VON TRANSEHE
ST OTHMAR STRASSE 10
94501 KRIESTORF
GERMANY

Account Number: 821-13395

24-Hour Assistance: (800) MERRILL

**Net Portfolio Value:** **$33,145.42**

Your Financial Advisor:
PARKER W GUNDECK
1700 ROUTE 23 NORTH SUITE 200
WAYNE NJ   07470
parker_gundeck@ml.com
(888) 567-0839

February 26, 2011 - March 25, 2011

## CMA® ACCOUNT

| ASSETS | March 25 | February 25 |
|---|---|---|
| Cash/Money Accounts | 796.76 | 708.73 |
| Fixed Income | - | - |
| Equities | 32,348.66 | 32,748.11 |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| Subtotal (Long Portfolio) | 33,145.42 | 33,456.84 |
| **TOTAL ASSETS** | **$33,145.42** | **$33,456.84** |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | - | - |
| **NET PORTFOLIO VALUE** | **$33,145.42** | **$33,456.84** |
| MARGIN AVAILABLE CREDIT | 23,422.00 | |

| CASH FLOW | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | $708.73 | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | - | - |
| Subtotal | - | - |
| **DEBITS** | | |
| Electronic Transfers | - | - |
| Margin Interest Charged | - | - |
| Other Debits | - | - |
| Visa Purchases (debits) | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | - | - |
| Subtotal | - | - |
| Net Cash Flow | - | - |
| Dividends/Interest Income | 88.03 | 264.82 |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| Closing Cash/Money Accounts | $796.76 | |
| Securities You Transferred In/Out | - | - |

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, Member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:   Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value

**Merrill Lynch Wealth Management**
Bank of America Corporation

LGA R VON TRANSEHE

Account Number: 821-13395

February 26, 2011 - March 25, 2011

## OUR CMA ASSETS

### EQUITIES (continued)

| Description | Symbol | Acquired | Quantity | Unit Cost Basis | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|---|
| MOTORS LIQUIDATION ORD | MTLQQ | N/A | 125 | N/A | N/A | 0.0520 | 6.50 | N/A | N/A | |
| VERIZON COMMUNICATNS COM | VZ | N/A | 100 | N/A | N/A | 37.2900 | 3,729.00 | N/A | 195 | 5.22 |
| **TOTAL** | | | | | | | **32,348.66** | | **1,079** | **3.34** |

### RESEARCH RATINGS

| Security | Symbol | BofAML Research | Morningstar | S&P |
|---|---|---|---|---|
| AT&T INC | T | Neutral (A27) | Hold | Buy |
| EXXON MOBIL CORP COM | XOM | Buy (A17) | Hold | Buy |
| FRONTIER COMMUNICATIONS | FTR | Underperform (B38) | Hold | Hold |
| GENERAL ELECTRIC | GE | Neutral (B27) | Buy | Buy |
| VERIZON COMMUNICATNS COM | VZ | Neutral (A27) | Hold | Hold |

PLEASE REFER TO THE BACK OF YOUR STATEMENT FOR A GUIDE TO BofAML AND THIRD PARTY RESEARCH RATINGS.

### LONG PORTFOLIO

| | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|
| **TOTAL** | 796.76 | 33,145.42 | | | 1,079 | 3.26 |

Total values exclude N/A items

## OUR CMA TRANSACTIONS

### DIVIDENDS/INTEREST INCOME TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|---|---|---|---|---|---|
| 3/25 | ¤ Bank Interest | | BANK DEPOSIT INTEREST | .03 | |
| | Subtotal (Taxable Interest) | | | .03 | .07 |
| 3/10 | * Dividend | | EXXON MOBIL CORP COM HOLDING 200.0000 PAY DATE 03/10/2011 | 88.00 | |