UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                                    :        Chapter 11 Case No.
                                                         :
MOTORS LIQUIDATION COMPANY, *et. al.*                    :        09-50026 (REG)
    *f/k/a General Motors Corp., et. al.*           :
                                                         :
    Debtors                                            :        (Jointly Administered)
                                                         :
---------------------------------------------------------x

## RESPONSE TO OBJECTION TO CLAIM

TAKE NOTICE that the Debtor Foster Townsend Graham & Associates LLP, Claim number 38931 as listed in Exhibit "A" of the Notice of 220TH Omnibus Objection to Claims objects to the expungement of its claim on the basis that the Statement of Claim was issued on August 9, 2007, the Statement of Defence served and dated June 25, 2008 and the case has not yet been settled or tried. To date, no judgment has been rendered.

The amount of the claim as of the date the case was filed on June 1, 2009, is $5 million dollars. The basis for the claim is a Crossclaim in relation to the legal action for personal injury and enclosed herewith is a copy of the Statement of Defence and Crossclaim (attached as Exhibit "A").

The Plaintiff in a civil matter (court file number 4768-07 issued on August 9, 2007 in the City of Milton, Ontario, Canada) had also filed a Proof of Claim form on November 10, 2009 and provided a copy of the Statement of Claim.

| | |
|---|---|
| Dated: London, Ontario, Canada<br>April 29, 2011 | FOSTER, TOWNSEND, GRAHAM<br>AND ASSOCIATES<br>Barristers & Solicitors<br>551 Waterloo Street<br>London, Ontario<br>N6B 2R1<br>John F. Graham/Jacqueline A. Bunt<br>LSUC #24499U/40063D<br>Solicitors for the Defendant,<br>Arthur Parratt |

TO: **Harvey R. Miller, Esq.**
**Stephen Karotkin, Esq**
**& Joseph H. Smolinsky, Esq**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

AND TO: **Thomas Morrow**
Motors Liquidation Company
401 South Old Woodward Avenue
Suite 370
Birmingham, Michigan 48009

AND TO: **Lawrence S. Buonomo, Esq.**
General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265

AND TO: **John J. Rapisardi, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

AND TO: **John Samarias, Esq.**
The United States Department of the Treasury
1500 Pennsylvania Avenue NW
Room 2312
Washington, D.C. 20220

AND TO: **Michael J. Edelman &**
**Michael L. Schein, Esq.**
Vedder Price
1633 Broadway
47th Floor
New York, New York 10019

AND TO:  **Thomas Moers Mayer, Esq.**
**Robert Schmidt, Esq.**
**Lauren Macksoud, Esq.**
**Jennifer Sharret, Esq.**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

AND TO:  **Tracy Hope Davis, Esq.**
The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

AND TO:  **David S. Jones, Esq. &**
**Natalie Kuehler, Esq.**
The U.S. Attorney's Office, S.D.N.Y.
86 Chambers Street, Third Floor
New York, New York 10007

AND TO:  **Elihu Inselbuch, Esq. &**
**Rita C. Tobin, Esq.**
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, New York 10152-3500

AND TO:  **Trevor W. Swett III, Esq.**
**& Kevin C. Maclay, Esq.**
Caplin & Drysdale
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005

AND TO:  **Sander L. Esserman, Esq.**
**& Robert T. Brousseau, Esq.**
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

AND TO:  **Keith Martorana, Esq.**
Gibson, Dunn & Crutcher LLP
200 Park Ave., 47th Floor
New York, New York 10166

09-50026-mg    Doc 10426    Filed 06/10/11    Entered 06/13/11 16:01:41    Main Document    Pg 3 of 4

AND TO:    **Anna Phillips**
FTI Consulting
One Atlantic Center
1201 West Peachtree Street, Suite 500
Atlanta, Georgia   30309