[address illegible] Howell Rd.
Bedford, N.H. 03110
June 8, 2011

Honorable Robert E. Gerber
U.S. Bankruptcy Court Judge
Room 621, So. District of N.Y.
1 Bowling Green
N.Y., N.Y. 10004


RECEIVED JUN 13 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Subject: 221st Omnibus Objection To Claims (Claims For Equity Interests) Chapter 11 Case # 09-50026 (Reg.)

I, Margaret A. O'Neill, Claim # 71119, holder of 348 shares of General Motors Corp., stock purchased from 1960 thru 1975 at a monetary value of $23507.40 (purchase price) do hereby reject to expunge claims for equity interests as equity denotes freedom from bias or favoritism and should be dealt fairly and equally with all concerned.

Since G.M. had the shortest bankruptcy on record (to my knowledge two (2) months), and failed to consider all its loyal and faithful shareholders that supplied them with our hard-earned money based upon having been in business for 100 yrs. and being the largest automobile manufacturer with an outstanding reputation - and since their CEO, Rick Wagoner was fired by President Obama, but left with a substantial retirement package in the millions of dollars; why shd. we not be entitled to receive some monetary value for our equity interests not caused by us? The newly emerged G.M. has now made a couple of billions of dollars profit since resurrecting from bankruptcy.

Why should any large company be able to file bankruptcy + resurface without some disciplinary action and penalities taken by the courts to prevent this situation from happening again? All companies, especially the size of G.M., should be held accountable to its shareholders past and present.

To me, I invested as a teenager in my trust in this company for 50 yrs. to save for my retirement only to find out now that I have nothing - due to poor management.

To me this is like a Ponzi scheme where the Board of Directors do not lose anything, but John Q. Public gets burned - as usual. At least with a Ponzi scheme the courts have prosecuted the offenders; whereas @ G.M. the Board of Directors served no time or forfeiture of monies.