Registred Mail.

                    40, via Villafranca,
                    90141 Palermo, Italy.
            disalvoliborio@hotmail.com
                      June 6, 2011.

NEX HERING: JUNE 22, 2011.
United States Bankruptcy Court,
Soutern District of New York.
In re:
Motirs Liquidation Company, et al.,
f/K/a General Motors Corp., et al. Debitors.
Capter 11. Case No. 09 - 50026 (REG).
(Jontly Administered).
To:
- A. Chamber of Honorable ROBERT E. GERBER, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, Courtroom 621, New York, New York 10004-1408.

- B. /s/ JOSEPH H. SMOLINSKY,
Harvey R. Miller,
Stephen Karotkin,
Joseph H. Smolinsky,
WEIL, GOTSHAL & MANGES LLP,
767 Fifth Avenue,
New York, New York 10153.
Attorneys for Debtors
and Post Effective Date Debtors.

Dear Sirs,
Following yours: AMENDED NOTICE OF MATTERS SCHEDULED FOR HEARING ON MAY 17, 2011.
Dated: New York, New York May 13 - 16, 2011.
V. ADOURNED MATTERS.
40. - 41. Debtors' 140th Omnibus Objection to Claim by Liborio Di Salvo (Eurobond Deutsche Debt) (ECF N.8307).
At present I confirm:
- 1. My mail dated February 21, 2011, sended to you, with registrated Mail No. RA246324935IT.
- 2. My mail dated April 8, 2011, sended to you.
- 3. My mail dated May 2, 2011, sended to you.
I am xaiting for your decision about my credit of Money Loaned, ISIN No. XS0171942757, for $ 151,000.00 at June 1, 2009, with Document's Summary enclosed into my Registred Mail No. RA257969852IT, to you.
        Yours faithfully

                    Mr Liborio Di Salvo.