Xiaojié HAN
24, rue Nungesser et Coli
75016 Paris
France.



Le 05 Juin 2011.

Monsieur,

J'ai 126 titres de Motor Liquidation. Comment passe-t-il maintenant ? Et comment je fais avec ces titres ? S'ils sont en perde, j'ai besoin une justificative pour mon impôt.
Merci de me répondre.

Cordialement

Xiaojié HAN