**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* f/k/a GENERAL MOTORS CORP., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Vicki R. Slater, a member in good standing of the bar in the State of Mississippi, the United States District Court for the Northern District of Mississippi, and the United States District Court for the Southern District of Mississippi, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent William Bradford Jones in the above-referenced cases.

    My mailing address is Vicki R. Slater, Attorney at Law, P.A., 1554 Lakeside Drive, P.O. Box 23981, Jackson, MS 39225; my email address is vicki@vickislater.com; my telephone number is (601) 987-8184; and my facsimile is (601) 987-8188.

    I agree to pay the fee of $25 upon entry of an Order by this Court admitting me to practice *pro hac vice*.

Dated: June 15, 2011
        Jackson, MS                                 */s/ Vicki R. Slater*

---

### ORDER

    **ORDERED**, that Vicki R. Slater, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____ ____, 2011
        New York, New York

                                                            UNITED STATES BANKRUPTCY JUDGE