AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the 3rd Federal Circuit(s) — all Federal Circuits, all US Courts, all US States

*Handwritten annotations throughout:*

Motion to have hearing — denied. Please send all true identities disclosed of all other Claimants by DNA & Birthright certificates if needed.

All information of all past claims/settlements/all others passed over/ignored — all to be determined possible value. Page 1 of 6

Plaintiff: BK Smith & all others (A Class Action All Homeless)

v.

Defendant: Too many to list here (Please see all Federal Pacer Accounts)

Civil Action No. Fed: 5-cv-4457 And 09-50026

Sorry for handwriting

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

Please send, please file accordingly and please legally and equitably act upon.

To: United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408 and all United States Court of Appeals (also 2nd & 3rd especially) and United States Supreme Court (all names) and all others

All correct websites contents also

YOU ARE COMMANDED to appear and testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment: As legal and equitable examples also: all contents of and all entities surrounding and all within it involved - in any and all ways.

(1) http://www.sec.gov/Archives/edgar/data/37996/000095012403002082/k77726be42405.htm  12/8/2010

Place: Please send

Also all possible similar entities - all involved (updated versions) for MidAtlantic (all also)

Courtroom No.: Please send
Date and Time:

(2) http://www.sec.gov/foia/bdreports/bd120110.txt  12/21/2010

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): (3) http://deutsche-boerse.com/dbag/dispatch/en/xetra Instruments/gbb-navigation/trading/20... 12/14/2010  (4) All DTC Participant Accounts in Numerical Sequence and all websites contents 11/20/2010

DEC. 30 2010

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

(5) http://www.nndb.com/org/116/000123744  (6) http://ptnyc.org/partners-associates.html
(7) http://ptnyc.org/partners-list.html

Date: 12/26/2010

(8) http://www.palantir.  CLERK OF COURT  OR  BK Smith
us/ContactUs.htm  [signature]  [signature]
                Signature of Clerk or Deputy Clerk     Attorney's signature

All legally written — A Class Action (All Homeless) Pro Se (Shown Due Diligence)

(9) All ThomsonReuters and all similar websites (all correct) contents and entities Pro Se

The name, address, e-mail, and telephone number of the attorney representing (name of party) BK Smith & all others (A Class Action All Homeless), who issues or requests this subpoena, are:

BK Smith old LLC and more — BK Smith can represent Pro Se In Forma Pauperis (Please see all Job Denials for Legal efilings & last name Abate & no show and BK Smith still put on Probation for an legal email????

What happened? Other settlements possible — AIG, Lehman Brothers, Merrill Lynch and more also — all legal informations in writing also.

(Again, all similar, to and the same to
ways) are legally and equitably included also.                                    Page 2 of 6

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. Fed: 5-W-4457 And All Others and equitable (Others not numbered from here due to
All legal dockets, all                  (all ways) legal dockets                  avoid all possible confusions)
Federal piece (s), all common wealth of Pa
are legally &                PROOF OF SERVICE
equitably           (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)
included.                                            United States Bankruptcy Court, One Bowling Green,
This subpoena for (name of individual and title, if any) New York, New York 10004-1048
                                                                              and all others

was received by me on (date) _____.

☒ I served the subpoena by delivering a copy to the named person as follows: ↓ Sent via United States
Mail, legal filings and websites insertions references (all ways)
_____ on (date) 12/24/2010 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.    (A class Actions) ← All legally
                                                                                signed
                                                BK & fall also (All Homeless)
Date: 12/26/2010                                Server's signature
Please legally reply in all legal               (A Class Actions)
writings to the US Court of Appeals     BK Smith & All others (All Homeless)
(2nd & 3rd Federal Circuits), The US court          Printed name and title  c/o The United
of Appeals for The Federal Circuit) and  States Supreme Court, One First Street NE,
The United States Supreme Court (all     Washington, DC 20543 ← Also to Motion(s) and
names) by Weil, Gotshal & Manges                    Server's address  United States Courts
LLP due date January 6, 2011 - 9:45 am if possible.                    Exhaustions
                    Additional information regarding attempted service, etc:
Please see all also legal documents (of disputes - all ways) faxed, legally
inserted into all United States Websites, all legal filings and more.
All legally and equitably enclosed       This is an objection (to Weil, Gotshal
(all websites and all legal documents     & Manges LLP objections (all entries and all
pages also are legally and equitably       individuals all surrounding and all within) all true
included)                Thanks!         identities also requested to disclose (Haturm Smith.
CG2 Page 106 63 - all pages - all ways     BK & all also  (A US77 Actions
DTC legal and equitable documents                     (All Homeless)
Oct 23 2009 US Court of Appeals...
                     (all names ways)
12/24/2010 Pa Supreme Court writings
(all Pa Higher Court monthly sent to also for assistance and
                                        any relief(s)

Motions And Petitions to Enforce and Squash (pg 3 of 6 ok objections to all possible objections as legally described in 09-50026 & more.

## Form Confirmation

Thank you for submitting the following information:

Q1: Appellant
Q2:
Q3:
Q4:
Q5: Monetary damages
Q6:
Q7:
Q9A:
Q9B:
Q9C:
Q9D:
Q9E:
Q9F:
Q9G:
Q9H:
Q10:
Q11:
Q13:

Q8

please read and legally act from bottom to top thanks

Q9I

Q10A

please read and legally act from bottom to top thanks

Q11A

Q12

All legal typings of all legal and equitable pages (all ways) are all automatically transferred to all Federal official Legal and Equitable documents and all legally attached/enclosed documents examples of legal Oct 23 2009 United States Court of Appeals For The Federal Circuit (all names) US Court stamps and all others. Please also see US Court of Appeals in the 3rd and 2nd Federal Circuit and all legal dockets of the plaintiffs Lehigh County Pa. courthouse won't move over to US Courts (one across street in Allentown Pa) Asked several times (motions and Petitions - even quote requested - Nothing if correct) Now and before purging/trashing I'm told ????
Also please see and legally and equitably include all websites insertions and all contents (all ways)    Fed: 5-cv-4457 And An Other.

please read and legally act from bottom to top thanks 01 15 2011 through 10 03 2010 Updated and Revised Motions and Petitions GM and last names fed5cv4457 and all others please legally efile also 12 15 2010 1 15 2010 and 11 03 2010 fed5cv4457 and 09-50026 (REG)and usca fed circuit 08-01529 cause :28:1331 and fed:2:05-cv-04457-JCJ and proof of claim no.70464 and lehigh county pa (all possible entities and all possible individuals all surrounding and all within in all us court dockets and all others cp-39-cr-0002269-2007 and cp-39-cr-0003999-2009 and cp-39-md-8022972-2001 and 2000-fc-1453 and 2001-pf-752 and 2004-fc-1099 and 2001-pf-1106 and 2002-pf-0348 and 2004-pf-0804 and all others This is a shortened versions that will be added to all longer versions (will not be allowed on many US Courts and all otherwise websites insertions -fyi also-too many characters-all longer versions and all legal and equitable contents and all legal ease on all ways are legally and equitably entered also) of all Federal Subpoena and legal edocuments according to all US Laws,all Us Code and All federla rules and Regulations and Laws Of Geneva (all national and all international laws). All other court dockets even possible mistaken court dockets -all possible cp-39-md-0003553-2006 and even possible other parties court dockets (and all possible either mistakening put in the plantiffs legal court papers/documents from lehigh county pa (immediate court stamp aka time and dates also and all possible entrapments after lehigh county pa sheriffs told the plantiff he could not continuously file legal documents for any reason in the lehigh county pa (and then taken to the united states district court across the street for united states courts intermailing to all united states courts of appeals (all names) before all new contruction to the lehigh county pa courthouse. B E smith did not bring this document of another party back to lehigh county pa courts (for fear of yet another possible criminally manipulated charge of defiant trepass (if correct-2008-c-2204 countrywide mortgage issues) The united states district court was given the original to return to the lehigh county court of common pleas located across the street from the united states district court in allentown pa (all legally added and all legal corrections to all us courts and all lehigh county pa and all other court dockets-all legal ease and all legal dockets in all ways stands all legally and equitably corrected and added to. All Motions and Petitions and Petitions to ENFORCE... wHY DID THE US COURT OF APPEALS FOR THE FEDERAL CIRCUITS GIVE BE SMITH AND ALL OTHERS A FEDERAL STAMP WHEN A FEDERAL JUDGE TRIED TO RESIST AND POSSIBLY STOP HIM IN pHILDELPHIA PA -IF CORRECT POSSIBLE JUDGE GARDNER -used to be a lehigh county judge and if related and if involved judge ford (a ex marine with svaby mb wagner cousin also)kicked smith out of his home and home office For making deliveries and be smith in the area (a secluded industrial park) for hours before the accuser entered and b e smith also filed two signed delivery records filed in lehigh county pa courthouse (the same courthouse of lehigh county pa who will not move all the plantiffs over to federal courts (no quote given and no informa pauperis allowed for the homeless with IRS incomes below poverty already filed and also certified copies of the same legally motioned and petitioned for) and now, if by name similarities if related to the federal judge van antwerp (all names) and the diamond as seen on loch diamonds store at the south mall with all loch accountants if related (all names) of wher the kpmg and also metlife and possible first horizon and more were and across the street around the 4905 and up in street numbers of tilghman street in allentown pa (all financial entities and all possible individuals and all relations if involved-all ways) even where scottrade was located and all commodities and all related businesses if involved also-all ways. (all possible manipulations if correct also) PUBLICATIONS as found in the emmaus pa public library (aka near allentown pa) ,a earl l van antwerp (1959 Pontaic) and all other names (last-all ways) and all transportation(s) entities all surrounding and all within and again if correct all possible manipulations if any and who is responsible leaving nobody out in all real names. GM General Motors The first 75 Years Of transportation Products 658.023 Auto,also 3 6446 000229654 card file has 172022,by the editors of automobile quarterly magazine in association with the princeton institute for historic research and Library of congress catalog number:83-071532 and automobile quarterly publications ISBN:0-915038-41-2 and all possible individuals and all entities all surrounding and all within even possible estates and all other ways in every form (all ways): more possible last last names if involved-all ways: Maloney (all correct last real names of all female actresses on all funny sitcoms also if involved-all ways) and all possible relatives if involved and if correct all manipulations against if applicable,browning,caroll-last anems,weber,allen-last names,farrell-last anme also,freeman,nadler,howell (if related bell & howell and honeywell and ford motors corporation(s)back to general motors corporations and sparks (all possible if correct whitehall pa auto repair entities if correct),peterson,indiana state police,jones first name of merrill and if related all possible financial entities and also all others if correct, laird (AND if correct baird financial entities),graves,lane-a last anems also,casey,beazley,maloney again last names,plough (all possible medicine entities in new jersey also if involved-all ways),Taggart-all possible driving schools if correct,struble,gunther (all possible whitehall pa radio personalities if correct), and all auto museums and all similar to entities for legal examples also briggs cunnigham automobile musuem,another last name of stahl (all possible lawn & tractor type devices and entities if correct),chappell-last names,McTntosh (all possible apple computer inc and all bny mellon and all lehman brothers and all entities and all possible individuals all surrounding and all within if involved all ways with lehman brothers and agin now general motors corporation and all others entities also, mcgraw,schulman,erickson -again all entities in the telecom and cellular phone industry and lehman brothers and general motors corporations and also ford motors corporations and possible sirius and also possible verizon & as I'm told their manufacturers of LG and Motorola (also on ford motors corporations phamplets and also Google inc and honeywell and all entities and all possible individuals all surrounding and all within and for legal examples also back to psers annual reports of 2008 already legally and equitably entered and all entities all surrounding and all within for legal and equitable examples of t-mobile & all color magenta & all dustche telekom (all names and all entities all surrounding and all within and all surrounding and especially in the lehigh valley valley industrial park in allentown pa where cerbus-all spellings also in the psers 2008 publications and where b e smith used to frequent and work at places likes chemlawn and applied at t-mobile and all entities and all individuals all surrounding and all within note:cerbus-all spellings all if correct spyglass entertainment and blue bird and all buses and all other ways even to nearby wells Fargo (all wachovia and all entities all surrounding and all within) security agencies and all other possible involvements-all ways and even possible past employment at quick courier of which b e smith used to deliver on behalf of many different clients given to hime by quick courier and all employees all within and all

BE _____ all ____ / A Class Actions & All legally All Homeless) signed (all ways)    B E Smith & All Other, ( A Class Actions All Homeless)

*Fed: 509-50026-5107*
*All entities and ways transferred to all*
*official forms)*
*Federal*
*Document*
*Now 12/26/2010*

## DTC PARTICIPANT ACCOUNTS IN NUMERICAL SEQUENCE

| No. | Participant Account Name |
|---|---|
| 2384 | Bank of New York Mellon, The/CW Securities Holding Inc. |
| 2385 | Bank of New York Mellon, The/GFI Securities |
| 2386 | State Street Bank & Trust Company, N.A. |
| 2387 | JPMorgan Chase Bank/GG1 |
| 2390 | Aurora Bank, FSB |
| 2391 | Federal Home Loan Mortgage Corporation |
| 2392 | City National Bank |
| 2393 | HSBC Bank USA, National Association/Omnibus |
| 2396 | Mizuho Securities/Fixed Income |
| 2399 | State Street Bank and Trust Company/ Deutsche Bank Frankfurt |

**2400 SERIES**

| No. | Participant Account Name |
|---|---|
| 2400 | First Bank |
| 2405 | Bank of New York, The/Barclay Equity Fund |
| 2406 | BNY/Evolution Beeson Gregory Limited - Account #258688 |
| 2407 | BNY/Vanguard Block Lending |
| 2408 | BNY/Deutsche B/DB AG LON PBR New Star Master |
| 2409 | Bank of New York, The/ Regions Bank |
| 2412 | HSBC Bank USA National Association/Securities Lending |
| 2414 | Bank of New York, The/National Australia Bank |
| 2415 | Computershare Trust Company, N.A. |
| 2416 | Fifth Third Bank/State Teachers Retirement of Ohio |
| 2417 | Bank of New York Mellon, The/Ellington Mortgage Opportunities Master Fund, Ltd. |
| 2424 | Custodial Trust Company |
| 2425 | Home Federal Bank of Tennessee, F.S.B. |
| 2426 | Citibank N.A./Corporate Agency & Trust |
| 2427 | Bank of New York Mellon, The/Merrill Lynch Pierce Fenner & Smith |
| 2428 | Bank of New York Mellon, The/DBTC Americas/Deutsche Bank London Prime |
| 2429 | Bank of New York Mellon, The/Ellington Strategic MBS FD LP |
| 2431 | Bank of New York Mellon, (The)/Tradition Global Clrg MBS |
| 2432 | The Bank of New York Mellon, /Natixis Derivatives Inc. |
| 2433 | JPMorgan Chase Bank/Vanguard Loanet |
| 2434 | JPMorgan Chase Bank/GNPH Middle Market |
| 2436 | SSB - Bank Portfolio |
| 2438 | The Bank of New York Mellon Trust Company, N.A. |
| 2444 | Bank of New York Mellon, (The) / FSA |
| 2445 | First Tennessee Bank N.A. Memphis |
| 2446 | The Bank of New York Mellon/Mellon Trust of New England Northwestern Mutual Life |
| 2447 | Home Federal Bank/Home Financial Services, Inc. |
| 2449 | BNYMellon/Nomura PB Nom Ltd Re GLG EMG EQTY |
| 2450 | UMB Bank, National Association |
| 2451 | UMB Bank/Investment Division |
| 2452 | Bank of New York Mellon, The/DBTC Americas/Deutsche Bk London Prime |
| 2453 | Bank of New York Mellon, The/DBTC/Deutsche Bk London Prime Seg 15/00 |
| 2454 | Bank of New York Mellon, The/DBTC/Deutsche Bk London Prime Seg 30/30 |
| 2455 | Bank of New York Mellon, The/DBTC/Deutsche Bk London Prime Seg 31/31 |
| 2456 | BNYMellon/Nomura PB Nom Ltd Re GLG EMG Credit |
| 2457 | BNYMellon/Nomura PB Nom Re GLG EMG FIDCCY |
| 2461 | Banco Bilbao Vizcaya Argentiaria SA New York Branch |
| 2462 | BNY Mellon/HSBC Bank PLC |
| 2463 | BNYMellon/Barclays Bank Plc Re: Aet Trust |
| 2464 | Bank of New York Mellon, The/DBTC/DBAG LDN-Prime Brok Seg ACP Global |
| 2465 | Bank of New York Mellon, The/DBTC Amer/DBAG LDN-PrimeBrok Seg Horizon |
| 2467 | JPMorgan Chase Bank/HSBCSI |
| 2468 | BNY/Deutsche Bank AG Frankfurt |
| 2469 | Bank of NY, The/Mizuho Corporate Bank USA |
| 2470 | BNY Mellon/Capstead Mortgage Corp. |
| 2473 | Bank of New York, The/State Bank of Long Island |
| 2472 | BNYMellon/Special Processing #82 |
| 2474 | Bank of New York Mellon, The/Millennium Partners |
| 2475 | Bank of New York Mellon, The/CreXus Investment Corp |
| 2476 | Bank of New York Mellon, The/Ellington Credit Fund Ltd. |
| 2477 | Bank of New York Mellon, The/CreXus .S. Holding LLC |
| 2478 | Bank of New York Mellon, The, The/DBAG London Global Markets (Client Acct) |
| 2479 | Bank of New York Mellon, The//DBAG Frankfurt Global Market |
| 2480 | Wells Fargo Securities, LLC/Securities Finance |
| 2481 | Deutsche Bank AG, New York Branch |
| 2483 | Compass Bank |
| 2484 | Compass Bank/Trust Division |
| 2485 | Bank of New York Mellon, The//DBAG London Global Market |
| 2486 | BNYMellon/VTB Capital Plc |
| 2488 | Bank of New York Mellon/DBTC Americas/DBAG LDN-GS Cr. Port LLC |
| 2489 | Bank of New York Mellon, The/New Ellington Credit Partners L.P. |
| 2490 | BNY Mellon/Rabobank Int'l Utrecht Equity Fin |
| 2491 | Bank of New York Mellon, The, The/TD Bank |
| 2492 | Mizuho Trust & Banking Co (USA) Security Lending |
| 2494 | Bank of New York Mellon, The/BOA Securities Ltd. (BASL) |
| 2495 | BNY Mellon/Barclays Bank Plc Re: BCTL SARL |

| No. | Participant Account Name |
|---|---|
| 2496 | BNY Mellon/Barclays Bank Plc Re: FEMBOS |
| 2497 | Deseret Trust Company -- I |
| 2499 | BNY Mellon/Nomura CL SETT NOM LTD |

**2500 SERIES**

| No. | Participant Account Name |
|---|---|
| 2501 | Bank of New York Mellon, The/DBTC/DBAGLDNPB Int'l |
| 2502 | Bank of New York Mellon, The/Annaly Mortgage |
| 2505 | Bank of New York Mellon, The/CreXus TALF Holding LLC |
| 2506 | Bank of New York mellon, The/ Banque Dewaay SA |
| 2507 | UBS AG Stamford Branch/As Custodian for UBS AG London Branch |
| 2508 | JPMorgan Chase Bank/Corporate Municipal Dealer |
| 2511 | Bank of New York Mellon, The/Barclays Bank PLC RE BC Equities Trading |
| 2513 | Bank of New York Mellon, /The - Banque Dewaay MGT SA |
| 2517 | JPMorgan Chase Bank/Prudential |
| 2518 | The Bank of New York Mellon, The. /J.F. Hartfield & Co. Inc. |
| 2523 | Mellon Bank/Mellon Financial Markets, Inc. |
| 2522 | Morgan Stanley Trust National Asociation/II |
| 2527 | Bank of New York Mellon, The/DB Prodigy Asia & Emerging Markets Master Fund |
| 2528 | Bank of New York Mellon, The/DB Ferox Master Fund Ltd. |
| 2530 | Bank of New York Mellon, The/Natexis ABM Corp. |
| 2531 | The Bank of Nova Scotia, New York Agency-Global Agent Lending |
| 2533 | Home Federal Bank/HF Portfolio |
| 2534 | Home Federal Bank of Tennessee, FSB/Trust Department Customers |
| 2535 | Bank of New York Mellon, The/Broker Dealer Omnibus |
| 2538 | BNY/DBLPB/TP Prop |
| 2539 | Mizuho Corporate Bank Limited - New York Branch |
| 2540 | Bank of New York Mellon, The/DBLPB/A/C DBX Resources Long/Short Equity 1 fund |
| 2543 | Bank of New York Mellon, The/Nomura Bank Int'l PLC |
| 2544 | Bank of New York Mellon, The/Commerzbank AG Investment |
| 2545 | Lakeside Bank |
| 2546 | State Street Bank and Trust Company/ DB Residual Processing Account |
| 2552 | Bank of New York Mellon, The/DB Brevan Howard Master Fund |
| 2553 | Bank of New York Mellon, The/Davy Securities Limited |
| 2554 | JPMCB/HSBC Bank Plc IB Main FL Account |
| 2555 | Bank of China, New York Branch |
| 2556 | SSB - Capital Markets |
| 2557 | Bankers' Bank |
| 2558 | The Bank of New York Mellon/Wells Fargo Bank N.A. |
| 2559 | Harris N.A./Dealer |
| 2561 | Country Trust Company |
| 2563 | FRONTIER TRUST COMPANY |
| 2562 | Citibank, N.A. - Municipal Safekeeping |
| 2564 | BNYMellon/Special Processing #91 |
| 2565 | Bank of New York Mellon, (The) / BakerGroup |
| 2566 | Bank of New York Mellon, The/Commerzbank, AG London Amalgamated Bank of Chicago |
| 2567 | Amalgamated Bank of Chicago |
| 2568 | Bank of New York Mellon, (The)/Toronto Dominion Securities Inc. |
| 2569 | The Bank of New York Mellon, The, /Natixis Municipal Products Inc. |
| 2570 | Mitsubishi UFJ Trust & Banking Corporation (USA)/ Stock Loan |
| 2571 | Bank of New York Mellon, The/DB Citi Centaurus LTD |
| 2572 | Bank of New York Mellon, The/Investec London |
| 2573 | Bank of New York Mellon, The/Rabobank International NY |
| 2576 | EverBank |
| 2578 | Columbus Bank and Trust Company |
| 2579 | Columbus Bank and Trust Company/CB&T 2 |
| 2585 | BNYMellon/Special Processing #92 |
| 2586 | Computershare Trust Company, N.A. /DRP |
| 2590 | BNY/Banco Santander SLB |
| 2592 | Bank of New York Mellon/ML Equity Solutions Jersey Ltd. |
| 2594 | Bank of New York Mellon, The / GIB UK LTD Corp Bond |
| 2595 | Bank of New York Mellon, The/Mellon Investment Portfolio |
| 2596 | Bank of New York Mellon, The/DBLPB-Black Ant Master Fd. LP |
| 2597 | Bank of New York Mellon, The/DBLPB-DBX EURO Long/Short Eq. 4 Fd |
| 2598 | Bank of New York Mellon, The/HVB Clearing |

**2600 SERIES**

| No. | Participant Account Name |
|---|---|
| 2601 | Bank of New York Mellon, The/Traditional London Clearing LTD. |
| 2608 | Bank of New York Mellon, The/Equities Fortis Bank, London |
| 2609 | JPMorgan Chase Bank/Treasurer of State of Ohio BWC |
| 2612 | JPMorgan Chase/US EQ TRP |
| 2614 | Bank of New York Mellon, (The)/Ellington Partners |
| 2616 | PNC Bank, National Association |
| 2620 | BNYMellon/Special Processing #93 |
| 2622 | Texas Treasury Safekeeping Trust Company |
| 2624 | BNYMellon/Special Processing #94 |
| 2625 | SSB&T/Sec Fin as Principal |
| 2627 | The Bank of New York Mellon, The/Natixis Capital Cooperatief U.A. |

*All pages and all websites and all their past and present possible involvements of all entities and individuals involved - in any and all ways, ( ) and more legal websites/pdf — all ways pages)*

*11/10/2010*

*B... settle with (Actions Actions All Handless) ← All legally written / signed*

,8 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

*Page 1 of 2*

RECEIVED
OCT 23 2009
United States Court of Appeals For The Federal Circuit

and others, see all legal forms, ess and website online forms in sections from here. A Class Actions

# UNITED STATES DISTRICT COURT
for the 3rd Federal Circuits and all 11 Federal Circuits

BE Smith & Others (All Homeless) , Plaintiff

v.

Too many to list here (Please see all Federal Pacer Accounts) , Defendant

Civil Action No. Fed 15-cv-4457 And Others

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: United States Supreme Court, One First Street, NE, Washington DC 20543 and all 11 Federal Circuits

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is not a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

1) All recent orders (with no pen signature?) from all United States Courts in Philadelphia Pennsylvania are appealed (although previously legally involved in all higher United States Courts)

Place: Please Send

Courtroom No.: 

Date and Time: 

Please have the appropriate judge sign these orders.

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable): Please send

2) A Homeless person (the plaintiffs) are being denied the rights to hand deliver all legal packages in USDC in Allentown Pennsylvania to be sent through the United States Courts intermailing systems to higher US Courts.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

3) Please see all recent imprisonments and arrests for legal efilings (standing up for my rights) also.

Date: 10/19/2009

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

OR

_____
Attorney's signature
Pro Se

(A Class Actions - All Homeless)

The name, address, e-mail, and telephone number of the attorney representing (name of party) BE ,
no phone # federalsubpoena@yahoo.com , who issues or requests this subpoena, are:

4) All legal documents and exhibits and others legally attached and now sent as well as United States Certified Mail 7008 1140 0004 8064 8605

BE Smith & others now not allowed to file in either Courts and US Courts in Allentown

And Others c/o
157 And An Others
c/o M Smith
ountain Road, Apt # 5
Pa.
18103

Pa. Supreme Court
Pennsylvania Judicial Center
601 Commonwealth Ave, Suite 4500
PO Box 62575
Harrisburg, Pa.
17106-2575



1/24/2010

Fed. 5-LV-4457
And
An Others