About the Division of Banking
09-50026-mg    Doc 10433-1    Filed 06/15/11    Entered 06/15/11 15:15:33    Exhibit
Pg 1 of 5                                                                    Page 1 of 2



# STATE OF NEW JERSEY
## DEPARTMENT OF BANKING & INSURANCE

**ONLINE COMPLAINT SERVICES**
**CONFIRM**

Thank you for using the Online Complaint Services Application. The Department has successfully received your complaint and your confirmation number is: 21978.

Please print this page for your records.

---

[ print report ]

**Online Complaint Services**

| Field | Value |
|---|---|
| Confirmation number assigned: | 21978 |
| Division selected: | Banking |

**Complainant**

| Field | Value | | |
|---|---|---|---|
| Tracking number: | | | |
| Name: | b e smithandallothers | | |
| Address | co 717 madison place | DC | 20439 |
| | washington | ext | |
| | 1111111111 | | |
| Work Phone | | | |
| Cell Phone | | | |
| Home Phone | | | |
| Fax | | | |
| Email | legalefilings@yahoo.com | | |

**On Behalf Of**

| Field | Value | | |
|---|---|---|---|
| Name | b e smith and all others | | |
| Address | nw | DC | 20439 |
| | washington | ext | |
| | 1111111111 | | |
| Work Phone | | | |
| Cell Phone | | | |
| Home Phone | | | |
| Fax | | | |
| Email | legalefilings@yahoo.com | | |

**Complaint Against**

| Field | Value | | |
|---|---|---|---|
| Name | lehman brothers... | one first st | |
| Address | co the us supreme court | DC | 20439 |
| | washington | ext | |
| | 1111111111 | | |
| Work Phone | | | |
| Cell Phone | | | |
| Home Phone | | | |
| Fax | | | |
| Email | legalefilings@yahoo.com | | |
| Licensed with | filed two months before lehman brothers filed for | | |

**Specifics for Banking**

| Field | Value |
|---|---|
| Loan Number | 1111111111111111111111111 |
| Date of Transaction | 26-AUG-08 |

**Complaint Details**

https://www6.state.nj.us/DOBI_UIC/servlet/Servlet.submitServlet

10/4/2010

Skip to Content – Press Enter.

**ifs Student Investor Challenge**

- Home
- News
- About
- Register
- League

Team Name: [Team Name]   Password: [ ]   [Log In]

*Start of main content – read on from here or press tab to access the next link.*

# Partners

The ifs School of Finance would like to take this opportunity to thank the partners listed below for their continued support of ifs Student Investor Challenge. All of our partners are deeply committed to making financial education a key subject within the national curriculum. Please see below for more details on each of our partners.

## Bloomberg

Bloomberg is a global, multimedia news and information company providing the latest news, data, and analysis for those involved in financial markets worldwide. Bloomberg is delighted to support ifs Student Investor Challenge, putting the stock market at the fingertips of students across the UK.

www.bloomberg.com

## FTSE Group

FTSE Group is a world-leader in the creation and management of indexes. With offices in Beijing, London, Frankfurt, Hong Kong, Madrid, Paris, New York, San Francisco, and Tokyo, FTSE Group services clients in 77 countries worldwide. It calculates and manages the FTSE Global Equity Index Series, which includes world-recognized indexes ranging from the FTSE All-World Index, the FTSE4Good series and the FTSEurofirst Index series, as well as domestic indexes such as the prestigious FTSE 100. The company has collaborative arrangements with the Athens, AMEX, Cyprus, Euronext, Johannesburg, London, Madrid, NASDAQ and Taiwan exchanges, as well as Nomura Securities, Hang Seng and Xinhua Finance of China. FTSE also has a collaborative

agreement with Dow Jones Indexes to develop a single sector classification system for global investors.

FTSE indexes are used extensively by investors world-wide for investment analysis, performance measurement, asset allocation, portfolio hedging and for creating a wide range of index tracking funds.

www.ftse.co.uk

## The Financial Mail

The Financial Mail is the financial section of The Mail on Sunday, the UK's biggest selling quality newspaper with over five million readers.

Written by an award-winning team of journalists, the Financial Mail provides authoritative and accessible financial information on the City, markets and the constantly changing world of personal finance.

www.dailymail.co.uk/money/

- Help
- Contact
- Accessibility
- Privacy
- Credits
- Partners

ifs Student Investor Challenge is supported by:



*Fed:5-W-4457 And All others, legal packet (all legal pages legally & equitably included.)*

~~Untitled~~

10 04 2010 for all new legal informations please read from top to bottom Thanks! fed5-cv-4457 and all others opinions and observations. All legal typings (all legal ease-all

ways) is automatically transferred to all official federal forms ,all completed with all

*Lots of websites insertions Here*

legal typings
and all legal ease.
More lehman brothers and legal and equitable informations entered
http://ewenbank.com/    all informations if related and if associated and if correct of all

possible names if correct of poag mcewen (all names) and all promenade shops at saucon

valley (center valley pa) and all the state of tennessee entities and all individuals if

correct also in legal writings also.

http://www.dfcs.oregon.gov/securities/enf/orders/banking_enforcement_orders_index.html

http://search.yahoo.com/search;_ylt=A0oG7hO1FaVMNyEAsVpXNyoA;_ylc=X1MDMjc2NjY3OQRfcgMyBGFVAZ

EEZnIDeWZwLXQtNZAxBGhvG3RwdmlkA1B0UWqxRW9HN3Y3MzkxdkpUS1RrS0FJTzBSSXhHVXlsRmJVQUFFeXYEbJ9hcH

MDMARuX3ZwcWMwBG9yaWdpbGgNzcnAECXVlcnkDaw5kdXN0cnkgc2VjdG9yc1Bsb2htYW4gYnJvdGhlcnMEc2FVAzEEdn

RlC3RpZANWSVAwMDE-?p=industry+sectors+lehman+brothers&fr2=sb-top&fr=yfp-t-701

All united states aka all usa lehman brothers and all entities and all individuals all

surronding and all within legal and equitable informations in the past and in the present

and all similar to search results are legally and equitably entered again.
http://www.ca.gov/CaSearch/Default.aspx?type=All&search=lehman+brothers

All financial entities and  lehman brothers and <u>all entities and all individuals all</u>

surronding and all within legal and equitable informations in the past and in the present

and all similar to search results are legally and equitably entered again and all again all

legal dockets and all legal filings and all legal ease stands corrected of all similar to searches and all search results informations in the past and in the

present (all ways)
http://search.yahoo.com/search?p=salomon+brothers&toggle=1&cop=mss&ei=UTF-8&fr=yfp-t-701
http://www.marketswiki.com/mwiki/Salomon_Brothers
http://en.wikipedia.org/wiki/Salomon_Brothers
http://en.wikipedia.org/wiki/Citigroup

*5 legal pages here*

Page 1

*and all legal websites citings and all websites insertions are legally and equitably included. Lots here. Please send/transmit copies to US Bankruptcy Court for Lehman Brothers also, but all legal pages*

~~Untitled~~

http://www.citigroup.com/citi/homepage/map.htm
http://www.citigroup.com/citisearch/search?rpf_navigation@@C@@enabled=1&rpf_navigati
on@@C@@n

avigators=generic1navigator%2Cgeneric2navigator&hits=10&useCollapse=2&defaultCollaps
e=2&quer

y=lehman+brothers&radioFilter=0&filter=&x=14&y=12    no informations stated but all
legal

informations is legally and equitably included.
http://search.yahoo.com/search?p=barclays&toggle=1&cop=mss&ei=UTF-8&fr=yfp-t-701
http://en.wikipedia.org/wiki/Barclay_Bank...

Please see all legalefilings and all websites insertions also and all full versions
are legally and equitably
included and all legal ease on all legal pages thanks B E smith and all others a
class actions all homeless