Fed: 5-cv-4457    1/3/2011

# Form Confirmation

Mothers And Others Also To Squash Abstractions
And Proof Of Claim Pg 1 of 464 and in refusal(s) of
all objections in and to 09-50026 (REG)
All Depository receipt(s), all ADR-all names, all IDR
entities and all entities all within and all surroundings also.

All Legal & equitable pages are also legally & equitably included

Thank you for submitting the following information:

Q1: Appellant
Q2:
Q3: !!!!PLEASE FORWARD TO THE COMMONWEALTH OF PENNSYLVANIA-ALL SPELLINGS Pa. Senate chief clerk and all committees and all sub-committees-thanks!!!!also
Q4:
Q5: Monetary damages
Q6:
Q7:
Q9A:
Q9B:
Q9C:
Q9D:
Q9E:
Q9F:
Q9G:
Q9H:
Q10:
Q11:
Q13:

Q8

All legal ebilings and all legal attachments up to the last legal inclusions on 1/3/2010 8:50pm (all Yahoo legal ebilings with all legal attachments and all legal applications of the same legal documents/ease (all ways) but on all legal and equitable behalfs of the plaintiffs (all within and all surroundings) Prudential Financial buys GMAC portfolio February 28, 2007 http://www.boston.com (all internet hyperlinks and all contents (all ways)

All legally signed and legally dated

please read and legally act from bottom to top recommended -thanks !!!!PLEASE FORWARD TO THE COMMONWEALTH OF PENNSYLVANIA-ALL SPELLINGS Pa. Senate chief clerk and all committees and all sub-committees-thanks!!!!please forward to the united states bankruptcy court in the southern district of new york also thanks

Q9I    Cerberus FIM Investors LLC, GMAC, GM-all names corp.

!!!!PLEASE FORWARD TO THE COMMONWEALTH OF PENNSYLVANIA-ALL SPELLINGS Pa. Senate chief clerk and all committees and all sub-committees-thanks!!!!please forward to the united states bankruptcy court in the southern district of new york also thanks

Q10A   Economic development (all others) on http://www.sec.gov   All search results for Lehigh Valley (All Entities All within & surroundings)

!!!!PLEASE FORWARD TO THE COMMONWEALTH OF PENNSYLVANIA-ALL SPELLINGS Pa. Senate chief clerk and all committees and all sub-committees-thanks!!!!please forward to the united states bankruptcy court in the southern district of new york also thanks

Q11A   Entities (All internet hyperlinks contents) even Weil, Gotshal & Manges on it (All if involved-   Even all http://www.cii.org

!!!!PLEASE FORWARD TO THE COMMONWEALTH OF PENNSYLVANIA-ALL SPELLINGS Pa. Senate chief clerk and all committees and all sub-committees-thanks!!!!please forward to the united states bankruptcy court in the southern district of new york also thanks

Q12   Also JBL- Ford, Chrysler & Toyota & all others and Fender Leuter and Crown (all Crown entities). Even all possible AMBAC (all similar to and the same entities) in any and all ways.

please read and legally act from bottom to top recommended -thanks !!!!PLEASE FORWARD TO THE COMMONWEALTH OF PENNSYLVANIA-ALL SPELLINGS Pa. Senate chief clerk and all committees and all sub-committees-thanks!!!!please forward to the united states bankruptcy court in the southern district of new york also thanks
01-27-2011 -12-29-2010 thru 12/27/2010 Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plaintiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: 1. all legally completed with all legal ease all federal official legal documents all legally completed and all sent through the united states mail with all other legal and equitable attachments (legally dated 12/26/2010 -all rebuttals and all the plaintiffs objections -and the plaintiffs objections to Weil Gotschal & Manges -all correct names-general motors corporation-all correct names objections- 2 legal and equitable pages) and page 1 of 63 (all legal and equitable pages are legally and equitably included of the united states court of appeals for the second federal circuit-all names of all united states courts of the plaintiffs legal documents insertions into the united states court of appeals for the second federal circuits website(s) and survey online forms and all prior legal notices in all ways sent and esent to the united states court of appeals (all and all others us courts),all dtc participant accounts in numerical sequence pdf and all other legally listed entities-all 7 legal and equitable pages plus all other websites contents and all entities all surrounding and all within and all similar to entities and all the same entities for legal and equitably examples also of possible midatlantic and all other credit unions and all similar to the same legal and equitable issues even and also to the depository trust entities also if involved-in any and all ways,also legally contained was and is a copy of the official federal united states court of appeals for the federal circuit stamped official federal legal and equitable document of oct 23 2009 (now and again legally and equitably updated in all ways-also legal dates updated also,also a copy of a recent mailings to the pa supreme court to obtain some possible relief(s) -all types from all commonwealth of pa courts and all lehigh county pa courts and all future(s) and past purging and trashing of all the plaintiffs dockets all in the lehigh county pa that should of been moved to all united states courts as legally and equitably requested all so many times before.All correct websites and internet hyperlinks aka addresses and all correct contents also. 2. http://www.sec.gov/Archives/edgar/data/37996/000095012403002082/k77726be424b5.htm dated 12/8/2010 -all legal dates and all contents 3. http://www.sec.gov/foia/bdreports/bd120110.txt dated 12/21/2010-all legal dates and all contents 4. http://deutsche-boerse.com/dbag/dispatch/en/xetralnstruments/gdb_navigation/trading/20 dated 12/14/2010-all legal dates and all contents 5. DTC participant accounts in numerical sequence and all entities of all 7 pages and all entities all within and all surrounding if involved-in any and all ways.All similar to and all the same entities if involved-in any and all ways- for legal and equitable examples also of Midatlantic credit unions and all credit unions and all credit unions the plaintiffs used to use for legal examples of allentown teachers credit union (LVECU-all names) and all depository and all other legal and equitable issues all herewithin and all surrounding also even possible other midatlantic entities and even possible individuals all within and all surrounding and all possible dual(s) and more interests at one and possibly more job(s) (also all united states courts and all surrounding and all within full disclosure and informations given out to the plaintiffs of all possible duals and more interests-all just legally typed in all legal ease also before all possible future courtcases proceed in all legal writings also) back to the dtc participant accounts in numerical sequence legally dated-all past and all present dates also 11/10/2010 and all possible associations and all possible involvements and all possible relations and all possible connections and in any and all ways for legal and equitable examples also of the state of ohio and all other us states and psers annual reports and all entities all surrounding and all within (all possible individuals also if involved) All possible arrangements. 6. all lehman brothers and all other entities credit default swaps and all other possible names and all legal and equitable issues (not sent but legally and equitably included) 7. http://www.nndb.com/org/116/000123744 and http://pfnyc.org/partners-associate.html and http://pfnyc.org/partners-list.html 8. http://www.pacourts.us/ContactUs.htm legal date 12/16/2010 and all recent us mailings of all legal documents to the pa supreme court and the pa superior court (two sent again but all future all 10 locations will be motioned and petitioned and legally contacted also-all legal documents all legally completed and all united states mailings) 9. All legally and equitably disputed and all motioned and petitioned for now and again is all possible settlements past up in all ways and all by all us courts and all other courts of all settlements especially back to the years of 2000-2001 -all correct up to the present dates of 12/27/2010 and all possible us courts and all other courts errors and now lehigh county pa purging aka trashing dockets (if definitely correct) also-all ways against the plaintiffs in all possible and any possible ways legal and equitable examples if

Also - Prudential Agricultural Group(s) in PSERS Annual Reports

[signature] & all others (All ies   All Homeless)   All legally written -if more than involved   Demutualization also, RK Smith & Another   Actions All Homeless

http://www.ca2.uscourts.gov/_vti_bin/shtml.dll/camp_survey.htm    1/3/2011

*Contact Public Information Office*

F11.5 10-4457 And Proof of Claim Pg 2 of 4 and in refusal (s) of all objections in and to 09-50026 (Reg)

1/3/2011



# SUPREME COURT
## OF THE UNITED STATES



All Recent Petitioners and Actions Also.

Search: ⊙ All Documents ○ Docket Files
For Search Term: _____
[Search] [Help]

Home | Contact Us | Contact Public Information Office
 Printer-Friendly Version

### Supreme Court Documents

Docket
Oral Arguments
Merits Briefs
Bar Admissions
Court Rules
Case Handling Guides
Opinions
Orders and Journals

### Supreme Court Information

About the Supreme Court
Visiting the Court
Public Information
Jobs
Links

## Contact Us - Public Information Office

**Message Sent!**

Thank you for your request. Every effort will be made to provide a timely response.

---

December 30, 2010 | Version 2009.0
Home | Help | Site Map | Contact Us | About Us | FAQ | Website Policies and Notices | Privacy Policy | USA.GOV
Supreme Court of the United States

Also all Ford F-250 purchase agreements (57345) B in Lehigh County Pa Court dockets (they won't move rev to Federal Court)

Claim not late - plus see 2000 to present legal filings

RF see all ...

An legally written Actions Actions An Homeless

http://www.supremecourt.gov/contact/contact_pio.aspx     12/30/2010

*Nav 1/3/2011*  ↓ *An legal and lawsuits updates*  *And An Others*

```
RUN DATE:03/26/96        ** LIST OF SECTION 13F SECURITIES **        PAGE 154
RUN TIME:11:30                                                       IVM001

CUSIP NO.         ISSUER NAME                    ISSUER DESCRIPTION   STATUS

524038 10 6       LEE PHARMACEUTICALS            COM                  DELETED
52422P 10 5       LEEDS FED SVGS BK BALTIMORE MD COM
524636 10 7       LEGAL RESH CTR INC             COM
524651 10 6       LEGATO SYS INC                 COM
524660 10 7  *    LEGGETT & PLATT INC            COM
524660 90 7       LEGGETT & PLATT INC            CALL
524660 95 7       LEGGETT & PLATT INC            PUT
524816 10 5       LEHIGH GROUP INC               COM
524901 AB 1       LEGG MASON INC                 SD CONV   5.25%03
524901 10 5       LEGG MASON INC                 COM
524908 10 0  *    LEHMAN BROS HLDGS INC          COM
524908 90 0       LEHMAN BROS HLDGS INC          CALL
524908 95 0       LEHMAN BROS HLDGS INC          PUT
524908 13 4       LEHMAN BROS HLDGS INC          WT EXP    060496
524908 15 9       LEHMAN BROS HLDGS INC          WT EXP    030596    DELETED
524908 18 3       LEHMAN BROS HLDGS INC          WT EXP    020196    DELETED
524908 21 7       LEHMAN BROS HLDGS INC          WT EXP    012398    ADDED
52542J 10 4       LEISUREWAYS MARKETING LTD      COM
526057 10 4  *    LENNAR CORP                    COM
526057 90 4       LENNAR CORP                    CALL
526057 95 4       LENNAR CORP                    PUT
526872 10 6       LESCO INC OHIO                 COM
527069 10 8       LESLIES POOLMART               COM
527251 10 2       LETCHWORTH INDPT BANCSHARES CP COM
527251 11 0       LETCHWORTH INDPT BANCSHARES CP WT EXP    123197
527288 AG 9       LEUCADIA NATL CORP             SD CONV   5.25%03
527288 10 4       LEUCADIA NATL CORP             COM
527295 10 9  *    LEVEL ONE COMMUNICATIONS INC   COM
527295 90 9       LEVEL ONE COMMUNICATIONS INC   CALL
527295 95 9       LEVEL ONE COMMUNICATIONS INC   PUT
527367 10 6       LEVIATHAN GAS PIPELINE PARTNRS PREF UNIT
527482 10 3  *    LEVITZ FURNITURE INC           COM
527482 90 3       LEVITZ FURNITURE INC           CALL
527482 95 3       LEVITZ FURNITURE INC           PUT
528932 10 6       LEXINGTON GLB ASSET MANAGERS   COM
529039 10 9       LEXINGTON CORP PPTYS INC       COM
529771 10 7  *    LEXMARK INTL GROUP INC         CL A
529771 90 7       LEXMARK INTL GROUP INC         CALL
529771 95 7       LEXMARK INTL GROUP INC         PUT
529893 10 9       LFS BANCORP INC                COM
529898 10 8       LIBBEY INC                     COM
529900 10 2       LIBERTY ALL-STAR GROWTH FD INC COM
530152 10 7       LIBERTE INVS                   SH BEN INT
530158 10 4       LIBERTY ALL STAR EQUITY FD     SH BEN INT
530174 10 1       LIBERTY BANCORP INC DEL        COM
530175 10 8       LIBERTY BANCORP INC OKLA       COM
530370 10 5       LIBERTY CORP S C               COM
530512 10 2       LIBERTY FINL COS INC           COM
530582 20 4       LIBERTY HOMES INC              CL A
```

*An entities all within and all surrounding and all within them (unknowns) also*

*[signature]*  *A Class Actions An Unknowns*

*1/3/2011*  *An[y] [illegible] uncountable ↓ updates*  *And any others*

```
RUN DATE:03/26/96       ** LIST OF SECTION 13F SECURITIES **        PAGE   111
RUN TIME:11:30                                                      IVM001

CUSIP NO.          ISSUER NAME                    ISSUER DESCRIPTION  STATUS

370442 10 5  *  GENERAL MTRS CORP                 COM
370442 90 5     GENERAL MTRS CORP                 CALL
370442 95 5     GENERAL MTRS CORP                 PUT
370442 40 2  *  GENERAL MTRS CORP                 CL E
370442 90 2     GENERAL MTRS CORP                 CALL
370442 95 2     GENERAL MTRS CORP                 PUT
370442 50 1  *  GENERAL MTRS CORP                 CL H
370442 90 1     GENERAL MTRS CORP                 CALL
370442 95 1     GENERAL MTRS CORP                 PUT
370442 87 3     GENERAL MTRS CORP                 PFD C CV 1/10S      DELETED
37047F 10 3  *  GENERAL NUTRITION COS INC         COM
37047F 90 3     GENERAL NUTRITION COS INC         CALL
37047F 95 3     GENERAL NUTRITION COS INC         PUT
370476 10 3     GENERAL PARAMETRICS CORP          COM
370477 10 1     GENERAL PARCEL SVC INC            COM
370477 11 9     GENERAL PARCEL SVC INC            WT EXP 111696
370485 10 4     GENERAL PHYSICS CORP              COM
370550 10 5  *  GENERAL PUB UTILS CP              COM
370550 90 5     GENERAL PUB UTILS CP              CALL
370550 95 5     GENERAL PUB UTILS CP              PUT
370563 10 8  *  GENERAL RE CORP                   COM
370563 90 8     GENERAL RE CORP                   CALL
370563 95 8     GENERAL RE CORP                   PUT
370737 10 8     GENERAL SCANNING INC              COM
370838 AD 6     GENERAL SIGNAL CORP               SB NT CV 5.75%02
370838 10 4  *  GENERAL SIGNAL CORP               COM
370838 90 4     GENERAL SIGNAL CORP               CALL
370838 95 4     GENERAL SIGNAL CORP               PUT
371532 10 2  *  GENESCO INC                       COM
371532 90 2     GENESCO INC                       CALL
371532 95 2     GENESCO INC                       PUT
371601 20 4     GENESEE CORP                      CL B
371855 11 5     GENETICS INST INC                 WT EXP  053196
371855 30 5  *  GENETICS INST INC                 DEP SHS
371855 90 5     GENETICS INST INC                 CALL
371855 95 5     GENETICS INST INC                 PUT
371901 10 9  *  GENTEX CORP                       COM
371901 90 9     GENTEX CORP                       CALL
371901 95 9     GENTEX CORP                       PUT
371912 AB 2     GENESIS HEALTH VENTURES INC       SR SB DB CV 6%03
371912 10 6  *  GENESIS HEALTH VENTURES INC       COM
371912 90 6     GENESIS HEALTH VENTURES INC       CALL
371912 95 6     GENESIS HEALTH VENTURES INC       PUT
372252 10 6  *  GENEVA STL CO                     CL A
372252 90 6     GENEVA STL CO                     CALL
372252 95 6     GENEVA STL CO                     PUT
372282 10 3     GENICOM CORP                      COM
372302 10 9     GENLYTE GROUP INC                 COM
372430 10 8     GENOME THERAPEUTICS CORP          COM
```

*All entities all within and all surrounding and all possible entities all within and all surrounding them.*

*B[illegible signature] & all [illegible]*

*http://www.sec.gov/divisions/investment/13f/13flist19969l.pdf*