Lehman Brothers and Borders Group and Blockbuster and all US Bankruptcies all Retroactive and all others. All legal and equitable ease all ways all transferred to all official Forms and all other documents enclosed.

All legal and equitable pages all included

## Form Confirmation

Thank you for submitting the following information:

Q1: Appellant
Q2:
Q3: !!!!Please Legally Act From Bottom Up To Top Recommended-thanks!!!!
Q4:
Q5: Monetary damages
Q6:
Q7:
Q9A:
Q9B:
Q9C:
Q9D:
Q9E:
Q9F:
Q9G:
Q9H:
Q10:
Q11:
Q13:

Q8

(1) As stated: all Directory of Companies offering Dividend Reinvestment Plans 22nd Edition Ref. 332.63 DIR Sumie Kinoshita (Editor), Evergreen Enterprises (Allentown Pa) and all ADR's-all contents) legally and equitably included. Found in Emmaus Pa (Emmaus Pa Library area)

After finished with all the legal and equitable documents please upload to Federal Pacer Id: 500789. THANKS!

APR 22 2011

!!!!Please Legally Act From Bottom Up To Top Recommended-thanks!!!!

Q9I

!!!!Please Legally Act From Bottom Up To Top Recommended-thanks!!!!

Q10A

!!!!Please Legally Act From Bottom Up To Top Recommended-thanks!!!!

Also all US Supreme Court documents all filed in and all completed all ways. (2) Rules of the Supreme Court (approx 86 pages-all) Guide For Prospective Indigent Petitioners For Writ of Certiorari (30 pages approx.-all) (3) Memorandum (10 pages - all)

Q11A

!!!!Please Legally Act From Bottom Up To Top Recommended-thanks!!!!

Q12

!!!!Please Legally Act From Bottom Up To Top Recommended-thanks!!!! Also revised and added to from the last legal efilings-all legally and equitably completed:OPINIONS AND OBSERVATIONS. THE PLANTIFFS ARE DEFINITELY NOT RESPONSIBLE FOR ANY AND ALL MISINFORMATIONS!All legal and all equitable corrections and all legal additions in all legal and equitable united states courts dockets and all legal filings (all ways and in all locations): all legal ease in any and all ways all are legally and automatically transferred to all official federal forms/documents in any and allways. Now placed on top of this form/legal document also.Also,now revised and all retroactive if not completed (all ways) before all Motions and all Petitions to use all Flashdrive legal and equitable contents in any and all ways on all legal and equitable behalfs of the plantiffs only and all their contents as well as black books of all legal and equitable notes based on all research if correct also are legally and equitably entered with all their legal and equitable contents and all sending and all possible esending of all flashdrive contents in any and all ways. For legal and equitable examples also: pdfs-all names and all annual reports contents and all sec-all names contents and all other possible ways even all flashdrives with all legal and equitable contents mailed via and by us postal service mail also. 07-02-2011 thru 04-06-2011 Fed:5cv4457 and all others and poc#70464 and Borders group (all names) bankruptcy and Blockbuster (all names) and all other bankruptcies in the past that the plantiffs were past over by if correct are legally and equitably included and all other us courts dockets and all lehigh county pa and all entities all surrounding and all within. Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: All legal and equitable questions all legally typed all herewithin and all surrounding all legally and all equitably applies to all possible entities and all possible indivdiduals all eserved,served,contacted,legally efiled to (all and any ways) to be legally answered if known in all legal writings by one months time to the united states supreme court.All legally and equitably continued from all past legal efilings also: for legal and equitable examples of 06-27-2011-12-27-2010 also. All legal and equitable ease in any and all ways and everywhere of the plantiffs legally and equitable stands corrected and added to with all websites insertions of all legal edocuments (in any and all ways-all legally and equitably completed) and all of the same legal edocuments and all US Courts and all others dockets of the plantiffs are all legally and equitably transferred to all official forms and also all legal and equitable attachments as esent in all and from all legal efilings accounts in Yahoo (in any and all ways) and all other ways if applicable. All previously aka in the past and in the present and in the future legal and equitable writings and typings (all forms of all communications is again legally and equitably attached and all legally and equitably bound in any and all ways,if involved in any and all ways also. All legal ease in any and all ways all legally and equitably typed and legally and equitably questioned all herewithin and all surrounding applies to all entities and all possible individuals esent to in any and all ways,all known factual replies in all legal and equitable writings to the us courts as legally and equitably typed all herewithin and all surrounding as legally and equitably requested all herewithin and all surrounding also.Nobody is above the law even U S states and all possible duals interests and all possible duals jobs personnel all within and all surrounding ,if correct.All legal and equitable ease in any and all ways is automatically transferred to all official federals and official u s states and all other officials forms all legally and equitably filled in and all legally and equitably completed according to all and any laws and American & International laws & principles.All international and all national laws also are legally and equitably included in any and all times.All previously filed and all legal and equitable notes and all the plantiffs courts (all ) dockets in tact and all of the same just typed are legally and equitably included,if involved in any and all ways. All groups and all conglomerates and all manipulations and all possible manipulators are also in legal and equitably included even all the possible "FRAUD" fabricated in all financial entities names if correct in any and all ways. All legal and equitable ease in all the plantiffs courts (all) dockets and all other ways all legally and equitably stands all corrected and all added to in any and all ways. if possible in any and all ways:http://en.wikipedia.org/wiki/Mind_reading and if correct in any and every combinations thoughout even possible alarms and video technologies and all other ways due to the enormous amounts of informations stealings possibly back to the 1970s if correct and the large patterns of business and entities all in some to all office buildings throughout the usa and possibly international.Can all these entities and all possible individuals be possibly criminal by facts-all Motions and Petitions to determine all possible manipulations if any also in legal and equitable writings even possible USPTO and USDOC inventions to even possible product marketing and merchandizing in any and all ways,if correct. All possible taskforces of supernatural and all otherwise by facts leaving nobody out also in legal and equitable writings in any and all ways,if correct.
http://search.yahoo.com/search;_ylt=AqgPLw.IIX3EPOdYrwQJH5qbvZx4?p=hd+video+magazine&toggle=1&cop=mss&ei=UTF-8&fr=yfp-t-382
http://search.yahoo.com/search;_ylt=A0oCG7n5Z4pxNTCYAD3tXNyoA;_ylc=X1MDUCUyMTQvMzU3MDg5BF9yAzIEYW8DMQRmcgN5ZnAtdC0zODIEZnIyA3NidG9w
-?p=alarms&fr2=sb-top&fr=yfp-t-382&type_param=&pqstr=alarms and http://en.wikipedia.org/wiki/High-definition_video and if correct and if involved in any and all ways:werner entities even publishing and all possible trucking and all possible entities and all possible individuals all surrounding and all within even possible lerner last names of individuals aka also inventors even retail entities from toy story to all other ways and if correct all possible manipulations from possible merchandizing and barnes and

Bits and all others (A class actions all Homeless)

http://www.ca2.uscourts.gov/ vti bin/shtml.dll/camp survey.htm                                                        4/19/2011

Fw: !!!!Resent!!!!-additions and revisions please see legal attachments-the nine below wh!!! Page 1 of 11

Fed 15-cv-7457 And POC #70464 And Gm- all names and Borders Group and Blockbuster (it is correct) and any US Bankruptcies And Retroactive And Any others.

All pages and all their contents are legally and equitably included.

### YAHOO! MAIL Classic

Fw: !!!!Resent!!!!-additions and revisions please see legal attachments-the nine below wheel incidentFw: !!!!Richard King Mellon Foundation and J F King If related and if involved and if associated-thanks!!!!

Friday, April 8, 2011 5:51 PM

From: "b smith" <federalsubpoena@yahoo.com>
To: JPML-Helpdesk@jpml.uscourts.gov, pio@ca1.uscourts.gov, pio@ca2.uscourts.gov, pio@ca3.uscourts.gov, pio@ca4.uscourts.gov, pio@ca5.uscourts.gov, pio@ca6.uscourts.gov, pio@ca7.uscourts.gov, pio@ca8.uscourts.gov, pio@ca9.uscourts.gov, pio@ca10.uscourts.gov, pio@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, pmckeever@dfking.com, emerkhassina@dfking.com, imetzner@dfking.com, kmoffatt@dfking.com, lmore@dfking.com, rmorrison@broadgate.com, jmurray@dfking.com, enegron@dfking.com, tolsen@dfking.com, iortiz@dfking.com, "US Court Of Federal Claims" <uscfc_webmaster@ao.uscourts.gov>, "US Dept Of Commerce" <cgutierrez@doc.gov>, "US District Court In Newark NJ" <NJD3-Webmaster@njd.uscourts.gov>, "US District Court In NJ" <ecfhelp@njd.uscourts.gov>, "US District Court In Philadelphia Pa" <ecf_clerksoffice@paed.uscourts.gov>, "US District Courts Pacer" <pacer.psc@uscourts.gov>, "US Patent And Trademark Office" <TMITU@uspto.gov>, "US Patent And Trademark Office" <usptoinfo@uspto.gov>, "usace.army.mil" <fola-mvm@usace.army.mil>, "usace.army.mil" <fola-mvs@usace.army.mil>, "usace.army.mil" <fola-sad@usace.army.mil>

24 Files (17 MB)

All 3 packets/packages of all US Supreme Court legal and equitable documents all automatically and legal and equitably filled in and completed (all ways) with all legal and equitable case (all ways.) All timely updates

[PDF attachments:]
- Prose Pro...
- 04 07 20...
- Lehigh C...
- US_SUPR...
- UNITED ...
- US Distri...
- US Distri...
- US Distri...
- FEDERAL ...
- Garnishm...
- Garnishm...
- Scanned ...
- Scanned ...
- Wheel In...
- All US Ba...
- Electronic...
- Home Off...
- Mellon an...
- Mr. Drip ...
- Official L...
- Pacer an...
- US Feder...
- US Supre...

--- On Fri, 4/8/11, b smith <federalsubpoena@yahoo.com> wrote:

From: b smith <federalsubpoena@yahoo.com>
Subject: Fw: !!!!Resent!!!!-additions and revisions please see legal attachments-the nine below wheel incidentFw: !!!!Richard King Mellon Foundation and J F King If related and if involved
To: "President Barack Obama" <info@messages.whitehouse.gov>, "Whitehouse" <comments@whitehouse.gov>, "Whitehouse" <vice_president@whitehouse.gov>, webmaster@ca1.usc webmaster@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, uscaaf.home@armfor.uscourts.gov, USD <ethicsrules.comments@uspto.gov>, "USPTO" <ruth.nyblod@uspto.gov>, "uspto.gov" <tmpetitions@uspto.gov>, "uspto.gov" <tmpostregistration@uspto.gov>, utb_training@utb.uscourts "phila.gov" <healthdept@phila.gov>, "phila.gov" <helpme@phila.gov>, "phila.gov" <philadelphia.reads@phila.gov>, "phila.gov" <police.advisory@phila.gov>, "phila.gov" <revenue@phila.g
Date: Friday, April 8, 2011, 5:42 PM

--- On Fri, 4/8/11, b smith <federalsubpoena@yahoo.com> wrote:

From: b smith <federalsubpoena@yahoo.com>
Subject: Fw: !!!!Resent!!!!-additions and revisions please see legal attachments-the nine below wheel incidentFw: !!!!Richard King Mellon Foundation and J F King If related and if involve
To: criminalcases@ca1.uscourts.gov, criminalcases@ca2.uscourts.gov, criminalcases@ca3.uscourts.gov, criminalcases@ca4.uscourts.gov, criminalcases@ca5.uscourts.gov, criminalc support@ao.uscourts.gov, fiannucci@dfking.com, mintregila@dfking.com, djacobs@dfking.com, okaplan@dfking.com, ekennedy@dfking.com, skerr@dfking-teleservers.com, bking@df VidyaKurella@ca2.uscourts.gov, Violet.Hall@usda.gov, "US District Court Alexandria Virginia" <cmecf@vaed.uscourts.gov>, "US District Court Alexandria Virginia" <vaed_ecf_question: <jorie@pasen.gov>, "pasen.gov" <jpiccola@pasen.gov>, "pasen.gov" <jpippy@pasen.gov>, "pasen.gov" <jrafferty@pasen.gov>, "pasen.gov" <jrhoades@pasen.gov>, "pasen.gov" <jsc <rrobbins@pasen.gov>, "pasen.gov" <rthompson@pasen.gov>, "pasen.gov" <rtomlinson@pasen.gov>, "pasen.gov" <rwonderling@pasen.gov>, "pasen.gov" <sgreenleaf@pasen.gov>, "pasenate.com" <logan@pasenate.com>, "pasenate.com" <lwashington@pasenate.com>, "pasenate.com" <mellow@pasenate.com>, "pasenate.com" <musto@pasenate.com>, "paser
Date: Friday, April 8, 2011, 5:39 PM

--- On Fri, 4/8/11, b smith <federalsubpoena@yahoo.com> wrote:

From: b smith <federalsubpoena@yahoo.com>
Subject: Fw: !!!!Resent!!!!-additions and revisions please see legal attachments-the nine below wheel incidentFw: !!!!Richard King Mellon Foundation and J F King If related and if invol
To: pppi@prudential.com, private.investments@prudential.com, Procurement@bpd.treas.gov, product_support@ambest.com, pronet@sba.gov, proposed_orders@sdb.uscourts.gov, prudentialretirement@prudential.com, publicinfo@fdic.gov, ncoleman@dfking.com, ncosta@dfking.com, rdemay@dfking.com, ademuth@dfking.com, wdenby@dfking.com, vdicosta@ pharkins@dfking.com, ohussien@dfking.com, ecf@ca1.uscourts.gov, ecf@ca2.uscourts.gov, ecf@ca3.uscourts.gov, ecf@ca4.uscourts.gov, ecf@ca5.uscourts.gov, ecf@ca6.uscourts <pacer@psc.uscourts.gov>, pa@neads.ang.af.mil, pa@stratcom.mil, pacerwebmaster@ck8.uscourts.gov, "pacourts.us" <ccpaopc@pacourts.us>, "pacourts.us" <civil.rules@pacourts <ssamuels@pahouse.net>, "pahousegop.com" <dreichle@pahousegop.com>, "pasen.gov" <bregola@pasen.gov>, "pasen.gov" <dbrightbill@pasen.gov>, "pasen.gov" <dpileggi@pas
Date: Friday, April 8, 2011, 5:36 PM

--- On Fri, 4/8/11, b smith <federalsubpoena@yahoo.com> wrote:

From: b smith <federalsubpoena@yahoo.com>
Subject: Fw: !!!!Resent!!!!-additions and revisions please see legal attachments-the nine below wheel incidentFw: !!!!Richard King Mellon Foundation and J F King If related and if inv
To: briefs@ca1.uscourts.gov, briefs@ca2.uscourts.gov, briefs@ca3.uscourts.gov, briefs@ca4.uscourts.gov, briefs@ca5.uscourts.gov, briefs@ca6.uscourts.gov, briefs@ca7.uscourt bampudia@broadgate.com, ebagley@dfking.com, rbaiorunos@dfking.com, lbeharry@dfking.com, abekesh@dfking.com, fbekesh@dfking.com, jbibas@dfking.com, abiondo@dfking webmaster_ilcbext@ilcb.uscourts.gov, webmaster_tneb@tneb.uscourts.gov, webmaster_Tnwb@tnwb.uscourts.gov, webmaster-nvd@nvd.uscourts.gov, Webmaster-wlm-dc@ded.u webmaster@lawd.uscourts.gov, webmaster@mdd.uscourts.gov, webmaster@med.uscourts.gov, "USSC-US Court Of Federal Claims" <pubaffairs@ussc.gov>, "US Court Of Feder barbara.ca.us>, coa-webmaster@ca1.uscourts.gov, colgateshareowners@bankofny.com, "Barry @ Comcast" <bsmithnyc@comcast.net>, comments@ce9.uscourts.gov, Comments <intelligence.hpsci@mail.house.gov>, compl-srv@bbb.org, complaint@bbb.org, complaints@bbb.org, compliance_helpline@freddiemac.com, complntscentercase@bbb.org, "Comp
Date: Friday, April 8, 2011, 5:32 PM

BFP & all etc ( A class action all Homeless )

All e-signed also.

*[Handwritten annotations at top: Fed! 5-W-4457 And Gm - all Names and Borders Group and Blockbuster and all US Bankruptcies, all retroactive also.]*

# Deloitte.

About | Bankers | Contact

selector | Services | Industries | Transactions | Market Insights | Search

Top Searches ▼

United States - Corporate Finance > About

Global Middle Market Banking

Corporate Finance

## Representative Clients

### Deloitte Corporate Finance LLC

### Stay Connected

- Subscribe
- E-mail Us
- Careers
- Submit RFP
- RSS Feeds

| Middle Market Sellside Advisory | Buyside Advisory |
|---|---|
| Addison National Bank | Ace Controls, Inc. |
| Alvin Bancshares, Inc. | Altana |
| American Mortgage Express Financial | Bakkavor Group Hf. |
| AmNet | BMSI Holdings, Inc. |
| Anderson Publishing | Bobrick Washroom Equipment, Inc. |
| Anorad Corp. | Dayton-Phoenix Group, Inc. |
| Belkin Components | D'Long, Inc. |
| Brake Bros. plc | Elopak A.S. |
| C&D Aerospace Group | Elopak Canada, Inc. |
| c.w. Costello & Associates, Inc. | Fiat |
| Campbell & Co. | Flat Rock Metal, Inc. |
| Crown Therapeutics, Inc. | Hayashi Telempu |
| Duni Americas | IVANS, Inc. |
| ESM Group Inc. (subsidiary of Degussa AG) | J.D. Heiskell & Co. |
| Federal Bronze, Inc. | JJ Haines and Company, Inc. |
| Financial Dynamics, Inc. | Kellogg Company |
| First University Corp. | Meritor |
| Flat Rock Metal Metal Processing, LLC | MGR Capital |
| Form Rite Automotive Group | Millennium Industries |
| Four M. Holdings, LLC | Mistui & Co. |
| Fourth State Technology, Inc. | Multi-Color Corporation |
| Funline Merchandise Co. Inc. | NGK Insulators, Ltd. |
| G3 Worldwide Mail NV | Parlex Corporation |
| Good Earth Corporation and FMALI Herb Inc. | Penske Truck Leasing |
| Greenfield Consulting Group | Pilot Automotive Inc. |
| Greenfield Online, Inc. | R.L. Polk & Co. |
| Groth Corporation | Rittal Corporation |
| HDS Services | Spartan Motors |
| Heiner's Bakery, Inc | Tesco |
| Hirdes Freight Ltd. | The Environmental Research Institute of Michigan (ERIM) |
| Houston National Bank | The Prince Group |
| Icon Systems, Inc. | Tokai Rika |
| IPNet Solutions | U.S. Corrugated, Inc. |
| Joyce/Dayton Corp. | Unique Instruments |
| KDI Precision Products, Inc. | Venture Industries |
| Key Equity | Wipro Limited |
| Lens Express | Yum Yum Donut Shops, Inc. |
| LINPAC Group, Ltd. | |
| Longwood Industries | |
| Magellan Software, Inc. | |
| Management Team - Homeland Savings Bank | |
| Marketing Associates, Inc. | |
| Matsukas Food Co., Inc. | |
| Mau Trucking, Inc. | |
| Mederer Corp. | |

*[Handwritten on right: Kvia all possible arrangements with Pricewaterhouse Coopers and FT SE and Fortune 1000 and all entities all surrounding and all within, it correct. All similar and the same situations, also]*

*[Handwritten at bottom: BK list all about A Class Actions All (timeless)]*

http://www.deloitte.com/view/en_XA/xa/about-us/0cf643200b033210VgnVCM100000ba... 4/14/2011

*Fed: 5-cv-4457 And An others*
*An GM - All Names and Borders Group and Blockbuster and*
*an US Bankruptcies.*

**Computershare**

9th Floor, 100 University Avenue
Toronto, Ontario M5J 2Y1
www.computershare.com

000010
BEVERLEY E SMITH
151 W MOUNTAIN RD #5
C/O MARIE SMITH
ALLENTOWN PA  18103
UNITED STATES

# IMPORTANT CONFIRMATION NOTICE

Re: **BEMA GOLD NOW EASTWEST GOLD CORP/KINROSS / BGOQ**

March 28, 2011

Dear Securityholder,

We have recently been instructed by either yourself as a registered holder or your employer through your participation in your company's ESP or Option Plan to update our records with a new address for the securities you hold in the above noted company.

For security reasons, it is our practice to send this notice to your old address to confirm with you that this instruction was authorized and valid.

If you did not request a change of address to be applied to this account either through Computershare or your employer, please contact us immediately at 1-800-564-6253 or at (514) 982-7555 if you are calling from outside North America.

Sincerely,

**Computershare Investor Services Inc.**
**Computershare Trust Company of Canada**

Privacy Notice
Computershare is committed to protecting individuals' personal information. In the course of providing our services, we receive non-public personal information - from transactions we perform for investors, forms sent to us, other communications we have with investors or representatives, etc. This information could include name, address, social insurance number, social security number, securities holdings and other financial information. We use this to administer investor accounts, to better serve investors' and clients' needs and for other lawful purposes relating to our services. We have prepared a *Privacy Code* to tell you more about our information practices and how personal information is protected. It is available at our website, computershare.com, or by writing us at 100 University Avenue, Toronto, Ontario, M5J 2Y1.

00G3UA                                                                                     SF.US_1846/000010/000010/i

*Best of all about A Class Actions All Hearings*

and Blockbuster And AN US Bankruptcy's all Retroactive and all Others, Now 4/28/2011

All pages and their contents are legally and equitably included.

| P/S Code | Company Name | Company Address | City | State | Zip | Telephone |
|---|---|---|---|---|---|---|
| 06527-01 | 3 M CONC PROT/IL | 3M CENTER BULD 223-2S-24* | ST.PAUL | MN | 55144 | 651 736 6158 |
| 95198-01 | 3 M ELECTRO-PRODUCTS | 1700 N. MINNESOTA STREET | NEW ULM | MN | 56073 | 512 984 7404 |
| 95001-01 | 3 M SAFTY/SECUR DIV | 660 NORTH 8TH STREET | MILACA | MN | 56353 | 800 553 1380 |
| 08523-01 | 3 M SAFTY/SECURY DIV | 225 INDUSTRIAL PARK DRIVE | SULLIVAN | MO | 63080 | 800 328 7098 |
| 00619-01 | 3 M TRAFFIC CTRL MAT | 3M CENTER, BUILDING 235-3B-55 | ST. PAUL | MN | 55144 1000 | 651 736 0166 |
| 04398-01 | 3 RIVERS-DARLINGTON | 445 CRESCENT DR. | DARLINGTON | PA | 16115 | 724 530 2663 |
| 04349-01 | 3 RIVERS-MERCER, PA | I80 AND SR 19 | MERCER | PA | 16137 | 724 748 3332 |
| 04375-01 | 3 RIVERS-SLIP ROCK#1 | 4557 HARLANSBURG RD. | SLIPPERY ROCK | PA | 16057 | 724 794 8940 |
| 04395-01 | 3 RIVERS-SLIP ROCK#2 | 1288 REESE ROAD | SLIPPERY ROCK | PA | 16057 | 724 530 6676 |
| 04388-01 | 3 RIVERS-WAMPUM, PA | 3118 WAMPUM RD | WAMPUM | PA | 16137 | 724 654 9172 |
| 95238-01 | 3M ELECTRICAL | 6801 RIVER PLACE BLVD | AUSTIN | TX | 78726 9000 | 513 225 6042 |
| 00511-01 | 3M TRAF. & VEH | 3M CENTER, BLD 225-05S-08 | ST. PAUL | MN | 55144 1000 | 800 964 3651 |
| 08577-01 | 3M/BONDO CORP. | 3700 ATLANTA IND. PARKWAY | ATLANTA | GA | 30331 | 404 696 2730 |
| 04393-01 | 5K-YOUNGSTOWN | 151 OAK HILL AVENUE | YOUNGSTOWN | OH | 44502 | 330 759 9317 |
| 00635-01 | A & A SAFETY/OH | 1126 FERRIS RD | AMELIA | OH | 45102 | 513 943 6100 |
| 03329-01 | A K READY MIX | 441 DIXON RUN RD | JACKSON | OH | 45640 | 740 286 8900 |
| 02491-01 | A. BROWN & SONS | 7701 SALEM AVENUE | CLAYTON | OH | 45315 | 937 836 5826 |
| 06660-01 | A.B. STEEL/CINC | 204 W NORTH BEND RD | CINCINNATI | OH | 45216 | 513 679 4499 |
| 09578-01 | A.C.S. CONTRACTORS | 6344 PUCH RD | SUNBURY | OH | 43074 | 740 524 7600 |
| 95119-01 | A.G. INDUSTRIES | 2963 INTERSTATE PARKWAY | BRUNSWICK | OH | 44121 | 330 220 0050 |
| 95672-01 | A.G. STAFFORD CO. | *2006 ALLEN AVENUE,S.W. | CANTON | OH | 44707 | 330 453 8431 |
| 01220-01 | A.J. RILEY | *SR 601 | NORWALK | OH | 44857 | 419 663 0644 |
| 01220-02 | A.J. RILEY | 4653 SR 61 | NORWALK | OH | 44857 | 419 663 0644 |
| 95589-01 | AA THREAD SEAL TAPE | 1275 KYLE COURT | WAUCONDA | IL | 60084 | 847 526 2120 |
| 95970-01 | ABC COATING/IL | 481 GOVENORS HIGHWAY | PEOTONE | IL | 60468 | 708 258 9633 |
| 95111-01 | ABC COATING/MI | BOX 9484 | WYOMING | MI | 49509 | 616 245 4626 |
| 3201Q-01 | ABC CONCRETE-QC/QA | 2450 CRESENTVILLE RD | WEST CHESTER | OH | 45069 | 513 615 1658 |
| 09575-01 | ABLE FENCE & GDRAIL | 33100 LAKELAND BLVD. | EASTLAKE | OH | 44094 | 440 951 0880 |
| 09576-01 | ABLE FENCE & GDRAIL | 2779 E. FOURTH AVENUE | COLUMBUS | OH | 43219 | 614 253 8587 |
| 96108-01 | ABT, INC. | 259 MURDOCK RD | TROUTMAN | NC | 28166 | 704 528 9806 |
| 04208-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04320-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04322-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04357-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 05147-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | N. JACKSON | OH | 44451 | 330 758 2313 |
| 04363-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04372-03 | ACME CO.-N. JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04328-03 | ACME CO.-N.JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04366-03 | ACME CO.-N.JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04364-03 | ACME CO.-N.JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04394-03 | ACME CO.-N.JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04382-03 | ACME CO.-N.JACKSON | 11600 MAHONING AVENUE | NORTH JACKSON | OH | 44451 | 330 758 2313 |
| 04357-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD. | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04363-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04322-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD. | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 4348B-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04320-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 05147-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04208-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 220 758 2313 |
| 04354-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 220 758 2313 |
| 05064-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 220 758 2313 |
| 04372-02 | ACME CO.-YOUNGSTOWN | 9495 HARVARD BLVD | YOUNGSTOWN | OH | 44514 | 220 758 2313 |
| 04364-02 | ACME CO.-YOUNGSTWN | 9495 HARVARD AVENUE | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04394-02 | ACME CO.-YOUNGSTWN | 9495 HARVARD AVENUE | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04328-02 | ACME CO.-YOUNGSTWN | 9495 HARVARD AVENUE | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04366-02 | ACME CO.-YOUNGSTWN | 9495 HARVARD AVENUE | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 04382-02 | ACME CO.-YOUNGSTWN | 9495 HARVARD AVENUE | YOUNGSTOWN | OH | 44514 | 330 758 2313 |
| 00626-01 | ACME ELEC/TRANS DIV | 4815 WEST 5TH STREET | LUMBERTON | NC | 28358 | 800 334 5214 |
| 95522-01 | ACO POLYMER PRODUCTS | 12080 RAVENNA RD,PO BOX 245 | CHARDON | OH | 44024 | 440 285 7000 |
| 96111-01 | ACO POLYMER PRODUCTS | P.O. BOX 12067 | CASA GRANDE | AZ | 85230 | 888 490 9552 |
| 02482-01 | ACORN FARM | 7679 WORTHINGTON ROAD | GALENA | OH | 43021 | 614 891 9348 |
| 96049-01 | ADA SOLUTIONS/MA | P.O. BOX 3 | NORTH BILLERICA | MA | 1862 | 800 372 0519 |
| 08607-01 | ADAM PAVEMT MARK | *1057 TRUMBULL AVE | GIRARD | OH | 44420 | 330 718 9101 |
| 00614-01 | ADCO MFG CO/MN | 240 ARLINGTON AVENUE E. | ST. PAUL | MN | 55117 | 612 488 8600 |
| 95538-01 | ADCOM WIRE CO/KY | 220 STEPHENS DR PO BOX 250 | NICHOLASVILLE | KY | 40856 | 606 885 6011 |
| 06686-01 | ADHESIVES TECH CORP | 450 E COPANS RD | POMPANO BEACH | FL | 33064 | 800 892 1880 |
| 06805-01 | ADL SYSTEMS INC/MI | 5596 GRAND RIVER HWY | PORTLAND | MI | 48875 | 800 344 6941 |
| 06721-01 | ADVANCE CONC PROD/MI | 975 N. MILFORD RD., BOX 549 | HIGHLAND | MI | 48357 | 800 824 8351 |
| 09580-01 | ADVANCE DRAIN-LONDON | 400 E HIGH ST, BOX 648 | LONDON | OH | 43140 | 800 733 2981 |

All US states

Blockbuster & all others # Class Actions AN Homeless)

[handwritten annotations across top: "Fr 09-50026-mg Doc 10435 Filed 04/22/11 Entered 06/15/11 15:38:23 Main Document Pg 6 of 9 Amend all items and all Debtors Group and Blockbuster Cit correct) and all others US Bankruptcies. Now 4/15/2011"]

January 2011

# FUND/SERV FUNDS

| | |
|---|---|
| 1st Global Capital Corp. | 0296 |
| 401K Investment Services, Inc./TPA | 7119 |
| 401Kstore.com (The) | 7129 |
| ABN AMRO Investment Trust Company | 5493 |
| Accrued Equities, Inc. | 5678 |
| ACS HR Solutions LLC | 7102 |
| Adirondack Funds | 6613 |
| ADP Inc./TPA | 7120 |
| Advance Capital I, Inc. | 5860 |
| Adviser Dealer Services, Inc. | 5706 |
| Advisor Central, LLC | 3900 |
| Advisors Clearing Network, Inc. | 0359 |
| AEGON/Transamerica Life Insurance Company | 4566 |
| AEGON/Western Reserve Life Assurance Company of Ohio | 4567 |
| AIG Life Insurance Company | 4537 |
| AIG Retirement Advisors, Inc. | 0542 |
| AIG Retirement Advisors, Inc./Account 2 | 0681 |
| Alliance Bernstein Investment Research and Investment Management, Inc. | 5515 |
| AllianceBernstein Investment Research and Investment Mgmt, Inc./Sanford C. Bernstein | 5553 |
| AllianceBernstein Investment Research and Investment Mgmt., Inc./ACIT | 6584 |
| AllianceBernstein Investment Research and Investment Mgmt., Inc./International Div. | 5809 |
| Alliant Securities, Inc. Turner, Nord, Kienbaum | 8084 |
| Allianz Global Investors Distributors LLC | 5554 |
| Allianz Global Investors Distributors LLC/College Access Plan | 5579 |
| Allianz Global Investors Distributors LLC/Global Investors Series PLC | 4836 |
| Allianz Global Investors Distributors LLC/MI 529 Advisors Plan | 6768 |
| Allianz Global Investors Distributors LLC/Oklahoma Dream 529 | 5921 |
| Allianz Global Investors Distributors LLC/Pimco Advisory Service | 5784 |
| Allianz Global Investors Distributors LLC/Pimco Institutional Funds | 4991 |
| Alpine Securities Corporation | 8072 |
| ALPS Distributors, Inc. | 5642 |
| ALPS Distributors, Inc./ALPS Variable Insurance Trust | 5635 |
| ALPS Distributors, Inc./Ameristock Mutual Funds | 5455 |
| ALPS Distributors, Inc./AQR Funds | 5922 |
| ALPS Distributors, Inc./BBH Funds | 5722 |
| ALPS Distributors, Inc./Caldwell & Orkin | 5684 |
| ALPS Distributors, Inc./Cook & Bynum Funds | 5928 |
| ALPS Distributors, Inc./CRM Funds | 6619 |
| ALPS Distributors, Inc./Cullen Funds | 5466 |
| ALPS Distributors, Inc./Fifth Third Funds | 5874 |
| ALPS Distributors, Inc./Financial Investors Variable Insurance Trust | 6609 |
| ALPS Distributors, Inc./FirstHand Funds | 4901 |
| ALPS Distributors, Inc./FIT-ALPS Funds | 5904 |
| ALPS Distributors, Inc./Forward Funds | 5889 |
| ALPS Distributors, Inc./GLG Partners | 5390 |
| ALPS Distributors, Inc./Heartland Funds | 5571 |
| ALPS Distributors, Inc./Henssler Funds | 6550 |
| ALPS Distributors, Inc./Holland Balanced Fund | 6597 |
| ALPS Distributors, Inc./Index IQ Trust | 6505 |
| ALPS Distributors, Inc./Laudus Funds | 4903 |
| ALPS Distributors, Inc./MTB Funds | 5696 |
| ALPS Distributors, Inc./Oak Funds | 5761 |
| ALPS Distributors, Inc./Paxworld Funds | 4940 |
| ALPS Distributors, Inc./River North Funds | 6520 |
| ALPS Distributors, Inc./State Street Institutional Investment Trust | 6516 |
| ALPS Distributors, Inc./Stone Harbor | 5309 |
| ALPS Distributors, Inc./Stonebridge Capital Management | 5806 |
| ALPS Distributors, Inc./Transparent Value Fund | 5314 |
| ALPS Distributors, Inc./Vulcan Value Partners Fund | 5313 |
| ALPS Distributors, Inc./WesMark Funds | 5944 |
| AM&M Financial Services, Inc. | 3920 |
| American Century Investment Services Inc./Kansas Postsecondary Savings Program | 5338 |
| American Century Investment Services, Inc. | 5646 |
| American Enterprise Investment Services Inc. | 0216 |
| American Enterprise Investment Services Inc./Beta/133 | 0756 |
| American Funds Distributors, Inc. | 0754 |
| American Funds Distributors, Inc. | 5504 |
| American General Distributors, Inc | 5718 |
| American Growth Fund Sponsors Inc. | 5676 |
| American Israeli Shared Values Trust | 5310 |
| American National Insurance Company | 4569 |
| American United Life Insurance Company | 4591 |
| Ameritas Investment Corporation | 0249 |

[handwritten right margin: "All pages and all their contents, of court"]
[handwritten bottom: "Bk & all other (A Class Actions All Homeless)"]

1

*[Handwritten at top: Names and Borders Group and Blockbuster (all if correct and in US Bankruptcies 4/15/2011)]*

# IMPORTANT NOTICE

## National Securities Clearing Corporation



**DTCC.**
The Depository Trust & Clearing Corporation

| | |
|---|---|
| A#: | 6657 |
| P&S | 6227 |
| DATE: | July 11, 2008 |
| TO: | All Participants |
| ATTENTION: | Manager, Purchaser and Sales Department |
| | Cashier, Fund/SERV Participants, ACATS Participants, |
| | Municipal Bond Comparison Participants |
| FROM: | Linda Shackleton |
| | Account Administration |
| SUBJECT: | <u>Changes in the List of Participants</u> |

- Effective with the close of business on July 10, 2008, NASDAQ Stock Market Inc.'s account number 0734 was assumed by NASDAQ Stock Market LLC. As a result, the following changes occur:

  **First Trade Date, July 11, 2008:**

  From: NASDAQ Stock Market Inc.                                         No. 0734
  OTC Alpha Identifier:                                                              CAES

  To: NASDAQ Stock Market LLC                                              No. 0734
  OTC Alpha Identifier                                                                CAES

  *NASDAQ Stock Market LLC (#0734) assumed all open contracts for NASDAQ Stock Market Inc., which is to be cleared or settled through or by National Securities Clearing Corporation.*

- An additional number has been assigned to NASDAQ Stock Market LLC (#0734) OTC Comparison and RECAPS services, as detailed below:

  **First Trade Date, July 11, 2008:**

  NASDAQ Stock Market LLC/Omnibus Account                     No. 0759
  ***OTC Alpha Identifier                                                            NSDQ

** For more details regarding "NSDQ", please see page 3 of this notice.

*[Handwritten at bottom, illegible]*

Fed: 5 09-50026-mg Doc 10435 Filed 04/22/14 Entered 06/15/14 15:88:23 Main Document Pg 8 of 9

*[Handwritten annotations at top: "Abt. Doc # 70964 items that caused Motors and Borders Group and Blockbuster (If correct) and all U.S. Bankruptcies. (An retroactive) Now 4/15/2014"]*

## Alphabetical Reference

January 2011

| Name | MUNI-OTC Symbol | OTC/Other | MUNI | MUNI Type |
|---|---|---|---|---|
| A&F Financial Services, Inc. | FRIS | 0052Δ | 0052† | CNS |
| A.C. Trading, Inc. | ACTR | 0161Δ | | |
| Aaron Capital Inc. | AACI | 0234Δ | 0234† | CNS |
| Abacus Investments, Inc. | ABAI | | 0309† | CNS |
| Abbey National Securities Inc. | ANSI | 0642Δ | | |
| Abel/Noser Corp. | ANOS | 0100Δ | | |
| ABG Sundal Collier, Inc. | ABGS | 0103Δ | | |
| ABN Amro Chicago Corporation Bond Trading | AABT | | 5231 | TFT |
| ABN AMRO Clearing Chicago LLC | SHMR | 0695 | | |
| ABN AMRO Clearing Chicago LLC | JEXF | 0536Δ | | |
| ABN AMRO Clearing Chicago LLC | MXTA | 0541Δ | | |
| ABN AMRO Clearing Chicago LLC | ADSA | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | FHET | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | FWBA | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | ISHA | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | QLBA | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | QLBX | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | RMGA | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | TEZX | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC | TWXA | 0695Δ | | |
| ABN AMRO Clearing Chicago LLC/CPM | FLTG | 0330 | | |
| ABN AMRO Clearing Chicago LLC/LTG | FIST | 0524 | | |
| ABN AMRO Clearing Chicago LLC/Portfolio Margining | | 0396 | | |
| ABN AMRO Clearing Chicago LLC/Retail | AACC | 0541 | | |
| ABN AMRO Investment Trust Company | | 5493 | | |
| ABN AMRO Securities (USA) LLC | ABNA | 0349 | | |
| Abner, Herrman & Brock, Inc. | AHBI | 0352Δ | 0352† | CNS |
| ACAP Financial, Inc. | ACAF | 0052Δ | | |
| ACAP Financial, Inc. | ACAP | 8072Δ | | |
| Access Financial Group, Inc. | AFGI | 0352Δ | 0352† | CNS |
| Access Securities, Inc. | AXCB | 0443Δ | 0443† | CNS |
| Access Securities, Inc. | CBAL | | 0443† | CNS |
| Access Securities, Inc. | AXCS | 0443Δ | | |
| Access Securities, Inc. | AXGP | 0501Δ | | |
| Accrued Equities, Inc. | | 5678 | | |
| Acme Securities Inc. | ACME | 0608Δ | | |
| ACS HR Solutions LLC | | 7102 | | |
| Activner Securities, Inc. | ACTI | | 0443† | CNS |
| Adirondack Funds | | 6613 | | |
| Adirondack Trading Group, LLC | ADAK | 0052Δ | 0052† | CNS |
| Admanson Brothers, Inc. | AMSN | 0234Δ | 0234† | CNS |
| ADP Inc./TPA | | 7120 | | |
| Advance Capital I, Inc. | | 5860 | | |
| Advanced Advisor Group, LLC | | 6015 | | |
| Advanced Asset Trading, Inc. | BRGI | 0235Δ | 0235† | CNS |
| Advanced Equities Services Corp | SALD | 0234Δ | | |
| Advanced Equities, Inc. | ADVA | 0443Δ | | |
| Adviser Dealer Services, Inc. | | 5706 | | |
| Advisor Central, LLC | | 3900 | | |
| Advisors Asset Management, Inc. | FISB | | 0226† | CNS |
| Advisors Asset Management, Inc. | FISA | 0443Δ | 0443† | CNS |
| Advisors Clearing Network, Inc. | | 0359 | | |
| AEB Corporation | AEBC | 0443Δ | | |
| Aegis Capital Corp. | AGIS | 0158Δ | 0158† | CNS |
| Aegis Capital Corp. | AGCC | 0352Δ | | |
| Aegis Investments, Inc. | AEGS | 0750Δ | 0750† | CNS |
| AEGON/Monumental Life Insurance Company | | 4564 | | |
| AEGON/Transamerica Life Insurance Company | | 4566 | | |
| AEGON/Western Reserve Life Assurance Company of Ohio | | 4567 | | |
| AG BD, LLC | AGBD | 0352Δ | | |
| Agency Trading Group, Inc. | ATGI | 0226Δ | 0226† | CNS |
| Agency Trading Group, Inc. | ATGP | 0226Δ | 0226† | CNS |
| AIG Life Insurance Company | | 4537 | | |
| AIG Retirement Advisors, Inc. | | 0542 | | |
| AIG Retirement Advisors, Inc./Account 2 | | 0681 | | |
| AIS Financial, Inc | PAAD | 0052Δ | 0052† | CNS |
| Akar Capital Management, Inc. | CAAA | 0158Δ | 0158† | CNS |
| Akjensen, Inc. | AKJI | 0234Δ | 0234† | CNS |
| Alamo Capital Corp. | ALAC | 0279Δ | 0279† | CNS |
| Alanar Incorporated | ALIN | | 0309† | CNS |
| Alaris Trading Partners, LLC | DDAY | 0501Δ | | |
| Alden (J.) Associates, Inc. | JADN | 0226Δ | 0226† | CNS |
| Alerus Securities Corporation | FNBS | 0235Δ | 0235† | CNS |
| Aletheia Securities, Inc. | TRUE | | 0226† | CNS |
| Alexander (Don) Investments, Inc. | DAII | 0727Δ | | |
| Alexander Capital, L.P. | ACLP | | 0226† | CNS |
| Alexander Investment Services Co. | ALIS | 0235Δ | 0235† | CNS |
| Alexandra & James Co. | AJCO | | 0443† | CNS |
| Alfa Capital Markets (USA), Inc. | ALFA | 0443Δ | | |
| All Funds, Inc. | AFIN | 0226Δ | 0226† | CNS |
| Alladin Capital, LLC | ALAN | 0443Δ | | |
| Alleghany Investments Inc. | ALLE | | 0226† | CNS |
| Allen & Company LLC | ALLN | 0443Δ | | |
| Allen & Company of Florida, Inc. | ALEN | | 0141† | CNS |
| Allen C. Ewing & Co. | ACEJ | | 0226† | CNS |
| Alliance Advisory & Securities, Inc. | ALAD | | 0235† | CNS |
| Alliance Bernstein Investment Research and Investment Management, Inc. | | 5515 | | |
| Alliance Financial Group, Inc. | AKGS | 0141Δ | 0141† | CNS |
| AllianceBernstein Investment Research and Investment Mgmt, Inc./Sanford C. Bernstein | | 5553 | | |
| AllianceBernstein Investment Research and Investment Mgmt., Inc./ACIT | | 6584 | | |
| AllianceBernstein Investment Research and Investment Mgmt., Inc./International Div. | | 5809 | | |
| Alliant Securities, Inc. Turner, Nord, Kienbaum | BZTN | 8084 | 8084 | CNS |
| Allianz Global Investors Distributors LLC | | 5554 | | |
| Allianz Global Investors Distributors LLC/Allianz Global Investors Fund SICAV | | 5609 | | |
| Allianz Global Investors Distributors LLC/College Access Plan | | 5579 | | |
| Allianz Global Investors Distributors LLC/Global Investors Series PLC | | 4836 | | |
| Allianz Global Investors Distributors LLC/MI 529 Advisors Plan | | 6768 | | |
| Allianz Global Investors Distributors LLC/Oklahoma Dream 529 | | 5921 | | |
| Allianz Global Investors Distributors LLC/Pimco Advisory Service | | 5784 | | |
| Allianz Global Investors Distributors LLC/Pimco Institutional Funds | | 4991 | | |
| Allianz Life Insurance Co. of New York-Fixed Business | | 4682 | | |
| Allianz Life Insurance Co. of North America-Fixed Business | | 4570 | | |
| Allianz Life Insurance Company of New York | | 4524 | | |
| Allianz Life Insurance Company of North America | | 4523 | | |
| Allison (M.E.) & Co., Inc. | MEAL | 0279Δ | 0279† | CNS |
| Allison-Williams Company | ALWL | 0279Δ | | |
| Allstate Financial Services, LLC | LAGI | | 0226† | CNS |
| Allstate Financial Services, LLC | | 0222 | | |
| Allstate Financial Services, LLC/Allstate Financial Annuities | | 5341 | | |
| Allstate Life Insurance Company | | 4528 | | |

*[Handwritten annotations in left margin: "One legal and equitable transfer", "The plaintiffs past/post mortgages", "FHA paid in Full", "great credit issued"]*

*[Handwritten annotations at bottom: "Bottom of all state of all annuities An Homeless"]*



BF Smith & All others c/o
Fed: 5-cv-4457 & Another ets
U S Supreme Court
One First Street
Washington, DC
20543

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York