Bernadine M. Abbott &
Eugene L. Abbott
1106 Hileah Dr.
Crossville, TN 38572

Phone: 931-788-6860
Email : bneabbott@frontier.com

Retired former executive salaried employee of General Motors
With unsecured claim for life and health care benefits,
And reduced pension benefits
Claim # 67755, Exhibit A, page 1, Debtor's 229th Omnibus Objection to claims

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re                                                                    **Chapter 11 Case No.**

**MOTORS LIQUIDATION COMPANY, etal,**                                    **09-50026**
    **f/k/a General Motors Corp., etal**

        **Debtors**

Response to the NOTICE OF DEBTORS" 229th OMNIBUS OBJECTION TO CLAIMS dated May 20, 2011.

1. Are we being discriminated against because we are senior salaried retirees?

2. Prior to and during the General Motors declaring bankruptcy, the federal government, GM, and the UAW met in private and made a lot of decisions that favored union employees. This created a situation where the reduction of benefits from salaried workers, retired salaried and management personnel was extreme and is a burden for many retirees and their families.

3. Salaried and management employees have contributed as much or more to the success of GM as any group. Now my wife and I are left with out our health insurance, minimum life insurance, and reduced pension.

4. As a proud retiree, I have made many referrals to neighbors and friends to purchase GM products. My children and grandchildren purchased GM products and I have owned numerous GM automobiles and hope fully will try to continue to purchase from GM.

5. It is difficult to support a corporation that made promises in writing on deferred compensation, income, insurance, and other benefits and not honor those agreements; or at least, make the sacrifices even across the board for all.

We respectfully request that the court reinstate our claim #67755, in the amount of $630,484.00 and be allowed to stand as filed and not be expunged from this bankruptcy proceedings, and we request that the bankruptcy court not allow the debtor to use discriminatory practices in settling this matter.

Again, are we being discriminated against because we are senior salaried retirees without a voice????

Dated:  Crossville, Tennessee
        June 10th, 2011

                                                    *Eugene L Abbott / Bernadine M Abbott*
                                                    Eugene L. Abbott and Bernadine M. Abbott