| | | |
|---|---|---|
| 0000885273 | FISERV CLEARING INC | PA |
| | formerly: BHC FINANCIAL INC (filings through 1997-01-23) | |
| 0001440120 | Foothill Securities, Inc | CA |
| 0000767682 | FOUR SEASONS FUND LIMITED PARTNERSHIP | IL |
| 0000354993 | FUTURE FUND II | IL |
| 0000789864 | FUTURES DIMENSION FUND | IL |
| 0001499912 | FXCM Inc. | NY |
| 0001292426 | GFI Group Inc. | NY |
| 0000732862 | GORDON & CO | MA |
| 0000745774 | HYPERFEED TECHNOLOGIES INC | IL |
| | formerly: PC QUOTE INC (filings through 1999-04-29) | |
| 0000052741 | IIC INDUSTRIES INC | NY |
| 0000732887 | INSTINET CORP | NY |
| 0000852447 | INSTITUTIONAL EQUITY HOLDINGS INC /NV/ | TX |
| | formerly: EUROMED INC (filings through 1999-08-16) | |

[ Next 40 ]

http://www.sec.gov/cgi-bin/browse-edgar

Home | Search the Next-Generation EDGAR System | Previous Page         Modified 05/21/2009

*[Handwritten annotations:]*

Also all Dummies book on High Powered Investing... (all names and all contents - all ways)
Barclays iShares and Lehman Brothers - all their 5 and/or 6 indexes and all entities involved - all ways. (Found at Barnes & Nobles in Whitehall Pa - all locations)

Lehman Brothers 5 6m - all names and all others

Fed: 5-cv-4457
And
Any others And 70464

entities, it involved in any and all ways

5 legal and equitable pages are legally
and equitably included

Your 5 court should be received already "Private" stock holdings and finances (for tax things)
at the plaintiffs in the past (BE sure the court jointly with Crossh in An legally
                                                                     All ways +  written
                                                            Action
                                                            All Homeless)

*[Signature]*

JAN 21 2011

http://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&SIC=6200&owner=includ...   1/15/2011

Search Results                                                                                1/15/2011

Fed: 5-W-4467 And An Others And
                                                                70464

Open an Account | Sign In | Help        [                    ] [ Search ]

# ING DIRECT

| Home | Accounts | Trade | Research | Retirement | Banking |                                   shareBUILDER®

## Search ShareBuilder

[ lpl                                                              ]  [ Search ]   Display search tips

ShareBuilder found 3 results for: **lpl**

Displaying Result 1 - 3 of 3

🔍 **Get Quote for LPL** [Research]
Quote for LG.PHILIPS LCD CO LTD-ADR (**LPL**) More >

🔍 **Get Quote for LPLA** [Research]
Quote for **LPL** INVT HLDGS INC COM (**LPLA**) More >

**View Recent IPOs** [Research]
... -100.00% GM General Motors 11/18/2010 $33.00 $38.20 15.76% **LPLA LPL** Investment Holdings 11/18/2010 $30.00 $33.36 11.20% BITA Bitauto Holdings Limited ... More >

Displaying Result 1 - 3 of 3

About Us | Contact Us | Site Map | Privacy & Security | Agreements | Pricing & Rates | Cafés | Mobile | ingdirect.com

Securities products are offered by ShareBuilder Securities Corporation, a registered broker-dealer and Member FINRA/SIPC.
ShareBuilder Securities Corporation is a subsidiary of ING Bank, fsb. Brokerage Financial Statement

SIPC

Securities products are: Not FDIC insured • Not Bank guaranteed • May lose value

Lehman Brothers & GM - all names and all others

REA [illegible] Class
                                                                    Actions
                                                                M Homeless

http://www.sharebuilder.com/sharebuilder/Help/Search/Default.aspx                    1/15/2011

Fed:5-cv-4457 And All Others And 70464 ... 1/16/2011 ... All 30 Legal and equitably pages are Legally and equitably Included (all Contents)

## Form Confirmation

Thank you for submitting the following information:

Q1: Appellant
Q2:
Q3: !!!!PLEASE READ AND LEGALLY ACT FROM BOTTOM TO TOP AND PLEASE SEE THE SEC.GOV LEGAL AND EQUITABLE EVIDENCES
Q4:
Q5: Monetary damages
Q6:
Q7:
Q9A:
Q9B:
Q9C:
Q9D:
Q9E:
Q9F:
Q9G:
Q9H:
Q10:
Q11:
Q13:

Q8

!!!!PLEASE READ AND LEGALLY ACT FROM BOTTOM TO TOP AND PLEASE SEE THE SEC.GOV LEGAL AND EQUITABLE EVIDENCES ESPECIALLY AND ALSO -THANKS!!!!,

Q9I

!!!!PLEASE READ AND LEGALLY ACT FROM BOTTOM TO TOP AND PLEASE SEE THE SEC.GOV LEGAL AND EQUITABLE EVIDENCES ESPECIALLY AND ALSO -THANKS!!!!,

Q10A

!!!!PLEASE READ AND LEGALLY ACT FROM BOTTOM TO TOP AND PLEASE SEE THE SEC.GOV LEGAL AND EQUITABLE EVIDENCES ESPECIALLY AND ALSO -THANKS!!!!,

Q11A

!!!!PLEASE READ AND LEGALLY ACT FROM BOTTOM TO TOP AND PLEASE SEE THE SEC.GOV LEGAL AND EQUITABLE EVIDENCES ESPECIALLY AND ALSO -THANKS!!!!,

Q12

!!!!PLEASE READ AND LEGALLY ACT FROM BOTTOM TO TOP AND PLEASE SEE THE SEC.GOV LEGAL AND EQUITABLE EVIDENCES ESPECIALLY AND ALSO -THANKS!!!!, 01-27-2011 -12-29-2010 thru 12/27/2010 Fed:5cv4457 and all others and poc#70464 and all other us courts dockets and all lehigh county pa and all entities all surronding and all within. Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: 1. all legally completed with all legal ease all federal official legal documents all legally completed and all sent through the united states mail with all other legal and equitable attachments (legally dated 12/26/2010 -all rebuttals and all the plantiffs objections -and the plantiffs objections to Weil Gotschal & Manges -all correct names-general motors corporation-all correct names objections- 2 legal and equitable pages) and page 1 of 63 (all legal and equitable pages are legally and equitably included of the united states court of appeals for the second federal circuit- all names of all united states courts of the plantiffs legal documents insertions into the united states court of appeals for the second federal circuits website(s) and survey online forms and all prior legal notices in all ways sent and esent to the united states court of appeals (all and all others us courts),all dtc participant accounts in numerical sequence pdf and all other legally listed entities-all 7 legal and equitable pages plus all other websites contents and all entities all surronding and all within and all similar to entities and all the same entities for legal and equitably of examples also of possible midatlantic and all other credit unions and all similar to the same legal and equitable issues even and also to the depository trust entities also if involved-in any and all ways,also legally contained was and is a copy of the official federal united states court of appeals for the federal circuit stamped official federal legal and equitable document of oct 23 2009 (now and again legally and equitably updated in all ways-also legal dates updated also,also a copy of a recent mailings to the pa supreme court to obtain some possible relief(s) -all types from all commonwealth of pa courts and all lehigh county pa courts and all future(s) and past purging and trashing of all the plantiffs dockets all in the lehigh county pa that should of been moved to all united states courts as legally and equitably requested all so many times before.All correct websites and internet hyperlinks aka addresses and all correct contents also. 2. http://www.sec.gov/Archives/edgar/data/37996/000095012403002082/k77726be424b5.htm dated 12/8/2010 -all legal dates and all contents 3. http://www.sec.gov/foia/bdreports/bd120110.txt dated 12/21/2010-all legal dates and all contents 4. http://deutsche-boerse.com/dbag/dispatch/en/xetraInstruments/gdb_navigation/trading/20 dated 12/14/2010-all legal dates and all contents 5. DTC participant accounts in numerical sequence and all entities of all 7 pages and all entities all within and all surronding if involved-in any and all ways.All similar to and all the same entities if involved-in any and all ways- for legal and equitable examples also of Midatlantic credit unions and all credit unions and all credit unions the plantiffs used to use for legal examples of allentown teachers credit union (LVECU-all names) and all depository and all other legal and equitable issues all herewithin and all surronding also even possible other midatlantic entities and even possible individuals all within and all surronding and all possible dual(s) and more interests at one and possibly more job(s) (also all united states courts and all surronding and all within full disclosure and informations given out to the plantiffs of all possible duals and more interests-all just legally typed in all legal ease also before all possible future courtcases proceed in all legal writings also) back to the dtc participant accounts in numerical sequence legally dated-all past and all present dates also 11/10/2010 and all possible associations and all possible involvements and all possible relations and all possible connections and in any and all ways for legal and equitable examples also of the state of ohio and all other us states and psers annual reports and all entities all surronding and all within (all possible individuals also if involved) All possible arrangements. 6. all lehman brothers and all other entities credit default swaps and all other possible names and all legal and equitable issues (not sent but legally and equitably included) 7. http://www.nndb.com/org/116/000123744 and http://pfnyc.org/partners-associate.html and http://pfnyc.org/partners-list.html 8. http://www.pacourts.us/ContactUs.htm legal date 12 /16/2010 and all recent us mailings of all legal documents to the pa supreme court and the pa superior court (two sent again but all future all 10 locations will be motioned and petitioned and legally contacted also-all legal documents all legally completed and all united states mailings) 9. All legally and equitably disputed and all motioned and petitioned for now and again is all possible settlements past up in all ways and all by all us courts and all other courts of all settlements especially back to the years of 2000-2001 -all correct up to the present dates of 12/27/2010 and all possible us courts and all other courts errors and now lehigh county pa purging aka trashing dockets (if definitely correct) also-all ways against the plantiffs in all possible and any possible ways legal and equitable examples if correct:merrill lynch,aig,others-all correct names. 10.Also legally entered and added now is all possible entities and all possible devices with all magellan names in tact from

http://www.ca2.uscourts.gov/_vti_bin/shtml.dll/camp_survey.htm                          1/15/2011