UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                             :      Chapter 11

                                 :

MOTORS LIQUIDATION COMPANY, *et al.,*    :      Case No. 09-50026 (REG)

    f/k/a General Motors Corp., *et al.,*    :

                                 :

              Debtors.         :      (Jointly Administered)

                                 :

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )

                           ) ss

COUNTY OF KING        )

I, Danielle Zahaba, being duly sworn, depose and state:

1.      I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.      On June 13, 2011, at the direction of Weil, Gotshal & Manges LLP counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail and first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Approving Settlement Agreement [Docket No. 10423].

Signed in Seattle, Washington this 15th day of
June, 2011

    /s/ Danielle Zahaba
    DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 15th day of June, 2011.

 /s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

DINSMORE & SHOHL
ATTY FOR RESA
ATTN: STEVE N. SIEGEL
255 EAST FIFTH STREET, SUITE 1900
CINCINNATI, OH 45202
email: steve.siegel@dinslaw.com

DYKEMA GOSSETT PLLC
ATTYS FOR RESA
ATTN: RICHARD M. BENDIX, JR.
10 SOUTH WACKER DRIVE, SUITE 2300
CHICAGO, IL 60606
email: rbendix@dykema.com

JEROME I. MAYNARD
ATTY FOR RESA
146 LAKEWOOD LANE
MARQUETTE, MI 49855
email: jmaynardlaw@gmail.com