**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
                                    :
In re:                              :    Chapter 11
                                    :
Motors Liquidation Company          :    Case No. 09-50026 (REG)
                                    :
                                    :
           Debtor(s).               :
                                    :
-----------------------------------X

### CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 6/16/2011, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.