
Bankruptcy Court 1 of 3

Southern District of New York

re:

Lisa Caross

vs.

General motors Corporation
now New Co. or Motors
liquidation Co.

Case:
09-50026



RECEIVED JUN 14 2011 U.S. BANKRUPTCY COURT, SDNY

## Motion for relief from Automatic Stay

To the honorable Judge Gerber.

I would like to move the Court for relief from the Automatic stay in the 10th circuit court of appeals case # 08-3236

I made claims to the district court in the state of Kansas that the debtors lied about the reasons of my termination of employment first to the state of Kansas unemployment office, of which I was able to draw benefits until the benifits ran out second to the local area office of E.E.O.C where my case was closed and I was given a right to sue letter then 3rd later to the district court of Kansas where the case was dismissed not because of finding of facts but because the debtors alleged that I failed to follow a court order which was the basis of my filing an appeal in the 10th circuit court of appeals case # 08-3236 that was later stayed after being fully briefed

E.E.O.C case was later closed. Pg 2 of 4 there were evidences that I could not submit due to the fact that after loosing my job I became homeless and certain material facts were lost. Even though E.E.O.C closed the case they did give me a right to sue letter in which I then went to the district court of the state of Kansas (Kansas city) to file claims. A few of my claims were dismissed in Summary Judgement however one claim was not the case was later dismissed because the debtors falsely claimed that I failed to obey a court order which was the basis of my filing an appeal in the 10th circuit court of appeals case # 08-3236 of which was later stayed after (5 mos after) being fully briefed (not ruled on) because the debtors filed bankruptcy with this court.

I filed a timely objection to the sale doc# 2248 because of the case pending in the 10th circuit and made the bankruptcy court aware of the stayed (discharged) proceedings and implied that I did not want my claims dissolved in bankruptcy and or in the 10th circuit court of appeals and I objected to the stay imposed on the case.

Now the debtors have a confirmed plan discharges my claims and a ruling from the 10th circuit in my favor regarding the false allegations of my not following a court order and the alleged reasons of the termination of my employment (which were false) made by the debtors would change my status in the Bankruptcy proceedings

Therefore I respectfully request relief from the Automatic Stay in order for the 10th circuit court to rule on my appeal in its entirety so that the false allegations they got on some of my claims in Summary Judgement, and the false allegations that led to the case being dismissed, and the false allegations as to why my employment was terminated can be resolved and any other relief the court deem just and proper.

I also ask the court continue to allow me to proceed with this filing and any other in forma pauperis and without payment of fees it is pertaining to the same subject matter as my filings before in docket# 5177 5179 5180 5181 5183 and I respectfully request the court to forward this filing to all interested parties –

Respectfully Submitted. Lisa J. Gross

Lisa P. Gross
6460 NE 43rd Terrace #204
Kansas City Mo. 64117
816-359-2491
lisagross5@aol.com
6/9/2011

Please forward via electronic to all interested parties

Lisa P. Graas
Ceeong Herd Terrace #204
Kansas city, Mo. 64117

Certificate of Service

#: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York, 10004-1408
Attn: Amanda Lo. 3 pg. Motion
6/9/11

