UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re

MOTORS LIQUIDATION COMPANY
f/k/a GENERAL MOTORS CORP, *et al.*,

            Debtors.

_____x

Chapter 11 Case No.

09-50026 (REG)
(Jointly Administered)

CLAIM NUMBERS:
7617, 7618, 58954, & 65890

CLAIM NUMBERS OF THE CLAIMS AGENT:
filed 10/09/09=1745
filed 10/09/09=1746

### CERTIFICATE OF SERVICE - NOTICE OF UNAVAILABILITY OF CLAIMANTS' ATTORNEY

YOU ARE HEREBY NOTIFIED that the undersigned counsel will be absent from this jurisdiction for the following dates:

From June 17, 2011 through June 29, 2011 I will be out of the U.S.; in Ireland with my family.

From July 20, 2011 through July 27, 2011, I will be on vacation with my family.

The undersigned requests that no correspondences, documents, offers or other notices, which require my attention, be served, upon my office, during the aforesaid time periods. The undersigned also requests that no Hearings, Motions, Depositions or other proceedings, which require my action or attention, be scheduled during that time. The filing and service of this Notice shall constitute an application and request for continuance,

extension of time and/or protective order as appropriately required for the above reasons.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true copy of this Certificate of Service, has been served upon Vito Genna, Clerk of the U.S. Bankruptcy Court, Southern District of New York, One Bowling Green, New York City, NY 10004 and all the below-listed parties, by electronic filing and in accordance with the Orders of the Court, today, June 16, 2011: Carrianne Basler, Motors Liquidation Co, 500 Renaissance Center, Ste. 1400, Detroit, Michigan 48243 (cbasler@alixpartners.com);

1. The Garden City Group, Inc., ATTN: Motors Liquidation Co. Claims Processing, 5151 Blazer Parkway, Suite A., Dublin, Ohio, 43017;
2. Attorneys for the Debtor, Weil, Gotshal & Manges, Esqs., Attention Harvey Miller, Esq., S. Karotkin, Esq & J. Smolinsky, Esq., 767 Fifth Ave., New York City, NY 10153;
3. Office of the U.S. Trustee, Attention Diana G. Adams, Esq., 33 Whitehall Street, 21st Floor, New York City, NY 10004;
4. Attorneys for the Committee of Unsecured Creditors, Kramer, Levin, Esqs., Attn; T. Moers, Esq., Amy Caton, Esq & L. Macksoud, Esq & J. Sharret, Esq., 1177 Avenue of the Americas, New York City, NY 10036;
5. The debtors, c/o Motors Liquidation Co., 500 Renaissance Ctr. Suite 1400, Detroit Mich., 48243, Attn: Ted Stenger;
6. General Motors, LLC., 400 Renaissance Ctr., Detroit, Mich. 48265, Attn L. S. Buonomo, Esq.;
7. Cadwalader, Wickersham & Taft, LLP., One World Fin. Ctr. N.Y., N.Y., 10281, Attn: John J. Rapisardi, Esq.;
8. U.S. Dept. of Treasury, 1500 Pennsylvania Ave., N.W., Rm 2312, Washington, D.C., 20220, Attn: J. Samarias, Esq.;
9. Vedder, Price, P.C., 1633 Broadway, 47th Floor, N.Y., N.Y., 10019, Attn: Michael Edelman, Esq. & M. Schein, Esq.;
10. U.S. Attorney's Office, S.D.N.Y., 86 Chambers St., 3rd Floor, N.Y. N.Y., 10007, Attn: David Jones, Esq & Nat Kuehler, Esq.;
11. Caplan & Drysdale, Chartered, 375 Park Ave., 35th Floor, N.Y., N.Y., 10152-3500, Attn Elihu Inselbuch Esq. & Rita Tobin, Esq. and One

Thomas Cir., N.W., Suite 1100, Washington D.C. 20005, Attn: T. Swett, III, Esq. & K. Maclay, Esq.;
12. Stutzman, Bromberg, Esserman & Plifka, 23232 Bryan St., Suite 2200, Dallas, Tex., 75201 Attn: S. Esserman, Esq & R. Broussseau, Esq.
13. Motors Liquidation Company GUC Trust, Attn: ADR Claims Team, 2101 Cedar Springs Road, Ste. 1100, Dallas, TX 75201, (claims@motorsliquidation.com).

_____           June 16, 2011
EDWARD S. DONINI, ESQ.              DATE
Fla. Bar # 0984787
P.O. Box 605
New Smyrna Beach, FL 32170
Tel.: (386) 760-1941
Attorney for Creditors Richard and Elise Birdsall