**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 500
P.O. Box 2306
Wilmington, DE 19801

Counsel for Monster Worldwide, Inc. d/b/a Monster MediaWorks

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., fka General Motors Corp., et al., | Case No. 09-50026(REG) |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that the law firm of Morris James LLP hereby withdraws its appearance in the above-captioned Chapter 11 case, effective as of the date hereof, and requests that Carl N. Kunz, III, Esq. (ckunz@morrisjames.com) be removed from the ECF notification in the above-captioned case. Morris James LLP no longer represents a party in interest in the proceedings.

Dated: June 17, 2011

**MORRIS JAMES LLP**

_____
Carl N. Kunz, III, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com