UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY., et al., | ) | |
| fka General Motors Corp., et al., | ) | Case No. 09-50026 (REG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ---------------------------------------------------------------x | | |

### AFFIDAVIT OF JAMIE DAWSON, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Jamie Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 17, 2011, I caused to be served:

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING LISTS**

Service was completed upon parties on the attached list as indicated thereon.

Date: June 17, 2011

_____
Jamie Dawson

SWORN AND SUBSCRIBED before me this 17th day of June, 2011.

Jeffrey Waxman
Attorney at Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
NOTARY    29 Del C §4323(a)(3)
My commission expires:_____

WWW/106707-0004/2241623/1 6/15/2009

**VIA FIRST CLASS MAIL**
Harvey R. Miller, Esq.
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
[Counsel for the Debtors and Post-Effective Date Debtors]

Andrea B. Schwartz, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Adam C. Rogoff
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000
[Counsel for the Official Committee of Unsecured Creditors]

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747