# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 15, 2011

Clerk's Office
United States Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

       Re:   In re Motors Liquidation Company
                Case No. 09-50026 (REG)

Dear Sir or Madam:

    Please remove me from the electronic mailing list for the case identified above.

                                   Very truly yours,

                                   William L. Farris

*[Filed stamp: 2011 JUN 15 P 2:54, S.D. OF N.Y., U.S. BANKRUPTCY COURT]*