**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                       Case No. 09-50026 (REG)
                                                                                             Chapter 11
MOTORS LIQUIDATION COMPANY, et al.,
          f/k/a General Motors Corp., et al.

                             Debtor

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Steven J. Zeehandelar, request admission, *pro hac vice*, before the Honorable Robert E. Gerber to represent Grange Mutual Casualty Company, Motorists Mutual Insurance Company, State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company and their insureds, Claimants in the above-referenced case.

      I certify that I am a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Southern District of Ohio

      I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                                                        **ZEEHANDELAR, SABATINO &**
                                                       **ASSOCIATES, LLC**

Dated: June 17, 2011                                          By: /s/Steven J. Zeehandelar
Columbus, Ohio                                                       Steven J. Zeehandelar (0019561)
                                                                              471 East Broad Street, Suite 1200
                                                                              Columbus, Ohio 43215
                                                                              Phone:  (614) 458-1200
                                                                              Fax:      (614) 458-1201
                                                                              E-Mail: szeehandelar@zsa-law.com