UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :       Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,    :       Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,             :
                                                               :
                Debtors.                            :       (Jointly Administered)
                                                               :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                )  ss
COUNTY OF NASSAU          )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On June 16, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused true and correct copies of the following documents to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Endorsed Order Signed on June 16, 2011 Regarding Response Of J. Michael Losh To 229th Omnibus Objection To Claims [Docket No. 10442].

- Exhibit 1 to Response of Michel Losh to 229th Omnibus Objection [Filed Under Seal] [Docket No. 10443].

Dated: June 17, 2011  /s/ Kathy-Ann Awkward
Lake Success, New York  Kathy-Ann Awkward

Sworn to before me this 17th day of June, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

JACOB & WEINGARTEN, PC
ATT: HOWARD S SHER, MICHELE L WALTON
2301 W BIG BEAVER
SUITE 777
TROY, MI 48084

LOSH, J M
1711 HERON RIDGE DR
BLOOMFIELD, MI 48302-0722