Dear Judge Gerber,

Please reschedule my hearing case no. 09-50026.

I need more time due to all the government agencies,
Organizations and legal expenses involving my case:
    Equal Employment Opportunity, Michigan Department of Civil Rights, National Labor Board,
    UAW Constitutional Appeal and New General Motors, Old GM and lawyers fees.

I need this time to retain the lawyer as well as
update the lawyer on the facts and issues concerning this case,
Also the Michigan Department of Civil Rights is still investigating my case.

In closing please reschedule my hearing.

Sincerely Yours,
Sharon Bell
1214 St. Clair
Detroit, MI. 48214
313-680-9800