June 20, 2011

**VIA FACSIMILE (212) 668-3357
AND REGULAR MAIL**

Hon. Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York City, NY 10004

RE: Creditors: Salvatore and Vivian Sciortino
Debtor: General Motors Corporation, et al.
Claim No. 58688 Motors Liquidation Co., GMC Chapter 11
Case No. 0950026 REG (Pension Benefits of Former Employees)

Dear Judge Gerber:

As Your Honor is aware, we are creditors in the bankruptcy proceeding filed by General Motors Corporation ("General Motors"). We have been representing ourselves, *pro se*. We received Your Honor's recent Notice of Matters Scheduled for Hearing indicating that this matter is to come to an Appearance on June 22, 2011. As previously indicated in other correspondence, we are unable to appear in person and respectfully rest upon our Proof of Claim and all prior documentation submitted by us in support of our position. If Your Honor requires anything further from us such as an Affidavit, please contact us.

By correspondence dated March 23, 2011, we previously withdrew our objection to the Debtors' 188th Omnibus Objections to Claims. By that same correspondence however, we did not withdraw our claim filed by Proof of Claim form and supporting documentation on or around November 23, 2009. As indicated in the Proof of Claim form, and all other communication since that time, I, Salvatore Sciortino, have retired through General Motors and have remained eligible for total and permanent disability as a result of an approved disability claim with General Motors. The disability claim is a result of a work-related injury on September 20, 1984 at the Rochester Products, Inc. plant formerly located on Lee Road in Rochester, New York, which then became Delphi. Following this injury, I have consistently been on an uninterrupted worker's compensation/permanent disability leave.

I have previously enclosed with my prior correspondence, additional information in support of the claim that General Motors should remain liable for my injury sustained on the job and continue payment of all retirement pension benefits including disability and workers compensation. I am hopeful that the UAW union has continuously argued this also in my behalf. Unfortunately, it is very difficult for me to travel so I am unable to appear in person. I do however believe that I have submitted all necessary and relevant documentation to Your Honor and the Court, including the Proof of Claim and supporting documentation and stock certificates,

1

a medical record from Shannon D. Pitts, M.D. outlining my condition, which remains unchanged, as well as a copy of prescription slip from our local Rite-Aid Pharmacy indicating that I am still being medicated for ongoing pain and suffering related to the worker's compensation injury of September 20, 1984. Accordingly, please accept all documentation I have submitted to the Court in the Proof of Claim form and other various correspondence previously filed with this Court. If I must submit anything further, please contact me and I shall comply with Your Honor's directive.

Once again it has been my continued demand that my combined benefits should continue uninterrupted until a determination is made by the Workers Compensation Board with regard to ineligibility and, respectfully, not by any other court or persons. My understanding is that the ERISA Insurance Retirement Pension Protection benefits that are to take affect do not guarantee employment, retirement or disability rights. My case is open, I am receiving disability benefits, and my disability has not terminated whatsoever. I should be permitted to remain eligible for health care benefits including medical, dental, and vision, and not subject to any termination by the result of the bankruptcy court filing by General Motors.

By copy of this letter correspondence to the Garden City Group, Inc., Attention Motorists Liquidation Company Claims Processing, 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017 we are providing the Garden City Group Inc. with notice of inability to attend the next appearance date.

Please contact us if you require any additional information or documentation.

Respectfully yours,

Salvatore Sciortino

Vivian Sciortino

cc:   Garden City Group, Inc., Attn: Motorists Liquidation Co.