IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 09-50026 |
| MOTORS LIQUIDATION COMPANY (F/K/A GENERAL MOTORS CORPORATION), et al., | CHAPTER 11 |
| | BANKRUPTCY JUDGE ROBERT E. GERBER |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Anne Piero Silagy, Chapter 7 Trustee for the Bankruptcy Proceeding of Rick Alan Fabian, United States Bankruptcy Court, Northern District of Ohio, Canton, Ohio Case No. 05-68628, by and through counsel, and hereby gives notice of the withdrawal of her Proof of Claim filed in the case of Motors Liquidation Company (f/k/a General Motors Corporation) in the original amount of $65,000.00.

Respectfully submitted,

Bruce R. Schrader, II - (0039418)
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
E-mail: bschrader@ralaw.com

COUNSEL FOR ANNE PIERO SILAGY,
CHAPTER 7 TRUSTEE

1752213 v_01 \ 079884.1337



**FILED**

**JUN 20 2011**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

STANLEY R. STASKO
27653 Lexington Pkwy Southfield, Michigan 48076
#313-670-6917
Plaintiff – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827-JAC
Creditor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Appellant – U.S. District Court – S.D. of N.Y.; Case # 1:10-CV-04322-JGK
Pro Se Litigant

V                                   Case No. 2:09-CV-14827-JAC-VMM
                                    Honorable Cook, Julian Abele

GENERAL MOTORS CORPORATION
GENERAL MOTORS – GLOBAL HEADQUARTERS
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MICHIGAN 48265
#313-556-5000
Defendant – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827-JAC
Debtor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Appellee – U.S. District Court – S.D. of N.Y.; Case # 1:10-CV-04322-JGK

1

## ORDER FROM U. S. DISTRICT COURT – S.D. OF NEW YORK:

## MOTION TO REOPEN STASKO V GENERAL MOTORS CORPORATION TO BE HEARD BY THE U. S. DISTRICT COURT – E. D. OF MICHIGAN

On June 16, 2011, the Honorable John G. Koeltl of the U. S. District Court – S. D. of New York Ordered the Motion to reopen civil suit Stasko v General Motors Corporation in the U. S. District Court – Eastern District of Michigan; Case # 2:09-CV-14827-JAC-VMM is to be Heard by the U. S. District Court – Eastern District of Michigan.

Dated: June 19, 2011

_____
Stanley R. Stasko
27653 Lexington Pkwy Southfield, Michigan 48076
Telephone # 313-670-6917
Pro Se Litigant

This legal document was prepared by Stanley R. Stasko (Pro Se Litigant).

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, ET AL.,
f/k/a/ General Motors Corp., et al.,

Debtors.

STANLEY R. STASKO,

        Appellant,

- against -

MOTORS LIQUIDATION COMPANY,

        Appellee.

10 Civ. 4322 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/16/11

JOHN G. KOELTL, District Judge:

The motion to reopen the plaintiff's action in the Eastern District of Michigan dated May 10, 2011 is not properly before this Court. As the plaintiff explained at oral argument, it was intended to be before the Eastern District of Michigan. Accordingly, the Clerk is directed to close Docket Nos. 16 and 20. The plaintiff also filed an application to appear by phone. Because the Court did not receive that application before argument, the application is denied as moot. The Clerk is directed to close Docket No. 23.

SO ORDERED.

Dated:    New York, New York
        June ~~15~~, 2011
        16

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                       :     Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :     09-50026 (REG)
   f/k/a General Motors Corp., *et al.*                     :
                                                            :
              Debtors.                                      :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

### ORDER GRANTING DEBTORS' OBJECTION TO
### PROOF OF CLAIM NO. 70285 FILED BY STANLEY R. STASKO

Upon the Objection, dated February 4, 2011 (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (the "**Bar Date Order**"), ECF No. 4079, seeking entry of an order disallowing and expunging the Stasko PoC on the grounds that such claim fails to state a legally cognizably cause of action, is time-barred by the applicable statute of limitations, and is time-barred under the Bar Date Order, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the responses to the Objection filed by Stanley R. Stasko (the "**Responses**") (ECF Nos. 9250 and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

E:\ORDER STASKO CLAIM\ORDER GRANTING OBJECTION TO STASKO CLAIM 43691840.DOC