June 16 20113

To Judge Robert Gerber
One Bowling Green
New York New York 10004 1408
)
Court room 621

RE  GM Bankruptsy
   Claimant   Judith Agazio  #70442 (wife of Fortunato

Dear Judge Gerber

I am submitting another piece of evidence of wrong doing, by GM and the car Czars and the way employees were treated.

This is for Delphi,

My husband was salaried GM employee. He was treated like the Delphi SALARIED EMPLOYEES. DISCRIMATED AGAINST, BECAUSE THEY ARE ALL THOUGHT TO VOTE IN A CERTAIN WAY. THEY WILL NOW.

It will be interesting to see how they try to worm there way out of this.

How would it be, if you were discriminated against, because You were not in a union THAT IS UN AMERICAN AND ACTUALY I BELIEVE IT TO BE A CRIMINAL ACTION AGAINST U.S. CITIZENS AND SHOULD BE INVESTEDGATED AND THE VICTIMS FULLY COMPENSATED FOR EMOTIONAL DISTRESS AND HARDSHIP .JAILTIME FOR THE PEOPLE IN ON THIS FRAUD.

Would you and your wife feel good, at the time of your death, that the government took away your life insurance and benefits and upped it for union government workers Think about it.

The taxpayers of U S did not want to give the car companies money, in the first place, because of the pay for votes that unions partake in.

When a political party can take pensions and life insurance from anyone, we are on the downside of the mountain.

Please join the call for justice for all workers, take a stand and let the papers write about a Judge that stood for the people, regardless of your politics.

Of course, if you do that, you may be discriminated against. Then who will you plead with. Good luck and God bless

Mrs Judith (Fortunato )   29399 Shacket Madison Heights Michigan 48071  fagazio@yahoo.com

Please re-consider my claim based on discrimation against Salaried Employees



Motors Liquidation Company

June 16, 2011

## Claim Details

**Claim Number:** 70442

**Claim Number:** 70442
**Creditor:** JUDITH I AGAZIO
**Date Filed:** Oct 04, 2010
**Debtor:** Motors Liquidation Company
**Status:** Objection Filed
**Unliquidated:**

**View Claim Image:** View

### Original Amount

| | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $72,241.00 | $72,241.00 |

### Outstanding Amount

| | Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|---|
| | $0.00 | $0.00 | $0.00 | $72,241.00 | $72,241.00 |

Took life insurance from a dying salaried employee.

*det news*
*6-17-2011*

# House panel to hold hearings on Delphi pensions

**BY DAVID SHEPARDSON**
Detroit News Washington Bureau

A U.S. House panel will hold a hearing Wednesday on the $49.5 billion bailout of General Motors Co., including its role in paying to make up pension losses for some union retirees at Delphi, its former parts unit.

The hearing, the first on GM's bailout in at least 18 months, will be held by the House Oversight Committee's subcommittee on regulatory affairs, stimulus oversight and government spending.

Late Thursday, the committee notified members of the hearing — which it titled "Lasting implications of the General Motors Bailout" — but had not disclosed its witness list.

Committee spokesman Ali Ahmad confirmed the hearing had been set, but declined to comment further.

One issue that will take center stage is the disparate treatment of some salaried Delphi retirees. GM agreed to "top up" the pensions of most union retirees. But salaried retirees will lose hundreds of millions in pension benefits.

The Obama administration's former auto czar, Ron Bloom, is expected to testify, as is a Delphi salaried retiree from Ohio.

Rep. Jim Jordan, R-Ohio, chairs the panel holding the hearing. But the White House and the committee were still in discussions Thursday about the parameters of Bloom's testimony.

Bloom left the White House's auto task force in late January to become a presidential adviser on manufacturing.

*Please see Delphi, Page 7A*

## Delphi

*Continued from Page 1A*

GM spokesman Greg Martin declined to comment on the hearing. GM officials are not expected to testify at the hearing.

In recent months, the Obama administration has touted the success of the government's auto industry bailout. But many Republicans have been critical, especially of predicted taxpayer losses on the $85 billion package.

The Treasury recovered about half of its bailout in GM, and still holds a 26 percent stake in the Detroit-based company. At current stock prices, the government would lose about $12 billion on its GM bailout. The Treasury plans to start selling its remaining GM stake as early as August.

The White House cited the turnarounds of GM and Chrysler Group LLC, also recipient of a bailout, as a cornerstone of President Barack Obama's re-election campaign. More than 1 million jobs, the administration says, could have been lost if the automakers had been allowed to fail.

Many members of Congress have been critical of Delphi's decision to terminate its pension plans during its four-year bankruptcy stay.

Sen. Sherrod Brown, D-Ohio, blocked the administration's choice to head the Pension Benefit Guaranty Corp. over the issue; House Speaker John Boehner repeatedly has called on the administration to fully explain why it let Delphi terminate pension plans for about 21,000 salaried retirees — a move that will cost the retirees an estimated $400 million.

Delphi axed its pension plans in July 2009, saddling the Pension Benefit Guaranty Corp. — the government's pension fund — with a $6.7 billion liability for 70,000 union and salaried employees and retirees. Some retirees will lose up to 65 percent of their benefits.

Delphi's salaried retirees also lost life insurance and health insurance benefits.

Delphi salaried retirees have filed suit in U.S. District Court in Detroit and have complained bitterly that the Obama administration approved GM's decision to set aside $1 billion to "top up" the pensions of union retirees.

GM cited union contracts in the decision, but it wasn't legally obligated to make the payments.

The federal government allowed GM to use nearly $3 billion of taxpayer funds to help Delphi exit from bankruptcy in 2009 and allow the automaker to re-acquire part of its former parts unit, which it has since resold.

dshepardson@detnews.com
(202) 662-8735

---

*Handwritten annotations:*

Bailout of GM.

This goes for all GM dealers Employees that can dealerships were put out of business.

Investigated

Treatment of Salaried Employees vs. Union even though Union contracts are not applicable in Bankruptcy!

Evidence of tampered wrong doing SAME.

*Handwritten notes at top:*
*For Bankr[uptcy]...*
*Ny, Ny   10004-1408*
*6-26-2009*

Friday, June...
Page 6A DailyTribune.com

# Business

## Judge denies GM retirees' request

NEW YORK (AP) — A bankruptcy judge on Thursday ruled that a group representing General Motors Corp.'s salaried retirees cannot form a formal committee to negotiate late with the automaker as it attempts to reorganize and emerge from Chapter 11 as a new company.

U.S. Judge Robert Gerber said that since GM had the right to modify or terminate the retirees' health care and life insurance benefits before they filed for bankruptcy protection, the retirees can't challenge the automaker's ability to do so now.

"While I do understand the importance of this to the retirees, I can't grant the retirees' rights that they don't have outside of bankruptcy," Gerber said in issuing his ruling.

As part of its restructuring plan, GM plans to continue to pay health care and life insurance benefits for its 122,000 salaried retirees and their surviving spouses, but those benefits are expected to be reduced and the retirees will be forced to shoulder a larger share of their health care costs.

Retired hourly workers whose benefits are dictated by contracts with unions like the United Auto Workers are not affected.

The General Motors Retirees Association released a statement later Thursday, saying it was disappointed with Gerber's decision and urging the federal government to help protect the retiree benefits.

"While the GMRA leadership will consider all the legal options available to us, we now look squarely to the Obama administration and to the U.S. Congress to make certain there is a fair process and outcome for all GM retirees," said John Christie, the group's president. "GM retirees always expected to sacrifice as part of GM's restructuring, but one group of retirees shouldn't bear the bulk of that burden."

Neil Goteiner, an attorney for the retirees group, argued in court that given what's at stake for the retirees, the cost of a committee was warranted.

But GM attorney Harvey Miller said that the retirees shouldn't be able to form a committee since the automaker has always had the right to modify salaried retiree benefits and has done so in the past.

"There can still be discussions with GM and there is a group that periodically has had discussions with GM," Miller said. Miller added that the formation of a committee could threaten to slow down the sale of GM's assets to a new company. The sale needs to go through as soon as possible if the company is to have any chance of success, he said.

As part of its plan to emerge from court protection, GM plans to sell the bulk of its assets to a new company that would be controlled by the U.S. government.

In exchange for up to $50 billion dollars in financing, the U.S. government will take a 60 percent ownership stake in the new company. The Canadian government would get 12.5 percent.

The United Auto Workers union will get 17.5 percent, which it will use to fund its retiree health care obligations, while GM's unsecured bondholders would own the remaining 10 percent.

Earlier in Thursday's hearing Gerber gave GM final approval to access its full $33.3 billion in bankruptcy financing. He had given preliminary approval earlier this month for GM to use $15 billion of the total.

The billions in U.S. and Canadian government financing is intended to keep the automaker going until it can emerge from Chapter 11.

Also on Thursday, Gerber denied a request from an unofficial committee of people with asbestos-related claims against GM to appoint a "tort czar" that would oversee all future claims against the old GM, not just those related to asbestos.

*Handwritten notes at bottom:*
- *As retirees on bankruptcy see billed at 6-16-09*
- *GM Terminated life insurance on dying retiree...*
- *NOT APPLICABLE*
- *WRONG*
- *unfair treatment of Salaried employees*
- *GM Bailout is being investigated*