

**FILED**

JUN 2 0 2011

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

STANLEY R. STASKO
27653 Lexington Pkwy Southfield, Michigan 48076
#313-670-6917
Plaintiff – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827-JAC
Creditor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Appellant – U.S. District Court – S.D. of N.Y.; Case # 1:10-CV-04322-JGK
Pro Se Litigant

V          Case No. 2:09-CV-14827-JAC-VMM
           Honorable Cook, Julian Abele

GENERAL MOTORS CORPORATION
GENERAL MOTORS – GLOBAL HEADQUARTERS
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MICHIGAN 48265
#313-556-5000
Defendant – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827-JAC
Debtor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Appellee – U.S. District Court – S.D. of N.Y.; Case # 1:10-CV-04322-JGK

1

## ORDER FROM U. S. DISTRICT COURT – S.D. OF NEW YORK:

## MOTION TO REOPEN STASKO V GENERAL MOTORS CORPORATION TO BE HEARD BY THE U. S. DISTRICT COURT – E. D. OF MICHIGAN

On June 16, 2011, the Honorable John G. Koeltl of the U. S. District Court – S. D. of New York Ordered the Motion to reopen civil suit Stasko v General Motors Corporation in the U. S. District Court – Eastern District of Michigan; Case # 2:09-CV-14827-JAC-VMM is to be Heard by the U. S. District Court – Eastern District of Michigan.

Dated: June 19, 2011

Stanley R. Stasko
27653 Lexington Pkwy Southfield, Michigan 48076
Telephone # 313-670-6917
Pro Se Litigant

This legal document was prepared by Stanley R. Stasko (Pro Se Litigant).

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, ET AL.,
f/k/a/ General Motors Corp., et al.,

Debtors.

STANLEY R. STASKO,

        Appellant,

- against -

MOTORS LIQUIDATION COMPANY,

        Appellee.

10 Civ. 4322 (JGK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/16/11

JOHN G. KOELTL, District Judge:

The motion to reopen the plaintiff's action in the Eastern District of Michigan dated May 10, 2011 is not properly before this Court. As the plaintiff explained at oral argument, it was intended to be before the Eastern District of Michigan. Accordingly, the Clerk is directed to close Docket Nos. 16 and 20. The plaintiff also filed an application to appear by phone. Because the Court did not receive that application before argument, the application is denied as moot. The Clerk is directed to close Docket No. 23.

SO ORDERED.

Dated: New York, New York
      June 16, 2011

                                        John G. Koeltl
                                  United States District Judge

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, et al.,                         :    09-50026 (REG)
        f/k/a General Motors Corp., et al.                  :
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION TO
## PROOF OF CLAIM NO. 70285 FILED BY STANLEY R. STASKO

Upon the Objection, dated February 4, 2011 (the "Objection"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11, United States Code (the "Bankruptcy Code"), Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and procedures relating to the filing of proofs of claim (the "Bar Date Order"), ECF No. 4079, seeking entry of an order disallowing and expunging the Stasko PoC on the grounds that such claim fails to state a legally cognizably cause of action, is time-barred by the applicable statute of limitations, and is time-barred under the Bar Date Order, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the responses to the Objection filed by Stanley R. Stasko (the "Responses") (ECF Nos. 9250 and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

9289), the Debtors' reply to the Responses (ECF No. 9598), and the arguments made by the parties at the hearing on the Objection on April 26, 2011 (the "**Hearing**"); and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Stasko PoC (Proof of Claim No. 70285) is disallowed and expunged in its entirety; and it is further

ORDERED that in consideration of, among other things, the automatic stay created by section 362 of the Bankruptcy Code and the provisions of the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (**ECF No. 9836**), Stanley R. Stasko may not commence or continue the prosecution of any claim against the Debtors or the Motors Liquidation Company GUC Trust in any forum, including, without limitation, the United States District Court for the Eastern District of Michigan, without further leave of this Court; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
May 3, 2011

/s/ Robert E. Gerber
United States Bankruptcy Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STANLEY R. STASKO
27653 Lexington Pkwy Southfield, Michigan 48076
#313-670-6917
Plaintiff – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827-JAC
Creditor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Appellant – U.S. District Court – S.D. of N.Y.; Case # 1:10-CV-04322-JGK
Pro Se Litigant

V                                    Case No. 2:09-CV-14827-JAC-VMM
                                     Honorable Cook, Julian Abele

GENERAL MOTORS CORPORATION
GENERAL MOTORS – GLOBAL HEADQUARTERS
300 RENAISSANCE CENTER
P.O. BOX 300
DETROIT, MICHIGAN 48265
#313-556-5000
Defendant – U.S. District Court – E.D. of Mich.; Case # 2:09-CV-14827-JAC
Debtor – U.S. Bankruptcy Court – S.D. of N.Y.; Case # 09-50026 (REG)
Appellee – U.S. District Court – S.D. of N.Y.; Case # 1:10-CV-04322-JGK

## PROOF OF SERVICE

A copy of the ORDER from U. S. District Court – S. D. of New York Dated June 16, 2011 has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:  General Motors Corporation – Legal Staff

General Motors – Global Headquarters

300 Renaissance Center

P. O. Box 300

Detroit, Michigan 48265

7

Courtesy Copy to:    U. S. Bankruptcy Court – S. D. of New York

Attn.: Clerk's Office

One Bowling Green

New York, New York 10004-1408


Motors Liquidation Company

(f/k/a General Motors Corporation)

Weil, Gotshal & Manges LLP

767 Fifth Avenue

New York, New York 10153-0119

Date of Service: June 20, 2011

Method of Service and Declaration: I, Stanley R. Stasko, served the above parties by U.S. Priority mail a copy of the above specified items. I declare the information contained in this Proof of Service is true and correct.

Signature of Server: _____

Server's Address: 27653 Lexington Pkwy Southfield, Michigan 48076 #313-670-6917