**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                            :

In re                          :          **Chapter 11 Case No.**
                            :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :          **09-50026 (REG)**
       **f/k/a General Motors Corp.,** *et al.*  :
                            :          **(Jointly Administered)**
                  **Debtors.**     :
                            :
-------------------------------------------------------------x
                            :

**NEW UNITED MOTOR**
**MANUFACTURING, INC.,**          :
                            :

      **Plaintiff**          :          **Adversary Proceeding**
                            :

          **v.**            :          **Case No. 10-05016 (REG)**
                            :

**MOTORS LIQUIDATION COMPANY,**    :
                            :

      **Defendant.**        :
-------------------------------------------------------------x

**ORDER APPROVING**
**AGREEMENT RESOLVING, AMONG OTHER THINGS, PROOFS OF**
**CLAIM NOS. 67357, 70191 AND 70842 AND ADVERSARY PROCEEDING NO. 10-05016**

Upon consideration of the motion (the "**Motion**")[1] of Motors Liquidation

Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as post-

effective date debtors (collectively, the "**Debtors**") and the Motors Liquidation Company GUC

Trust (the "**GUC Trust**") for entry of an order approving that certain agreement, dated June 15,

2011, by and among New United Motor Manufacturing, Inc. ("**NUMMI**"), the GUC Trust, and

MLC (collectively, the "**Parties**"), a copy of which is attached hereto as **Exhibit "1"** (the

"**Settlement Agreement**"); and the Debtors having authority to compromise, settle, or otherwise

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

resolve disputed claims without approval of the Bankruptcy Court pursuant to the Plan; and the

Court having considered the Settlement Agreement; and the Court having jurisdiction over this

matter; and due notice of the Settlement Agreement having been provided, and no other or

further notice being necessary; and the Court having determined that the Settlement Agreement

establishes just cause for the relief granted herein; and it further appearing that the terms agreed

to in the Settlement Agreement are fair and reasonable; and after due deliberation and due and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent

provided herein; and it is further

ORDERED that the terms of the Settlement Agreement are approved in their

entirety and are deemed incorporated herein as if set forth in full herein; and it is further

ORDERED that the Court will retain jurisdiction to consider any disputes or other

issues that may arise relating to this Order and the Settlement Agreement.

Dated: New York, New York
       *June 27, 2011*

                                        *s/ Robert E. Gerber*
                                        United States Bankruptcy Judge

## EXHIBIT "B"

**Settlement Agreement**