Billy Kidwell
5064 Silver Bell Drive
Port Charlotte, FL. 33948

June 21, 2011

The Honorable Robert E. Gerber

United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

Alexander Hamilton Custom House

One bowling green

New York, New York 10004

**RE: In re Motors Liquidation Company, et al.**

    <u>Case No. 09-50026</u>

Dear Judge Gerber,

    About three weeks ago I received a phone call from an attorney saying that the hearing on my motions had been reset and that I would receive a Formal Notice of the new hearing date in the mail.

    He told me the hearing date on the phone but I am disabled with P.T.S.D. and on heavy medication and forgot the date as soon as he hung up before I had a chance to write it down.

    THEREFORE, I depended on the attorney's promise to send a Formal Notice of the new hearing date in the mail but it never arrived.

    I also explained to the attorney that I am 100% disabled, elderly, and in very poor health, and could never make a trip to New York, even if I could find a way to afford it.

1

The attorney said that he would send information about conducting the hearing by phone.

I never received that information either.

Can you please advise of the hearing date and the process for me attending the hearing by phone.

Thank you for your time in this matter, and a copy of this letter was sent to GM's Attorneys.

Respectfully Submitted,

*[signature: Billy Kidwell]*

Billy Kidwell
5064 Silver Bell Drive
Port Charlotte, FL. 33948
941 627-0433

Copy:  File
       Attorneys for General Motors