**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :    **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
                                              :
                        **Debtors.**          :    **(Jointly Administered)**
                                              :
-------------------------------------------------------------------x

## ORDER GRANTING 221ST OMNIBUS OBJECTION TO CLAIMS
### (Claims for Equity Interests)

Upon the 221st Omnibus Objection to Claims, dated May 20, 2011 (the

"**Omnibus Objection to Claims**") (ECF No. 10294), of the Motors Liquidation

Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors

(collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint

Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified

from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code

(the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing the Claims

for Equity Interests,[1] and reclassifying those Claims for Equity Interests as equity

interests, all as more fully described in the Omnibus Objection to Claims; and due and

proper notice of the Omnibus Objection to Claims having been provided, and it appearing

that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Omnibus Objection to Claims is in the best

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Omnibus Objection to Claims.

interests of the Debtors, their estates, creditors, and all parties in interest and that the legal

and factual bases set forth in the Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

is

ORDERED that the relief requested in the Omnibus Objection to Claims

is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on **Exhibit** "**A**" (the "**Order Exhibit**") annexed hereto under the heading

"*Claims to Reclassify*" are disallowed and reclassified as equity interests; and it is further

ORDERED that, if applicable, the Omnibus Objection to Claims is

adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Adjourned*" to the date indicated on the Order Exhibit, subject to

further adjournments (such actual hearing date, the "**Adjourned Hearing Date**") (the

"**Adjourned Claims**"), and the Debtors' response deadline with respect to the Adjourned

Claims shall be 12:00 noon (prevailing Eastern Time) on the date that is three (3)

business days before the Adjourned Hearing Date; and it is further

ORDERED that, if applicable, the Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Objection Withdrawn*"; and it is further

ORDERED that, if applicable, the Omnibus Objection to Claims is

withdrawn with respect to the claims listed on the Order Exhibit annexed hereto under the

heading "*Claim Withdrawn*" as those claims have been withdrawn by the corresponding

claimant; and it is further

E:\221ST\MLC ORDER 221ST OMNIBUS OBJECTION (EQUITY CLAIMS) 43713410.DOC

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object on any basis are

expressly reserved with respect to, any claims listed on Exhibit "A" annexed to the

Omnibus Objection to Claims under the heading "*Claims to Reclassify*" that are not

disallowed pursuant to this Order, and any of the Claims for Equity Interests that are

reclassified as equity interests; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.


Dated: New York, New York
        **_June 27, 2011_**


                                                    **_s/ Robert E. Gerber_**
                                                    United States Bankruptcy Judge