| 221st Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
| --- | --- | --- |
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 7/27/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MARGARET A O'NEILL A/K/A MARGARET ANN O'NEILL 25 STOWELL RD  BEDFORD, NH 03110-4714 | 71119 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |

| **OBJECTION ADJOURNED** | **1** |
| --- | --- |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**221st Omnibus Objection**  **Motors Liquidation Company, et al.**
**Exhibit A**  **Case No. 09-50026 (REG), Jointly Administered**

**CLAIMS TO RECLASSIFY**

## CLAIMS TO RECLASSIFY

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AGNES SCHMITZ<br>1309 WESTWOOD DR<br>NORTH TONAWANDA, NY 14120 | 71039 | Motors Liquidation Company | $5,581.39 | Equity Interest Claim | Pgs. 1-5 |
| ARLENE K SCHWARTZ<br>680 NORTH TERRACE AVE<br>MT VERNON, NY 10552 | 71053 | Motors Liquidation Company | $5,578.62 | Equity Interest Claim | Pgs. 1-5 |
| ASHOK MENDIRATTA<br>5805 GREENEVERS DRIVE<br>RALEIGH, NC 27613 | 71110 | Motors Liquidation Company | $14,281.04 | Equity Interest Claim | Pgs. 1-5 |
| BETTY PICKERING<br>2200 CLEVELAND APT 302<br>MIDLAND, MI 48640 | 71072 | Motors Liquidation Company | $2,000.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| BRENDA EHRLICH SEGAL<br>1745 WINTERTHUR CLOSE<br>ATLANTA, GA 30328 | 71042 | Motors Liquidation Company | $1,812.48 | Equity Interest Claim | Pgs. 1-5 |
| CARL C WEBB<br>C/O C C WEBB<br>42 PENLAWN CT<br>HOWARD, OH 43028 | 70660 | Motors Liquidation Company | $8,200.00 | Equity Interest Claim | Pgs. 1-5 |
| CAROL A OWENS<br>2301 W MARION AVE<br>PUNTA GORDA, FL 33950 | 71018 | Motors Liquidation Company | $22,000.00 | Equity Interest Claim | Pgs. 1-5 |
| CECIL PIRRONG<br>2525 NW 60TH<br>OKLAHOMA CITY, OK 73112 | 70953 | Motors Liquidation Company | $47.10 | Equity Interest Claim | Pgs. 1-5 |
| CHIRSTOPHER ANTONIOU<br>10625 W MARIPOSA STREET<br>PHOENIX, AZ 85037 | 70959 | Motors Liquidation Company | $3,499.47 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**221st Omnibus Objection**    **Exhibit A**    **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| | | | | | |
|---|---|---|---|---|---|
| **CLAIMS TO RECLASSIFY** | | | | | |
| CLAUDE DIONNE<br>10985 MONROE DRIVE<br>DELTA BC V4E 1N2 CANADA | 71089 | Motors Liquidation Company | $2,691.95 | Equity Interest Claim | Pgs. 1-5 |
| DOROTHY WEST<br>1035 LUNDY DR<br>TITUSVILLE, FL 32796 | 71070 | Motors Liquidation Company | $80.00 | Equity Interest Claim | Pgs. 1-5 |
| DUINE SCHWARTZ<br>PO BOX 458<br>WARSAW, MO 65355 | 71013 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ESPERANZA RAMIREZ<br>5413 NW COTTONWOOD<br>LAWTON, OK 73505 | 71009 | Motors Liquidation Company | $1,972.70 | Equity Interest Claim | Pgs. 1-5 |
| GIAMMARCO, JOSEPH<br>6073 HOLYWELL DRIVE<br>DUBLIN, OH 43017-2721 | 71061 | Motors Liquidation Company | $19,814.76 | Equity Interest Claim | Pgs. 1-5 |
| GLORIA LEWIS<br>4253 CORSO VENETIA BLVD<br>VENICE, FL 34293 | 71038 | Motors Liquidation Company | $105.00 | Equity Interest Claim | Pgs. 1-5 |
| H K PATEL FAMILY TRUST<br>C/O JAYSHREE A PATEL, TRUSTEE<br>27 RANCH ROAD<br>UP SADDLE RIVER, NJ 07458 | 71040 | Motors Liquidation Company | $25,332.31 | Equity Interest Claim | Pgs. 1-5 |
| H K PATEL FAMILY TRUST<br>C/O JAYSHREE A PATEL, TRUSTEE<br>27 RANCH ROAD<br>UP SADDLE RIVER, NJ 07458 | 71041 | Motors Liquidation Company | $25,575.90 | Equity Interest Claim | Pgs. 1-5 |
| HERBERT W YARNALL<br>PO BOX 2159<br>ALTOONA, PA 16603-2159 | 71008 | Motors Liquidation Company | $13,252.00 | Equity Interest Claim | Pgs. 1-5 |
| IMOGENE S LINGO<br>3525 MILL VALE RD<br>WINDSOR MILLS, MD 21244 | 71114 | Motors Liquidation Company | $0.00<br>Unliquidated | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

09-50026-mg    Doc 10497-1    Filed 06/27/11    Entered 06/27/11 15:43:49    Exhibit A
Pg 4 of 5

221st Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO RECLASSIFY

| Creditor | Claim # | Debtor | Claim Amount | Classification | Pages |
|---|---|---|---|---|---|
| JOHN E KIMBALL U/A DTD 12/18/1974<br>C/O WEST LIBERTY STATE BANK<br>101 E. 3RD STREET<br>PO BOX 78<br>WEST LIBERTY, IA 52776 | 71047 | Motors Liquidation Company | $5,626.57 | Equity Interest Claim | Pgs. 1-5 |
| MICHAEL HOWARD MAINES<br>7157 N. ORIOLE<br>Chicago, IL 60631 | 70798 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| MR JACK FEE<br>4084 HWY #7 RR #1<br>OMEMEE ONTARIO K0L 2W0 CANADA | 71117 | Motors Liquidation Company | $3,082.12 | Equity Interest Claim | Pgs. 1-5 |
| PAMELA FERGUSON (CUST)<br>LINDSEY ELENA FERGUSON (TRANSFER MINORS ACT)<br>758 WOODCHESTER<br>BLOOMFIELD HILLS, MI 48304 | 71007 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| REBECCA VIALL<br>710 KELLER LANE<br>TUSCUMBIA, AL 35674 | 71010 | Motors Liquidation Company | $437,736.00 | Equity Interest Claim | Pgs. 1-5 |
| ROBERT SCULLY AND GERTRUDE SCULLY<br>114 HIGH STREET<br>PORTLAND, CT 06067<br>UNITED STATES OF AMERICA | 71123 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| ROLAND FARLEY<br>PO BOX 63<br>VILLA RIDGE, MO 63089 | 71058 | Motors Liquidation Company | $1,401.10 | Equity Interest Claim | Pgs. 1-5 |
| SUSAN MARIE MORGAN<br>275 RIVERSIDE DR<br>TROY, OH 45373-1411 | 12957 | Motors Liquidation Company | $0.00 Unliquidated | Equity Interest Claim | Pgs. 1-5 |
| SUSAN TEMERE<br>P.O. BOX 743<br>WAUKEE, IA 50263 | 71109 | Motors Liquidation Company | $14,000.00 | Equity Interest Claim | Pgs. 1-5 |
| WILLIAM RANKEN<br>155 CALLE VALLE SERRANO<br>BERNALILLO, NM 87004 | 71062 | Motors Liquidation Company | $1,070.48 | Equity Interest Claim | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**221st Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*CLAIMS TO RECLASSIFY*    **29**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.