| 223rd Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEJANDRO MORALES<br>GOMEZ MORIN 933<br>SAN PEDRO MEXICO | 59993 | Motors Liquidation Company | $0.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ALFRED PLOCHINGER<br>R6 8<br>68161 MANNHEIM GERMANY | 70806 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ANDREAS FURCH<br>AM GOLTENHOF 16<br>47608 GELDERN GERMANY | 71011 | Motors Liquidation Company | $31,784.61 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ANNA NEKHAMKIS<br>CHEMNITZER STR 7<br>35039 MARBURG GERMANY | 70832 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| ARGEGNO SP<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 0393392 | 31598 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AUDENAERT HENDRIK<br>CORTEWALLEDREEF 57/2<br>B 9120 BEVEREN WAAS BELGIUM | 70750 | Motors Liquidation Company | $106,192.50<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AVROUM NEKHAMKIS<br>AM GLASKOPF 18<br>35039 MARBURG GERMANY | 70829 | Motors Liquidation Company | $88,870.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AVROUM NEKHAMKIS<br>AM GLASKOPF 18<br>35039 MARBURG GERMANY | 70830 | Motors Liquidation Company | $47,001.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| AVROUM NEKHAMKIS<br>AM GLASKOPF 18<br>35039 MARBURG GERMANY | 70831 | Motors Liquidation Company | $47,444.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

223rd Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
|---|---|---|---|---|---|
| COUNTRYWALK STATE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392 | 31373 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| DURINX MONIQUE<br>TERHEIDELAAN 31<br>B-2960 BRECHT BELGIUM | 71012 | Motors Liquidation Company | $45,302.40 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| EDITH ALTAN<br>MANNSFELDER STR 56<br>50968 KOLN GERMANY | 30397 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| HELGA HOLZBORN<br>BGM - KAISEN - ALLEE 155<br>28357 BREMEN GERMANY | 70833 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| KKUYU LTC<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTENTION TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT SINGAPORE 039392 | 32718 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| LINDA VON ZABIENSKI<br>R6 7<br>68161 MANNHEIM GERMANY | 70807 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| MARIA E KIRMSER ERBEN<br>C/O ROLF LOFFLER<br>AN DEN WEIDEN 1<br>60433 FRANKFURT GERMANY | 71000 | Motors Liquidation Company | $27,094.00 | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| PAUL SCHWAKE<br>HILDEBOLDPLATZ 23<br>D 50672 KOLN GERMANY | 70818 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SCROGIO LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT  SINGAPORE 039392 | 31589 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 10498-1   Filed 06/27/11   Entered 06/27/11 15:45:37   Exhibit A
Pg 3 of 3

223rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | |
|---|---|---|---|---|---|
| SEISE HORST<br>AUF DEM KOEPPEL 1/23<br>67098 BAD DUERKHEIM<br>DEUTSCHLAND GERMANY | 70905 | Motors Liquidation Company | $0.00<br>Unliquidated | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SELIANA LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>MARINA BAYFRONT SINGAPORE 039392 | 31590 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED<br>PO BOX 6<br>ST PETER PORT GUERNSEY<br>GY1 3AE CHANNEL ISLANDS | 70614 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |
| SUMMER PALACE LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN TAU DEPARTMENT<br>2 RAFFLES LINK<br>039392 MARINA BAYFRONT SINGAPORE | 31361 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | Duplicate Eurobond Deutsche Debt Claims | Pgs. 1-5 |// 
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **22** | | | | |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.