| 224th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANDERSON, STEVEN W<br>9533 CASS AVE<br>TAYLOR, MI 48180-3508 | 65418 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| DRAKE, BETTY J<br>2701 REGENCY OAKS BLVD APT P113<br>CLEARWATER, FL 33759-1533 | 5475 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| GAIL MCCORMACK<br>43 YATES RD<br>MANALAPAN, NJ 07726 | 19863 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| HILDRETH, ALICE M<br>265 19TH AVE<br>VERO BEACH, FL 32962-2739 | 61771 | Motors Liquidation Company | $3,025.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,025.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| KERRY G ENGELKING<br>4250 W LAKE SAMMAMISH PKWY NE<br>APT C1016<br>REDMOND, WA 98052-5600 | 15754 | Motors Liquidation Company | Unliquidated | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 224th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT F WIED<br>4913 ELMWOOD PKY<br><br>METAIRIE, LA 70003 | 16614 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| RONALD HUBER<br>RONALD HUBER IRA<br>463 WOODSIDE CT<br><br>ALDEN, NY 14004-9548<br>UNITED STATES OF AMERICA | 4737 | Motors Liquidation Company | $1,256.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,256.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| S & M INTERNATIONAL LTD<br>C/O MERRILL LYNCH INTERNATIONAL BANK LIMITED<br>ATTN  TAU DEPARTMENT<br>2 RAFFLES LINK MARINA BAYFRONT<br>SINGAPORE 039392 | 31340 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,101.00 (U)<br>$60,101.00 (T) | Claim is against an unrelated, non-Debtor third party. | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **8** | | **$4,281.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$130,101.00** (U)<br>**$134,382.00** (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.