**Exhibit A**

225th Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED MCMULLEN<br>4307 CLIFFWOOD CIRCLE<br><br>AUSTIN, TX 78759 | 70382 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$215,142.00  (U)<br>$215,142.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ARTHUR SOMMER<br>5633 FIRETHORNE DR<br>BAY CITY, MI 48706-5631 | 43939 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,156.00  (U)<br>$300,156.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA DEMAYER<br>881 TUPPER CT<br>LINDEN, MI 48451-8509 | 5794 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$90,000.00  (U)<br>$90,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARRY CHABALA<br>43080 AVON RD.<br><br>CANTON, MI 48187<br>UNITED STATES OF AMERICA | 62005 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$172,314.00  (U)<br>$172,314.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARRY L SNYDER<br>6517 ENCLAVE DR<br>CLARKSTON, MI 48346-4858 | 27310 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$26,524.00  (U)<br>$26,524.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BERNARD STAGGENBURG<br>2211 SAGAMORE DR<br><br>ANDERSON, IN 46011<br>UNITED STATES OF AMERICA | 19860 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$349,115.00<br>$349,115.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRUGGEMANN, CHARLES J<br>2789 TALLAHASSEE DR<br><br>ROCHESTER HILLS, MI 48306-3859 | 18572 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$287,100.00<br>$287,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BYRON J. KENNEDY<br>2425 MULBERRY SQ. APT 41<br><br>BLOOMFIELD HILLS, MI 48302<br>UNITED STATES OF AMERICA | 28348 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$51,900.00<br>$51,900.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CAROL PERELLI<br>501 E UNIVERSITY APT 103<br><br>ROCHESTER, MI 48307<br>UNITED STATES OF AMERICA | 26759 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$103,530.00<br>$103,530.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHAPMAN, ROBERT J (GM RETIREE)<br>CHAPMAN ROBERT J<br>17 WILD DOGWOOD TR<br>MILLS RIVER, NC 28759 | 21720 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$229,000.00<br>$229,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES PETROFF<br>6938 HUNTINGTON DR<br><br>OSCODA, MI 48750-9770 | 43935 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$107,195.00  (U)<br>$107,195.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CIENKI, JOHN E<br>6120 LAKE WAY MEWS<br><br>NORTH RICHLAND HILLS, TX 76180-5348<br>UNITED STATES OF AMERICA | 43403 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$148,873.00  (U)<br>$148,873.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| COLLINS, STEVEN G<br>18118 BUCKINGHAM AVE<br><br>BEVERLY HILLS, MI 48025-3106 | 44330 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$128,389.00  (U)<br>$128,389.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAIG, MARY J<br>14321 MCCASLIN LAKE RD<br><br>LINDEN, MI 48451-9707 | 5796 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$90,000.00  (U)<br>$90,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DALE YOUNG<br>6363 PADDOCK LN<br><br>SAGINAW, MI 48603-2736 | 12963 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,240.00  (U)<br>$6,240.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID BROWN<br>1699 HUBBARD RD<br><br>MONROE, MI 48161-9533 | 2933 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$263,357.78  (U)<br><br>$263,357.78  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID DURRANT<br>3164 DANBURY DR W<br><br>JANESVILLE, WI 53546-8826 | 30960 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$149,263.00  (U)<br><br>$149,263.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID VALLEY<br>5271 PARVIEW DR<br><br>CLARKSTON, MI 48346-2809 | 63581 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$253,484.00  (U)<br><br>$253,484.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DEMAYER, BARBARA J<br>14321 MCCASLIN LAKE RD<br><br>LINDEN, MI 48451-9707 | 5793 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$90,000.00  (U)<br><br>$90,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DON M MAYTON<br>4521 MAJESTIC VUE<br><br>ZEELAND, MI 49464 | 13208 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$253,923.00  (U)<br><br>$253,923.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DONALD GRIFFIN<br>805 MAPLE RD.<br><br>ORTONVILLE, MI 48462<br>UNITED STATES OF AMERICA | 46249 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$342,950.00   (U)<br>$342,950.00   (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNA TURNER<br>1741 FM 450 N<br><br>HALLSVILLE, TX 75650<br>UNITED STATES OF AMERICA | 20604 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$156,068.00   (U)<br>$156,068.00   (T)<br><br>Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DRAHER, STANFORD R<br>1836 DALEY DR<br><br>REESE, MI 48757-9231 | 29845 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$138,845.00   (U)<br>$138,845.00   (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARD HEALEY<br>1980 CHALMERS DR W<br><br>ROCHESTER HILLS, MI 48309 | 62685 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$176,561.00   (U)<br>$176,561.00   (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FLOWERS, PATRICIA A<br>5569 SAINT ANDREW DR<br><br>CLARKSTON, MI 48348-4833 | 23470 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$90,000.00   (U)<br>$90,000.00   (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FRANK E LANCTOT<br>4852 CLIFFSIDE DRIVE<br><br>W. BLOOMFIELD, MI 48323-2471 | 27998 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,901.00 (U)<br>$13,901.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| FRANK GAMBINO<br>2449 CEDAR KEY DR<br><br>LAKE ORION, MI 48360-1823 | 65356 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$148,502.00 (U)<br>$148,502.00 (T)<br>Unliquidated | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GARY BURCHAM<br>110 CEDAR BROOK LN<br><br>HAUGHTON, LA 71037-9205 | 62352 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$212,603.00 (U)<br>$212,603.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GENDRON, JEREMIAH F<br>SEA WINDS 507<br>10044 S OCEAN DRIVE<br>JENSEN BEACH, FL 34957-2451 | 23383 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$98,175.00 (U)<br>$98,175.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEORGE KUIPERS<br>871 FRONT STREET S.<br><br>ISSAQUAH, WA 93027<br>UNITED STATES OF AMERICA | 23251 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,700.00 (U)<br>$60,700.00 (T) | | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GOIDEL, LOU P<br>245 SKAGGS CREEK RD<br><br>GLASGOW, KY 42141-9660 | 24060 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$191,090.00  (U)<br>$191,090.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GREGORY A ENSINK<br>3566 40TH ST SW<br><br>GRANDVILLE, MI 49418 | 22746 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$239,208.00  (U)<br>$239,208.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HESS DOUGLAS M<br>8 SYCAMORE LN<br><br>GROSSE POINTE, MI 48230-1936 | 38856 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$653,760.00  (U)<br>$653,760.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IRENE TIENDA-RUMBAUT<br>23 FUERTES<br><br>IRVINE, CA 92617<br>UNITED STATES OF AMERICA | 29899 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$273,993.00  (U)<br>$273,993.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JACQUELYN WHITESEL SPOUSE<br>JAMES WHITESEL<br>2650 SOLAR DRIVE<br>LAKE ORION, MI 48360 | 21671 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

225th Omnibus Objection

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES KEREKES<br>80587 AVENIDA CAMARILLO<br><br>INDIO, CA 92203<br>UNITED STATES OF AMERICA | 22928 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $154,400.00 | (U) | | |
| | | | $154,400.00 | (T) | | |
| JAMES KEREKES<br>80587 AVENIDA CAMARILLO<br><br>INDIO, CA 92203<br>UNITED STATES OF AMERICA | 22929 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $151,198.00 | (U) | | |
| | | | $151,198.00 | (T) | | |
| JAMES MCKOUEN<br>1737 HAVENSHIRE LANE<br><br>BRIGHTON, MI 48114 | 63748 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $213,838.00 | (U) | | |
| | | | $213,838.00 | (T) | | |
| JAMES WHITESEL<br>2650 SOLAR DR<br><br>LAKE ORION, MI 48360 | 22499 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $500,000.00 | (U) | | |
| | | | $500,000.00 | (T) | | |
| JAROUS, MICHAEL T<br>10747 NIXON RD<br><br>GRAND LEDGE, MI 48837-8404 | 62421 | Motors Liquidation Company | $0.00 | (S) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $102,440.00 | (U) | | |
| | | | $102,440.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JESSING, RICHARD C<br>8932 CHESTNUT HILL LN<br><br>HIGHLANDS RANCH, CO 80130-5130 | 20255 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$161,540.00<br>$161,540.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOANNE NIEDEROEST<br>101 TOURAINE ROAD<br><br>GROSSE POINTE FARMS, MI 48236 | 63989 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$502,821.00<br>$502,821.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN SOMERVILLE<br>805B DENZIL AVE<br><br>BOWLING GREEN, KY 42104-4026 | 27078 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$90,000.00<br>$90,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOHN SULLIVAN<br>5190 CONNORS LN<br><br>HIGHLAND, MI 48356-1514 | 27361 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$60,992.00<br>$60,992.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KABEL, RICHARD H<br>11051 JONATHAN LN<br><br>BRUCE TWP, MI 48065-4381 | 21813 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$93,120.00<br>$93,120.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KABEL, RICHARD H<br>11051 JONATHAN LN<br><br>BRUCE TWP, MI 48065-4381 | 21814 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,955.00<br>$50,955.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus exclude any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KAREN SCHUMACHER<br>3801 N SPRING HILL DR<br>JANESVILLE, WI 53545 | 27043 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$29,816.00  (U)<br>$29,816.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KURTENBACH, DALE J<br>1844 QUENDALE LN<br>MILFORD, MI 48381 | 28146 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$162,000.00  (U)<br>$162,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY L SNAPP<br>6610 GASPARILLA PINE BLVD #112<br>ENGLEWOOD, FL 34224 | 63412 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$57,722.00  (U)<br>$57,722.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LASS, ROSEMARY J<br>128 LINCOLN ST<br>PONTIAC, MI 48341-1344 | 21488 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$54,641.00  (U)<br>$54,641.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LOHMAN V BLUE JR<br>C/O FORTSON, BENTLEY & GRIFFIN, PA<br>2500 DANIELL'S BRIDGE RD BLDG 200, STE 3A<br>ATHENS, GA 30606 | 23153 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$136,303.00  (U)<br>$136,303.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOMBARDO, DENNIS M<br>4730 CECELIA ANN CT<br><br>CLARKSTON, MI 48346-4087 | 61379 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$119,792.00  (U)<br><br>$119,792.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LUANA ALBENZE<br>3270 LORI LANE<br><br>NEW PORT RICHEY, FL 34655 | 23396 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$40,970.00  (U)<br><br>$40,970.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MACK, MICHAEL E<br>3380 SUTTON LN<br><br>COMMERCE TOWNSHIP, MI 48390-1219 | 62145 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$915,300.00  (U)<br><br>$915,300.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MANKER, CHARLES F<br>186 LAKESIDE DR<br><br>CROSSVILLE, TN 38558-7061 | 64344 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$161,140.00  (U)<br><br>$161,140.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARGIE J FISHER<br>2925 ROLLING SPRINGS DR<br><br>CARMEL, IN 46033 | 32809 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$490,000.00  (U)<br><br>$490,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MAX MILLER JR<br>6299 QUAIL STREET<br><br>HASLETT, MI 48840-8934 | 61276 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$144,813.00  (U)<br><br>$144,813.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL NAAS<br>57633 HAWTHORN DR<br><br>WASHINGTON TWP, MI 48094<br>UNITED STATES OF AMERICA | 21669 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$91,640.00  (U)<br><br>$91,640.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MILLER JR DALE F<br>4333 LIVE OAK BLVD<br><br>FORT WAYNE, IN 46804-4036 | 36556 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$144,039.00  (U)<br><br>$144,039.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MOORE, ODELL<br>844 BOUTELL DR<br><br>GRAND BLANC, MI 48439-1943 | 51048 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$178,531.00  (U)<br><br>$178,531.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MUJUMDAR JAYANT S<br>21183 E CHIGWIDDEN ST<br><br>NORTHVILLE, MI 48167-1012 | 65351 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$261,400.00  (U)<br><br>$261,400.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MUJUMDAR, JAYANT S<br>21183 E CHIGWIDDEN ST<br><br>NORTHVILLE, MI 48167-1012 | 65350 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$142,413.00  (U)<br>$142,413.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NEIL DODRILL<br>3228 COREY RD<br><br>TOLEDO, OH 43615-1647 | 23439 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$152,513.00  (U)<br>$152,513.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| NELS ANDERSON<br>10474 HENDERSON RD<br><br>CORUNNA, MI 48817 | 61293 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$133,600.00  (U)<br>$133,600.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OTTERBERG, BRUCE A<br>N5215 WOODPECKER LN<br><br>IRMA, WI 54442-9631 | 62804 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$243,849.00  (U)<br>$243,849.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PAUL YACKELL<br>14517 E. DESERT PLUME COURT<br><br>VAIL, AZ 85641<br>UNITED STATES OF AMERICA | 26495 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$69,308.00  (U)<br>$69,308.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

225th Omnibus Objection

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PHILIP ALBENZE<br>3270 LORI LANE<br><br>NEW PORT RICHEY, FL 34655<br>UNITED STATES OF AMERICA | 23386 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$27,797.00  (U)<br><br>$27,797.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PHILIP ALBENZE<br>3270 LORI LANE<br><br>NEW PORT RICHEY, FL 34655 | 23395 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$27,797.00  (U)<br><br>$27,797.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PLAGGEMIER, JOHN F<br>22279 BARCLAY DR<br><br>NOVI, MI 48374-3875 | 26663 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$131,958.00  (U)<br><br>$131,958.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PREMO, DOUGLAS C<br>31 RIVERSIDE PKWY<br><br>MASSENA, NY 13662-1704 | 30777 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$135,908.00  (U)<br><br>$135,908.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PRZEKORA, DAVID S<br>61 OBTUSE RD S<br><br>BROOKFIELD, CT 06804-3669 | 20983 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$176,452.00  (U)<br><br>$176,452.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD C JESSING<br>8932 CHESTNUT HILL LN<br><br>HIGHLANDS RANCH, CO 80130-5130 | 23917 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$291,176.00  (U)<br><br>$291,176.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD ENGEL<br>8335 NORTH PORT<br><br>GRAND BLANC, MI 48439 | 19607 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$213,980.00  (U)<br><br>$213,980.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT KOPANIC<br>105 FOREST HILL<br><br>HUBBARD, OH 44425 | 64154 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$177,938.30  (U)<br><br>$177,938.30  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT MEDER<br>1314 KINGS CARRIAGE RD<br><br>GRAND BLANC, MI 48439 | 10698 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$28,324.55  (U)<br><br>$28,324.55  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT SCHIEB<br>5317 LAKE FOREST RESERVE LN<br><br>BRUNSWICK, OH 44212<br>UNITED STATES OF AMERICA | 62375 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$138,728.00  (U)<br><br>$138,728.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG),  Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT TRIPOLSKY<br>43440 HERRING DRIVE<br>CLINTON TWP, MI 48038 | 44441 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$99,224.00  (U)<br>$99,224.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROGACKI, ROBERT W<br>612 N EMROY AVE<br>ELMHURST, IL 60126-1941 | 5872 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$60,000.00  (U)<br>$60,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RONNIE STEDMAN<br>179 HCR 1246<br>WHITNEY, TX 76692-4711 | 24273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$226,066.00  (U)<br>$226,066.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROY HAPPEL<br>1566 WILSON AVE<br>CHAMBERSBURG, PA 17201-1378 | 6299 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,698,350.00  (U)<br>$1,698,350.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SALMON, LINDA J<br>1681 CARNELIAN CT<br>LINCOLN, CA 95648-8752 | 19066 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$174,075.00  (U)<br>$174,075.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SOMERVILLE JOHN M<br>1317 SCOTTS VILLE RD APT 203<br>BOWLING GREEN, KY 42104-2409 | 27079 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$112,767.00  (U)<br>$112,767.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

225th Omnibus Objection **Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SPENCER, RICHARD D<br>3145 HELEN ST<br><br>HARRISON, MI 48625-8008 | 2560 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$41,941.00  (U)<br><br>$41,941.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SPRANGER, ROY C<br>11421 MASONIC BLVD<br><br>WARREN, MI 48093-1128 | 27900 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$137,633.00  (U)<br><br>$137,633.00  (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STONER, NORMAN G<br>1513 CAMROSE CT<br><br>OKLAHOMA CITY, OK 73159-7605 | 62799 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$131,753.95  (U)<br><br>$131,753.95  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| STORDAHL JR, CALMER M<br>948 NW OAKMONT CT<br><br>MCMINNVILLE, OR 97128-5020 | 21189 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$155,091.00  (U)<br><br>$155,091.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TABOR I I I, VINAL V<br>5915 TANNON CT SE<br><br>ALTO, MI 49302-9374 | 26928 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$78,440.00  (U)<br><br>$78,440.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS D LOFTUS<br>6255 SANDY POINT<br><br>TROY, MI 48085 | 62050 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$130,000.00  (U)<br><br>$130,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

225th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS J KARNOSKY<br>4515 GRATIOT RD<br><br>SAGINAW, MI 48638 | 44010 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$357,200.00  (U)<br>$357,200.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON WILLIAM L<br>2105 OAK TRAIL DR<br><br>STILLWATER, OK 74074-1325 | 23247 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$22,876.00  (U)<br>$22,876.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VANDERWALL, DAVID J<br>737 WILLINGTON WAY<br><br>THE VILLAGES, FL 32162-2607 | 31311 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$154,180.00  (U)<br>$154,180.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WARREN D HIRSCHFIELD<br>5300 ELMGATE DR<br><br>ORCHARD LAKE, MI 48324 | 70964 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$285,000.00  (U)<br>$285,000.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WASCO, THOMAS J<br>15515 DZUIBANEK RD<br><br>THOMPSONVILLE, MI 49683-9002 | 29359 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$158,186.00  (U)<br>$158,186.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WEBB, BRIAN M<br>85 EASY ST<br><br>MITCHELL, IN 47446-6655 | 19916 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$86,724.00  (U)<br>$86,724.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WESTWICK, JOHN E<br>399 NOTTINGHILL CT<br><br>INDIANAPOLIS, IN 46234-2667 | 12117 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$79,848.00  (U)<br>$79,848.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WHITE I I, FOREST R<br>10834 W GRANADA DR<br><br>SUN CITY, AZ 85373-1808 | 28401 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$257,301.00  (U)<br>$257,301.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ZANZINGER, EARL R<br>2017 WORTHINGTON DR<br><br>FORT WAYNE, IN 46845-2374 | 21688 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$186,867.00  (U)<br>$186,867.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*    **97**

**$0.00**  (S)
**$0.00**  (A)
**$0.00**  (P)
**$18,006,537.58**  (U)
**$18,006,537.58**  (T)

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to   at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BEVERLY J MEEKS<br>14905 SW DIVISION ST<br><br>SHERWOOD, OR 97140 | 26946 | Motors Liquidation Company | $0.00<br><br>$0.00<br><br>$0.00<br><br>$40,732.00<br><br>$40,732.00 | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| Gerald Morris<br>4625 Compeau Road<br><br>Alpena, MI 49707<br>UNITED STATES OF AMERICA | 28290 | Motors Liquidation Company | $0.00<br><br>$0.00<br><br>$0.00<br><br>$108,752.00<br><br>$108,752.00<br><br>Unliquidated | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARIE V PILZ SPOUSE OF LEONARD J PILZ (RETIREE)<br>C/O LEONARD J PILZ<br>10221 ROOD AVE<br>LAKE, MI 48632 | 22304 | Motors Liquidation Company | $0.00<br><br>$0.00<br><br>$0.00<br><br>$117,300.00<br><br>$117,300.00<br><br>Unliquidated | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

| *OBJECTION ADJOURNED* | **3** | | **$0.00**<br><br>**$0.00**<br><br>**$0.00**<br><br>**$266,784.00**<br><br>**$266,784.00** | (S)<br><br>(A)<br><br>(P)<br><br>(U)<br><br>(T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.