| 227th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN ENGLAND<br>1308 OLD COX RD APT 10<br><br>ASHEBORO, NC 27205-9408<br>UNITED STATES OF AMERICA | 61081 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,397.00<br>$16,397.00<br><br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JUDITH KELLEHER<br>285 CANTERBURY DRIVE W<br><br>PALM BEACH GARDENS, FL 33418<br>UNITED STATES OF AMERICA | 23490 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,642.00<br>$12,642.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAPERRIERE, PAULINE L<br>6663 PINEVIEW TER<br><br>BRADENTON, FL 34203-8849 | 3362 | Motors Liquidation Company | $0.00<br>$0.00<br>$5,536.00<br>$0.00<br>$5,536.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LINDELL, JOHN A<br>145 WESTGATE CIR<br><br>SANTA ROSA, CA 95401-9025 | 8908 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$28,161.00<br>$28,161.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT B GRINDAHL<br>5861 NOEL COURT<br><br>SAGINAW, MI 48603 | 65291 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$17,385.00<br>$17,385.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 227th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| RONALD P KLOECKNER<br>28435 SUNSET BLVD W<br><br>LATHRUP VILLAGE, MI 48076-2660 | 70566 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$36,122.00   (U)<br>$36,122.00   (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS MANCEWICZ<br>2300 HILLCRESCENT<br><br>TROY, MI 48085 | 61699 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$26,524.00   (U)<br>$26,524.00   (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **7** | | **$0.00**   (S)<br>**$0.00**   (A)<br>**$5,536.00**   (P)<br>**$137,231.00**   (U)<br>**$142,767.00**   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 227th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 7/27/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANCIS BRENNAN<br>1350 HEIGHTS<br><br>LAKE ORION, MI 48362 | 61362 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,537.00  (U)<br>$14,537.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| *OBJECTION ADJOURNED* | 1 | | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$14,537.00  (U)<br>$14,537.00  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.