**228th Omnibus Objection**     Exhibit A     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ABELE III, PHILIP G<br>6700 LOCUSTVIEW DR<br>DAYTON, OH 45424-2723 | 5000 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERNOR, VERNA B<br>C/O DENISE R. KETCHMARK<br>611 WEST COURT STREET<br>SUITE 203<br>FLINT, MI 48503-5000 | 2352 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLACK, CANDY S<br>94 JAMISON RD NW LOT 202<br>WASHINGTON COURT HOU, OH 43160-9087 | 19364 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$44,000.00 (P)<br>$0.00 (U)<br>$44,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BLICKENSDORF, JOHN W<br>6207 LOVELLS RD<br>GRAYLING, MI 49738-9203 | 27051 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRENT, BARBARA A<br>14 TRIMMER AVE<br>TITUSVILLE, NJ 08560-1708 | 23004 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 228th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CAROLYN CRAFTON<br>512 S PIKE ST<br>SHELBYVILLE, IN 46176-2139 | 7055 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CHRISTOPHER W GIGNILLIAT<br>PO BOX 314<br>665 WAYDES BRANCH ROAD<br>CENTERVILLE, TN 37033-0314 | 37124 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$587,286.32 (U)<br>$587,286.32 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRIS SMITH<br>9095 APPLE ORCHARD<br>FENTON, MI 48430<br>UNITED STATES OF AMERICA | 30003 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,289.00 (U)<br>$84,289.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DANTE, DONALD<br>47058 ROCKWOOD DR<br>MACOMB, MI 48044-5413 | 11056 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID LEPP<br>674 HERITAGE DR<br>ROCHESTER, NY 14615-1049 | 6004 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$2,450.00 (P)<br>$0.00 (U)<br>$2,450.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

228th Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAWSON, GEORGE C<br>745 SW ROBINHOOD DR<br><br>DALLAS, OR 97338-1839<br>UNITED STATES OF AMERICA | 43414 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$523,098.72 (U)<br>$523,098.72 (T)<br><br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONALD E JOHNSON<br>3405 SENECA RD<br><br>SPRINGFIELD, OH 45502-8706 | 1886 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EASTERWOOD, WILLIAM K<br>44505 FORD RD APT 512<br><br>CANTON, MI 48187-5036 | 10684 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EDWARDS, HAROLD E<br>33160 DEFOUR DR<br><br>STERLING HTS, MI 48310-6502 | 3860 | Motors Liquidation Company | $6,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$6,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| EVERETT, JUDITH A<br>503 LOCHAVEN RD<br><br>WAXHAW, NC 28173-9351 | 10660 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 228th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GERALDINE LAWSON<br>G3505 CLAIRMONT ST<br>FLINT, MI 48532-4911 | 14493 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GODZWON, FELIX<br>DORIS GODZWON<br>124 WEYMOUTH RD<br>SYRACUSE, NY 13205-2849 | 20526 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$100,000.00 (P)<br>$0.00 (U)<br>$100,000.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IRENE WOODRING<br>C/O DENISE R KETCHMARK<br>STE 203<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3187 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| IRENE WOODRING<br>C/O DENISE R KETCHMARK<br>STE 203<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3187 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| JOLLY, THOMAS G<br>2839 BIRCHWOOD ST<br>TRENTON, MI 48183-3643 | 48391 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$204,667.19 (U)<br>$204,667.19 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

228th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH THOMPSON JR<br>25218 HIDEAWAY RUN DR<br>SPRING, TX 77389-4003 | 20690 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$202,197.00 (U)<br>$202,197.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LARRY SEWARD<br>6788 GINGER AVE<br>ENON, OH 45323-1739 | 1896 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWSON, GERALDINE S.<br>G3505 CLAIRMONT ST<br>FLINT, MI 48532-4911 | 14494 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LAWSON, GERALDINE S.<br>G-3505 CLAIRMONT AVE<br>FLINT, MI 48532-4911 | 14495 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LORD, NADINE L<br>611 W COURT ST STE 203<br>FLINT, MI 48503-5000 | 11354 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

228th Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LORRAINE SWINEHART<br>C/O DENISE R. KETCHMARK, CONSERVATOR<br>STE 203<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3661 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARIAN T WELCSH<br>6990 LOCKWOOD BLVD<br>YOUNGSTOWN, OH 44512-4013 | 31320 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$549,842.78 (U)<br>$549,842.78 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MARWIN HENRY R<br>3096 MYDDLETON DRIVE<br>TROY, MI 48084-1223 | 45177 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$112,644.00 (U)<br>$112,644.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MCHUGH ANN F<br>APT 224<br>2330 MAPLE ROAD<br>BUFFALO, NY 14221-4057 | 61834 | MLC of Harlem, Inc. | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MONTEMALE, LAURA<br>4844 SAN CARLO CT<br>NAPLES, FL 34109-3392 | 60936 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**228th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NELSON, GERTRUDE N<br>1409 CARLOW CIR<br>ORMOND BEACH, FL 32174-2892 | 68379 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RABY, SANDRA D<br>2651 N EAST SHORE<br>BIRCHWOOD, WI 54817 | 11619 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,723.01 (U)<br>$21,723.01 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RICHARD THOMPSON<br>846 ROBINHOOD CT<br>BLOOMFIELD, MI 48304-3762 | 61048 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROBERT & CHERYL CLICK<br>3028 PINNACLE CT.<br>CLERMONT, FL 34711<br>UNITED STATES OF AMERICA | 20190 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$108,903.00 (U)<br>$108,903.00 (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SWINEHART, LORRAINE D<br>C/O DENISE R KETCHMARK<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3660 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 228th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SWINEHART, LORRAINE D<br>C/O DENISE R KETCHMARK, CONSERVATOR<br>STE 203<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3662 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMAS ENDRES<br>4294 DOMINION BLVD<br>BRIGHTON, MI 48114-4984 | 48423 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$515,235.00  (U)<br>$515,235.00  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| THOMPSON, RICHARD R<br>846 ROBINHOOD CT<br>BLOOMFIELD, MI 48304-3762 | 61049 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TYILLIAN, MARY M<br>2876 MOREFIELD RD<br>HERMITAGE, PA 16148-2475 | 14484 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$15,844.12  (P)<br>$0.00  (U)<br>$15,844.12  (T)<br>Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VICTOR VEGA<br>325 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067-6620 | 62960 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$55,270.00  (P)<br>$0.00  (U)<br>$55,270.00  (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WEBER, HELEN MARIE<br>22100 WINGATE CT<br>FARMINGTN HLS, MI 48335-4238 | 12280 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WICK, DELTON H<br>2076 MOHAVE DR<br>DAYTON, OH 45431-3015 | 50156 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$102,400.00 (U)<br>$102,400.00 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM EASTERWOOD<br>44505 FORD RD APT 512<br>CANTON, MI 48187-5036 | 10685 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOODRING, IRENE M<br>C/O DENISE R KETCHMARK<br>STE 203<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3188 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WOODRING, IRENE M<br>C/O DENISE R KETCHMARK<br>611 WEST COURT STREET<br>FLINT, MI 48503-5000 | 3189 | Motors Liquidation Company | Unliquidated | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

228th Omnibus Objection     **Exhibit A**     Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZAHIRAH S KAREEM<br>629 CARPENTER ST<br>COLUMBUS, OH 43205-2628 | 64807 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$286.53 (P)<br>$268,891.59 (U)<br>$269,178.12 (T) | No Liability; Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **46** | | **$6,000.00** (S)<br>**$0.00** (A)<br>**$217,850.65** (P)<br>**$3,281,177.61** (U)<br>**$3,505,028.26** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.