SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, Suite 200
LAWRENCEVILLE, NEW JERSEY 08648
Telephone: (609) 275-0400   Fax: (609) 779-6068
ATTORNEYS FOR LDC PRP GROUP
By: BRUCE M. SATTIN, ESQ. (NY#1815562) (BS 5476)

JUN 27 2011

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 09-50026(REG) |
|---|---|
| MOTORS LIQUIDATION COMPANY, et al; f/k/a General Motors Corp., et al | CHAPTER 11 Jointly Administered |
| Debtors | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that the Law firm of Szaferman, Lakind, Blumstein & Blader, P.C. hereby withdraws its appearance in the above-captioned Chapter 11 case, effective as of the date hereof, and requests that Bruce M. Sattin, Esq., (bsattin@szaferman.com) be removed from the ECF notification in the above-captioned case. Szaferman, Lakind, Blumstein & Blader, P.C. no longer represents a party in interest in the proceedings.

Dated: 6/27/2011

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.

Bruce M. Sattin, Esquire
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Telephone: (609) 275-0400
Facsimile: (609) 779-6068
E-mail: bsattin@szaferman.com

609580.1

SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
101 GROVERS MILL ROAD, SUITE 200
LAWRENCEVILLE, NEW JERSEY 08648
Telephone: (609) 275-0400   Fax: (609) 779-6068
ATTORNEYS FOR LDC PRP GROUP
By: BRUCE M. SATTIN, ESQ. (NY#1815562) (BS 5476)

UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

| In re | CASE NO. 09-50026(REG) |
|---|---|
| MOTORS LIQUIDATION COMPANY, et al; f/k/a General Motors Corp., et al | CHAPTER 11 Jointly Administered |
| Debtors | |

### AFFIDAVIT OF MARIA J. MASIELLO, LEGAL ASSISTANT

STATE OF NEW JERSEY   :
                      : SS:
COUNTY OF MERCER      :

I, Maria J. Masiello, certify that I am, and at all times during the service, have been an employee of Szaferman, Lakind, Blumstein & Blader, P.C., not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 24, 2011, I caused to be served:

NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM SERVICE LISTS

Service was completed upon parties on the attached list as indicated thereon.

Dated: 6-24-11

_____
Maria J. Masiello

SWORN & SUBSCRIBED before me this
24th day of June, 2011

_____
Joanne Fiore
Notary Public of New Jersey
My Commission Expires 06/05/2016

609580.1