**Exhibit A**

| 222nd Omnibus Objection | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARROLL ANN SUMIKO KELLY & MARTIN P JOYCE DESIGNATED BENE PLAN/TOD 2692 BERTHA AVE SOUTH LAKE TAHOE, CA 96150-3163 | 20587 | Motors Liquidation Company | $45,143.01 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CECCATO FAMILY TRUST RINO A CECCATO TTEE 250 VALLEY ST DALY CITY, CA 94014-2937 | 71122 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| CORLIN-ANN B RHOADES P.O. BOX 680091 HOUSTON, TX 77268 | 71071 | Motors Liquidation Company | $19,753.90 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| ERNEST C & PAULINE E FILICE IVA (TRUST) C/O BANK OF THE WEST INVESTMENT MANAGEMENT & TRUST PO BOX 1121 SAN JOSE, CA 95108 | 70788 | Motors Liquidation Company | $15,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE P FISHER 1020 TUNNEL RD BERLIN, PA 15530 | 71087 | Motors Liquidation Company | $2,500.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| EUGENE P FISHER 1020 TUNNEL RD BERLIN, PA 15530 | 71088 | Motors Liquidation Company | $5,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| FRUNZI THOMAS 2022 MAJESTIC DRIVE CANONSBURG, PA 15317-4867 | 61581 | Motors Liquidation Company | $0.00 Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| GERALD L & SANDRA S KIMMEL PO BOX 310 SHELOCTA, PA 15774 | 71004 | Motors Liquidation Company | $2,482.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| JUDITH A WALKER 4231 KEKUANAOA LN PRINCEVILLE, HI 96722-5105 | 18416 | Motors Liquidation Company | $20,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**222nd Omnibus Objection**

Exhibit A

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

| Creditor | Claim # | Debtor | Claim Amount | Reason | Pgs. |
|---|---|---|---|---|---|
| JUDY WALKER NALDA<br>C/O JUDY WALKER NALDA FAMILY TR<br>4231 KEKUANAOA LN<br>PRINCEVILLE, HI 96722-5105 | 18418 | Motors Liquidation Company | $50,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| LAURETTE R MEGELLAS<br>147 BASS COVE<br>GALENA, MO 65656 | 61405 | Motors Liquidation Company | $10,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| SIMMONS, ARTHUR G<br>264 HENRY LEWIS RD<br>BREMEN, GA 30110-4259 | 8194 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| TED MAXWELL<br>521 WEST PINE STREET<br>FLORENCE, SC 29501 | 71096 | Motors Liquidation Company | $25,000.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| THERESA + MAURICE BEAUDRY<br>228 WINGER LANE<br>SUN CITY CENTER, FL 33573-6270 | 63038 | Motors Liquidation Company | $0.00<br>Unliquidated | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |
| WELLS FARGO BANK IRA C/F<br>SARAH JANE FORD<br>10228 WOODLAND RIDGE WEST<br>FORT WAYNE, IN 46804-4797 | 11764 | Motors Liquidation Company | $25,650.00 | Claim is Duplicative of Debt Claim Filed by Wilmington Trust Company | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*    **15**

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.