June 24, 2011

Judge Robert E. Gerber
United States Bankruptcy
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Dear Judge Gerber:

I am writing regarding claim#17959 for LeVert Financial Services (aka LeVert PC and Michael LeVert).

**Please confirm my understanding of the facts as they relate to this case and to my claim.**

I. LeVert (aka LeVert Financial Services, LeVert P.C., and Michael LeVert) properly filed a claim for unpaid services. **This claim is identified by the court as claim# 17959 in the amount of $1,267,987.83.**
II. A bankruptcy plan was approved by the court and approved by the creditors ( LeVert, as a general unsecured claim in the amount of $1,267,987.83, was asked to vote on the plan)wherein **ALL objections had to be filed in the bankruptcy court by the end of March 2011.**
III. My claim # is 17959' and, **the ONLY objection to my claim** was made ~July 2010 and that objection **was to change the claim from a secured to UNsecured** claim.
IV. **NO other motions were made (in the form of objections or otherwise) as to my claim's validity and/or amount.**
 V. Accordingly, my claim should be paid out as part of the 70/30 distributions with the first (70%) having happened 4/21/11 and the remaining (30%) in July 2011.

Thanks for your understanding and help in this matter.

Very truly yours,

*Michael E. LeVert* (signature)
Michael E. LeVert
(312) 961-1040
lfs1040@aol.com
P.O. Box 522
Lake Forest, Il 60045