**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                         :
**In re**                                                :         Chapter 11 Case No.
                                                         :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                :         **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*         :
                                                         :
                                  **Debtors.**           :         **(Jointly Administered)**
                                                         :
-----------------------------------------------------------------x

**ORDER GRANTING THE MOTION OF THE**
**MOTORS LIQUIDATION GUC TRUST FOR LIMITED**
**MODIFICATION OF THE AUTOMATIC STAY AND PLAN INJUNCTION**

Upon the Motion, dated May 23, 2011 (the "**Motion**"),[1] of Motors

Liquidation Company GUC Trust (the "**GUC Trust**"), for entry of an order providing for

a limited modification of the Automatic Stay and the Plan Injunction with respect to

Proof of Claim Nos. 187 and 39274, all as more fully described in the Motion; and due

and proper notice of the Motion having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the

relief sought in the Motion is in the best interests of the Debtors, their estates, creditors,

and all parties in interest and that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

        1.      ORDERED that the Motion is granted as provided herein; and it is

further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings
ascribed to such terms in the Motion.

2.    ORDERED that the Automatic Stay and the Plan Injunction are modified solely to the extent necessary to enable the Action related to Proof of Claim Nos. 187 and 39274 to proceed to final judgment or settlement.  Pursuant to the ADR Order and the ADR Procedures, the Action shall proceed in the Florida State Court, subject to the Debtors' and/or the GUC Trust's rights to seek removal and/or transfer of venue or in such other forum as determined by the Court on request of the Debtors and/or the GUC Trust.  Pursuant to the ADR Order and the ADR Procedures, any final judgment in the Action shall be subject to treatment under the Plan and shall be treated as a general unsecured nonpriority claim against the GUC Trust, unless otherwise determined and ordered by this Court.

3.    ORDERED that, except as provided in Paragraph 2 above, the provisions of the Automatic Stay, the Plan Injunction, or any provision or injunction created in connection with confirmation of the Plan and the order confirming the Plan, including, without limitation, those provisions prohibiting execution, enforcement, or collection of any judgment that may be obtained against the Debtors, the GUC Trust, and/or assets or property of the Debtors' estates (as defined in section 541 of the Bankruptcy Code), shall remain in full force and effect.

4.    ORDERED that nothing contained herein shall be deemed or construed as an admission of liability by the Debtors or the GUC Trust with respect to the Action, and the defendants in the Action reserve the right to assert any and all defenses in the Action.

5.      ORDERED that this Court shall retain jurisdiction and shall be the

exclusive forum to resolve any disputes or controversies arising from or relating to this

Order.

Dated: New York, New York
          *June 29, 2011*

*s/ Robert E. Gerber*
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE