**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Settlement Resolving Claim Nos. 7617 and 7618 [Docket No. 10509].

Dated:  June 29, 2011                             /s/ Alison Moodie_____
        Lake Success, New York                   Alison Moodie

Sworn to before me this 29th day of June, 2011

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| BIRDSALL, ELISE M<br>EDWARD S. DONINI, ESQ.<br>PO BOX 605<br>NEW SMYRNA BEACH, FL 32170-0605 | BIRDSALL, RICHARD<br>DONINI, EDWARD S<br>PO BOX 605<br>NEW SMYRNA BEACH, FL 32170-0605 |