UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
**MOTORS LIQUIDATION COMPANY,** *et al.,*       :    Case No. 09-50026 (REG)
    f/k/a **General Motors Corp.,** *et al.,*   :
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Alison Moodie, being duly sworn, depose and state:

1.   I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation Regarding Claim No. 67121 and 67122 [Docket No. 10511].

Dated:  June 29, 2011                    /s/ Alison Moodie
        Lake Success, New York           Alison Moodie

Sworn to before me this 29th day of June, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011

# EXHIBIT A

| | |
|---|---|
| SUPERIOR INDUSTRIES INTERNATIONAL INC<br>C/O ARENT FOX LLP<br>ATTN JAMES SULLIVAN ESQ<br>1675 BROADWAY<br>1675 BROADWAY<br>NEW YORK, NY 10019 | SUPERIOR INDUSTRIES INTERNATIONAL, INC.<br>ATTN: ROBERT A. EARNEST, ESQ.<br>7800 WOODLEY AVENUE<br>VAN NUYS, CA 91406 |