**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                          ) ss
COUNTY OF NASSAU     )

I, Alison Moodie, being duly sworn, depose and state:

1.  I am a Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Jose Torres as Personal Representative of the, Estate of Valeria Torres-Rodriguez, c/o Luzardo Pendas Esq and Larry Trias Esq, 625 East Colonial Drive, Orlando, Florida 32801 (affected party):

- Notice of Presentment of Proposed Order Granting Motors Liquidation Company GUC Trust's Objection to Claim No. 1038 for Failure to Comply with Amended Order Pursuant to 11 U.S. C. § 105(a) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation [Docket No. 10523].

Dated: June 29, 2011                      /s/ Alison Moodie___
      Lake Success, New York            Alison Moodie

Sworn to before me this 29th day of June, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011