UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
MOTORS LIQUIDATION COMPANY, *et al.*,                : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,            :
                                                     :
        Debtors.                                     : (Jointly Administered)
                                                     :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Margaret A. O'Neill a/k/a Margaret Ann O'Neill, 25 Stowell Road, Bedford, NH 03110 (affected party):

- Order Granting 221st Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 10496].

Dated: July 1, 2011                              /s/ Kathy-Ann Awkward
    Lake Success, New York                      Kathy-Ann Awkward

Sworn to before me this 1st day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011