UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                                          :     Chapter 11
                                                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,       :     Case No. 09-50026 (REG)
         f/k/a General Motors Corp., *et al*.,              :
                                                                                  :
                                  Debtors.                            :     (Jointly Administered)
                                                                                  :
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                                  ) ss
COUNTY OF NASSAU         )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties set forth herein as Exhibit A (affected parties):

- Order Granting 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 10501].

Dated: July 1, 2011                                         /s/ Kathy-Ann Awkward
         Lake Success, New York                    Kathy-Ann Awkward

Sworn to before me this 1st day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

BOGUCKI DIANA  
BOGUCKI DIANA & WALTER M BOGUCKI (SPOUSE)  
585 S CREEK CT  
TRAVERSE CITY, MI 49696-8614

JUDITH I AGAZIO  
29399 SHACKET AVE  
MADISON HEIGHTS, MI 48071