UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                               :        Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :        Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,           :
                                                    :
                    Debtors.                        :        (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.  I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Francis Brennan, 1350 Heights, Lake Orion, MI 48362 (affected party):

    - Order Granting 227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 10502].

Dated:  July 1, 2011                            /s/ Kathy-Ann Awkward
        Lake Success, New York                  Kathy-Ann Awkward

Sworn to before me this 1st day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2011