**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                :      **Chapter 11**
                                     :
**MOTORS LIQUIDATION COMPANY**, *et al.*,    :      **Case No. 09-50026 (REG)**
   **f/k/a General Motors Corp.**, *et al.*,       :
                                     :
                   **Debtors.**        :      **(Jointly Administered)**
                                     :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                          ) ss
COUNTY OF NASSAU       )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.      I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On June 28, 2011 at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties as set forth on the attached Exhibit A, (affected parties):

- Notice of Presentment of Proposed Supplemental Order Granting 153rd Omnibus Objection to Claims [Docket No. 10513].

Dated: July 1, 2011                    /s/ Kathy-Ann Awkward
          Lake Success, New York          Kathy-Ann Awkward

Sworn to before me this 1st day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

RONALD C TANCIAR
220 RIDGE RUN CROSSING
ATHENS, GA 30605

RUTH MEYER
3000 OCEAN PARKWAY APT 16S
BROOKLYN, NY 11235