1 of 4

RECEIVED JUL - 5 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

TO: The Honorable Robert E. Gerber.

In re of Case # 09-50026

On the 10th of June 2011 the court recieved a request of mine for relief from the automatic stay docket #10445. ~~this that~~ in addition to that ~~request~~ On June 15th of 2011 the defendants/debtors were ordered by the 10th circuit court of appeals to submit a status report regarding ~~their~~ the current status of their bankruptcy with this court. On the 28th day of June 2011 the debtors/~~defendants~~ forwarded a reply to the order ~~of the 10th circuit court of appeals~~ to submit a status report regarding case #08-3236 on 6-27-11 to the 10th circuit court of appeals. In the report the debtors/defendants stated that the only liability for my case was for M.L.C. or old G.M. and not new GM (in fact they claim that new Gm assumed certain liability but not for discrimina- ~~tion~~ because such is my case, in the 10th circuit case # 08-3236 because I am and was covered by the U.A.W. bargening agreement at the time

of my employment with GM but as of January of 2006 I was no longer employed with GM. nor was ~~I either~~ I represented by the U.A.W. in any way before and after GM terminated my employment even at my request of them to do so. I of my own filed my unemployment claim that was approved in the state of Kansas of which in their findings were that the reasons for the termination of my employment were of no fault of my own and allowed me to draw full benefits until they had exhausted in August of 2006 ~~also cited in~~ ~~my civil~~ (see unemployment claim for Lisa Gross filed in the state of Kansas January 24, 2006 I also of my own filed charges against them with E.E.O.C and later filed civil suit against them in the Western district of Kansas with no representation from the U.A.W. and on my own. and later with the 10th Circuit Court of appeals also on my own. The case in the 10th Circuit Court of Appeals was filed in August of 2008 which was 10 months prior to the debtors filing bankruptcy in your court

Your honor I pray that you will take this letter into concideration when deciding on my request for relief from the automatic stay because I not only believe that the acts against me by the debtors/defendants were ~~not~~ unlawful, malicious, intentional (with the intent to cause me great harm) but were fraudulant and the 10th circuit cannot give a ruling unless the stay imposed is lifted in its entirety in order for them to establish ~~those~~ facts.

Respectfully submitted Lisa P. Gross.

Lisa P. Gross  6/30/2011
6460 NE 43rd Terrace #204
Kansas city Mo. 64117
816-359-2491
lisagross5@aol.com

~~I ask that the court forward~~

I am attaching a copy of a letter I am forwarding to the 10th circuit court of appeals regarding the status report submitted for case # 08-3236 by the debtors/defendants

Please forward the following via electronic notification to the following - all interested parties, including the 10th circuit court of appeals

A copy of the foregoing will be mailed via prepaid postage mail to

Shelly I. Ericsson
Lathrop & Gage LLP
2345 Grand Blvd. Suite 2200
Kansas City Mo 64108-2684

Attachment

TO: The Tenth Circuit Court of Appeals

Your Honors presiding over Case # 08-3236 On the 14th of June the court requested the defendants to submit a status report regarding the above case of which they did as of June 27, 2011 and stated that they have no problem with ~~the them~~ a case name change to New GM but only if I file the necessary paperwork to request it on my own however. I filed a request for relief from the automatic stay with the bankruptcy court SDNY regarding Case # 09-50026 on June 14th 2011 and am still awaiting a response from the court in addition that I have as of this 30th day of June 2011 am sending a letter (for addition to my request to the Honorable ~~Robert~~ Gerber in the bankruptcy Court S.D.N.Y (see attached letter) I ask that the court make no further adjustments to the case until I have ~~further~~ a response regarding my request from the bankruptcy court. And also please take the attached letter in consideration of your decision ~~on your decision in~~

for Case # 08-3236

Respectfully submitted. Lisa P. Gross

6/30/2011

*[signature]*

6460 NE 43rd Terrace #204
Kansas city, Mo. 64117
816 359 2491
lisagross5@aol.com

Please forward the following w/a electronic mailing to the defendants and all interested parties. ~~following will be~~ following will be mailed also pre paid postage mail to the defendants

Cross
43rd Terrace. #204
city Mo. 64117

Certificate of Service

The Byron White U.S. Courthouse
1823 Stout Street.
Denver Co. 80257

---

Cross
43rd Terrace #204
city Mo. 64117

United States Bankruptcy Court.
Southern district of New York.
One Bowling Green

---

? Cross
43rd Terrace #204
city Mo. 64117

Shelly D Ericsson
Lathrop & Gage L.L.P.
2345 Grand Blvd. Suite 2200
Kansas city Mo 64108-2684


