UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On July 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Garrity, Graham, Murphy, Garofalo & Flinn, P.C., Thomas D. Flinn, 72 Eagle Rock Ave., Suite 350, P.O. Box 438, East Hanover, New Jersey 07936 (affected party):

- Stipulation and Agreed Order Between the Motors Liquidation Company GUC Trust, Daniel Vogel, Individually and as Administrator of and on Behalf of the Estates of Eric Vogel and Laurana Vogel, and as Guardian Ad Litem for and on Behalf of Gregory Vogel, and Melissa M. Vogel Providing for Limited Modification of the Automatic Stay and the Plan Injunction [Docket No. 10552].

Dated: July 7, 2011                                   /s/ Kathy-Ann Awkward
    Lake Success, New York                        Kathy-Ann Awkward

Sworn to before me this 7th day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011