**Exhibit "1"**

## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Name of Debtor (Check Only One) | Case No | **PROOF OF CLAIM** |
|---|---|---|

☒ Motors Liquidation Company (f/k/a General Motors Corporation)     09-50026 (REG)

☐ MLCS, LLC (f/k/a Saturn, LLC)     09-50027 (REG)

☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)     09-50028 (REG)

☐ MLC of Harlem, Inc. (f/k/a Chevrolet Division of Harlem, Inc.)     09-13558 (REG)

**Your Claim is Scheduled As Follows:**

**FILED - 64658**

**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property)  SPENCER, BARRY

Name and address where notices should be sent

SPENCER, BARRY
PO BOX 1218
SHIRLEY MA 01464-1218

Contact
Sylvester R. Spencer -
Telephone number 617.719.4087  Brother
Email Address srspencer1@comcast.net

Name and address where payment should be sent (if different from above)

Keep on Record Business Address
BARRY H. SPENCER JR
Care of: Post Office Box 191128
Roxbury, MA  02119
Telephone number see above

☒ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number 05-02304
(If known) MASSACHUSETTS
SUFFOLK SUPERIOR Ct.
Filed on 2005

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check this box if you are the debtor or trustee in this case

THE GARDEN CITY GROUP, INC.
NOV 30 2009

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED UNLIQUIDATED or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

| | |
|---|---|
| **1** Amount of Claim as of Date Case Filed, June 1, 2009   $ **682,000,000.00** negotiable | **Amount of Claim Entitled to Priority under 11 U S C § 507(a)** |

If all or part of your claim is secured, complete item 4 below, however, if all or part of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges   **see Verified Proof of Claim annexed hereto**

**2** Basis for Claim  **Breach of Contract(s), Impeding Commerce, personal injury**
(See instruction #2 on reverse side )  **loss wages, Medical Bills, consortim, Property loss**

**3** Last four digits of any number by which creditor identifies debtor   **Commercial Debt CD GM-2304**

**3a** Debtor may have scheduled account as _____
(See instruction #3a on reverse side )

**4** Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☒ Other
Describe

Value of Property $_____  Annual Interest Rate **18** %

Amount of arrearage and other charges as of time case filed included in secured claim, if any  $_____

Basis for perfection **denial of writ due to Bankruptcy Stay**

Amount of Secured Claim $ **125,000,000.00**  Amount Unsecured $ **557,000,000.00**

If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☒ Wages salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier – 11 U S C § 507(a)(4)

☒ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U S C § 507(a)(7)

☒ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☒ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U S C § 503(b)(9) (§ 507(a)(2))

☒ Other – Specify applicable paragraph of 11 U S C § 507(a)(___)

**Amount entitled to priority**

**$112,500,000.00**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**6** Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7** Documents  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  (See instruction 7 and definition of "redacted" on reverse side )

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available please explain in an attachment

**FOR COURT USE ONLY**

Date **11/16/09**

Signature  The person filing this claim must sign it  Sign and print name and title, if any of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney if any

Barry-Henry: Spencer Junior, Secured Party, Auth. Rep.

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571

Modified B10 (GCG) (12/08)

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor there may be exceptions to these general rules The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc are not authorized and are not providing you with any legal advice*

### A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS IF BY MAIL THE GARDEN CITY GROUP, INC, ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, PO BOX 9386, DUBLIN, OH 43017-4286 IF BY HAND OR OVERNIGHT COURIER THE GARDEN CITY GROUP, INC, ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017 PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004 ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED

### THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5 00 PM  (PREVAILING EASTERN TIME)

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1 2009 You should select the debtor against which you are asserting your claim
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case Please provide us with a valid email address A separate space is provided for the payment address if it differs from the notice address The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**1  Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing Follow the instructions concerning whether to complete items 4 and 5 Check the box if interest or other charges are included in the claim

**2  Basis for Claim**
State the type of debt or how it was incurred Examples include goods sold, money loaned, services performed, personal injury/wrongful death car loan, mortgage note, and credit card If the claim is based on the delivery of health care goods or services limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim

**3  Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor s account or other number used by the creditor to identify the debtor, if any

**3a  Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor s name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

**4  Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

**5  Amount of Claim Entitled to Priority Under 11 U S C § 507(a)**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

For claims pursuant to 11 U S C § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below) Attach documentation supporting such claim

**6  Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim the creditor gave the Debtor credit for any payments received toward the debt

**7  Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) If the claim is based on the delivery of health care goods or services, see instruction 2 Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

---

## DEFINITIONS

**Debtor**
A debtor is the person corporation or other entity that has filed a bankruptcy case
The Debtors in these Chapter 11 cases are

| Motors Liquidation Company | |
|---|---|
| (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC | |
| (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation | |
| (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc | |
| (f/k/a Chevrolet-Saturn of Harlem, Inc ) | 09-13558 (REG) |

**Creditor**
A creditor is the person corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor s right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing See 11 U S C § 101(5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with The Garden City Group, Inc as described in the instructions above and in the Bar Date Notice

**Secured Claim Under 11 U S C § 506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be

paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U S C § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked edited out or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security individual's

---

## INFORMATION

tax-identification, or financial-account number, all but the initials of a minor s name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage lien certificate of title, financing statement, or other document showing that the lien has been filed or recorded

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc, please provide a self-addressed stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq ), and any applicable orders of the bankruptcy court

**Additional Information**
If you have any questions with respect to this claim form please contact Alix Partners at 1 (800) 414 9607 or by e-mail at claims@motorsliquidation com

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                    *SUPERIOR CIVIL COURT*
                                               Docket No   SUCV2005-02304

BARRY H SPENCER, JR
TAMIKA N SCOTT
        Plaintiffs                    6/29/09 Denied due to
                                        automatic stay
        -vs-

GENERAL MOTORS                                      Justice


### MOTION FOR WRIT OF ATTACHMENT


NOW COMES the plaintiffs pursuant to Mass.R. Civ.P. Rule 4.1 and moves the
the Honorable Court for a writ of attachment in the amount of $12,5000,000.00

There is a reasonable likelihood that the plaintiffs will recover judgment , including
interest and cost, in amount equal or greater than the amount of attachment, over and above
any insurance policy in existence

General Motors, is a manufacturer and seller of motor vehicles with a usual place of
business in the Detroit area, presently residing at 300 Renassance Center, Detroit, Michigan
48265.On about 1996-1997 the defendant manufactured and sold, Eldorado Cadillac's  Some
time during testing and marketing of this product General Motors realized Numerous defects
to the product involved in which are the following: Fuel systems;Steering· Hydraulic Power
Assist Systems; Engine and Engine Cooling· Engine,Service Brakes, Hydraulic Antilock
Control Unit/Module; Fuel Injection Systems,Fuel System, Gasoline Delivery, Structure of
Automobile; Air Bags and Others:Storage  Tank Assembly· Pressure Relief Devices
See Exhibit A-GM Service and Parts Operations DCS1143 Urgent Distribute Immediately
March 5,2004 Upcomming Product Safety Recall 04014-ENGINE FUEL RAIL-Replace,
Exhibit B-April 16, 2004-Acknowledgement Fax Sheet of Receipt of Defect Information
Report-Submitted under 49 CFR Part 573 EXPANSION OF RECALL,
Exhibit C-August 18, 2004 Product Safety Recall-04014 and 04014C-FUEL RAIL-Replace

These serious defects which substantially impaired the vehicle's use, market value and
safety triggered numerous complaints in which were filed with the defendant and the National
Highway Traffic Safety Association's Office of Defects Investigation. See Exhibit D-
Nhtsa Office of Defects Investigation COMPLAINTS

### VERIFIED PROOF OF CLAIM
### FOR
### COMMERCIAL DISHONOR

**NOTICE OF FAULT AND OPPORTUNITY TO CURE**

CERTIFIED MAIL NUMBER: 7008 1830 0004 5593 6429

**Parties:**   BARRY HENRY SPENCER JR/CREDITOR-PRINCIPAL & OWNER
c/o POST OFFICE BOX 1218
SHIRLEY, MA 01464-1218

TAMIKA NICLOE SCOTT/CREDITOR-PRINCIPAL & OWNER
c/o 352 WALNUT AVE APT# 3  (CHANGE OF ADDRESS)
ROXBURY, MA 02119

MOTORS LIQUIDATION COMPANY (f/k/a GENERAL MOTORS COPR.)
c/o THE GARDEN CITY GROUP, Inc./DEBTOR
Attn: Motors Liquidation Company Claims Processing
POST OFFICE BOX 9386
DUBLIN, OHIO 43017-4286

Original Claim was filed with CEO Wagner, then "allegedly processed" by ESIS GM (Results were never made public or available, nor was Creditor allowed Administrative Remedy(ies). Second opportunity to cure Commercial Defult and Dishonor was filed in Massachusetts Suffolk Superior Civil Court 2005-02304. Case was stayed due to present Bankruptcy Chapter 11 No.09-50026 at all times the Attorney (ies) in Corporate capicity chosen not to honor the assumpsit and decided to argue resulting in Commercial DISHONOR UCC 3-501 to 3-505.

### STATEMENT OF FACTS

1. Sometime between 1996-1997 General Motors Manufactured Cadillac vehicles, and sold them in the stream of commerce with an implied warranty insuring the merchantability of the product. Unbeknown, to GM as a good faith jester, there was a design defect in the fuel system, that will over time cause the fuel rail to Crack. Cracking would cause fuel leaks in the engine compartment, stalling due to fuel loss of pressure to the engine. Between 1996-1997 to 10/2004 this Commercial Liability existed without a Commercial Remedy, in violation of Commercial International Law and the State and Federal Constitution(s), also the color of State and Federal Law(s).

2. In January 2003, TAMIKA N. SCOTT purchased one of the above vehicles Green Eldorado 1997, from the Dealer Expressway Toyota, the vehicle experienced stalling and shutting off while in use on public ways. She returned the vehicle twice with witnesses due to problems. She was insured the vehicle was safe, so she had taken the vehicle. It was a weekend errand vehicle shoping, laundry, ect., see Affidavit of Creditor TIMIKA N. SCOTT.

3. On July 11, 2003, BARRY H. SPENCER JR, was on his way to his second job site Kara's Painting to get material(s) for a Catered function he had to do that weekend, when he had a vehicle turn onto the street in front of him, he changed lanes and was rearended and at this time the vehicle stalled and shut-off. Systems went Dead.

The Vehicle veered off road and into a tree, thus, causing SPENCER SUBSTAINTIAL INJURY and DAMAGE, making him incapable to fuction as whole in Public and Private capâcities. The injury(ies) caused several days of hospital care and after care resulting in more than $27,000.00 in medical bills; loss wages.for two jobs and a new catering Business (Nafse's Catering & Bistro), the pain medication caused dependency(leading to additional Mental and physical injury)and He had problems in support of family and loss of consortium with SCOTT and his Children. see Affidavit of Creditor BARRY H. SPENCER JR.

4. GM was notified via. CEO Richard Wagner, and He referred the matter to the claims department for GM (ESIS GM). ESIS Requested I, BARRY H. SPENCER JR., provide information and sign releases. I complied. I requested a copy of the findings and a copy of the policy/administration criteria of how a claim is evaluated. ESIS GM never to this day complied with the request. I wrote and called the agent of ESIS but he would not provide any information. I then requested the appeal process or who was the supervisor due to the agent's recalcitrant behavior towards the Creditor's claim on the liability without a remedy. ESIS GM placed their parent corporation by their corporate capicity, in Default of the Assumpsit debt on the antecedent contract, trust agreement and commercial agreement, thus, the 1st evidence of Commercial Dishonor (UCC 3-502) is clearly established. This commercial debt could of been sold for BID to a third party, on the commercial Dishonor.

5. To establish a chance for GM to Honor and pay the assumpsit antecedent claim or find a reasonable settlement BARRY H. SPENCER JR and TAMIKA N. SCOTT filed a statute staple antecedent claim against GM for all herein above, some orally stated to lawyer(s) Eckert, Seamans, Cherin & Mellot (Jennifer M. Brooks, Sandy S. Shen, and Charlotte Bednar) in their corporate capicity, the lawyers further placed GM in commercial Dishonor for a corporate liability without a remedy available during SPENCER's Injury(ies) and losses. SPENCER and SCOTT filed the claim in Massachusetts Suffolk Superior Court No. 2005-02304, then moved for Writ of Attachment in the amount of $12,500,000.00 (that was just denied 6/29/2009 pursuant to the Bankruptcy Stay Motion filed By Jennifer M. Brooks in the Suffolk Courty in Massachusetts, thus, the commercial Dishonor is ripe for sale to a third party on the International Commercial arena)

6. For the record, the bulk of this commercial dishonor resides with BARRY H. SPENCER JR., and this ORGANIZATION, TRADE NAME, TRADE MARK, DEBTOR, has a Secured Party/Creaditor that is the Holder or Due Course of the GM Debt, he has an International Registered Private Tracking Number – RE 011-42-963 US and UCC-1 filed in Massachusetts – Secured Transaction Registry Number-200972913140 and Tamika N. Scott's consortium claim and my children are covered by Me, Authorized Representive, Bailor, Principal, Sentient Soul Man, Grantor, Reinsurer, Underwriter, Secured Party, Power of Attorney, Barry-Henry: Spencer Junior. Further, I hold a foreign jurisdiction that supersedes any other that interfers with obligations of or impairment of contract obligations, between Me and any Debtor.

7. For the record, so there is no miscommunication between the CREDITOR(S) and the DEBTOR-MOTOR LIQUIDATION COMPANY (f/k/a GENERAL MOTORS CORPORATION). Notably, *one hundred* to ensure my true intent regarding this assumpsit commercial debt in DISHONOR and DEFAULT (UCC 3-502), I am selling this debt at $12,500,000.00 (Twelve Million, and Five Hundred Thousand) since that is what I asked for on the Writ of Attachment, or the debt pursuant to the Statute Staple Security Instrument Legal NOTICE AND DEMAND - TO ALL STATE, FEDERAL AND INTERNATIONAL PUBLIC OFFICERS (includes ALL other corporations) duly filed in Massachusetts International Registered Private Tracking Number - RE 011-42-963 UCC-1 Filed in Massachusetts (Secured Transaction Registry Number - 200972913140 BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:

1.  ABUSE OF AUTHORITY $2,000,000.00 (TWO MILLION) US Dollars, per occurrence per agent/officer
3 occurrences (ESIS GM Claim, Appeal, & MA Case No. 05-02304)
6 agents/officers (ESIS Cl. Adj., Cl. Sup.& Mgr./MA Attry-Shen, Bednar & Brooks) . . $36,000,000.00

2.  VIOLATION OF SPEEDY TRIAL or ADMINISTRATIVE REVIEW
$2,000,000.00 (TWO MILLION) US Dollars per occurrence  per agent or officer involved
3 occurrences (ESIS CLAIM, APPEAL (PROLONGED w/o Remedy) and MA Case No.05-02304 -Automatic STAY)
6 agents/officers (ESIS Cl. Adj., Cl. Sup.& Mgr/MA Attry-Shen, Bednar& Brooks) . . . $36,000,000.00

3.  DENIAL OF DUE PROCESS
$2,000,000.00 (TWO MILLION) US Dollar  per occurrence  per agent or officer involved
3 occurrences (ESIS CLAIM, APPEAL  (Denied syllogistic of Claim, No Appeal remedy), MA Case
No. 05-02304 - Automatic Stay
6 agents/officers . . . . . . . . . . . . . . . . . . . . . $36,000,000.00

4.  ABUSE OF DUE PROCESS
$2,000,000.00 (TWO MILLION) US Dollars  per occurrence  per agent or officer involved
3 occurrences  (vitiated process in ESIS Claim, No Administrative Remedy ESIS & MA Case - DISHONOR/STAY)
6 agents/officers . . . . . . . . . . . . . . . . . . . . . $36,000,000.00

5.  FREEDOM OR SPEECH
$2,000,000.00 (TWO MILLION) US Dollars  per occurrence  per agent or officer involved
1 occurrence (ESIS CL. Adj. did not like to be questioned on claims process, was rude, hung up on, and denied the syllogistic of how the claim would be evaluated and the appeal process)
1 agent . . . . . . . . . . . . . . . . . . . . . . . . .  $2,000,000.00

6.  DISRESPECT BY JUDGE OR OFFICER
$2,000,000.00 (TWO MILLION) US Dollar  per occurrence  per agent or officer involved
1 occurrence  see above
1 agent  see above . . . . . . . . . . . . . . . . . . . . $2,000,000.00

7.  THREAT, COERCION, DECEPTION, OR ATTEMPTED DECEPTION
$2,000,000.00 (TWO MILLION) US Dollars  per occurrence  per agent or officer involved
3 occurrence (ESIS CLAIM PROCESS, DENIAL OF ESIS APPEAL & MA CASE DISHONOR/STAY)
6 agents . . . . . . . . . . . . . . . . . . . . . . . .  $36,000,000.00

8.  CONSPIRACY
$2,000,000.00 (TWO MILLION) US Dollars  per occurrence  per agent or officer involved
3 occurrences (ESIS GM & MA Case Attry-Corporate capicity)
6 agents . . . . . . . . . . . . . . . . . . . . . . . .  $36,000,000.00

Private and Non-negotiable between parties
FORM: GM PROOF OF COMMERCIAL CLAIM
DEBTOR: GENERAL MOTORS CORPORATION
Creditors/Secured Parties: Barry-Henry: Spencer Junior & Tamika Nicole Scott

9.  AIDING AND ABETTING
$2,000,000.00 (TWO MILLION) US Dollars  per occurrence  per agent or officer involved
3 occurrences (ESIS, GM & MA Case Attrys)
9 agents . . .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . $54,000,000.00

10.  RACKETEERING
$2,000,000.00 (TWO MILLION) US Dollars  per occurrence  per agent or officer involved
see above . . .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . $54,000.000.00

11.  UNLAWFUL DISTRAINT OR ENCROACHMENT OF PUBLIC HAZARD BOND FOR INJURY AND DAMAGE
$5,000,000.00 (FIVE MILLION) US Dollars  per occurrence  per agent or officer involved
plus 18% annual interest  since reported to GM CEO  2005
3 occurrences (ESIS, GM & MA Attrys)
9 agents . . .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . $342,000,000.00

12.  DESTRUCTION, DEPRIVATION, CONCEALMENT, DEFACING, ALTERATION. OR THEFT OF PUBLIC HAZARD BOND
In addition to  aforementioned (Bond Value was concealed in violation of limited liability Insurance
fraud 15 USC, under the guise of being self insured)

13.  BREACH OF ANTECEDENT CONTRACT, TRUST AGREEMENT OR COMMERCIAL AGREEMENT
    occurrences (Constitution(s) State & Federal, color of statute staple law(s) State & Federal,
GM 's Manufacturer implied and/or expressed warranty of Merchanability          $12,000,000.00
                                                                                ─────────────
Commercial Assumpsit Debt to Creditor BARRY H. SPENCER JR  GRAND TOTAL          $682,000,000.00

8.    In good faith, I am willing to forgive majority of this
commercial assumpsit due to a liability withot a remedy when I was
injured and the further recalcitrant acts to added to the physical
and emotional scars. I'm willing to offer, that (3) Cadillac Trucks
fully equipted&(TV, CD-Movies, Music video games) are delivered to
Tamika N. Scott with one Title in her name in two in Mine. A Check
is Drafted in the Amount of $100,000.00 for Tamika N. Scott is sent
to her to exhaust her claim(s) (this will be Subtracted from the
$12,500,000.00) Ensure the Vehicles are insured for 7 years reason-
able corporate rate (I will provide names of other drivers for mine).
    The remainder of the money about $12,250,000.00 I would like to
invest $3,000,000.00 into GM by Stock dividend reinvestment. I then
want an escrow account made for $7,000,000.00 interest and bonds.
The remainder I want in an account bearing my name with access, I
would want two additional family members with access. Also in good
faith I would expect a check for $100,000.00 sent to me.

9.  For the record, this is my Proof of Claim and Proof of Commer-
cial DISHONOR, now if you want to accept my Good Faith offer I am
willing to end this matter here, however if there is a problem and
you wish to rehash or review the numbers we can start with the
original commercial assumpsit debt $682,000,000.00. **This** Notice is
in the nature of a Miranda Warning. Take due heed of its contents.

10. **Your** Failure to timely do so leaves you in the position of
accepting full responsibility for any and all liabilities for monetary
damages, as indicated herein, that I incur by any adversely affecting
injuries caused by your overt or covert actions or any of your fellow
officers or agents in this or any other relevant matters described

herein. You have ten (10) business days, from date received, to
respond to and rebut the presumptions of this contract by submitting
to me signed, certified, authenticated documents of the laws and/or
ESIS, GM policy, regulations that rebut these presumptions point
by point, On and for the Record under penalties of the law including
perjury.

11.  **For the record,** based upon the antecedent claim, contract,
trust agreement or commercial agreement that was void due to the
liability without remedy ALL General Motor Corporation officers,
officials, agents and servants are bonded to fidelity, and are
under ministerial duty. The  implication of a trust is the implica-
tion of every duty proper to a trust. Basicly, whoever is a fiduciary
or in conscience chargeable as a fiduciary is expected to live up to
them. Notibly, being fiduciaries, the ordinary rules of evidence are
reversed, you must obey the law. Also a ministerial officer is
liable for an injury done, where his acts are clearly against the law.

12.  **For the record,** notification of legal responsibility is the
first essential of due process of law. Silence can only be equated
with fraud where there is a legal or moral duty to speak or when an
inquiry left unanswered would be intentionally misleading. Any and
All other obligors/grantors who view this contract are obliged to
timely and fully answer or accept the contract offer.

13.  **The period for Debtors to respond to this offer of contract is
ten (10) days.** Any party or public official wishing to answer, respond,
refute, deny, object or protest any statement, term, declaration,
denial or provision in this presentment (UCC 3-501) must do so by
Lawful Protest within ten (10) days of the date of issuance or for-
ever lose all rights, titles, interests, and the opportunity to plead.
All such responses must be verified and have exhibits and factual
evidence in support annexed thereto.

14.  **Debtors may agree with this offer to contract, all statements,
terms, declarations, denials and provisions herein by remaining silent.**
Failure to timely respond to all such terms and provisions with which
Debtors disagree comprises Debtors' stipulation and confession jointly
and severally to acceptance of all statements, terms, declarations,
denials and provisions herein as facts, the whole truth, correct, and
fully binding on all parties.

15.  **This document serves as Notice of Fault** in the event Debtors
fail to timely respond.

16.  **Notice of Default shall be issued no sooner than three (3) three
days after Notice of Fault.** Default is final three (3) days after
Notice of Fault is issued. Default comprises Debtors consent jointly
and severally to be named as defendant(s) in various actions,
administrative, judicial or commercial.

17.  **Upon Default, all matters are settled res judicata and  stare
decisis.**

18.  **Default comprises an estoppel of all actions, administrative,**

judicial, by Debtors against Barry-Henry: Spencer Junior in attempt
to collect on said debt in the full amount herein assessed, and any
action the Debtor now reasonably relied on.

## DISCLAIMER

THE QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORILY LEGISLATIVELY CREATED CASE LAW
AND STATE AND FEDERAL STATUTES PURSUANT TO PL 88-244, DECEMBER 30, 1963, IS DONE
WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL
ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PARTIES

Notice to the principal is notice to all agents. Notice to an agent is notice
to all principals.

## VERIFICATION

**Commercial Oath & Perjury Jurat:** I, Barry-Henry: Spencer Junior, on
my Commercial Oath with unlimited liability proceeding in good faith,
Pursuant to Title 28, USC 1746(1) and executed "**without the United
States,**" affirm under the penalty of perjury under the laws of the
united States of America Republic, that the foregoing facts contained
herein are true, correct, and complete and not misleading to the best
of my belief and informed knowledge and furthis deponent saint not- "1"
affix my autograph, signature, and seal, at the end of this communication to all of
the above and below affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE
RIGHTS, WITHOUT PREJUDICE** to any of those rights.

**Dated:** On this 16th Day of November, two thousand Nine A.D.:

With Honor and Without Prejudice,

By: _____
Autograph: /s/ Barry-Henry: Spencer, Junior
Employee Identification number: XXXXXX472
Barry-Henry: Spencer, Junior, Sui Juris, Trustee, Bailor
Secured Party, Creditor, Beneficiary

Commonwealth of Massachusetts    }
                                 } ss
County of Middlesex              }

On this the _16_ day of _November_, _2005_ before me _Daniel Morse_, the undersigned _Notary Public_,
Personally appeared _Barry J Spencer_____, and proved to me through satisfactory evidence of identity,
which was _MA DOC Inmate ID_ to be the person whose name was signed in my presence, and who swore or affirmed to
me that the contents of the document are truthful and accurate to the best of his knowledge and belief

DANIEL D. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires on
March 6, 2015

Private and Non-negotable between parties
FORM: **GM proof of commercial claim**
DEBTOR: GENERAL MOTORS CORPORATION
Parties: Barry-Henry: Spencer Junior & Tamika-Nicole: Scott
Page 6 of 6

PROOF OF MAILING AND CONTENTS MAILED

I, Barry-Henry: Spencer Junior, do hereby certify and affirm that on
the date of November 16 , 2009, I caused a true and correct copy of:

Verified Proof of Claim For Commercial Dishonor Notice of Fault and
Opportunity To Cure

Affidavit of Tamika-Nicole: Scott

Affidavit of Barry-Henry: Spencer Junior

Motion For Writ of Attachment

Copy of RECALL NOTICE

GM ADMINISTRATIVE MESSAGE

LEGAL NOTICE AND DEMAND-International Tracking Number-RE 011-42-963 US

to be served on the party interested below by placing said document(s)
in an envelope addressed as follows:

> The Garden City Group
> Attn: Motors Liquidation Company Claims Processing
> P.O. Box 9386
> Dublin, Ohio  43017-4286

and then caused the sealed envelope to be deposited with the United
States Post Service, certified mail, return receipt requested, postage
prepaid, following ordinary business practices.

By the undersigns' full Commercial Liability, the it is certified
and affirmed the above is true, correct, complete and not misleading
to the best of his knowledge and belief.

Certified Mail Number:7008 1830 0004 5593 6429

By: Barry Henry: Spencer Junior
Barry-Henry: Spencer Junior
With Honor and Without Prejudice
Barry-Henry: Spencer Junior,
Sui Juris, Trustee, Bailor,
Secured Party





ACCORDING TO OUR RECORDS AS OF JUNE 4, 2005,
THE FOLLOWING OPEN RECALL(S) HAVE NOT BEEN
COMPLETED ON YOUR CADILLAC,
1G6EL12Y8VU604873.

04014    ENGINE FUEL RAIL - REPLACE



**Recall Service performed at no charge to owner.**

Dealer:
HERB CHAMBERS CADILLAC, INC.
101 CADILLAC AVENUE
PROVIDENCE RI 02907
(401) 467-6600

1G6EL12Y8VU604873
TAMIKA SCOTT
21 VESTA RD. APT. 1
DORCHESTER CENTER MA 02124-1641

00000119112

074161-3215



|||| |||

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO 21530    MILWAUKEE, WI

POSTAGE WILL BE PAID BY THE ADDRESSEE

**RECALL PROCESSING CENTER**
**P.O. BOX 909989**
**MILWAUKEE, WI 53209-9967**

 **ADMINISTRATIVE MESSAGE**

| | |
|---|---|
| **Message Author:** | Theresa Toccace/I/US/GM/GMC |
| **Template Type:** | Standard |
| **Author's Division/Department:** | VSSM |
| **Status:** | Forwarded |
| **Message Date:** | 09/30/2004 |
| **Message Number:** | VSU20040316 |

## Message Criteria/Information

| | |
|---|---|
| Dealer Recipient Criteria: | Cadillac Oldsmobile |
| Exclude BAC(s): | |
| Originating Dept: | SPO - Recalls, Joan Stone |
| Subject: | GMP04-165 - 04014C - Engine Fuel Rail - Replace |
| Actionable Item: | Action Required |
| Actionable Item Details: | Refer to Safety Recall Program #04014C. |
| Contact Person: (for Wholesale) | Name: Joan Stone    Phone: 810-606-4422 Email: Joan M. Stone/US/GM/GMC @ GM Fax: |
| Contact Person: (for Wholesale) | Name:    Phone: Email:    Fax: |
| Contact Person: (for Dealership) | Name: Joan Stone    Phone: 810-606-4422 Email: Joan M. Stone/US/GM/GMC @ GM Fax: |
| Contact Person: (for Dealership) | Name:    Phone: Email:    Fax: |
| Functional Role(s): (Recommended Distribution): | Parts Manager |

## Message Categorization Information

| | |
|---|---|
| Message Type: | GM Parts Bulletins & Information |
| Revision Reference: | |

## Message Retention

| | |
|---|---|
| Release Date: | 10/01/2004 |
| Archive Date: | 10/15/2004 |

**Dealer Salutation:** TO ALL CADILLAC AND OLDSMOBILE DEALERS

## DESCRIPTION:

### PRODUCT SAFETY RECALL #04014C – October 1, 2004

**This bulletin is being revised to add 1997 Cadillac model vehicles.  Please discard Safety Recall bulletin number 04014B, dated September 2004.**

- General Motors has decided that a defect which relates to motor vehicle safety exists in all 1995-1997 Cadillac De Ville Concours, Seville, Eldorado; 1996-1997 Cadillac De Ville; and 1995-1997 Oldsmobile Aurora model vehicles.  These vehicles have a condition in which the original equipment nylon tubing used in the fuel rail construction may degrade and crack.  Additionally, the 1995 Oldsmobile Aurora uses a unique underhood fuel return line that may crack at unusually high rates.  Cracking of the fuel rail or return line tubing can result in a fuel leak into the engine compartment.  The operator may experience fuel odor and possibly engine stalling due to loss of fuel pressure to the engine.  If this event were to occur, and if an ignition source were present, an

engine compartment fire could occur.
- Dealers will inspect and, if necessary, replace the engine fuel rail with a new stainless steel fuel rail. Dealers will also replace the chassis fuel lines on 1995 Oldsmobile Aurora model vehicles.
- Refer to Safety Recall Program # 04014C for further information.

**EFFECTIVE DATE:**
Initial owner mailing is scheduled to begin: October 8, 2004

**GENERAL INFORMATION:**
Parts Pre-Ship Information – For US

**Important:**   An initial supply of parts required to complete this recall will be pre-shipped to involved Dealers of record.   The pre-shipment for 1995 Cadillacs began the week of July 26, 2004.  The pre-shipment for 1996 Cadillacs began the week of August 30, 2004.  The pre-shipment for 1997 Cadillacs began the week of September 20, 2004.  The pre-shipment for 1996-97 Oldsmobiles began the week of May 24, 2004.  The pre-shipment for 1995 Oldsmobiles began the week of August 23, 2004.  All pre-shipments will be approximately 15% of each Dealer's involved vehicles.  Pre-shipped parts will be charged to Dealer's open parts account.

Additional parts, if required, are to be obtained from General Motors Service & Parts Operations (GMSPO). Please refer to your "involved vehicles listing" before ordering parts.  Normal orders should be placed on a DRO = Daily Replenishment Order.  In an emergency situation, parts should be ordered on a CSO = Customer Special Order.

| Part Number | Description | Quantity/Vehicle |
|---|---|---|
| 12583147 | Rail Kit, M/Port F/Injn Fuel (1995-96 Cadillac) | 1 |
| 17800051 | Seal Kit, M/Port F/Injr (1995 Cadillac) | 1 |
| 12583148 | Rail Kit, M/Port F/Injn Fuel (1997 Cadillac) | 1 |
| 17800053 | Seal Kit, M/Port F/Injr (1996-97 Cadillac) | 1 |
| 12583146 | Rail Kit, M/Port F/Injn Fuel (1995 Oldsmobile) | 1 |
| 17800050 | Seal Kit, M/Port F/Injr (1995 Oldsmobile) | 1 |
| 10384811 | Pipe Kit, F/Injn Fuel Feed & Rtn (1995 Oldsmobile) | 1 |
| 12583145 | Rail Kit, M/Port F/Injn Fuel (1996-97 Oldsmobile) | 1 |
| 17800052 | Seal Kit, M/Port F/Injr (1996-97 Oldsmobile) | 1 |
| 8919354 | Conduit, Plastic | 6 feet |
| 12345579 | Grease, Dielectric Silicone (1 oz.) | As needed |

**VSSM Library Fields**

☐ Do Not Send Message to VSSM Library

**Does This Document Require Action from a**   Information
**Field Rep?**

**Intended**          Area Parts Manager, Area Service Manager, Commercial Service Manager, Field Zone Manager,
**Audience(s):**      Fleet/Commercial Manager, Region-NC, Region-NE, Region-SC, Region-SE, Region-W, Regional Parts
                     Manager, Regional Service Manager, Regional Service Technical Manager, Regional Warranty Manager

**Involved Brand(s):**  Cadillac–DeVille, Cadillac–Eldorado, Cadillac–Seville, Oldsmobile–Aurora

**Document Type(s):**  Parts

**Expiration Date:**   10/15/2004

**Topic:**             GM Parts – K, O 1995/1996/1997 DeVille, Eldorado, Seville, Aurora Engine Fuel Rail

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,ss                                    SUPERIOR CIVIL COURT
                                             DOCKET No SUCV2005-02304

BARRY H  SPENCER, JR ,
TAMIKA N  SCOTT

      -VS-

GENERAL MOTORS

### AFFIDAVIT OF TAMIKA NICOLE SCOTT

I, Tamika Nicole Scott, hereby depose and state the following under oath &
under the pains and penalties of perjury·

1      I, Tamika Nicole Scott, am the plaintiff in this case,

2      I was accompanied by the other plaintiff, Barry H. Spencer Jr , to Expressway Motors
       on January 19 & 20, 2003, to purchase a 1997 Cadillac Eldorado Coupe, Green,
       Vin# 1G6EL12Y8U604873

3      Soon after purchasing the vehicle was I began to experience problems with the used
       vehicle   The vehicle began stalling and shutting off while driving public ways and roads

4      I called the salesman, Fernando Owens, who sold me the vehicle to express my concerns
       regarding the technical problems I was experiencing  I informed him the issues were
       hindering the safety of the vehicle, placing me, my unborn child, and my passengers at risk.
       They began to occur two-three weeks after the purchase date of January 20, 2003. Mr
       Owens asked that I bring the vehicle in for a maintenance check

5      After dropping off the vehicle I returned later to Expressway Motors to pick it up and find
       out what the problem was   Mr Owens informed me the vehicle had been inspected by the
       mechanics and nothing was found  He told me and my friend, Delicia Williamson, that if
       was trying to make an attempt to return the vehicle all sales were final  I informed Mr.
       Owens I was not trying to return the vehicle   I told him I just wanted whatever was
       happening to be fixed because it was a safety issue

6      In early February 2003 myself, and the other plaintiff, Barry H  Spencer Jr., were
       traveling down Dorchester Avenue   As I attempted to take a left turn and an intersection
       onto Talbolt Avenue, the vehicle completely shut down without warnings, we were coasting
       without any systems the steering locked up, the brakes, none of the lights worked  I
       frantically tried to get the car started by turning the ignition key out of fear of getting hit by
       the other moving vehicles in the flow of traffic

Scott Affidavit con                    2 of 3

7        On February 10th, 2003, Myself and plaintiff, Barry H Spencer, were traveling from
         my home on Vesta Road to his home on Parkview Street   While driving on a main
         highway, Blue Hill Avenue, the vehicle again shut off completely, as explained in par 6,
         this time we were in afternoon traffic one of the busiest streets in Dorchester,
         Massachusetts

8        I was reluctant to call the dealership after the system shutdown in early February for fear of
         being accused of trying to return the vehicle again.  I did not want any problems and felt as
         though the dealership was accusing me of wrongdoing  But, after the near death experience
         on the 10th, I mustered up the courage to call and spoke with the sales person, Fernando
         Owens, again regarding my safety, and defective issues going on with the vehicle  He told
         me to bring the vehicle in and it would be taken to a Cadillac Dealership for servicing

9        The Dealer, Expressway Motors, held the vehicle then took it to EZ AUTO SERVICE
         Center, later we found out the vehicle was never checked or serviced for the problems
         complained of regarding stalling, shutting off and or systems failure

10.      I was told again, by Fernando Owens, the vehicle was fine and I should not have any
         recurring problems with the vehicle

11       The plaintiff, Barry H Spencer, Jr., was utilizing the vehicle on July 11, 2003  On this date
         I received a phone call from a Medical Specialist in the Intensive Care Unit at Boston
         Medical Hospital  The call was to inform me that Mr Spencer had been seriously injured
         in a car accident

12       I was just relived to find out the plaintiff, Barry H. Spencer was alive  He told me the
         following several days later when he was conscious and could speak  He was traveling on
         American Legion Highway, and a car came out from the Franklin Park Zoo parking lot in
         front of him, he immediately went over to the left lane from the right lane to avoid an
         accident, where within seconds, he was hit from behind  He was hit from behind in the far
         left lane, went to the right lane, then went off the road, veered into a tree, and all the he
         while anxiously tried to regain control of the vehicle but it would respond, same as herein
         mentioned  He remembered trying to steer the car to remain on the road but it was useless,
         he was trapped inside a luxury coffin, before losing consciousness, he remember only
         seeing grass then a tree; after all he felt was the rear end of the vehicle raising  He stayed in
         the Hospital for 3 to 4 days with fractures to the sternum, ribs, pelvis, hands and knees,
         lacerated liver, extreme headaches with lost periods of time, notwithstanding having
         problems sitting and standing for long periods of time and other aches and pains consistent
         of an accident with major front end damage

13       Around December 2003 I received a recall letter from the General Motors Dealer, in which
         the car was originally sold, explaining the engine fuel rail needed to be replaced, on my
         vehicle, the notice stated the make, model, vehicle identification number & the nature of the
         problem

14      Upon doing some research and investigation I found there were numerous complaints like
mine regarding the fuel rail and car system shutdown   These safety violations have caused
me substantial emotional scarring, property loss, and loss of wages for support of me and
my child from the other defendant Mr Spencer, since the defendant, General Motors,
placed into the stream of commerce, a dangerous product by reason
of defects

        I hereby depose and state that all the facts herein are true to the best of my
Knowledge, signed under the pains and penalties of perjury


                                Tamika Nicole Scott

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,ss                                                    SUPERIOR CIVIL COURT
                                                              DOCKET No SUCV2005-02304

BARRY H SPENCER, JR ,
TAMIKA N SCOTT

        -VS-

GENERAL MOTORS


                        AFFIDAVIT OF BARRY H SPENCER, JR ,

        I, Barry H  Spencer, Jr , Hereby depose and state the following under oath&
Under the pains and penalties of perjury

1       I, Barry H  Spencer, Jr , am the plaintiff in this case,

2       I accompanied the other plaintiff, Tamika N  Scott, to Expressway Motors
        on January 19& 20, 2003, to purchase a 1997 Cadillac Eldorado Coupe, Green,
        Vin# 1G6EL12Y8U604873

3       I asked the other plaintiff, Tamika N  Scott, how the vehicle was driving and if she
        experienced any problems with the vehicle, since it was used and a 1997 model,
        She told me that the vehicle was stalling and shutting off while in usage while on
        Public ways and roads

4       I told her to call the Sales person, Fernando Owens, and express her concerns
        regarding the technical problems she was experiencing that was hindering
        the safety of the vehicle, placing her and my unborn child at risk, this was two-
        three weeks after the purchase date of January 20, 2003

5       I reminded her to call Expressway Motors since she told me the car shut off on
        Her again, she told me that the sales person, Fernando Owens, dismissed her
        concerns under the premise of believing she was trying to dissolve the sales'
        contract.

6       I offered to discuss the matter with Expressway Motors' sales person or Manager
        since I was very concerned of my familys'safety due to the vehicle stalling and
        shutting off  while min usage, she said she'll handle the talking to the Dealer,
        Expressway Motors

Spencer Affidavit con                    2 of 3

7    In early February 2003 Myself and the other plaintiff, Tamika N Scott, were
     Traveling down Dorchester Avenue turning onto Talbolt Avenue, the vehicle

     completely shut down without warnings, we were coasting without any systems the steering
     locked up, the brakes, none of the lights worked, we were as a fish out of water-DEAD

8    I again expressed to Tamika that this problem could not be avoided and was extremely
     serious and dangerous and the Dealer should be made aware of the problem

9    On February 10th, 2003, Myself and plaintiff, Tamika N Scott, were traveling from
     her home on Vesta Road to my home on Parkview Street, proceeding along Blue Hill
     Avenue when the vehicle again shut off completely, as explained in par 7, this time
     we were in afternoon traffic one of the busiest streets in Dorchester, Massachusetts

10   After the near helplessness& near death experience I had enough I explained to the other
     Plaintiff, Tamika N. Scott, if she did not return the car for servicing, I will personally
     with some choice words regarding the safety of the vehicle and my feels of placing
     my family at risk with a defective product.

11   The plaintiff, Tamika N. Scott, called the next day and spoken with the sales person
     regarding the safety and haphazardness of the vehicle, she told me that the vehicle
     will be taken to a Cadillac Dealer for servicing regarding the complaints she expressed
     to the sales person

12   The Dealer, Expressway Motors, held the vehicle then taken it to EZ AUTO SERVICE
     Center, (later we found out the vehicle was never checked or serviced for the actual
     Problems complained of regarding stalling, shutting off and or systems failure

13   The plaintiff, Tamika N. Scott, told me she was told the vehicle was fine and that
     She should not have any reoccurring problems involving the vehicle

14   While the plaintiff, Barry H Spencer, Jr , was utilizing the vehicle on July 11, 2003,
     I was traveling on American Legion Highway, a car came out from the Franklin Park
     Zoo opening in front of me; I immediately went over to the left lane from the right
     lane to avoid an accident, where within seconds, I was hit from behind

15.  I was hit from behind in the far left lane, went to the right lane, then went off the road
     and veered into a tree, all the while anxiously trying to regain control of a vehicle that
     had not or would respond, same as herein mentioned

16   I remember trying to steer the car to remain on the road but it was useless, I was trapped
     inside a luxury coffin, before losing consciousness, I remember only seeing grass then
     a tree, after all I felt was the rear end of the vehicle raising

17   I awoken to the voices of two men yelling to each other about trying to get me out,
     I felt hands taking me out of the vehicle, while I was gasping for air my whole chest
     was sore and on fire; I was in so much pain I couldn't be moved to far.

Spencer affidavit con                3 of 3

18    I was taken by ambulance to Boston Medical Center while going in and out of
       consciousness, all I remember was the paramedics telling me to stay awake while poking
       and probing, for breaks and pain all over

19    I stayed in the Hospital for 3 to 4 days with fractures to the sternum, ribs, pelvis,
       hands and knees, lacerated liver, extreme headaches with lost periods of time,
       notwithstanding having problems sitting and standing for long periods of time and the other
       aches and pains consistent of an accident with major front end damage

20    Around December 2003 the plaintiff, Tamika N Scott, received a recall letter from a
       General Motors Dealer explaining that the engine fuel rail needed to be replaced, on her
       Vehicle, the notice stated the make, model, vin# & the nature of the problem

21    I did some research on the matter in December 2003 thru December 2004, I made
       numerous calls to Cadillac's' service center to enquire about what sort of problems
       that may occur due to not replacing the engine fuel rail, the service center stated that
       it will fix the problem and didn't want to answer questions regarding the symptoms
       the vehicle will have if the part was not replaced, when I asked about stalling or shutting-
       off the representive hung up

22    To try to make it simple I offered an analogy that a fuel rail effects the circulation
       of the fuel, if the fuel doesn't circulate same as the blood in a human, then the body of the
       car or person is dead in the water.

23    It was apparent that the car was defective so I wrote the defendant, General Motors, to
       inform them of my intent to sue due to product liability, negligence and warranty
24    violations whish has caused me substantial mental& bodily injuries, since the defendant,
       General Motors, placed into the stream of commerce, a dangerous product by reason
       of defects

       I hereby depose and state that all the facts herein are true to the best of my
Knowledge, signed under the pains and penalties of perjury


                                   Barry H. Spencer, Jr ,

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Sylvester-Richard Spencer
Care of Post Office Box 191128
Roxbury, Massachusetts Republic
near [02119]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 200972913148 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7c and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party | ☐ DELETE name: Give record name to be deleted in item 6a or 6b | ☐ ADD name: Complete item 7a or 7b and also item 7c; also complete items 7e-7g (if applicable) |

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

BARRY HENRY SPENCER JR. ORGANIZATION, TRADE NAME, TRADEMARK, DEBTOR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| POST OFFICE BOX 191128 | Roxbury | Ma | [02119] | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | 094372 No 5407 ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☑ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All Debtor's Collateral described in the MASSCHUSETTS UCC FINANCING STATEMENT COLLATERAL
ASSIGNMENT Political Status annexed to this Financing Statement incorporated by reference herein

Secured Party - Butler Authorized Representative Principle Sentient Soul Man Grantor Trustee's autograph

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a DEBTOR, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Spencer | Barry | Henry | Junior |

10. OPTIONAL FILER REFERENCE DATA

DEBTOR BARRY HENRY SPENCER Secured Party Barry-Henry Spencer

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

MASSACHUSETTS UCC FINANCING STATEMENT
COLLATERAL ASSIGNMENT SCHEDULE A

DEBTOR  BARRY HENRY SPENCER  JR
Secured Party  Barry-Henry  Spencer, Junior

This filing is an entry for the Collateral Record Owner, Barry-Henry  Spencer, Junior, on this 13th day of August , 2009  This is an Actual and Constructive Notice that all of Debtor's interest now held or hereafter acquire is hereby accepted as collateral for securing contractual obligation in favor of the Secured Party as detailed in a true, correct, complete notarized Commercial Security Agreement # BHSJR05062009-SA01 in the possession of the Secured Party, inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transactions  identified in security agreement referenced above

Per the security agreement contract  the above Secured Party  a living man, hereby duly gives notice of claim to

(1)  Party all presently existing or hereafter arising  now owned or hereafter acquired accounts bank accounts, Secured Abandon Funds from all accounts, accounts receivable, contract rights chattel paper, documents, inventory, instruments, equipment(s), reserves, reserve accounts, rebates and general intangibles, and all books and records pertaining to accounts, and all proceeds of the foregoing property   NOTICE  In accordance with USC - Property - This is the entry of the Debtor in the Commercial Registry as a Transmitting Utility  the property hereby registered in the same as Public Notice of a Commercial Transaction,

(2) all right, interest and title in bond(s) or equitable exemptions, credits or other remedies created and or secured pursuant to title in STATE OF MASSACHUSETTS, County of Suffolk Certificate of Birth # 094252 No  8407 and the pledge represented by same  not limited to the pignus hypotheca  hereditiments  res  the energy and all products derived therefrom  and all signatures on all contracts and agreements predicated on the legal entity described above as Debtor  nunc pro tunc to the date of creation

(3) all right, interest and title in the bond(s) behind Certificate of Birth #094252 No  8407  which represents the pre-paid financing on any and all activities of Debtor  nunc pro tunc to date of inception

(4)  all right  interest and title in any and all indentures  debentures and bonds of Debtor, nunc pro tunc to the date of creation  The Secured Party further claims all right  interest and title in all of the Debtor's titled and non-titled interests in assets  possessions  property  resources and licenses  etc , equitable exemptions  credits or other remedies created and or secured including but not limited to  STATE OF MASSACHUSETTS DRIVER LICENSE # ████████ any and all funds due to the Debtor from the Debtor's Social Security contract identified by account number ████████ (OR) representing pre-paid financing - exempt from levy

(5) all rights  title and interest in any and all indentures  debentures and bonds of DEBTOR's titled and non-titled interests in assets

ASSCHUMP UCC FINANCING STATEMENT
COLLATERAL ASSIGNMENT SCHEDULE A

(6) all rights title and interest in any and all indentures debentures and bonds of bonds and notes numbered
        BHSJR10001PN-BHSJR99999PN  BHSJR 10001BD- BHSJR 99999BD,
        BHSJR 10001CT- BHSJR 99999CT

(7) all right interest and title in any and all indentures, debentures and bonds of Debtor Contract Trust Account Tracking Number  RE 504 191 159 US,

(8) Debtor BARRY HENRY SPENCER, JR, ORGANIZATION, TRADE NAME, TRADEMARK, DEBTOR, nunc pro tunc, but not limited to all Capitalized Names  BARRY HENRY SPENCER, JR, SPENCER BARRY HENRY, Jr , B H SPENCER, Jr  and any and all derivatives or juristic names which means an abstract, legal entity eng legis  such as a corporation, created by construct of law and all contracts agreements and signatures and/or endorsements,

(9) all right interest and title in any and all indentures debentures and bonds of any and all commercial activities of DEBTOR,

(10) all proceeds, products, baggage, accounts, fixtures, and the orders therefrom are released to the Debtor to serve as collateral for the Creditor Secured Party's benefit,

The Secured Party's claim to a security interest in all of the right, interest and title in all of the Debtor's titled and non-titled interests in assets, possessions, property, resources and licenses, etc , is validated and confirmed by private contract and a duly executed security agreement  Said private contract and security agreement gives the Secured Party a total assignment of all of the Debtor's assets possessions property resources and licenses etc  The security interest claimed by the Secured Party does not imply or represent any type of surety or obligation  by the Secured Party  for the Debtor's actions or obligations  Any challenge to the herein noticed claim is required to be presented to the twelve justices of the Constitutional County Court of Record for the People at the county of Suffolk Massachusetts  for a determination of the merits of said challenge pursuant to the common law

All property is Accepted for Value and Exempt from Levy

This is done in full in accord with Public Law found at Chapter 48, 48 Stat  112  Public Policy found at House Joint Resolution 192 of June 5,1933  Public Law found at 73-10, the Uniform Commercial Codes  and Massachusetts General Law found at Chapter 106

All Rights Reserved

*BARRY HENRY SPENCER Jr*
BARRY HENRY SPENCER  JR  DEBTOR

*Barry-Henry Spencer Junior*
Barry-Henry  Spencer  Junior  Secured
Party  Sovereign  Grantor  Bailor  Living
Principle  Trustee  Authorized Representative

DEBTOR  BARRY HENRY SPENCER  JR    Secured Parties  Barry-Henry  Spencer  Junior
Page 2 of 2

EMPLOYER IDENTIFICATION NUMBER ~~~~ - PRIORITY LIEN PT/BOND NUMBER ( ~~ Priv )el
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

International Registered Private Tracking Number - RE 011-42-963 US
UCC-1 Filed in MASSACHUSETTS   Secured Transaction Registry Number- 200972913140



### ATTENTION AND WARNING!
### THIS IS A LEGAL NOTICE AND DEMAND

FIAT JUSTITIA, RUAT COELUM

*(Let right be done though the heavens should fall)*

NON WAR POWERS

ANTI FLAG

**To:** All State Federal and International Public Officials, by and through
MASSACHUSETTS SECRETARY OF STATE WILLIAM FRANCIS GALVIN
TAKE NOTICE IGNORANCE OF THE LAW IS NO EXCUSE
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

I do not wish to speak to you under any circumstances excluding federal judicial review

### THIS TITLE IS FOR YOUR PROTECTION!

(1)   I, one Barry-Henry Spencer, Junior [Freeman] the undersigned, herein request that you present anything that you say to me in writing signed under penalty of perjury as required by your law as shown in this instrument  Notice to Agent is Notice to Principal  Notice to Principal is Notice to Agent Attachments are included and are part of this contract

(2)   This Notice is in the nature of a Miranda Warning  Take due heed of its contents  If for any reason you do not understand any of these statements or warnings  it is incumbent upon you to summon a superior officer  special prosecutor  federal judge  or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, formal  notarized  registered Statute Staple Securities Instrument  As per Title 11 USC 501(a) 502(a)  11 USC 7001  7013, and Federal Rules of Civil Procedure Sections 8-A, AND 13-A the claim or presumption that I, Barry-Henry Spencer Junior  am a Debtor to the 'UNITED STATES' or any of its agencies or sub-corporations is forever rebutted by this contract  This rebuttal is a counterclaim in Admiralty

(3)   Your Failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for monetary damages  as indicated herein  that I incur by any adversely affecting injuries caused by your overt or covert actions  or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein  You have thirty (30) days  from the date that this document is received by the Clerk of the Public Record  to respond and rebut the presumptions of this contract by submitting to me signed  certified  authenticated documents of the laws that rebut

EMPLOYER IDENTIFICATION NUMBER ▓▓▓▓ -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

(7) **By** this record let it be known that I do not at any time waive any rights or protections as acknowledged by the aforementioned Constitution and /or Honorable "Bill of Rights," nonetheless, demanding that you protect these as you swore an oath to do so I accept your lawfully required Oath of Office, bonds of any type, insurance policies, and property of any type for my protection and making whole

*Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office, or you shall henceforth be accountable for monetary damages from, but not limited to your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions*

(8) Note A true and correct, notarized copy of this **Statute Staple Securities Instrument** is safely *deposited in the Massachusetts Secretary of State UCC office and\or the Register of Deeds Office in Suffolk County, Massachusetts* This security instrument has also been delivered to several trusted friends and accompanied by sworn affidavits certifying my policy of presenting this security instrument to each and every public officer who approaches me violating my unalienable rights including, but not limited to, my right of liberty and free movement upon any common pathway of travel I have a lawful right to travel, by whatever means, via land, sea, or air, without any officer, agent employee attorney, *or judge willfully causing adverse affects or damages upon me by an arrest, detainment, restraint, or deprivation* I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat by all customs officials This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon me as caused by your acts under color of law with you, your officers, and employees
**Take note** You are now monetarily liable in your personal and corporate capacity I, Barry Henry *Spencer Junior [Freeman], the undersigned a Sovereign notwithstanding anything contrary* abide by all laws in accordance with the aforementioned Constitution and Honorable "Bill of Rights which are applicable to Sovereigns **I**, Barry-Henry Spencer Junior wish no harm to any man You agree by *your non-response to uphold my "Right to Travel"* or you must rebut my presumption by lawfully documented evidence in law On and For the Record, Under Oath and penalty of perjury, within the thirty (30) days as aforementioned in this Admiralty Contract

(9) **BE WARNED, NOTICED, AND ADVISED** that I rely upon, in addition to constitutional limits of the "Constitution for the united States of America' and/or the Honorable "Bill of Rights," governmental authority, the rights and protections guaranteed under Uniform Commercial Codes, common equity law, laws of admiralty, and commercial liens and levies pursuant to but not limited, to Title 42 (Civil Rights), Title 18 U S C A .(Criminal Codes), Title 28 U S C A (Civil Codes), and additional MASSACHUSETTS *constitution penal codes in as much as they are in compliance with the aforementioned Constitution* and/or "Bill of Rights This e can be no violation of any of these laws unless this e is a victim consisting of a natural flesh and blood man who has been damaged When this e is no victim this e is no crime or law broken Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met you or any representative in any capacity of any agency government corporation or the like agree to abide by this contract anytime that you interact with me

EMPLOYER IDENTIFICATION NUMBER ▆▆▆▆ –PRIORITY EXEMPT/BOND NUMBER  (Will Provide
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

these presumptions point by point, On and For the Record under penalties of the law including perjury This document will be on file in the public record, and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, i e , officers of the court, and /or law enforcement officers including local  state, federal, international multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether  civil or criminal or other  , against me, and whether  in this county, state, region, area, country, corporation, federal zone, or in any venue and/or jurisdiction Your failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein Your presumptions that I, the undersigned, am a "Corporate Fiction" or 'Legal Entity" and under your corporate "UNITED STATES" jurisdiction are now and forever rebutted


(4) I, the undersigned  tendering this document, am a Private People of Posterity, a Sovereign Personam Sojourn, by fact, not a 14th amendment citizen or surety within, or subject for  or allegiance to, your corporate "UNITED STATES", or to any de facto, compact, corporate  commercial states contracting therein, only to the "united States of America," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having one supreme court and United States Court of International Trade  This is a matter of public record, tendered by way of  registered mail or hand to MASSACHUSETTS SECRETARY OF STATE

These pages are to be recorded upon a liber records and books and page by officer(s) or clerk(s) or agent(s) bv way of UCC FINANCING STATEMENT check box number 6 in Register of Deeds Offices including  but not limited to SUFFOLK  COUNTY and MIDDLESEX, ESSEX, NORFOLK WORCHESTER, HAMPDEN, HAMPHIRE, FRANKLIN, BERKSHIRE, BRISTOL, PLYMOUNTH, BARNSTABLE, DUKES, and NANTUCKET COUNTIES, also by request of the Barry-Henry Spencer, Junior and\or representative of Barry-Henry Spencer, Junior

(5) I, the undersigned, now tendering this legally binding Legal Notice and Demand  in hand am not a surety under your jurisdiction nor a subject under your corporate veil " Color of Law Venue  " being acknowledged  by  silence  and  acquiescence  of  WILLIAM  FRANCIS  GALVIN  respectfully MASSACHUSETTS SECRETARY OF STATE, also but not limited to any public officers  agents, contractors, assigns  employees, and subsidiaries of your office  regarding my Legal Notice and Demand tendered by registered mail  or hand with MASSACHUSETTS SECRETARY OF STATE UCC FINANCING STATEMENT and\or liber book number and page affixed


(6) **Which** silence of Corporate Office SECRETARY OF STATE ratifies severances of any nexus or relationship to de facto, corporate, commercial state offices, being fraudulent conveyance by operating under " Color of Authority" upon affiant  Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women  I do not consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America" and /or all of the amendments of the Honorable 'Bill of Rights ' whether  of my dwellings, cars  land crafts, watercrafts  aircrafts, me, mine  current location, property, hotel rooms, apartments, business records, businesses, or my machinery, vehicles equipment(s)  supplies, buildings  grounds, land in my private possession or control  past, present and future, now and forevermore  so help you God

I, Barry-Henry Spencer, Junior [Freemen] the undersigned, am of lawful majority age clear head, and sound mind

(10) **Remember,** you took a solemn binding oath to protect and defend the original "Constitution for the united States of America" (1787) adopted circa 1791 Violations of said oath is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor, infra, 13, 14 & 15 I accept said Oath of Office that you have sworn to uphold I declare that any and all presumptions that I am citizen, subject, resident, participant, legal entity, strawman, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS SUBSIDIARIES are now and forever rebutted You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by MASSACHUSETTS states attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution You have thirty (30) days to rebut my statements as indicated herein, or my statements will stand as true, lawful and legal in all of your courts and/or hearings

(11) **This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collection Practices Act These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate my rights or allow violations by others Your corporate commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence

(12) **The** liability is upon you, and/or your respondent superior, and upon others including any and all local state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons of the foregoing involved directly or indirectly with you via any nexus acting with you, and said liability shall be satisfied jointly and/or severally at my discretion You are sworn to your Oath of Office and I accept your Oath of Office and your responsibility to uphold the rights of me and mine at all times

EMPLOYER IDENTIFICATION NUMBER ▉▉▉▉ -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

# BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE.

(13)  **Unlawful Arrest Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass without a lawful, correct, and complete 4th amendment warrant** $2,000,000 00 (Two Million) US Dollars, per occurrence, per officer, or agent involved

**Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U S C A , §241 and §242, or definitions contained herein $2,000 000 00 (Two Million) US Dollars, per occurrence per officer, or agent involved

**Assault or Assault and Battery without Weapon** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer or agent involved

**Assault or Assault and Battery with Weapon** $3,000,000 00 (Three Million) US Dollars, per occurrence, per officer, or agent involved

**Unfounded Accusations by Officers of the Court, or Unlawful Determination** $2,000 000 00 (Two Million) US Dollars, per occurrence, per officer, or agent involved

(14)  **Denial and/or Abuse of Due Process** $2,000,000 00 (Two Million) US Dollars, per occurrence, per officer, or agent involved

**Obstruction of Justice** $2,000 000 00 (Two Million) US Dollars, per occurrence per officer or agent involved

**Unlawful Distraint, Unlawful Detainer, or False Imprisonment** $5,000 000 00 (Five Million) US Dollars per day, per occurrence per officer or agent involved, plus 18% annual interest

**Reckless Endangerment Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained** $2 000 000 00 (Two Million) US Dollars per occurrence, per officer, or agent involved

**Counterfeiting Statute Staple Securities Instruments** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer or agent involved

(15) **Unlawful Detention or Incarceration** $2 000,000 00 (Two Million) US Dollars per day per occurrence, per officer, or agent involved

**Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason** $2,000,000 00 (Two Million) US Dollars per day, per occurrence, per officer, or agent involved

**Disrespect by a Judge or Officer of the Court** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer, or agent involved

**Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer, or agent involved

**Unnecessary Restraint** $2,000,000 00 (Two Million) US Dollars, per occurrence per officer, or agent involved

**Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights"** $2,000,000 00 (Two Million) US Dollars per day of confinement to be prorated by the hour as per Traficant vs Florida, per occurrence, per officer, per agent involved

**Coercion or Attempted Coercion of the Natural Man to take responsibility for the Corporate Strawman against the Natural Man Secured Party's Will** $2,000,000 00 Two Million US Dollars per occurrence, per officer or agent involved

**The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Natural Man Secured Party by any agency** $2,000,000 00 (Two Million) US Dollars per occurrence, and $100,000 00 (One Hundred Thousand) US Dollars per day penalty until liens levies, impoundments and/or garnishments are ended and all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest upon the Secured Party s declared value of property

**Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft of Property** including buildings structures, equipment(s) furniture(s), fixtures and supplies belonging to the Natural Man Secured Party will incur a penalty of total new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation delivery, set up, assembly, installation tips and fees, permits, replacement of computer information and data computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type like kind and/or quality and quantity as affected items The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete accurate and uncontestable by the agency or representative this eof that caused such action In addition to the aforementioned cost this e will be a $200 000 00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full beginning on the first day after the incident as provided by this contract

EMPLOYER IDENTIFICATION NUMBER ▩▩▩▩ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

# CAVEAT

(16) **The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or *any* combination this thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration The aforementioned Constitution and/or the Honorable "Bill of Rights" establish jurisdiction for you in your normal course of business All violations against me, the undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me

(17) **By** your actions, you shall lack recourse for all claims of immunity in *any* forum Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights This **Statute Staple Securities Instrument** exhausts all state maritime article 1 administrative jurisdictions and protects my Article III court remedies including but not limited to Title 42 U S C A, Title 18 U S C A Title 28 U S C A , and Title 18 U S C ,§ 242

# IGNORANCE OF THE LAW IS NO EXCUSE!

(18) I, one Barry-Henry Spencer, Junior [Freeman], the undersigned, am the principal, and you are the agent! Fail not to adhere to your oath, *lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "**Good Faith (Oxford) Doctrine**" by my conclusive Honorable "Bill of Rights "*

(19) This **Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from me against my will by threats, duress, coercion fraud or without my express written consent of waiver None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone The statements contained herein are to notice any persons, whether real or corporate of their potential personal civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787 adopted circa 1791 and/or the Honorable "Bill of Rights " A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to *any* public or private officer attempting to violate me and my rights It is noted on the record that by implication of said presentment, this notice has been tendered by way of registered mail or by hand to MASSACHUSETTS SECRETARY OF STATE SECRETARY OF STATE WILLIAM FRANCIS GALVIN This is prima facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity jointly and severally for each and all governmental, political, and corporate bodies Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U S C A § 1746 This document is now on record in the MASSACHUSETTS SECRETARY of STATE UCC office and\or the Register of Deeds Office in SUFFOLK COUNTY, MASSACHUSETTS, supra

EMPLOYER IDENTIFICATION NUMBER ⬛⬛⬛⬛ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

# SUMMATION

(20) Should you move against me in defiance of this presentment, this e is no immunity from prosecution available to you or to any of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or any other persons who become involved in the instant actions, or any future actions, against me by way of aiding and abetting   Take due heed and govern yourself accordingly   Any or all documents tendered to me, lacking bona fide ink signatures or dates per title 18 U S C A § 513-514, are counterfeit security instruments causing you to be liable in your corporate and individual capacity by fraudulent conveyance now and forevermore   If and when you cause any injury and/or damages to the Natural Man Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Natural Man Secured Party, surrender, including but not limited to, any and all bonds  public and/or corporate insurance policies  and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man Secured Party   This applies to any and all agents, or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(21) This document cannot be retracted by *any* employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man Secured Party on this registered document, for one hundred years from date on this legally binding **Statute Staple Securities Instrument**

**Attention**  All Agents, Representatives or Officers, or such as, of the "UNITED STATES" or its subdivisions including local state federal and/or international or multinational governments, corporations agencies, and the like  You have thirty (30) days to rebut any portion of this document or you stand in total agreement  Non response is agreement  Partial response is agreement  Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed  This documentation must be provided under penalty of perjury  **Notice to Agent is Notice to Principal  Notice to Principal is Notice to Agent  Ignorance of the law is no excuse**

(22) **All** other corporations including but not limited to telephone companies  cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all other  s including  all persons  are bound by all paragraphs, terms  and conditions herein regardless of nature of limited liability corporations or affiliations as 'DBA's '  "AKA s," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree

EMPLOYER IDENTIFICATION NUMBER ████████ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

**(23)** **YOU ARE NOTICED** having been given knowledge of the law and your personal financial liability in event of *any* violations of my rights and/or being  This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith, notice, and grace

**(24)** Dated this ⎺⎺⎺⎺ day of ⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺⎺, in the year of our Lord, two thousand nine  This contract being of honor is presented under the **"Good Faith (Oxford) Doctrine."** I accept the Oath of Office of all officers of the court, including but not limited to the clerk of the court, all judges and attorneys from all jurisdictions, all local, state, federal, international law enforcement officers, and *all agents of the "UNITED STATES" or any subdivisions thereof*

**(25)** *Any agent, law enforcement officer, employee, contractor, representative or the like of the "UNITED STATES"* or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME  FOR ANY REASON  ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION  Violation of this notice will be considered criminal trespass and will be subject to a $2,000 000 00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator

**(26)** **Attention**  Any and all lending institutions, brokerage firms, credit unions  depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein  You have now been notified of the law as to your corporate and individual financial liability in the event of any violations upon the rights and/or being of Barry-Henry  Spencer, Junior  This **Statute Staple Securities Instrument** constitutes timely and sufficient warning by Good Faith Notice of your liability *regardless of your political affirmations*  All penalties contained herein will be subject to a penalty increase of one million dollars per day, plus interest, while this e is any unpaid balance for the first thirty (30) days after default of payment  This penalty will increase by 10% per each day until balance is paid in full  plus 18% annual interest  beginning on the thirty- first (31st) day after default of payment  All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are  999 fine silver or equivalent par value if paid in legal tender or fiat paper money  Par value will be determined by the value established by a one troy ounce  999 fine silver coin at the US MINT  or by law  whichever is higher value at the time of the incident  Any dispute over the par value will be decided by the Secured Party, or his designee  All definitions in Attachment 'B' are included as a part of this contract and will be applied as written herein  Any dispute of any definition will be decided by the Secured Party  There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America"  If any contradiction is found, the meaning will be determined by the Secured Party  Definitions as they apply to this contract are enclosed in Attachment "B" and are included as a legal part of this contract  Property as listed in this contract are enclosed in Attachment 'A' and are included as part of this contract

LS ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Barry-Henry  Spencer  Junior  Secured Party Creditor

EMPLOYER IDENTIFICATION NUMBER ~~██████~~ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

**Name** Barry-Henry Spencer, Junior, **Secured Party Creditor**

**Country** The "united States of America"

*All property belonging to the Debtor belongs to the Secured Party* **See Attachment "A "**

(27) **Pursuant** to Title 18 U S C , chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years or both, and shall forfeit his office and shall be disqualified from holding any office under the United States " After thirty (30) calendar days, you may not rebut this contract

(28) **SUBSCRIBED AND AFFIRMED** On this _13_ day of _August_, 2009 AD before me the undersigned Notary Public, personally appeared Barry-Henry Spencer, Junior, known to me or proved to me through satisfactory evidence of identification, which were _MA DOC Inmate #_ be the man whose name is subscribed on this **Statute Staple Securities Instrument** and attached documents in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief Witnessed by my hand and official stamp, signed, sealed, and delivered by hand or by private, registered, or certified mail, drafted by the above Secured Party Creditor with attached property description

## NOTICE

*Using a notary on this document does not constitute any adhesion, nor does it alter my status in any matter The purpose for the notary is verification and identification only and not for entrance into any foreign United States Jurisdiction*

Witnessed my hand and official seal

*Jurat* ξ

_____
Notary Public

Commission Expires

_____    __

ξ County of _Middlesex_

ξ

ξ State of Massachusetts

Date _August 13, 2009_

DANIEL D MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 5, 2015

EMPLOYER IDENTIFICATION NUMBER 026563472 –PRIOFITY EXEMPT/BOND NUMBER  (Will Provide)

NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS

LEGAL NOTICE AND DEMAND

LS _____

First Witness

LS _____                          SEAL

Second Witness

Private and Non-negotiable between parties

FORM  LEGAL NOTICE AND DEMAND  DEBTOR  BARRY HENRY SPENCER  JR        Trustee/Secured Parties  Barry-Henry  Spencer  Junior

Page 11 of 28

EMPLOYER IDENTIFICATION NUMBER 0265 3472 –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

## VERIFICATION

**Perjury Jurat**  Pursuant to Title 28, USC 1746(1) and executed "<u>without the United States</u>" "I" Barry-Henry Spencer, Junior Sur Juris, affirm under penalty of perjury under the laws of the united States of America Republic, that the foregoing is true and correct to the best of my belief and informed knowledge and furthis deponent saint not '1' affix my autograph, signature, and seal, at the end of this communication to all of the above and below affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE** to any of those rights

**Dated**  On this  13th  Day of  August , Two Thousand Nine A D

With Honor and Without Prejudice,

By
Autograph  (s/  Barry-Henry  Spencer  Junior
Employee Identification Number 0265634/2
Barry-Henry Spencer Junior, Sui Juris Trustee Bailor
Secured Party, Creditor Beneficiary

Private and Non negotiable between parties

FORM  LEGAL NOTICE AND DEMAND  DEBTOR BARRY HENRY SPENCER  JR        Trustee/Secured Parties  Barry-Henry  Spencer  Junior
Page 12 of 28

EMPLOYER IDENTIFICATION NUMBER ████████    PRIORITY EXEMPT/BOND NUMBER (Will Provide)

NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICIAPAL IS NOTICE TO THE AGENTS

LEGAL NOTICE AND DEMAND

## ATTACHMENT "A" – PROPERTY LIST

ALL PROPERTY BELONGING TO THE DEBTOR BELONGS TO THE SECURED PARTY  DEBTOR IS A TRANSMITTING UTILITY  DEBTOR IS A TRUST  SEE THE FULL PROPERTY LIST IN THE  LEGAL NOTICE AND DEMAND" ON FILE AT THE REGISTER OF DEEDS OFFICE, SUFFOLK  MASSACHUSETTS  ALL OF THE FOLLOWING PROPERTY BELONGS TO THE NATURAL MAN, SECURED PARTY AS INDICATED HEREIN  THIS PROPERTY INCLUDES BUT IS NOT LIMITED TO THE FOLLOWING

1   All proceeds from Secured Party s labor from every source, from products, accounts, fixtures  crops, mine head, wellhead, and transmitting utilities, etc ,

2   All rents, wages, and income from every source,

3   All land in which Debtor has an interest, including the soil itself, all minerals atop or beneath the soil surface  all air rights, all waters on or in the soil or land surface such as a lake or pond  within the land boundaries,

4   All real property and all documents involving all real property in which Debtor has an interest, including all buildings  structures  fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above,

5   All cottages  cabins, houses, mansions  and buildings of whatever type and wherever located,

6   All bank accounts  foreign  and domestic  bank  safety  deposit boxes and the contents therein  personal security codes, passwords, and the like associated therewith  credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts  retirement plan accounts  stocks  bonds, securities and benefits from trusts

7   All inventory from any source,

8   All machinery, either farm or industrial, all mechanical tools, construction tools, tools of trade,

9   All boats, yachts, and watercraft, and all equipment  accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia  all motors, engines, ancillary equipment  accessories, parts, tools  instruments  electronic equipment, navigation aids  service equipment, lubricants, fuels  and fuel additives,

10   All aircraft, gliders  balloons and all equipment  accoutrements  baggage, and cargo affixed or pertaining thereto or stowed therein  inter alia  all motors  engines, ancillary equipment  accessories  parts  tools  instruments  electronic equipment  navigation aids  service equipment  lubricants  fuels  and fuel additives,

11   All motor homes, trailers  mobile homes  recreational vehicles  houses, cargo  and travel trailers  and all equipment, accoutrements  baggage, and cargo affixed or pertaining thereto or stowed therein  inter alia  all ancillary equipment  accessories  parts  service equipment  lubricants  fuels  and fuel additives

12   All animals and all farm livestock  and all things required for the care, feeding  use  transportation, and husbandry thereof

13   All pets  including cats  dogs  birds  fish  or whatever other of the animal kingdom has been gifted or otherwise acquired  whether kept indoors or outdoors  with all  fixtures  vehicles  and housings required for their protection  feeding  care  transportation  shelter  and whatever other needs may arise

14   All vehicles  autos  trucks  four-wheel vehicles  trailers  wagons  motorcycles  bicycles  tricycles  wheeled conveyances of any kind  motorized or otherwise  in which Debtor has an interest

15   All computers, computer-related equipment  and accessories  flash drives, electronically stored files or data  telephones  electronic equipment  office equipment and machines

16   All visual reproduction systems, aural reproduction systems  motion pictures, films  video tapes, audio tapes  sound tracks  compact discs, I-pods, phonograph records  film  video and aural production equipment, cameras  projectors  etc

17   All manuscripts  books  booklets  pamphlets  treatises, treatments  monographs  stories, written material  libraries  plays  screenplays, lyrics, songs  music

18   All books and financial records of Debtor

19   All trademarks, registered  marks  copyrights  patents  proprietary data and technology  inventions  intellectual property  royalties  good will,

20   All public or private scholastic degrees  titles  credentials  medals  trophies  honors  awards, recognitions  meritorious citations  certificates from apprenticeship training and/or continuing education programs  etc   from whatever source  for whatever trade  occupation  work or endeavor

21   All military (Army  Navy  Air Force  Marine  National Guard  etc ) discharge papers  and the like

EMPLOYER IDENTIFICATION NUMBER ▓▓▓▓ –PRIORITY EXEMPT'BOND NUMBER (Will Provide
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

22    All records, diaries, journals photographs, negatives transparencies, images, video footage film footage, drawings, sound records, audio tapes video tapes computer production or storage of all kinds whatsoever

23    All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions biopsies, surgically removed tissue bodily parts, organs, hair, teeth, nails, semen, urine other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof, and all other corporal identification factors and said factors physical counterparts in any form, and all records, record numbers, and information pertaining thereto,

24    All biometric data, records, information and processes not elsewhere described, the use thereof and the use of the information contained therein or pertaining thereto,

25    All rights to obtain use request refuse or authorize the administration of any food beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever

26    All rights to obtain, use, request, refuse or authorize the administration of any drug, manipulation, material process, procedure rav or wave which alters or might alter the present or future state of the body, mind, spirit, free will faculties, and self by any means, method or process whatsoever,

27    All keys locks lock combinations encryption codes or keys safes secured places, and security devices security programs software, user names passwords machinery, or devices related thereto

28    All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers inter alia cable electricity, garbage, gas internet, satellite, sewage, telephone water, and all other methods of communication, energy transmission, and food or water distribution

29    All rights to barter, buy contract, sell, or trade ideas, products services or work

30    All rights to create invent, adopt, utilize, or promulgate any system or means of currency private money medium of exchange coinage, barter, economic exchange bookkeeping, record-keeping, and the like,

31    All rights to use any free rented, leased, fixed, or mobile domicile as though same were a permanent domicile and to be free from requirement to apply for or obtain any government license or permission permit and otherwise and to be free from entry, intrusion or surveillance by any means regardless of duration of lease period

32    All rights to manage maneuver, direct guide or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license permit, certificate, or permission of any kind whatsoever

33    All rights to marry and procreate children and to rear educate, train guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license permit certificate any vaccinations or permission of any kind whatsoever,

34    All rights to buy sell trade grow raise gather hunt trap angle and store food fiber and raw materials for shelter clothing and survival

35    All rights as outlined in the 'Constitution for the united States of America and the Honorable Bill of Rights'

36    All rights to exercise freedom of religion worship use of sacraments spiritual practice and expression without any abridgement of free speech or the right to publish or the right to peaceably assemble or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either public' or private sources

37    All rights to keep and bear arms for defense of self, family and parties entreating physical protection of person or property

38    All rights to create, preserve and maintain inviolable spiritual sanctuary and receive into same any and all parties requesting safety and shelter,

39    All rights to create, carry and use private documents of travel of any kind whatsoever, inter alia those signifying diplomatic status and immunity as a free independent Sovereign

40    All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments hereditary succession and all innate aspects of being i e body mind spirit free will faculties, and self

41    All rights to privacy and security in person and property inter alia all rights to safety and security of all household or sanctuary dwellers or guests and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests from governmental quasi-governmental de facto governmental or private intrusion detainer entry, seizure search surveillance trespass assault summons or warrant except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority warrant order law or color of law may be promulgated as the authority for any such intrusion detainer entry seizure search surveillance

trespass, assault summons, or warrant

42 All names used and all Corporations Sole executed and filed or to be executed and filed, under said names,

43 All intellectual property, inter alia all speaking and writing, All thoughts beliefs, world views, emotions psychology etc ,

44 All signatures and seals,

45 All signatures on all applications for and all value associated with all licenses foreign and domestic,

46 All present and future retirement incomes and rights to such incomes issuing from all accounts,

47 All present and future medical and healthcare rights and rights owned through survivorship, from all accounts

48 All applications, filings, correspondence information, images identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia all processed algorithms analyzing, classifying, comparing compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence information, images, identifying marks image licenses travel documents, materials, permits registrations, records and records numbers and the like,

49 All signatures on all applications for and all value associated with all library cards,

50 All credit, charge and debit cards, mortgages notes applications card numbers and associated records and information,

51 All credit of Debtor,

52 All signatures on and all value associated with all traffic citations/tickets,

53 All signatures on and all value associated with all parking citations/tickets,

54. All value from all court cases and all judgments, past, present, and future, in any court whatsoever and all bonds orders warrants, and other matters attached thereto or derived therefrom,

55 All precious metals, bullion, silver coins, gold coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes, receptacles, and depositories within which said items are stored

56 All tax correspondence filings, notices, coding record numbers, all benefit from social security account # ▮▮▮▮▮ and any information contained therein, wherever and however located and no matter by whom said information was obtained compiled, codified, recorded, stored analyzed, processed, communicated, or utilized,

57 All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities all retirement plan accounts Individual Retirement Accounts money market accounts mutual funds notes options puts, calls, pension plans savings accounts stocks warrants securities benefits from trusts 401-K s and the like

58 All accounts, deposits, escrow accounts lotteries overpayments prepayments prizes rebates refunds returns, Treasury Direct Accounts claimed and unclaimed funds and all records and records numbers correspondence and information pertaining thereto or derived there from

59 All stockpiles collections buildups amassment and accumulations however small of Federal Reserve Notes (FRNs) gold certificates silver certificates and all other types and kinds of cash coins currency and money delivered into possession of Secured Party

60 All drugs, herbs medicine, medical supplies cultivated plants growing plants, inventory ancillary equipment supplies, propagating plants and seeds and all related storage facilities and supplies

61 All fitness and/or sports equipment intended to increase vitality fitness, and health and whole food complexes, vitamin, mineral and other supplements to the diet for the same health and fitness purposes and all juicers grinders, dehydrators and storage and delivery devices or equipment,

62 All products of and for agriculture, and all equipment inventories supplies, contracts, and accoutrements involved in the planting, tilling, harvesting processing, preservation, and storage of all products of agriculture

63 All plants and shrubs trees fruits vegetables farm and garden produce, indoors and out watering devices fertilizers and fertilizing equipment pots collections of plants e g bonsai dry or live assortments of flowers and plants or anything botanical

64 All farm lawn and irrigation equipment accessories attachments hand tools implements service equipment parts supplies and storage sheds and contents

65 All fuel fuel tanks containers and involved or related delivery systems

66 All metal-working woodworking and other such machinery and all ancillary equipment accessories consumables power tools, hand tools inventories storage cabinets tool boxes work benches shops and facilities

67  All camping, fishing, hunting and sporting equipment and all special clothing materials supplies, and baggage related thereto,

68  All rifles, guns, bows, crossbows, other weapons, and related accessories and the ammunition reloading equipment and supplies, projectiles, and integral components thereof

69  All radios televisions communication equipment receivers transceivers, transmitters, antennas, towers, etc and all ancillary equipment, supplies, computers, software programs, wiring and related accoutrements and devices,

70  All power generating machines or devices and all storage, conditioning control, distribution, wiring, and ancillary equipment pertaining to or attached thereto,

71  All devices, engines, fixtures fans, plans needed for the production or storage of electrical energy,

72  All computers and computer systems and the information contained therein, as well as all ancillary equipment, printers, and data compression or encryption devices, processes and processors,

73  All office and engineering equipment, furniture ancillary equipment, drawings tools, electronic and paper files and items related thereto,

74  All water wells and well-drilling equipment, and all ancillary equipment chemicals, tools, and supplies

75  All shipping, storing, and cargo containers and all chassis truck trailers, vans and the contents thereof whether on-site, in transit, or in storage anywhere

76  All building materials and prefabricated buildings and all components or materials pertaining thereto before or during manufacture transportation storage, building, erection or vacancy while awaiting occupancy thereof,
     All communications and data, and the methods devices, and forms of information storage and retrieval and the products of any such stored information

78  All artwork and supplies, paintings, etchings photographic art, lithographs, and serigraphs, etc and all frames and mounts pertaining to or affixed thereto,

79  All food, and all devices, tools, equipment, vehicles machines, and related accoutrements involved in food preservation, preparation, growth, transport and storage,

80  All construction machinery and all ancillary equipment fuels, fuel additives, supplies, materials and service equipment pertaining thereto,

81  All medical, dental optical, prescription, and insurance records records numbers, and information contained in any such records or pertaining thereto,

82  The Last Will and Testament from any source

83  All inheritances gotten or to be gotten

84  All wedding bands and rings watches and jewelry,

85  All household goods and appliances linen wardrobe toiletries furniture kitchen utensils cutlery tableware cooking utensils pottery, antiques etc

86  All musical instruments whether new or old including brass woodwinds percussion strings etc

87  All childrens toys clothing playthings and possessions of any type or amount

88  All businesses corporations, companies trusts foundations partnerships limited partnerships organizations proprietorships and the like now owned or hereafter acquired and all books and records thereof and therefrom all income therefrom, and all accessories accounts equipment information inventory money spare parts, and computer software pertaining thereto

89  All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses corporations companies, partnerships, limited partnerships, organizations proprietorships, and the like, and all books and records pertaining thereto, all income therefrom and all accessories accounts equipment, information inventory money spare parts and computer software pertaining thereto,

90  All packages, parcels envelopes or labels of any kind whatsoever which are addressed to or intended to be addressed to Debtor or Natural Man Secured Party' whether received or not received

91  All telephone numbers

92  All signatures on all applications for and all value associated with all certificates of birth documents of the Natural Man Secured Party and all said documents themselves

93  All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the Natural Man Secured Party and all said documents themselves

EMPLOYER IDENTIFICATION NUMBER ▓▓▓▓   PRIORITY EXEMPT/BOND NUMBER (Will Provide)

NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS

LEGAL NOTICE AND DEMAND

94   All signatures on all applications for social security numbers  and all value associated with all accounts, ▓▓▓▓▓,

95   All signatures on all applications for social security numbers for all children and grandchildren of the Natural Man,  Secured Party", and all value associated with all accounts

96   All value associated with the private contract trust account number of the Natural Man   Secured Party' ▓▓▓▓▓,

97   All value associated with the private contract trust account numbers of all children and grandchildren of the Natural Man, "Secured Party' ,

98   All signatures on all applications for and all value associated with MASSACHUSETTS Driver License # ▓▓▓▓▓

99   All signatures on all applications for and all value associated with all passports for the Natural Man   Secured Party' and his children and grandchildren,

100   All documents as recorded in the public record by and for the Natural Man  'Secured Party' as indicated herein

101   *All signatures on all applications for and all value associated with all marriage licenses*

102   All private marriage contracts,

103   All signatures on all applications for and all value associated with all professional licenses,

104   All private addresses of the Natural Man,  Secured Party' as indicated herein

105   All signatures on all applications for and all value associated with all public addresses,

106   All private  registered  bond/account numbers, and all bonds and notes tendered to any and all entities including the Department of the Treasury, banks, creditors, corporations  etc ,

107   Any and all property not specifically listed, named, or specified by make, model, serial number  etc  is expressly herewith included as collateral of the Natural Man,  'Secured Party

I, One Barry-Henry  Spencer  Junior, Secured Party employer identification number ▓▓▓▓▓ a living soul  herein  secures all rights, interest, and exclusive title in *CERTIFICATE OF BIRTH 094252 No  8407*, June 11  1969  issued by *MASSACHUSETTS DEPARTMENT OF HEALTH AND VITAL RECORDS*, instilling the pledge  represented  by the same  pignus  hypotheca, hereditiments  res, the energy and all products derived therefrom  including but not limited to all caps name BARRY HENRY SPENCER  JUNIOR, BARRY H  SPENCER, JR OR BARRY SPENCER  or any other derivative thereof but not limited to all signatures on all contracts or agreements predicated on the strawman described above as Debtor  Debtor is a Transmitting Utility  Debtor is a trust

## LEGAL NOTICE AND DEMAND – ATTACHMENT "B" – DEFINITIONS

# ATTACHMENT "B" – DEFINITIONS

1   **Unlawful Arrest** Means restricting a man's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath   This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "notice and Demand," Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign, lawful rights of the Natural Man Secured Party created by God, who is not to be confused with the Corporate Fiction Strawman which was created by the state   This includes arrest when a Natural Man Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or he is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus arrest for conspiracy of any kind without lawfully documented lawfully documented affidavits from at least three (3) eye witnesses signed under oath and penalty of perjury

2   **Illegal Arrest** Means same as above item # 1, "Unlawful Arrest "

3   **Unlawful Detention** Means restraining a Natural Man Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath   This includes routine traffic stops, raids, random identification checks, security checks, only after the officer agent or representative has been notified by the Natural Man Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents

4   **Unlawful Distraint** Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man Secured Party without proper probable cause and/or due process and lawful 4th amendment warrant   This includes any seizure by any officer agent representative in any capacity or relationship with the UNITED STATES or any of its agencies contractors subdivisions subsidiaries or the like

5   **Lawful 4th Amendment Warrant** Means a warrant that follows the provisions of the 4th amendment to the original Constitution for the united States of America   This warrant must not deter from the exact procedures as outlined by the 4th Amendment

6   **Right to Speedy Trial** Means trial will commence within 90 days of the date of arrest

7   **Interstate Detainer** Means the same as unlawful detainer as when involving a Natural Man Secured Party and involving more than one agency or state of the corporation, or any representative, agent, or officer who has any agreement with contract with or permission to act on behalf of any municipal corporation of the 'UNITED STATES' or any subsidiary or sub-corporation thereof

8   **Unlawful Restraint** Means any action by any officer, agent representative, contractor, associate officer of the court, or the like to prevent coerce intimidate hinder, or in any way limit the right of a Natural Man Secured Party from any type of freedom of legal lawful speech travel movement, action, gesture writing utterance or enjoyment of any right or privilege that is commonly enjoyed by any member of the public or any Sovereign

9   **Freedom of Speech** Means the right to speak open and plainly without the fear of reprisal   This includes the right of a Natural Man Secured Party to speak at hearings and trials before magistrates judges and officers of the court agents representatives or the like of the UNITED STATES   It also means that no attempt to suppress this right will be made by any officer of the court or of the UNITED STATES' corporation   No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man Secured Party

EMPLOYER IDENTIFICATION NUMBER ■■■■ –PRIORITY EXEMPT BOND NUMBER (Will P ovide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

10    US Dollars   Means the currently recognized medium of exchange as used by the general public at the time of offense  at par value  equal to a one ounce silver dollar equivalent per each dollar unit, as represented in a claim  All claims and damages will be paid at par value as indicated  Par value will be established by written law or the value established by the US MINT, whichever is higher at the time of the offense, for the purchase of an official, one troy ounce  999 fine silver coin

11    **Obstruction of Justice**   Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc , to deprive, hinder, conceal, coerce, or threaten a Natural Man Secured Party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or testimony to agents, officers, judges, magistrates  the court  clerk of the court, representatives, or investigators in order to settle any legal/lawful controversy  This also includes any attempt by a judge or officer  of  the  court  to  hinder  the  Natural  Man  Secured  Party  from  filing,  recording,  admitting,  presenting  discussing, questioning,  or  using  any  evidence,  document,  paper,  photographs  audio  and/or  video  recordings  or  any  other  type  of evidence that he desires to submit as evidence in any type of court proceeding  The determination of what is evidence and what will be admitted is to be solely determined by the Natural Man Secured Party  Any evidence will be tried on merits of the lawful content and validity  Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds  insurance  property, corporate property, bank accounts, savings accounts, or any corporate property of value to the Natural Man Secured Party upon written demand and surrender all rights to and defenses against said property  This also includes evidence that is supported by case law  This includes attempts by any officer of the court to make motions  to  issue orders such as gag orders  or to use any other means of keeping information suppressed from the public or the official record  The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man Secured Party  This also includes the provision as indicated in item # 18 "Racketeering "

12    **Excessive Bail**   Means any amount of bail set at an unreasonable rate as per the 8th amendment of the  Constitution for the united States of America '  This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed  This also means that if a Natural Man Secured Party has lived as an upstanding member in a community or area for more than one year, works a regular job or is a member of or involved with a church group  civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk or a threat to society  If the Natural Man Secured Party can produce at least four (4) affidavits stating that he lives  works, and is involved in his community  or the prior community in which he lived  he must be released on his own recognizance without any bail required  This provision does not apply to anyone charged with rape  murder  or violent crimes

13    **Cruel and Unusual Punishment**  Means physical violence of any type or form that is used against a Natural Man  Secured Party and that causes invisible or undetectable or visible physical injury  e g   marks scrapes  scratches  bruises  abrasion avulsions  fractures  sprains  restraint marks  dislocations  punctures, cuts  loss of blood  loss of body fluids, etc  This includes any other type of physical stress to the body or any chemically- induced, altered mental state of the Natural Man  Secured Party  This also includes any attempt to incarcerate  restrain  question  detain  withhold food when requested  withhold drink when requested  withhold medications as requested, withhold use of  bathroom facilities and supplies when requested  withhold reading and writing materials, withhold communication with friends, family  legal counsel, and religious counsel, withhold proper clothing as needed for comfort  withhold blankets when requested, withhold hot and cold water for showers, withhold freedom when requested  This also includes ridicule, coercion  threats  verbal insults  rude and offensive language  veiled threats  or any other type of mental stress or anguish

14    **Conspiracy**   Means  the  cooperation  of  two  or  more  persons  working  together  to  restrict,  suppress  inhibit  or  in  any  way deprive a Natural Man Secured Party of any right  benefit  or privilege that would ordinarily be offered by the "Constitution for the united States of America  and the Honorable  Bill of Rights' to any member of the general American public  or to a Sovereign  This also includes the provisions in item # 18  **Racketeering**

15    Victim   Means any Natural Man Secured Party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another

EMPLOYER IDENTIFICATION NUMBER ▓▓▓▓▓ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

16  **Victimless Laws** Means any law that is passed or presumed to be passed that creates a violation of law in which no Natural Man Secured Party has been damaged  This includes any statute, ordinance  regulation  policy  or color of law provision  These types of laws will not be used in any action  of any kind, against any Natural Man Secured Party

17  **Aiding and Abetting** Means the efforts of any officer, agent, or representative of the 'UNITED STATES" or officer of the court  to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, a Natural Man Secured Party  from receiving any and all rights, benefits, or privileges, as provided by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights," or that would normally be offered to the general American public, or to a Sovereign  This also includes the provisions as provided in item # 18 "**Racketeering**" and suppression of evidence

18  **Racketeering** Means any attempt by any two or more officers of the corporation to restrict, suppress, coerce, manipulate  inhibit, or in any way deprive a Natural Man Secured Party from receiving every right, benefit  or privilege that is outlined by the  'Constitution for the united States of America," and/or the Honorable "Bill of Rights '  This also includes any effort by the officers  of the court to hinder in any way the introduction of evidence, law, facts  affidavits, statements, witness testimony  or any  information that is considered relevant by the Natural Man Secured Party, or any attempt to prevent a jury from hearing this  evidence  This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all  members of the general public, as many as can be accommodated by the main courtroom  All hearings  tribunals  or trials will  be held in a public place and any and all members of the general public will be allowed to attend without restriction  This also  includes questioning and/or interrogation by police officers before, during and after an arrest

19  **Federal Zone** Means any land, property, building, area, zone  911 zone, or postal zone that is presumed to be within the  territorial jurisdiction of the "UNITED STATES" or any of its representatives as defined herein  This does not include any land,  property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed  contract  or any written or verbal  agreement, or any such thing by a Natural Man Secured Party who is located outside of WASHINGTON, D C  proper  All  privately held properties of any type that are being held by any Natural Man Secured Party are excluded from any federal zone  or any jurisdiction of any representatives of the 'UNITED STATES' or any of its territories  This is fact and may be presented in  any court by affidavit of any Natural Man Secured Party of interest involved in any interaction with the 'UNITED STATES' or  any of its representatives  as outlined in this contract

20  **State** Means any of the forty-eight areas known as states of the 'united States of America" which is not the same as the  UNITED STATES corporation  These forty-eight states are designated by Upper and Lower Case spelling of the name of  each state  vs  UPPER CASE spelling  The ALL UPPER CASE NAME denotes a STATE that is a part of the  UNITED  STATES corporation, whichever the spelling of the Upper and Lower Case Name denotes that it is not a part of the  UNITED  STATES  This will be determined by the Natural Man Secured Party as a condition of this contract  The Natural Man Secured  Party will also determine whether or not his state is a part of the jurisdiction of the  UNITED STATES  and his decision shall not  be challenged by any representative of the  UNITED STATES '  The Natural Man Secured Party will determine if the alleged  offense occurred within the limits of the  UNITED STATES  A violation of this provision will be  Unlawful Determination and  punishable as indicated by this contract agreement

21  **Trespassing/Trespass** Means the entry into or onto the domain  property  residence, area  location  grounds, dwellings,  buildings, barns, herds  caves  structures, lands  storage  areas  tunnels  automobiles, trucks  safe  houses  underground  shelters, automobiles  motor  vehicles  recreational vehicles  boats, planes, trains, ships, containers  vans, heavy equipment  farm  implements  culverts, driveways, trees, yards, real property  real estate, land  etc  of the Natural Man Secured Party  without his express written permission  or  without a lawfully executed  (4th)  amendment warrant  Any and all agents or  representatives of the corporation will fully and completely observe any and all protections as outlined in the  Constitution for  the united States of America  and/or the Honorable  Bill of Rights  Any personal property that is damaged  lost, stolen  or  misplaced  etc  will be recoverable as indicated in this Notice and Demand document  I solemnly swear and affirm that I do not  have any illegal contraband on my property  I have never had any illegal contraband on or around my property and never will  Any contraband  if it is found on my property  would have been placed this e by the officers or agents during the time of  trespass  I simply do not allow it on my property  Contraband or illegal items if they are found in a search do not belong to me  and may not be used in any attempt in any claim against me  Any and all officers  agents  and representatives of the

EMPLOYER IDENTIFICATION NUMBER ▮▮▮▮▮▮ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing

22   **Natural Man Secured Party**   Means any flesh and blood living, breathing Man, created by God who notifies any representative of the corporation, verbally or in writing, that he is a Sovereign, Non UNITED STATES corporate citizen Freeman and not subject to the jurisdiction of the corporation or any of its representatives   This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME   Any attempt to notify any officer, agent, or representative of the status of the Natural Man Secured Party will be sufficient notice   Sufficient notice will be determined by oath, statement, or affidavit by the Natural Man Secured Party   and the validity of such will not be challenged by any officer of the court

23   **County or City**   Means any subdivision of any state of the "united States of America   This subdivision excludes any jurisdiction, zone, or territory of the "UNITED STATES" corporation that is described by the Natural Man Secured Party in ALL CAPITAL LETTERS   Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Natural Man Secured Party and will not be challenged by any representative of the corporation

24   **Agency, Entity, Department, Subdivision, Subsidiary, Contractor, Employee, Inspector, Investigator Organization Officer Agent, Authorized Representative, Policeman, Participant**   Means any person, corporation or entity of any kind which works for is compensated all or in part by receives funds from, collects funds for contracts with receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with the UNITED STATES" or any of its subsidiaries, sub-corporations, departments, or agencies, etc

25   **Contract**   Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review, respond, accept, or rebut any provisions of the contract as indicated in the contract   Non response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract   Rebuttal by the receiving party of any provision of the contract by any other means than is indicated in the contract will be non response   Return of the contract unopened and/or without review will be acceptance of all conditions of said contract   Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county   Notice to Agent is Notice to Principal   Notice to Principal is Notice to Agent

26   **False Imprisonment**   Means any attempt by any officer of the court or corporation to incarcerate any Natural Man Secured Party against his will and/or against any and all protections of the laws and provisions of the Constitution for the united States of America   and/or the Honorable Bill of Rights

27   **Representative**   Means any agent agency, department officer investigator entity subsidiary sub-corporation contractor employee inspector, individual or corporation that has any affiliation or association with collects or distributes funds for   does any task for receives any benefit or privilege from of or for the UNITED STATES "   This includes anyone or anything that represents the interests of or is being funded by, or receives funds from or has any attachment to the UNITED STATES or any of its subdivisions or sub-corporations

28   **Corporation**   Means any representative agency sub-corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the UNITED STATES' corporation

29   **Interpretation**   Means if any conflict arises concerning the definition of any of the terms and/or conditions of this contract the conflict concerning the meaning of the term or condition will be decided by the Natural Man Secured Party   His decision will be final and not subject to review or argument   No liability or penalty will be incurred by the Natural Man Secured Party due to his interpretation of such terms and or conditions

30   **Corporate Capacity**   Means acting for or on behalf of a corporation or government entity while under law or color of law

31   **Legal Counsel**   Means anyone that a Natural Man Secured Party chooses to have as legal assistance of counsel whether counsel is licensed or not  or a member of the Bar Association   Counsel may assist, represent  speak on behalf of, write cases

EMPLOYER IDENTIFICATION NUMBER ▓▓▓▓ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

for or perform any act in or out of court for the Natural Man Secured party without any hindrance threat prosecution charge, repercussion, etc from any officer of the court or representative of the 'UNITED STATES' corporation or any representative officer or agent thereof

32  **Abuse of Authority** Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals any right, benefit protections, or privilege, as protected by the "Constitution for the united States of America" and/or the Honorable 'Bill of Rights " This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Natural Man Secured Party This includes use of restraint devices on a Natural Man Secured Party and/or physical abuse that makes or does not make any marks, scars, cuts, abrasions, or the like This also includes denial of lawful Due Process Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract

33  **Verbal Abuse** Means the use of offensive and/or threatening, spoken words, body language, and non-verbal gestures or actions by any representative of the corporation as defined herein upon a Natural Man Secured Party If a controversy arises about an incident, the version told by the Natural Man Secured Party will be accepted as truth and will not be contested

34  **Assault and Battery with Weapon** Means any actual, threatened, or perceived use of any weapons, by any representative of the UNITED STATES' corporation against the Natural Man Secured Party or his, that creates an atmosphere of fear for the Natural Man Secured Party This includes non lethal weapons such as tazers, stun guns mace pepper spray any chemical used to incapacitate rubber bullets, shock force weapons, electronic weapons, or any other type of weapon that may be used to control or to create fear If a conflict arises about the events, the version told by the Natural Man Secured Party will be accepted as truth and will not be contested

35  **Unfounded Accusations** Means any accusation, charge, or claim, civil or criminal or in admiralty, that is alleged or made by any representative of the UNITED STATES" corporation as defined herein that is not proven by written, documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the corporation The accuser has eight (8) hours to provide said documents to be reviewed and to put them into the possession of the Natural Man Secured Party and failure to do so will be Unfounded Accusations and subject to the penalties contained herein

36  **Encroachment** Means to invade, intrude, or in any way prevent a Natural Man Secured Party the full and complete use of property, including trespass or impeding ingress or egress to the property of a Natural Man Secured Party, and to limit the ability of a Natural Man Secured Party to freely access claim, hold, possess use convey sell, rent lease barter exchange or in any way make full and unfettered use of his property This includes the application of unlawful liens and encumbrances of any and all property including wages salaries stocks bonds bank accounts (foreign or domestic) savings accounts contents of safety deposit boxes gold silver notes insurance funds, annuities retirement accounts social security benefits motor vehicles automobiles, recreational vehicles land real estate homes structures roads driveways personal property of any kind that is held by title deed contract agreement (written or verbal) or is in possession of a Natural Man Secured Party This includes but is not limited to traffic stops searches of vehicles home invasion confiscation of any lawful property owned by in possession of or under the control of the Natural Man Secured Party

37  **Assault and Battery without a Weapon** Means the verbal abuse or physical contact of any kind, upon a Natural Man Secured Party without his express voluntary written consent If a conflict arises about the facts involving the incident, the version as told by the Natural Man Secured Party will be accepted as truth, without question and will not be contested

38  **Abuse of Due Process** Means any action against a Natural Man Secured Party when said action does not abide by all the rights and defenses contained in or represented by the Constitution for the united States of America" and/or the Honorable Bill of Rights This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the UNITED STATES corporation

39  **Denial of Due Process** Means any attempt by any officer of the court and or corporation to deny deprive restrict prevent or in any way inhibit the proper Due Process to any Natural Man Secured Party as outlined in the Constitution for the united States of America and/or the Honorable Bill of Rights Any public law statute regulation ordinance home rule etc that is incompatible with the aforementioned Constitution and/or Honorable Bill of Rights is null and void and will not be used in any action against any Natural Man Secured Party

EMPLOYER IDENTIFICATION NUMBER ███████ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

51  Defacing  Means the changing or altering the appearance of an item  This also includes changing or altering the meaning of laws  rights  property  documents  or any other thing that has value as determined by the Natural Man Secured Party

52  Constitution  Means, for the purpose of this contract, "The Constitution for the united States of America" circa 1791  as opposed to the 'Constitution of the UNITED STATES" corporation circa 1868

53  Bill of Rights  Means, for the purposes of this contract, the original, Honorable "Bill of Rights' circa 1791

54  Rights and Defenses  Means one s legal and/or lawful right and/or ability to defend himself in any action  Upon agreement, the defendant in an action may give up his right to defend himself in a given action  This includes tacit agreement or agreement by default  and the Natural Man Secured Party is never the defendant

55  Willingly  Means that a Natural Man Secured Party is in full knowledge, understanding, agreement, and full consent, at all times  without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any agent, officer, or representative of any court or corporation  including incorporated governments

56  Individual Capacity  Means acting on one's behalf to do a thing  The officer, representative  agent  or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability

57  Artificial Person  Means a fictitious entity that was created by the state for transacting commerce  This Artificial Man or Strawman is represented by the ALL CAPITAL LETTER NAME that appears to be spelled the same as the name of the Natural Man  When the Artificial Person is used in commerce by the Natural Man Secured Party, it is a transmitting utility

58  Agreement  Means any contract which is expressed in writing by letters or marks, or expressed orally in spoken words or utterances by a Natural Man Secured Party  Any question of any agreement or contract will be resolved by an affidavit from the Natural Man Secured Party  His affidavit will be considered fact in any action or dispute, without question by any officer  agent  or representative of any corporation including incorporated governments

59  Unlawful Determination  Means any statement  speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions  plans, procedures, customs  ways of a Natural Man Secured Party, or group of Natural Men or Women Secured Parties, that is not proven by documented, authorized  certified, evidence, on and for the record under penalty of perjury  This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other representative of any corporation including incorporated governments

60  Statute Staple Securities Instrument  Means an edict or proclamation from a Natural Man Secured Party

61  Clerk of the Public Record  Means any clerk who records or files documents in the public record who is employed by a city county  state  municipality  federal government  and/or international  multi-national  or multi-jurisdictional corporation  including incorporated governments

62  Public Record  Means any document or record that is filed or recorded into the public record by the Natural Man Secured Party  For example  when this document is recorded at a Register of Deeds Office or Massachusetts Uniform Commercial Code Office  it becomes a public record

63  Presumption  Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Natural Man Secured Party  No presumption shall prevail against the Natural Man Secured Party without lawful  documented evidence that supports the presumption which is certified by the officers of the court, on and for the record under penalty of perjury

64  Unalienable Rights  Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the Bill of Rights  such  as  but not limited to  Right to Bear Arms  Freedom of Speech  Right to Trial by a Jury of one s Peers  Right to Due Process  Right of Habeas Corpus  Right to be Exempt from Levy as a Natural Man Secured Party Creditor  Right to be Secure in One s Private Papers and Effects

EMPLOYER IDENTIFICATION NUMBER ▓▓▓▓▓ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

40   **Unlawful Detainer** Means any attempt by any officer of the court or representative of the corporation to arrest check hinder, delay, possess, hold, keep in custody, restrain retard, stop, withhold a Natural Man Secured Party without affording him every protection as outlined by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights ' Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which a Natural Man Secured Party is involved

41   **Reckless Endangerment** Means any attempt by any officer of the court or corporation as defined herein to endanger, attempt or threaten to attempt to endanger the life or property of any Natural Man Secured Party This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Natural Man Secured Party If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Natural Man Secured Party will be considered as truth

42   **Failure to Respond** Means any attempt by any officer or representative of the corporation to ignore inhibit, withhold delay or deny a request for information from a Natural Man Secured Party

43   **Failure to Charge within Forty Eight (48) Hours** Means any attempt by any officer or representative of a corporation to delay, inhibit prevent or in any way stop a Natural Man Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest

44   **Failure to Identify** Means any time a Natural Man Secured Party has interaction with any officer or representative of the court or corporation, the officer or representative must, upon request of the Natural Man Secured Party, provide proper identification, written proof of authority, state what his business is with the Natural Man Secured Party, complete a "Public Servants Questionnaire" in advance of arrest or detention, provide documentation properly identifying the officer or respondent superiors name and contact information, and any other relevant information as requested by the Natural Man Secured Party The officer may not detain the Natural Man Secured Party for more than ten (10) minutes while he obtains and provides this information

45   **Counterfeiting Statute Staple Securities Instruments** Means any attempt by any officer or representative of a corporation to copy duplicate replicate any document that has "Statute Staple Securities Agreement" typed, printed or hand written anywhere on the document, without the express written, voluntary permission of the document's owner who is the Natural Man Secured Party who filed said document in the public record or is in possession of said document or who is the maker of said document If a dispute about permission to duplicate arises the statements of the Natural Man Secured Party will be accepted as fact without question and will not be contested

46   **Coercion or Attempt to Coerce** Means any attempt by any officer or representative of a corporation to threaten intimidate deprive conceal or in any way prevent a Natural Man Secured Party from receiving and/or enjoying any right or privilege that is granted outlined or secured by the Constitution for the united States of America and/or the Honorable Bill of Rights ' or allow another to do so

47   **Purchase Price** Means the new replacement costs of items of property at the time of replacement This includes locating packing shipping handling, delivery set up installation and any other fee associated with total replacement of property

48   **Destruction of Property** Means any alteration, damage deprivation, defacing, removing, changing breaking separating removing parts from erasing of files from, throwing, shooting, kicking stomping, smashing crushing or the like of any property belonging to or in possession of the Natural Man Secured Party

49   **Deprivation of Rights or Property** Means the concealment of, keeping from hiding of, obstructing of any rights property or privileges that are outlined or protected by the Constitution for the united States of America' and/or the Honorable Bill of Rights

50   **Concealment** Means withholding or keeping information that should normally be revealed about property and/or rights from a Natural Man Secured Party This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Natural Man Secured Party No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by the Natural Man Secured Party and/or fail to disclose any law that benefits the Natural Man Secured Party

EMPLOYER IDENTIFICATION NUMBER: ██████ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

65    **Right to Travel**  Means the right to freely move about and/or control any type of craft by whatever means  via land  sea  or air, without any interference by any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon the Natural Man Secured Party by an arrest  inhibition  detainment, restraint  deprivation  prevention  etc

66    **Disrespect**  Means anything said or written to any Natural Man Secured Party, about him or his, that he does not like, including body language  or anything that makes him or any reasonable man uncomfortable or fearful

67    **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment**  Means any attempt by any officer, agent, or representative of a corporation to place a lien  levy, garnishment, or attachment on the property or collateral of a Natural Man Secured Party  herein referred to as Secured Party   Any said officer, agent, or representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral, three (3) Notary Panel, hereinafter referred to as The Panel  selected by the Secured Party   Said officer  agent  or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions   He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the officer  agent  or representative have violated any laws or caused damage to the Secured Party   The Panel will have the sole power to determine if any damage has occurred and will release the funds according to The Panel's adjudication   The decision of The Panel will be final with no recourse   The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is lien, levied garnished, or attached   The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel   The Panel's determination and the assessment thereof will be accepted as truth without question or recourse   Said officer, agent, or representative agrees to surrender, including but not limited to, any and all surety bonds, public and/or corporate insurance policies  CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent  or representative by the Secured Party   Said officer, agent  or representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein   In the event that a jury of twelve of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien  levy  attachment  or garnishment, any action against the Secured Party shall be dismissed with prejudice and every lien  levy  attachment  or garnishment shall be released within ten (10) days and all property rights restored, unencumbered   The officer  agent  or representative who has authorized said lien, levy  attachment  or garnishment agrees to surrender any and all surety bonds  public and/or corporate insurance policies  CAFR funds  or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer  agent, or representative by the Secured Party

68    **Peer**  Means a Natural Man Secured Party who has recorded into the public record documents to prove his sovereign status

69    **Ignore**  Means to refuse or in any way to deny a lawful request by the Natural Man Secured Party to have an officer  agent  or representative provide completed legal documents

70    **Natural Man**    Means a flesh and blood  living  breathing  biological man created by God, as represented by the Upper and Lower Case Name  including "Natural Man   " or "Real Man," This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME

71    **Debtor**  Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME

EMPLOYER IDENTIFICATION NUMBER ~~_____~~ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any matter. The purpose for the notary is verification and identification only and not for entrance into any foreign United States Jurisdiction

Personally appeared Barry-Henry Spencer, Junior, known to me (or proved to me on the basis of satisfactory evidence of identification) _____ to be the living Man whose name is subscribed upon these instrument(s) and acknowledged to me that he executed the same in his authorized capacity, and by his signature on this instrument, Barry-Henry Spencer Junior has acted on behalf of the person who executed this instrument

Witnessed, my hand and official seal

*Jurat* ss

§ County of _____
§
§ State of Massachusetts

Date _____

Commission Expires

Notary Pub **DANIEL D MORSE**
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 5 2015

## VERIFICATION

Perjury Jurat Pursuant to Title 28 USC 1746(1) and executed "without the United States" I Barry-Henry Spencer, Junior Sur Juris, affirm under penalty of perjury under the laws of the united States of America Republic, that the foregoing is true and correct to the best of my belief and informed knowledge and further deponent saint not '1' affix my autograph signature, and seal, at the end of this communication to all of the above and below affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE** to any of those rights

<u>Dated</u> On this 13 th Day of _August_ Two Thousand Nine A.D

With Honor and Without Prejudice

By _____
Autograph /s/ Barry-Henry Spencer, Junior
Sui Juris Trustee Secured Party Creditor Beneficiary

EMPLOYER IDENTIFICATION NUMBER ~~########~~ –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

EMPLOYER 'IDENTIFICATION NUMBER ███████ - PRIORITY EXEMPT BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND



BLANK



Private and Non-negotiable between parties
FORM  LEGAL NOTICE AND DEMAND
DEBTOR  BARRY HENRY SPENCER  JR
Trustee/Secured Parties  Barry Henry  Spencer  Junior