**Exhibit "2"**

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** — **PROOF OF CLAIM**

| Name of Debtor (Check Only One) | Case No |
|---|---|
| ☒ Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| ☐ MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| ☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | 09-13558 (REG) |

NOTE *This form should not be used to make a claim for an administrative expense arising* ***after*** *the commencement of the case but may be used for purposes of asserting a claim under 11 U S C § 503(b)(9) (see Item # 5) All other requests for payment of an administrative expense should be filed pursuant to 11 U S C § 503*

**Your Claim is Scheduled As Follows.**

**FILED - 64659**
**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**

THE GARDEN CITY GROUP, INC.
NOV 30 2009

Name of Creditor (the person or other entity to whom the debtor owes money or property) SPENCER, BARRY

Name and address where notices should be sent

SPENCER, BARRY
PO BOX 1218
SHIRLEY, MA 01464-1218

Contact
Sylvester R. Spencer - Brother
Telephone number 617.719.4087
Email Address srspencer1@comcast.net

☒ Check this box to indicate that this claim amends a previously filed claim

**Court Claim Number** 05-02304
*(If known)* MASSACHUSETTS SUFFOLK SUPERIOR Ct.
Filed on 2005

If an amount is identified above you have a claim scheduled by one of the Debtors as shown (This scheduled amount of your claim may be an amendment to a previously scheduled amount ) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor you do not need to file this proof of claim form EXCEPT AS FOLLOWS If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT a proof of claim MUST be filed in order to receive any distribution in respect of your claim If you have already filed a proof of claim in accordance with the attached instructions, you need not file again

Name and address where payment should be sent (if different from above)

Keep on Record Business Address
BARRY H. SPENCER JR
Care of: Post Office Box 191128
Roxbury, MA 02119
Telephone number see above

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☒ Check this box if you are the debtor or trustee in this case

**1 Amount of Claim as of Date Case Filed, June 1, 2009** $ 682,000,000.00 negotiable

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4 If all or part of your claim is entitled to priority, complete item 5 If all or part of your claim is asserted pursuant to 11 U S C § 503(b)(9), complete item 5

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges see Verified Proof of Claim annexed hereto

**2 Basis for Claim** Breach of Contract(s), Impeding Commerce, personal injury loss wages, Medical Bills, consortim, Property loss
(See instruction #2 on reverse side )

**3 Last four digits of any number by which creditor identifies debtor** Commercial Debt CD GM-2304

**3a Debtor may have scheduled account as** ____________
(See instruction #3a on reverse side )

**4 Secured Claim** (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

**Nature of property or right of setoff** ☐ Real Estate ☐ Motor Vehicle ☐ Equipment ☒ Other
**Describe**

**Value of Property** $____________ **Annual Interest Rate** 18 %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any** $____________

**Basis for perfection** Denial due To Bankruptcy Stay (writ of Attachment)

**Amount of Secured Claim** $ 125,000,000.00 **Amount Unsecured** $ 557,000,000.00

**5 Amount of Claim Entitled to Priority under 11 U S C. § 507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount**

Specify the priority of the claim

☒ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☒ Wages, salaries or commissions (up to $10 950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C § 507(a)(4)

☒ Contributions to an employee benefit plan – 11 U S C § 507(a)(5)

☐ Up to $2,425* of deposits toward purchase, lease or rental of property or services for personal, family, or household use – 11 U S C § 507(a)(7)

☒ Taxes or penalties owed to governmental units – 11 U S C § 507(a)(8)

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U S C § 503(b)(9) (§ 507(a)(2))

☒ Other – Specify applicable paragraph of 11 U S C § 507(a)(__)

**Amount entitled to priority**

$112,500,000.00

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6 Credits** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7 Documents** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (*See instruction 7 and definition of redacted on reverse side* )

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain in an attachment

Date 11/16/09

**Signature** The person filing this claim must sign it Sign and print name and title if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

Barry-Henry: Spencer Junior
Barry-Henry: Spencer Junior, Secured Party, Auth. Rep.

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

**Modified B10 (GCG) (12/08)**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law In certain circumstances such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules The attorneys for the Debtors and their court-appointed claims agent, The Garden City Group, Inc are not authorized and are not providing you with any legal advice*

**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

PLEASE SEND YOUR ORIGINAL, COMPLETED CLAIM FORM AS FOLLOWS **IF BY MAIL** THE GARDEN CITY GROUP, INC , ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, PO BOX 9386, DUBLIN, OH 43017-4286 **IF BY HAND OR OVERNIGHT COURIER** THE GARDEN CITY GROUP, INC , ATTN MOTORS LIQUIDATION COMPANY CLAIMS PROCESSING, 5151 BLAZER PARKWAY, SUITE A, DUBLIN, OH 43017 PROOFS OF CLAIM MAY ALSO BE HAND DELIVERED TO THE UNITED STATES BANKRUPTCY COURT, SDNY, ONE BOWLING GREEN, ROOM 534, NEW YORK, NEW YORK 10004 **ANY PROOF OF CLAIM SUBMITTED BY FACSIMILE OR E-MAIL WILL NOT BE ACCEPTED**

**THE GENERAL AND GOVERNMENTAL BAR DATE IS NOVEMBER 30, 2009 AT 5 00 P M. (PREVAILING EASTERN TIME)**

**Court, Name of Debtor, and Case Number**
These chapter 11 cases were commenced in the United States Bankruptcy Court for the Southern District of New York on June 1, 2009 You should select the debtor against which you are asserting your claim
**A SEPARATE PROOF OF CLAIM FORM MUST BE FILED AGAINST EACH DEBTOR**

**Creditor's Name and Address**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case Please provide us with a valid email address A separate space is provided for the payment address if it differs from the notice address The creditor has a continuing obligation to keep the court informed of its current address See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

1 **Amount of Claim as of Date Case Filed**
State the total amount owed to the creditor on the date of the bankruptcy filing Follow the instructions concerning whether to complete items 4 and 5 Check the box if interest or other charges are included in the claim

2 **Basis for Claim**
State the type of debt or how it was incurred Examples include goods sold, money loaned, services performed, personal injury/wrongful death car loan, mortgage note, and credit card If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information You may be required to provide additional disclosure if the debtor, trustee or another party in interest files an objection to your claim

3 **Last Four Digits of Any Number by Which Creditor Identifies Debtor**
State only the last four digits of the debtor s account or other number used by the creditor to identify the debtor, if any

3a **Debtor May Have Scheduled Account As**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor

4 **Secured Claim**
Check the appropriate box and provide the requested information if the claim is fully or partially secured Skip this section if the claim is entirely unsecured (See DEFINITIONS, below ) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing

5 **Amount of Claim Entitled to Priority Under 11 U S C § 507(a)**
If any portion of your claim falls in one or more of the listed categories check the appropriate box(es) and state the amount entitled to priority (See DEFINITIONS, below ) A claim may be partly priority and partly non-priority For example, in some of the categories, the law limits the amount entitled to priority

For claims pursuant to 11 U S C § 503(b)(9), indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before June 1, 2009, the date of commencement of these cases (See DEFINITIONS, below) Attach documentation supporting such claim

6 **Credits**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the Debtor credit for any payments received toward the debt

7 **Documents**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt You may also attach a summary You must also attach copies of documents that evidence perfection of any security interest You may also attach a summary FRBP 3001(c) and (d) If the claim is based on the delivery of health care goods or services, see instruction 2 Do not send original documents, as attachments may be destroyed after scanning

**Date and Signature**
The person filing this proof of claim must sign and date it FRBP 9011 If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature Print the name and title, if any, of the creditor or other person authorized to file this claim State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices Attach a complete copy of any power of attorney Criminal penalties apply for making a false statement on a proof of claim

## DEFINITIONS

**Debtor**
A debtor is the person, corporation or other entity that has filed a bankruptcy case
The Debtors in these Chapter 11 cases are

| | |
|---|---|
| Motors Liquidation Company (f/k/a General Motors Corporation) | 09-50026 (REG) |
| MLCS, LLC (f/k/a Saturn, LLC) | 09-50027 (REG) |
| MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) | 09-50028 (REG) |
| MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc ) | 09-13558 (REG) |

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the Debtor on the date of the bankruptcy filing See 11 U S C § 101(5) A claim may be secured or unsecured

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing The creditor must file the form with The Garden City Group, Inc as described in the instructions above and in the Bar Date Notice

**Secured Claim Under 11 U S C § 506(a)**
A secured claim is one backed by a lien on property of the debtor The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors The amount of the secured claim cannot exceed the value of the property Any amount owed to the creditor in excess of the value of the property is an unsecured claim Examples of liens on property include a mortgage on real estate or a security interest in a car A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding, In some states, a court judgment is a lien A claim also may be secured if the creditor owes the debtor money (has a right to setoff)

**Section 503(b)(9) Claim**
A Section 503(b)(9) claim is a claim for the value of any goods received by the debtor within 20 days before the date of commencement of a bankruptcy case in which the goods have been sold to the debtor in the ordinary course of such debtor's business

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien

**Claim Entitled to Priority Under 11 U S C § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing from The Garden City Group, Inc , please provide a self-addressed, stamped envelope and a copy of this proof of claim when you submit the original claim to The Garden City Group, Inc

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims One or more of these entities may contact the creditor and offer to purchase the claim Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor These entities do not represent the bankruptcy court or the debtor The creditor has no obligation to sell its claim However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U S C § 101 et seq ), and any applicable orders of the bankruptcy court

**Additional Information**
If you have any questions with respect to this claim form, please contact Alix Partners at 1 (800) 414-9607 or by e-mail at claims@motorsliquidation com

17

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR CIVIL COURT
Docket No SUCV2005-02304

BARRY H SPENCER, JR
TAMIKA N SCOTT
Plaintiffs

-vs-

GENERAL MOTORS

6/29/09 Denied due to automatic stay
Justice

MOTION FOR WRIT OF ATTACHMENT

NOW COMES the plaintiffs pursuant to Mass R. Civ P. Rule 4 1 and moves the the Honorable Court for a writ of attachment in the amount of $12,5000,000 00

There is a reasonable likelihood that the plaintiffs will recover judgment , including interest and cost, in amount equal or greater than the amount of attachment, over and above any insurance policy in existence.

General Motors, is a manufacturer and seller of motor vehicles with a usual place of business in the Detroit area, presently residing at 300 Renassance Center, Detroit, Michigan 48265.On about 1996-1997 the defendant manufactured and sold, Eldorado Cadillac's Some time during testing and marketing of this product General Motors realized Numerous defects to the product involved in which are the following Fuel systems,Steering Hydraulic Power Assist Systems; Engine and Engine Cooling Engine,Service Brakes, Hydraulic. Antilock Control Unit/Module, Fuel Injection Systems,Fuel System, Gasoline. Delivery, Structure of Automobile; Air Bags and Others Storage Tank Assembly Pressure Relief Devices See Exhibit A-GM Service and Parts Operations DCS1143 Urgent Distribute Immediately March 5,2004 Upcomming Product Safety Recall 04014-ENGINE FUEL RAIL-Replace, Exhibit B-April 16, 2004-Acknowledgement Fax Sheet of Receipt of Defect Information Report-Submitted under 49 CFR Part 573 EXPANSION OF RECALL, Exhibit C-August 18, 2004 Product Safety Recall-04014 and 04014C-FUEL RAIL-Replace

These serious defects which substantially impaired the vehicle's use, market value and safety triggered numerous complaints in which were filed with the defendant and the National Highway Traffic Safety Association's Office of Defects Investigation See Exhibit D-Nhtsa Office of Defects Investigation COMPLAINTS

NOTICE SENT
07 02 09
BHS
E S C & M,
S S S
C L B
T N S
E S C & M,
J M B.

(LAT)

# VERIFIED PROOF OF CLAIM FOR COMMERCIAL DISHONOR

## NOTICE OF FAULT AND OPPORTUNITY TO CURE

CERTIFIED MAIL NUMBER: 7008 1830 0004 5593 6429

**Parties:** BARRY HFNRY SPENCER JR/CREDITOR-PRINCIPAL & OWNER
c/o POST OFFICE BOX 1218
SHIRLEY, MA 01464-1218

TAMIKA NICLOE SCOTT/CREDITOR-PRINCIPAL & OWNER
c/o 352 WALNUT AVE APT# 3 (CHANGE OF ADDRESS)
ROXBURY, MA 02119

MOTORS LIQUIDATION COMPANY (f/k/a GENERAL MOTORS COPR.)
c/o THE GARDEN CITY GROUP, Inc./DEBTOR
Attn: Motors Liquidation Company Claims Processing
POST OFFICE BOX 9386
DUBLIN, OHIO 43017-4286

Original Claim was filed with CEO Wagner, then "allegedly processed" by ESIS GM (Results were never made public or available, nor was Creditor allowed Administrative Remedy(ies). Second opportunity to cure Commercial Defult and Dishonor was filed in Massachusetts Suffolk Superior Civil Court 2005-02304. Case was stayed due to present Bankruptcy Chapter 11 No.09-50026 at all times the Attorney (ies) in Corporate capicity chosen not to honor the assumpsit and decided to argue resulting in Commercial DISHONOR UCC 3-501 to 3-505.

STATEMENT OF FACTS

1. Sometime between 1996-1997 General Motors Manufactured Cadillac vehicles, and sold them in the stream of commerce with an implied warranty insuring the merchantability of the product. Unbeknown, to GM as a good faith jester, there was a design defect in the fuel system, that will over time cause the fuel rail to Crack. Cracking would cause fuel leaks in the engine compartment, stalling due to fuel loss of pressure to the engine. Between 1996-1997 to 10/2004 this Commercial Liability existed without a Commercial Remedy, in violation of Commercial International Law and the State and Federal Constitution(s), also the color of State and Federal Law(s).

2. In January 2003, TAMIKA N. SCOTT purchased one of the above vehicles Green Eldorado 1997, from the Dealer Expressway Toyota, the vehicle experienced stalling and shutting off while in use on public ways. She returned the vehicle twice with witnesses due to problems. She was insured the vehicle was safe, so she had taken the vehicle. It was a weekend errand vehicle shoping, laundry, ect., see Affidavit of Creditor TIMIKA N. SCOTT.

3. On July 11, 2003, BARRY H. SPENCER JR, was on his way to his second job site Kara's Painting to get material(s) for a Catered function he had to do that weekend, when he had a vehicle turn onto the street in front of him, he changed lanes and was rearended and at this time the vehicle stalled and shut-off. Systems went Dead.

The Vehicle veered off road and into a tree, thus, causing SPENCER SUBSTAINTIAL INJURY and DAMAGE, making him incapable to fuction as whole in Public and Private capacities. The injury(ies) caused several days of hospital care and after care resulting in more than $27,000.00 in medical bills; loss wages for two jobs and a new catering Business (Nafse's Catering & Bistro), the pain medication caused dependency (leading to additional Mental and physical injury) and He had problems in support of family and loss of consortium with SCOTT and His Children. see Affidavit of Creditor BARRY H. SPENCER JR.

4. GM was notified via. CEO Richard Wagner, and He referred the matter to the claims department for GM (ESIS GM). ESIS Requested I, BARRY H. SPENCER JR., provide information and sign releases. I complied. I requested a copy of the findings and a copy of the policy/administration criteria of how a claim is evaluated. ESIS GM never to this day complied with the request. I wrote and called the agent of ESIS but he would not provide any information. I then requested the appeal process or who was the supervisor due to the agent's recalcitrant behavior towards the Creditor's claim on the liability without a remedy. ESIS GM placed their parent corporation by their corporate capicity, in Default of the Assumpsit debt on the antecedent contract, trust agreement and commercial agreement, thus, the 1st evidence of Commercial Dishonor (UCC 3-502) is clearly established. This commercial debt could of been sold for BID to a third party, on the commercial Dishonor.

5. To establish a chance for GM to Honor and pay the assumpsit antecedent claim or find a reasonable settlement BARRY H. SPENCER JR and TAMIKA N. SCOTT filed a statute staple antecedent claim against GM for all herein above, some orally stated to lawyer(s) Eckert, Seamans, Cherin & Mellot (Jennifer M. Brooks, Sandy S. Shen, and Charlotte Bednar) in their corporate capicity, the lawyers further placed GM in commercial Dishonor for a corporate liability without a remedy avalilable during SPENCER's Injury(ies) and losses. SPENCER and SCOTT filed the claim in Massachusetts Suffolk Superior Court No. 2005-02304, then moved for Writ of Attachment in the amount of $12,500,000.00 (that was just denied 6/29/2009 pursuant to the Bankruptcy Stay Motion filed By Jennifer M. Brooks in the Suffolk Courty in Massachusetts, thus, the commercial Dishonor is ripe for sale to a third party on the International Commercial arena)

6. For the record, the bulk of this commercial dishonor resides with BARRY H. SPENCER JR., and this ORGANIZATION, TRADE NAME, TRADE MARK, DEBTOR, has a Secured Party/Creaditor that is the Holder or Due Course of the GM Debt, he has an International Registered Private Tracking Number - RE 011-42-963 US and UCC-1 filed in Massachusetts - Secured Transaction Registry Number-200972913140 and Tamika N. Scott's consortim claim and my children are covered by Me, Authorized Representive, Bailor, Principal, Sentient Soul Man, Grantor, Reinsurer, Underwriter, Secured Party, Power-of Attorney, Barry-Henry: Spencer Junior. Further, I hold a foreign jurisdiction that supersedes any other that interfers with obligations of or impairment of contract obligations, between Me and any Debtor.

International Registered Private Tracking Number-RE 011-42-963 US
UCC-1 Filed in MASSACHUSETTS Secured Transaction Registry Number-200972913140
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN-GM PROOF OF CLAIM

7. For the record, so there is no miscommunication between the CREDITOR(S) and the DEBTOR-MOTOR LIQUIDATION COMPANY (f/k/a GENERAL MOTORS CORPORATION). Notibly, to ensure my true intent regarding this assumpsit commercial debt in DISHONOR and DEFAULT (UCC 3-502), I am selling this debt at $12,500,000.00 (Twelve Million, and Five Hundred Thousand) since that is what I asked for on the Writ of Attachment, or the debt pursuant to the Statute Staple Security Instrument Legal NOTICE AND DEMAND - TO ALL STATE, FEDERAL AND INTERNATIONAL PUBLIC OFFICERS (includes ALL other corporations) duly filed in Massachusetts International Registered Private Tracking Number - RE 011-42-963 UCC-1 Filed in Massachusetts (Secured Transaction Registry Number - 200972913140 BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:

one hundred

1. ABUSE OF AUTHORITY $2,000,000.00 (TWO MILLION) US Dollars, per occurrence per agent/officer
3 occurrences (ESIS GM Claim, Appeal, & MA Case No. 05-02304)
6 agents/officers (ESIS Cl. Adj., Cl. Sup.& Mgr./MA Attry-Shen, Bednar & Brooks) . . $36,000,000.00

2. VIOLATION OF SPEEDY TRIAL or ADMINISTRATIVE REVIEW
$2,000,000.00 (TWO MILLION) US Dollars per occurrence per agent or officer involved
3 occurrences (ESIS CLAIM, APPEAL (PROLONGED w/o Remedy) and MA Case No.05-02304 -Automatic STAY)
6 agents/officers (ESIS Cl. Adj., Cl. Sup.& Mgr/MA Attry-Shen, Bedner& Brooks) . . . $36,000,000.00

3. DENIAL OF DUE PROCESS
$2,000,000.00 (TWO MILLION) US Dollor per occurrence per agent or officer involved
3 occurrences (ESIS CLAIM, APPEAL (Denied syllogistic of Claim, No Appeal remedy), MA Case No. 05-02304 - Automatic Stay
6 agents/officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $36,000,000.00

4. ABUSE OF DUE PROCESS
$2,000,000.00 (TWO MILLION) US Dollars per occurrence per agent or officer involved
3 occurrences (vitiated process in ESIS Claim, No Administrative Remedy ESIS & MA Case - DISHONOR/STAY
6 agents/officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $36,000,000.00

5. FREEDOM OR SPEECH
$2,000,000.00 (TWO MILLION) US Dollars per occurence per agent or officer involved
1 occurrence (ESIS CL. Adj. did not like to be questioned on claims process, was rude, hung up on, and denied the syllogistic of how the claim would be evaluated and the appeal process)
1 agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,000,000.00

6. DISRESPECT BY JUDGE OR OFFICER
$2,000,000.00 (TWO MILLION) US Dollar per occurrence per agent or officer involved
1 occurrence see above
1 agent see above . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,000,000.00

7. THREAT, COERCION, DECEPTION, OR ATTEMPTED DECEPTION
$2,000,000.00 (TWO MILLION) US Dollars per occurrence per agent or officer involved
3 occurrence (ESIS CLAIM PROCESS, DENIAL OF ESIS APPEAL & MA CASE DISHONOR/STAY)
6 agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $36,000,000.00

8. CONSPIRACY
$2,000,000.00 (TWO MILLION) US Dollars per occurrence per agent or officer involved
3 occurrences (ESIS GM & MA Case Attry-Corporate capicity)
6 agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $36,000,000.00

Private and Non-negotiable between parties
FORM: GM PROOF OF COMMERCIAL CLAIM
DEBTOR: GENERAL MOTORS CORPORATION
Creditors/Secured Parties: Barry-Henry: Spencer Junior & Tamika Nicole Scott
Page 3 of 6

9. AIDING AND ABETTING
$2,000,000.00 (TWO MILLION) US Dollars per occurrence per agent or officer involved
3 occurrences (ESIS, GM & MA Case Attrys)
9 agents . . . . . . . . . . . . . . . . . . . . . . $54,000,000.00

10. RACKETEERING
$2,000,000.00 (TWO MILLION) US Dollars per occurrence per agent or officer involved
see above . . . . . . . . . . . . . . . . . . . . . . $54,000.000.00

11. UNLAWFUL DISTRAINT OR ENCROACHMENT OF PUBLIC HAZARD BOND FOR INJURY AND DAMAGE
$5,000,000.00 (FIVE MILLION) US Dollars per occurrence per agent or officer involved
plus 18% annual interest since reported to GM CEO 2005
3 occurrences (ESIS, GM & MA Attrys)
9 agents . . . . . . . . . . . . . . . . . . . . . . $342,000,000.00

12. DESTRUCTION, DEPRIVATION, CONCEALMENT, DEFACING, ALTERATION. OR THEFT OF PUBLIC HAZARD BOND
In addition to aforementioned (Bond Value was concealed in violation of limited liability Insurance fraud 15 USC, under the guise of being self insured)

13. BREACH OF ANTECEDENT CONTRACT, TRUST AGREEMENT OR COMMERCIAL AGREEMENT
occurrences (Constitution(s) State & Federal, color of statute staple law(s) State & Federal, GM 's Manufacturer implied and/or expressed warranty of Merchanability $12,000,000.00

Commercial-Assumpsit-Debt-to-Creditor-BARRY-H.-SPENCER-JR--GRAND-TOTAL $682,000,000.00

8. In good faith, I am willing to forgive majority of this commercial assumpsit due to a liability withot a remedy when I was injured and the further recalcitrant acts to added to the physical and emotional scars. I'm willing to offer, that (3) Cadillac Trucks fully equipted&(TV, CD-Movies, Music video games) are delivered to Tamika N. Scott with one Title in her name in two in Mine. A Check is Drafted in the Amount of $100,000.00 for Tamika N. Scott is sent to her to exhaust her claim(s) (this will be Subtracted from the $12,500,000.00) Ensure the Vehicles are insured for 7 years reasonable corporate rate (I will provide names of other drivers for mine).

The remainder of the money about $12,250,000.00 I would like to invest $3,000,000.00 into GM by Stock dividend reinvestment. I then want an escrow account made for $7,000,000.00 interest and bonds. The remainder I want in an account bearing my name with access, I would want two additional family members with access. Also in good faith I would expect a check for $100,000.00 sent to me.

9. For the record, this is my Proof of Claim and Proof of Commercial DISHONOR, now if you want to accept my Good Faith offer I am willing to end this matter here, however if there is a problem and you wish to rehash or review the numbers we can start with the original commercial assumpsit debt $682,000,000.00. **This** Notice is in the nature of a Miranda Warning. Take due heed of its contents.

10. **Your** Failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for monetary damages, as indicated herein, that I incur by any adversely affecting injuries caused by your overt or covert actions or any of your fellow officers or agents in this or any other relevant matters described

herein. You have ten (10) business days, from date received, to respond to and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws and/or ESIS, GM policy, regulations that rebut these presumptions point by point, On and for the Record under penalties of the law including perjury.

11. **For the record,** based upon the antecedent claim, contract, trust agreement or commercial agreement that was void due to the liability without remedy ALL General Motor Corporation officers, officials, agents and servants are bonded to fidelity, and are under ministerial duty. The implication of a trust is the implication of every duty proper to a trust. Basicly, whoever is a fiduciary or in conscience chargeable as a fiduciary is expected to live up to them. Notibly, being fiduciaries, the ordinary rules of evidence are reversed, you must obey the law. Also a ministerial officer is liable for an injury done, where his acts are clearly against the law.

12. **For the record,** notification of legal responsibility is the first essential of due process of law. Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading. Any and All other obligors/grantors who view this contract are obliged to timely and fully answer or accept the contract offer.

13. **The period for Debtors to respond to this offer of contract is ten (10) days.** Any party or public official wishing to answer, respond, refute, deny, object or protest any statement, term, declaration, denial or provision in this presentment (UCC 3-501) must do so by Lawful Protest within ten (10) days of the date of issuance or forever lose all rights, titles, interests, and the opportunity to plead. All such responses must be verified and have exhibits and factual evidence in support annexed thereto.

14. **Debtors may agree with this offer to contract, all statements, terms, declarations, denials and provisions herein by remaining silent.** Failure to timely respond to all such terms and provisions with which Debtors disagree comprises Debtors' stipulation and confession jointly and severally to acceptance of all statements, terms, declarations, denials and provisions herein as facts, the whole truth, correct, and fully binding on all parties.

15. **This document serves as Notice of Fault** in the event Debtors fail to timely respond.

16. **Notice of Default shall be issued no sooner than three (3) three days after Notice of Fault.** Default is final three (3) days after Notice of Fault is issued. Default comprises Debtors consent jointly and severally to be named as defendant(s) in various actions, administrative, judicial or commercial.

17. **Upon Default, all matters are settled res judicata and stare decisis.**

18. **Default comprises an estoppel of all actions, administrative,**

NON-NEGOTIABLE NON-TRANSFERABLE CERTIFICATE OF ORIGIN-GM PROOF OF CLAIM

judicial, by Debtors against Barry-Henry: Spencer Junior in attempt to collect on said debt in the full amount herein assessed, and any action the Debtor now reasonably relied on.

**DISCLAIMER**

THE QUOTATION OF THE PRIVATELY COPYRIGHTED STATUTORY LEGISLATIVELY CREATED CASE LAW AND STATE AND FEDERAL STATUTES PURSUANT TO PL 88-244, DECEMBER 30, 1963, IS DONE WITHOUT INTENT TO CREATE A "USE", VIOLATE ANY PRIVATE COPYRIGHT, OR GIVE LEGAL ADVICE TO ANYONE, AND STANDS SO UNLESS LAWFULLY PROTESTED BY ANY CONCERNED PARTIES

**Notice to the principal is notice to all agents. Notice to an agent is notice to all principals.**

VERIFICATION

**Commercial Oath & Perjury Jurat:** I, Barry-Henry: Spencer Junior, on my Commercial Oath with unlimited liability proceeding in good faith, Pursuant to Title 28, USC 1746(1) and executed "**without the United States**, affirm under the penalty of perjury under the laws of the united States of America Republic, that the foregoing facts contained herein are true, correct, and complete and not misleading to the best of my belief and informed knowledge and furthis deponent saint not. "I" affix my autograph, signature, and seal, at the end of this communication to all of the above and below affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE** to any of those rights.

**Dated:** On this 16th Day of November, two thousand Nine A.D.:

With Honor and Without Prejudice,

By: Barry-Henry: Spencer Junior
Autograph: /s/ Barry-Henry: Spencer, Junior
Employee Identification number: [redacted]472
Barry-Henry: Spencer, Junior, Sui Juris, Trustee, Bailor
Secured Party, Creditor, Beneficiary

Commonwealth of Massachusetts }
} ss
County of Middlesex }

On this the 16 day of November, 2009 before me *Daniel Morse*, the undersigned *Notary Public*, Personally appeared Barry Spencer, and proved to me through satisfactory evidence of identity, which was *MA DOC Inmate ID* to be the person whose name was signed in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public

DANIEL D. MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 5, 2015

Private and Non-negotable between parties
FORM: **GM proof of commercial claim**
DEBTOR: GENERAL MOTORS CORPORATION
Creditor/Secured Parties: Barry-Henry: Spencer Junior & Tamika-Nicole: Scott
Page 6 of 6

PROOF OF MAILING AND CONTENTS MAILED

I, Barry-Henry: Spencer Junior, do hereby certify and affirm that on the date of November 16, 2009, I caused a true and correct copy of:

Verified Proof of Claim For Commercial Dishonor Notice of Fault and Opportunity To Cure

Affidavit of Tamika-Nicole: Scott

Affidavit of Barry-Henry: Spencer Junior

Motion For Writ of Attachment

Copy of RECALL NOTICE

GM ADMINISTRATIVE MESSAGE

LEGAL NOTICE AND DEMAND-International Tracking Number-RE 011-42-963 US

to be served on the party interested below by placing said document(s) in an envelope addressed as follows:

The Garden City Group
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

and then caused the sealed envelope to be deposited with the United States Post Service, certified mail, return receipt requested, postage prepaid, following ordinary business practices.

By the undersigns' full Commercial Liability, the it is certified and affirmed the above is true, correct, complete and not misleading to the best of his knowledge and belief.

Certified Mail Number:7008 1830 0004 5593 6429

By: Barry-Henry: Spencer Junior
Barry-Henry: Spencer Junior
With Honor and Without Prejudice
Barry-Henry: Spencer Junior,
Sui Juris, Trustee, Bailor,
Secured Party





ACCORDING TO OUR RECORDS AS OF JUNE 4, 2005, THE FOLLOWING OPEN RECALL(S) HAVE NOT BEEN COMPLETED ON YOUR CADILLAC, 1G6EL12Y8VU604873.

04014 ENGINE FUEL RAIL - REPLACE

Recall Service performed at no charge to owner.

Dealer:
HERB CHAMBERS CADILLAC, INC.
101 CADILLAC AVENUE
PROVIDENCE RI 02907
(401) 467-6600

1G6EL12Y8VU604873
TAMIKA SCOTT
21 VESTA RD. APT. 1
DORCHESTER CENTER MA 02124-1641

00000119112 RMS

074161-3215

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO 21530 MILWAUKEE, WI

POSTAGE WILL BE PAID BY THE ADDRESSEE

RECALL PROCESSING CENTER
P.O. BOX 909989
MILWAUKEE, WI 53209-9967



 # ADMINISTRATIVE MESSAGE

| | |
|---|---|
| Message Author: | Theresa Toccacelli/US/GM/GMC |
| Template Type: | Standard |
| Author's Division/Department: | VSSM |
| Status: | Forwarded |
| Message Date: | 09/30/2004 |
| Message Number: | VSU20040316 |

### Message Criteria/Information

| | |
|---|---|
| Dealer Recipient Criteria: | Cadillac<br>Oldsmobile |
| Exclude BAC(s): | |
| Originating Dept: | SPO - Recalls, Joan Stone |
| Subject: | GMP04-165 - 04014C - Engine Fuel Rail - Replace |
| Actionable Item: | Action Required |
| Actionable Item Details: | *Refer to Safety Recall Program #04014C.* |
| Contact Person: (for Wholesale) | Name: Joan Stone Phone: 810-606-4422<br>Email: Joan M. Stone/US/GM/GMC @ GM Fax: |
| Contact Person: (for Wholesale) | Name: Phone:<br>Email: Fax: |
| Contact Person: (for Dealership) | Name: Joan Stone Phone: 810-606-4422<br>Email: Joan M. Stone/US/GM/GMC @ GM Fax: |
| Contact Person: (for Dealership) | Name: Phone:<br>Email: Fax: |
| Functional Role(s): (Recommended Distribution): | *Parts Manager* |

### Message Categorization Information

| | |
|---|---|
| Message Type: | GM Parts Bulletins & Information |
| Revision Reference: | |

### Message Retention

| | |
|---|---|
| Release Date: | 10/01/2004 |
| Archive Date: | 10/15/2004 |

**Dealer Salutation:** TO ALL CADILLAC AND OLDSMOBILE DEALERS

### DESCRIPTION:

**PRODUCT SAFETY RECALL #04014C – October 1, 2004**

**This bulletin is being revised to add 1997 Cadillac model vehicles. Please discard Safety Recall bulletin number 04014B, dated September 2004.**

- General Motors has decided that a defect which relates to motor vehicle safety exists in all 1995-1997 Cadillac De Ville Concours, Seville, Eldorado; 1996-1997 Cadillac De Ville; and 1995-1997 Oldsmobile Aurora model vehicles. *These vehicles have a condition in which the original equipment nylon tubing used in the fuel rail* construction may degrade and crack. Additionally, the 1995 Oldsmobile Aurora uses a unique underhood fuel return line that may crack at unusually high rates. Cracking of the fuel rail or return line tubing can result in a fuel leak into the engine compartment. The operator may experience fuel odor and possibly engine stalling due to loss of fuel pressure to the engine. If this event were to occur, and if an ignition source were present, an

engine compartment fire could occur.

- Dealers will inspect and, if necessary, replace the engine fuel rail with a new stainless steel fuel rail. Dealers will also replace the chassis fuel lines on 1995 Oldsmobile Aurora model vehicles.
- Refer to Safety Recall Program # 04014C for further information.

**EFFECTIVE DATE:**
Initial owner mailing is scheduled to begin: **October 8, 2004**

**GENERAL INFORMATION:**
Parts Pre-Ship Information – For US

**Important:** An initial supply of parts required to complete this recall will be pre-shipped to involved Dealers of record. The pre-shipment for 1995 Cadillacs began the week of July 26, 2004. The pre-shipment for 1996 Cadillacs began the week of August 30, 2004. The pre-shipment for 1997 Cadillacs began the week of September 20, 2004. The pre-shipment for 1996-97 Oldsmobiles began the week of May 24, 2004. The pre-shipment for 1995 Oldsmobiles began the week of August 23, 2004. All pre-shipments will be approximately 15% of each Dealer's involved vehicles. Pre-shipped parts will be charged to Dealer's open parts account.

Additional parts, if required, are to be obtained from General Motors Service & Parts Operations (GMSPO). Please refer to your "involved vehicles listing" before ordering parts. Normal orders should be placed on a DRO = Daily Replenishment Order. In an emergency situation, parts should be ordered on a CSO = Customer Special Order.

| Part Number | Description | Quantity/Vehicle |
|---|---|---|
| 12583147 | Rail Kit, M/Port F/Injn Fuel (1995-96 Cadillac) | 1 |
| 17800051 | Seal Kit, M/Port F/Injr (1995 Cadillac) | 1 |
| 12583148 | Rail Kit, M/Port F/Injn Fuel (1997 Cadillac) | 1 |
| 17800053 | Seal Kit, M/Port F/Injr (1996-97 Cadillac) | 1 |
| 12583146 | Rail Kit, M/Port F/Injn Fuel (1995 Oldsmobile) | 1 |
| 17800050 | Seal Kit, M/Port F/Injr (1995 Oldsmobile) | 1 |
| 10384811 | Pipe Kit, F/Injn Fuel Feed & Rtn (1995 Oldsmobile) | 1 |
| 12583145 | Rail Kit, M/Port F/Injn Fuel (1996-97 Oldsmobile) | 1 |
| 17800052 | Seal Kit, M/Port F/Injr (1996-97 Oldsmobile) | 1 |
| 8919354 | Conduit, Plastic | 6 feet |
| 12345579 | Grease, Dielectric Silicone (1 oz.) | As needed |

**VSSM Library Fields**

☐ **Do Not Send Message to VSSM Library**

**Does This Document Require Action from a Field Rep?** Information

**Intended Audience(s):** Area Parts Manager, Area Service Manager, Commercial Service Manager, Field Zone Manager, Fleet/Commercial Manager, Region-NC, Region-NE, Region-SC, Region-SE, Region-W, Regional Parts Manager, Regional Service Manager, Regional Service Technical Manager, Regional Warranty Manager

**Involved Brand(s):** Cadillac--DeVille, Cadillac--Eldorado, Cadillac--Seville, Oldsmobile--Aurora

**Document Type(s):** Parts

**Expiration Date:** 10/15/2004

**Topic:** GM Parts -- K, O 1995/1996/1997 DeVille, Eldorado, Seville, Aurora Engine Fuel Rail

18

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,ss

SUPERIOR CIVIL COURT
DOCKET No SUCV2005-02304 -D

BARRY H SPENCER, JR ,
TAMIKA N SCOTT

-VS-

GENERAL MOTORS

AFFIDAVIT OF TAMIKA NICOLE SCOTT

I, Tamika Nicole Scott, hereby depose and state the following under oath & under the pains and penalties of perjury.

1 I, Tamika Nicole Scott, am the plaintiff in this case,

2 I was accompanied by the other plaintiff, Barry H Spencer Jr , to Expressway Motors on January 19 & 20, 2003, to purchase a 1997 Cadillac Eldorado Coupe, Green, Vin# 1G6EL12Y8U604873

3 Soon after purchasing the vehicle was I began to experience problems with the used vehicle The vehicle began stalling and shutting off while driving public ways and roads

4 I called the salesman, Fernando Owens, who sold me the vehicle to express my concerns regarding the technical problems I was experiencing I informed him the issues were hindering the safety of the vehicle, placing me, my unborn child, and my passengers at risk They began to occur two-three weeks after the purchase date of January 20, 2003 Mr Owens asked that I bring the vehicle in for a maintenance check

5 After dropping off the vehicle I returned later to Expressway Motors to pick it up and find out what the problem was Mr Owens informed me the vehicle had been inspected by the mechanics and nothing was found. He told me and my friend, Delicia Williamson, that if was trying to make an attempt to return the vehicle all sales were final I informed Mr Owens I was not trying to return the vehicle I told him I just wanted whatever was happening to be fixed because it was a safety issue

6 In early February 2003 myself, and the other plaintiff, Barry H Spencer Jr , were traveling down Dorchester Avenue As I attempted to take a left turn and an intersection onto Talbolt Avenue, the vehicle completely shut down without warnings, we were coasting without any systems the steering locked up, the brakes, none of the lights worked I franticly tried to get the car started by turning the ignition key out of fear of getting hit by the other moving vehicles in the flow of traffic

7 On February 10th, 2003, Myself and plaintiff, Barry H Spencer, were traveling from my home on Vesta Road to his home on Parkview Street While driving on a main highway, Blue Hill Avenue, the vehicle again shut off completely, as explained in par 6, this time we were in afternoon traffic one of the busiest streets in Dorchester, Massachusetts

8 I was reluctant to call the dealership after the system shutdown in early February for fear of being accused of trying to return the vehicle again I did not want any problems and felt as though the dealership was accusing me of wrongdoing But, after the near death experience on the 10th, I mustered up the courage to call and spoke with the sales person, Fernando Owens, again regarding my safety, and defective issues going on with the vehicle He told me to bring the vehicle in and it would be taken to a Cadillac Dealership for servicing

9 The Dealer, Expressway Motors, held the vehicle then took it to EZ AUTO SERVICE Center, later we found out the vehicle was never checked or serviced for the problems complained of regarding stalling, shutting off and or systems failure

10 I was told again, by Fernando Owens, the vehicle was fine and I should not have any recurring problems with the vehicle

11 The plaintiff, Barry H Spencer, Jr , was utilizing the vehicle on July 11, 2003 On this date I received a phone call from a Medical Specialist in the Intensive Care Unit at Boston Medical Hospital The call was to inform me that Mr Spencer had been seriously injured in a car accident

12 I was just relived to find out the plaintiff, Barry H Spencer was alive He told me the following several days later when he was conscious and could speak He was traveling on American Legion Highway, and a car came out from the Franklin Park Zoo parking lot in front of him, he immediately went over to the left lane from the right lane to avoid an accident, where within seconds, he was hit from behind He was hit from behind in the far left lane, went to the right lane, then went off the road, veered into a tree, and all the he while anxiously tried to regain control of the vehicle but it would respond, same as herein mentioned He remembered trying to steer the car to remain on the road but it was useless, he was trapped inside a luxury coffin, before losing consciousness, he remember only seeing grass then a tree; after all he felt was the rear end of the vehicle raising He stayed in the Hospital for 3 to 4 days with fractures to the sternum, ribs, pelvis, hands and knees, lacerated liver, extreme headaches with lost periods of time, notwithstanding having problems sitting and standing for long periods of time and other aches and pains consistent of an accident with major front end damage

13 Around December 2003 I received a recall letter from the General Motors Dealer, in which the car was originally sold, explaining the engine fuel rail needed to be replaced, on my vehicle, the notice stated the make, model, vehicle identification number & the nature of the problem

14 Upon doing some research and investigation I found there were numerous complaints like mine regarding the fuel rail and car system shutdown These safety violations have caused me substantial emotional scarring, property loss, and loss of wages for support of me and my child from the other defendant Mr Spencer, since the defendant, General Motors, placed into the stream of commerce, a dangerous product by reason of defects

I hereby depose and state that all the facts herein are true to the best of my Knowledge, signed under the pains and penalties of perjury

Tamika Nicole Scott

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,ss

SUPERIOR CIVIL COURT
DOCKET No SUCV2005-02304 -D

BARRY H SPENCER, JR ,
TAMIKA N SCOTT

-VS-

GENERAL MOTORS

AFFIDAVIT OF BARRY H SPENCER, JR ,

I, Barry H Spencer, Jr , Hereby depose and state the following under oath& Under the pains and penalties of perjury

1 I, Barry H Spencer, Jr , am the plaintiff in this case,

2 I accompanied the other plaintiff, Tamika N Scott, to Expressway Motors on January 19& 20, 2003, to purchase a 1997 Cadillac Eldorado Coupe, Green, Vin# 1G6EL12Y8U604873

3 I asked the other plaintiff, Tamika N Scott, how the vehicle was driving and if she experienced any problems with the vehicle, since it was used and a 1997 model, She told me that the vehicle was stalling and shutting off while in usage while on Public ways and roads

4 I told her to call the Sales person, Fernando Owens, and express her concerns regarding the technical problems she was experiencing that was hindering the safety of the vehicle, placing her and my unborn child at risk, this was two-three weeks after the purchase date of January 20, 2003

5 I reminded her to call Expressway Motors since she told me the car shut off on Her again, she told me that the sales person, Fernando Owens, dismissed her concerns under the premise of believing she was trying to dissolve the sales' contract

6 I offered to discuss the matter with Expressway Motors' sales person or Mànager since I was very concerned of my familys'safety due to the vehicle stalling and shutting off while min usage, she said she'll handle the talking to the Dealer, Expressway Motors

7 In early February 2003 Myself and the other plaintiff, Tamika N Scott, were Traveling down Dorchester Avenue turning onto Talbolt Avenue, the vehicle

completely shut down without warnings, we were coasting without any systems the steering locked up, the brakes, none of the lights worked, we were as a fish out of water-DEAD

8 I again expressed to Tamika that this problem could not be avoided and was extremely serious and dangerous and the Dealer should be made aware of the problem

9 On February 10th, 2003, Myself and plaintiff, Tamika N Scott, were traveling from her home on Vesta Road to my home on Parkview Street, proceeding along Blue Hill Avenue when the vehicle again shut off completely, as explained in par 7, this time we were in afternoon traffic one of the busiest streets in Dorchester, Massachusetts

10 After the near helplessness& near death experience I had enough I explained to the other Plaintiff, Tamika N Scott, if she did not return the car for servicing, I will personally with some choice words regarding the safety of the vehicle and my feels of placing my family at risk with a defective product.

11 The plaintiff, Tamika N Scott, called the next day and spoken with the sales person regarding the safety and haphazardness of the vehicle, she told me that the vehicle will be taken to a Cadillac Dealer for servicing regarding the complaints she expressed to the sales person

12 The Dealer, Expressway Motors, held the vehicle then taken it to EZ AUTO SERVICE Center, (later we found out the vehicle was never checked or serviced for the actual Problems complained of regarding stalling, shutting off and or systems failure

13 The plaintiff, Tamika N Scott, told me she was told the vehicle was fine and that She should not have any reoccurring problems involving the vehicle

14 While the plaintiff, Barry H Spencer, Jr , was utilizing the vehicle on July 11, 2003, I was traveling on American Legion Highway, a car came out from the Franklin Park Zoo opening in front of me, I immediately went over to the left lane from the right lane to avoid an accident, where within seconds, I was hit from behind

15 I was hit from behind in the far left lane, went to the right lane, then went off the road and veered into a tree, all the while anxiously trying to regain control of a vehicle that had not or would respond, same as herein mentioned

16 I remember trying to steer the car to remain on the road but it was useless, I was trapped inside a luxury coffin, before losing consciousness, I remember only seeing grass then a tree, after all I felt was the rear end of the vehicle raising.

17 I awoken to the voices of two men yelling to each other about trying to get me out, I felt hands taking me out of the vehicle, while I was gasping for air my whole chest was sore and on fire, I was in so much pain I couldn't be moved to far

18 I was taken by ambulance to Boston Medical Center while going in and out of consciousness, all I remember was the paramedics telling me to stay awake while poking and probing, for breaks and pain all over

19 I stayed in the Hospital for 3 to 4 days with fractures to the sternum, ribs, pelvis, hands and knees, lacerated liver, extreme headaches with lost periods of time, notwithstanding having problems sitting and standing for long periods of time and the other aches and pains consistent of an accident with major front end damage

20 Around December 2003 the plaintiff, Tamika N Scott, received a recall letter from a General Motors Dealer explaining that the engine fuel rail needed to be replaced, on her Vehicle, the notice stated the make, model, vin# & the nature of the problem.

21 I did some research on the matter in December 2003 thru December 2004, I made numerous calls to Cadillac's' service center to enquire about what sort of problems that may occur due to not replacing the engine fuel rail, the service center stated that it will fix the problem and didn't want to answer questions regarding the symptoms the vehicle will have if the part was not replaced, when I asked about stalling or shutting-off the representive hung up

22 To try to make it simple I offered an analogy that a fuel rail effects the circulation of the fuel, if the fuel doesn't circulate same as the blood in a human, then the body of the car or person is dead in the water

23 It was apparent that the car was defective so I wrote the defendant, General Motors, to inform them of my intent to sue due to product liability, negligence and warranty

24 violations whish has caused me substantial mental& bodily injuries, since the defendant, General Motors, placed into the stream of commerce, a dangerous product by reason of defects

I hereby depose and state that all the facts herein are true to the best of my Knowledge, signed under the pains and penalties of perjury

Barry H Spencer, Jr,

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Sylvester-Richard Spencer
Care of: Post Office Box 191128
Roxbury, Massachusetts Republic
near [02119]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
200972913146

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION

3. CONTINUATION

4. ASSIGNMENT

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME: BARRY HENRY SPENCER JR ORGANIZATION, TRADE NAME, TRADEMARK, DEBTOR

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7c. MAILING ADDRESS: c/o POST OFFICE BOX 191128 | CITY: Roxbury | STATE: MA | POSTAL CODE: [02119]

7d. ... | USA | [illegible] 2 No 5407

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
☐ deleted ☑ added ☐ restated collateral description ☐ assigned

All Debtor's Collateral described in the MASSACHUSETTS UCC FINANCING STATEMENT COLLATERAL ASSIGNMENT Political Status annexed to this Financing Statement incorporated by reference herein

Secured Party Bailor Authorized Representative Principle Sovereign Soul Man Grantor Trustee's autograph

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

9b. INDIVIDUAL'S LAST NAME: Spencer | FIRST NAME: Barry | MIDDLE NAME: Henry | SUFFIX: Grantor

10. OPTIONAL FILER REFERENCE DATA
DEBTOR BARRY HENRY SPENCER Secured Party: Barry-Henry Spencer

MASSACHUSETTS UCC FINANCING STATEMENT
COLLATERAL ASSIGNMENT SCHEDULE A

DEBTOR BARRY HENRY SPENCER JR
Secured Party Barry Henry Spencer, Junior

This filing is an entry for the Collateral Record Owner Barry-Henry Spencer, Junior, on this 13th day of August, 2009 This is an Actual and Constructive Notice that all of Debtor's interest now held or hereafter acquire is hereby accepted as collateral for securing contractual obligation in favor of the *Secured Party as detailed in a true, correct complete notarized Commercial Security Agreement #* BHSJR05062009-SA01 in the possession of the Secured Party, inquiring parties may consult directly with debtor for ascertaining, in detail the financial relationship and contractual obligations associated with this commercial transactions identified in security agreement referenced above

Per the security agreement contract the above Secured Party, a living man, hereby duly gives notice of claim to

(1) *Party all presently existing or hereafter arising,* now owned or hereafter acquired accounts bank accounts, Secured Abandon Funds from all accounts, accounts receivable, contract rights chattel paper, documents, inventory, instruments, equipment(s), reserves, reserve accounts, rebates and general intangibles, and all books and records pertaining to accounts and all proceeds of the foregoing property NOTICE *In accordance with USC - Property - This is the* entry of the Debtor in the Commercial Registry as a Transmitting Utility" the property hereby registered in the same as Public Notice of a Commercial Transaction,

*(2) all right, interest and title in bond(s) or equitable exemptions,* credits or other *remedies* created and or secured pursuant to title in STATE OF MASSACHUSETTS, County of Suffolk Certificate of Birth # 094252 No 8407 and the pledge represented by same not limited to the pignus hypotheca hereditiments res the energy and all products derived therefrom and all *signatures on all contracts and agreements predicated on the legal entity described above as* Debtor, nunc pro tunc to the date of creation

(3) all right, interest and title in the bond(s) behind Certificate of Birth #094252 No 8407 which *represents the pre-paid financing on any and all activities of Debtor nunc pro tunc to date of* inception

(4) *all right* interest and title in any and all indentures debentures and bonds of Debtor, nunc *pro tunc to the date of creation The Secured Party further claims all right interest and title in all* of the Debtor's titled and non-titled interests in assets possessions property resources and licenses etc equitable exemptions credits or other remedies created and or secured including but not limited to STATE OF MASSACHUSETTS DRIVER LICENSE # [redacted] any and all funds due to the Debtor from the Debtor's Social Security contract identified by account number [redacted] *(OR) representing pre-paid financing - exempt from levy*

(5) all rights title and interest in any and all indentures debentures and bonds of DEBTOR's titled and non-titled interests in assets

(6) all rights title and interest in any and all indentures debentures and bonds of bonds and notes numbered

BHSJR10001PN-BHSJR99999PN BHSJR 10001BD- BHSJR 99999BD,
BHSJR 10001CT- BHSJR 99999CT

(7) all right interest and title in any and all indentures debentures and bonds of Debtor Contract Trust Account Tracking Number RE 504 191 159 US,

(8) Debtor BARRY HENRY SPENCER, JR, ORGANIZATION, TRADE NAME, TRADEMARK, DEBTOR nunc pro tunc but not limited to all Capitalized Names BARRY HENRY SPENCER, JR, SPENCER BARRY HENRY, Jr , B H SPENCER, Jr and any and all derivatives or juristic names which means an abstract legal entity eng legis such as a corporation, created by construct of law and all contracts agreements and signatures and/or endorsements,

(9) all right interest and title in any and all indentures debentures and bonds of any and all commercial activities of DEBTOR,

(10) all proceeds, products, baggage, accounts, fixtures, and the orders therefrom are released to the Debtor to serve as collateral for the Creditor Secured Party's benefit,

The Secured Party's claim to a security interest in all of the right, interest and title in all of the Debtor's titled and non-titled interests in assets possessions property resources and licenses, etc is validated and confirmed by private contract and a duly executed security agreement Said private contract and security agreement gives the Secured Party a total assignment of all of the Debtor's assets possessions property resources and licenses etc The security interest claimed by the Secured Party does not imply or represent any type of surety or obligation by the Secured Party for the Debtor's actions or obligations Any challenge to the herein noticed claim is required to be presented to the twelve justices of the Constitutional County Court of Record for the People at the county of Suffolk Massachusetts for a determination of the merits of said challenge pursuant to the common law

All property is Accepted for Value and Exempt from Levy

*This is done in full in accord with Public Law found at Chapter 48, 48 Stat 112 Public Policy found at* House Joint Resolution 192 of June 5,1933, Public Law found at 73-10, the Uniform Commercial Codes and Massachusetts General Law found at Chapter 106

All Rights Reserved

BARRY HENRY SPENCER JR
BARRY HENRY SPENCER JR DEBTOR

Barry-Henry Spencer Junior
Barry-Henry Spencer Junior Secured Party Sovereign Grantor Bailor Living Principle Trustee Authorized Representative

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY [illegible] BOND NUMBER [illegible]
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

International Registered Private Tracking Number - RE 011 42-963 US
UCC-1 Filed in MASSACHUSETTS Secured Transaction Registry Number- 200972913140

**ATTENTION AND WARNING!**

THIS IS A LEGAL NOTICE AND DEMAND

FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

NON WAR POWERS
ACT FLAG

**To:** All State Federal and International Public Officials by and through
MASSACHUSETTS SECRETARY OF STATE WILLIAM FRANCIS GALVIN
TAKE NOTICE IGNORANCE OF THE LAW IS NO EXCUSE
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION

**I do not wish to speak to you under any circumstances excluding federal judicial review**

**THIS TITLE IS FOR YOUR PROTECTION!**

(1) I, one Barry-Henry Spencer, Junior [Freeman] the undersigned, herein request that you present anything that you say to me in writing signed under penalty of perjury as required by your law as shown in this instrument Notice to Agent is Notice to Principal Notice to Principal is Notice to Agent Attachments are included and are part of this contract

(2) This Notice is in the nature of a Miranda Warning Take due heed of its contents If for any reason you do not understand any of these statements or warnings it is incumbent upon you to summon a superior officer special prosecutor federal judge or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, formal notarized registered Statute Staple Securities Instrument As per Title 11 USC 501(a) 502(a) 11 USC 7001 7013, and Federal Rules of Civil Procedure Sections 8-A AND 13-A the claim or presumption that I, Barry-Henry Spencer Junior, am a Debtor to the 'UNITED STATES' or any of its agencies or sub-corporations is forever rebutted by this contract This rebuttal is a counterclaim in Admiralty

(3) Your Failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for monetary damages as indicated herein that I incur by any adversely affecting injuries caused by your overt or covert actions or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein You have thirty (30) days from the date that this document is received by the Clerk of the Public Record to respond and rebut the presumptions of this contract by submitting to me signed, certified authenticated documents of the laws that rebut

Pg 25 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

(7) **By** this record let it be known that I do not at any time waive any rights or protections, as acknowledged by the aforementioned Constitution and /or Honorable 'Bill of Rights,' nonetheless, demanding that you protect these as you swore an oath to do so I accept your lawfully required Oath of Office, bonds of any type insurance policies, and property of any type for my protection and making whole

Furthermore, should you witness any public officers at this time, or any time past present, or future violate any of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office, or you shall henceforth be accountable for monetary damages from but not limited to your monetary liability your corporate bond, compensatory costs, punitive procurements and sanctioned by attorney attributions

(8) Note A true and correct, notarized copy of this **Statute Staple Securities Instrument** is safely deposited in the Massachusetts Secretary of State UCC office and\or the Register of Deeds Office in Suffolk County, Massachusetts This security instrument has also been delivered to several trusted friends and accompanied by sworn affidavits certifying my policy of presenting this security instrument to each and every public officer who approaches me violating my unalienable rights including, but not limited to, my right of liberty and free movement upon any common pathway of travel I have a lawful right to travel, by whatever means, via land sea or air without any officer, agent employee attorney, or judge willfully causing adverse affects or damages upon me by an arrest, detainment, restraint, or deprivation I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced should any court action be taken upon me as caused by your acts under color of law with you, your officers and employees
**Take note** You are now monetarily liable in your personal and corporate capacity I, Barry Henry Spencer Junior [Freeman], the undersigned a Sovereign notwithstanding anything contrary abide by all laws in accordance with the aforementioned Constitution and Honorable 'Bill of Rights which are applicable to Sovereigns I, Barry-Henry Spencer Junior wish no harm to any man You agree by your non-response to uphold my "Right to Travel" or you must rebut my presumption by lawfully documented evidence in law Or and For the Record, Under Oath and penalty of perjury within the thirty (30) days as aforementioned in this Admiralty Contract

(9) **BE WARNED, NOTICED, AND ADVISED** *that I rely upon, in addition to constitutional limits of the* "Constitution for the united States of America' and/or the Honorable "Bill of Rights," governmental authority, the rights and protections guaranteed under Uniform Commercial Codes, common equity law, laws of admiralty and commercial liens and levies pursuant to but not limited, to Title 42 (Civil Rights), Title 18 U S C A (Criminal Codes), Title 28 U S C A (Civil Codes), and additional MASSACHUSETTS constitution penal codes in as much as they are in compliance with the aforementioned Constitution and/or 'Bill of Rights This e can be no violation of any of these laws unless this e is a victim *consisting of a natural, flesh and blood man who has been damaged When this e is no victim this e is* no crime or law broken Unless this is rebutted within the time limit contained herein and the conditions of the rebuttal are met you or any representative in any capacity of any agency government corporation or the like agree to abide by this contract anytime that you interact with me

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
*DEBTOR BARRY HENRY SPENCER JR*
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 3 of 28

Pg 26 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

these presumptions point by point, On and For the Record under penalties of the law including perjury This document will be on file in the public record, and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, i e , officers of the court, and /or law enforcement officers including local state, federal, international multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other , against me, and whether in this county, state, region area, *country, corporation, federal zone, or in any venue and/or jurisdiction Your failure to timely rebut the* statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein Your presumptions that I, the undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES" jurisdiction are now and forever rebutted

(4) I, the undersigned tendering this document, am a Private People of Posterity, a Sovereign Personam Sojourn, by fact, not a 14th amendment citizen or surety within or subject for or allegiance to, your corporate "UNITED STATES", or to any de facto, compact corporate commercial states contracting therein, only to the united States of America," nonetheless carrying with me exclusive, original, *sovereign jurisdiction and venue having one supreme court* and United States Court of International Trade This is a matter of public record, tendered by way of registered mail or hand to MASSACHUSETTS SECRETARY OF STATE

These pages are to be recorded upon a liber records and books and page by officer(s) or clerk(s) or agent(s) by way of UCC FINANCING STATEMENT check box number 6 in Register of Deeds Offices including but not limited to SUFFOLK COUNTY and MIDDLESEX, ESSEX, NORFOLK *WORCHESTER, HAMPDEN, HAMPHIRE, FRANKLIN, BERKSHIRE, BRISTOL, PLYMOUNTH,* BARNSTABLE, DUKES, and NANTUCKET COUNTIES, also by request of the Barry-Henry Spencer, Junior and\or representative of Barry-Henry Spencer, Junior

(5) I, the undersigned, now tendering this legally binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate veil " Color of Law Venue " being acknowledged by silence and acquiescence of WILLIAM FRANCIS GALVIN respectfully MASSACHUSETTS SECRETARY OF STATE also but not limited to any public officers, agents contractors, assigns employees and subsidiaries of your office regarding my Legal Notice and Demand tendered by registered mail or hand with MASSACHUSETTS SECRETARY OF STATE UCC FINANCING STATEMENT and\or liber book number and page affixed

(6) **Which** silence of Corporate Office SECRETARY OF STATE ratifies severances of any nexus or relationship to de facto, corporate, commercial state offices, being fraudulent conveyance by operating under " Color of Authority" upon affiant Let this be known by the **"Good Faith (Oxford) Doctrine"** to all men and women I do not consent to any warrantless searches, or searches that are not compliant *with the "Constitution for the united States of America" and /or all of the amendments of the Honorable* 'Bill of Rights whether of my dwellings, cars land crafts, watercrafts aircrafts me mine current location property, hotel rooms, apartments business records, businesses or my machinery, vehicles equipment(s) supplies, buildings grounds land in my private possession or control past, present and future, now and forevermore so help you God

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 2 of 28

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

I, Barry-Henry Spencer, Junior [Freemen] the undersigned, am of lawful majority age clear head and sound mind

(10) **Remember,** you took a solemn binding oath to protect and defend the original "Constitution for the united States of America" (1787) adopted circa 1791 Violations of said oath is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor, infra, 13, 14 & 15 I accept said Oath of Office that you have sworn to uphold I declare that any and all presumptions that I am citizen, subject, resident, participant legal entity, strawman, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS SUBSIDIARIES are now and forever rebutted You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by MASSACHUSETTS states attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution You have thirty (30) days to rebut my statements as indicated herein, or my statements will stand as true, lawful and legal in all of your courts and/or hearings

(11) **This** legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collection Practices Act These terms and conditions are not subject to any or all immunities that you may claim, should you in *any* way violate my rights or allow violations by others Your corporate commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence

(12) **The** liability is upon you, and/or your respondent superior, and upon others including any and all local state, regional, federal, multijurisdictional, international, and/or corporate agencies and/or persons of the foregoing involved directly or indirectly with you via any nexus acting with you, and said liability shall be satisfied jointly and/or severally at my discretion You are sworn to your Oath of Office and I accept your Oath of Office and your responsibility to uphold the rights of me and mine at all times

Pg 28 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE

(13) **Unlawful Arrest Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass without a lawful, correct, and complete 4th amendment warrant** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer, or agent involved

**Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U S C A , §241 and §242 or definitions contained herein $2,000 000 00 (Two Million) US Dollars per occurrence per officer or agent involved

**Assault or Assault and Battery without Weapon** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer or agent involved

**Assault or Assault and Battery with Weapon** $3,000,000 00 (Three Million) US Dollars, per occurrence, per officer, or agent involved

**Unfounded Accusations by Officers of the Court, or Unlawful Determination** $2,000 000 00 (Two *Million) US Dollars, per occurrence, per officer or agent involved*

(14) **Denial and/or Abuse of Due Process** $2,000,000 00 (Two Million) US Dollars, per occurrence per officer, or agent involved

**Obstruction of Justice** $2 000 000 00 (Two Million) US Dollars, per occurrence per officer or agent involved

**Unlawful Distraint, Unlawful Detainer, or False Imprisonment** $5 000 000 00 (Five Million) US Dollars per day, per occurrence per officer or agent involved plus 18% annual interest

**Reckless Endangerment Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained** $2 000 000 00 (Two Million) US Dollars per occurrence per officer, or agent involved

**Counterfeiting Statute Staple Securities Instruments** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer or agent involved

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 5 of 28

Pg 29 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
*NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS*
LEGAL NOTICE AND DEMAND

(15) **Unlawful Detention or Incarceration** $2 000,000 00 (Two Million) US Dollars per day per occurrence, per officer or agent involved

**Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason** $2,000,000 00 (Two Million) US Dollars per day, per occurrence, per officer, or agent involved

**Disrespect by a Judge or Officer of the Court** $2,000,000 00 (Two Million) US Dollars per occurrence, per officer, or agent involved

**Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court** $2,000 000 00 (Two Million) US Dollars per occurrence, per officer, or agent involved

**Unnecessary Restraint** $2,000 000 00 (Two Million) US Dollars, per occurrence per officer, or agent involved

**Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights"** $2,000,000 00 (Two Million) US Dollars per day of confinement to be prorated by the hour as per Traficant vs Florida, per occurrence, per officer, per agent involved

**Coercion or Attempted Coercion of the Natural Man to take responsibility for the Corporate Strawman against the Natural Man Secured Party's Will** $2,000,000 00 Two Million US Dollars per occurrence, per officer or agent involved

**The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Natural Man Secured Party by any agency** $2,000,000 00 (Two Million) US Dollars per occurrence, and $100,000 00 (One Hundred Thousand) US Dollars per day penalty until liens levies impoundments and/or garnishments are ended and all funds reimbursed and all property returned in the same condition as it was when taken with 18 % annual interest upon the Secured Party s declared value of property

**Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft of Property** including buildings structures, equipment(s) furniture(s), fixtures and supplies belonging to the Natural Man Secured Party will incur a penalty of total new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation delivery, set up, assembly, installation tips and fees permits replacement of computer information and data computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type like kind and/or quality and quantity as affected items The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete accurate and uncontestable by the agency or representative this eof that caused such action In addition to the aforementioned cost this e will be a $200 000 00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full beginning on the first day after the incident as provided by this contract

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 6 of 28

Pg 30 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

# CAVEAT

(16) **The** aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or *any* combination this thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration The aforementioned Constitution and/or the Honorable "Bill of Rights" establish jurisdiction for you in your normal course of business All violations against me, the undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me

(17) **By** your actions, you shall lack recourse for all claims of immunity in *any* forum Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights This **Statute Staple Securities Instrument** exhausts all state maritime article 1 administrative jurisdictions and protects my Article III court remedies including but not limited to Title 42 U S C A, Title 18 U S C A , Title 28 U S C A , and Title 18 U S C ,§ 242

# IGNORANCE OF THE LAW IS NO EXCUSE!

(18) **I**, one Barry-Henry Spencer, Junior [Freeman], the undersigned, am the principal, and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "**Good Faith (Oxford) Doctrine**" by my conclusive Honorable "Bill of Rights "

(19) **This Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are *ever* waived or taken from me against my will by threats duress, coercion fraud or without my express written consent of waiver None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone The statements contained herein are to notice any persons, whether real or corporate of their potential personal civil and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787 adopted circa 1791 and/or the Honorable 'Bill of Rights ' A bona fide duplicate of this paperwork is safely archived *with those who testify under oath that it is my standard policy to* ALWAYS *present this notice to any* public or private officer attempting to violate me and my rights It is noted on the record that by implication of said presentment, this notice has been tendered by way of registered mail or by hand to MASSACHUSETTS SECRETARY OF STATE SECRETARY OF STATE WILLIAM FRANCIS GALVIN This is prima facie evidence of your receipt and acceptance of this presentment in both your corporate and individual capacity jointly and severally for each and all governmental, political, and corporate bodies Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U S C A § 1746 This document is now on record in the MASSACHUSETTS SECRETARY of STATE UCC office and\or the Register of Deeds Office in SUFFOLK COUNTY, MASSACHUSETTS supra

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 7 of 28

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

# SUMMATION

**(20)** Should you move against me in defiance of this presentment, this e is no immunity from prosecution available to you or to any of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or any other persons who become involved in the instant actions, or any future actions against me by way of aiding and abetting Take due heed and govern yourself accordingly Any or all documents tendered to me, lacking bona fide ink signatures or dates per title 18 U S C A § 513-514, are counterfeit security instruments causing you to be liable in your corporate and individual capacity by fraudulent conveyance now and forevermore If and when you cause any injury and/or damages to the Natural Man Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily with no reservation of rights and defenses at the written request of the Natural Man Secured Party, surrender, including but not limited to, any and all bonds public and/or corporate insurance policies and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man Secured Party This applies to any and all agents or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**(21)** **This** document cannot be retracted by *any* employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man Secured Party on this registered document, for one hundred years from date on this legally binding **Statute Staple Securities Instrument**

**Attention** All Agents, Representatives or Officers, or such as, of the "UNITED STATES" or its subdivisions including local state federal, and/or international or multinational governments corporations agencies, and the like You have thirty (30) days to rebut any portion of this document or you stand in total agreement Non response is agreement Partial response is agreement Rebuttal must be in written form with legal/lawful, verified, certified documentation in law with copies of said law enclosed This documentation must be provided under penalty of perjury **Notice to Agent is Notice to Principal Notice to Principal is Notice to Agent Ignorance of the law is no excuse**

**(22)** **All** other corporations including but not limited to telephone companies cable companies, utility companies, contractors, builders maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all other s including all persons are bound by all paragraphs, terms and conditions herein regardless of nature of limited liability corporations or affiliations as 'DBA s "AKA s " incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

(23) **YOU ARE NOTICED** having been given knowledge of the law and your personal financial liability in event of *any* violations of my rights and/or being This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith, notice and grace

(24) Dated this 13th day of August, in the year of our Lord, two thousand nine This contract being of honor is presented under the **"Good Faith (Oxford) Doctrine "** I accept the Oath of Office of all officers of the court, including but not limited to the clerk of the court, all judges and attorneys from all jurisdictions, all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof

(25) Any agent, law enforcement officer, employee, contractor, representative or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION Violation of this notice will be considered criminal trespass and will be subject to a $2,000 000 00 (Two Million) lawful US Silver dollar penalty plus damages per violation, per violator

(26) **Attention** Any and all lending institutions, brokerage firms, credit unions depository institutions insurance agencies, credit bureaus, and the officers, agents and employees therein You have now been notified of the law as to your corporate and individual financial liability in the event of any violations upon the rights and/or being of Barry-Henry Spencer, Junior This **Statute Staple Securities Instrument** constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations All penalties contained herein will be subject to a penalty increase of one million dollars per day, plus interest, while this e is any unpaid balance for the first thirty (30) days after default of payment This penalty will increase by 10% per each day until balance is paid in full plus 18% annual interest beginning on the thirty- first (31st) day after default of payment All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are 999 fine silver or equivalent par value if paid in legal tender or fiat paper money Par value will be determined by the value established by a one troy ounce 999 fine silver coin at the US MINT or by law, whichever is higher value at the time of the incident Any dispute over the par value will be decided by the Secured Party or his designee All definitions in Attachment B' are included as a part of this contract and will be applied as written herein Any dispute of any definition will be decided by the Secured Party There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America " If any contradiction is found, the meaning will be determined by the Secured Party Definitions as they apply to this contract are enclosed in Attachment 'B" and are included as a legal part of this contract Property as listed in this contract are enclosed in Attachment 'A" and are included as part of this contract-

LS Barry-Henry Spencer Junior
Barry-Henry Spencer Junior Secured Party Creditor

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT 'S NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

**Name** Barry-Henry Spencer, Junior, **Secured Party Creditor**

**Country The "united States of America"**

**All property belonging to the Debtor belongs to the Secured Party See Attachment "A "**

(27) **Pursuant** to Title 18 U S C , *chapter 101 § 2071(b)*, "Whoever, having the custody of any such record, proceeding, map, book document paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years or both and shall forfeit his office and shall be disqualified from holding any office under the United States " After thirty (30) calendar days, you may not rebut this contract

**(28) SUBSCRIBED AND AFFIRMED** On this 13 day of August, 2009 AD before me the undersigned Notary Public personally appeared Barry-Henry Spencer, Junior, known to me or proved to me through satisfactory evidence of identification, which were MA DOC Inmate ID to be the man whose name is subscribed on this **Statute Staple Securities Instrument** and attached documents in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief Witnessed by my hand and official stamp, signed, sealed, and delivered by hand or by private, registered, or certified mail drafted by the above Secured Party Creditor with attached property description

## NOTICE

***Using a notary on this document does not constitute any adhesion, nor does it alter my status in any matter The purpose for the notary is verification and identification only and not for entrance into any foreign United States Jurisdiction***

*Witnessed my hand and official seal*

§ County of Middlesex
§
§ State of Massachusetts

*Jurat*

[signature]
Notary Public

Date August 13, 2009

Commission Expires

DANIEL D MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 5, 2015

EMPLOYER IDENTIFICATION NUMBER 026563472 - PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

LS ______________________________

First Witness

LS ______________________________ SEAL

Second Witness

P ivate and Non negotiable between parties

Pg 35 of 51
EMPLOYER IDENTIFICATION NUMBER 026563472 –PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

## VERIFICATION

**Perjury Jurat** Pursuant to Title 28 USC 1746(1) and executed "without the United States" "I" Barry-Henry *Spencer, Junior Sur Juris affirm under penalty of perjury under the laws of the united States of America* Republic, that the foregoing is true and correct to the best of my belief and informed knowledge and furthis deponent saint not '1' affix my autograph, signature, and seal, at the end of this communication to all of the above and below affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE** to any of those rights

**Dated** *On this* 13th *Day of* August *, Two Thousand Nine A D*

With Honor and Without Prejudice,

By Barry-Henry Spencer Junior
Autograph /s/ Barry-Henry Spencer Junior
Employee Identification Number 026563472
Barry-Henry Spencer Junior, Sui Juris Trustee Bailor
Secured Party, Creditor Beneficiary

Private and Non negotiable between parties

FORM LEGAL NOTICE AND DEMAND DEBTOR BARRY HENRY SPENCER JR Trustee/Secured Parties Barry Henry Spencer Junior
Page 12 of 28

Pg 36 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

## ATTACHMENT "A" – PROPERTY LIST

ALL PROPERTY BELONGING TO THE DEBTOR BELONGS TO THE SECURED PARTY DEBTOR IS A TRANSMITTING UTILITY DEBTOR IS A TRUST SEE THE FULL PROPERTY LIST IN THE "LEGAL NOTICE AND DEMAND" ON FILE AT THE REGISTER OF DEEDS OFFICE SUFFOLK MASSACHUSETTS ALL OF THE FOLLOWING PROPERTY BELONGS TO THE NATURAL MAN SECURED PARTY AS INDICATED HEREIN THIS PROPERTY INCLUDES BUT IS NOT LIMITED TO THE FOLLOWING

1. All proceeds from Secured Party's labor from every source from products, accounts, fixtures crops, mine head, wellhead, and transmitting utilities, etc ,
2. All rents, wages, and income from every source,
3. All land in which Debtor has an interest including the soil itself all minerals atop or beneath the soil surface all air rights all waters on or in the soil or land surface such as a lake or pond within the land boundaries,
4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above,
5. All cottages cabins houses, mansions and buildings of whatever type and wherever located
6. All bank accounts foreign and domestic bank safety deposit boxes and the contents therein personal security codes passwords, and the like associated therewith credit card accounts mutual fund accounts certificates of deposit accounts, checking accounts, savings accounts retirement plan accounts stocks bonds, securities and benefits from trusts
7. All inventory from any source,
8. All machinery, either farm or industrial, all mechanical tools, construction tools, tools of trade,
9. All boats, yachts and watercraft, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein inter alia all motors engines, ancillary equipment accessories parts, tools instruments electronic equipment, navigation aids service equipment, lubricants fuels and fuel additives
10. All aircraft gliders balloons and all equipment accoutrements baggage and cargo affixed or pertaining thereto or stowed therein inter alia all motors engines ancillary equipment accessories, parts, tools instruments electronic equipment navigation aids service equipment lubricants fuels and fuel additives
11. All motor homes, trailers mobile homes recreational vehicles houses, cargo and travel trailers and all equipment accoutrements baggage and cargo affixed or pertaining thereto or stowed therein, inter alia all ancillary equipment accessories parts service equipment lubricants fuels and fuel additives
12. All animals and all farm livestock and all things required for the care feeding use transportation and husbandry thereof
13. All pets including cats dogs birds fish or whatever other of the animal kingdom has been gifted or otherwise acquired whether kept indoors or outdoors with all fixtures vehicles and housings required for their protection feeding care transportation shelter and whatever other needs may arise
14. All vehicles autos trucks four-wheel vehicles trailers wagons motorcycles bicycles tricycles wheeled conveyances or any kind motorized or otherwise in which Debtor has an interest
15. All computers computer-related equipment and accessories flash drives electronically stored files or data telephones electronic equipment office equipment and machines
16. All visual reproduction systems aural reproduction systems motion pictures films video tapes, audio tapes sound tracks compact discs I-pods, phonograph records film video and aural production equipment cameras, projectors etc
17. All manuscripts books booklets pamphlets treatises treatments monographs stories written material libraries plays screenplays, lyrics, songs music
18. All books and financial records of Debtor
19. All trademarks, registered marks copyrights patents proprietary data and technology inventions intellectual property royalties good will,
20. All public or private scholastic degrees titles credentials medals trophies honors awards, recognitions meritorious citations certificates from apprenticeship training and/or continuing education programs etc from whatever source for whatever trade occupation work or endeavor
21. All military (Army Navy Air Force Marine National Guard etc ) discharge papers and the like

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER, JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 13 of 28

Pg 37 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide,
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

22 All records diaries, journals photographs negatives transparencies images, video footage film footage, drawings sound records audio tapes video tapes computer production or storage of all kinds whatsoever

23 All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials genes blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails semen, urine other bodily fluids or matter voice-print retinal images, and the descriptions thereof, and all other corporal identification factors and said factors physical counterparts in any form and all records, record numbers and information pertaining thereto,

24 All biometric data, records, information and processes not elsewhere described, the use thereof and the use of the information contained therein or pertaining thereto,

25 All rights to obtain use request refuse or authorize the administration of any food beverage, nourishment or water, or any substance to be infused or injected into or affecting the body by any means whatsoever

26 All rights to obtain use, request refuse or authorize the administration of any drug, manipulation, material process, procedure, ray or wave which alters or might alter the present or future state of the body mind spirit free will faculties and self by any means method, or process whatsoever,

27 All keys locks lock combinations encryption codes or keys safes, secured places, and security devices security programs software user names passwords machinery or devices related thereto

28 All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers inter alia cable electricity, garbage gas internet satellite, sewage, telephone, water and all other methods of communication, energy transmission, and food or water distribution,

29 All rights to barter, buy, contract, sell, or trade ideas, products services or work

30 All rights to create, invent adopt utilize or promulgate any system or means of currency private money medium of exchange, coinage, barter economic exchange bookkeeping record-keeping, and the like

31 All rights to use any free rented leased fixed or mobile domicile, as though same were a permanent domicile and to be free from requirement to apply for or obtain any government license or permission permit and otherwise and to be free from entry intrusion, or surveillance by any means regardless of duration of lease period

32 All rights to manage maneuver direct guide or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit certificate or permission of any kind whatsoever

33 All rights to marry and procreate children and to rear educate train guide and spiritually enlighten any such children without any requirement to apply for or obtain any government license permit certificate any vaccinations or permission of any kind whatsoever

34 All rights to buy sell trade grow raise gather hunt trap angle and store food fiber and raw materials for shelter clothing and survival

35 All rights as outlined in the Constitution for the united States of America and the Honorable Bill of Rights

36 All rights to exercise freedom of religion worship use of sacraments spiritual practice and expression without any abridgement of free speech or the right to publish or the right to peaceably assemble or the right to petition government for redress of grievances or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either public or private sources

37 All rights to keep and bear arms for defense of self family and parties entreating physical protection of person or property

38 All rights to create, preserve and maintain inviolable spiritual sanctuary and receive into same any and all parties requesting safety and shelter,

39 All rights to create, carry and use private documents of travel of any kind whatsoever inter alia those signifying diplomatic status and immunity as a free independent Sovereign

40 All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments hereditary succession and all innate aspects of being i e body mind, spirit free will faculties and self

41 All rights to privacy and security in person and property inter alia all rights to safety and security of all household or sanctuary dwellers or guests and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests from governmental quasi-governmental de facto governmental or private intrusion detainer entry seizure search surveillance trespass assault summons or warrant except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party notwithstanding whatever purported authority warrant order law or color of law may be promulgated as the authority for any such intrusion detainer entry seizure search surveillance

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 14 of 28

Pg 38 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

trespass assault summons, or warrant

42 All names used and all Corporations Sole executed and filed or to be executed and filed under said names

43 All intellectual property inter alia all speaking and writing All thoughts, beliefs, world views, emotions psychology etc

44 All signatures and seals,

45 All signatures on all applications for and all value associated with all licenses foreign and domestic

46 All present and future retirement incomes and rights to such incomes issuing from all accounts,

47 All present and future medical and healthcare rights and rights owned through survivorship, from all accounts,

48 All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein regardless of creator method, location, process, or storage form, inter alia all processed algorithms analyzing classifying comparing compressing, displaying, identifying, processing, storing or transmitting said applications, filings correspondence information, images identifying marks image licenses travel documents, materials permits registrations, records and records numbers and the like,

49 All signatures on all applications for and all value associated with all library cards

50 All credit, charge and debit cards mortgages notes applications card numbers and associated records and information,

51 All credit of Debtor,

52 All signatures on and all value associated with all traffic citations/tickets

53 All signatures on and all value associated with all parking citations/tickets,

54 All value from all court cases and all judgments, past, present and future, in any court whatsoever and all bonds orders, warrants, and other matters attached thereto or derived therefrom,

55 All precious metals, bullion, silver coins, gold coins, jewelry precious jewels semi-precious stones, mounts and any storage boxes, receptacles and depositories within which said items are stored

56 All tax correspondence filings notices, coding record numbers, all benefit from social security account # [redacted] and any information contained therein wherever and however located and no matter by whom said information was obtained compiled codified, recorded, stored, analyzed, processed communicated or utilized,

57 All bank accounts all brokerage accounts stocks, bonds, certificates of deposit drafts, futures insurance policies investment securities, all retirement plan accounts, Individual Retirement Accounts money market accounts mutual funds notes, options puts calls pension plans savings accounts stocks warrants securities, benefits from trusts 401-K s and the like

58 All accounts, deposits, escrow accounts lotteries overpayments prepayments prizes rebates refunds returns Treasury Direct Accounts claimed and unclaimed funds and all records and records numbers correspondence and information pertaining thereto or derived there from

59 All stockpiles collections buildups amassment and accumulations, however small of Federal Reserve Notes (FRNs) gold certificates silver certificates and all other types and kinds of cash coins currency and money delivered into possession of Secured Party

60 All drugs, herbs medicine medical supplies cultivated plants growing plants inventory ancillary equipment supplies, propagating plants, and seeds and all related storage facilities and supplies

61 All fitness and/or sports equipment intended to increase vitality fitness, and health and whole food complexes vitamin mineral and other supplements to the diet for the same health and fitness purposes and all juicers grinders dehydrators and storage and delivery devices or equipment,

62 All products of and for agriculture, and all equipment inventories supplies contracts and accoutrements involved in the planting, tilling harvesting processing, preservation and storage of all products of agriculture

63 All plants and shrubs trees fruits vegetables farm and garden produce indoors and out watering devices fertilizers and fertilizing equipment pots collections of plants e g bonsai dry or live assortments of flowers and plants or anything botanical

64 All farm lawn and irrigation equipment accessories attachments hand tools implements service equipment parts supplies and storage sheds and contents

65 All fuel, fuel tanks containers and involved or related delivery systems

66 All metal-working woodworking and other such machinery and all ancillary equipment accessories consumables power tools, hand tools inventories storage cabinets tool boxes, work benches shops and facilities

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 15 of 28

EMPLOYER IDENTIFICATION NUMBER [redacted]-PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

67 All camping, fishing hunting and sporting equipment and all special clothing materials supplies and baggage related thereto
68 All rifles guns bows, crossbows, other weapons, and related accessories and the ammunition reloading equipment and supplies projectiles, and integral components thereof
69 *All radios televisions, communication equipment receivers transceivers, transmitters, antennas, towers etc and all ancillary* equipment, supplies, computers, software programs, wiring and related accoutrements and devices
70 All power generating machines or devices and all storage, conditioning control, distribution wiring and ancillary equipment pertaining to or attached thereto,
71 All devices, engines, fixtures, fans plans needed for the production or storage of electrical energy,
72 All computers and computer systems and the information contained therein as well as all ancillary equipment, printers and data compression or encryption devices, processes and processors,
73 All office and engineering equipment, furniture ancillary equipment, drawings tools electronic and paper files and items related thereto
74 All water wells and well-drilling equipment, and all ancillary equipment chemicals, tools and supplies,
75 All shipping, storing and cargo containers and all chassis truck trailers vans, and the contents thereof whether on-site in transit, or in storage anywhere,
76 All building materials and prefabricated buildings and all components or materials pertaining thereto before or during manufacture transportation storage building erection or vacancy while awaiting occupancy thereof
All communications and data and the methods devices and forms of information storage and retrieval and the products of any such stored information
78 All artwork and supplies, paintings, etchings photographic art lithographs, and serigraphs, etc and all frames and mounts ~~pertaining to or affixed thereto,~~
79 All food and all devices tools, equipment vehicles machines, and related accoutrements involved in food preservation, preparation growth, transport and storage
80 All construction machinery and all ancillary equipment fuels fuel additives, supplies, materials and service equipment pertaining thereto,
81 All medical dental optical prescription and insurance records records numbers and information contained in any such records or pertaining thereto
82 The Last Will and Testament from any source
83 All inheritances gotten or to be gotten
84 All wedding bands and rings watches and jewelry,
85 All household goods and appliances linen wardrobe toiletries furniture kitchen utensils cutlery tableware cooking utensils pottery antiques etc
86 All musical instruments whether new or old including brass woodwinds percussion strings etc
87 All children s toys clothing playthings and possessions of any type or amount
88 All businesses corporations companies trusts foundations partnerships, limited partnerships organizations proprietorships and the like now owned or hereafter acquired and all books and records thereof and therefrom all income therefrom and all accessories accounts equipment information inventory money spare parts and computer software pertaining thereto
89 All ownership, equity property and rights to property now owned or held or hereafter acquired in all businesses corporations companies, partnerships limited partnerships organizations proprietorships and the like and all books and records pertaining thereto, all income therefrom and all accessories accounts equipment information inventory money spare parts and computer software pertaining thereto,
90 All packages parcels envelopes or labels of any kind whatsoever which are addressed to or intended to be addressed to Debtor or Natural Man Secured Party whether received or not received
91 All telephone numbers
92 All signatures on all applications for and all value associated with all certificates of birth documents of the Natural Man *Secured Party and all said documents themselves*
93 All signatures on all applications for and all value associated with all certificates or birth documents of all children and grandchildren of the Natural Man Secured Party and all said documents themselves

Pg 40 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

94 All signatures on all applications for social security numbers and all value associated with all accounts, [redacted]

95 All signatures on all applications for social security numbers for all children and grandchildren of the Natural Man Secured Party", and all value associated with all accounts

96 All value associated with the private contract trust account number of the Natural Man 'Secured Party" [redacted]

97 All value associated with the private contract trust account numbers of all children and grandchildren of the Natural Man, 'Secured Party ,,

98 All signatures on all applications for and all value associated with MASSACHUSETTS Driver License # [redacted].

99 All signatures on all applications for and all value associated with all passports for the Natural Man, 'Secured Party' and his children and grandchildren,

100 All documents as recorded in the public record by and for the Natural Man, 'Secured Party as indicated herein

101 All signatures on all applications for and all value associated with all marriage licenses

102 All private marriage contracts

103 All signatures on all applications for and all value associated with all professional licenses

104 All private addresses of the Natural Man,' Secured Party as indicated herein

105 All signatures on all applications for and all value associated with all public addresses

106 All private registered bond/account numbers, and all bonds and notes tendered to any and all entities including the Department of the Treasury banks creditors corporations etc

107 Any and all property not specifically listed named, or specified by make model, serial number etc is expressly herewith included as collateral of the Natural Man, Secured Party'

I, One Barry-Henry Spencer Junior, Secured Party employer identification number [redacted] a living soul herein secures all rights interest, and exclusive title in CERTIFICATE OF BIRTH 094252 No 8407, June 11 1969 issued by MASSACHUSETTS DEPARTMENT OF HEALTH AND VITAL RECORDS, instilling the pledge represented by the same pignus, hypotheca, hereditiments res the energy and all products derived therefrom including but not limited to all caps name BARRY HENRY SPENCER, JUNIOR, BARRY H SPENCER JR OR BARRY SPENCER or any other derivative thereof but not limited to all signatures on all contracts or agreements predicated on the strawman described above as Debtor Debtor is a Transmitting Utility Debtor is a trust

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 17 of 28

Pg 41 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted]-PRIORITY EXEMPT BOND NUMBER (Will Provide)
NON NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

**LEGAL NOTICE AND DEMAND -- ATTACHMENT "B" – DEFINITIONS**

# *ATTACHMENT "B" – DEFINITIONS*

1 **Unlawful Arrest** Means restricting a man's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a 'Notice and Demand, Public Servants Questionnaire, "Right to Travel Documents, or other documents notifying the officer of the sovereign lawful rights of the Natural Man Secured Party, created by God who is not to be confused with the Corporate Fiction Strawman which was created by the state This includes arrest when a Natural Man Secured Party is incarcerated for refusing to sign any citation arrest due to contempt of court when he or he is not violent or a physical threat to the court arrest by Internal Revenue Service for failure to produce books, records, or other documents arrest and refusal of Habeas Corpus arrest for conspiracy of any kind without lawfully documented lawfully documented *affidavits from at least three (3) eye witnesses signed under oath and* penalty of perjury

2 **Illegal Arrest** Means same as above item # 1,-'**Unlawful Arrest** "

3 **Unlawful Detention** Means restraining a Natural Man Secured Party's freedom of movement and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath This includes routine traffic stops raids, random identification checks security checks, only after the officer agent or representative has been notified by the Natural Man Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents

4 **Unlawful Distraint** Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man Secured Party without proper probable cause and/or due process and lawful 4th amendment warrant This includes any seizure by any officer agent representative in any capacity or relationship with the UNITED STATES or any of its agencies contractors subdivisions subsidiaries or the like

5 **Lawful 4th Amendment Warrant** Means a warrant that follows the provisions of the 4th amendment to the original Constitution for the united States of America This warrant must not deter from the exact procedures as outlined by the 4th Amendment

6 **Right to Speedy Trial** Means trial will commence within 90 days of the date of arrest

7 **Interstate Detainer** Means the same as unlawful detainer as when involving a Natural Man Secured Party and involving more than one agency or state of the corporation, or any representative agent, or officer who has any agreement with contract with, or permission to act on behalf of any municipal corporation of the UNITED STATES" or any subsidiary or sub-corporation thereof

8 **Unlawful Restraint** Means any action by any officer agent representative contractor associate officer of the court or the like to prevent coerce intimidate hinder or in any way limit the right of a Natural Man Secured Party from any type of freedom of legal lawful speech, travel movement, action, gesture writing utterance or enjoyment of any right or privilege that is commonly enjoyed by any member of the public or any Sovereign

9 **Freedom of Speech** Means the right to speak open and plainly without the fear of reprisal This includes the right of a Natural Man Secured Party to speak at hearings and trials, before magistrates, judges and officers of the court agents representatives or the like of the UNITED STATES It also means that no attempt to suppress this right will be made by any officer of the court or of the UNITED STATES corporation No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man Secured Party

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 18 of 28

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

10 **US Dollars** Means the currently recognized medium of exchange as used by the general public at the time of offense at par value, equal to a one ounce silver dollar equivalent per each dollar unit as represented in a claim All claims and damages will be paid at par value as indicated Par value will be established by written law or the value established by the US MINT, whichever is higher at the time of the offense, for the purchase of an official, one troy ounce 999 fine silver coin

11 **Obstruction of Justice** Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc to deprive, hinder, conceal, coerce, or threaten a Natural Man Secured Party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or testimony to agents, officers, judges, magistrates the court, clerk of the court representatives, or investigators in order to settle any legal/lawful controversy This also includes any attempt by a judge or officer of the court to hinder the Natural Man Secured Party from filing, recording admitting presenting discussing, questioning, or using any evidence document paper, photographs, audio and/or video recordings or any other type of evidence that he desires to submit as evidence in any type of court proceeding The determination of what is evidence and what will be admitted is to be solely determined by the Natural Man Secured Party Any evidence will be tried on merits of the lawful content and validity Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance property, corporate property bank accounts, savings accounts or any corporate property of value to the Natural Man Secured Party upon written demand and surrender all rights to and defenses against said property This also includes evidence that is supported by case law This includes attempts by any officer of the court to make motions to issue orders such as gag orders or to use any other means of keeping information suppressed from the public or the official record The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man Secured Party This also includes the provision as indicated in item # 18 '**Racketeering**

12 **Excessive Bail** Means any amount of bail set at an unreasonable rate as per the 8th amendment of the 'Constitution for the united States of America ' This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed This also means that if a Natural Man Secured Party has lived as an upstanding member in a community or area for more than one year, works a regular job or is a member of or involved with a church group civic group, community enterprise or can produce at least two affidavits from members of his community or area stating that he is involved with his community he cannot be held without bail as a flight risk or a threat to society If the Natural Man Secured Party can produce at least four (4) affidavits stating that he lives works and is involved in his community or the prior community in which he lived he must be released on his own recognizance without any bail required This provision does not apply to anyone charged with rape murder or violent crimes

13 **Cruel and Unusual Punishment** Means physical violence of any type or form that is used against a Natural Man Secured Party and that causes invisible or undetectable or visible physical injury e g marks scrapes scratches bruises abrasion avulsions fractures sprains restraint marks, dislocations punctures cuts loss of blood loss of body fluids etc This includes any other type of physical stress to the body or any chemically- induced, altered mental state of the Natural Man Secured Party This also includes any attempt to incarcerate restrain question detain withhold food when requested withhold drink when requested withhold medications as requested withhold use of bathroom facilities and supplies when requested withhold reading and writing materials withhold communication with friends, family, legal counsel and religious counsel withhold proper clothing as needed for comfort withhold blankets when requested withhold hot and cold water for showers, withhold freedom when requested This also includes ridicule coercion threats verbal insults rude and offensive language, veiled threats or any other type of mental stress or anguish

14 **Conspiracy** Means the cooperation of two or more persons working together to restrict suppress inhibit or in any way deprive a Natural Man Secured Party of any right benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America and the Honorable Bill of Rights to any member of the general American public or to a Sovereign This also includes the provisions in item # 18 **Racketeering** '

15 **Victim** Means any Natural Man Secured Party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another

Pg 43 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

16 **Victimless Laws** Means any law that is passed or presumed to be passed that creates a violation of law in which no Natural Man Secured Party has been damaged This includes any statute ordinance regulation policy or color of law provision These types of laws will not be used in any action of any kind, against any Natural Man Secured Party

17 **Aiding and Abetting** Means the efforts of any officer agent, or representative of the UNITED STATES' or officer of the court to assist another of the same to hinder coerce, restrict, resist, suppress, *or deprive in any way, a Natural Man Secured Party* from receiving any and all rights benefits, or privileges, as provided by the "Constitution for the united States of America, and/or the Honorable 'Bill of Rights," or that would normally be offered to the general American public or to a Sovereign This *also includes the provisions as provided in item # 18 "**Racketeering**' and suppression of evidence*

18 **Racketeering** Means any attempt by any two or more officers of the corporation to restrict suppress, coerce, manipulate inhibit, or in any way deprive a Natural Man Secured Party from receiving every right, benefit or privilege that is outlined by the 'Constitution for the united States of America," and/or the Honorable 'Bill of Rights ' This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits statements witness testimony or any information that is considered relevant by the Natural Man Secured Party or any attempt to prevent a jury from hearing this evidence This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public as many as can be accommodated by the main courtroom All hearings tribunals or trials will be held in a public place and any and all members of the general public will be allowed to attend without restriction This also includes questioning and/or interrogation by police officers before during and after an arrest

19 **Federal Zone** Means any land, property, building, area, zone 911 zone or postal zone that is presumed to be within the territorial jurisdiction of the UNITED STATES or any of its representatives as defined herein This does not include any land property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed contract or any written or verbal agreement, or any such thing by a Natural Man Secured Party who is located outside of WASHINGTON, D C proper All privately held properties of any type that are being held by any Natural Man Secured Party are excluded from any federal zone or any jurisdiction of any representatives of the UNITED STATES' or any of its territories This is fact and may be presented in any court by affidavit of any Natural Man Secured Party of interest involved in any interaction with the UNITED STATES or any of its representatives as outlined in this contract

20 **State** Means any of the forty-eight areas known as states of the united States of America" which is not the same as the UNITED STATES corporation These forty-eight states are designated by Upper and Lower Case spelling of the name of each state vs UPPER CASE spelling The ALL UPPER CASE NAME denotes a STATE that is a part of the UNITED STATES corporation whichever the spelling of the Upper and Lower Case Name denotes that it is not a part of the UNITED STATES This will be determined by the Natural Man Secured Party as a condition of this contract The Natural Man Secured Party will also determine whether or not his state is a part of the jurisdiction of the UNITED STATES and his decision shall not be challenged by any representative of the UNITED STATES The Natural Man Secured Party will determine if the alleged offense occurred within the limits of the UNITED STATES A violation of this provision will be Unlawful Determination and punishable as indicated by this contract agreement

21 **Trespassing/Trespass** Means the entry into or onto the domain property residence area location grounds, dwellings buildings, barns herds caves structures, lands, storage areas tunnels, automobiles, trucks safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles boats, planes trains ships, containers vans, heavy equipment farm implements culverts, driveways trees yards, real property real estate, land etc of the Natural Man Secured Party without his express written permission or without a lawfully executed (4th) amendment warrant Any and all agents or representatives of the corporation will fully and completely observe any and all protections as outlined in the Constitution for the united States of America and/or the Honorable Bill of Rights Any personal property that is damaged lost stolen or misplaced etc will be recoverable as indicated in this Notice and Demand document I solemnly swear and affirm that I do not have any illegal contraband on my property I have never had any illegal contraband on or around my property and never will Any contraband if it is found on my property would have been placed there by the officers or agents during the time of trespass I simply do not allow it on my property Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me Any and all officers agents and representatives of the

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 20 of 28

corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing

22 **Natural Man Secured Party** *Means any flesh and blood living, breathing Man, created by God who notifies any* representative of the corporation, verbally or in writing, that he is a Sovereign Non UNITED STATES corporate citizen, Freeman and not subject to the jurisdiction of the corporation or any of its representatives This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME Any attempt to notify any officer, agent, or representative of the status of the Natural Man Secured Party will be sufficient notice Sufficient *notice will be determined by oath, statement, or affidavit by the Natural Man Secured Party and the validity of such will not be* challenged by any officer of the court

23 **County or City** Means any subdivision of any state of the "united States of America This subdivision excludes any *jurisdiction zone, or territory of the 'UNITED STATES' corporation that is described by the Natural Man Secured Party in* ALL CAPITAL LETTERS Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Natural Man Secured Party and will not be challenged by any representative of the corporation

24 **Agency, Entity, Department Subdivision, Subsidiary, Contractor, Employee, Inspector Investigator Organization Officer, Agent, Authorized Representative, Policeman, Participant** Means any person, corporation, or entity of any kind which works for is compensated all or in part by, receives funds from, collects funds for contracts with receives any benefit from, receives any privilege from participates with has allegiance to, or in any way has a relationship with the UNITED STATES' or any of its subsidiaries, sub-corporations, departments or agencies, etc

25 **Contract** Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review, respond accept or rebut any provisions of the contract as indicated in the contract Non response on the part of the receiving party or agent of the receiving party will be a lawful *offer and acceptance of all the terms and conditions contained in said contract* Rebuttal by the receiving party of any provision of the contract by any other means than is indicated in the contract will be non response Return of the contract unopened and/or without review will be acceptance of all conditions of said contract Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county **Notice to Agent is Notice to Principal Notice to Principal is Notice to Agent**

26 **False Imprisonment** Means any attempt by any officer of the court or corporation to incarcerate any Natural Man Secured Party against his will and/or against any and all protections of the laws and provisions of the Constitution for the united States of America and/or the Honorable Bill of Rights

27 **Representative** Means any agent agency department officer investigator entity subsidiary sub-corporation contractor employee inspector individual or corporation that has any affiliation or association with collects or distributes funds for does any task for receives any benefit or privilege from of or for the UNITED STATES " This includes anyone or anything that represents the interests of, or is being funded by, or receives funds from or has any attachment to the UNITED STATES or any of its subdivisions or sub corporations

28 **Corporation** Means any representative agency sub-corporation contractor or any person or entity that is employed by receives or distributes funds for receives any benefit or privilege from, or has any relationship of any kind with the UNITED STATES' corporation

29 **Interpretation** Means if any conflict arises concerning the definition of any of the terms and/or conditions of this contract the conflict concerning the meaning of the term or condition will be decided by the Natural Man Secured Party His decision will be final and not subject to review or argument No liability or penalty will be incurred by the Natural Man Secured Party due to his interpretation of such terms and or conditions

30 **Corporate Capacity** *Means acting for or on behalf of a corporation or government entity while under law or color of law*

31 **Legal Counsel** Means anyone that a Natural Man Secured Party chooses to have as legal assistance of counsel whether counsel is licensed or not or a member of the Bar Association Counsel may assist, represent speak on behalf of write cases

Pg 45 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (W II Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

for or perform any act in or out of court for the Natural Man Secured party without any hindrance threat prosecution charge repercussion, etc from any officer of the court or representative of the UNITED STATES corporation or any representative officer or agent thereof

32 **Abuse of Authority** Means anyone who denies withholds, refuses deprives limits, inhibits, counteracts conceals any right benefit, protections, or privilege, as protected by the "Constitution for the united States of America" and/or the Honorable 'Bill of Rights ' This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Natural Man Secured Party This includes use of restraint devices on a Natural Man Secured Party and/or physical abuse that makes or does not make any marks, scars, cuts, abrasions, or the like This also includes denial of lawful Due Process, Habeas Corpus Excessive Bail Unlawful Arrest, Unlawful Detention or the like, as outlined in this contract

33 **Verbal Abuse** Means the use of offensive and/or threatening, spoken words body language, and non-verbal gestures or actions by any representative of the corporation as defined herein upon a Natural Man Secured Party If a controversy arises about an incident, the version told by the Natural Man Secured Party will be accepted as truth and will not be contested

34 **Assault and Battery with Weapon** Means any actual threatened or perceived use of any weapons, by any representative of the 'UNITED STATES corporation against the Natural Man Secured Party or his, that creates an atmosphere of fear for the Natural Man Secured Party This includes non lethal weapons such as tazers, stun guns mace pepper spray any chemical used to incapacitate rubber bullets shock force weapons, electronic weapons, or any other type of weapon that may be used to control or to create fear If a conflict arises about the events the version told by the Natural Man Secured Party will be accepted as truth and will not be contested

35 **Unfounded Accusations** Means any accusation charge, or claim, civil or criminal or in admiralty, that is alleged or made by any representative of the 'UNITED STATES" corporation as defined herein that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the corporation The accuser has eight (8) hours to provide said documents to be reviewed and to put them into the possession of the Natural Man Secured Party and failure to do so will be Unfounded Accusations and subject to the penalties contained herein

36 **Encroachment** Means to invade, intrude or in any way prevent a Natural Man Secured Party the full and complete use of property including trespass or impeding ingress or egress to the property of a Natural Man Secured Party and to limit the ability of a Natural Man Secured Party to freely access claim, hold, possess use convey sell rent, lease barter exchange or in any way make full and unfettered use of his property This includes the application of unlawful liens and encumbrances of any and all property including wages salaries stocks bonds bank accounts (foreign or domestic) savings accounts contents of safety deposit boxes gold, silver notes insurance funds annuities retirement accounts social security benefits, motor vehicles automobiles recreational vehicles land real estate homes structures roads driveways personal property of any kind that is held by title deed contract agreement (written or verbal) or is in possession of a Natural Man Secured Party This includes but is not limited to traffic stops searches of vehicles home invasion confiscation of any lawful property owned by in possession of or under the control of the Natural Man Secured Party

37 **Assault and Battery without a Weapon** Means the verbal abuse or physical contact of any kind upon a Natural Man Secured Party without his express voluntary written consent If a conflict arises about the facts involving the incident the version as told by the Natural Man Secured Party will be accepted as truth without question and will not be contested

38 **Abuse of Due Process** Means any action against a Natural Man Secured Party when said action does not abide by all the rights and defenses contained in or represented by the 'Constitution for the united States of America" and/or the Honorable Bill of Rights This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the UNITED STATES corporation

39 **Denial of Due Process** Means any attempt by any officer of the court and or corporation to deny deprive restrict prevent or in any way inhibit the proper Due Process to any Natural Man Secured Party as outlined in the Constitution for the united States of America and/or the Honorable Bill of Rights Any public law statute regulation ordinance home rule etc that is incompatible with the aforementioned Constitution and/or Honorable Bill of Rights is null and void and will not be used in any action against any Natural Man Secured Party

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 22 of 28

Pg 46 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

51 **Defacing** Means the changing or altering the appearance of an item This also includes changing or altering the meaning of laws rights property documents, or any other thing that has value as determined by the Natural Man Secured Party

52 **Constitution** Means, for the purpose of this contract, The Constitution for the united States of America' circa 1791 as opposed to the "Constitution of the UNITED STATES corporation circa 1868

53 **Bill of Rights** Means, for the purposes of this contract, the original, Honorable 'Bill of Rights" circa 1791

54 **Rights and Defenses** Means one s legal and/or lawful right and/or ability to defend himself in any action Upon agreement the defendant in an action may give up his right to defend himself in a given action This includes tacit agreement or agreement by default and the Natural Man Secured Party is never the defendant

55 **Willingly** Means that a Natural Man Secured Party is in full knowledge, understanding, agreement and full consent at all times without fear of reprisal threat, or coercion during any interaction in which he is involved with any agent, officer or representative of any court or corporation including incorporated governments

56 **Individual Capacity** Means acting on one's behalf to do a thing The officer representative agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability

57 **Artificial Person** Means a fictitious entity that was created by the state for transacting commerce This Artificial Man or Strawman is represented by the ALL CAPITAL LETTER NAME that appears to be spelled the same as the name of the Natural Man When the Artificial Person is used in commerce by the Natural Man Secured Party, it is a transmitting utility

58 **Agreement** Means any contract which is expressed in writing by-letters or marks--or expressed-orally in-spoken words or utterances by a Natural Man Secured Party Any question of any agreement or contract will be resolved by an affidavit from the Natural Man Secured Party His affidavit will be considered fact in any action or dispute, without question by any officer agent or representative of any corporation including incorporated governments

59 ***Unlawful Determination*** *Means any statement, speech gesture, writing, presentment or the like that suggests an idea that* negatively represents the character actions plans, procedures customs ways of a Natural Man Secured Party, or group of Natural Men or Women Secured Parties, that is not proven by documented authorized certified, evidence on and for the record under penalty of perjury This includes off color statements accusations, or remarks by a judge or other officer of the court and any other representative of any corporation including incorporated governments

60 **Statute Staple Securities Instrument** Means an edict or proclamation from a Natural Man Secured Party

61 ***Clerk of the Public Record*** *Means any clerk who records or files documents in the public record who is employed by a city* county state municipality federal government and/or international multi-national or multi-jurisdictional corporation including incorporated governments

62 ***Public Record*** *Means any document or record that is filed or recorded into the public record by the Natural Man Secured* Party For example when this document is recorded at a Register of Deeds Office or Massachusetts Uniform Commercial Code Office it becomes a public record

63 ***Presumption*** *Means legal assumption or inference that places the burden of proof or burden of production on the other party,* but never on the Natural Man Secured Party No presumption shall prevail against the Natural Man Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court on and for the record under penalty of perjury

64 **Unalienable Rights** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the Bill of Rights such as but not limited to Right to Bear Arms Freedom of Speech, Right to Trial by a Jury of one s Peers Right to Due Process Right of Habeas Corpus Right to be Exempt from Levy as a Natural Man Secured Party Creditor Right to be Secure in One s Private Papers and Effects

Private and Non negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 24 of 28

Pg 47 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

40 **Unlawful Detainer** Means any attempt by any officer of the court or representative of the corporation to arrest check hinder delay possess, hold keep in custody, restrain retard, stop, withhold a Natural Man Secured Party without affording him every protection as outlined by the Constitution for the united States of America and/or the Honorable Bill of Rights ' Any public law statute, regulation, ordinance or the like will be null and void and will not be used in any action in which a Natural Man Secured Party is involved

41 **Reckless Endangerment** Means any attempt by any officer of the court or corporation as defined herein to endanger attempt or threaten to attempt to endanger the life or property of any Natural Man Secured Party This includes dangerous driving in a car use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices use of restraint devices on a non-combative Natural Man Secured Party If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Natural Man Secured Party will be considered as truth

42 **Failure to Respond** Means any attempt by any officer or representative of the corporation to ignore inhibit, withhold delay or deny a request for information from a Natural Man Secured Party

43 **Failure to Charge within Forty Eight (48) Hours** Means any attempt by any officer or representative of a corporation to delay inhibit prevent or in any way stop a Natural Man Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest

44 **Failure to Identify** Means any time a Natural Man Secured Party has interaction with any officer or representative of the court or corporation, the officer or representative must upon request of the Natural Man Secured Party, provide proper identification written proof of authority, state what his business is with the Natural Man Secured Party, complete a "Public Servants Questionnaire" in advance of arrest or detention, provide documentation properly identifying the officer or respondent superiors name and contact information, and any other relevant information as requested by the Natural Man Secured Party The officer may not detain the Natural Man Secured Party for more than ten (10) minutes while he obtains and provides this information

45 **Counterfeiting Statute Staple Securities Instruments** Means any attempt by any officer or representative of a corporation to copy duplicate replicate any document that has "Statute Staple Securities Agreement" typed printed or hand written anywhere on the document, without the express written, voluntary permission of the document's owner who is the Natural Man Secured Party who filed said document in the public record or is in possession of said document or who is the maker of said document If a dispute about permission to duplicate arises the statements of the Natural Man Secured Party will be accepted as fact without question and will not be contested

46 **Coercion or Attempt to Coerce** Means any attempt by any officer or representative of a corporation to threaten intimidate deprive conceal or in any way prevent a Natural Man Secured Party from receiving and/or enjoying any right or privilege that is granted outlined or secured by the Constitution for the united States of America and/or the Honorable Bill of Rights or allow another to do so

47 **Purchase Price** Means the new replacement costs of items of property at the time of replacement This includes locating packing shipping handling delivery set up installation and any other fee associated with total replacement of property

48 **Destruction of Property** Means any alteration, damage deprivation defacing, removing changing breaking separating removing parts from, erasing of files from throwing, shooting kicking, stomping smashing, crushing or the like of any property belonging to or in possession of the Natural Man Secured Party

49 **Deprivation of Rights or Property** Means the concealment of, keeping from hiding of obstructing of any rights property or privileges that are outlined or protected by the 'Constitution for the united States of America and/or the Honorable Bill of Rights

50 **Concealment** Means withholding or keeping information that should normally be revealed about property and/or rights from a Natural Man Secured Party This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Natural Man Secured Party No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by the Natural Man Secured Party and/or fail to disclose any law that benefits the Natural Man Secured Party

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 23 of 28

Pg 48 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

65 **Right to Travel** Means the right to freely move about and/or control any type of craft by whatever means via land, sea or air, without any interference by any officer agent employee attorney, or judge that in any manner willfully causes adverse affects or damages upon the Natural Man Secured Party by an arrest inhibition detainment restraint deprivation prevention etc

66 **Disrespect** Means anything said or written to any Natural Man Secured Party, about him or his, that he does not like including body language or anything that makes him or any reasonable man uncomfortable or fearful

67 **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment** Means any attempt by any officer, agent or representative of a corporation to place a lien levy, garnishment, or attachment on the property or collateral of a Natural Man Secured Party herein referred to as Secured Party Any said officer, agent, or representative must first prove his authority to do so by lawfully documented evidence furnishing all documents forms, and papers as necessary to prove his authority to do so to a neutral three (3) Notary Panel, hereinafter referred to as The Panel selected by the Secured Party Said officer agent or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the officer agent, or representative have violated any laws or caused damage to the Secured Party The Panel will have the sole power to determine if any damage has occurred and will release the funds according to The Panel s adjudication The decision of The Panel will be final with no recourse The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is lien, levied garnished, or attached The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel The Panel s determination and the assessment thereof will be accepted as truth without question or recourse Said officer, agent, or representative agrees to surrender, including but not limited to, any and all surety bonds public and/or corporate insurance policies CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party Said officer, agent, or representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein In the event that a jury of twelve of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien levy attachment or garnishment, any action against the Secured Party shall be dismissed with prejudice and every lien levy attachment or garnishment shall be released within ten (10) days and all property rights restored, unencumbered The officer agent or representative who has authorized said lien, levy attachment or garnishment agrees to surrender any and all surety bonds public and/or corporate insurance policies CAFR funds or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer agent or representative by the Secured Party

68 **Peer** Means a Natural Man Secured Party who has recorded into the public record documents to prove his sovereign status

69 **Ignore** Means to refuse or in any way to deny a lawful request by the Natural Man Secured Party to have an officer agent or representative provide completed legal documents

70 **Natural Man** Means a flesh and blood living breathing, biological man created by God as represented by the Upper and Lower Case Name including 'Natural Man ' or Real Man,' This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME

71 **Debtor** Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME

*Private and Non-negotiable between parties*
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 25 of 28

Pg 49 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL – NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

Barry-Henry Spencer Junior

**NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any matter The purpose for the notary is verification and identification only and not for entrance into any foreign United States Jurisdiction

Personally appeared Barry-Henry Spencer Junior, known to me (or proved to me on the basis of satisfactory evidence of identification) MA DOC Inmate ID to be the living Man whose name is subscribed upon these instrument(s) and acknowledged to me that he executed the same in his authorized capacity and by his signature on this instrument, Barry-Henry Spencer Junior has acted on behalf of the person who executed this instrument

Witnessed, my hand and official seal

§ County of Middlesex
*Jurat* ss §
§ State of Massachusetts

Notary Public

DANIEL D MORSE
Notary Public
Commonwealth of Massachusetts
My Commission Expires On
March 5 2015

Date August 13, 2009

Commission Expires

**VERIFICATION**

**Perjury Jurat** Pursuant to Title 28 USC 1746(1) and executed "without the United States I Barry-Henry Spencer, Junior Sur Juris affirm under penalty of perjury under the laws of the united States of America Republic, that the foregoing is true and correct to the best of my belief and informed knowledge and furthis deponent saint not '1' affix my autograph signature, and seal, at the end of this communication to all of the above and below affirmations with **EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE** to any of those rights

**Dated** On this 13th Day of August Two Thousand Nine A D

With Honor and Without Prejudice

By Barry-Henry Spencer Junior
Autograph /s/ Barry-Henry Spencer, Junior
Sur Juris Trustee Secured Party Creditor Beneficiary

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry Henry Spencer Junior
Page 26 of 28

EMPLOYER IDENTIFICATION NUMBER [redacted] -PRIORITY EXEMPT/BOND NUMBER (Will Provide)

NON NEGOTIABLE NON-TRANSFERABLE PRIVATE TITLE OF ORIGIN

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS

LEGAL NOTICE AND DEMAND



Pg 51 of 51

EMPLOYER IDENTIFICATION NUMBER [redacted] - PRIORITY EXEMPT/BOND NUMBER (Will Provide)
NON-NEGOTIABLE NON-TRANSFERRABLE PRIVATE TITLE OF ORIGIN
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL - NOTICE TO THE PRICAIPAL IS NOTICE TO THE AGENTS
LEGAL NOTICE AND DEMAND

BLANK

Private and Non-negotiable between parties
FORM LEGAL NOTICE AND DEMAND
DEBTOR BARRY HENRY SPENCER JR
Trustee/Secured Parties Barry-Henry Spencer Junior
Page 28 of 28