UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On July 7, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., and 20 largest creditors of Environmental Corporate Remediation Company, Inc.), and by facsimile on the Office of the United States Trustee, Tracy Hope Davis, (202) 668-2255:

- Report by AP Services, LLC of Compensation Earned and Expenses Incurred for the Period from December 1, 2010 through March 31, 2011 [Docket No. 10518].

Dated: July 8, 2011                                                     /s/ Kathy-Ann Awkward
      Lake Success, New York                                     Kathy-Ann Awkward

Sworn to before me this 8th day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

ADRIAN ENVIRONMENTAL MANAGEMENT, INC.
C/O KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

AIMS/DYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS BBL
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ARCADIS GERAGHTY & MILLER, INC.
ATTN: CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BT2, INC.
ATTN: MARK HUBER
2830 DAIRY DRIVE
MADISON, WI 53718-6751

CHARTER TOWNSHIP OF FLINT
ATTN: SANDRA S WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TOWNSHIP OF YPSILANTI
LARRY J. DOE, TREASURER
7200 S. HURON RIVER DR.
YPSILANTI, MI 48197

CHARTER TWP. OF GENESEE
ATTN: TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
P.O. BOX 215
GENESEE, MI 48437

CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE.
SAGINAW, MI 48601

CITY OF SIOUX CITY
CITY TREASURER
P.O. BOX 447
SIOUX CITY, IA 51102

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

CONESTOGA-ROVERS & ASSOC.
ATTN: BETH LANDALE
22055 NIAGARA FALLS BLVD.
SUITE #3
NIAGARA FALLS, NY 14304

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUTIE #3
NIAGARA FALLS, NY 14304

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
P.O. BOX 66
6723 TOWPATH ROAD
SYRACUSE, NY 13214-0066

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

GLOBAL ENVIRONMENTAL ENGINEERING INC.
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

| | |
|---|---|
| GLOBAL ENVIRONMENTAL ENGINEERING, INC.<br>6140 HILL 23 DRIVE<br>STE 1<br>FLINT, MI 48507 | GROUNDWATER & ENVIRONMENTAL SERVICES, INC<br>440 CREAMERY WAY<br>SUITE 500<br>EXTON, PA 19341-2577 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION<br>56 ROLAND STREET<br>BOSTON, MA 02129-1400 | HALEY & ALDRICH OF NEW YORK<br>200 TOWN CENTRE DRIVE, STE 2<br>ROCHESTER, NY 14623-4264 |
| HDR ENGINEERING<br>ATTN: DICK BELL<br>8404 INDIAN HILLS DRIVE<br>OMAHA, NE 68114 | IOWA DEPT OF NATIONAL RESOURCES<br>HAZARDOUS WASTE REMEDIAL FUND<br>502 E. 9TH STREET<br>DES MOINES, IA 50319-0034 |
| J.A. LOMBARDO & ASSOCIATES<br>ATTN: JOSEPH A. LOMBARDO<br>445 S. LIVERNOIS - SUITE 202<br>ROCHESTER, MI 48307 | NOVA CONSULTANTS, INC<br>21580 NOVI ROAD<br>#300<br>NOVI, MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC.<br>ATTN: TERRY L. BROWN<br>PO BOX 4873<br>SYRACUSE, NY 13221-4873 | ROYAL ENVIRONMENTAL, INC.<br>720 LEXINGTON AVENUE<br>P.O. BOX 15719<br>ROCHESTER, NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC.<br>2749 LOCKPORT ROAD<br>NIAGARA FALLS, NY 14302 | THE BANK OF NEW YORK<br>FINANCIAL CONTROL BILLING DEPARTMENT<br>P.O. BOX 19445<br>NEWARK, NJ 07195-0445 |
| THE BARTECH GROUP<br>17199 NORTH LAUREL PARK DR.<br>SUITE224<br>LIVONIA, MI 48152 | TOWN OF FRAMINGHAM<br>TAX COLLECTOR'S OFFICE<br>150 CONCORD ST<br>FRAMINGHAM, MA 01702 |
| WASHTENAW COUNTY TREASURER<br>P.O. BOX 8645<br>200 N. MAIN ST<br>STE 200<br>ANN ARBOR, MI 48107-8645 | WASTE MANAGEMENT<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 |
| WDC EXPLORATION & WELLS<br>1300 NATIONAL DR STE 140<br>SACRAMENTO, CA 95834-1981 | YOUNG'S ENVIRONMENTAL CLEANUP, INC<br>G-5305 NORTH DORT HIGHWAY<br>FLINT, MI 48505 |