# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Motors Liquidation Company, Case No. 09-50026<br><br>X  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | FREITAG, WILLIAM R<br>29671 ROBERT ST<br>WICKLIFFE,  OH 44092 |
| Claim Number (if known): | 26672 |
| Date Claim Filed: | 11/16/2009 |
| Total Amount of Claim Filed: | $818.66 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: JUNE 27, 2011                X *William R. Freitag*

Print Name: WILLIAM R FREITAG

Title (if applicable):_____

-------------------------------------------------------------

**DEFINITIONS**



US_ACTIVE:¥43219392¥02¥72240.0639