**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
: 
**In re**  :  **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*  :  **09-50026 (REG)**
       f/k/a General Motors Corp., *et al.*  :
:
                        Debtors.  :  **(Jointly Administered)**
:
-------------------------------------------------------------x

**NOTICE OF MATTER SCHEDULED FOR**
**HEARING ON JULY 13, 2011 AT 9:45 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

  1.   General Motors LLC's Motion to Supplement Order Enforcing 363 Sale Order with Respect to Products Liability Claim and Discovery Requests of Dr. Terrie Sizemore (**ECF No. 10393**)

   Responses Filed:

   A.   Dr. Sizemore's Motion to Strike Notice of Hearing on Motion to Supplement Order Enforcing 363 Sale Order with Respect to Products Liability Claim and Discovery Requests of Dr. Sizemore (**ECF No. 10418**)

   Replies Filed:              None to date.

   Additional Documents:

   B.   Order (i) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (ii) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (iii) Granting Related Relief (**ECF No. 2968**)

   C.   Order Granting Motion of General Motors, LLC for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order (**ECF No. 6237**)

US_ACTIVE:\43759070\01\64318.0003

**Status:**   This matter is going forward.

Dated: New York, New York
July 11, 2011

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors