**RESCHEDULED HEARING DATE AND TIME: September 26, 2011 at 9:45 a.m. (Eastern Time)**

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222
Arthur Steinberg
Scott Davidson

*Attorneys for General Motors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No.:  09-50026 (REG) |
|        f/k/a General Motors Corp., *et al.* | : | |
| | : | |
|                       Debtors. | : | (Jointly Administered) |
-----------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the hearing to consider the pleadings filed by Mr. Billy Ray Kidwell and the responses and objections thereto [Docket Nos. 7146, 7147, 7623, 7889, 7895, 8359, 8375, 8376, 8377, 8798, 8799, 8886, 8922, 9026, 9044, 9148, 10203], previously scheduled for June 22, 2011 at 9:45 a.m., has been rescheduled to **September 26, 2011 at 9:45 a.m.**

Dated: New York, New York
       July 12, 2011

                                        Respectfully submitted,

                                        /s/ Scott Davidson
                                        Arthur Steinberg
                                        Scott Davidson
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, New York  10036
                                        Telephone:  (212) 556-2100
                                        Facsimile:  (212) 556-2222

                                        *Attorneys for General Motors LLC*