United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York
NY 10004-1408

c.o. Mr. Edward Wu
Weil, Gotshal & Manges LLP
767 Fifth Avenue
NY 10153-0119
New York
USA



June 22, 2011

Nelly Bauer-Rollandin/Franklin Ouw
Römerstr. 3a
76870 Kandel
Germany
ouwbauer@gmx.de
Tel. 07275/619790

Re: In re Motors Liquidation Company (f/k/a General Motors Corp.), Case No. 09-50026 (REG),- Hearing on the 152nd Omnibus objection to Claims (Claims for Equity Interests) with Respect to Claim NO(s). 64784.

Dear Mr. Edward Wu,

Unfortunately I am not able to join neither the hearing on Wednesday, June 22, 2011 nor will it be possible for me to appear at the hearing July 27, 2011, because I am living in Germany and I am still working. Therefore I would like you to hand over our following statement in this hearing.

This is our statement:

Herewith we expressly object to be listed in the group of holders of equity interests. We never received any equity security (dividends) at any time. We never belonged to this group of persons who you called "holders of equity interests who erroneously believed that filing a proof of claim was necessary to preserve an entitlement to a potential distribution on account of their equity interests or erroneously believed that they could assert a claim for the purchase price of their equity interests" like written in the your statement of

February 2011. We therefore expect to be treated like regular creditors who are expecting justice.
Thank you very much in advance.

Sincerely,

Nelly Bauer-Rollandin					Dr. Franklin Ouw