UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    :
                                                                              :
MOTORS LIQUIDATION COMPANY, *et al*    :        Chapter 11
f/k/a General Motors Corp., *et al*.,                    :
                                                                              :        Case No. 09-50026 (REG)
                                                                              :        (Jointly Administered)
-----------------------------------------------------------x

## REQUEST FOR REMOVAL
## FROM MATRIX AND TO STOP ELECTRONIC NOTICES

    Michael R. Dal Lago, Esq. of Morrison Cohen LLP hereby files this, Request for Removal from Matrix and to Stop Electronic Notices, and requests that the following names, addresses and email addresses be removed from the matrix and from the Court's electronic noticing system in this case:

> Joseph T. Moldovan, Esq.
> Michael R. Dal Lago, Esq.
> Morrison Cohen LLP
> 909 Third Avenue
> New York, New York 10022
> Phone (212) 735-8600
> Fax: (212) 735-8708
> Email: bankruptcy@morrisoncohen.com
>         mdallago@morrisoncohen.com

Dated: New York, New York
       July 13, 2011

**MORRISON COHEN LLP**
Attorneys for Empire Blue Cross Blue Shield of Michigan

*/s/ Michael R. Dal Lago*
    Joseph T. Moldovan
    Michael R. Dal Lago
    909 Third Avenue
    New York, New York 10022
    (212) 735-8600

#2637385 v1 \099998 \0038