**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :   **Chapter 11 Case No.**
                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                        :   **09-50026 (REG)**
    **f/k/a General Motors Corp.,** *et al.* :
                                                                 :
        **Debtors.**     :   **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

**ORDER SUPPLEMENTING ORDER**
**ENFORCING 363 SALE ORDER WITH RESPECT TO PRODUCTS LIABILITY**
**CLAIM AND DISCOVERY REQUESTS OF DR. TERRIE SIZEMORE**

Upon the Motion, dated June 3, 2011 (the "**Motion**"),[1] of General Motors LLC ("**New GM**"), for an order pursuant to section 105(a) of the Bankruptcy Code supplementing and enforcing that certain Order Pursuant to 11 U.S.C. § 105(a) Enforcing 363 Sale Order (ECF No. 6237) with respect to the products liability claim and discovery requests of Dr. Terrie Sizemore ("**Dr. Sizemore**"), all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED that Dr. Sizemore shall immediately dismiss New GM from the Sizemore Action, with prejudice, and provide written evidence to this Court and to counsel to New GM of such dismissal within ten (10) days of the date of entry of this Order; and it is further

ORDERED that Dr. Sizemore be and hereby is permanently enjoined and estopped from any further prosecution of the Sizemore Action as against New GM (**including any discovery**) or from otherwise pursuing any of the claims asserted or which could be asserted in the Sizemore Action against New GM in any other action, forum, proceeding, or otherwise; and it is further

ORDERED, for the avoidance of doubt, that this Order shall not be collaterally attacked in any other court, State or Federal, and it shall be reviewed only by a higher court in the Second Circuit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
    July **14**, 2011

                                                                *s/ Robert E. Gerber*
                                                                United States Bankruptcy Judge