# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | GRANT COUNTY TREASURER<br>P.O. BOX 37<br>EPHRATA, WA    98823 |
| Claim Number (if known): | 71183 |
| Date Claim Filed: | 6/13/11 |
| Total Amount of Claim Filed: | $300.90 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  7/12/11

Print Name:  DARRYL OMERSANS

Title (if applicable):  GRANT COUNTY TREASURER

**DEFINITIONS**

US_ACTIVE:\43219392\02\72240.0639



People. Power. Performance.™

July 13, 2011



Via FedEx

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      **Re:   *Motors Liquidation., et al.***
            **Case Co.:  09-50026 REG**

Dear Mr. Diamond:
            Enclosed please find 1 claim withdrawal as follows:

      Grant County Treasurer - Claim #71183 in the amount of $300.90

      Please docket this claim withdrawal at your earliest convenience on the
court website in connection with the above reference case.

      Thank you for your assistance.

                        Very truly yours,

                        /s/Kathy-Ann Awkward
                        Kathy-Ann Awkward
                        Sr.Project Supervisor
                        Bankruptcy Operations

Enclosures