UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                                      Chapter 11

MOTORS LIQUIDATION COMPANY FKA
GENERAL MOTORS CORPORATION, et al            Case No. 09-50026

          Debtor.                                    (Jointly Administered)
_____/

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC FILINGS IN THE CASE

To:  Clerk, US Bankruptcy Court              Harvey R. Miller
     Southern District of New York            Weil, Gotshal & Manges, LLP
     615-3 Alexander Hamilton                 767 Fifth Avenue
     Custom House                             New York, NY 10153
     One Bowling Green
     New York, NY 10004-1408

       I request to be removed from receiving electronic filings in the above case.

                                        Bill Schuette
                                        Attorney General

                                          /S/        Roland Hwang
                                        ROLAND HWANG (P32697)
                                        Assistant Attorney General
                                        Attorneys for Michigan LARA, UIA
                                        3030 W. Grand Boulevard, Ste. 9-600
                                        Detroit, MI 48202
                                        (313) 456-2210
                                        telefax:  (313) 456-2201
                                        hwangr@michigan.gov

Dated:  July 15, 2011