UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                      Chapter 11

LIQUIDATION MOTORS COMPANY FKA
GENERAL MOTORS CORPORATION, et al                      Case No. 09-50026

        Debtor.                                                                     (Jointly Administered)
_____/

CERTIFICATION OF SERVICE

      It is hereby certified that the State of Michigan, Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency's Request to be Removed from Receiving Electronic Filing in a Case has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system, and other entities registered with the ECF system in this matter:

    Harvey R. Miller     harvey.miller@weil.com

      I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

                                                              /S/      Roland Hwang_____
                                                         Roland Hwang (P32697)
                                                          Assistant Attorney General
                                                          Attorney for Michigan, LARA, UIA
                                                          3030 W. Grand Boulevard, Suite 9-600
                                                          Detroit, MI 48202
                                                          (313) 456-2210
                                                          fax: (313) 456-2201
                                                          hwangr@michigan.gov

Dated: July 15, 2011