**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
`------------------------------------------------------------x`
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

`------------------------------------------------------------x`

**NOTICE OF MATTER SCHEDULED FOR**
**HEARING ON JULY 19, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    PRETRIAL CONFERENCE**

1. Adversary Proceeding No. 11-09406 (REG) - Complaint for Declaratory Judgment against United States Department of Treasury, Export Development Canada filed by the Official Committee of Unsecured Creditors of Motors Liquidation Company (**ECF No. 1**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:

    A.    Summons and Notice of Pretrial Conference (**ECF No. 3**)

    B.    Joint letter dated July 1, 2011 from Counsel to Unsecured Creditors Committee, Counsel to U.S. Treasury, and Counsel to to EDC to Honorable Robert E. Gerber re: Proposed Schedule (**ECF No. 4**)

    C.    Endorsed Order signed on 7/7/2011 re: Letter dated 7/1/2011 by Thomas Mayer "Proposed Motion Schedule Approved. Kramer Levin Final Fee Application to be Moved to Date of Hearing on Summary Judgment and Motion to Dismiss" (**ECF No. 5**)

      D.      Adversary Case 09-00504 (REG) – Adversary Complaint for (1) Avoidance of Unperfected Lien, (2) Avoidance and Recovery of Postpetition Transfers, (3) Avoidance and Recovery of Preferential Payments, and (4) Disallowance of Claims by Defendants against JPMorgan Chase Bank, N.A, et al. by Official Committee of Unsecured Creditors of General Motors Corporation  (**ECF No. 1**)

**Status:**    This matter is going forward.

Dated: New York, New York
       July 15, 2011

                /s/ Stephen Karotkin
                Harvey R. Miller
                Stephen Karotkin
                Joseph H. Smolinsky

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Post-Effective Date Debtors