**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## PRIVACY ACT ORDER

The United States Department of the Treasury (the "Treasury Department"), having been served with discovery in connection with the Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief [Docket No. 7859] and any related litigation in these bankruptcy proceedings involving the parties (the "Contested Matter"), and expecting to object to certain of such discovery on the ground that the Treasury Department is prohibited from producing such discovery by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that such disclosure is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is

ORDERED, that:

1.      To the extent that the Treasury Department objects to any information or material sought by any interested party during the course of the Contested Matter on the ground that production of such material is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the Treasury Department's objections are overruled and the Treasury Department shall produce the requested documents and other information or material.  *See* 5 U.S.C. § 552a(b)(11).

2.      This Order is without prejudice to any other objections the Treasury

Department may have to any party's discovery requests.

**SO AGREED TO BY AND AMONG THE FOLLOWING:**

Dated:      July 7, 2011

By:      */s/ David S. Jones*
      David S. Jones
      Jeffrey S. Oestericher
      Matthew L. Schwartz
      Joseph N. Cordaro
      86 Chambers Street
      New York, New York 10007

      LEV L. DASSIN
      Acting United States Attorney for the Southern District of New York
      *Attorneys for the United States*

Dated:      July 1, 2011

By:      */s/ Katie L. Cooperman*
      Barry N. Seidel
      Eric B. Fisher
      Katie L. Cooperman
      DICKSTEIN SHAPIRO LLP
      1633 Broadway
      New York, New York 10019
      *Attorneys for the Motors Liquidation Company GUC Trust*

Dated:      July 3, 2011

By:      */s/ Sean E. O'Donnell*
      Daniel H. Golden
      Philip C. Dublin
      Sean E. O'Donnell
      AKIN GUMP STRAUSS HAUER & FELD LLP
      One Bryant Park
      New York, New York 10036
      *Attorneys for Green Hunt Wedlake, Inc., Trustee of General Motors Nova Scotia Finance Company*

DOCSNY-468777v3

Dated:      June 30, 2011

By:         */s/ Kevin D. Finger*
            Bruce R. Zirinsky
            Nancy A. Mitchell
            John H. Bae
            Kevin D. Finger
            Gary D. Ticoll
            GREENBERG TRAURIG LLP
            200 Park Avenue
            New York, New York 10166

            *Attorneys for Appaloosa Management L.P. (and its managed entities); Aurelius
            Capital Management, LP (and its managed entities); Elliot Management
            Corporation (and its managed entities); Fortress Investment Group LLC (and its
            managed entities); Perry Corp. (and its managed entities); and Morgan Stanley &
            Co. International plc*

Dated:      July 14, 2011

By:         */s/ Stephen Karotkin*
            Stephen Karotkin
            WEIL GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            *Attorneys for Motors Liquidation Company f/k/a General Motors Corporation*

Dated:      July 5, 2011

By:         */s/ Arthur Steinberg*
            Arthur Steinberg
            KING & SPALDING LLP
            1185 Avenue of the Americas
            New York, NY 10036
            *Attorneys for General Motors LLC*

SO ORDERED this **_19th_** day of **_July,_** 2011

                    **_s/ Robert E. Gerber_**
                    HON. ROBERT E. GERBER
                    UNITED STATES BANKRUPTCY JUDGE

DOCSNY-468777v3