**Terrie Sizemore RN DVM**
**PO Box 23**
**Sullivan, Ohio 44880**
**440-241-3126**

Mr. Pablo Falabella, Esq.                                July 14, 2011
C/o Wiel, Gotshal, and Mange LLP
767 Fifth Ave.
New York, New York 10153


Dear Mr. Falabella,

As per my email today, I am in urgent need of the transcript for the July 13, 2011 hearing. I understand this is a public records document and please allow this to serve as my formal request for this document.

As stated in my email, I am unconcerned about how you provide the document-either via your web site or email it to me. If I am to contact someone at the Court, please advise me of such.

Thank you for your prompt attention to this matter,

Sincerely,


Dr. Terrie Sizemore RN DVM


Sent regular US Mail

Cc: Judge Gerber, US Bankruptcy Court SDNY