## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | The City of Anderson<br>Attn: Gary McKinney (c/o Ann Marie Bauer)<br>120 East 8th Street<br>P.O. Box 2100<br>Anderson, IN  46018<br>(765) 648-6159 |
| Claim Number (if known): | 61008 |
| Date Claim Filed: | November 24, 2009 |
| Total Amount of Claim Filed: | $5,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 18, 2011

Signature: _Gary McKinney_

Print Name: Gary McKinney

Title (if applicable): Brownfields Coordinator

US_ACTIVE:¥43219392¥02¥72240.0639