# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | FAIRFAX COUNTY, VA<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PKWY<br>SUITE 549<br>FAIRFAX VA    22035 |
| Claim Number (if known): | 71127 |
| Date Claim Filed: | 5/12/11 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 18, 2011

Print Name: NANCY F. LOFTUS

Title (if applicable): Asst. Co. Atty
Fairfax County, VA

US_ACTIVE:¥43219392¥02¥72240.0639