# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | FAIRFAX COUNTY, VA<br>OFFICE OF THE COUNTY ATTORNEY<br>12000 GOVERNMENT CENTER PKWY<br>SUITE 549<br>FAIRFAX VA   22035 |
| Claim Number (if known): | 70538 |
| Date Claim Filed: | 1/7/11 |
| Total Amount of Claim Filed: | $2,907.63 |

RECEIVED JUL 19 2011 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 18, 2011

Print Name: Nancy F. Loftus

Title (if applicable): Asst. Co. Atty. Fairfax County, VA

US_ACTIVE:\43219392\02\72240.0639