# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | UTAH STATE TREASURE <br> UNCLAIMED PROPERTY DIVISION <br> 341 SOUTH MAIN ST 5TH FLOOR <br> SALT LAKE CITY, UT    84111-2707 |
| Claim Number (if known): | 3644 |
| Date Claim Filed: | 10/5/2009 |
| Total Amount of Claim Filed: | Unliquidated |

RECEIVED JUL 19 2011 U.S. BANKRUPTCY COURT, SDNY

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  7/18/2011

Print Name:  L. Corinne Rendon

Title (if applicable):_____

US_ACTIVE:\43219392\02\72240.0639