ENDORSED ORDER

July 14, 2011

The Honorable Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Re:  Notice of Presentment of Proposed Supplemental
     Order Granting 151st Omnibus Objection to Claims

I have received and reviewed the Supplemental Order dated June 27, 2011. I do not feel that my concerns have been adequately considered. I wish to reiterate that I object that my claim may be reclassified as an equity interest claim.

I feel that General Motors fraudulently misrepresented the viability of their company to me. General Motors must have known that the viability of the company was deteriorating months, possibly years, before filing for bankruptcy. I feel that General Motors knew that its stock would eventually be worthless, and rather than notify me or take action to protect me from loss, they chose to take no action. It is my belief that due to fraud and misrepresentation that my claim should not be reclassified as equity interest. The result would be unjust and inequitable.

The assets were held in the General Motors 401(k) plan that I participated in as an employee of General Motors for 31 years. The funds included both bonds and General Motors common stock.

My claim number is 60788 and the amount of my claim is $129,197.04.

Sincerely,

*Mark F. Hasson III*

Mark F. Hasson III
417 Bute Road
Uniontown, PA 15401
724-437-3679

cc:  The Garden City Group
     Weil, Gotshal & Manges LLP

Endorsed Order

Though the Court understands the frustration and disappointment that Mr. Hasson feels as a stockholder in the former General Motors Corporation, and his view that General Motors misrepresented its viability, the Court has ruled on this issue, and the Court is not permitted to revisit this issue on a case by case basis. The Court is bound to uphold the law, and the Court may not single out any individual stockholder for special consideration.

The claim must be reclassified consistent with the Court's previous rulings.

Dated:  New York, New York
        July 20, 2011

/s/ *Robert E. Gerber*
Hon. Robert E. Gerber
United States Bankruptcy Judge

July 13, 2011

The Honorable Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court Southern District of New York
One Bowling Green
New York, NY 10004

Re:   Notice of Non-Receipt of The proposed Supplemental
      Order Granting Debtor's Omnibus Objection to Claim

I have received and reviewed the copy document Docket No. 2). To date I have not had that my concerns have been addressed. Therefore I declared I also reiterate that I request that my claim may be reclassified to equity interest claim.

I feel that General Motors Bondholders mis-represented the quality of their company to me. GM and its officers must have known that the viability of the company was no showing a monthly positive cash flow and or filing for them. I feel that General Motors bonds in the stock might eventually be worthless unless they took or no taking action to prevent the from loss, it is clear to take action to fraud and misrepresentation of risk of risk about GM and It is not believed this be court would be unjust and keep stable. classified as equity Interest.

The segregation held in the General Motors 401(k) plan that I participated in was an employee of General Motors for 3 years. The third most both bonds and General Motors common stock.

Sincerely,

Alfred R. Hassoun, III
412 State Road
Uniontown, PA 15401
724-437-5475

cc:   The Garden City Group
      Weil, Gotshal & Manges, LLP