# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** )<br>)<br>**MOTORS LIQUIDATION COMPANY**, *et al.,* )<br>**f/k/a General Motors Corporation**, *et al.,* )<br>**Debtors.** )<br>)<br>) | **Chapter 11 Case No.**<br><br>**09-50026 (REG)**<br><br>**(Jointly Administered)** |

# SCHEDULES OF ASSETS AND LIABILITIES FOR

**Motors Liquidation Company (f/k/a General Motors Corporation)**

**Case No: 09-50026**

**Motors Liquidation Company**
**Case Number: 09-50026**
**Exhibit F-6**
**Product Liability Litigation**

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| SANCHEZ, JUAN JOSE HUMBERTO | SICO WHITE & BRAUGH LLP<br>225 SOUTH LAKE AVENUE SUITE 300 | PASADENA,CA,91101 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANCHEZ, SANDRA | 4066 HIGH STREET | ECORSE,MI,48229 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANCHEZ, SANDRA | SICO WHITE & BRAUGH LLP<br>225 SOUTH LAKE AVENUE SUITE 300 | PASADENA,CA,91101 | ✓ | ✓ | ✓ | UNDETERMINED |
| SAND, ANNALISA | STANLEY MARTIN LAW OFFICE OF<br>137 BAY STREET #2 | SANTA MONICA,CA,90405 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDELL, DIANNE | 104 N CHERRY AVE | POLO,IL,610641402 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, GENEEKA | 1442 SOUTH CENTRAL AVE | CICERO,IL,60804 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, LARRY | 4202 SOUTH MAPLE DRIVE | SAND SPRING,OK,74063 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, MARY | 721 BRASSFIELD RD | PONOTOC,MS,38863 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, TZENA | 1216 GINSBERG DRIVE | DAYTONA BEACH,FLORIDA,32114 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, WANDA | 610 CLAY STREET | MARION,AL,36756 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDERS, WAYNE | 377 FM 2149 E | NEW BOSTON,TX,755707206 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, ELIZABETH PADILLA | LANGDON AND EMISON<br>THE EAGLE BUILDING, PO BOX 220, 911 MAIN STREET | LEXINGTON,MO,64067 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, JENNIFER | PO BOX 755 | CUBA,NM,87013-0755 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, JOSE | 5357 JACKSON AVE | HANFORD,CA,93230-9359 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDOVAL, VALARIE | WATTS LAW FIRM<br>111 CONGRESS AVENUE SUITE 1000 | AUSTIN,TX,78701 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANDWEISS, LANA | BARTIMUS FRICKLETON ROBERTSON & OBETZ<br>11150 OVERBROOK ROAD - SUITE 200 | LEAWOOD,KS,66211 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANFORD, TIM | 6410 QUINCY DR | VERONA,PA,151472531 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANSONETTI, DANIELLE | 85 ADMIRAL DEWEY AVENUE | PITTSBURGH,PA,15205 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANSPREE, PATRICIA | 1770 CALDWELL LN | FOLEY,AL,36535 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTAGATA, MICHAEL | 337 COWESETT AVE | WEST WARWICK,RI,02893-2245 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, FRANK | DEARIE & ASSOCIATES JOHN C<br>515 MADISON AVENUE - SUITE 1118 | NEW YORK,NY,10022 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, FRANK | DURST LAW FIRM PC<br>319 BROADWAY | NEW YORK,NY,10007 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, MARY | DURST LAW FIRM PC<br>319 BROADWAY | NEW YORK,NY,10007 | ✓ | ✓ | ✓ | UNDETERMINED |
| SANTORO, SHAWN | 482 ELLIS STREET | NEW BRITAIN,CT,06051 | ✓ | ✓ | ✓ | UNDETERMINED |
| SARG, TYLER | LAMARCA & LANDRY PC<br>1820 NW 118TH STREET SUITE 200 | DES MOINES,IA,50325 | ✓ | ✓ | ✓ | UNDETERMINED |

**Motors Liquidation Company**
**Case Number: 09-50026**
**Exhibit F-6**
**Product Liability Litigation**

| Creditor Name | Address | City, State & Zip | C | U | D | Total Claim Amount |
|---|---|---|---|---|---|---|
| WIDNER, PATRICK | STATE FARM P.O. BOX 221 | DUPONT,WA,98327 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIED, DAVID | CHILDRESS & ZDEB 515 NORTH STATE STREET - SUITE 2200 | CHICAGO,IL,60610 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIED, SHERRY | CHILDRESS & ZDEB 515 NORTH STATE STREET - SUITE 2200 | CHICAGO,IL,60610 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIED, WILLIAM | CHILDRESS & ZDEB 515 NORTH STATE STREET - SUITE 2200 | CHICAGO,IL,60610 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIED, WILLIAM | LEWIS & ROBERTS 400 SOUTH TRYON STREET - SUITE 1500 | CHARLOTTE,NC,28285 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIENS, TARA | 1031 RAINBOW CT | BUHLER,KS,67522-8076 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIER, JEANNETTE | 610 MAPLE PARK DR | MENDOTA HEIGHTS,MN,55118-1839 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIERZBICKI, CONNIE | PO BOX 250 | TWENTYNINE PALMS,CA,92277 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIESJAHN, JUDD | STANLEY MARTIN LAW OFFICE OF 137 BAY STREET #2 | SANTA MONICA,CA,90405 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIESJAHN, RACHEL | STANLEY MARTIN LAW OFFICE OF 137 BAY STREET #2 | SANTA MONICA,CA,90405 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIGER, MELISSA | 410 MOREN ROAD | LONDON,KY,40741-2703 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIGGINTON, OPIE M | AIG 6675 COPORATE CENTER PKWY STE 320 | JACKSONVILLE,FL,32247 | ✔ | ✔ | ✔ | UNDETERMINED |
| WIGGINTON, RACHEL | JEANSONNE & REMONDET 200 WEST CONGRESS STREET SUITE 1100 | LAFAYETTE,LA,70509 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILCOX, CHANCE WAYNE | ROBERT AMMONS 3700 MONTROSE BLVD | HOUSTON,TX,77006 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILCOX, CHRISTINE | P.O. BOX 225 | PINE GROVE,WV,26419-0225 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILDERNESS, TERRY | PO BOX 290 | LILBURN,MO,63862 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILDS, JOHN | 5631 AHONI ST | DIAMONDHEAD,MS,395253354 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILHELM, EARL | GUNTER, LEE 58 NORTH CHICAGO STREET SUITE 303 | JOLIET,IL,60432 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILHITE, JEFFREY | 1141 HARTSWELL DR. | EVANSVILLE,IN,47725 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILK, DANIEL | 12800 S MARQUETTE AVE | CHICAGO,IL,60633 1746 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILKERSON, GINA | STATE FARM INSURANCE PO BOX 3649 | TULSA,OK,74101 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILKERSON, KAREN | PO BOX 318 | DE LEON,TX,76444-0485 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILKINS, BARBARA | STATE FARM 2500 MEMORIAL BLVD. PO BOX 20707 | MURFREESBORO,TN,371310001 | ✔ | ✔ | ✔ | UNDETERMINED |
| WILL, CHARLES | 6522 SUNHIGH | PORT RICHIE,FL,34655 | ✔ | ✔ | ✔ | UNDETERMINED |