# EXHIBIT D

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                      :
In re                                 :    Chapter 11 Case No.
                                      :
MOTORS LIQUIDATION COMPANY, et al.,   :    09-50026 (REG)
      f/k/a General Motors Corp., et al.  :
                                      :
                        Debtors.      :    (Jointly Administered)
                                      :
-------------------------------------------------------------------x
```

**NOTICE OF HEARING ON**
**MOTION OF DEBTORS FOR ENTRY OF**
**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b)**
**AUTHORIZING EXERCISE OF STOCK POWERS TO APPROVE AMENDMENT**
**TO CERTIFICATE OF INCORPORATION OF GENERAL MOTORS COMPANY**

  **PLEASE TAKE NOTICE** that on August 27, 2010, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed a motion (the "**Motion**") for an order authorizing the Debtors, as holders of common stock in General Motors Company f/k/a NGMCO, Inc. ("**New GM**"), to exercise their common stock powers to approve a Certificate of Amendment to the Amended and Restated Certificate of Incorporation of New GM (the "**Charter Amendment**"). The Charter Amendment places certain restrictions on large shareholders of New GM, but will not affect the distributions of securities in New GM to creditors of the Debtors under a chapter 11 plan of liquidation. The Debtors believe that the Charter Amendment will preserve and enhance the value of New GM's securities, which they hold as a result of the sale of substantially all of their assets to New GM.

  **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **September 24**, **2010 at 9:45 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

  **PLEASE TAKE FURTHER NOTICE** that the Motion may be accessed on the website maintained by the Debtors' claims agent, www.motorsliquidationdocket.com. A link to the Court docket is located under the "Court Docket" tab. Creditors without access to the Internet may request a copy of the Motion by mail to The Garden City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by calling The Garden City Group, Inc. at 1-703-286-6401.

  **PLEASE TAKE FURTHER NOTICE** that any responses or objections to this Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the

Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-242, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:  Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn:  Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.), so as to be received no later than **September 17, 2010, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:    New York, New York
          August 27, 2010

                                        /s/ Joseph H. Smolinsky
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Joseph H. Smolinsky

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

SANCHEZ, JUVENTINO
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

SANCHEZ, LEO R
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

SANCHEZ, LEONARD
DEATON LAW FIRM
1 RICHMOND SQ STE 134C
PROVIDENCE, RI 02906-5166

SANCHEZ, LUCIANO
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

SANCHEZ, ORLANDO
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510

SANCHEZ, RICHARD
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510

SANCHEZ, RONALD
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510

SANCHEZ, ROSENDO
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

SANCHEZ, ROY
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

SANCHEZ, SANDRA
4066 HIGH ST
ECORSE, MI 48229-1628

SANCHEZ, SANDRA
SICO WHITE & BRAUGH LLP
225 S LAKE AVE STE 300
PASADENA, CA 91101-3009

SANCHEZ, SUSANNA
BICKEL LAW FIRM INC
7825 FAY AVE STE 200
LA JOLLA, CA 92037-4270

SANCHEZ, TIM R
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

SAND, ANNALISA
STANLEY MARTIN LAW OFFICE OF
137 BAY ST UNIT 2
SANTA MONICA, CA 90405-1026

SAND, JAMES
BRAYTON PURCELL
PO BOX 6169
NOVATO, CA 94948-6169

SANDBEK, DALE
ANGELOS PETER G LAW OFFICES OF
100 N CHARLES STREET, ONE CHARLES CENTER 22ND
FLOOR
BALTIMORE, MD 21202

SANDEL, LEWIE FREDERICK
SHANNON LAW FIRM
100 W GALLATIN ST
HAZLEHURST, MS 39083-3007

SANDEL, RUDOLPH A
SHANNON LAW FIRM
100 W GALLATIN ST
HAZLEHURST, MS 39083-3007

SANDELL, DIANNE
305 S PRAIRIE AVE
APT C
POLO, IL 61064-1952

SANDEN CORP
20 KOTOBUKI-CHO
ISESAKI GUNMA 372-0052 JAPAN

SANDEN CORP
20 KOTOBUKI-CHO
ISESAKI, GU 372-0 JAPAN

SANDEN CORP
350 YATTAJIMAMACHI
ISESAKI GUNMA 372-8558 JAPAN

SANDEN CORP
350 YATTAJIMAMACHI
ISESAKI GUNMA JP 372-8558 JAPAN

SANDEN CORP.
ERIC MCKEON
350 YATTAJIMAMACHI
MINERVA, OH 44657

SANDEN INTERNATIONAL (EUROPE) LTD
CROCKFORD LN HAMPSHIRE INTERNATION
BUSINESS PK
BASINGSTOKE HAMPSHIRE GB RG24 8WH GREAT BRITAIN

SANDEN INTERNATIONAL (USA) INC
MARK SWANSON
601 S. SANDEN BLVD.
OSHKOSH, WI 54903

SANDEN INTERNATIONAL (USA) IND
601 SANDEN BLVD
WYLIE, TX 75098-4999

SANDEN INTERNATIONAL (USA) IND.
47772 HALYARD DR
PLYMOUTH, MI 48170-2454

SANDEN MANUFACTURING EUROPE
LE QUILLIOU
TINTENIAC 35190 FRANCE

SANDEN MANUFACTURING EUROPE
LE QUILLIOU
TINTENIAC FR 35190 FRANCE

WIEGMANN, ROY C
84-50 260 ST
2ND FLOOR
FLORAL PARK, NY 11001-1016

WIELENBECK, FREDERICK
SIMMONS FIRM
PO BOX 521
EAST ALTON, IL 62024-0519

WIEMANN, JAMES
SIEBEN POLK LAVERDIERE & DUSICH
999 WESTVIEW DR
HASTINGS, MN 55033-2432

WIENCKO, HENRY J
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIENER KREDITBURGSCHAFTSGESELLSCHAFT MBH
UNGARGASSE 64 66 TOP 501
A-1030 VIENNA AUSTRIA

WIENS, LYLE D
ROSNER LAW & MANSFIELD
10085 CARROLL CANYON ROAD
SAN DIEGO, CA 92131

WIENS, MARVIN
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIENS, TARA
1031 RAINBOW CT
BUHLER, KS 67522-8076

WIER, JEANNETTE
610 MAPLE PARK DR
MENDOTA HEIGHTS, MN 55118-1839

WIER, RICHARD C
47501 LIBERTY DR
SHELBY TWP, MI 48315-4530

WIERER, JOSEPH J
2815 WESTMORELAND ST
NEW LENOX, IL 60451-2739

WIERS, JAMES D
KELLEY & FERRARO LLP
1300 EAST NINTH STREET, 1901 BOND COURT BUILDING
CLEVELAND, OH 44114

WIERSEMA, DAVID R
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIERSEMA, WILBUR
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIERSMA, LEE
JACOBS & CRUMPLAR P.A.
PO BOX 1271
2 EAST 7TH ST,
WILMINGTON, DE 19899-1271

WIERSTAD, DAVID C
SIEBEN POLK LAVERDIERE & DUSICH
999 WESTVIEW DR
HASTINGS, MN 55033-2432

WIERZBICKI, CONNIE
PO BOX 250
TWENTYNINE PALMS, CA 92277-0250

WIESJAHN, JUDD
STANLEY MARTIN LAW OFFICE OF
137 BAY ST UNIT 2
SANTA MONICA, CA 90405-1026

WIESJAHN, RACHEL
STANLEY MARTIN LAW OFFICE OF
137 BAY ST UNIT 2
SANTA MONICA, CA 90405-1026

WIESNER, SHERRY
BEVAN & ASSOCIATES
10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG
NORTHFIELD, OH 44067

WIESS, CAROLYN J
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIGER, MELISSA
410 MOREN RD
LONDON, KY 40741-2703

WIGFIELD, SHERMAN J
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIGG, BETTY A
WISE & JULIAN
156 N MAIN ST STOP 1
EDWARDSVILLE, IL 62025-1972

WIGGINS, ARTHUR W
885 HIGHWAY 2393
MONTICELLO, KY 42633-8472

WIGGINS, ERNEST F
GLASSER AND GLASSER
CROWN CENTER, 580 EAST MAIN STREET, SUITE 600
NORFOLK, VA 23510-2212

WIGGINS, JACK
BILMS KEVIN P
430 CRAWFORD ST STE 202
PORTSMOUTH, VA 23704-3813

WIGGINS, JUDY M
2892 CHURCHILL DR
KINSTON, NC 28504-9036

WIGGINS, STANLEY T
ANGELOS PETER G LAW OFFICE
1300 N MARKET ST STE 212
WILMINGTON, DE 19801-1813

WIGGINS, ZENOBIA
PORTER & MALOUF PA
4670 MCWILLIE DR
JACKSON, MS 39206-5621

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                          :
                                                               :        **Chapter 11 Case No.**
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :
      **f/k/a General Motors Corp.,** *et al.*   :        **09-50026 (REG)**
                                                               :
           **Debtors.**                   :        **(Jointly Administered)**
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

    1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

    2.     On September 13, 2010, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for the Debtors in the above-captioned case, I caused to be served by first class mail, postage prepaid, true and correct copies of the **Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan** ("Notice of Disclosure Statement Hearing"), annexed hereto as Exhibit "A", addressed to each of the individuals and entities in the service list attached hereto as Exhibit "B" (all parties listed in the Debtor's Schedules of Assets and Liabilities, all parties who filed a Notice of Appearance, the master service list, and the creditor matrix not addressed in the following paragraphs).

    3.     Also on September 13, 2010, at the direction of Weil, I caused an appropriate number of true and correct copies of the Notice of Disclosure Statement Hearing to be served by hand delivery to Broadridge, Attn.: BSG Proxy Agent Services, JOB NOS. N35731, N35732, N35749, N35750, N35751, N35752, N35753, N35754, N35755, 51 Mercedes Way, Edgewood, NY 11717 ("**Broadridge**"), together with an instructional letter directing Broadridge to distribute the document to all those beneficial owners of Securities[1] (as defined below), as of September 8, 2010 (the "**Record Date**"), whose nominees are serviced by Broadridge.

    4.     Also on September 13, 2010, at the direction of Weil, I caused true and correct copies of the **Notice of Disclosure Statement Hearing** to be served by first class mail, postage prepaid, along with an instructional letter

---

[1] The Securities are publicly traded equity and debt securities that were issued by the Debtors bearing CUSIP Nos. 62010A105; 370442105; 370442691; 370442BB0; 37045EAS7; 370442BS3; 370442AU9; 370442AJ4; 37045EAG3; 370442AN5; 370442BW4; 370442AV7; 370442AR6; 370442AZ8; 370442741; 370442733; 370442717; 370442BT1; 370442AT2; 370442816; 370442774; 370442121; 370442725; 370442BQ7; 370442766; 370442758; 455329AB8; 594693AQ6; 616449AA2; 616449AB0; 677596AU2; 67759ABC2; and 349272AT1 (the "Securities").

on the parties (United States and Canadian broker nominees) as set forth on the service list attached hereto as Exhibit "C".

5.    Also on September 13, 2010, at the direction of Weil, I caused true and correct copies of the **Notice of Disclosure Statement Hearing** to be served by first class mail, postage prepaid, on the registered holders of the Debtors' equity Securities bearing CUSIP No. 62010A105 as of the Record Date, as shown on the registers of Computershare, the transfer agent for such securities (the "Transfer Agent List") as set forth on the service list annexed hereto as Exhibit "D".

6.    Also on September 13, 2010, at the direction of Weil, I caused a true and correct copy of the **Notice of Disclosure Statement Hearing** to be served by email[2] on European clearinghouses Euroclear Bank S.A./N.V. and Euroclear S.A./ N.V. London (corporate_actions@euroclear.com) (collectively "Euroclear") and Clearstream Banking and Clearstream Banking Luxembourg (ca_bond@clearstream.com and ca_eln@clearstream.com) (collectively "Clearstream") along with an instructional letter directing Euroclear and Clearstream to distribute the **Notice of Disclosure Statement Hearing** to beneficial owners of the Securities as of the Record Date and the Eurobonds bearing ISIN numbers GB0087692629 (Swiss Security No. 876 926), XS0171908063, XS0171922643, XS0171942757 and XS0171943649 as of the Record Date that are serviced by Euroclear and Clearstream.

7.    Also on September 13, 2010, at the direction of Weil, I caused an appropriate number of true and correct copies of the Notice of Disclosure Statement Hearing to be served by first class mail, postage prepaid, on the known broker nominees for the beneficial owners of the Securities as of the Record Date that do not employ Broadridge as their mailing agent (the "Non-Broadridge Nominees"), with an instructional letter directing the Non-Broadridge Nominees to distribute the **Notice of Disclosure Statement Hearing** to said beneficial owners, as set forth on the service list annexed hereto as Exhibit "E".


/s/  Barbara Kelley Keane
Barbara Kelley Keane


Sworn to before me this
21st day of September, 2010

/s/  Maryann K Aiello
Notary Public – State of New York
No 02AI6099679
My Commission Expires October 6, 2011

---

[2] These parties were also served by first class mail, postage prepaid (see paragraph 4 hereof and Exhibit "C").

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                           :
In re                                      :          Chapter 11 Case No.
                                           :
MOTORS LIQUIDATION COMPANY, et al.,        :          09-50026 (REG)
      f/k/a General Motors Corp., et al.   :
                                           :
                       Debtors.            :          (Jointly Administered)
                                           :
-----------------------------------------------------------------------x
```

### NOTICE OF HEARING TO CONSIDER APPROVAL
### OF DEBTORS' PROPOSED DISCLOSURE STATEMENT
### WITH RESPECT TO DEBTORS' JOINT CHAPTER 11 PLAN

TO:   ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH
       BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

**PLEASE TAKE NOTICE** that on August 31, 2010, Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors set forth above (collectively, the "**Debtors**"), filed the Debtors' Joint Chapter 11 Plan, dated August 31, 2010 (as it may be amended, the "**Plan**") [Docket No. 6829], and the proposed Disclosure Statement for the Debtors' Joint Chapter 11 Plan, dated August 31, 2010 (as it may be amended, the "**Disclosure Statement**") [Docket No. 6830], pursuant to section 1125 of title 11 of the United States Code (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that:

1.        A hearing (the "**Hearing**") will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, **on October 21, 2010 at 9:45 a.m. (Eastern Time)** in Room 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, or as soon thereafter as counsel can be heard, to consider the entry of an order, among other things, finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

2.        The Disclosure Statement and Plan are on file with the Clerk of the Bankruptcy Court (the "**Clerk**") and may be examined by interested parties on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.motorsliquidation.com and www.nysb.uscourts.gov (a PACER login and password are required to access documents on the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov).  Copies of the Disclosure Statement and Plan may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004.  Copies of the Disclosure Statement and Plan may also be obtained by written request to the Debtors' voting agent at the address set forth below:

| If by overnight or hand delivery: | If by standard mailing: |
|---|---|
| The Garden City Group, Inc. | The Garden City Group, Inc. |
| 5151 Blazer Parkway, Suite A | P.O. Box 9386 |
| Dublin, OH 43017 | Dublin, OH 43017-4286 |
| <u>Attn</u>: Motors Liquidation Company Balloting Center | <u>Attn</u>: Motors Liquidation Company Balloting Center |

3.        Responses and objections, if any, to the approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with approval of the Disclosure Statement, must (i) be in writing, (ii) state the name and address of the objecting or responding party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be incorporated into the Disclosure Statement to resolve any such objection or response, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (v) be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-399, and (vi) served in accordance with General Order M-399 so as to be actually received **on or before 4:00 p.m. (Eastern Time) on October 14, 2010** on the following parties (a) the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; (b) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn:  Harvey R. Miller,

Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (c) the Debtors, c/o Motors Liquidation Company, 500 Renaissance Center, Suite 1400, Detroit, Michigan 48243 (Attn: Ted Stenger); (d) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (e) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (f) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.); (g) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (h) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (i) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy H. Davis, Esq.); (j) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (k) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and (l) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

4.    **IF ANY OBJECTION TO THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.**

5.    Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan, and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

6.    The Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by an announcement in Bankruptcy Court of such adjournment on the date scheduled for the Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

| Dated:  New York, New York<br>September 3, 2010 | Harvey R. Miller<br>Stephen Karotkin<br>Joseph H. Smolinsky<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>Attorneys for Debtors<br>and Debtors in Possession |
| --- | --- |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| SANCHEZ, THOMAS F | 6567 SAN ALANO CIR | | | | BUENA PARK | CA | 90620-3735 |
| SANCHEZ, TIM R | GLASSER AND GLASSER | CROWN CENTER, 580 EAST MAIN STREET, SUITE 600 | | | NORFOLK | VA | 23510-2212 |
| SANCHEZ, TONY | 3379 US HIGHWAY 31 N | | | | KEWADIN | MI | 49648-9786 |
| SANCHEZ, TONY A | 5313 ELIZABETH ST APT 7 | | | | CUDAHY | CA | 90201-5376 |
| SANCHEZ, TONY A | 9412 CLAYMORE ST | | | | PICO RIVERA | CA | 90660-5502 |
| SANCHEZ, TRINI V | 733 DOUGLAS DR | | | | SAN LEANDRO | CA | 94577-1416 |
| SANCHEZ, VICTOR | 14201 HOBBY LN | APT 16209 | | | FORT WORTH | TX | 76104-3576 |
| SANCHEZ, VICTOR | 2707 COLE AVE APT 315 | | | | DALLAS | TX | 75204-1047 |
| SANCHEZ, VICTORIA I. | 3605 W. WACKERLY ST. | | | | MIDLAND | MI | 48640 |
| SANCHEZ, VINCE A | C/O DEA 721 19TH ST SUITE 316 | | | | DENVER | CO | 80202 |
| SANCHEZ, VIRGINIA M | D8 BRADLEY CIR | | | | ENFIELD | CT | 06082-3832 |
| SANCHEZ, WALBERTO | PO BOX 331143 | | | | PACOIMA | CA | 91333-1143 |
| SANCHEZ, WANDA C. | 326 BOBCAT TRAIL | | | | LEO | IN | 46765 |
| SANCHEZ, YADIRA A | | | | | | | |
| SANCHEZ, YVONNE | 1202 SOMERSET CT | | | | JANESVILLE | WI | 53546-1609 |
| SANCHEZ, ZARAGOZA C | 1531 WHIPPOORWILL DR | | | | CHOCTAW | OK | 73020-7107 |
| SANCHEZ, ZENAIDA | | | | | | | |
| SANCHEZ,FRANCISCO | 2259 HUGES AVE | | | | BRONX | NY | 10457 |
| SANCHEZ-BRASHER, MINERVA M | 7330 S 500 W | | | | WARREN | IN | 46792-9760 |
| SANCHEZ-MEAD, DORA ANN | 17376 CATALPA DR | | | | LATHRUP VILLAGE | MI | 48076-3549 |
| SANCHIOLI, DAVID A | 43 RIDGE RD | | | | NEW FAIRFIELD | CT | 06812 |
| SANCHO, DENNIS J | 2080 BROOKFIELD ST | | | | CANTON | MI | 48188-1817 |
| SANCHO, DENNIS JAMES | 2080 BROOKFIELD ST | | | | CANTON | MI | 48188-1817 |
| SANCHO, MARK R | 4395 N US HIGHWAY 23 | | | | BLACK RIVER | MI | 48721 |
| SANCKEN AUTOMOTIVE  INC. | 609 W CENTER ST | | | | EUREKA | IL | 61530-1113 |
| SANCKEN AUTOMOTIVE INC. | 609 W CENTER ST | | | | EUREKA | IL | 61530-1113 |
| SANCLEMENTE, ALVIN F | 37562 CHARTER OAKS BLVD | | | | CLINTON TWP | MI | 48036-2422 |
| SANCRO INTERNATIONAL INC | 16000 CANARY AVE | | | | LA MIRADA | CA | 90630-5507 |
| SANCRO INTERNATIONAL INC. | 16000 CANARY AVE | | | | LA MIRADA | CA | 90638-5507 |
| SANCTUARY CHURCH | ATTN: GEORGE MARTIN JR | 955 OLIVER AVE | | | INDIANAPOLIS | IN | 46221-1228 |
| SANCTUM | 65 E HURON ST | | | | PONTIAC | MI | 48342-2204 |
| SANCYA, DIANA L | 1057 YORKSHIRE RD | | | | GROSSE POINTE PARK | MI | 48230-1449 |
| SAND DOLLAR AUTOPLEX | PO BOX 1280 | | | | GALVESTON | TX | 77553-1280 |
| SAND MAN PRODUCTS | PO BOX 205 | 28359 GLENVIEW DR | | | OSCEOLA | IN | 46561-0205 |
| SAND VERN | PO BOX 637 | | | | FAIRFIELD | MT | 59436-0637 |
| SAND Z TOOL & DIE COMPANY INC | | | | | | | |
| SAND, ANNALISA | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| SAND, CHARLES L | 8280 SE PAUROTIS LN | | | | HOBE SOUND | FL | 33455-8251 |
| SAND, DARREL R | PO BOX 244 | 4777 OTTAWA DR | | | OKEMOS | MI | 48805-0244 |
| SAND, DEWAYNE K | 6741 VISTA DEL LAGO AVE | | | | LAND O LAKES | FL | 34637-7800 |
| SAND, EDWARD A | 101 EL PORTON | | | | LOS GATOS | CA | 95032-1125 |
| SAND, EDWARD P | 1517 IVY AVE | | | | CRETE | NE | 68333-1634 |
| SAND, JAMES | BRAYTON PURCELL | PO BOX 6169 | | | NOVATO | CA | 94948-6169 |
| SAND, JOSEPH T | 7411 HOLLOWAY DR | | | | DAVISON | MI | 48423-9315 |
| SAND, ROGER J | 27983 MILTON AVE | | | | WARREN | MI | 48092-4548 |
| SAND, WAYNE E | 2815 NW PINE AVE LOT 50 | | | | OCALA | FL | 34475-2662 |
| SANDACZ, MARY R | 42948 RICHARDS CT. | | | | NORTHVILLE | MI | 48167-1937 |
| SANDAGE, CLARITA J | 515 C4 LOCUST ST | | | | LOCKPORT | NY | 14094 |
| SANDAGE, CLARITA J | 529 DAVISON RD | | | | LOCKPORT | NY | 14094-5351 |
| SANDAGE, GINGER | 500 E CLINTON ST | | | | FRANKFORT | IN | 46041 |
| SANDAGE, IRENE | 6547 HIGHWAY 51 | | | | DONALDSON | AR | 71941-9662 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| WIESENAUER, STEVEN C | 70 KEVIN DR | | | | ANDERSON | IN | 46016-5842 |
| WIESENBERG, RUSSEL J | 14 NORMAN PL | | | | AMHERST | NY | 14226-4233 |
| WIESENFELD, BESS | 374 NEW DOVER RD | | | | COLONIA | NJ | 07067-2713 |
| WIESENHAHN, DAVID R | 1377 PLAZAVIEW CT | | | | CINCINNATI | OH | 45255 |
| WIESENHAN, L M | 2728 DELAWARE ST | | | | ANDERSON | IN | 46016-5227 |
| WIESER, ALICE E | 2828 MAIN ST | | | | NEWFANE | NY | 14108-1235 |
| WIESER, GARY L | 3762 S STATE ROUTE 721 | | | | LAURA | OH | 45337-9710 |
| WIESER, MARVIN G | 6260 PETZOLDT DR | | | | TIPP CITY | OH | 45371-5371 |
| WIESER, RANDY L | 14603 WEST ACAPULCO LANE | | | | SURPRISE | AZ | 85379-8527 |
| WIESER, RICHARD C | 2116 AUGUSTA DR E | APT B | | | INDIANAPOLIS | IN | 46224-3585 |
| WIESERMAN, NANCY | REAR 315 TIOGA ST | | | | JOHNSTOWN | PA | 15905 |
| WIESJAHN RACHEL | SAND, ANNALISA | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN RACHEL | WIESJAHN, JUDD | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN RACHEL | WIESJAHN, RACHEL | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN, JUDD | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN, RACHEL | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESKE PETER | RUDOLF STR 40 | | | AACHEN 52070 GERMANY | | | |
| WIESKE, ROBERT J | 4451 ABERDEEN CIR | | | | ROCKLEDGE | FL | 32955-6654 |
| WIESLAW CYN | 5635 BELMONT ST | | | | DEARBORN HEIGHTS | MI | 48127-2406 |
| WIESLAW LEWANDOWSKI | 3201 BRANCH RD | | | | FLINT | MI | 48506-2403 |
| WIESLAW ZAYDEL | 4545 VALLEY VIEW POINTE | | | | ROCHESTER HLS | MI | 48306 |
| WIESLAW ZIELINSKI | 5635 ELLENDALE DR | | | | LANSING | MI | 48911-5029 |
| WIESLAWA HALAS | 108 ALABAMA TRL | | | | BROWNS MILLS | NJ | 08015-5349 |
| WIESLER, FRANK M | 4159 STAFFORD PLACE CT | | | | SAINT CHARLES | MO | 63304-8710 |
| WIESMAN JR | 1300 TROTWOOD AVE | | | | COLUMBIA | TN | 38401 |
| WIESMAN MD H JAMES J | 1300 TROOTWOOD AVENUE | | | | COLUMBIA | TN | 38401 |
| WIESMAN, CHAD | 7815 E 97TH PLA PT 11110 | | | | TULSA | OK | 74133-6954 |
| WIESMAN, CHASE | 8129 S 75TH EAST AVE | | | | TULSA | OK | 74133 |
| WIESMAN, JAMIE E | 2820 STONE MILL WAY | | | | HAMILTON | OH | 45011-8340 |
| WIESMAN, KIMBERLY J | 10077 SILVER LAKE RD | | | | LINDEN | MI | 48451-9792 |
| WIESMAN, KIMBERLY JEAN | 10077 SILVER LAKE RD | | | | LINDEN | MI | 48451-9792 |
| WIESMORE, RICHARD D | 306 E PATTY LN | | | | MONROEVILLE | PA | 15146-3618 |
| WIESNER SHERRY (448652) | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD , BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| WIESNER, EDWARD L | 11891 W WOODLAND CIR | | | | HALES CORNERS | WI | 53130-1075 |
| WIESNER, ETHEL H | C/O CAROL HOBART | 5800 LAURENT DR APT 210 | | | CLEVELAND | OH | 44129 |
| WIESNER, GORDON R | 16886 CIMARRON PASS | | | | NOBLESVILLE | IN | 46060-4290 |
| WIESNER, INC. - HUNTSVILLE | 230 INTERSTATE 45 N | | | | HUNTSVILLE | TX | 77320-3018 |
| WIESNER, INC. - HUNTSVILLE | JOHN WIESNER | 230 INTERSTATE 45 N | | | HUNTSVILLE | TX | 77320-3018 |
| WIESNER, JENNY M | W2354 STATE ROAD 23 TRLR 111 | | | | GREEN LAKE | WI | 54941-9544 |
| WIESNER, RICHARD A | 4564 PROSPECT RD | | | | NEWTON FALLS | OH | 44444-8771 |
| WIESNER, SHERRY | BEVAN & ASSOCIATES | 10360 NORTHFIELD ROAD, BEVAN PROFESSIONAL BLDG | | | NORTHFIELD | OH | 44067 |
| WIESON TECHNOLOGIES (DONG GUAN | HUANGANG NO 1 INDUSTRIAL ZONE | HOUJIE TOWN | | DONGGUAN GUANGDONG CN 523946 CHINA (PEOPLE'S REP) | | | |
| WIESON TECHNOLOGIES CO LTD | HUANGANG NO 1 INDUSTRIAL ZONE | HOUJIE TOWN | | DONGGUAN GUANGDONG CN 523946 CHINA (PEOPLE'S REP) | | | |
| WIESON TECHNOLOGIES CO LTD | KEVIN HSIEH | HUANGANG NO 1 INDUSTRIAL | | TOLUCA EM 50071 MEXICO | | | |
| WIESON TECHNOLOGIES CO LTD | HUAN GANG | HOUJIE TOWN | | DONG GUAN CITY, GUANG DONG PR CHINA | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*. | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss
COUNTY OF SUFFOLK          )


I, Patrick M. Leathem, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc. ("**GCG**"), the claims, noticing

and solicitation agent for the debtors and debtors-in-possession (the "**Debtors**") in the above-

captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.


2.    On December 22 and 23, 2010, at the direction of Weil, Gotshal & Manges LLP ("**Weil**"),

counsel for the Debtors, GCG caused a true and correct copy of the following documents to be

served via first class mail on the holders of Class 1[1] Claims (Secured Claims), holders of Class 2

Claims (Priority Non-Tax Claims) and holders of Class 4 Claims (Property Environmental

Claims), as set forth on the service list annexed hereto as Exhibit A:

- Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record
  Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to
  Confirmation of the Plan; and (IV) Procedures and Deadline for Voting on the
  Plan (the "**Confirmation Hearing Notice**");

---

[1] Capitalized terms that are not otherwise defined herein have the meanings ascribed to such terms in the Plan and Disclosure Statement and/or the Disclosure Statement Approval Order (as defined below).

- Notice of Non-Voting Status To Unimpaired Classes: Class 1 (Secured Claims), Class 2 (Priority Non-Tax Claims), and Class 4 (Property Environmental Claims); and

- Notice of Deadlines for Filing Administrative Proofs of Claim (the "**Administrative Claim Bar Date Notice**").

3.    Between December 23, 2010 and December 28, 2010, also at the direction of Weil, GCG

caused a true and correct copy of the following documents to be served via first class mail on the

holders of Class 3 Claims (General Unsecured Claims), as set forth on the service list annexed

hereto as Exhibit B[2]:

- Confirmation Hearing Notice;

- Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan dated December 8, 2010, with all exhibits thereto, including, among other documents, the Debtors' Amended Joint Chapter 11 Plan, with all exhibits thereto (collectively, the "**Plan and Disclosure Statement**");

- Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Notice Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Forms of Notices to Non-Voting Classes under the Plan (the "**Disclosure Statement Approval Order**");

- Letter from Official Committee of Unsecured Creditors dated December 10, 2010 (the "**Committee Letter**");

- Administrative Claim Bar Date Notice (collectively with the Confirmation Hearing Notice, Plan and Disclosure Statement, Disclosure Statement Approval Order and Committee Letter, the "**Solicitation Package**"); and

- a customized Ballot for Accepting or Rejecting Amended Joint Chapter 11 Plan of Motors Liquidation Company (f/k/a General Motors Corporation) and Its

---

[2] Exhibit B includes 109 parties whose claims had initially been under consideration for objection, which would have rendered those parties ineligible to vote on the Debtors' Plan.  As those claims were ultimately not objected to prior to the Solicitation Date, those parties were entitled to receive Solicitation Packages with Ballots.  GCG sent the Confirmation Hearing Notice and the Administrative Claim Bar Date Notice via first class mail to those parties on or before December 28, 2010, and sent Solicitation Packages with Class 3 Ballots via overnight courier to those parties on December 30, 2010.  Exhibit B also includes one party, Remy International, Inc., that was served a Solicitation Package with Class 3 Ballot via overnight courier on January 5, 2011 to replace a Solicitation Package with Class 5 Ballot that was served via overnight courier on December 30, 2010, as reflected on Exhibit C hereto.

Affiliated Debtors for Class 3 (General Unsecured Claims), together with a
postage prepaid return envelope (the "**Return Envelope**").

4.    On December 28, 2010, also at the direction of Weil, GCG caused a true and correct copy of
the following documents to be served via first class mail on the holders of individual Class 5
Claims (Asbestos Personal Injury Claims), as set forth on the service list annexed hereto as
Exhibit C[3]:

- the Solicitation Package; and

- a customized Ballot for Accepting or Rejecting Amended Joint Chapter 11 Plan of
  Motors Liquidation Company (f/k/a General Motors Corporation) and Its Affiliated
  Debtors for Class 5 (Asbestos Personal Injury Claims), together with a Return
  Envelope.

5.    On December 23, 2010, also at the direction of Weil, GCG caused a true and correct copy of
the following documents to be served via first class mail on the attorneys representing the
holders of Class 5 Claims (Asbestos Personal Injury Claims), as set forth in the service list
annexed hereto as Exhibit D:

- the Solicitation Package;

- a non-customized individual Ballot for Accepting or Rejecting Amended Joint
  Chapter 11 Plan of Motors Liquidation Company (f/k/a General Motors Corporation)
  and Its Affiliated Debtors for Class 5 (Asbestos Personal Injury Claims); and

- a Master Ballot for Accepting or Rejecting Amended Joint Chapter 11 Plan of Motors
  Liquidation Company (f/k/a General Motors Corporation) and Its Affiliated Debtors
  for Class 5 (Asbestos Personal Injury Claims), together with a Return Envelope.

6.    On December 28, 2010, also at the direction of Weil, GCG caused an appropriate number of
true and correct copies of the following documents to be served via hand delivery to Broadridge
Financial Solutions, Inc., Attn: BSG Special Processing, Job Nos. N38706 & N39053, 51
Mercedes Way, Edgewood, NY 11717 ("**Broadridge**"), together with an instructional letter

---

[3] See Fn. 2.

3

directing Broadridge to distribute the documents to all beneficial owners of interests in Class 6

(Equity Interests in MLC) (*i.e.*, the equity securities bearing CUSIP Numbers 62010A105 and

370442105 (the "**Class 6 Securities**") as of December 7, 2010 (the "**Voting Record Date**")), the

nominees for which Broadridge services:

- Confirmation Hearing Notice;

- Administrative Claim Bar Date Notice; and

- Notice of Non-Voting Status to Impaired Class: Class 6 (Equity Interests in MLC)
  (collectively with the Confirmation Hearing Notice and Administrative Claim Bar
  Date Notice, the "**Equity Package**").

7.   On December 28, 2010, also at the direction of Weil, GCG caused an appropriate number of

true and correct copies of the Equity Package to be served via overnight courier to Mediant

Communications LLC, Reorg Center, Attn: Stephanie Fitzhenry, 109 North Fifth Street, Saddle

Brook, NJ 07663 ("**Mediant**"), together with an instructional letter directing Mediant to

distribute the documents to all beneficial owners of the Class 6 Securities as of the Voting

Record Date, the nominees for which Mediant services.

8.   On December 28, 2010, also at the direction of Weil, GCG caused an appropriate number of

true and correct copies of the Equity Package to be served via overnight courier on the known

broker nominees for the beneficial owners of the Class 6 Securities as of the Voting Record Date

that do not employ Broadridge or Mediant as their mailing agent (the "**Non-
Broadridge/Mediant Nominees**"), with an instructional letter directing the Non-

Broadridge/Mediant Nominees to distribute the documents to said beneficial owners, as set forth

on the service list annexed hereto as Exhibit E.

9.   On December 22, 2010, also at the direction of Weil, GCG caused an appropriate number of

true and correct copies of the Equity Package to be served via first class mail on the GCG

database of United States and Canadian brokers (the "**U.S. and Canadian Brokers**"), with an

instructional letter directing the U.S. and Canadian Brokers to distribute the documents to their

customers, if any, who are beneficial owners of the Class 6 Securities as of the Voting Record

Date, except where Broadridge or Mediant is employed as mailing agent by any of the

aforementioned U.S. and Canadian Brokers, as set forth on the service list annexed hereto as

Exhibit F.

10. On December 23, 2010, also at the direction of Weil, GCG caused a true and correct copy of

the Equity Package to be served via first class mail on the registered holders of the Class 6

Securities, as provided by the transfer agent therefor, and those parties that filed a proof of

interest in these Chapter 11 Cases, as set forth on the service list annexed hereto as Exhibit G.


11. On December 23, 2010, also at the direction of Weil, GCG caused a true and correct copy of

the Solicitation Package to be served via first class mail on (a) the attorneys for the Creditors'

Committee; (b) the attorneys for the Asbestos Claimants' Committee; (c) the attorneys for the

Future Claimants' Representative; (d) the Office of the United States Trustee; (e) the Securities

and Exchange Commission; (f) the Internal Revenue Service; (g) the United States Department

of Justice; (h) the United States Department of the Treasury; and (i) the Pension Benefit

Guaranty Corporation, as set forth on the service list annexed hereto as Exhibit H.

12. Between December 22, 2010 and December 28, 2010, also at the direction of Weil, GCG

caused a true and correct copy of the following documents to be served via first class mail on (a)

each of the parties who filed untimely claims on or before October 21, 2010; (b) the parties

holding Administrative Expense and Priority Tax Claims; (c) the holders of Note Claims,

Eurobond Claims and/or Nova Scotia Guarantee Claims who filed Claims; (d) all parties who

5

requested notice pursuant to Bankruptcy Rule 2002; and (e) all parties in GCG's creditor

database for these cases that do not fall within any of the categories described in paragraphs "2"

through "11" hereof, as set forth on the service list annexed hereto as Exhibit I:

- Confirmation Hearing Notice; and

- Administrative Claim Bar Date Notice.

/s/ Patrick M. Leathem_____
Patrick M. Leathem

Subscribed and sworn to before me this 14th day of
January, 2011

/s/ Debra Wolther_____
Debra Wolther
Notary Public – State of New York
No. 02WO4853469
Qualified in Nassau County
My Commission Expires 1/27/2014

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                         :
In re                                                    :         Chapter 11 Case No.
                                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                :         **09-50026 (REG)**
        f/k/a **General Motors Corp.**, *et al.*         :
                                                         :
                              Debtors.                   :         (Jointly Administered)
                                                         :
-----------------------------------------------------------------x

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT;**
**(II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION**
**OF THE PLAN AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN;**
**AND (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE PLAN**

TO:        ALL HOLDERS OF CLAIMS AGAINST AND INTERESTS IN THE DEBTORS SET FORTH
           BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation<br>GMC Truck Division<br>NAO Fleet Operations<br>GM Corporation<br>GM Corporation-GM Auction Department<br>National Car Rental<br>National Car Sales<br>Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC<br>Saturn Corporation<br>Saturn Motor Car Corporation<br>GM Saturn Corporation<br>Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. | 09-50030 | 41-1650789 | GM National Hawaii, Inc.<br>NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE that:

1.        ***Approval of Disclosure Statement.***  By order dated December 8, 2010 (the
"**Order**"), the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy
Court**") approved the Disclosure Statement for the Debtors' Amended Joint Chapter 11 Plan, dated December

8, 2010 (as it may be amended, the "**Disclosure Statement**") filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") each of which is identified above, and directed the Debtors to solicit votes with regard to the acceptance or rejection of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as it may be amended, the "**Plan**"), annexed as **Exhibit "A"** to the Disclosure Statement. Any capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

2. *Confirmation Hearing*. A hearing (the "**Confirmation Hearing**") to consider the confirmation of the Plan will be held on March 3, 2011 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408. **The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to interested parties.**

3. *Record Date for Voting Purposes*. Only creditors who hold claims on December 7, 2010 are entitled to vote on the Plan.

4. *Voting Deadline*. All votes to accept or reject the Plan must be actually received by the Debtors' voting agents, The Garden City Group, Inc. ("**GCG**") or Epiq Bankruptcy Solutions, LLC, as applicable, by no later than February 11, 2011 at 5:00 p.m. (Eastern Time) (the "**Voting Deadline**"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

5. *Parties in Interest Not Entitled to Vote*. The following creditors and shareholders are not entitled to vote on the Plan: (i) holders of unimpaired claims; (ii) holders of claims or interests who will receive no distribution at all under the Plan; and (iii) holders of claims that are the subject of filed objections or requests for estimation. If you have timely filed a proof of claim and disagree with the Debtors' classification of, objection to, or request for estimation of, your claim and believe that you should be entitled to vote on the Plan, then you must serve on the Debtors at the address set forth below and file with the Bankruptcy Court (with a hard copy delivered directly to the Judge's Chambers) a motion (a "**Rule 3018(a) Motion**") for an order pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure temporarily allowing such claim in a different amount or in a different class for purposes of voting to accept or reject the Plan. All Rule 3018(a) Motions must be filed on or before the tenth (10th) day after the later of (a) service of this Confirmation Hearing Notice and (b) service of notice of an objection or request for estimation, if any, as to such claim. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018(a) Motion, such creditor's Ballot will not be counted except as may be otherwise ordered by the Bankruptcy Court at least five (5) days prior to the Voting Deadline. Creditors may contact GCG at 703-286-6401 to receive an appropriate ballot for any claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion has been granted. Rule 3018(a) Motions that are not timely filed and served in the manner set forth above shall not be considered.

6. *Objections to Confirmation*. Responses and objections, if any, to confirmation of the Plan must:

(a)     be in writing;

(b)     state the name and address of the objecting party and the amount and nature of the claim or interest of such party;

(c)     conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court;

(d)      state with particularity the basis and nature of any objection to confirmation of the Plan;

(e)      be filed with the Bankruptcy Court **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)** (i) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (ii) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable;

(f)      be served in accordance with General Order M-399 on the following parties so as to be received **by no later than February 11, 2011 at 4:00 p.m. (Eastern Time)**:

(i)      Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.);

(ii)     the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow);

(iii)    General Motors LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.);

(iv)     Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.);

(v)      the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.);

(vi)     Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.);

(vii)    Kramer Levin Naftalis & Frankel LLP, attorneys for the Creditors' Committee, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.);

(viii)   the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.);

(ix)     the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.);

(x)      Caplin & Drysdale, Chartered, attorneys for the Asbestos Claimants' Committee, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); and

(xi)     Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the Future Claimants' Representative, 2323

Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn:  Sander L. Esserman, Esq. and
Robert T. Brousseau, Esq.).

**IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED
STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM
OBJECTING TO CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE
HEARING.**  The Debtors may serve replies to such responses or objections by no later than February 22, 2011
at 4:00 p.m. (Eastern Time).

       7.     ***Parties Who Will Not Be Treated as Creditors***.  Any holder of a claim that (i) is
scheduled in the Debtors' schedules of assets and liabilities, statements of financial affairs, and schedules of
executory contracts and unexpired leases at zero, or in an unknown amount, or as disputed, contingent, or
unliquidated, and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed
with the Bankruptcy Court pursuant to either the Bankruptcy Code or any order of the Bankruptcy Court, or
otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely
filed proof of claim or a proof of claim deemed timely filed with the Bankruptcy Court pursuant to either the
Bankruptcy Code or any order of the Bankruptcy Court, or otherwise deemed timely filed under applicable
law, shall not be treated as a creditor with respect to such claim for purposes of (a) receiving notices regarding,
or distributions under, the Plan, or (b) voting on the Plan.

       8.     ***Additional Information***.  Any party in interest wishing to obtain information about
the solicitation procedures or copies of the Disclosure Statement or the Plan should call GCG at 703-286-6401,
or may view such documents by accessing www.motorsliquidationdocket.com or the Bankruptcy Court's
website: www.nysb.uscourts.gov.  Note that a PACER (http://www.pacer.psc.uscourts.gov) password and
login are needed to access documents on the Bankruptcy Court's website.

Dated:  New York, New York
        December 8, 2010

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtors
                and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :          **Chapter 11 Case No.**
                                                    :
**MOTORS LIQUIDATION COMPANY,** *et al.*,           :          **09-50026 (REG)**
         **f/k/a General Motors Corp.,** *et al.*   :
                                                    :
                    **Debtors.**                    :          **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

## NOTICE OF DEADLINES FOR FILING ADMINISTRATIVE PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH A CLAIM FOR ADMINISTRATIVE EXPENSES
AGAINST A DEBTOR SET FORTH BELOW:

| Name of Debtor | Case Number | Tax Identification Number | Other Names Used by Debtors in the Past 8 Years |
|---|---|---|---|
| Motors Liquidation Company (f/k/a **General Motors Corporation**) | 09-50026 | 38-0572515 | General Motors Corporation GMC Truck Division NAO Fleet Operations GM Corporation GM Corporation-GM Auction Department National Car Rental National Car Sales Automotive Market Research |
| MLCS, LLC (f/k/a **Saturn, LLC**) | 09-50027 | 38-2577506 | Saturn, LLC Saturn Corporation Saturn Motor Car Corporation GM Saturn Corporation Saturn Corporation of Delaware |
| MLCS Distribution Corporation (f/k/a **Saturn Distribution Corporation**) | 09-50028 | 38-2755764 | Saturn Distribution Corporation |
| MLC of Harlem, Inc. (f/k/a **Chevrolet-Saturn of Harlem, Inc.**) | 09-13558 | 20-1426707 | Chevrolet-Saturn of Harlem, Inc. |
| Remediation and Liability Management Company, Inc. (subsidiary of General Motors Corporation) | 09-50029 | 38-2529430 | Uptown Land Development Corporation |
| Environmental Corporate Remediation Company, Inc. (subsidiary of General Motors Corporation) | 09-50030 | 41-1650789 | GM National Hawaii, Inc. NCRS Hawaii, Inc. |

PLEASE TAKE NOTICE THAT, on December 14, 2010, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the chapter 11 cases of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**") entered an order (the "**Administrative Bar Date Order**") establishing the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, governmental entities, and

trusts) to file a proof of claim for certain administrative expenses (an "**Administrative Proof of Claim**") against the Debtors as (i) **February 14, 2011** at **5:00 p.m. (Eastern Time)** with respect to administrative expenses arising between June 1, 2009 and January 31, 2011, and (ii) **the date that is thirty (30) days after the Effective Date** (as defined in the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010, as may be amended from time to time (the "**Plan**")) at **5:00 p.m. (Eastern Time)** as the deadline with respect to administrative expenses arising between February 1, 2011 and the Effective Date (together, the "**Administrative Bar Date**").

The Administrative Bar Date Order, the Administrative Bar Date, and the procedures set forth below for the filing of Administrative Proofs of Claim apply to all claims for administrative expenses against the Debtors other than those set forth below as being specifically excluded.  The Administrative Bar Date Order **does not establish a deadline for any claim that arose prior to June 1, 2009** (including claims that arose prior to the Debtors' bankruptcy cases).

**If you have any questions relating to this Notice, please contact The Garden City Group at +1 (703) 286-6401.**

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES.**

**YOU SHOULD NOT FILE AN ADMINISTRATIVE PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM FOR ADMINISTRATIVE EXPENSES AGAINST THE DEBTORS.**

**DEFINITIONS OF WHO MUST FILE AN ADMINISTRATIVE PROOF OF CLAIM ARE PROVIDED BELOW, TOGETHER WITH DEFINITIONS OF THOSE WHO NEED <u>NOT</u> FILE AN ADMINISTRATIVE PROOF OF CLAIM.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE AN ADMINISTRATIVE PROOF OF CLAIM.**

## 1.  WHO MUST FILE AN ADMINISTRATIVE PROOF OF CLAIM

You **MUST** file an **Administrative Proof of Claim** to obtain payment on account of **a claim for administrative expenses** arising between **June 1, 2009 and January 31, 2011**, or **February 1, 2011 and the Effective Date**, and is not one of the types of claims described in Section 2 below.

Claims for administrative expenses are specifically described in section 503 and 507 of the Bankruptcy Code. Among other things, these sections provide that certain types of claims are entitled to administrative expense priority, including, without limitation: (i) the actual, necessary costs and expenses of preserving the estate, including wages, salaries, or commissions for services rendered after the commencement of the bankruptcy case; (ii) certain taxes and penalties related thereto; (iii) compensation and reimbursement of certain officers; (iv) the actual, necessary expenses incurred by (a) certain creditors, (b) a creditor, an indenture trustee, an equity security holder, or a committee representing any such entities, in making a substantial contribution to a debtor's chapter 11 case, (c) a custodian, and (d) members of certain committees if incurred in the performance of the duties of such committees; or (v) compensation for services rendered by an indenture trustee.

**2.    WHO NEED <u>NOT</u> FILE AN ADMINISTRATIVE PROOF OF CLAIM**

You need not file an Administrative Proof of Claim if:

(a)    your claim for administrative expenses has been allowed by an order of this Court entered on or before the Administrative Bar Date;

(b)    you hold a claim for administrative expenses for which a separate deadline is fixed by this Court;

(c)    your claim for administrative expenses has been paid or otherwise satisfied in full by any of the Debtors;

(d)    you are a Debtor in these cases, or an affiliate (as defined in section 101(2) of the Bankruptcy Code) of any Debtor, having a claim for administrative expenses against another Debtor or any affiliate of another Debtor;

(e)    you are a professional retained by any of the Debtors, the statutory committee of unsecured creditors, the official committee of unsecured creditors holding asbestos-related claims, and the legal representative for future asbestos personal injury claimants appointed in these chapter 11 cases;

(f)    you are a holder of a claim for administrative expenses who has already properly filed an Administrative Proof of Claim with the Clerk of the Court or GCG against any of the Debtors, utilizing a claim form which substantially conforms to the Administrative Proof of Claim Form (as defined below); or

(g)    you are a holder of a claim for administrative expenses that will be deemed allowed pursuant to the express terms of the Plan.

If your claim for administrative expenses falls within any of the above exceptions, you do <u>NOT</u> have to file an Administrative Proof of Claim.  Any other person or entity with a claim for administrative expenses must file an Administrative Proof of Claim as described herein.

**3.    WHEN AND WHERE TO FILE ADMINISTRATIVE PROOF OF CLAIM FORMS**

All Administrative Proofs of Claim must be filed so as to be **actually received** at the following address on or before the Administrative Bar Date:

If by overnight courier or hand delivery to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

If by first-class mail, to:

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386
Dublin, Ohio 43017-4286

<u>Or</u> if by hand delivery to:

United States Bankruptcy Court, S.D.N.Y.
One Bowling Green
Room 534
New York, New York 10004

Administrative Proofs of Claim will be deemed timely filed only if **actually received** by The Garden City Group, Inc. or the Court on or before the Administrative Bar Date.  Administrative Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic transmission.

**4.    WHAT TO FILE?**

If you file an Administrative Proof of Claim, your filed Administrative Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to the form (the "**Administrative Proof of Claim Form**") located at the following website: www.motorsliquidationdocket.com, which can also be obtained by calling +1 (703) 286-6401; (iv) state the Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim for administrative expenses; (vi) include supporting

documentation or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

If you are asserting a claim for administrative expenses against more than one debtor, you must identify on your administrative proof of claim the specific debtor against which your claim for administrative expenses is asserted.  A list of the names of the debtors and their case numbers is set forth above.

You should attach to your completed administrative proof of claim form copies of any writings upon which your claim for administrative expenses is based.  If the documents are voluminous, you should attach a summary.

5.   **CONSEQUENCES OF FAILURE TO FILE AN ADMINISTRATIVE PROOF OF CLAIM BY THE ADMINISTRATIVE BAR DATE**

*Except with respect to claims for administrative expenses of the type set forth in Section 2 above, any creditor who fails to file an Administrative Proof of Claim on or before the Administrative Bar Date in the appropriate form in accordance with the procedures described in this Notice for any claims for administrative expenses such creditor holds or wishes to assert against each of the Debtors will be forever barred, estopped, and enjoined from asserting the claim for administrative expenses against each of the Debtors and their respective estates (or filing any proof of claim with respect thereto), and each of the Debtors and their respective chapter 11 estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to such claim for administrative expenses.*

To obtain an Administrative Proof of Claim Form, please visit www.motorsliquidationdocket.com.  If you do not have internet access, an Administrative Proof of Claim Form may be obtained by calling +1 (703) 286-6401.

**If you have any questions, such as whether you should file an Administrative Proof of Claim, you should contact your own attorney.  Neither the Debtors nor their attorneys can advise you in this matter**.

DATED: December 14, 2010                                  BY ORDER OF THE COURT
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| SANCHEZ, VICTORIA I. | 3605 W. WACKERLY ST. | | | | MIDLAND | MI | 48640 |
| SANCHEZ, VINCE A | C/O DEA 721 19TH ST SUITE 316 | | | | DENVER | CO | 80202 |
| SANCHEZ, VIRGINIA M | D8 BRADLEY CIR | | | | ENFIELD | CT | 06082-3832 |
| SANCHEZ, WALBERTO | PO BOX 331143 | | | | PACOIMA | CA | 91333-1143 |
| SANCHEZ, WANDA C. | 326 BOBCAT TRAIL | | | | LEO | IN | 46765 |
| SANCHEZ, YADIRA A | | | | | | | |
| SANCHEZ, YVONNE | 1202 SOMERSET CT | | | | JANESVILLE | WI | 53546-1609 |
| SANCHEZ, ZARAGOZA C | 1531 WHIPPOORWILL DR | | | | CHOCTAW | OK | 73020-7107 |
| SANCHEZ, ZENAIDA | | | | | | | |
| SANCHEZ-BRASHER, MINERVA M | 7330 S 500 W | | | | WARREN | IN | 46792-9760 |
| SANCHEZ-MEAD, DORA ANN | 17376 CATALPA DR | | | | LATHRUP VILLAGE | MI | 48076-3549 |
| SANCHIOLI, DAVID A | 43 RIDGE RD | | | | NEW FAIRFIELD | CT | 06812 |
| SANCHO, DENNIS J | 2080 BROOKFIELD ST | | | | CANTON | MI | 48188-1817 |
| SANCHO, DENNIS JAMES | 2080 BROOKFIELD ST | | | | CANTON | MI | 48188-1817 |
| SANCHO, MARK R | 4395 N US HIGHWAY 23 | | | | BLACK RIVER | MI | 48721 |
| SANCKEN AUTOMOTIVE  INC. | 609 W CENTER ST | | | | EUREKA | IL | 61530-1113 |
| SANCKEN AUTOMOTIVE INC. | 609 W CENTER ST | | | | EUREKA | IL | 61530-1113 |
| SANCLEMENTE, ALVIN F | 37562 CHARTER OAKS BLVD | | | | CLINTON TWP | MI | 48036-2422 |
| SANCRO INTERNATIONAL INC | 16000 CANARY AVE | | | | LA MIRADA | CA | 90630-5507 |
| SANCRO INTERNATIONAL INC. | 16000 CANARY AVE | | | | LA MIRADA | CA | 90638-5507 |
| SANCTUARY CHURCH | ATTN: GEORGE MARTIN JR | 955 OLIVER AVE | | | INDIANAPOLIS | IN | 46221-1228 |
| SANCTUM | 65 E HURON ST | | | | PONTIAC | MI | 48342-2204 |
| SANCYA, DIANA L | 1057 YORKSHIRE RD | | | | GROSSE POINTE PARK | MI | 48230-1449 |
| SAND DOLLAR AUTOPLEX | PO BOX 1280 | | | | GALVESTON | TX | 77553-1280 |
| SAND MAN PRODUCTS | PO BOX 205 | 28359 GLENVIEW DR | | | OSCEOLA | IN | 46561-0205 |
| SAND VERN | PO BOX 637 | | | | FAIRFIELD | MT | 59436-0637 |
| SAND Z TOOL & DIE COMPANY INC | | | | | | | |
| SAND, ANNALISA | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| SAND, CHARLES L | 8280 SE PAUROTIS LN | | | | HOBE SOUND | FL | 33455-8251 |
| SAND, DARREL R | PO BOX 244 | 4777 OTTAWA DR | | | OKEMOS | MI | 48805-0244 |
| SAND, DEWAYNE K | 6741 VISTA DEL LAGO AVE | | | | LAND O LAKES | FL | 34637-7800 |
| SAND, EDWARD A | 101 EL PORTON | | | | LOS GATOS | CA | 95032-1125 |
| SAND, EDWARD P | 1517 IVY AVE | | | | CRETE | NE | 68333-1634 |
| SAND, JOSEPH T | 7411 HOLLOWAY DR | | | | DAVISON | MI | 48423-9315 |
| SAND, ROGER J | 27983 MILTON AVE | | | | WARREN | MI | 48092-4548 |
| SAND, WAYNE E | 2815 NW PINE AVE LOT 50 | | | | OCALA | FL | 34475-2662 |
| SANDACZ, MARY R | 42948 RICHARDS CT | | | | NORTHVILLE | MI | 48167-1937 |
| SANDACZ, MARY R | 42948 RICHARDS CT. | | | | NORTHVILLE | MI | 48167-1937 |
| SANDAGE, CLARITA J | 529 DAVISON RD | | | | LOCKPORT | NY | 14094-5351 |
| SANDAGE, CLARITA J | 628 DAVISON RD | | | | LOCKPORT | NY | 14094-5351 |
| SANDAGE, GINGER | 500 E CLINTON ST | | | | FRANKFORT | IN | 46041 |
| SANDAGE, IRENE | 6547 HIGHWAY 51 | | | | DONALDSON | AR | 71941-9662 |
| SANDAGE, WILLIAM I | 500 E CLINTON ST | | | | FRANKFORT | IN | 46041-2007 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| WIESERMAN, NANCY | REAR 315 TIOGA ST | | | | JOHNSTOWN | PA | 15905 |
| WIESJAHN RACHEL | SAND, ANNALISA | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN RACHEL | WIESJAHN, JUDD | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN RACHEL | WIESJAHN, RACHEL | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN, JUDD | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN, RACHEL | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | | SANTA MONICA | CA | 90405-1026 |
| WIESKE PETER | RUDOLF STR 40 | | | AACHEN 52070 GERMANY | | | |
| WIESKE, ROBERT J | 4451 ABERDEEN CIR | | | | ROCKLEDGE | FL | 32955-6654 |
| WIESLAW CYN | 5635 BELMONT ST | | | | DEARBORN HEIGHTS | MI | 48127-2406 |
| WIESLAW LEWANDOWSKI | 9500 TIMBER RIDGE DR | | | | GRAND BLANC | MI | 48439-7380 |
| WIESLAW ZAYDEL | 4545 VALLEY VIEW POINTE | | | | ROCHESTER HLS | MI | 48306 |
| WIESLAW ZIELINSKI | 5635 ELLENDALE DR | | | | LANSING | MI | 48911-5029 |
| WIESLAWA HALAS | 108 ALABAMA TRL | | | | BROWNS MILLS | NJ | 08015-5349 |
| WIESLER, FRANK M | 4159 STAFFORD PLACE CT | | | | SAINT CHARLES | MO | 63304-8710 |
| WIESMAN JR | 1300 TROTWOOD AVE | | | | COLUMBIA | TN | 38401 |
| WIESMAN MD H JAMES J | 1300 TROOTWOOD AVENUE | | | | COLUMBIA | TN | 38401 |
| WIESMAN, CHAD | 12510 S DATE PL | | | | JENKS | OK | 74037-1069 |
| WIESMAN, CHASE | 8129 S 75TH EAST AVE | | | | TULSA | OK | 74133 |
| WIESMAN, JAMIE E | 2820 STONE MILL WAY | | | | HAMILTON | OH | 45011-8340 |
| WIESMAN, KIMBERLY J | 10077 SILVER LAKE RD | | | | LINDEN | MI | 48451-9792 |
| WIESMAN, KIMBERLY JEAN | 10077 SILVER LAKE RD | | | | LINDEN | MI | 48451-9792 |
| WIESMORE, RICHARD D | 306 E PATTY LN | | | | MONROEVILLE | PA | 15146-3618 |
| WIESNER, EDWARD L | 11891 W WOODLAND CIR | | | | HALES CORNERS | WI | 53130-1075 |
| WIESNER, GORDON R | 16886 CIMARRON PASS | | | | NOBLESVILLE | IN | 46060-4290 |
| WIESNER, INC. - HUNTSVILLE | 230 INTERSTATE 45 N | | | | HUNTSVILLE | TX | 77320-3018 |
| WIESNER, INC. - HUNTSVILLE | JOHN WIESNER | 230 INTERSTATE 45 N | | | HUNTSVILLE | TX | 77320-3018 |
| WIESNER, JENNY M | 5799 AUBURN DR | | | | FITCHBURG | WI | 53711-3856 |
| WIESNER, RICHARD A | 4564 PROSPECT RD | | | | NEWTON FALLS | OH | 44444-8771 |
| WIESON TECHNOLOGIES (DONG GUAN | HUANGANG NO 1 INDUSTRIAL ZONE | HOUJIE TOWN | | DONGGUAN GUANGDONG CN 523946 CHINA (PEOPLE'S REP) | | | |
| WIESON TECHNOLOGIES CO LTD | HUANGANG NO 1 INDUSTRIAL ZONE | HOUJIE TOWN | | DONGGUAN GUANGDONG CN 523946 CHINA (PEOPLE'S REP) | | | |
| WIESON TECHNOLOGIES CO LTD | KEVIN HSIEH | HUANGANG NO 1 INDUSTRIAL | | TOLUCA EM 50071 MEXICO | | | |
| WIESSNER, DORIS L | 1332 HILLCREST DRIVE | | | | SYKESVILLE | MD | 21784-0046 |
| WIEST, BRADLEY J | 1613 NE 78TH ST | | | | KANSAS CITY | MO | 64118-1953 |
| WIEST, EDSON B | 446 STATE ROUTE 503 | | | | ARCANUM | OH | 45304-9428 |
| WIEST, JOHN F | PO BOX 278 | | | | SPILLVILLE | IA | 52168-0278 |
| WIEST, PAUL A | 21670 S SWEETBRIAR CIR | | | | WEST LINN | OR | 97068-9228 |
| WIEST, ROBERT S | 19926 COYOTE TRL | | | | MACOMB | MI | 48042-4276 |
| WIESZCHOLEK, ROBERT J | 4586 CAMP RD | | | | HAMBURG | NY | 14075-2506 |
| WIESZCZECINSKI, DARLENE A | 4070 CAMBRIA DRIVE | | | | BAY CITY | MI | 48706 |
| WIESZCZECINSKI, PATRICIA A | 1612 MICHIGAN AVE | | | | BAY CITY | MI | 48708-8455 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | : |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : |
| | : |
-------------------------------------------------------------------x

In re                                    :        Chapter 11
                                         :
**MOTORS LIQUIDATION COMPANY**, *et al.,*    :        **Case No. 09-50026 (REG)**
      f/k/a General Motors Corp., *et al*.,  :
                                         :
           Debtors.                      :        **(Jointly Administered)**
                                         :

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc. ("**GCG**"), the claims, and noticing agent for the debtors and debtors-in-possession (the "**Debtors**") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On April 27, 2011, at the direction of Weil, Gotshal & Manges LLP ("**Weil**"), counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused to be served by first class mail, postage prepaid, a true and correct copy of the **Notice of (I) Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and (II) Occurrence of Effective Date (the "Notice of Confirmation and Effective Date")** [Docket No. 10151] addressed to each of the individuals and entities in the service list attached hereto as Exhibit "A" (all parties in interest comprised of those parties appearing in the Debtors' Schedules of Assets and Liabilities; all parties who filed a proof of claim that was not previously expunged or withdrawn; all parties who filed a Notice of Appearance that was not subsequently

withdrawn; the master service list; and the current creditor matrix, including the registered

holders of General Motors Corp. common stock as provided by the transfer agent therefor and

those parties that filed a proof of interest).

3.       On April 27, 2011, also at the direction of Weil, GCG caused to be served by hand

delivery to Broadridge Financial Solutions, Inc., Attn: BSG Special Processing, Job Nos.

N43818-43826, 51 Mercedes Way, Edgewood, NY 11717 ("**Broadridge**") an appropriate

number of true and correct copies of the Notice of Confirmation and Effective Date together with

an instructional letter directing Broadridge to distribute the Notice of Confirmation and Effective

Date to all beneficial owners of securities bearing the CUSIP Numbers set forth in Exhibit B

annexed hereto (the "**Securities**") as of April 12, 2011 (the "**Record Date**"), the nominees for

which Broadridge services.

4.       On April 27, 2011, also at the direction of Weil, GCG caused to be served by hand

delivery to Mediant Communications LLC, Reorg Center, Attn: Stephanie Fitzhenry, 109 North

5th Street, Saddlebrook, NJ 07663 ("**Mediant**") an appropriate number of true and correct copies

of the Notice of Confirmation and Effective Date  together with an instructional letter directing

Mediant to distribute the Notice of Confirmation and Effective Date  to all beneficial owners of

the Securities as of the Record Date, the nominees for which Mediant services.

5.       Between April 27, 2011 and April 28, 2011, also at the direction of Weil, GCG caused to

be served by first class mail an appropriate number of true and correct copies of the Notice of

Confirmation and Effective Date on the known broker nominees for the beneficial owners of the

Securities, set forth on the service list annexed hereto as Exhibit C, as of the Record Date that do

not employ Broadridge or Mediant as their mailing agent (the "**Non-Broadridge/Mediant**

**Nominees**"), together with an instructional letter directing the Non-Broadridge/Mediant

Nominees to distribute the Notice of Confirmation and Effective Date to said beneficial owners.

6.     On April 27, 2011, also at the direction of Weil, GCG caused to be served by first class

mail true and correct copies of the Notice of Confirmation and Effective Date on the GCG

database of United States and Canadian brokers as set forth on the service list attached hereto as

Exhibit "D" (the "**U.S. and Canadian Brokers**"), together with an instructional letter directing

the U.S. and Canadian Brokers to distribute the Notice of Confirmation and Effective Date to

their customers, if any, who are beneficial owners of the Securities as of the Record Date, except

where Broadridge or Mediant is employed as mailing agent by any of the aforementioned U.S.

and Canadian Brokers.


Dated:  May 9, 2011
          Lake Success, New York


                              /s/   Barbara Kelley Keane____



Sworn to before me this
9th day of May, 2011

/s/  Thomas Villani_____
Notary Public – State of New York
No 01VI6096931
Qualified in Nassau County
My Commission Expires August 11, 2011

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                      :
```
**In re**                               :          **Chapter 11 Case No.**
```
                                      :
```
**MOTORS LIQUIDATION COMPANY,** *et al.*, :          **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.* :
```
                                      :
```
           **Debtors.**          :          **(Jointly Administered)**
```
                                      :
---------------------------------------------------------------x
```

### NOTICE OF (I) ENTRY OF ORDER
### CONFIRMING DEBTORS' SECOND AMENDED JOINT
### CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

        PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No.
9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011
(ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors
(collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States
Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the
Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

        PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for
inspection during regular business hours in the office of the Clerk of the Bankruptcy Court,
Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  The
Confirmation Order is also available for registered users of the Bankruptcy Court's filing system
by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at
www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
        April 11, 2011


WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| SANCHEZ, THOMAS | 1411 LANCE WAY | | | AUSTIN | TX | 78758-3729 |
| SANCHEZ, THOMAS E | 116 E CONSTANCE AVE | | | SANTA BARBARA | CA | 93105-3516 |
| SANCHEZ, THOMAS F | 6567 SAN ALANO CIR | | | BUENA PARK | CA | 90620-3735 |
| SANCHEZ, TONY | 3379 US HIGHWAY 31 N | | | KEWADIN | MI | 49648-9786 |
| SANCHEZ, TONY A | 5313 ELIZABETH ST APT 7 | | | CUDAHY | CA | 90201-5376 |
| SANCHEZ, TONY A | 9412 CLAYMORE ST | | | PICO RIVERA | CA | 90660-5502 |
| SANCHEZ, TRINI V | 733 DOUGLAS DR | | | SAN LEANDRO | CA | 94577-1416 |
| SANCHEZ, VICTOR | 14201 HOBBY LM AOT 16209 | | | FORT WORTH | TX | 76155-3576 |
| SANCHEZ, VICTOR | 14201 HOBBY LN | APT 16209 | | FORT WORTH | TX | 76104-3576 |
| SANCHEZ, VICTORIA I. | 3605 W. WACKERLY ST. | | | MIDLAND | MI | 48640 |
| SANCHEZ, VINCE A | C/O DEA 721 19TH ST SUITE 316 | | | DENVER | CO | 80202 |
| SANCHEZ, VIRGINIA M | D8 BRADLEY CIR | | | ENFIELD | CT | 06082-3832 |
| SANCHEZ, WALBERTO | PO BOX 331143 | | | PACOIMA | CA | 91333-1143 |
| SANCHEZ, WANDA C. | 326 BOBCAT TRAIL | | | LEO | IN | 46765 |
| SANCHEZ, YVONNE | 1202 SOMERSET CT | | | JANESVILLE | WI | 53546-1609 |
| SANCHEZ, ZARAGOZA C | 1531 WHIPPOORWILL DR | | | CHOCTAW | OK | 73020-7107 |
| SANCHEZ,FRANCISCO | PO BOX 580015 | | | BRONX | NY | 10458-0705 |
| SANCHEZ-BRASHER, MINERVA M | 7330 S 500 W | | | WARREN | IN | 46792-9760 |
| SANCHEZ-MEAD, DORA ANN | 17376 CATALPA DR | | | LATHRUP VILLAGE | MI | 48076-3549 |
| SANCHIOLI, DAVID A | 43 RIDGE RD | | | NEW FAIRFIELD | CT | 06812 |
| SANCHO, DENNIS J | 2080 BROOKFIELD ST | | | CANTON | MI | 48188-1817 |
| SANCHO, DENNIS JAMES | 2080 BROOKFIELD ST | | | CANTON | MI | 48188-1817 |
| SANCHO, MARK R | 4395 N US HIGHWAY 23 | | | BLACK RIVER | MI | 48721 |
| SANCIA B BURDZINSKI | CUST RYAN K BURDZINSKI UTMA OH | 1035 ORCHARD LANE | | BROADVIEW HTS | OH | 44147-3613 |
| SANCIA B BURDZINSKI CUST RYAN K BURDZINSKI UTMA OH | 1035 ORCHARD LANE | | | BROADVIEW HTS | OH | 44147-3613 |
| SANCKEN AUTOMOTIVE  INC. | 609 W CENTER ST | | | EUREKA | IL | 61530-1113 |
| SANCKEN AUTOMOTIVE INC. | 609 W CENTER ST | | | EUREKA | IL | 61530-1113 |
| SANCLEMENTE, ALVIN F | 37562 CHARTER OAKS BLVD | | | CLINTON TWP | MI | 48036-2422 |
| SANCRO INTERNATIONAL INC. | 16000 CANARY AVE | | | LA MIRADA | CA | 90630-5507 |
| SANCRO INTERNATIONAL INC. | 16000 CANARY AVE | | | LA MIRADA | CA | 90638-5507 |
| SANCTUARY CHURCH | ATTN: GEORGE MARTIN JR | 955 OLIVER AVE | | INDIANAPOLIS | IN | 46221-1228 |
| SANCTUM | 65 E HURON ST | | | PONTIAC | MI | 48342-2204 |
| SANCYA, DIANA L | 1057 YORKSHIRE RD | | | GROSSE POINTE PARK | MI | 48230-1449 |
| SAND DOLLAR AUTOPLEX | PO BOX 1280 | | | GALVESTON | TX | 77553-1280 |
| SAND HILL EXPLORERS 4-H CLUB | ATTN LILLIAN NICHOLAS | RD 2 BOX 109 | | WILLIAMSTOWN | WV | 26187-9753 |
| SAND HILL EXPLORERS 4-H CLUB | ATTN LILLIAN NICHOLAS | RD 2 BOX 109 | | WILLIAMSTOWN | WV | 26187-9753 |
| SAND MAN PRODUCTS | PO BOX 205 | 28359 GLENVIEW DR | | OSCEOLA | IN | 46561-0205 |
| SAND VERN | PO BOX 637 | | | FAIRFIELD | MT | 59436-0637 |
| SAND, ANNALISA | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | SANTA MONICA | CA | 90405-1026 |
| SAND, CHARLES L | 8280 SE PAUROTIS LN | | | HOBE SOUND | FL | 33455-8251 |
| SAND, DARREL R | PO BOX 244 | 4777 OTTAWA DR | | OKEMOS | MI | 48805-0244 |
| SAND, DEWAYNE K | 6741 VISTA DEL LAGO AVE | | | LAND O LAKES | FL | 34637-7800 |
| SAND, EDWARD A | 101 EL PORTON | | | LOS GATOS | CA | 95032-1125 |
| SAND, EDWARD P | 1517 IVY AVE | | | CRETE | NE | 68333-1634 |
| SAND, JAMES | BRAYTON PURCELL | PO BOX 6169 | | NOVATO | CA | 94948-6169 |
| SAND, JOSEPH T | 7411 HOLLOWAY DR | | | DAVISON | MI | 48423-9315 |
| SAND, ROGER J | 27983 MILTON AVE | | | WARREN | MI | 48092-4548 |
| SAND, WAYNE E | 2815 NW PINE AVE LOT 50 | | | OCALA | FL | 34475-2662 |
| SANDACZ, MARY R | 42948 RICHARDS CT | | | NORTHVILLE | MI | 48167-1937 |
| SANDACZ, MARY R | 42948 RICHARDS CT. | | | NORTHVILLE | MI | 48167-1937 |
| SANDAGE, CLARITA J | 529 DAVISON RD | | | LOCKPORT | NY | 14094-5351 |
| SANDAGE, CLARITA J | 628 DAVISON RD | | | LOCKPORT | NY | 14094-5351 |
| SANDAGE, GINGER | 500 E CLINTON ST | | | FRANKFORT | IN | 46041 |
| SANDAGE, IRENE | 6547 HIGHWAY 51 | | | DONALDSON | AR | 71941-9662 |
| SANDAGE, WILLIAM I | 500 E CLINTON ST | | | FRANKFORT | IN | 46041-2007 |
| SANDAHL, DOUGLAS | 21 ACR 1031 | | | GREER | AZ | 85927-9722 |
| SANDAHL, JOANNE A | 6836 EWING AVE N | | | MINNEAPOLIS | MN | 55429-1882 |
| SANDALAN ARMSTRONG | 15700 HAGGERTY RD | | | BELLEVILLE | MI | 48111-6003 |
| SANDALAN J ARMSTRONG | 15700 HAGGERTY RD | | | BELLEVILLE | MI | 48111-6003 |
| SANDALAN J ARMSTRONG | 15700 HAGGERTY RD | | | BELLEVILLE | MI | 48111-6003 |
| SANDALIO GARCIA | 1754 WINFIELD ST | | | RAHWAY | NJ | 07065-3541 |
| SANDANAKRISHNAN KASTHURI | CUST ANIRUTH KASTHURI UTMA TX | 1205 CEDAR VALLEY DR | | IRVING | TX | 75063-4414 |
| SANDANAKRISHNAN KASTHURI CUST ANIRUTH KASTHURI UTMA TX | 1205 CEDAR VALLEY DR | | | IRVING | TX | 75063-4414 |
| SANDARA GIBBS | 125 LEE DR | | | SHARPSVILLE | IN | 46068-9307 |
| SANDAY ISAAC | 1488 2ND AVE APT 2F | | | NEW YORK | NY | 10075 |
| SANDAY JR., DONALDSON H | 1851 MULLET AVE | | | SAINT HELEN | MI | 48656-9797 |
| SANDAY, MARGARET M | 4825 KEMPF ST | | | WATERFORD | MI | 48329-1812 |
| SANDAY, STEPHEN D | 203 CEDARHURST DR | | | CANTON | GA | 30115-6443 |
| SANDAY, STEPHEN D | 203 CEDARHURST DRIVE | | | CANTON | GA | 30115-6443 |
| SANDBANK, VIRGINIA | 331 COLONIAL LANE | | | ALGONAC | MI | 48001-1110 |
| SANDBECK, ROBERT A | PO BOX 320 | | | METUCHEN | NJ | 08840-0320 |
| SANDBEK DALE (478865) | ANGELOS PETER G LAW OFFICES OF | 100 N CHARLES STREET , ONE CHARLES CENTER 22ND FLOOR | | BALTIMORE | MD | 21202 |
| SANDBERG ANN | 3710 NORTHWINDS DR 914 | | | NAPLES | FL | 34112 |
| SANDBERG GOREN | 4093 NORTHLIGHT DR | | | NAPLES | FL | 34112-5016 |
| SANDBERG, BARBARA A | 34468B GLENN | | | WESTLAND | MI | 48186 |

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| WIESE, DENNIS M | 723 CLEARLAKE POINTE | | | SENECA | SC | 29672 |
| WIESE, ELEANOR G | 6525 GREGORY LN | | | PARADISE | CA | 95969-2558 |
| WIESE, GERALD E | 2419 BENEDICT LN | | | SHELBY TWP | MI | 48316-2007 |
| WIESE, JAMES D | 904 N YORK DR APT 7 | | | ESSEXVILLE | MI | 48732-1858 |
| WIESE, JOHN P | 7543 PARKWOOD CT | | | FENTON | MI | 48430-9320 |
| WIESE, JOSHUA K | 15490 HAGGERTY RD | | | BELLEVILLE | MI | 48111-3050 |
| WIESE, KURT M | 4645 GOODISON PLACE DR | | | OAKLAND TOWNSHIP | MI | 48306-1648 |
| WIESE, MARILY D | 18260 SW BROAD OAK CT | | | ALOHA | OR | 97007-4618 |
| WIESE, MICHAEL J | 5559 PEMBURY | | | W BLOOMFIELD | MI | 48322-4012 |
| WIESE, PAUL E | 950 SUNSET GARDEN LN | APT 207 | | SIMI VALLEY | CA | 93065-8381 |
| WIESE, RALPH W | 41130 FOX RUN APT 416 | | | NOVI | MI | 40077-4075 |
| WIESE, RICHARD W | 1801 HORSESHOE DR | | | HIGHLAND | MI | 48356-1209 |
| WIESE, STEPHEN M | 18102 MARCUS ROAD | | | SMITHVILLE | MO | 64089-8752 |
| WIESE, VINCENETTA M | 2316 DELAWARE AVE | # 155 | | BUFFALO | NY | 14216 |
| WIESE, WARREN M | 213 N HARBOUR DR | | | SENECA | SC | 29672-6822 |
| WIESE- JARSTAD, NANCY A | 1327 MONTEREY LN | | | JANESVILLE | WI | 53546-5566 |
| WIESECKEL, CHARLES J | 14172 BARTON DR | | | SHELBY TWP | MI | 48315-5413 |
| WIESEHAN LLOYD (ESTATE OF) (489294) | BEVAN & ASSOCIATES | 244 E HINES HILL RD | | HUDSON | OH | 44236-1116 |
| WIESEN, ANN R | 530 AUTUMN DR | | | FLUSHING | MI | 48433-1921 |
| WIESEN, BETTY A | 1641 MEDFORD AVE | | | YOUNGSTOWN | OH | 44514-1027 |
| WIESEN, C | 7667 PADOVA DRIVE | | | GOLETA | CA | 9 311 |
| WIESEN, CHARLES J | 506 FRANK ST | | | BAY CITY | MI | 48706-4066 |
| WIESEN, DENNIS W | 7203 W TRIPOLI AVE | | | MILWAUKEE | WI | 53220-1715 |
| WIESEN, DONALD H | 412 BELLAIRE OAKS DR | | | PFLUGERVILLE | TX | 78660-8043 |
| WIESEN, FLOYD R | 1404 BRADFIELD ST | | | BAY CITY | MI | 48706-4189 |
| WIESEN, JAMES T | 4192 RICHMARK LN | | | BAY CITY | MI | 48706-2258 |
| WIESEN, JOAN | 26087 DUNEDIN CT | | | PORT CHARLOTTE | FL | 33983-6224 |
| WIESEN, KELLIE MAY | 1107 JOSEPH ST | | | BAY CITY | MI | 48706-5511 |
| WIESEN, LAWRENCE E | 3821 EDGEWATER DR 133-5 | | | SEBRING | FL | 33872 |
| WIESEN, MARY M | 30000 GREGORY ST | | | GRAND BLANC | MI | 48439-7211 |
| WIESEN, MATTHEW A | 901 N LEROY ST | | | FENTON | MI | 48430-2741 |
| WIESEN, RICHARD L | 3473 STATE STREET RD | | | BAY CITY | MI | 48706-1830 |
| WIESEN, ROBERT M | 2516 NOLEN DR | | | FLINT | MI | 48504-7720 |
| WIESEN, RORI S | 2516 NOLEN DRIVE | | | FLINT | MI | 48504-7720 |
| WIESEN, RUSSELL R | 3403 PARKWAY DR | | | BAY CITY | MI | 48706-3365 |
| WIESENAUER, CAROL E | 6 BELAIR CT | | | PINEHURST | NC | 28374-8676 |
| WIESENAUER, CYNTHIA K | 174 ZIMMERMAN RD | | | HAMPSHIRE | TN | 38461-5120 |
| WIESENAUER, R W | 591 W SALZBURG RD | | | AUBURN | MI | 48611-8509 |
| WIESENAUER, RICHARD A | 174 ZIMMERMAN RD | | | HAMPSHIRE | TN | 38461-5120 |
| WIESENAUER, STEVEN C | 70 KEVIN DR | | | ANDERSON | IN | 46016-5842 |
| WIESENBERG, RUSSEL J | 14 NORMAN PL | | | AMHERST | NY | 14226-4233 |
| WIESENFELD, BESS | 374 NEW DOVER RD | | | COLONIA | NJ | 07067-2713 |
| WIESENHAHN, DAVID R | 1377 PLAZAVIEW CT | | | CINCINNATI | OH | 45255 |
| WIESENHAN, L M | 2728 DELAWARE ST | | | ANDERSON | IN | 46016-5227 |
| WIESER, ALICE E | 2828 MAIN ST | | | NEWFANE | NY | 14108-1235 |
| WIESER, GARY L | 3762 S STATE ROUTE 721 | | | LAURA | OH | 45337-9710 |
| WIESER, MARVIN G | 6260 PETZOLDT DR | | | TIPP CITY | OH | 45371-5371 |
| WIESER, MARVIN G | 6260 PETZOLDT DRIVE | | | TIPP CITY | OH | 45371-2047 |
| WIESER, RANDY L | 14603 WEST ACAPULCO LANE | | | SURPRISE | AZ | 85379-8527 |
| WIESER, RICHARD C | 2116 AUGUSTA DR E | APT B | | INDIANAPOLIS | IN | 46224-3585 |
| WIESERMAN, NANCY | REAR 315 TIOGA ST | | | JOHNSTOWN | PA | 15905 |
| WIESJAHN RACHEL | SAND, ANNALISA | 137 BAY ST UNIT 2 | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN RACHEL | WIESJAHN, JUDD | 137 BAY ST UNIT 2 | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN RACHEL | WIESJAHN, RACHEL | 137 BAY ST UNIT 2 | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN, JUDD | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | SANTA MONICA | CA | 90405-1026 |
| WIESJAHN, RACHEL | STANLEY MARTIN LAW OFFICE OF | 137 BAY ST UNIT 2 | | SANTA MONICA | CA | 90405-1026 |
| WIESKE PETER | RUDOLF STR 40 | | AACHEN 52070 GERMANY | | | |
| WIESKE, ROBERT J | 4451 ABERDEEN CIR | | | ROCKLEDGE | FL | 32955-6654 |
| WIESLAW CYN | 5635 BELMONT ST | | | DEARBORN | MI | 48127-2406 |
| WIESLAW CYN | 5635 BELMONT ST | | | DEARBORN | MI | 48127-2406 |
| WIESLAW CYN | 5635 BELMONT ST | | | DEARBORN HEIGHTS | MI | 48127-2406 |
| WIESLAW J SCHMIDT | 4 SUDBURY LANE | | | BUFFALO | NY | 14221-3013 |
| WIESLAW J SCHMIDT | 4 SUDBURY LANE | | | BUFFALO | NY | 14221-3013 |
| WIESLAW LEWANDOWSKI | 9500 TIMBER RIDGE DR | | | GRAND BLANC | MI | 48439-7380 |
| WIESLAW S ORKISZ | 3506 OAK BEND DR | | | ARLINGTON | TX | 76016-3100 |
| WIESLAW S ORKISZ | 3506 OAK BEND DR | | | ARLINGTON | TX | 76016-3100 |
| WIESLAW ZAYDEL | 4545 VALLEY VIEW POINTE | | | ROCHESTER HLS | MI | 48306 |
| WIESLAW ZIELINSKI | 5635 ELLENDALE DR | | | LANSING | MI | 48911-5029 |
| WIESLAWA HALAS | 108 ALABAMA TRL | | | BROWNS MILLS | NJ | 08015-5349 |
| WIESLER, FRANK M | 4159 STAFFORD PLACE CT | | | SAINT CHARLES | MO | 63304-8710 |
| WIESMAN JR | 1300 TROTWOOD AVE | | | COLUMBIA | TN | 38401 |
| WIESMAN MD H JAMES J | 1300 TROOTWOOD AVENUE | | | COLUMBIA | TN | 38401 |
| WIESMAN, CHAD | 12510 S DATE PL | | | JENKS | OK | 74037-1069 |
| WIESMAN, CHASE | 8129 S 75TH EAST AVE | | | TULSA | OK | 74133 |
| WIESMAN, JAMIE E | 2820 STONE MILL WAY | | | HAMILTON | OH | 45011-8340 |
| WIESMAN, KIMBERLY J | 10077 SILVER LAKE RD | | | LINDEN | MI | 48451-9792 |
| WIESMAN, KIMBERLY JEAN | 10077 SILVER LAKE RD | | | LINDEN | MI | 48451-9792 |
| WIESMORE, RICHARD D | 306 E PATTY LN | | | MONROEVILLE | PA | 15146-3618 |