

**SCHWEBEL GOETZ & SIEBEN**

ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION

**NOTICE OF CHANGE OF ADDRESS**
June 9, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Joanne R. Freidel, individually and as Guardian and Conservator of Michael J. Freidel and as Parent and Natural Guardian of Hailey Freidel, Kelsey Freidel, Jerrod Freidel, Jackson Freidel, Kylen Freidel and/or Schwebel, Goetz & Sieben, P.A, Proof of Claim number 193

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

> Joanne R. Freidel, individually and as Guardian and Conservator of Michael J. Freidel and as Parent and Natural Guardian of Hailey Freidel, Kelsey Freidel, Jerrod Freidel, Jackson Freidel, Kylen Freidel and/or Schwebel, Goetz & Sieben, P.A.
> c/o U.S. Bank Corporate Trust Services
> 60 Livingston Avenue
> EP-MN-WS3T
> St. Paul, MN 55107-2292
> Attn: Bridget Greiber
> (651) 495-3725         With Fax Copy to:
> (651) 495-8087 (fax)   Kyle J Lunde
>                        Phone : (206) 344-4677/Fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

William R. Sieben
ATTORNEY FOR CLAIMANTS ABOVE LISTED
cc:   The Garden City Group, Inc.
      Motors Liquidation Company Claims Agent
      PO Box 9386
      Dublin, OH 43017-4286

James R. Schwebel †* § ♦ /
John C. Goetz †* §
William R. Sieben †* § ♦ #
Richard L. Tousignant † * §
Peter W. Riley † * §
William A. Crandall † *
Paul E. Godlewski † * §

James S. Ballentine ‡
Mark H. Gruesner † *
Max H. Hacker
William E. Jepsen †
Courtney A. Lawrence
Robert L. Lazear
Richard J. Nygaard § ♦
Robert J. Schmitz ‡
Alicia N. Sieben
Larry E. Stern * ¶
James G. Weinmeyer § *

Of Counsel:
Leo M. Daly

‡ American Board of Trial Advocates
* Certified by the National Board of Trial Advocacy as a Civil Trial Specialist
§ The Best Lawyers in America Woodward White, Inc.
♦ American College of Trial Lawyers
# International Society of Barristers
‡ Also licensed in WI
¶ Also licensed in ND