**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss
COUNTY OF NASSAU        )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1. I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On July 20, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected parties):

- Declaration of Angela Ferrante in Support of Debtors' Opposition to Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim [Docket No. 10601].

Dated:  July 21, 2011                          /s/ Kathy-Ann Awkward
          Lake Success, New York               Kathy-Ann Awkward

Sworn to before me this 21st day of July, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

ANNALISA SAND
LAW OFFICE OF MARTIN STANLEY
MARTIN STANLEY
137 BAY STREET, #2
SANTA MONICA, CA 90405

JUDD WIESJAHN
LAW OFFICE OF MARTIN STANLEY
MARTIN STANLEY
137 BAY STREET, #2
SANTA MONICA, CA 90405

LAW OFFICE OF MARTIN STANLEY
MARTIN STANLEY
137 BAY STREET #2
SANTA MONICA, CA 90405