# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al. Debtors. | Case No. 09-50026 (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Bryan Holten and Larinda Holten.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Bryan and Larinda Holten
c/o Stuart Ollanik
Gilbert, Ollanik & Komyatte P.C.
5400 Ward Road, Building IV, Suite 200
Arvada, CO 80002

New Address
Bryan and Larinda Holten
c/o Hain Capital Holdings, Ltd.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

BRYAN HOLTEN,
INDIVIDUALLY AND
ON BEHALF OF MINOR CHILDREN
ZACHARY, AND TAYLEN HOLTEN

By: *Bryan Holten*
Name: Bryan Holten
Title: Dad

LARINDA HOLTEN,
INDIVIDUALLY AND
ON BEHALF OF MINOR
CHILDREN ZACHARY, AND
TAYLEN HOLTEN

By: *Larinda Holten*
Name: Larinda Holten
Title: Mom/wife