# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al.<br>f/k/a General Motors Corp., et al.<br>Debtors. | Case No. 09-50026<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Barrels Inc. Potentially Responsible Party Group**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Barrels Inc. PRP Group
c/o Steven C. Kohl
Warner Norcross & Judd LLP.
2000 Town Center, Ste. 2700
Southfield, MI 48075

New Address
Hain Capital Holdings, Ltd.
In re: Barrels Inc. Potentially Responsible Group
301 Route 17 North, 7th Floor
205 Park Central East, Suite 511
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

BARRELS INC. POTENTIALLY RESPONSIBLE PARTY GROUP

By: *[signature]*
Steven C. Kohl

Title: Attorney and Agent

Date: June 22, 2011