## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
f/k/a General Motors Corp., et al.
Debtors.

Chapter 11

Case No. 09-50026

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Terry Wayne Duckworth Sr. and Thomas B. Duckworth, creditors in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Terry Wayne Duckworth Sr,
Thomas B Duckworth,
Estate of Laverne R Wolfe
Deceased Through Its Co-Executors
c/o Taras S. Rudnitsky
Rudnitsky Law Firm
145 Middle Street, Suite 1111
Lake Mary, FL 32746

New Address
Terry Wayne Duckworth Sr,
Thomas B Duckworth,
Estate of Laverne R Wolfe
Deceased Through Its Co-Executors
c/o Hain Capital Holdings, Ltd.
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

Thomas B Duckworth,
By: _Thomas B. Duckworth_
Title: Indiv. and as co-Executor
of the Estate of Laverne Wolfe
Date: 7/7/11

Terry Wayne Duckworth Sr,
By: _Terry Wayne Duckworth Sr_
Title: Indiv. and as co-Executor
of the Estate of Laverne Wolfe
Date: July 6, 2011