To:  Weil, Gotshal & Manges LLP
     767 Fifth Ave
     New York, New York  10153

From:  William David Campbell and Jeffrey S. Campbell  JT TEN

Date:  July 15, 2011

Reference:  Chapter 1 Case No. 09-50026 (Reg)

Address Update:

Please be advised that the new and future mailing address for William David Campbell and Jeffrey S. Campbell  JT TEN is 13114 NW Dumar St.  Portland, OR  97229

Sincerely,

William David Campbell

Sincerely,

Jeffrey S. Campbell

