**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, et al.,         :    09-50026 (REG)
     f/k/a General Motors Corp., et al.     :
                                            :
                       Debtors.             :    (Jointly Administered)
                                            :
------------------------------------------------------------x
```

**NOTICE OF MATTER SCHEDULED FOR**
**HEARING ON JULY 26, 2011 AT 9:45 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

1. Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 8371**)

    Responses Filed:

    A. Debtors' Opposition to Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 8892**)

    Replies Filed:

    B. Reply to Debtors' Opposition to Judd Wiesjahn and Annalisa Sand's Motion to File Late Proof of Claim, or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 9029**)

    Additional Documents:

    C. Declaration of Martin Stanley in Support of Judd Wiesjahn and Annalisa Sand's Motion to File a Late Proof of Claim, or in the Alternative to Amend Informal Proof of Claim (**ECF No. 8373**)

    D. Declaration of Jeffrey R. Lamb, Esq. in support of Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim,

      or in the Alternative, to Amend Informal Proof of Claim (**ECF No. 10600**)

E. Declaration of Angela Ferrante in Support of Debtors' Opposition to Motion of Judd Wiesjahn and Annalisa Sand to File Late Proof of Claim (**ECF No. 10601**)

F. Transcript regarding Hearing held on February 3, 2011 (**ECF No. 9689**)

**Status:** This matter is going forward.

Dated: New York, New York
   July 22, 2011

          /s/ Joseph H. Smolinksy
          Harvey R. Miller
          Stephen Karotkin
          Joseph H. Smolinsky

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Post-Effective Date Debtors