UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [x] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | ANGEL TREJO HERNANDEZ INDIVIDUALLY<br>C/O JASON P HOELSCHER<br>SICO WHITE HOELSCHER & BRAUGH LLP<br>802 NORTH CARANCAHUA SUITE 900<br>CORPUS CHRISTI, TX 78470 |
| Claim Number (if known): | 58939 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $3,500,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7-20-11

Print Name: JASON HOELSCHER

Title (if applicable): ATTORNEY

JUL 21 2011

1