

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chapter 11

| | |
|---|---|
| DEBORAH PARKER/CATHERINE CLARK<br>5241 GARDENDALE AVENUE N.E.<br>CANTON, OHIO 44714<br>Plaintiff's, | CASE NO: 09-50026 (REG)<br><br>**MOTION CONTEMPT**<br>**FAILURE TO COMPLY**<br>**COURT ORDER BY**<br>**JUDGE ROBERT E. GERBER**<br>**FILED ON May 31, 2011** |
| VS: | |
| MOTORS LIQUIDATION COMPANY, Et, al<br>f/k/a General Motors Corp., et, al<br>Debtors. | (Jointly Administered) |

On May 31, 2011, the Plaintiff's Deborah Parker/ Catherine Clark filed a motion of Intervention and for Debtors Motors Liquidation Company to provide Plaintiff's with copies Confirmation Order and Plan. The Plaintiff's have not received the Confirmation Order and Plan. The attempt made by the Debtors attorneys to provide 388 pages of the Confirmation Order and Plan by e-mail and internet failed, therefore the debtors are in Contempt of Court refusing to mail the Confirmation Order and Plan to the Plaintiffs.

United States Bankruptcy Court Judge, Robert E. Gerber ordered the Debtors on May 31, 201.

Therefore, the Plaintiff's is requesting participation in all settlements in this Claim, and that the Plaintiffs immediately get all copies of Confirmation Order and Plan in express mail and all settlements involved in this claim.

Please find endorsed order as Exhibit (A), and proof 2008 Annual Meeting Admission Ticket 2008, Exhibit (B), voting card.

Respectfully submitted,

Signed: /s/ Deborah Parker          Signed: /s/ Catherine Clark

Date: July 19, 2011

## CERTICATE OF SERVICE

On July 19, 2011 a Motion of Contempt or Court was filed over night Express mail in Case No: 09-50026 with the United States Bankruptcy Court Southern District of New York by Deborah Parker / Catherine Clark vs. Motors Liquidation Company and f/k/a General Motors Corporation, and copies were Sent to Weil, Gotshal & Manges LLP., at 767 Fifth Avenue, New York, New York, 10153, Thank you.

Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                 :
                                                             :
                Debtors.                      :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

ENDORSED ORDER

Debtors are to assist Movants in getting copies of the Confirmation Order and Plan off
the Internet, or, if necessary, provide them with copies. Motion otherwise denied without
prejudice. It may be renewed if and when Movants more clearly tell the Court what they would
like the Court to do.

*s/ Robert E. Gerber    5/31/2011*
United States Bankruptcy Judge

**File an order:**

09-50026-reg Motors Liquidation Company

*Exhibit A* (handwritten)

# U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Blum, Helene entered on 5/31/2011 at 2:48 PM and filed on 5/31/2011
**Case Name:**       Motors Liquidation Company
**Case Number:**     09-50026-reg
**Document Number:** 10371

**Docket Text:**
Endorsed Order signed on 5/31/2011 re: Motion of Intervention. (related document(s)[10356]) (Blum, Helene)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** endorsed order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=5/31/2011] [FileNumber=7525547-0]
[85df8966e4a908ee082b900ae1ea22150f88a463871b92ebbd736a1803281d83b696d
4adf50d6254381ffd573e696a55a2f37e99f1ff0b5ec5826e369f5d93f7]]

**09-50026-reg Notice will be electronically mailed to:**

David B. Aaronson on behalf of Creditor Dealer Accessories, LLC
david.aaronson@dbr.com

Letitia Accarrino on behalf of Unknown Bob Maguire Chevrolet, Inc.
laccarrino@wilentz.com

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Anna Conlon Aguilar on behalf of Creditor Anna Exponent, Inc.
aaguilar@conlonaguilar.com

Martin Alaniz on behalf of Unknown Cardenas Autoplex, Inc.
martin.alaniz@gmail.com

Derek P. Alexander on behalf of Creditor Suzuki Motor Corporation
dalexand@debevoise.com, mao-ecf@debevoise.com

Jonathan Bradley Alter on behalf of Unknown Travelers Casualty and Surety Company of America
jonathan.alter@bingham.com

Margaret M. Anderson on behalf of Creditor Universal Underwriters Insurance Company, and its affiliates
panderson@fhslc.com

Carla O. Andres on behalf of Examiner Brady Williamson
candres@gklaw.com

**GM**

200700

*************AUTO**3-DIGIT 447    P000000192/P000000048
DEBORAH PARKER CATHERINE CLARK JT
3439 DUEBER S W
CANTON OH 44706-4752

**2008 Annual Meeting Admission Ticket**
This ticket will admit stockholder and one guest. (See reverse side.)

C0006187285

### Internet and Telephone Voting Instructions

Instead of voting by mail, you may choose one of the following two methods to vote your proxy.

**Internet**
- Log on to the Internet and go to www.investorvote.com/gm.
- Follow the steps outlined on the secured Web site.

**Telephone**
- Call toll free 800-652-8683. Outside the United States, Canada, or Puerto Rico, call 781-575-2300.
- Follow the instructions provided by the recorded message.

**If you vote by Internet or telephone, do not mail this proxy/voting instruction card.**

Using a black ink pen, mark your votes with an X as shown in this example. Please do not write outside the designated areas.    [X]

## Annual Meeting Proxy/Voting Instruction Card    915410    C0006187285    13540

▼ IF YOU ARE RETURNING YOUR PROXY/VOTING INSTRUCTION CARD BY MAIL, DETACH HERE AND SEND IN ENCLOSED ENVELOPE. ▼

### GM Proposals — The Board of Directors recommends a vote FOR Items 1-2.
This proxy/voting instruction card will be voted "FOR" Items 1-2 if no choice is specified.

1. Election of Directors:
   - 01 - P. N. Barnevik
   - 02 - E. B. Bowles
   - 03 - J. H. Bryan
   - 04 - A. M. Codina
   - 05 - E. B. Davis, Jr.
   - 06 - G. M.C. Fisher
   - 07 - E. N. Isdell
   - 08 - K. Katen
   - 09 - K. Kresa
   - 10 - E. J. Kullman
   - 11 - P. A. Laskawy
   - 12 - K. V. Marinello
   - 13 - E. Pfeiffer
   - 14 - G. R. Wagoner, Jr.

☐ Mark here to vote FOR all Nominees    ☐ Mark here to WITHHOLD vote from all Nominees

☐ For all Nominees, EXCEPT - To withhold a vote for one or more Nominees, mark the box to the left and the corresponding numbered box(es) to the right.

01 02 03 04 05 06 07 08 09 10 11 12 13 14
☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

2. Ratification of Selection of Deloitte & Touche LLP for Year 2008    For ☐   Against ☐   Abstain ☐

### Stockholder Proposals — The Board of Directors recommends a vote AGAINST Items 3-10.
This proxy/voting instruction card will be voted "AGAINST" Items 3-10 if no choice is specified.

|  | For | Against | Abstain |  | For | Against | Abstain |  | For | Against | Abstain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3. Disclosure of Political Contributions | ☐ | ☐ | ☐ | 4. Disclosure of Political Contributions | ☐ | ☐ | ☐ | 5. Health Care Reform Principles | ☐ | ☐ | ☐ |
| 6. Stockholder Advisory Vote on Executive Compensation | ☐ | ☐ | ☐ | 7. Greenhouse Gas Emissions | ☐ | ☐ | ☐ | 8. Cumulative Voting | ☐ | ☐ | ☐ |
| 9. Special Stockholder Meetings | ☐ | ☐ | ☐ | 10. Performance-Based Equity Compensation | ☐ | ☐ | ☐ | | | | |

**If you are voting by mail, you must date and sign in appropriate boxes on reverse side.**

C0006187285    I N D    DEBORAH PARKER CATHERINE CLARK JT
1 U P X    G M C 1

002CS40006    00UIOJ    016804_PROXY_DOMANNUAL_2_41811546/200700/200700/#12345



## 2008 Annual Meeting of Stockholders Admission Ticket

Tuesday, June 3, 2008, 9 a.m. local time
Hotel du Pont, 11th and Market Streets, Wilmington, Delaware

Exh. Lit
B



### General Directions

**From Philadelphia on I-95 South**
1. Take I-95 South to Exit 7A marked "52 South, Delaware Avenue."
2. Follow 11th Street in the middle lane through six traffic lights. Hotel du Pont is on the right.

**From Baltimore on I-95 North**
1. Follow I-95 North to Wilmington, take Exit 7 marked "Route 52, Delaware Avenue."
2. From right lane, take Exit 7 onto Adams Street.
3. At third traffic light, turn right onto 11th Street.
4. Follow 11th Street in the middle lane through six traffic lights. Hotel du Pont is on the right.

Stockholders and guests are responsible for their parking. Self-parking is available at Hotel du Pont Car Park located on Orange Street near the corner of 12th Street. Valet parking is available at the hotel entrance.

Please present this ticket and government-issued photograph identification for admission to the meeting.

▼ IF YOU ARE RETURNING YOUR PROXY/VOTING INSTRUCTION CARD BY MAIL, DETACH HERE AND SEND IN ENCLOSED ENVELOPE. ▼

---

## General Motors Corporation Proxy/Voting Instruction Card

**Proxy Solicited by Board of Directors for Annual Meeting of Stockholders**
Hotel du Pont, 11th and Market Streets, Wilmington, Delaware
Tuesday, June 3, 2008, 9 a.m. local time

The undersigned authorizes G. Richard Wagoner, Jr., Frederick A. Henderson, and Robert A. Lutz, and each of them as the Proxy Committee, to vote the **Common Stock** of the undersigned upon the nominees for directors: (01)* P. N. Barnevik, (02) E. B. Bowles, (03) J. H. Bryan, (04) A. M. Codina, (05) E. B. Davis, Jr., (06) G. M.C. Fisher, (07) E. N. Isdell, (08) K. Katen, (09) K. Kresa, (10) E. J. Kullman, (11) P. A. Laskawy, (12) K. V. Marinello, (13) E. Pfeiffer, and (14) G. R. Wagoner, Jr.; upon the other Items shown on the reverse side, which are described on the pages identified in the Table of Contents to the Proxy Statement; and upon all other matters which may come before the 2008 Annual Meeting of Stockholders of General Motors Corporation, or any adjournment thereof.

This card also provides voting instructions for the shares held in various employee savings plans as described in the Proxy Statement. **If your registrations are not identical, you may receive more than one set of proxy materials. Please sign, date, and return all proxy cards you receive.**

You are encouraged to specify your choices by marking the appropriate boxes (see reverse side), but you need not mark any boxes if you wish to vote in accordance with the Board of Directors' recommendations; just sign, date, and return this proxy in the enclosed envelope.

Please see the reverse side for Internet and telephone voting instructions.

* Numbers refer to director nominee voting codes.

### Authorized Signature(s)

Sign as name(s) appears on reverse side. When signing as attorney, executor, administrator, trustee, guardian, custodian, or in any other representative capacity, give full title. Please keep signature(s) within the box(es).

| Date (mm/dd/yyyy) | Signature 1 | Signature 2 — All other stockholders on account |
|---|---|---|
| / / | | |