<table>
<tr><td>

If you currently are not receiving agendas by e-mail and would like to, please send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal and Manges LLP, attorneys for the Debtors and Post-Effective Date Debtors (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

</td></tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY**, *et al.*, : 09-50026 (REG)
    **f/k/a General Motors Corp.,** *et al.* :
:
       **Debtors.** : **(Jointly Administered)**
:
------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON JULY 27, 2011 AT 9:45 A.M. AND 2:00 P.M.[1]**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**9:45 A.M.**

**I.      CONTESTED MATTERS**

    1.      Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8820**)

        Responses Filed:

        A.      Response to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by David Radke (the "**Radke Response**") (**ECF No. 9285**)

---

[1] The sole matter scheduled for 2:00 p.m. has been adjourned at the request of the claimant.  As such, the 2:00 p.m. hearing is canceled.

B.    Objection to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) by Dale R. Spirnak (the "**Spirnak Response**") (**ECF No. 9291**)

C.    Claudette Ellison (the "**Ellison Response**") (Informal Response)

Replies Filed:

D.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

E.    Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9607**)

**Status:**    This matter is going forward as to the Radke Response, the Spirnak Response, and the Ellison Response.

2.    Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8821**)

Responses Filed:

A.    Response to Claim Objection by Thomas Jarusinski (the "**Jarusinski Response**") (**ECF No. 9076**)

Replies Filed:

B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

C.    Order Granting Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9608**)

**Status:**    This matter is going forward as to the Jarusinski Response**.**

3.     Debtors' 151st Omnibus Objection to Claims (Claims for Equity Interests)
(**ECF No. 8824**)

Responses Filed:

A.     Lindell L. Estes (the "**Estes Response**") (Informal Response)

B.     Barney J. Rosso (the "**Rosso Response**") (Informal Response)

Replies Filed:

C.     Motors Liquidation Company GUC Trust's Omnibus Reply to
Responses to 147th, 148th, 151st through 156th, 210th and
214th Omnibus Objections to Claims (Claims for Equity
Interests) (**ECF No. 10451**)

Additional Documents:

D.     Corrected Order Granting Debtors' 151st Omnibus Objection to
Claims (Claims for Equity Interests) (**ECF No. 9614**)

**<u>Status:</u>**     This matter is going forward as to the Estes Response and
the Rosso Response.

4.     Debtors' 152nd Omnibus Objection to Claims (Claims for Equity
Interests) (**ECF No. 8825**)

Responses Filed:

A.     Objection to Motion to Debtors' 152nd Omnibus Objection
Claims (Claims for Equity Interests) by Patricia Jarusinski (the
"**P. Jarusinski Response**") (**ECF No. 9817**)

B.     Response by Nelly Bauer-Rollandin (the "**Bauer-Rollandin
Response**") (**ECF No. 10569**)

Replies Filed:

C.     Motors Liquidation Company GUC Trust's Omnibus Reply to
Responses to 147th, 148th, 151st through 156th, 210th and
214th Omnibus Objections to Claims (Claims for Equity
Interests) (**ECF No. 10451**)

Additional Documents:

D.     Order Granting Debtors' 152nd Omnibus Objection to Claims
(Claims for Equity Interests) (**ECF No. 9612**)

       **Status:**      This matter is going forward as to the P. Jarusinski Response and the Bauer-Rollandin Response.

5.     Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

     Responses Filed:

        A.    Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

           1.    Response by Daniel Plouffe (**ECF No. 10474**)

     Replies Filed:

        B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

     Additional Documents:

        C.    Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

     **Status:**      This matter is going forward as to the Plouffe Response.

6.     Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8827**)

     Responses Filed:

        A.    Response to Debtors' 154th Omnibus Objection to Claims by Carroll R. Waters (the "**Waters Response**") (**ECF No. 9347**)

     Replies Filed:

        B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9617**)

    **Status:**    This matter is going forward as to the Waters Response.

7.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

    A.    Response by Hugo Anderson (the "**Anderson Response**") (**ECF No. 9222**)

        1.    Letter Response by Hugo Anderson (**ECF No. 9925**)

    B.    Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

        1.    The Plouffe Response (**ECF No. 9894, 10474**)

Replies Filed:

    C.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    D.    Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

    **Status:**    This matter is going forward as to the Anderson Response and the D. Plouffe Response.

8.    Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

    A.    Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

    B.    Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

    C.        Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

        1.    Letter to Judge Gerber (**ECF No. 9914**)

    D.        Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

    E.        Objection to Debtors' 169th Omnibus Objection to Claims by Melvin J. Kendziorski (the "**Kendziorski Response**") (Informal)

Replies Filed:

    F.        Motors Liquidation Company GUC Trust's Reply to Melvin J. Kendziorski's Responses to the 169th and 176th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10454**)

Additional Documents:

    G.        Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

**Status:**        This matter is going forward as to the Kendziorski Response and is adjourned as to each of the other above responses to August 16, 2011, at 9:45 a.m.

9.        Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8858**)

Responses Filed:

    A.        Objection to Debtors' 176th Omnibus Objection to Claims by Richard Knoth (the "**Knoth Response**") (**ECF No. 9391**)

    B.        Objection to Debtors' 176th Omnibus Objection to Claims by Melvin J. Kendziorski (the "**Kendziorski Response**") (Informal)

Replies Filed:

    C.        Motors Liquidation Company GUC Trust's Reply to Melvin J. Kendziorski's Responses to the 169th and 176th Omnibus

Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10454**)

D. Motors Liquidation Company GUC Trust's Reply to Richard A. Knoth's Response to the 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10456**)

Additional Documents:

E. Order Granting Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9676**)

**Status:** This matter is going forward as to the Knoth Response and the Kendziorski Response.

10. Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

A. Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

B. Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

C. Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

D. Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

E. Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:** This matter is going forward as to the Zak Response, and is adjourned as to the Kaspzyk Response and the Fetouh Response to August 16, 2011, at 9:45 a.m.

11.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

A.    The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

B.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

**Status:**    This matter is going forward as to the Zak Response.

12.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

A.    Objection to Debtors' 187th Omnibus Objection to Claims by Doris E. McConnick (the "**McCommick Response**") (**ECF No. 9343**)

B.    Claimant's Response to Debtors' Notice of 187th Omnibus Objection to Claim by Rebecca S. McNutt (the "**McNutt Response**") (**ECF No. 9489**)

C.    Jessica High (the "**High Response**") (Informal)

Replies Filed:

D.    Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

E.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

**Status:**    This matter is going forward as to the McConnick Response and the McNutt Response, and is adjourned as to the High Response to August 16, 2011, at 9:45 a.m.

13.    Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9447**)

Responses Filed:

A.    Letter Response by Dennis and Jill Gallaher (the "**Gallaher Response**") (**ECF No. 9827**)

Replies Filed:

B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

C.    Order Granting Debtors' 210th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9974**)

**Status:**    This matter is going forward as to the Gallaher Response.

14.    Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

A.    Response by Larry S. Massey (the "**Massey Response**") (**ECF No. 9627**)

B.    Objection to Debtors' 214th Omnibus Objection to Claims by Stella Malles (the "**Malles Response**") (**ECF No. 9888**)

C.    Ryan D'Amour (the "**D'Amour Response**") (Informal Response)

D.    Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

    E.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    F.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

**Status:**    This matter is going forward as to the Massey Response, the Malles Response and the D'Amour Response, and is adjourned as to the Mayer Response to August 16, 2011, at 9:45 a.m.

## II.    UNCONTESTED MATTERS

    1.    Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9445**)
Responses Filed:

    A.    Response of Marion County Treasurer to Debtors' 211th Omnibus Objections to Claims (the "**Marion County Response**") (**ECF No. 9842**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 211th Omnibus Objection to Claims (Tax Claims Assumed by General Motors LLC) (**ECF No. 9975**)

**Status:**    This matter is going forward on an uncontested basis as Marion County now has no objection to the disallowance of its claim.  This omnibus objection is now completely resolved.

III.    **ADJOURNED MATTERS**

1.    Motion of Maguire Family Properties, Inc. to Permit Filing of Late Calim
Pursuant to 11 U.S.C. § 105 and rule 9006 of the Federal Rules of
Bankruptcy Procedure (**ECF No. 10355**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**        This matter is adjourned to August 16, 2011, at 9:45 a.m.

2.    Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by
Lorin W. Tate (**ECF No. 9455**)

Responses Filed:

    A.    Response to Notice of Debtors' Objection to Administrative
          Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No.
          10106**)

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**        This matter is adjourned to August 16, 2011, at 9:45 a.m.

3.    Motion to File Proof of Claim After Claims Bar Date or, in the
Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez
(**ECF No. 5747**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**        This matter is adjourned to October 18, 2011, at 9:45 a.m.

4.    Motion of Sentry Select Insurance Company for Reconsideration of Claim
No. 44306 (**ECF No. 9933**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to August 16, 2011, at 9:45 a.m.

5.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

Responses Filed:

    A.    Objection to Motion by Impact Group (**ECF No. 6240**)

    B.    Consumers Energy (Informal Response)

    C.    OCE (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    D.    Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**          This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

6.    Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

    A.    Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

    B.    Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

    C.    Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

    D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

    E.      Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

Replies Filed:          None to date.

Additional Documents:

    F.      Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

7.      Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

    A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

    C.      Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

8.    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

    A.    The DeMassi Response (**ECF No. 6454**)

Replies Filed:                 None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

    C.    Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

9.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

    A.    Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                 None to date.

Additional Documents:

    B.    Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

C.      Supplemental Order Granting Debtors' Thirty-Second Omnibus
        Objection to Claim (Incorrectly Classified Claims) (**ECF No.
        7800**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m.
                 and may be subject to further adjournments.  If this matter
                 goes forward on August 16, 2011, claimants will be
                 notified via letter sent by August 9, 2011.

10.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims)
       (**ECF No. 6646**)

       Responses Filed:

       A.      Objection to Motion to Debtors' Thirty Ninth Omnibus
               Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac,
               Inc. (**ECF No. 7034**)

       B.      Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-
               Ninth Omnibus Objection to Claims (**ECF No. 6987**)

       C.      Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth
               Onibus Objection to Claims (**ECF No. 7008**)

       D.      Response to Motion to Debtors' Thirty Ninth Omnibus
               Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

       Replies Filed:                None to date.

       Additional Documents:

       E.      Order Granting Debtors' Thirty-Ninth Omnibus Objection to
               Claims (Dealership Claims) (**ECF No. 7170**)

       **Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m.
                        and may be subject to further adjournments.  If this matter
                        goes forward on August 16, 2011, claimants will be
                        notified via letter sent by August 9, 2011.

11.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to
       Former Employees Represented by United Auto Workers) (**ECF No.
       6739**)

       Responses Filed:

A.      Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty -
Second Omnibus Objection to Claims" (**ECF No. 7022**)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

B.      Order Granting Debtors' Eighty-Second Omnibus Objection to
Claims (Claims Relating to Former Employees Represented by
United Auto Workers) (**ECF No. 7214**)

**<u>Status</u>:**      This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments. If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

12.      Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits
Claims of Retired and Former Salaried and Executive Employees) (**ECF
No. 6740**)

<u>Responses Filed</u>:

A.      Objection and Response to Debtors' Eighty-Third Omnibus
Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire
(**ECF No. 6972**)

B.      Response and Objection to Debtors' Eighty-Third Omnibus
Objections to Claims by Linda K. Bellaire (**ECF No. 7076**)

C.      Robert R. Hickman (Informal Response)

D.      Darlene M. Schneider (Informal Response)

E.      David E. Turner (Informal Response)

F.      Calvin H. Purnell (Informal Response)

G.      Alfred McMullen (Informal Response)

H.      Joseph Cobble Jr. (Informal Response)

<u>Replies Filed</u>:           None to date.

Additional Documents:

I.      Order Granting Eighty-Third Omnibus Objection to Claims
        (Welfare Benefits Claims of Retired and Former Salaried and
        Executive Employees) (**ECF No. 7215**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m.
                 and may be subject to further adjournments. If this matter
                 goes forward on August 16, 2011, claimants will be
                 notified via letter sent by August 9, 2011.

13.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion
       Requesting Enforcement of the Bar Date Orders (Late-Filed Claims)
       (**ECF No. 6996**)

       Responses Filed:

       A.      Response to Debtors' Eighty-Ninth Objection to Claim by
               Gerald A. Kolb (**ECF No. 7367**)

       B.      Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims
               and Motions Requesting Enforcement of a Bar Dated Orders
               (Late-Filed Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

       C.      Response in form of letter re: car accident claim by Felipe
               Esquibel (**ECF No. 7407**)

       D.      Response in form of letter by John Pierro (**ECF No. 7563**)

       E.      Monty R. and Lisa K. Henderson (Informal Response)

       Replies Filed:            None to date.

       Additional Documents:

       F.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to
               Claims and Motion Requesting Enforcement of the Bar Date
               Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m.
                 and may be subject to further adjournments. If this matter
                 goes forward on August 16, 2011, claimants will be
                 notified via letter sent by August 9, 2011.

14.    Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting
Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:

A.    Pearly M. Jones (Informal Response)

B.    Faye M. Tompach (Informal Response)

Replies Filed:                None to date.

Additional Documents:

C.    Order Granting Debtors' Ninetieth Omnibus Objection to
Claims and Motion Requesting Enforcement of Bar Date Orders
(Late-Filed Claims) (**ECF No. 7669**)

**Status:**        This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

15.    Debtors' Ninety-Second Omnibus Objection to Claims and Motion
Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF
No. 6999**)

Responses Filed:

A.    Barry E. Herr (Informal Response)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting Debtors' Ninety-Second Omnibus Objection to
Claims and Motion Requesting Enforcement of Bar Date Orders
(Late-Filed Claims) (**ECF No. 7671**)

**Status:**        This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

16.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC
Debt Claims) (**ECF No. 7003**)

Responses Filed:

    A.     Cecilia N. Best, Trustee (Informal Response)

Replies Filed:         None to date.

Additional Documents:

    B.     Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

17.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

    Responses Filed:

    A.     Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

Replies Filed:         None to date.

Additional Documents:

    B.     Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

18.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

    Responses Filed:

    A.     City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

Replies Filed:         None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

19.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

    A.    Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

    B.    Sarlower Olivier Tibbs (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

20.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

    A.    Sharron S. Reyes (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

21.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

    Responses Filed:

    A.    Sharon A. Bell (**ECF No. 7492**)

    Replies Filed:    None to date.

    Additional Documents:    None to date.

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

22.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

    Responses Filed:

    A.    Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

    B.    Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

    C.    Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

    D.    Response in form of letter by George Leedom (**ECF No. 7401**)

    E.    George W. Conrad (Informal Response)

    Replies Filed:    None to date.

Additional Documents:

F.      Order Granting Debtors' 103rd Omnibus Objection to Claims
        (Welfare Benefits Claims of Retired and Former Salaried and
        Executive Employees) (**ECF No. 7682**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m.
                and may be subject to further adjournments.  If this matter
                goes forward on August 16, 2011, claimants will be
                notified via letter sent by August 9, 2011.

23.     Debtors' 107th Omnibus Objection to Claims (Insufficient
        Documentation) (**ECF No. 7109**)

Responses Filed:

A.      Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:                  None to date.

Additional Documents:

B.      Order Granting Debtors' 107th Omnibus Objection to Claims
        (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m.
                and may be subject to further adjournments.  If this matter
                goes forward on August 16, 2011, claimants will be
                notified via letter sent by August 9, 2011.

24.     Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability
        Claims) (**ECF No. 8000**)

Responses Filed:

A.      Response to Motion of Debtors on the 110th Omnibus Objection
        to claims, by Granite State Insurance Company et al. (**ECF No.
        9601**)

Replies Filed:                  None to date.

Additional Documents:

B.      Order Granting Debtors' 110th Omnibus Objection to Claims
        (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

25.     Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

    A.     Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

    B.     Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

    C.     Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

    D.     Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

    E.     Affirmation in Opposition by Sandra Caccoma (**ECF No. 8831**)

    F.     William Bradford Jones (Informal Response)

    G.     Timothy Roberts (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    H.     Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

26.     Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

        Responses Filed:

        A.      Objection to the 114th Omnibus Objection to Claims by
                Timothy L. Fitzpatrick (**ECF No. 8762**)

        B.      David Scott (Informal)

        C.      Thomas L. & Donna L. Kracker (Informal)

        Replies Filed:              None to date.

        Additional Documents:

        D.      Order Granting Debtors' 114th Omnibus Objection to Claims
                (Welfare Benefits Claims of Retired and Former Salaried and
                Executive Employees) (**ECF No. 9160**)

        **<u>Status:</u>**       This matter is adjourned to August 16, 2011, at 9:45 a.m.
                and may be subject to further adjournments.  If this matter
                goes forward on August 16, 2011, claimants will be
                notified via letter sent by August 9, 2011.

27.     Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

        Responses Filed:

        A.      Claimant Response and Objection to the Debtors' 115th
                Omnibus Objection to Claims by Stephen J. Seaton (**ECF No.
                8811**)

        B.      Objection to Motion Debtors' 115th Omnibus Objection to
                Claims by Joseph C. Singer (**ECF No. 8803**)

        C.      Richard P. McManama (**Informal Response**)

        Replies Filed:              None to date.

        Additional Documents:

        D.      Order Granting Debtors' 115th Omnibus Objection to Claims
                (Welfare Benefits Claims of Retired and Former Salaried and
                Executive Employees) (**ECF No. 9161**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

28.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

    A.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

    B.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

    C.    Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

    D.    Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

    E.    Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

    F.    Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

    G.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

    H.    Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

    I.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

    J.    Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

Replies Filed:                None to date.

Additional Documents:

    K.    Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

29.    Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

Responses Filed:

    A.    Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus Objection to Claims (Claim Nos. 68626 & 66661) (**ECF No. 8800**)

    B.    Response to Motion of Debtors' 120th Omnibus Objection to Claims by Sentry Insurance a Mutual Company and Sentry Select Insurance Company (**ECF No. 8838**)

Replies Filed:                None to date.

Additional Documents:

    C.    Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 9166**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

30.    Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8272**)

Responses Filed:

    A.    Response of James E. Lockhart to Notice of Debtors' 126th Omnibus Objection to Claims (**ECF No. 8818**)

Replies Filed:                None to date.

Additional Documents:

    B.       Order Granting Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9172**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

31.     Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8302**)

Responses Filed:

    A.       D. Andreas Hesse (Informal Response)

Replies Filed:                None to date.

Additional Documents:

    B.       Order Granting Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9181**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

32.     Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8304**)

Responses Filed:

    A.       Letter re: Claim No. 65396 by Gerhard Vogt (the "**Vogt Response**") (**ECF Nos. 7096, 8939**)

Replies Filed:                None to date.

Additional Documents:

    B.       Order Granting Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

33.     Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8307**)

Responses Filed:

    A.    Objection to Debtors' Motion for Disallowing and Expunging Claim by Liborio Di Salvo (**ECF No. 9084**)

        1.    Response in form of letter by Liborio Di Salvo (**ECF No. 10087**)

        2.    Response in form of letter by Liborio Di Salvo (**ECF No. 10428**)

Replies Filed:            None to date.

Additional Documents:

    B.    Order Granting Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsch`e Debt Claims) (**ECF No. 9187**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

34.     Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8310**)

Responses Filed:

    A.    Response to Debtors' Motion, by Paul Schwake (the "**Schwake Response**") (**ECF No. 9083**)

Replies Filed:            None to date.

Additional Documents:

    B.    Order Granting Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**　　　This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

35.　Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.　Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:　　　　　None to date.

Additional Documents:

    B.　Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**　　　This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

36.　Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.　Response of Modcomp, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9349**)

    B.　Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    C.　Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:　　　　　None to date.

Additional Documents:

    D.　Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:　　　This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter

goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

37.     Debtors' 161st Omnibus Objection to Claims (Claims Assumed by
General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.     Lapeer Metal Stamping Companies, Inc.'s Response in
Opposition to Debtors' 161st Omnibus Objection to Claims
(**ECF No. 9322**)

    B.     Exponent, Inc.'s Opposition to Debtors' 161st Omnibus
Objection to Claims (**ECF Nos. 9341, 9342**)

    C.     Response of GE Consumer & Industrial to Debtors' 161st
Omnibus Objection to Claims (**ECF No. 9345**)

    D.     Crown Equipment Corporation's Response to the Debtors' 161st
Omnibus Objection to Claims (**ECF No. 9351**)

    E.     Response of Sundram Fasteners Limited to Debtors 161st
Omnibus Objection to Claims (**ECF No. 9572**)

    F.     Johann Hay GmbH & Co KG (Informal Response)

    G.     Carrier Corp. (Informal Response)

    H.     Moody's Investors Service (Informal Response)

Replies Filed:               None to date.

Additional Documents:

    I.     Order Granting Debtors' 161st Omnibus Objection to Claims
(Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:      **This matter is adjourned to August 16, 2011, at 9:45
a.m. and may be subject to further adjournments.  If
this matter goes forward on August 16, 2011, claimants
will be notified via letter sent by August 9, 2011.**

38.     Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by
General Motors LLC) (**ECF No. 8844**)

Responses Filed:

    A.      John N. Graham, Trustee (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9632**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

39.    Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

    Responses Filed:

    A.      Evelyn Garcia (the "**Garcia Response**") (Informal Resposne)

    B.      Jack Wendall and Freda Peterson (Informal Response)

    C.      Marian S. Morelli (Informal Response)

    D.      Marion and Della Goble (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    E.      Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.  This matter is withdrawn as to the Garcia Response.

40.    Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

    Responses Filed:

    A.      Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

Replies Filed:                None to date.

Additional Documents:

    B.    Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

41.    Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

    Responses Filed:

    A.    Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

    B.    Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (**ECF No. 9344**)

    C.    Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

    D.    Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny (**ECF No. 9408**)

    E.    James Hoerig (the "**Hoerig Response**") (Informal Response)

    F.    Brandon J. Davis (Informal Response)

    G.    Rachel L. Boodram (Informal Response)

    H.    Ronald L. Phillips (Informal Response)

    I.    Sudie M. Venable (Informal Response)

    J.    Deanna M. Lesser (Informal Response)

    K.    Wayne Hutchinson (Informal Response)

Replies Filed:                None to date.

Additional Documents:

    L.    Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011. This matter is withdrawn as to the Hoerig Response.

42.    Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

    A.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

    B.    Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

    C.    Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

    D.    Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

    E.    Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:    None to date.

Additional Documents:

    F.    Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

43.     Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

      Responses Filed:

    A.    Response to Debtors' 170th Omnibus Objection to Claims, by
           Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

      Replies Filed:          None to date.

      Additional Documents:

    B.    Order Granting Debtors' 170th Omnibus Objection to Claims
           (Welfare Benefits Claims of Retired and Former Salaried and
           Executive Employees) (**ECF No. 9644**)

    **Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m.
           and may be subject to further adjournments.  If this matter
           goes forward on August 16, 2011, claimants will be
           notified via letter sent by August 9, 2011.

44.     Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

      Responses Filed:

    A.    Objection to Debtors' Motion to Dissolve or Expunged Claim
           by Lelah Johnson-Green (**ECF No. 9286**)

    B.    Objection to Debtors' 171st Omnibus Objection to Claims, by
           Paul C. Curzan (**ECF No. 9357**)

    C.    Objection to Motion to Debtors' 171st Omnibus Objection to
           Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.    Richard Schell (Informal)

    E.    Mohamed Fetouh (Informal)

      Replies Filed:          None to date.

      Additional Documents:

    F.    Order Granting Debtors' 171st Omnibus Objection to Claims
           (Welfare Benefits Claims of Retired and Former Salaried and
           Executive Employees) (**ECF No. 9645**)

     **Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

45.     Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

     <u>Responses Filed</u>:

      A.     Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

     <u>Replies Filed</u>:         None to date.

     <u>Additional Documents</u>:

      B.     Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

     **Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

46.     Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

     <u>Responses Filed</u>:

      A.     Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

     <u>Replies Filed</u>:         None to date.

Additional Documents:

    B.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

47.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

    Responses Filed:

    A.    Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

    B.    Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

    Replies Filed:    None to date.

    Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

48.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

    Responses Filed:

    A.    Stanley Jack (Informal)

    Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

    **Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

49.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

    Responses Filed:

    A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

    B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

    C.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

    D.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    E.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

    F.    Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:    None to date.

Additional Documents:

    G.    Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

    **Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter

goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

50.　　Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims
of Retired and Former Salaried and Executive Employees) (**ECF No.
8865**)

Responses Filed:

A.　　Objection to Debtors' 182nd Omnibus Objection to Claims by
Joseph C. Singer (**ECF No. 9270**)

B.　　Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus
Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.　　Claimant's Response and Objection to Debtors' 182nd Omnibus
Objection to Claims by David W. Turner (**ECF No. 9393**)

D.　　Richard Zmierski's Response and Objections to Debtors' 182nd
Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:　　　　　　None to date.

Additional Documents:

E.　　Order Granting Debtors' 182nd Omnibus Objection to Claims
(Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 9682**)

**Status:**　　This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

51.　　Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

Responses Filed:

A.　　Objection to Debtors' 183rd Omnibus Objection to Claims by
Gordon Hall (**ECF No. 9230**)

B.　　Objection to Debtors' 183rd Omnibus Objection to Claims by
David R. Volpe (**ECF No. 9290**)

C.　　Objection Re: 183 Omnibus Objection to Claims 36730 by
Donald T. Lico (**ECF No. 9401**)

D.     Response to Notice of Debtors' 183rd Omnibus Objection to
Claims by David L. Robertson (**ECF No. 9411**)

Replies Filed:                   None to date.

Additional Documents:

E.     Order Granting Debtors' 183rd Omnibus Objection to Claims
(Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 9683**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

52.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

Responses Filed:

A.     Objection to Debtors' 184th Omnibus Objection to Claims by
Stanley E. Jack (**ECF No. 9274**)

B.     Response to the Notice of Debtors' 184th Omnibus Objection to
Claims by Robert L. Grajek (**ECF No. 9235**)

C.     Claiman'ts Response and Objection to Debtors' 184th Omnibus
Objection to Claims by David W. Turner (**ECF No. 9394**)

D.     Objection to Debtor's 184th Omnibus Objection to Claims RE:
Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

Replies Filed:                   None to date.

Additional Documents:

E.     Order Granting Debtors' 184th Omnibus Objection to Claims
(Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 9684**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

53.     Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

A.     Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

B.     Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.     Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:                   None to date.

Additional Documents:

D.     Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

54.     Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

A.     Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

B.     Carolyn Deruso (Informal)

Replies Filed:                   None to date.

Additional Documents:

C.     Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

55.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

    Responses Filed:

        A.    Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

    Replies Filed:        None to date.

    Additional Documents:

        B.    Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

        C.    Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

    **Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

56.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

    Responses Filed:

        A.    Vincent Germano Jr. (Informal)

    Replies Filed:        None to date.

Additional Documents:

B.     Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

57.     Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

A.     ATEL Leasing Corporation (Informal Response)

B.     Noreen Glaspie (Informal Response)

Replies Filed:

C.     Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

D.     Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**     This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

58.     Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

A.     Robert Nann (the "**Nann Response**") (Informal Response)

Replies Filed:     None to date.

Additional Documents:

    B.    Order Granting Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9702**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

59.    Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

    Responses Filed:

    A.    Response to Objection Duplicate Debt Claims by Alma G. Haller (**ECF No. 9292**)

    Replies Filed:    None to date.

    Additional Documents:

    B.    Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9706**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

60.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

    Responses Filed:

    A.    Frances L. Kelleher (**Informal Response**)

    Replies Filed:    None to date.

    Additional Documents:

    B.    Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter

goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

61.     Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

A.      Response to Debtors' 208th Omnibus Objection to Claim by Dearborn Refining Site Customers PRP Group (**ECF No. 9318**)

B.      Response of Northrop Grumman Systems Corporation to Debtors' 208th Omnibus Objection to Claims (the "**Northrop Response**") (**ECF No. 9328**)

C.      Response of Kelsey-Hayes Company to Debtors' 208th Omnibus Objection to Claims (the "**Kelsey-Hayes Response**") (**ECF No. 9329**)

D.      Response of the Standard Register Company to Debtors' 208th Omnibus Objection to Claims (the "**Standard Register Response**") (**ECF No. 9330**)

E.      Response of Cargill, Incorporated to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9332**)

F.      Response of Chemclene Site Defense Group to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9333**)

G.      Response of NCR Corporation in Opposition to Debtors' 208th Omnibus Objection to Claims (the "**NCR Response**") (**ECF No. 9339**)

H.      Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

I.      Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

J.      Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

K.      Flowserve Corporation f/k/a the Duriron Company's Response to Debtors' 208th Omnibus Objection to Claims (Docket No. 8945) (**ECF No. 9857**)

L.      Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

M.      Response of the Rose Township Group to the Debtors' 208th Omnibus Objection to Claims (Akzo Nobel Coatings, Inc., CNA Holdings LLC, Detrex Corporation holding Claim No. 51294, Federal Screw Works, Ford Motor Company, Michelin North America, TRW Automotive US LLC) (**ECF No. 9850**)

N.      The Williams Companies Inc. on Behalf of AGRICO Chemical (Informal)

O.      North Shore Gas Company (Informal)

P.      Holiday Remediation Task Force (Informal)

Q.      Maryland Sand & Gravel (the "**Maryland Sand Response**") (Informal)

R.      Casmalia Resources Site Steering Committee (Informal)

S.      Operating Industries Inc. (Informal)

Replies Filed:                    None to date.

Additional Documents:

T.      Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

U.      Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.  This matter is withdrawn as to the Standard Register Response, the Maryland Sand Response, the Kelsey-Hayes Response, the NCR Response, the Northrop Response.

62.    Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

Responses Filed:

A.    Response of the Marion Bragg Group to Debtors' 209th
Omnibus Objection to Claims (the "**Marion Bragg Response**")
(**ECF No. 9379**)

B.    Response of the Members of the Frontier Chemical Site PRP
Group in Opposition to Debtors' 209th Omnibus Objection to
Claims (the "**Frontier Chemical Response**") (**ECF No. 9382**)

C.    Response of the Quaker Oats Company to the Debtors' 209th
Omnibus Objection to Claims (the "**Quaker Oats Response**")
(**ECF No. 9838**)

D.    Response of Waste-Stream, Inc. to Debtors' 209th Omnibus
Objection to Claims (**ECF Nos. 9851, 9852**)

E.    Response of the Satterlee Group to the Debtors' 209th Omnibus
Objection to Claims  (DTE Energy Company, Gerdau MacSteel,
Tecumseh Products Company, Michelin North America, Inc.,
and Owens-Illinois, Inc.) (**ECF No. 9848**)

1.    Amended Response of the Satterlee Group to the Debtors
209th Omnibus Objection to Claims (**ECF No. 9892**)

F.    Response of the BKK Joint Defense Group to the Debtors'
209th Omnibus Objection to Claims Pursuant to Section
502(e)(1)(B) (Proof of Claim No. 36709) (**ECF No. 9873**)

G.    General Electric Company (Informal)

H.    Michelin NA Inc. (Informal)

I.    Owens-Illinois Inc. (Informal)

J.    Jones Industrial Services (Informal)

Replies Filed:                None to date.

Additional Documents:

K.    Order Granting Debtors' 209th Omnibus Objection to Claims
(Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**        This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.  This matter is

withdrawn as to the Marion Bragg Response and the
Quaker Oats Response.

63.     Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims -
Wilmington Trust Bonds) (**ECF No. 9450**)

Responses Filed:

A.      Response in the form of a letter Cecil A. Benjamin (**ECF No.
9623**)

Replies Filed:                      None to date.

Additional Documents:

B.      Order Granting Debtors' 213th Omnibus Objection to Claims
(Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No.
9977**)

**Status:**         This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

64.     Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of
Claim for Prepetition Debt Claims) (**ECF No. 9456**)

Responses Filed:

A.      Response by Karl Philipp Muller (the "**Muller Response**")
(**ECF No. 9798**)

Replies Filed:                      None to date.

Additional Documents:

B.      Order Granting Debtors' 216th Omnibus Objection to Claims
(Administrative Proofs of Claim for Prepetition Debt Claims)
(**ECF No. 9980**)

**Status:**         This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

65. Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

<u>Responses Filed</u>:

   A. Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

   B. State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

   C. Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

   D. Travelers Insurance (Informal)

   E. Country Mutual Insurance Company (Informal)

   F. Country Preferred Insurance Company (Informal)

<u>Replies Filed</u>:            None to date.

<u>Additional Documents</u>:

   G. Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**<u>Status</u>:**        This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

66. Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

<u>Responses Filed</u>:

   A. Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10177**)

      1. Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10426**)

B.      Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

C.      Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

D.      Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

E.      Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:                  None to date.

Additional Documents:

F.      Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**       This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

67.     221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

Responses Filed:

A.      Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

Replies Filed:                  None to date.

Additional Documents:          None to date.

**Status:**       This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

68.     225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

Responses Filed:

    A.    Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

    B.    Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

    C.    Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

69.    226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

    A.    Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

    B.    Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to August 16, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on August 16, 2011, claimants will be notified via letter sent by August 9, 2011.

70.     227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired
        and Former Salaried and Executive Employees) (**ECF No. 10305**)

        Responses Filed:

        A.      Response to Retiree Benefits filed by Francis T. Brennan (the
                "**Brennan Response**") (**ECF No. 10421**)

        Replies Filed:                  None to date.

        Additional Documents:           None to date.

        **Status:**         This matter is adjourned to August 16, 2011, at 9:45 a.m.
                            and may be subject to further adjournments.  If this matter
                            goes forward on August 16, 2011, claimants will be
                            notified via letter sent by August 9, 2011.

71.     229th Omnibus Objection to Claims (Supplemental Executive Retirement
        Benefits Claims and Welfare Benefits Claims of Retired and Former
        Salaried and Executive Employees) (**ECF No. 10304**)

        Responses Filed:

        A.      Response of J. Michael Losh to 229th Omnibus Objection to
                Claims (the "**Losh Response**") (**ECF No. 10409**)

        B.      Response to Debtors' 229th Omnibus Objection to Claims
                (Supplemental Executive Retirement Benefits Claims and
                Welfare Benefits Claims of Retired and Former Salaried and
                Executive Employees) by Eugene L. Abbott and Bernadine M.
                Abbott (the "**Abbott Response**") (**ECF No. 10437**)

        Replies Filed:                  None to date.

        Additional Documents:           None to date.

        **Status:**         This matter is adjourned to August 16, 2011, at 9:45 a.m.
                            and may be subject to further adjournments.  If this matter
                            goes forward on August 16, 2011, claimants will be
                            notified via letter sent by August 9, 2011.

72.     232nd Omnibus Objection to Claims (Claims Relating to Former
        Employees Represented by United Auto Workers) (**ECF No. 10308**)

        Responses Filed:

    A.      UAW Local 259 Pension Fund (the "**UAW Response**")
(Informal Response)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting 232nd Omnibus Objection to Claims (Claims
Relating to Former Employees Represented by United Auto
Workers) (**ECF No. 10507**)

**Status:**      This matter is adjourned to August 16, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on August 16, 2011, claimants will be
notified via letter sent by August 9, 2011.

## IV.    WITHDRAWN MATTERS

1.      Status conference: *Rodolfo Fidel Mendoza v. General Motors LLC*, Adv.
Proc. No. 10-08900

**Status:**      This matter is withdrawn as the parties have reached a
consensual agreement.

2.      Debtors' Objection to Administrative Proof of Claim No. 70842 Filed by
New United Motor Manufacturing, Inc. (**ECF No. 9423**)

Responses Filed:      None to date.

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**      This matter is withdrawn as the parties have reached a
consensual agreement.

**2:00 P.M.**

## V.    ADJOURNED MATTER

1.    Debtors' Objection to Proof of Claim No. 45631 filed by Steven Newman c/o Michael Green, Deceased (**ECF No. 10048**)

Responses Filed:        None to date.

Replies Filed:        None to date.

Additional Documents:

A.    Declaration of Joseph H. Smolinsky in Support of Debtors' Objection to Proof of Claim No. 45631 filed by Steven Newman c/o Michael Green, Deceased (**ECF No. 10047**)

**Status:**        This matter is adjourned to September 20, 2011, at 9:45 a.m.

Dated: New York, New York
            July 25, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

- 53 -