July 18, 2011

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Robert E. Gerber
One Bowling Green
U.S. Bankruptcy Court
New York, New York 10004

Hi,

I don't use "To Whom It May Concern" on those like you since I do not think it applies unless you want to put the emphasis on "May". I am also not inclined to use the term "Honorable" in this context. I came across the enclosed crap the other day. I did not know what to do with it when I got it and I don't know what to do with it now. It looks like a subterfuge designed to distract the innocent prior to their screwing. Does this simply mean if I owned

| | | | |
|---|---|---|---|
| General Motors Co Com USD0.01 ISIN #US37045V1008 SEDOL #B3SMT78 | 300 shares | cost | $10,604.25 |
| and | | | |
| General Motors Corp 7.25% 07/15/2041 | 665 shares | cost | $13,129.10 |
| General Motors Corp 7.50% 07/15/2044 | 645 shares | cost | $13,093.05 |

then the arrogant dumbasses that ran GM into the ground and the Obama Administration and the Union lobbies and a pack of lawyers and the bankruptcy court have essentially screwed me out of

$36,826.64? This is not a rhetorical question.

Given Up On The American Way,

M. G. Johnson, Jr.
1119 Mobley Road
Cedar Hill, Texas 75104

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                      :    **09-50026 (REG)**
         f/k/a **General Motors Corp.**, *et al.*              :
                                                               :
                       **Debtors.**                            :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

## NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
April 11, 2011

WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.