**151st Omnibus Objection**

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*OBJECTION ADJOURNED to 7/27/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDELL L. ESTES<br>205 MOODY STREET<br>MASON, TX 76856 | 13755 | Motors Liquidation Company | $15,845.00 | Equity Interest Claim | Pgs. 1-5 |
| LIZ & BARNEY JOE ROSSO<br>PO BOX 434<br>HARTSHORNE, OK 74547 | 70478 | Motors Liquidation Company | $1,000.00 | Equity Interest Claim | Pgs. 1-5 |

| *OBJECTION ADJOURNED* | **2** |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| | | |
|---|---|---|
| 151st Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY**

## CLAIMS TO RECLASSIFY

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARK HASSON<br>417 BUTE RD.<br><br>UNIONTOWN, PA 15401<br>UNITED STATES OF AMERICA | 60788 | Motors Liquidation Company | $129,197.04 | Equity Interest Claim | Pgs. 1-5 |

| | |
|---|---|
| CLAIMS TO RECLASSIFY | 1 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1