# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
    f/k/a General Motors Corp., et al.
          Debtors.

Chapter 11

Case No. 09-50026

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Casey Campbell, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Casey Campbell
c/o Bennett A. Midlo
The Ammons Law Firm, LLP
3700 Montrose Boulevard
Houston, TX 77006

New Address
Hain Capital Holdings, Ltd.
In re: Casey Campbell
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

JUL 27 2011

I declare under penalty of perjury that the foregoing is true and correct

**CASEY CAMPBELL,**
**INDIVIDUALLY**

By: _[signature]_

Name: _____

Title: _____