# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | RICHLAND COUNTY TREASURER <br> BART HAMILTON <br> RICHLAND TREASURER <br> 50 PARK AVE EAST <br> MANSFIELD, OH 44902 |
| Claim Number (if known): | 71106 |
| Date Claim Filed: | 4/14/2011 |
| Total Amount of Claim Filed: | $54,897.33 |

RECEIVED JUL 29 2011

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/26/2011

Print Name: Bart Hamilton

Title (if applicable): Treasurer

US_ACTIVE:\43219392\02\72240.0639