# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | RICHLAND COUNTY TREASURER<br>BART HAMILTON<br>RICHLAND TREASURER<br>50 PARK AVE EAST<br>MANSFIELD, OH 44902 |
| Claim Number (if known): | 71086 |
| Date Claim Filed: | 3/25/2011 |
| Total Amount of Claim Filed: | $198,653.90 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/26/2011

Print Name: Bart Hamilton

Title (if applicable): Treasurer

US_ACTIVE:\43219392\02\72240.0639



RECEIVED JUL 29 2011 U.S. BANKRUPTCY COURT SDNY