UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.,*              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,         :
                                                   :
        Debtors.                           :    (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.    I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On August 2, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on David O'Neal McKinney, 470 Hays Rd. No., Smiths Grover, Kentucky 42171-9129:

- Supplemental Order Granting 210th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 10636].

Dated:  August  3, 2011                        /s/Kathy Ann Awkward
           Lake Success, New York              Kathy Ann Awkward

Sworn to before me this 3rd day of August, 2011

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015