UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF NASSAU    )

I, Kathy-Ann Awkward, being duly sworn, depose and state:

1.   I am a Senior Project Supervisor with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On August 2, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the Kimm Law Firm (Attn: Michael S. Kimm, Attorneys for Sang Chul Lee and Dukson Lee as Plaintiffs and Natural Guardians of Jin Ah Lee Decedent), 41 W. Bancker, Englewood, New Jersey 07631:

- Stipulation and Agreed Order Between the Motors Liquidation Company GUC Trust, Sang Chul Lee, and Dukson Lee Providing for Limited Modification of the Automatic Stay and the Plan Injunction [Docket No. 10650].

| | |
|---|---|
| Dated:  August  3, 2011<br>Lake Success, New York | /s/Kathy Ann Awkward<br>Kathy Ann Awkward |

Sworn to before me this 3rd day of August, 2011

/s/Ilka F. Charles
Ilka F. Charles
Notary Public, State of New York
No. 01CH6237292
Qualified in Suffolk County
Commission Expires:  March 14, 2015