**NEW HEARING DATE AND TIME: September 20, 2011 at 9:45 a.m. (Eastern Time)**
**NEW RESPONSE DEADLINE: September 6, 2011 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :          **Chapter 11 Case No.**
                                                               :
**MOTORS LIQUIDATION COMPANY,** *et al.,*                      :          **09-50026 (REG)**
          **f/k/a General Motors Corp.,** *et al.*             :
                                                               :
                              **Debtors.**                     :          **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**
**ON DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 45631**
**FILED BY STEVEN NEWMAN C/O MICHAEL GREEN, DECEASED**

PLEASE TAKE NOTICE THAT

The hearing on the Debtors' Objection to Proof of Claim No. 45631 Filed by

Steven Newman c/o Michael Green, Deceased (ECF No. 10048) (the "**Objection**"),

which was originally scheduled to occur before the Honorable Robert E. Gerber, United

States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004,

on July 27, 2011 at 2:00 p.m. (Eastern Time), has been adjourned to **September 20, 2011**

**at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new response deadline shall be

**September 6, 2011 at 4:00 p.m. (Eastern Time)**. The Hearing may be further

adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated: New York, New York
August 4, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors