Official Form 17
(12/04)

# United States Bankruptcy Court

**Southern** District Of **New York**

In re **Motors Liquidation Co.**
Debtor **f/k/a General Motors**

Case No. **09-50026 (REG)**

Chapter **11**

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

**Domenica S. Dittmeier**, the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the **27th** day of **July** (month), **2011** (year).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

AUG - 2 2011

Dated: **August 1, 2011**

Signed: **Domenica S. Dittmeier**
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: **32 Shelley Av**
**Valhalla, N.Y. 10595**

Telephone No: **914-428-1431**

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

#255. Check attached. (Money Order)
# 98494 01598

## NOTICE OF APPEAL

re: Chapter 11 Case No.:   09-50026 (REG)

Motors Liquidation Co.  fka General Motors

Appealing:   Supplemental Order Granting 155th Omnibus Objection to Claims (ECF 8828) (Claims for Equity Interests)

Endorsed order (Doculment number 10588) reclassifying claimant to Equity Interest

Docket #:   10632

Claim #:   70498*

by Domenica S. Dittmeier   - representing myself

32 Shelley Ave.
Valhalla, NY 10595
914-1428

* Previously erroneously stated as Claim #45712.  Correct Claim #: 70498