DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

and STATEMENT OF ISSUES

Documents:

#10632   Supplemental Order Granting 155th Omnibus Objection to Claims

#10563   Objection to presentment of proposed supplemental order granting 155th omnibus objection to claims

#10588   Endorsed order in reply to above

In the aftermath of the General Motors bankruptcy, stockholders were declared to be equity interests, not creditors, to follow creditors for any possible reimbursement.

This assumption was stated in the 155th Omnibus Objection to Claims (ECF8888) to which I registered an objection. My objection to being reclassified was dismissed (see Document 10588).

In my objection to being reclassified, I gave adequate reason to show that by definition and usage a stockholder is in every way exactly the same as a creditor who lends money for the operation of a company and fully expects to get it back. (Please see Document 10563).

I understand that there are thousands of stockholders who could make this same claim, and that it would not be possible to reimburse them all.

The judge declared that he could make no exceptions and was bound to uphold the law.

I contend that a judge has the right to make limited exceptions to any law, based on special circumstances, and that this is done all the time. I contend that he could have exercised this right in my case.

I based my objection both on definition, common sense and special circumstances (please see Doculment 10563) and I do not feel that the judge addressed my issues fairly and adequately.

I am therefore appealing the decision to reclassify me as an equity interest instead of a creditor, and hope for a more detailed analysis of my claim, as well as for a favorable decision.

I thank you for your consideration.



Domenica S. Dittmeier