UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 Case |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL
ON BEHALF OF MOTORS LIQUIDATION COMPANY GUC TRUST**

**PLEASE TAKE NOTICE** that Barry N. Seidel, Eric B. Fisher and Katie L. Cooperman, formerly of Butzel Long, P.C., have joined Dickstein Shapiro LLP and that the law firm of Dickstein Shapiro LLP will be substituted as counsel of record for the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), as successor to the Official Committee of Unsecured Creditors (the "**Committee**") of Motors Liquidation Company f/k/a General Motors Corporation, in connection with the *Committee's First Amended Objection to Claims Filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief* [Docket No. 7859] pending in the above-referenced bankruptcy case ("**Objection**"), in place of the firm of Butzel Long, P.C., outgoing counsel for the GUC Trust in connection with the Objection.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings and other papers to be served on the GUC Trust in connection with the Objection should be delivered to:

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019
Tel: (212) 277-6500
Fax: (917) 677-8183
E-mail: seidelb@dicksteinshapiro.com
E-mail: fishere@dicksteinshapiro.com
E-mail: coopermank@dicksteinshapiro.com

    Attention: Barry N. Seidel, Esq.
    Attention: Eric B. Fisher, Esq.
    Attention: Katie L. Cooperman, Esq.

Dated: New York, New York
    August 3, 2011

| DICKSTEIN SHAPIRO LLP | BUTZEL LONG, P.C. |
| --- | --- |
| Incoming Attorneys for | Outgoing Attorneys for |
| *Motors Liquidation Company GUC Trust* | *Motors Liquidation Company GUC Trust* |
| By: */s/ Eric B. Fisher* | By: */s/ Robert Sidorsky* |
| Eric B. Fisher, Esq. | Robert Sidorsky, Esq. |
| 1633 Broadway | 380 Madison Avenue, 22nd Floor |
| New York, New York 10019 | New York, New York 10017 |
| Telephone: (212) 277-6500 | Telephone: (212) 818-1110 |

SO ORDERED this **8th** day of **August,** 2011

        *s/ Robert E. Gerber*
        HON. ROBERT E. GERBER
        UNITED STATES BANKRUPTCY JUDGE