| | | |
|---|---|---|
| James E. Butler, Jr., P.C.* | Alan J. Hamilton | **BWF** Butler, Wooten & Fryhofer LLP |
| Joel O. Wooten, Jr. | Brandon L. Peak | |
| George W. Fryhofer III ** | John C. Morrison III | |
| Matthew E. Cook | Tedra C. Hobson | |
| Leigh Martin May | Mary K. Weeks | |
| Kate S. Cook | Jeb Butler | |

* admitted in AL & GA

** admitted in GA, MA, & TX

August 5, 2011

**VIA FIRST CLASS MAIL**

U.S. Bankruptcy Court
Southern District of New York
One Boiling Green
New York, New York 10004

    Re:    *In re: Motors Liquidation Company, et al.*, Chapter 11, Case No. 09-50026 (REG)
           United States Bankruptcy Court, Southern District of New York
           Creditor: William Hardee

Dear Sir/ Madam:

Our claim in the above-captioned case has been dismissed. Please remove the following user accounts and emails from the Southern District of New York notice of electronic filing system regarding case no. 09-50026-reg.

George Fryhofer: george@butlerwooten.com
Leigh Martin May: leigh@butlerwooten.com
Associated emails: cathy@butlerwooten.com; ashley@butlerwooten.com; and betht@butlerwooten.com

Thank you for your courtesy and please do not hesitate to call me at (800) 242-2962 if you have any questions.

                      Sincerely,

                      BUTLER, WOOTEN & FRYHOFER, LLP

                      Ashley Lane
                      Paralegal

/avl

**REPLY TO Atlanta:**
2719 Buford Highway • Atlanta, GA 30324 • 404.321.1700 • 1.800.242.2962 • FAX 404.321.1713
**Columbus Office**
105 13th Street • Columbus, GA 31901 • 706.322.1990 • 1.800.233.4086 • FAX 706.323.2962
P.O. Box 2766 • Columbus, GA 31902
www.butlerwooten.com

