Aug 3 2011

Dear Honorable Robert E. Gerber, United States Bankruptcy Judge,

On the morning of July 27, 2011, you ruled against me on my equity interests claim with Motors Liquidation Company. You asked for my e-mail address (hugoanderson@hotmail.com) in order to have me send the procedure for appeal. I never received this e-mail. You mentioned something about a 14 day period to file an appeal.

I ask that this case #0950026 be appealed. I base my appeal on General Motors Executives and Board of Directors knowing that General Motors was going bankrupt. This gave them insider information to sell General Motors stock before bankruptcy was declared.

I was also lead to believe the General Motors would get bail out money from the United States Government and I would not have to declare bankruptcy.

Sincerly, Hugo James Anderson

Hugo Anderson
Phone 269 873 5789          533 Lincoln Road
       269 873 5789          Otsego, Michigan 49078