# Terrie Sizemore RN DVM
# PO Box 23
# Sullivan, Ohio 44880
# 440-241-3126

Judge Robert E. Gerber                                         August 5, 2011
United States Bankruptcy Court SDNY
One Bowling Green
New York, New York 10004

Dear Judge Gerber,

I am in recent receipt of an email from GM's New York counsel, Mr. Karotkin, essentially threatening me with filing contempt charges in your Court against me for failing to obey your July 14, 2011 Order. I contend I am not in contempt for many reasons I will explain. On July 13, 2011, I did withdraw GM from my Action for Discovery because it was in the Appellate Court when you originally ordered me to withdraw them on June 1, 2010. The product liability action was in the trial Court at the time of your June 1, 2010 Order- which included a stay, where I maintain it needs to be returned to and then I will properly and compliantly withdraw GM from this action within 10 days of it being returned there. THIS is my understanding of law and procedure.

I am writing this letter because I am extremely upset by GM's accusation of my being in contempt when they are fully aware that on July 13, 2011, I withdrew GM from the Action for Discovery and also petitioned the Ninth District Court of Appeals for expedited proceedings so I could comply with your order as well as I shared with them my very serious concern of being in contempt should they delay. Contempt is when a party willfully and knowingly disobeys a Court's order. That is not the case in this situation. I contend you falsely accused me of wrongdoing regarding Discovery and that GM's argument regarding discovery was not founded in law and conflicted with testimony Mr. Karotkin himself gave you on page 15 of the June 1, 2010 hearing. Therefore, I contend his argument regarding my Discovery action was frivolous. To avoid contempt issues, I withdrew them even when I contend I did nothing wrong.

I am merely attempting to obtain justice for myself. On June 2, 2010, one day after I attended the hearing in your Court over one year ago, GM's Ohio counsel sent me a letter providing three Defendants I may substitute for my John Doe Defendants. I have been unable to do so to date because of the stay you issued in the June 1, 2010 Order journaled on July 1, 2010. There is a great possibility these threes defendants are fraudulent and/or misleading. That should come as no surprise to anyone. I must accept the information as truthful to date and I have petitioned GM's Ohio counsel for the contact information regarding these potential Defendants so I can proceed with my legally permitted product liability action. I may not be permitted to pursue product liability against the New GM, however, they are not the only Defendants in this situation.

I contend Judge Kimber in Medina County Court of Common Pleas was/is in contempt of your June 1, 2010 Order by disregarding the ordered 'stay'- which means all activity in a case must be terminated until the stay is lifted- when he dismissed GM from the trial Court. At no time has Mr. Karotkin suggested he will approach the Court for a contempt hearing regarding this issue. Also, I contend Mr. Karotkin and GM themselves were in contempt of your June 1, 2010 Order when they failed for over 8 months to draft the Ordered motion for a supplemental order ordering me to withdraw GM when they clearly knew the "Campbell" appeal had been withdrawn by September 23, 2010 and you clarified your Order during the phone conference on February 3, 2011.

I contend if the Court entertains any thought of conducting a hearing for contempt or charging me with contempt, or drafting a document regarding contempt against me, that this would constitute Judicial misconduct because I am making every good faith effort to protect my own interests as well as obey your order. I do not have control over how long it takes a Court to decide issues.

I contend GM is abusing the process and the Judicial system by attempting to utilize your Court to 'fix' problems GM has in Ohio. I understand Federal courts have limited jurisdiction and I have copy of page 15 of the June 1, 2010 hearing where GM attorney Mr. Karotkin affirmatively advises you that Discovery does not violate your order or Bankruptcy. GM attorney Mr. Karotkin then continues to advise you GM will provide discovery through third party discovery as allowed in the non-bankruptcy court.

I contend any treatment of me that differs from the males involved here-Judge Kimbler, Mr. Karotkin, or Mr. Popson- would constitute a discriminatory act and violate my Federal rights.

It is my opinion your Court should advise GM to simmer down and allow me to return the product liability case back to the trial Court-where it was when you issued your stay on June 1, 2010. It is there I will withdraw GM from the action within 10 days, request substitution of my John Doe Defendants and request third party discovery, and we will all go home at the end of the day with everyone satisfied. It would be my thoughts that GM's insistence that you 'move quickly' against me only demonstrates their guilt. Also, your Court did not 'move against them' when they took over 8 months of my time and energy fighting with this GM Ohio attorney in the face of your Federal stay.

Fair is fair. I am not attempting to be in contempt. I understand contempt and GM would be required to draft a motion-which I think is unfounded. Then I understand you are required to conduct a hearing to determine reasons for and if contempt exists - and then give me so many more days to comply with the Order. We can save everyone time and the tax-payer money by just letting me complete the appeal I contend I have been illegally forced to, then, when the action is returned to the trial Court, the Court has my promise to withdraw GM properly within 10 days of the action being returned to the trial Court.

I need to advise the Court I am committed to an out of town trip from August 7-10, 2011. On August 5, 2011 I am petitioning the Ohio Court –again -- for expedited proceedings and will forward any documentation to support my statements you wish to view. I will not be able to address any emails or issues until I return on August 11, 2011.

I appreciate your taking time to consider this correspondence and it is my sincere hope we can all resolve this amicably.

Sincerely,

Dr. Terrie Sizemore RN DVM

cc. Stephen Karotkin