Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter D'Apice
Jacob L. Newton (Admitted *Pro Hac Vice*)
Jo E. Hartwick (Admitted *Pro Hac Vice*)
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR AD HOC COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS

------------------------------------------------------------X
                                                            )
In re                                                       )    Chapter 11
                                                            )
MOTORS LIQUIDATION COMPANY, *et al.*,                       )
f/k/a GENERAL MOTORS CORP., *et al.*,                       )
                                                            )    Case No. 09-50026 (REG)
                                                            )
                    Debtors.                                )    Jointly Administered
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 10, 2011, she caused a true and correct copy of the *Notice of Hearing on Application of the Ad Hoc Committee of Asbestos Personal Injury Claimants for Payment of Reasonable Fees and Expenses Pursuant to 11 U.S.C. § 503(b)* [Docket No. 10686] to be served: (a) by electronic mail on all parties on the Master Service List; (b) by ECF on all parties receiving notice via the Court's ECF System; and (c) by facsimile on the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Tracy Hope Davis, Esq.

Dated: August 10, 2011
       Dallas, Texas

                               /s/Heather J. Panko
                              Heather J. Panko

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999