HONORABLE JUDGE HILL

*Judge may be changed
may be Criminal Court*

1
2
3

IN THE SUPERIIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY
4      OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN TH CITY OF KENT.

5   CLINTON M TULLIS AND MARGARET L. TULLIS              No. 10-2-25699-7 KNT
        and the Palimony Relationship thereof ProSe
6                    PLAINTIFFS                           PRIMARY WITNESS'ES

7   # 1. GMC AGENCY: CORNFORTH CAMPBELL ------------   No.#1 Responsibility of Washington State
        A DEALERSHIP AT PUYALLUP, WASHINGTON              Agency: as Underwriters Insurance
8                    DEFENDANTS                           Company Agent Rashelle Woolcott

9   #2.a. Law Firm of WEIL,GOTSHALL & MANGES, LLP _____No.2.a.Law Firm:Willful-Malicious Conduct
        Representing GMC through: Motors Liquidation Co.   of Criminal order to Plaintiffs: to cancel
10  #2.b. Now officiated BY Bankruptcy Court Judge        Case within five days or be prosecuted.
        HONORABLE ROBERT E. GERBERT for DISPOSITION
11      OF GENERAL MOTORS BANKRUPTCY DEBTS.

12  # 3. GENERAL MOTORS CORPORATION                    No.3. Cannot Take Bankruptcy or find other
        Washington State Criminal Laws: RCW 9A.08.030     means to hide Values.
13      RCW 9A.28.040, RCW 9A.28.020
14                   DEFENDANTS

15                            . . 1 .
                    DISCLOSURE OF PRIMARY WITNESSES
16

17  1. Disclosure of Primary Witnesses: Son in Law: Ken Kalliainen, Daughter: Mellanie D. Kalliainen and

    two Children: Amanda Kalliainen now 19 years of age and Alexandria Kalliainen.now 17 years of age.
18
19  1a.. The primary witnesses and two smaller children ; all rode in Kens Ford Truck that pulled Plaintiffs

20  Trailer to a Camp Ground near the city of Bandon- Oregon; on the Oregon Coast for three years.

21  1b. Plaintiffs followed the Kalliainens in Plaintiffs Mercury Sedan, with two bicycles loaded on the back.

22  1c. The trailer was loaded with Plaintiffs.clothes, cooking supplies, four bicycles and Plaintiffs Tools.

23  1d. Several times on a curve or on a narrow road; The Travelers coming from behind or from the other

24  direction, caused Ken to have to suddenly hesitate and had no problems controlling the situation.

25  1e. Plaintiffs were led to believe that the General Motors Suburban and Trailer Brake Control Purchased

    from Cornforth Campbell would afford the same accommodation.

Clinton M  Tullis  and Margaret L  Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S.E. Renton, WA. 66056-0903

P.1.

2. Unknown to Plaintiffs: Neither, the suburban or the trailer Brake Control were safe and actually capable

of fully responding In an emergency and affording such security on the fast highways of that time.

2a.. Plaintiffs Trailer brake control, mounted as an inspiration to Plaintiffs to purchase the Suburban;

was The Major cause of a very serious collision on Interstate No. Five coming North towards

Centrailia, Washington, at about 1 PM on a very clear day.

2b.This also led to discovery that the GMC Suburban Steel Channel Frames and Steering assembly

would not hold together in a light contact.

2c. We all enjoyed the Camping privileges of the Trailer; Including the Loaded Bicycles, eating

accommodations, and sometimes a protection from a Lite-ning Storm.

**2c1. Plaintiff enjoyed waking up and finding from one to three children sitting at our table**

**waiting for Grandmothers Pan-Cakes, Cereals and eggs. Then telling Gramps that it was time**

**to take a bicycle ride through the camping area, then to the sandy playgrounds for Swings,**

**Climbing and sliding, and occasionally a bicycle ride for a couple miles to play in the ocean**

**sands and also finding special rocks on the beaches etc. This Grandpa and Grandma have**

**certainly missed ever since our accident.**

**2c2. We Question whether any of the four children have forgotten some of the**

**aspects of these glorious adventures. No matter how young they were. They all joined in some**

**details of the adventures on the Oregon Coast including shopping and dining and the sands.**

**Plus the Wild Animal Park and of course, learning how to use a Fishing pole and catch some**

**Nice Lake Trout.**

**2.c3. These are some of the memories that will be remembered, if they would care to answer**

**a juror's question from facts he or she (the juror) already has been exposed, because Grand**

**Pa will have a copy of this letter in the Judges and Juries hands along with the files of the**

**Defendants Perjury's such as:**

**2c4. ("This is a "Quality Pre-Owned Vehicle." Has Passed A Rigid Inspection, Has Been**

**Reconditioned To The highest Standards,  Extended Service Agreement  May Be Available.)**

2d. The day of Plaintiffs dilemma of the Suburban collapsing in the middle; Our Kalliainen family

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184ᵗʰ avq  S E  Renton, WA  98058-0903

Showed up after the accident and quickly went to the near hospital in Centralia  to check on Margaret

whom was badly injured and was delivered to the hospital by Ambulance, to be medically examined

-and given a good Nights rest.                    **111.**
                                        **TRANSPORTATION**

3. After finding Margaret would be ok, Kalliainens  went to their home at Bonnie Lake Washington to

unload and spend their night at home.

3a. The next morning, Kalliainen's drove back to Centralia, to get Plaintiffs and all of our Camping

and Traveling Equipment, from the Suburban, and Trailer; Both having collapsed in the center, caused

from the Trailer brake control failure. .

3b. We were later informed by a Recreational Vehicles Sales Manager, that the Trailer Brake Control

Installed by Cornforth Campbell was known to collapse within seconds of an emergency use.

3c. Defendants: Cornforth Campbell had promised Plaintiffs a Booklet on the Trailer Brake Control that

had been ordered and should arrive soon. This was a continuance of their Perjury as; on the perfected

conditions of the Suburban Plaintiffs had purchased from Cornforth Campbell. See Exhibit nos. 2 – 7.

It was difficult for the Kalliainen Family to believe the Trailer had collapsed

3d. The afore-mentioned dilemma is the result of Plaintiffs "well qualified" Law Suit.

3e. The Kalliainen's are well qualified as witnesses.

_____
                               Court Judge

                               Date_____

                               To Later Be Determined

_____ ::
No 1        witness
KEN KALLIAINEN _____    Phone No. 253-261-8593 = Cell No.

The older girls have discovered Summer Jobs, making it difficult
to take time off. Their mother is their TAXIE SERVICE. Plaintiff
believes that Ken should be addequate for assistance in this case.
Plaintiffs believe that we should only need Ken for the 2nd or 3rd
day and even this could be by phone. He is willing to show on the
day picked by the Court.

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

3

CLINTON M TULLIS AND MARGARET L. TULLIS
and the Palimony Relationship thereof ProSe

No. 10-2-25699-7 KNT

PLAINTIFFS

# 1. GMC AGENCY: CORNFORTH CAMPBELL ------------ Responsibility of This Washington
A DEALERSHIP AT PUYALLUP, WASHINGTON             Dealership Agency: is out of State Underwriters
                      DEFENDANTS                 Insurance Company Agent:Rashelle Woolcott

# 2. Law Firm of WEIL,GOTSHALL & MANGES, LLP -------Law Firm:Willful-Malicious Conduct, Directed
Representing GMC through: Motors Liquidation Co.     a Criminal order to Plaintiffs: to cancel this
                      DEFENDANTS                     Case within five days or be prosecuted

# 3. GENERAL MOTORS CORPORATION                  No.3. Cannot Take Bankruptcy or find other means
Combined with No1 above    DEFENDANTS              to hide Values: Defied Wa. State Criminal Laws
                                                  RCW.9A.08.030, RCW 9A.28.040, RCW 9A.28.020

---

#2.Above:Defendants, Recently Transmitted GMC   No.4.All Business to the Judge shall be filed through
Defendants to Officiating Bankruptcy Court Judge:  the United States Clerk of the Bankruptcy Court
HONORABLE ROBERT E.GERBERT                          for the Southern District of New York at
To dispose of General Motors Bankruptcy Debts       Alexander Hamilton Custom House, "One
(" Bankruptcy Courts Web Sight")                    Bowling Green", New York, New York 10004.
(www.nysb.uscourts.gov.) for all parties at (www.motorsliquidationdocet.com).

---

**A & B : Nos. 1,2 & 3**
**ACTION OF DEFENDANTS**

.(A): The Nos. 1 & 3 above conspiring Defendants were believed to be, and therefore alleged to be, all
Doing business and officially responsible of safety performance of new and used vehicles as a
General Motors Agency advertised as a GMC Mr. Good-Wrench Dealership, operated by Cornforth
Campbell in the City of Puyallup, State of Washington.

(B): The No.2 above conspiring "Defendants Law Firm"; is positively ordered to pay an additional Five
Million Dollars to Plaintiffs from the Law Firms, Criminal order, to Plaintiffs to cancel General Motors
Debt To Plaintiffs within five days or be incarcerated. Nothing Printed in Washington State Law Books
have Honored Criminals, or those assisting in Criminal acts such as performed by Defendants.

**C.**
**DEFENDANTS CRIMINAL (CULPABLE) NEGLIGENCE**

C. Such Negligence is necessary to incur Criminal Liability; In most jurisdictions , culpable (Criminal)
negligence is something more than the slight negligence necessary to support a civil action for
damages: 133 N. Y. C., 2d 423, 427. Thus Culpable Negligence, under "Criminal Law", is Recklessness
or Carelessness resulting in Injury or Death, as imports a thoughtless disregard of consequence or a
heedless indifference to the Safety and Rights of Others, 855.E.2d 337,332; See Also Perkins and Boyce
Criminal Law 841 (3d ed,1982). Reference to (Cornforth-Campbell acts)

1. Plaintiffs Motion For Trial Dates to  change to September (9-19-11) or October (10-17- 11).

2. Plaintiffs Demand a Grand Jury Trial and to Retain: Requested Monetary Assists for Injuries.

3. Plaintiffs Contemplate Termination of this Case within Five Days & There is a Month End of an
Additional Four Days if Questionably Needed.

4. Plaintiffs Motion for the Honorable Judge to take: JUDICIAL OATH OF OFFICE.

P- 1

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

Case No. 10-2-25699-7 KNT

This Day; Plaintiffs have sent New Briefs and the Main: "Bundled Exhibits" showing Defendants Declarations of Perfect Condition of A GMC Suburban to influence Plaintiffs in Purchasing same, meaning to Improve Plaintiffs Periodic Vacationing, with a Wilderness Trailer to Join Family Members in Eastern and Western Oregon and in Idaho and Colorado.

The Bundled Exhbits are being sent to the General Motors Bankruptcy Court and originally were bundled to quell the Legal Firm of Weil, Gotshall and Manges that had suddenly threatened Plaintiffs declaring that their Bankruptcy Court ordered an "Automatic Stay of Proceedings", and they would throw Plaintiffs in Jail if We did not Drop our case within Five Days.

Plaintiff Immediately sent to the Legal Firm, The Bundled Exhibits showing the Defendants Criminal Acts and that their Stay was not honored in Washington State Law.

This offered confusion as I also delivered a Bundle of Exhibits to the Clerk of the Court of which I had no original intent of doing; but Plaintiff knew that the Superior Court Rules were to send the Court Clerks examples of each delivery to Defendants and even though, Plaintiff did not desire to turn our bundle of Exhibits over to the Clerk, Plaintiffs thought we had an obligation to do so as we were sending a copy of the bundled Exhibits to the Bullying Legal Firm of Weil, Gotshal and Manges and we were caught in the middle of immediately thwarting their illegal intent. Plaintiff also immediately in a Brief, Sent them a Brief containing an additional result of their actions to be $5,000,000.00 Penalty to their Firm.

Plaintiff, A short time later contacted Defendants=Cornforth-Campbell Insurance Agent in California and She told Plaintiffs that the Honorable Judge Hill had told her that she had closed our Case.

Plaintiff has not as yet been informed of this and I am not certain of whether she "Honorable Judge Hill Remains on the Case. Plaintiffs are not too impressed with the thought of her blowing her Cork without first finding out why Plaintiff had given a copy of our Briefs to the Court Clerk, that absolutely are remaining as the best determination of closing in Plaintiffs favor with or without our planned Jury Trial.

This upset Judge Hill when I took her a copy and of course she had a large room of personnel sitting on a case she was in the middle of; She had her assistant that had came from her Court room and accepted the bundle of exhibits for and to her. She had him run back to the door and give the bundle back to me. She screamed to me that I should have the Defendants Prosecuted of which was not my privilege and We do not desire to lose our deserved monetary retribution for the massive injuries and physical and mental suffering which appears to remain during the rest of our lives. Change of Court remains a privilege And we will welcome this privilege if so desired, and it remains our extension of the original case as formatted within our Briefs. We have a right to collect payment of requested monetary values as submitted through-out Plaintiffs briefs of which also contain many Washington State Laws on the Crimes Committed By Defendants.

Hopefully; Plaintiffs case will result in Washington State Laws and Rules to Automobile Manufacturers and Sales Agency's to be held responsible for all vehicles being in first class construction and Condition. Of Frames and Steering or their right to function within this State will forever be barred. This also Negates Vehicles purchased outside of Washington and are brought within Washington State Boundaries and will result in confining whether Automobiles, Trucks, Pick-ups, etc. They should be stopped and incarcerated. This is multiplied as more valuable than emission control to our citizens. All and any of us are placed in dangers of vehicles that the public trusts to be ready for use. Speed Controls mounted on vehicles should also be removed. They are also responsible for many accidents and injuries. You cannot turn off Speed Controls with Air Bags forcing you away from the Dash-Board.

Clinton M. and Margaret L. Tullis Pr0Se
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

*there will be no omnibus hearings.
if defendants have heavily abused process from their
trusted business
they cannot escape their crimes
committed*

*this may be changed*

HONORABLE JUDGE HILL

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY
OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN CITY OF KENT

CLINTON M. TULLIS AND MARGARET L. TULLIS
and the palimony relationship thereof as Pro Se
Plaintiffs

No. 10-2-25699-7 KNT

No.1. GENERAL MOTORS CORPORATION ---- ------AGENCY PERJURED QUALITY PARTNERSHIP
Defendants

No.2. DEALERSHIP of CORNFORTH-CAMPBELL ----PURJURED DANGEROUS VEHICLE SALE TO
Defendants                PLAINTIFFS; NEVER ENDING CAUSE OF
                          SURGERYS, PACE MAKER, EYES, EARS and
*All criminal acts*       BODY, MEDICAL CARE FOR SURVIVAL
*WA. Laws could lead to incarceration*
*abuse looking at WA. State criminal laws:*

N0.3. Law Firm of WEIL,GOTSHAL,& MANGES, LLP.    ---(THREAT TO JAIL PLAINTIFFS IF CASE
Representing GMC through Motors Liquidation Company ----NOT ERASED FOR GENERAL MOTORS)
& Its Affiliated Debtors          Defendants    **Have recently Transferred the total**
**Responsibility:**

**To: HONORABLE FEDERAL JUDGE "ROBERT- E. GERBERT"---Through The United States Clerk
of the Bankruptcy Court for the Southern District of New York at Alexander Hamilton Custom
House, One Bowling Green, New York, New York 10004. Bankruptcy Court's Web Sight.
(www.nysb.uscourts.gov.) for all parties at: (www.motorsliquidationdocet.com).**

I.

### DEFENDANTS CRIMINAL ACTS & RESULTS

1.a. The Nos. 1 & 3 above conspiring Defendants were  believed to be, and therefore alleged to be, all

doing business and officially responsible of safety performance of new and used vehicles as a General

Motors Agency advertised as a GMC Mr. Good Wrench Dealership operated by Cornforth Campbell,

In the city of Puyallup, State of Washington.

1a1.No. 3:  Law conspiring Defendants Firm, listed above as Weil, Gotshall, & Manges,LLP; Representing

GMC through: Motors Liquidation Company, ordered Plaintiffs  to cancel General Motors Debt to

Plaintiffs within five Days or go to jail.

PERJURED VEHICLE SALES

P-1

1a2. Plaintiffs responded with the fact that Defendants were not knowledgeable of Washington State Laws

and Plaintiffs declared an order to Defendants to pay Plaintiffs Five Million Dollars for their treachery.

**1a3. Pierce County Sheriff's Office served Plaintiffs recent Summons and Cmplaint to Cornforth Campbell at 305, 2nd St. S.E., Puyallup, Washington on July 21, 2010 to assistant Manager: Kurt Johnson on behalf of Cornforth-Campbell Dealership.**

1a4. Cornforth Campbell upon receiving no.1.a. above; turned over its criminal status of the Summons and

Complaint to Underwriters Insurance Company: Now under the Responsibility of Rashelle Woolcott.

1a5.The dual responsibility of the original Corporation and Agency is again, a responsibility of General

Motors Corporation whom has commenced immediately to restructuring its operations and with

Government assist, have rearranged its operations with Cornforth Campbell as one of GMC special

chosen Locations and  management considered to perform as a  premium sales activities Agency.

1.5a. Cornforth Campbell should, as of now, be understanding of its responsibilities of honesty in     **Exhibit # 11**

performance, of all transactions acquired in agreement to this, only if the Agency properly considers the

proper care and truth of conditions of its sold used and maintenance of new and used vehicles sold.
**Exhibit # 2**

1.5b. They must be brought to realize that ignoring their responsibility, also subjects them to road

injury and all citizens should not have to fear their or others conditions of vehicles on the road.

1.5c. The responsibility of the original Corporation and Agency is a responsibility of General Motors

Corporation and has been the GMC responsibility of complicity, from the beginning of this case.
**Exhibit # 13**

1.5d.The factor of responsibility of Corporation and Agency is a dual responsibility with the most serious

policing and policy assurances are the responsibility of the Corporation relationship as expressed in

Plaintiffs RCW's (Rules of the Court in the State of Washington) emphasizing Complicity.  **Exhibit # 11.**

1.5e. No.1 conspiring Defendants believed to be and therefore alleged to be General Motors Corporation:

**1.5f.This Law Suit is filed with The Maleng Regional Justice Center,Superior Court in City of Kent County of King, State of Washington,  address of "620-West James Street, Kent, WA. 98032.**

1.5g.The ridiculous untruths of Defendants former "Attorneys" briefs were bullying techniques that

Plaintiffs learned to handle years ago; and their inappropriate designated Statute of limitations of which

legally allows Plaintiffs to file this law suit within ten years  because of the crimes committed by the

complicity between General Motors Corporation through its Agency of Cornforth-Campbell GMC **Mr. Good Wrench. Exhibit # 13**

**1.5h. Conspiracy: A combination of two or more persons, etc. to commit a criminal or unlawful act**

PERJURED VEHICLE SALES

P–2

or to commit a lawful act by Criminal or Unlawful Means; or a Combination of two or more persons to accomplish an unlawful purpose, or some purpose not in itself unlawful by an unlawful means.

Exhibit # 12

1.5i. Accessory: One who aids or contributes in a secondary way or assists in or contributes to crime as a subordinate. See 216So. 2d 829,831 The failure to report the commission of a crime of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or avoid apprehension for a crime.

Exhibit # 12

1.5j. COMPLICITY: Accomplice: An individual who voluntarily engages with another in the commission or attempted commission of a crime. See 165 N.E. 2d 814; One who is liable for the identical offense charged against the Defendant, See 233 p2d 347, Liability is shared. Exhibit # 11

1.5k. Criminal Liability: of a Corporation: RCW 90.08.030;  RCW. 9A.28.040: Criminal Conspiracy RCW 9A.28.020: Criminal attempt of Agent of Corporation: Class B. Felony when the crime attempted is a class A Felony other than an offense listed in A of this subsection must be commenced within a "ten year" statute of limitations unless action on a State or Federal Judgment period is extended for an additional ten years.

Exhibit # 12

1.5l. Criminal Negligence: A Person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation.

Exhibit # 2

1.5.m. ASSEMBLY'S OF GENERAL MOTORS VEHICLES ARE;  {AS OF RECEIVING COMPLAINTS FROM CLINT-M. TULLIS FOR COURT ACTION}; HAS LED GENERAL MOTORS CORPORATION TO PLACING STRONGER CHANNEL FRAMES AND Stronger Steering Assembly's, & BETTER WELDING FOR VEHICLE STABILITY AND STEERING CONTROL, AS IS STATED ON ONE ADMISSION SENT TO PLAINTIFFS. By then: Chief Chairman: Mr. Rick Waggoner, whom positive-ly did a big favor for GMC and for the General Public, whom would be occasioned to meet on some of the nations roads

Exhibit # 12

1.5n. Plaintiff has in mind of obtaining annual checkup on all vehicles old and new to assure the Public of being safer on the roads. This will place more people at work within all nations receiving any and all vehicles. and should be demanded at all vehicle assembly lines as well as the used vehicles to have annual inspections for safety.

1.5o. I also believe the cruise controls should be removed. You cannot turn off a cruise control if you are bouncing around inside of a vehicle because of an outside contact. Extremely dangerous to use in city traffic and Residential Areas.

1.5p. Assemblies on its vehicles has led to GMC placing heavier Channel Frames and better welding for vehicle stability and steering ability as is stated on one admission sent to Plaintiff from the standard of care that a reasonable person doing inspections and repairs would exercise in the same situation. Discovery of GMC weak frame and steering and brakes, could be the major cause of most of the used vehicles in the United States, etc. in surprising, crashing, injuring , and killing tolls of citizens.

Exhibit # 12

1.5q.New Midget type vehicles up to the standard size of vehicles were placed on the automobile floors in the Display Rooms and as far as the public knows, They may not be very well protected when you see these people adoring them and zipping past you from either direction. When they hit wind, rain, ice or snow, they are not prepared for this. On the highways, they just become lighter in weight. A vehicle that can handle 60 miles per hour loses some of their weight where those small vehicles may lose a very high percent of their weight.

PERJURED VEHICLE SALES

P-3

1.5r..There has already been too many deaths and serious injury's in automobile accidents this year.

1.5r1. Yes, I was learning mechanics from the date of five years old and spent many years in automobiles, trucks, cranes, Construction equipment and 6 years Freight Trucks and trailer repairs. I am now 86 years old and remain occasionally doing some automobile surgery,

1.5s. All acts stated to have been performed by the Agency or denied to be performed of or by the Defendants to Plaintiffs as complained of herein were committed by Employees and Leaders of the GMC Agency Dealership of Cornforth-Campbell, backed by GMC: Mr. Good-wrench advertisements And responsibility of General Motors Corporation: Vicarious Liability.

**1.5t. Vicarious Liability: imputation of Liability of one person for actions of another in denying clients their constitutional protection.**                                       **Exhibit # 13**

1.5u. All of the above acts plus the following in this brief; applied to various notifications of deliberate neglect and or consequences of which, were performed and jointly responsible by the Defendants.

1.5v. Plaintiffs have incorporated exhibits that are retained to disclose during trial of this case with the Brief that make declarations and assurances for perfected conditions of Plaintiffs Suburban purchased from the GMC Mr. Good Wrench affiliated Agency of Cornforth Campbell and those Mr. Good Wrench declarations and assurances were absolute conspired fraud, not becoming of Proper supervision or performance, inclusive of General Motors Corporation and their Agencies.

1.6. All acts of Plaintiffs/Complainants shall be referred to by the use of either phrase, of which we will primarily apply singularly as Plaintiffs from hereon.

1.6a. All highlighted references to Plaintiffs designated and numbered Complaints in this brief, etc. are facts of applicable laws resulting and recently updated by Plaintiffs research at the King County Regional Justice Center Library, located in the city of Kent, Washington. All of which have been thoroughly updated through discovery of many changes and assurances of reliable - 2010 RCWs: (Rules Of The Courts in the State of Washington; And based on the Penalties to be relied upon for Defendants Criminal assisted Acts.                                       **Exhibit # 13**

1.6b.The terms as produced and interjected to Plaintiffs by Defendants, are high-lighted in this brief, primarily intended to implement the benefit to a jury for the introduction to and fully qualifying the Criminal Infractions of Defendants in this case.                    **Infractions: Breach, Violations**

1.6c.Thus, Defendants have created a series of Special Proceeding injuries, resulting in Unlimited

PERJURED VEHICLE SALES

P~4

physical, hearing and mental Damages to Plaintiffs that cannot be denied.

## II.
## CAUSE OF ACTION

2.1. Plaintiffs re-allege each and every allegation contained in paragraphs 1.a. through 1.6c. herein.

2.2. Defendants Cornforth-Campbell; An affiliated General Motors Corporation Agency-Dealership, negotiated a sale to Plaintiff's on June 4, 2003, of a 1999 GMC 4 wheel drive Suburban.

2.3.The GMC Corporation, Agency Dealership of Cornforth-Campbell afforded Plaintiffs with: A General Motors Corporation High-lighted Advertisement of {GMC Mr. Good-Wrench}, as a declaration of reliable service, to be provided by the Agency personnel.          **Criminal Acts. Exhibit # 1**

**2.3a.. Crimes committed: Any False Swearing in a legal Instrument or legal setting that the Suborner knew or should have known that such oath or testimony would be false. A CRIMINAL ACT OF FRAUD: of which voids a statute of limitations and cannot take bankruptcy.or find other means to hide values to cure.**          **Exhibit # 1**

2.3b.This was an Egregious, Erroneously and Conversely implied sales pitch with questionable power of which the Agency: Cornforth-Campbell denied responsibility to comply. **To Define: See # 2.7a below.**

2.3c.This created Injury's to Plaintiffs that were performed or lacked performance as to be brought forward and explained within this Brief of Plaintiffs; verified by available exhibits and high-lighted copies of various Rules as explained within the Law Book Dictionary's in compliance with rules afforded to Plaintiffs and examined at the Regional Justice Center Library, Years and Years of new Law Books Purchased, and examining various Public Libraries for the better part of Thirty Five years And vigorous study's on Rules of Courts within the State of Washington.

2.3d. The King County Court Librarian assisted in Plaintiffs locating, Laws applicable to Defendants Performance and Criminal neglect. The RCW's are expanded and very definite.

2.4. Defendant Cornforth - Campbell issued an assurance as GMC with a logo heading of Nice is Better and as a "Quality Pre-owned Vehicle" with following assurances: 1.This Vehicle Has Passed A Rigid Inspection; 2. Has Been Reconditioned To The Highest Standards.          **Fraud in Fact: Exhibit # 2 & Exhibit # 9**

**2.4a. Fraud In Fact; Positive Fraud: Fraud: Willful Malicious Conduct: Cannot take bankruptcy or find other means to hide values. Fraud embraces all the human ingenuity one can devise to get an advantage over another. Cannot take bankruptcy or find other means to hide values..**

2.5.Defendants perpetrated Warranty assurance of vehicle performance to care and cure of mechanical deficiencies for two thousand (2,000) miles or sixty (60) days from date of the purchase signed thereof.

**2.5a. Abuse of Process: Fraud: Intentional deception resulting in injury to another and Derivative**

PERJURED VEHICLE SALES

P-5

**Tort: An action in Tort based on the criminal conduct of defendants which resulted in injury's to Plaintiffs, and for which injury's Plaintiffs seek compensation. The term also applies to liability imposed on the Principal for wrongs committed by his agent; Can not take Bankruptcy or find other means to hide values..**

2.5b. Defendants positively breached their Warranty and commitment disclosures of perfected conditions

of the Suburban in general
**Exhibit # 2**

1

2    Defendants Attorneys and Personnel that received the commencement briefs, were given copies

3    of all of Plaintiffs Subject Matters. The Pictures were filed with the King County Court. Plaintiffs did not

4    plan on filing any exhibits with the Court Clerk until Plaintiffs were forced by the Firm of (Weil, Gotshall

5    & Manges, Now Defendants) whom ordered Plaintiff to cancel GMC as Defendants from our list, or go

6    to Jail within five days. I had no time to organize against their threats until later checking Federal and
Washington State Laws.

7    2.5c. This will not injure our trial as Plaintiffs have Copies for Grand Jury, Judge, Witnesses and Self

8    along with a very Good Brief on the positive damages created by defendants on the road accident, and

9    Eight Months precluding gain of health enough for Abdominal Injuries Surgery, extended: Never ending

10   Eye, Ear and Heart Problems to Plaintiffs. The Jury will not know of any previous Exhibits until Trial and

11   Defendants will attempt to ignore the facts.

12   2.6. Defendants were informed and ignored the vehicle was to be used pulling a Recreational Trailer, 30

13   foot plus in length, owned by Plaintiffs, that weighed approximately 7,000 pounds (31/2 tons) unloaded.

14   2.7.The Defendants egregiously perpetrated to Plaintiff's of the GMC Suburban 4 wheel drive vehicle

15   being in excellent, stable condition throughout. **Deceit: The Tort of Fraudulent Representation.**

16                                                                                               **Exhibit # 14**
     **2.7a. Egregious = Flagrant, Remarkably Bad Behaviour; Perpetrated = To Commit Something**
17   **Bad, Especially Crime; Conversely = Wrongful Intent which can result in Punitive Damages.**
     **Erroneous = Wrong, Incorrect, Inaccurate.**
18                                                                                               **Exhibit # 16**
     2.8. Defendants convinced Plaintiffs, if any mechanical problems should arise, the problems would be
19
     cured under the existing mileage warranty of which defendants bypassed in denial of inadequacies.
20
     **2.8a. Continued Abuse of Process and Breach of Warranty.**                               **Exhibit # 2**
21
     2.9. The Suburban was not yet equipped with an differentiator: (A transducer or circuit whose output is
22   Proportional to the rate of change of the input signal). An electronic brake control unit: used to activate
     the Trailer brakes in unison with each application of the towing vehicle hydraulic brakes. This unit is
23   mounted on the bottom inside edge of a towing vehicle dash board, for occasional testing and
     adjustment of trailer brakes response.
24                                                                                               **Exhibit # 15**
25   2.9a. Cornforth - Campbell Agency Purchased and installed an Electronic Activator.Trailer Brake Control,

PERJURED VEHICLE SALES
P–6

onto the Dashboard of the Plaintiffs Suburban; and egregiously convincing Plaintiffs to believe the

vehicle was conversely ready for Plaintiffs intended usage; thus binding Plaintiffs agreement to close

the purchase of the Suburban vehicle. An Activator is known to fail in 1 to 3 seconds of emergency use.

**Despotism: A Criminal abuse of Discretion.**    **Exhibit # 15.**

**2,9a1. False Swearing: Statement of What One Does Not Know to Be True. Every Unqualified Statement of What One Does Know to Be True Is Equivalent To That He Knows To Be False.**

**Exhibit # 14**

2.9b. An Official of Cornforth-Campbell partially instructed Plaintiff on the use of the Activator in

coordinating the Trailer brakes in unison with the application of the Suburban Hydraulic Brakes.
**The Activator was not capable of this performance**    **Exhibit # 15**

2.10. The Cornforth-Campbell GMC Salesman and Office personnel implied to Plaintiffs that the Agency

did not have a manual for the new Differentiator, nor the GMC Suburban and that they had prepared an

order to acquire the respective manuals to be readily delivered in the very near future. **Moral Certainty**
**Exhibit # 16**

2.10a. Cornforth Campbell did not know that Plaintiff Clinton had spent several years (earlier in life) as a

line mechanic for a large freight firm, plus many years with tractors and machinery of all sorts and of

course Automobiles. .

**Exhibit # 5**

2.10a. Plaintiffs later learned from a Recreational Trailer Dealership that the Differentiator should come

from the factory with a manual explaining the use and comparison of capabilities of each differentiator.
**Exhibit # 3**

2.11. Plaintiffs made many trips in Vain, to Cornforth Campbell Agency to attempt to get some of the GMC

Suburban mechanical problems corrected and to also get the manuals.    **Exhibit # 1**

2.11a. No repairs were ever corrected and the Agency implied nothing but excuses to Defendants about

the manuals being on order of which Plaintiffs have not received to this day.    **Exhibit # 16**

2.11b1.If Plaintiffs would have received the book on the model of Differentiator placed into the Suburban

by Cornforth-Campbell; Plaintiffs would not have accepted the purchase of the Suburban until a

reliable Differentiator was installed.

2.11b2. Plaintiffs would not have any need to pursue this cause of action for injuries.

2.11b3.The subject installation, attached logo was "Activator" of which Plaintiffs have been advised was

the name given to the first manufacturing of a trailer brake control, many years prior to Plaintiffs

purchase of the GMC Suburban.

2.11b4.Plaintiffs would remain a proud owner of their 1999 Suburban purchased from Cornforth Campbell

2.11c. This may have also negated Plaintiffs, in the trust of Cornforth-Campbell Vehicles, as has definitely

PERJURED VEHICLE SALES
P-7

been interposed as of date of discovery of the inadequacy of performance in mechanical repairs of the Suburban and of the subject limited brake control not being classified as a differentiator; that was the unnecessary cause of serious injury's and a very dangerous collision that could very well have included many others as will be accentuated within this brief.

**2.11d. Constructive Fraud: The Defendants Constructive Fraud, results when a fiduciary obligation is breached, despite of the motives or intent and gives cause to Exemplary Damages.**

2.12. Three times, a mechanics coordinator (boss), took a drive to test the Suburban brakes of which Plaintiff complained; was on occasion, pulling the Suburban to the left front on applying to slow down.

2.12a. Each time the coordinator stated he could not get any wrong movement from his brake application.

2.12b. This statement was disappointing and not acceptable to Plaintiffs continuing discovery's, after learning the true deficiencies bypassed, and hidden by Cornforth-Campbell Agency Dealership of GMC. of which will be exposed throughout this Brief.        **Defendants  False Swearing**

2.13. The vehicle pitch to the left upon applying the brakes, was not, as **yet**, prominent, but occasionally happened to Plaintiffs

2.14. On one occasion a mechanic, General Motors Corporation Mr. Good-Wrench was told by his coordinator, to remove the left front wheel and show the Rotor, Caliper and pads to Plaintiff.

2.14a. The mechanic stated  he did not want to take the time to pull off  the right front wheel as he declared to Plaintiff that the two front wheel assemblies were appropriately the same. **Wrong Intent.**

2.14b. As will be shown later under following paragraphs; Amid other brake deficiencies, the front rotors were improperly installed.

2.14b1. The Caliper Pins  were badly worn and not lubricated.        **See exhibit # 6**

2.14c. The mechanic conversely stated: It was one-heck of a job to unnecessarily pull off the back wheels.

2.14d. Plaintiff agreed that the left front rotor and pad did not look bad. The new pad was  deceiving.

2.14e. Unfortunately, Plaintiff had no comparison because of not being enabled to compare the right front brake and thus could not deny the farce.

2.14f. The following definitions represent the total and purpose of the brakes assembly.

**The Calipers are the Cylinders holding the brake fluid that comes through filled brake lines from a small tank full of reserve brake fluid.The pressure applied by a vehicle driver to the brake pedal, forces the Calipers to press the pads that are attached to the Calipers and placed free on both sides of the Solid Round Rotors which are Attached to the Vehicle Wheels. The pads grip the rotors to slow down or stop the vehicle depending on the pressure applied by the Vehicle Driver.**

PERJURED VEHICLE SALES
P-8

**(Often called Disk Brakes).**

- A shoe type brake system uses cylinders attached solidly to the axle instead of calipers.

2.15. Cornforth-Campbell: Mr. Good Wrench mechanic explained that all the vehicles brakes were in good shape and the entire vehicle had been thoroughly inspected or repaired to a condition of excellence.

**Perjury: False Swearing: Statement of what one does not know to be true: Every unqualified statement of that which one does not know to be true is equivalent to that he knows to be false.**

2.15a1. Plaintiff later discovered that the newly installed metallic pad on the left front of the Suburban was attached to the floating caliper on the axle frame with badly worn pins and approximately 3/16ths of an inch thinner rotor than the right front rotor and the Pins had not been lubricated.

2.15a2. This new metallic pad was disintegrating and dug chunks out of the left front rotor during  Plaintiffs first trips of a few hundred miles to Idaho and then to the Oregon Coast in the summer month of July of 2003 and then to Spokane in the early spring of 2004 equaling about 1800 miles The left front brake was really pulling hard left by then.

2.15a3. Prior to going to Spokane; Plaintiff had again appealed (the fourth time); to the shop supervisor for curing the Suburban brakes from pulling to the left on light or heavy application and was denied as was confirmed by Number 2.15 above; The day Plaintiffs received the response from the shop mechanic.

2.15a4. Plaintiffs obtained a Chilton mechanics manual and personally performed a complete brake job on front and rear of the suburban upon finding that the front Caliper pins were extremely worn. **Exhibit # 10**

2.15a5. The Pins mount the Calipers to the front axel and are required to slide back and forth very gently.

2.15a6. When the Caliper Pins are badly worn; they oscillate; thus are not totally cooperative in the slowing or stopping of the vehicle.

2.15a7. Plaintiff readily installed two new combination sets of calipers and Pins as required by the Chilton Manual.                                                **Exhibit # 6**

2,15a8. Plaintiff, not happy with the performance of the left front metallic break pad that broke off in chunks and charred the surface of the left front Rotar; Plaintiff then had the rotors polished by a city of Renton machinist and then installed new fiber pads and the brakes were excellent in response.

2.15a9. Plaintiff also found that the Cornforth-Campbell Agency Dealership of General Motors Corporation Mr. Good Wrench Mechanics diagnosis of the rear wheels being very difficult to remove was a sign of **Subornation of perjury**. The crime of procuring another to make a false oath.

PERJURED VEHICLE SALES
P–9

2.15a10. The rear wheels did not appear as though they had been removed since leaving the factory and did not have new brake pads until Plaintiff installed them in April of 2004. **Receipts : Exhibit # 10**

2.16. In vain, Plaintiff complained about the headlights being extremely dim.

2.16a. On at least two occasions. Plaintiff Clinton received egregious implications by other Cornforth - Campbell Agency Personnel in the mechanics department, that they had brand new GMC Vehicles recently received from the factory with dim head lights and they indicated it was to be an expected performance.

2.16b. This appears to Plaintiffs as a slam at General Motors`Corporation Assembled Products.

2.17.The Cornforth-Campbell personnel must think anyone purchasing from them must be novices.

2.18. If Plaintiffs would have received the Electronic Brake Control Manual; Plaintiff would not have **See Plaintiffs Mechanics Resume: Exhibit # 5.** pulled the trailer the first 10 feet, until Plaintiff would take the Suburban to a Recreational Vehicle Dealer and have the newly installed activator replaced by a positive action differentiator/activator.

2.19. As will later be defined: Plaintiff is quite certain that if Plaintiff had not Purchased a Chilton mechanics manual from an Auto Parts dealer on the Suburban and then Personally performed a complete brake job on the suburban; Plaintiffs and most probably, several other emergency stopped Freeway I-5 travelers, would have succumbed in a horrible fiery death. **Chilton Manual: Exhibit # 6.**

2.20. Absolutely, None of the much needed repairs, were ever corrected by Cornforth Campbell GMC Mr. Good-Wrench; and the Agency implied nothing but excuses for repairs or the owner manual on the Suburban or the Actrivator for the Trailer Brake Control.    **Differentiator Manual Book: Exhibit # 3**

2.20a. The Activator installed and lack of a promised book on functioning and reliability is one of the major criminal factors in this law suit. **Cant Take Bankruptcy to Cure: Willful and Malicious**
**Conduct, or find other means to hide values.**
2.21. After considerable driving and discovering the many needs and denials of those needs of repair and replacement contrary to Cornforth-Campbell Notices of perfect condition of the Suburban prior to sale;

2.21a. Defendants theory and performance could not be trusted. Plaintiffs did not purchase the vehicle to set on display.

2.21b.The vehicle should not have been allowed on the road in its un-stable condition at time of Purchase.

2.22. The Flyers on the Suburban along with the denial of a differentiator manual and Sales and Mechanics departments Perjured Analysis of Brakes and Lights conditions along with vehicles faulty

PERJURED VEHICLE SALES
P-10

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof
16300-184th ave S E Renton, WA 98058-0903

battery causing engine faltering, was criminal subversion and an absolute denial of Facts by Cornforth Campbell GMC Agency.

**Malpractice and Vicarious Liability**

**2.22a. Malpractice: A Professionals improper or immoral conduct in the performance of duties, either intentionally or through carelessness or ignorance.**    **Exhibit # 14**

III.

### DEFENDANTS DANGEROUS NEGLECT AND RESULTS

3.1. Plaintiffs re-allege each and every allegation contained in paragraphs 1.1. through 2.22a. herein.

3.2. In Early July of 2003; Plaintiff went to a Parts dealer and procured installation of two (2) new light bulbs to enhance night vision prior to Plaintiffs going on vacation to Silver Creek Hot Springs Resort on a mountain top above the Payette River, and about a hundred miles East of Boise, Idaho.

3.3. From Silver Creek, Plaintiffs left for the Oregon Coast to join our Youngest Daughter Melanie and Husband Ken and family of four children for one week of which we usually met and Camped at Bandon, Oregon for one week.

3.4. Plaintiffs chose to drive along the Snake and then the Columbia Rivers to Portland, Oregon, then South on the Freeway I-5 to Salem, Oregon; Then Westerly to the Coast and Bandon, Oregon.

3.4a. When we arrived at Pendleton, Oregon; It was a real clear night and Plaintiffs chose to drive through the night and enjoy the beautiful Full-Moon.

3.4b. This was on a Sunday evening and the traffic was very scarce; mostly Trucks; whom kept signaling all night to us to Dim our Lights of which were already on dim.

3.4c. We finally stopped at the Dalles, Oregon and camped in a station lot until day-light and then on to Bandon in the early A.M.

3.4d. Plaintiff checked the Headlamp Lens to see if either one was broken. It had appeared as though the Lens were broken during our driving of which was not the event.

3.4e. Upon arriving home at the end of the week and with no other night driving; Plaintiff then went back to the Dealer from whom we had procured our bulbs and then purchased mounting of two new Lens.

3.4f. The headlamps are called Lens. And the bulbs come separate except in a new lens purchase.

3.4g. Because of little night traveling at home; Plaintiff did not realize of the distorted head-lamps from age or possible past heat exposure until truckers complained by blinking their lights and Plaintiffs passed enough Oregon Trees to see the distorted lights were shinning partially on the road, but mostly in the trees.

**Headlight "Lens" Purchase Receipt: Exhibit # 10**

PERJURED VEHICLE SALES

P-11

3.4h. No wonder they were dim. Thanks to Cornforth-Campbell and GMC Mr. Good-Wrench.

3.4i. Plaintiff did learn of the lights being dim and consequently had paid a parts dealership to install new bulbs after complaining the fact to Cornforth-Campbell whom chose to ignore the dangers of dim or distorted head-lights in abuse of General Motors declaration of Mr. Good Wrench of which appears to only be considered as an "inspiration to override buyers confidence".

**Exhibit # 1**

3,5, The engine had stalled during warranty and about five miles from Plaintiffs residence; Plaintiff reacted and coaxed the vehicle to a near by: Schucks Auto Parts Dealership at Covington, Washington.

3.5a. Plaintiff could not properly test the vehicle as it was turning dark; Plaintiff Clinton then called a tow truck to move the vehicle to Plaintiffs residence where Plaintiff had equipment to analyze the problem.

3.6. The battery had a dead cell and would not take a charge.

3.6a. Plaintiff then checked the spark Plugs and determined need to install new spark plugs.

3.6b. Plaintiff purchased and personally installed a Heavy duty battery and all new spark plugs.

3.7. Plaintiffs soon found the GMC Suburban Vehicle had many other perpetrated performance problems.

**Exhibit # 10**

3.8. Plaintiffs had found the battery life had been exceeded and was the cause of the engine erratic actions; especially in starting the engine.

3.8a. Plaintiffs found the engine overheated to 28O degrees.

3.8b. Plaintiffs were told by Cornforth Campbell personnel in the mechanics Department, that the water temperature of 280 degrees was good for the motor, thus declining service.

**Perjury**

3.8c. Plaintiffs purchased and installed a 180 degree thermostat and a new radiator cap and never again witnessed any temperatures above 180 degrees. (212 degrees is the boiling point) **Exhibit # 10**

3.9. Plaintiff reiterates that receipt of the trailer brake control (Differentiator) manual could have informed Plaintiffs of an unacceptable, contemptible performance by Defendants in the installation of an inferior Activator and again in procrastinating about not having a manual to explain the quality and use of the Activator, as disclosure from the manual, could most probably, not have met Plaintiffs approval and most probably negate the sale.

**Differentiator Manual: Exhibit # 3.**

3.10. The Activator short response, caused a very serious wreck, severely injuring both Plaintiffs.

3.10a. Caused Plaintiff, Clinton M. Tullis to have serious Body Injury's involving casts and major surgery's for most of two years.

**Medical History: Exhibit # 8**

PERJURED VEHICLE SALES
P-12

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184ᵗʰ ave, S E Renton, WA. 98058-0903
phone: 425-226-7399

3.11. The surgery performed on April 28, 2005 was performed only after stabilizing Plaintiff: Clinton. M. Tullis Heart injury conditions maximized by the Collision.

3.11a. The surgery was to repair two huge lower inguinal "hernias" procured during the collision that were caused to rupture during the collision and protruded Completely across Plaintiffs lower abdomen..

3.11b, Plaintiff; Clinton also pulled the ligaments loose from his left wrist in fighting to turn the Suburban to the right and off the vehicle in front of which contained a young mother and her pre-teen daughter.

3.11c. Clinton wore a cast on his left arm for about one and one-half (11/2) years and cannot completely fold his left index finger as yet without pain.   **Medical Attention: Exhibit # 8**

3.12. The suburban Air bags had broken and Clinton thought Plaintiffs were going to die in a fire; fed by almost forty gallons of gas procured in Vancouver, Washington on the way home from vacation on the Oregon Coast. Clinton was determined not to take others with Plaintiffs, if at all possible. . **Exhibit # 4**

3.13. As it turned out; the air bags exploding produced the smoke and fire appearance.

3.14. The collision severely reduced the mental and physical stamina required in Plaintiff Clinton Real Estate Profession.

3.15. Plaintiff remains strained in catching up in Plaintiffs home yard and garden upkeep

3.16. All for which Plaintiffs are remaining suffering and most possibly will never fully recover. **Exhibit #14**

3.17. Plaintiff: Margaret L. Tullis was severely injured with the air bags burst and the sudden impact of the Suburban onto the pavement as Plaintiffs successfully escaped the vehicle we had contacted and luckily, the right lane had cleared enough to allow Plaintiffs the room.   **Exhibit # 4**

3.18. Plaintiff Margaret previously had a slight hernia of the upper stomach which expanded in the collision and remains an increased problem with her hopes of curing, slightly shattered by being told "that type" of operation is very dangerous.   **Exhibit # 11**

3.19. Plaintiff Margaret spent a miserable night at the Centralia Hospital, even given excellent care.

3.20. All of the above mechanical problems could have easily been cured, if Defendants were capable or serious of performing a proper analysis and considerations, in lieu of the Cornforth Campbell GMC Agency dealership, employees procrastination and denial of proper service to Plaintiffs.

3.20a. The absolute responsibility of the Dealership and General Motors Corporation Criminal infractions.

**3.20b. Defendants actions resulting in this Lawsuit qualify as: Special Proceeding Damages.**

PERJURED VEHICLE SALES
P-13

Clinton M Tullis and Margaret L Tullis
and the patrimony relationship thereof as ProSe
16300-184ᵗʰ ave, S E Renton, WA. 98058-0903
phone: 425-226-7399

Damages beyond other damages; A Proceeding providing extraordinary Relief Such as Exemplary Damages.

**Exhibit # 7**

3.21. Defendants Acts of Deceit: The Tort of Fraudulent Representation; Concealing Something or Making false Representation with an evil intent. (Scienter) when it causes Injury to another. Willful -Malicious Conduct : (FRAUD)=Can not take bankruptcy or find other means to hide values

**Exhibit # 13**

3.22. None of the egregious promises or mechanical corrections was ever performed by Cornforth Campbell, regardless of being within the time frame of the Vehicle Warranty provided to Plaintiffs on date of Purchase.

3.23. In regards to Plaintiffs Purchase from Cornforth-Campbell; The Agency "Declaration of Mr. Good-Wrench" is void of proper supervision by General Motors Corporation. Apparently only utilized by Defendants as a hot Sales Pitch. **Breach of Warranty: Exhibit # 2; & Mr. Good-Wrench: Exhibit # 1.**

3.24. The agency utilizing the GMC add of Mr. Good Wrench, along with the Agency denying the Electric Trailer Brake Control "supplied manual", was erroneously denying consideration to the Public and Plaintiffs as severe endangerment.

**Tortious Conduct Exhibit # 3**

IV.

## DEFENDANTS INEXCUSABLE NEGLECT AND EFFECTIVE COMPARISON

4.1. Plaintiffs re-allege each and every allegation contained in paragraphs No.1.1. through 3.24. herein.

4.2. After the collision and desperately needing the Trailer Brake Control for probable proof of all details;

4.3. Plaintiff called the people Plaintiffs had Purchased the Wilderness Trailer from and they informed us of a Tacoma Dealership and address for us to see about a differentiator manual.

4.3a. Plaintiff went to the agency, of whom the private individual we purchased the trailer from, had in fact originally purchased the Wilderness Trailer from and asked for their assist in locating us a manual describing the particular differentiator that we were so reluctantly denied by Cornforth-Campbell Agency city of Puyallup Dealership of General Motors Corporation and Mr. Good-Wrench.

4.3b. Plaintiffs performed three trips to a South Tacoma Recreational Vehicle dealer and a party working in supplies had taken it upon himself to order and procure two (2) manuals for Plaintiffs dilemma.

**Exhibit # 3**

4.3c. Upon analyzing the information in the manual; Plaintiff (Clinton M. Tullis) was exonerated from any blame whatsoever at the collision responsibility trial in Chehalis, Washington.    **Exhibit # 7**

4.4. Plaintiffs had used the trailer for vacations to the Oregon Coast and to Idaho Payette Lakes, for and during the three previous years, prior to Plaintiffs purchasing the subject 1999 GMC Suburban.

4.5. Plaintiffs Son in Law: Ken Kalliainen, had pulled the trailer for those three years with his ¾ ton Ford

PERJURED VEHICLE SALES
P-14

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

pickup, as Plaintiffs were vacationing with Ken and our youngest daughter "Melanie" and their family of four children.

4.6. Each trip, Plaintiffs followed the Kalliainens and we did not encounter any problems; no matter how rapidly Ken was forced to stop, or how rough the terrain we were negotiating, or how heavy the load.

4.6a. At that time; Plaintiffs loaded Wilderness Trailer had the load of at least six bicycles, family tents and lots of Kalliainens family camping gear, general provisions, camping tools, cook-ware, mechanics tools, wrecking bars for emergency use and often "some fire wood and parking blocks, along with tow chains, work and dress clothes and bedding etc. on the trailer, readily sustaining necessary travel speed so as not to delay or bother other vehicles traveling in back of us or wanting to pass us.

4.6b. The trailer load was much heavier than that pulled by Plaintiffs as the Kalliainens determined to pull a U-Haul Trailer for extra convenience of loading and unloading and two "side by side parking spaces.

4.6c..Plaintiffs were always within 200 feet behind the Kalliainens and Plaintiffs Trailer to vacation points, mostly on the Oregon Coast for the three years of 1999 - 2002 inclusive.

4.6d. Several times Ken had to brake down rapidly as someone coming towards us may be passing in a restricted area. Ken's differentiator (electric trailer brake control) always performed absolute response at any and all times in necessitating a stop, whether sudden or casual, no matter whether day or night or how badly or roughly Ken was challenged.

4.6e. Ken's trailer brake control had been installed upon purchase of his vehicle, by whom he purchased his ¾ ton vehicle from and never hesitated on any need to respond, during Ken's towing Plaintiffs 30 plus foot Wilderness Trailer for approximately four thousand miles of all types of terrain and road conditions, prior to Plaintiffs purchasing their own vehicle: (The subject 1999 GMC Four wheel drive Suburban from Cornforth-Campbell GMC Agency-Dealership).

4.6f.The Trailer Brakes were excellent and always responded to any demand.

4.7. The trailer was perfect for Plaintiffs, as it was large enough and constructed to have privacy when necessary, even when others visited or stayed in the fore half, which was often, and well loved and of which we readily joined prior to or.after our rest. Plaintiffs and the Kalliainen family really miss the trailer.

4.8..Thus, Plaintiffs had been easy to convince that the GMC Suburban was capable of like performance.

4.9. Plaintiffs didn't dream of the GMC dealership; in applying a new " trailer brake differentiator"(Activator)

PERJURED VEHICLE SALES

P-15

Clinton M. and Margaret L. Tullis Pr0Se
16300-184ᵗʰ ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

on our acquired vehicle would perform any different.    An absolute:  **Breach of Trust**

4.10. Plaintiffs became easy victims of  Cornforth-Campbell agency dealership Warranty's and GMC

Corporation bragging Mr. Good Wrench.    **Willful Malicious Conduct & Vicarious Liability**

4.11.Cornforth Campbell **denied** their commitment to **Specific Performance. Plaintiffs Letter to Dealer Exhibit # 9**

4.12. Defendants GMC and Cornforth - Campbell have given Plaintiffs the opinion of the dealers

believing: every one dealt with, must be unknowledge able as to the actual performance and upkeep in

the vehicles they purchase. They also appeared to treat Plaintiffs as Aged and incapable of lengthy

travel. Their overwhelming promises to Plaintiffs were deluded lack of consideration and appears to be

perpetrated only for purposes of sales.    **Criminal Acts**

**Wash. App. Div. 2 1996. "Criminal Act" May be described as both affirmative act, or omission of possible and legally required performance.—State v. Chester, 918 P 2d. 514, 82 Wash App. 422, review granted 928 P. 2d 412, 130 Wash.2d 1016, affirmed 940 P2d 1374, 133 Wash. 2d 15. Criminal Law 26.**

4.13.They also appear to believe that every one on the road stays near home or can vacation in a motel

or hotel if they break down on the road and that any repairs they may need will only cost a few dollars

even on holidays, weeks or week-ends, a short stay on their way, with Pleasure Time to spare, and not

giving consideration of short vacations with defined essential procedures.

**Breach of Warranty Exhibit # 2**

4.14. Defendants unreasonably and thoughtlessly, seriously endangered Plaintiffs and Publics lives.

4.15. Should we look at the entire organization as being sadists, resolved to test results of their Fraud.

**Criminal Wrongful Intent**

4.15a.The Dealers are in as much danger as anyone. They may be ok in their vehicle but that does not

apply to their meeting others, passed on the road in questionable vehicles, no matter which direction

they are traveling..

**V.**

**HISTORY INCIDENTAL TO DEFENDANTS DECEPTION**

5.1. Plaintiffs re-allege each and every allegation contained in paragraphs 1.1. through 4.15a..

5.2. Plaintiffs is quite positive; The improvement of the Suburban brakes by Plaintiff Clinton; Is the only

reason that Plaintiffs and most probably others remain alive that were involved in or near Plaintiffs

Collision on Northbound, Freeway I—5  near Centralia, Washington in July of 2004.

5.2a. The  GMC Agency - Dealership of Cornforth-Campbell could have been the cause of the death of

several people in that collision for their neglect of curing the malfunctioning GMC Suburban Brakes

under Warranty.

Clinton M. Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S E Renton, WA. 98058-0903
phone:  425-226-7399

5.2b. Plaintiffs, beyond a reasonable doubt, swear that it is highly probable that some.of us would have perished in a fiery collision of which most likely would have included both vehicles in front of Plaintiffs and others already stopped bumper to bumper in the right Lane.

5.2c. Plaintiffs were in the left Lane where the two Parties contacted by Plaintiffs; were already bound together and only one-half off the left lane awaiting Authorities to analyze their prior collision.

5.2c1. NOTE: Those parties were right next to a concrete barrier and could not clear the road in entirety.

5.3. Defendants knew the (Activator), Trailer Electric Brake Control was questionable or they should have known. (Plaintiff is informed the manual becomes part of the Unit Purchase and the manual explains the ability of a differentiator to activate on demand or otherwise under certain circumstances.

5.3a. The manual gives a line for operation showing that the Activator installed by GMC Agency Dealership of Cornforth Campbell; was known to be slow in responding and was known to collapse during the first second of hard use.

**Exhibit # 3**

5.3b. The Book shows: At 60 Miles per hour, a vehicle travels at 88 feet per second; Plaintiffs were Traveling at 50-55 miles per hour;

5.3b1. The vehicle speed appeared to drop to about 15 miles per hour in the first second of hard use; Meaning the differentiator appeared to activate, then quit after the first 30 to 50 feet of travel.

5.3b2. Meaning the trailer brakes were not working after the first 30- 50 feet and  the trailer was pushing the Suburban for the last 150 -185 feet.

5.3c. This is the way it felt to Plaintiffs and shows by the bent trailer ball hitch.   **Exhibit # 4**

53c1. The extra heavy duty ball hitch, bent forward for at least (1/2) one half of an inch.

53d. The Suburban suddenly felt as though Plaintiffs were floating on Air, from the immense pressure of the Trailer without working brakes.

5.3e. The Trailer pushed so hard; The Trailers full length of: (2 Steel Channel Frames) folded in the center and did so much incidental damage to the trailer, that the Trailer was not repairable: A total Loss.

5.4. This type of Differentiator had not been used for over twenty years by the Recreational Vehicle Dealership, whom supplied Plaintiffs with the 2 books prior to Plaintiffs appearing in the Chehalis District Court for determination of fault.

**Exhibit # 1.**

5.5. The heavily loaded trailer pushed the skidding Suburban for about (150 to 185) feet before the

PERJURED VEHICLE SALES

P-17

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184ᵗʰ ave, S E Renton, WA. 98058-0903
phone: 425-226-7399

Suburban left front wheel slowly climbed upon the center of a heavy 4-wheel drive vehicle # 2 that had also collided into another heavy Pickup or Suburban # 1, in front of the vehicle Plaintiffs contacted.

5.5a. Plaintiffs Suburban; Vehicle N0 3; Suddenly tilted to the right and Plaintiff could see the left front wheel very slowly climbing up over the rear bumper of the vehicle in the immediate front of Plaintiffs.

5.6. Margaret was leaning slightly forward and Plaintiff Clinton, grabbed her by the shoulder and pulled her away from the right front doors glass window, just as the air bags broke and forced her back far enough to be somewhat protected by the right door frame beside her seat.

5.6a. The Air Bags Exploded and Plaintiff thought we were on fire.

5.6b. Plaintiff could see a Blonde woman on the drivers side of a Red Pickup in front # 1 and a small Blonde Girl on the right side of the Red Pickup in front; as Plaintiffs Suburban was now tilted to a 30 to 45 degree angle and Plaintiff was able to see down through their back window

5.6c. Plaintiff was certain we were to die in the fire and didn't want others to join us if possible to prevent.

5.6d. Plaintiff defied the Air Bag and turned the Suburban Steering Wheel hard right, hoping to escape the vehicle we climbed upon. Plaintiff again, applied extreme pressure on the Suburban Brakes.

5.6e. The Suburban Right Front Wheel Grabbed the Pavement and threw Plaintiffs to the right and off the vehicle Plaintiffs had climbed upon; This working, also kept the Suburban from laying over on its side.

5.7. With Plaintiffs Engine still running, Plaintiffs slowly drove around the No. 2 attached vehicle to a very slow stop along side of No. 1 vehicle.

5.7a. Plaintiffs Suburban Broke the frame just behind the back door and the Suburban Front Wheels also broke their framework and each wheel now pointed in opposite directions.          **Exhibit # 3**

5.8. Plaintiff Clinton climbed out of the Suburban and ran around to the right front door to assist Plaintiff Margaret in getting out of the smashed vehicle.

5.8a. Then seeing there was no fire, commenced helping Margaret towards the trailer where she could lay in bed until an Ambulance could arrive.

5.8b. A lady Plaintiffs believes was Keri Knorr, driver of vehicle No. 1, immediately came to assist in getting Margaret to the rear door of the Trailer and to get Margaret onto the bed and see if she could help her relax in any way possible.

5.8c. The lady (Keri ?) asked Clinton if we had collided with No. 2 vehicle. Clinton answered with yes, we and the palimony relationship thereof as ProSe
16300·184ᵗʰ ave. S E Renton, WA. 98058-0903
phone: 425-226-7399

PERJURED VEHICLE SALES
P-18

had. slowly crawled upon vehicle No. 2. (Keri ?) stated she thought so as she had felt a slight thump.

5.9. The collisions were created by about a dozen vehicles in front making sudden stops, one just right after the other and luckily only the left lane had any known collisions, as the vehicles in the right Lane, were able to move aside soon enough to allow Plaintiffs the room to get off the contacted vehicles.

5.10. A long line of Vehicles ranging from 50 to 70 miles per hour and suddenly stopping is bound to procure contact even though reactions from most drivers are comparatively instant.

5.11. Plaintiffs left two (2) wide lines of deeply burned Asphalt tracks for about two hundred (200) feet in length from the Suburban Braking of which it could not capably stop prior to collision.

5.12. The differentiator manual, Plaintiff finally procured from a Recreational Vehicle Agency, after the wreck (collision) absolutely states that the manufactures differentiator placed in Plaintiffs Vehicle; was known to collapse within one to three seconds of heavy usage.     **Exhibit # 3**

5.13. Plaintiffs reiterate;Tthe Recreational Vehicle Dealer; that afforded two books on the various Differentiators inclusive of the type installed on Plaintiffs Suburban by Cornforth-Campbell; Had not supplied or used this type of Differentiator (termed as activator), for at least twenty years.

5.14. Plaintiffs were doing approximately 50-55 miles per hour when attempting to stop quickly of which at the very first, slowed to about one-third or 15 miles per hour, and then continued very slowly; slowing down and unbelievable at not completely stopping, but was like very slowly floating on air as Plaintiffs could feel the heavy pushing effect from the trailer.

5.15. Margaret got a bad beating, from the Air Bag Explosion and spent a very bad night at the Centrailia Hospital even though she had excellent care.

5.15a. Margaret became paranoid to travel on a Freeway and occasionally freaks out when she sees another vehicle in front of or coming towards us.

5.15b. Both Plaintiffs are remaining slowly improving in overcoming the physical set-backs.

5.15c. Our yard work and House maintenance has been neglected of which Plaintiff Clinton can only perform from two to three hours at a time, and which has also slowed down Plaintiffs planning Real Estate Projects.

5.16. The damaged trailer has a thin skin of aluminum or plastic siding on its entire exterior. This was only slightly dented to less than a quarter of an inch deep on only two (2) of the four (4) inch siding slats that

PERJURED VEHICLE SALES
P-19

and the palimony relationship thereof as ProSe
16300-184th ave, S E Renton, WA. 98058-0903
phone: 425-226-7399

rubbed number 2 vehicle for a length of about two (2) feet. A person could dent the trailer that much with his fingers.

5.17. Plaintiffs had not had any experience or knowledge of and with a differentiator. It had been about thirty years since Plaintiff pulled a "light over-night trailer" of a friends that insisted on our using it on a vacation trip to California, and did not have any trailer brakes.

5.18. Plaintiff needed reference of a book on the differentiator brake and comparable systems to be able to know what was sufficient or the most efficient and proper usage and reliability.    **Exhibit # 3**

5.19. Plaintiff would have complied to change accordingly, Cornforth-Campbell and General Motors Corporation Mr. Good-Wrench assist that appears not to properly perform maintenance or repairs as per Warranty and perpetrated assurances to Purchasers of their GMC vehicles.

## V I.
## CLAIM AND PRAYER FOR RELIEF

6.1. Plaintiffs re-allege each and every allegation contained in paragraphs No.1.1. through 5.19 herein

6.2. Plaintiffs Pray for relief from this Court, for Summary Judgment in consideration of the Summation of the evidence of indisputable facts of Injuries afflicted upon Plaintiffs referenced throughout Plaintiffs Brief in this Law Suit against Defendants: General Motors Corporation, and trusted agency dealership of Cornforth-Campbell in denial of declared specific performance and consequently performing criminal fraud and derivative torts for which Plaintiffs deserve Special Proceeding damages for Injuries from the many criminal infractions of Defendants non-becoming to the quality of leadership and responsibility, rightfully expected by the Public for General Motors Corporation and Agency Dealership of Cornforth-Campbell whom perpetrated Warranty's, and fictional assurances of conditions of Plaintiffs Purchase; Then denying maintenance and influence of General Motors Corporation through their advertised "Mr. Good-Wrench, thus severely endangering Clients, trusting Plaintiffs and the Public health and welfare.

6.3. Defendants continuously denied advertised expert maintenance and care to assist Plaintiffs that could or would have prevented Plaintiffs GMC Suburban from having a collision that very nearly could have cost Plaintiffs and others their lives in a deadly fiery crash and resulted in Plaintiffs losses including severe body injury's, loss of stamina, loss of time with family and friends and loss of income, for which Defendants continually manipulated to avoid all visual rules of law pertaining to their acts of deceit analogous to Defendants perpetrated warranty and assurances of genuine conditions of the

PERJURED VEHICLE SALES
P–20

Clinton M. Tullis and Margaret L. Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S E Renton, WA. 98058-0903

Suburban; along with installation of a non-conforming, inadequate "trailer brake control" and refusing any factory reference to its capabilities and rightfully concluded as criminal actions of an egregious Fiduciary.

6.4. The Suburban was not in a condition that it should be on the highway and Plaintiffs were assured that it was in positively excellent condition.

6.5. The body was beautiful and deceitful.

6.6. The mechanical functions were negative, inclusive of the braking system being dangerous.

6.7. Payment to Plaintiffs and shaming Defendants for their dangerous acts to the citizens of the United States and their visitors, should show our Legislators that their is a dire necessity of changing the rules pertaining to each and every vehicle used in any manor on any of the nations roads and decision is to also examine every vehicle coming into our nation whether by ship, plane or just being driven or hauled by neighboring country citizens.

## VII.
## NOTE FOR MOTION

7.1. Plaintiffs re-allege each and every allegation contained in Paragraphs Nos. 1.1. through 6.7. herein.

7.2. Plaintiffs/Claimants motion for this Court to order summary judgment as special proceeding and compensatory damages in summation of the crimes committed in this case; and giving consideration of the overwhelming moral certainty of Plaintiffs/ Complainants beyond all reasonable doubt, of Derivative torts continually, dangerously performed by Defendants; needlessly causing Plaintiffs/Complainants injuries, including income and property losses of the past, present and future and for the crippling, ruinous, tortuous, personal, mental, physical and monetary injuries; of which can only be partially repaired or satisfied by monetary reparable damages from Defendants willful - malicious conduct and derivative torts to Plaintiffs; Properly amounting to payment to Plaintiffs by Defendants of Eighty Seven Million and no/100 Dollars ($87,000,000.00) for said Injuries prevailing; Applicable to the Defendants continuously manipulating with malice, to avoid all visual rules of law in specific performance as per advertisements and promises pertaining to their acts in denial of assist to Plaintiffs that could have prevented Plaintiffs from having a collision resulting in and continuing Plaintiffs multitude of serious Injuries.

7.3. As a result from the Unnecessary Accident, Plaintiff Clinton has consistently been notified to keep an essential appointment with the VA Hospital to check and keep Plaintiff in as good a shape as possible for his survival.

PERJURED VEHICLE SALES
P~21

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th Ave, S.E. Renton, WA. 98058-0903

7.4. On this _____ day of _____; This Court does hereby rule this case in favor

of: Clinton M. Tullis, ProSe and Margaret L. Tullis, ProSe and the community comprised thereof.

The Defendants known as: Cornforth-Campbell and General Motors Corporation are hereby ordered to

pay what Plaintiffs ask for; in the sum of Eighty Seven Million and No/100ths Dollars to be paid within

_____ days from this _____ day of _____ 20_____, If Payments are effected,

after this time and recognized for a short term; Interest will accrue @ 1&1/2 % per month from date of

Court signature on this documented brief until payments are paid in full.

THE OFFICIATING JUDGE OF THIS CASE AGREES TO SWEAR TO THE OATH OF OFFICE
AS INITIATED BY THE CONSTITUTIONAL LAWS: MAINLY, THE SEVENTH AMENDMENT.
SEE PARAGRAPH NO. 1.4b., Page # 3.

_____
Judge/Commissioner

_____
Clinton M. Tullis ProSe          date

_____
Margaret L. Tullis ProSe         date

_____
Clinton M. Tullis
16300-184th ave.; S.E. Renton, Wa. 98058-0903
Phone and Fax (425) 226-7399

_____
Margaret L. Tullis
16300-184th ave. S.E, Renton, Wa. 98058-0903
Phone & Fax:   425-226-7399

I _Irene Balbuena_____ being a
Notary Public in and for the State of Washington
do hereby swear that on this _2nd_ day of :
AUGUST 2011;   I witnessed the Tullis's
signatures on this portion of this document

My commission expires on _05/01/2012_

PERJURED VEHICLE SALES
P-22

Clinton M. and Margaret L. Tullis Pr0Se
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

| Points and locations in order | Numbers Definitions | Numbers Definitions |
|---|---|---|
| 1). MR. Good Wrench & Nations Agency's | (9). | Letter to Comforth-Campbell after several denials of |
| (2). Warranty & Declarations of Conditions | | needs of Service and disillusioned cure for perjured |
| guaranty of . (3). Differentiator Book (Manual) | | perfect condition of vehicle. |
| (4). Bent Trailer Ball Hitch | (10). | Headlamp Lens and Bulb replacements, Brakes.. |
| (5). Plaintiffs Mechanics Resume | | Battery, Engine repairs, Parts, Supplies, etc. |
| (6). Chilton "Mechanics Manual" | (11). | Duel Responsibility-Complicity (Corporation & Agency's) |
| (7). Chehalis District Court | ( 12) | Obligations of Manufacturers in assembly of all motor vehicles. |
| (8). V.A. Medical History | (13). | Upon General Motors receiving Plaintiffs first Complaint; Mr. Rick Van |

Waggoner immediately ordered stronger qualitive of metal and welding in all vehicle frames and steering assembly's of all General Motors new vehicles. He sent Plaintiffs a notice of the order and contributed the change to Plaintiffs understanding, plus offered $15,000 to Plaintiffs on any new purchase of a GMC Vehicle. We have had the same response from three other GMC Leaders offering $25,000 reduction offers to Plaintiffs from any GMC vehicle purchase by Plaintiffs.

(14). Comforth Campbell Agency perjured advertising and Supervising on false repairs.

(15). Plaintiffs: Call for Grand Jury Determination in event of any denial of Plaintiffs Summary Judgment

(16). The Crushing of Plaintiffs health; with delayed, doubled, huge Lower Inguinal surgery's, arm and wrist slings & wrap supports, medicines, Ex-rays, Scans and a Heart Pace Maker and continual examinations; essential for survival through efforts at the Veterans Hospital. All from neglect of proper surveillance and questionable survival conditions Defendants perjured; in anxiety to rid the one-half portion of their responsibility to Plaintiffs through recently transferring their total Agency responsibility inclusive of the most recent Summons and Complaint of this Case to their Insurance Company in California of whom has made contact with Plaintiffs and is waiting for Plaintiffs decision of which Plaintiffs will place this brief and Exhibits to Defendants assistants inclusive of trial dates for finality of each Defendant.

(17). Defendant Comforth Campbell: Willful, Malicious Conduct, declaring Plaintiff's Purchase passed a rigid inspection and has been reconditioned to the highest standards.

(18). Willful, Malicious Conduct in pressing for new sales through advertising of GMC Mr. Good Wrench at all of GMC U.S. Agency's; Cannot take Bankruptcy, or find other Means to hide Values.

(19). Willful, Malicious Conduct of Weil, Gotshal & Manges LLP becoming responsible for Motors Liquidation Company and Representing General Motors Corporation to Federal Government in Chapter 11 Bankruptcy. Chapter 11 certain when it can be allowed to a party/Organization, etc. that has an income and history of capability to make payments on their Debts.

*So warranty will get off easy by paying their bill.*

General Motors is and has been an Accesory to its Agency of Cornforth-Campbell in Puyallup, WASHINGTON THAT Committed many Criminal Acts and Injuries to Plaintiffs amidst an enormous sum of PeRjury about perfection of a GMC Suburban purchased from Cornforth-Campbell that caused lifelong hearing & heart damages to Clinton along with eight months of super "Lower Inguinal Hernias, not being overcome by SURgery for eight months because of the enormous damages AND IF Clinton had not been a mechanic for many years; would have led to the deaths OF SEVERAL CAR LOADS OF PEOPLE STOPPED FOR EMERGENCY ON THE Chehalis and Centralia portion of I-5 Super Highway. Plaintiff Margaret had to spend the balance of the day and all night at the Centrailia Hospital for bruises encountered from Plaintiffs contact of the vehicle nearest and waiting in front because of a earlier contact caused from about a quarter of a mile ahead vehicles suddenly having emergency stops. She has not completely overcome her injuries and fright to date. We have well earned more than we have asked for.

WE WILL NOT QUIT UNTIL PAID.

Exhibits & Facts
for actionable briefs
Numbers 1-19
Page 23

Clinton M Tullis and Margaret L Tullis
and the patrimony relationship thereof as ProSe
16300-184ᵗʰ avg S E Renton WA 98058-0903

| DOCUMENT NUMBERS | EXHIBITS | | NO.S | EXHIBITS | NOS. | EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | | 2.9------ # 17 | | | |
| 1.2a ----- # 1 & 2 | | | 2.9a------- # 15 | | 2.22a------ # 14 | |
| 2 | 1.3------ # 11 | | 2.9a1----- # 14 | | 3.4g------ # 10 | |
| 1.3a1---- # 2 | | | 2.9b ---- # 2 | | 3.4i------- # 1 | |
| 3 | 1.3a2----# 2 & 14 | | 2.10 ----- # 15 | | 3.6b------ # 10 | |
| 1.3c --- # 13 | | | 2.10a----- # 5 | | 3.8b------ # 9 | |
| 4 | 1.3d --- # 11 | | 2.10b ---- # 3 | | 3.8c---- # 10 | |
| 1.3e2---- # 18 | | | 2.11 ----- # 1 | | 3.9------ # 3 | |
| 5 | 1.3f ----- # 18 | | 2.11a----- # 15 | | 3.10a ----8 | |
| 1.3h------ # 11 | | | 2.11b1 ---- # 17 | | 3.11C----# 8 | |
| 6 | 1.3i ---- # 1 | | 2.11b2----- # 16 | | 3.12---- # 4 | |
| 1.3J --- # 13 | | | 2.11c----- # 2 | | 3.16---- # 14 | |
| 7 | 1.3K --- # 11 | | 2.11d------- # 17 | | 3.17----- # 4 | |
| 1.3L --- # 12 | | | 2.12a------ # 1 | | 3.18------ # 11 | |
| 8 | 1.3M--- # 12 | | 2.12b---- # 18 | | 3.20b--- # 7 | |
| 1.3N--- # 1 & 2 | | | 2.14a ------ # 1 | | 3.21---- # 13 | |
| 9 | 1.3O----- # 13 | | 2.14b----- # 6 | | 3.23---- # 1 & 2 | |
| 1.3p -----# 13 | | | 2.14c----- # 14 | | 3.24---- # 3 | |
| 10 | 1.3q ----- # 12 | | 2.14d------ # 17 | | 4.3b---- # 3 | |
| 1.3r -----# 2 | | | 2.14g----- # 6 | | 4.3c---- # 7 | |
| 11 | 1.3s------ # 13     1.3t---- # 2 | | 2.14h------ # 5 | | 4.11---- # 9 | |
| 1.4 ------ # 1 & 2   1.3u -- # 13 | | | 2.15----- # 17 | | 4.13---- # 2 | |
| 12 | 1.4a ------ # 14 & 9 | | 2.15a1---- # 1 | | 5.2----- # 5 | |
| 1.4b ----- # 15 | | | 2.15a2--- # 17 | | 5.2a---- # 14 | |
| 13 | 1.5 ------ # 11 & 14 | | 2.15a3---- # 1 | | 5.2b ---- # 14 | |
| 15a ------ # 1 & 2 | | | 2.15a4--- # 5 & 6 | | 5.3a---- # 3 | |
| 14 | 1.6a ------ # 11 | | 2.15a5--- # 14 | | 5.3c------ # 4 | |
| 1.6c---# 11 # 17 | | | 2.15a6--- # 5 | | 5.4----- # 1 | |
| 15 | 2.3------ # 1 & 11 | | 2.16 ----- # 2 | | 5.7a----- # 3 | |
| 2.3a---# 2      2.3b---- # 17 | | | 2.16a ----# 11 | | 5.12----- # 3 | |
| 16 | 2.4------ # 2-9-18 | | 2.17 ----# 14 | | 5.15 --a & b # 8 each | |
| 2.4a ---# 18 | | | 2.19 ---- # 6 | | 5-18----# 3 | |
| 17 | 2.5a --# 11-12-17 | | 2.20 --- # 3-& 17 | | 5.19----- # 11-12-13-14-18 | |
| 2.5b-----2 & 14 | | | 2.20a--- # 1⋅8 | | 6..4 ----- # 11-14-15-17-18 | |
| 18 | 2.7------ # 14 | | | | | |
| 2.7a ----# 16 | | | | | | |
| 19 | 2.8 ----- # 2 | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |

*our home phone leave message cmt*

Complaint- 24
Redressed for trial

Clinton M. and Margaret L. Tullis PrOSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

*Rashell: You have no right to contact the Judge for any reasons other than when you receive notice of trial and are at the hearing. This letter not increase my problems prior to jury trial. You will be sent a notice when the time appear!*

*Clint Tullis*

Draw a diagram of the accident showing the direction of the vehicles and the point of accident. Show street names and location of street signs, stop signs, lights, etc.

**OTHER VEHICLE:**
☐ Stopped in traffic
☐ Moving
☐ Legally parked

Describe any other damage or pertinent information below:



W

N

S

E

AAA Washington
Approved Auto
Body Repair

**COLLISION CENTER**

**ACCIDENT RECORD**

In case of an accident, be prepared with this handy record keeper.

**COMPLIMENTS OF:**
Kurt Johnson, Manager
Cornforth-Campbell Collision Center
Corner of East Pioneer & 2nd St. S.E.
in downtown Puyallup

**PHONE:**
(253) 848-7139

**HOURS:**
Monday-Friday 8 AM-5:15 PM

Cornforth Campbell
PONTIAC-BUICK-GMC
PUYALLUP

*exhibit #A-1*
*#A-1*

## THE CONSTITUTION OF THE UNITED STATES

1. Amendment No. 5:
   No Person shall be held nor be deprived of life, Liberty, or property without due process of law; nor shall private property be taken for public use without just compensation.

2. AMENDMENT IX
   The enumeration of certain rights shall not be construed to deny or disparge others retained by the people.

3. AMENDMENT VII
   In all suits of common law, where the value in controversy shall exceed $20.00, the right of Jury shall be preserved. No fact tried by Jury shall be otherwise reexamined in any Court of the U.S., than according to the rules of common Law.

4. AMENDMENT XIV
   No state shall make or enforce any law which will abridge the privileges or immunities of citizens of the United States, nor shall any state deprive any person of life, liberty or property without due process of law; nor deny to any person within its jurisdiction, the equal protection of the laws.
   Section v: The congress shall have the power to enforce by appropriate legislation, the provisions of this Article.

NOTE:
   The first 10 Amendments (Bill of rights) were ratified, effective December 15, 1791
   The 14th Amendment was ratified July 9, 1868.

## WITH CONSTITUTIONAL PROTECTED PROPERTY RIGHTS:

1. The just compensation clause is self-actuating and a debt is owed.
   (a) Actions taken by Governmental Officials that result in a physical invasion or occupancy of private property, and regulations imposed on private property that substantially affect its value or use, may constitute a taking of property;
   P 3 of 4
   (b) Further, Governmental action may amount to a taking even though the action results in less than a complete deprivation of all use or value, or of all seperate and distinct interests in the same private property and even if the action constituting a taking is temporary in nature.
   (c) The just Compensation clause is self-actuating, requiring that compensation be paid whenever governmental action results in a taking of Private property, regardless of whether the underlying authority for the action contemplated a taking or authorized the ,payment of compensation.
   (d) Accordingly, governmental action that may have a significant impact on the use or value of Private property should be scrutinized to avoid undue or unplanned burdens on the public fisc. (Fisc=The Treasury of a political entity).

**FURTHER** FOR AN AFTER-THOUGHT: On December 10, 1948, The General Assembly of the United Nations adopted and proclaimed The Universal Declaration of Human Rights:
Article 17: (1) Everyone has the right to own property alone as well as in association

l

# PONTIAC · GMC

## RECOMMENDED MAINTENANCE

B' Exhibit # 1'A


AAA Approved Auto Repair

| Service | Price |
|---|---|
| CHECK 4 WHEEL ALIGNMENT - PRINTOUT PROVIDED, ADJUSTMENTS EXTRA COST | $ 66.00 |
| RECOMMENDED EVERY 15,000 MILES | |
| REPLACE FRONT DISC BRAKE PADS - LABOR ONLY | $ 80.00 |
| REPLACE REAR DISC BRAKE PADS - LABOR ONLY | $112.00 |
| REPLACE REAR DRUM BRAKE SHOES - LABOR ONLY | $ 80.00 |
| ADD TO RESURFACE 2 ROTORS | $ 80.00 |
| ADD TO RESURFACE 2 DRUMS | $ 50.00 |
| REPLACE FUEL FILTER - LABOR ONLY. RECOMMENDED EVERY 15,000 MILES. DIESEL EXTRA COST | $ 40.00 |
| CLEAN FUEL INJECTION SYSTEM. RECOMMENDED EVERY 24,000 MILES | $124.65 |
| COOLING SYSTEM FLUSH. INCLUDES FLUSH, PRESSURE TEST, VISUALLY CHECK HOSES, CAP, AND CONNECTIONS, INSTALL FRESH COOLANT AND CORROSION CONTROL KIT. | |
| CARS | $ 99.95 |
| TRUCKS | $118.70 |
| AUTOMATIC TRANSMISSION FLUSH - INCLUDES FLUSH OF COOLER, TORQUE CONVERTER, AND TRANSMISSION USING CLEANER TO REMOVE VARNISH AND SLUDGE. REPLACE WITH NEW FLUID AND CONDITIONER. PARTS AND LABOR. FILTER REPLACEMENT EXTRA COST. RECOMMENDED EVERY 30,000 MILES | $127.95 |
| CARS | $139.95 |
| TRUCKS | $ 92.75 |
| POWER STEERING SYSTEM FLUSH | $ 56.00 |
| AIR CONDITIONING SERVICE - INSPECT SYSTEM, CLEAN CONDENSER, CHECK OPERATION | $ 56.00 |
| SUPERCHARGER SERVICE | $ 18.95 |

*The agency completely agreed to its dangerous condition and filed on its way. This did not have hidden and defects and delivered to Plaintiff full about this mentioned this subject vehicle -*


GM Goodwrench

ASE CERTIFIED
AUTOMOBILE TECHNICIAN

**SERVICE HOURS**
MONDAY THROUGH FRIDAY
7:30A.M. TO 6:00P.M.
SATURDAY
8:00A.M. TO 4:00P.M.

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881
www.cornforthcampbell.com
Email: service@cornforthcampbell.com

Prices Subject To Change • All Prices Are Plus Tax
Some Recommended Services May Exceed Manufacturers Requirements


CORNFORTH Campbell PONTIAC BUICK GMC PUYALLUP
SERVICE EXCELLENCE SINCE 1938


GMC — WE ARE PROFESSIONAL GRADE
RECOMMENDED MAINTENANCE SCHEDULE

PONTIAC — Fuel for the Soul



Agency Location
400 VALLEY AVE. N.E.
PUYALLUP, WA 98372

Mailing Address
P.O. BOX 537
PUYALLUP , WA 98371-0172

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881
www.cornforthcampbell.com
Email: service@cornforthcampbell.com

exhit
P2-05-11
f B





# CORNFORTH - CAMPBELL STRONGLY RECOMMENDS THE FOLLOWING MAINTENANCE SCHEDULE TO PROTECT YOUR VEHICLE INVESTMENT

## SERVICE # 1
### EVERY 3,000 MILES
CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
VISUALLY INSPECT VEHICLE INCLUDING TIRES, SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER
INSPECT WIPER BLADES

## SERVICE #2
### DUE @ 6,000/21,000/36,000/51,000/66,000/81,000/99,000 MILES
CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
VISUALLY INSPECT VEHICLE INCLUDING TIRES, SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER
INSPECT WIPER BLADES
CHECK COOLANT PH AND FREEZE PROTECTION

## SERVICE #3
### DUE @ 15,000/45,000/75,000/105,000 MILES
CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
CHECK 4 WHEEL ALIGNMENT
REPLACE FUEL FILTER
VISUALLY INSPECT VEHICLE INCLUDING TIRES, SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER

## SERVICE #4
### DUE @ 24,000/48,000/72,000/96,000 MILES
CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
SERVICE THROTTLE BODY
CLEAN FUEL INJECTION SYSTEM
LUBRICATE DOOR HINGES AND WEATHERSTRIPS
VISUALLY INSPECT VEHICLE INCLUDING TIRES, SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT CABIN AND INTAKE AIR FILTER
INSPECT WIPER BLADES
CHECK COOLANT PH AND FREEZE PROTECTION

## SERVICE #5
### DUE @ 30,000/60,000/90,000 MILES
CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
CHECK 4 WHEEL ALIGNMENT
REPLACE AIR FILTER
REPLACE FUEL FILTER
FLUSH AUTOMATIC TRANSMISSION AND REPLACE FLUID
REPLACE PCV VALVE
INSTALL FUEL SYSTEM CLEANER ADDITIVE
VISUALLY INSPECT VEHICLE INCLUDING TIRES, SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
* * * * * * * * * *
REPLACE SPARK PLUGS - SOME MODELS @ 100,000 MILES ONLY - ADDT'L COST, ASK FOR QUOTE
REPLACE TRANSMISSION FILTER AS NEEDED, ADDT'L COST, ASK FOR QUOTE
FLUSH AND REPLACE ENGINE COOLANT -SOME MODELS @ 100,000 MILES ONLY - ADDT'L COST, ASK FOR QUOTE.

Shuttle Service Available

**We Accept**
**All Major**
**Credit Cards**

Service Hours
Monday Through Friday
7:30a.m. To 6:00p.m.
Saturday
8:00a.m. To 4:00p.m.

Phone (253) 845-8881
Toll Free 1-800-573-8881
www.cornforthcampbell.com
Email: service@cornforthcampbell.com



Some Recommended Services May Exceed Manufacturers Requirements

*exhibit #1*
*p.3*

# **CORNFORTH-CAMPBELL**

## **PUYALLUP**

### *"NICE IS BETTER"*

  GMC

*# 1C*

.EY AVE. N.E. • P.O. BOX 537 • PUYALLUP, WASHINGTON 98372-2516
SALES/SERVICE/BODY SHOP (253) 845-8881

GM Parts

*This sloppy left front brake repair example of*
*was performed by GMC mr food wrench at Agency of*
*Cornforth - Campbell*

| ADVISOR | TAG NO | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| JOHN YUZAMAS   25 | | | PNCS19046 |
| LICENSE NO | MILEAGE   55622 | COLOR   DK BLUE/ | STOCK NO.   03082A |
| YEAR / MAKE / MODEL   99/GMC/SUBURBAN/SLT 4X4 K25 | | DELIVERY DATE   06/02/03 | DELIVERY MO MILES   53473 |
| VEHICLE I.D. NO.   3GKGK26J2XG532591 | | SELLING DEALER NO | PRODUCTION DATE |
| MBI NO. | | R.O. DATE   07/02/03 | |
| NE | COMMENTS | | |

MO: 55622

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our goal to perform all repairs requested on this repair order to your complete satisfaction.
If our service was satisfactory tell your friends; if not, please tell us immediately. All claims for adjustment must be accompanied by this invoice within 90 days or 4,000 miles, whichever comes first.

TECH(S):10                                         INTERNAL
CUSTOMER CAN SEE BRAKES, PER RAY
AND PADS

- DESCRIPTION -                  - UNIT PRICE -
CALIPER A 4.665                                     INTERNAL
CALIPER A 4.665                                     INTERNAL
PAD KIT 5.017                                       INTERNAL

TOTAL - PARTS                    0.00

**DISCLAIMER OF WARRANTIES**
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

JOB# 1 JOURNAL PREFIX PNCS  JOB# 1 TOTAL        0.00

TECH(S):10
ILITY                                              INTERNAL
CHECK ENGINE LIGHT IS ON AND RUNS ROUGH
D

JOB# 2 JOURNAL PREFIX PNCS  JOB# 2 TOTAL        0.00

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

ODAY, YOU MAY RECEIVE A SURVEY          TOTAL LABOR...    0.00
ANSWERS AND THE RETURN OF THIS          TOTAL PARTS...    0.00
A                                       TOTAL SUBLET...   0.00
                                        TOTAL G.O.G....   0.00
                                        TOTAL MISC CHG.   0.00
F YOU ARE UNABLE TO MARK THAT AREA      TOTAL MISC DISC   0.00
TUNITY TO ADDRESS YOUR CONCERNS.        TOTAL TAX....     0.00
ORNFORTH-CAMPBELL MOTORS AS YOUR        TOTAL INVOICE $   0.00
BUSINESS!!!!!

**SUPPLIES—A token charge equivalent to 7% of the labor charge on mechanical repairs is included for supplies used on your vehicle. Maximum charge is $25.00. Example supply items are nuts, bolts, washers, tape, solvent, towels, cleaners, solder, wire, sealers, etc.

*this repair job was sloppy & had to*
*be replaced*
****** PRE-INVOICE ******
*this is the only adjusting or*
*repairs performed by Comforth -*
*Campbell.*

*all the advertisements and*
*correspondence to Plaintiff*
*was absolutely Perfect*

*the calipers [crossed out] and pins needed*
*replacing, were extremely bad.*

**TERMS**
No returns on electrical or special ordered items. No returns after 24 hours or without this invoice. A 20% handling charge will be applied on all merchandise returned for credit. Items purchased by check require 10 working days before refund will be issued.

*Thank You*

CUSTOMER COPY                    [ END OF INVOICE ]

04:31pm



MO: 55622

R.O. DATE
07/02/03

**YOUR SATISFACTION IS OUR GOAL**

Thank you for this opportunity to serve you. It is our goal to perform all repairs requested on this repair order to your complete satisfaction.

If our service was satisfactory tell your friends. If not, please tell us immediately. All claims for adjustment must be accompanied by this invoice within 90 days or 4,000 miles, whichever comes first.

CUSTOMER CAN SEE BRAKES, PER RAY

DESCRIPTION
CALIPER
PAD KIT   5.017

TECH(S): 10

INTERNAL
INTERNAL
INTERNAL
TOTAL - PARTS

*Thank You*

04:31pm

[ END OF INVOICE ]

CUSTOMER COPY

*the boop to campbell the caliper... skillstring of the left front Pad chewed heavily into the rotor. vehicle was not safe to be on the road none of the front or rear brakes were capable of any emergency stopping until Plaintiff did the total job. over.*

# NFORTH-CAMPBELL MOTORS

### Contact Information For Your Next Visit

*this labor & improper installation of the front brakes would prepare customers for a date to those portions of their company...*

Collision Center

Ray Rossman
Parts & Service Director

Collision Center
Corner of Pioneer and 2nd St SE
Downtown Puyallup

Kurt Johnson
Manager

"...day Service"

Service Hours
Monday - Friday
7:30 am to 6:00 pm
Saturday
8:00 am to 4:00 pm

Direct Phone
(253) 848-7139

Hours
Monday - Friday
8:00am to 5:15pm



400 Valley Ave. NE
P.O. Box 537
Puyallup, WA 98371

Forwarding Service
Requested



*Sept. 30 — 03*

*exhibit #6*

## SERVICE REMINDER

**OUR COMPUTER SERVICE RECORD SUGGESTS THAT
YOUR VEHICLE IS DUE FOR <u>ROUTINE MAINTENANCE.</u>
PLEASE CHECK YOUR MAINTENANCE LOG AND CONTACT US.**

### *"You Are A Valued Customer."*

PLEASE CALL US BY 10/07/03
PHONE (253)845-8881 OR TOLL FREE 1-800-573-8881

RE. 99 GMC SUBURBAN
#3GKGK26J2XG532591

*1 month after warranty
expired*

CLINTON TULLIS
16300 184TH AVE SE
RENTON, WA 98058-0903

*P #6*

*exhibit # 2-A*
*2 pages*

# LIMITED WARRANTY

Dealer sells to purchaser the motor vehicle identified below subject to the terms and conditions of the Limited Warranty as outlined.

| PURCHASER (Buyer) | SELLER (Dealer) | VEHICLE IDENTIFICATION |
|---|---|---|
| Name CLINTON M TULLIS | Name CORNFORTH-CAMPBELL MOTORS INC | Year 1999 |
| Address 16300 164TH AVE SE | Address 400 VALLEY AVE. NE. POB 53 | Make GMC |
| City RENTON | City PUYALLUP | Model SUBURBAN 4X4 |
| State WA | State WA | IDN 3GKGK26J2X6532591 |
| Phone (425)226-7399 | Phone (253)845-8881 | |

Date of Vehicle Delivery: 2nd JUNE    2003    Odometer Reading: 53473 Miles

Date of Sale: 6-2-03

## TERMS OF THIS LIMITED WARRANTY

A. **TO WHOM IS THIS WARRANTY ISSUED?** The dealer offers and extends this limited warranty on mechanical defects on the components and parts described in Section B below to the original purchaser only and applies only with respect to the motor vehicle described hereon and it cannot be transferred to any other person during the duration of the limited warranty.

B. **WHAT PARTS OF THE VEHICLE ARE COVERED BY THE LIMITED WARRANTY?** The Coverage of this warranty shall be limited to the covered components and parts thereof as checked below:

**ENGINE GROUP**
- Engine Block
- Cylinder Heads & Assemblies
- Internal Engine Components
- Engine Thermostat → *Bad*
- Manifold & Gaskets (Intake & Exhaust)
- Water Pump
- Crankshaft Pulley
- Flywheel
- Vibration Damper
- Engine Mounts
- Oil Pump

**TRANSMISSION GROUP**
- Drive Shaft
- Universal Joints
- Transmission Oil Cooler
- Transmission & all internal transmission
- parts except manual transmission clutch assembly
- All Gaskets & Seals

**DIFFERENTIAL GROUP**
- Differential Housing & Internal Parts
- Drive Axles
- Wheel Bearings
- Gaskets & Seals

**FUEL SYSTEM GROUP**
- Carburetor
- Fuel Pump
- Fuel Gauge (Tank)
- Emission Control System

**EXHAUST SYSTEM GROUP**
- Muffler
- Exhaust Pipe
- Tail Pipe

**STEERING GROUP**
- Steering Gear
- Power Steering Pump & Valve
- Steering Linkage
- Hoses & Fittings

**BRAKE GROUP** *all Bad*
- Master Cylinder
- Power Brake Cylinder
- Brake Calipers
- Wheel Cylinder
- Rotors
- Brake Drums
- Parking Brake-except brake shoes or lining

**SUSPENSION GROUP**
- Front Suspension & Shocks
- Rear Suspension & Shocks
- Front Wheel Bearings & Seals

**ELECTRICAL GROUP**
- Battery → *Bad*
- Generator or Alternator
- Starter Motor
- Voltage Regulator
- Windshield Wiper Motor
- Heater Motor
- Distributor
- Light Assemblies-except bulbs
- Turn Signal Switch
- Horn
- Head Lamp Switch
- Drive Belts
- Instrument Panel Gauges

**COOLING SYSTEM GROUP** *Bad*
- Radiator  *bad radiator cap*
- Radiator Hoses  *& thermostat*

**OTHER**
_____

**Express Statement of Exclusion:**
**ALL COMPONENTS AND PARTS NOT SPECIFICALLY CHECKED ABOVE ARE NOT COVERED BY THIS LIMITED WARRANTY.**
Any part of the vehicle otherwise covered by this Limited Warranty which has been subjected to misuse, negligence, alteration or accident is not covered by this Limited Warranty.

C. **WHAT PERCENTAGE OF REPAIR CHARGES ARE COVERED?** This limited warranty covers _____ % of parts and _____ % of labor for repairs under section B above.

D. **HOW LONG DOES LIMITED WARRANTY RUN?** This limited warranty begins on the date of delivery and extends for __ days or _____ miles beyond odometer reading stated above, whichever comes first.

E. **WHAT ARE THE VEHICLE OWNER'S OBLIGATIONS?** In the event of a mechanical defect, the purchaser should return the described vehicle to the above dealer. If you are not able to return to said dealer, call the dealer at the above telephone number, without charge, and you will receive advice as to the proper procedure. Purchaser must authorize and pay the applicable percentage due, plus state and local taxes, on each covered repair under Section B above in cash. If the purchaser is dissatisfied because he feels the dealer has failed to conform to this warranty, he should contact:

XXXXXXX
_____ Phone No. (____)_____
(Dealer or personal representative)

at CORNFORTH-CAMPBELL MOTORS INC    (253)845-8881
(Dealer address)

F. **WHAT IS THE SELLING DEALER'S OBLIGATION?** The obligation of the seller issuing this warranty is expressly limited to replacement or repair of the defective part or parts at his place of business, and does not include bills contracted for by the purchaser elsewhere, or towing charges. This warranty must be presented by the purchaser with any claim.

G. **LIMITATION ON IMPLIED WARRANTIES, CONSEQUENTIAL AND INCIDENTAL DAMAGES.**
ALL IMPLIED WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HERBY LIMITED TO THE SAME DURATION OF TIME AS THE LIMITED WARRANTY ABOVE STATED. SOME STATES DO NOT ALLOW

A. To vehicle owner: The undersigned seller or the dealer offers and extends this limited warranty on mechanical defects on the components and parts described in Section B below to the original purchaser only and applies only with respect to the motor vehicle described hereon and it cannot be transferred to any other person during the duration of the limited warranty.

B. **WHAT PARTS OF THE VEHICLE ARE COVERED BY THE LIMITED WARRANTY?** The Coverage of this warranty shall be limited to the covered components and parts thereof as checked below:

**ENGINE GROUP**
- Engine Block
- Cylinder Heads & Assemblies
- Internal Engine Components
- Engine Thermostat → *Bad*
- Manifold & Gaskets (Intake & Exhaust)
- Water Pump
- Crankshaft Pulley
- Flywheel
- Vibration Damper
- Engine Mounts
- Oil Pump

**TRANSMISSION GROUP**
- Drive Shaft
- Universal Joints
- Transmission Oil Cooler
- Transmission & all internal transmission
- parts except manual transmission clutch assembly
- All Gaskets & Seals

**DIFFERENTIAL GROUP**
- Differential Housing & Internal Parts
- Drive Axles
- Wheel Bearings
- Gaskets & Seals

**FUEL SYSTEM GROUP**
- Carburetor
- Fuel Pump
- Fuel Gauge (Tank)
- Emission Control System

**EXHAUST SYSTEM GROUP**
- Muffler
- Exhaust Pipe
- Tail Pipe

**STEERING GROUP**
- Steering Gear
- Power Steering Pump & Valve
- Steering Linkage
- Hoses & Fittings

**BRAKE GROUP** *all Bad*
- Master Cylinder
- Power Brake Cylinder
- Brake Calipers
- Wheel Cylinder
- Rotors
- Brake Drums
- Parking Brake-except brake shoes or lining

**SUSPENSION GROUP**
- Front Suspension & Shocks
- Rear Suspension & Shocks
- Front Wheel Bearings & Seals

**ELECTRICAL GROUP**
- Battery *Bad*
- Generator or Alternator
- Starter Motor
- Voltage Regulator
- Windshield Wiper Motor
- Heater Motor
- Distributor
- Light Assemblies-except bulbs
- Turn Signal Switch
- Horn
- Head Lamp Switch
- Drive Belts
- Instrument Panel Gauges

**COOLING SYSTEM GROUP** *Bad*
- Radiator *Bad radiator cap*
- Radiator Hoses *& thermostat*

**OTHER**
_____
_____
_____

Express Statement of Exclusion:
ALL COMPONENTS AND PARTS NOT SPECIFICALLY CHECKED ABOVE ARE NOT COVERED BY THIS LIMITED WARRANTY.
Any part of the vehicle otherwise covered by this Limited Warranty which has been subjected to misuse, negligence, alteration or accident is not covered by this Limited Warranty.

C. **WHAT PERCENTAGE OF REPAIR CHARGES ARE COVERED?** This limited warranty covers _____ % of parts and _____ % of labor for repairs under section B above.

D. **HOW LONG DOES LIMITED WARRANTY RUN?** This limited warranty begins on the date of delivery and extends for ___ days or _____ miles beyond odometer reading stated above, whichever comes first.

E. **WHAT ARE THE VEHICLE OWNER'S OBLIGATIONS?** In the event of a mechanical defect, the purchaser should return the described vehicle to the above dealer. If you are not able to return to said dealer, call the dealer at the above telephone number, without charge, and you will receive advice as to the proper procedure. Purchaser must authorize and pay the applicable percentage due, plus state and local taxes, on each covered repair under Section B above in cash. If the purchaser is dissatisfied because he feels the dealer has failed to conform to this warranty, he should contact:

_____        Phone No. (____) _____
(Dealer or personal representative)

at the above dealer's address. CORNFORTH CAMPBELL MOTORS INC        (253) 845-8881

F. **WHAT IS THE SELLING DEALER'S OBLIGATION?** The obligation of the seller issuing this warranty is expressly limited to replacement or repair of the defective part or parts at his place of business, and does not include bills contracted by the purchaser elsewhere, or towing charges. This warranty must be presented by the purchaser with any claim.

G. **LIMITATION ON IMPLIED WARRANTIES, CONSEQUENTIAL AND INCIDENTAL DAMAGES.**
ALL IMPLIED WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HERBY LIMITED TO THE SAME DURATION OF TIME AS THE LIMITED WARRANTY ABOVE STATED. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

H. **PURCHASER'S LEGAL RIGHTS.**
This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. No action arising out of this warranty may be brought by the purchaser more than _____ year(s) after the cause of action arises. (Not less than one year, nor more than four years.)

There is no other express agreement between the dealer and the purchaser.

Purchaser acknowledges that he has read, understands and accepts all of the provisions of this limited warranty covering the motor vehicle described above.

Date: _____
BUYER'S SIGNATURE _____
CO-BUYER'S SIGNATURE: _____        WITNESS: _____
DEALER'S SIGNATURE: _____        WITNESS: _____
(Not valid unless signed by dealer or his authorized representative.)

WSADA Form #5
This Form is Property of WSADA and is Not to be Reproduced or Copied. Copyright Pending

Revised 11/00

Exhibit -17-
# 18



## "Nice Is Better"





cornforthcampbell.com     800-573-8881

### 1999 GMC Suburban 2500 SLT Suv 4WD
#### 7.4 Liter V-8 Throttle Body Inj.

| | |
|---|---|
| Mileage : 53,447 | Transmission : Automatic |
| Color : Blue | V.I.N. : 3GKGK26J2XG532591 |
| Stock # : 03082A | |

## Quality Pre-Owned Vehicle

**This Vehicle Has Passed A Rigid Inspection**

**Has Been Reconditioned To The Highest Standards**

**Extended Service Agreement May Be Available**

**Credit Problems?**

**We Are Partners With Many Financing Institutions To Help Get You On The Road!**

### COMFORT EQUIPMENT AND ACCESSORIES

Power Steering
Power Door Locks
Power Driver's Seat
Cassette Player
Cd Player
Front Bucket Seats
Lumbar Seat Supports
Gauge Cluster
Tachometer
Tilt Steering Wheel
Tinted Glass
Dual Power Mirrors
Rear Air Condition Or Ctl.
Beverage Holder

Power Brakes
Power Windows
AM/FM Stereo Radio
Premium Sound System
Leatherette Or Leather Trim
Reclining Seats
Center Storage Console
Trip Odometer
Air Conditioning
Cruise Control
Power Access Outlet
Trip Computer Or Compass
Overhead Console
Running Boards

### OTHER ACCESSORIES

Fold Down Rear Seat
Rear Defroster
Remote Trunk Lid
Anti-lock Braking System
Ball Or Receiver Hitch
Fender Flares
Premium Wheels

Interval Wipers
Rear Window Wiper
Dual Air Bags
Roof Rack-luggage Rack
Side Molding
Radial Tires
Step Bumper

---

**Please Ask Your Sales Consultant For More Information on Pricing, Financing, and Trade-Ins**

**"Media Reviews" - Comments about this vehicle...** ✍️
It holds the most & offers the most brute force. [Consumer Review] The Suburban is still the cowboy limousine [Car & Driver]

---

## Blue Book: $24,820

## Cornforth Campbell: $20,995

ATTENTION BUYERS: VERIFY ALL EQUIPMENT & ACCESSORIES PRIOR TO SALE.
Dealer Specialties COS disclaims any warranty as to the accuracy or to the working condition of the equipment listed above.
Any purchaser or prospective purchaser should independently verify with a salesperson of the dealership listed above the
accuracy of all listed information provided on this label. Price does not include state & local taxes, licence & title fees, doc
fee or finance charges, if any. Dealer Specialties COS (800) 647-2422

#184232 Copyright © 1996 - Dealer Specialties, Inc.-All Rights Reserved

11

*This perjury is the worse I have ever heard of. & when you corelate it to facts.*

*P 2 A*
*# 2*



DEAL # 10801

# CORNFORTH-CAMPBELL
MOTORS, INC.

# DUE BILL

### WORK PROMISED TO BE PERFORMED AT TIME OF SALE

| 06/02/03 | 1999 GMC SUBURB | CLINTON M TULLIS | KEN NIELSEN | 030824 |

## PRESENT THIS ORDER WHEN WORK IS TO BE COMPLETED

1. TRAILER BRAKE ................................................ Included
2.
3. INSTALL
4.
5.
6.
7.

I HEREBY ACCEPT THIS DUE BILL WITH THE UNDERSTANDING THAT IT IS VALID FOR ONLY (30) THIRTY DAYS FROM DATE OF ISSUANCE.

NOTE: THE ABOVE PROMISED WORK IS THE ONLY WORK TO BE PERFORMED FREE OF CHARGE. ANY ADDITIONAL WORK WILL BE CHARGED FOR IN ACCORDANCE WITH THE TYPE OF WARRANTY ISSUED AT TIME OF SALE, AND WILL BE CASH ON DELIVERY. ALL WORK MUST BE DONE IN OUR SHOP, AND YOU MUST MAKE AN ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT BEFORE THE ABOVE WORK CAN BE PERFORMED.

Signed: Sales Mgr. **X** _____    Signed: Customer **X** _Clinton M Tullis_

### DUE TO INSURANCE REGULATIONS — NO LOAN CARS AVAILABLE

Form # 2045

*ex hibett 2 or 3)*

# BUYERS GUIDE

**IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.**

| GMC | Suburban 2500 SLT | 1999 | 3GKGK26J2XG532591 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

03082A                                                      03134

DEALER STOCK NUMBER (OPTIONAL)

**WARRANTIES FOR THIS VEHICLE:**

☐ # AS IS-NO WARRANTY

**YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.**

 # WARRANTY

☐ FULL ☑ LIMITED WARRANTY. The dealer will pay __100*__ % of the labor and __100*__ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

SYSTEMS COVERED:                                    DURATION:
                                         60 Days or 2,000 Miles

### Systems Covered:

**ENGINE - TRANSMISSION - DRIVESHAFT
DIFFERENTIAL - TRANSAXLE - IF SO EQUIPPED
SUSPENSION - COOLING - ELECTRICAL - BRAKES
STEERING - FUEL AND EXHAUST**

CAMPBELL MOTORS, INC.

P.O. BOX 577
PULLMAN, WA 99163

PULLMAN, WA

☑ **SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.**

**PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.**

**SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.**

*exhibit # 3*

## More responsive controls

Advances in technology have created improved electronic trailer braking systems. They are inertia-activated devices that deliver power to trailer brakes in direct proportion to the actual, physical deceleration of a tow vehicle. As the driver depresses the brake pedal, an adjustable motion detector inside the unit measures the change in speed. When properly set they send a proportional electrical signal to the trailer's brakes, which respond with just the right amount of braking force. The trailer decelerates smoothly at the same speed as the tow vehicle.

(See chart 2 opposite)

Properly adjusted proportional controls maximize brake efficiency and minimize brake wear. Stopping is much smoother, too. Notice how inertia-activated devices gradually reduce power after the initial onset of the braking event. Proportional controls normally prevent over-braking as the need for deceleration ends and the stop is nearly complete.





Chart 2

*full response in less than second*
*total stop in less than 88 ft.*

*inertia activated proportional control*

Proportional braking power builds quickly and then gradually tapers off as the system responds to changes in tow vehicle's speed.

9

*this type of trailer brake control was absolutely the only catagory considered by Recreational Vehicle Sales People in the several years preceding Plaintiffs dilemma.*

*exhibit #3*
*P-1 of 3*



stopping under control

## Some things are constant.

All types of trailer brake controls require the user to "tell" them "what" and "the condition of" the trailer brakes they will actuate during a stopping event. This is typically achieved by:

- Towing the trailer over a level surface between 25-30 MPH.

- The driver then independently actuates the trailer brakes using (squeezing) a manual override lever normally located on the front of the control.

With the override fully engaged the driver is instructed to increase the power output of the brake control to a point "just before trailer wheel lock-up". This process is designed to set the control for maximum power delivery without losing control of the trailer during stops.

② 

A. Power Knob
B. Manual Slide Knob
C. Bi-Colored Light
D. Level Knob

A. Power Knob
B. Manual Slide Knob
C. Bi-Colored Light

*Timed activated brake control*

*no good*

*in general*



*good*

Example of a Proportional Brake Control

③

Example of a Time Accuated Brake Control

*No, good*

*known to quit in 1- to 3 seconds of emergency use.*



400 Valley Ave. NE
P.O. Box 537
Puyallup, WA 98371

Forwarding Service
Requested

*Sept. 30 — 03*
*exhibit #4*



## SERVICE REMINDER

OUR COMPUTER SERVICE RECORD SUGGESTS THAT
YOUR VEHICLE IS DUE FOR **ROUTINE MAINTENANCE.**
PLEASE CHECK YOUR MAINTENANCE LOG AND CONTACT US.

### *"You Are A Valued Customer."*

PLEASE CALL US BY 10/07/03
PHONE (253)845-8881 OR TOLL FREE 1-800-573-8881

RE. 99 GMC SUBURBAN
#3GKGK26J2XG532591

*1 month after warranty expired*

CLINTON TULLIS
16300 184TH AVE SE
RENTON, WA 98058-0903





Where Nice is Better







### 400 Valley Ave. NE, Puyallup

SERVICE HOURS
MONDAY THROUGH FRIDAY
7:30 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 4:00 P.M.

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881

www.cornforthcampbell.com
Email: service@cornforthcampbell.com

Collision Center Direct Phone
(253) 848-7139



Approved
Auto Repair



Goodwrench
Service



EXHIBIT No 7

We had purchased our GM Suburban in ~~May~~ *June* of 2003 at Cornforth-Campbell Buick and GM in Puyallup, Wa. One of the conditions of Purchase was that the Suburban would be equipped to supply the towing and braking essential for a 30 foot Wilderness Trailer that weighed 7000 pounds before loading. WE WERE THEN PROMISED THAT CORNFORTH-CAMPBELL WOULD FURNISH US THE BOOK ON USE AND MAINTENANCE OF THE SUBURBAN AND ON THE EQUIPMENT ATTACHED.

The salesman showed me the newly mounted Trailer Electric Control and told me that I only needed to slide the "side switch forward or back" to get expected response on the brakes. This was the way to feel if the trailer would pull back on the suburban without applying the Suburbans brakes. You should then slide the switch in the opposite direction to barely release the pull back and that would give you full breakage when the Suburbans brakes were applied. Also, to check the trailer brakes activating after making the above adjustment.

We were advised to "slide the activator located on the front of the control", back and forth and it would indicate the ability of the trailer to assist in stopping. This was occasionally performed and we were confident of the trailer controlling its own weight in stopping

[Prior to going on vacation to Oregons Southwest "Coast city" of Bandon, Oregon. Upon returning from a three day trip to Spokane, Washington, to a granddaughters graduation at Eastern Washington University; I pulled the wheels off of the trailer to make certain the lining and electric brakes were in good condition. and repacked the wheel bearings. I then adjusted the brakes to the recommendations of our trailer manual. The brakes linings and electric activators were in excellent condition as prescribed by the manual.]
RECEIPT OF THE PROMISED MANUAL ON THE ACTIVATOR WOULD HAVE AVOIDED PLAINTIFFS ACCIDENT AS PLAINTIFFS WOULD HAVE IMMEDIATELY REPLACED IT. The Timed Activator is not actively comparable to Inertia-activator with proportional sensors which take less than one-second to deliver 100%(one -hundred percent)of their full stopping power.
*Inertia activator more commonly known as a differentiator*

I made four trips to Cornforth-Campbell to pick up the owners manuals and never was afforded one *of* which they continued to ignore as they also ignored maintenance to be provided to the Suburban under the warranty. The battery went dead, the starter failed, the headlights needed to contact them the lighting system had a loose wire at the battery terminal of which I completely soldered together. I cured the radiator water flow which caused overheating of the engine and I completely repaired the braking system as was recommended by the new Chilton"Mechanics Manual" of which I purchased from an Auto Parts store. The Suburban brakes had been pulling to the left when traveling on wet pavement. The improved Suburban Brakes were excellent. The Trailer Brakes were excellent. It was the trailer control that malfunctioned.

Unknown to us; the "Trailer Brake Control" newly installed by Cornforth-Campbell was not used by most, if any RV installers; as Tacoma RV explained to us on the third trip we made to contact them after the accident; Stated that Tacoma RV had not installed that type in years. They then gave us a book on the different types that are available.
The book then explained that the type of control on our vehicle, could completely malfunction and fail under heavy application in an emergency situation and that the digital controls or even a partial digital control was essential on Recreational trailers.

Respectfully.

Clinton M. Tullis ProSe
16300-18th ave. S.E.
Renton, Wa. 98058-0903
Phone and Fax (425) 226-7399
Cellular (206) 713-950

*Clinton M. Tullis*

For Lewis County Court
On The Traffic Collision.
Where Plaintiffs:(Then Defendants)
Were Exonerated and dismissed.

P 1 of 2

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

EXHIBIT No. 7

On July 18, 2004

At about 12 Noon, We drove through Portland Oregons heavy traffic at "a Miles per hour" initiated by others ahead of us. Even though, there was constant vehicles coming onto the Main North-South freeway, and occasionally a vehicle leaving the North South freeway onto a Portland residential or commercial area; There was never a vehicle that attempted to recklessly enter the lane in which we were traveling; which mostly "always is the right lane.

Upon entering Washington, We stopped in North Vancouver, Washington and loaded our forty gallon tank with gasoline. We then entered back onto Interstate 5, and proceeded North towards our home and destination. All traffic was very courteous and well respected by all trafficers; including us. On the hill, going North from Kelso. There was a Truck and Trailer that was heavily loaded and was traveling up the grade at about 45 Miles per hour. We followed him until reaching the top of the hill and then elected to pass the Truck and then pull back into the right lane to proceed to our destination.

Many a vehicle passed us and then pulled into the right lane or proceeded North in the left lane, whichever supplied their need or desire. We continued in the right Lane at whatever speed the vehicles in front of us were running, keeping from one hundred to one hundred seventy five feet behind. All of a sudden, The faster vehicles from the left lane cut in front of us to take advantage of the free space between our vehicle and the vehicle we were following; To then speed ahead and then cut back into the left lane to continue their traveling. We would drop back to assure a safer distance and then move up when the vehicles turned back into the left lane.

In the meantime, there was a large rig that sped past us and turned into the right lane ahead of us. When the traffic allowed, I pulled into the left lane and passed the big rig (truck and trailer) and then after passing several vehicles, when clear, I pulled back into the right lane to continue, holding my distance behind the vehicles in front of me.

At the Chehalis "North bound" turn off;  A speeding vehicle cut about (5) five feet in front of me from the left lane, at about a 45 degree angle and onto the Chehalis turn-off. Then as we arrived at the Chehalis "North bound" on ramp, (2) two vehicles (one behind the other, cut in just in front of me. The second vehicle did not clear me more than 3 to.5 feet and entered into the left lane, totally ignoring the dangerous maneuver.

Knowing that at Centrailia, We would be confronted by the same type of road access possibly under llike conditions to and from I-5, I determined that it may be safer to travel in the left lane until we cleared the area. I reasoned that it was after one O'Clock and Travelers may be going to, or returning to the freeway from and for lunch.  Residents from the area would more than likely avoid the dangerous maneuvers that we had been subjected to.  We continued in the left lane, keeping a distance of 150 to 175 feet behind the vehicles in front of us.

Just outside of Centrailia, I seen a vehicle suddenly pull left at about a 45 degree angle towards the concrete barrier and immediately applied the brakes; gradual at first; then realizing the road WAS BLOCKED, I applied full force on the brakes. I and Margaret both felt very comfortable about the distance between us and the stopped vehicles, being ample to completely control the stopping of our vehicle.

At this point, to my surprise, the trailer brakes did not appear to assist me at all. I reached down and slid the trailer control to the full braking position and the control did not respond. Regardless, It seemed that we were slowing rapidly enough that we would not impact the vehicles in front of us but as it turned out, the trailer brakes not responding; overpowered us.

Unknown to us; We did not have enough weight for the Suburban to be able to completely, immediately stop; with only the Suburban Brakes. A Condition we could have easily remedied if we had known we had a trailer without brakes; by Loading three or four bags of sand; or we could have loaded all of our tools and equipment in the back of the Suburban instead of the convenience of the trailer compartments. Every day we towed the trailer, we would check the trailer brakes to make certain, the control was functioning.

P 2 of 2

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

*exhibit #9*

## cornworth-campbell

400 Valley Avenue N.E
P.O. Box 537
Puyallup, Wa. 98371

1-800-573-8881
Fax 253-845-6084

April 03, 2003

Mr. Rob Campbell,
Sales Manager

Dear Sir,

    In regard to your recent letter of inquiry:

No. 1.  Mr. Ken Neilson was informed that the vehicle had all new brakes, of which was relayed
to us to influence purchase.

    This was not so and after many complaints as to problems with the braking being uneven
(pulling to the left), and Service taking the attitude that I didn't know what I was talking about;
*First trip to Idaho;    second trip to  --- Spokane, WA,*
    We took our second trip of pulling our trailer and went to ~~Spokane, WA~~. On the trip, I
was forced  to make a hard stop and the vehicle pulled so hard to the left that I had to make a
quick release and reapply the brakes to keep the vehicle from jack-knifing, while really holding
the steering to the right, to control.
    **This happened twice in heavy traffic.**

    I thought the trailer might be the problem, so when I got to where I could test the system, I
disconnected the trailer  system and then at 60 mph, I applied the brakes hard and the Suburban
again pitched hard left. I had thought it might be the trailers fault; but now know; it was the
improper balance of the Suburbans braking system.My son in law pulled our trailer three
different years to the Southwest Oregon Coast FOR US, with his FORD PICKUP and never had
any trouble handling it. THIS SUBURBAN IS PLENTY HEAVY AND HAS AMPLE POWER
TO HANDLE THE TRAILER. The problem we had should be rectified by Cornforth-Campbell.

    I had felt the suburbans slightly, braking to the left; and complained to your Service
department. Each time the manager tried it out, he failed to find it was a problem. Three times, I
complained about the left brake, and was denied three times.

    The first time, I complained about the vehicle pulling strongly to the right;  your service
found that the front disk brakes were not GM factory built and the right brake was changed to
compensate. The left brake remains lousy or maybe it is the rear brakes.

    I inquired about this to your mechanic and your shop manager; and was informed that

*P-1 -- of 6*

COMPLAINT

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

there remained about a quarter inch of lining on the rear brakes and it was a heck of a job to change the rear brakes, which should not be my problem when the vehicle was supposed to have new brakes, when we purchasesd it. **I have also had to add brake fluid twice.** *I also found it was an easy matter to remove wheels and repair front & rear brakes.*

I had also complained about the headlights being too dim, The vehicl;e was supposed to be on warranty and all of the problems should have been resolved for safetys sake.

After denying the lights were not adequate and stating that some of the new vehicles were the same way; I went to a parts dealer in Edgewood and purchased two new light bulbs. This improved the lighting considerably. However, The right front lens distorts the beam and should be replaced. The light splits and throws off to the right The vehicle was supposed to be like new. "God Forbid".

We also had a problem with the vehicle overheating on our first trip, which was to S.W. Idaho. This was answered twice, with a sales comment from your Service Department, that the vehicle was supposed to run hot. B.S.; I put in a new Thermostat and only had the vehicle heat exceed 180 degrees once and this was when arriving home from Oregon and backing the trailer into our yard 2 weeks ago.  I now realize this was because of a defective Radiater Cap of which I will replace today.

Also, The fourth time I brought the vehicle to your shop, They noticed that the vehicle was idling rough. They supposedly tuned the vehicle up. It now kicks back with too fast a timing, and idles 300 RPM faster than it should and got about two less miles per gallon of gas than we got on our first trip, which was to Idaho,.

In the past, I worked as a mechanic on heavy equipment for a couple of years and worked as a line mechanic on trucks of all types, heavy and light,  for five and a half years. I did considerable brake work on Air-Brakes and Hydraulic. I have had to add a full or partial spring leaf to balance front axels for steering and braking. I have done miles of trailer and truck wiring. I have had to diagnose weak lights and rectify the problem. One Quarter of an inch thick lining was not adequate on any of our pick-ups or light trucks.

I think we have "been had" and the engine on this vehicle is too much for me to cope with.I cant hang over them any more.

It looks like I do not have any choice and will have to pull the wheels and repair my own brakes.  The tune up and right head lamp lens will have to be taken care of by someone I hope my grandson may know. They will certainly be bound with a contract before they touch this vehicle. If I pull the wheels, I will know the brake problem of which I now know is highly inadequate.

Cornforth-Campbell should rectify the problems which are not massive for knowledgeable people to cure.

Your service appears to make a good vehicle into a lemon at this time. I will not further argue with them and the fact is, that we only had a short warranty that should have been adequate if the vehicle was as it was purported to be.

Last but not least; My window washer has quit. It hasn't worked for three weeks.

P – 2 – of – 8

COMPLAINT

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 and 206-713-4950

This is the second time I have mailed you this letter. If no answer from you,

The next time, the letter will be sent to the ~~Attorney Generals office~~ *waste of time* to see if the lemon law may apply.

I may choose to have another Company do the updating and then apply to the Municipal Court to see whom pays the bill. I would have sent this follow up letter much sooner, but have had a lot of apartment management business and Real Estate business to attend to.

### SINCERELY YOURS

Clinton . M. Tullis

16300-184th ave. S.E.
Renton, Wa.98058
Ph.&Fax (425)226-7399
Cell:(206) 713-4950

P.S. We have really had good service recently, with Scarf Ford of Auburn and also in years past; with Good Chevrolet of Renton.

Below; I will copy a hand written letter given to your Service Department on about June 16, 2003; Just after the purchase:

To Cornforth Buick of Puyallup:

1. The engine in a 6 m ile run from East of Kent to Maple Valley Heights (Pulling a 7,000 pound trailer); ran the temperature to 280 degrees.

2. I want the fan belt and the thermostat removed, then the water jacket reinstalled. Fill with water, run the motor against its brakes until hot and check for head or ? leak by seeing if the water bubbles in the radiater. If not:
*I know the thermostats only come in 180 & 190 Degree. I wanted an answer*
3. Replace the thermostat with a 165 or 170 degree, not a 190 degree plus thermostat.
    Getting an engine hot is not a problem; eeping it cool or at proper running temperaures is a problem; regardless of engineering reccomendations.

4. Then: I want the top and bottom of the radiator flow checked from pressure off the bottom of the radiator to the top. The radiator may be plugged.

5. Replace the radiator cap with a new pressure release cap.

6. If this doesn't suffice; Replace the radiator with a new higher capacity radiator.

7. Make certain the air flow in the radiator is tops. This could also be a problem. The radiator may need a boil out, by an accredited radiator shop. or maybe in your hot-tank.

*p - 3 - of - 6*

8.  We must have the vehicle by Thursday evening. If it blows up on us on pulling a 7000 plus pound trailer for which we purchased the vehicle; then we will be one hell of a problem to Cornforth-Campbell.

I certainly hope this does not ruin our short vacation plans to the Idaho Cascade Lakes.

We trusted  you people or we wouldn't have purchased the vehicle at any price.

P.S. After we left your shop without getting any reprieve or consideration on the heating or on the brakes; The vehicle again heated on me and the lights were remaining very dim.

Consequently, First, I went to a parts dealer, purchasesd and installed new lights and then after the vehicle again heated on me, I determined the problem was most likely with a faulty thermostat that only worked part time and went to another parts store and purchased a new thermostat. This took care of the entire heating problem on the trip, but upon arriving home; the vehicle again heated to the boiling point upon backing the trailer into our yard. The next day, I again went to Schucks Auto Parts store,  Where I purchased and installed a radiator cap.

(1).   Since, We have spent two weeks running up and down the Oregon Coast. The temperature has not risen above 180 to 190 degrees in extremeely hot weather. No thanks to your Service

(2)  Our lights are considerably brighter even though the battery does not seem to be in the best condition, except the right headlamp appears to be distorting the right beam.

(3) The engine: 1.  Always kicks back when starting, showing that the timing is a little fast.
          2. Idles 300 RPM too fast.

(4) The Window Washer Does Not Work.

*[handwritten, boxed: (3) the Battery was the fault and Plaintiff replaced battery, the lights were corrected upon purchase of Head lamps]*

(5) The brakes are now adjusted fairly even and give me good braking on full pedal. (I have not tried them under a heavy trailer load).  I also had to add quite a bit of hydraulic fluid after bleeding and adjusting the brakes. This is the fourth time I have had to add brake fluid.

I should not have to personally remedy any of the Nos  (2), (3), (4), or (5) if the master cylinder, a wheel cylinder, or whatever is leaking the fluid.

This type of work is too much on me any more and I will have to hire it done if Cornforth-Campbell renigs on the service to which I feel they owe me.

Sincerely ours,

Clinton M. Tullis
16300-184th ave, S.E.
Renton, Wa. 98058-0903
Phone and fax (425) 226-7399
Cell (206) 713-4950

*[handwritten at bottom left: P-4  2 calipers and pins were replaced on the front wheels. new brake pads were installed on all wheels, the F-vant ROTORS were balanced & cleaned.]*

*[handwritten: P-4-OF-6]*

*[handwritten at bottom right, boxed: 1 Plaintiffs took a trip to Spokane for graduation of granddaughter in 2004, the vehicles brakes (suburban Brakes) again pulled to hard left on application. upon arriving home plaintiff pulled off all wheels of the suburban. the caliper were riding on bad pins and causing loss of brake fluid. 1 front Rotor 3/32nds thinner than right front wheel. All this a no no.]*

We trusted you people or we wouldn't have purchased the vehicle at any price.

P.S. After we left your shop without getting any reprieve or consideration on the heating or on the brakes; The vehicle again heated on me and the lights were remaining very dim.

Consequently, First, I went to a parts dealer, purchasesd and installed new lights and then after the vehicle again heated on me, I determined the problem was most likely with a faulty thermostat that only worked part time and went to another parts store and purchased a new thermostat. This took care of the entire heating problemn on the trip, but upon arriving home; the vehicle again heated to the boiling point upon backing the trailer into our yard. The next day, I again went to Schucks Auto Parts store,  Where I purchased and installed a radiator cap.

(1).    Since, We have spent two weeks running up and down the Oregon Coast. The temperature has not risen above 180 ~~degrees~~ degrees in extremeely hot weather. No thanks to your Service

(2) Our lights are considerably brighter even though the battery does not seem to be in the best condition, except the right headlamp appears to be distorting the right beam.

(3) The engine: 1.  Always kicks back when starting, showing that the timing is a little fast.
    2. Idles 300 RPM too fast.(I HAVE BEEN INFORMED THAT THE FACTORY RECOMMENDS 800 rpm). THIS DOESN'T CURE "THE KICK-BACK IN TIMING" THOUGH *5 00 to 6 00 RPM sufficient for gas engines*
(4) The Window Washer Does Not Work.

(5) The brakes are now adjusted fairly even and give me good braking on full pedal. (I have not tried them under a heavy trailer load).  I also had to add quite a bit of hydraulic fluid after bleeding and adjusting the brakes. This is the fourth time I have had to add brake fluid.

I should not have to personally remedy any of the Nos  (2), (3), (4), or (5) if the master cylinder, a wheel cylinder, or whatever is leaking the fluid.

This type of work is too much on me any more and I will have to hire it done if Cornforth-Campbell renigs on the service to which I feel they owe me.

Additionally, Yesterday; Wednesday, September 10th , 2003; I drove the vehicle about 60 miles in the rain. The left front wheel grabbed and chattered and did not brake good in the wet weather. It also skidded a little on the braking application; I BELIEVE IT IS NOT A NON-SKID (NON-LOCK) BRAKE ON THE LEFT FRONT OF THE VEHICLE, AS IT IS SUPPOSESD TO WARRANT.

Sincerely Yours,

*Plaintiff performed the repairs*

Clinton M. Tullis    *Clinton M. Tullis*
16300-184th ave, S.E.
Renton, Wa. 98058-0903
Phone and Fax : (425) 226-7399
Cell (206) 713-4950

P 5 of 6

*now*
*Plaintiffs*
(We) had purchased our GM Suburban in May of 2003 at Cornforth-Campbell Buick and GM in Puyallup, Wa. *June 4 ~ 2003*
One of the conditions of Purchase was that the Suburban would be equipped to supply the towing and
braking essential for a 30 foot Wilderness Trailer that weighed 7000 pounds before loading.
WE WERE THEN PROMISED THAT CORNFORTH-CAMPBELL WOULD FURNISH US THE BOOK
ON USE AND MAINTENANCE OF THE SUBURBAN AND ON THE EQUIPMENT ATTACHED.

The salesman showed me the newly mounted Trailer Electric Control and told me that I only needed to slide
the "side switch forward or back" to get expected response on the brakes. This was the way to feel if the
trailer would pull back on the suburban without applying the Suburbans brakes. You should then slide the
switch in the opposite direction to barely release the pull back and that would give you full breakage when the
Suburbans brakes were applied. Also, to check the trailer brakes activating after making the above
adjustment.
We were advised to "slide the activator located on the front of the control". back and forth and it would indicate
the ability of the trailer to assist in stopping. This was occasionally performed and we were confident of the
trailer controlling its own weight in stopping.

[Prior to going on vacation to Oregons Southwest "Coast city" of Bandon, Oregon. Upon returning
from a three day trip to Spokane, Washington, to a granddaughters graduation at Eastern
Washington University;  I pulled the wheels off of the trailer to make certain the lining and
electric brakes were in good condition. and repacked the wheel bearings. I then adjusted
the brakes to the recommendations of our trailer manual. The brakes linings and electric
activators were in excellent condition as prescribed by the manual.]
RECEIPT OF THE PROMISED MANUAL ON THE ACTIVATOR WOULD HAVE AVOIDED
PLAINTIFFS ACCIDENT AS PLAINTIFFS WOULD HAVE IMMEDIATELY REPLACED IT.
   The Timed Activator is not actively comparable to Inertia-activator
with proportional sensors which take less than one-second to deliver
100%(one -hundred percent)of their full stopping power.
*now* —
*Plaintiffs*
I made four trips to Cornforth-Campbell to pick up the owners manuals and never was afforded one *of*
which they continued to ignore as they also ignored maintenance to be provided to the Suburban under
the warranty. The battery went dead, the starter failed, the headlights needed and received replacement.
the lighting system had a loose wire at the battery terminal of which I completely soldered together. I
cured the radiator water flow which caused overheating of the engine  and I completely repaired the braking
system as was recommended by the new Chilton"Mechanics Manual" of which I purchased from an Auto
Parts store. The Suburban brakes had been pulling to the left when traveling on wet pavement.
The improved Suburban Brakes were excellent. The Trailer Brakes were excellent. It was the trailer control
that malfunctioned.

Unknown to us; the "Trailer Brake Control" newly installed by Cornforth-Campbell was not used by
most, if any RV installers; as Tacoma RV explained to us on the third trip we made to contact them
after the accident; Stated that Tacoma RV had not installed that type in years. They then gave us a
book on the different types that are available.
The book then explained that the type of control on our vehicle, could completely malfunction and fail
under heavy application in an emergency situation and that the digital controls or even a partial digital
control was essential on Recreational trailers.

Respectfully,

Clinton M. Tullis ProSe                *Clinton M. Tullis*
16300-18th ave. S.E.
Renton, Wa. 98058-0903
Phone and Fax (425) 226-7399
Cellular (206) 713-950

*This accounting was produced for the*
*Bankrilea Dist Court where Plaintiffs (then defendants)*
*were exonerated from false accusations:*
*from injustifies accusations.*

*Auto repr*

*exhibits [0-12]*

*for Cornforth*
*also Purchased*
*a 180° thermostat*

## Schuck's Auto Supply

*7-22/03*

17789 SE 272nd Street
Covington WA 98042    STORE#04349
(253) 631-5645    07/22/03    5:23 pm
REGISTER 02  2    5948 CASHIER# 032647-02

| | | | |
|---|---|---|---|
| PA 6308043 | WATER OUTLET GASKT | | 1.39 |
| | | | 824 |
| PA 6574529 | WATER OUTLET GASKT | | 1.39 |
| | | | 680 |
| PA 6144612 | SUPERSTAT | *thermostat* | 8.99 |
| | | | 65848 | 81 |

Limited Lifetime*    *plus tax 9.80*

```
        SUBTOTAL        11.77
        TAX 8.40%        0.99
        TOTAL          12.76
```

**DEBIT CARD SALE**        -12.76

CHANGE DUE        0.00

TRANSACTION#00345367

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!    *12176*
Visit Us On-Line At
WWW.SCHUCKS.COM

*See warranty brochure for
additional terms of warranty

        PRIMARY

        157859
    Card # XXXXXXXXXXXX0258
        Approval: 002477

    <<CUSTOMER COPY>>

---

BIG WHEEL AUTO PARTS        606013
25416 104TH SE
KENT WA 98031
253-859-4510        *8-23/03*

1 CASH CUSTOMER    CW 11:49 08/23/03

* 99 GMC TRUCK    C&K2500 SUBURBAN
  V8-350  5.7L    *5.43 with tax*
1 STA 10231.5        4.99        4.99 T
  RADTR CAP
1 FRA PHS        4.99        4.99 T
  OIL FILTER
    CHECK            10.86
    DISPLAY # 5
Labor            Subtotal        9.98
Froht            Core
Disc             Tax            0.88
                 Total        10.86

TENDER        10.86 CHANGE

A RESTOCKING FEE MAY BE        *Radiator cap*
ASSESSED ON NEW RETURNS

MOST COMPLETE AUTO PARTS STORES

B AUTO PARTS, INC.
RAINIER AVE. NO.
ENTON, WA 98055
206-772-6380

4-3-04

SHIP TO:

SOLD FROM RENTON STORE

Suburban Brake repair

| | AUBURN | KENMORE |
|---|---|---|
| | 2703 Auburn Way N. | 6340 N.E. Bothell Way |
| | (253) 854-0464 | (425) 486-2007 |
| | BELLEVUE | REDMOND |
| | 10505 Main Street | 16115 Redmond Way |
| | (425) 454-2495 | (425) 885-4146 |
| | BURIEN | RENTON |
| | 14307 1st Ave. S. | 401 Rainier Ave. N. |
| | (206) 243-2444 | (206) 772-6380 |
| | FEDERAL WAY | TACOMA |
| | 1610 341st Pl., Ste. A | 215 S. 72nd Street |
| | (253) 661-7222 | (253) 475-9018 |

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.        581242
RENTON, WA 98055
206-772-6380        4-3-04

6 CASH SALE. THAN ER 02:30 04/03/04

| 1 WIL W159C | 3.99 | 3.99 T |
|---|---|---|
| BRAKE SPRI | | |
| 1 WIL W80622 | 4.99 | 4.99 T |
| BRK SPRG T | | |
| 1 WIL W1334 | 1.99 | 1.99 T |
| 3/8 HEX BI | | |
| 1 WIL W154 | 8.99 | 8.99 T |
| 36MM AXLE | | |

Cash        $21.72   50.00
DISPLAY # 17

| Labor | Subtotal | 19.96 |
|---|---|---|
| Frght | Core | |
| Disc | Tax | 1.76 |
| | Total | 21.72 |

TENDER        50.00 CHANGE    28.28

1489539
PAGE 1

| WEIGHT | | | | ORDER DATE | | INV. DATE | | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| | | 02:28 PM | | 04/03/04 | | 04/03/04* | | |
| DESCRIPTION | | CORE | LIST | | SELL | | EXTENDED | T | D |
| KE SPRING | | | 5.48 | | 3.99 | | 3.99 | T | |
| SPRG TOOL | | | 8.98 | | 4.99 | | 4.99 | T | |
| HEX BIT | | | | | 1.99 | | 1.99 | T | |
| M AXLE SKT | | | 22.80 | | 8.99 | | 8.99 | T | |

- Special Order Returns
are subject to a 20%
restocking fee.
- Freight Charges are
non-refundable.

| SUB-TOTAL | 19.96 |
|---|---|
| CORE | |
| TAX | 1.76 |
| LABOR | |
| FREIGHT | |
| TOTAL | 21.72 PICK |

on record
05/27/04

Schucks Auto Supply

17620 108th SE
Renton  WA 98055    STORE#04329
(425) 228-6226   05/27/04   4:46 pm
REGISTER 04  2   3576 CASHIER:057394-03

PA 8322372  QUIET STOP PADS   59.99 X
            PGD37005
Ltd Lifetime Warranty Excludes Wear
PA 6089189  80/85W-90 GEAR OIL
                              3.49
            831
PA 6008205  SYNTHETIC GEAR OIL
            75W90           8.99

| SUBTOTAL | 72.47 |
|---|---|
| TAX 8.80% | 6.38 |
| TOTAL | 78.85 |

**DEBIT CARD SALE**        -78.85

CHANGE DUE                  0.00

**Items Sold    :  3**

TRANSACTION #00464300

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU

More Green

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.        581293
RENTON, WA 98055
206-772-6380        4-3-0

6 CASH SALE. THAN GF 04:05 04/03/04

| 1 TRW 14-370-12 | 41.79 | 41.79 T |
|---|---|---|
| BRAKE PAD | | |
| 1 LUB 11380 | 2.99 | 2.99 T |
| 16 OZ WB G | | |
ATM/Debit
DISPLAY # 17              48.72

| abor | Subtotal | 44.78 |
|---|---|---|
| ght | Core | |
| sc | Tax | 3.94 |
| | Total | 48.72 |

DER        48.72 CHANGE    $48.72

*exhibits 10-12*

3-31-09 (?)

## Cedar Rapids Towing
18015 S.E. Maple Valley Hwy.
Renton, WA 98058
PHONE (425) 255-5255

**37334**

24 hour

Date 03 / 31 / 09    WDL # _____

WO # _____    PO # _____

Bill to: Clinton Tams

Address: Renton

City, State: Renton    WS    98058-0963

Owner: _____

Address: _____    Tel: _____

YR 99    MAKE Gmc    MODEL Suburban    LIC # 223-RCC    ODOMETER

VIN # _____

DRIVER 107    TRUCK 10    GLASS 2    WSP ☐    AGC ☑    IMP ☐    INS. ☐
                                        PD ☐    PVT ☑    COM ☐

Tow From 1805? - 8272

Tow To _____

| Extra Services | Dolly | Wheel Lift | Driving Remove | Car Carrier | Standby |
|---|---|---|---|---|---|

Winching _____

2nd Tow    Inside    Driver    Truck    Class

Storage    Days Outside    Per Day

Mileage Finish    Time Finish

Mileage Start    Time Start

Total Miles    Per Mile    Total Time

After Hours Release    Keys

Comments _____    Advance Charges

Tolls Paid

Sub Total    85 00

Tax    6 16

Check No. 2522    Bank Card ☐    TOTAL    91 16
Date Released    Cash ☐
Released By    Charge ☐

AUTHORIZATION TO TOW VEHICLE: Clinton M. Tams

*electrical failed couldn't start
vehicle - had to have it towed
home so I could run tests and
& repair*

BED LINERS
TRAILER HITCHES
• • •
623 MERIDIAN E.
EDGEWOOD, WA 98371



# EDGEWOOD NATIONAL INC.

Complete Truck & RV
Installation Facility
www.edgewoodnational.com

4WD, TRUCK and RV PARTS and ACCESSORIES

**PHONE: (253) 927-3388**

**DISCLAIMER OF WARRANTIES.** All warranties on the products sold hereby are those made my the manufacturer. The Seller, Edgewood National, Inc. hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Edgewood National, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with this sale. CHECK ALL PARTS BEFORE INSTALLING. EDGEWOOD NATIONAL, INC. WILL NOT BE RESPONSIBLE FOR MISLABELED OR MISPACKED PARTS.

NO ELECTRICAL PARTS RETURNED • NO RETURNS AFTER 30 DAYS OF SALE

*exhibits 10/11/12*



CASH ONLY WHOLESALE      CUSTOMER #    500   CASH    INVOICE # 78079-A
CODES: D I C.O.D.
DATE : 07/02/03      03
10:00 AM PAGE: 1 A

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | PHO | H9006XPP2 | BULB ST LEGAL | | | 24.15 | 24.15 | T. |

*2 bulbs*
*1- Right Front*
*1- Left Front*

*7/02/03*

CHECK      :$    26.30
CHECK # 2591

| | | | | | | | 24.15 | 2.15 |
|---|---|---|---|---|---|---|---|---|
| TOTAL UNITS | | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON TAXABLE TAXABLE | TOTAL TAX |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR CREDIT THAT HAS BEEN INSTALLED FOR TESTING.

RECEIVED BY: X      PAY THIS AMOUNT ▶    26.30    CUSTOME

---

EDGEWOOD TRUCK TOYZ

• • •

623 MERIDIAN E.
EDGEWOOD, WA 98371

Complete Truck & SUV
Installation Facility
www.edgewoodtrucktoyz.com

**PHONE: 253•927•3388**
**FAX: 253•927•4519**

*12-26-03*

NO ELECTRICAL PARTS RETURNED      NO RETURNS AFTER 30 DAYS OF SALE

CLINT
*Edgewood performed the head-light installation*

OPEN    INVOICE # 88702-A
CODES: D I
PH #425 226-7395   DATE : 12/26/03      03
REF: W/O 2#418      4:03 PM PAGE: 1 A

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | HHA | 24065 | GM FULLSIZE PU | | | 16.49 | 16.49 | T. |
| 1 | PCH | C2583A | RIGHT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | | C2582A | LEFT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | 999 | L0-5 | LABOR PER HOUR | | | 60.00 | 60.00 | T. |

*Plaintiffs replaced entire head lamps*
*12-26-03*

| | 60.00 | | | | | 236.39 | 20.81 |
|---|---|---|---|---|---|---|---|
| TOTAL UNITS | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON TAXABLE TAXABLE | TOTAL TAX |

257.20

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR

RECEIVED BY:      PAY THIS AMOUNT ▶   ***NON-FINAL***   ORIGINAL

| QUAN. | JOB CODE | LABOR INSTRUCTIONS | | EACH | TOTAL |
|---|---|---|---|---|---|
| 1 | 999 | LO-5 Labor | | | 60 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | OUTSIDE WORK | | |
| | | | TOTAL LABOR | | |

| QUAN. | LINE CODE | PART NUMBER | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|---|---|
| 1 | PCH | C2583A | Right Light | | 79 95 |
| 1 | " | C2582A | Left Light | | 79 95 |
| 1 | HHA | 24065 | Book (maintenance Vehicle) | | 16 49 |

**EDGEWOOD TRUCK TOYZ**

**623 MERIDIAN E.**
**EDGEWOOD, WA 98371**

*Complete Truck & SUV*
*Installation Facility*
www.edgewoodtrucktoyz.com

**Truck Toyz** OFFROAD & SUV ACCESSORY CENTER

PHONE: 253•927•3388
FAX: 253•927•4519

**NO ELECTRICAL PARTS RETURNED**

**NO RETURNS AFTER 30 DAYS OF SALE**

CLINT TULLIS   12-26-03   CASH   INVOICE # 38702-A
CODES: D 1
PH #425 226-7399   DATE : 12/26/03   03
REF: W/O 21415   425 PM PAGE: 1 A

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | HHA | 24065 | GM FULLSIZE PU | | | 16.49 | 16.49 | T |
| 1 | PCH | C2583A | RIGHT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | | C2582A | LEFT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | 999 | LO-5 | LABOR PER HOUR | | | 60.00 | 60.00 | T . |

CHECK   : $   257.20
CHECK # 1199   257.20

| | FREIGHT | LABOR 60.00 | MISC. | CORE-TOTAL | LIST TOTAL | NONTAXABLE | TAXABLE 236.39 | TOTAL TAX 20.81 |
|---|---|---|---|---|---|---|---|---|

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS
SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR
CREDIT THAT HAS BEEN INSTALLED FOR TESTING.

RECEIVED BY: X

PAY THIS AMOUNT ▶   257.20   **CUSTOMER**

**No. 21415**

**EDGEWOOD NATIONAL INC.**
623 MERIDIAN E.

**Warrantee Disclaimer**   ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER (EDGEWOOD NATIONAL INC.) HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

**Work Authorization**   I HEREBY AUTHORIZE THE ABOVE WORK TO BE DONE ALONG WITH NECESSARY MATERIALS. YOU AND YOUR EMPLOYEES MAY OPERATE ABOVE VEHICLE AT YOUR RISK. AN EXPRESS MECHANICS LIEN IS ACKNOWLEDGED ON ABOVE VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO. YOU WILL NOT BE HELD RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLE OR ARTICLES LEFT IN VEHICLE IN CASE OF FIRE, THEFT, ACCIDENT OR ANY OTHER CAUSE BEYOND YOUR CONTROL.

Work Authorized By   Clinton M. Tullis

NAME   Clint Tullis
MAKE   CHEV
MODEL   SUB.

MOST COMPLETE AUTO PARTS STORES

B AUTO PARTS, INC.
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

4-3-04

SHIP TO:

SOLD FROM RENTON STORE

*Suburban Brake repair*

| | AUBURN | KENMORE |
|---|---|---|
| | 2703 Auburn Way N. | 6340 N.E. Bothell Way |
| | (253) 854-0464 | (425) 486-2007 |
| | BELLEVUE | REDMOND |
| | 10505 Main Street | 16115 Redmond Way |
| | (425) 454-2495 | (425) 885-4146 |
| | BURIEN | RENTON |
| | 14307 1st Ave. S. | 401 Rainier Ave. N. |
| | (206) 243-2444 | (206) 772-6380 |
| | FEDERAL WAY | TACOMA |
| | 1610 341st Pl., Ste. A | 215 S. 72nd Street |
| | (253) 661-7222 | (253) 475-9018 |

1489539

PAGE  1

| WEIGHT | | ORDER DATE | INV. DATE | INV. NO. |
|---|---|---|---|---|
| 02:28 PM | | 04/03/04 | 04/03/04 | |

| DESCRIPTION | CORE | LIST | SELL | EXTENDED | T | D |
|---|---|---|---|---|---|---|
| KE SPRING | | 5.48 | 3.99 | 3.99 | T | |
| SPRG TOOL | | 8.98 | 4.99 | 4.99 | T | |
| HEX BIT | | | 1.99 | 1.99 | T | |
| M AXLE SKT | | 22.80 | 8.99 | 8.99 | T | |

- **Special Order Returns** are subject to a 20% restocking fee.
- **Freight Charges** are non-refundable.

| SUB-TOTAL | 19.96 | PICK |
|---|---|---|
| CORE | | |
| TAX | 1.76 | |
| LABOR | | |
| FREIGHT | | |
| TOTAL | 21.72 | |

---

B&B AUTO PARTS, INC.        601242
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

4-3-04

6 CASH SALE. THAN ER 02:30 04/03/04

| 1 WIL W159C | | | |
|---|---|---|---|
| BRAKE SPRI | 3.99 | 3.99 | T |
| 1 WIL W80622 | 4.99 | 4.99 | T |
| BRK SPRG T | | | |
| 1 WIL W1334 | 1.99 | 1.99 | T |
| 3/8 HEX BI | | | |
| 1 WIL W154 | 8.99 | 8.99 | T |
| 38MM AXLE | | | |
| Cash | | 50.00 | |
| DISPLAY # 17 | | | |

*$ 21.72*

| Labor | Subtotal | 19.96 |
|---|---|---|
| Frght | Core | |
| Disc | Tax | 1.76 |
| | Total | 21.72 |

TENDER        50.00 CHANGE        28.28

---

*on record*
*05/27/04*

**Schucks Auto Supply**

17620 108th SE
Renton WA 98055        STORE#04329
(425) 226-6226  05/27/04  4:46 pm
REGISTER 04  2   3576 CASHIER# 057394-03

*Brakes*

PA 8322372  QUIET STOP PADS        59.99
*Brake pads*
PGD37008
Ltd Lifetime Warranty Excludes Wear
PA 6089189  80/85W-90 GEAR OIL        3.49
831
PA 6008205  SYNTHETIC GEAR OIL        8.99
75W90

| | SUBTOTAL | 72.47 |
|---|---|---|
| | TAX 8.80% | 6.38 |
| | TOTAL | 78.85 |

**DEBIT CARD SALE**        -78.85

CHANGE DUE        0.00

> **Items Sold    :    3**

TRANSACTION #00464300

Refunds & exchanges must be made within 60 days with original sales receipt.

THANK YOU!

More Green.
More Clean
<<SHUCKS>>
Shucks
91 items bought at the time of purchase
Valby Brochure applicable

---

B&B AUTO PARTS, INC.        601293
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

4-3-

6 CASH SALE. THAN GF 04:05 04/03/04

| 1 TRW 14-370-12 | | | |
|---|---|---|---|
| BRAKE PAD | 41.79 | 41.79 | T |
| 1 LUB 11380 | | | |
| 16 OZ WB G | 2.99 | 2.99 | T |
| ATM/Debit | | | |
| DISPLAY # 17 | | 48.72 | |

| abor | Subtotal | 44.78 |
|---|---|---|
| ht | Core | |
| sc | Tax | 3.94 |
| DER | Total | 48.72 |

48.72 CHANGE        48.72
*$ 48.72*

*Suburban*



*Exhibits 10-12*

**Tires LES SCHWAB**

**The West's Largest Independent Tire Dealer**

SOLD TO CLINTON TULLIS

LES SCHWAB TIRE CENTER
17235 SE 272nd Street
Kent, WA 98042 4965
253-638-0940

146200

*no date on stub*

*on the Suburban*

ACCT  386  99998    INVOICE   279911

DATE   07-22-2003    TIME     6:03:57 PM

| SOLD BY | TRANSACTION TYPE | WORK ORDER # | CUSTOMER PO # | LICENSE | MILEAGE | YEAR / MAKE / MODEL |
|---------|------------------|--------------|---------------|---------|---------|---------------------|
| JEFF | CASH | 186737 | | 223-REC | 56949 | |

| QTY. | PRODUCT CODE | PRODUCT DESCRIPTION | PRICE | FET | AMOUNT |
|------|--------------|---------------------|-------|-----|--------|
| | | All Parts New Unless Specified | | | |
| 1 | 02117046 | LT245/75R-16/10 TRAILCAT ALL SEASONS BLACKWALL | 97.00 | | 97.00 |
| 1- | 02117046 | LT245/75R-16/10 TRAILCAT ALL SEASONS BLACKWALL | 97.00 | | 97.00- |
| | | Adjustment: D 100% Sidewall Separation | | | |

*Plaintiff only use super tires*

Customer certifies there are no personal injury or other claims of any type whatsoever relating in any way to the above-described merchandise. Customer understands Les Schwab is relying on this certification to grant credit, or make a product adjustment and to dispose of the merchandise together with certain records, without further investigation. If any claims relating to the merchandise are made, customer releases, indemnities and holds harmless Les Schwab therefrom.

**NOTICE: The following conditions apply to all sales except where Seller issues a written warranty.**
SELLER ASSIGNS TO PURCHASER ALL RIGHTS AND REMEDIES UNDER MFRS. EXPRESS AND IMPLIED WARRANTIES, BUT OTHERWISE EXCLUDES ALL LIABILITY FOR WARRANTY DAMAGES. SPECIAL AND CONSEQUENTIAL DAMAGES FOR LES SCHWAB MFRD. PRODUCTS EXCLUDED TO EXTENT LAW ALLOWS. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE. Purchaser acknowledges having received the goods described above and having read and received a copy of the Security Agreement and Warning (when applicable) contained on the reverse side hereof.

**PURCHASER X**

| | |
|---|---|
| SALES TAX | .00 |
| DISPOSAL TAX | .00 |
| **TOTAL** | .00 |

**CUSTOMER COPY**



**INVOICE**

# East Auto Parts

ET, RENTON, WASHINGTON 98059
228-6364

SALES DRAFT

HIGHLAND EAST AUTO-MART
4616 NE 4TH ST
RENTON, WA 98059
TERMINAL 52003B9

B4098242
04/03/2004    15:43:00
DEB XXXXXXXXXX0258
INVOICE 63007 OP2
AUTH. CODE 631920

SALE TOTAL                    $32.64

CUSTOMER COPY

Schucks Auto Parts

307 Rainier Avenue S
Renton WA 98055
STORE#9A318
(425) 235-9972 04/27/04    #413 pm
REGISTER #2 1    767A CASHIER 065319-04

PA 6180053 HAVOLINE 10W40        20.20
12 @ 1.69                      12 @ -0.50
Customer Satisfact 6180053       6.00
PA 6733399 HAVOLINE 10W30        20.20
12 @ 1.69                      12 @ -0.50
Customer Satisfact 6733399       6.00

**Items Sold    :    24**

SUBTOTAL                        28.56
TAX 8.80%                        2.51
TOTAL                           31.07

**DEBIT CARD SALE**             31.07
CHANGE DUE                       0.00

TRANSACTION #00498713

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!
Visit Us On-line At
WWW.SCHUCKS.COM

061543
Card # XXXXXXXXXX0258
Approval: 658248

PRIMARY

<<CUSTOMER COPY>>
<<CUSTOMER COPY>>

## Plaintiffs Mechanical Resume.

1. Plaintiff: Clinton M. Tullis performed mechanical work from childhood; On farm equipment, tractors, family and friends automobiles; Activating stalled trucks and loaders in shipyards that had refused to function because of world war 2 shortage of parts; Then tuning military officers and cadre vehicles at the Camp Roberts, California Infantry Training Center where I took seventeen weeks rugged infantry training in 1945 in preparation for the invasion of Japan, thwarted by the atomic bomb,; Then on farm equipment until I was thirty two years of age.

2. This latter was performed during Plaintiffs marriage and commencement of our family; and after two seasons of heavy hail storms out of four, costing heavy losses of our row crops; We decided to move to Margarets home town of Seattle to allow our children to choose their own destiny.

3. Plaintiff Clinton then worked as a Line mechanic for a freight Company for several years where I performed dozens and dozens of brake repairs and sometimes total replacements on Air Brakes, and Hydraulic brake systems and of course engine, transmission and power train rebuilding and/or vehicle general tune-ups inclusive of steering assemblies and balancing steering actions on the vehicles.

4. This was just prior to entering the Real Estate Industry for which Plaintiff is remaining self employed since 1967.

5. For one year prior to working for a large freight Company; Plaintiff Clinton worked for Mack Truck until a Christmas Layoff for several mechanics to wait for spring business to pick up. During this employment, I stripped a couple Logging Trucks that had been badly damaged ; I stripped them to the rails and even removed the cross-members of the channel frames, Corrected the bends and dents and completely reconstructed the entire trucks inclusive of reusing all of the wiring, etc.

6. I refused to go back to Mack Truck as I could not afford to gamble on seasonal layoffs and didn't admonish having to work on several part time jobs including splitting days and weeks with other employees at Mack Truck in lieu of the winter lay-off to provide for my family. I didn't believe it was right for me to interfere with anothers seniority.

I also met the same rehtoric at two different tractor company's including a Michigan Equipment Co. and decided to apply for a job at Coast Lee and Estes Freight company where I stayed for five years prior to joining a Washington Building Firm as a Sub-Contractor in remodeling houses and Commercial Structures.

7. All of above to explain that I soon understood Cornforth Campbell deceit and really didn't know how to overcome it as we had already purchased and paid for the 1999 GMC Suburban before discovering their Warranty's and intent of negating performance to their promises was all a myth applied to performance of sales.

8. I do know that perjury is a crime and that the statute of limitations does not apply to Crimes of which Cornforth Campbell and GMC Advertisements are deliberate blow-ups of deceit to cause potential purchasers to drop their guard applicable to Mr. Good-Wrench and the flyers induced with and on the vehicle. Acts of Hypocracy and extended criminology.

9. A recent acquired Washington State Commitment of Law states: There is no limitation on litigation awards to an injured party. General Motors and agency of Cornforth Campbell have over-cooked their Turkey.

10. This is qualified as to AID AND ABET: To actively, knowingly, or purposely facilitate or assist another individual in the attempted or attempted commission of a crime. Aiding and abetting is characterized by Affirmative Criminal Conduct and is not established as a result of omissions or negative acquisance. 24 A 2d 85, 87. Compare Accessory: One who Aids or contributes in a secondary way or assists in or contributes to crime as subordinate. See 216 So. 2d 829, 831. The failure to report the commission of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or Avoiding Apprehension for Crime. (Apprehension: To seize, to arrest, to understand, to fear, filled with dread, suspicious). Complicity "mens rea" Accomplice; Liability is shared. Common "Mens rea": and Criminal Purpose is shared between Agent and Principal; See 233 P 2d 347.

11. All of above relating to Criminal Acts of Defendants was copied from Blacks Law Dictionary Eighth Edition by Garner and received from West Publishing Company.

EXHIBIT No 5

12. Plus: Crimes Applied to Clinton And Margaret Tullis by Cornforth Campbell and added to, by General
   Motors Advertising as Mr. Good Wrench, falls under:
   Chapter 9A RCW of Washington Criminal Code; Chapter 9A.04.110 which lists the many Crimes
   committed by the Agency of Cornforth Campbell as

(a)ntent: A person acts with intent or intentionally when he acts with the objective or purpose to
accomplish a result which constitutes a crime

(b)  Knowledge: A person knows or acts knowingly or with knowledge when: (1) he is aware of a fact,
    facts, or circumstances or result described by a statute defining an offense; or (II) he has information
which would lead a reasonable man in the same situation to believe that facts exist which facts are
described by a statute defining an offense.

( c ) Recklessness: A person is reckless or acts recklessly when he knows of or disregards a substantial
risk that a wrongful act may occur and his disregard of such a substantial risk is a gross deviation from
conduct that a reasonable man would exercise in the same situation.

(1) Criminal Negligence: A person is criminally negligent or acts with criminal negligence when he fails to
be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial
risk constitutes a gross deviation from the standard of care that a reasonable man would exercise in the
same situation.

(2) Substitute for Criminal Negligence: Recklessness and Knowledge. When a statute provides that
criminal negligence suffices to establish an element of an offense , such element also is established if a
person acts intentionally, knowingly, or recklessly. When recklessness suffices to establish an element,
such element also is established when a person acts intentionally or knowingly. When acting knowingly
suffices to establish an element, such element also establishes if a person acts intentionally.

Chapter 9A.08.020; which advocates the Liability for Conduct of another: Complicity.

(1)A person is guilty of a Crime if it is committed by the conduct of another person for which he is legally
accountable.This also applies to Agency and Corporations

P. 2 OF 2.

PLAINTIFFS RESUME
AND COMPLAINT                 Clinton  m.  Tullis



# 9-8 BRAKES

*Plaintiffs had to apply #3 below on the left Front Brake - installed siding.*

*Exhibit # 6*

*Page 4 of 4*

## 5   Brake disc - inspection, removal and installation



**5.2  Hang the caliper out of the way with a piece of wire - don't let it hang by the brake hose!**

*This page is from the Chilton Repair manual.*

### INSPECTION

♦ **Refer to illustrations 5.2, 5.3, 5.4a, 5.4b, 5.5a and 5.5b**

1  Loosen the wheel lug nuts, raise the vehicle and support it securely on jackstands. Remove the wheel and install the lug nuts to hold the disc in place.

➥**Note: If the lug nuts don't contact the disc when screwed on all the way, install washers under them.**

2  Remove the brake caliper. It isn't necessary to disconnect the brake hose. After removing the caliper bolts, suspend the caliper out the way with a piece of wire (see illustration).

3  Visually inspect the disc surface for score marks and other damage. Light scratches and shallow grooves are normal after use and may not always be detrimental to brake operation, but deep scoring requires disc removal and refinishing by an automotive machine shop. Be sure to check both sides of the disc (see illustration). If pulsating has been noticed during application of the brakes, suspect disc runout.

4  To check disc runout, place a dial indicator at a point about 1/2 inch from the outer edge of the disc (see illustration). Set the indicator to zero and turn the disc. The indicator reading should not exceed the specified allowable runout limit. If it does, the disc should be refinished by an automotive machine shop.

➥**Note: When replacing the brake pads, it's a good idea to resurface the discs regardless of the dial indicator reading, as this will impart a smooth finish and ensure a perfectly flat surface, eliminating any brake pedal pulsation or other undesirable symptoms related to questionable discs. At the very least, if you elect not to have the discs resurfaced, remove the glaze from the surface with emery cloth or sandpaper, using a swirling motion (see illustration).**

5  It's absolutely critical that the disc not be machined to a thickness under the specified minimum thickness. The minimum wear (or discard) thickness is cast into the underside of front discs (see illustration) and on the outside of rear discs. The disc thickness can be checked with a micrometer (see illustration).



**5.3  The brake pads on this vehicle were obviously neglected, as they wore down completely and cut deep grooves into the disc - wear this severe means the disc must be replaced**



**5.4a  To check disc runout, mount a dial indicator as shown and rotate the disc**



**5.4b  Using a swirling motion, remove the glaze from the disc with sandpaper or emery cloth**

*exhibits # 11 = portis*
*# 12 — without ison*
*comparison*
*# 13A positivism*

**portfolio**                    287                    **potable**

por·fo·li·o (pôrt·fō'·li·ō) *n.* case for holding loose documents, drawings, etc.; office of a minister of state [L. *portare*, to carry; *folium*, a leaf].

port·hole (pōrt'·hōl) *n.* window in side of ship [L. *porta*, gate].

por·ti·co (pōr'·ti·kō) *n.* (*Archit.*) a row of columns in front of the entrance to a building; a covered walk [L. *porticus*].

por·tion (pōr'·shan) *n.* a piece; a part; a share; a helping of food; destiny; lot; a dowry; *v.t.* to divide into shares; to give a dowry to. **-less** *a.* [L. *portio*].

por·tray (pōr·trā') *v.t.* to represent by drawing, painting, acting, or imitating; to describe vividly in words. **-al** *n.* the act of portraying; the representation. **-er** *n.* **portrait** (pōr'·trāt) *n.* picture of a person, esp. of the face; a graphic description of a person in words. **portraiture** *n.* the art of portrait painting [L. *protrahere*, to draw forth].

Por·tu·guese (pōr'·cha·gēz') *a.* pert. to Portugal, its inhabitants, or language.

pose (pōz) *n.* attitude or posture of a person, natural or assumed; *n.* mental attitude or affectation; *v.t.* to place in a position for the sake of effect; to lay down or assert; *v.i.* to assume an attitude; to affect or pretend to be of a certain character [Fr. *poser*, to place].

pose (pōz) *v.t.* to puzzle; to embarrass by a difficult question. **-r** *n.* [short fr. *oppose*].

pos·it (pàz'·it) *v.t.* to place or set in position; to lay down as a fact or principle [L. *ponere*, *positum*, to place].

po·si·tion (pa·zish'·an) *n.* place; situation; the manner in which anything is arranged; posture; social rank or standing; employment [L. *ponere positum*, to place].

pos·i·tive (pàz'·a·tiv) *a.* formally laid down; clearly stated; absolute; dogmatic; of real value; confident; not negative; plus; (*Math.*) pert. to a quantity greater than zero; (*Gram.*) denoting the simplest value of an adjective or adverb; (*Colloq.*) utter; downright; *n.* the positive degree of an adjective or adverb, i.e. without comparison; in photography, a print in which the lights and shadows are not reversed (as in the negative). **-ly** *adv.* **-ness** *n.* **positivism** *n.* the philosophical system which recognizes only matters of fact and experience. **positivist** *n.* a believer in this doctrine. **— pole**, of a magnet, the north-seeking-pole. **— sign**, the sign (+ read *plus*) of addition [L. *ponere*, *positum*, to place].

pos·i·tron (pàz'·a·trän) *n.* particle differing from an electron in that it has positive electrical charge; a positive electron.

posse (pàs'·i·) *n.* a company or force, usually with legal authority; men under orders of the sheriff, maintaining law and order [L. *posse*, to be able].

pos·sess (pa·zes') *v.t.* to own or hold as property; to have as an attribute; to enter into and influence, as an evil spirit or passions. **-ed** *a.* influenced, as by an evil spirit; demented. **-ion** *n.* the act of possessing; ownership; actual occupancy; the state of being possessed; the thing possessed. **-ive** *a.* denoting possession; *n.* (*Gram.*) the possessive case or pronoun. **-ively** *adv.* **-or** *n.* [L. *possidere*, *possessum*, to possess].

pos·si·ble (pàs'·a·bl) *a.* capable of being or of coming into being; feasible. **possibly** *adv.* **possibility** *n.* [L. *possibilis*].

pos·sum (pàs'·um) *n.* (*Colloq.*) an opossum. **to play possum**, to feign; to pretend; to deceive [fr. *opossum*].

post (pōst) *n.* a piece of timber or metal, set upright as a support; a prop or pillar; *v.t.* to attach to a post or wall, as a notice or advertisement. **-er** *n.* one who posts bills; a large placard for posting [L. *postis*].

post (pōst) *n.* a fixed place; a military station or the soldiers occupying it; an office or position of trust, service, or emolument; a trading settlement; formerly, a stage on the road for riders carrying mail; *v.t.* to station or place; *v.i.* to inform; to travel with speed. **-age** *n.* the cost of conveyance by mail. **-al** *a.* pert. to the post office or mail service. **-man** *n.* one who delivers mail. **-mark** *n.* a post office mark which cancels the postage stamp and gives place and time of mailing. **-master** *n.* the manager of a post office. **-master general** *n.* the chief of the post office department of a government. **— card** *n.* a stamped card on which a message may be sent through the mail. **-haste** *adv.* with great speed. **— office** *n.* an office where letters and parcels are received for distribution; the government postal department. **-age stamp** *n.* an adhesive stamp, affixed to mail to indicate payment [L. *ponere*, to place].

post- (pōst) *adv.* and *prefix* fr. L. *post*, after, behind, used in many compound words. **-date** *v.t.* to put on a document, letter, etc., a date later than the actual one. **-diluvian** *a.* living or happening after the Flood. **-graduate** *n.* of academic study, research, etc., undertaken after taking a university degree. **-impressionism** *n.* a movement in painting, sculpture, etc. which aims at artistic self-expression, or subjective as opposed to objective representation of things. **-mortem** *a.* after death; *n.* the dissection of a body after death; an autopsy. **-natal** *a.* after birth. **-primary** *a.* of education, beyond the elementary school. **pos·te·ri·or** (pàs·ti'·ri·er) *a.* coming after; situated behind; later; hinder; *n.* the rump. **-ly** *adv.* **-ity** *n.* the state of being later or subsequent. **posterity** (pàs·ter'·at·i·) *n.* future generations [L. *posterus*, behind].

post·ern (pōst'·tern) *n.* a back door or gate; *a.* rear; private [L. *posterus*, behind].

post·hu·mous (pàs'·cha·mas) *a.* born after the death of the father; published after the death of the author; occurring after death. **-ly** *adv.* [L. *postumus*, last, but confused with L. *humus*, the ground].

pos·til·ion, postillion (pōs·til'·yan) *n.* the rider mounted on the near horse of a team drawing a carriage [Fr. *postillon*].

post·pone (pōst·pōn') *v.t.* to put off till a future time; to defer; to delay. **-ment** *n.* [L. *post*, after; *ponere*, to place].

post·pran·di·al (pōst·pran'·di·al) *a.* after-dinner [L. *post*, after; *prandium*, repast].

post·script (pōst'·skript) *n.* something added to a letter after the signature; *abbrev.* **P.S.** [L. *post*, after; *scribere*, *scriptum*, to write].

pos·tu·late (pàs'·cha·lāt) *v.t.* to assume without proof; to lay down as self-evident; to stipulate; *n.* a prerequisite; a proposition assumed without proof. **postulant** *n.* one who makes a request or petition; a candidate, esp. for admission to a religious order. **postulation** *n.* [L. *postulare*, to demand].

pos·ture (pàs'·cher) *n.* the position of a body, figure, etc. or of its several members; attitude; *v.i.* to assume an artificial or affected attitude. **postural** *a.* [L. *ponere*, *positum*, to place].

po·sy (pō'·zi·) *n.* a bouquet; a flower [*poesy*].

pot (pàt) *n.* a rounded vessel of metal, earthenware, etc., used for cooking, holding fluids, plants, etc.; the contents of a pot; (*Slang*) a large sum of money; *v.t.* to plant in pots; to preserve (as jam, chutney, etc.). *pr.p.* **-ting**. *pa.p.* and *pa.t.* **-ted**. **-bellied** *a.* corpulent. **-hole** *n.* cavity formed in rock by action of stones in the eddy of a stream; a hole in the roadway. **-luck** *n.* whatever may happen to have been provided for a meal. **-shot** *n.* a shot at random [O.E. *pott*].

po·ta·ble (pō'·ta·bl) *a.* drinkable. **potation**

P

*P.#1-B*

utes does not mean they are identical. Thus, laws in one area, though broadly designed to regulate one general field may be aimed at different portions of that field, and still be in genere. The term imports singleness in general purpose but permits diversity of individual purposes.

**INGRESS AND EGRESS** the entering upon and departure from the lands in question, and the means of entering and leaving; the right of lessee to enter and leave leasehold. See easement.

**IN GROSS** at large. See easement (EASEMENT IN GROSS).

**IN HAEC VERBA** (*in hēc ver'ba*)— Lat: in these words.

**INHERENT DEFECT** a defect that exists in an item regardless of the use made of that item. Although an inherent defect may not be readily detectable, a manufacturer is nonetheless strictly liable for any injury caused by it. Prosser, Law of Torts 656, 657. (4th ed. 1971). Synonymous with **latent defect**.

**INHERENT POWERS** those powers an authority such as a court or a government must have in order to achieve the purposes for which it was created. See 437 N.E. 2d 164, 168.

**INHERENT CONSTITUTIONAL POWERS** the federal government possesses ''all those inherent and implied powers which, at the time of adopting the Constitution, were generally considered to belong to every government as such, and as being essential to the exercise of its functions.'' 12 Wall. 457, 556. These powers include the ability to conduct foreign affairs, 299 U.S. 304, 315-16; to exclude and deport aliens, 142 U.S. 651, 659; to protect persons in federal custody or employment, 135 U.S. 1; to protect federal elections, 110 U.S. 651; to protect federally created or fed-

erally guaranteed rights, 112 U.S. 76. Antieau, Modern Constitutional Law §§11:5 to 11:12 (1969).

**INHERENT RIGHT** a right that exists by reason of an individual's status as an individual and is not derived from any other source.

**INHERIT** technically, to take as an heir at law solely by **descent**, rather than by **devise**. More commonly used to signify taking either by devise, i.e., by will, or by descent, i.e., from one's ancestor as a matter of law. See 113 U.S. 340.

**INHERITANCE** real or personal property which is inherited by heirs according to the laws of descent and distribution. 216 P. 446, 449. 154 S.E. 2d 37, 39. **Real property** vests in the inheritor immediately on the death of the ancestor, subject to the rights of creditors. 70 P. 2d 1059, 1060. A nontechnical meaning of ''inheritance'' refers to the estate passed by will. 277 S.W. 197, 198.

**IN HOC** (*in hŏk*)—Lat: in this; respecting this.

**IN INVITUM** (*in in-vē'-tŭm*)—Lat: against the will of the other party.

**INJUNCTION** a judicial **remedy** awarded for the purpose of requiring a party to refrain from doing or continuing to do a particular act or activity. 104 A. 2d 884. Injunctions were first used by the **courts of equity** to restrain parties from conduct contrary to **equity** and good conscience. 344 S.W. 2d 257. Today, with the widespread merger of law and equity, injunctions are used as well in general **courts of law** whereas law courts were formerly constrained to use the writ of **mandamus.**

The injunction is a preventative measure which guards against future injuries rather than affording a remedy for past injuries. Types of injunctions include:

As our left front wheel slowly climbed upon the center of the vehicle in front of us I quickly released the brake pedal to allow the front wheel to rotate & climb instead of impacting. I then forced the steering to the full right turn & jammed the brake pedal down hard & the right wheel grabbed into the pavement & threw us off the vehicle in front & we slowly crepped around & along side of the vehicle in our immediate front. Margarets head was against the right door window glass & I reached over & pulled her head back for the protection from the vehicle frame work between the two right side door. I thought we may go down on our right side half way over a roll. thus holding the steering hard right with only my left hand which (strained) my left hand & wrist, also injured & pressured from the response of an air-bag explosion,

I was really in fear of Margaret getting her head impacted & possibly through the glass.

Luckily, our vain attempt at stopping the forward motion of our vehicle & trailer gave the cars in the right lane enough time to pull out of the way to make room for us to pass the vehicles on the left lane who were sitting still as they had already impacted. We both thought we were on fire and I was afraid of an explosion from a full 40 gallon tank of gas procured about ½ hour earlier.

Clinton M. Tullis

P2 of 2

## ENDANGERMENT TO THE ENTIRE PUBLIC

(1). Neglect of GMC Leadership and many other Manufacturers of vehicles "World Wide" should have responsibility adhered to in the extreme for dollars gained by Agencies through False Advertising and Crucial Neglect of keeping Vehicles safe for use on State, County and City Roadways, Disregarding the threats to the Publics safety and Lives towards sudden Death or horrendous Injury's prevailing through their incompetant, negative actions and considerations.

(2). They should not only be held monetarily accountable, but should also serve time in jail to accommodate their unnecessary criminal acts by negating proper production.

(3). All vehicles, whether new or used, must be examined thoroughly and brought up to safety standards before turning loose on our roads.

(4). Our judges and Politicians, whether heads of Policing Agencies that deny or avoid the matters or similar matters should be positively instantly removed and denied their retirement funds. Penalty's analagious to Judges and Politicians causng or bypassing causes of injury's and injurying citizens mentally or physically should not be tolerated at all, under any conditions.

(5). Advertisements by Automobile manufacturers and their Agency's World Wide,should be based on Truths; Not just on Public Trusts.

(6). They should be denied their product sales in any city, county, or state for at least One-Year, on each and every discovery of improper assembly or repairs.

(7). I personally called (after much trouble in locating), a sales manager for Toyota and told him "My Suv" was assured of doing 16 Miles per Ga;llon of gasoline and I was only getting ten Miles Per Gallon.

(8). I told him, I wanted a phone number or address of an official at the United States Plant to make a personal appointment for driving my Suv to his Factory and have the engine tuned to deliver my travels increased, to sixteen Miles Per Gallon.

(9). He laughed and told me that they could not or would not accommodate me; as the Miles per gallon was only a part of legal sales pitches to sell vehicles of which there is no violations of law. *He evidently has not heard of Perjury = Fraud.*
(9a). In other words, don't believe what you hear; It is only to over-whelm other agency's and increase purchases to the ignorant Public.

(10). This has got to stop. Both new and used vehicles to be sold; Do increase and enhance the highways and road deaths.

(11). An assist to control the population count. WE WANT THE ENTIRE GOVERNMENTs Procedures, TO RETURN OUR NATION TO ITS FOUNDATION, and of which it will influence the major portion of other nations to follow suit; with demanded honesty and complete expected proper assembly of vehicles to comply with honest advertisements.

P. 1 of 3.

that were no properly

(12). REMEMBER: Our Nation: A Republic for which it stands: One Nation Indivisible, with Liberty and Justice for All. (12a). Lets take it back to the people and the Pride of the World.

(13). Lets enforce our Attorneys and Judges with belief in proper principals (Honesty);
(13a). Lets hit our teaching of Lawyers and Judges to conform with honesty; Not overwhelming by Power and Seduction of our innocent..
(13b). Fire the Crumbs including canceling our Tax Money to the Colleges, etc. that preach to Do whatever is necessary to win. The stupid Judges love a good show and should be home looking at TV programs, while the judges neighbors are running over their Kids with vehicles that should not have been on the road because of inapproriate control being hidden by the winner. in sales.

(14). In our World today; We are overloaded with Politicians, and Political Proponents and Advisors that may not even know or realize that they are also amoungst the endangered Public that fall victim to the errors and known discrepancies, that Auto Dealerships, Agency's and Manufacturers can bypass by, paying for individual Political Status votes and filling each others wallets.
(14a). They should look at every one they meet, travel alongside of, or pass; may at any moment blow a tire, lose their steering control, find their brakes insufficient, their lights to go out, anything to thwart their arriving at their previous planned destination and all too often to arrive at their unplanned journey to a hospital or final stop at a morgue.

(15). Injurys or Deaths caused by automobiles are on TV stations and in news papers daily. Most of this is because of vehicle problems ignored by Dealers,and not completed at or by Agencys because of moving through the assembly llines so fast, with out proper supervision or enough mechanics to properly complete the assembly's and are sent to the trust of unknowledgeable purchaseres.

(16). Please don't take this in as ignorance. I was a darned good mechanic earlier in life and realize when something is neglected of which very few on the roads know until it is too late.

(17). TO BEGIN WITH,: REMOVE  THE CRUISE CONTROLS.
(17a). They are a big cause of roads and residential areas deadly accidents.
(17b). You cant turn them off when fighting airbags.
(17c). You cant turn them off when someone else is forcing you sideways of which you cant always get to the brakes that may also not be in proper condition for sudden control.
(17d). If you are too tired to operate the throttle with your foot, you are too tired to travel and this will help shorten your life span no matter what you try.

(18). Before you buy; Take your exciting vehicle to a mechanic to check out underneath for the steering, tires and wheels and the engine etc. under the hood after which; have him take you for a few miles run on the freeway for his final test. If the dealer will not allow this; You have already won a good cause and better go to another dealer.

P. 2 of 3.

19. This information is meant for everyone driving a vehicle to consider; No matter how old or how new, ignoring the truth, subjects the drivers and anyone they meet or pass is in danger of serious injury's or sudden death, for abuse or use as expressed above.

2o. The Politicians have established, vehicle "Emision Control Inspections' of vehicles; and are provided with equipment and personell to determine the condition of whether the vehicles need nurtured to supposedly save the climate.

21. They should develop or appoint shops for thorough examinations on each vehicle sold whether new or used, before allowing any of them to be used on the roads or to place any party, lot, or agency in a heavy monetary punishment penalty if they sell a vehicle that should not be on the roads and highways.

22. I am planning on bringing the above to Washington State Legislature for hopfuly igniting new laws and restrictions of new and used vehicle dealerships or individuals methods of sales of a vehicle not in condition to be used on the roads and highways of the State.

23. This is not a game to be playing. An automobile Insurance policy cannot bring those killed or injured, back to their former plane of survival.

THE ABOVE HAS ALL TOO OFTEN HAD PORTIONS TO BE OVERLOOKED AND /OR BYPASSED BY POLITICIANS, WHOM WERE FINANCIALLY SUBSIDIZED BY THE AUTOMOBILE DEALERSHIPS, CRIMES OF UNNECESSARY ENDANGERMENT TO THE PUBLIC.

Clinton M. Tullis
16300-184th ave. S.E.
Renton, Wa. 98058-0903
425-226-7399 or 206-713-4950
ccmtullis@juno.com

Plaintiffs would be delighted if the Court and the Jurors would all sign their names, addresses and phone numbers on the back of PLAINTIFFS COPIES FOR TRANSITION TO Olympis.
This would not be the first time I have asked for help from citizens and received an absolute response from a Governmental Agency to change their Policies.
Maybe, One of you would be glad to be the courier of this list and I will be glad to assistif you desire.
So that you can diagnose what my assist would perform; I am the party that pulled the Seattle Parks Supervisor and the Maintenance Leaders to the Delridge Way Parks Building for a three hours of details on thwe inadequacy of the functioning of Lighting the Parks and of constructing proper timing of Ball Players, etc. so the fields were ready for intended use and facilities for public use were open and strong enough for clean-ness, etc. Recreation Departments since have given the maintenance the use rosters and every thing has been on time and in top condition ever since.
Another time, I came into thw West Seattle Boat Ramp in the
P. 3 of 3. dark and found an angry crowd with their vehicles all tagged with a big bill from Diamond Parking.Within two Weeks, The Seattle Parks agreed to clean up all Parking and Boating needs and establish a reasonable use fee for new manicured boat ramps and Boat Locks, Library and other facilities that

Juno e-mail printed Thu, 29 Apr 2010 17:51:58 , page 1 of I

exhibit
#13-A

**Dear Clinton,**

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. Our goal is to exceed every expectation you've set for us. We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty
Vice President, U.S. Marketing

General Motors Company

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here.
To view our privacy statement, click here. We cannot reply to all responses to this e-mail
©2010 General Motors | 100 Renaissance Center | 482-A00 MAR | Detroit, MI 48265

© 2010 General Motors
(100 Renaissance center) 482 A 00 Mar (Detroit Mi
48265

exhibit
#13-A

Juno e-mail printed Thu, 29 Apr 2010 17:51:58 , page 1 of 1

Dear Clinton,

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. Our goal is to exceed every expectation you've set for us. We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty
Vice President, U.S. Marketing

General Motors Company

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here.
To view our privacy statement, click here. We cannot reply to all responses to this e-mail
©2010 General Motors | 100 Renaissance Center | 482 A00 MAR | Detroit, MI 48265

© 2010 General Motors
(100 Renaisance center) 482 A 00 Mar (Detroit MI 48265

EXHIBIT # #11 8
# 13   8#16

I was sitting on the Passenger side of the front seat. I thought we were stopping and then suddenly it felt like we were floating down the road. Then we were climbing over the back right end of the vihicle in front of us. Then our vihicle dropped down. Thats when the air bag hit my chest. It was very painful. There was a lot of smoke I thought our suburban was on fire; but it was from the air bag. I belive the seat belt grabbed me across my left breast and under my left arm, because it was very sore and tender for a long time. I was not able to lay on my left side. I had bruises on the front of my breast and another bruise underneath of my left breast. It was about two months before I was able to sleep comfortable again.

Margaret L. Tullis

P. # ~~3 of 3~~
11 8 #13 8 #16

*Exhibits 18 14*

❦
## Holiday Inn
# EXPRESS
**OF CENTRALIA**
1233 Alder Street
Centralia, WA 98531
360/330-9441

NAME & ADDRESS

MARGARET TULLIS
16300 184TH AVE SE

RENTON      WA 980580903

| | |
|---|---|
| Room | 116-11 |
| Arrive Date | 07/18/04 |
| Dept. Date | 07/19/04 |
| Folio # | 0 |
| Room Rate | 89.95 |
| Account | 2-CVISA |
| Mkt/Seg | O-TRAN |

Page 1

Independently owned and operated by Akita, Inc.

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE      **Rapid Check-Out**

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0718 | 111 | 0718000 | DKT | GUEST ROOM | 89.95$ | .00$ | 89.95$ |
| 0718 | 811 | 0718001 | DKT | SALES TAX | 7.02$ | .00$ | 96.97$ |
| 0718 | 812 | 0718002 | DKT | OCCUPANCY TAX | 1.80$ | .00$ | 98.77$ |
| 0719 | 918 | 0719000 | DKT | VISA | .00$ | -98.77$ | .00$ |

***TOTAL***          .00$

*Filed*
*W Relob*
*2-25-09*



## Holiday Inn
# EXPRESS

*Margarets night*
*at Hospital*
*after colision*

| | |
|---|---|
| ACCT. NO. | |
| VS ***********9983   0705 | |
| CARD MEMBER NAME | |
| TULLIS/MARGARET L | |
| ESTABLISHMENT NO. & LOCATION | |
| H.I. Express - Centralia | |
| 1233 Alder Street | |
| Centralia, WA 98531 | |
| CARD MEMBER'S SIGNATURE | |
| X  *Margaret J Tullis* | |

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 07/19/04 | HI- 51872-0/ |
| AUTHORIZATION | I.D. |
| 025359  117.00$ | DKT |
| .00$ | |
| .00$ | |
| PURCHASES & SERVICES | |
| | 98.77$ |
| TOTAL AMOUNT | |
| | 98.77$ |

*exhibit 10-12*

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | | DATE | | |
|---|---|---|---|---|---|---|---|
| NAME | *Trailer to haul our* | | | | | | |
| ADDRESS | *gear from wreck.* | | | | | | |
| CITY, STATE, ZIP | | | | | | | |
| SOLD BY | | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | *1* | *light adaptor* | | 5 95 |
| 2 | | | | |
| 3 | *1* | *Hitch & Ball used* | | 20 — |
| 4 | | | | |
| 5 | *1* | *Pin* | | 5 95 |
| 6 | | | | |
| 7 | | | | *29 90* |
| 8 | | DATE 267747442882   TIME<br>07/18/2004  0LEB   18:17:46 | | |
| 9 | *1* | | | *9 95* |
| 10 | | *7/18/04*   RENTALS ETC. INC.<br>700 SOUTH TOWER<br>CENTRALIA WA 98531<br>(360) 736-8257<br>THANK YOU | | |
| 11 | | | | *39 85* |
| 12 | | | | |
| 13 | | CREDIT SALE | | *3 11* |
| 14 | | TRANS #     001 | | *42 96* |
| 15 | | AUTH #    020249 | | |
| 16 | | VISA ACCOUNT #        EXP DATE<br>4428680001639383      0507 | | |
| 17 | | | | |
| 18 | | SALE AMOUNT      $42.96 | | |
| 19 | | I AGREE TO PAY ABOVE TOTAL AMOUNT | | |
| 20 | | ACCORDING TO CARD ISSUER AGREEMENT<br>MERCHANT AGREEMENT IF CREDIT VOUCHER | | |
| RECEIVED BY | | | | |

adams
5805

*Clinton M. Tullis*

SIGNATURE/REFERENCE

*Procedure following sequired diagnosing stability of Plaintiffs Heart for surgery (if possible) and of it hill surgery diagnosis and performance was applied*

# Consult Request

Printed On Dec 22, 2008

APPOINTMENT.

Diagnosis: bilateral inguinal hernias

Planned Procedure: laparaoscopic bilateral inguinal hernia repair

Requesting Provider: Hammill

Requested Appointment Date: Apr 21,2005

Requested OEC Appointment Date: Apr 21,2005

Planned Surgery Date: Apr 25,2005   *date of surgery released from hospital on 4/28/05*

Was the History and Physical Completed in Clinic? No

Was Informed Consent Completed in Clinic? No

Known Consult Needs (complete electronic consult scheduling will be done
with OEC): Medicine Consult

ASA Status: II  Mild Systemic Disease, no functional limitations

Additional Instructions: please make oec medicine and oec for April 21

Weight: 223.2 lb [101.5 kg] (12/02/2004 14:26)
Height: 74.5 in [189.2 cm] (08/05/2004 15:15)

Patient Allergies: Patient has answered NKA

Any new allergies: None

ORDERS:

1. Medications:

Drug:Dose:
Route:
Schedule:
Additional Comments:

Drug:Dose:
Route:
Schedule:
Additional Comments:

*Plaintiffs heart never returned to normal and was determined to cure by surgery and followed april 30 09 with a pace maker installation, this resulted in an infection and most of another week in the hospital taking need tissues to remove the incoming grout particles until May 1, 2009 and considered safe for plaintiffs released from hospital on May 12, 2009. Stw as very difficult to mentally function properly on this case. All of this should never have happened, if agency i Comforts Campbell & combine of if MC a shoddy assembly on the 1999 Suburban had not easily collapsed. This may not have been put to the test if agency of Cornforth Campbell had performed the perfected condition of the Suburban, they lied about inclusive of their cheap mounting of their improper trailer brake*

ACTIVATOR

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

P. 1 of 8

VISTA Electronic Medical Documentation

Printed at Seattle

*as a result: Plaintiffs discovered the Suburban Frame (channel) was too Frail and the steering assembly was both inclusive of too weak of structure causing Plaintiffs both to take a beating when the front end collapsed*

Page 20

# Consult Request

 *exhibit # 6*

Printed On Dec 22, 2008

Note# 9316146

Note: TIME ZONE is local if not indicated

---------------------------------------------------------------

LOCAL TITLE: PRE-OP MEDICINE CONSULT REPORT TEMPLATE
STANDARD TITLE: INTERNAL MEDICINE CONSULT
DATE OF NOTE: APR 21, 2005@16:56
    AUTHOR: CORNIA, PAUL B          ENTRY DATE: APR 21, 2005@16:56:55
    URGENCY:                         EXP COSIGNER:
                                     STATUS: COMPLETED    *actual*

PATIENT AGE: 80       GENDER: MALE                    *surgery 4/28/05*
PLANNED PROCEDURE (& SIDE):laparoscopic BIH repair    *date released from*
PLANNED PROCEDURE DATE:4/25/05                          *hospital*
                                *April 25 - 05 surgery*
--------------------------------- HISTORY ---------------------------------
1) Cardiac risk factors: age
2) Cardiac studies: none
3) Functional status: no prior cardiac history. he reports that he is quite
physically active in his daily life - gardens, mows the lawn, repairs cars,
manages an apt complex, etc. he has mild, stable dyspnea on exertion and denies
chest pain, as well as orthopnea, pnd and leg swelling.

Problem list: (per dr bryson)
    1)  Fiberglass exposure, dyspnea on exertion, no current
        pulmonary disease.
        11/04 pfts: mild airflow obstruction, fev1 2.9L
    2)  Benign prostatic hypertrophy, elevated PSA, biopsy negative
        1997.
    3)  First degree AV block.
    4)  Ascending aortic aneurysm, 5.3 cm, stable.
    5)  Degenerative joint disease hips, right greater than left.
    6)  s/p R hip replacement
    7)  L hand injury from MVA - triquetral fx of uncertain age (8/3/04)

Current Medications:
    1) Ibuprofen 400mg i po TID prn

----------------------------- PHYSICAL EXAMINATION -----------------------------
HEIGHT: 74 in [188.0 cm] (04/21/2005 13:46)
[104.1 kg] (04/21/2005 13:46)                          WEIGHT: 229 lb
TEMPERATURE: 97.6 F [36.4 C] (04/21/2005 13:46)
(04/21/2005 13:46)
BP: 141/57 (04/21/2005 13:46)                          PULSE:  70

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

VISTA Electronic Medical Documentation

Printed at Seattle

*page 2 of 8*

*all from July/04*
*collision*   *Prior to 2 lower inguinal*
*4/25/05 — 5 surgery*

# Consult Request

*all because of*
*Trailer activator failure)*

Printed On Dec 22, 2008

Significant Findings:   Unknown

Facility
Activity                    Date/Time/Zone          Responsible Person   Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER        03/29/05 07:11      HAMMILL, FRED        WILBER, EILEEN M
 PRINTED TO ORDERS 2E       03/29/05 07:11
 COMPLETE/UPDATE            03/16/08 17:46      TANG, CAITLYN N      TANG, CAITLYN N
Consult completed as requested by service.


Note: TIME ZONE is local if not indicated

Significant Findings: Unknown
--------------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
================================================================================
================================== END ==================================

Current Pat. Status:   Outpatient
Primary Eligibility:      NSC

Order Information
To Service:            OEC MEDICAL CLEARANCE
From Service:          SPC GEN SURG (50100)
Requesting Provider:   HAMMILL, FRED
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Routine
Orderable Item:        OEC MEDICAL CLEARANCE
Consult:               Consult Request
Reason For Request:
Patient with 1st degree AV block needs pre-op medical eval prior to
laparoscopic BIH repair

Inter-facility Information
This is not an inter-facility consult request.

Status:                COMPLETE
Last Action:           COMPLETE/UPDATE

Facility
Activity                    Date/Time/Zone          Responsible Person   Entered By
--------------------------------------------------------------------------------
 CPRS RELEASED ORDER        03/29/05 07:11      HAMMILL, FRED        WILBER, EILEEN M
 PRINTED TO ORDERS 2E       03/29/05 07:11
 COMPLETE/UPDATE            04/21/05 17:13      CORNIA, PAUL B       CORNIA, PAUL B

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

*P. 3 of 8*

VISTA Electronic Medical Documentation

Printed at Seattle

*to lower inferred surfact*
*caused by trailer actuator failure*
*by Comforth Campbell*

# Consult Request

Printed On Dec 22, 2008

GENERAL APPEARANCE AND MENTAL STATUS:

|  | NORMAL | NOT NORMAL | COMMENTS: |
|---|---|---|---|
| CARDIAC | [xx] | []rrr s1 s2 occ ectopy, no mgr |  |
| LUNGS | [xx] | []cta no wrr |  |
| EXTREMITIES | [xx] | []no edema |  |

------------------------------------------------

                            LABS & STUDIES
------------------------------------------------

Hct: 42.7 %          (04/21/2005 14:23)
WBC: 8.8 K/uL        (04/21/2005 14:23)
Platelets: 251 K/uL       (04/21/2005 14:23)
PT: ____
PTT: ____
INR: ____
Na: 139 mEq/L        (04/21/2005 14:23)
Cl: 104 mEq/L        (04/21/2005 14:23)
BUN: 16 mg/dL      (04/21/2005 14:23)
Glucose: 96 mg/dL       (04/21/2005 14:23)
K: 4.2 mEq/L      (04/21/2005 14:23)
HCO3: ____
Cr: 0.8 mg/dL       (04/21/2005 14:23)
CO2: 26.0 mEq/L      (04/21/2005 14:23)
ECG: nsr, 1st degree avb, no q waves

------------------------------------------------
                          ASSESSMENT/PLAN
------------------------------------------------
Problem 1:Preoperative cardiac risk assessment
        Clinical predictors - minor (age)
        Type of surgery - low/intermediate risk
        Functional status - Good > 4 METs (self report)

Recommendations:
-According to AHA/ACC guidelines, this patient may proceed to surgery without
further cardiac testing.
-Cardiac risk <1 % (Revised cardiac risk index - Lee et al).

Thank you for this consultation, please call with questions.

/es/ PAUL B CORNIA
Attending MD, GIMC
Signed: 04/21/2005 17:13
================================================
=================== END ========================================

Current Pat. Status:    Outpatient

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

*P-4 of 8*

**VISTA Electronic Medical Documentation**

Printed at Seattle

# Surgical Information

Printed On Dec 22, 2008

Packing:   NONE

Blood Loss: 0 ml                    Urine Output: 0 ml

Postoperative Mood:          SEDATED
Postoperative Consciousness:  AWAKENING
Postoperative Skin Integrity: INTACT


Sequential Compression Device: YES

Nursing Care Comments:
    see preop nursing assessment note on chart.pt verified id, npo, nkda
    operative procedure as bilateral inguinal hernia repair. pt to or bed per
    self w/ minimal assistance supine w/ pillow under head, bilateral arms
    padded and secured at sides by cook rn and tatum md. pillow under knees
    and lower legs, foam under ankles floating heels. 1gm cefazolin to
    anesthesia for preop infusion. pt hard of hearing, amplified and
    earphones used to facilitate communication. after induction, 16fr foley
    inserted w/o difficulty, balloon tested, clear yellow return to urimeter
    after balloon inflated. continues to flow clear yellow at 0830.
    ted and scd applied to bilateral legs.
    0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
    infiltrated by surgeons.
    implants:
    davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
    43GOD329 exp 2007-07.
    davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
    43HOD306 exp 2007-08.

/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02


04/28/2005 ADDENDUM                    STATUS: COMPLETED

The Anesthesia Technique(s) subfile was changed as follows:

   The following Anesthesia Technique was ADDED:
     Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25
---------------------------------------------------------------------
                    Addendum to NURSE INTRAOPERATIVE REPORT
---------------------------------------------------------------------
   LOCAL TITLE: Addendum

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

**VISTA Electronic Medical Documentation**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

Printed at Seattle

# Surgical Information

Printed On Dec 22, 2008

Valid Consent/ID Band Confirmed By: COOK,BARBARA M
Mark on Surgical Site Confirmed: YES
  Marked Site Comments: NO COMMENTS ENTERED

Preoperative Imaging Confirmed:  YES
  Imaging Confirmed Comments: NO COMMENTS ENTERED

Time Out Verification Completed: YES
  Time Out Verified Comments:
    cook rn, price md, tatum md @ 0744.

Skin Prep By: COOK,BARBARA M          Skin Prep Agent: IODINE & ALCOHOL
Preop Shave By: DROESCH,JOHN

Surgery Position(s):
  SUPINE
                                      Placed: N/A

Restraints and Position Aids:
  SAFETY STRAP
                                      Applied By: N/A

Electrocautery Unit:        11
ESU Coagulation Range:      0-25
ESU Cutting Range:          0-25
Electroground Position(s): RIGHT POST THIGH

Tubes and Drains:
  none

Irrigation Solution(s):
  LACTATED RINGERS

Sponge Count Correct:       YES
Sharps Count Correct:       YES
Instrument Count Correct: NOT APPLICABLE
Counter:                    BALDWIN,GAYLE S
Counts Verified By:         COOK,BARBARA M

Dressing: Dermabond
Packing:  NONE

Blood Loss: 0 ml                      Urine Output: 0 ml

Postoperative Mood:         SEDATED
Postoperative Consciousness:  AWAKENING
Postoperative Skin Integrity: INTACT

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

**VISTA Electronic Medical Documentation**

Printed at Seattle

# Surgical Information

*preparation for* *Right & left lower* *inguinal surgery*

Sequential Compression Device: YES

Nursing Care Comments:
  see preop nursing assessment note on chart.pt verified id, npo, nkda
operative procedure as bilateral inguinal hernia repair. pt to or bed per
self w/ minimal assistance supine w/ pillow under head, bilateral arms
padded and secured at sides by cook rn and tatum md. pillow under knees
and lower legs, foam under ankles floating heels. 1gm cefazolin to
anesthesia for preop infusion. pt hard of hearing, amplified and
earphones used to facilitate communication. after induction, 16fr foley
inserted w/o difficulty, balloon tested, clear yellow return to urimeter
after balloon inflated. continues to flow clear yellow at 0830.
ted and scd applied to bilateral legs.
0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
infiltrated by surgeons.
implants:
  davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
43GOD329 exp 2007-07.
  davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
43HOD306 exp 2007-08.


/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02


04/25/2005 ADDENDUM                    STATUS: COMPLETED

The Nursing Care Comments field was changed
  >> from original Nursing Care Comments text:
    see preop nursing assessment note on chart.pt verified id, npo, nkda
operative procedure as bilateral inguinal hernia repair. pt to or bed per
self w/ minimal assistance supine w/ pillow under head, bilateral arms
padded and secured at sides by cook rn and tatum md. pillow under knees
and lower legs, foam under ankles floating heels. 1gm cefazolin to
anesthesia for preop infusion. pt hard of hearing, amplified and
earphones used to facilitate communication. after induction, 16fr foley
inserted w/o difficulty, balloon tested, clear yellow return to urimeter
after balloon inflated. continues to flow clear yellow at 0830.
ted and scd applied to bilateral legs.
0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
infiltrated by surgeons.
implants:
  davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
43GOD329 exp 2007-07.
  davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
43HOD306 exp 2007-08.
  >> to updated Nursing Care Comments text:
    see preop nursing assessment note on chart.pt verified id, npo, nkda

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON    98058-0903
519224876

*p. 7 of 8*

**VISTA Electronic Medical Documentation**

Printed at Seattle

# Surgical Information

Printed On Dec 22, 2008

STANDARD TITLE: ADDENDUM
DATE OF NOTE: APR 28, 2005@08:25:39    ENTRY DATE: APR 28, 2005@08:25:39
AUTHOR: HENDERSON,JOYCE S    EXP COSIGNER:
URGENCY:                                      STATUS: COMPLETED
SUBJECT: Case #: 88659

The Anesthesia Technique(s) subfile was changed as follows:

The following Anesthesia Technique was ADDED:
Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25

================================================================================

--- Original Document ---

04/25/05 NURSE INTRAOPERATIVE REPORT:
Operating Room:  OR 3
                                        Surgical Priority: ELECTIVE
Patient in Hold: APR 25, 2005  06:56
Operation Begin: APR 25, 2005  08:12      Patient in OR:  APR 25, 2005  07:35
                                          Operation End:  APR 25, 2005  09:55
                                          Patient Out OR: APR 25, 2005  10:00

Major Operations Performed:               *I infect performed*
Primary: LAPAROSCOPIC BIH REPAIR          *Plaintiff was released*
                                          *from hospital on 4/28/05*
Wound Classification: CLEAN
Operation Disposition: PACU (RECOVERY ROOM)
Discharged Via: STRETCHER

Surgeon: DROESCH,JOHN
Attend Surg: TATUM,ROGER P                First Assist: MORLOCK,ASHLEY
Anesthetist: PRICE,CHRISTINE H            Second Assist: N/A
                                          Assistant Anesth: N/A
OR Support Personnel:
Scrubbed
BALDWIN,GAYLE S ()                        Circulating
                                          COOK,BARBARA M ()
                                          MCISAAC,MARY K ()
Other Persons in OR:
wedlock, lois (autosuture)

Preop Mood:      ALERT
Preop Skin Integ: INTACT                  Preop Consc:   ALERT-ORIENTED
                                          Preop Converse: N/A

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

VISTA Electronic Medical Documentation

Printed at Seattle

Page 68



EXHIBIT # 4



EXHIBIT # 4

Cornforth Campbell
PONTIAC · BUICK · GMC
PUYALLUP

# COLLISION CENTER

## ACCIDENT RECORD

In case of an accident, be prepared with this handy record keeper.

**COMPLIMENTS OF:**

Kurt Johnson, Manager
Cornforth-Campbell Collision Center
Corner of East Pioneer & 2nd St. S.E.
in downtown Puyallup

**PHONE:**
(253) 848-7139

**HOURS:**
Monday-Friday 8 AM-5:15 PM

AAA Washington
Approved Auto
Body Repair

Draw a diagram of the accident showing the direction of the vehicles and the point of accident. Show street names and location of street signs, stop signs, lights, etc.

**OTHER VEHICLE:**
☐ Stopped in traffic
☐ Moving
☐ Legally parked

Describe any other damage or pertinent information below:

_____
_____
_____
_____
_____
_____

N
E
S
W

*[handwritten notes]*

Exhibit #1

See Detail → Soon as Possible
— This appear to be preparation
for the future SAP for parties
purchasing vehicles from Cornforth
Campbell.

Plaintiff filed this errand after proclaimer
to the Court.



WESTERN
WASHINGTON
FAIRGROUNDS

Railroad
To Tacoma
River Road

Pioneer

Meridian

2nd St. S.E.

N

To Tacoma
Hwy. 512

To Auburn
Hwy. 167

Corner of East Pioneer & 2nd St. S.E.
in downtown Puyallup
Phone (253) 848-7139

## COLLISION CENTER

CORNFORTH · CAMPBELL MOTORS
COLLISION CENTER

**Cornforth Campbell Collision Center Offers:**

- Over 30 years of experience serving the paint and collision repair needs of greater Pierce County
- Computerized estimate and digital photo transmission capability to speed insurance claim handling
- I-CAR, ASE, and General Motors Trained Technicians
- AAA Approved
- Full frame and unibody repairs
- Factory original paint finishes produced in a state-of-the-art downdraft spray booth that bakes finish coatings at 145
- 4 wheel alignments to prevent premature tire wear after collision repair
- Environmentally friendly handling and recycling of all hazardous waste materials

## ACCIDENT INFORMATION

**When did the accident happen?**
Date _____
Time _____

**Where did it happen?**
Street(s) _____
City _____

**Was anyone injured?**
Pedestrian? _____
Your Passenger? _____
Other? _____
Name _____
Address _____

**Was there a witness?**
Name _____
Address _____

**Was there a police report taken?**
Department _____
Report # _____
Officer _____ Badge # _____

**THE OTHER PARTY**
Name _____
Address _____
Phone _____
DL# _____
DOB _____
Registered owner of vehicle: _____

Insurance Company _____
Policy Number _____

**THE OTHER AUTO**
License # _____
State _____
Year _____ Make/Model _____
Color _____
Number of passengers _____

## More performance when you expect it.

Most stops aren't emergencies. They're part of everyday driving, and a proportional control can make everyday driving much more enjoyable. During normal stops, inertia-activated devices sense the slower reduction in reduced forward motion. As the brakes are applied, you get smooth, gradual stopping power every time. **(a)**

Timed devices, on the other hand, can't sense a change in speed. Once you put your foot on the brake, they deliver full preset braking power. If a driver has a tendency to ride the brake, timed devices can cause brake pads to glaze. This decreases braking efficiency and increases brake wear. **(b)**



**Chart 4  An example of a typical stopping situation**



*Proportional controls stop trailers at lower speeds by applying only the amount of power required to gradually slow the trailer at the same rate as the tow vehicle.*

---

**stopping under control**

## Frequently asked questions (continued)

**How does the brake control operate?** It is electrically connected to the tow vehicle's battery, stop (brake) lamp circuit, and to the brakes on a trailer through the electric trailer connector. A properly-installed control activates a trailer's electric brakes each time the brakes on the tow vehicle are applied. It can also be used to apply trailer brakes independently from the tow vehicle using a manual override.

**What is a "sync" switch?** Some timed brake control manufacturers allow the driver to adjust the time required to reach full preset power output when the vehicle's brake pedal is depressed. The adjustment can range from 1 to 6 seconds.



---

...e" only name in trailer brake controls

## Self-leveling proportional brake control

**PRODIGY®**

- Motion control technology similar to the system in guided missiles
- Consistently applies power to brakes in proportion to vehicle's deceleration
- The only inertia control that works proportionately when backing up
- Controls brakes on one- to four-axle trailers
- Constantly adjusts to varying terrains
- Exclusive boost feature for more initial braking power when towing loaded trailers
- Digital display shows voltage delivery during braking
- Continuous diagnostic program checks for proper connection and operation
- Limited lifetime warranty



*Prodigy*




15

