# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

SEAN E. O'DONNELL
212.872.1093/fax: 212.872.1002
sodonnell@akingump.com

August 11, 2011

**VIA ECF AND UPS**

Hon. Robert E. Gerber
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York  10004-1408

    Re:    *In re General Motors Corp., et al.*, 09-50026 (REG): Official Committee of Unsecured Creditors' (the "Committee") First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (Docket No. 7859)

Dear Judge Gerber:

    On behalf of Green Hunt Wedlake, Inc., the trustee of General Motors Nova Scotia Finance Company (the "Nova Scotia Trustee"), we are writing in response to the letter dated July 27, 2011 to this Court from the Motors Liquidation Company GUC Trust (the "GUC Trust") concerning the Nova Scotia Trustee's document requests to the GUC Trust.

    We confirm that the GUC Trust has finally produced documents in response to the Nova Scotia Trustee's requests. However, we have completed our review of the produced documents and we disagree with the GUC Trust's contention that the documents produced support the representations made to the Court by the GUC Trust's counsel during oral argument on April 15, 2011.

    In light of the belated production, we respectfully withdraw our request for a teleconference.

Respectfully,

*Sean E. O'Donnell* /DLC

Sean E. O'Donnell

cc:    Daniel H. Golden, Esq.
        Eric B. Fisher, Esq.
        Kevin D. Finger, Esq.