# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DOMINION VIRGINIA POWER<br>ATTN SHERRY WARD<br>701 EAST CARY STREET<br>RICHMOND, VA   23219 |
| Claim Number (if known): | 70913 |
| Date Claim Filed: | 2/14/2011 |
| Total Amount of Claim Filed: | $66,197.31 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 9, 2011

Print Name: John M. Merritt

Title (if applicable): Attorney for Dominion Virginia Power

Law Firm Of Russell R. Johnson III, PLC
Providence Park
3535 Roswell Road, Suite 49
Marietta, Georgia   30062
Phone:      (770) 509-2600
Facsimile: (888) 715-9629
E-mail: jmerritt@merrittlegal.com

US_ACTIVE:\43219392\02\72240.0639

| | | |
|---|---|---|
| **Attorneys**<br>Russell R. Johnson III<br>John M. Craig<br>John M. Merritt<br>Lindsay K. Biggs | **RUSSELL R. JOHNSON III**<br>**Law Firm Of Russell R. Johnson III, PLC**<br>**2258 Wheatlands Drive**<br>**Manakin-Sabot, Virginia 23103**<br>**Telephone (804) 749-8861**<br>**Facsimile (804) 749-8862** | |

Northern Virginia Office
John M. Craig
14890 Washington Street
First Floor
Haymarket, VA 20169
Phone: (571) 261-5641
Facsimile: (571) 261-5642

Atlanta, Georgia Office
John M. Merritt
Providence Park
3535 Roswell Road, Suite 49
Marietta, GA 30062
Phone: (770) 509-2600
Facsimile: (888) 715-9629

August 9, 2011

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

RE:  *Withdrawal of Administrative Expense Claim filed by Virginia Electric and Power Company, d/b/a Dominion Virginia Power against Motors Liquidation Company (f/k/a General Motors Corporation), Claim Number 70913*

Dear Clerk:

Please find enclosed for filing by the court one original and one copy of the document referenced above. Please return the copy to me as stamp filed by the court in the self-addressed stamped envelope also enclosed herein.

Should you or any member of your staff require further information concerning this matter, please let me know. Thank you very much.

Sincerely,

John M. Merritt, Esq.

Enclosure

cc:  Mr. Tim Neis (*via e-mail attachment with enclosure*)
     Russell R. Johnson III, Esq. (*via e-mail attachment with enclosure*)