UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
|  | : |  |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
|   f/k/a General Motors Corp., *et al.*, | : |  |
|  | : |  |
|   Debtors. | : | (Jointly Administered) |
|  | : |  |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                                             ) ss
COUNTY OF KING            )

I, Danielle Zahaba, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2. On August 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on FBO Patricia Jarusinski, 102 Greenock Court, 2169 Seven Lakes South, West End, North Carolina 27376 (affected party):

//

//

//

//

//

//

- Notice of Presentment of Proposed Supplemental Order Granting 148th Omnibus Objection to Claims [Docket No. 10673].

| | |
|---|---|
| Signed in Seattle, Washington this 11th day of August, 2011 | /s/ Danielle Zahaba<br>DANIELLE ZAHABA |

Sworn to before me in Seattle, Washington this 11th day of August, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205