UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.,*              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
                Debtors.                           :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                    ) ss
COUNTY OF KING      )

I, Danielle Zahaba, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.  On August 9, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

//

//

//

//

//

//

//

- Notice of Presentment of Proposed Supplemental Order Granting 214th Omnibus Objection to Claims [Docket No. 10683].

| | |
|---|---|
| Signed in Seattle, Washington this 11th day of August, 2011 | /s/ Danielle Zahaba <br> DANIELLE ZAHABA |

Sworn to before me in Seattle, Washington this 11th day of August, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205

# EXHIBIT A

LARRY S MASSEY  
426 STEVENS AVE  
GREENWOOD, SC 29646

RYAN D'AMOUR  
12280 W INDIAN SCHOOL RD  
LITCHFIELD PARK, AZ 85340-6526

STELLA V MALLES  
21 WILSON AVE  
RUTHERFORD, NJ 07070