UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al*.,   :
                                         :
        Debtors.                 :    (Jointly Administered)
                                         :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                        ) ss
COUNTY OF KING           )

I, Danielle Zahaba, being duly sworn, depose and state:

1.    I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 815 Western Avenue, Suite 200, Seattle, Washington 98104.

2.    On August 11, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on Domenica Dittmeier, 32 Shelley Ave, Valhalla, NY 10595 (affected party):

//

//

//

//

//

//

//

- Motors Liquidation Company GUC Trust's Statement of Issue Presented on Appeal and Counter-Designation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of Domenica Dittmeier [Docket No. 10693].

Signed in Seattle, Washington this 12th day of August, 2011

/s/ Danielle Zahaba
DANIELLE ZAHABA

Sworn to before me in Seattle, Washington this 12th day of August, 2011.

/s/ Brook Lyn Bower
BROOK LYN BOWER
Notary Public in and for the State of Washington
Residing in Seattle
My Commission Expires: July 26, 2012
License No. 99205