Elihu Inselbuch
Rita C. Tobin
**CAPLIN & DRYSDALE, CHARTERED**
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Telephone:  (212) 319-7125
Facsimile:  (212) 644-6755

John D. Cooney
**COONEY & CONWAY**
120 N. La Salle Street -- Suite 3000
Chicago, IL 60602-2415
Telephone: (312) 236-6166
Facsimile: (312) 551-6759

*Attorneys for Mark Buttita, as personal representative of Salvatore Buttita*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------------x
In re                                        :
MOTORS LIQUIDATION COMPANY, et al.,          :     Chapter 11 Case No.
          f/k/a General Motors Corp., et al. :
                                             :     09-50026 (REG)
                                             :
                                             :     (Jointly Administered)
                                             :
                                             :
                                             :
--------------------------------------------------------------x
```

## NOTICE OF HEARING ON
## APPLICATION OF MARK BUTTITA PURSUANT TO 11 U.S.C. § 503(B) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THIS CHAPTER 11 CASE FROM <u>JUNE 4, 2009 THROUGH JULY 15, 2009</u>

PLEASE TAKE NOTICE that a hearing on the Application of Mark Buttita Pursuant to

11 U.S.C. § 503(b) (the "**Application**") will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

509328

Southern District of New York, One Bowling Green, New York, New York 10004 on

**September 26, 2011 at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be

heard.

PLEASE TAKE FURTHER NOTICE that the Application has been filed electronically

with the Bankruptcy Court and, as such, may be examined and inspected by interested parties on

(i) the Court's website (http: //www.nysb.uscourts.gov) or (ii) the website of the Debtors' court-

appointed claims and noticing agent, The Garden City Group, Inc.

(http://www.motorsliquidationdocket.com).

PLEASE TAKE FURTHER NOTICE any responses or objections to the Application

must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local

Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in

accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by

registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest,

on a CD-ROM or 3.5 inch disk, in text-searchable Portable Document Format (PDF) (with a hard

copy delivered directly to Chambers), in accordance with the customary practices of the

Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance

with General Order M-399, and on (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors,

Post-Effective Date Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R.

Miller, Esq., Stephen Karotkin, Esq., and Joseph H, Smolinsky, Esq.); (ii) the Debtors, c/o

Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham,

Michigan 48009 (Attn: Thomas Morrow); (iii) General Motors, LLC, 400 Renaissance Center,

Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham &

Taft LLP, attorneys for the United States Department of the Treasury, One World Financial

Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States

Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington DC

20220 (Attn: Joseph Samarias, Esq.); (vi) Vedder Price, P.C., attorneys for Export Development

Canada, 1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman,

Esq. and Michael L. Schein, Esq.); (vii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York

10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq. and

Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope

Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y. 86 Chambers Street, Third Floor, New

York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin &

Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn:

Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W. Suite 1100,

Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert

T. Brousseau, Esq.); (xii) Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust

Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action

Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith

Martorana, Esq.); (xiii) FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action

Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite 500, Atlanta, Georgia

30309 (Attn: Anna Phillips); (xiv) Crowell & Moring LLP, attorneys for the Revitailzing Auto

Communities Environmental Response Trust, 590 Madison Avenue, 19th Floor, New York, New

York 10022-2524 (Attn: Michael V. Blumenthal, Esq.); (xv) Kirk P. Watson, Esq., as the

Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78793; (xvi) Godfrey

& Kahn, S.C., attorneys for the Fee Examiner, 780 North Water Street, Milwaukee, Wisconsin

53202 (Attn: Brady C. Williamson, Esq. and Timothy F. Nixon, Esq.) and (xvii) Cooney &

Conway, 120 N. LaSalle, Suite 3000, Chicago, IL 60602-2415 (Attn: John D. Cooney, Esq.), and

Caplin & Drysdale, Chtd., 375 Park Avenue, New York, New York 10152 (Attn:  Elihu

Inselbuch, Esq., and Rita C. Tobin, Esq.), attorneys for the Applicant, Mark Buttita, so as to be

received no later than **September 12, 2011 at 4:00 p.m**. (**Eastern Time**) (the "**Objection

Deadline**").

      PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served

with respect to the Application, the attorneys for the applicant, Mark Buttita, may, on or after the

Objection Deadline, submit to the Bankruptcy Court an order approving the fees and expenses

requested which may be entered with no further notice or opportunity to be heard offered to any

party.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the

Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
       August 12, 2011

                        **CAPLIN & DRYSDALE, CHTD.**

                        By:  /s/ Elihu Inselbuch
                        Elihu Inselbuch (EI-2843)
                        Einselbuch@capdale.com
                        Rita C. Tobin (RCT-5413)
                        Rtobin@capdale.com
                        375 Park Avenue, 35th Floor
                        New York, New York 10152-3500
                        Telephone:  (212) 319-7125
                        Facsimile:  (212) 644-6755

                        Trevor W. Swett III
                        Tswett@capdale.com
                        Ronald E. Reinsel
                        Rreinsel@capdale.com
                        **CAPLIN & DRYSDALE, CHTD.**
                        One Thomas Circle, N.W.
                        Suite 1100
                        Washington, D.C. 20005
                        (202) 862-5000

                        John Cooney
                        jcooney@cooneyconway.com
                        **COONEY & CONWAY**
                        120 N. La Salle Street -- Suite 3000
                        Chicago, IL 60602-2415
                        Telephone: (312) 236-6166
                        Facsimile: (312) 551-6759

                        *Attorneys for Mark Buttita, as personal*
                        *representative of Salvatore Buttita*