

**SIMMONS**
ATTORNEYS AT LAW

**Simmons Browder Gianaris Angelides & Barnerd LLC**

## NOTICE OF CHANGE OF ADDRESS
May 26, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Barbara Owens and/or Simmons Browder Gianaris Angelides & Barnerd LLC (replacing Cook Ysursa, Bartholomew, Brauer & Shevlin as counsel for Barbara Owens), Proof of Claim number 88

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Barbara Owens and/or Ted N. Gianaris
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725            With Fax Copy to:
(651) 495-8087 (fax)      Kyle J. Lunde, (206) 344-4677, Fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

_[signature]_
Name: Ted N. Gianaris
Title: Attorney for Barbara Owens

cc:  The Garden City Group, Inc.
     Motors Liquidation Company Claims Agent
     P.O. Box 9386
     Dublin, OH 43017-4286

---

www.simmonsfirm.com

| Headquarters | Missouri | Illinois | California |
|---|---|---|---|
| One Court Street  800 479 9533 | 231 South Bemiston  800 479 9533 p | 230 W. Monroe  312 759 7500 p | 100 N. Sepulveda Blvd.  310 322 3555 p |
| Alton, IL 62002  618 259 2222 p | Suite 525 | Suite 2221  312 759 7516 f | Suite 1350  310 322 3655 f |
|  618 259 2251 f | St. Louis, MO 63105 | Chicago, IL 60606 | Los Angeles, CA 90245 |