UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                  :

In re                                 :        Chapter 11 Case No.
                                  :

MOTORS LIQUIDATION COMPANY, *et al.*,  :       09-50026 (REG)
     f/k/a General Motors Corp., *et al.*    :

                                  :
                      Debtors.     :      (Jointly Administered)
                                  :
----------------------------------------------------------------x

**SUPPLEMENTAL ORDER REGARDING
DEBTORS' 165TH OMNIBUS OBJECTION TO CLAIMS
(Late-Filed Claims)**

Upon the 165th omnibus objection to expunge certain claims and motion seeking enforcement of the Bar Date Orders,[1] dated January 26, 2011 (the "**165th Omnibus Objection to Claims**"), of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order approving procedures for the filing of omnibus objections to proofs of claim against the Initial Debtors (the "**Procedures Order**") (ECF No. 4180), this Court's order deeming the Procedures Order applicable to the REALM/ENCORE Debtors (the "**REALM/ENCORE Order**") (ECF No. 4841), and the Bar Date Orders, seeking entry of an order disallowing and expunging the Late-Filed Claims on the ground that such claims were not timely filed, all as more fully described

---

[1]  Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 165th Omnibus Objection to Claims.

in the 165th Omnibus Objection to Claims; and due and proper notice of the 165th

Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the

relief sought in the 165th Omnibus Objection to Claims is in the best interests of the

Debtors, their estates, creditors, and all parties in interest and that the legal and factual

bases set forth in the 165th Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

is hereby

ORDERED that the relief requested in the 165th Omnibus Objection to

Claims is granted to the extent provided herein; and it is further

ORDERED that the 165th Omnibus Objection to Claims is withdrawn

with respect to the claims listed on Exhibit **"A"** (the "**Order Exhibit**") annexed hereto

under the heading "*Objection Withdrawn*"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object on any basis are

expressly reserved with respect to any claim listed on Exhibit "A" annexed to the 165th

Omnibus Objection to claims under the heading "*Claims to be Disallowed and

Expunged*" that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.


Dated: New York, New York
       *August 17, 2011*


                                        *s/ Robert E. Gerber*
                                        United States Bankruptcy Judge