**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70241 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$350,000.00  (U)<br>$350,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 4/21/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$350,000.00  (U)<br>$350,000.00  (T) | Late-Filed Claim | Pgs. 1-5 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 5/3/2010 |

| | | | |
|---|---|---|---|
| *OBJECTION WITHDRAWN* | **2** | **$0.00**  (S) | |
| | | **$0.00**  (A) | |
| | | **$0.00**  (P) | |
| | | **$700,000.00**  (U) | |
| | | **$700,000.00**  (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.