UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION CO., et al. | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF CLAIMS

Now come Carl W. Tebeau and Anita Tebeau and pursuant to the attached Notice of Withdrawal Of Proof of Claims (Ex. B, C) hereby withdraw their claims in the Court as required by the Order of the United States District Court for the Eastern District of Missouri. (Ex. A).

WENDLER LAW, P.C.

By /s/ Brian M. Wendler
Brian M. Wendler #39151
900 Hillsboro, Suite 10
Edwardsville, IL 62025
(618) 692-0011
fax (618) 692-0022
*Attorneys for Plaintiffs*



RECEIVED AUG 18 2011 U.S. BANKRUPTCY COURT, SDNY

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was mailed this 15th day of August, 2011, to the following:

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

The Garden City Group, Inc.
Attn.: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Stephen L. Beimdiek
Lashly & Baer, P.C.
714 Locust Street
St. Louis, MO 63101
*Attorney for General Motors Corporation*

                                                                                                     *Darlene Stahlhut*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARL W. TEBEAU and ANITA TEBEAU,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:09CV00398 ERW<br>)<br>)<br>)<br>) |

## ORDER OF SUBSTITUTION OF PARTY

Upon the Stipulation of Substitution of Party (the "Stipulation")[1] entered into by and among Carl W. Tebeau and Anita Tebeau ("Plaintiffs"), General Motors LLC ("GM"), and Motors Liquidation Company (f/k/a General Motors Corporation) ("MLC");

IT IS HEREBY ORDERED that:

1. GM is hereby substituted for MLC as defendant in this matter with respect to the Plaintiffs' Claims asserted against MLC in the Proofs of Claim.

2. GM is deemed to have been substituted for MLC with respect to the Answer and all discovery responses served by MLC in response to the complaint asserted by Plaintiffs against MLC, and GM may assert all defenses to Plaintiffs' Claims available to MLC, at law, in equity, or otherwise.

3. Within 10 days after the entry of this Order of Substitution, Plaintiffs will withdraw, with prejudice, Proofs of Claim Nos. 64676 and 64677 filed in the MLC Bankruptcy.

4. GM's rights and obligations as set forth herein are as an assignee of MLC only. GM is not a successor to MLC, and nothing herein shall be construed to impose liabilities on GM as a

---

[1] Capitalized terms not defined herein have the meanings given to them in the Stipulation.

**EXHIBIT A**

successor to MLC in any way.

5. Upon the entry of this Order of Substitution, MLC will no longer be a party to this action.

6. The stay of this proceeding imposed by the MLC Bankruptcy will be lifted upon the entry of this Order of Substitution and the filing of the withdrawal of the Proofs of Claim set forth in paragraph 3 of this Order of Substitution.

So ordered this 9th Day of August, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION CO., et al.,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

Jointly Administered

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Carl W. Tebeau hereby withdraws with prejudice proof of claim number 64676 filed against Debtor Motors Liquidation Company.

Respectfully submitted,

WENDLER LAW, P.C.

By: _____
Brian M. Wendler, Esq.
Attorney for Creditor
900 Hillsboro, Suite 10
Edwardsville, IL 62025
(618) 692-0011

Dated: August 15, 2011

9135267.1


EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION CO., et al.,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

Jointly Administered

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Anita Tebeau hereby withdraws with prejudice proof of claim number 64677 filed against Debtor Motors Liquidation Company.

Respectfully submitted,

WENDLER LAW, P.C.

By: /s/ Brian M. Wendler
Brian M. Wendler, Esq.
Attorney for Creditor
900 Hillsboro, Suite 10
Edwardsville, IL  62025
(618) 692-0011

Dated: August 15, 2011

9135284.1


EXHIBIT C