**Hearing Date and Time: September 26, 2011 at 9:45 a.m. (Eastern Time)**
**Objection Deadline: September 12, 2011 at 4:00 p.m. (Eastern Time)**

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999

Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------------X | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (REG) |
| | ) | |
| f/k/a General Motors Corp., *et al.* | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ---------------------------------------------------------------X | | |

**NOTICE OF SUPPLEMENT TO**
**THIRD INTERIM AND FINAL APPLICATION OF STUTZMAN, BROMBERG,**
**ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**INCURRED AS COUNSEL FOR DEAN M. TRAFELET IN HIS CAPACITY AS LEGAL**
**REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS**
**FOR THE INTERIM PERIOD FROM OCTOBER 1, 2010 THROUGH MARCH 29, 2011**
**AND THE FINAL PERIOD FROM FEBRUARY 24, 2010 THROUGH MARCH 29, 2011**

**PLEASE TAKE NOTICE** that the Third Interim and Final Application of Stutzman,

Bromberg, Esserman & Plifka, A Professional Corporation ("**SBEP**"), for Allowance of

Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his

capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Interim

Period from October 1, 2010 through March 29, 2011 and the Final Period from February 24,

2010 through March 29, 2011 (the "**Application**") (Docket No. 10248) is supplemented with the revised summary sheet attached hereto (the "**Revised Summary Sheet**").

**PLEASE TAKE FURTHER NOTICE** that, as reflected on the Revised Summary Sheet, SBEP is reducing the total fees and expenses requested in the Final Compensation Period[1] to $1,060,215.22 in professional fees and $20,171.01 in expenses, for total final compensation of $1,080,386.23. This reduction was made in order to correct a clerical error that resulted in certain previously disallowed fees and expenses being included in the total compensation requested in the Application.

By this Notice, SBEP is also withdrawing its request for an award of $28,982.50 for compensation for professional services performed after the Third Interim Compensation Period in connection with the preparation of the Application and the final applications for compensation for the Future Claimants' Representative and ARPC.

All other amounts requested in the Application remain unchanged and SBEP respectfully requests (i) allowance of compensation for professional services in the amount of $684,676.75 and reimbursement of expenses in the amount of $12,251.58 for total compensation of $696,928.33 during the Third Interim Compensation Period and (ii) allowance of compensation for professional services in the amount of $1,060,215.22 and reimbursement of expenses in the amount of $20,171.01 for total compensation of $1,080,386.23 during the Final Compensation Period.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2

Dated: August 19, 2011
      Dallas, Texas

Respectfully submitted,

**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A PROFESSIONAL CORPORATION**

/s/ *Sander L. Esserman*

Sander L. Esserman (admitted *Pro Hac Vice*)
Robert T. Brousseau (admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

**Counsel for Dean M. Trafelet in his Capacity as the Legal Representative for Future Asbestos Personal Injury Claimants**

3

# REVISED SUMMARY COVERSHEET TO THE
# THIRD INTERIM & FINAL APPLICATION OF
# STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,
# A PROFESSIONAL CORPORATION

| | |
|---|---|
| NAME OF APPLICANT: | Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation |
| AUTHORIZED TO PROVIDE SERVICES TO: | Dean M. Trafelet, in his capacity as Legal Representative for Future Asbestos Personal Injury Claimants. |
| DATE OF ENTRY OF ORDER OF APPOINTMENT: | April 15, 2010 |
| EFFECTIVE DATE OF APPOINTMENT: | February 24, 2010 |
| PERIODS FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT: | October 1, 2010 through March 29, 2011 (Third Interim Compensation Period) |
| | February 24, 2010 through March 29, 2011 (Final Compensation Period) |
| TOTAL PROFESSIONAL FEES SOUGHT IN THE THIRD INTERIM APPLICATION: | $684,676.75 |
| TOTAL PROFESSIONAL FEES SOUGHT IN THE FINAL APPLICATION: | $1,060,215.22 |
| TOTAL EXPENSES SOUGHT IN THE THIRD INTERIM APPLICATION: | $12,251.58 |
| TOTAL EXPENSES SOUGHT IN THE FINAL APPLICATION: | $20,171.01 |
| TOTAL COMPENSATION SOUGHT IN THE THIRD INTERIM APPLICATION (FEES AND EXPENSES): | $696,928.33 |
| TOTAL COMPENSATION SOUGHT IN THE FINAL APPLICATION (FEES AND EXPENSES): | $1,080,286.23 |
| TOTAL ATTORNEY HOURS IN THE THIRD INTERIM APPLICATION: | 1,467.40 |

| | |
|---|---|
| TOTAL ATTORNEY HOURS IN THE FINAL APPLICATION: | 2,324.00 |
| TOTAL PARAPROFESSIONAL HOURS IN THE THIRD INTERIM APPLICATION: | 33.70 |
| TOTAL PARAPROFESSIONAL HOURS IN THE FINAL APPLICATION: | 48.60 |
| TOTAL PROFESSIONAL HOURS (ATTORNEYS AND PARAPROFESSIONALS) IN THE THIRD INTERIM APPLICATION: | 1,501.10 |
| TOTAL PROFESSIONAL HOURS (ATTORNEYS AND PARAPROFESSIONALS) IN THE FINAL APPLICATION: | 2,372.60 |
| BLENDED HOURLY RATE (ALL PROFESSIONALS) IN THE THIRD INTERIM APPLICATION: | $456.12 |
| BLENDED HOURLY RATE (ALL PROFESSIONALS) IN THE FINAL APPLICATION: | $446.86 |
| BLENDED HOURLY RATE (ATTORNEYS ONLY) IN THE THIRD INTERIM APPLICATION: | $462.78 |
| BLENDED HOURLY RATE (ATTORNEYS ONLY) IN THE FINAL APPLICATION: | $452.66 |
| INTERIM OR FINAL APPLICATION: | This is Applicant's third interim and final application for compensation. |

## SUMMARY OF PRIOR APPLICATIONS

| Date Application Filed | Docket No. | Compensation Period | Fees Requested | Expenses Requested | Fees Allowed | Expenses Allowed | Holdback (if any) |
|---|---|---|---|---|---|---|---|
| 7/15/2010 | 6352 | February 24, 2010 – May 30, 2010 | $63,314.50 | $3,712.78 | $61,510.35 | $3,647.84 | $6,151.04 |
| 11/15/2010 | 7749 | June 1, 2010 – September 30, 2010 | $315,498.50 | $4,271.59 | $314,028.12 | $4,271.59 | $31,402.81 |

**SUMMARY OF HOURS BILLED BY PROFESSIONAL
DURING THE THIRD INTERIM COMPENSATION PERIOD**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Year(s) worked on case | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|---|
| Brousseau, Robert T. | Shareholder<br>Member TX bar since 1972. | 2010<br>2011 | $550<br>$550 | 231.20 | $125,922.50 |
| D'Apice, Peter C. | Shareholder<br>Member NY bar since 1988, TX bar since 1991. | 2011 | $550 | 3.20 | $1,717.50 |
| Ducayet, Andrea L. | Shareholder<br>Member TX bar since 2001, FL bar since 2001. | 2011 | $400 | 126.60 | $49,968.00 |
| Esserman, Sander L. | Shareholder<br>Member TX bar since 1976. | 2010<br>2011 | $725<br>$725 | 265.00 | $192,125.00 |
| Felsenthal, Steven A., | Shareholder<br>Member WI bar since 1974. TX bar since 1992. | 2011 | $725 | 4.30 | $3,117.50 |
| Hartwick, Jo E. | Shareholder<br>Member TX bar since 1990. | 2010<br>2011 | $395<br>$410 | 106.60 | $42,731.00 |
| Newton, Jacob L. | Shareholder<br>Member AR bar since 2001, TX bar since 2004. | 2010<br>2011 | $425<br>$440 | 266.00 | $114,842.50 |
| Parsons, David J. | Shareholder<br>Member TX bar since 2002. | 2011 | $400 | 49.80 | $19,354.50 |
| Taylor, Cliff I. | Shareholder<br>Member TX bar since 2003. | 2011 | $400 | 51.90 | $20,330.00 |
| Cioni, Briana L. | Associate<br>Member TX bar since 2005. | 2010<br>2011 | $300<br>$325 | 96.50 | $30,672.50 |
| Khoshbin, Terrie D. | Associate<br>Member IL bar since 1990, TX bar since 1993. | 2011 | $335 | 43.40 | $14,539.00 |
| Panko, Heather J. | Associate<br>Member TX bar since 2006. | 2010<br>2011 | $300<br>$325 | 188.60 | $55,240.00 |
| Stringer, Rachael L. | Associate<br>Member TX bar since 2008. | 2010<br>2011 | $250<br>$275 | 34.30 | $8,481.25 |
| Fain, Melanie R. | Paralegal | 2011 | $95 | 5.00 | $475.00 |
| Jeffery, Cindy L. | Paralegal | 2010<br>2011 | $175<br>$185 | 28.70 | $5,160.50 |
| **Grand Total** | | | | **1,501.10** | **$684,676.75** |
| Blended Rate (All professionals): | | | | | $456.12 |
| Blended Rate (Attorneys only): | | | | | $462.78 |

7

## SUMMARY OF HOURS BILLED BY PROFESSIONAL
## DURING THE FINAL COMPENSATION PERIOD

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Year(s) worked on case | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|---|
| Brousseau, Robert T. | Shareholder<br>Member TX bar since 1972. | 2010 | $550 | 409.50 | $223,987.50 |
|  |  | 2011 | $550 |  |  |
| D'Apice, Peter C. | Shareholder<br>Member NY bar since 1988, TX bar since 1991. | 2011 | $550 | 3.20 | $1,717.50 |
| Ducayet, Andrea L. | Shareholder<br>Member TX bar since 2001, FL bar since 2001. | 2011 | $400 | 127.40 | $50,276.00 |
| Esserman, Sander L. | Shareholder<br>Member TX bar since 1976. | 2010 | $725 | 373.70 | $270,932.50 |
|  |  | 2011 | $725 |  |  |
| Felsenthal, Steven A., | Shareholder<br>Member WI bar since 1974.<br>TX bar since 1992. | 2011 | $725 | 4.30 | $3,117.50 |
| Hartwick, Jo E. | Shareholder<br>Member TX bar since 1990. | 2010 | $395 | 292.20 | $115,911.00 |
|  |  | 2011 | $410 |  |  |
| Newton, Jacob L. | Shareholder<br>Member AR bar since 2001, TX bar since 2004. | 2010 | $425 | 395.40 | $168,350.00 |
|  |  | 2011 | $440 |  |  |
| Parsons, David J. | Shareholder<br>Member TX bar since 2002. | 2011 | $400 | 49.80 | $19,354.50 |
| Taylor, Cliff I. | Shareholder<br>Member TX bar since 2003. | 2011 | $400 | 51.90 | $20,330.00 |
| Cioni, Briana L. | Associate<br>Member TX bar since 2005. | 2010 | $300 | 111.90 | $35,292.50 |
|  |  | 2011 | $325 |  |  |
| Khoshbin, Terrie D. | Associate<br>Member IL bar since 1990, TX bar since 1993. | 2011 | $335 | 43.40 | $14,539.00 |
| Panko, Heather J. | Associate<br>Member TX bar since 2006. | 2010 | $300 | 395.50 | $115,142.50 |
|  |  | 2011 | $325 |  |  |
| Stringer, Rachael L. | Associate<br>Member TX bar since 2008. | 2010 | $250 | 65.80 | $16,296.25 |
|  |  | 2011 | $275 |  |  |
| Fain, Melanie R. | Paralegal | 2011 | $95 | 5.00 | $475.00 |
| Jeffery, Cindy L. | Paralegal | 2010 | $175 | 43.60 | $7,768.00 |
|  |  | 2011 | $185 |  |  |
| **Total** |  |  |  | **2,372.60** | **$1,063,489.75** |
| Less Agreed Reductions Taken in Prior Application Periods |  |  |  |  | ($3,274.53) |
| **Grand Total** |  |  |  |  | **$1,060,215.22** |
| Blended Rate(All professionals): |  |  |  |  | $446.86 |
| Blended Rate (Attorneys only): |  |  |  |  | $452.66 |

8