**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

In Re:                                                                                                  Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*                                            Case No. 09-50026 (REG)

                    Debtors.                                                                      (Jointly Administered)
_____


**REQUEST FOR NO FUTURE ELECTRONIC NOTICES**

Timothy D. Moratzka, Esq., of Mackall, Crounse & Moore, PLC, hereby files this Request for No Future Electronic Notices and requests that the following names, addresses and e-mail addresses be removed from the matrix and from the Court's electronic noticing system in this case:

Timothy D. Moratzka
Mackall, Crounse & Moore
1400 AT&T Tower
901 Marquette Ave
Minneapolis, MN 55402
tdm@mcmlaw.com


Dated: <u>August 19, 2011</u>                                     MACKALL, CROUNSE & MOORE, PLC

                                                                                  <u>/e/ Timothy D. Moratzka</u>
                                                                                  Timothy D. Moratzka (#75038)
                                                                                  Mackall, Crounse & Moore, PLC
                                                                                  1400 AT&T Tower
                                                                                  901 Marquette Ave
                                                                                  Minneapolis, MN 55402
                                                                                  Telephone: (612) 305-1400
                                                                                  Facsimile: (612) 305-1414
                                                                                  tdm@mcmlaw.com

                                                                                  Attorneys for Bowman & Brooke, LLP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In Re:                                                                                                         Chapter 11

MOTORS LIQUIDATION COMPANY, *et al.*
f/k/a General Motors Corp., *et al.*                                                      Case No. 09-50026 (REG)

                Debtors.                                                                              (Jointly Administered)

---

UNSWORN DECLARATION
FOR PROOF OF SERVICE

Jinah E. Finnes, employed by Mackall, Crounse & Moore, attorney(s) licensed to practice law in this court, with office address of 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402-2859, declares that on the date set forth below, caused the following documents:

**REQUEST FOR NO FUTURE ELECTRONIC NOTICES**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- David B. Aaronson    david.aaronson@dbr.com
- Letitia Accarrino    laccarrino@wilentz.com
- David G. Aelvoet    sanantonio.bankruptcy@publicans.com
- Anna Conlon Aguilar    aaguilar@conlonaguilar.com
- Martin Alaniz    martin.alaniz@gmail.com
- Derek P. Alexander    dalexand@debevoise.com, mao-ecf@debevoise.com
- Jonathan Bradley Alter    jonathan.alter@bingham.com
- Margaret M. Anderson    panderson@fhslc.com
- Carla O. Andres    candres@gklaw.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Gary L. Antoniewicz    gantoni@boardmanlawfirm.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- W. David Arnold    darnold@rcolaw.com
- Thomas V. Askounis    taskounis@askounisdarcy.com
- Karin F. Avery    avery@silvermanmorris.com
- Douglas Bacon    douglas.bacon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- John H. Bae    baej@gtlaw.com
- Marc M. Bakst    mbakst@bodmanllp.com
- David J. Baldwin    dbaldwin@potteranderson.com, bankruptcy@potteranderson.com
- John T. Banks    jbanks@pbfcm.com
- Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com
- William M. Barron    wbarron@sgrlaw.com

2

- Robert L. Barrows     rbarrows@wdblaw.com
- Robert N. Bassel     ecfbbassel@gmail.com
- Donald F. Baty     dbaty@honigman.com
- Alison D. Bauer     abauer@torys.com, tmartin@torys.com
- Leonora K. Baughman     ecf@kaalaw.com
- Matthew K. Beatman     mbeatman@zeislaw.com
- Andrew Behlmann     abehlmann@lowenstein.com
- Samuel J. Behringer     sblawd35@msn.com
- Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer     hbeltzer@morganlewis.com
- Walter Benzija     wbenzija@halperinlaw.net
- Frederick A. Berg     fberg@kotzsangster.com
- Frederick A. Berg     fberg@kotzsangster.com
- Jan I. Berlage     JBerlage@GHSLLP.com
- Daniel J. Bernard     dbernard@vmclaw.com
- David R. Berz     gregory.bailey@weil.com
- Kellie M. Blair     kblair@mattablair.com
- Kevin Blaney     kblaney@kevinblaney.com, bmorehead@kevinblaney.com
- Steven Harris Blatt     sblatt@dealerlaw.com
- David M. Blau     dmb@kompc.com, tlj@kompc.com
- Don W. Blevins     dwblevins@mcalpinelawfirm.com
- Michael V. Blumenthal     mblumenthal@crowell.com
- Charlotte P. Bodell     cbodell@sandw.com, rhiersteiner@sandw.com
- Anna Boelitz     anna.boelitz@bingham.com
- Phillip W. Bohl     phillip.bohl@gpmlaw.com
- Wanda Borges     borgeslawfirm@aol.com
- Jean Winborne Boyles     jboyles@jhvgmlaw.com
- Kimberly A. Brennan     kab@mccarthylebit.com
- Lynn M. Brimer     lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley     maofiling@cgsh.com
- Mark L. Brown     markb@lakinchapman.com, ashleyo@lakinchapman.com;docket@lakinchapman.com
- Scott N. Brown     snb@smrw.com
- William J. Brown     wbrown@phillipslytle.com
- Theresa V. Brown-Edwards     bankruptcy@potteranderson.com
- Mark Edwin Browning     BK-MBROWNING@OAG.STATE.TX.US, sherri.simpson@oag.state.tx.us
- Robert H. Brownlee     rbrownlee@thompsoncoburn.com
- Daniel G. Bruce     bankruptcy@baxterbrucelaw.com
- Adam D. Bruski     adbruski@lambertleser.com
- John W. Bryant     jbryant@dflaw.com
- Deborah M. Buell     maofiling@cgsh.com
- Charles D. Bullock     cbullock@sbplclaw.com
- John R. Burns     john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com
- John Wm. Butler     jbutler@skadden.com

3

- Katharine Byrne    kbyrne@cooneyconway.com
- Barbara Lee Caldwell    Bcaldwell@cpwlawyers.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- John M. Callagy    jcallagy@kelleydrye.com
- Carollynn H.G. Callari    ccallari@venable.com
- Stefano Calogero    scalogero@windelsmarx.com, ncurto@windelsmarx.com
- Judy B. Calton    jcalton@honigman.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Daniel J. Carragher    djcarragher@daypitney.com
- Linda J. Casey    caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com
- R. Christopher Cataldo    ccataldo@jaffelaw.com
- Katherine R. Catanese    kcatanese@foley.com
- George B. Cauthen    george.cauthen@nelsonmullins.com
- Steven R. Cavalli    scavalli@giccb.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Joseph M. Cerra    jcerra@formanlaw.com
- Teresa H. Chan    kkansa@sidley.com;emcdonnell@sidley.com
- Jeffrey Chang    jchang@changlawpllc.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Sarah M. Chen    schen@lockelord.com
- Stephen N Chesnut    chesnutlawfirm@earthlink.net
- Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Ilissa Churgin Hook    ecfmail@yablaw.com, ihook@yablaw.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, bjtobin@vorys.com
- Wm. David Coffey    wdcoffeylaw@yahoo.com
- Dennis J. Connolly    dconnolly@alston.com
- Michael T. Conway    michael.conway@leclairryan.com
- Susan M. Cook    smcook@lambertleser.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Joseph Corneau    jcorneau@klestadt.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Keith N. Costa    keith.costa@akerman.com
- Jeffrey L. Coxon    rellis@warrenyoung.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Randall D. Crocker    rcrocker@vonbriesen.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Julius O. Curling    curlingj@michigan.gov

4

- Thomas H. Curran    tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier    tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino    vdagostino@lowenstein.com
- Peter D'Apice    dapice@sbep-law.com
- Renee M. Dailey    renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Timothy J. Dance    tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com
- Colin Thomas Darke    cdarke@bodmanllp.com
- Michael S. Davi    mdavi@velaw.com
- Ashley Davis    ashley.davis@myfloridalegal.com
- Jeffrey S. Davis    jsdesqtx@yahoo.com
- Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- Stanley Dawson    ssd@fulton-devlin.com
- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- Sam Della Fera    sdellafera@trenklawfirm.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Joshua Ian Divack    jdivack@hahnhessen.com, jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatwardhan@hahnhessen.com;lschlussel@hahnhessen.com
- Michael Dockterman    dockterman@wildman.com, eckert@wildman.com
- Edward S. Donini    lm7ed@aol.com
- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Charles E. Dorkey    cdorkey@mckennalong.com, tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Joseph A. Dworetzky    jad@hangley.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- David G. Ebert    debert@ingramllp.com, mtajika@ingramllp.com
- James P. Eckels    EckelsJ@appellucas.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Henry A. Efroymson    henry.efroymson@icemiller.com
- James W. Ehrman    jwe@kjk.com, pleadingsjwe@gmail.com
- Steven B. Eichel    seichel@crowell.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Dan Elias    delias@eliasgroup.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com

5

- Judith Elkin    judith.elkin@haynesboone.com
- Kristin Elliott    kristin.elliott@klgates.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Oscar B. Fears    bfears@law.ga.gov
- David Michael Feldman    mjwilliams@gibsondunn.com;kmartorana@gibsondunn.com;jcontreras@gibsondunn.com
- Carol A. Felicetta    cfelicetta@reidandriege.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Alyson M. Fiedler    afiedler@schiffhardin.com
- Robert J. Figa    rfiga@comlawone.com
- Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;mmarck@olshanlaw.com
- Deborah L. Fish    dfish@allardfishpc.com
- Eric Fisher    fishere@dicksteinshapiro.com, nybankruptcydocketing@dicksteinshapiro.com
- Matthew F. Fitzsimmons    matthew.fitzsimmons@po.state.ct.us
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    tbackus@polsinelli.com
- Kenneth A. Flaska    gm@dmms.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com
- Neysa Ann Fligor    sccbankruptcy@cco.sccgov.org
- Shawn Randall Fox    sfox@mcguirewoods.com
- Mark S. Frankel    mfrankel@couzens.com
- Susan M. Franzetti    sf@nijmanfranzetti.com
- Scott J. Freedman    sfreedman@dilworthlaw.com
- William R. Fried    wrfried@herrick.com
- Mark J. Friedman    mark.friedman@dlapiper.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com
- Timothy A. Fusco    fusco@millercanfield.com
- Thomas S. Galbo    ggalbobader@roadrunner.com
- Michael G. Gallacher    mgallacher@comcast.net

6

- Mark S. Gamell    mgamell@tlggr.com
- Ethan D. Ganc    ethan@ethanganclegal.com, ethangancesq@gmail.com
- Kathleen A. Gardiner    gardinerk@michigan.gov
- Victoria D. Garry    vgarry@ag.state.oh.us
- Samir Gebrael    sgebrael@klestadt.com
- Sara J. Geenen    sjg@previant.com
- Robert T. Gibson    rgibson@gibsonlawfirm.net
- Wendy J. Gibson    wgibson@bakerlaw.com
- A. Spencer Gilbert    sgilbert@asgilbert.com, kimwolford@asgilbert.com
- Jeanette M. Gilbert    jgilbert@motleyrice.com
- Celeste R. Gill    gillcr@michigan.gov
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Oren Giskan    ogiskan@gslawny.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Daniel H. Golden    rbarloon@akingump.com;pabelson@akingump.com;markk@owlcreeklp.com;mlahaie@akingump.com;sschultz@AkinGump.com;rtennenbaum@akingump.com;dkrasa-berstell@akingump.com
- Scott A. Golden    sagolden@hhlaw.com
- Michelle Goldis    michelle.goldis@wilmerhale.com
- Joyce M. Goldstein    jmgesq@altgoldlaw.com
- David A. Golin    dagolin@arnstein.com
- Sonya N. Goll    sgoll@sbplclaw.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com
- Brian M. Graham    bmgrahampack@sbcglobal.net
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com
- William F. Gray    wgray@torys.com, abauer@torys.com;tmartin@torys.com
- John T. Gregg    jgregg@btlaw.com
- Nancy Grim    nancy.grim@nancygrimlaw.net
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Robert A. Guy    bguy@fbtlaw.com, mkroplin@fbtlaw.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Matthew A. Hamermesh    mhamermesh@hangley.com
- Gary A. Hansz    gah@wwrplaw.com

- David Henry Hartheimer    dharthei@bellatlantic.net
- Michael E. Hastings    michael.hastings@leclairryan.com
- Michael D. Hausfeld    mhausfeld@hausfeldllp.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Geoffrey W. Heineman    gheineman@rmkb.com
- Christopher M. Hemrick    chemrick@connellfoley.com
- Lee Henig-Elona    lhenigelona@wolffsamson.com
- Suzanne Hepner    shepner@lrbpc.com, jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com
- Terrance A. Hiller    tah@kompc.com, met@kompc.com;tlj@kompc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com
- Jonathan Hook    jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com
- Bruce W. Hoover    bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com;rbraden@goldbergsegalla.com
- George R. Howard    grhoward@jonesday.com
- Yolanda M. Humphrey    houbank@pbfcm.com, tpope@pbfcm.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Jeffrey L. Ingram    jeff@galese-ingram.com
- Elihu Inselbuch    eb@capdale.com
- Marc M. Isaac    misaac@mmipllc.com
- Robert M. Isackson    risackson@orrick.com
- Adam H. Isenberg    aisenberg@saul.com
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Peter F. Jazayeri    mkogan@ecjlaw.com
- Sedgwick M. Jeanite    jeanites@whiteandwilliams.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Andrew A. Jones    ajones@whdlaw.com, mwichman@whdlaw.com;rbradley@whdlaw.com
- David S. Jones    david.jones6@usdoj.gov, john.donovan2@usdoj.gov
- Jeffrey J. Jones    jjones@jonesday.com
- Nathan E. Jones    info@usdrllc.com
- Roland Gary Jones    rgjresearch3@gmail.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Allen G. Kadish    kadisha@gtlaw.com
- Ken Kansa    kkansa@sidley.com, matthew.martinez@sidley.com;malternelson@sidley.com
- Olivia W. Karlin    olivia.karlin@doj.ca.gov
- Stephen Karotkin    stephen.karotkin@weil.com, theodore.tsekerides@weil.com;Shai.Waisman@weil.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Clifford A. Katz    ckatz@platzerlaw.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Barry M. Kazan    Barry.Kazan@ThompsonHine.com
- Daniel L. Keller    dkeller@kflegal.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- I. Ray Kerlick    rkerlick@wphk-law.com
- Christopher Kern    ckern@srgk-law.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Myung Han Kim    paul.kim@wilsonelser.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Michael S. Kimm    kimmlaw@msn.com
- Michael S. Kimm    msk@kimmlaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Theodore A. Kittila    tak@elliottgreenleaf.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Patrick A. Klingman    pklingman@sfmslaw.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Anthony J. Kochis    akochis@wolfsonbolton.com
- Thomas F. Koegel    tkoegel@flk.com
- Mary W. Koks    mkoks@munsch.com
- John F. Kostelnik    jkostelnik@frantzward.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Rein F. Krammer    rkrammer@masudafunai.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Kay S. Kress    kressk@pepperlaw.com
- Martin Krolewski    mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Richard E. Kruger    rkruger@jaffelaw.com
- Natalie N. Kuehler    natalie.kuehler@usdoj.gov
- Patrick J. Kukla    pkukla@carsonfischer.com
- Gary W. Kullmann    gkullmann@kkdpc.com, shall@kkdpc.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Jeffrey Kurtzman    jkurtzma@klehr.com
- Matthew F. Kye    mkye@magnozzikye.com
- Stephen S. LaPlante    laplante@millercanfield.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Jacob F. Lamme    lamme@mltw.com
- Forrest B. Lammiman    flammiman@mpslaw.com, lbell@mpslaw.com;dnichols@mpslaw.com
- Stephen M. Landau    sml@slandau.com

- Barry M. Lasky    BMLPC@aol.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary    maureen.leary@oag.state.ny.us
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- Candace Lee    candace.hoeft@gmail.com
- Michael D Lee    mlee@srcattorneys.com
- David S. Lefere    davidl@bolhouselaw.com
- Eugene Leff    eleff@oag.state.ny.us
- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com
- Laura M. Leitner    leitnerl@pepperlaw.com
- David A. Lerner    dlerner@plunkettcooney.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Larry A. Levick    levick@singerlevick.com, croote@singerlevick.com;ckirkland@singerlevick.com
- Leslie C. Levy    leslie.levy@nebraska.gov, leora.platte@nebraska.gov
- Kenneth M. Lewis    klewis@lewispllc.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg    barryster@att.net
- Demetra Liggins    demetra.liggins@tklaw.com
- Harry A. Light    light@fec.net
- David T. Lin    dlin@seyburn.com
- Thomas K. Lindahl    tlindahl@kotzsangster.com, jdesantis@kotzsangster.com;dlemanski@kotzsangster.com
- Daniel W. Linna    dlinna@honigman.com
- Andrew K. Lipetz    alipetz@wgrlaw.com
- Edward J. LoBello    elobello@msek.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com
- Dennis W. Loughlin    dloughlin@wnj.com, hziegler@wnj.com
- Cynthia Jordan Lowery    cynthialowery@mvalaw.com
- Kim R. Lynch    klynch@formanlaw.com, mudem@formanlaw.com
- Dianna Lyons    dlyons@kazanlaw.com
- Lauren Macksoud    lmacksoud@kramerlevin.com, jfriedman@kramerlevin.com;csiegel@kramerlevin.com
- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com
- Tristan Manthey    tmanthey@hellerdraper.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Wendy G. Marcari    wmarcari@ebglaw.com
- Michael A. Maricco    maricco.michael@pbgc.gov, efile@pbgc.gov
- James M. Martin    mmllaw@swbell.net
- Timothy Brian Martin    tmartin@torys.com
- Richard W. Martinez    Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Victor J. Mastromarco    vmastromar@aol.com

- Steven A. Matta    smatta@mattablair.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Mark L. McAlpine    mlmcalpine@mcalpinelawfirm.com
- Richard J. McCord    RMcCord@CBAH.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
- Lauren M. McEvoy    Lauren.McEvoy@thompsonhine.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Mark E. McKane    mmckane@kirkland.com, sarah.farley@kirkland.com;rosie.tejada@kirkland.com
- Austin L. McMullen    amcmullen@babc.com
- John A. McMullen    mcmullen@together.net
- Patrick E. Mears    patrick.mears@btlaw.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Brian H. Meldrum    bmeldrum@stites.com
- Marc B. Merklin    mmerklin@brouse.com
- Christopher A. Merritt    cmerritt@rjlps.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- G. Christopher Meyer    cmeyer@ssd.com
- Robert N. Michaelson    rmichaelson@klgates.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Gerald L. Mills    gerald.mills@bex.net
- Robert K. Minkoff    robminko@yahoo.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- James C. Moon    jmoon@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Timothy D. Moratzka    tdm@mcmlaw.com
- Margreta Morgulas    mmorgulas@stutman.com
- Whitney L. Mosby    wmosby@binghammchale.com
- Max Anderson Moseley    mmoseley@bakerdonelson.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Kevin C. Murphy    kmurphy@wladislawfirm.com
- Daniel R. Murray    dmurray@jenner.com, mmatlock@jenner.com
- Milissa A. Murray    m.murray@bingham.com
- Lauren Nachinson    Lauren.Nachinson@quarles.com
- Jaimie Leeser Nawaday    jaimie.nawaday@usdoj.gov
- David L. Neale    kjm@lnbrb.com
- Michael A. Nedelman    mnedelman@nglegal.com, mwatler@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com
- James D. Newbold    James.Newbold@illinois.gov
- Robert E. Nies    rnies@wolffsamson.com
- Timothy F. Nixon    tnixon@gklaw.com, graiche@gklaw.com;mroufus@gklaw.com
- Laura L. Noggle    nogglel@pepperlaw.com
- Michael E. Norton    mnorton@nortonlawassociates.com

- Matthew D. Novello    mdnovello@mcalpinelawfirm.com
- Gordon Z. Novod    dcho@kramerlevin.com
- Kevin T. O'Brien    ko'brien@websterszanyi.com
- Dennis M. O'Dea    dennis.odea@sfslawgroup.com, dodeapc@aol.com
- Michael B. O'Neal    moneal@wnj.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com
- Ronald Oran    roran@velaw.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Gregory Oxford    goxford@icclawfirm.com
- Richard W. Paige    paige@bsplaw.com
- Ingrid S. Palermo    ipalermo@bsk.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Merritt A. Pardini    dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com
- Larry E. Parres    lparres@lewisrice.com
- Peter S. Partee    ppartee@hunton.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- William Dirk Pastorick    tprete@nldhlaw.com
- Rakhee V. Patel    rpatel@pronskepatel.com, cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com; admin@pronskepatel.com;lwhatley@pronskepatel.com;gpronske@pronskepatel.com;jkathman@pronskepatel.com
- Kimo S. Peluso    kpeluso@manatt.com, astaltari@manatt.com
- Melissa A. Pena    mapena@nmmlaw.com
- Frederick Perillo    fp@previant.com
- John C. Phillips    jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Dominic J. Picca    dpicca@mintz.com, Docketing@mintz.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Gregory G. Plotko    gplotko@kramerlevin.com, achouprouta@kramerlevin.com;ychernyak@kramerlevin.com
- Michael P. Pompeo    mpompeo@dbr.com
- Constantine Pourakis    cp@stevenslee.com
- Susan Power-Johnston    sjohnston@cov.com
- Frank I. Powers    plesser@hpc-lawyers.com;dhedegard@hpc-lawyers.com
- Jasmine Powers    jpowers@debevoise.com, mao-ecf@debevoise.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- John J. Privitera    privitera@mltw.com, hill@mltw.com;lamme@mltw.com
- Gerrit M. Pronske    gpronske@pronskepatel.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Marie T. Racine    mracine@racinelaw.us

- Thomas B. Radom    radom@butzel.com
- Mark L. Radtke    mradtke@shawgussis.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Timothy M. Reardon    tmreardon@nnblaw.com
- Michael Reed    nycourts@mvbalaw.com
- Robert A. Rich    rrich2@hunton.com
- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Matthew J. Riopelle    mriopelle@foley.com
- David D. Ritter    ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Adam C. Rogoff    arogoff@kramerlevin.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen    srosen@rosenpc.com
- Adina H. Rosenbaum    arosenbaum@citizen.org
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- Donn Rosenblum    donn.rosenblum@ohioattorneygeneral.gov
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Gerolyn P. Roussel    rousselp@bellsouth.net
- Jayson B. Ruff    jruff@mcdonaldhopkins.com
- Dianne Ruhlandt    druhlandt@ermanteicher.com
- Scott K. Rutsky    srutsky@proskauer.com
- Herbert K. Ryder    hryder@pitneyhardin.com
- Alessandro Sabatino    asabatino@zsa-law.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
- Chester B. Salomon    csalomon@beckerglynn.com, jholdridge@beckerglynn.com
- Kimberly Salomon    ksalomon@formanlaw.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- George Franklin Sanderson    george.sanderson@elliswinters.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Robert T. Schmidt    rschmidt@kramerlevin.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Thomas W. Schouten    tschouten@dunnsslaw.com
- S. Robert Schrager    rschrager@hodgsonruss.com, mharmon@hodgsonruss.com
- Carey D. Schreiber    cschreiber@winston.com
- Jonathan R. Schulz    schulz@bsplaw.com
- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov
- Kathlyn Schwartz    kathlyn.schwartz@akerman.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Michael A. Schwartz    mschwartz@hhplawny.com
- Steven Schwartz    sschwart@winston.com
- David V. Scott    dave@davescott.us
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- John W. Shenk    jshenk@ecjlaw.com
- Howard S. Sher    howard@jacobweingarten.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- George W. Shuster    george.shuster@wilmerhale.com
- Patrick Sibley    psibley@pryorcashman.com
- Robert Sidorsky    sidorsky@butzel.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jlohr@vonbriesen.com
- Christina C. Skubic    bankruptcy@braytonlaw.com
- Vicki R. Slater    vicki@vickislater.com
- Edward Smith    easmith@venable.com
- Mark Calvin Smith    msmith@hselaw.com
- Robert T. Smith    rsmith@cniinc.cc
- Richard G. Smolev    rsmolev@kayescholer.com, maosbny@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com, michele.meises@weil.com;sarah.roberts@weil.com;pablo.falabella@weil.com;lacey.laken@weil.com;Edward.Wu@weil.com
- Eric J. Snyder    esnyder@sillerwilk.com
- Steven B. Soll    ssoll@oshr.com, awilliams@oshr.com
- Fredric Sosnick    kerri.silver@shearman.com
- Arthur J. Spector    aspector@bergersingerman.com, jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.com
- Stephen W. Spence    ss@pgslaw.com
- Katherine Stadler    kstadler@gklaw.com, graiche@gklaw.com
- Martin Stanley    mstanleyesq@gmail.com
- Charles A. Stanziale    cstanziale@mccarter.com
- Jeffrey S. Stein    PACERTeam@gardencitygroup.com
- Leslie Stein    lstein@plunkettcooney.com, seccles@plunkettcooney.com
- Arthur Jay Steinberg    asteinberg@kslaw.com, rtrowbridge@kslaw.com

- R. Hugh Stephens    hstephens@stephensstephens.com, eschmidt@stephensstephens.com
- Jason V. Stitt    jstitt@kmklaw.com
- Sharon L. Stolte    sstolte@stinsonmoheck.com
- N. Kathleen Strickland    kstrickland@rmkb.com, schoo@rmkb.com;mmcpherson@rmkb.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Emily A. Stubbs    estubbs@fklaw.com, vgarvey@fklaw.com
- James M. Sullivan    jsullivan@mosessinger.com
- Lowell F. Sutherland    sutherlandgerber@sbcglobal.net
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Craig Tadlock    craig@tadlocklawfirm.com
- Stanley B. Tarr    tarr@blankrome.com
- Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Jeffrey T. Testa    jtesta@mccarter.com
- Gary Ticoll    ticollg@gtlaw.com
- Richard S. Toder    rtoder@morganlewis.com
- Gordon J. Toering    gtoering@wnj.com
- Patrick J. Trostle    ptrostle@jenner.com
- Tonya A. Trumm    tatrumm@michaelbest.com, safonte@michaelbest.com
- Peter Tsao    peter.tsao@kirkland.com, beth.friedman@kirkland.com;jacob.goldfinger@kirkland.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Marshall C. Turner    marshall.turner@husch.com
- Ann Marie Uetz    auetz@foley.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    wallace@millercanfield.com
- Brian C. Walsh    brian.walsh@bryancave.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com
- Michele L. Walton    michele@jacobweingarten.com
- Lucas Ward    lucas.ward@ohioattorneygeneral.gov
- Eric G. Waxman    ewaxman@westermanllp.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Martin James Weis    weismj@dilworthlaw.com
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Stephanie Wickouski    jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,swickous@aol.com

15

- Matthew E. Wilkins     wilkins@bwst-law.com, marbury@bwst-law.com
- Jeffrey C. Wisler     jcw@cblhlaw.com
- Blanka K. Wolfe     bwolfe@sheppardmullin.com
- Robert D. Wolford     ecfwolfordr@millerjohnson.com
- Scott A. Wolfson     swolfson@wolfsonbolton.com
- Lee E. Woodard     bkemail@harrisbeach.com
- Cynthia Woodruff-Neer     cwoodruff-neer@alpine-usa.com
- Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Dwight Yellen     dyellen@ballonstoll.com
- Doron Yitzchaki     dyitzchaki@dickinsonwright.com
- Jonathan W. Young     young@wildman.com
- S. Alyssa Young     ayoung@leaderberkon.com
- German Yusufov     pcaocvbk@pcao.pima.gov
- Terry L. Zabel     ecf-tlz@rhoadesmckee.com
- Rafael X. Zahralddin     rxza@elliottgreenleaf.com
- Steven J. Zeehandelar     szehandelar@zsa-law.com
- Erica M. Zilioli     ezilioli@bdlaw.com
- Bruce R. Zirinsky     zirinskyb@gtlaw.com, cusumanod@gtlaw.com
- Scott A. Zuber     szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski     ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 19, 2011                              Signed: /e/ Jinah E. Finnes

1436687.1-TDM