# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐  MLCS, LLC, Case No. 09-50027 <br><br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Susan Galat <br> JEMMS-CASCADE INC <br> ATTN CORPORATE OFFICER/AUTHORIZED AGENT <br> 1886 Larchwood Dr <br> Troy, MI   48083-2225 |
| Claim Number (if known): | 2805 & 2806 |
| Date Claim Filed: | September 30, 2009 |
| Total Amount of Claim Filed: | Total of $4,745.00 for both claims |
| | |

*Received AUG 19 2011*

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 08/11/2011

*/s/ Susan Galat*

Print Name: SUSAN GALAT

Title (if applicable): VP

US_ACTIVE:\43219392\02\72240.0639