UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On August 17, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors and Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by first class mail on James E Hoerig, c/o Judith R Herman (P40477), The Sam Bernstein Law Firm PLLC, 31731 Northwestern Hwy Suite 333, Farmington Hills, Michigan 48334 (affected party):

- Supplemental Order Regarding Debtors' 165th Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 10711].

| | |
|---|---|
| Dated: August 22, 2011<br>Lake Success, New York | /s/Kimberly Gargan<br>Kimberly Gargan |

Sworn to before me this 22nd day of August, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2015