August 19, 2011

The Honorable Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   Notice of Presentment of Proposed Supplemental
      Order Granting 147th Omnibus Objection to Claims

I have received and reviewed the Supplemental Order for the hearing on July 27, 2011. I do not feel that my concerns have been adequately considered. I wish to reiterate that I object that my claim may be reclassified as an equity interest claim.

I feel that General Motors fraudulently misrepresented the viability of their company to me. General Motors must have known that the viability of the company was deteriorating months, possibly years, before filing for bankruptcy. I feel that General Motors knew that its stock would eventually be worthless, and rather than notify me or take action to protect me from loss, they chose to take no action. It is my belief that due to fraud and misrepresentation that my claim should not be reclassified as equity interest. The result would be unjust and inequitable.

The assets were held in the General Motors 401(k) plan that I participated in as an employee of General Motors for 30 years. The funds included both bonds and General Motors common stock.

My claim number is 63648 and the amount of my claim is $1,648,995.40.

Sincerely,

*Dale R. Spirnak*

Dale R. Spirnak
207 Mapledale Dr.
Munhall, PA 15120
412-461-5195