**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                       :   Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,   :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*       :
                                                            :
                       Debtors.       :   (Jointly Administered)
                                                            :
---------------------------------------------------------------x

## ORDER GRANTING MOTION OF JUDD WIESJAHN AND ANNALISA SAND TO FILE LATE PROOFS OF CLAIM

Upon the motion (the "**Motion**"), dated January 3, 2011, of Judd Wiesjahn and Annalisa Sand ("**Movants**") requesting leave to file late proofs of claim (ECF No. 8371), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the requested relief in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and Motors Liquidation Company and its affiliated debtors having filed their opposition to the Motion (ECF No. 8892) (the "**Opposition**"); and the Court having held an initial hearing to consider the requested relief on February 3, 2011, and the Court having held an evidentiary hearing to consider the request relief on July 26, 2011 (the "**Evidentiary Hearing**"); and based upon the Motion, the Opposition, and the record of the Evidentiary Hearing, and all of the proceedings before the Court, it is

ORDERED that for the reasons set forth on the record during a telephonic conference with the Parties on July 28, 2011, the Motion is GRANTED; and it is further

ORDERED that within ten (10) business days of the date of this Order, Movants shall be entitled to file general, unsecured, prepetition proofs of claim (collectively, the "**Claims**"), which shall be deemed timely filed, in the following amounts:

> Judd Wiesjahn $2,200,000.00
>
> Annalisa Sand $2,200,000.00

; and it is further

ORDERED that Movants shall proceed through the ADR Procedures[1] in good faith in an attempt to resolve the Claims and that any mediation or arbitration conducted pursuant to the ADR Procedures shall take place in San Francisco, CA, or where the Parties may otherwise mutually agree; and it is further

ORDERED that to the extant Movants do not proceed through the ADR Procedures in good faith, the Debtors or the GUC Trust are hereby granted leave to file a motion to reconsider this Order without regard to any deadlines for doing so imposed by Rule 9024 of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that nothing contained herein shall prejudice the rights of the Debtors or the GUC Trust to object to the Claims on any grounds other than timeliness; and it is further

---

[1] Capitalized terms not defined herein have the meaning given to them in the Debtors' Second Amended Joint Chapter 11 Plan.

ORDERED that this Court shall retain jurisdiction, to the extent permitted by applicable law, to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
       August **23**, 2011

                                                ***s/ Robert E. Gerber***
                                                THE HONORABLE ROBERT E. GERBER
                                                UNITED STATES BANKRUPTCY JUDGE