# THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al., | Case No. 09-50026 (REG) Jointly Administered |
| Debtor. | |

## WITHDRAWAL OF SECURED CLAIM

MCM Management Corp, through its counsel, Jaffe Raitt Heuer & Weiss, P. C., hereby withdraws its Proof of Claim in the amount of $22,476,106.00 filed on June 26, 2009 and listed as claim number 371.

JAFFE, RAITT, HEUER & WEISS, P.C.

By:    /s/  Thomas E. Coughlin
Thomas E. Coughlin (P40561)
Attorneys for MCM Management Corp
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
tcoughlin@jaffelaw.com

Dated:  August 18, 2011

2102545.1