**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                            Chapter 11

MOTORS LIQUIDATION COMPANY, et al.,               Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,               Jointly Administered

                Debtor.
_____

**REQUEST FOR REMOVAL FROM ECF SERVICE LIST**

    R. Christopher Cataldo hereby requests that his name and e-mail address be removed from the ECF service list for this case.

                JAFFE, RAITT, HEUER & WEISS, P.C.

                By: /s/ R. Christopher Cataldo_____
                R. Christopher Cataldo (P39353)
                27777 Franklin Road, Suite 2500
                Southfield, MI 48034
                Tel. No.:  (248) 351-3000
                Fax No.:  (248) 351-3082
                Email:  ccataldo@jaffelaw.com

DATED: August 23, 2011

1