UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                             ) ss
COUNTY OF NASSAU    )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On August 23, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto.

- Order Granting Motion of Judd Wiesjahn and Annalisa Sand to File Late Proofs of Claim [Docket No. 10739].

Dated:  August 24, 2011                          /s/ Kimberly Gargan
            Lake Success, New York                   Kimberly Gargan

Sworn to before me this 24th day of August, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

| | |
|---|---|
| ANNALISA SAND<br>LAW OFFICE OF MARTIN STANLEY<br>MARTIN STANLEY<br>137 BAY STREET, #2<br>SANTA MONICA, CA 90405 | JUDD WIESJAHN<br>LAW OFFICE OF MARTIN STANLEY<br>MARTIN STANLEY<br>137 BAY STREET, #2<br>SANTA MONICA, CA 90405 |

LAW OFFICE OF MARTIN STANLEY
MARTIN STANLEY
137 BAY STREET #2
SANTA MONICA, CA 90405