# RICHARD E. GENTER
ATTORNEY AT LAW

SUITE 200
610 OLD YORK ROAD
JENKINTOWN, PA 19046
(215) 884-8190
FAX: (215) 884-8266

E-MAIL: richard@genterlaw.com

NOTICE OF CHANGE OF ADDRESS

August 16, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

**Re: Saradgene Jean-Baptiste and/or Richard E. Genter, Esq., Proof of Claim number 32725**

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Saradgene Jean-Baptiste and/or Richard E. Genter, Esq.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Richard E. Genter
Title: Attorney for Saradgene Jean-Baptiste

cc:   The Garden City Group, Inc.
      Motors Liquidation Company Claims Agent
      PO Box 9386
      Dublin, OH 43017-4286