Hearing Date and Time: September 26, 2011 at 9:45 a.m. (Eastern Time)
Objection Deadline: September 12, 2011 at 4:00 p.m. (Eastern Time)

Robert B. Weiss
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7596
Facsimile: (313) 465-7597

*Special Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | |
| | : | Chapter 11 Case No. |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | 09-50026 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**SUPPLEMENT TO**
**SECOND INTERIM AND FINAL FEE APPLICATION OF HONIGMAN MILLER SCHWARTZ AND COHN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

**TO THE HONORABLE ROBERT E. GERBER**
**UNITED STATES BANKRUPTCY JUDGE**

Honigman Miller Schwartz and Cohn LLP (**"Honigman"**), special counsel for Motors Liquidation Corporation f/k/a General Motors Corp., et al. (**"MLC" or "Debtors"**), for its Supplement to Second Interim and Final Fee Application of Honigman Miller Schwartz and Cohn LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses (this "**Supplement**") states:

On May 23, 2011 Honigman filed its Second Interim and Final Fee Application of Honigman Miller Schwartz and Cohn LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 10313] (the "**Final Application**"). For convenience, capitalized terms not defined in this Supplement have the meanings given in the Final Application.

As a result of questions raised by the Fee Examiner in respect to the Final Application, Honigman discovered that it inadvertently included in its request for allowance of fees and expenses for the Second Interim Compensation Period (July 10, 2009 through March 29, 2011), some fees and expenses that were covered by Honigman's First Interim Application. Honigman is therefore reducing its requests for the Second Interim Compensation Period by $56,124 in fees and $2,537.82 in expenses. After these reductions, for the Second Interim Compensation Period, Honigman is requesting allowance of fees totaling $52,415.25 and reimbursement of expenses totaling $2,124.15. The Fee Examiner has been provided details regarding these changes.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Special Counsel for Debtors

Dated: August 29, 2011        By: /s/ Robert B. Weiss
        Robert B. Weiss (Michigan Bar No. P28249)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        Telephone: (313) 465-7596
        Facsimile: (313) 465-7597
        Email: rweiss@hongiman.com

9571498.1