10714.

To the Clerk,

Please find enclosed 2 filings - with 2 copies - one for the court + one chambers copy for Judge Gerber. If I need to include anything else, please let me know.

Jeri Sizemore
440-241-3126

Endorsed Order:
Movant failed to comply with court requirements to secure a hearing date and set a time for responses. New GM, Karotkin and Popson will have 28 days from this date to respond, in the absence of any further Order of the Court. In the absence of a showing of compliance with CMO #2 ¶26, no reply papers will be accepted.

Upon receipt of all briefing, parties will be informed of Court's desires with respect to oral argument and/or hearing.

/s/ Robert E. Gerber
    USBJ
    8/30/11