# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MOMSEN LEONARDOS & CIA<br>RUA TEOFILO OTTONI<br>63 10'o ANDAR CENTRO<br>RIO DE JANEIRO<br>BRAZIL |
| Claim Number (if known): | 16645 |
| Date Claim Filed: | 10/26/2009 |
| Total Amount of Claim Filed: | $6,438.57 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: AUGUST 23, 2011

Print Name: GUSTAVO BARBOSA

Title (if applicable): MANAGING PARTNER

US_ACTIVE:\43219392\02\72240.0639