2102545.1

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al.,

          Debtor.

Chapter 11

Case No. 09-50026 (REG)
Jointly Administered

## WITHDRAWAL OF SECURED CLAIM

MCM Management Corp, through its counsel, Jaffe Raitt Heuer & Weiss, P. C., hereby withdraws its Proof of Claim in the amount of $22,476,106.00 filed on June 26, 2009 and listed as claim number 371.

Dated: August 18, 2011

JAFFE, RAITT, HEUER & WEISS, P.C.

By: /s/ Thomas E. Coughlin
Thomas E. Coughlin (P40561)
Attorneys for MCM Management Corp
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
(248) 351-3000
tcoughlin@jaffelaw.com

AUG 24 2011

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
**GENERAL MOTORS CORPORATION, et al.**

Claim Number: **09-50026-REG**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**MCM MANAGEMENT**

Name and address where notices should be sent:
Don W. Blevins, Esq., Myre & Associates, P C
3201 University Drive, Ste.
Auburn Hills, MI 48326

Telephone number: (248) 371-3700

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: _____

Name and address where payment should be sent (if different from above):
Same as above

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Filed: $ **2,478,106.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Construction Services**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☑ Motor Vehicle  ☐ Other
Describe: **Construction Lien pursuant to Michigan Construction Lien Act**

Value of Property: $ _____  Annual Interest Rate ____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____

Basis for perfection: **Michigan Construction Lien Act**

Amount of Secured Claim: $ **2,478,106.00**  Amount Unsecured $ _____

6. Credit: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority: $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FILED – 0371
USBC – SOUTHERN DISTRICT OF NEW YORK
GENERAL MOTORS
09-50026 (REG)

THE GARDEN CITY GROUP
JUN 26 2009

FOR COURT USE ONLY

Date: 06/18/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Don W. Blevins, McAlpine & Associates, P C, Attys for MCM Management (Pro Hac Vice pending)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.