**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | SHEFSKY & FROELICH LTD<br>ATTN EDWARD J HALPER<br>111 EAST WACKER STE 2800<br>CHICAGO,   IL 60601 |
| Claim Number (if known): | 6109 |
| Date Claim Filed: | 10/8/2009 |
| Total Amount of Claim Filed: | $2,628.41 |

AUG 2 4 2011

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _8/23/11_

Print Name: _EDWARD J. HALPER_

Title (if applicable): _SHAREHOLDER_

--------------------------------------------------------------------------------