UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Kimberly Gargan, being duly sworn, depose and state:

1.  I am a Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On August 30, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties as set forth on the service list annexed hereto as Exhibit A:

- Endorsed Order Regarding Motion for Reconsideration of Notice of Presentment of Proposed Supplemental Order Granting 147th Omnibus Objection to Claims [Docket No. 10765].

Dated: August 31, 2011                    /s/ Kimberly Gargan
      Lake Success, New York                    Kimberly Gargan

Sworn to before me this 31st day of August, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2011

# EXHIBIT A

DALE SPIRNAK  
207 MAPLEDALE DR  
MUNHALL, PA 15120-2927

DALE SPIRNAK  
C/O COREY J SACCA, ESQ  
BONONI & BONINI, PC  
20 N PENNSYLVANIA AVE STE 201  
GREENSBURG, PA 15601