# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | FOUNTAIN COUNTY TREASURER<br>301 FOURTH STREET<br>COVINGTON, IN   47932 |
| Claim Number (if known): | 71168 |
| Date Claim Filed: | 5/31/11 |
| Total Amount of Claim Filed: | $6,440.86 |

[Filed stamp: AUG 30 2011]

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 25, 2011

Print Name: Susan A Coffing

Title (if applicable): Fountain County Treasurer

DEFINITIONS

FILED
AUG 08 2011
TREASURER FOUNTAIN COUNTY

US_ACTIVE:\43219392\02\72240.0639