

211 West Jefferson Street
Syracuse, NY 13202-2680
Phone: (315) 474-2943
Fax: (315) 474-0235
www.sugarmanlaw.com

August 10, 2011

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
The Garden City Group, Inc.
105 Maxess Road
Melville, New York 11747

    Re:        Hondusky v. Murnane Building Contractors, Inc.
    Our File:   K09058
    Case No.:  09-50026

Dear Sir/Madam:

    Enclosed please find my client's notice of withdrawal of proof of claim relative to the General Motors Corporation Bankruptcy, Case Number 09-50026. Kindly date-stamp the enclosed copy and return it to our office in the envelope provided.

    Thank you for your attention to this.

                                  Very truly yours,

                                  Joshua M. Gillette
                                  Direct Dial No.: (315) 362-8918
                                  jgillette@sugarmanlaw.com

JMG/lrg
Enclosure

*Printed on 100% Recycled Paper*

SERVICE BY FAX NOT ACCEPTED

SUGARMAN LAW FIRM, LLP
211 WEST JEFFERSON STREET
SYRACUSE, NEW YORK 13202
(315) 474-2943

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              Chapter 11

MOTORS LIQUIDATION CO., et al.,                     Case No. 09-50026 (REG)

　　　　　Debtors                                   Jointly Administered

_____/

**MURNANE BUILDING CONTRACTORS, INC.'S
NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

　　　Please take notice that creditor Murnane Building Contractors, Inc. hereby withdraws with prejudice, proof of claim number 675 filed against Debtor Motors Liquidation Company.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　SUGARMAN LAW FIRM, LLP

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Josh Gillette, Esq.
　　　　　　　　　　　　　　　Attorneys for Third Party Plaintiff in Action 2
　　　　　　　　　　　　　　　MURNANE BUILDING CONTRACTORS, INC.
Dated: ~~February [ ], 2011~~          360 South Warren Street
　　　　　　　　　　　　　　　Syracuse, NY 13202

August 1, 2011