# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DAY PITNEY LLP<br>242 TRUMBLL STREET<br>HARTFORD,   CT 06103 |
| Claim Number (if known): | 67024 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | $1,685.13 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Aug 29, 2011

Print Name: _____

Title (if applicable): Day Pitney LLP

---

### DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639