# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br>☐ MLC of Harlem, Inc., Case No. 09-13558<br>☐ MLCS, LLC, Case No. 09-50027<br>☐ MLCS Distribution Corporation, Case No. 09-50028<br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DAVIS & GILBERT LLP<br>ATTN: MILES BAUM<br>1740 BROADWAY<br>NEW YORK, NY 10019 |
| Claim Number (if known): | 66440 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $23,986.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8/30/2011

Print Name: Miles Baum

Title (if applicable): Attorney

US_ACTIVE:¥43219392¥02¥72240.0639