**RECEIVED**
**AUG 3 0 2011**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | TREASURER OF VIRGINIA <br> COMMONWEALTH OF VIRGINIA <br> DEPARTMENT OF THE TREASURY DIVISION OF UNCLAIMED PROPERTY <br> PO BOX 2478 <br> RICHMOND, VA 23218 |
| Claim Number (if known): | 39083 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $0.00 |

(RECEIVED SEP -2 2011 U.S. BANKRUPTCY COURT)

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 8-18-11

_Vicki D. Bridgeman_
Print Name: Vicki D. Bridgeman
Title (if applicable): Director

US_ACTIVE:¥43219392¥02¥72240.0639