# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026 |
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HELLER EHRMAN LLP PACHULSKI STANG ZIEHL & JONES LLP JOHN D FIERO ESQ 150 CALIFORNIA STREET 15TH FLR SAN FRANCISCO,   CA 94111 |
| Claim Number (if known): | 67296 |
| Date Claim Filed: | 11/30/2009 |
| Total Amount of Claim Filed: | $853.24 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  8/31/2011

Print Name: Shelley Salmero

Title (if applicable): Manager

US_ACTIVE:¥43219392¥02¥72240.0639