Chambers Conference: Thursday, September 8, 2011, at 11:30 a.m. (Prevailing Eastern Time)

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
                                                          :
In re:                                                    :  Chapter 11
                                                          :
MOTORS LIQUIDATION COMPANY, *et al.,*                     :  Case No. 09-50026
       f/k/a General Motors Corp., *et al.,*              :  (Jointly Administered)
                                                          :
                         Debtors.                         :  Honorable Robert E. Gerber
                                                          :
--------------------------------------------------------- x

# SUMMARY-FINAL FEE REVIEW/APPROVAL PROCESS

**Hearing Dates:** September 26, October 21 and October 28, 2011

**Applications pending:**

- 21 applications for hearing on September 26

- One application for hearing on October 21 (Kramer Levin)

- One application for hearing on October 28 (Ad Hoc Committee of Asbestos Personal Injury Claimants/ § 503(b))

**Aggregate amounts sought:** (Petition Date to Effective Date, not including administrative expense claims or AP Services)
- Fees - $120,656,842.39
- Expenses - $3,567,228.07

**Administrative expense claims:**
- Fees - $670,035.75
- Expenses - $28,242.26

**Unapproved interim amounts sought** (October 1, 2010 to March 29, 2011):
- Fees - $27,408,768.37
- Expenses - $604,591.92

**Objection Date:**  September 12, 2011

**Objection on hourly rate increases/affidavit filed:**  August 5, 2011 [Docket No. 10660]

**Applications reviewed/draft reports/potential objections sent to firms:**   21

**Settlements reached:**  5 (as of September 6, 2011)

**Projected issues/amounts at issue** (maximum):

   Hourly rate increases:  $3,306,164.82

   Duplicative services:  $35,000.00 (est.)

   Section 503(b) services: $670,035.75

   Post-confirmation services:  $75,000.00 (est.)

**Five largest application requests:**

| Applicant | Fees | Expenses | Maximum Potential Amounts at Issue (including rate increases) |
|---|---|---|---|
| Weil, Gotshal & Manges LLP | $44,719,081.80 | $1,476,502.19 | $2,593,618.17 |
| FTI Consulting, Inc. | 18,495,125.25 | 135,380.13 | $27,769.92 |
| Kramer Levin Naftalis & Frankel, LLP | 11,323,610.00 | 210,169.93 | 496,107.25 |
| Jenner & Block LLP | 4,952,968.55 | 271,139.73 | 551.18 |
| LFR Inc. | 3,125,474.54 | 618,744.80 | 182,212.41 |
| **TOTALS:** | **$82,616,260.14** | **$2,711,936.78** | **$3,300,258.93** |

Dated: Madison, Wisconsin
September 6, 2011.

                              GODFREY & KAHN, S.C.

By:    /s/ *Katherine Stadler*
Katherine Stadler

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Examiner*

6792140_2