**BENNY KATZ**
*5420 Netherland Avenue*
*Riverdale, New York  10471*

(718) 601-6975



RECEIVED
SEP - 6 2011
U.S. BANKRUPTCY COURT, SDNY

SEPTEMBER 2, 2011

UNITED STATES BANKRUPTCY COURT

ONE BOWLING GREEN
NEW YORK, NY 10004

RE: MOTORS LIQUIDATION (6) GENERAL MOTORS
CASE NO. 09-50026

DEAR SIRS/MADAMES,

AS A HOLDER OF CLAIM

9-2-11

-2-

I AM ENROLLED IN THE

MERRILL LYNCH CLASS

ACTION SETTLEMENT SERVICE,

WITH MY ACCOUNT NO.

5WP-81L97.

I HAVE RECEIVED FROM

-3-    9-2-11

Merrill a statement of the settlement on July 28, 2011.

The statement does not specify the amount of my share of the settlement.

I have been unable to obtain the information from that company.

9-2-11

-4-

That being so, I inquire

of your office about the

following items in the

court record:

1. The total of the proceeds from the settlement paid to Merril Lynch.

-5-    9-2-11

2. THE AMOUNT OF MY SHARE OF THE PROCEEDS.

I WILL APPRECIATE THE FORWARDING TO ME THE INFORMATION NOTED ABOVE

VERY TRULY YOURS,

*Benny K*

BENNY KATZ

P.S. PLEASE EXCUSE MY HAND WRITING.

B.K.