*Sept-01-11 Thur   Motors Liquidation Bankruptcy Court case #09-50026    Page 1 of 1*

*On AUG 31-11 I rec'd a exhibit letter to disallow my claim response by 9-19-2011*
*I object to disallowing my claim because it has been acknowledged by*
*GM RECALL #07035 04-21-2008 all cars 1997-2003 with 3800 Superchg eng and*
*GM RECALL #09047 04-10-2009 all cars 1997-2003 with 3800 engines*
*includes mine still in affect in 2011, These recalls are related to engine compartment*
*fires my car fire happened 6-30-2008 before my car was recalled on 4-10-2009.*
*I want to be compensated for my loss.*
*Doc's included: Recall letter, Fire report, Car cost, Mech report ($19,000 to repair),*
*ESIS/GM Offer to Settle 8-13-2008, Title dispose 9 pages 1 letter 8 facts, 2 Pictures.*

SUMMARY OF EVENTS OF CAR FIRE OWNER WINSTON WINGO
1997 Pontiac Grand PrixGT 3800 Engine vin#IG2WP52K9VF338104

**06/30/08 Monday Car caught fire in engine compartment totally destroyed?**
Car caught fire in the engine compartment while parked in the driveway with engine and ignition off I put out fire with a garden hose and contacted the fire department they came and finished the job.

**7-1-8   Contacted GM PONTIAC**
I called and talked to GM Pontiac Customer Assistance they assigned me a claim # and sent an investigator that took picture's etc.
In searching for the cause of this fire I found GM recall and other information (my car was not included in recall #07035 because it doesn't have a supercharged engine) indicating my car model have a history of engine compartment fires starting the same way (While parked engine and ignition off) dating back to 2002 they are:
1. **GM SAFETY RECALL #07035 APR 21 2008, 3800 supercharged engines.**
2. **Ref to Web site WWW.ODI.NHTSA.DOT.GOV/DEFLECT/RESULT Action** #PE02050 noted: "Engine compartment fires 1997 Pontiac opened 6/13/2 closed 10/13/2."

**8-13-8 Claim #8213-259-656880 GM Claims offered to settle my claim for $1180**
ESIS/GM CLAIMS Ph 800-888-0164  Fax 313-665-0911  Nia Cooper ph 313-665-3416.

**04-10-9 GM RECALL 09047 Recalls all cars 1997-2003 with 3800 engines include mine**

**05-19-9 Towed car to Hill's Auto to determine extent of Damage**
It's Totaled estimated cost to repair over $19000.
Cost of tow to and from $130 repair estimate $65 Total $195.

**05-21-9 Sold car to Holbrook Auto parts for $50**

Thank you Winston Wingo 313-342-5762
16863 Tracey Detroit Michigan 48235-4024


RECEIVED SEP - 6 2011 U.S. BANKRUPTCY COURT, SDNY REG

# Incident Report

| | | | |
|---|---|---|---|
| **Incident Number:** 0015426 | **Number of Alarms:** 0 | **Date:** 6/30/2008 | **Time:** 13:05 |
| **Shift:** | **District:** 04591 | **Exposure:** 000 | **Station:** |
| **Alarm Time:** 6/30/2008 13:05 | **Arrival Time:** 6/30/2008 13:15 | **Controlled Time:** | **Cleared Time:** 6/30/2008 13:28 |

### Incident Address

| | | |
|---|---|---|
| **Dispatch Address:** 20007 PREST ST Detroit, MI | **Actual Address:** 20007 PREST ST Detroit, MI 48235 | **Address Type:** 1 - Street address |
| **Property Use:** 960 - Street, other | **Insurance Carrier:** | **Common Name:** 20007 PREST ST,DET |
| **Latitude:** 42.438652 | **Longitude:** -83.199012 | **Phone:** |

### Incident Classification

Incident: 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

**Incident Type as Dispatched:** 130 - Mobile property (vehicle) fire, other
**Actual Incident Type:** 130 - Mobile property (vehicle) fire, other
**Mutual Aid:** N - None
**FDID:**
**State:**
**Incident Number:**

**Hazardous Materials Release:**

*[Stamp: City of Detroit Certified True Copy Detroit Fire Department]*

**Actions Taken:**
86 - Investigate

**Value - Property: Contents:**          **Loss - Property:** 3000 **Contents:** 300

### Authorities

Incident: 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

**Member Making Report:** 232790          **Officer In Charge:** 232050
**Other Authorities:**                    **Report Completed:** Yes

| Member Name: | Role: |
|---|---|
| David Curry | |
| Randy Jones | |

### Incident Persons Involved

Incident: 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

**Person Involved:**

**Name:** WINSTON J WINGO
**Address:**
20007 PREST
**Date Of Birth:**                                              **Gender:**
**Race:**                                                       **Ethncity:**
**Involvement:**                                                **Business:**

## Incident Property
**Incident:** 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

**Area Of Origin:** 83 - Engine area, running gear, wheel area  **Heat Source:** 10 - Heat from powered equipment, other
**Item First Ignited:** 81 - Electrical wire, cable insulation  **Material First Ignited:** 77 - Plastic coated fabric
**Cause of Ignition:** 2 - Unintentional

**Buildings:**              **Residential Units:**              **Acres Burned:**
**On Site Materials:**

| Human Factors | Factors Contributing to Ignition | Fire Suppression Factors |
|---|---|---|
| N - None | 20 - Mechanical failure, malfunction, other | |
| Age: | | |
| Gender: | | |

## Incident Structure Mobile Property & Equipment Involved
**Incident:** 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

| | | |
|---|---|---|
| **Involved:** 3 - Involved in ignition and burned | **Type:** 11 - Passenger car. | **Make:** PN - Pontiac |
| **Model:** Grand Prix | **Year:** 1997 | **License:** BTP-3952 |
| **State:** MI - Michigan | **VIN:** 1G2WP52K9VF338104 | |

## Incident Apparatus and Resources
**Incident:** 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

| Unit ID | Dispatched | En-route | Arrival | Cleared Scene | Arrive Facility | Cleared Facility | In Service | In Qtrs |
|---|---|---|---|---|---|---|---|---|
| E30 | 06/30 13:06 | 06/30 13:07 | 06/30 13:15 | | | 06/30 13:28 | | |

## Incident Narrative
**Incident:** 2008-0015426-000 Version 2 of 2 Saved On: 7/11/2008 3:15:06 PM By: Latisha Johnson

**Title:**                            **Type:** 1 - Incident            **Author:** Engine30 Engine30
**Narrative Text:**
On Monday, 30 June 2008 at 13:05:00, units E30 responded to a reported 130 - Mobile property (vehicle) fire, other



Winston C Wingo
16863 Tracey St
Detroit, MI 48235-4024

Dear Winston C Wingo:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act.

General Motors has decided that a defect, which relates to motor vehicle safety, exists in certain 1997 model year Pontiac Grand Prix vehicles equipped with a 3.8L V6 naturally aspirated engine. As a result, GM is conducting a safety recall. We apologize for this inconvenience. However, we are concerned about your safety and continued satisfaction with our products.

> ## IMPORTANT
> - Your 1997 model year Pontiac Grand Prix, VIN 1G2WP52K9VF338104, is involved in safety recall 09047.
> - Schedule an appointment with your Pontiac dealer.
> - This service will be performed for you at **no charge**.

*RECALL*
*4-10-9*

**Why is your vehicle being recalled?**

An underhood fire may be caused by drops of engine oil, from seepage or spillage, being deposited on the exhaust manifold through hard braking. If the manifold is hot enough, the oil may ignite into a small flame and, in some instances, the fire may spread to the plastic spark plug wire channel and beyond. If this occurs, there could be a fire in your vehicle and nearby property.

**What will we do?**

Your Pontiac dealer will replace the spark plug wire channel with new spark plug wire retainers. This service will be performed for you at **no charge**. Because of service scheduling requirements, it is likely that your dealer will need your vehicle longer than the actual service correction time of approximately 15 minutes.

There are two very important precautions you should take before your vehicle is serviced:

- We strongly recommend you not park your vehicle in a garage, car port, or other structure.

- If you notice a burning odor, you should have your GM dealer inspect your vehicle immediately. The dealer will inspect your vehicle without charge.



P.O. Box 33172 · Detroit, MI 48232-5172

**RELEASE OF PROPERTY DAMAGE CLAIM**

File No: 8213-259-656880        Claims Administrator: Nia Cooper

**KNOW ALL MEN BY THESE PRESENTS:**

That the Undersigned, Winston Wingo being of lawful age, for the sole consideration of one thousand one hundred eighty dollars ($1,180.00) to the undersigned in hand paid, receipt whereof is hereby acknowledged, do/does hereby and for my/our/its heirs, executors, administrators, successors and assigns release, acquit and forever discharge **General Motors Corporation, ESIS Corp. and all GM dealerships,** and his, her, their, or its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, causes of action, demands, rights, damages, costs, loss of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of any and all known and unknown, foreseen and unforeseen property damage and the consequences thereof resulting or to result from the accident, or event which occurred on or about 06/30/2008 at or near Detroit, MI.

It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releasees deny liability therefore and intend merely to avoid litigation and buy their peace.

The parties intend for this Agreement to be interpreted and effectuated so as to give GM the maximum protection allowed by law from claims, including contribution and indemnification claims, which relate to the subject matter. In accordance with the applicable law, this Agreement shall discharge GM (and its employee) and the Released Parties from all liability for contribution to any other tortfeasor. In addition, claimant(s) agrees to indemnify and hold the Released Parties harmless against any future or further exposure or payment with reference to the matters set forth in this Agreement, including, but not limited to, any litigation or claim, however presented, which may hereafter be instituted, presented or effected by or on behalf of claimant(s); or any relation, former spouse, friend, heir and/or beneficiary of claimant(s); or by any person seeking contribution, subrogation or indemnification in connection with the payment being made. It is understood that the intent of this Agreement is that claimant(s) will protect and hold the Released Parties harmless from any future or further payments or exposure with regard to the matters addressed in this Agreement.

The undersigned further declare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not mere recital.

It is further understood that this settlement is a confidential settlement, the terms of which will not be disclosed to any third person except as required by law.

**ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.**

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

Signed, sealed and delivered this _____ day of _____, 20_____.

**CAUTION: READ BEFORE SIGNING**

_____    X_____ LS
            Witness                              Winston Wingo
_____    X_____ LS
            Witness

STATE OF _____ }
                                }-SS
COUNTY OF _____ }

On the _____ day of _____, 20____, before me personally appeared _____ to me known to be the person(s) named herein and who executed the foregoing Release and Select One acknowledged to me that Select One voluntarily executed the same.

My term expires _____, 20___.    _____
                                                        Notary Public

# APPLICATION FOR MICHIGAN TITLE STATEMENT OF VEHICLE SALE

DEPARTMENT OF STATE

Purchase Date: 09/16/2003
Delivery Date: 091603
DEAL # 22234
Invoice/Stock No. 7647
CUST# 27019
60927

Dealer: **OAKLAND DODGE, Inc.**
DIV. OF McINERNEY INC.
Address: 101 W. 14 Mile Rd.
City: MADISON HEIGHTS
County: OAKLAND
State: MICHIGAN
Zip Code: 48071
Dealer License: A-006595
Sales Tax License: B38-1679669
Phone Number: (248) 585-8800

Vehicle Sold: Used [XX]
Trade-In: No [XX]

Expires on: Month 11, Day 15, Year 2004, Months 15
[XX] NEW PLATE

Year: 1997
Make: PONTIAC
Body Style: 4 DOOR
Code: 1
County: 82
Vehicle No.: 1G2WP52K9VF338104
Fee Category/Weight: 19
License Fee: 94.00
Driver License No./PIDs: 1) W-520-889-115-876
Title: 12.00
County of Residence: WAYNE
Title Late Fee: N/A

Complete Names and Addresses of All Owners or Lessors:
WINSTON C WINGO
16863 TRACEY ST
DETROIT MI 48235

Tax: 459.60
Transfer Fee: N/A
Total Trans. to #4: 565.60

Insurance Company: LIBERTY MUTUAL IN CO
Policy No. or Binder No.: A02-248-660643-002-8
Filing Date: 09/16/2003

Temp. Expiration Date: 10-01-03

VEHICLE USE AND HISTORY DISCLOSURE:
[ ] A POLICE VEHICLE
[ ] A GOVERNMENT VEHICLE
[ ] TAXI
[ ] VEHICLE HAS BEEN FLOOD-DAMAGED
[ ] A SALVAGE TITLE HAS PREVIOUSLY BEEN ISSUED

ODOMETER MILEAGE: NO TENTHS
[XX] actual mileage

Factory Installed Accessories: DOC FEE

| | |
|---|---|
| 1. PURCHASE PRICE OF VEHICLE | 7500.00 |
| 2. OTHER TAXABLE CHARGES | 150.00 |
| 3. TOTAL TAXABLE PRICE | 7650.00 |
| 4. SALES TAX - LICENSE - TITLE | 565.60 |
| 5. NON-TAXABLE CHARGES | N/A |
| 6. TOTAL DELIVERED PRICE | 8225.60 |
| 7. CASH ON DEPOSIT | 240.00 |
| 8. CASH DUE ON DELIVERY | 7985.60 |
| 9. TRADE-IN | N/A |
| 10. LESS LIEN | N/A |
| 11. TOTAL DOWN PAYMENT | 8225.60 |
| 12. UNPAID BALANCE TO BE FINANCED | N/A |
| 13. INSURANCE CHARGE | N/A |
| 14. TOTAL AMOUNT OF FINANCE CONTRACT | N/A |

REMARKS: Unless A Separate Written Document Showing The Terms Of Any Dealer Warranty Or Service Contract Is Furnished By The Dealer, OAKLAND DODGE, Inc. To The Purchaser. The Seller, OAKLAND DODGE Inc., Hereby Expressly Disclaims All Warranties, Either Express Or Implied Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of The Vehicle. This Disclaimer By The Seller In No Way Affects The Terms Of The Manufacturer's Warranty.

Dealer's Signature: [signed] AGENT
Temporary Registration No.: B8168952
Salesperson: GARY BEATTIE

Date: 09/16/03
Purchaser's Signature: Winston C Wingo

Authority granted by P.A. 300 of 1949, as amended.
RD-108 (12/02)

**Hill Auto Electric Inc**
**25153 W 7 Mile Rd.**
**Redford Mi. 48240**
**313-541-0499**

| | |
|---|---|
| Customer: Winston Wingo | Service Writer: Jon Heady M101400 |
| Address: | Service Tech: Todd Hamilton M180963 |
| City, State: | |
| Day Phone: | VID: |
| Night Phone: | Mileage: 97 Pont Grand Prix |
| Fax: | |

**Estimate Ref:** 1345
**Date:** May 19, 2009
**Time:** 03:45 PM

**Vehicle:** 1997 Pontiac Grand Prix V6-3.8L VIN K

| Description | Part #/Labor Rate | Qty | Price/Time | Extended |
|---|---|---|---|---|
| Engine Mount | | | | |
|   Mount | 10448574 | 1 | 124.67 | 124.67 |
|   Strut | 10230877 | 2 | 68.04 | 136.08 |
|   Replace | | | | |
|     Front Mount (B) | Labor 65.00 / hr | 1 | 2.70 | 175.50 |
|     Strut Mount (B) | Labor 65.00 / hr | 1 | 0.30 | 19.50 |
|     Rear Mount (B) | Labor 65.00 / hr | 1 | 0.80 | 52.00 |
| Drive Belt | | | | |
|   Serpentine Belt | | | | |
|     2372 mm | 24506984 | 1 | 72.00 | 72.00 |
|   **Contact Dealer for most current part and price information.** Order By Description. | | | | |
|   Replace | | | | |
|     Serpentine Belt (C) | Labor 65.00 / hr | 1 | 0.40 | 26.00 |
|     Includes: Adjust. | | | | |
| Valve Cover | | | | |
|   Right | 25532625 | 1 | 83.11 | 83.11 |
|   Left | 25534753 | 1 | 83.94 | 83.94 |
| Ignition Cable | | | | |
|   Cable Set | | | | |
|     SFI | 12192421 | 1 | 68.94 | 68.94 |
|   **Contact Dealer for most current part and price information.** | | | | |
|   Replace | | | | |
|     Cable Set | | | | |
|       One (B) | Labor 65.00 / hr | 1 | 0.40 | 26.00 |
|       Each Additional (B) | Labor 65.00 / hr | 5 | 0.20 | 65.00 |
| Intake Manifold | | | | |
|   Intake Manifold | | | | |
|     Lower | 24508923 | 1 | 363.95 | 363.95 |
|     Upper | 17113136 | 1 | 38.85 | 38.85 |
| Intake Manifold Gasket | | | | |
|   Manifold Gasket | | | | |
|     Upper | 89017554 | 1 | 39.40 | 39.40 |
|     Lower | 89017816 | 1 | 71.48 | 71.48 |
|   Replace | | | | |
|     Manifold Gasket | | | | |
|       Lower (B) | Labor 65.00 / hr | 1 | 4.60 | 299.00 |
|       Note | | | | |
|         To R&R Lower Manifold, Add (B) | Labor 65.00 / hr | 1 | 0.20 | 13.00 |
|         To R&R Upper Manifold, Add (B) | Labor 65.00 / hr | 1 | 0.10 | 6.50 |
| Coolant Reservoir | | | | |
|   Replace | | | | |
|     Expansion Tank (C) | Labor 65.00 / hr | 1 | 0.60 | 39.00 |

| Description | Part # | Qty | Price | Total |
|---|---|---|---|---|
| High Pressure Safety Valve HVAC | | | | |
|   Pressure Relief Valve | 2724982 | 1 | 52.92 | 52.92 |
|   Replace | | | | |
|     Pressure Relief Valve (B) | Labor 65.00 / hr | 1 | 0.50 | 32.50 |
|       Does Not Include: Refrigerant Recovery Or Evacuate & Recharge AC System. | | | | |
| Hose/Line HVAC | | | | |
|   Accumulator Tube | 10406565 | 1 | 55.18 | 55.18 |
|     **Contact Dealer for most current part and price information.** | | | | |
|   Compressor Hose | 10348118 | 1 | 115.92 | 115.92 |
|     **Contact Dealer for most current part and price information.** | | | | |
|   Replace | | | | |
|     Condenser to Evaporator (B) | Labor 65.00 / hr | 1 | 1.80 | 117.00 |
|       Does Not Include: Refrigerant Recovery Or Evacuate & Recharge AC System. | | | | |
|     Evaporator to Accumulator (B) | Labor 65.00 / hr | 1 | 0.70 | 45.50 |
|       Does Not Include: Refrigerant Recovery Or Evacuate & Recharge AC System. | | | | |
|     Evaporator to Condenser (B) | Labor 65.00 / hr | 1 | 1.40 | 91.00 |
|       Does Not Include: Refrigerant Recovery Or Evacuate & Recharge AC System. | | | | |
| Refrigerant Pressure Sensor / Switch | | | | |
|   Pressure Sensor | 22664328 | 1 | 71.79 | 71.79 |
|     **Contact Dealer for most current part and price information.** | | | | |
|   Replace | | | | |
|     Cut-Off Switch | | | | |
|       Each (B) | Labor 65.00 / hr | 1 | 0.60 | 39.00 |
|         Does Not Include: Refrigerant Recovery Or Evacuate & Recharge AC System. | | | | |
| Compressor Clutch Relay | | | | |
|   Compressor Relay | 19115080 | 1 | 16.80 | 16.80 |
|   Replace (B) | Labor 65.00 / hr | 1 | 0.30 | 19.50 |
| Ambient Temperature Sensor / Switch HVAC | | | | |
|   Ambient Temp Sensor | 10248414 | 1 | 12.12 | 12.12 |
|   Replace (B) | Labor 65.00 / hr | 1 | 0.60 | 39.00 |
| Cruise Control Module | | | | |
|   Module | 25344189 | 1 | 659.64 | 659.64 |
|   Replace (B) | Labor 65.00 / hr | 1 | 0.50 | 32.50 |
| Cruise Control Servo | | | | |
|   Replace (B) | Labor 65.00 / hr | 1 | 0.70 | 45.50 |
| Cruise Control Servo Cable | | | | |
|   Cable | 12564826 | 1 | 61.18 | 61.18 |
|   Replace (B) | Labor 65.00 / hr | 1 | 0.60 | 39.00 |
| Cruise Control Vacuum Hose | | | | |
|   Replace (B) | Labor 65.00 / hr | 1 | 0.50 | 32.50 |
| Wiper Motor | | | | |
|   Parts Information | 88958395 | 1 | 394.31 | 394.31 |
|     **Contact Dealer for most current part and price information.** | | | | |
|   Replace (B) | Labor 65.00 / hr | 1 | 1.50 | 97.50 |
|   Note | | | | |
|     With Intermittent Wiper, Add (B) | Labor 65.00 / hr | 1 | 0.20 | 13.00 |

**Labor Total**              4979.00
**Parts Total**              13835.97

**Sub-Total**              18814.97

**Parts Tax**    6.0%        830.20

**Total**              $ 19645.17

# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|---|
| 1997 | PONTIAC | GRAND PRIX | 1G2WP52K9VF338104 |

| BODY STYLE | WEIGHT/FEE CATEGORY | ODOMETER | ISSUE DATE | TITLE NUMBER |
|---|---|---|---|---|
| FOUR DOOR | 19 | 070127 *ACTUAL MILEAGE* | 09/19/2003 | 172P2610594 T |

OWNER(S) NAME AND ADDRESS

WINSTON CHURCHILL WINGO
16863 TRACEY ST
DETROIT MI 48235

NO SECURED INTEREST ON RECORD

### Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

**Completed by Seller**

I warrant that the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

Printed Name of Purchaser(s): Holbrook Auto Parts (SALVAGE)
Date of Sale: 5-21-9
Selling Price: $50.00
Purchaser's Street Address: 313-868-2024 71 W McNichols
City: Highland Park
State: MI
Zip:

I (we) certify that the odometer reading is: [ ][ ][ ][ ][ ][ ].[X] and that to the best of my knowledge the odometer mileage is: (No Tenths)

☐ actual mileage ☐ not actual mileage - WARNING ODOMETER DISCREPANCY ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Sellers(s): X Winston C. Wingo
Printed Name of Seller(s): Winston C. Wingo
Seller's Street Address: 16863 Tracey
City: Det
State: MI
Zip: 48235

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

**Completed by Buyer**

"I am aware of the above odometer certification made by the seller(s)"

Signature of Purchaser(s): X
Printed Name of Purchaser(s):

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.

Secured Party:
Address:

The State of Michigan, Michigan Department of State certifies that this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

MAILING ADDRESS

WINSTON CHURCHILL WINGO
16863 TRACEY ST
DETROIT MI 48235

G48559544

**NOTICE TO SELLERS**
Sellers should keep a receipt or photocopy of the reassigned title for their records.



DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS



