UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                           ) ss
COUNTY OF NASSAU    )

I, Barbara Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on FBO Patricia Jarusinski, 102 Greenock Court, 2169 Seven Lakes South, West End, NC 27376:

- Supplemental Order Granting Debtors' 148th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 10783].

Dated: September 7, 2011                    /s/ Barbara Keane
       Lake Success, New York                   Barbara Keane

Sworn to before me this 7th day of September, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015