UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.,*              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,    :
                                                   :
        Debtors.                         :    (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NASSAU         )

I, Barbara Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On September 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Carroll R. Waters, 6082 Trinette Ave., Garden Grove, California 92845-2743:

- Supplemental Order Granting Debtors' 154th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 10786].

Dated: September 7, 2011　　　　　　　　　/s/ Barbara Keane
　　　　　Lake Success, New York　　　　　　Barbara Keane

Sworn to before me this 7th day of September, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015