**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                          ) ss
COUNTY OF NASSAU         )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Hugo J. Anderson, 533 Lincoln Rd, Otsego, Michigan 49078-1006:

- Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) [Docket No. 10787].

Dated:  September 9, 2011                          /s/ Barbara Kelley Keane
           Lake Success, New York                   Barbara Kelley Keane

Sworn to before me this 9th day of September, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015