**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* : | Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.,* : | |
| : | |
|         Debtors. : | (Jointly Administered) |
| : | |

----------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                           ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties as set forth on the service list annexed hereto as Exhibit A (affected parties):

- Supplemental Order Granting Debtors' 176th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 10789].

| | |
|---|---|
| Dated:  September 9, 2011 | /s/ Barbara Kelley Keane |
|             Lake Success, New York | Barbara Kelley Keane |

Sworn to before me this 9th day of September, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

| | |
|---|---|
| KENDZIORSKI, MELVIN J<br>2605 BROWNING DR<br>LAKE ORION, MI 48360-1817 | KNOTH RICHARD A<br>2559 BROWNING DR<br>LAKE ORION, MI 48360-1815 |