UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
|    f/k/a General Motors Corp., *et al.*, | : |
| | : |
|                        Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                             ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On September 6, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties as set forth on the service list annexed hereto as Exhibit A:

- Supplemental Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) [Docket No. 10792].

Dated:  September 9, 2011                                /s/ Barbara Kelley Keane
            Lake Success, New York                    Barbara Kelley Keane

Sworn to before me this 9th day of September, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

LARRY S MASSEY
426 STEVENS AVE
GREENWOOD, SC 29646

RYAN D'AMOUR
12280 W INDIAN SCHOOL RD
LITCHFIELD PARK, AZ 85340-6526

STELLA V MALLES
21 WILSON AVE
RUTHERFORD, NJ 07070