## Summary of Recommended Reductions
### BAKER & McKENZIE LLP
*In re Motors Liquidation Co., et al.* :  Review of Final Fee Application

| | |
|---|---:|
| **Total Fees & Expenses Requested (Final Fee Period)** | **$1,305,074.50** |
| Total Fees Requested | $1,280,837.78 |
| Total Expenses Requested | $24,236.72 |
| **Total Fees & Expenses Requested (Interim Period)** | **$109,564.10** |
| Total Fees Billed | $107,283.05 |
| Total Expenses Billed | $2,281.05 |
| **Analysis of Interim Period** | |
| **Fee Category** | **Recommended Disallowance** |
| Exhibit A:  Vague Entries | $378.08 |
| Exhibit B:  Block Billing | $269.92 |
| Exhibit C:  Duplicate Billing | $11,163.00 |
| Exhibit D:  Fee Inquiry Time | $9,542.75 |
| Billing and Retention Matters | $17,500.00 |
| Billing and Retention Related Activities | $14,507.33 |
| Failure to Comply with Local Rule | $1,000.00 |
| **Expense Category** | |
| Exhibit E:  Excessive Request | $169.68 |
| **Fees and Expenses Total Recommended Disallowance:** | **$54,530.76** |

**Exhibit A: Vague Entries**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| 1 | 10/23/09 | Frey, Joy | $295.00 | 3.3 | $973.50 | Review materials for interim fee application. |
| 2 | 11/06/09 | Frey, Joy | $295.00 | 1.4 | $413.00 | Discuss interim fee application with A. McDermott (.3); review materials for same (1.4); compose same (1.6). |
| 3 | 11/09/09 | Heroy, David | $850.00 | 0.2 | $170.00 | Emails re draft. |
| 4 | 11/24/09 | Heroy, David | $850.00 | 0.3 | $255.00 | Review statement. |
| 5 | 06/03/10 | McDade, Kellie-Ann | $340.00 | 0.4 | $136.00 | (Kundevski): Review email from N. Kalanoski regarding directions hearing and strike out application; discuss issues with B. Binns. |
| 6 | 06/04/10 | McDade, Kellie-Ann | $340.00 | 0.3 | $102.00 | Telephone attendance with J. Tracey regarding application and directions hearing; discuss issues with B. Binns. |
| 7 | 08/31/10 | Frey, Joy | $300.00 | 0.70 | $210.00 | Review correspondence re proof of claim (.2); conference with A. McDermott re same (.1); research unsecured creditors' claims under the GM plan per A. McDermott's instructions (.3); conference with A. McDermott re same (.1). |
| 8 | 08/31/10 | Heroy, David | $870.00 | 0.30 | $261.00 | Emails re waive request. |
| | | | | **Total:** | **$2,520.50** | |
| | | | | **Reduction: [15%]** | **$378.08** | |

**Exhibit B: Block Billing**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| 1 | 10/25/2009 | Frey, Joy | $295.00 | 4.1 | $1,209.50 | Review GM materials to prepare interim fee application; retrieve relevant documents from case docket re same. |
| 2 | 10/26/2009 | Frey, Joy | $295.00 | 2 | $590.00 | Find and review local bankruptcy court rules of Southern District of New York for interim fee application. |

| | | |
|---|---|---|
| | Total: | $1,799.50 |
| | Reduction: [15%] | $269.93 |

### Exhibit C: Duplicate Billing
### BAKER & McKENZIE LLP
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/17/10 | 01/08/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Review notice re fee examiner budgets; correspond with R. Brooks (K&E) re same. | $0.00 |
| 2 | 03/12/10 | 01/08/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Review notice re fee examiner budgets; correspond with R. Brooks (K&E) re same. | $42.50 |
| 3 | 04/12/10 | 01/08/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Review notice re fee examiner budgets; correspond with R. Brooks (K&E) re same. | $42.50 |
| 4 | 02/17/10 | 01/20/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Correspond with Washington Office re monthly fee statement (.1); correspond with fee auditor re February monthly budget (.1). | $0.00 |
| 5 | 03/12/10 | 01/20/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Correspond with Washington Office re monthly fee statement (.1); correspond with fee auditor re February monthly budget (.1). | $85.00 |
| 6 | 04/12/10 | 01/20/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Correspond with Washington Office re monthly fee statement (.1); correspond with fee auditor re February monthly budget (.1). | $85.00 |
| 7 | 02/17/10 | 01/28/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Correspond with A. Poke re monthly statement. | $0.00 |
| 8 | 03/12/10 | 01/28/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Correspond with A. Poke re monthly statement. | $42.50 |
| 9 | 04/12/10 | 01/28/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Correspond with A. Poke re monthly statement. | $42.50 |
| 10 | 02/17/10 | 12/29/09 | Poke, Ashley | $620.00 | 1.3 | $806.00 | Reviewing draft bills for GM Project Two; liaison with Andrew McCormack on outstanding GM billing issues; liaison and coordination with B&M finance on GM billing issues. | $806.00 |

**Exhibit C: Duplicate Billing**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 11 | 03/12/10 | 12/29/09 | Poke, Ashley | $620.00 | 1.3 | $806.00 | Reviewing draft bills for GM Project Two; liaison with Andrew McCormack on outstanding GM billing issues; liaison and coordination with B&M finance on GM billing issues. | $806.00 |
| 12 | 04/12/10 | 12/29/09 | Poke, Ashley | $558.00 | 1.3 | $725.40 | Reviewing draft bills for GM Project Two; liaison with Andrew McCormack on outstanding GM billing issues; liaison and coordination with B&M finance on GM billing issues. | $0.00 |
| 13 | 02/17/10 | 01/06/10 | Sharma, Shamil | $495.00 | 2.2 | $1,089.00 | Amending bills and reviewing bills for Project Two. | $1,089.00 |
| 14 | 03/12/10 | 01/06/10 | Sharma, Shamil | $495.00 | 2.2 | $1,089.00 | Amending bills and reviewing bills for Project Two. | $1,089.00 |
| 15 | 04/12/10 | 01/06/10 | Sharma, Shamil | $454.50 | 2.2 | $999.90 | Amending bills and reviewing bills for Project Two. | $0.00 |
| 16 | 02/17/10 | 01/29/10 | Sharma, Shamil | $495.00 | 1.4 | $693.00 | Attending to amendments to GM Project Two bills and attending to bill finalization. | $693.00 |
| 17 | 03/12/10 | 01/29/10 | Sharma, Shamil | $495.00 | 1.4 | $693.00 | Attending to amendments to GM Project Two bills and attending to bill finalization. | $693.00 |
| 18 | 04/12/10 | 01/29/10 | Sharma, Shamil | $454.50 | 1.4 | $636.30 | Attending to amendments to GM Project Two bills and attending to bill finalization. | $0.00 |
| 19 | 03/12/10 | 02/01/10 | Frey, Joy | $295.00 | 3.1 | $914.50 | Review invoice and prepare Monthly Statement (.9); conference and correspond with A. McDermott re same (.4); review Project Two invoices from Australian office and prepare amended Statement (1.8). | $0.00 |

## Exhibit C: Duplicate Billing
## BAKER & McKENZIE LLP
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 20 | 04/12/10 | 02/01/10 | Frey, Joy | $295.00 | 3.1 | $914.50 | Review invoice and prepare Monthly Statement (.9); conference and correspond with A. McDermott re same (.4); review Project Two invoices from Australian office and prepare amended Statement (1.8). | $914.50 |
| 21 | 03/12/10 | 02/02/10 | Frey, Joy | $295.00 | 0.4 | $118.00 | Conference with A. McDermott re updates to court docket (.2); review docket re same (.2). | $0.00 |
| 22 | 04/12/10 | 02/02/10 | Frey, Joy | $295.00 | 0.4 | $118.00 | Conference with A. McDermott re updates to court docket (.2); review docket re same (.2). | $118.00 |
| 23 | 03/12/10 | 02/16/10 | Frey, Joy | $295.00 | 0.5 | $147.50 | Conference with A. McDermott re interim fee application (.1); review Interim Compensation Order re same (.2); correspond with A. McDermott re November Monthly Statement invoices (.2). | $0.00 |
| 24 | 04/12/10 | 02/16/10 | Frey, Joy | $295.00 | 0.5 | $147.50 | Conference with A. McDermott re interim fee application (.1); review Interim Compensation Order re same (.2); correspond with A. McDermott re November Monthly Statement invoices (.2). | $147.50 |
| 25 | 03/12/10 | 02/19/10 | Frey, Joy | $295.00 | 0.2 | $59.00 | Conference with E. Ostrow re interim fee application. | $0.00 |
| 26 | 04/12/10 | 02/19/10 | Frey, Joy | $295.00 | 0.2 | $59.00 | Conference with E. Ostrow re interim fee application. | $59.00 |
| 27 | 03/12/10 | 02/01/10 | McDermott, Andrew | $425.00 | 0.4 | $170.00 | Conference and correspond with J. Frey, A. Poke re invoices for monthly statement. | $0.00 |
| 28 | 04/12/10 | 02/01/10 | McDermott, Andrew | $425.00 | 0.4 | $170.00 | Conference and correspond with J. Frey, A. Poke re invoices for monthly statement. | $170.00 |

**Exhibit C: Duplicate Billing**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 29 | 03/12/10 | 02/02/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Conference with J. Frey re fee examiner report. | $0.00 |
| 30 | 04/12/10 | 02/02/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Conference with J. Frey re fee examiner report. | $42.50 |
| 31 | 03/12/10 | 02/09/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Correspond with R. Brooks at Weil re continuance of fee application hearing; follow-up correspondence with global partners. | $0.00 |
| 32 | 04/12/10 | 02/09/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Correspond with R. Brooks at Weil re continuance of fee application hearing; follow-up correspondence with global partners. | $85.00 |
| 33 | 03/12/10 | 02/16/10 | McDermott, Andrew | $425.00 | 0.4 | $170.00 | Correspond with C. Basler re monthly statement review question; conference and correspond with J. Frey re interim fee application. | $0.00 |
| 34 | 04/12/10 | 02/16/10 | McDermott, Andrew | $425.00 | 0.4 | $170.00 | Correspond with C. Basler re monthly statement review question; conference and correspond with J. Frey re interim fee application. | $170.00 |
| 35 | 03/12/10 | 02/17/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Correspond re invoices for monthly statement. | $0.00 |
| 36 | 04/12/10 | 02/17/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Correspond re invoices for monthly statement. | $42.50 |
| 37 | 03/12/10 | 02/18/10 | McDermott, Andrew | $425.00 | 0.3 | $127.50 | Correspond with C. Basler, A. Poke, GM contacts re invoices in monthly statement. | $0.00 |
| 38 | 04/12/10 | 02/18/10 | McDermott, Andrew | $425.00 | 0.3 | $127.50 | Correspond with C. Basler, A. Poke, GM contacts re invoices in monthly statement. | $127.50 |
| 39 | 03/12/10 | 02/22/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Telephone conference and correspond with L. Labio at GM re billing of Asia/Pacific work. | $0.00 |

**Exhibit C: Duplicate Billing**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 40 | 04/12/10 | 02/22/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Telephone conference and correspond with L. Labio at GM re billing of Asia/Pacific work. | $85.00 |
| 41 | 03/12/10 | 02/10/10 | Sharma, Shamil | $485.00 | 0.9 | $436.50 | Reviewing bills for GM. | $436.50 |
| 42 | 04/12/10 | 02/10/10 | Sharma, Shamil | $454.50 | 0.9 | $409.05 | Reviewing bills for GM. | $0.00 |
| 43 | 09/13/10 | 08/03/10 | Frey, Joy | $300.00 | 0.9 | $270.00 | Conference with A. McDermott re research for discussion with fee examiner (.2); review Godfrey and Kahn document re court's July 6, 2010 ruling (.4); review docket re same (.3). | $0.00 |
| 44 | 10/13/10 | 08/03/10 | Frey, Joy | $300.00 | 0.9 | $270.00 | Conference with A. McDermott re research for discussion with fee examiner (.2); review Godfrey and Kahn document re court's July 6, 2010 ruling (.4); review docket re same (.3). | $270.00 |
| 45 | 09/13/10 | 08/05/10 | Frey, Joy | $300.00 | 1.2 | $360.00 | Review fee and retention matters per A. McDermott's instructions in view of Judge's order. | $0.00 |
| 46 | 10/13/10 | 08/05/10 | Frey, Joy | $300.00 | 1.2 | $360.00 | Review fee and retention matters per A. McDermott's instructions in view of Judge's order. | $360.00 |
| 47 | 09/13/10 | 08/26/10 | Frey, Joy | $300.00 | 0.9 | $270.00 | Review invoice for Monthly Statement (.1); prepare Monthly Statement (.4); prepare Notice letters (.4). | $0.00 |
| 48 | 10/13/10 | 08/26/10 | Frey, Joy | $300.00 | 0.9 | $270.00 | Review invoice for Monthly Statement (.1); prepare Monthly Statement (.4); prepare Notice letters (.4). | $270.00 |

**Exhibit C: Duplicate Billing**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 49 | 09/13/10 | 08/31/10 | Frey, Joy | $300.00 | 0.7 | $210.00 | Review correspondence re proof of claim (.2); conference with A. McDermott re same (.1); research unsecured creditors' claims under the GM plan per A. McDermott's instructions (.3); conference with A. McDermott re same (.1). | $0.00 |
| 50 | 10/13/10 | 08/31/10 | Frey, Joy | $300.00 | 0.7 | $210.00 | Review correspondence re proof of claim (.2); conference with A. McDermott re same (.1); research unsecured creditors' claims under the GM plan per A. McDermott's instructions (.3); conference with A. McDermott re same (.1). | $210.00 |
| 51 | 09/13/10 | 08/02/10 | Heroy, David | $870.00 | 0.5 | $435.00 | Review letter. | $0.00 |
| 52 | 10/13/10 | 08/02/10 | Heroy, David | $870.00 | 0.5 | $435.00 | Review letter. | $435.00 |
| 53 | 09/13/10 | 08/05/10 | Heroy, David | $870.00 | 0.9 | $783.00 | Conference with A. McDermott re issues, strategy (.4); review terms of letter with earlier memo (.5). | $0.00 |
| 54 | 10/13/10 | 08/05/10 | Heroy, David | $870.00 | 0.9 | $783.00 | Conference with A. McDermott re issues, strategy (.4); review terms of letter with earlier memo (.5). | $783.00 |
| 55 | 09/13/10 | 08/31/10 | Heroy, David | $870.00 | 0.3 | $261.00 | Emails re waive request. | $0.00 |
| 56 | 10/13/10 | 08/31/10 | Heroy, David | $870.00 | 0.3 | $261.00 | Emails re waive request. | $261.00 |
| 57 | 09/13/10 | 08/02/10 | McDermott, Andrew | $440.00 | 0.3 | $132.00 | Telephone conferences and correspond with Washington Office re fee order (.1); correspond with C. Basler re same (.1). | $0.00 |
| 58 | 10/13/10 | 08/02/10 | McDermott, Andrew | $440.00 | 0.3 | $132.00 | Telephone conferences and correspond with Washington Office re fee order (.1); correspond with C. Basler re same (.1). | $132.00 |
| 59 | 09/13/10 | 08/03/10 | McDermott, Andrew | $440.00 | 0.5 | $220.00 | Review Heroy comments to examiner letter; conference with J. Frey re same, analysis of retention fees outstanding for final fee application. | $0.00 |

### Exhibit C: Duplicate Billing
### BAKER & McKENZIE LLP
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Invoice Date | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|---|
| 60 | 10/13/10 | 08/03/10 | McDermott, Andrew | $440.00 | 0.5 | $220.00 | Review Heroy comments to examiner letter; conference with J. Frey re same, analysis of retention fees outstanding for final fee application. | $220.00 |
| 61 | 09/13/10 | 08/05/10 | McDermott, Andrew | $440.00 | 0.4 | $176.00 | Conference with D. Heroy re adjourned portion of fee objection, Court ruling. | $0.00 |
| 62 | 10/13/10 | 08/05/10 | McDermott, Andrew | $440.00 | 0.4 | $176.00 | Conference with D. Heroy re adjourned portion of fee objection, Court ruling. | $176.00 |
| 63 | 09/13/10 | 08/11/10 | McDermott, Andrew | $440.00 | 0.1 | $44.00 | Correspond re July monthly statement. | $0.00 |
| 64 | 10/13/10 | 08/11/10 | McDermott, Andrew | $440.00 | 0.1 | $44.00 | Correspond re July monthly statement. | $44.00 |
| 65 | 09/13/10 | 08/20/10 | McDermott, Andrew | $440.00 | 0.1 | $44.00 | Correspond with Washington Office re most recent interim order. | $0.00 |
| 66 | 10/13/10 | 08/20/10 | McDermott, Andrew | $440.00 | 0.1 | $44.00 | Correspond with Washington Office re most recent interim order. | $44.00 |
| 67 | 09/13/10 | 08/30/10 | McDermott, Andrew | $440.00 | 0.1 | $44.00 | Correspond with C. Basler re interim order. | $0.00 |
| 68 | 10/13/10 | 08/30/10 | McDermott, Andrew | $440.00 | 0.1 | $44.00 | Correspond with C. Basler re interim order. | $44.00 |
|  |  |  |  |  |  |  | **Total Reduction:** | **$11,163.00** |

**Exhibit D: Fee Inquiry Time**
**BAKER & McKENZIE LLP**

*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| 1 | 02/02/10 | McDermott, Andrew | $425.00 | 0.1 | $42.50 | Conference with J. Frey re fee examiner report. |
| 2 | 04/01/10 | Heroy, David | $850.00 | 0.4 | $340.00 | Review fee examiners (.4). |
| 3 | 04/05/10 | Heroy, David | $850.00 | 0.8 | $680.00 | Review letter (.4), phone G & K (.1), conference with A. McDermott (.3), all re objection. |
| 4 | 04/15/10 | Heroy, David | $850.00 | 0.5 | $425.00 | Review fee report. |
| 5 | 04/16/10 | Heroy, David | $850.00 | 0.3 | $255.00 | Emails re examiners request. |
| 6 | 04/19/10 | Heroy, David | $850.00 | 0.2 | $170.00 | Emails A. McDermott x2. |
| 7 | 04/20/10 | Heroy, David | $850.00 | 0.7 | $595.00 | Telephone A. McDermott re fee issue, strategy (.5); <span style="color:red">follow-up on third application (.2).</span> |
| 8 | 04/05/10 | McDermott, Andrew | $425.00 | 0.5 | $212.50 | Telephone conference and follow-up correspondence with M. Santa-Maria re fee examiner review of IFA. |
| 9 | 04/08/10 | McDermott, Andrew | $425.00 | 0.2 | $85.00 | Review letter from fee examiner re first interim fee application and review interim fee application re same (1.2); conference with L. Vonckx re fee examiner letter (.2). |
| 10 | 04/12/10 | McDermott, Andrew | $425.00 | 0.4 | $170.00 | Conference with L. Vonckx re results of detailed review of invoices in response to fee examiner letter. |
| 11 | 04/15/10 | McDermott, Andrew | $425.00 | 0.5 | $212.50 | Review draft fee examiner report; corresponde with K. Stadler (Godfrey & Kahn) re same. |
| 12 | 04/16/10 | McDermott, Andrew | $425.00 | 2.1 | $892.50 | Continue review draft fee examiner report; correspond with D. Heroy re same; analyze strategy for response. |
| 13 | 04/19/10 | McDermott, Andrew | $425.00 | 1.4 | $595.00 | Analyze options re draft fee examiner report and draft email to D. Heroy re status, strategy. |
| 14 | 04/20/10 | McDermott, Andrew | $425.00 | 1.0 | $425.00 | Telephone conference with fee examiner re first interim fee application (.1); telephone conference with D. Heroy re same (.4); correspond with D. Heroy re same (.3); conference with L. Vonckx re same (.1). |
| 15 | 04/22/10 | McDermott, Andrew | $425.00 | 1.7 | $722.50 | Review draft examiner report, stipulation forwarded by fee examiner (1.2); correspond with D. Heroy re same (.2); correspond with fee examiner re adjournment of hearing re first interim fee application (.2) |

**Exhibit D: Fee Inquiry Time**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| 16 | 04/26/10 | McDermott, Andrew | $425.00 | 2.0 | $850.00 | Correspond and telephone conferences with M. Santa-Maria (Godfrey & Kahn) re stipulation of adjournment; correspond with D. Heroy re same; draft summary of status for global partners; review docket re potential objections. |
| 17 | 04/28/10 | McDermott, Andrew | $425.00 | 1.8 | $765.00 | Review supplemental fee matterrials filed by fee examiner; brief review various professional's replies in preparation for hearing; correspond with global partners re hearing. |
| 18 | 04/29/10 | McDermott, Andrew | $425.00 | 5.0 | $2,125.00 | Attend hearings re fee applications. |
| 19 | 04/08/10 | Vonckx, Lawrence | $335.00 | 1.9 | $636.50 | Meet with A. McDermott re fee examiner letter (0.2); review fee examiner letter (0.2); review fee application re compliance with fee examiner issues (1.5). |
| 20 | 04/09/10 | Vonckx, Lawrence | $335.00 | 2.8 | $938.00 | Review invoices re fee examiners concerns. |
| 21 | 04/12/10 | Vonckx, Lawrence | $335.00 | 3.9 | $1,306.50 | Review invoices re fee examiner's issues (3.6); meet with A. McDermott re same (.3). |
| 22 | 04/15/10 | Vonckx, Lawrence | $335.00 | 0.3 | $100.50 | Review fee examiner report re Baker fees. |
| 23 | 04/16/10 | Vonckx, Lawrence | $335.00 | 1.3 | $435.50 | Review fee examiner report and outline strategy re same; meet with A. McDermott re same. |
| 24 | 04/20/10 | Vonckx, Lawrence | $335.00 | 0.6 | $201.00 | Telephone conference with fee examiner counsel and A. McDermott re settlement; meet with A. McDermott re same. |
| 25 | 05/10/10 | McDermott, Andrew | $440.00 | 0.3 | $132.00 | Correspond with global partners re fee hearing. |
| 26 | 06/07/10 | Heroy, David | $870.00 | 0.9 | $783.00 | Review fee examiner's letter (.6); email/phone A. McDermott (.5). |
| 27 | 06/09/10 | Heroy, David | $870.00 | 0.4 | $348.00 | Email x2 with A. McDermott re letter. |
| 28 | 06/14/10 | Heroy, David | $870.00 | 0.4 | $348.00 | Emails re fee examiner letter. |
| 29 | 06/16/10 | Heroy, David | $870.00 | 1.4 | $1,218.00 | Go over letter from fee examiner (.6); conference with A. McDermott to devise strategy re same (.6); follow-up with A. McDermott (.2). |
| 30 | 06/17/10 | Heroy, David | $870.00 | 0.9 | $783.00 | Conference with A. McDermott re issue x2 (.4); revise document (.3); another draft (.2). |
| 31 | 06/18/10 | Heroy, David | $870.00 | 1.4 | $1,218.00 | Teleconference re fee examiner (1.2), preparation (.2). |
| 32 | 06/21/10 | Heroy, David | $870.00 | 0.7 | $609.00 | Review/finish fee letter. |

**Exhibit D: Fee Inquiry Time**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| 33 | 06/23/10 | Heroy, David | $870.00 | 0.2 | $174.00 | Review correspondence, A McDermott/GK firm re terms. |
| 34 | 06/07/10 | McDermott, Andrew | $440.00 | 1.8 | $792.00 | Review correspondence from fee examiner re fee reduction recommendations; correspond and conference with D. Heroy re same. |
| 35 | 06/08/10 | McDermott, Andrew | $440.00 | 0.2 | $88.00 | Correspond with L. Vonckx re fee examiner letter. |
| 36 | 06/09/10 | McDermott, Andrew | $440.00 | 0.5 | $220.00 | Correspond with D. Heroy re fee examiner letter. |
| 37 | 06/14/10 | McDermott, Andrew | $440.00 | 4.2 | $1,848.00 | Analyze letter from fee examiner (3.7); conference and correspond with D. Heroy re same (.3); telephone conference with K. Stadler re same (.2) |
| 38 | 06/15/10 | McDermott, Andrew | $440.00 | 4.3 | $1,892.00 | Analyze in detail draft report from fee examiner and prepare supplemental material in preparation for response (4.3). |
| 39 | 06/16/10 | McDermott, Andrew | $440.00 | 4.2 | $1,848.00 | Conferences with D. Heroy re response to fee examiner (.8); continue review of examiner analysis and collection of materials for response (2.8); correspond with counsel to fee examiner (K. Stadler) (.1); conferences and correspond with J. Frey re same (.5). |
| 40 | 06/17/10 | McDermott, Andrew | $440.00 | 1.4 | $616.00 | Conferences with D. Heroy re response to fee examiner (.5); continue review of examiner analysis and collection of materials for response (.8); correspond with counsel to fee examiner re conference (K. Stadler) (.1). |
| 41 | 06/18/10 | McDermott, Andrew | $440.00 | 3.6 | $1,584.00 | Teleconference with counsel to fee examiner (1.2), prepare for same (.5); conferences with D. Heroy re same, follow-up (.3); draft letter with materials in response to fee examiner (1.6). |
| 42 | 06/21/10 | McDermott, Andrew | $440.00 | 1.8 | $792.00 | Finalize draft letter with materials in response to fee examiner (.8); conference with D. Heroy re same (.3); telephone conference with K. Stadler re same (.2); brief review of modified report for consistency with agreement (.5). |
| 43 | 06/24/10 | McDermott, Andrew | $440.00 | 0.3 | $132.00 | Telephone conference with D. Webber re settlement with fee examiner; prepare for fee hearing. |

**Exhibit D: Fee Inquiry Time**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|
| 44 | 07/19/10 | Frey, Joy | $300.00 | 0.7 | $210.00 | Conference with A. McDermott re Court's Order and Examiner's Fee on GM docket (.3); review docket for same (.3); correspond with A. McDermott re same (.1). |
| 45 | 08/03/10 | Frey, Joy | $300.00 | 0.9 | $270.00 | Conference with A. McDermott re research for discussion with fee examiner (.2); review Godfrey and Kahn document re court's July 6, 2010 ruling (.4); review docket re same (.3). |

**Total:** $29,085.50

**Safe Harbor:** $10,000.00

**Reduction: [50%]** $9,542.75

**Exhibit E: Expenses**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Expense Category | Requested on Fee Application | Invoice | Invoiced Amounts | Excess |
|---|---|---|---|---|---|
| 1 | Outside Information Services | $97.73 | 04/08/11 | $7.60 | $90.13 |
| 2 | Telephone | $169.95 | 07/16/10 | $93.21 | $4.82 |
| 3 | | | 08/11/10 | $71.92 | |
| 4 | Courier Messenger Services | $829.13 | 11/30/09 | $47.75 | $51.28 |
| 5 | | | 12/15/09 | $39.40 | |
| 6 | | | 02/17/10 | $40.35 | |
| 7 | | | 03/12/10 | $82.50 | |
| 8 | | | 04/12/10 | $82.50 | |
| 9 | | | 06/21/10 | $85.32 | |
| 10 | | | 07/16/10 | $43.56 | |
| 11 | | | 08/11/10 | $42.76 | |
| 12 | | | 09/13/10 | $42.57 | |
| 13 | | | 10/13/10 | $84.94 | |

**Exhibit E: Expenses**
**BAKER & McKENZIE LLP**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Application

| Row No. | Expense Category | Requested on Fee Application | Invoice | Invoiced Amounts | Excess |
|---|---|---|---|---|---|
| 14 | | | 11/12/10 | $42.76 | |
| 15 | | | 12/16/10 | $42.95 | |
| 16 | | | 01/21/11 | $43.56 | |
| 17 | | | 03/09/11 | $56.93 | |
| 18 | Photocopies | $127.68 | 11/30/09 | $9.50 | -$4.55 |
| 19 | | | 12/15/09 | $53.39 | |
| 20 | | | 08/11/10 | $7.98 | |
| 21 | | | 04/12/10 | $61.36 | |
| 22 | Transportation (Local) | $28.00 | N/A | N/A | $28.00 |

| | |
|---|---|
| **Total:** | **$169.68** |
| **Reduction: [100%]** | **$169.68** |