Roger A. Geddes, Esq.
LAW OFFICES OF ROGER A. GEDDES
16211 N. Scottsdale Rd., Suite 470
Scottsdale, Arizona 85254
Telephone (602) 955-7220
Facsimile  (800) 726-5013

Attorney for Claimant Erica L. Davis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                                        :
                                                             :    **Chapter 11**
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    Case No. 09-50036 (REG)
    f/k/a General Motors Corp., *et al*.                     :
                                                             :    **(Jointly Administered)**
        Debtors.                                             :
                                                             :
-------------------------------------------------------------x

**MOTION FOR ADMISSION OF**
**ROGER A. GEDDES, ESQ., TO PRACTICE *PRO HAC VICE***

     I Roger A. Geddes, Esq., of the Law Offices of Roger A. Geddes, request admission, ***pro hac vice***, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in the above-referenced case to represent Erica L. Davis, (the "Client"), a creditor in the above-referenced case.

     **I certify that I am a member in good standing** of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court of Arizona, and there are no pending disciplinary proceedings against me in any federal or state court.

     I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

     WHEREFORE, Movant respectfully requests that the Court enter an Order substantially in the form annexed hereto, permitting Roger A. Geddes, Esq, to appear in this case *pro hac vice*.

Dated: September 9, 2011

                                                      /s/_____Roger A. Geddes_____
                                                      Roger A. Geddes, Esq.
                                                      LAW OFFICES OF ROGER A. GEDDES
                                                      16211 N. Scottsdale Rd., Suite 470
                                                      Scottsdale, Arizona 85254
                                                      Telephone (602) 955-7220
                                                      Facsimile  (800) 726-5013

Roger A. Geddes, Esq.
LAW OFFICES OF ROGER A. GEDDES
16211 N. Scottsdale Rd., Suite 470
Scottsdale, Arizona 85254
Telephone (602) 955-7220
Facsimile  (800) 726-5013

Attorney for Claimant Erica L. Davis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                                      :
                                                                                 :         **Chapter 11**
                                                                                 :
**MOTORS LIQUIDATION COMPANY,** *et al.*,     :         Case No. 09-50036 (REG)
       f/k/a General Motors Corp., *et al*.                 :
                                                                                 :         **(Jointly Administered)**
             **Debtors.**                                              :
                                                                                 :
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION OF**
**ROGER A. GEDDES, ESQ., TO PRACTICE *PRO HAC VICE***

Upon the motion of Roger A. Geddes, Esq., of the Law Offices of Roger A. Geddes, to be admitted, ***pro hac vice***, to represent Erica L. Davis, (the "Client"), a creditor in the above-referenced case, and upon the Movant's certification that the member is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court of Arizona, it is hereby

**ORDERED**, that Roger A. Geddes, Esq, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York                                        /s/_____
                                                                              UNITED STATES BANKRUPTCY JUDGE

Roger A. Geddes, Esq.
LAW OFFICES OF ROGER A. GEDDES
16211 N. Scottsdale Rd., Suite 470
Scottsdale, Arizona 85254
Telephone (602) 955-7220
Facsimile  (800) 726-5013


Attorney for Claimant Erica L. Davis


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, f/k/a General Motors Corp., *et al*. | Case No. 09-50036 (REG) |
| **Debtors.** | (Jointly Administered) |


## CERTIFICATE OF SERVICE

I, Victoria E. Ames, hereby certify that I am not a party to this action and am over 18 years of age and that on September 9, 2011, I caused to be served a true and accurate copy of the Motion for Admission of Roger A. Geddes, Esq., to Practice *Pro Hac Vice* via regular mail upon the parties listed in the attached Exhibit.

Dated: September 9, 2011

/s/     Victoria E. Ames
Victoria E. Ames

# Exhibit A

DICKSTEIN SHAPIRO LLP
Barry Seidel, Esq.
Stefanie Birbrower Greer, Esq.
1633 Broadway
New York, New York 10019-6708


WEIL, GOTSHAL AND MANGES LLP
Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Joseph Molinsky, Esq.
767 Fifth Avenue
New York, New York 10153


OFFICE OF THE U.S. TRUSTEE
Tracy Hope Davis, Esq.
Andrea B. Schwartz, Esq.
Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, New York 10004