# EXHIBIT B

03831660
APS0735431788




| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |

Name of Debtor (Check Only One):
☒ Motors Liquidation Company (f/k/a General Motors Corporation)    Case No. 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)    09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)    09-50028 (REG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 4). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):    RELCO SYSTEMS INC

Name and address where notices should be sent:

RELCO SYSTEMS INC
~~ATTN: MIKE LEATHERS~~    c/o Damon Morey LLP
~~PO BOX 88~~    200 Delaware Avenue
~~BEDFORD IN 47421-0088~~    Buffalo, NY 14202
    Attn: William F. Savino, Esq.

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: (716) 856-5500
Email Address: wsavino@damonmorey.com

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. Amount of Claim as of Date Case Filed, June 1, 2009:    $ Unknown

If all or part of your claim is secured, complete item 3 below; however, if all of your claim is unsecured, do not complete item 3. If all or part of your claim is entitled to priority, complete item 4.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: See annexed addendum
(See instruction #2 on reverse side.)

3. Secured Claim (See instruction #3 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate ____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

6. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 6 on reverse side.)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

4. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
    Amount entitled to priority:
    $_____
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 2/9/10

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*signature* Ashley Jumps, Controller Relco Systems, Inc.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

ADDENDUM TO PROOF OF CLAIM  (February 9, 2010)

IN RE: MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORPORATION
Case No. 09-50026 REG

CLAIMANT: Relco Systems, Inc.
　　　　　c/o Damon Morey LLP
　　　　　200 Delaware Avenue
　　　　　Buffalo, New York 14202
　　　　　Attn: William F. Savino, Esq.

PROPERTY DESCRIPTION: 50 North M Street
　　　　　　　　　　　Bedford, Indiana 47421

NATURE OF CLAIM:

Claimant's property is situated within close proximity to the GMPT Bedford Casting plant located at 105 GM Drive, Bedford, Indiana.  Claimant has been made aware of substantial environmental clean-up by General Motors at that location including clean-up of PCBs or other hazardous wastes, hazardous substances or other contaminants. Claimant is not currently aware whether its real estate has been contaminated or whether any PCBs or other contaminants from the General Motors' parcel have migrated to Claimant's parcel. To the extent that there has been contamination, Claimant files this proof of claim.

---

#1416405