William F. Savino, Esq.
John T. Kolaga, Esq.
Bernard Schenkler, Esq.
DAMON MOREY LLP
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York
Telephone: 716-856-5500
Facsimile: 716-856-5534

*Attorneys for Relco Systems, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re

MOTORS LIQUIDATION COMPANY,
et. al. f/k/n General Motors Corp., et al.

                            Debtors
_____

Chapter 11
Case No. 09-50026(REG)

(Jointly Adminstered)

## CERTIFICATE OF SERVICE

I, Melissa A. Brennan, hereby certify that on September 12, 2011, I electronically filed the RESPONSE TO 244TH OMNIBUS OBJECTION TO CLAIMS AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS with the Clerk of the Bankruptcy Court using its CM/ECF system.

I further certify that notice of the foregoing filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

I further certify that on September 12, 2011, I caused a copy of the foregoing to be served via United States Postal Service First Class Mail on the CM/ECF participants and non-participants on the attached service list.

Dated: September 12, 2011

                                              /s/ Melissa A. Brennan
                                              Melissa A. Brennan
                                              Legal Assistant
                                              **Damon Morey LLP**
                                              The Avant Building, Suite 1200
                                              200 Delaware Avenue
                                              Buffalo, New York 14202
#1618810                                   (716) 856-5500

| | | |
|---|---|---|
| Dickstein Shapiro, LLP<br>Attn:  Barry N. Seidel, Esq. and<br>Stefanie Birbrower Greer, Esq.<br>1633 Broadway<br>New York, NY 10019-6708 | Motors Liquidation Company<br>Attn:  Thomas Morrow<br>401 South Old Woodward Avenue<br>Suite 370<br>Birmingham, MI 48009 | General Motors, LLC<br>Attn:  Lawrence S. Buonomo, Esq.<br>400 Renaissance Center<br>Detroit, MI 48265 |
| Cadwalader, Wickersham & Taft LLP<br>Attn:  John J. Rapisardi, Esq.<br>One World Financial Center<br>New York, NY 10281 | United States Department of the Treasury<br>Attn:  Joseph Samarias, Esq.<br>1500 Pennsylvania Avenue NW, Room 2312<br>Washington, DC 20220 | Vedder Price, P.C.<br>Attn:  Michael J. Edelman, Esq. and<br>Michael L. Schein, Esq.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Kramer Levin Naftalis & Frankel LLP<br>Attn:  Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq. and Jennifer Sharret, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036 | Office of the United States Trustee<br>for the Southern District of New York<br>Attn:  Tracy Hope Davis, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | U.S. Attorney's Office, S.D.N.Y.<br>Attn:  David S. Jones, Esq. and<br>Natalie Kuehler, Esq.<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| Caplin & Drysdale, Chartered<br>Attn:  Elihu Inselbuch, Esq. and<br>Rita C. Tobin, Esq.<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Caplin & Drysdale, Chartered<br>Attn:  Trevor W. Swett, III, Esq. and<br>Kevin C. Maclay, Esq.<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005 | Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation<br>Attn:  Sander L. Esserman, Esq. and<br>Robert T. Brousseau, Esq.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201 |
| Gibson, Dunn & Crutcher LLP<br>Attn:  Keith Martorana, Esq.<br>200 Park Avenue, 47th Floor<br>New York, NY 10166 | FTI Consulting<br>Attn:  Anna Phillips<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 500<br>Atlanta, GA 30309 | Crowell & Moring LLP<br>Attn:  Michael V. Blumenthal, Esq.<br>590 Madison Avenue, 19th Floor<br>New York, NY 10022-2524 |
| Kirk P. Watson, Esq.<br>2301 Woodlawn Boulevard<br>Austin, TX 78703 | | |