# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MALLESONS STEPHEN JAQUES<br>GOVERNOR PHILLIP TOWER<br>1 FARRER PLACE<br>SIDNEY AUSTRALIA NSW AUSTRALIA 2000 |
| Claim Number (if known): | 18027 |
| Date Claim Filed: | 10/30/2009 |
| Total Amount of Claim Filed: | $70,862.21 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 24 2011

Print Name: Philippa Lundin

Title (if applicable): Administrator

---

US_ACTIVE:¥43219392¥02¥72240.0639