UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CITY OF KOKOMO
CITY ATTORNEY'S OFFICE
100 S UNION ST
KOKOMO, IN 46901 |
| Claim Number (if known): | 5465 |
| Date Claim Filed: | 10/6/2009 |
| Total Amount of Claim Filed: | $417,756.58 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/8/11

Print Name: Lawrence McCormack

Title (if applicable): Corporation Counsel

US_ACTIVE:¥43219392¥02¥72240.0639