# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HARTMAN UNDERHILL & BRUBAKER<br>221 E CHESTNUT ST<br>LANCASTER,   PA 17602 |
| Claim Number (if known): | 20595 |
| Date Claim Filed: | 11/6/2009 |
| Total Amount of Claim Filed: | $3,817.25 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:   **September 8, 2011**

Print Name: Rodger D. Troupe

Title (if applicable): **Administrator**

---

### DEFINITIONS

US_ACTIVE:\43219392\02\72240.0639