**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WITHDRAWAL OF CLAIM**

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026 ☐   MLC of Harlem, Inc., Case No. 09-13558 ☐   MLCS, LLC, Case No. 09-50027 ☐   MLCS Distribution Corporation, Case No. 09-50028 ☐   Remediation and Liability Management Company, Inc., Case No. 09-50029 ☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DUVAL MOTORCARS OF GAINESVILLE INC DBA DUVAL MOTORCARS 4000 N MAIN S GAINESVILLE,    FL 32609 |
| Claim Number (if known): | 15051 |
| Date Claim Filed: | 10/23/2009 |
| Total Amount of Claim Filed: | $8,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Sept 9 2011

Brian W Lynskey

Print Name: BRIAN  W.  LYNSKEY

Title (if applicable):



02504980<br/>
APS0657008452

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor (Check Only One)

☐ Motors Liquidation Company (f/k/a General Motors Corporation)  09-50026 (REG)<br/>
☐ MLCS, LLC (f/k/a Saturn, LLC)  09-50027 (REG)<br/>
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  09-50028 (REG)<br/>
☐ MLC of Harlem, Inc (f/k/a Chevrolet-Saturn of Harlem, Inc )  09-13558 (REG)

Your Claim is Scheduled As Follows

Name of Creditor (the person or other entity to whom the debtor owes money or property)  DUVAL MOTORCARS OF GAINESVILLE INC

Name and address where notices should be sent

DUVAL MOTORCARS OF GAINESVILLE INC<br/>
DBA DUVAL MOTORCARS<br/>
3525 NW 97TH BLVD<br/>
GAINESVILLE  FL 32606-5062

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____

☐ Check this box if you are aware that anyone else has filed a proof of claim

FILED - 15051<br/>
MOTORS LIQUIDATION COMPANY<br/>
F/K/A GENERAL MOTORS CORP<br/>
SDNY # 09-50026 (REG)

THE GARDEN CITY GROUP, INC.  OCT 23 2009

1 Amount of Claim as of Date Case Filed, June 1, 2009  $ **8,000.00**

2 Basis for Claim  **incentive money owed**

4 Secured Claim

Nature of property or right of setoff  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other

Date **10-20-09**  Signature  **Brian Lynskey**  **BRIAN LYNSKEY  DIR. OF LEGAL AFFAIRS**

Modified B10 (GCG) (12/08)