UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                        Chapter 11

MOTORS LIQUIDATION CO., et al.,                               Case No. 09-50026 (REG)

        Debtors                                              Jointly Administered

### TOWN CENTER AT COBB'S
### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Town Center at Cobb hereby withdraws with prejudice, proof of claim number 675 filed against Debtor Motors Liquidation Company.

        Respectfully submitted,

        DUNCAN & ADAIR PC

        By: _____
            George E. Duncan, Jr.
            7000 Central Parkway, Suite 220
            Atlanta, GA  30328

Dated: September ___6___, 2011    770-698-4560



RECEIVED SEP 12 2011