UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              Chapter 11

MOTORS LIQUIDATION CO., et al.,                     Case No. 09-50026 (REG)

        Debtors                                Jointly Administered

_____/

### SIMON PROPERTY GROUP'S
### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Simon Property Group hereby withdraws with prejudice, proof of claim number 17566 filed against Debtor Motors Liquidation Company.

      Respectfully submitted,

      DUNCAN & ADAIR PC

      By: _____
      George E. Duncan, Jr.
      7000 Central Parkway, Suite 220
      Atlanta, GA 30328

Dated: September 6, 2011      770-698-4560



RECEIVED
SEP 12 2011
BANKRUPTCY COURT
S.D. OF NEW YORK