UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                    :
                                                                              :    **Chapter 11**
                                                                              :
**MOTORS LIQUIDATION COMPANY**, *et al.*,  :    **Case No. 09-50036 (REG)**
     f/k/a General Motors Corp., *et al*.                 :
                                                                              :    **(Jointly Administered)**
                    Debtors.                                         :
                                                                              :
-------------------------------------------------------------x


### ORDER GRANTING ADMISSION OF
### ROGER A. GEDDES, ESQ., TO PRACTICE *PRO HAC VICE*

Upon the motion of Roger A. Geddes, Esq., of the Law Offices of Roger A. Geddes, to be admitted, ***pro hac vice***, to represent Erica L. Davis, (the "Client"), a creditor in the above-referenced case, and upon the Movant's certification that the member is a member in good standing of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court of Arizona, it is hereby

**ORDERED**, that Roger A. Geddes, Esq, is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: ***September 12, 2011***

New York, New York                                    */s/Robert E. Gerber*
                                                                     UNITED STATES BANKRUPTCY JUDGE