UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------  x
                                                           :    Case No.  09-50026 (REG)
In re                                                      :
                                                           :    (Chapter 11)
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :
f/k/a General Motors Corp., et al.,                        :
                                                           :
              Debtor.                                      :
---------------------------------------------------------  x
```

## CERTIFICATE OF SERVICE

I, Brian S. Masumoto, hereby declare, under penalty of perjury under the laws of the

United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of the:

Response of the United States Trustee Regarding Final Applications For Compensation and

Reimbursement of Expenses, to those parties on the attached Service List on September 13,

2011, by regular mail in an authorized depository upon the parties listed on the attached Service

List.


By: */s/Brian S. Masumoto*
     Brian S. Masumoto
     Trial Attorney

Service List

Godfrey & Kahn, S.C.
One East Main Street,
Suite 500
Madison, Wisconsin 53703

Weil, Gotshal & Manges, Llp
767 Fifth Avenue
New York, Ny 10153

Honigman Miller Schwartz & Cohn, Llp
2290 First National Building
660 Woodward Avenue
Detroit, Mi 48226

Jenner & Block, Llp
919 Third Avenue
37th Floor
New York, Ny 10022

Caplin & Drysdale
375 Park Avenue
New York, Ny 10152

Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, Texas 75201-2689

Dean M Trafelet
50 West Schiller
Chicago, Il 60610

Analysis Research Planning Corp.
1220 19th Street, Nw
Suite 700
Washington, Dc 20036

Bates White Llc
1300 Eye Street Nw
Suite 600
Washington, Dc 20005

Brownfield Partners, Llc
475 17th St. Suite 1330
Denver, Co 80202

Kramer Levin Naftalis &
Frankel Llp
1177 Avenue Of The Americas
New York, Ny 10036-2714

Butzel Long, Pc
380 Madison Ave
22nd Floor
New York, Ny 10017

Deloitte Tax, Llp
2 World Financial Cntr
New York Ny 10281-1414

FTI Consulting, Inc.,
630 Fifth Avenue
Suite 2600
New York, Ny 10111

Hamilton Rabinovitz & Associates, Inc.
26384 Carmel Rancho Lane
#202
Carmel, Ca 93923-8750

Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, Ca 91360

LFR Inc.
1900 Powell St
12th Floor
Emeryville, Ca 94608

Plante & Moran, Pllc
225 W. Washington Street
Suite 2700
Chicago, Il 60606

The Claro Group
70 W Madison St., Suite 4800
Chicago, Il 60602

Togut Segal & Segal Llp
One Penn Plaza
Suite 3335
New York, Ny 10119

Baker & Mckenzie
1114 Avenue Of The Americas
New York, New York 10036


Evercore Group Llc
55 East 52nd Street
New York, Ny 10055


Jones Day
222 East 41st Street
New York, New York  10017-6702

Morris, Nichols, Arsht & Tunnell Llp
1201 North Market Street
18th Floor,
P.O. Box 1347
Wilmington, Delaware 19899-1347


Stuart Maue, Ltd.
3840 Mckelvey Road
Saint Louis, Mo 63044