Dear Honorable Robert E Gerber United States Bankruptcy Judge in Room 621 of the United States Bankruptcy Court for the Southern District of New York

I'm writing you about the hearing date and response deadline on the Motors Liquidation Company Case. General Motors claims I missed the due date for Jarrate Evans claim not Jesmer Evans. Jesmer Evans did not even drive. All of the G.M Cadillacs was purchased by Jarrate Evans and the Carmakos as well through the G.M. Executive Car Cage and not the dealership lots.

There was a different due date for Executive Purchasing and that due date I filed in time. I feel like we was over charged in finaceing by G.M.A.C which is why I filed for my deceased Grand Father Jarrate Evans not Jesmer Evans his deceased wife that did not buy or drive cars (over)

THE MOTION OF IS ALLOWED AND EXPUNGED WAS ADDRESSED TO THE WIDOW AND NOT THE BUYER JARRATE EVANS

Also I have other claims file against General Motors in a product liability discrimination litigation for G.M.'s advertisements from Benefical National Bank in the United States District Court for the Northern District of Illinois Eastern Division case num. 1:98-CV-02178 & case num 1:98-CV-02550

I'm sending you a copy of some of the cars purchased from G.M.A.C Cadillacs Executive Car Cage (or) Holding Bin on Cadillac Memories Book Paper.

THANK YOU

James Evans

Mr. Charles W. Evans, Jr.
11 Cadillacs, Dayton, OH

Mr. Ed Evans
3 Cadillacs, Lake Ozark, MO

Mr. Edwin C. Evans
7 Cadillacs, Ft. Walton Bch, FL

Mr. Harold L. Evans
22 Cadillacs, Chelmsford, MA

Mr. & Mrs. J.T. Evans
1 Cadillac, Ft. Lauderdale, FL

Mr. Jarrate P. Evans
17 Cadillacs, Oak Park, MI

Jarrate Pete Evans
1 Cadillac, Oak Park West, MI

Mr. Walter B. Evans, Jr.
6 Cadillacs, Middletown, OH

Mr. Freddie Everett
6 Cadillacs, Miami, FL

H. LaVerne Everett
1 Cadillac, Kempner, TX

Mr. Thornton Everett
1 Cadillac, Longview, TX

Mr. Casimer K. Evinski
3 Cadillacs, Grand Blanc, MI

Ms. Ann H. Evridge
2 Cadillacs, Brookfield, WI

Mr. Charles R. Ewert
3 Cadillacs, Galveston, TX

Mr. Robert D. Ezell
6 Cadillacs, Brentwood, TN

## F

Kenneth L. Faber
8 Cadillacs, Mount Morris, MI

Ms. Eileen M. Faber
5 Cadillacs, Lennon, MI

Mr. Charles W. Evans, Jr.
2 Cadillacs, Napa, CA

Mr. John Fader
2 Cadillacs, Mollusk, VA

Jerald Fagelbaum
6 Cadillacs, Flushing, NY

Mr. Ben W. Fagen
2 Cadillacs, Littleton, CO

Mr. Dwaine L. Fagler
1 Cadillac, Lincoln, NE

Mr. Robert C. Fahl
9 Cadillacs, Springfield, MO

Mr. Theodore L. Fairbanks
1 Cadillac, Manchester, CT

Garould Fairhead
4 Cadillacs, Merriman, NE

Mr. Millard A. Fairley, Jr.
3 Cadillacs, Spencerport, NY

Ms. Theresa Falbo
1 Cadillac, Hillside, NJ

Mr. Stephen Falcione
1 Cadillac, Longford Mills, ON

Bernard N. Falkowski
4 Cadillacs, West Seneca, NY

Mrs. Helen N. Faller
1 Cadillac, Erie, PA

Gregory Fallon
3 Cadillacs, Phoenix, AZ

Mr. Willard G. Falls
8 Cadillacs, Houston, TX

Mr. & Mrs. Arthur E. Fanning
6 Cadillacs, Norristown, PA

Johnnye & Dorothy Fant
3 Cadillacs, Anderson, SC

Katharyn S. Farina
5 Cadillacs, Hawthorne, NJ

Mr. Charles W. Evans, Jr.
5 Cadillacs, Dallas, TX

Mr. Chauncey F. Farnach
1 Cadillac, Canastota, NY

Mr. Richard W. Farndale
6 Cadillacs, Prophetstown, IL

Mr. Lorimer D. Farnsworth
5 Cadillacs, Shenandoah, IA

Mr. Anthony Faro
1 Cadillac, River Edge, NJ

Richard Farrell
3 Cadillacs, Edwardsville, IL

Mrs. Evelyn E. Farrer
18 Cadillacs, Salt Lake Cty, UT

Ms. Karyn J. Farris
1 Cadillac, Juneau, AK

Mr. Patrick A. Fasciale
1 Cadillac, North Brunswick, NJ

Mr. John Faulkner
1 Cadillac, Nepean, ON

Mr. Bryan Faulkner
1 Cadillac, Hillside, NJ

Mr. Luther F. Faulkner
3 Cadillacs, Alexandria, VA

Mr. Larry D. Favors
3 Cadillacs, Fort Worth, TX

Mr. Michael Fayet
6 Cadillacs, Chicago, IL

Mr. Edward Feddersen
San Diego, CA

Mr. John Fedor
2 Cadillacs, Clairton, PA

Mr. D.D. Fee
2 Cadillacs, Long Beach, CA

Mrs. K. Fee
2 Cadillacs, Peterborough, ON

Joseph C. Feldkircher, Sr.
12 Cadillacs, Westlake, OH

Mr. Allan Feldman
3 Cadillacs, North York, ON

Mr. Wallace H. Feldmeier
10 Cadillacs, Ashtabula, OH

Mr. Emmanuel L. Fellouzis
9 Cadillacs, Largo, FL

Mrs. Grete S. Fellows
3 Cadillacs, San Antonio, TX

Anne Felton
4 Cadillacs, Tallahassee, FL

Ms. Lois W. Fenton
14 Cadillacs, Centralia, MO

George Fenwick
3 Cadillacs, Washington, DC

Mrs. Helen G. Fenza
5 Cadillacs, Lake Park, FL

Mr. Howard J. Ferguson
New Port Richey, FL

Mr. Loy V. Ferguson
6 Cadillacs, Birmingham, AL

Ms. Margaret L. Ferguson
3 Cadillacs, Walnut Creek, CA

Mr. Richard B. Ferguson
5 Cadillacs, Tacoma, WA

Mr. Charles L. Ferko
2 Cadillacs, Trent Woods, NC

Ms. Betty Ferrante
3 Cadillacs, Johnston, RI

Mr. Joseph G. Ferrara
6 Cadillacs, Mansfield Ctr., CT

Dr. Roger & Malba Ferree
4 Cadillacs, Venice, FL

15 Cadillacs, Robertsdale, AL

Mr. Royce T. Ferrell
1 Cadillac, Sweetwater, TX

Mr. Raymond C. Ferris
Mission Viejo, CA

Commander David E. Ferrucci
2 Cadillacs, Palm Coast, FL

Mr. Leo E. Ferry, Jr.
9 Cadillacs, Arlington, MA

Mr. Joseph Feuer
4 Cadillacs, Pepper Pike, OH

Mr. Felix Fezzuoglio
6 Cadillacs, Voorhees, NJ

Thomas Fezzey
4 Cadillacs, Allen Park, MI

Mr. Joe Fiedler
1 Cadillac, Timpson, TX

Mr. James P. Fields
1 Cadillac, Shawnee Msn., KS

Mr. Marlon T. Fields
2 Cadillacs, Tucson, AZ

Mrs. Virginia G. Fields
1 Cadillac, Anderson, IN

Mr. Louis J. Filardo
Lyndhurst, NJ

Ms. Leona F. Filkins
1 Cadillac, Colorado Spgs., CO

Mr. Tony W. Fillman
2 Cadillacs, Sherman, TX

Robert Filmore
1 Cadillac, Lakewood, OK

Mr. Donald L. Finch
5 Cadillacs, Arcadia, CA

Mr. Robert C. Findlay
1 Cadillac, Arlington, TX