September 8, 2011

Chambers of the Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
Room 621
New York, New York  10004-1408


Barry N. Seidel (BS-1945)
Stafanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708

Attorneys for Motors Liquidation
Company GUS Trust


Alison Moodie
Project Supervisor
Bankruptcy Operations
The Garden City Group, Inc.
Attn: Motor Liquidation Company


Re: Motors Liquidation Company, et al,
    f/k/a General Motors Corp., et al.
    Debtors

    Chapter 11 Case No. 09-50026 (REG)

    244th Omnibus Objection
    Claim # 70910

Claimants:
Austin and Rebecca Viall
710 Keller Lane
Tuscumbia, AL  35674
(256) 383-3117

Amount of claim:  $ 437,736.00, the cost of 11,900 shares of GMC stock  and 300 shares MTL as of February 2, 2011.

Attached is evidence of purchase of GM stock through E-Trade from June 2, 2009 through July 7, 2009, totaling 11,900 shares. In addition we claim 300 shares of GM stock as promised with purchase of 300 shares of MTL, after the name change.

On February 26, 2010, I contacted E-Trade to purchase more GM stock. I was told by E-Trade representative's that GMC had been divided into tw divisions and they could not sell us more stock in the old GMC, but could sell us stock in the new GMC division, Motors Liquidation Corp. I was assured that all shares of MLC would be exchanged for equal shares of GMC when GMC was again listed on the stock exchange. Based on this I purchased the additional 300 shares.

Our claim is for the exchange cost of these shares plus any additional cost for legal or travel expense.

Our request from E-Trade for a copy of our conversations has not been furnished yet, although it was requested to be here by March 12, 2011. We have been informed that the conversations will have to be subpoenaed by the courts. We were promised the 300 shares of MTL would be added to the 11,900 shares of GM stock upon their return listing on the stock market.

We only learned of the bankruptcy when we received papers from the Garden City Group in early February, 2010, and have been trying to resolve this issue

Their name change has nothing to do with 11,900 shares of GM stock which we purchased through E-Trade.

I can make myself available to come to New York if needed and bring any information I have but would prefer to not make the trip.

Respectfully yours,

*Rebecca Viall*

Rebecca Viall
710 Keller Lane
Tuscumbia, AL  35674
(256) 383-3117


*Austin Viall*

Austin Viall
710 Keller Lane
Tuscumbia, AL  35675
(256) 383-3117

E*TRADE FINANCIAL

Customer Service | Suggestions | Add Another Account | Enter Symbol | Search | Log Off

**Accounts** | **Trading & Portfolios** | **Research** | **Guidance & Retirement** | **Education** | **Banking** | **Options Trading** | **Futures Trading**

Trade | Portfolios | View Orders | Balances | Transaction History | IPO Center | Active Trading | Global Trading

January 27, 2011 4:33 PM ET

Alerts | Transfer Money | Bill Pay | Help

# Transaction History

Transactions | Check Summary | Deposit Summary | Categories | Reports

**Account:** Complete - 4047
**Transaction:** All Types
**Time Period:** Custom Time Period
**Show:** ✓ Non-Cash Transactions ... Sweep Activities
**From:** 06/01/2009 — **To:** 01/27/2011

**Complete - 4047**
Avail. for Withdrawal: $40.00
Pending for the next 7 days
Scheduled Payments: Enroll
Scheduled Transfers: $0.00

SEARCH    ≈ Advanced Search

Printer-friendly | Download

END THE CLUTTER WITH FREE ELECTRONIC STATEMENTS — E*TRADE SECURITIES LLC
ENROLL NOW — In Under a Minute

| Date | Type | View | Description | Categories (hide) | Amount ($) |
|---|---|---|---|---|---|
| 06/04/10 | Bought | | 200 of MTLQQ @ $0.51 (Order #6) | | -111.99 |
| 05/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 04/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 03/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 02/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 02/26/10 | Bought | | 100 of MTLQQ @ $0.6495 (Order #5) | | -64.94 |
| 01/26/10 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 12/28/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 11/27/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 10/26/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 09/28/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 08/26/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.01 |
| 07/31/09 | Adjustment | | New Account Promotion 100_FREE_TRADES_Q1_05 | | 12.99 |
| 07/31/09 | Adjustment | | New Account Promotion 100_FREE_TRADES_Q1_05 | | 12.99 |
| 07/31/09 | Adjustment | | New Account Promotion 100_FREE_TRADES_Q1_05 | | 12.99 |
| 07/27/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.02 |
| 07/16/09 | Reorganization | | 11900 MOTORS LIQUIDATION COMPANY RESULT O... | | 0.00 |
| 07/16/09 | Reorganization | | 11900 GENERAL MOTORS CORP COM NAME CHANGE... | | 0.00 |
| 07/07/09 | Wire | | INWIRE-20090707E6B7011C000197 REFID:20090707E... | | 3,000.00 |
| 07/07/09 | Bought | | 4,200 of GMGMQ @ $0.6875 (Order #3) | | -2,900.49 |
| 07/02/09 | Bought | | 400 of GMGMQ @ $0.631 (Order #2) | | -345.39 |
| 06/26/09 | Interest | | E TRADE BK EXTNDED INS SWEEP DEP ACCT MONTHLY... | | 0.04 |
| 06/02/09 | Bought | | 7,300 of GMGMQ @ $0.7621 (Order #1) | | -5,676.32 |
| 06/01/09 | Wire | | INWIRE-20090601F2QCZ60C000167 REFID:20090601F... | | 6,000.00 |

SIPC 

**PLEASE READ THE IMPORTANT DISCLOSURES BELOW**

Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also utilize a third-party information.

The E*TRADE Financial family of companies provides financial services including trading, investing, and related banking products and services to retail investors.

Securities products and services offered by E*TRADE Securities LLC, Member FINRA/SIPC

**System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.**

Statement of Financial Condition | About Brokerage Insurance | Customer Account Agreements | Privacy Statement | Business Continuity Plan
Online Security | Contact Us | About Us | Careers@etrade

© 2011 E*TRADE Financial Corporation. All rights reserved. Version 1.0. 27w25m3.6

*BAR Date ORDER 11-30-09*

https://us.etrade.com/e/t/accounts/txnhistory

1/27/2011