# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | WEST <br> C/O SARAH E DOERR ESQ <br> MOSS & BARNETT PA <br> 4900 WELLS FARGO CENTER <br> MINNEAPOLIS, MN 55402 |
| Claim Number (if known): | 59089 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $7,210.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Sept 12, 2011

Print Name: Michael T. Etmund

Title (if applicable): Attorney - Moss & Barnett, P.A.

US_ACTIVE:¥43219392¥02¥72240.0639