UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | SHREVEPORT RED RIVER UTILITIES, LLC<br>DUKE ENERGY GENERATION SERVICES<br>C/O MR KEVIN L HOOKER<br>EA 502/139 E FOURTH ST<br>CINCINNATI, OH 45202 |
| Claim Number (if known): | 37222 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $461,039.41 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/12/11

*Kevin L. Hooker* (signature)

Print Name: Kevin L. Hooker

Title (if applicable): Vice President
Shreveport Red River Utilities, LLC

US_ACTIVE:¥43219392¥02¥72240.0639