GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Joshua Weisser

*Attorneys for the Motors Liquidation Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                                                                 :         **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :         **09-50026 (REG)**
**f/k/a General Motors Corp.,** *et al.*                           :
:         **(Jointly Administered)**
**Debtors.**                                            :
-----------------------------------------------------------------x

**SUPPLEMENT TO MOTORS LIQUIDATION COMPANY GUC
TRUST QUARTERLY GUC TRUST REPORTS AS OF JUNE 30, 2011**

The Motors Liquidation Company GUC Trust (the "**GUC Trust**"), by its undersigned counsel, pursuant to Section 6.2 of the Motors Liquidation Company GUC Trust Agreement dated March 30, 2011 and between the parties thereto (the "**GUC Trust Agreement**") and in accordance with Paragraph 31 of the order of this Court dated March 31, 2011 confirming the Debtors' Second Amended Joint Chapter 11 Plan of liquidation dated March 18, 2011 of Motors Liquidation Company and its affiliated post-effective date debtors (the "**Confirmation Order**"), hereby files the supplement to the Motors Liquidation GUC Trust Quarterly GUC Trust Reports as of June 30, 2011 (the "**Supplement**") annexed hereto as Exhibit A.

The Supplement is not intended to constitute, and should not be construed as, investment advice. The Supplement has been provided to comply with the GUC Trust Agreement and the Confirmation Order and for informational purposes only and may not be relied upon to evaluate the merits of investing in any securities or interests referred to herein.

The GUC Trust has no officers, directors or employees. The GUC Trust and Wilmington Trust Company, solely it its capacity as trustee and trust administrator (the "**GUC Trust Administrator**"), rely solely on receiving accurate information, reports and other representations from GUC Trust professionals and other service providers to the GUC Trust. In submitting the Supplement and executing any related documentation on behalf of the GUC Trust, the GUC Trust Administrator has relied upon the accuracy of such reports, information and representations.

Dated: New York, New York
September 14, 2011

        GIBSON, DUNN & CRUTCHER LLP

        By:  /s/ Matthew J. Williams

        Matthew J. Williams
        Joshua Weisser
        200 Park Avenue
        New York, NY 10166-0193
        (212) 351-4000

*Attorneys for the Motors Liquidation Company GUC Trust*