**Summary of Recommended Deductions**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| | |
|---|---:|
| **Total Fees & Expenses Requested (Final Fee Period)** | **$2,471,906.97** |
| Total Fees Requested | $2,297,993.96 |
| Total Expenses Requested | $173,913.01 |
| **Total Fees & Expenses Requested (Current Interim Periods)** | **$1,307,191.90** |
| Total Fees Billed | $1,218,786.00 |
| Total Expenses Billed | $88,405.90 |
| **Analysis of Interim Period** | |
| **Fee Category** | **Recommended Disallowance** |
| Exhibit A:  Post-Confirmation Services -- Invoiced | $8,940.00 |
| Post-Confirmation Services -- Charges Through 05/13/2011 | $11,261.75 |
| Exhibit B:  Block Billing | $2,382.60 |
| Exhibit C:  Vague Tasks and Communication | $4,114.26 |
| Exhibit D:  Fee Inquiry Time | $12,747.25 |
| Exhibit E:  Non-Working Travel | $559.25 |
| | |
| **Expense Category** | |
| Exhibit F:  Expenses | $30.96 |
| | |
| **Fees and Expenses Total Recommended Disallowance** | **$40,036.07** |

**Exhibit A: Post Confirmation Fees**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Applications

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 1 | Fee Applications -- Self | 03/30/11 | Benetos, Eugenia | $107.50 | 1.1 | $118.25 | Work on monthly fee statement. |
| 2 | Litigation | 03/30/11 | Gelburd, Mollie E. | $205.00 | 1.6 | $328.00 | Draft and prepare index of exhibits in Findings of Fact and Conclusions of Law Confirming Second Amended Joint Chapter 11 Plan for KM. |
| 3 | Plan & Disclosure Statement | 03/30/11 | Sackett, Andrew J. | $340.00 | 1.7 | $578.00 | Revision and review of trust agreement (1.2); revision and review of TDP (0.4); prep and review of emails to and from ACM re trust agreement (0.1); |
| 4 | Plan & Disclosure Statement | 03/30/11 | McMillan, Ann C. | $625.00 | 0.6 | $375.00 | Exchange e-mails with AJS re closing issues (.4); exchange e-mails with B. Mattick re trust issues (.2). |

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 5 | Plan & Disclosure Statement | 03/30/11 | Sackett, Andrew J. | $340.00 | 6.4 | $2,176.00 | Revision and review of trust agreement (1.2); revision and review of TDP (0.4); prep and review of emails to and from ACM re trust agreement (0.1); prep of email to Meises re trust agreement (0.1); review of email from Meises re trust agreement (0.1); phone call w/ ACM re trust agreement (0.1); phone call w/ Davis re trust agreement and effective date (0.1); phone call w/ Arons re trust agreement (0.1); phone call w/ Davis re trust agreement and effective date (0.2); review of email from Davis re effective date (0.1); review of email from Arons re trust agreement and prep of email to Davis re trust agreement (0.1); review of email from ACM re TDP (0.1); prep of email to ACM re signed trust agreement (0.1); prep of email to Kegley re signed trust agreement (0.1); prep of email to Arons re signed trust agreement prep of email to Davis, Esserman, Kress and Campbell re trust agreement (0.1); prep and review of emails to and from debtors' counsel re trust agreement (0.1); prep of email to ACC re trust agreement (0.1); prep and review of emails to and from Davis re signed trust agreement (0.1); prep of email to Davis, Esserman, Kress and Campbell re TDP (0.1); prep and review of emails to and from Kress re TDP (0.1); prep and review of emails to and from Esserman re futures rep (0.1); review of emails from Kress and Esserman re trust agreement (0.1); prep and review of emails to and from Esserman and Kress re futures rep (0.2); prep and review of emails to and from Eskin and Milch re futures rep (0.2); prep of emails to debtors' counsel re modifications to trust agreement (0.1); prep and review of emails to and from Esserman and Kress re futures rep (0.1); prep of email to Arons re signed trust agreement (0.1);prep of email to Davis, Esserman, Kress and Campbell re trust agreement (0.1); prep of emails to ACC re trust agreement and TDP (0.1); prep of memo re trust assets (1.5); prep of email to EI re memo re trust assets (0.1); review of email from Davis & Arons re trust agreement (0.2). |

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 6 | Plan & Disclosure Statement | 03/31/11 | Sackett, Andrew J. | $340.00 | 1.9 | $646.00 | Review email from ACM re TDP (0.1); prepare email re TDP to debtors' counsel (0.1); voice mail from Weitz assistant re Trust Agreement signature pages (0.1); review email from EI re trust assets (0.1); review email from Kazan re trust assets (0.1); prepare email to ACM re trust asset issues (2x) (0.1); review email from ACM re trust assets (0.1); review emails from Davis re trust agreement and certificate of trust (0.1); review email from Arons re trust agreement (0.1); prepare and review emails to ACM re trust agreement (0.1); revision of trust agreement (0.2); prepare email to Arons and debtor counsel re trust agreement (0.1); prepare email to TAC members re trust agreement (0.1); prepare email to Davis, Esserman and Melville re effective date (0.1); review of emails from Kress, Esserman and Melville re effective date (0.2); prepare email to EI re effective date (0.1); review email from ACM re trust assets (0.1). |
| 7 | Plan & Disclosure Statement | 03/31/11 | McMillan, Ann C. | $625.00 | 0.9 | $562.50 | Exchange e-mails with AJS re closing issues (.5); exchange e-mails with S. Kazan re trust issues (.4). |
| 8 | Plan & Disclosure Statement | 03/31/11 | DelSavio, Sara Joy | $205.00 | 3.2 | $656.00 | Created confirmation order binder and assisted with index per KCM. |
| 9 | Plan & Disclosure Statement | 03/31/11 | Maclay, Kevin C. | $535.00 | 0.1 | $53.50 | Review correspondence re effective date |
| 10 | Tax Issues | 03/30/11 | Skillman, Richard W. | $770.00 | 1.7 | $1,309.00 | Tc w/H. Kaplan and analyze tax issues and implications. |
| 11 | Tax Issues | 03/31/11 | Skillman, Richard W. | $770.00 | 1.9 | $1,463.00 | Analyze tax issues, consider greater trust alternatives, and conference w/ACM. |
| 12 | Tax Issues | 03/31/11 | McMillan, Ann C. | $625.00 | 0.3 | $187.50 | Conference RWS re tax issues (.3) |
| 13 | Docket Review & Control | 03/30/11 | Osman, Sayem | $205.00 | 0.8 | $164.00 | Organize and review pleadings and other documents for integration into the firm's master document repository for future reference, review and/or retrieval by the attorney group. |
| 14 | Docket Review & Control | 03/31/11 | Osman, Sayem | $205.00 | 1 | $205.00 | Organize and review pleadings and other documents for integration into the firm's master document repository for future reference, review and/or retrieval by the attorney group. |
| 15 | Fee Applications -- Others | 03/30/11 | Benetos, Eugenia | $107.50 | 1.1 | $118.25 | Work on LAS monthly fee statement. |

**Total:** $8,940.00
**Reduction [100%]:** $8,940.00

**Exhibit B: Block Billing**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Applications

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 1 | Plan & Disclosure Statement | 10/6/2010 | Phillips, Todd E. | $300.00 | 9.7 | $2,910.00 | Legal research re disclosure statement; confer with KCM re same. |
| 2 | Plan & Disclosure Statement | 10/7/2010 | Phillips, Todd E. | $300.00 | 7.60 | $2,280.00 | Legal research re disclosure statement; confer with KCM re same; prepare and edit objection re same. |
| 3 | Plan & Disclosure Statement | 10/7/2010 | Sackett, Andrew J. | $310.00 | 1.90 | $589.00 | Research into trust administrative costs and prep. of spreadsheets re: same. |
| 4 | Plan & Disclosure Statement | 10/13/2010 | Phillips, Todd E. | $300.00 | 4.10 | $1,230.00 | Prepare and edit objection to disclosure statement; confer with KCM re same |
| 5 | Plan & Disclosure Statement | 10/14/2010 | Williamson, Christopher E. | $200.00 | 5.30 | $1,060.00 | Edit TOA and TOC to brief; research documents regarding information for brief; check references within brief with exhibits for TEP and KCM |
| 6 | Plan & Disclosure Statement | 10/14/2010 | Phillips, Todd E. | $300.00 | 6.40 | $1,920.00 | Prepare, edit and file objection to disclosure statement; confer with KCM re same; confer with KGH re same. |
| 7 | Litigation (Ex. A-1) | 11/15/2010 | Reinsel, Ronald E. | $655.00 | 2.60 | $1,703.00 | Research re: potential discovery enforcement and related issues and review RCT memo re: same and follow-up w/RCT and TWS. |
| 8 | Litigation (Ex. A-1) | 11/17/2010 | Reinsel, Ronald E. | $655.00 | 3.70 | $2,423.50 | Follow-up re: memo cited cases and additional research re: discovery enforcement issues. |
| 9 | Litigation (Ex. A-1) | 11/18/2010 | Reinsel, Ronald E. | $655.00 | 2.70 | $1,768.50 | Research and case law review re: discovery/enforcement issues and follow-up re: memo regarding same. |

| | |
|---|---|
| Total: | $15,884.00 |
| Reduction: [15%]: | $2,382.60 |

**Exhibit C: Vague Tasks and Communications**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Applications

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 1 | Case Administration | 10/01/10 | Phillips, Todd E. | $300.00 | 0.7 | $210.00 | Review docket re identification of issues relevant to asbestos constituency and forward materials to KCM. |
| 2 | Case Administration | 10/04/10 | Phillips, Todd E. | $300.00 | 0.1 | $30.00 | Review docketed motions and orders re identification of issues relevant to asbestos constituency |
| 3 | Case Administration | 10/05/10 | Phillips, Todd E. | $300.00 | 0.4 | $120.00 | Review docket and motion filings re identification of issues relevant to asbestos constituency |
| 4 | Case Administration | 10/25/10 | Phillips, Todd E. | $300.00 | 0.6 | $180.00 | Review docket and filed motions and orders re identification of issues relevant to asbestos constituency. |
| 5 | Case Administration | 10/29/10 | Maclay, Kevin C. | $510.00 | 1 | $510.00 | Review/analyze claim issue (.8); review/analyze internal memo re case status and tasks (.2) |
| 6 | Case Administration | 11/13/10 | Swett, Trevor W. | $675.00 | 0.2 | $135.00 | Review recent filings |
| 7 | Case Administration | 01/14/11 | Swett, Trevor W. | $710.00 | 0.10 | $71.00 | Telephone conference with L. Busch to respond to her inquiry re communication from Alix |
| 8 | Litigation | 11/12/10 | Williamson, Christopher E. | $200.00 | 0.40 | $80.00 | **Perform review of court documents on Pacer to identify relevant documents for MLC team (0.4);** review for cases cited in brief , research cases on Westlaw, and organize same for attorney review (2.4) |
| 9 | Litigation | 12/27/10 | Phillips, Todd E. | $300.00 | 0.70 | $210.00 | Review motion filings. |
| 10 | Litigation | 02/16/11 | Reinsel, Ronald E. | $690.00 | 0.40 | $276.00 | Coordinate re: confirmation hearing. |
| 11 | Litigation | 02/17/11 | Reinsel, Ronald E. | $690.00 | 0.40 | $276.00 | Coordinate re: confirmation hearing. |
| 12 | Litigation | 02/18/11 | Reinsel, Ronald E. | $690.00 | 0.50 | $345.00 | Coordinate re: confirmation hearing. |
| 13 | Litigation | 02/22/11 | Reinsel, Ronald E. | $690.00 | 0.40 | $276.00 | Coordinate re: confirmation hearing. |
| 14 | Litigation | 02/24/11 | Reinsel, Ronald E. | $690.00 | 0.50 | $345.00 | Coordinate re: confirmation hearing. |
| 15 | Litigation | 02/25/11 | Reinsel, Ronald E. | $690.00 | 0.60 | $414.00 | Coordinate re: confirmation hearing. |
| 16 | Plan & Disclosure Statement | 10/11/10 | Lockwood, Peter Van N. | $860.00 | 0.30 | $258.00 | Teleconference KCM. |
| 17 | Plan & Disclosure Statement | 10/26/10 | Wehner, James P. | $510.00 | 0.70 | $357.00 | E-mails re notice issues |

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 18 | Plan & Disclosure Statement | 12/27/10 | Phillips, Todd E. | $300.00 | 2.50 | $750.00 | Review materials re plan. |
| 19 | Plan & Disclosure Statement | 12/30/10 | Lockwood, Peter Van N. | $860.00 | 0.10 | $86.00 | Review e-mail. |
| 20 | Plan & Disclosure Statement | 12/30/10 | Phillips, Todd E. | $300.00 | 3.30 | $990.00 | Review plan materials. |
| 21 | Plan & Disclosure Statement | 01/04/11 | Phillips, Todd E. | $340.00 | 0.50 | $170.00 | Review plan materials. |
| 22 | Plan & Disclosure Statement | 01/05/11 | Lockwood, Peter Van N. | $905.00 | 2.10 | $1,900.50 | Review POR. |
| 23 | Plan & Disclosure Statement | 01/08/11 | Lockwood, Peter Van N. | $905.00 | 0.20 | $181.00 | Review e-mail and reply re POR revs. |
| 24 | Plan & Disclosure Statement | 03/09/11 | Reinsel, Ronald E. | $690.00 | 0.30 | $207.00 | Correspondence re: hearing issues. |
| 25 | Case Administration (Ex. A-1) | 12/09/10 | Reinsel, Ronald E. | $655.00 | 0.40 | $262.00 | Coordination re hearing. |
| 26 | Case Administration (Ex. A-1) | 01/03/11 | Reinsel, Ronald E. | $690.00 | 1.30 | $897.00 | Case file management and organization. |
| 27 | Case Administration (Ex. A-1) | 01/13/11 | Reinsel, Ronald E. | $690.00 | 0.90 | $621.00 | Review hearing transcript and follow up re: same. |
| 28 | Case Administration (Ex. A-1) | 01/14/11 | Reinsel, Ronald E. | $690.00 | 0.90 | $621.00 | Review hearing transcript and follow up re: same. |
| 29 | Litigation (Ex. A-1) | 11/11/10 | Reinsel, Ronald E. | $655.00 | 0.40 | $262.00 | Work w/ RCT re: discovery issues research. |
| 30 | Litigation (Ex. A-1) | 11/12/10 | Reinsel, Ronald E. | $655.00 | 1.30 | $851.50 | Follow-up re: claimants' discovery objections and review citations re: same. |
| 31 | Litigation (Ex. A-1) | 11/15/10 | Reinsel, Ronald E. | $655.00 | 4.80 | $3,144.00 | Work re: discovery and appeal issues and review cases re: same. |
| 32 | Litigation (Ex. A-1) | 11/16/2010 | Reinsel, Ronald E. | $655.00 | 5.20 | $3,406.00 | Work re: discovery and appeal issues and review cases re: same. |
| 33 | Litigation (Ex. A-1) | 11/17/2010 | Reinsel, Ronald E. | $655.00 | 3.60 | $2,358.00 | Work re: discovery and appeal issues and review cases re: same. |
| 34 | Litigation (Ex. A-1) | 11/18/2010 | Reinsel, Ronald E. | $656.00 | 4.50 | $2,952.00 | Work re: discovery and appeal issues and review cases re: same. |
| 35 | Litigation (Ex. A-1) | 11/19/2010 | Reinsel, Ronald E. | $657.00 | 4.20 | $2,759.40 | Work re: discovery and appeal issues and review cases re: same. |
| 36 | Litigation (Ex. A-1) | 11/23/2010 | Reinsel, Ronald E. | $655.00 | 1.40 | $917.00 | Follow-up re: discovery research. |

**Total:** $27,428.40
**Total Reduction [15%]:** $4,114.26

**Exhibit D: Fee Inquiry Time**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Applications

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 1 | Fee Applications -- Self | 12/03/10 | Benetos, Eugenia | $105.00 | 2.0 | $210.00 | As per RCT, perform review of expenses filed in the 2nd Interim (1); review expenses on 6/21 and 6/22 for TWS (.6); review FE letter (.2); T/C with attorney at G&K re: expenses (.2). |
| 2 | Plan & Disclosure Statement | 12/31/10 | Tobin, Rita C. | $545.00 | 0.1 | $54.50 | Email RER re Gerber clarification letter (0.1) |
| 3 | Plan & Disclosure Statement | 01/11/11 | Inselbuch, Elihu | $1,000.00 | 0.2 | $200.00 | Reviewed draft letter to the fee examiner (0.1); T/C TWS re same (0.1) |
| | | | | **Total this page:** | | **$464.50** | |

**Fee Inquiry Time Identified by Caplin:**  $35,030.00

**Total Fee Inquiry Time Requested:**

$35,494.50

**Safe Harbor:** $10,000.00
**Reduction: [50%]** $12,747.25

**Exhibit E: Non-Working Travel**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.* : Review of the Final Fee Applications

| Row No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|
| 1 | Docket Review | 10/18/2010 | Benetos, Eugenia | $210.00 | 1.10 | $231.00 | Organize and prepare materials for hand delivery to Judge's Chambers (.4); make duplicates of materials and organize for EI and RCT (.2); perform review of emails from EPIQ re: filing protocol (.1); send emails to EPIQ re: status of recent filing (.2); deliver to Chambers and dictate notification email to BH re: delivery status of package (1.1). |
| 2 | Litigation | 10/20/2010 | Benetos, Eugenia | $210.00 | 1 | $210.00 | Hand delivery of Joinder to Judge's Chambers (1); prepare material and dictate email to BH for attorneys re: delivery status. (.5); emails with S. Garabato and ECF filing of Affidavit of Service to Joinder (.4). |
| 3 | Litigation | 11/16/2010 | Benetos, Eugenia | $210.00 | 1 | $210.00 | Prepare materials for court filing and save proposed order on disk (.4). Filing of materials to Chambers (1). |
| 4 | Litigation | 11/30/2010 | Benetos, Eugenia | $210.00 | 1.10 | $231.00 | Preparation of Notice of Withdrawal for filing on the court docket (.4); filing on ECG of Notice (.2); emails to EPIQ re: notice of filing (.4). Service of courtesy copy to Chambers (1.1). |
| 5 | Litigation | 3/2/2011 | Benetos, Eugenia | $215.00 | 1.10 | $236.50 | Hand delivery to Judge's chambers and dictation of email to KCM. |
| | | | | **Total:** | | **$1,118.50** | |
| | | | | **Reduction: [50%]** | | **$559.25** | |

**Exhibit F: Expenses**
**CAPLIN & DRYSDALE, CHARTERED**
*In re Motors Liquidation Co., et al.*:  Review of the Final Fee Applications

| Row No. | Expense Category | Date | Requested on Fee Application | Description | Reason | Allowed Amount | Reduction |
|---|---|---|---|---|---|---|---|
| 1 | 15  Air & Train Transportation | 10/14/2010 | $20.00 | Trevor W. Swett - Agent Fee, re: Amtrak Business Class Train Fare for Travel to/from NY, 10/3/20 - 10/5/10 (Coach Fare $180.50; Split b/w the Firm and client 57.33 | The $40 agent fee (reduced by half because of split between Firm and client) was already included in the base fare calculation of $361 (reduced by half to $180.50). | $0.00 | $20.00 |
| 2 | 21  Meals Related to Travel | 3/9/2011 | $20.96 | Ronald E. Reinsel -Breakfast at the Ritz-Carlton (go guests) while on Travel to/from NY, re: Hearing, 3/3/3011 | Exceeds the $20 per meal cap. | $20.00 | $0.96 |
| 3 | 21  Meals Related to Travel | 3/9/2011 | $31.00 | Kate G. Henningsen -Lunch at Ohara's Restraurant (no guests) while on Travel to/from NY, re: GM confirmation hearing, 3/2/2011 | Exceeds the $20 per meal cap. | $21.00 | $10.00 |

|  |  |
|---|---|
| **Totals:** | **$30.96** |
| **Reduction [100%]:** | **$30.96** |