**Summary of Recommended Deductions**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| | |
|---|---|
| **Total Fees & Expenses Requested** | **$187,245.79** |
| Total Fees Requested | $173,272.50 |
| Total Expenses Requested | $13,973.29 |

| Analysis | |
|---|---|
| **Fee Category** | **Recommended Disallowance** |
| Exhibit A: Time Increments | $24,548.75 |
| Exhibit B: Travel Time | $4,160.00 |
| Exhibit C: Vague Task Descriptions | $938.40 |
| Exhibit D: Block Billling | $8,380.95 |

| | |
|---|---|
| Total Reductions | $38,028.10 |
| [1/3 Rate Discount] | ($12,676.03) |
| **Fees and Expenses Total Recommended Disallowance** | **$25,352.07** |

# EXHIBIT A

(Time Increments)

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 1 | 6/4/2009 | Tobin, Rita C. | $530.00 | 1.00 | $530.00 | Review briefs filed in Chrysler appeal re possible GM issues (1.0) | $530.00 |
| 2 | 6/5/2009 | Tobin, Rita C. | $530.00 | 1.00 | $530.00 | Review Committee documents/filings as circulated (1.0) | $530.00 |
| 3 | 6/8/2009 | Tobin, Rita C. | $530.00 | 1.00 | $530.00 | Review filings and GM documents/conference RER re GM (1.0) | $530.00 |
| 4 | 6/9/2009 | Tobin, Rita C. | $530.00 | 1.00 | $530.00 | Review Committee materials as circulated by Kramer (1.0) | $530.00 |
| 5 | 6/9/2009 | Reinsel, Ronald E. | $640.00 | 2.50 | $1,600.00 | Dinner meeting w/Committee counsel and members. | $1,600.00 |
| 6 | 6/11/2009 | Benetos, Eugenia | $205.00 | 2.00 | $410.00 | Perform review of daily docket for group.  T/C with court clerk: re: amended notice and filing protocol. T/C and meeting with RCT re: drafts.  QC all drafts before emailing to RCT.  (2) | $410.00 |
| 7 | 6/12/2009 | Benetos, Eugenia | $205.00 | 1.00 | $205.00 | (Late entry for June 12, 2009). Perform review of docket and print all objections filed for RCT. Print daily docket for RCT. (1) | $205.00 |
| 8 | 6/12/2009 | Benetos, Eugenia | $205.00 | 1.50 | $307.50 | Filing and service of Amended Notice of Appearance. Filing of Motion. QC of all documents.  (1.5) | $307.50 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 9 | 6/15/2009 | Tobin, Rita C. | $530.00 | 1.00 | $530.00 | Review memos to Committee from Committee counsel; review docket (1.0) | $530.00 |
| 10 | 6/15/2009 | Benetos, Eugenia | $205.00 | 2.50 | $512.50 | Perform review of docket and create daily docket report for RER, RCT, KCM, JPW. (2); and draft affidavit fro PHV motion.  Update service list and file electronically. (.5) | $512.50 |
| 11 | 6/16/2009 | Benetos, Eugenia | $205.00 | 2.00 | $410.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (2) | $410.00 |
| 12 | 6/17/2009 | Benetos, Eugenia | $205.00 | 1.00 | $205.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (1) | $205.00 |
| 13 | 6/18/2009 | Benetos, Eugenia | $205.00 | 1.00 | $205.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (1) | $205.00 |
| 14 | 6/19/2009 | Benetos, Eugenia | $205.00 | 1.00 | $205.00 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. (1) | $205.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 15 | 6/22/2009 | Tobin, Rita C. | $530.00 | 1.00 | $530.00 | Review objections (Esserman, Cooney, Product Liability) (1.0); conference EI re status (.1); review Committee circulated documents; Agenda, Issues (meeting with Debtors), By-laws (.6) | $530.00 |
| 16 | 6/22/2009 | Inselbuch, Elihu | $920.00 | 0.50 | $460.00 | Conf. RCT and read papers. | $460.00 |
| 17 | 6/23/2009 | Tobin, Rita C. | $530.00 | 2.00 | $1,060.00 | Review proposed Committee objection (.5); TC TWS re discovery (.2); conference EB re discovery: service (.3); respond to GM service/discovery issues (1.0); review discovery requests, other parties (.5) | $1,060.00 |
| 18 | 6/23/2009 | Swett, Trevor W. | $660.00 | 4.00 | $2,640.00 | Conference with RER re discovery; telephone conferences with RCT and e-mails re discovery (.3); prepare discovery requests and notices (4.0) | $2,640.00 |
| 19 | 6/23/2009 | Benetos, Eugenia | $205.00 | 1.00 | $205.00 | Perform review of daily docket. Distribute to group. Research re: service list. (1) | $205.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 20 | 6/23/2009 | Benetos, Eugenia | $205.00 | 1.50 | $307.50 | Perform review of daily docket. Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW. Perform review of docket re: service list and discovery. (1.5) | $307.50 |
| 21 | 6/24/2009 | Tobin, Rita C. | $530.00 | 8.00 | $4,240.00 | TCs TWS, conferences EB, numerous emails re discovery issues (1.0); discovery requests: service, TCs and emails TWS, RER, TC US Attorney (7.0) | $4,240.00 |
| 22 | 6/24/2009 | Benetos, Eugenia | $205.00 | 8.50 | $1,742.50 | Perform review of court docket. QC all documents re: discovery. Obtain signatures from EI. E-Service to parties re: discovery. Electronically file depositions and affidavits of service. Convert all Word documents to PDF documents. T/Cs with RCT re: filing protocol and meeting with RCT. Prepare materials for hand delivery and federal express.  Emails to Creditor Committee and T/Cs with Court clerk and court chambers re: discovery. (8.5) | $1,742.50 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 23 | 6/24/2009 | Benetos, Eugenia | $205.00 | 8.50 | $1,742.50 | Perform QC of all documents to be e-filed, emailed and sent via overnight courier. E-file documents with Affidavit of Services.  Convert all WORD documents to PDF documents. T/Cs with RCT re: discovery protocol on ECF. Meeting with RCT re: discovery. T/C with Judge's chambers. Perform review of docket re: CMO. (8.5) | $1,742.50 |
| 24 | 6/25/2009 | Benetos, Eugenia | $205.00 | 3.50 | $717.50 | Perform review of docket re: committees. Draft emails to counsel. Prepare service list. (3.5) | $717.50 |
| 25 | 6/25/2009 | Tobin, Rita C. | $530.00 | 0.50 | $265.00 | Draft signature page, TCs, emails RER, TWS (.3); draft and edit letter to UST (.8); emails re 30(b)(6) issues list, service, et al. (.2); review Committee memos and distributions (.5) | $265.00 |
| 26 | 6/25/2009 | Wehner, James P. | $495.00 | 1.00 | $495.00 | Emails re productions and discovery (1.0); telephone conference with RCT re discovery (0.4); telephone conference with P. Nowrangi re GM/UST production (0.2); and review GM/UST production (2.3) | $495.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 27 | 6/26/2009 | Inselbuch, Elihu | $920.00 | 0.50 | $460.00 | T/c Cooney/RER. | $460.00 |
| 28 | 6/26/2009 | Benetos, Eugenia | $205.00 | 5.00 | $1,025.00 | Perform QC of Depositions. Electronically file and service through email and overnight courier. (5) | $1,025.00 |
| 29 | 6/26/2009 | Tobin, Rita C. | $530.00 | 2.50 | $1,325.00 | Review Committee memos, distributions (.5); emails and TCs re document production issues (Wehner, RER) (2.0) | $1,325.00 |
| 30 | 6/26/2009 | Reinsel, Ronald E. | $640.00 | 2.00 | $1,280.00 | Multiple telephconfs/correspondence with RCT re discovery issues (.5); prepare for and attend committee meeting; follow-up (1.3); teleconf EL/clients and follow-up (.8); work w/TWS and JW re document production (.5); teleconf Esserman/RCT re depositions and hearing issues; follow up (.6); coordinate re depositions (.5); prep. re depositions (3.2); respond on proposed order (.5); follow-up re document production (.7). | $1,280.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 31 | 6/26/2009 | Wehner, James P. | $495.00 | 1.00 | $495.00 | Search GM/UST documents; assemble hot documents (3.8); meeting with TWS and RER re hot documents (.3); emails re document review issues (1.0); review meeting with team members (.4) and meeting with RER re hot documents; and review 30(b)(6) Notice (.4) | $495.00 |
| 32 | 6/28/2009 | Tobin, Rita C. | $530.00 | 2.50 | $1,325.00 | Review emails RER and draft filing re fact evidence (1.5); review deposition summaries and updates, Raleigh and Henderson (1.0) | $1,325.00 |
| 33 | 6/28/2009 | Reinsel, Ronald E. | $640.00 | 3.00 | $1,920.00 | Review documents and preparation (3.0) Travel to NYC/en route review documents and depo prep (3.5) organize documents and exhibits and outline depo inquiry (4.2) | $1,920.00 |
| 34 | 6/29/2009 | Tobin, Rita C. | $530.00 | 0.50 | $265.00 | Review Committee distributions (.5) | $265.00 |
| 35 | 6/29/2009 | Wehner, James P. | $495.00 | 0.50 | $247.50 | E-mails re UST documents (.5): e-mails re hearing arguments (.8); meet with legal assistants re document issues (.6) | $247.50 |
| 36 | 6/29/2009 | Butts, Erroll G. | $235.00 | 4.00 | $940.00 | Located documents through Concordance for NY Office. | $940.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 37 | 6/29/2009 | Benetos, Eugenia | $205.00 | 3.00 | $615.00 | QC Witness List.  Electronically file, email and send via overnight courier to service list; prepare binders for Sales Motion for RCT and RER. Coordinate with DCO re: exhibits listed. (3) | $615.00 |
| 38 | 6/30/2009 | Benetos, Eugenia | $205.00 | 5.00 | $1,025.00 | Filing of Objection with TOA and TOC. Emails to RCT re: filing. Completion of exhibit books for RER and RCT. Travel to SDNY re: hearing. (5) | $1,025.00 |
| 39 | 6/30/2009 | Tobin, Rita C. | $530.00 | 2.00 | $1,060.00 | Emails re TOC andTOA preparation and filing (Wehner, EB) (.5); draft Statement of Issues (1.5) | $1,060.00 |
| 40 | 6/30/2009 | Greene, Michael C. | $235.00 | 2.00 | $470.00 | Per EGB, burn requested copy set of Treasury production CDs. | $470.00 |
| 41 | 6/30/2009 | Greene, Michael C. | $235.00 | 0.50 | $117.50 | Per JPW, draft enclosure letter and prepare copy set of Treasury production CDs for overnight delivery to Peter D'Apice. | $117.50 |
| 42 | 7/1/2009 | Tobin, Rita C. | $530.00 | 10.00 | $5,300.00 | <span style="color:red">Attend GM sale hearing, conferences RER and S. Esserman (10.0);</span> Committee conference call (.8); revise Statement of issues (.5) | $5,300.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 43 | 7/1/2009 | Greene, Michael C. | $235.00 | 2.00 | $470.00 | Per EGB, conduct Concordance database search for exhibits listed in the Amended Evidence and Witlness List provided by Debtors. | $470.00 |
| 44 | 7/1/2009 | Butts, Erroll G. | $235.00 | 0.50 | $117.50 | Review documents received from NR for GM Exhibit List. | $117.50 |
| 45 | 7/1/2009 | Benetos, Eugenia | $205.00 | 2.00 | $410.00 | Perform review of daily docket and create daily docket memo for RER, RCT, and KCM. Filing through the ECF system and service of Joint Statement. QC document. (2) | $410.00 |
| 46 | 7/2/2009 | Inselbuch, Elihu | $920.00 | 0.50 | $460.00 | Argument issues. | $460.00 |
| 47 | 7/2/2009 | Greene, Michael C. | $235.00 | 1.50 | $352.50 | Per EGB, continue EDGAR and Concordance database searches for exhibits listed in the Amended Evidence and Witness List provided by Debtors. | $352.50 |
| 48 | 7/6/2009 | Tobin, Rita C. | $530.00 | 3.50 | $1,855.00 | <span style="color:red">GM Committee call, interviews of potential Directors (2.5); review J. Gerber Opinion (1.0);</span> emails RER re same (.2) | $1,855.00 |
| 49 | 7/7/2009 | Inselbuch, Elihu | $920.00 | 2.00 | $1,840.00 | Read corres. on cert. motion (.2); <span style="color:red">read opinion and order, etc. (2.0);</span> memos re: schedule (.2). | $1,840.00 |

**Exhibit A: Time Increments**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 50 | 7/7/2009 | Tobin, Rita C. | $530.00 | 2.00 | $1,060.00 | TCs emails RER re filing (.5); review emails and draft/file Joinder (.5); review Ad Hoc Motion for Stay (.5); review Product Liability Motion for Stay (.5); review Order, Mayer emails (.3); review objections to stay motion (.6) | $1,060.00 |
| 51 | 7/7/2009 | Benetos, Eugenia | $205.00 | 2.00 | $410.00 | Filing of Joinder re: Appeal. Filing through ECF and service to Counsel. QC document. (1) Research opinions re: Supreme Court, email to KCM. (1) | $410.00 |
| 52 | 7/8/2009 | Benetos, Eugenia | $205.00 | 6.50 | $1,332.50 | Prepare filing of pleading through ECF and service to all counsel. QC document. Create and distribute mass email. (6.5) | $1,332.50 |
| 53 | 7/10/2009 | Reinsel, Ronald E. | $640.00 | 2.50 | $1,600.00 | Follow-up re appeal hearing and draft memo follow-up re mootness issues (2.5) | $1,600.00 |
| 54 | 7/14/2009 | Benetos, Eugenia | $205.00 | 0.50 | $102.50 | Perform review of daily docket for RER, KCM, and RCT. (.5) | $102.50 |
| 55 | 7/15/2009 | Benetos, Eugenia | $205.00 | 0.50 | $102.50 | Perform review of daily docket for RER, KCM, and RCT. (.5) | $102.50 |

| | |
|---|---|
| **Total Reduction:** | $49,097.50 |
| **Reduction [50%]:** | $24,548.75 |

# EXHIBIT B

## (Travel Time)

**Exhibit B: Travel Time**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 1 | 6/4/2009 | Reinsel, Ronald E. | $640.00 | 2.50 | $1,600.00 | Follow up re: committee meeting and teleconds. w/EI, RCT, J. Cooney re: same (1.4); return travel to DC (2.5); teleconds. and review document re: committee and by-law and Chrysler briefs (3.4). | $1,600.00 |
| 2 | 6/10/2009 | Reinsel, Ronald E. | $640.00 | 2.50 | $1,600.00 | Prep. for and attend meeting w/debtor, committee meeting and follow up w/committee members, teleconds. w/Cooney, EI re: confidentiality issues and meeting (8.0); return travel to DC (2.5) | $1,600.00 |
| 3 | 6/25/2009 | Reinsel, Ronald E. | $640.00 | 2.50 | $1,600.00 | Correspondence and prep. for hearing/attend hearing; follow-up w/client and various counsel (5.3); return travel to DC/en route review documents re sale (2.5); multiple teleconds/correspondence re discovery issues/depositions (2.7). | $1,600.00 |
| 4 | 7/2/2009 | Reinsel, Ronald E. | $640.00 | 5.50 | $3,520.00 | Prep for and appear at sale hearing (7.2), follow-up teleconf and memoranda (1.5), return travel to DC including flight delay (5.5) | $3,520.00 |
| | | | | | | **Total Reduction:** | $8,320.00 |
| | | | | | | **Reduction [50%]:** | $4,160.00 |

# EXHIBIT C

(Vague Task Descriptions)

**Exhibit C: Vague Task Descriptions**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 1 | 6/20/2009 | Inselbuch, Elihu | $920.00 | 0.10 | $92.00 | Status inquiry. | $92.00 |
| 2 | 6/26/2009 | Inselbuch, Elihu | $920.00 | 0.50 | $460.00 | T/c Cooney/RER. | $460.00 |
| 3 | 6/30/2009 | Inselbuch, Elihu | $920.00 | 0.10 | $92.00 | Amended Joinder. | $92.00 |
| 4 | 7/2/2009 | Inselbuch, Elihu | $920.00 | 0.50 | $460.00 | Argument issues. | $460.00 |
| 5 | 7/7/2009 | Inselbuch, Elihu | $920.00 | 2.20 | $2,024.00 | Read corres. on cert. motion (.2); read opinion and order, etc. (2.0); memos re: schedule (.2). | $2,024.00 |

| | |
|---|---|
| **Total Reduction:** | $3,128.00 |
| **Reduction [30%]:** | $938.40 |

# EXHIBIT D

(Block Billing)

**Exhibit D: Block Billing**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 1 | 6/15/2009 | Reinsel, Ronald E. | $640.00 | 2.90 | $1,856.00 | Review committee memoranda pleadings and analysis; follow up teleconf. re: same. | $1,856.00 |
| 2 | 6/15/2009 | Reinsel, Ronald E. | $640.00 | 2.80 | $1,792.00 | Meet w/EI re: case issues and strategy prep. re: meeting w/client. | $1,792.00 |
| 3 | 6/16/2009 | Reinsel, Ronald E. | $640.00 | 2.40 | $1,536.00 | Review pleadings and correspondence, teleconfs. w/EI and team; review draft by-laws and memos. | $1,536.00 |
| 4 | 6/18/2009 | Reinsel, Ronald E. | $640.00 | 9.50 | $6,080.00 | <span style="color:red">Work re: drafting sale objection review/edit Esserman draft and research re: objection (9.5);</span> follow up teleconfs re: Durbin inquiry (.50); teleconf and review re: B. Blessler and Esserman (.60); revise committee memo (1.2). | $6,080.00 |
| 5 | 6/21/2009 | Reinsel, Ronald E. | $640.00 | 3.40 | $2,176.00 | Review docket and filed sale objection. | $2,176.00 |
| 6 | 6/22/2009 | Benetos, Eugenia | $205.00 | 1.50 | $307.50 | Perform review of daily docket.  Convert to PDFs and distribute daily docket to RER, RCT, KCM, and JPW and perform review of docket re: debtor's response for RCT (1.5) | $307.50 |

**Exhibit D: Block Billing**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 7 | 6/24/2009 | Benetos, Eugenia | $205.00 | 8.50 | $1,742.50 | Perform review of court docket. QC all documents re: discovery. Obtain signatures from EI. E-Service to parties re: discovery. Electronically file depositions and affidavits of service. Convert all Word documents to PDF documents. T/Cs with RCT re: filing protocol and meeting with RCT. Prepare materials for hand delivery and federal express.  Emails to Creditor Committee and T/Cs with Court clerk and court chambers re: discovery. (8.5) | $1,742.50 |
| 8 | 6/24/2009 | Benetos, Eugenia | $205.00 | 8.50 | $1,742.50 | Perform QC of all documents to be e-filed, emailed and sent via overnight courier. E-file documents with Affidavit of Services. Convert all WORD documents to PDF documents. T/Cs with RCT re: discovery protocol on ECF. Meeting with RCT re: discovery. T/C with Judge's chambers. Perform review of docket re: CMO. (8.5) | $1,742.50 |
| 9 | 6/25/2009 | Benetos, Eugenia | $205.00 | 3.50 | $717.50 | Perform review of docket re: committees. Draft emails to counsel. Prepare service list. (3.5) | $717.50 |

**Exhibit D: Block Billing**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 10 | 6/26/2009 | Swett, Trevor W. | $660.00 | 1.60 | $1,056.00 | GM discovery: draft Rule 30(b)(6) subparts; conference with JPW regarding document review; conference with RER regarding client's instructions. | $1,056.00 |
| 11 | 6/26/2009 | Benetos, Eugenia | $205.00 | 5.00 | $1,025.00 | Perform QC of Depositions. Electronically file and service through email and overnight courier. (5) | $1,025.00 |
| 12 | 6/27/2009 | Sackett, Andrew J. | $295.00 | 7.70 | $2,271.50 | Review of documents provided by debtor; legal research regarding future claims; meeting with JPW, KCM, and RER regarding document review and legal research. | $2,271.50 |
| 13 | 6/29/2009 | Greene, Michael C. | $235.00 | 5.50 | $1,292.50 | Per EGB, conduct Concordance database search for exhibits listed in the Amended Evidence and Witness List provided by Debtors in advance of June 30, 2009 hearing on Debtors' Asset Sale Motion. | $1,292.50 |
| 14 | 6/30/2009 | Benetos, Eugenia | $205.00 | 5.00 | $1,025.00 | Filing of Objection with TOA and TOC. Emails to RCT re: filing. Completion of exhibit books for RER and RCT. Travel to SDNY re: hearing. (5) | $1,025.00 |

**Exhibit D: Block Billing**
**MARK BUTTITA**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Date | Timekeeper | Rate | Hours | Fees | Description | Reduction |
|---|---|---|---|---|---|---|---|
| 15 | 7/6/2009 | Reinsel, Ronald E. | $640.00 | 3.10 | $1,984.00 | <span style="color:red">Review documents and prep for committee call and participate in committee call re board candidates (3.1);</span> Multiple teleconfs and follow-up re sale decision and potential appeal issues, draft memo re same and follow up re sale hearing (3.9); Participate in continued committee call (0.8) | $1,984.00 |
| 16 | 7/8/2009 | Benetos, Eugenia | $205.00 | 6.50 | $1,332.50 | Prepare filing of pleading through ECF and service to all counsel. QC document. Create and distribute mass email. (6.5) | $1,332.50 |
|  |  |  |  |  |  | **Total Reduction:** | $27,936.50 |
|  |  |  |  |  |  | **Reduction [30%]:** | $8,380.95 |