**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                          :   Chapter 11 Case No.
                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :   09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                               :
                  Debtors.   :   (Jointly Administered)
                                               :
-----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 20, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

    1.    Debtors' Objection to Proof of Claim No. 45631 filed by Steven Newman c/o Michael Green, Deceased (**ECF No. 10048**)

        Responses Filed:            None to date.

        Replies Filed:              None to date.

        Additional Documents:

        A.    Declaration of Joseph H. Smolinsky in Support of Debtors' Objection to Proof of Claim No. 45631 filed by Steven Newman c/o Michael Green, Deceased (**ECF No. 10047**)

        B.    Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim No. 45631 filed by Steven Newman c/o Michael Green, Deceased, with hearing to be held on 9/20/2011 and response due by 9/6/2011 (**ECF No. 10657**)

      **Status:**    As Green failed to file a response by the objection deadline, the Debtors are prepared for this matter to go forward on the basis of default.

2. Notice of Presentment of Proposed Order Granting Motors Liquidation Company GUC Trust's Objection to Claim Nos. 39218, 39219, 39220, 39221, and 39222 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. Section 105(A) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation (**ECF No. 10522**)

    Responses Filed:

    A. Ryan Hawkins, as Personal Representative of the Estate of Barbara Hawkins, Objection to the Order Granting Motors Liquidation Company GUC Trust's Objection to Claim Nos. 39218, 39219, 39220, 39221, and 39222 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 10592**)

    Replies Filed:

    B. Response of Motors Liquidation Company GUC Trust to Objection of Ryan Hawkins, as Personal Representative of the Estate of Barbara Hawkins, to Proposed Order Granting Motors Liquidation Company GUC Trust's Objection To Claim Nos. 39218, 39219, 39220, 39221, and 39222 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation (**ECF No. 10602**)

    Additional Documents:

    C. Motion for Objection to Claim(s) Number: 39218, 39219, 39220, 39221, and 39222/Motors Liquidation Company GUC Trust's Objection to Claim Nos. 39218, 39219, 39220, 39221, and 39222 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation (**ECF No. 10215**)

    D. Affidavit of Service of Courtney Spears of Notice of Hearing and Motors Liquidation Company GUC Trusts Objection to

- 3 -

Claim Nos. 39218, 39219, 39220, 39221, and 39222 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation (**ECF No. 10221**)

**Status:**    This matter is going forward.

Dated: New York, New York
September 16, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

- 3 -