UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT

Dana H. Fox, Pro-se )
    Appellant )
)
v. )
) Lower Court # 09-40026
General Motors, Inc. ) Claim# 4286
Motors Liqidators, et al )
    Appellees )

Appeal of August 12, 2010
Decision And
MOTION TO TOLL THE STATUTE OF LIMITATIONS

Now Comes Plaintiff/Appellant with a motion to toll the statute
of limitations in regards to an appeal of an incorrect decision
to expunge Mr. Fox Pro-se's legitimate claim against General
Motors, Inc.:   Mr. Fox was notified of this mistake on 9/7/11
by a call from David Griffiths from [Weil, etc.] after repeated
calls to Motor Liquidator for Alternate dispute resolution.
Mr. Fox, Pro-se has filed numerous motions for <u>more time to respond</u>
to court papers due to travel responsibilites;   There are also
Motions to recognize the rights of a Pro-se litigant [Does this
court recognize the rights of a pro-se litigant?].
Mr. Fox, Pro-se recalls that the decision of August 12, 2010
appears to be vague and ommissive as it expunges certain cases
yet brings them (the cases) forward indicating that the cases are
still valid:   This is the problem with overwordiness in legal
proceedings where the attempt is to confuse the issue with mis-
representation of what is supposed to be intended.
Mr. Fox Pro-se has also filed for Alternate dispute resolution
and motions here-in for this to be honored.
Mr. Fox Pro-se's matter concerns Public Safety and G.M. was in
contempt of court in the lower court for not responding to a
Court Ordered Subpeona:   This Honorable Court cannot allow G.M.
to get away with this as G.M. is not bankrupt [G.M., Inc. is
bailed out by the U.S. Govt.] and is currently posting a profit
if that can be believed.
Wherefore, Mr. Fox Pro-se motions the court to re-instate this
claim #4286 and assign this matter to non-binding Mediation.

As the court forwards these                     Respectfully Submitted,
pleadings to Motor Liqidators
for [Weil, etc] this is the                       Dana H. Fox, Pro-se
certificate of service, 9/7/11