UNITED STATES BRANKRUPTCY COURT
SOUTHERN DISTRICT

Dana H. Fox, Pro-se           )
    Plaintiff/Appellant    )
v.                            )     Lowere Court # 09-40026 (REG)
                              )     Claim # 4286
General Motors, Inc.          )
Motors Liqidators, et al      )
    Defendants/Appellees   )

RECEIVED SEP 1 2 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Motion to Waive Any Fees to Proceed
In Forma Pauperis

Now Comes Plaintiff/Appellant Dana H. Fox, Pro-se with this
Motion to waive filing fees and any other fees in regards to this
matter, as Mr. Fox Pro-se has existed under Vows of Poverty for
the last 50 years and as a Volunteer to America waiting, now
for his Just Rewards as his Tour of Duty is up:
Social Security Disability:  $663.00 Per Month
Family Estate income:  $600.00 Per Month Plus $250.00 Per Month.
There may be alot of Property that the Trustees of the United States
list in Mr. Fox Pro-se's name yet he receives no income from this
and can make no money from this, including your (my) Bankruptcy
Court that the Trustees set up at my order and you (Judge Gerber)
must recall the history of that small feat!?
Mr. Fox Pro-se asked several times to Mr. Diamond on the telephone
(How's Bobby doing at Barclay's?) and asked the court in pleadings
for any forms that apply to this motion and only received a
denial of motions in regards to this instead of being supplied
with what it is that the court requires.
Mr. Fox is on the road in regards to his Oath of 1965 to defend the
United States and Great Britain from Tyranny and to travel in
regards to other promises made to the Trustees.
George Bush Sr. asked My advice years ago on how to proceed against
General Motors as Mr. Fox Pro-se had already prevailed in this
very same issue of the Aurora Automobile and G.M. has never Fixed
the problem(s).
The vehicle in question was returned under G.M.'s repurchage program
but the dealer and G.M. did nothing; Causing Eight-9 years of
litigation.

This matter is none of the                    Respectfully Submitted
[Weil,etc. business] and that is
my certificate of service.                    Dana H. Fox
          9/9/11

MR. FOX, PRO-SE HAS ALSO SWORN TO DEFEND THE U.S. CONSTITUTION
SEVERAL TIMES AND LEVELS OVER... I EXPECT YOU TO DO THE SAME.