**Summary of Recommended Deductions**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| | |
|---|---:|
| **Total Fees & Expenses Requested (Final Fee Period)** | **$11,302,306.53** |
| Total Fees Requested | $11,093,960.73 |
| Total Expenses Requested | $208,345.80 |
| **Total Fees & Expenses Requested (Current Interim Periods)** | **$3,075,027.85** |
| Total Fees Billed | $3,023,392.75 |
| Total Expenses Billed | $51,635.10 |

| Analysis of Interim Period | |
|---|---:|
| **Fee Category** | **Recommended Disallowance** |
| Exhibit A:  Administrative/Paralegal | $10,240.00 |
| Exhibit B:  Fee Inquiry Time | $7,154.40 |
| Exhibit C:  Unreduced Travel | $485.75 |
| | |
| **Expense Category** | |
| | |
| | $0.00 |
| **Fees and Expenses Total Recommended Disallowance** | **$17,880.15** |

# EXHIBIT A

(Administrative/Paralegal)

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 068000-00032 | Motions | 10/5/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review Committee's motion to enforce the DIP Order. | 0.4 | $40.00 |
| 2 | 068000-00032 | Motions | 10/6/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.2 | $546.00 | Reviewing order re: Sizemore (.3) and various responses to Disclosure Statement approval motion (.4); NOL motion (.2); claims objection motions (.3) | 1.2 | $120.00 |
| 3 | 068000-00001 | Case Administration | 10/7/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.2 | $546.00 | Organizing GM case files | 1.2 | $120.00 |
| 4 | 068000-00032 | Motions | 10/8/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.1 | $500.50 | Review New GM Motion to enforce 363 order (.7); emails w/ J. Sharret and L. Macksoud re: same (.1); objections to plan and disclosure statement (.2); emails w/ L. Macksoud re: same (.1). | 1.1 | $110.00 |
| 5 | 068000-00007 | Claims Administration & Objections | 10/18/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review email from E. Fisher re: Nova Scotia | 0.2 | $20.00 |
| 6 | 068000-00032 | Motions | 10/28/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Review L. Washington amendment motion. | 0.3 | $30.00 |
| 7 | 068000-00009 | Creditor Communications | 10/28/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Updating Committee website re: recent claims trading (.3) | 0.2 | $20.00 |
| 8 | 068000-00001 | Case Administration | 10/29/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Organizing case files | 0.5 | $50.00 |
| 9 | 068000-00009 | Creditor Communications | 10/29/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | <span style="color:red">Updating Committee website re: recent claims trading;</span> email w/ creditor re same | 0.1 | $10.00 |
| 10 | 068000-00009 | Creditor Communications | 11/1/2010 | FRIEDMAN, JOSHUA | $455.00 | 2.3 | $1,046.50 | Creditor calls re: case update and distributions to bondholders (.3), objections to plan and disclosure statement (.5), asbestos discovery (.7), call with D. Blabey re: same (.2), review notice documents re same (.4). <span style="color:red">Review recently filed 3001-Es to update the Committee website.</span> | 0.2 | $20.00 |

Exhibit A:  Administrative/Paralegal
9/16/2011

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 068000-00032 | Motions | 11/2/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.7 | $773.50 | Review Delphi objection to New GM motion (.8), F. Powers motion (.1), order re New GM (.1), Weber Stip (.2) and S. Barrow lift stay motion (.5). | 0.5 | $50.00 |
| 12 | 068000-00009 | Creditor Communications | 11/8/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.1 | $45.50 | Review recent claims trading for updating website | 0.1 | $10.00 |
| 13 | 068000-00032 | Motions | 11/12/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review Ramp Chevy objection to New GM Motion to Enforce 363 Sale | 0.4 | $40.00 |
| 14 | 068000-00007 | Claims Administration & Objections | 11/16/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review Butzel Long Nova Scotia update | 0.2 | $20.00 |
| 15 | 068000-00007 | Claims Administration & Objections | 11/18/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review Butzel Long summary re partial settlement re Nova Scotia | 0.2 | $20.00 |
| 16 | 068000-00009 | Creditor Communications | 11/18/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.6 | $728.00 | Creditor calls re bond status, disbursements and IPO (1.2); emails w/ J. Sharret re same (.2). Review recent claims trading for purposes of updating committee website; emails w/ J. Sharret re same; | 0.4 | $40.00 |
| 17 | 068000-00007 | Claims Administration & Objections | 11/19/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.4 | $637.00 | Review FTI claims update report and update report on Q3 results; Review Nova Scotia motion to disallow claims; | 1.4 | $140.00 |
| 18 | 068000-00032 | Motions | 11/19/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Reviewing court orders re Stasko and Sizemore appeals (.4); reviewing background documents re same (.4). | 0.2 | $20.00 |
| 19 | 068000-00007 | Claims Administration & Objections | 11/22/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Review J. Santambrogio, J. Sharret and L. Macksoud emails re Dale Earnhardt settlement (.2); review related materials re same (.3). | 0.5 | $50.00 |
| 20 | 068000-00009 | Creditor Communications | 11/22/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.5 | $682.50 | Emails w/ J. Sharret and L. Macksoud re claims trading; updating website re same. Emails w/ T. Mayer, L. Macksoud and J. Sharret re news reporter's requests; Creditor calls re case update, status of bonds; | 1.5 | $150.00 |

Exhibit A:  Administrative/Paralegal
9/16/2011

## Exhibit A: Administrative/Paralegal
## KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 068000-00007 | Claims Administration & Objections | 11/24/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.9 | $409.50 | Review Toyota and NUMMI complaints, NUMMI stipulation (.5); email R. Chaikin re same (.1); emails w/ R. Schmidt, J. Sharret and L. Macksoud re same (.3) | 0.9 | $90.00 |
| 22 | 068000-00007 | Claims Administration & Objections | 11/29/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Emails w/ R. Schmidt and R. Chaikin re NUMMI | 0.3 | $30.00 |
| 23 | 068000-00009 | Creditor Communications | 11/30/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.5 | $682.50 | <span style="color:red">Reviewing recent claims trading (.2), updating website re same (.1),</span> creditor calls re preferred notes, bonds and case update (1.1), email w/ creditor re same (.1). | 0.3 | $30.00 |
| 24 | 068000-00032 | Motions | 11/30/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.8 | $819.00 | Review various liftstay stipulations (Morway, Barrow, Wood, Pace). | 1.8 | $180.00 |
| 25 | 068000-00007 | Claims Administration & Objections | 12/3/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review J. Santambrogio emails re ADR and creditor claims data | 0.4 | $40.00 |
| 26 | 068000-00016 | Hearings | 12/3/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Reievw T. Mayer emails re 12/3 hearing. | 0.4 | $40.00 |
| 27 | 068000-00007 | Claims Administration & Objections | 12/6/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Review admin bar date motion (.7); Reviewing order re IUE claims sale (.1); | 0.8 | $80.00 |
| 28 | 068000-00009 | Creditor Communications | 12/7/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Review recent claims trading (.2); update website re same (.1) | 0.3 | $30.00 |
| 29 | 068000-00016 | Hearings | 12/7/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Prepare for disclosure statement hearing | 0.5 | $50.00 |
| 30 | 068000-00032 | Motions | 12/13/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.4 | $637.00 | Reviewing M-Tech order (.2), New GM Nova Scotia response (.3), New GM motion re Leson Chevrolet (.4); drafting summaries re same (.3); emails L. Macksoud re same (.2) | 1.4 | $140.00 |
| 31 | 068000-00007 | Claims Administration & Objections | 12/14/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.6 | $728.00 | Reviewing filed Nova Scotia pleadings (1.0); emails L. Macksoud re same (.2); review admin expense claim order (.1); review structured settlement documents (.3) | 1.6 | $160.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 068000-00015 | Environmental Issues | 12/14/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.2 | $546.00 | Review various filed USA environmental settlement documents | 1.2 | $120.00 |
| 33 | 068000-00016 | Hearings | 12/14/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $227.50 | Emails w/ R. Schmidt re 12/7 hearing | 0.4 | $40.00 |
| 34 | 068000-0016 | Hearings | 12/15/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Prepare for 12-15 hearing re IUE motion/Nova Scotia | 0.2 | $20.00 |
| 35 | 068000-00007 | Claims Administration & Objections | 12/20/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.9 | $409.50 | Brief review of filed claims objections (.7); emails L. Macksoud re same (.2) | 0.9 | $90.00 |
| 36 | 068000-00016 | Hearings | 12/20/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.1 | $45.50 | Review Bermudez notice of adjournment; email L. Macksoud re same | 0.1 | $10.00 |
| 37 | 068000-00009 | Creditor Communications | 12/21/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review recent claims trading for website update | 0.2 | $20.00 |
| 38 | 068000-00032 | Motions | 12/22/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.0 | $455.00 | Review New GM/UAW pleadings | 1.0 | $100.00 |
| 39 | 068000-00002 | General Adversary Proceedings | 12/23/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Review pro se notice of appeal and related pleading (.2); emails w/ L. Macksoud re same (.1) | 0.3 | $30.00 |
| 40 | 068000-00007 | Claims Administration & Objections | 12/24/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review FTI claims update report | 0.4 | $40.00 |
| 41 | 068000-00007 | Claims Administration & Objections | 12/27/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.8 | $819.00 | Review recent objections to individual and class claims | 1.8 | $180.00 |
| 42 | 068000-00007 | Claims Administration & Objections | 12/28/2010 | FRIEDMAN, JOSHUA | $455.00 | 3.2 | $1,456.00 | Review reply to Deutsche Bank motion (.6); email L. Macksoud re same (.1); review Debtors NUMMI pleading (.8); email L. Macksoud re same (.1); review recent claims objection motions; | 3.2 | $320.00 |
| 43 | 068000-00007 | Claims Administration & Objections | 12/30/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.3 | $591.50 | Review recent claims objection motions, including Northrop Grumman objection | 1.3 | $130.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 068000-00009 | Creditor Communications | 12/30/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.6 | $728.00 | Review recent claims trading for website update (.2); creditor communications re case status (1.4); | 0.2 | $20.00 |
| 45 | 068000-00016 | Hearings | 12/30/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review notice of adjournment re liftstay | 0.2 | $20.00 |
| 46 | 068000-00007 | Claims Administration & Objections | 1/3/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Review late filed claims motion (.6); email L. Macksoud re same (.2) | 0.8 | $80.00 |
| 47 | 068000-00032 | Motions | 1/3/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.0 | $455.00 | Review Shostack motion and related order (.3), New GM letter (.2), Order re IUE motion (.2), Order re CMO (.2); email L. Macksoud re same (.1) | 1.0 | $100.00 |
| 48 | 068000-00007 | Claims Administration & Objections | 1/5/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Review Beverly Smith claims objection motion; emails L. Macksoud re same | 0.5 | $50.00 |
| 49 | 068000-00032 | Motions | 1/5/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.7 | $318.50 | Review Judge Gerber order re Beverley Deutsch and 363 sale enforcement (.4); review draft stipulation re asbestos (.3) | 0.7 | $70.00 |
| 50 | 068000-00016 | Hearings | 1/6/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Prepare for 1-11 hearing; email w/ Weil re same | 0.4 | $40.00 |
| 51 | 068000-00032 | Motions | 1/6/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review Tracy Wood stay order | 0.2 | $20.00 |
| 52 | 068000-00007 | Claims Administration & Objections | 1/7/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Review L. Macksoud email and memo re Deutsche Bank | 0.5 | $50.00 |
| 53 | 068000-00009 | Creditor Communications | 1/7/2010 | FRIEDMAN, JOSHUA | $455.00 | 2.5 | $1,137.50 | Reviewing recent claims trading and updating website re same (.4); email J. Sharret re same (.1); emails w/ creditors re distributions and warrants (.4); creditor calls and review of related materials re retirees, attorney fees, bonds, New GM stock and warrants (1.6) | 0.5 | $50.00 |
| 54 | 068000-00032 | Motions | 1/8/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Brief review of Debtors motion to reject Utility Services | 0.3 | $30.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 068000-00004 | Insurance and Other Business Operations | 1/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review essential vendor letter; emails L. Macksoud re same | 0.2 | $20.00 |
| 56 | 068000-00007 | Claims Administration & Objections | 1/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.7 | $318.50 | Review Nova Scotia discovery documents | 0.7 | $70.00 |
| 57 | 068000-00009 | Creditor Communications | 1/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.5 | $682.50 | Review recent claims trading (.3); emails R. Schmidt and L. Macksoud re same (.2); updating website re same (.2); t/c and emails w/ creditors re case status and distributions (.8) | 0.7 | $70.00 |
| 58 | 068000-00016 | Hearings | 1/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.3 | $591.50 | Preparing for 1-11 hearing | 1.3 | $130.00 |
| 59 | 068000-00032 | Motions | 1/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.8 | $819.00 | Review recently filed pleadings, including various 3018 motions re Nova Scotia (.7); Debtors' operating report (.6); Fee Examiner's report re Brownfield (.2); Debtors opposition to Shostack (.3). | 1.8 | $180.00 |
| 60 | 068000-00007 | Claims Administration & Objections | 1/11/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.6 | $273.00 | Review K. Cooperman emails re noteholders' discovery (.6) | 0.6 | $60.00 |
| 61 | 068000-00007 | Claims Administration & Objections | 1/11/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review H. Baer, L. Macksoud emails and pleadings re D. Shostack (.4); | 0.4 | $40.00 |
| 62 | 068000-0016 | Hearings | 1/11/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Review L. Macksoud summary re 1-11 hearing and related materials | 0.3 | $30.00 |
| 63 | 068000-00032 | Motions | 1/11/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.6 | $1,183.00 | Draft summaries re utility rejection motion and Nova Scotia 3018 motions (2.3); email L. Macksoud re same (.3) | 2.6 | $260.00 |
| 64 | 068000-00001 | Case Administration | 1/12/2011 | FRIEDMAN, JOSHUA | $455.00 | 3.7 | $1,683.50 | Organizing case files | 3.7 | $370.00 |

Exhibit A: Administrative/Paralegal
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.*:  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 068000-00032 | Motions | 1/13/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.9 | $409.50 | Review Fiat objection withdrawal (.1); email L. Macksoud re same (.1); review objection to 110th omnibus claims objection (.4); draft summary and email L. Macksoud re same (.2); review order re fee examiner stipulation (.1). | 0.9 | $90.00 |
| 66 | 068000-00007 | Claims Administration & Objections | 1/18/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.7 | $318.50 | Review and summarize Deutsche Bank stipulation (.4); email L. Macksoud re same (.1); review New GM scheduling stip (.2). | 0.7 | $70.00 |
| 67 | 068000-00007 | Claims Administration & Objections | 1/21/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.1 | $45.50 | Review B. Seidel email re Nova Scotia | 0.1 | $10.00 |
| 68 | 068000-00002 | General Adversary Proceedings | 1/21/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.7 | $318.50 | Emails to L. Macksoud re NUMMI. | 0.7 | $70.00 |
| 69 | 068000-00016 | Hearings | 1/24/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.6 | $273.00 | T/cs and emails w/ Weil re upcoming 2/3/11 hearing (.3); review draft agenda re same (.2); emails L. Macksoud re same (.1) | 0.6 | $60.00 |
| 70 | 068000-00002 | General Adversary Proceedings | 1/24/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.7 | $318.50 | Emails w/ R. Schmidt and L. Macksoud re term loan litigation | 0.7 | $70.00 |
| 71 | 068000-00007 | Claims Administration & Objections | 1/27/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Review FTI claims update report (.8); | 0.8 | $80.00 |
| 72 | 068000-00009 | Creditor Communications | 1/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Updating creditors call log | 0.5 | $50.00 |
| 73 | 068000-00009 | Creditor Communications | 1/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.9 | $1,319.50 | Creditor calls and emails re solicitation packages, plan information and balloting (2.5); update creditor log re same (.4) | 0.4 | $40.00 |
| 74 | 068000-00002 | General Adversary Proceedings | 1/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review Toyota filing re NUMMI. | 0.2 | $20.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 068000-00007 | Claims Administration & Objections | 1/31/2011 | FRIEDMAN, JOSHUA | $455.00 | 3.6 | $1,638.00 | Review K. Cooperman emails re Nova Scotia (.4); email L. Macksoud re same (.1); review Nova Scotia Trustee reply re 3018 (.2); draft summary re same (.3); review Debtors reply re Saturn class claims (.8); draft summary re same (.5); review DTE objection (.6); draft summary re same (.4); review P. Meyer claims objection (.3) | 3.6 | $360.00 |
| 76 | 068000-00009 | Creditor Communications | 1/31/2011 | FRIEDMAN, JOSHUA | $455.00 | 6.2 | $2,821.00 | Creditor calls re case status, bonds, distributions, common and preferred shares in Old GM, New GM warrants (3.7); emails L. Macksoud re same (.2) review related materials re same (1.8); review recent claims trading and update website re same (.5) | 0.5 | $50.00 |
| 77 | 068000-00002 | General Adversary Proceedings | 2/1/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Review NUMMI pleadings | 0.8 | $80.00 |
| 78 | 068000-00016 | Hearings | 2/1/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Prepare for 2-3 hearing | 0.8 | $80.00 |
| 79 | 068000-00009 | Creditor Communications | 2/4/2011 | FRIEDMAN, JOSHUA | $455.00 | 3.0 | $1,365.00 | Emails w/creditors re balloting and distributions (1.3); emails w/ Weil re same (.4); review related materials (.7); updating FAQ section of committee website (.6) | 0.6 | $60.00 |
| 80 | 068000-00032 | Motions | 2/4/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Emails w/ L. Macksoud re recently filed motions | 0.2 | $20.00 |
| 81 | 068000-00032 | Motions | 2/6/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.6 | $273.00 | Review Debtors' objection to S. Stasko and S. Carter proofs of claim. | 0.6 | $60.00 |
| 82 | 068000-00009 | Creditor Communications | 2/4/2011 | FRIEDMAN, JOSHUA | $455.00 | 4.2 | $1,911.00 | Updating creditor call log (.8); return creditor calls and emails re balloting, case status, distributions, committee support letter (1.9); updating FAQ seciton of website (.7); reviewing related materials re same (.8). | 1.5 | $150.00 |
| 83 | 068000-00032 | Motions | 2/7/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.2 | $546.00 | Review JPMorgan's objection to plan confirmation (.4); draft summary re same (.5); emails R. Schmidt re same (.3). | 1.2 | $120.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 84 | 068000-00002 | General Adversary Proceedings | 2/8/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.3 | $591.50 | Review Debtors reply re NUMMI (.9); emails L. Macksoud re same (.4) | 1.3 | $130.00 |
| 85 | 068000-00016 | Hearings | 2/8/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.2 | $1,001.00 | Prepare for 2-9 and 2-10 hearings (2.1); o/m R. Chaikin re same (.1) | 2.2 | $220.00 |
| 86 | 068000-00007 | Claims Administration & Objections | 2/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review Debtors' monthly operating report. | 0.4 | $40.00 |
| 87 | 068000-00032 | Motions | 2/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.6 | $273.00 | Review Spencer, Kidwell and Carter motions. | 0.6 | $60.00 |
| 88 | 068000-0016 | Hearings | 2/16/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Create motion summaries chart re 3-1 hearing. | 0.5 | $50.00 |
| 89 | 068000-00032 | Motions | 2/17/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.8 | $364.00 | Emails w/ L. Macksoud re Debtors' motions to allow (.2); review (.3) and draft summaries (.3) re Stanley Stasko claim, TPC Lenders stipulation | 0.8 | $80.00 |
| 90 | 068000-00007 | Claims Administration & Objections | 2/23/2011 | FRIEDMAN, JOSHUA | $455.00 | 5.5 | $2,502.50 | Review various omnibus claims objections (.5) and Debtors objection to NUMMI admin expense claim (.6); emails FTI and R. Chaikin re same (.2); review documents re Nova Scotia discovery (4.2) | 1.3 | $130.00 |
| 91 | 068000-00009 | Creditor Communications | 2/23/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.8 | $819.00 | Updating GM website (.7); emails and t/cs Epiq and L. Macksoud (.3) re same; Emails to creditors re case status and voting/distribution status (.8). | 0.7 | $70.00 |
| 92 | 068000-00032 | Motions | 2/23/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Review Judge Gerber 2019 order re Brown Rudnick Nova Scotia Noteholders | 0.2 | $20.00 |
| 93 | 068000-00007 | Claims Administration & Objections | 2/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 4.9 | $2,229.50 | Review documents re Nova Scotia discovery (3.6); review (.7) and summarize (.6) Debtors' objection to Mealer admin expense claim. | 1.3 | $130.00 |
| 94 | 068000-0016 | Hearings | 2/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.3 | $591.50 | Prepare for 3-1 hearings (.6); revise motion summaries chart for 3-1 hearing (.7) | 1.3 | $130.00 |
| 95 | 068000-00032 | Motions | 3/1/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Revising 3/3 motion summaries chart | 0.3 | $30.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 068000-00006 | DIP Financing/Cash Collateral | 3/2/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review DIP Credit Agreement and related pleadings | 0.4 | $40.00 |
| 97 | 068000-0016 | Hearings | 3/2/2011 | FRIEDMAN, JOSHUA | $455.00 | 8.2 | $3,731.00 | Prepare for confirmation hearing (6.7); multiple o/ms re same w/ L. Macksoud and R. Chaikin (1.5). | 8.2 | $820.00 |
| 98 | 068000-00001 | Case Administration | 3/3/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.6 | $728.00 | Organizing case files. | 1.6 | $160.00 |
| 99 | 068000-00009 | Creditor Communications | 3/8/2011 | FRIEDMAN, JOSHUA | $455.00 | 4.3 | $1,956.50 | Review recent claims trading (.4); updating website re same (.4); t/cs and emails w/ creditors re confirmation hearing, plan, distributions, claims status, bonds (3.5). | 0.8 | $80.00 |
| 100 | 068000-00032 | Motions | 3/8/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Review Brown Rudnick 2019; email L. Macksoud re same. | 0.3 | $30.00 |
| 101 | 068000-00004 | Insurance and Other Business Operations | 3/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.1 | $45.50 | Review email from E. Wu re essential vendor letters | 0.1 | $10.00 |
| 102 | 068000-00015 | Environmental Issues | 3/11/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.4 | $637.00 | Review recent environmental filings, including re Valleycrest site (1.2); emails C. Warren re same (.2). | 1.4 | $140.00 |
| 103 | 068000-00032 | Motions | 3/11/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Review Debtors' monthly operating report | 0.5 | $50.00 |
| 104 | 068000-00032 | Motions | 3/14/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.0 | $910.00 | Review January monthly operating report (.2); settlement of California environmental claim (.8) and Anderson class settlement motion (1.0). | 2.0 | $200.00 |
| 105 | 068000-00009 | Creditor Communications | 3/17/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.3 | $1,046.50 | Updating creditor log (.3); t/cs with creditors re case status and distributions (.6); review related materials (1.1); updating committee voicemail (.3). | 0.6 | $60.00 |
| 106 | 068000-00016 | Hearings | 3/18/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.6 | $273.00 | Updating motion summaries chart for 3-29 hearing | 0.6 | $60.00 |
| 107 | 068000-00016 | Hearings | 3/21/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Revise motion summaries chart for 3/29 hearing | 0.2 | $20.00 |

Exhibit A: Administrative/Paralegal
## KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*In re Motors Liquidation Co., et al.*:  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 068000-00007 | Claims Administration & Objections | 3/21/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.3 | $591.50 | Review Toyota stipulation (.1); draft summary re same (.3); email L. Macksoud re same (.2); review related materials (.7). | 1.3 | $130.00 |
| 109 | 068000-00009 | Creditor Communications | 3/21/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.2 | $1,001.00 | Update creditor call log (.2); creditor calls with creditors re claims status, distributions, outcome of confirmation hearing (1.1); review related materials (.5); revise FAQ section of committee website (.4). | 0.6 | $60.00 |
| 110 | 068000-00016 | Hearings | 3/22/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Updating motion summaries chart for March 29 hearing | 0.4 | $40.00 |
| 111 | 068000-00015 | Environmental Issues | 3/22/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.4 | $637.00 | Reviewing recent environmental pleadings (1.3); email C. Warren re same (.1) | 1.4 | $140.00 |
| 112 | 068000-00032 | Motions | 3/23/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.7 | $1,228.50 | Revising motion summaries chart for 3/29 hearing (1.1); emails L. Macksoud and R. Schmidt re same (.3); review Smalley summary judgment motion (.3) and Yosemite PRP stipulation (.8); emails L. Macksoud and C. Warren re same (.2). | 2.7 | $270.00 |
| 113 | 068000-00016 | Hearings | 3/25/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Review filed agenda for 3/29 hearing (.1); emails and o/ms L. Macksoud and R. Chaikin re same (.4) | 0.5 | $50.00 |
| 114 | 068000-00032 | Motions | 3/25/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.3 | $591.50 | Review recently filed pleadings: letters from Lelah Johnson and Hugo Anderson (.3); NYS letter re confirmation order (.2); John Mealer supplemental filing (.8) | 1.3 | $130.00 |
| 115 | 068000-00009 | Creditor Communications | 3/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 3.0 | $1,365.00 | Updating creditor call log (.4); t/cs and email w/ creditors re case status, distributions, claims trading, bonds (2.3); review related materials (.3). | 0.4 | $40.00 |
| 116 | 068000-00007 | Claims Administration & Objections | 3/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | | Review letter to Judge Gerber re Nova Scotia | 0.2 | $20.00 |
| 117 | 068000-00016 | Hearings | 3/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.5 | $682.50 | Emails w/ A. Phillips and R. Chaikin re March 29 hearing (.4); prep re same (1.1). | 1.5 | $150.00 |

**Exhibit A: Administrative/Paralegal**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter Number | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Hours Reduced | Amount Reduced ($100/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 068000-00032 | Motions | 3/28/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.0 | $455.00 | Review US support statement,, Shostack sur-reply, Sentry motion to reconsider | 1.0 | $100.00 |
| | | | | | | | | **Total Reduction:** | | **$10,240.00** |

# EXHIBIT B

(Fee Inquiry Time)

**Exhibit B: Fee Inquiry Time**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/5/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Reviewing fee examiner's report on Bates White's fee application. |
| 2 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/5/2010 | SCHMIDT, ROBERT T. | 775 | 0.4 | 310 | Review fee auditor report; o/c J. Sharret re same. |
| 3 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/5/2010 | SHARRET, JENNIFER | 550 | 0.2 | 110 | Reviewing fee examiner correspondence to Bates White and email to R. Grinberg re: same |
| 4 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/12/2010 | SHARRET, JENNIFER | 550 | 0.4 | 220 | T/c with fee examiner and R. Grinberg re: Bates White fee app; reviewing emails w/R. Grinberg re same. |
| 5 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/19/2010 | SCHMIDT, ROBERT T. | 775 | 0.9 | 697.5 | Review fee auditor objections to fee applications (.2); edit KL response to same (.5); conf. J. Sharret re monthly budget (.2). |
| 6 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/19/2010 | SHARRET, JENNIFER | 550 | 1.1 | 605 | Revising response to the Fee Examiner (.4); c/f with R. Schmidt re: monthly budget and email to R. Chaikin re: same (.2); reviewing objections filed by fee examiner and email w/R. Grinberg, FTI and Butzel Long re same (.5). |
| 7 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/20/2010 | SHARRET, JENNIFER | 550 | 0.6 | 330 | Reviewing revised response to the Fee Examiner and c/f w/R. Chaikin re same (.5); conf. w/R. Schmidt re same (.1). |
| 8 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/20/2010 | SCHMIDT, ROBERT T. | 775 | 0.7 | 542.5 | Review and edit response to Fee Auditor (.6); o/cs J. Sharret re same (.1). |
| 9 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/20/2010 | CHAIKIN, REBECCA B. | 275 | 0.5 | 137.5 | Edits to fee examiner response and conf. J. Sharret re same. |
| 10 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/21/2010 | FRIEDMAN, JOSHUA | $455.00 | 2 | $910.00 | Revising fee examiner response (1.7); emails w/ J. Sharret, R. Chaikin and R. Schmidt re: same (.3). |
| 11 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/21/2010 | SCHMIDT, ROBERT T. | 775 | 0.6 | 465 | Edit reply to fee auditor (.5); email J. Friedman re same (.1). |

## Exhibit B: Fee Inquiry Time
### KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 12 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/21/2010 | SHARRET, JENNIFER | 550 | 0.2 | 110 | Reviewing finalized response to Fee Examiner |
| 13 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/21/2010 | CHAIKIN, REBECCA B. | 275 | 0.8 | 220 | Edits to (.5) and file (.3) response to fee examiner. |
| 14 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/22/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Emails w/ J. Sharret, L. Macksoud and M. Makinde re: FTI fee examiner response (.3); review same (.1). |
| 15 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/22/2010 | SCHMIDT, ROBERT T. | 775 | 0.9 | 697.5 | Review responses to fee auditor and hearing transcripts re same. |
| 16 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/22/2010 | SHARRET, JENNIFER | 550 | 0.9 | 495 | Reviewing FTI response to the Fee Examiner (.5) and t/c with C. Tully re: same (.2); t/c and emails with M. Makinde re: filing of FTI's response to Fee Examiner (.2) |
| 17 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/25/2010 | FRIEDMAN, JOSHUA | $455.00 | 1.8 | $819.00 | Research re: defending fee applications (1.6); conf. w/ R. Schmidt re: same (.2). |
| 18 | 068000-00019 | Fee Applications and Fee Examiner Issues | 10/25/2010 | SCHMIDT, ROBERT T. | $775.00 | 1.5 | $1,162.50 | Reivew docs and case law to prepare for next day Bankruptcy Court hearing on fee examiner objection (1.3); o/cs J. Sharret and J. Friedman (.2) re same. |
| 19 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/16/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Review Fee Examiner memo to case professionals and emails w/ R. Schmidt, L. Macksoud and J. Sharret re same (.3) |

## Exhibit B: Fee Inquiry Time
## KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 20 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/23/2010 | FRIEDMAN, JOSHUA | $455.00 | 2.5 | $1,137.50 | Reviewing and summarizing Judge Gerber ruling on fee issues (.2); emails w/ J. Sharret and L. Macksoud re same (.3); drafting letter to Fee Examiner re increase in billing rates (.3); preparation for same (.5); revising same (.1); t/c w/ P. Pearlman re same (.1); reviewing related materials re same (.7); reviewing R. Chaikin emails re fee examiner responses (.2); o/m R. Schmidt re fees (.1). |
| 21 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/24/2010 | CHAIKIN, REBECCA B. | 275 | 1 | 275 | Draft addition to letter to examiner re rate increases (.2) and mail same (.8). |
| 22 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/24/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.5 | $227.50 | Email w/ Fee Examiner re letter re rate increases; revisions to letter re same; conf R. Schmidt re same. |
| 23 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/24/2010 | SCHMIDT, ROBERT T. | 775 | 0.5 | 387.5 | Edit letter to fee examiner; t/c and e/m J. Sharret and J. Friedman re same. |
| 24 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/30/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.9 | $409.50 | Review Bates White October invoice (.5); Revise and send email to Fee Examiner re fees on fees (.4); |
| 25 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/30/2010 | SCHMIDT, ROBERT T. | 775 | 0.7 | 542.5 | Comment on response to fee examiner re fees on fees (.6); o/cs J. Sharret and J. Friedman re same (.1). |
| 26 | 068000-00019 | Fee Applications and Fee Examiner Issues | 11/30/2010 | SHARRET, JENNIFER | 550 | 0.3 | 165 | Reviewing draft email to Fee Examiner re fees on fees issue and c/f with R. Schmidt and J. Friedman re same. |
| 27 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/1/2010 | FRIEDMAN, JOSHUA | $455.00 | 2.6 | $1,183.00 | Review Bates White fee statement (.6) email Alix re same (.1); Review draft objections re Bates White and Kramer Levin (.8); emails R. Chaikin and L. Macksoud re same (.2); draft summary re same (.7); email KL team re same (.2); |

**Exhibit B: Fee Inquiry Time**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 28 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/1/2010 | MACKSOUD, LAUREN M | 645 | 0.6 | 387 | Reviewing letter provided by fee examiner (.4), conferring with J. Friedman regarding same (.2). |
| 29 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/1/2010 | SCHMIDT, ROBERT T. | 775 | 0.5 | 387.5 | Review fee examiner corresp (.2); review fee on fee research (.3) |
| 30 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/2/2010 | SCHMIDT, ROBERT T. | 775 | 0.7 | 542.5 | Review fee auditor report and fee app (.5); o/cs P. Pearlman, J. Sharret, L. Macksoud re same (.2) |
| 31 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/3/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.3 | $136.50 | Emails R. Schmidt and R. Grinberg re fee examiner objections |
| 32 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/3/2010 | MACKSOUD, LAUREN M | 645 | 0.4 | 258 | Conferring with J. Friedman regarding draft response to fee examiner. |
| 33 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/3/2010 | SCHMIDT, ROBERT T. | 775 | 0.3 | 232.5 | O/cs J. Friedman, L. Macksoud re fee auditor response and review materials re same |
| 34 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/6/2010 | FRIEDMAN, JOSHUA | $455.00 | 2 | $910.00 | Drafting email to fee examiner (.4) and begin drafting response (1.4); emails R. Schmidt and L. Macksoud re same (.2) |
| 35 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/6/2010 | MACKSOUD, LAUREN M | 645 | 1.2 | 774 | Conferring with J. Friedman regarding response to fee objection (.5), revising email to fee examiner regarding same (.4), conferring with R. Schmidt regarding same (.3). |
| 36 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/6/2010 | SCHMIDT, ROBERT T. | 775 | 0.6 | 465 | Review e/m response to fee examiner (.3); o/cs J. Sharret, L. Macksoud, J. Friedman re same (.3) |
| 37 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/7/2010 | CHAIKIN, REBECCA B. | 275 | 1.6 | 440 | Review Fee Examiner's Draft Objection and KL Response (.4), Conf. J. Friedman re same (.2), Draft comments re same (.4), draft chart of market rate increases (.6). |

Exhibit B:  Fee Inquiry Time
9/16/2011

**Exhibit B: Fee Inquiry Time**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 38 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/7/2010 | FRIEDMAN, JOSHUA | $455.00 | 6.2 | $2,821.00 | Draft Fee Examiner response (5.3); emails w. R. Schmidt re extension (.2); review recent survey re billing rates (.5); review itemized Fee Examiner fee detail review re 50% deduction (.1); Emails with R. Chaikin re same (.1) |
| 39 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/7/2010 | MACKSOUD, LAUREN M | 645 | 0.6 | 387 | Conferring with J. Friedman and R. Schmidt regarding status of objection to fee examiner (.4), conferring with fee examiner regarding open issues (.2). |
| 40 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/8/2010 | FRIEDMAN, JOSHUA | $455.00 | 3.6 | $1,638.00 | Emails w/ FTI, Butzel Long, Bates White re responding to fee examiner (.4); t/c w/ R. Grinberg re same (.2); emails w/ R. Chaikin re setting up courtcall and speaking to Epiq re filing and service of potential responses (.2); review Fee Examiner objections to KL, Butzel Long, FTI and Bates White fee applications (.9); emails w/ L. Macksoud re same (.2); Emails w/ Fee Examiner re extension, backup to expenses (.2); finalizing draft response to Fee Examiner (.8); email w/ R. Schmidt re same (.1); emails w/ L. Macksoud re same (.2); review L. Macksoud redline re same (.2); revise response (.2). |
| 41 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/8/2010 | MACKSOUD, LAUREN M | 645 | 0.4 | 258 | Reviewing and revising objection to fee examiner response (.6), conferring with J. Friedman regarding same (.4) |
| 42 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/10/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.6 | $273.00 | Emails w/ R. Schmidt, L. Macksoud (.4) re responding to Fee Examiner and Weil (.2) re resolution of fee issues |

Exhibit B:  Fee Inquiry Time
9/16/2011

**Exhibit B: Fee Inquiry Time**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 43 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/10/2010 | MACKSOUD, LAUREN M | 645 | 0.4 | 258 | Conferring with J. Friedman and R. Schmidt regarding fee examiner issues (.3), drafting email to fee examiner regarding same (.1). |
| 44 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/10/2010 | SCHMIDT, ROBERT T. | 775 | 0.4 | 310 | Review fee examiner reply (.2); review e/ms J. Friedman and L. Macksoud re same (.2) |
| 45 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/13/2010 | CHAIKIN, REBECCA B. | 275 | 2.5 | 687.5 | Review time billed to "Fees on fees" and compare to examiner's estimate (.3), Create chart of adjustments to Second Interim Fees (2.2). |
| 46 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/13/2010 | FRIEDMAN, JOSHUA | $455.00 | 4.1 | $1,865.50 | T/cs x2 w/ Fee Examiner and L. Macksoud re 4th interim fee application/fees on fees (.4); preparation for same (1.7); draft email to R. Schmidt re calls and potential resolution of open issues with Fee Examiner (1.1); review Caplin & Drysdale respone re fee application (.3); review other filed fee examiner pleadings (.3); emails w/ R. Grinberg re Bates White fee application and resolution re same (.3) |
| 47 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/13/2010 | MACKSOUD, LAUREN M | 645 | 1.9 | 1225.5 | Meeting with J. Friedman to discuss issues related to fee examiner's objection (.7), call with counsel to fee examiner regarding same (.6), conferring with R. Schmidt regarding status (.2), follow up call with counsel to fee examiner regarding same (.4) |
| 48 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/13/2010 | SCHMIDT, ROBERT T. | 775 | 0.9 | 697.5 | Review fee examiner objection (.2); review L. Macksoud's email re same (.1); review draft response re same (.6) |

## Exhibit B: Fee Inquiry Time
### KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 49 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/14/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Emails L. Macksoud, K. Stadler re adjourning fee hearing |
| 50 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/14/2010 | MACKSOUD, LAUREN M | 645 | 1 | 645 | Reviewing and revising email regarding possible settlement with fee examiner. Meeting with R. Schmidt and J. Friedman regarding negotiations with fee examiner (.4), reviewing stipulation to adjourn hearing on same (.1), conferring with R. Schmidt regarding same (.1). |
| 51 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/20/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.2 | $91.00 | Emails and t/c L. Macksoud re potential fee examiner settlement |
| 52 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/20/2010 | MACKSOUD, LAUREN M | 645 | 0.6 | 387 | Reviewing Judge's ruling with respect to Caplin & Drysdale's fee application (.3), drafting email to R. Schmidt regarding same (.2), conferring with J. Friedman regarding same (.1). |
| 53 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/21/2010 | FRIEDMAN, JOSHUA | $455.00 | 1 | $455.00 | Emails w/ E. Wu re fee examiner (.4); e/ms w/ L. Macksoud re same (.1); discussions L. Macksoud re order re fees and responding to fee examiner (.3); e/m w/ L. Macksoud re 4th interim fee app (.2) |
| 54 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/22/2010 | MACKSOUD, LAUREN M | 645 | 0.3 | 193.5 | Conferring with R. Schmidt regarding potential settlement with fee examiner |
| 55 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/23/2010 | SCHMIDT, ROBERT T. | 775 | 0.5 | 387.5 | Review L Macksoud analysis re open fee issues (.3); review draft motion and stip re modifications to fee examiner appointment (.2) |
| 56 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/27/2010 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | Review fee examiner stipulation |
| 57 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/28/2010 | SCHMIDT, ROBERT T. | 775 | 0.4 | 310 | Review fee examiner motion and L. Macksoud emails re same |

## Exhibit B: Fee Inquiry Time
### KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP

*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 58 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/29/2010 | MACKSOUD, LAUREN M | 645 | 0.2 | 129 | Conferring with K. Stadler regarding fee examiner's motion |
| 59 | 068000-00019 | Fee Applications and Fee Examiner Issues | 12/30/2010 | SCHMIDT, ROBERT T. | 775 | 0.4 | 310 | Review fee examiner stip order and L Macksoud e/m re same |
| 60 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/5/2011 | FRIEDMAN, JOSHUA | $455.00 | 0.4 | $182.00 | O/m L. Macksoud re settlement with Fee Examiner |
| 61 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/5/2011 | MACKSOUD, LAUREN M | 645 | 0.7 | 451.5 | Various conferences with counsel to fee examiner regarding settlement of issues related third and fourth interim fee application (.4), meeting with J. Friedman in preparation for same (.3) |
| 62 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/5/2011 | SCHMIDT, ROBERT T. | 775 | 0.3 | 232.5 | Review fee examiner stip and settlements (.2); review fee auditor e/ms (.1) |
| 63 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/6/2011 | CHAIKIN, REBECCA B. | 275 | 2.6 | 715 | Draft chart comparing billing rates of high-level partners in anticipation of rebuttal to fee examiner objection |
| 64 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/6/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.7 | $773.50 | Reviewing M. Santa Maria email re settlement (.1); revising numbers for same (.3); emails and t/c L. Macksoud re same (.3); email L. Macksoud re drafting order re same (.1); emails L. Macksoud preparing materials for 5th interim fee app (.1); emails R. Chaikin re creating charts re same (.3); reviewing related materials re same (.5) |
| 65 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/6/2011 | MACKSOUD, LAUREN M | 645 | 0.8 | 516 | Reviewing email regarding settlement from counsel to fee examiner (.3), conferring with counsel to fee examiner regarding same (.1), conferring with R. Chaikin regarding chart showing comparison of hourly rates to other firms (.4). |

**Exhibit B: Fee Inquiry Time**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 66 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/7/2011 | SCHMIDT, ROBERT T. | 775 | 1.1 | 852.5 | Review Fee Examiner's proposed order/motion and Weil's comments re same (.4); o/cs L. Macksoud and review proposed settlement of KL fee dispute; review underlying papers and correspondence re same (.6); review fee budget (.1) |
| 67 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/10/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.1 | $500.50 | Draft summary re settlement w/ Fee Examiner (1.0); emails L. Macksoud re same (.1) |
| 68 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/10/2011 | SCHMIDT, ROBERT T. | 775 | 1.1 | 852.5 | Review fee examiner motion and revise same (.4); analyze resolution of KL fee objection including reviewing docs and e/ms from L. Macksoud re same (.7) |
| 69 | 068000-00019 | Fee Applications and Fee Examiner Issues | 1/19/2011 | CHAIKIN, REBECCA B. | 275 | 0.2 | 55 | Assemble 4th interim fee examiner responses for F. Arias. |
| 70 | 068000-00019 | Fee Applications and Fee Examiner Issues | 3/22/2011 | FRIEDMAN, JOSHUA | $455.00 | 2.2 | $1,001.00 | Draft document re open fee examiner issues |
| 71 | 068000-00019 | Fee Applications and Fee Examiner Issues | 3/23/2011 | FRIEDMAN, JOSHUA | $455.00 | 1.5 | $682.50 | Finalize draft of open fee examiner issues re final fee application |

**Exhibit B: Fee Inquiry Time**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|---|---|---|
| 72 | 068000-00019 | Fee Applications and Fee Examiner Issues | 3/29/2011 | MACKSOUD, LAUREN M | 645 | 0.5 | 322.5 | Call with Fee Examiner and J. Friedman regarding final fee application (.4), call with R. Chaikin regarding same (.1). |

| | |
|---|---|
| **Totals:** | **$37,886.00** |
| **Safe Harbor:** | **$20,000.00** |
| **Reduction:** | **$7,154.40** |

# EXHIBIT C

## (Unreduced Travel)

**Exhibit C: Unreduced Travel**
**KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP**
*In re Motors Liquidation Co., et al.* :  Review of the Final Fee Applications

| Row No. | Matter No. | Matter Name | Date | Timekeeper | Rate | Hours | Fees | Description | Proposed Hours Reduction | Reduction |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 068000-00032 | Motions | 10/5/2010 | KRUKOWSKI, CHRISTOPHER | $80.00 | 1 | $80.00 | Serve Motion to Enforce to Weil. | 0.50 | $40.00 |
| 2 | 068000-00032 | Motions | 10/5/2010 | COLBOURNE, PAUL E. | $110.00 | 3 | $330.00 | Serve Motion to enforce to Cadwalader and US Attorney. | 1.50 | $165.00 |
| 3 | 068000-00032 | Motions | 10/5/2010 | CAIAZZO, JOSEPH M | $100.00 | 1.8 | $180.00 | Serve Motion to Enforce to US Trustee | 0.90 | $90.00 |
| 4 | 068000-00035 | Tort/Asbestos Issues | 10/12/2010 | KRUKOWSKI, CHRISTOPHER | $80.00 | 1.5 | $120.00 | Deliver courtesy copy of anonymity protocol letter to chambers. | 0.75 | $60.00 |
| 5 | 068000-00027 | Plan & Disclosure Statement | 10/19/2010 | KRUKOWSKI, CHRISTOPHER | $80.00 | 1.5 | $120.00 | Deliver courtesy copy of Objection to Disclosure Statement to Chambers | 0.75 | $60.00 |
| 6 | 068000-00035 | Tort/Asbestos Issues | 10/27/2010 | CAIAZZO, JOSEPH M | $100.00 | 1.5 | $150.00 | Deliver courtesy copy of Notice of Asbestos Hearing to chambers. | 0.75 | $75.00 |
| 7 | 068000-00007 | Claims Administration & Objections | 11/12/2010 | KRUKOWSKI, CHRISTOPHER | $80.00 | 1.5 | $120.00 | Deliver courtesy copy of Junso objection to Chambers | 0.75 | $60.00 |
| 8 | 068000-00019 | Fee Application and Fee Examiner Issues | 11/17/2010 | GREGORY, BRANDON | $100.00 | 1.5 | $150.00 | Deliver Committee Professionals' fee applications to court. | 0.75 | $75.00 |
| 9 | 068000-00035 | Tort/Asbestos Issues | 12/1/2010 | COLBOURNE, PAUL E. | $110.00 | 3.5 | $385.00 | Deliver UCC Statement to Judge Gerber at SDNY Bankruptcy. | 1.75 | $192.50 |
| 10 | 068000-00026 | Retention of Professionals | 12/2/2010 | SURIS, LILIYA | $110.00 | 2.8 | $308.00 | Submitted courtesy copy of Bates White Supplemental Retention Application to Judge Gerber. | 1.40 | $154.00 |
| | | | | | | | | **Totals:** | | **$971.50** |
| | | | | | | | | **Reduction:** | | **$485.75** |

1