## DECLARATION OF KEVIN A. KING

I, Kevin A. King, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the facts set forth herein and am competent to testify to those facts.

2. I was the Plaintiff in United District Court for the Northern District of Ohio, Eastern Division Case No. 1:06-cv-020376-DCN, Judge Donald Nugent. The Defendant in that case was General Motors Corporation. The case was a state-law based claim alleging that General Motors committed an intentional tort resulting in a serious quadriceps injury while I was working at General Motors Corporation's Parma Stamping Plant.

3. The case began in the Court of Common Pleas of Cuyahoga County, Ohio, Case No. CV 06 596800, but was removed to the United States District Court by General Motors. Exhibit A hereto is a true and complete copy of the original compliant. Exhibit B hereto is a true and complete copy of the Notice of Removal filed by General Motors.

4. Once the case was removed, and after extended litigation, the case was settled on the day of the trial. I agreed to accept, as a full and complete settlement of the claim, the sum of $5,000.00 to be paid by General Motors.

5. Attached hereto and marked Exhibit C is true copy of the electronic docket in Case No. 1:06-cv-02376-DCN which chronicles the history of the case after it was removed and which verifies the foregoing.

6. Judge Donald C. Nugent issued an order of dismissal in the case on September 12, 2007 reflecting that the parties settled the case on the day of trial.

DECLARATION OF KEVIN A. KING

**EXHIBIT**

1

7. General Motors, through its counsel, prepared an all-encompassing release which was unacceptable to me because it would affect my rights under Ohio's worker's compensation laws.

8. I proposed a more narrowly tailored release which was accepted by General Motors' counsel. Attached hereto and marked Exhibit D is a copy of the revised release.

9. However, I never received the settlement funds.

10. I timely made a claim in General Motors' bankruptcy on November 30, 2009 for the settlement proceeds which I had not received and for interest under the applicable federal statute. Attached hereto and marked Exhibit E is a copy of my proof of claim, which the Debtor assigned as Claim No. 65681.

11. I hereby declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
KEVIN A. KING

Declaration made at
Cleveland, Ohio on
September 19, 2011