IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| KEVIN A. KING, | ) | CASE NO. 06 CV 596800 |
| Plaintiff, | ) ) | JUDGE DANIEL GAUL |
| vs. | ) ) | |
| GENERAL MOTORS CORPORATION, | ) ) | **WRITTEN NOTICE OF FILING** |
| Defendant. | ) | **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 1446(d), Defendant General Motors Corporation ("GM") hereby notifies this Court and all adverse parties that on August 24, 2006, it filed a Notice of Removal of the present litigation with the United States District Court for the



Northern District of Ohio, Eastern Division. GM has attached a copy of its Notice of Removal (w/o exhibits) as Exhibit A.

Respectfully Submitted,

_____
Matthew J. Morelli (0063738)
mmorelli@ulmer.com
Paul R. Harris (0079538)
pharris@ulmer.com
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
(216) 583-7000
(216) 583-7001 (Fax)

LATHROP & GAGE L.C.
David C. Vogel
Patrick N. Fanning
2345 Grand Boulevard, Suite 2800
Kansas City, Missouri 64108-2684
(816) 292-2000
(816) 292-2001 (Fax)
*OF COUNSEL*

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, a copy of the above Written Notice of Filing of Removal was served by First Class United States Mail, postage prepaid on the following:

Brent L. English
Law Offices of Brent L. English
M.K. Ferguson Plaza, Suite 470
1500 West Third Street
Cleveland, Ohio 44113-1422

ATTORNEY FOR PLAINTIFF

_____
Paul R. Harris (0079538)

466/17999.0466
1582060.1