# EXHIBIT B

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2011 AUG -9  AM 10: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

BILLY R. KIDWELL,
          Plaintiff                           :
                                              :
                                              :    **Case No. 2:09-CV-108-FtM-36 DNF**
                                              :
v.                                            :    **And**
                                              :
G. RICHARD WAGONER, et al.,                   :    **Case No. 2:09-CV-108-FtM-99CEH**
          Defendant                           :
_____           :

RESPONSE TO SHOW CAUSE

WITH 28 U.S.C. § 1746 DECLARATION EXHIBITS


On July 25, 2011 Plaintiff received in his mailbox an Order to Show Cause

issued by United States Magistrate Douglas N. Frazier giving the *Severely*

*Disabled Pro Se Litigant* fourteen (14) days to respond from the July 19th date of

the Order.

Plaintiff, who is extremely ill, and in dire health, with a Life-Threatening

Stress Disorder, Severe Depression, a Heart Operating at Only 43%, a numb side, a

severe bad injury, and is on a host of heavy medications, that causes Plaintiff to be

bed-bound most of the time, has stayed up day, and night, forcing himself to work

while in relentless pain, *endangering his very life*, just to respond to this Court's

Order as quickly as he could.


Plaintiff has responded as quick as is humanly possible, given Plaintiff's

dire, life-threatening, disabilities, and the heavy medications Plaintiff is on.

-1-

Plaintiff is extremely confused, as to whether this case is before Magistrate Douglas N. Frazier, or District Court Judge Charlene Edwards Honeywell, because of their *ongoing* irrational conduct in this case[1], passing this case back, and forth, **at whim**, without advising the Plaintiff, and taking turns issuing Orders in this case, therefore Plaintiff is filing a response with both judges, just to be safe.

Plaintiff now submits the following reasons he has not filed an Amended Complaint, proving that it is impossible for Plaintiff to file an Amended Complaint, as Ordered by this Court, unless this Court appoints counsel.

1. United States District Court Judge Charlene Edwards Honeywell, and Magistrate Douglas N. Frazier, are extremely bias, and hostile, towards *Pro Se Litigants*, and are working together to OBSTRUCT the *Pro Se Plaintiff's* access to this Court, by keeping the Plaintiff completely confused as to who this case is before, as to the legal process going on, and even as to what Court has jurisdiction over the Appeals process, as they pass this Case back, and forth, between them, *at whim*.

---

[1] It is normal for a Judge to tell an Attorney, and issue a Court Order, when a case is transferred from one judge, to a different judge, however Judge Honeywell, and Magistrate Frazier, knowing the Pro Se Plaintiff is extremely disabled with a Life-Threatening Stress Disorder, and is on heavy medications, have been secretly passing this case back, and forth, while issuing conflicting Court Orders to intentionally cause the disabled *Pro Se Litigant*, whom both judges do not like, substantial undue stress.

2. To further <u>OBSTRUCT</u> the Plaintiff's Access to this Court, United States District Court Judge Charlene Edwards Honeywell issued an extremely complex Order, requiring Plaintiff to file an Amended Complaint that only a trained attorney, or someone with at least several years of law school, or a similar College-Level Education, could comply with.

3. And during this same time period Judge Honeywell[2] issued several ORDERS that contradict each other, first saying the GM Sales ORDER prohibits Plaintiff's claims, and then Judge Honeywell appeared to reverse herself, while harassing, and admonishing the severely disabled *Pro Se Plaintiff*, punishing, and harassing, the Severely Disabled Plaintiff because the Defendant's Attorneys lied to the Court.

4. And then Magistrate Frazier started issuing Court ORDERS without this Court notifying Plaintiff the case had been transferred to Magistrate Frazier.

5. Even a highly trained Attorney would have a hard time figuring out what to do in this Case, with all the contradictions, and constant passing of this

---

[2] During this exact same time period Magistrate Frazier was apparently passed this case several times since he started issuing Court Orders too. Plaintiff is confused because Judge Honeywell, and Magistrate Frazier, kept passing the case back, and forth, without notice of any kind, or any apparent reason, other than to confuse, and harass the Plaintiff, who is disabled, and on heavy medications.

case, back, and forth, back, and forth, between Judge, and Magistrate, while this Court intentionally keeps Plaintiff in the dark, as to what is going on, while this Court has issued <u>NO</u> Court Order(s) changing jurisdiction, from Magistrate Frazier's Magistrate Court to Judge Honeywell's District Court, while this Court refuses to explain to the extremely confused Plaintiff what is going on.

6. Plaintiff is completely confused and has no idea how to proceed. [See Attached Declaration.]

7. Plaintiff, who does not even have a real high school diploma, quitting school in the fifth grade to support his disabled father, barely obtained a GED while in the United States Army, and lacks the education necessary to file the extremely complex, and highly technical, Amended Complaint this Court Ordered.

8. This is the most complex case Plaintiff has ever been in, and has Plaintiff completely confused.

9. This case is light-years more complex than the Eleventh Circuit Cases where the Court found that the Appointment of counsel was necessary.

10. Plaintiff has no way of drafting the extremely complex amended Complaint this Court wants without the assistance of counsel.

11.Plaintiff, who does not even have a real high school diploma, has
    problems understanding complex issues.

12.Plaintiff is severely disabled, and on heavy medications, with Judge
    Honeywell, and Magistrate Frazier, doing all they can to keep the *Pro Se
    Litigant* completely confused.

13.Plaintiff spent nearly a year (12 months) putting forth his very best
    efforts to file the Original Complaint in this case, and according to this
    Court's Order, that Complaint, **resulting from a year of Plaintiff's very
    best efforts,** was not good enough. [Emphasis added.]

14.Plaintiff has no idea how to change his Complaint, and Amend it, to
    comply with Judge Honeywell's Court Order to Amend the Complaint,
    and Plaintiff has no idea who he would file the amended Complaint with,
    if he were capable of drafting one, since one minute Magistrate Frazier
    has this case, and the next minute Judge Honeywell has this case.

15.*In addition*, to Plaintiff's clear lack of the education necessary to comply
    with this Court's Order to Amend his Complaint, *in the extremely
    specific ways this Court wants[3]*, the Plaintiff is elderly, and severely
    disabled, with a Stress Disorder, severe depression, and a mood disorder,
    each of which obstruct his understanding extremely complex legal issues.

---

[3] See this Court's Order requiring Plaintiff to amend his Complaint that seems
like a foreign language to Plaintiff.

16. The heavy medications Plaintiff is on inhibit, hinder, and Obstruct, his thought process.

17. This Court has went out of its way to Obstruct the confused, Severely Disabled Plaintiff, by telling the Plaintiff that there is one procedure when this case is before a Magistrate, such as Appealing to a Judge, and telling Plaintiff there is another procedure, when this case is before a U.S. District Court Judge, such as Appealing to the Eleventh Circuit, while this Court secretly passes this case back, and forth, between Magistrate Frazier, and Judge Honeywell, **for no apparent reason, other than to keep the Plaintiff completely confused as to the legal process.**

18. Plaintiff has filed Motions making this Court fully aware of all this, and has asked this Court to either Appoint Counsel, or fully explain to Plaintiff exactly what this Court wants, and to guide the Plaintiff, so that the Plaintiff can comply with this Court's Order.

19. This Court has refused on BOTH request(s).

20. Plaintiff has also made this Court fully aware that Plaintiff is a severely disabled individual, entitled to the Protections of the Americans with Disabilities Act[4], and although the Federal Courts are not legally required to abide by the ADA, the Administrator of the Courts in Washington

---

[4] Hereinafter the Americans with Disabilities Act is referred to as simply the "ADA".

-6-

D.C. has advised Plaintiff that all Federal Courts are <u>required</u> to <u>voluntarily comply</u> with the Americans with Disabilities Act.

21. This Court blatantly <u>REFUSED</u> to voluntarily comply with the ADA, as all other federal Courts do, intentionally denying Plaintiff the fair treatment other disabled individuals voluntarily receive from the Federal Courts, denying Plaintiff equal, <u>fair</u> treatment, and "*Equal Protection of the Law*".

22. This Court not only refused to treat Plaintiff fairly, and voluntarily comply with the ADA, but has done everything in its power to aggravate Plaintiff's disabilities.

23. This Court is fully aware that Plaintiff's disabilities have been aggravated, until Plaintiff is bed-bound most of the time, and that this is the first Court in American History, to require a severely ill, disabled Plaintiff with Life-Threatening Disabilities, **who is bed bound most of the time** because of those disabilities, **to endanger his life**, and get out of bed to do massive amounts of legal work, that would be difficult for a trained attorney, as the "*Price*" for having access to this Court.

24. Judge Honeywell, and Magistrate Frazier, have **GREATLY** exceeded the disability discrimination conduct in <u>Tennessee v. Lane</u>, 541 U.S. 509 which the United States Supreme Court says is violative of Due Process, and the Fundamental Right of the Disabled to "*Meaningful*" Access to the Court, and although compliance with the ADA is "*Voluntary*" for

Judge Honeywell, and Magistrate Frazier, **their compliance with the
Due Process Requirements of the United States Constitution is NOT**.

25. This Court is fully aware that Plaintiff has been to this Court, over the
years, in other *Pro Se Lawsuits*.

26. This Court is fully aware that the Records of those *Pro Se Lawsuits*
Plaintiff has filed in this Court, proves that;

(a) Plaintiff <u>always</u> files lawsuits in Good Faith, as a last resort, when he has
been wronged, is lawfully entitled to relief, and has no other available,
realistic, remedy.

(b) That the records of those many lawsuits document a long pattern, history,
"*Policy*", and practice, of dishonesty in this Court by attorneys, clearly
encouraged by this Court to be dishonest, due to this Court's "*Policy*" of
never requiring attorneys to be honest, when one party is a helpless, *Pro Se
Litigant* unable to afford to hire counsel.

(c) The records of those many cases prove, <u>and document,</u> a long pattern,
history, "*Policy*", and practice, of bias, hate, and discrimination by this
Court against *Pro Se Litigants*, that clearly has continued in this case.

(d) The records of those many cases prove, <u>and document,</u> a long pattern,
history, "*Policy*", and practice, of Plaintiff not being treated fair, and not

having a chance of obtaining the relief he is entitled to in this Court, until a trained Attorney becomes involved, assisting the *Pro Se Litigant*.

(e) The records of those many cases prove, <u>and document</u>, a long pattern, history, "*Policy*", and practice, of excessive litigation, and dilatory "*Tactics*" by the Attorneys for the Defendants, in lawsuits filed by the *Pro Se Litigant*, and a massive waste of tax dollars, until a trained Attorney becomes involved assisting the *Pro Se Litigant*.

(f) The records of those many cases prove, <u>and document</u>, a long pattern, history, "*Policy*", and practice, of the case being <u>PROMPTLY</u> resolved, once the *Pro Se Litigant* obtains counsel.

(g) The records of those many cases prove, <u>and document</u>, that there will not be any fairness, or honesty by Defendant's Attorneys, or "*Meaningful*" Due Process, unless, and until, counsel is appointed for the *Pro Se Litigant*.

27. This Court is fully aware that in <u>Kidwell</u> <u>v.</u> <u>Fisher Price</u> Attorneys for the Defendants were dishonest, this Court was extremely hostile, and dishonest, and Plaintiff was denied all fairness, and any chance of obtaining relief, *with the cards stacked against him*, <u>UNTIL</u> a <u>**Guardian Ad Litem**</u> was appointed by this Court for Plaintiff's minor child, who had her finger cut off, by a defective toy that had been recalled.

28. The appointment of the Guardian Ad Litem resulted in Defendant's
Attorneys immediately becoming honest, and a very prompt, <u>and fair</u>,
resolution of the Fisher Price case (according to the Judgment Order of
this Court) resulting is a massive savings of tax dollars for the public, by
stopping what would surely have been years of litigation.

29. As this Court is aware, that again in <u>Kidwell v. Charlotte County
Schools</u> the Attorneys for the School System were dishonest, snowballing
the litigation, at great cost to the Public, and, *again*, this Court was
dishonest, appointing a former very hostile Charlotte County Prosecutor
(now U.S. Magistrate) with <u>strong</u> ties to the Charlotte County School
System, as judge over the Charlotte County School System Lawsuit.

30. *Again*, Plaintiff had no chance of obtaining justice, as this Court
<u>RUBBERSTAMPED</u> everything the School Board Attorneys said, while
this Court even threatened Plaintiff, **<u>until the School Union Appointed
Counsel for Plaintiff's wife.</u>**

31. As soon as there was an Attorney involved on Plaintiff's side the
habitual litigation abuse, lies, and misconduct by the School Board's
Attorneys in this Court stopped, this Court stopped it's harassment of
Plaintiff, and the School Board promptly settled the case for an amount
that this Court found to be fit, and proper, in a Court Order.

32. *Simply put*, case, after case, after case filed by the *Pro Se Litigant* proves
a strong bias against *Pro Se Litigants* in this Court, and a complete lack
of honesty, fairness, and Due Process **<u>UNTIL</u>** an attorney becomes

involved for the *Pro Se Litigant*. It is only then, according to this Court's OWN judgment Orders, that justice is obtained.

33. And in case, after case, after case there is a snowballing of the case, dilatory tactics, dishonesty and a massive, *unnecessary*, cost to the public, and great waste of this Court's time UNTIL counsel becomes involved for the *Pro Se Litigant*.

34. And in this case, *as in the other cases*, it is clear that Plaintiff will not obtain fair treatment, honesty, or Due Process until Counsel is appointed.

35. Without an Attorney the Plaintiff, no matter how hard he tries, is simply unable to understand, and lacks the ability to comply with this Court's Order to file an Amend Complaint, pursuant to this Court's requirements.

36. The Records of those prior *Pro Se Lawsuits*, by Plaintiff in this Court, *over the years*, clearly document a pattern, and history, of hostility, and discrimination against the *Pro Se Litigant* by this Court.

37. Proving this Court does not like *Pro Se Litigants*, or citizens, that dare exercise their rights, and enter the domain this Court reserves only for Attorneys.

38. This Court is fully aware that the Records of those *Pro Se Lawsuits* by Plaintiff in this Court clearly document a pattern, and history, of hostility, and discrimination against the *Pro Se Litigant* by this Court, and prove

that **Plaintiff has no chance of fairness** in this Court, unless an Attorney
is appointed for Plaintiff.

39. This Court intentionally lied, and said Plaintiff is an experienced *Pro Se
Litigator*, who does not need Counsel Appointed, and is capable of
proceeding *Pro Se*, and at the same exact time this Court is fully aware
that Plaintiff is bed-bound, and under Doctor's ORDERS to avoid stress,
because of Plaintiff's history of a Life-Threatening Stress-Caused Heart
Attack.

40. This Court is aware that records of prior cases filed by Plaintiff in this
Court prove, <u>beyond any doubt</u>, that Plaintiff is <u>NOT</u> an experienced
litigator, does <u>NOT</u> know how to properly proceed, and will <u>NOT</u> receive
fairness, or Due Process in this Court without an Attorney. [See the
attached Exhibits.]

41. This case so complex even the Judges in this case keep changing their
Court ORDERS, and passing the case back and forth, and yet those
Judges lie on the record, fraudulently claiming that the *Pro Se Litigant*,
who is endangering his life each time he files a motion, and has less than
a high school education, and has a well-documented record of needing an
attorney to be treated fair in this Court, and who is on a massive amount
of medications, and bed-bound, is somehow able to proceed without
counsel. **Such a claim by this Court is far beyond ridiculous.**

No Reasonable Person on Earth would believe such blatant lies by Magistrate Frazier, or Judge Honeywell.

Which is why Magistrate Frazier, and Judge Honeywell, have absolutely refused to appoint a Medical Expert to examine the Plaintiff, and testify, as to how those two judges are endangering Plaintiff's life with their outrageous, unconstitutional conduct.

The evidence is overwhelming that Judge Honeywell, and Magistrate, because of their great hate of *Pro Se Litigants* have refused to appoint counsel, and OBSTRUCTED the bed-bound Plaintiff from responding as they have intentionally aggravated Plaintiff's disabilities for their Attorney *"friends"*.

Like the cases of Kidwell v. Fisher Price, and Kidwell v. Charlotte County Schools, the corruption, dishonesty, and fixing of this case will continue, because of this Court's extremely strong hate for *Pro Se Litigants*, **until an Attorney gets involved for the Plaintiff.**

Plaintiff intends to Appeal, all the way to the Supreme Court, *if need be*, until an Attorney is appointed to stop the harassment, the dishonesty, and the lack of Constitutional, or ADA rights, for the disabled in this Court.

### Prayer

Plaintiff seeks basic fairness, and Due Process of Law. For the Obstruction
to stop, and for Plaintiff to be allowed to comply with this Court's Order, without
having to risk his life, by this Court appointing counsel.


Submitted by,


_____                          August 4, 2011

Billy Kidwell, *Pro Se*

5064 Silver Bell Drive

Port Charlotte, FL. 33948

941-627-0433



### CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was
served on Defendants on this the 4th August 2011 by mailing a true and correct
copy of same to their Attorney(s).


_____

Billy Ray Kidwell



United States District Court
Middle District of Florida
United States Courthouse & Federal
Building
2110 First Street, Room 2-194
Fort Myers, FL. 33901

Billy R Kidwell

# EXHIBIT   A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY R. KIDWELL,
Plaintiff

v.

G. RICHARD WAGONER, et al.,
Defendant

:
::
:
:
:
:
:
:
:
:
:

**Case No. 2:09-CV-108-FtM-36DNF**

**And**

**Case No. 2:09-CV-108-FtM-99CEH**

<u>DECLARATION OF LIFE-THREATENING DIRE HEALTH OF BILLY RAY</u>
<u>KIDWELL</u>

Pursuant to 28 U.S.C. § 1746 I Billy Ray Kidwell declare as follows;

1. My name is Billy Ray Kidwell and I am the Plaintiff in Case(s) No. 2:09-CV-108-FtM-99CEH, and Case(s) No. 2:09-CV-108-FtM-36DNF that is before this Court.

2. I state, <u>*under oath*</u>, that I have personal knowledge of the facts contained herein and am competent to testify about them.

3. I state, <u>*under oath*</u>, that I am in extremely dire health, and that it endangers, and threatens my health, and can cause my death, because of my dire health, to continue to proceed *Pro Se* in this lawsuit.

-1-

4. I state, *under oath*, that I am a 100% Service-Connected Disabled Veteran, and have been disabled since my Army service in Vietnam in 1969.

5. I state, *under oath*, that VA Doctors at Bay Pines, after extensive heart tests, told me that I had suffered a Stress-Caused Heart Attack that damaged my heart, and that as a result my heart is operating at only 43%, and any stress can cause another heart attack, and cause my death.

6. I state, under oath, that to the best of my knowledge this Court keeps passing this case back and forth between Magistrate Frazier, and Judge Honeywell, for no apparent reason, other than to confuse me, intentionally aggravate my disabilities, and obstruct my responses, and access to this Court.

7. I state, *under oath*, that I have made both Magistrate Douglas N. Frazier, and Judge Charlene Edwards Honeywell, are fully aware of my dire health, and how stress aggravates my disabilities, and can cause my death, that I have told them these medical facts over, and over again in motions, and I have even filed a Motion for an Independent Medical Exam to prove to this Court that this case is killing me.

8. I state, *under oath*, that both Magistrate Douglas N. Frazier, and Judge Charlene Edwards Honeywell, fully aware of how their decisions can harm me, including causing a **Fatal** Stress-Caused Heart Attack, have required that I endanger my life, and aggravate my disabilities, suffering extreme pain, and irreparable harm, as the "*Price*" to have access to their Court.

9. I state, _under oath_, that both Magistrate Douglas N. Frazier, and Judge Charlene Edwards Honeywell, have went out of their way to aggravate my disabilities, and endanger my life, in the instant case, with their decisions, and conduct.

10. I state, _under oath_, that both Magistrate Douglas N. Frazier, and Judge Charlene Edwards Honeywell, have _encouraged_ Attorneys for the Defendants in this case, to violate the ABA Model Rules for Attorneys, by intentionally, and habitually, lying about the actual material facts, such as;

(a) Intentionally lying about what the Record of the Quasi-Judicial Lemon Law Hearing in Plaintiff's case says, which found Plaintiff Truck was far beyond being a Lemon, full of Manufacturer Defects.

(b) When Plaintiff presented proof Defendant's Attorneys intentionally lied this Court did NOTHING encouraging the ongoing ABA Modal Rule Violations, _and ongoing lies_, by Defendant's Attorneys that fill this case.

(c) Lying about the State Lemon Law Process giving General Motors a last chance to repair Plaintiff's Lemon Truck, and also lying, and not telling how General Motors never complied with that last chance Lemon Law ORDER.

(d) Lying about the Sitel Corporation posing as Fake GM Officials at Plaintiff's Lemon Law Hearing.

-3-

(e) Lying about an Ohio Court finding General Motors engaged in the
EXACT same dishonest conduct, using the Sitel Corporation, and how
the Ohio Court ORDERED General Motors to pay the victim, as the
Ohio Court admonished General Motors for its dishonesty. Dishonesty
this Court approves of when the victim is a helpless *Pro Se Litigant* being
cheated by Attorneys.

(f) This Court has encouraged the Defendant's Attorneys to harass the
severely disabled *Pro Se Litigant* with fraudulent Rule 11 Motions lying
about everything, from GM's State Attorneys, who Plaintiff submitted
proof were found Guilty in Florida's Courts for harassing GM Lemon
Law Victims, to lies about Plaintiff's truck, and the State Lemon Law
Process.

(g) Plaintiff presented this Court irrefutable proof Defendants Attorneys lied
and this Court did NOTHING, once again encouraging the Attorneys for
Defendants to continue their pattern of lies, and ABA Rule Violations,
that were endangering Plaintiff's life, and aggravating his disabilities.

(h) Defendants intentionally lied about the GM Sales ORDER, and when
Plaintiff provided this Court with proof GM's Attorneys lied this Court
issued a new Order **admonishing the severely disabled *Pro Se Litigant*,**
clearly to intentionally aggravate my stress disabilities. [Emphasis added
because this Court's conduct has been so extremely outrageous.]

11. I state, *under oath*, that this Courts extremely bias, and harassing, conduct, at the hands of Magistrate Douglas N. Frazier, and U.S. District Court Judge Charlene Edwards Honeywell, has intentionally caused me excessive, undue stress, that I would not have suffered in an impartial, honest Court.

12. I state, *under oath*, that the wrongful conduct of Magistrate Douglas N. Frazier, and U.S. District Court Judge Charlene Edwards Honeywell, giving free reign to Attorneys in their Court to lie, and freely violate the ABA Rules of Professional Conduct, when the victim is a *Helpless Severely Disabled Pro Se Litigant*, endangered my life, intentionally aggravating my disabilities, and causing heart pains, massive nerve, and stomach problems, loss of sleep for extended periods of time, and OBSTRUCTED my access to this Court, with the aggravation of my medical problems.

13. I state, under oath, that my Official VA Medical Records fully support my description of my medical condition, how my heart operates at only 43%, and how stress causes all the medical problems described herein.

14. I state, under oath, that according to my VA Doctors I MUST avoid all stress, because any stress, such as the stress of proceeding in this lawsuit, can cause a Fatal Stress-Caused Heart Attack.

15. I state, under oath, that my health has drastically declined since I filed the instant lawsuit, and I am now bed-bound most of the time, making it an impossible task, constantly endangering my life, for me to do legal work.

16. I state, under oath, that based on personal knowledge of my medical condition, and what the VA doctors have told me, I firmly believe that Magistrate Douglas N. Frazier, and United States District Court Judge Charlene Edwards Honeywell, are going to intentionally cause my death, with their hostility towards me, their obvious hate of *Pro Se Litigants*, and their strong bias, and **extremely clear favoritism for Attorneys**.

17. I state, under oath, that I am in extremely poor, dire, life-threatening health requiring me to be bed-bound most of the time, trying to avoid all this stress, Magistrate Frazier, and Judge Honeywell, are intentionally causing me.

18. I state, under oath, my dire health, and other reasons, as described herein has <u>OBSTRUCTED</u> my filing an Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and beliefs.

Billy Ray Kidwell
5064 Silver Bell Drive
Port Charlotte, FL. 33948
941 627-0433

Executed on August 4, 2011 at Port Charlotte, Florida.

-6-

CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was
served on Defendants on this the 4th day of August 2011 by mailing a true and
correct copy of same to their Attorney, Phyllis B. Sumner, King & Spalding LLP,
1180 Peachtree Street, NE, Atlanta, GA 30309-3521, and the law firm of Cole,
Scott & Kissane, 9150 South Dadeland Boulevard, Suite 1400, P.O. Box 569015,
Miami, FL. 33156.


_____

Billy Ray Kidwell

# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY R. KIDWELL,
Plaintiff

v.

G. RICHARD WAGONER, et al.,
Defendant

Case No. 2:09-CV-108-FtM-36DNF

And

Case No. 2:09-CV-108-FtM-99CEH

DECLARATION OF OBSTRUCTION KEEPING PLAINTIFF BILLY RAY
KIDWELL FROM AMENDING HIS COMPLAINT

Pursuant to 28 U.S.C. § 1746 I Billy Ray Kidwell declare as follows;

1. My name is Billy Ray Kidwell and I am the Plaintiff in Case(s) No. 2:09-
   CV-108-FtM-99CEH, and Case(s) No. 2:09-CV-108-FtM-36DNF that is
   before this Court.

2. I state, _under oath_, that I have personal knowledge of the facts contained
   herein and am competent to testify about them.

3. I state, _under oath_, that I have carefully read case law about cases in the
   Eleventh Circuit and that this case is far more complex than any of those
   cases.

-1-

4. I state, _under oath_, that the instant case is so complex that I have no idea as to how to proceed.

5. I state, _under oath_, that I have sought to have this Court clarify issues and the Court has not explained to me, where it is understandable, what the Court wants in its Amended Complaint.

6. I state, _under oath_, that I lack the education to proceed in this case, and to draft the kind of amended Complaint that this Court Ordered.

7. I state, _under oath_, that I even if I could somehow draft such a Complaint that the work involved would endanger my life, and possibly cause a fatal heart attack.

8. I state, _under oath_, that my health has drastically deteriorated as a direct result of this Court's bias against me in this case.

9. I state, _under oath_, that my health has drastically deteriorated as a direct result of this Court's extremely bias policy of not requiring the Attorneys in this case to be honest, because I am a _Pro Se Litigant_, and this Court does not like _Pro Se Litigants_.

10. I state, _under oath_, that I suffered severe depression, and substantial heart pains, when this Court harassed, and admonished me, for lies by the Defendants Attorneys that caused this Court to issue a fraudulent judgment Order.

11. I state, _under oath_, that from my own personal years of experience in this Court that I will not receive any fairness, or Due Process, in this Court unless an Attorney is appointed to assist me.

12. I state, _under oath_, that I have done everything I can think of in an effort to comply with this Court's Order to amend my Complaint and that it is simply not possible for me to do so with my education, my dire health, and the dishonesty, and extreme bias in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and beliefs.

Billy Ray Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948

941 627-0433

Executed on August 4, 2011 at Port Charlotte, Florida.

## CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was served on Defendants on this the 4th day of August 2011 by mailing a true and correct copy of same to their Attorney, Phyllis B. Sumner, King & Spalding LLP, 1180 Peachtree Street, NE, Atlanta, GA 30309-3521, and the law firm of Cole, Scott & Kissane, 9150 South Dadeland Boulevard, Suite 1400, P.O. Box 569015, Miami, FL. 33156.


Billy Ray Kidwell