# EXHIBIT C

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2011 AUG 31 AM 11: 37

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

BILLY R. KIDWELL,
    Plaintiff

v.

G. RICHARD WAGONER, et al.,
    Defendants

Case No. 2:09-CV-108-FtM-36 DNF

## NOTICE OF APPEAL

Plaintiff gives **NOTICE** that he appeals this Court's ORDER of August 9, 2011, served on him by Defendant's attorneys on August 11, 2011[1], to the Eleventh Circuit Court of Appeals in Atlanta Georgia. [See Exhibit A attached hereto.]

As of the present, *which is August 29, 2011*, United States District Court Judge Charlene Edwards Honeywell, who has been engaging in intensive harassment of the *Severely Disabled Pro Se Litigant*, purposefully aggravating Plaintiff's disabilities, has not bothered to provide Plaintiff with even *minimum* Due Process, such as serving her August 9, 2011 Court ORDER on Plaintiff.

---

[1] This Court has a pattern of issuing Court ORDERS, and not bothering to serve them on the *Pro Se Plaintiff* until two, or three days later, as sometimes evidenced by the Court's mail stamp on envelopes. Other times the Court's ORDERS appear to be timely stamped but just held at the Courthouse before mailing. This often cuts into Plaintiff's time limits to respond and is part of a long, documented pattern of discrimination against *Pro Se Litigants*, and the disabled in the Fort Myers District Court.

Plaintiff did, on August 26, 2011, receive service of a different Court ORDER from this Court titled *"Judgment in a Civil Case"* that is dated August 11, 2011.

Plaintiff gives **NOTICE** that he also appeals this Court's ORDER of August 11, 2011, recently served on him to the Eleventh Circuit Court of Appeals in Atlanta Georgia. [See Exhibit B attached hereto.]

Plaintiff has attached hereto the two Court ORDERS being appealed and marked them as Exhibits A and B.

Submitted by,

_____                                    August 29, 2011

Billy Kidwell, *Pro Se*

5064 Silver Bell Drive

Port Charlotte, FL. 33948

941-627-0433

## CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was served on Defendants on this the 29th August 2011 by mailing a true and correct copy of same to their Attorney(s).

_____
Billy Ray Kidwell

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BILLY R. KIDWELL,

                Plaintiff,

-vs-                                          Case No. 2:09-cv-108-FtM-36DNF

G. RICHARD WAGONER, GM CEO sued in a
personal capacity, PERCY N. BARNEVIK, GM
Board of Directors sued in personal capacity,
ERSKINE B. BOWLES, GM board of Directors
sued in a personal capacity, JOHN H. BRYAN, GM
board of directors sued in a personal capacity,
ARMANDO M. CODINA GM board of Directors
sued in a personal capacity, GEORGE M.C.
FISHER, GM Board of Directors sued in a personal
capacity, KAREN KATEN, GM Board of Directors
sued in a personal capacity, KENT KRESA, GM
Board of Directors sued in a personal capacity,
ELLEN J. KULLMAN, GM Board of Directors
sued in a personal capacity, PHILLIP A.
LASKAWY, GM Board of Directors sued in a
personal capacity, E. STANLEY O'NEAL, GM
Board of Directors sued in a personal capacity,
ECKHARD PFEIFFER, GM board of Directors
sued in a personal capacity, CAROLYN
WESTBERG, GM customer relationship manager
sued in a personal capacity, and GENERAL
MOTORS COMPANY,
                Defendants.
_____

## ORDER

This case is before the Court upon periodic review. On February 11, 2011, Magistrate Judge Douglas Frazier entered an Order (Doc. 234) granting Plaintiff leave to file a Second Amended Complaint within thirty (30) days from the date of the order. Plaintiff filed a Notice of Interlocutory Appeal on March 2, 2011 (Doc. 235), which was dismissed by the Eleventh Circuit

09-50026-mg   Doc 10889-3   Filed 09/19/11   Entered 09/19/11 15:28:46   Exhibit C
Pg 7 of 10
Case 2:09-cv-00108-CEH-DNF   Document 242   Filed 08/09/2011   Page 2 of 2 PageID <pageID>
Case 2:09-cv-00108-CEH-DNF   Document 245   Filed 08/31/11   Page 6 of 9 PageID 4093

Court of Appeals on May 4, 2011 (Doc. 239). Thereafter, on July 19, 2011, Magistrate Judge Frazier directed Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute due to the Plaintiff's failure to file a Second Amended Complaint and failure to comply with a court order (Doc. 240). In that Order, Plaintiff was directed to file his Second Amended Complaint within fourteen (14) days of the date of the order (Doc. 240 at p.2).

As of the date on this Order, Plaintiff has failed to comply with the Court's Orders of February 11, 2011 and July 19, 2011. Plaintiff has not filed a Second Amended Complaint, nor has he requested another extension of time to file a Second Amended Complaint. The February 11th and July 19th Orders were mailed to Plaintiff's address of record and have not been returned to the Court. For failing to comply with the Court's Orders by filing a Second Amended Complaint and prosecuting this case, Plaintiff's action is subject to dismissal. *See* Fed. R. Civ. P. 41(b) and Rule 3.10, Local Rules of the Middle District of Florida. Accordingly,

It is hereby **ORDERED**:

1. The Complaint is **DISMISSED**, without prejudice.

2. The Clerk of Court is directed to terminate all motions and deadlines, enter judgment accordingly and close this case.

**DONE AND ORDERED** at Fort Myers, Florida, this 9th day of August, 2011.

Charlene Edwards Honeywell
United States District Judge

Copies: All Parties of Record

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
FORT MYERS DIVISION

BILLY R. KIDWELL,

                Plaintiff,

-vs-                                                                Case No. 2:09-cv-108-FtM-36DNF

G. RICHARD WAGONER, GM CEO sued in a
personal capacity, PERCY N. BARMEVIK, GM
Board of Directors sued in personal capacity,
ERSKINE B. BOWLES, GM board of Directors sued
in a personal capacity, JOHN H. BRYAN, GM board
of directors sued in a personal capacity, ARMANDO
M. CODINA GM board of Directors sued in a
personal capacity, GEORGE M.C. FISHER, GM
Board of Directors sued in a personal capacity,
KAREN KATEN, GM Board of Directors sued in a
personal capacity, KENT KRESA, GM Board of
Directors sued in a personal capacity, ELLEN J.
KULLMAN, GM Board of Directors sued in a
personal capacity, PHILLIP A. LASKAWY, GM
Board of Directors sued in a personal capacity, E.
STANLEY O'NEAL, GM Board of Directors sued in a
personal capacity, ECKHARD PFEIFFER, GM board
of Directors sued in a personal capacity, CAROLYN
WESTBERG, GM customer relationship manager
sued in a personal capacity, and GENERAL
MOTORS COMPANY,

                Defendants.

---

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on August 9th, 2011, the Complaint is DISMISSED, without prejudice.

Date:   August 11, 2011

                                            SHERYL L. LOESCH, CLERK

                                            By: /s/ Samantha Blake, Deputy Clerk

c:  All parties and counsel of record



Return address: Billy R. Rawls, 5064 Silver Bell Drive, Port Charlotte, FL 33948, United States of America

Addressee:
United States District Court
Middle District of Florida
United States Courthouse & Federal Building
2110 First Street, Room 2-194
Fort Myers, FL 33901

Postage: U.S. POSTAGE PAID, VENICE FL 34285, AUG 29, 11, $1.28