# EXHIBIT A

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGES

Policy Change Number __3__

| POLICY NUMBER | POLICY CHANGES EFFECTIVE | COMPANY |
|---|---|---|
| SCC 2041267 | 09/17/2008 | SENECA INSURANCE COMPANY, INC. |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| Ronald B. Shipka, Enterprise Development<br>As Per Named Insured Endorsement<br>% Meryl Lachman - Assoc. Underwriters<br>1701 Golf Rd., Tower 3, Ste. #700<br>Rolling Meadows, IL 60008 | Frank Crystal & Co., Inc.<br>Financial Square<br>32 Old Slip, 17th Fl.<br>New York, NY 10005 |

**COVERAGE PARTS AFFECTED**
Commercial Package

### CHANGES

It is agreed that the following changes are made:

1) The Named Insured is amended, as per revised form # IL DS 00 (09/07) Named Insured Extension Schedule attached.

2) The Property Coverage & the General Liability Coverage are amended, as per revised forms # CP DS 00 (10/00) Commercial Property Coverage Part Declarations Page & # CG DS 01 (10/01) Commercial General Liability Declarations attached.

P/R .614
R/P $269.00

Return Premium:                                    $269.00

Authorized Representative Signature

IL 12 01 11 85     Copyright, Insurance Services Office, Inc., 1983     Page 1 of 1
Copyright, ISO Commercial Risk Services, Inc., 1983

Branch

# NAMED INSURED EXTENSION SCHEDULE

| POLICY NUMBER:<br>SCC 2041267 | EFFECTIVE DATE:<br>04/29/2008 |
|---|---|

Ronald B. Shipka, Enterprise Development
Village II Building, LLC
Manufacturers Affiliated Trust Co. UT #5146
EDC Properties, LLC
EDC Management, Inc.
Roald B. Shipka, La Verne Shipka
The Shipka Family Insurance Trust For Ron Jr.
The Shipka Family Insurance Trust For John
Bank of Ravenswood UT #1032
Waveland & Pine Grove Building, LLC
LaSalle National Bank UT #10-18045-09
Buck-Sem Limited Liability Company
First Chicago Bank UT #25-8889
First Chicago Bank UT #25-8724
Belmont Apartments Partnership
Bank of Ravenswood UT #25-7899
Robert Merens & Henrieta Merens
932 Rush, LLC
LaSalle National Bank As Successor Trustee UT #01-4767
1301 West Fletcher Building, LLC
First Chicago Trust UT #25-8111
3900 N. Damen Building, LLC
Earl Malisoff
The Selwyn Malisoff Family Limited Partnership
2815-25 N. Sheffield Building, LLC
Cititown Associates
Howard Robinson
RJ Development Corporation
Ronald B. Shipka Jr.
John Shipka
Lincoln, Ashond & Belmont, LLC
The Shipka Family Gift Trust For John
Abrams Descendants Trust
EDC Properties, LLC, A Delaware LLC
EDC Investments, LLC, A Delaware LLC
EDC Development, LLC, A Delaware LLC
EDC Property Management, LLC, A Delaware LLC
EDC Management, Inc., An Illinois Corporation
One Door West Building, LLC

COMMERCIAL PROPERTY
CP DS 00 10 00

# COMMERCIAL PROPERTY COVERAGE PART
# DECLARATIONS PAGE

**POLICY NO.** SCC 2041267          **EFFECTIVE DATE** 04/29/2008

☐ "X" If Supplemental Declarations Is Attached

**NAMED INSURED**

Ronald B. Shipka, Enterprise Development
As Per Named Insured Extension Schedule

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|

See Description of Premises Schedule

**COVERAGES PROVIDED**   Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|

See Coverages Provided Schedule

*If Extra Expense Coverage, Limits On Loss Payment

**OPTIONAL COVERAGES**   Applicable Only When Entries Are Made In The Schedule Below

| Prem. No. | Bldg. No. | Agreed Value | | | Replacement Cost (X) | | |
|---|---|---|---|---|---|---|---|
| | | Expiration Date | Cov. | Amount | Building | Pers. Prop. | Including Stock |

See Optional Coverages Schedule

| Inflation Guard (%) | | *Monthly Limit Of Indemnity | Maximum Period Of Indemnity | *Extended Period Of Indemnity |
|---|---|---|---|---|
| Bldg. | Pers. Prop. | | | |

*Applies to Business Income Only

**MORTGAGEHOLDERS**

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|

See Mortgageholders Schedule

**DEDUCTIBLE**

$1,000

CP DS 00 10 00          Copyright, Insurance Services Office, Inc., 1999          Page 1 of 14    O
Branch

**DESCRIPTION OF PREMISES**

| Prem. No. | Bldg. No. | Location, Construction And Occupancy |
|---|---|---|
| 001 | 001 | 708-10 W. Oakdale Ave. BA 2932-42 N. Clark St.<br>Cook<br>Chicago, IL 60657<br>Masonry Non-Combustible    Apartment |
| 002 | 001 | 754-56 Wellington Ave. BA 3001-11 N. Halsted St.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 003 | 001 | 3707-09 Pine Grove Ave. BA 650-52 Waveland Ave.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 004 | 001 | 1051-55 W. Belmont Ave. BA 3159 N. Seminary Ave.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 005 | 001 | 701 W. Buckingham Pl.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 006 | 001 | 608-14 W. Belmont Ave.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 007 | 001 | 932-936 1/2 N. Rush St.<br>Cook<br>Chicago, IL 60611<br>Joisted Masonry    Apartment |
| 008 | 001 | 1301-29 W. Fletcher St.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 009 | 001 | 3900-10 N. Damen Ave.<br>Cook<br>Chicago, IL 60618<br>Joisted Masonry    Apartment |
| 010 | 001 | 2815-23 N. Sheffield Ave. B/A 957-59 Wolfram St.<br>Cook<br>Chicago, IL 60657<br>Joisted Masonry    Apartment |
| 011 | 001 | 517-519 N. Halsted St.<br>Cook<br>Chicago, IL 60622<br>Joisted Masonry    Apartment |

**COVERAGES PROVIDED**   Insurance At The Described Premises Applies Only For Coverages For Which A Limit Of Insurance Is Shown

| Prem. No. | Bldg. No. | Coverage | Limit Of Insurance | Covered Causes Of Loss | Coinsurance* |
|---|---|---|---|---|---|
| 001 | 001 | Building | $3,684,941 | Special Form Including Theft | 100% |
| | | Personal Property of Insured | $128,750 | Special Form Including Theft | 80% |
| | | Business Income - Rental Value | $708,000 | Special Form Including Theft | 80% |
| 002 | 001 | Building | $2,494,800 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $320,000 | Special Form Including Theft | 80% |
| 003 | 001 | Building | $1,654,800 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $183,000 | Special Form Including Theft | 80% |
| 004 | 001 | Building | $3,820,000 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $540,000 | Special Form Including Theft | 80% |
| 005 | 001 | Building | $2,255,000 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $289,000 | Special Form Including Theft | 80% |
| 006 | 001 | Building | $4,177,950 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $292,000 | Special Form Including Theft | 80% |
| 007 | 001 | Building | $1,229,550 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $645,000 | Special Form Including Theft | 80% |
| 008 | 001 | Building | $10,500,000 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $1,323,000 | Special Form Including Theft | 80% |
| 009 | 001 | Building | $4,641,000 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $467,000 | Special Form Including Theft | 80% |
| 010 | 001 | Building | $6,720,000 | Special Form Including Theft | 100% |
| | | Business Income - Rental Value | $982,000 | Special Form Including Theft | 80% |
| 011 | 001 | Building | $142,800 | Special Form Including Theft | 100% |

CP DS 00 10 00                Copyright, Insurance Services Office, Inc., 1999                Page 5 of 14

Branch

**OPTIONAL COVERAGES    Applicable Only When Entries Are Made In The Schedule Below**

| Prem. No. | Bldg. No. | |
|---|---|---|
| 001 | 001 | Building<br>    Agreed Value<br>        Expiration Date: 04/29/2009<br>        Amount: $3,684,941<br>    Replacement Cost<br><br>Personal Property of Insured<br>    Replacement Cost<br>    Including Stock |
| 002 | 001 | Building<br>    Agreed Value<br>        Expiration Date: 04/29/2009<br>        Amount: $2,494,800<br>    Replacement Cost |
| 003 | 001 | Building<br>    Agreed Value<br>        Expiration Date: 04/29/2009<br>        Amount: $1,654,800<br>    Replacement Cost |
| 004 | 001 | Building<br>    Agreed Value<br>       Expiration Date: 04/29/2009<br>       Amount: $3,820,000<br>    Replacement Cost |
| 005 | 001 | Building<br>    Agreed Value<br>       Expiration Date: 04/29/2009<br>       Amount: $2,255,000<br>    Replacement Cost |
| 006 | 001 | Building<br>    Agreed Value<br>       Expiration Date: 04/29/2009<br>       Amount: $4,177,950<br>    Replacement Cost |
| 007 | 001 | Building<br>    Agreed Value<br>       Expiration Date: 04/29/2009<br>       Amount: $1,229,550<br>    Replacement Cost |
| 008 | 001 | Building<br>    Agreed Value<br>       Expiration Date: 04/29/2009<br>       Amount: $10,500,000<br>    Replacement Cost |

**MORTGAGEHOLDERS**

| Prem. No. | Bldg. No. | Mortgageholder Name And Mailing Address |
|---|---|---|
| 001 | 001 | New Century Bank, ISAOA<br>363 W. Ontario St.<br>Chicago, IL 60610 |
| 002 | 001 | New Century Bank, ISAOA<br>363 W. Ontario St.<br>Chicago, IL 60610 |
| 003 | 001 | Capmark Finance, Inc. as Master Servicer for LaSalle Nat'l Bank, For Morgan Stanley Capital One, Inc., Comm. Mtg. Pass-Thru Cert. Series 1998-HF1, POB 1687<br>Horsham, PA 19044<br>Account: 400030243 |
| 004 | 001 | Countrywide Commercial Real Estate Finance, Inc., ISAOA ATIMA, Attn: CFR Asset Mgt.<br>2701 N. Dallas Pkwy., Ste. #200<br>Dallas, TX 75230 |
| 005 | 001 | Countrywide Commercial Real Estate Finance, Inc., ISAOA ATIMA, Attn: CFR Asset Mgt.<br>2701 N. Dallas Pkwy., Ste. #200<br>Dallas, TX 75230 |
| 006 | 001 | Citibank (West) FSB, ISAOA<br>POB 193924<br>San Francisco, CA 94119 |
| 007 | 001 | Capmark Finance, Inc., as Master Servicer for LaSalle Nat'l Bank, For Morgan Stanley Capital One, Inc., Comm. Mtg. Pass-Thru Certs Series 1998-HF1, POB 1687<br>Horsham, PA 19044<br>Account: 400030283 |
| 008 | 001 | Washington Mutual Bank, FA, ISAOA<br>POB 391380<br>Solon, OH 44139<br>Account: 625629131 |
| 009 | 001 | Key Bank Real Estate Capital, ATIMA<br>1717 Main St., #1000<br>Dallas, TX 75201<br>Account: 045000061 |
| 010 | 001 | Washington Mutual Bank, FA, ISAOA<br>POB 391380<br>Solon, OH 44139<br>Account: 625636991 |
| 013 | 001 | Allstate Life Insurance<br>% Cohen Finalcial<br>2 N. LaSalle St., #800<br>Chicago, IL 60602 |

## FORMS APPLICABLE

**To All Coverages:**

```
CP 03 20 (10-92)
CP 10 40 (08-99)
CP 10 65 (10-00)
BE-23B (00)
BE-23 (0)
BE-23A (0)
17-164 (01-06)
```

**To Specific Premises/Coverages:**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| 001 | 001 | Building | CP 00 10 (04-02) |
|  |  | Personal Property of Insured | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Personal Property of Insured | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 002 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 003 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 004 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 005 | 001 | Building | CP 00 10 (04-02) |

## FORMS APPLICABLE

**To All Coverages:**

**To Specific Premises/Coverages:**

| Prem. No. | Bldg. No. | Coverages | Form Number |
|---|---|---|---|
| 005 | 001 | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 006 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 007 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 008 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 009 | 001 | Building | CP 00 10 (04-02) |
|  |  | Business Income - Rental Value | CP 00 30 (04-02) |
|  |  | All Coverages | CP 00 90 (07-88) |
|  |  | All Coverages | CP 01 40 (07-06) |
|  |  | All Coverages | CP 04 05 (04-02) |
|  |  | Building | CP 04 05 (04-02) |
|  |  | Building | CP 10 30 (04-02) |
|  |  | Business Income - Rental Value | CP 10 30 (04-02) |
|  |  | All Coverages | CP DS 00 (10-00) |
| 010 | 001 | Building | CP 00 10 (04-02) |