# EXHIBIT B

RONASH

# ACORD™ PROPERTY LOSS NOTICE

63148

**DATE:** 03/02/09

| PRODUCER | PHONE (A/C, No, Ext): 212 344-2444 | MISCELLANEOUS INFO (Site & location code) | DATE OF LOSS AND TIME | AM | PREVIOUSLY REPORTED |
|---|---|---|---|---|---|
| Frank Crystal & Co., Inc. Financial Square 32 Old Slip New York, NY 10005 | | 02/28/09 | PM | YES X NO |

| POLICY TYPE | COMPANY AND POLICY NUMBER | NAIC CODE | POLICY DATES |
|---|---|---|---|
| PROP/HOME | CO: Seneca Insu/Com'l Packa POL: SCC2041267 | | EFF 04/29/08 EXP 04/29/09 |
| FLOOD | CO: POL: | | EFF: EXP: |
| WIND | CO: POL: | | EFF: EXP: |

| CODE: | SUB CODE: |
|---|---|

AGENCY CUSTOMER ID: 28700

## INSURED

| NAME AND ADDRESS OF INSURED | DATE OF BIRTH | NAME AND ADDRESS OF INSURED |
|---|---|---|
| Ronald B. Shipka, Enterprise Meryl Lachman -Assoc. Rolling Meadows, IL  60008 | SOC SEC # OR FEIN: | Pasquale Guerra 773-617-7224 Maek Musick - Public Adjuster 773-407-9500 |

| RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) |
|---|---|

| NAME AND ADDRESS OF SPOUSE (IF APPLICABLE) | DATE OF BIRTH | RESIDENCE PHONE (A/C, No) | BUSINESS PHONE (A/C, No, Ext) |
|---|---|---|---|
| | SOC SEC # OR FEIN: | WHERE TO CONTACT | WHEN TO CONTACT |

## LOSS

**LOCATION OF LOSS:** 1301 Fletcher, Chicago, IL 60657

**POLICE OR FIRE DEPT TO WHICH REPORTED:**

**KIND OF LOSS:** [X] FIRE  [ ] LIGHTNING  [ ] FLOOD  [ ] OTHER (explain)  [ ] THEFT  [ ] HAIL  [ ] WIND

**PROBABLE AMOUNT ENTIRE LOSS:**

**DESCRIPTION OF LOSS & DAMAGE:** The insured reports that a vehicle allegedly caught fire in the garage as (See Attached Desc. of Loss & Damage Information.)

## POLICY INFORMATION

**MORTGAGEE:** NO MORTGAGEE

*S. Alberto*

HOMEOWNER POLICIES SECTION I ONLY

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |
|---|---|---|---|---|---|
| | | | | | 9CCN001 3/6/09 |

[ ] COVERAGE A EXCLUDES WIND
SUBJECT TO FORMS

FIRE, ALLIED LINES & MULTI-PERIL POLICIES

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
|---|---|---|---|---|---|
| | [X] BLDG [ ] CNTS | 10,305,402 | | 1,000 | |
| | [X] BLDG [ ] CNTS | 1,399,142 | | | Rents  Previous loss: 10/06/08  9CCN04 |
| | [ ] BLDG [ ] CNTS | | | | |

SUBJECT TO FORMS

| FLOOD POLICY | BUILDING: | DEDUCTIBLE: | ZONE | PRE FIRM POST FIRM | DIFF IN ELEV | FORM TYPE | GENERAL DWELLING | CONDO |
|---|---|---|---|---|---|---|---|---|
| | CONTENTS: | DEDUCTIBLE: | | | | | | |

| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | GENERAL DWELLING | CONDO |
|---|---|---|---|---|---|---|---|

**REMARKS/OTHER INSURANCE:** NY ONLY: PREVIOUS ADDRESS OF INSURED & WIFE'S MAIDEN NAME

| CAT # | FICO # | ADJUSTER ASSIGNED | | ADJUSTER # | DATE ASSIGNED |
|---|---|---|---|---|---|
| REPORTED BY: Insured | REPORTED TO: Donald Knoll | SIGNATURE OF INSURED | | SIGNATURE OF PRODUCER | |

ACORD 1 (2001/02) 1 of 3  #2508 NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE    DXK © ACORD CORPORATION 1988