# EXHIBIT C

# CHICAGO FIRE INCIDENT REPORTING SYSTEM

**Fill in This Report in your own words**

## A - 10
INCIDENT NO, MO, DAY, YEAR: 2/28/09  DAY OF WEEK: 7 Saturday  ALARM TIME: 1906  ARRIVAL TIME: 1908

## B - SITUATION FOUND
11 Structure fire, 13 Vehicle fire, 14 Brush/grass/leaves, 15 Trash/Rubbish, 16 Explosion No after fire, 17 Outside spill with fire, 19 Other fires not classified
29 Overpressure Rupture, 32 Emergency Medical call, 33 Locked-in trapped, 34 Search, 35 Extrication, 39 Rescue-Not classified, 41 Spill, leak-No fire
44 Power line down, 45 Arcing electric equipment, 46 Aircraft standby, 47 Chemical spill, 49 Hazardous condition, 62 Water removal, 53 Smoke removal
54 Animal Rescue, 55 Assist Police, 56 Unauthorized burning, 59 Other service calls, 61 Smoke scare, 63 Controlled burn
65 Steam, gas mistaken for smoke, 71 Malicious false, 72 Bomb Scare, 73 Alarm Malfunction, 74 Unintentional false, 99 Unclassified, Other: 11

## ACTION TAKEN
1 Extinguishment, 2 Rescue or Assistance, 3 Investigation only, 4 Remove Hazard, 5 Stand by, 6 Salvage, 7 Ambulance, 9 Not classified, 0 Undetermined: 1

## C - FIXED PROPERTY USE (Occupancy): LOFT / GARAGE    IGNITION FACTOR

## D - CORRECT ADDRESS: 1301 W FLETCHER

## E - 11 OCCUPANT NAME / TELEPHONE / ROOM OR APT

## F - 12 OWNER NAME / ADDRESS / TELEPHONE

## G - 13 METHOD OF ALARM
1 Telephone direct, 2 Municipal alarm system, 3 Private alarm system, 4 Radio, 5 Verbal, 6 No alarm read, 7 Tie-line (911), 8 Voice signal municipal alarm signal, 9 Not classified above, 0 Undetermined or not reported
Engine Co: 7   Bat District: 78   SHIFT   NO. ALARMS

## H - NO. FIRE SERVICE PERSONNEL RESPONDED / NO. ENGINES RESPONDED: 2 / NO. AERIAL APPARATUS RESPONDED / NO. OTHER VEHICLES RESPONDED

## I - 20 NUMBER OF INJURIES: FIRE SERVICE / OTHER    NUMBER OF FATALITIES: FIRE SERVICE / OTHER

## J - COMPLEX / MOBILE PROPERTY TYPE (Complete Line 6)

## K - AREA OF FIRE ORIGIN / EQUIPMENT INVOLVED IN IGNITION (Complete Line 7)

## L - FORM OF HEAT IGNITION / TYPE OF MATERIAL IGNITED / FORM OF MATERIAL IGNITED

## M - METHOD OF EXTINGUISHMENT
1 Self extinguished, 2 Make shift aids, 3 Portable extinguisher, 4 Automatic ext. system, 5 Pre-connect booster/tank only, 6 Pre-connect hose/hydrant draft standpipe, 7 Hand-laid hose/hydrant draft standpipe, 8 Master stream device, 9 Not classified above, 0 Undetermined or not reported

## LEVEL OF FIRE ORIGIN
1 Grade level to 9 ft, 2 10 to 19 feet, 3 20 to 29 feet, 4 30 to 49 feet, 5 50 to 70 feet, 6 Over 70 feet, 7 Objects in flight, 8 Below ground level, 9 Not classified above, 0 Undetermined

**ESTIMATED TOTAL DOLLAR LOSS:** $50,000

**NFIRS 1 LAYOUT 4**

DISCLAIMER: No representation is made, intended, or implied as to the validity or accuracy of information herein.

## N - Number of Stories
1 1 story, 2 2 story, 3 3 to 4 stories, 4 5 to 6 stories, 5 7 to 12 stories, 6 13 to 24 stories, 7 25 to 49 stories, 8 50 stories or more, 0 Number of stories undetermined or not reported

## CONSTRUCTION TYPE
1 Fire resistive, 2 Heavy timber, 3 Protected noncombustible, 4 Unprotected noncombustible, 5 Protected ordinary, 6 Unprotected ordinary, 7 Protected wood frame, 8 Unprotected wood frame, 9 Not classified above, 0 Undetermined or not reported

## O - EXTENT OF DAMAGE (Flame / Smoke)
1 Confined to the object of origin, 2 Confined to part of room or area of origin, 3 Confined to room of origin, 4 Confined to the fire-rated comp. of origin, 5 Confined to floor of origin, 6 Confined to structure of origin, 7 Extended beyond structure of origin, 8 No damage of this type (N/A)

## P - DETECTOR PERFORMANCE
1 Det. in room or space of fire origin - oper., 2 Det. not in rm. or space of fire origin -oper., 3 Det. in rm. or space of origin - no oper., 4 Det. not in rm. or space of origin - no oper., 5 Det. not in rm. or space of fire origin, but fire too small to oper., 6 Not classified above, 0 No detector present (N/A)

## SPRINKLER PERFORMANCE
1 Equipment operated, 2 Equipment should have operated - did not, 3 Equipment oper. but fire too small to oper., 4 Not classified above, 5 Undetermined or not reported, 8 No equipment present (N/A)

## Q - TYPE OF MATERIAL GENERATING MOST SMOKE
IF SMOKE SPREAD BEYOND ROOM OF ORIGIN

## AVENUE OF SMOKE TRAVEL
1 Air handling duct, 2 Corridor, 3 Elevator shaft, 4 Stairwell, 5 Opening in construction, 6 Utility opening in wall, 7 Utility opening in floor, 8 Not classified above, 9 Unprotected or not reported, 0 No avenue of smoke travel (N/A)

## R - FORM OF MATERIAL GENERATING MOST SMOKE

## S - 30 RESCUED PROPERTY / YEAR / MAKE / MODEL / SERIAL NO. / LICENSE NO.

## T - 40 EQUIPMENT INVOLVED IN IGNITION / YEAR / MAKE / MODEL / SERIAL NO.

## U - MEMBER MAKING REPORT: [signature]    DATE: 2/28/09