# EXHIBIT E

6

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>General Motors Corporation | Case Number<br>09-50026 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property)<br>Seneca Insurance Company, Inc. | ☐ Check this box to indicate that this claim amends a previously filed claim |
|---|---|
| Name and address where notices should be sent<br>Eric Goldberg, Esq , Kahn & Goldberg, LLP<br>708 Third Avenue - 19th Floor<br>New York, NY 10017<br>Telephone number<br>(212) 687-5088 | FILED – 0216<br>USBC –SOUTHERN DISTRICT OF NEW YORK<br>GENERAL MOTORS<br>09-50026 (REG)<br><br>Court Claim Number _____<br>(If known)<br><br>Filed on _____ |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars<br>☐ Check this box if you are the debtor or trustee in this case |

| 1 Amount of Claim as of Date Case Filed    $ 200,000.00 | 5 Amount of Claim Entitled to Priority under 11 U.S.C §507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

Specify the priority of the claim

2 Basis for Claim: **automobile product liability**
(See instruction #2 on reverse side )

☐ Domestic support obligations under 11 U.S.C §507(a)(1)(A) or (a)(1)(B)

3. Last four digits of any number by which creditor identifies debtor: **N001**

3a Debtor may have scheduled account as: _____
(See instruction #3a on reverse side )

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C §507 (a)(4)

4 Secured Claim (See instruction #4 on reverse side )
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

☐ Contributions to an employee benefit plan – 11 U.S.C §507 (a)(5)

Nature of property or right of setoff  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C §507 (a)(7)

Value of Property:$_____  Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,

If any $_____  Basis for perfection: _____

☐ Taxes or penalties owed to governmental units – 11 U.S.C §507 (a)(8)

Amount of Secured Claim $_____  Amount Unsecured $_____

[Stamp: THE GARDEN CITY GROUP, INC. JUN 23 2009]

6 Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim

☐ Other - Specify applicable paragraph of 11 U.S.C §507 (a)(__)

7 Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements
You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary *(See instruction 7 and definition of "redacted" on reverse side )*

Amount entitled to priority

$_____

**DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING**

If the documents are not available, please explain

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| Date: 6/4/09    Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any<br><br>(signature) – Attorney For Seneca Insurance Company | FOR COURT USE ONLY |
|---|---|

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C §§ 152 and 3571*