# EXHIBIT F

## RELEASE AND SUBROGATION RECEIPT

RECEIVED

of the Seneca Insurance Company of New York, New York

the sum of One Hundred Sixty Three Thousand Six Hundred Seventy Three and 93/100 ************************ DOLLARS ($163,673.93)

in full payment, release and discharge of all Actual Cash Value building claims ($190,228.11 RCV loss, less $25,554.18 recoverable depreciation and $1,000.00 deductible) and demands of the undersigned against the said Company, arising from or connected with any loss or damage by reason of a fire loss at the building located at: 1301 W. Fletcher, Chicago, IL 60618, which loss or damage arose or occurred on or about the 28th day of February, 2009; and in full payment, release and discharge of all Actual Cash Value building claims and demands against the said Company under the certain policy of insurance No. SCC 2041267 issued through the Frank Crystal Insurance Agency of the said Company.

In consideration of and to the extent of said payment the undersigned hereby subrogates said Company, to all of the rights, claims and interest which the undersigned may have against any party, person, persons, property or corporation liable for the loss mentioned above, and authorizes the said Company to sue, compromise, or settle in the undersigned's name or otherwise all such claims and to execute and sign releases and acquittances and endorse checks or drafts given in settlement of such claims in the name of the undersigned, with the same force and effect as if the undersigned executed or endorsed them.

Warranted no settlement has been made by the undersigned with any party, person, persons, property or corporation against whom a claim may lie, and no release has been given to anyone responsible for the loss, and that no such settlement will be made nor release given by the undersigned without the written consent of the said Company and the undersigned covenants and agrees to cooperate fully with said Company in the prosecution of such claims, and to procure and furnish all papers and documents, in the undersigned's possession, necessary in such proceedings and to attend court and testify if the Company deems such to be necessary but it is understood the undersigned is to be saved harmless from costs in such proceedings.

IN WITNESS WHEREOF, _____ ha __ hereto set _____ hand ___ and seal ___ this _____ day

of _____

WITNESS: _____ (SEAL)

                                               Address

                            City                           State

Ron Shipka, Sr.

STATE OF _Illinois_  }

COUNTY OF _Cook_    } SS:

On this _30th_ day of _July_, _2009_, before me appeared,

to me personally known, and who acknowledged the execution of the foregoing instrument as _____ free act and deed,

for the consideration set forth therein.

My Commission Expires _____

OFFICIAL SEAL
KAREN A. TUCKER
Notary Public - State of Illinois
My Commission Expires Mar 02, 2012

_____ Notary Public

FORM F-126 ADJUSTERS SUPPLY CO'

RECEIVED
JUL 3 1 2009
BY: _____