## CERTIFICATE OF SERVICE

    ERIC GOLDBERG hereby certifies that this AFFIRMATION IN OPPOSITION TO DEBTOR'S OBJECTION TO CLAIM was filed on the Court's ECF System for this case and that same will be sent electronically to the registered participants and that paper copies will be sent to those indicated as non-registered participants on September 19, 2011.

Dated: New York, New York
       September 19, 2011                                       s/
                                                              Eric Goldberg