UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                                                      :        Chapter 11

MOTORS LIQUIDATION COMPANY, et al   :        Case no. 09-50026
    f/k/a  General Motors Corp. et al
                                                                              :
                 Debtors.
                                                                              :
-----------------------------------------------------------x

ANSWER TO 244TH OBJECTION CLAIMS
AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS

TO THE HONORABLE COURT:

Comes now, creditor C R Rondinelli, Inc, through the undersigned attorney and respectfully represent:

1. Appearing creditor was included in the Exhibit A List acompaning the 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders filed by Debtors,

2. The proof of Claim flied by the appearing Creditor was filed more or at the Bar Date

3. The United States Spreme Court has established a standard for allowing a late Claim, requiring a showing of excusable neglet. See Pioneer Inv. Assocs., 507 U.S .380.(1993) The Pioneer Court established five factors in consideration of what constitute excusable neglet:

    a) the degree of prejudice to the debtor
    b) the length of the delay and its potential impact on jutitial proceedings
    c) the reason for the delay, including whether it was within the reasonable control of the claimant
    d) whether the claimant acted in good faith,
    e) if a claimant has councel, whether a claimant should be penalized for their councel's mistake or neglect.

4. It's clear that there are no prejudice to Debtors neither they alleged or established any damage or prejudice; there wasn't a significant delay with any impact to the jutitial proceedings ( the filing delay is of two (2) days and the Plan was filed more than one year later) ; the delay wasn't in the control of creditor because the attorney

that was representing him in the state court was not a bankruptcy prctitioner; and finally creditor acted always in good faith.

WHEREFORE, Creditor prays that the Motion Requesting Enforcement of the Bar Date be denied and any orher relief that the Court deems just and proper.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed  the above document with the Clerk of the Court using the CM/ECF System  which sends notification of such filing to all those who in this case  have registered for receipt of notice by electronic mail.

Dated  September 15, 2011.

/S/ Alfredo Cardona
220 Ave. Los Atleticos
San German, PR 00683
Tel./ Fax (787) 892-2665
eMail: cardonaalf@prtc.net