GENERAL MOTORS NATIONAL BENEFIT CENTER
BENEFIT SERVICES GROUP
Regional Personnel Administration
P.O. Box 5152
Southfield, Michigan 48086-5152

August 02, 1993


$79,800

T C Powell
815 Canterbury Lane
Saginaw, MI 48603-5814

Dear T C Powell,

As a retiree of General Motors with 10 or more years of participation in the Life and Disability Benefits Program, you are eligible for Continuing Life insurance.

Our insurance records, as of the date of this letter, show the Continuing Life insurance has now fully reduced to the ultimate amount of $79,800.00. This ultimate amount will remain in effect for the rest of your life and is provided by General Motors at no cost to you.

IMPORTANT: YOU SHOULD KEEP THIS NOTICE WITH YOUR OTHER VALUABLE PAPERS.

If you have any questions regarding this letter, you may call the General Motors National Benefit Center toll-free, 1-800-633-3900, during normal business hours, or write to the address above.

Retirees currently serviced by the National Retiree Servicing Center may continue to call 1-800-828-9236 for assistance.

Always include this Social Security number, 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, in all your correspondence.

Benefit Services Group

UA01


EXHIBIT E