UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                    Case No.: 09-50026 (REG)

MOTORS LIQUIDATION COMPANY          Chapter 11
ET AL., FKA GENERAL
MOTORS CORP, ET AL., Debtor

-----------------------------------------------------------x

                                          Adversary Proceeding No.: _____

                    Plaintiff

                      v.

CLAYBORN COLEMAN

                    Defendant

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, CHARLES W. PULLIAM, request admission, *pro hac vice*, before the Honorable JUDGE GERBER, to represent CLAYBORN COLEMAN, a CLAIMANT in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of ILLINOIS and, if applicable, the bar of the U.S. District Court for the NORTHERN District of ILLINOIS.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/19/11
NEW YORK, New York

Charles W. Pulliam

Mailing Address:
931 E. 192ND PL.
GLENWOOD, IL 60425

E-mail address: CHARLESPULLIAM@SBC GLOBAL.NET
Telephone number: (708) 757-5642