Steven C. Powell (Admitted *Pro Hac Vice*)
POWELL MURPHY, PLLC
322 N. Old Woodward
Birmingham, MI 48009
Telephone: (248) 723-4390
Facsimile: (248) 646-3380
Email: scpowell@powellmurphylaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF NEW YORK**

------------------------------------------------------------x
: 
In re                                   :    Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :    09-50026 (REG)
         f/k/a General Motors Corp., *et al.*  :    Honorable Robert E. Gerber
                                        :
               Debtors.                 :    (Jointly Administered)
                                        :
------------------------------------------------------------x

## ORDER DENYING 235TH OMINBUS
## OBJECTION TO CLAIMS

The Court is advised by the 235th Omnibus Objection to Claims (Docket No. 10720), a response filed by T. Charles Powell and is otherwise advised.

IT IS HEREBY ORDERED THAT the relief requested in the 235th Omnibus Objection to Claims is DENIED in its entirety as it relates to Powell.

IT IS FURTHER ORDERED that Powell's Claim is hereby allowed, and is also allowed as an administrative expense claim.


Dated: New York, New York
       _____, 2011

                                              _____
                                              United States Bankruptcy Judge

