Attachment A-2

LIFE INSURANCES (Executives only):

Basic Life Insurance:  *52.5% Min = $79,800*
While active, basic equals 2 times annual base with a
$200,000 maximum insured amount. The excess of 2 times
annual base over $200,000 is covered by supplemental.
In retirement, basic reduces by 2% of the original amount
each month until it reaches the continuing paid up lifetime
amount equal to 1.5% of original amount times Part A
credited service.

Supplemental Life Insurance or Benefit:  (See applicable section)

SUPPLEMENTAL LIFE INSURANCE....active executives born prior
to 1-1-29 and placed as an executive prior to 1-1-89 have
insurance equal to 3 times their annual base salary PLUS
additional insurance to cover any basic amount over
$200,000.
In retirement, the portion of supplemental equal to 3 times
annual base continues unreduced for life at corporation
expense.  The portion covering the basic insurance over
$200,000 reduces in the same way basic reduces (1.5% times
original amount times years of Part A credited service).

*$228,000*

SUPPLEMENTAL LIFE BENEFIT....active executives born after
1-1-29 and placed as an executive prior to 1-1-89 have a
death benefit equal to 3 times their annual base salary
PLUS additional death benefit to cover the amount of basic
over $200,000.
In retirement, the portion of the supplemental death
benefit equal to 3 times annual base continues for life at
corporation expense.  The portion covering the basic over
$200,000 reduces in the same way basic reduces (1.5% times
original amount times years of Part A credited Service). *$228,000*

*★ life benefit at corp expense*

SUPPLEMENTAL LIFE BENEFIT....active executives placed as
executives after 1-1-89 regardless of age have a death
benefit equal to 2 times their annual base salary PLUS an
additional death benefit to cover the amount of basic over
$200,000.
In retirement, the portion of the supplemental death
benefit equal to 2 times annual base reduces to 1 times
annual base salary and is continued at corporation expense
for life.  The portion covering the basic over $200,000
reduces in the same way basic reduces (1.5% times original
amount times years of Part A credited service).

Optional Life Insurance:
Current coverage up to 5 times annual base salary may be
continued in retirement unreduced to age 65 then reduces
10% per year until no coverage at age 75.  Premiums will
increase with age.

Dependent Life Insurance:
Current coverage may be continued in retirement unreduced
to the retire's age 70.  Coverage cancels at age 70.
Premiums will increase based on retiree's age.

*Total = $307,800*

*Trish = $10,000 (depend)*

*Barb = $50,000 (depend)*



EXHIBIT D