September 13, 2011

To United States Bankruptcy Court
Honorable Robert E Gerber United States Bankruptcy Judge
621 Bowling Green
New York , New York 10004-1048

Re Additional information for case # 10411-10412  226 Omnibus Claim ccf 10302
Fortunato Agazio (deceased salaried GM retiree)  Wife Judith Agazio


1. Enclosed is copy of tax statement showing that we paid Federal taxes on the insurance GM failed to pay AS STATED IN THE FOREVER LETTER .

We paid that for MANY YEARS and consider the letter and taxes as binding.

2.Also newspaper article showing  GM habitual  discrimination of salaried retirees as shown by the treatment of the Delphi salaried retiree.GM HAS UNSAVORY HISTORY OF USING THE SALARIED RETIREE AS SCAPE GOATS.

3.Ethics in business.  The discrimination against salaried retirees is UN-ETHICAL and must by stopped. Only when  people in power, bring companies to task for unfair treatment of groups of retiree-s will this travesty stop.

4. We bought Long term nursing insurance(John Hancock) through GM many years ago, based on our GM benefits (before they took them away from salaried re-tiree) The insurance starts after 3 months of medicare re-hab, HOWEVER, we now get 3WEEKS OF REHAB NOT 3MONTHS  SO-o-o, that leaves a big gap  with the long term insurance, like 9 WEEKS, before the long term kicks in.,which I am liable for if the time comes.

The UAW HAS THE 3 MONTHS plus everything else, we don't.

IT IS TIME TO GET THESE COMPANIES TO COMPENSTAE THRIR EMPLYOEES FAIRLY.

ONLY JUDGES  with integrity  and not INDEBTED TO A POLITICAL PARTY and others  in power with courage can  change the country. You can bring hope back to Americans in a big way.

P LEASE  CONSIDER  the above claim with NO BIAS

Mrs. Judith Agazio
29399 Shacket Ave.
Madison Heights Michigan 48071     248-542-6649
Fagazio@yahoo.com

## Form 1099-R (2008) — Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

**Copy C** — For Recipient's Records. This information is being furnished to the Internal Revenue Service.

CORRECTED (if checked): ☐

**PAYER'S name, street address, city, state, and ZIP code:**
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
397 WILLIAMS STREET MC1W
MARLBOROUGH, MA 01752
DB038404-002  1-800-489-4646
GM SALARIED RETIREMENT PROGRAM

**PAYER'S Federal identification number:** [redacted]

**RECIPIENT'S identification number:** [redacted]

**RECIPIENT'S name, street address, city, state, and ZIP code:**
FORTUNATO AGAZIO
29399 SHACKETT AVE
MADISON HTS, MI 48071-4421

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | [redacted] |
| 2a | Taxable amount | $0.00 |
| 2b | Taxable amount not determined / Total distribution | ☐ |
| 3 | Capital gain (included in box 2a) | $0.00 |
| 4 | Federal income tax withheld | [redacted] |
| 5 | Employee contrib/desig. Roth contrib or insurance premiums | $435.26 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 |
| 7 | Distribution code(s) | 7 |
|   | IRA/SEP/SIMPLE | ☐ |
| 8 | Other | $0.00 |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | $ |
| 10 | State tax withheld | |
| 11 | State/Payer's state no. | |
| 12 | State distribution | $ |
| 13 | Local tax withheld | $0.00 |
| 14 | Name of locality | |
| 15 | Local distribution | |

Account number (see instructions): [redacted]

Form 1099-R  (keep for your records)  Department of Treasury - Internal Revenue Service

Handwritten notes: "PAID ea. year hereafter" / "for ins. & Life Ins. they refused to pay"



# Delphi retirees pursuing pension lawsuit with feds

By JOSEPH SZCZESNY
Of The Oakland Press

The Delphi Salaried Retirees Association is preparing to move ahead with its lawsuit against the Pension Benefit Guaranty Corporation despite the dismissal of part of its original complaint against the Obama administration.

Den Black, DSRA president, said Thursday the ruling last week by U.S. District Judge Arthur Tarnow gives the organization the right to question PBGC officials closely about the process that led up to the federal takeover of the Delphi salaried pension fund back in August 2009.

The PBGC takeover of the salaried pension fund led to substantial cuts aide to President Barack Obama, and Steve Rattner, the head of the Obama administration auto task force, which was run by the Treasury Department.

Tarnow said the DSRA's original complaint failed to include sufficient factual allegations against defendants from the Treasury Department. The dismissal was required under two recent U.S. Supreme Court decisions emphasizing the need for fact-specific allegations.

The decision does not prevent the DSRA from amending the complaint at a later time to add additional factual allegations. Black said the judge also noted, "The Court also anticipates that the



Fact Dis Belonging To [handwritten annotation]

...once employed by Troy-based Delphi.

The DSRA suit filed against the PBGC seeks to restore earned Pension Benefits which were lost as a result of the improper termination of the Delphi Salaried Plan...

"...utilize the political process to pursue the relief they seek."

The DRSA will now begin to depose individuals who have direct knowledge of the decision-making process and will demand that documents the PBGC has worked to keep...

...ed for political reasons.

Tarnow rejected the PBGC's argument that the court should limit its review of the salaried plan's termination to a review of administrative records. The ruling also granted the salaried retirees' proposed scheduling order in which the parties will have until the end of April 2012 to complete discovery, Black said.

The judge, however, also dismissed the claims against the U.S. Treasury defendants, including Treasury Secretary Timothy Geithner and Ron Bloom, a former...

...allowed taxes paid by all Americans to be used only for specific and politically favored groups," Delphi said.

Delphi, which was spun off by General Motors Corp in 1999, has said the pensions were transferred to the PBGC to satisfy the terms of a deal with private equity groups to help bring its bankrupt auto parts supplier out of bankruptcy.

Meanwhile, GM refused to take responsibility for the underfunding of Delphi's salaried pension plan, saying they had left the company with ample funds after the spin off.