**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Motors Liquidation Company. | **:** | **09-50026 (REG**) |
| | **:** | |
| | **:** | |
| Debtors. | **:** | |
|‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾x | | |

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Charles W. Pulliam, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  *September 20, 2011*


 *S/ Robert E. Gerber*
 UNITED STATES BANKRUPTCY JUDGE