**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York  10019-6708
Telephone (212) 277-6500
Fax (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

| | |
|---|---|
| **In Re:**<br><br>**MOTOR LIQUIDATION COMPANY,** *et al.*<br>**f/k/a General Motors Corp.,** *et al.*<br><br>                    Debtors. | **Chapter 11**<br>**Case No. 09-50026 (REG)**<br><br>**(Jointly Administered)** |

## AFFIDAVIT OF ATTORNEY JOSEPH H. HOWITT

STATE OF MICHIGAN    )
                                            )SS
COUNTY OF OAKLAND )

      I, Joseph H. Howitt, being first duly sworn, deposes and says as follows:

      1.     That I have represented Donald Warner with regard to claims for injuries arising out of a motor vehicle accident of May 9, 2007.

      2.     That I negotiated a settlement of Mr. Warner's claim in the amount of $21,750.00 on or about April 30, 2009, said settlement never being paid due to the bankruptcy filing of Debtor.

      3.     That I have reviewed the Brief to which this Affidavit is attached and indicate that the only bankruptcy filings received by your Affiant, or transmitted to your Affiant by Mr. Warner are those set forth in the Brief.

    4.    That no Order establishing a claims cutoff date on November 30, 2009 was ever received by Claimant or his attorney.

**FURTHER YOUR AFFIANT SAYETH NOT**

                                              _____
                                              Joseph H. Howitt

STATE OF MICHIGAN    )
                                 )SS
COUNTY OF OAKLAND )

    On this _____ day of _____, 2011, personally appeared before me the above-named Joseph H. Howitt, known to me to be the person described in and who executed the foregoing, and who acknowledged that he executed the same as his own free act and deed.

                                            _____
                                            Notary Public
                                            _____, County, MI
                                            My Commission Expired: _____