**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
**DICKSTEIN SHAPIRO LLP**
1633 Broadway
New York, New York 10019-6708
Telephone (212) 277-6500
Fax (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

| | |
|---|---|
| **In Re:**<br><br>**MOTOR LIQUIDATION COMPANY**, *et al.*<br>f/k/a General Motors Corp., *et al.*<br><br>                              Debtors. | **Chapter 11**<br>**Case No. 09-50026 (REG)**<br><br>**(Jointly Administered)** |

## PROOF OF SERVICE

Michael J. Butler, being first duly sworn, deposes and says that on the 19th day of September, 2011, he served a copy of:

**RESPONSE OF CLAIMANT, DONALD WARNER (Claim No. 71177)**
**TO 245TH OMNIBUS OBJECTION TO CLAIMS AND MOTION**
**REQUESTING ENFORCEMENT OF BAR DATE ORDERS**

**BRIEF IN SUPPORT OF RESPONSE OF CLAIMANT,**
**DONALD WARNER (Claim No. 71177)**
**TO 245TH OMNIBUS OBJECTION TO CLAIMS AND MOTION**
**REQUESTING ENFORCEMENT OF BAR DATE ORDERS**

**PROOF OF SERVICE**

upon:

| | |
|---|---|
| **DICKSTEIN SHAPIRO, LLP**<br>1633 Broadway<br>New York, New York  10019-6708 | **MOTORS LIQUIDATION COMPANY**<br>401 South Old Woodward Ave., Suite 370<br>Birmingham, MI  48009<br>Attn:  Thomas Morrow |
| **CADWALADER, WICKERSHARM & TAFT**<br>One World Financial Center<br>New York, New York  10281<br>Attn:  John J. Rapisardi, Esq. | **UNITED STATES DEPARTMENT OF TREASURY**<br>1500 Pennsylvania Ave., NW, Room 2312<br>Washington D.C.  20220<br>Attn:  Joseph Samarias, Esq. |
| **VEDDER PRICE, P.C.**<br>1633 Broadway, 47th Floor<br>New York, New York  10019<br>Attn:  Michael L. Schein, Esq. | **KRAMER LEVIN NAFTALIS & FRANKEL**<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Attn:  Thomas Moers Mayer, Esq. |
| **OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK**<br>33 Whitehall Street, 21st Floor<br>New York, New York  10004<br>Attn:  Tracey Hope Davis | **U.S. ATTORNEY'S OFFICE, S.D.N.Y.**<br>86 Chambers Street, 3rd Floor<br>New York, New York  10007<br>Attn:  David S. Jones Esq. &<br>Natalie Kuehler, Esq. |
| **CAPLIN & DRYSDALE**<br>375 Park Avenue, 35th Floor<br>New York, New York  10152-3500<br>Attn:  Elihu Inselbuch, Esq. &<br>Rita C. Tobin, Esq. | **CAPLIN & DRYSDALE**<br>One Thomas Circle, N.W., Suite 1100<br>Washing, D.C.  20005<br>Attn: Trevor W. Sweet, III, Esq. &<br>Kevin C. Maclay, Esq. |
| **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA**<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201<br>Attn:  Sander L. Esserman, Esq. and<br>Robert T. Brousseau, Esq. | **GIBSON, DUNN & CRUTCHER, LLP**<br>200 Park Avenue, 47th Floor<br>New York, New York  10166<br>Attn:  Keith Martorana, Esq. |
| **FTI CONSULTING**<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 500<br>Atlanta, GA  30309<br>Attn: Anna Phillips | **CROWELL & MORING, LLP**<br>590 Madison Ave., 19th Floor<br>New York, New York  10022-2524<br>Attn: Michael V. Blumenthal, Esq. |
| **KIRK P. WATSON, ESQ.**<br>2301 Woodlawn Boulevard<br>Austin, TX  78703 | |

by placing a copy of said documents in an enclosed envelope, postage fully prepaid thereon and depositing same in a United States Mail receptacle located at 18831 West 12 Mile Road, Lathrup Village, Michigan 48076.

    Further, Affiant sayeth not.

/s/ *Michael J. Butler*

_____
Michael J. Butler