# United States Bankruptcy Court

___Southern___ District Of ___New York___

In re   Motors Liquidation Company GUC Trust,
        Debtor

Case No. 09-50026

Chapter 11

## NOTICE OF APPEAL



___David A. Radke___, the creditor appeals under 28 U.S.C. § 158(a) or (b) the order of Robert E. Gerber, the bankruptcy judge, described further as the SUPPLEMENTAL ORDER GRANTING DEBTORS' 147TH OMNIBUS OBJECTION TO CLAIMS entered following the HEARING ON THE OMNIBUS OBJECTION TO CLAIMS on the ___27th___ day of ___JULY___, ___2011___.
                                                                    (month)           (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1- Weil, Gotshal & Manges LLP, attorneys for the GUC Trust, 767 Fifth Avenue, New York, New York 10153 (Atn: Harvey R. Miller,Esq.,Stephen Karotkin,Esq., and Joseph H. Smolinsky,Esq.) 212-310-8000
2- The Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow)
3- The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.)
4- The U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.)
5- Gibson, Dunn, Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmingtion Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.)
6- FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite500, Atlanta, Georgia 30309 (Attn: Anna Phillips)

Dated: ___9/14/2011___

Signed: ___David A. Radke___

Appellant: ___David A. Radke___

Address: ___1067 Gulick Rd___

___Haslett, Michigan 48840___

Telephone No: ___517-655-3751___