Official Form 17
(12/04)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _Motors Liquidation Company_
         Debtor

Case No. _09-50026_

Chapter _11_

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

_Mark F. Hasson III_, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _9th_ day of _September_, _2011_.
                                                                                                        (month)         (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

_See attachment_

Dated: _9-17-11_

Signed: _Mark F. Hasson III_
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: _417 Bute Road_
_Uniontown PA 15401_

Telephone No: _724-437-3679_

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

_Supporting documentation to be sent separately._

Mark F. Hasson III
Supplemental Order to 151st Omnibus Objection to Claims
Case #09-50026
Claim #60788
Docket #10784

**The names of all parties to the judgment, order, or decree appealed from and the names and addresses of their respective attorneys are as follows:**

Anna Phillips
FTI Consulting
One Atlantic Center
1201 West Peach Street, Suite 500
Atlanta, Georgia 30309

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009

Tracy Hope Davis
Office of the United States Trustee for the S.D.N.Y
33 Whitehall Street, 21st Floor
New York, New York 10004

Keith Martorana
Gibson, Dunn, Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166

David S. Jones
Natalie Kuehler
U.S. Attorney's Office, S.D.N.Y
86 Chambers Street, 3rd Floor
New York, New York 10007

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinksky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153