Official Form 17
(12/04)

# United States Bankruptcy Court

__SOUTHERN__ District Of __NEW YORK__

RECEIVED SEP 19 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

In re __MOTORS LIQUIDATION COMPANY__
Debtor

Case No. __09-50026__

Chapter __11__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__DALE R. SPIRNAK__, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __6TH__ day of __SEPTEMBER__, __2011__.
(month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

__SEE NEXT PAGE__

Dated: __9-17-11__

Signed: __Dale R. Spirnak__
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __N/A__

Address: __207 MAPLEDALE DR.__
__MUNHALL, PA. 15120__

Telephone No: __412-461-5195__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Supplemental Order to 147th Omnibus Objection to Claims
Claim #63648
Docket #10782

The names of all parties to the judgment, order, or decree appealed from and the names and addresses of their respective attorneys are as follows:

Anna Phillips
FTI Consulting
One Atlantic Center
1201 West Peach Street
Suite 500
Atlanta, Georgia 30309

Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue
Suite 370
Birmingham, Michigan 48009

Tracy Hope Davis
Office of the United States Trustee for the S.D.N.Y
33 Whitehall Street
21st Floor
New York, New York 10004

Keith Martorana
Gibson, Dunn, Crutcher LLP
200 Park Avenue
47th Floor
New York, New York 10166

David S. Jones
Natalie Kuehler
U.S. Attorney's Office, S.D.N.Y
86 Chambers Street
3rd Floor
New York, New York 10007

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinksky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153