Abigail M. Stempson
Office of the Attorney General-State of Nebraska
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
abigail.stempson@nebraska.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                             :      CHAPTER 11
                                                   :
GENERAL MOTORS CORP., *et al.*,                    :      Case No. 09-50026 (REG)
                                                   :
                                                   :      (Jointly Administered)
                        Debtors.                   :
-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Abigail M. Stempson, a member in good standing of the bar of the Sate of Nebraska, and the bar of the U.S. District Court for the District of Nebraska, request admission, *pro hac vice*, pursuant to the Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the State of Nebraska before the Honorable Robert E. Gerber in the above referenced cases. My address is Attorney General's Office, 2115 State Capitol, Lincoln, NE 68509; my e-mail abigail.stempson@nebraska.gov; my telephone number is (402) 471-2811.

    The filing fee of $25.00 has been submitted with the filing of this motion for *pro hac vice* admission.

Dated: September 19th, 2011

Respectfully submitted,

STATE OF NEBRASKA

JON BRUNING,
ATTORNEY GENERAL

*/s/Abigail M. Stempson*
Abigail M. Stempson, # 23329
Assistant Attorney General
2115 State Capitol Building
Lincoln, NE 68509-8920
Tel.: (402) 471-2811
Fax: (402) 471-4725
abigail.stempson@nebraska.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :    CHAPTER 11
                                                    :
**GENERAL MOTORS CORP.,** *et al.*,                 :    Case No. 09-50026 (REG)
                                                    :
                                                    :    (Jointly Administered)
        **Debtors.**                                :
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Abigail M. Stempson, a member in good standing of the bar in the state of Nebraska and the bar of the U.S. District Court for the District of Nebraska, having requested admission, *pro hac vice*, to represent the State of Nebraska, an interested party in the above referenced cases, it is hereby **ORDERED**,

that Abigail M. Stempson, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED: _____          _____
        New York, New York                  Robert E. Gerber
                                            United States Bankruptcy Judge