Abigail M. Stempson
Assistant Attorney General
Nebraska State Bar No. 20673
The Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
Fax: (402) 471-4725
abigail.stempson@nebraska.gov

ATTORNEY FOR THE STATE OF NEBRASKA on behalf of
THE STATE OF NEBRASKA AND THE OTHER STATES
SIGNING THE LIMITED OBJECTION MOTION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.**, *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
---------------------------------------------------------------x

### AFFIDAVIT OF ABIGAIL M. STEMPSON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    U.S. Bankruptcy Court

State of Nebraska           )
                            ) ss:
County of Lancaster         )

ABIGAIL M. STEMPSON, being duly sworn, hereby deposes and says as follows:

1. I am an assistant attorney general with the Office of the Attorney General for the State of Nebraska.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Nebraska.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff STATE OF NEBRASKA.

*Abigail M. Stempson*
Abigail M. Stempson #23329
Assistant Attorney General
Office of the Attorney General
State of Nebraska
2115 State Capitol
Lincoln, NE  68509
abigail.stempson@nebraska.gov
Tel: 402-471-2811

Dated: Lincoln, Nebraska, September 19, 2011.

Subscribed and sworn to before me
this 19 day of September 2011

*Nancy A. Gillett*
Notary Public, State of Nebraska

My commission expires:

GENERAL NOTARY - State of Nebraska
NANCY A. GILLETT
My Comm. Exp. Aug. 2, 2013

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on April 11, 2006, Abigail Marie Stempson was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on September 15, 2011.

_____
Lanet S. Asmussen
Clerk

_____
By                        Deputy Clerk