HEARING DATE AND TIME: October 28, 2011 at 9:45 a.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
MOTORS LIQUIDATION COMPANY, et al.,           :    09-50026 (REG)
      f/k/a General Motors Corp., et al.      :
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
-----------------------------------------------------------x
```

### ORDER ADJOURNING DEBTORS'
### OBJECTION TO PROOF OF CLAIM NO. 45631
### FILED BY STEVEN NEWMAN C/O MICHAEL GREEN, DECEASED

Upon the Objection, dated April 5, 2011 (the "**Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking entry of an order disallowing and expunging proof of claim No. 45631 (the "**Claim**") filed by Steven Newman c/o Michael Green, deceased (the "**Claimant**") on the grounds that such claim fails to state a legally cognizable cause of action as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and upon Claimant's counsel's letter to the Court dated September 16, 2011 and the Debtors' letter in reply; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that a response to the Objection (the "**Response**") shall be filed by Claimant or counsel to the Claimant no later than **seven (7) calendar days** from entry of this Order (the "**Final Response Deadline**"), failing which, pursuant to section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged in its entirety; and it is further

ORDERED that no further extensions to the Final Response Deadline shall be granted; and it is further

ORDERED that if a Response is filed by the Final Response Deadline, the time for the Debtors and the Motors Liquidation Company GUC Trust to reply to the Response shall be fixed as **Friday, October 14, 2011**, and a hearing to consider the Objection shall be held in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **Friday, October 28, 2011 at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *September 20, 2011*

                                                  *s/ Robert E. Gerber*
                                                  United States Bankruptcy Judge