UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                          Chapter 11

MOTORS LIQUIDATION CO., et al.,                                 Case No. 09-50026 (REG)

        Debtors                                              Jointly Administered

/

# TOWN CENTER AT COBB'S
# NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Town Center at Cobb hereby withdraws with prejudice, proof of claim number 17567 filed against Debtor Motors Liquidation Company.

        Respectfully submitted,

        DUNCAN & ADAIR PC

By: _____
        George E. Duncan, Jr.
        7000 Central Parkway, Suite 220
        Atlanta, GA 30328

Dated: September __14__, 2011    770-698-4560

