Motions And Petitions to Defraud and Fouls Plays

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

Page 1 of 5

RECEIVED FEB 16 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

# UNITED STATES DISTRICT COURT

for the

District of Pa, NJ, all US States

BK Smith & All others (A Class Actions All Homeless)

United States of America (litigants against possibly thefts)

v.

Too Many too list Here (Please see Federal Pacer)

Defendant

Case No. Fed's 5-cv-4457 and POC 70464 and all others Lehigh County Pa.

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASES / Civil Cases

To: US Bankruptcy Court & The US Court of Appeals For The Second Federal Circuit All in New York, New York. 10004-1048 And All others

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

Place of Appearance: Please Send Instead

Courtroom No.:

Date and Time:

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: (1) Please see all GM-all names, all GMAC legally and equitably matters and how Prudential and all entities and all possibly individuals all surroundings and all within from the plaintiffs shareholdings to M B Wagner possible current Prudential policies (Smith had also) on home and please inform the

Date: 2-12-2011 US Supreme Court

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the ~~attorney~~ Pro Se representing *(name of party)* , who requests this subpoena, are:

C/o The US Supreme Court.

If The Banta at Prudential (Prudential GMAC et Correct in any and all ways) Is related to in any/all ways to the last name of Banta also Lehigh County Pa Courts mandated Court Appointed Attorney in the legal efilings and more Issues,

Please see US Supreme Court stamped documents also

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Page 2 of 5

Case No. Fed: 5-CV-4457 And Others

plus 3 more legal actual documents (legal and equitable enclosed) All pages - all ways enclosed one listing included.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* US Bankruptcy Court New York, NY 10004

was received by me on *(date)*

☑ I personally served the subpoena on the individual at *(place)* Sent via US mail & legal and equitable returns on line on *(date)* ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the subpoena unexecuted because ; or

☐ Other *(specify)*: Note: If your US Courts can't find out please send to the Pentagon For Special Units of the US Military to find out (too many people being aborted alot of ways)

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 2/6/2011

[signature] (All alias Address All Chronicles)

*Server's signature*

Please legally & equitably reply to the US Supreme Court by 3/25/2011 to All Nine US Supreme Court Justices please.

*Printed name and title*

C/o The US Supreme Court, All Address

*Server's address*

Additional information regarding attempted service, etc:

Please see all possible attempts of murder and more even possibly entities all within and surrounding (Also, recurrent Lehigh County Pa solicitors also)

http://www.thslaw.com/Clients

Form Confirmation Page 1 of 3

# Form Confirmation

Thank you for submitting the following information:

**Q1:** Appellant
**Q2:**
**Q3:** info@messages.whitehouse.gov Also,if related and if involved in any and all ways all informations in particular all REAL NAMES OF ALL POSSIBLE ENTITIES AND ALL POSSIBLE INDIVIDUALS -IF ANYTHING-ALL MOTIONS & PETITIONS TO DETERMINE ALL FOULS PLAYS IF CORRECT (ALL WHEELS THE PLANTIFFS LOST WHILE DRIVING AND THE WEIL... LAW FIRM ASSIGNED TO THE GM-ALL NAMES AND MORE
**Q4:**
**Q5:** Monetary damages
**Q6:**
**Q7:**
**Q9A:**
**Q9B:**
**Q9C:**
**Q9D:**
**Q9E:**
**Q9F:**
**Q9G:**
**Q9H:**
**Q10:**
**Q11:**
**Q13:** info@messages.whitehouse.gov

### Q8

Also,if related and if involved in any and all ways all informations in particular all REAL NAMES OF ALL POSSIBLE ENTITIES AND ALL POSSIBLE INDIVIDUALS - IF ANYTHING-ALL MOTIONS & PETITIONS TO DETERMINE ALL FOULS PLAYS IF CORRECT (ALL WHEELS THE PLANTIFFS LOST WHILE DRIVING AND THE WEIL... LAW FIRM ASSIGNED TO THE GM-ALL NAMES AND MORE SETTLEMENTS-WHEEL & WEIL also in all legal writings to all united states supreme court by 02 27 2011 leaving nobody out if correct.

### Q9I

Also,if related and if involved in any and all ways all informations in particular all REAL NAMES OF ALL POSSIBLE ENTITIES AND ALL POSSIBLE INDIVIDUALS - IF ANYTHING-ALL MOTIONS & PETITIONS TO DETERMINE ALL FOULS PLAYS IF CORRECT (ALL WHEELS THE PLANTIFFS LOST WHILE DRIVING AND THE WEIL... LAW FIRM ASSIGNED TO THE GM-ALL NAMES AND MORE SETTLEMENTS-WHEEL & WEIL also in all legal writings to all united states supreme court by 02 27 2011 leaving nobody out if correct.

### Q10A

Also,if related and if involved in any and all ways all informations in particular all REAL NAMES OF ALL POSSIBLE ENTITIES AND ALL POSSIBLE INDIVIDUALS - IF ANYTHING-ALL MOTIONS & PETITIONS TO DETERMINE ALL FOULS PLAYS IF CORRECT (ALL WHEELS THE PLANTIFFS LOST WHILE DRIVING AND THE WEIL... LAW FIRM ASSIGNED TO THE GM-ALL NAMES AND MORE SETTLEMENTS-WHEEL & WEIL also in all legal writings to all united states supreme court by 02 27 2011 leaving nobody out if correct.

### Q11A

Also,if related and if involved in any and all ways all informations in particular all REAL NAMES OF ALL POSSIBLE ENTITIES AND ALL POSSIBLE INDIVIDUALS - IF ANYTHING-ALL MOTIONS & PETITIONS TO DETERMINE ALL FOULS PLAYS IF CORRECT (ALL WHEELS THE PLANTIFFS LOST WHILE DRIVING AND THE WEIL... LAW FIRM ASSIGNED TO THE GM-ALL NAMES AND MORE SETTLEMENTS-WHEEL & WEIL also in all legal writings to all united states supreme court by 02 27 2011 leaving nobody out if correct.

### Q12

Also,if related and if involved in any and all ways all informations in particular all REAL NAMES OF ALL POSSIBLE ENTITIES AND ALL POSSIBLE INDIVIDUALS - IF ANYTHING-ALL MOTIONS & PETITIONS TO DETERMINE ALL FOULS PLAYS IF CORRECT (ALL WHEELS THE PLANTIFFS LOST WHILE DRIVING AND THE WEIL... LAW FIRM ASSIGNED TO THE GM-ALL NAMES AND MORE SETTLEMENTS-WHEEL & WEIL also in all legal writings to all united states supreme court by 02 27 2011 leaving nobody out if correct. 01-27-2011 -12-29-2010 thru 12/27/2010 Fed:5cv4457 and all others and poc#70464 and all other us courts dockets and all lehigh county pa and all entities all surronding and all within. Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: 1. all legally completed with all legal ease all federal official legal documents all legally completed and all sent through the united states mail with all other legal and equitable attachments (legally dated 12/26/2010 -all rebuttals and all the plantiffs objections -and the plantiffs objections to Weil Gotschal & Manges -all correct names-general motors corporation-all correct names objections- 2 legal and equitable pages) and page 1 of 63 (all legal and equitable pages are legally and equitably included of the united states court of appeals for the second federal circuit-all names of all united states courts of the plantiffs legal documents insertions into the united states court of appeals for the second federal circuits website(s) and survey online forms and all prior legal notices in all ways sent and esent to the united states court of appeals (all and all others us courts),all dtc participant accounts in numerical sequence pdf and all other legally listed entities-all 7 legal and equitable pages plus all other websites contents and all entities all surronding and all within and all similar to entities and all the same entities for legal and equitably of examples also of possible midatlantic and all other credit unions and all similar to the same legal and equitable issues even and also to the depository trust entities also if involved-in any and all ways,also legally contained was and is a copy of the official federal united states court of appeals for the federal circuit stamped official federal legal and equitable document of oct 23 2009 (now and again legally and equitably updated in all ways-also legal dates updated also,also a copy of a recent mailings to the pa supreme court to obtain some possible relief(s) -all types from all commonwealth of pa courts and all lehigh county pa courts and all future(s) and past purging and trashing of all the plantiffs dockets all in the lehigh county pa that should of been moved to all united states courts as legally and equitably requested all so many times before.All correct websites and internet hyperlinks aka addresses and all correct contents also. 2. http://www.sec.gov/Archives/edgar/data/37996/000095012403002082/k77726be424b5.htm dated 12/8/2010 -all legal dates and all contents 3. http://www.sec.gov/foia/bdreports/bd120110.txt dated 12/21/2010-all legal dates and all contents 4. http://deutsche-boerse.com/dbag/dispatch/en/xetraInstruments/gdb_navigation/trading/20 dated 12/14/2010-all legal dates and all contents 5. DTC participant accounts in numerical sequence and all entities of all 7 pages and all entities all within and all surronding if involved-in any and all ways.All similar to and all the same entities if involved-in any and all ways- for legal and equitable examples also of Midatlantic credit unions and all credit unions and all credit unions the plantiffs used to use for legal examples of allentown teachers credit union (LVECU-all names) and all depository and all other legal and equitable issues all herewithin and all surronding also even possible other midatlantic entities and even possible individuals all within and all surronding and all possible dual(s) and more interests at one and possibly more job(s) (also all united states courts and

Petitions And Motions And Appeals

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

Page 106 2

RECEIVED OCT 23 2009 United States Court of Appeals For The Federal Circuit

# UNITED STATES DISTRICT COURT

for the 3rd Federal Circuits and all 11 Federal Circuits

BE Smith & Others (All Homeless A Class Actions)
Plaintiff

v.

Too Many To List Here (Please see all Federal Pacer Accounts)
Defendant

Civil Action No. Fed: 5-cv-4457 And Others

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: United States Supreme Court, One First Street, NE, Washington DC 20543 and

To: all 11 Federal Circuits

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

1) All recent orders (with no pen signature?) from all United States Courts in Philadelphia Pennsylvania are appealed (although previously legally involved in all higher United States Courts)

| Place: Please Send | Courtroom No.: |
|---|---|
| | Date and Time: |

Please have the appropriate judge sign these orders.

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: Please send

2) A Homeless person (the plaintiffs) all being denied the rights to hand deliver all legal packages in USDC in Allentown Pennsylvania to be sent through the United States Courts intermailing systems to higher US Courts

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

3) Please see all recent imprisonments and arrests for legal efilings (standing up for my rights) also.

Date: 10/19/2009

CLERK OF COURT

[signature]

*Signature of Clerk or Deputy Clerk*

OR

BE Smith (A Class Actions - All Homeless)

*Attorney's signature*

Pro Se

The name, address, e-mail, and telephone number of the attorney (pro se) representing *(name of party)* BE Smith, no phone # federalsubpoenas@yahoo.com, who issues or requests this subpoena, are:

1) All legal documents and exhibits and others legally attached and now sent as well as United States Certified Mail 7008 1140 0004 8064 8605

BE Smith & Others now not allowed to file in either Courts and US Courts in Allentown ... Please see all legal efilings in the future

US Constitutional Rights to more here.
Please identify Mary [illegible] by DNA + Birth certificate.
Also a motorcycle
(Auto name possible) 12/9/2010

Hello!

Please legally and equitably enter on Fed 5-cv-4457 And All others

Federal Pacer after seeing your courts servers for all websites legal and equitable insertions of all legal edocuments.

Please see all (possible) entrapments in between Lehigh County Pa Court + USDC (Hand delivered legal documents and told not to file in LC anymore for immediate stamp then other persons mortgage foreclosure document put in my stack to take over to USDC in Allentown Pa. (Possible Defiant Trespass again tried). That document left at USDC to deliver back to Lehigh County Pa Courthouse.

Please stop Lehigh County Pa from further damages to the plaintiffs from no divorce settlement(s) to possible (tbd) manipulated criminal history (against ex-mr mom), cover up of real issues (attempted murders, inventions issues and more.

Thanks!

[signature] / A Class Action All [illegible]

Imprisoned (are for Federal Pacer

Note: Enclosed US Court stamped updated. Also IRS + PA Senate summons to this hearing, IRS wasn't paid by Lehigh County Pa either

RECEIVED
DEC 14 2010
OFFICE OF THE CL[ERK]
SUPREME COURT