To be legally and equitably ans_____ writings (all ways) by Mr.
Benake (all spellings - all possible if correct stands - all possible deaths and more, if correct Jobs at one Job(s). As listed on here with
and on surrounding.

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

JPML, US B—ruptcy Court,
US Court of Appeals (All)

# UNITED STATES DISTRICT COURT

for the 3rd Federal Circuits (all Federal
Circuits - all US states)   Page 1 of 32
All pages not marked (All first writings page) included all ways

A Class Actions
BE Smith + All others (All Homeless)
_____
Plaintiff

JUN 27 2011

v.

To Many too list Here (Please see Federal Pacer
Account Id: s00789
_____
Defendant

Civil Action No. Fed 5-CV-4457 And
All other US Courts (all US Bankruptcy
Courts, all Lehigh County Pa and all
others   Please
send instead

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION / Criminal

United States Treasury, Attn: Ben Benake (all spellings), PO Box 9019,
To: Holtsville, Ny 11742-9019 (All Locations) and all others.
To be legally and equitably answered in writing (all ways) by Ben Benake (all spellings)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below
to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court
officer allows you to leave. Note: Due to Homelessness since 2000-2001, all Home deeds, all
Offense, 2 vehicles with files taken (all ways). Thanks to IRS in Bethlehem Pa for supplying financial
documents in late 2010, All issues need to be resolved, please.

| Place: Please send | Courtroom No.: Please send |
| Please forward a copy to US military legal command also if possible | Date and Time: Please send |

All legal and equitable le writings on and in all behalfs of the plaintiff only.
You must also bring with you the following documents, electronically stored information, or objects (blank if not
applicable): ① Suggestion: Please see 2000 GB and BOB rebuild America's inner cities since that
time (their teams also) Please inform USHUD of the plaintiffs top (Wants be) donate (depending on
award amount) Initiatives (Please see enclosed apparently USHUD doesn't know why BE Smith nominated
GB and BGB as HGTV Change The World Nominees. Suggestion: Increase Land Bank and drop RE
prices down and more.
The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed.
R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing
so, are attached ② Please see all current issues holding BE Smith (Homeless - has to live with
sister - Lehigh County Pa) Homeless Down from Lehigh County Pa going beyond their jurisdiction and requiring
monies! No divorce settlements, blockings of Jobs, taking Smith out of temp work, all possible death threats and wheel
incidents cover ups (even a divorce settlement - no payment IRS, if correct)

Date: 6/24/2011
All US States Federal
Contempts. Also, if possible
all non-profit and profits
start ups within US Treasury
for Rip BHM Down, Rebuild America's Cities Int'l Pro Se Due Diligence shown many times

_____
CLERK OF COURT
Signature of Clerk or Deputy Clerk
Michaela

OR

A class Actions on Homeless
BE D's all abel
_____
Attorney's signature
Pro Se

The name, address, e-mail, and telephone number of the attorney representing (name of party) Be D's + all
(All) (A (Class Actions) (1, US
_____, who issues or requests this subpoena, are:
Supreme Court.

③ Please see all documents enclosed: When BE Smith ss# 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 became Homeless (all issues)
he asked the IRS to do his taxes. They (IRS) put gross amount on (possibly should of been paid in divorce
settlement by Lehigh County Pa - please remove any (all liens, all possible credit liens again holding homeless
down (please see all holdings of returns/refunds also, if correct please release funds). All IRS interviews
_____ in Bethlehem Pa and sent to Cincinnati IRS office. Again the IRS was

*Please see and legally act upon your originations servers (insertions + editings) also.*

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)   *Page 2 of 32*

Civil Action No. *Fed: 6-cv-4457 And All other US Courts and Courts dockets of the plaintiff*

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

*United States Treasury, Attn: Ben Bernanke, IRS Po Box*

This subpoena for (name of individual and title, if any) *9019, Holtsville, Ny 11742-9019*

was received by me on (date) _____.

☑ I served the subpoena by delivering a copy to the named person as follows: *✓Sent via USPS mail (all ways), websites insertions and editings reference all ways, all other forms of Communications (all ways)*

on (date) *6/24/2011* ; or

☐ I returned the subpoena unexecuted because: _____

*All server records off in and on behalf, of plaintiff only.*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ *① All the plaintiffs old Internet (ISP Allentown Pa) servers records all surrounding, and all within that possible death threats via email with surrounding and within Inventions (even paid for) are sent to Federal Court (& Federal Power, USPTO, USDOC,*

My fees are $ _____ for travel and $ _____ for services, for a total of $ *0.00*

*Some inventions: Virtual Tours (also creating sites of Bamboo.com + Ipix.com in question), Online mappings, The all technologies all surroundings and within, even back to 1978 (Agricultural) - All that stolen, it correct. plaintiffs*

I declare under penalty of perjury that this information is true.

Date: *6/24/2011*

*Please see all US Bankruptcies claims (All retroactive back in time since plaintiffs First Filings) and what has been done here - nothing. Please act (all ways) upon. All legal and equitable case (all ways), all documents transferred to all obstruct Forms (all)*

Server's signature *Bks & all abc (A class Action, All Homeless)*

Printed name and title *BK Smiths & All others (All Homeless) c/o The US Supreme Court, One First St, Washington DC 20543 and the UN and US Whitehouse and United States Bankruptcy Court, Southern District of New York, one Bowling Green, NY, NY*

Server's address

Additional information regarding attempted service, etc: *3 could ask to amputate BK Smiths taxes (problem Bensalem Pa, Bethlehem Pa, Circleville Ohio, Holtsville NY, All were apparently sending mail, Please condense and complete all IRS issues. On July 19, 2011 will be again Court of all Jurisdiction(s) rail roaded in Lehigh County Pa courts for monies. Note: Please see Smiths 2010 IRS tax return $1920 For the Year (and these people intentionally set out to cause harm(s), if correct.*

*⑤ Please see all other issues and Federal Power. Please legally and equitably replies in legal and equitable writings to the US Supreme Court, US Bankruptcy Court (Southern District of NY), U.S. Whitehouse and UN by 7/26/2011. ⑥ Please see Inventions Disputes, possible US Army issues back to 1983 (if anything), possible virtual tours in all locations - who is watching?, if correct all coverups of death threats via email, wheel incidents (lost wheel after brake repair), even a $90 check to balance Schwab account out that turned into $90,000 (never accepted by Smith - all information on...*

*Thanks! BK & all abc & Action (All Homeless)*

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information;

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

**(iii)** a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

Department of the Treasury
**Internal Revenue Service**
P.O. Box 9052
Andover, MA  01810-9052

For assistance, call:
1-800-829-0922
**Your Caller ID:** 765228

**Notice Number:** CP49
**Date:** April 25, 2011

006423.841752.0025.001 1 AT 0.365 645

**Taxpayer Identification Number:**
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
**Tax Form:** 1040EZ
**Tax Year:** December 31, 2007

BEVERLY E  SMITH III
151 W MOUNTAIN RD APT 5
ALLENTOWN  PA  18103-5866

006423

## Overpaid Tax Applied to Other Taxes You Owe

We applied $6.00 of the overpaid tax on your 2007 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due to you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $6.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $6.00 |
| Total Amount Applied | $6.00 |
| Amount to be refunded Unless You Owe Other Obligations | $.00 |

(Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.)

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040A | December 31, 2001 | $6.00 | $15,944.46 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

*1 d'r 5-CV-4457 And All others. Ps 5 of 32"/ asked all correct why SSA-All names did not send Smith to The Doctor as promised, then denied also names and all identifications. Orshinski→ fact*

# SOCIAL SECURITY

Refer to:
S9H: AG2660

April 14, 2011

Mr. B Smith
151 W Mountain Road Apt #5
Allentown, PA 18103

Dear Mr. Smith:

This is in response to your internet request for your records.

You may have access to your records under the provisions of the Privacy Act. The Social Security Administration Availability of Information and Records to the Public Regulation at 20 C.F.R. § 402.15 provides that requests will not be handled under the provisions of the Freedom of Information Act when access or disclosure would be granted under the provisions of the Privacy Act.

You may contact your servicing Social Security office for assistance at 41 N. 4th Street, Allentown, Pennsylvania (877) 405-6746. You must specify which records you want. We are not required to honor requests for "any and all" records.

Sincerely,

*Dawn S. Wiggins*

Dawn S. Wiggins
Freedom of Information Officer

*[handwritten:] Fed; 5-CV-4457. And. Psc #70464 GM- all names And all US Bankruptcies in Retroactive days to Plaintiff First filings 2008 - 2011 year.*

PROSPECTUS

**87,000,000 Shares**



# G E N E R A L   M O T O R S   C O M P A N Y

## 4.75% Series B Mandatory Convertible Junior Preferred Stock

We are offering 87,000,000 shares of our 4.75% Series B mandatory convertible junior preferred stock, $0.01 par value (Series B preferred stock).

Dividends on our Series B preferred stock will be payable on a cumulative basis when, as and if declared by our Board of Directors, or an authorized committee of our Board of Directors, at an annual rate of 4.75% on the liquidation preference of $50 per share. We may pay declared dividends in cash or, subject to certain limitations, in common stock or any combination of cash and common stock on March 1, June 1, September 1 and December 1 of each year, commencing on March 1, 2011 and to, and including, December 1, 2013.

Each share of our Series B preferred stock will automatically convert on December 1, 2013 into between 1.2626 and 1.5152 shares of our common stock, subject to anti-dilution adjustments. The number of shares of our common stock issuable on conversion will be determined based on the average of the closing prices per share of our common stock over the 40 trading day period ending on the third trading day prior to the mandatory conversion date. At any time prior to December 1, 2013 holders may elect to convert each share of our Series B preferred stock into shares of common stock at the minimum conversion rate of 1.2626 shares of common stock per share of Series B preferred stock, subject to anti-dilution adjustments. If you elect to convert any shares of Series B preferred stock during a specified period beginning on the effective date of a cash acquisition (as described herein) of GM, the conversion rate will be adjusted under certain circumstances and you will also be entitled to a cash acquisition dividend make-whole amount (as described herein).

Concurrently with this offering, selling stockholders, including the United States Department of the Treasury, are also making a public offering of our common stock in which they are offering 478,000,000 shares of common stock. The public offering price of our common stock is $33.00 per share. In that offering, the selling stockholders have granted the underwriters of that offering an option to purchase up to an additional 71,700,000 shares of common stock to cover over-allotments. The closing of our offering of Series B preferred stock is conditioned upon the closing of the offering of our common stock, but the closing of the offering of common stock is not conditioned upon the closing of the offering of Series B preferred stock.

Prior to this offering, there has been no public market for our Series B preferred stock. Our Series B preferred stock has been approved for listing on the New York Stock Exchange under the symbol "GM Pr B", subject to official notice of issuance. Our common stock has been approved for listing on the New York Stock Exchange under the symbol "GM". The Toronto Stock Exchange has conditionally approved the listing of our common stock under the symbol "GMM", subject to our fulfilling all of the requirements of the Toronto Stock Exchange.

**Investing in our Series B preferred stock involves risks. See "Risk Factors" beginning on page 20 of this prospectus.**

| | Per Share | Total |
|---|---|---|
| Public offering price | $ 50.000 | $4,350,000,000 |
| Underwriting discounts and commissions | $ 1.375 | $ 119,625,000 |
| Proceeds, before expenses, to General Motors Company | $ 48.625 | $4,230,375,000 |

We have granted the underwriters an option to purchase up to an additional 13,000,000 shares of Series B preferred stock to cover over-allotments at the public offering price, less the underwriting discount, within 30 days from the date of this prospectus.

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or the accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of our Series B preferred stock to investors on or about November 23, 2010.

| | | |
|---|---|---|
| **Morgan Stanley** | **J.P. Morgan** | **Goldman, Sachs & Co.** |
| **BofA Merrill Lynch** | **Barclays Capital** | **Citi** |
| **Credit Suisse** | **Deutsche Bank Securities** | **RBC Capital Markets** |
| **Bradesco BBI** | **CIBC** | **COMMERZBANK** |

| | | | |
|---|---|---|---|
| BNY Mellon Capital Markets, LLC | ICBC International | Itaú BBA | Lloyds TSB Corporate Markets |
| CICC    Loop Capital Markets | The Williams Capital Group, L.P. | | Soleil Securities Corporation |

The date of this prospectus is November 17, 2010.

*[handwritten:] Best of all west of class Appear for Paneless*

Fed: 5-lv-
4757
And
Another,



Bob Smith
Security Officer

If found please return to 2440 Emrick Blvd.
Bethlehem, Pa 18020 or call 1-800-424-1116

ALLIEDBARTON
SECURITY SERVICES
Local Response    National Support

All Commonwealth of Pa and
Lehigh County Pa ( all entities and
any individuals) blockings of
Jobs and later requiring
Monies,

Department of the Treasury
Internal Revenue Service
P.O. Box 9052
Andover, MA 01810-9052

*Fed; S-W-4457*
*And  ATT*
*Other Centr*
*and us*
*Curt*
*Duckets*

For assistance, call:
1-800-829-0922
Your Caller ID: 765228
Notice Number: CP49
Date: March 7, 2011

081208.842923.0365.007 1 AT 0.357 630

Taxpayer Identification Number:
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
Tax Form: 1040EZ
Tax Year: December 31, 2010

BEVERLEY E  SMITH
151 WEST MOUNTAIN ROAD
ALLENTOWN  PA   18103-5866

081208

## Overpaid Tax Applied to Other Taxes You Owe

We applied $291.00 of the overpaid tax on your 2010 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due to you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $291.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $291.00 |
| Total Amount Applied | $291.00 |
| Amount to be refunded Unless You Owe Other Obligations | $.00 |

(Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.)

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040A | December 31, 2001 | $291.00 | $16,119.66 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

U.S. Department of Justice
United States Marshals Service

Nov 3 14/2011

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fed 5-CV-4457 And An Others All legally & equitably | |
| DEFENDANT | TYPE OF PROCESS |
| Declaring 911 trodured/all ways to the plaintiffs | |

SERVE ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Past, present & future attempts (over 1500 —

AT

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Approximate Federal Documents — all ways served (all ways)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

All motions and all petitions to the US
Supreme Court to enforce all legal and
equitable lump trices (all US courts)

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                          Fold

Pro Se (Due Diligence tried several times)
For Law Firms East & West Coast
Possible — even US States (if possible) may be in
Federal Contempts of US Courts (all)

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

A Class Actions
An Homeless)

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IRS Document

Date:                                                    Internal Revenue Service


To whom it may concern:

   Please see, legally, financial act upon all taxes issues of b e smith aka beverley e smith
ss#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. Due to all legal and equitable issues B E Smith became "HOMELESS WITH BELOW POVERTY
INCOME and still being denied food stamps and medicine needed by the same lehigh county pa (all entities, all individuals
if involved in all ways all surronding and all within) as possibly NO DIVORCE SETTLEMENT WAS EVER GIVEN AND LEHIGH COUNTY PA still persists
in interferring and more in all federal and us supreme court issues.B e smith filed all taxes timeliness and all other surronding and all within
issues in all us courts and all lehigh county pa courts and all other courts all on and all in all behalfs of the plantiffs due to ongoing problems.
   Due to the events in the past besides two vehicles stolen and missing with many financial files and records and federals and states evidences
inside,home office records and more taken,storage taken and more b e smith asked the irs to help with all the plantiffs taxes of which apparently
if correct the gross figure your records apparently shows a gross amount that was derived by making deliveries (please recheck and reconfirm in all
legal and equitable writings also due to monies years ago put into a charles schwab account and refused by smith -a $90 check turned into $90,000
worth of stock years ago. B E SMITH REFUSED TO TAKE POSSESSION.PLEASE MAKE THESE APPARENT GROSS AMOUNTS WERE DERIVED  BY DELIVERY INCOME ALSO .Please
call the lehigh county pa divorce master at 610-782-3820 and ask that person why (if correct) these taxes have not been paid if correct when the divorce
took place (if not paid) with all possible no divorce settlements. Mary B wagner (-Smith ex-wifes attorney name is melissa pavlack also Allentown pa-an officer
of the courts).These delivery incomes were earned while still married. Wayne nottle was mary and beverleys tax preparer before,if needed (nottles tax service in whitehall
pa).
   In late 2010,the irs in bethlehem pa supplied smith with some figures of which b e smith sent in documents and also hand delivered (due to no monies) some years
to the irs in bethlehem pa.
   Please research all possible refunds sent since 2000-2001 and whether b e smith received and signed for these issues. Also, please complete all b e smiths taxes
and release all held back monies and all attached monies/refunds to all supposed funds owed if correct. Please see all irs offices involved and condense if possible:
Bethlehem pa ,bensalem pa,holtsville new york,cincinnati ohio,Andover massachusetts.
   This is an extreme hardship case and this typings was done by a public library.
   Please update all informations also. I appreciate the IRS assistances so far in these matters. Please copy b e smith,151 w mountain road,apt 5,allentown pa 18103
and all legal and equitable copies to the us supreme court one first street washington dc 20543.
   Please see the enclosed documents also if needed.

                         Thanks!
                         mr beverley e smith,151 west mountain road ,apt
5,allentown,pa 18103
sisters message phone 610-797-2027   best contact federalsubpoena@yahoo.com

US Constitutional Rights Violations to more here.

Please identify Mary Abate by DNA + Birth certificate.

Also a motorcycle

Hello!    (Auto name possible) 12/9/2010

Please legally and equitably enter
on Fed 15-cv-4457 And All others

Federal Pacer after seeing your Courts
Servers for all Websites legal and equitable
insertions of all legal edocuments.

All
Lehigh County
Dockets of
the plaintiffs also,
2009-FC-1066
And others

in: Enclosed
about
imped updated,
so IRS +
Senate
mans to
is
wrong,
25 wasn't
id by
gh County

hr

Please see all (Possible) entrapments in between
Lehigh County Pa Court + US DC (Attend delivered
legal documents and told not to file in LC byhand
for immediate stamp then other persons mortgage
foreclosure document put in my stack to take over
to US DC in Allentown Pa. (Possible Deficit
Trespass again tried). That document left at
US DC to deliver back to Lehigh County Pa
Courthouse.

Please stop Lehigh County Pa from further damages to
the plaintiffs from no divorce settlement(s) to
possible (tbd) manipulated criminal history (against
et-mr mom), cover up of real issues (attempted
murders, minutiae issues and more.

Thanks!        / A Class Action

An than

Bob + all else

Transcend Love for Federal Pacer

RECEIVED
DEC 14 2010
OFFICE OF THE CLE
SUPREME COURT

2011 MAR 22 A 8:5 FILED

Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE U... Page 1 of 14

*(handwritten top margin)* Fed. 5-cv-4457 and Divorce 7000-pc-1453 and Pcc # 70464 and 6n-all names and Borders Group
and Lehman Brothers and Blockbuster and all US Bankruptcies All retroactive back to 2001-2001 ...

YAHOO! MAIL   *Current*

Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!!!All
DEATH THREATS VIA EMAIL AND COVERUPS ALL SURROUNDING INVENTIONS DISPUTES ALL POSSIBLE to be
determined

*(handwritten right margin)* No Divorce
Settlements &
More

**From:** "bob smith" <bob43smith@yahoo.com>        Thursday, May 5, 2011 4:28 PM
**To:** JML.helpdesk@jml.uscourts.gov, po@ce2.uscourts.gov, po@ce2.uscourts.gov, po@ca3.uscourts.gov,
po3ca4.uscourts.gov, po@ca5.uscourts.gov, po@ce6.uscourts.gov, po@ca7.uscourts.gov,
po3ca8.uscourts.gov, po@ca9.uscourts.gov, po@ce10.uscourts.gov, Supreme
Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov,
rulescomments@ca3.uscourts.gov, rulescomments@ca2.uscourts.gov, rulescomments@ce3.uscourts.gov,
rulescomments@ca7.uscourts.gov, rulescomments@ca8.uscourts.gov, rulescomments@ca5.uscourts.gov,
rulescomments@ca10.uscourts.gov, rulescomments@ca9.uscourts.gov,
rulescomments@ca11.uscourts.gov, 210info@reply.dc.uscourt.gov

24 files (19 MB)

*(handwritten right margin)* Recent Receipts
Paid to Pc-SCDU
directly 5/2/2011
mo # 14308405133
4/12/2011 (western union)
mo # 14283361395
until Federal Courts Petition and motion (All others paid)






Prob Pro...   05_05_20...   05_05_2...   07-15-20...   FEDERAL   Garnishm...   Garnishm...   Guide for...   Lehigh C...   Hemeran...

Pacer an...   Rules of ...   Scanned   Scanned   UNITED   US COUR...   US Distr...   US Distr...   US Distr...

US Feder...   US Supre...   US_SUPRE...   Wheel In...

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

**From:** bob smith <bob43smith@yahoo.com>
**Subject:** Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!!!All DEATH THREATS VIA EMAIL AND COVERUPS ALL :
**To:** governor@state.oregon.us, attorneygeneral@state.oregon.us, generalcounsel@state.oregon.us, webmaster@ca1.uscourts.gov, webmaster@ca2.uscourts.gov, webmaster@ca3.uscc
webmaster@ca7.uscourts.gov, webmaster@ca8.uscourts.gov, webmaster@ca9.uscourts.gov, webmaster@ca10.uscourts.gov, webmaster@ca11.uscourts.gov, "Supreme Court" <webma
**Date:** Thursday, May 5, 2011, 4:24 PM

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

**From:** bob smith <bob43smith@yahoo.com>
**Subject:** Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!!!All DEATH THREATS VIA EMAIL AND COVERUPS AL
**To:** treasury@state.or.us, legalcounsel@oregon.state.us, criminalcases@ca1.uscourts.gov, criminalcases@ca2.uscourts.gov, criminalcases@ca3.uscourts.gov, criminalcases@ca4.usc
criminalcases@washingtontimes.com, criminalcases@ca9.uscourts.gov, criminalcases@ca10.uscourts.gov, criminalcases@ca11.uscourts.gov, "Supreme Court" <webma
"acrofoot@washingtontimes.com, "WASHINGTON TIMES" <advertiz@wt.infi.net>, "WASHINGTON TIMES" <ArthurOchsSulzberger@supremecou
TIMES" <bryant@twtmail.com>, "WASHINGTON TIMES" <chaffe@twtmail.com>, "WASHINGTON TIMES" <circulation@washingtontimes.com>, "WASHINGTON TIME
"WASHINGTON TIMES" <egetzinger@washingtontimes.com>, "WASHINGTON TIMES" <circulation@washingtontimes.com>, "WASHINGTON TIMES"
"founder@washingtontimes.com, "WASHINGTON TIMES" <eldrid@twtmail.com>, "WASHINGTON TIMES" <circulation@washingtontimes.com>, "WASHINGTON TIMES" <circulation
"WASHINGTON TIMES" <legal@washingtontimes.com>, "WASHINGTON TIMES" <faney@twtmail.com>, "WASHINGTON TIMES"
<newsdesk@washingtontimes.com>, "WASHINGTON TIMES" <mccasl@twtmail.com>, "WASHINGTON TIMES" <almond@washin
TIMES" <pierce@twtmail.com>, "WASHINGTON TIMES" <pdivramesu@washingtontimes.com>, "WASHINGTON TIMES" <mike.mcgrath@washtimes.com>, "WASHINGTON TIMES" <pearso@twtmail.com>, "WASHINGTON TIMES" <phol
"WASHINGTON TIMES" <steven.sweet@washtimes.com>, "WASHINGTON TIMES" <privacy@washingtontimes.com>, "WASHINGTON TIMES"
<webeditor@washtimes.com>, "WASHINGTON TIMES" <tagres@mcimail.com>, "WASHINGTON TIMES" <pusey@twtmail.com>, "WASHINGTON TIMES" <phol
"WASHINGTON TIMES" <webmaster@magserv.com>, "WASHINGTON TIMES" <netcoc@wt.infi.net>, "WASHINGTON TIMES" <ratafa@wt.infi
"WASHINGTON TIMES" <whcrs@magserv.com>, "WASHINGTON TIMES" <chaffe@twtmail.com>, "WASHINGTON TIMES" <webmaster@washingtontimes.com>, "WASHINGTON TIMES" <madv
Webmaster_ca5_@_ca5.uscourts.gov, Webmaster@ca2.uscourts.gov, Web_CA09Admin@ca9.uscourts.gov, Web Master@pa.ngb.army.mil
"Whitehouse" <comments@whitehouse.gov>, "Whitehouse" <vice_president@whitehouse.gov>, "wipo.int" <ra-h-or-weoteam@state.pa.us>, "wipo int
"wipo int" <mail@patentslivrel.no>, "wipo int" <oprong@otenet.gr>, "wipo int" <panaultor@orbi.net>, "wipo int" <abens@ingi.in>, "wipo int" <cenda@cupatte.cult.cu>, "wipo int" <copo.contac
**Date:** Thursday, May 5, 2011, 4:19 PM

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

**From:** bob smith <bob43smith@yahoo.com>
**Subject:** Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!!!All DEATH THREATS VIA EMAIL AND COVERUPS A
**To:** civilcases@ca1.uscourts.gov, civilcases@ca2.uscourts.gov, civilcases@ca3.uscourts.gov, civilcases@ca4.uscourts.gov, civilcases@ca5.uscourts.gov, civilcases@ca6.uscourts.gov
civilcases@ca10.uscourts.gov, civilcases@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, civilcases@ca8.uscourts.gov,
<rtominson@pasen.gov>, "PA SENATE" <yhughes@legis.state.pa.us>, Pa Senator Pat Browne Office" <pbrowne@pasen.gov>, PA State General Counsel" <gc-webmaster@state
<webmaster@health.state.pa.us>, "Pa State Rep Steve Samuelson" <ssamuels@pahouse.net>, "Pa State Unemployment Office" <ra-li-or-weoteam@state.pa.us>, Pa State Veterans
<pacer.psc@uscourts.gov>, "FEC Pacs" <cfo@fec.gov>, paos_ecf_training@pacb.uscourts.gov, "paed.uscourts.gov" <PAED_clerksoffice@paed.uscourts.gov>, "Pa State Veterans
<b3aellung@proleics.usee.gov>, "USPTO eFOIA" <eFOIA@uspto.gov>, "foia proveli@tog.gov, proposed_orders@sdb.uscourts.gov, proposed_orders@sdb.uscourts.gov, "paed.uscourts.gov"
<michael.powell@fcc.gov>, FDIC" <foia@fdic.gov>, "FEC" <elections@fec.gov>, "FOIA" <foiaofficer@fec.gov>, "FCC" <fccinfo@fcc.gov>, "FCC" <ignathan.adelstein@fcc.gov>, "FCC" <ke
<federaleuropeana@yahoo.com>, Fellow Veterans" <bergen@or.dssa.mil>, Fellow Veterans" <foia@dtra.mil>, Fellow Veterans" <navainfo@eac.gov>, "FEC" <regad@fec.gov>, "FEC" <webmanage
<webmaster@fec.gov>, FellowsProgram@supremecourt.gov, FOIA Pentagon" <foia.workflow@pentagon.af.mil>, Fellow Veterans" <leslie.blake@mail.dss.mil>, Fellow Veterans" <linda.kraeber
**Date:** Thursday, May 5, 2011, 4:13 PM

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

*(handwritten)* Blockbuster & all other + All class Actions etc. (homeless)

*(handwritten right)* Punish
Blockbuster

846    Refund issued                                    03-29-2004        $779.00

This Product Contains Sensitive Taxpayer Data

Plmm
durble check
on
receipts
xb

*Please contact US Bankruptcy Court (Southern) New York, New York*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### U.S. COURTHOUSE
### INDEPENDENCE MALL WEST
### 601 MARKET STREET
### PHILADELPHIA, PA. 19106-1797

*All signed*

Dear Petitioner:

BE Smith & Others
C/O G. Smith
1545 W. Greenleaf St.
Allentown, PA 18102

## Complaint(s) / Appeal(s) - Missing the following:

( ) Civil Cover Sheet

( ) Designation Form

( ) Case Management Track Designation Form

( ) Full Filling Fee / IFP Statement
    1.) Complaint Fee - $350.00
    2.) Appeal Fee - $455.00
    3.) Habeas Fee - $5.00

( ) Claim for relief

### -Other: Pro Se Complaint packet

**Regarding:** The forms needed to open a case are not complete. Please complete in full and return to the Clerks Office. Upon receipt of completed forms a Judge and case number will be assigned.

10/16/2008   3 other documents (copies were enclosed please see your records)

Mr. Michael E Kunz ( Kuntz - all spellings)

All of the enclosed documents (legal) are legally and automatically signed. Please see the New York Southern Bankruptcy Court ...

Very truly yours,
MICHAEL E. KUNZ
CLERK

BE Smith

Lehman Brothers (All name variations and
US Bankruptcy Court (copies) Please make
Copies - Thanks - In Forma Pauperis

Page 1 of 3 plus 4 pages
of the copies of the original
Federal subpoenas sent
US
Certified
also
US mail certif.
Numbers
Are
Available
Upon
Receipt

## weis

THANKS FOR SHOPPING WEIS MARKETS #195
365 S CEDAR CREST BLVD
ALLENTOWN, PA  18103
TELEPHONE  610-821-4550

YOUR CASHIER TODAY WAS Heidi

```
     Post Office
     TAX                      5.49
**** BALANCE                  0.00
     CASH                     5.49
     CHANGE                   6.00
                              0.51
```

TOTAL NUMBER OF ITEMS SOLD =    1
10/02/08 04:49pm 195 592 81 424

ASK US HOW OUR WEIS SHOPPERS CLUB
CAN SAVE YOU $$'S EVERYDAY

WEIS CLUB MEMBERS
HAVE THE POWER TO SAVE MORE

```
Postage          $  0.42
Certified Fee       2.70
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee   2.20
(Endorsement Required)
Total Postage & Fees  $  5.49
```

Sent To   Lehman Brothers (All Name
Street, Apt No;   745 Seventh Avenue
or PO Box No.
City, State, ZIP+4   New York  NY  10019

Should be
on
ePacer also

! Lehman Brother was also
sent this
to
US Courts
Filings   also
&
3 For now

Court Injunction Requested
Motions   And   Petitions

Determination of Claims (All) against Lehman Brothers
and more and also it eligible / possible acquisitions
(possible - tbd)

Note: According to October 5, 2008 Sunday The
Morning Call Newspaper Lehman Brothers filed/declares
bankruptcy on Sept 15 2008. All injunction relief
and it eligible is being requested. Please send want stamp documents
to the two enclosed Federal subpoenas to the US Federal Bankruptcy
so handles the Leh___ B___

.!!!07/22/2008!!!!Please See The Text Body!!!! Please Focus On Definitely Answering 2a... Page 1 of 15

# YAHOO! MAIL

*US Courts*
*FIlings*

*Page 3063*

.!!!07/22/2008!!!!Please See The Text Body!!!! Please Focus On Definitely Answering 2a After Reading The Other Legal Background Informations and Please See The Text Body. Federal Subpoenas and FOIAs Legal eFilings eSent

**From:** "b smith" <federalsubpoena@yahoo.com>    Tuesday, July 22, 2008 8:04 PM

**To:** LehmanCommodities@lehman.com, CorpCommEurope@lehman.com,
imd.analyst@lehman.com, tdphires@lehman.com, webmaster@netiq.com,
derrick_vializ@bmc.com, mae_forsythe@bmc.com, "US Courts JPML"
<karen_redmond@ao.uscourts.gov>, "Melissa K" <kirchnerm@allentownsd.org>, "L C Clerk Of
Courts" <dianewashburn@lehighcounty.org>, "US Dept Of Labor" <foiarequest@dol.gov>, "US
Dept Of Labor" <webmaster-oas@dol.gov>, "US Dept Of Labor" <webmaster-sol@dol.gov>,
"US Dept Of Labor" <civilrightscenter@dol.gov>, "LC Court Administration"
<CAHelp@lehighcounty.org>, "N J District Court" <ecfchange@njd.uscourts.gov>, "US NAVY"
<foia@ogc.law.navy.mil>, "nsf.gov" <foia@nsf.gov>, "Barry @ NYFLIX" <bsmith@nyflix.com>,
"US Patent And Trademark Office" <webmaster@uspto.gov>, "Pa State Governors Office" <ob-
webmaster@state.pa.us>, "ofheo.gov" <foiaoffice@ofheo.gov>, "ots.treas.gov"
<public.info@ots.treas.gov>, "PA Courts Pacer" <pacer@psc.uscourts.gov>, "pacle.org"
<pacleb@pacle.org>, "pacourts.us" <civil.rules@pacourts.us>, "pacourts.us"
<ccpaopc@pacourts.us>, "pasen.gov" <jrhoades@pasen.gov>, "sba.gov"
<fsc.asksba@sba.gov>, "US SEC" <foia/pa@sec.gov>, "US Senator"
<arlen_specter@specter.senate.gov>, senator.simitian@sen.ca.gov,
senator@feinstein.senate.gov

*All*
*15*

*legal pages are*
*legally included*
*and their*
*Unofficial legal*
*attachments*

US District Court and Others Federal Civil Case Subpoena Side 1.pdf.PDF (812KB),
US District Court and Others Federal Civil Case Subpoena Side 2.pdf.PDF (1006KB),
US District Court and Others Federal Criminal Case Subpoena Side 1.pdf.PDF (514KB),
US District Court and Others Federal Criminal Case Subpoena Side 2.pdf.PDF (521KB),
Wheel Incident Pictures -More Pictures Are Available FedS-CV-4457 and Others.PDF (108KB),
ePacers Denial and Blocking Of A Homeless Litigants Rights To Access His AccountPage 1 of 7.pdf.PDF (164KB),
ePacers Denial and Blocking Of A Homeless Litigants Rights To Access His AccountPage 2 of 7FedS-CV-4457and Others.pdf.PDF (162KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 1.PDF.PDF (73KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 2.PDF.PDF (75KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 3.PDF.PDF (30KB)

Observations and Opinions.
No Accusations and Allegations are being Expressed and Implied. The Plantiffs Are Not
Responsible For "Misinformations".Official Forms Are enclosed as Attachments. This Legal efilings can be added onto
but without a delay on actions,please reply in the timely manner
as legally written below. Please note all legal efilings/emails attachments legally binds,
bounds and is legally binding to all case filings and efilings including past federal
subpoenas sent and/or served.Please read and answer number 2 (all) addressed to you directly. To: All organizations
and individuals as legally written in the eFilings Addresses and please see all legal writings below,herewithin and all
throughout.

"ALL LEGAL WRITINGS HEREWITHIN AND ALL SURROUNDINGS IS
LEGALLY EFFECTIVE IMMEDIATELY" "ALL REPLIES TO BE IN  LEGAL WRITINGS AND TO BE SENT TO THE
COURTS LISTED,PLEASE"Please include
all individuals thought to be and possibly acting on your organizations behalf. Bottom line
questions and answers requested: All informations on possible relations,associations and
possible involvements of the "possible stealings of informations that have created all the
inventions and movies and others legal disputes legally written herewithin and all
throughout.Please answer in writings with Real Names of individuals and Real Names Of All
Organizations,if applicable and if possible by factual informations not hearsay please.All
FOIAs informations legally written below,herewithin and throughout legally applies to all
agencies.

A Legal            eLaws
eGovernment(s)
http://en.wikipedia.org/wiki/EGovernment
http://search.yahoo.com/search;_ylt=A0geu5.z7cJHyDoBE6istLcF?ei=UTF-8&p=eGovernment&fr=yfp-t
-501

# YAHOO! MAIL

*Us Court Filings*     *Page 2 of 3* ↑

!!!!Please See Text Body!!!!Please Legally Answer 2a !!!!7/22/2008!!!!Legal eFilings Of Federal Subpoenas and FOIAs That Are Legally Effective Immediately

*All*

From: "prosebobaneyman" <prosebobaneyman@yahoo.com>

To: mjmcnama@lehman.com, invbank.associate.us@lehman.com,
amy.sachrison@netiq.com, press@softwareag.com, imd.associate@lehman.com,
staff@film.com, brenda.happ@mail.house.gov, jason.lane@mail.house.gov, Partner Certification@bmc.com,
info.clerkweb@mail.house.gov, James.franko@mail.house.gov, efiling@vetapp.gov,
nta_wallace@ca6.uscourts.gov, karen_redmond@ao.uscourts.gov,
ecf_paed@paed.uscourts.gov, melonie.mccall@usdoj.gov, uscfc_webmaster@ao.uscourts.gov,
treasurer@cfcbar.org, llevasseur@mayerbrownrowe.com, bryant.snee@usdoj.gov,
efoia@doc.gov, foiaappeals@doc.gov, ecf_clerksoffice@paed.uscourts.gov,
vaed_ecf_questions@vaed.uscourts.gov, harriesr@slsd.org, iatorolar@slsd.org,
llmpari@slsd.org, twilgin@fjc.gov, "Pa State General Counsel"
"Pa State Governors Office" <cob-webmaster@state.pa.us>, <sgc-webmaster@state.pa.us>,
webmaster@health.state.pa.us>, "Pa State Rep Steve Samuelson" <ssamuels@pahouse.net>,
"Pa State Webmaster" <webmaster@dot.state.pa.us>, "Pa State Health Dept"
<pacer@psc.uscourts.gov>, "Pacer Help desk" <pacer.psc@uscourts.gov>, "Pa Courts Pacer
Rights" <families@nmf.org>, "Human Rights" <hrc@hrc.org>, "Center For Ind
"Juvenile.rules@pacourts.us>, "Pa Civil Procedural Rules" <civil.rules@pacourts.us>, "Pa Children Rights"
<fola@sba.gov>, "sba.gov" <answerdesk@sba.gov>, "sba.gov" <edchipdesk1@sba.gov>, "sba.gov"
"sba.gov" <charlotte.nc@sba.gov>, "sba.gov" <richmond.va@sba.gov>, "sba.gov"
<ombudsman@sba.gov>, "sba.gov" <technology@sba.gov>, "SEC" <fola/pa@sec.gov>, "Barry
Smith" <barrysmith@nyflix.com>, "sba.gov" <technology@sba.gov>, "SEC" <fola/pa@sec.gov>, "Barry
erwebmaster@state.pa.us>, "State Of Pa Fellow Webmaster" <ra-
ethicswebmaster@state.pa.us>, "State Of Pa Fellow Webmaster" <ra-
jcjcwebmaster@state.pa.us>, "US Supreme Court-Please Forward" <gpoaccess@gpo.gov>,
"United Nations" <tb-petitions@ohchr.org>, "United Nations" <ngochr@ohchr.org>, "United
Nations" <personnel@ohchr.org>, "United Nations" <fellowship_prog@ohchr.org>, "United
Nations" <infodesk@ohchr.org>, "United Nations" <publications@ohchr.org>, "US Congress"
<kathleen.chapman@mail.house.gov>, "NJ District Court" <ecfhelp@njd.uscourts.gov.org>,
"Delaware Corporation Bureau" <glc@state.pa.us>, "DOC" <psaputo@eda.doc.gov>, "DOC"
<rhickey@eda.doc.gov>, "eFiling" <ecf_paed@paeduscourts.gov>, "ePacermail"
<pacermail@psc.uscourts.gov>, "FEC" <fola@fec.gov>, "foia"
<alexandra_mallus@ios.doi.gov>, "foia" <fola-epa@occ.treas.gov>, "foia"
Court Administration" <CAHelp@lehighcounty.org>, "fola" <efola@fdic.gov>, "LC
Rosemary McFee" <rosemarymcfee@pacses.com>, "LC Court Lisa Wilson"
<lisawilson@lehighcounty.org>, "Melissa K" <kirchnerm@ailentownsd.org>, "NCUA"
<ohrmail@ncua.gov>, "NJ District Court" <ecfhelp@njd.uscourts.gov>, "US Whitehouse"
<comments@whitehouse.gov>, "US Whitehouse" <vice_president@whitehouse.gov>

Tuesday, July 22, 2008 8:33 PM

*15 legal pages are legally intended and their offical Legal Mechanics*

US District Court and Others Federal Civil Case Subpoena Side 1.pdf.PDF (812KB),
US District Court and Others Federal Civil Case Subpoena Side 2.pdf.PDF (1006KB),
US District Court and Others Federal Criminal Case Subpoena Side 1.pdf.PDF (514KB),
US District Court and Others Federal Criminal Case Subpoena Side 2.pdf.PDF (521KB),
Wheel Incident Pictures -More Pictures Are Available Fed5-CV-4457 and Others.PDF (108KB),
eFilings in US District Court in Virginia.pdf (1125KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Picture Page 2 of 3.PDF (155KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Picture Page 3 of 3.PDF (160KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Pictures Of Wheel In...PDF (164KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 1.PDF.PDF (73KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 2.PDF.PDF (75KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 3.PDF.PDF (30KB)

Observations and Opinions.
No Accusations and Allegations are being Expressed and Implied. The Plantifts Are Not
Responsible For "Misinformations".Official Forms Are enclosed as Attachments. This Legal efilings can be added onto
but without a delay on actions,please reply in the timely manner
as legally written below. Please note all legal efilings/emails attachments legally binds,
bounds and is legally binding to all case filings and efilings including past federal
subpoenas sent and/or served.Please read and answer number 2 (all) addressed to you directly. To: All organizations
and individuals as legally written in the eFilings Addresses and please see all legal writings below,herewithin and all
throughout.

"ALL LEGAL WRITINGS HEREWITHIN AND ALL SURROUNDINGS IS
LEGALLY EFFECTIVE IMMEDIATELY" "ALL REPLIES TO BE IN LEGAL WRITINGS AND TO BE SENT TO THE
COURTS LISTED,PLEASE"Please include
all individuals thought to be and possibly acting on your organizations behalf. Bottom line

Top 100 US Federal Contractors - Wikipedia, the free encyclopedia

# Top 100 US Federal Contractors

From Wikipedia, the free encyclopedia

The **Top 100 Contractors Report** is a list developed annually by the U.S. General Services Administration as part of its tracking of U.S. federal government procurement.[1]

The Top 100 Contractors Report for Fiscal Year 2009 lists contracts totalling $294.6 billion (2008: $303.7 billion).[2][3] In the same period, small business contracts totalled $96.8 billion (2008: $92.1 billion).[4][5]

Federal Procurement Reports provide contract data that may be used for geographical, market, and socio-economic analysis, as well as for measuring and assessing the impact of acquisition policy and management improvements.[6]

In Fiscal Year 2010, the top five departments by dollars obligated were the Department of Defense ($365.9 billion), Department of Energy ($25.7 billion), Health and Human Services ($19.0 billion), General Services Administration ($17.6 billion), and NASA ($16.0 billion).[7]

In addition to the consolidated federal totals, the Top 100 Contractors Report includes worksheets listing the top hundred contractors by department and agency.

## Top 100 Contractors

| Rank (2009) ⇅ | Company ⇅ | Industry ⇅ | Total ⇅ | Rank (2008) | Company ⇅ | Industry ⇅ | Total ⇅ |
|---|---|---|---|---|---|---|---|
| 1 | Lockheed Martin Corporation (NYSE: LMT) | Aerospace and Defense | $38,512,401,433.23 | 1 | Lockheed Martin Corporation (NYSE: LMT) | Aerospace and Defense | $34,955,972,832.62 |
| 2 | The Boeing Company (NYSE: BA) | Aerospace and Defense | $21,956,065,368.89 | 2 | The Boeing Company (NYSE: BA) | Aerospace and Defense | $23,056,115,114.57 |
| 3 | Northrop Grumman Corporation (NYSE: NOC) | Aerospace and Defense | $19,654,882,647.82 | 3 | Northrop Grumman Corporation (NYSE: NOC) | Aerospace and Defense | $20,911,547,618.33 |
| 4 | General Dynamics Corporation (NYSE: GD) | Defense | $16,432,366,120.40 | 4 | General Dynamics Corporation (NYSE: GD) | Defense | $15,498,861,106.20 |
| 5 | Raytheon Company (NYSE: RTN) | Aerospace and Defense | $16,106,903,431.28 | 5 | BAE Systems plc (LSE: BA.) | Aerospace and Defense | $15,234,852,409.75 |
| 6 | United Technologies Corporation (NYSE: UTX) | Conglomerate | $7,538,417,441.35 | 6 | Raytheon Company (NYSE: RTN) | Aerospace and Defense | $14,701,172,323.31 |
| 7 | L-3 Communications Holdings Inc. (NYSE: LLL) | Communications | $7,538,417,441.35 | 7 | Emerson Construction Company | Construction | $13,951,282,017.40 |
| 8 | BAE Systems plc (LSE: BA.) | Aerospace and Defense | $7,538,417,441.35 | 8 | United Technologies Corporation (NYSE: UTX) | Conglomerate | $8,898,279,724.45 |
| 9 | SAIC Inc. (NYSE: SAI) | Technology and Defense | $7,469,492,207.53 | 9 | L-3 Communications Holdings Inc. (NYSE: LLL) | Communications | $6,545,966,092.28 |
| 10 | Oshkosh Truck Corporation (NYSE: OSK) | Trucks and Vehicles | $7,030,720,447.92 | 10 | KBR Inc. (NYSE: KBR) | Engineering, Construction and Private Military Company | $5,995,025,350.74 |
| 11 | McKesson (NYSE: MCK) | Healthcare | $6,566,776,579.50 | 11 | SAIC Inc. (NYSE: SAI) | Technology and Defense | $5,932,121,220.23 |
| 12 | KBR Inc. (NYSE: KBR) | Engineering, Construction and Private Military | $6,396,926,524.33 | 12 | Navistar Defense LLC | Trucks and Vehicles | $4,727,948,333.49 |

Interactive Pictures Corp. - The World Leader in Immersive Imaging



**The World is**
**why are your pictures still Flat?**

☒ Click here for Real Estate Info

- **#1 Choice of Top Realtors**
- **Complete view of rooms from floor to ceiling**
- **Highest quality at lowest price**
- **Easy to Use**
- **New Real Estate Software**

In just one year over 4000 Web sites joined the 360° X 360°, IPIX™ image revolution, and everyday the list grows longer. Now, **instead of simply *looking* at pictures, people are *stepping inside* pictures**, viewing breathtaking locations from earth to sky, and horizon to horizon. Internet cameras produced by Kodak, Nikon, and Olympus are capturing IPIX™ images that are profoundly impacting ecommerce, online advertising, real estate, epublishing, and more. And as **customers all over the globe** are putting the immersive power of IPIX™ images to work in their business and life, IPIX™ technology is attracting an impressive portfolio of **world class investors**.

☒ IPIX Image of the Week



☒ Good Morning America

Step inside *Good Morning America's* New Studio

☒ New IPIX Sites

Hotel Punta Islita, Costa Rica
Associated Press - Iron Curtain
Condénet's Epicurious Food
VH1 Concert of the Century
Whistler/Blackcomb
Virtual Tours Mexico
JSOnline Parade of Homes
National Digital TV Center
Boeing 747* Virtual Tour
St. Petersburg Times

**IPIX Europe**
**IPIX Australia**
**IPIX™ Classroom**
**StepInside 360**

☒ The Ultimate Sticky Content

☒ IPIX News and Events                    **Wednesday, November 5, 1920**08

IPIX Selected for International Center of Photography Council
GSA Selects IPIX™ Tours For Federal Courthouses
IPIX™ Virtual Tours Generate 20 Times More Hits
IPIX Takes BBC Viewers Behind the Scenes
Focus On IPIX In PDN Special Report
RE/MAX Masters Selects IPIX™ Virtual Tours
CNBC Interviews IPIX CEO, Jim Phillips
**>>>IPIX and bamboo.com Announce Merger<<<**
IPIX Announces Strong Third Quarter Financial Results

--- Scroll Down to see more IPIX™ press releases ----

☒ IPIX™ Image Coverage



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

OFFICE OF THE CHIEF HUMAN CAPITAL OFFICER                    MAY 23 2011

Ms. Beverley Smith
151 West Mountain Road, Apartment 5
Allentown, PA 18109

                    RE:    Freedom of Information Act Request
                           FOIA Control Nos.: 11-FI-HQ-01347 and FI-485782

Dear Ms. Smith:

This letter is in reference to your Freedom of Information Act (FOIA) request dated March 24, 2011. In your request, you asked for information regarding all motions and petitions to the Department of Housing and Urban Development's director, to submit all financial figures to the United States Supreme Court and United States Bankruptcy Court, for the Southern District of New York to complete all US Cites Rebuild Americas Endeavors pertaining to FEDScvd4457 and POC number 70464.

When responding to a FOIA request, HUD searches for responsive documents existing up to the date the request is received in the Department's FOIA Office. Your request was received on March 24, 2011.

Please be advised that the Department will comply with your request to the extent permissible by law. Any records not subject to an exemption will be forwarded to you promptly upon the completion of the Department's search and review process.

After careful review of your request by HUD staff, I have determined that your FOIA request is not specific enough to help the Department locate the requested records. A reasonable description is needed to ascertain and locate exactly what records are being sought. In its present form, your request is so broad it would impose an unreasonable burden upon the Department. Generally, a record is adequately described when the description contains sufficient file-related information (type of document, title, subject area, date of origination, etc.) or the request contains enough event-related information (date and circumstances surrounding the event the record covers) to permit an organized search.

Please clarify your request within 10 business days from the date of this letter. If I do not hear from you within that time, I will conclude that you do not desire further processing and your request will be withdrawn. Please be advised that this action will not preclude you from filing other requests in the future.

*Fed: 5-CV-4457 and Doc #70464 and all US Bankruptcies (all retroactive) and all US States (all ways) US courts and all other dockets of the plaintiffs and 2004-Fcs 1099 and all others. Now 4/15/2011. All legal and equitable documents and filled in and legal and equitable documents and filled in with all legal and equitable case (all ways), all completed (all ways) on and in all the plaintiffs behalfs only.*

**OFFICE OF THE CLERK**
**SUPREME COURT OF THE UNITED STATES**
**WASHINGTON, D. C. 20543**

*October 2010*

*Also, all International and National laws are legally and equitably included on all behalfs of the plaintiffs, only.*

# GUIDE FOR PROSPECTIVE INDIGENT PETITIONERS FOR WRITS OF CERTIORARI

## I.   Introduction

These instructions and forms are designed to assist petitioners who are proceeding *in forma pauperis* and without the assistance of counsel.   A copy of the Rules of the Supreme Court, which establish the procedures that must be followed, is also enclosed. Be sure to read the following Rules carefully:

Rules 10-14 (Petitioning for certiorari)
Rule 29 (Filing and service on opposing party or counsel)
Rule 30 (Computation and extension of time)
Rules 33.2 and 34 (Preparing pleadings on 8½ x 11 inch paper)
Rule 39 (Proceedings *in forma pauperis*)

## II.   Nature of Supreme Court    *Guide For Prospective Indigent Petitioners For Writ of Certiorari 30 pages (all pages are legally and equitably included)*

It is important to note that rev ~~a matter of right, but of judic~~ ... certiorari is not ... of the Supreme Court is not to correct errors i ... ases presenting issues of importance beyond t ... ed.   The Court grants and hears argument in ... iled each Term. The vast majority of petitions ... explanation.   The denial of a ... ut comment or Court has chosen not to accept ... s only that the view of the merits of the case. ... ress the Court's

Every petitioner for a writ of ce ... *Governing Review on Certiora* ... *Considerations* accepting a case for review incl... ... nsiderations for which review is sought and a decision of another appellate court on the same issue. An important function of the Supreme Court is to resolve disagreements among lower courts about specific legal questions.   Another consideration is the importance to the public of the issue.

## III.   The Time for Filing

You must file your petition for a writ of certiorari within 90 days from the date of the entry of the final judgment in the United States court of appeals or highest state appellate court or 90 days from the denial of a timely filed petition for rehearing.   The issuance of a mandate or remittitur after judgment has been entered has no bearing on the computation of time and does not extend the time for filing.   See Rules 13.1 and

*Beverly E. ____ ____ All others (A Class Actions All (Timeless) ← All legally handwritten and also copied. Approximately 30 pages (all contents all ways ...*

Bankruptcies (all retroactive) and all US States (all ways)

US Courts and all other dockets of the plaintiffs and 2004-FC-1099 and all others. Now 4/15/2011. All legal and equitable documents and filled in and legal and equitably completed with all legal and equitable ease (all ways) all on axis (all ways) on all behalfs of the plaintiffs only.

# RULES

## OF THE

# Supreme Court of the United States

---

## ADOPTED JANUARY 12, 2010

## EFFECTIVE FEBRUARY 16, 2010

Also, it correct all International and National Laws (All Ways) legally and equitably are included also.

Ben Eckstein + all others (A class Actions All legal (All Homeless) handwritten and

all signed Appro 86 pages — all ...es are legally and equitably included

*[handwritten:] Fed: 5-cv-4457 And POC #70464 and All US Bankruptcies all retroactive and all US states (All ways) US Courts and all other dockets of the plantiffs and 2004-FC-1099 and all others Now 4/15/2011*

*[handwritten:] All legal and all equitable documents all filed in and legal and equitibly completed with all*

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, D. C. 20543–0001

*[handwritten:] All (if correct) international and all national laws also legally and equitably attached.*

October 2010

**WILLIAM K. SUTER**
CLERK OF THE COURT

*[handwritten:] legal and equitable case (all ways) all on and in (all ways) on all behalfes of the Plantiffs only.*

AREA CODE 202
479-3011

# MEMORANDUM TO THOSE INTENDING TO PREPARE A PETITION FOR A WRIT OF CERTIORARI IN BOOKLET FORMAT AND PAY THE $300 DOCKET FEE.

This writ of c
fee requ
the Clerl
processii
case ana
preparing
January 1

*[handwritten:] Memorandum: US Supreme Court Package Approximately 10 pages (all legally and equitably included)*

ho intend to prepare a petition for a
to Rule 33.1 and pay the $300 docket
most common mistakes observed by
lines you may help to expedite the
stions, they should be directed to a
norandum is useful also for those
of the Supreme Court were adopted
bruary 16, 2010.

## 1.   PAG

The petition and the appendix required by Rule 14 must be presented on paper that is 6⅛ by 9¼ inches and not less than 60 pounds in weight as stated in Rule 33.1(a) and (c). The color of the cover must be white.   Rule 33.1(g)(i).   The petition shall be typeset in a Century family (*e.g.*, Century Expanded, New Century Schoolbook, or Century School-book) 12-point type with 2-point or more leading between lines.   Footnotes must be 10-point with 2-point or more leading between lines.   Any type that does not measure on a typesize finder to be 12-point for the body and 10-point for footnotes will not be accepted. Attached are sample copies of correct and incorrect type.

Petitions produced on a personal computer using word processing, electronic publish-ing, or image setting are considered typeset and are acceptable.   Petitions produced on a typewriter are not acceptable.   Quotations exceeding 50 words shall be indented.   The

*[handwritten:] Book ... 6" all alike (A Class Action, All items ...*

– 1 –

*[handwritten:] (10 pages – all pages legally & equitably*

Fed: 5-cv-4457 And All

others and CR-3999-2009

and MD-8022972-2001 and

CR-2269-2007 and all

others all ways. Please forward

to all Lehigh County Pa Court individuals,

departments, divisions, all judges

all ways.

Now
6/4/2011

Already
Faxed
to
Lehigh County
Pa.
1-
610-782-
3775
(all Legal Faxes)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON, DC 20543

| | | |
|---|---|---|
| Postage | $ $2.48 | 0149 |
| Certified Fee | $2.85 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.63 | 06/04/2011 |

Sent To United States Supreme Court
Street, Apt. No.; or PO Box No. Pos. Ffrst St.
City, State, ZIP+4 Washington DC 20543

PS Form 3800, August 2006      See Reverse for Instructions

EMMAUS MPO
EMMAUS, Pennsylvania
180499998
4134870149 -0099
06/04/2011      (610)965-2647      12:01:00 PM

Sales Receipt
Product          Sale Unit        Final
Description       Qty  Price       Price

WASHINGTON DC 20543                  $2.48
Zone-3 First-Class
Large Env
8.50 oz.
Expected Delivery: Mon 06/06/11
Return Rcpt (Green Card)            $2.30
Certified                           $2.85
Label #:
            70101670000150328999
                                  ========
Issue PVI:                          $7.63

Total:                              $7.63

Paid by:
Cash                               $20.00
Change Due:                       -$12.37

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes
************************************

BILL#: 1000102063830
Clerk: 07

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
************************************
************************************

Customer Copy

All 50 legal and

equitable documents (all

ways) and all full legal

and equitable versions (all

ways) are legally and equitably

bound (all ways, all Judgments,

liens, Incumbrances (all spellings)

against the Lehigh County Pa, Commonwealth of

Pa, City of Allentown Pa (all individuals and all

entities it involved in all ways, it accepts.

BK At all other ( A Class Actions

All Homeless )

All
legal and
equitable
are (all ways)
to all other Legal forms

$250 Trillion dollars American
Judgment (all ways)) to all other ___

All Lehigh County ___
all others all versions
___

# GARNISHMENT SUMMONS

VA. CODE ANN. §§ 8.01-511, 512.3

**HEARING DATE AND TIME**

Date:

Time: 10:00 A.M.

**FILED**

2007 FEB 23 P 1: 15

CLERK OF COURTS
CIVIL
LEHIGH COUNTY, PA

* When Judgment Creditor's Attorney's name, address and telephone number appear on this summons, do not include Creditor's address or telephone number.

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

☐ Support
☐ 50%   ☐ 55%
☐ 60%   ☐ 65%
(If not specified, then 50%)

☐ state taxes, 100%

If none of the above are checked, then § 34-29(a) (printed on the reverse side of this summons) applies.

United States District Court for the Eastern District of Virginia, Alexandria Division

**CASE NO.**

**COURT NAME**
☐ 401 Courthouse Square, Alexandria, VA. 22314

**JUDGMENT CREDITOR'S NAME**

**STREET ADDRESS**

**CITY, STATE, ZIP**

**TELEPHONE NO.**

**JUDGMENT CREDITOR'S ATTORNEY'S NAME**

**ADDRESS**

**TELEPHONE NO.**

**JUDGMENT DEBTOR'S NAME (SERVE)**

**STREET ADDRESS**

**CITY, STATE, ZIP**

**SOCIAL SECURITY NUMBER**

**GARNISHEE'S NAME (SERVE)**

**STREET ADDRESS**

**CITY, STATE, ZIP**

**DATE OF JUDGMENT**

**STATEMENT**

$ _____ Judgment Principal

_____ Credits

_____ Interest

_____ Judgment Costs

_____ Attorney's Fee

_____ Garnishment Costs

$ _____ **TOTAL BALANCE DUE**

The garnishee shall rely on this amount.

**TO ANY AUTHORIZED OFFICER:** You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

**TO THE GARNISHEE:** You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of the writ of execution, there is a liability as shown in the statement, upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

then money to which the judgment debtor is or may be entitled from his or her employer shall be

**DATE OF ISSUANCE**

_____  CLERK

_____  BY: DEPUTY CLERK

**DATE OF DELIVERY OF WRIT OF EXECUTION TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS**

To Garnishee: On check or written answer, include return date, case number and judgment debtor's name.

**Writ of Execution  To Any Authorized Officer:**
You are commanded to levy upon the personal property of the Defendant(s) and to make from the tangible personal property and monies of the Defendant(s) the principal, interest, costs and attorney's fees, less credits, as shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office within 90 days of this date, and to notify the person entitled to receive such money, if such person is known and if any money is received, as required by law.

Homestead Exemption Waived?   ☐ yes   ☐ no   ☐ cannot be demanded

_____  CLERK
By: Deputy Clerk

_____  Judge

**Case Disposition** ORDER that Garnishee pay to Judgment Creditor:

$ _____ net of any credits   ☐ DISMISSED   ☐ OTHER _____

Date Entered _____

FORM DC-451 1/96 PC (11-6-6010 1/96)

The following statement is not the law but is an interpretation of the law which is intended to assist those who must respond to this garnishment. You may rely on this only for general guidance because the law itself is the final word. (Read the law, § 34-29 is available at the Clerk's office. If you do not understand the law, call a lawyer for help.) Virginia, for a full explanation. A copy of § 34-29 is available at the Clerk's office. If you do not understand the law, call a lawyer for help.)

An employer may take as much as 25 percent of an employee's disposable earnings to satisfy this garnishment. But if any employee makes the minimum wage or less for his week's earnings, the employee will ordinarily get to keep 30 times the minimum hourly wage.

But an employee may withhold a different amount of money from that above if:
No more than 65 percent of an employee's earnings may be withheld for support;
(1) The employee must pay child support or spousal support and was ordered to do so by a court procedure or other legal procedure.
(2) Money is withheld by order of a bankruptcy court or
(3) Money is withheld for a tax debt.

"Disposable earnings" means the money an employee makes "after taxes" and after other amounts required by law to be withheld are satisfied. Earnings can be salary, hourly wages, commissions, bonuses, payments to an independent contractor, or otherwise, whether paid directly to the employee or not.

If an employee tries to transfer, assign or in any way give his earnings to another person to avoid the garnishment, it will not be legal, earnings are still earnings.

Financial institutions that receive an employee's paycheck by direct deposit do not have to determine what part of a person's earnings can be garnished.

---

RETURNS: Each defendant was served, according to law, as indicated below, unless not found, with a copy of both this summons and the § 8.01-512.4 form.

GARNISHEE _____

ADDRESS _____

☐ PERSONAL SERVICE   ☐ FEDERAL SERVICE*

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Served on registered agent of the corporation. List name and title:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on Secretary of the Commonwealth.

☐ Served on the Clerk of the State Corporation Commission, pursuant to § 8.01-513.

☐ Copy mailed to judgment debtor on date below after serving the garnishee unless a different date is shown below.

☐ Not found _____   for _____

DATE _____   SERVING OFFICER _____

---

Federal garnishment statutes, 5 U.S.C. § 5520a(c)(1) and 42 U.S.C. § 659 provide that the garnishee, when a federal agency, may be served either personally or be certified or registered mail, return receipt requested.

---

JUDGMENT DEBTOR _____

ADDRESS _____

☐ PERSONAL SERVICE

☐ Being unable to make personal service, a copy was delivered in the following manner

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on Secretary of the Commonwealth.

☐ Not found _____   for _____

DATE _____   SERVING OFFICER _____

FORM DC-451 (REVERSE) 10/07 PC

COUNTY OF LEHIGH
COURT TRANSCRIPTION UNIT
Lehigh County Courthouse
455 West Hamilton Street
Allentown, PA 18101-1614

6-9-11

B.E. Smith stopped at our office today —
Court Transcription.

Cara Harris

Cara Harris

6-9-11

CARA HARRIS
OFFICIAL COURT REPORTER
LEHIGH COUNTY COURTHOUSE
455 WEST HAMILTON STREET
ALLENTOWN, PA 18101-1614

D9-50026 - Symptom Checker - Check medical symptoms at WrongDiagnosis    Main Document
D9-50026 -rg    Doc 0091E    Filed 06/27/11    Entered 09/20/11 16:42:01    Page 1 of 1
Pg 28 of 32

# Tooth loss

Symptom Checker

*Fcd: 5-CV-4457 tm*
*M onus*

Intro   Types   Causes   Treatment   Symptom Checker   Videos   Books   Glossary

People with Osteoporosis are 3 x More Likely to Lose a Tooth: Check Your Risk

## Tooth loss

**Tooth loss:**

- 159 causes: Tooth loss
- Introduction: Tooth loss
- Tooth loss: Add a 2nd symptom
- Tooth loss: Remove a symptom

*B E Smith*
*already lost*
*two*

## Results: 159 causes of Tooth loss

1. Aarskog Syndrome
   A rare genetic condition characterized by facial, hand, genital and growth abnormalities....read more »
2. Acatalasemia
   A rare inherited disorder involving a lack of erythrocyte catalase activity which affects lipid metabolism. The defect can manifest as one of two variants: Japanese variant (Takahara disease) or the Swiss variant which is asymptomatic....read more »
3. Acid phosphatase deficiency
   A group of inherited metabolic bone disorders varying in degree of severity and characterized a deficiency of alkaline phosphate which affects bone mineralization....read more »
4. Acrodynia
   Symptoms caused by chronic mercury poisoning in infants in children....read more »
5. Acrofacial dysostosis, Palagonia type
   One of a group of disorders characterized by defective limb and facial development. The Palagonia type is very rare and the symptoms are relatively mild....read more »
6. Acute necrotizing ulcerative gingivitis
   A rare form of bacterial oral infection which causes inflammation and ulceration of the gums. The infection results in an excess number of the bacteria which are normally found in healthy mouths. Certain viruses may be a factor in allowing the overgrowth ...read more »
7. Aglossia
   A rare birth defect where the tongue is missing or underdeveloped. Often other anomalies are also present e.g. missing parts of hands and feet, small jaw and oral webbing....read more »
8. Aglossia-Adactylia syndrome
   A rare syndrome characterized mainly by the association of a missing tongue with missing fingers or toes. Other malformations are also variably present....read more »
9. Aglossia-Hypoactylia syndrome
   A rare syndrome characterized mainly by the association of a missing tongue with missing fingers or toes. Other malformations are also variably present....read more »
10. Alveolar Bone Loss
    Loss of bone tissue in the thickened bone ridge that holds the tooth sockets. Gum disease is the main cause of alveolar bone loss....read more »
11. Alves Castelo dos Santos syndrome

*[handwritten notations across top margin]*



# COUNTY OF LEHIGH
## Department of Law

Matthew R. Sorrentino, Esq.
County Solicitor

RE: *[handwritten]*  MD - 3022972-2001
CR - 326 - 2003
CR - 3399 - 2009

Date: *[handwritten]* 6/9/11

ID#: *[handwritten]* 162015

Dear: *[handwritten]* Beverley Smith

You are scheduled to appear before the Court for a second hearing on *[handwritten: July 19]*, 2011 at 8:45 a.m. in the Lehigh County Courthouse, 5th and Hamilton Streets, Allentown, PA. You must appear at this hearing unless you have paid your past due balance in full **AND** your hearing officer has told you not to appear. Failure to appear may result in a body attachment, arrest and imprisonment.

**YOU ARE DIRECTED TO FILL OUT AND BRING WITH YOU THE ENCLOSED INCOME AND EXPENSE STATEMENT, A COPY OF YOUR MOST RECENT FEDERAL INCOME TAX RETURN, CURRENT PAY STUBS, UNEMPLOYMENT COMPENSATION PAYMENT STUBS AND PROOF OF THE AMOUNT OF GOVERNMENT BENEFITS YOU RECEIVE. IF YOU ARE NOT EMPLOYED DUE TO A MEDICAL REASON, BRING YOUR MEDICAL RECORDS WHICH SHOW YOU CAN NOT WORK. ALL PAYMENTS AT THE TIME OF THE HEARING MUST BE IN CASH. PERSONAL CHECKS WILL NOT BE ACCEPTED.**

If you have any questions concerning the scheduled hearing or amount due, please feel free to contact the Bureau of Collections at (610) 782-3320.

Sincerely,

Stuart T. Shmookler, Esquire
Assistant County Solicitor

*[signature]*

I have received a copy of this notice:

*[handwritten notations]*

Lehigh County Government Center
17 S. Seventh Street
Allentown, Pennsylvania 18101-2400

Printed on recycled...

*Handwritten top:* Fed: 5-CV-4457 and All others opinions & observations until Proven and motions

*Inventors Digest* fosters the spirit and practice of innovation. *Inventors Digest* is committed to educate and inspire independent and professional innovators. As the leading print and online publication for the innovation culture, *Inventors Digest* delivers useful, entertaining and cutting-edge information to help its readers succeed.

*Handwritten:* Now 3/14/2011

*Inventors Digest* magazine is now in its 25th year. The magazine is available by subscription and at selected newsstands.

## INVENTORSDIGEST.COM:

**EDITOR** Mike Drummond — *It related to Drummond at Google Inc (all entities all within and all surrounding also)*
**ASSISTANT EDITOR** Mary Dickson   *is any and all ways*
**RADAR EDITOR** Alison Jacques
**EDITORS-AT-LARGE** JenniperAdkins & Alison Jacques
**SENIOR CONSULTANT** Joanne Hayes-Rines
**CREATIVE DIRECTOR** Alexa Adams
**DESIGNER** Jeff Portaro
**WEB DESIGNER** Kirk Richey
**ACCOUNT MANAGER** Kayley Duval

*Handwritten:* Is According to Google France Liberty Media Corp (Nasdaq: LINTA TA Englewood Colorado

**VICE PRESIDENT OF INTERACTIVE MEDIA** Matt Spangard

**INVENTORS DIGEST LLC:**    *Also all possible Nolo Press*
**PUBLISHER** Louis Foreman   *and Pressmen / Philto Pa to San*
**ADVERTISING INFO:**   *Francisco (cal) it involved in any and all ways*

For Internet and magazine advertising information:
Call: 1.800.838.8808

*Handwritten:* The Inventors of The Virtual Tours (possibly IPix & Bamboo - Please see archive.org IPix & Bamboo) and the plaintiffs & all technologies all surrounding and all within. The $90 checks turned into $90,000 Checks Schwab the ex-mintdriver Smith didn't take (Please ask M B Wagner (ex-wife) for simply (responses from Schwab ? )

## SUBSCRIPTIONS AND CUSTOMER SERVICE:

Call: 1.800.838.8808
Email: info@InventorsDigest.com

*Handwritten:* Last name Beard if related: Beard accounting firm in Allentown & Cooper - Standard (GM - all names Beard also) and possible Alex Beard puzzle manufacturer (a Barnes & Noble product)

## 2011 EDITORIAL CALENDAR
(PDF download)

*Handwritten:* And all possible individuals and any entities all surrounding and all within. Breakdown of Cooper - Standard. All Cooper entities & individuals (alumni in Allentown Pa to possible cheese to media in melville to PricewaterhouseCoopers, if related is any and all

LAMBERT & LAMBERT

STOP IDEA THEFT
The
TEN COMMANDMENTS
For Protecting Your
Million Dollar Idea
www.inventorbeware.com

enhance
PRODUCT DESIGN
BRING YOUR
IDEA TO LIFE!

*Handwritten bottom left:* Also Standard Oil's ice in Northern NJ & all others (possible Atlantic Richfield <— all breakdowns

Fed: 5-W-4457 And all other Plaintiffs of the
Plaintiffs law ways

6/9/2011

TO: U S Supreme Court

Please enforce all writs of Cert, &
all writ of man. (all names) against the
Commonwealth of Pa and Lehigh County Pa and
all others. US DC US Marshalls and more
were attempted, Pa State Senate ( Pa State
Constitution and more. (All legal documents —
all ways)    Thanks!

RECEIVED
JUN 9 - 2011
OFFICE OF THE CLERK
SUPREME COURT, U.S.

BK & f all act ( A Class
Actions
An
timeless )

If correct: Impeachments, firings, wage attachments,
RICO (all) if allowed.

U.S. Postal Service™

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com™

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.64 | 064 |
| Certified Fee | $2.85 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.99 | 06/16/2011 |

Sent To: Pennsylvania State Senate
Street, Apt. No.; Judiciary Committee
or PO Box No. 157 Capitol Building
City, State, ZIP+4 Harrisburg, Pa 17620-3055

PS Form 3800, August 2006          See Reverse for Instructions

6 /19/2011

Fed: 5-cr-4457

And

Lehigh County Pa (all

entire all surroundings and

all within — all possible

in'd without all ways)

MD-8022972-2001 and

CR-2269-2007 And

CR-3499-2009

and all others and all

possible cover ups (manipulations)

of crimes against the plaintiffs

and all possible agressions (all

names) against the victim(s), all incorrect

---

BETHLEHEM WEST SIDE
BETHLEHEM, Pennsylvania
180182030
4134870614 -0098
06/16/2011    (610)866-5982    04:25:32 PM

**Sales Receipt**

| Product Description | Sale Unit Qty. Price | Final Price |
|---|---|---|
| HARRISBURG PA 17120 | | $0.64 |
| Zone-2 First-Class | | |
| Letter | | |
| 1.90 oz. | | |
| Expected Delivery: Fri 06/17/11 | | |
| Nonmach First-Class | | $0.20 |
| Return Rcpt (Green Card) | | $2.30 |
| Certified | | $2.85 |
| Label #:    70110470000150391386 | | |
| | | ======== |
| Issue PVI: | | $5.99 |
| | | |
| Total: | | $5.99 |

Paid by:
Cash                          $20.00
Change Due:                  -$14.01

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clickhship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**************************************
**************************************

Bill#: 1000203212858
Clerk: 03

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
**************************************
**************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
**************************************
**************************************

Customer Copy