DEBEVOISE & PLIMPTON LLP
By: Carl Micarelli
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6813
Facsimile: (212) 521-7813
Email: cmicarelli@debevoise.com

*Attorneys for Crown Enterprises, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, *et al.*,<br>    f/k/a/ General Motors Corp., *et al.*,<br><br>                              Debtors. | Chapter 11<br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE OF
RESPONSE OF CROWN ENTERPRISES, INC. TO THE
MOTORS LIQUIDATION COMPANY GUC TRUST'S 245TH
OMNIBUS OBJECTION TO CLAIMS AND MOTION
REQUESTING ENFORCEMENT OF BAR DATE ORDERS**

On September 19, 2011, before 4:00 p.m. Eastern Time, I served the Response of

Crown Enterprises, Inc. to Motors Liquidation Company GUC Trust's 245th Objection to

Claims and Motion Requesting Enforcement of Bar Date Orders (Docket No. 10887) by

filing a copy electronically with the Court in accordance with General Order M-399; and,

in addition, by causing a copy to be delivered by hand to each of the following:

Dickstein Shapiro, LLP
Attention: Barry N. Seidel, Esq., and Stefanie Birbrower Greer, Esq.
1633 Broadway
New York, New York, 10019-6708
    *Attorneys for the GUC Trust*

23509576v1

Cadwalader, Wickersham & Taft LLP
Attention: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281
  *Attorneys for the U.S. Department of the Treasury*

Vedder Price, P.C.
Attention: Michael J. Edelman, Esq. and Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019
  *Attorneys for Export Development Canada*

Kramer Levin Naftalis & Frankel LLP
Attention: Thomas Moers Mayer, Esq., Robert Schmidt, Esq.,
    Lauren Macksoud, Esq., and Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036
  *Attorneys for the statutory committee of unsecured creditors*

Office of the United States Trustee
Attention: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

U.S. Attorney's Office
Attention: David S. Jones, Esq. and Natalie Kuehler, Esq.
86 Chambers Street, Third Floor
New York, New York 10007

Caplin & Drysdale, Chartered
Attention: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, New York 10152-3500
  *Attorneys for the official committee of unsecured creditors holding
  asbestos-related claims*

Gibson, Dunn & Crutcher LLP
Attention: Keith Martorana, Esq.
200 Park Avenue, 47th Floor
New York, New York 10166
  *Attorneys for Wilmington Trust Company as GUC Trust Administrator
  and as Avoidance Action Trust Administrator*

2

23509576v1

Crowell & Moring LLP
Attn: Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, New York 10022- 2524
>*Attorneys for the Revitalizing Auto Communities Environmental*
>*Response Trust*

and, further, by causing a copy to be dispatched by Federal Express overnight delivery to

each of the following:

Mr. Thomas Morrow
Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
>*Debtor*

Lawrence S. Buonomo, Esq.
General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265

Joseph Samarias, Esq.
United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
>*Attorneys for the official committee of unsecured creditors holding*
>*asbestos-related claims*

Sander L. Esseiman, Esq. and Robert T. Brousseau, Esq.
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
>*Attorneys for Dean M. Trafelet in his capacity as the legal representative*
>*for future asbestos personal injury claimants*

3

Ms. Anna Phillips
FTI Consulting
One Atlantic Center
1201 West Peachtree Street, Suite 500
Atlanta, Georgia 30309
    *GUC Trust Monitor and Avoidance Action Trust Monitor*

Kirk P. Watson, Esq.
2301 Woodlawn Boulevard
Austin, Texas 78703
    *Asbestos Trust Administrator*

Dated:  New York, New York
       September 20, 2011

                    /s/ Carl Micarelli
                    Carl Micarelli
                    DEBEVOISE & PLIMPTON LLP
                    919 Third Avenue
                    New York, NY 10022
                    Telephone: (212) 909-6813
                    Facsimile:  (212) 521-7813
                    Email:  cmicarelli@debevoise.com

                    *Attorneys for Crown Enterprises, Inc.*

23509576v1