STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
Sander L. Esserman (Admitted *Pro Hac Vice*)
Robert T. Brousseau (Admitted *Pro Hac Vice*)
Peter C. D'Apice
Jo E. Hartwick (Admitted *Pro Hac Vice*)
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: 214-969-4900
Facsimile:  214-969-4999

Counsel for Dean M. Trafelet in his
Capacity as Legal Representative for Future Asbestos
Personal Injury Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.,* | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on September 21, 2011, she caused a true and correct copy of the *Response of Analysis Research Planning Corporation to Objections to its Third Interim and Final Fee Application* [Docket No. 10918] to be served: (a) by electronic mail on all parties on the Master Service List; (b) by ECF on all parties receiving notice via the Court's ECF System; and (c) by Federal Express on the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Tracy Hope Davis, Esq.

-2-

Dated: September 21, 2011
      Dallas, Texas

      /s/Heather J. Panko
      Heather J. Panko

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A PROFESSIONAL CORPORATION
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999