UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
et. al., f/k/a General Motors Corp., et. al.

Case No.: 09-50026
Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edoardo Rigo Salvatore, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Aranzuza Mejia, et. al., a claimant in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 9/16/2011

Laguna Beach, ~~New York~~
        California

Edoardo Rigo Salvatore

*Mailing Address*:

SALVATORE & NOKES, LLP
410 Broadway, Suite 100
Laguna Beach, CA  92651

*E-mail address*: rigo@salvatorenokes.co
*Telephone number*: (949) 494-0909

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 9, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDOARDO RIGOBERTO CALDEVILLA SALVATORE, #224207 was admitted to the practice of law in this state by the Supreme Court of California on January 15, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records