UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: MOTORS LIQUIDATION COMPANY,
   et. al., f/k/a General Motors Corp., et. al.

                                  Debtor
-----------------------------------------------------------x

                                  Plaintiff
                        v.

                                  Defendant
-----------------------------------------------------------x

Case No.: 09-50026

Chapter 11

Adversary Proceeding No.: _____

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Edoardo Rigo Salvatore  , to be admitted, *pro hac vice*, to represent  Aranzuza Mejia, et. al.  , (the "Client") a  claimant  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California   and, if applicable, the bar of the U.S. District Court for the  Central  District of  California  , it is hereby

**ORDERED**, that  Edoardo Rigo Salvatore  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE