# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | FRANKLIN COUNTY CHANCERY COURT <br> 360 WILTON CIRCLE <br> ROOM 196 <br> WINCHESTER, TN   37398 |
| Claim Number (if known): | 71125 |
| Date Claim Filed: | 5/10/11 |
| Total Amount of Claim Filed: | $22,812.34 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Sept. 15, 2011         _Brenda Clark_

Print Name: Brenda Clark

Title (if applicable): Clerk & Master