# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X Motors Liquidation Company, Case No. 09-50026 <br><br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐ MLCS, LLC, Case No. 09-50027 <br><br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | MARION COUNTY TREASURER <br> 200 E WASHINGTON ST STE 1041 <br> INDIANAPOLIS, IN 46204 |
| Claim Number (if known): | 70668 |
| Date Claim Filed: | 1/26/2011 |
| Total Amount of Claim Filed: | $1,215,869.58 |

*RECEIVED SEP 22 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK*

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/21/11

*/s/ Bonnie S. Darland*

Print Name: Bonnie S. Darland

Title (if applicable): Manager Bkg Collect

---

## DEFINITIONS