UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

Dana H. Fox, Pro-se )
      Plaintiff/Appellant )
       )
V. )
       ) Case #09-40026 (REG)
General Motors, Inc. )
Motors liqidators, et al ) Claim#4287
      Defendants/Appellees )
       )

MOTION TO WAIVE, BYPASS, EXPUNGE
THE AUTOMATIC STAY OF BANKRUPTCY

Now Comes Plaintiff/Appellant Dana H. Fox, Pro-se to reinforce to all parties concerned that there can be no Discrimination towards Mr. Fox Pro-se due to his Vows of Poverty and current financial situation; Nor can there be any form of prejudice due to the amount of money owed to Mr. Fox Pro-se as the Vows of Poverty were taken in regards to the amount of money owed Mr. Fox. This lack of invested interest in this country, etc. helps Mr. Fox pro-se to remain mostly impartial for all decisions and Oversight that he has interceeded in on behalf of whoever asked for advice or direction.

No vested interest helps in the face of the <u>corruption</u> that money and It's influence leads to.

As there is a provision in the alleged Omnibus decision for cases to be reclassified or returned to other courts; This is already referenced by Mr. Fox Pro-se in previous pleadings:

And the Fact that General Motors, Inc. <u>is not</u> Bankrupt, there cannot be a continuing stay of Bankruptcy as it is against Common Sense and "Common Law".

Wherefore, Mr. Fox Pro-se files this motion to <u>overide</u>, etc. The alleged Automatic Stay of Bankruptcy and remove this matter to U.S. District court as motioned for.

I certify that true copies
are served by U.S. Mail to
Bankruptcy Court and
Motor Liqidators on this date:
     9/19/11

Respectfully Submitted,

Dana H. Fox, Pro-se

