UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

MOTORS LIQUIDATION CO., et al.,

                Debtors.

CASE NO. 09-50026 (REG)

CHAPTER 11
(Jointly Administered)

---

### THE SCHAEFER GROUP INC.'S
### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    Please take notice that creditor The Schaefer Group Inc. hereby withdraws with prejudice that certain proof of claim filed against Debtor General Motors Corporation, n/k/a Motors Liquidation Company, docketed as claim number 22 on the Court's Claim Register and as claim number 0286 on the Motors Liquidation Company's Claim Register (each as evidenced by the attachments hereto).

                                  Respectfully submitted,
                                  HISCOCK & BARCLAY, LLP

Dated: September 19, 2011

                                  By: *Susan R. Katzoff* (signature)
                                  Susan R. Katzoff Esq.
                                  Attorneys for The Schaefer Group Inc.
                                  One Park Place
                                  300 South State Street
                                  Syracuse, New York 13202



RECEIVED
SEP 22 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

5525750.2

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT __SOUTHERN__ DISTRICT OF __NEW YORK__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: General Motors Corporation | Case Number: 09-50026 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**The Schaefer Group, Inc.**

Name and address where notices should be sent:
Hiscock & Barclay, LLP
One Park Place, 300 South State Street, Syracuse, NY 13202
Attn: Susan R. Katzoff, Esq
Telephone number: 315-425-2880

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED – 0286
USBC – SOUTHERN DISTRICT OF NEW YORK
GENERAL MOTORS
09-50026 (REG)

Name and address where payment should be sent (if different from above):
Hiscock & Barclay, LLP
One Park Place, 300 South State Street, Syracuse, NY 13202
Attn: Matthew J. Larkin, Esq
Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed    $ _____TBD*_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: personal injury lawsuit (indemnification)
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor: CA2008-0128254

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side)

4. Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property $ _____  Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

THE GARDEN CITY GROUP, INC.
JUN 24 2009

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a) (___).

Amount entitled to priority:
$ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of 'redacted' on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| Date: 6/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>By /s/ Susan R. Katzoff<br>Susan R. Katzoff, Esq | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*The amount of this claim is contingent based upon pending litigation as outlined in the attached complaint (Plaintiff, Jan E. Hondusky has claimed damages of $15,000,000 in his verified bill of particulars in the underlying complaint which forms the basis of this creditor's claim).

SYLIB01\700927\1

# Southern District of New York
# Claims Register

## 09-50026-reg Motors Liquidation Company

| | |
|---|---|
| **Judge:** Robert E. Gerber | **Chapter:** 11 |
| **Office:** Manhattan | **Last Date to file claims:** |
| **Trustee:** | **Last Date to file (Govt):** |

| Creditor: (924)<br>The Schaefer Group, Inc.<br>c/o Hiscock & Barclay, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, NY 13202 | Claim No: 22<br>Original Filed<br>Date: 06/18/2009<br>Original Entered<br>Date: 06/18/2009 | Status:<br>Filed by: CR<br>Entered by: Katzoff, Susan<br>Modified: |
|---|---|---|

Unknown claimed: $15000000.00
Total       claimed: $15000000.00

*History:*
Details   22-1   06/18/2009   Claim #22 filed by The Schaefer Group, Inc., total amount claimed: $15000000 (Katzoff, Susan )

*Description:* (22-1) damages claimed in pending personal injury/indemnification litigation

*Remarks:*

## Claims Register Summary

**Case Name:** Motors Liquidation Company
**Case Number:** 09-50026-reg
**Chapter:** 11
**Date Filed:** 06/01/2009
**Total Number Of Claims:** 1

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | | |
| Secured | | |
| Priority | | |
| Unknown | $15000000.00 | |
| Administrative | | |
| Total | $15000000.00 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/12/2011 13:43:01 | | | |
| PACER | hb0039 | Client | 1639-9999999/schaefer |

https://ecf.nysb-mega.uscourts.gov/cgi-bin/SearchClaims.pl?827365187199897-L_414_0-1     8/12/2011