**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| GENERAL MOTORS CORP., et al., | Case No.: 09-50026-REG |
| Debtor(s). | Jointly Administered |

---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF RAYCOM MEDIA, INC. AND REQUEST TO BE REMOVED FROM MATRIX AND E-NOTICING**

Please note that the law firm of BORGES & ASSOCIATES, LLC hereby withdraws its appearance in the above-captioned matters and further requests that Wanda Borges, Esq., and all associated firm personnel be removed from the matrix and all further E-Noticing for these matters, as there are no matters pending.

| | |
|---|---|
| Dated: Syosset, New York<br>September 22, 2011 | Respectfully Submitted,<br>BORGES & ASSOCIATES, LLC<br><br>*Attorneys for* Raycom Media, Inc.<br><br>By:  s/Wanda Borges<br>Wanda Borges (wb4904)<br>BORGES & ASSOCIATES, LLC<br>575 Underhill Blvd., Suite 118<br>Syosset, New York 11791<br>Tel. No.: (516) 677-8200 x225<br>E-mail: borgeslawfirm@aol.com |

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011 a copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF RAYCOM MEDIA, INC. AND REQUEST TO BE REMOVED FROM MATRIX AND E-NOTICING** was served by electronic notification through the CM/ECF System on all parties registered in this case.

Dated:  Syosset, New York
        September 22, 2011

Respectfully Submitted,
BORGES & ASSOCIATES, LLC

*Attorneys for* Raycom Media, Inc.

By:   s/Wanda Borges
      Wanda Borges (wb4904)
      BORGES & ASSOCIATES, LLC
      575 Underhill Blvd., Suite 118
      Syosset, New York 11791
      Tel. No.: (516) 677-8200 x225
      E-mail: borgeslawfirm@aol.com