UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:                                    Chapter 11

GENERAL MOTORS CORP., et al.,             Case No.: 09-50026-REG

               Debtor(s).              Jointly Administered

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF FERGUSON ENTERPRISES, INC. AND REQUEST TO BE REMOVED FROM MATRIX AND E-NOTICING

Please note that the law firm of BORGES & ASSOCIATES, LLC hereby withdraws its appearance in the above-captioned matters and further requests that Wanda Borges, Esq., and all associated firm personnel be removed from the matrix and all further E-Noticing for these matters, as there are no matters pending.

Dated: Syosset, New York                  Respectfully Submitted,
       September 22, 2011                BORGES & ASSOCIATES, LLC

                                       *Attorneys for* Ferguson Enterprises, Inc.

                           By:    s/Wanda Borges
                                   Wanda Borges (wb4904)
                                   BORGES & ASSOCIATES, LLC
                                   575 Underhill Blvd., Suite 118
                                   Syosset, New York 11791
                                   Tel. No.: (516) 677-8200 x225
                                   E-mail: borgeslawfirm@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011 a copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF FERGUSON ENTERPRISES, INC. AND REQUEST TO BE REMOVED FROM MATRIX AND E-NOTICING** was served by electronic notification through the CM/ECF System on all parties registered in this case.

Dated:  Syosset, New York
       September 22, 2011

Respectfully Submitted,
BORGES & ASSOCIATES, LLC

*Attorneys for* Ferguson Enterprises, Inc.

By:  s/Wanda Borges
Wanda Borges (wb4904)
BORGES & ASSOCIATES, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791
Tel. No.: (516) 677-8200 x225
E-mail: borgeslawfirm@aol.com