UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :

In re                                                 :          Chapter 11 Case No.

MOTORS LIQUIDATION COMPANY, *et al.*,  :          09-50026 (REG)
      f/k/a General Motors Corp., *et al.*  :

                    Debtors.           :          (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## ORDER PURSUANT TO FED. R. BANKR. P. 9006(b) EXTENDING TIME TO OBJECT TO CLAIMS AND ADMINISTRATIVE EXPENSES

Upon the Motion,[1] dated September 9, 2011, Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as post-effective date debtors (collectively, the "**Debtors**") and the Motors Liquidation Company GUC Trust (the "**GUC Trust**," and together with the Debtors, the "**Debtor Parties**"), formed by the Debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order confirming the Debtors' Plan (the "**Confirmation Order**") (ECF No. 9941), seeking entry of an order extending the time to object to Claims and Administrative Expenses, all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion and the Plan.

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9006(b), the time by which the Debtors or the GUC Trust, as applicable, may object to Claims (other than the Asbestos Trust Claim) is extended through and including March 26, 2012, without prejudice to the right of the Debtors or the GUC Trust, as applicable, to seek additional extensions thereof on an ex parte basis before or after March 26, 2012; and it is further

ORDERED that, pursuant to Bankruptcy Rule 9006(b), the time by which the Debtors or the GUC Trust, as applicable, may object to Administrative Expenses shall be March 26, 2012, without prejudice to the right of the Debtors or the GUC Trust, as applicable, to seek additional extensions thereof on an ex parte basis before or after March 26, 2012; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
         *September 23, 2011*

                                             *s/ Robert E. Gerber*
                                             United States Bankruptcy Judge