**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Motors Liquidation Company.        :        **09-50026 (REG**)
                                   :
                                   :
         Debtors.                  :
_____x


**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Edoardo Rigo Salvatore, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  *September 23, 2011*


    *S/ Robert E. Gerber*
    UNITED STATES BANKRUPTCY JUDGE