HEARING DATE AND TIME: October 28, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 21, 2011 at 4:00 p.m. (Eastern Time)

PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
MOTORS LIQUIDATION COMPANY, *et al.*,     :    09-50026 (REG)
      f/k/a General Motors Corp., *et al.* :
                                          :
                            Debtors.      :    (Jointly Administered)
                                          :
-------------------------------------------------------------------x

## NOTICE OF 250TH OMNIBUS OBJECTION TO CLAIMS
### (No Liability: Claims Assumed by General Motors LLC)

**PLEASE TAKE NOTICE** that on September 23, 2011, the Motors Liquidation

Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively,

the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated

March 18, 2011, filed their 250th Omnibus Objection to expunge certain claims (the "**250th**

**Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the 250th

Omnibus Objection to Claims will be held before the Honorable Robert E. Gerber, United States

Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District

of New York, One Bowling Green, New York, New York 10004, on October 28, 2011 **at 9:45**

**a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE 250th OMNIBUS OBJECTION TO CLAIMS TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN EXHIBIT "A" ANNEXED THERETO.**

**PLEASE TAKE FURTHER NOTICE** that any responses to the 250th

Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy

Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy

Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by

all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document

format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the

customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable,

and served in accordance with General Order M-399 and on (i) Dickstein Shapiro, LLP,

attorneys for the GUC Trust, 1633 Broadway, New York, New York, 10019-6708 (Attn: Barry

N. Seidel, Esq., and Stefanie Birbrower Greer, Esq.); (ii) the Debtors, c/o Motors Liquidation

Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn:

Thomas Morrow ); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265

(Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the

United States Department of the Treasury, One World Financial Center, New York, New York

10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500

Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn: Joseph Samarias, Esq.);

(vi) Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor,

New York, New York 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.); (vii)

Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud, Esq., and Jennifer Sharret, Esq.); (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (ix) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (x) Caplin & Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xi) Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.); (xii) Gibson, Dunn & Crutcher LLP, attorneys for Wilmington Trust Company as GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust Administrator, 200 Park Avenue, 47th Floor, New York, New York 10166 (Attn: Keith Martorana, Esq.); (xiii) FTI Consulting, as the GUC Trust Monitor and as the Avoidance Action Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite 500, Atlanta, Georgia 30309 (Attn: Anna Phillips); (xiv) Crowell & Moring LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust, 590 Madison Avenue, 19th Floor, New York, New York 10022-2524 (Attn: Michael V. Blumenthal, Esq.); and (xv) Kirk P. Watson, Esq., as the Asbestos Trust Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78703, so as to be received no later

than **October 21, 2011 at 4:00 p.m. (Eastern Time)** (the "**Response Deadline**").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the 250th Omnibus Objection to Claims or any claim set forth thereon, the GUC Trust may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the 250th Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: New York, New York
       September 23, 2011

                          /s/ Stefanie Birbrower Greer
                          Barry N. Seidel (BS-1945)
                          Stefanie Birbrower Greer (SG-2898)

                          DICKSTEIN SHAPIRO LLP
                          1633 Broadway
                          New York, New York 10019-6708
                          Telephone: (212) 277-6500
                          Facsimile: (212) 277-6501

                          Attorneys for Motors Liquidation
                          Company GUC Trust

HEARING DATE AND TIME: October 28, 2011 at 9:45 a.m. (Eastern Time)
RESPONSE DEADLINE: October 21, 2011 at 4:00 p.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
                                :

In re                            :          Chapter 11 Case No.
                                :

MOTORS LIQUIDATION COMPANY, *et al.*,  :          09-50026 (REG)
    f/k/a General Motors Corp., *et al.*    :

                                :
                     Debtors.     :          (Jointly Administered)
                                :
--------------------------------------------------------------x

## 250TH OMNIBUS OBJECTION TO CLAIMS
### (No Liability: Claims Assumed by General Motors LLC)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.
CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON THE
EXHIBIT ANNEXED TO THIS OBJECTION.**

---

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

        The Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by

the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors'

Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended,

supplemented, or modified from time to time, the "**Plan**"), respectfully represents:

## Relief Requested

1.          The GUC Trust files this 250th omnibus objection to certain claims (the

"**250th Omnibus Objection to Claims**") pursuant to section 502(b) of title 11, United States

Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**")

(ECF No. 4180), seeking entry of an order disallowing and expunging the claims listed on

**Exhibit "A"** annexed hereto.[1]

2.          Representatives of the GUC Trust have examined the proofs of claim

identified on **Exhibit "A"** and have made every effort to ascertain the validity of such claims.

After careful review, the GUC Trust has determined that the proofs of claim listed on **Exhibit**

**"A"** (collectively, the "**Assumed Claims**") were assumed by General Motors LLC ("**New GM**")

pursuant to the Stipulation and Agreed Order Between the Debtors, General Motors, LLC, and

National Union Fire Insurance Company of Pittsburgh, PA. Pursuant to 11 U.S.C. § 365

Authorizing the Debtors' Assumption and Assignment of Certain Insurance Policies and

Transfer of Collateral Related Thereto, dated April 23, 2010 (the "**Assumption Order**") (ECF

No. 5580).  Thus, pursuant to section 502(d) of the Bankruptcy Code, Bankruptcy Rule 3007 and

the Assumption Order, the GUC Trust seeks entry of an order disallowing and expunging the

Assumed Claims from the claims register.

---

[1]          Creditors can obtain copies of the cover page of any proof of claim filed against the Debtors' bankruptcy
estates on the Debtors' claims register on the website maintained by the Debtors' claims agent,
www.motorsliquidation.com.  A link to the claims register is located under the "Claims Information" tab. Creditors
without access to the Internet may request a copy of the cover page of any proof of claim by mail to The Garden
City Group, Inc., Motors Liquidation Company Claims Agent, P.O. Box 9386, Dublin, Ohio 43017-4286 or by
calling The Garden City Group, Inc. at 1-703-286-6401.

## Jurisdiction

3.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.        On June 1, 2009, four of the Debtors (the "**Initial Debtors**")[2] commenced

with this Court voluntary cases under chapter 11 of the Bankruptcy Code, and on October 9,

2009, two additional Debtors (the "**REALM/ENCORE Debtors**")[3] commenced with this Court

voluntary cases under chapter 11 of the Bankruptcy Code, which cases are jointly administered

with those of the Initial Debtors under Case Number 09-50026 (REG).

5.        On July 5, 2009, the Court entered its order (I) Authorizing Sale of Assets

Pursuant to Amended and Restated Master Sale and Purchase Agreement; (II) Authorizing

Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in

Connection with the Sale and (iii) Granting Related Relief (the "**Sale Order**") (ECF No. 2968).

6.        On October 6, 2009, the Court entered the Procedures Order.   The

Procedure Order authorizes the Debtors, among other things, to file omnibus objections to no

more than 100 claims at a time, under various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.  The Procedures

Order specifically authorizes parties in interest to file omnibus objections to claims that "seek

recovery of amounts for which the Debtors are not liable." (Procedures Order at 2.)

---

[2]        The Initial Debtors are MLC, MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), and MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.).

[3]        The REALM/ENCORE Debtors are Remediation and Liability Management Company, Inc., and Environmental Corporate Remediation Company, Inc.

7.     On April 23, 2010, the Court entered the Assumption Order.     The Assumption Order provides that, pursuant to the Sale Order, the Debtors (i) assumed certain agreements (the "**Insurance Agreements**") under which National Union Fire Insurance Company of Pittsburgh, PA. provided a program of insurance to the Debtors, including coverage for general liability, commercial automobile liability and workers compensation liability; and (ii) immediately assigned the Insurance Agreements to New GM.     The Assumption Order also provided that New GM assumed any and all existing and future claims against the Debtors relating to the Insurance Agreements.

8.     On March 29, 2011, this Court entered an order confirming the Plan (ECF No. 9941).  Section 6.2 of Article VI of the Plan, entitled "*The GUC Trust*," provides for the creation of the GUC Trust to administer certain responsibilities after the Effective Date (as defined in the Plan), including resolving outstanding Disputed General Unsecured Claims (as defined in the Plan).  All conditions to the occurrence of the Effective Date were met or waived on March 31, 2011, thereby making the Plan effective as of that date.

### The Relief Requested Should Be Approved by the Court

9.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C.  § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to

the extent that "such claim is unenforceable against the debtor and property of the debtor, under

any agreement or applicable law." 11 U.S.C. § 502(b)(1).

10.    The GUC Trust has compared their books and records with the proofs of

claim identified on **Exhibit "A"** and have determined that the Assumed Claims are not the

responsibility of the Debtors, having been assumed by New GM pursuant to the Assumption

Order. The Assumption Order provides:

> Upon the Effective Date (defined in the Assumption Order as the
> date of the Assumption Order), [New GM] shall assume any and
> all existing, outstanding and future claims against the Debtors,
> insurance debts, liabilities, and duties to National Union, as such
> have been incurred and may be incurred, whether known or
> unknown, whether or not asserted, and whether found in fact or
> law or in equity, related to the National Union Insurance Program
> and National Union Program Agreements.

Assumption Order ¶ 8.

11.    Each of the claimants were notified by New GM of the assumption. For

all of the foregoing reasons, the Assumed Claims should be disallowed and expunged.

12.    The GUC Trust reserves all of their rights to object on any other basis to

any of the Assumed Claims as to which the Court does not grant the relief requested herein.

### Notice

13.    Notice of this 250th Omnibus Objection to Claims has been provided to

each claimant listed on **Exhibit "A"** and parties in interest in accordance with the Sixth

Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007

Establishing Notice and Case Management Procedures, dated May 5, 2011 (ECF No. 10183).

The GUC Trust submits that such notice is sufficient and no other or further notice need be provided.

14.    No previous request for the relief sought herein has been made by the GUC Trust to this or any other Court.

WHEREFORE the GUC Trust respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
          September 23, 2011

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ACCIDENT FUND INSURANCE COMPANY C/O GIBSON & SHARPS CHRIS BARNES (640437) GIBSON & SHARPS 9390 BUNSEN PKWY LOUISEVILLE, KY 40220 | 22550 | Motors Liquidation Company | $0.00 | (S) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $136,502.97 | (U) | | |
| | | | $136,502.97 | (T) | | |
| ACCIDENT FUND INSURANCE COMPANY C/O GIBSON & SHARPS CHRIS BARNES (767689) 9390 BUNSEN PKWY LOUISEVILLE, KY 40220 | 22551 | Motors Liquidation Company | $0.00 | (S) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $65,269.45 | (U) | | |
| | | | $65,269.45 | (T) | | |
| ALMETRA BEASLEY C/O BARRY G JOHNSON TED MACHI & ASSOCIATES PC 1521 N COOPER ST STE 550 ARLINGTON, TX 76016 | 65697 | Motors Liquidation Company | $0.00 | (S) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $150,000.00 | (U) | | |
| | | | $150,000.00 | (T) | | |
| BEARL RILEY WHEELER BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36843 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| BETTY L SAWYER BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36852 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY RUSH BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36853 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY RUTH FIELDS BARON & BUDD P C THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36817 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY SUE HILL BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36810 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY SUE WEEMS BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36845 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BILLIE J CLACK<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36831 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BROMAGEN, JOHN<br>C/O LARRY J WAGNER, ATTORNEY AT LAW<br>416 SOUTH SIXTH STREET<br>TERRE HAUTE, IN 47807 | 59015 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,500,000.00   (U)<br>$1,500,000.00   (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CALVIN J SPEARS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36850 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CHARLES MITCHELL PHILLIPS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36801 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CLEOLA F WARE<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36846 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CLIFORD FERMAN LEWIS<br>BARON & BUDD PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36807 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| CLIFTON JAMES CAUSEY SR<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36832 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| DOROTHY JEAN ATKINS<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36838 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| DRAYS, DENISE<br>MILLER & OGORCHOCK SC<br>1110 N OLD WORLD 3RD ST STE 505<br>MILWAUKEE, WI 53203-1118 | 23545 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,296.50 (U)<br>$24,296.50 (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| DWIGHT DAVID ROGERS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36854 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| EDDIE LEE GORUM JR<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36815 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| EDNA L HESTER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36811 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| ERNEST GOLEMAN<br>BARON & BUDD P C<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36816 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| FLORDEN S ROBERSON<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36800 | Motors Liquidation Company | | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | | |
| FORD ROSIE<br>FORD, ROSIE<br>24750 LAHSER RD<br>SOUTHFIELD, MI 48033-6044 | 62044 | Motors Liquidation Company | $0.00 | (S) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,000,000.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANKIE JEAN DANIELS<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36830 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| GARY DODD VANDERBERG<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36847 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| GEORGIA KINCH<br>C/O LAW OFFICES OF MICHAEL W SICKLES PLLC<br>37611 RADDE ST<br>CLINTON TOWNSHIP, MI 48036 | 1159 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$25,000.00  (U)<br>$25,000.00  (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| GERALD M BLOXHAM<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36836 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| HERBERT EUGENE ALEXANDER<br>BARON & BUDD PC<br>THE CENTRUM  STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36829 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| HOBSON, HERBERT<br>C/O THE THURSWELL LAW FIRM<br>1000 TOWN CTR STE 500<br>SOUTHFIELD, MI 48075-1221 | 23448 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$500,000.00<br>$500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| IRENE GREER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36813 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JAMES CLAYTON SUTTERFIELD<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36849 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70241 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$350,000.00<br>$350,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES E HOERIG C/O JUDITH R HERMAN (P40477) THE SAM BERNSTEIN LAW FIRM PLLC 31731 NORTHWESTERN HWY SUITE 333 FARMINGTON HILLS. MI 48334 | 70273 | Motors Liquidation Company | $0.00 $0.00 $0.00 $350,000.00 $350,000.00 | (S) (A) (P) (U) (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JAMES E WILLIAMSON BARON & BUDD OC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36840 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JOHN WALTER PARROTT BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36802 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JOHNSON ROGER 22 SOUTH JACKSON STREET JANESVILLE, WI 53548-3838 | 27530 | Motors Liquidation Company | $0.00 $0.00 $0.00 $354,479.00 $354,479.00 | (S) (A) (P) (U) (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JOSEPH WILLIAMS BARON & BUDD PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36841 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOYCE P JONES<br>BARON & BUDDS PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36808 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JUNE LENORE WELLS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36844 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| KATHLEEN HOLLER<br>ATTN RICHARD P WEISBECK JR ESQ<br>LIPSITZ GREEN SCIME CAMBRIA LLP<br>42 DELAWARE AVE STE 120<br>BUFFALO, NY 14202 | 10901 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| KENDALL IPHIGENIA F<br>KENDALL, EDWIN J<br>WHITE CHOATE WATKINS & MROCZKO LLC<br>100 WEST CHEROKEE AVENUE<br>CARTERSVILLE, GA 30120-3157 | 16773 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$525,000.00 (U)<br>$525,000.00 (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| LARRY WAYNE GREENE<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36814 | Motors Liquidation Company | | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| LC SHAW C/O ALEX S LYONS 400 TRAVIS ST STE 1309 SHREVEPORT, LA 71101 | 63671 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $125,000.00 (U) $125,000.00 (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| LILLIAN M DOUGLAS BARON & BUDD P C THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 | 36819 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| LOARREN T GILLUM C/O ROCHELLE MCCULLOUGH LLP ATTN GREG BEVEL ESQ 325 N ST PAUL STREET SUITE 4500 DALLAS, TX 75201 | 1550 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $250,000.00 (U) $250,000.00 (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| MICHAEL RAY BROWER BARON & BUDD, PC THE CENTRUM SUITE 1100 3102 OAK LAWN AVE DALLAS, TX 75219-4281 UNITED STATES OF AMERICA | 36834 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| PARDO SOPHIA SUITE 270 SKYLIGHT OFFICE TOWER R 1660 WEST SECOND STREET CLEVELAND, OH 44113-1454 UNITED STATES OF AMERICA | 67325 | Motors Liquidation Company | $0.00 (S) $0.00 (A) $0.00 (P) $100,000.00 (U) $100,000.00 (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 10

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATRICIA KATHLEEN ALLAN<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36839 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| PATSY S MOORE<br>BARON & BUDDS PC<br>THE CENTRUM  STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36806 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| R MANSON BLACKWELL<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36837 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| RALPH T WHITAKER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36842 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICKY W HART<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36812 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| ROGER ANDREW BLOXHAM<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36835 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| ROSE I MYERS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36804 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| RUSSELL L CABINESS<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36833 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 12

| 250th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |
|---|---|---|---|---|---|---|
| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | | **Grounds For Objection** | **Objection Page Reference** |
| SCHARBA MICHAEL<br>SCHARBA, NANCY<br>PO BOX 129<br>CANFIELD, OH 44406-0129 | 64800 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$50,000.00  (U)<br><br>$50,000.00  (T)<br><br>Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| SCHARBA, NANCY<br>BETRAS, DAVID<br>PO BOX 129<br>CANFIELD, OH 44406-0129 | 64799 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$50,000.00  (U)<br><br>$50,000.00  (T)<br><br>Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| SHIRLEY JEAN EPPINETTE<br>BARON & BUDD P C<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36818 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| SKINNER MARK A<br>900 HILLSBORO SUITE 10<br><br>EDWARDSVILLE, IL 62025-1202<br>UNITED STATES OF AMERICA | 64678 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,000,000.00  (U)<br><br>$1,000,000.00  (T) | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| TERESA N MURPHY<br>BARON & BUDD PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36805 | Motors Liquidation Company | Unliquidated | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERRY R SAWYER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36851 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| THOMAS C NELSON<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36803 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| TOWN CENTER AT COBB, LLC<br>C/O GEORGE DUNCAN<br>DUNCAN & ADAIR, P.C.<br>7000 CENTRAL PARKWAY<br>SUITE 220<br>ATLANTA, GA 30328-4553 | 17567 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$100,000.00  (U)<br>$100,000.00  (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| WILLIAM H VALENTINE<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36848 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

# Exhibit A

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIE JAMES JENKINS SR<br>BARON & BUDD PC<br>THE CENTRUM  STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36809 | Motors Liquidation Company | | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | | | Unliquidated | | |
| | 66 | | $0.00   (S) | | |
| | | | $0.00   (A) | | |
| | | | $0.00   (P) | | |
| | | | $8,655,547.92   (U) | | |
| | | | $8,655,547.92   (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,       :    09-50026 (REG)
        f/k/a General Motors Corp., *et al.*  :
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
---------------------------------------------------------------------x

## ORDER GRANTING THE 250TH OMNIBUS OBJECTION TO CLAIMS
### (No Liability: Claims Assumed by General Motors LLC)

Upon the 250th omnibus objection to expunge certain claims, dated September 23, 2011 (the "**250th Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the Assumed Claims listed on the Order Exhibit (as defined below) on the ground that each Assumed Claim is for an obligation for which the Debtors have no liability, all as more fully described in the 250th Omnibus Objection to Claims; and due and proper notice of the 250th Omnibus Objection to Claims having been provided, and it appearing

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 250th Omnibus Objection to Claims

that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 250th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 250th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 250th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibit "A"** annexed to the 250th Omnibus Objection to Claims that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
_____, 2011



_____
United States Bankruptcy Judge