If you currently are not receiving agendas by e-mail and would like to, please send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Debtors and Post-Effective Date Debtors (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**MOTORS LIQUIDATION COMPANY**, *et al.*,               :        **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*           :
                                                       :
                    **Debtors.**                        :        **(Jointly Administered)**
                                                       :
------------------------------------------------------------x

**AMENDED NOTICE OF MATTERS SCHEDULED FOR HEARING**
**ON SEPTEMBER 26, 2011 AT 9:45 A.M., 10:30 A.M. AND 2:00 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE THAT, with the exception of matters relating to Billy Ray Kidwell, all matters originally scheduled to begin at 9:45 a.m. on September 26, 2011 have been rescheduled to 10:30 a.m., as reflected in this agenda. The matter concerning Barry H. Spencer, Jr. will begin at 2:00 p.m.**

**9:45 A.M.**

**I.       CONTESTED MATTERS**

1.     Motion to Show Cause why General Motors LLC and Its Corporate Governance, Should Not Be Held in Contempt for Intentionally Violating Court's Orders, while Terrorizing a Disabled Combat Veteran, and his Family, Filed by Billy Ray Kidwell (**ECF No. 7147**)

       Responses Filed:

              A.     Objection by General Motors LLC to Pro Se Motion to Show Cause why General Motors LLC and Its Corporate Governance

Should Not Be Held in Contempt for Intentionally Violating Court's Orders, while Terrorizing a Disabled Combat Veteran and His Family, Filed by Arthur Jay Steinberg on Behalf of General Motors LLC (**ECF Nos. 7889, 7890, 7891**)

B.      Letter to the Honorable Robert E. Gerber, dated January 3, 2011, Filed on behalf of General Motors LLC (**ECF No. 8359**)

C.      Response by General Motors LLC to Submissions by Billy Ray Kidwell, *Pro Se* (**ECF No. 8886**)

D.      Letter to the Honorable Robert E. Gerber, dated January 28, 2011, Filed on behalf of General Motors LLC (**ECF No. 8922**)

E.      Letter to the Honorable Robert E. Gerber, dated May 10, 2011, Filed on behalf of General Motors LLC (**ECF No. 10203**)

F.      Letter to the Honorable Robert E. Gerber, dated August 3, 2011, Filed on behalf of General Motors LLC (**ECF No. 10652**)

G.      Letter to the Honorable Robert E. Gerber, dated August 10, 2011, Filed on behalf of General Motors LLC (**ECF No. 10685**)

H.      Letter to the Honorable Robert E. Gerber, dated September 19, 2011, Filed on behalf of General Motors LLC (**ECF No. 10889**)

Replies Filed:                    None to date.

Additional Documents:

I.      Debtors' Joinder in General Motors, LLC's Objection to Billy Ray Kidwell's Motion to Show Cause  (**ECF No. 7895**)

J.      Endorsed Order signed on November 1, 2010 (**ECF No. 7623**)

K.      Letter to the Honorable Robert E. Gerber re: New Hearing Dates on Motions, dated June 21, 2011, Filed by Billy Kidwell (**ECF No. 10494**)

L.      Letter to the Honorable Robert E. Gerber, dated June 28, 2011, Filed by on behalf of General Motors LLC (**ECF No. 10524**)

M.      Notice of Rescheduled Hearing (**ECF No. 10568**)

**Status:**          This matter is going forward.

2.      Motion for Sanctions Against the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg, and Scott Davidson for the Intentional Violation of Rule 9011(B)(1), Rule 9011(B) (2), Rule 9011(B)(3) and Rule 9011(B)(4), Filed by Billy Ray Kidwell (**ECF No. 8375**)

Responses Filed:

    A.      Response by General Motors LLC to Submissions by Billy Ray Kidwell, *Pro Se* (**ECF No. 8886**)

    B.      Letter to the Honorable Robert E. Gerber, dated January 28, 2011, Filed on behalf of General Motors LLC (**ECF No. 8922**)

    C.      Letter to the Honorable Robert E. Gerber, dated May 10, 2011, Fled on behalf of General Motors LLC (**ECF No. 10203**)

    D.      Letter to the Honorable Robert E. Gerber, dated August 3, 2011, Filed on behalf of General Motors LLC (**ECF No. 10652**)

    E.      Letter to the Honorable Robert E. Gerber, dated August 10, 2011, Filed on behalf of General Motors LLC (**ECF No. 10685**)

    F.      Letter to the Honorable Robert E. Gerber, dated September 19, 2011, Filed on behalf of General Motors LLC (**ECF No. 10889**)

    G.      Letter to the Honorable Robert E. Gerber, dated September 19, 2011, Filed on behalf of General Motors LLC (**ECF No. 10889**)

Replies Filed:          None to date.

Additional Documents:

    H.      Motion to Submit Two Affidavits in Support of Movant's Motion for Sanctions Against the Law Firm of King & Spalding LLP, and Attorneys Arthur Steinberg and Scott Davidson for the Intentional Violation of Rule 9011(B)(1), Rule 9011(B)(2), Rule 9011(B)(3) and Rule 9011(B)(4), Filed by Billy Ray Kidwell (**ECF No. 8377**)

    I.      Letter to the Honorable Robert E. Gerber re: New Hearing Dates on Motions, dated June 21, 2011, Filed by Billy Kidwell (**ECF No. 10494**)

    J.      Letter to the Honorable Robert E. Gerber, dated June 28, 2011, Filed by on behalf of General Motors LLC (**ECF No. 10524**)

       K.      Notice of Rescheduled Hearing (**ECF No. 10568**)

**Status:**      This matter is going forward.

3.    Motion for Judicial Notice that GM Vehicle Warranties, State Lemon Law Obligations and Related Regulatory Obligations Under such Statues Are an Assumed Liability for the New General Motors LLC, Filed by Billy Ray Kidwell (**ECF No. 8376**)

Responses Filed:

    A.      Response by General Motors LLC to Submissions by Billy Ray Kidwell, Pro Se by General Motors LLC (**ECF No. 8886**)

    B.      Letter to the Honorable Robert E. Gerber, dated January 28, 2011 by General Motors LLC (**ECF No. 8922**)

    C.      Letter to the Honorable Robert E. Gerber, dated May 10, 2011, Fled on behalf of General Motors LLC (**ECF No. 10203**)

    D.      Letter to the Honorable Robert E. Gerber, dated August 3, 2011, Filed on behalf of General Motors LLC (**ECF No. 10652**)

    E.      Letter to the Honorable Robert E. Gerber, dated August 10, 2011, Filed on behalf of General Motors LLC (**ECF No. 10685**)

    F.      Letter to the Honorable Robert E. Gerber, dated September 19, 2011, Filed on behalf of General Motors LLC (**ECF No. 10889**)

Replies Filed:          None to date.

Additional Documents:

    G.      Letter to the Honorable Judge Gerber, dated January 6, 2011, Filed by Billy Ray Kidwell (**ECF No. 8798**)

    H.      Notice of Denial of Due Process Resulting in Great Bodily Harm to Movant Billy Ray Kidwell and Motion for Appropriate Relief, Filed by Billy Ray Kidwell (**ECF No. 8799**)

    I.      Letter to the Honorable Robert E. Gerber re: New Hearing Dates on Motions, dated June 21, 2011, Filed by Billy Kidwell (**ECF No. 10494**)

    J.      Letter to the Honorable Robert E. Gerber, dated June 28, 2011, Filed by on behalf of General Motors LLC (**ECF No. 10524**)

K.      Notice of Rescheduled Hearing (**ECF No. 10568**)

**Status:**        This matter is going forward.

4.      Motion For Disqualification of Bias of Judge Robert E. Gerber, Filed by
Billy Ray Kidwell (**ECF No. 9026**)

Responses Filed:                None to date.

Replies Filed:                  None to date.

Additional Documents:

A.      Letter to the Honorable Robert E. Gerber and Emergency
Request for Judicial Notice to Stop the Intentional Massive
Expansion of Litigation in Three Courts by General Motors
LLC, and to Halt the Ongoing Fraud on this Court, and Life-
Threatening Irreparable Harm to the Dire Health of Movant,
Filed by Billy Ray Kidwell (**ECF No. 9148**)

B.      Letter to the Honorable Robert E. Gerber re: New Hearing Dates
on Motions, dated June 21, 2011, Filed by Billy Kidwell (**ECF
No. 10494**)

C.      Letter to the Honorable Robert E. Gerber, dated June 28, 2011,
Filed by on behalf of General Motors LLC (**ECF No. 10524**)

D.      Notice of Rescheduled Hearing (**ECF No. 10568**)

**Status:**        This matter is going forward.

5.      Emergency Request for Expedited Mandatory Judicial Notice Filed by
Billy Ray Kidwell (**ECF No. 7146**)

Responses Filed:

A.      Objection by General Motors LLC to Pro Se Motion to Show
Cause why General Motors LLC and Its Corporate Governance
Should Not Be Held in Contempt for Intentionally Violating
Court's Orders, while Terrorizing a Disabled Combat Veteran
and His Family, Filed by Arthur Jay Steinberg on Behalf of
General Motors LLC (**ECF Nos. 7889, 7890, 7891**)

B.      Letter to the Honorable Robert E. Gerber, dated January 3, 2011,
Filed on behalf of General Motors LLC (**ECF No. 8359**)

C.      Response by General Motors LLC to Submissions by Billy Ray Kidwell, *Pro Se* (**ECF No. 8886**)

D.      Letter to the Honorable Robert E. Gerber, dated January 28, 2011, Filed on behalf of General Motors LLC (**ECF No. 8922**)

E.      Letter to the Honorable Robert E. Gerber, dated May 10, 2011, Filed on behalf of General Motors LLC (**ECF No. 10203**)

F.      Letter to the Honorable Robert E. Gerber, dated August 3, 2011, Filed on behalf of General Motors LLC (**ECF No. 10652**)

G.      Letter to the Honorable Robert E. Gerber, dated August 10, 2011, Filed on behalf of General Motors LLC (**ECF No. 10685**)

H.      Letter to the Honorable Robert E. Gerber, dated September 19, 2011, Filed on behalf of General Motors LLC (**ECF No. 10889**)

Replies Filed:                    None to date.

Additional Documents:

I.      Letter to the Honorable Robert E. Gerber re: New Hearing Dates on Motions, dated June 21, 2011, Filed by Billy Kidwell (**ECF No. 10494**)

J.      Letter to the Honorable Robert E. Gerber, dated June 28, 2011, Filed by on behalf of General Motors LLC (**ECF No. 10524**)

K.      Notice of Rescheduled Hearing (**ECF No. 10568**)

**Status:**        This matter is going forward.

**10:30 A.M.**

**I.     FINAL FEE APPLICATIONS**[1]

1.     Third Interim and Final Application of Analysis Research Planning Corporation as Asbestos Claims Valuation Consultant to Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2010 through March 29, 2011 and the Final Period from March 1, 2010 through March 29, 2011 (**ECF No. 10250**) **[Contested]**

Responses Filed:

A.     Debtors' Limited Objection to the Third Interim and Final Fee Application of Analysis Research Planning Corporation (**ECF No. 10843**)

B.     Fee Examiner's Report and Limited Objection to Third Interim and Final Fee Application of Analysis Research & Planning Corporation (**ECF No. 10827**)

C.     Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

D.     **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:

E.     Response of Analysis Research Planning Corporation to Objections to Its Third Interim and Final Fee Application (**ECF No. 10918**)

---

[1]  **The only professional whose application is not consensually resolved is Analysis Research Planning Corporation, which represents the first item under this section of the agenda.**

The Fee Examiner's objection to increases in hourly rates (ECF No. 10660) will not be resolved at the September 26 hearing.  The professionals subject to that objection have reached an agreement with the Fee Examiner to receive compensation for the disputed amount, subject to disgorgement if the Fee Examiner later prevails on the rate increase issue.

Additional Documents:        None to date.

**Status:**        In light of anticipated evidentiary issues associated with the resolution of Analysis Research Planning Corporation's ("**ARPC**") application, the Debtors, ARPC, and the Fee Examiner jointly request that a status conference be held at the September 26 hearing on the application and that an evidentiary hearing, if required, be held on October 28, 2011 at 9:45 a.m.

2.    Third and Final Application of Hamilton, Rabinovitz & Associates, Inc., as Consultants for the Debtors with Respect to Present and Future Asbestos Claims, for Final Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During (I) the Fifth Interim Compensation Period of October 1, 2010 through March 29, 2011, and (II) the Total Compensation Period of February 1,2010 through March 29, 2011 (**ECF No. 10266**) **[Uncontested]**

Responses Filed:

A.    Fee Examiner's Report and Statement of Limited Objection to Third and Final Fee Application of Hamilton, Rabinovitz & Associates, Inc. (**ECF No. 10844**)

B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

C.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        **This matter is going forward on an uncontested basis as the parties have reached an agreement.**

3.    Third Interim Application and Final Application of Caplin & Drysdale, Chartered as Counsel to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for Compensation and Reimbursement of Expenses (**ECF No. 10280**) **[Uncontested]**

Responses Filed:

    A.      Fee Examiner's Report and Statement of Limited Objection to Third and Final Fee Application of Caplin & Drysdale, Chartered (**ECF No. 10875**)

    B.      Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        **This matter is going forward on an uncontested basis as the parties have reached an agreement.**

4.    Final Application of Baker & McKenzie for Compensation and Reimbursement of Expenses for Services Rendered as Special Counsel for the Debtors for the Period June 1, 2009 through March 29, 2011 (**ECF No. 10262**) **[Uncontested]**

Responses Filed:

    A.      Fee Examiner's Report and Statement of Limited Objection to Final Fee Application of Baker & McKenzie LLP (**ECF No. 10813**)

    B.      Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        **This matter is going forward on an uncontested basis as the parties have reached an agreement.**

5.    Fifth Interim and Final Application of Brownfield Partners, LLC as Environmental Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2010

through March 29, 2011 and from June 1, 2009 through March 29, 2011, Respectively and for the Release of All Holdbacks from Allowed Compensation (**ECF No. 10224**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Report and Stipulated Statement on Fifth and Final Fee Application of Brownfield Partners, LLC (**ECF No. 10826**)

    B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:             None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward on an uncontested basis as the parties have reached an agreement, as reflected in the stipulated statement filed by the Fee Examiner.

6.    Final Application of Bates White, LLC, as Asbestos Liability Consultant to the Official Committee of Unsecured Creditors (I) for Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During the Period from October 1, 2010 through March 29, 2011, and (II) for Final Approval of Compensation for Professional Services Rendered and For Reimbursement of Actual and Necessary Expenses Incurred During the Period March 16, 2010 through and Including March 29, 2011  (**ECF No. 10264**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to Third and Final Fee Application of Bates White, LLC (**ECF No. 10815**)

    B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward on an uncontested basis as the parties have reached an agreement.

7.    Final Consolidated Application of Brady C. Williamson, Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 28, 2009 through March 29, 2011 (**ECF No. 10267**) **[Uncontested]**

Responses Filed:      None to date.

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward on an uncontested basis as no responses were filed to the application.

8.    Fifth Interim and Final Fee Application of Butzel Long, a Professional Corporation, as Special Counsel to the Official Committee of Unsecured Creditors of Motors Liquidation Company, f/k/a General Motors Corporation, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the (I) Interim Compensation Period October 1, 2010 through March 31, 2011 and (II) Entire Compensation Period June 10, 2009 through March 31, 2011 (**ECF No. 10241**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Limited Objection to Hourly Rate Increases (**ECF No. 10660**)

    B.    Fee Examiner's Report and Stipulated Statement on Fifth and Final Fee Application of Butzel Long, a Professional Corporation (**ECF No. 10814**)

    C.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

      D.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:        None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement, as reflected on the stipulated statement filed by the Fee Examiner.  The Fee Examiner's objection to increases in hourly rates will be resolved at a later time.

9.      Third Interim and Final Fee Application of Deloitte Tax LLP as Tax Services Providers for the Period from January 1, 2010 through March 29, 2011 (**ECF No. 10231**) **[Uncontested]**

Responses Filed:

      A.      Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

      B.      Fee Examiner's Report and Statement of Limited Objection to Third and Final Fee Application of Deloitte Tax LLP (**ECF No. 10845**)

      C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:

      D.      Response of Deloitte Tax LLP to Fee Examiner's Report (**ECF No. 10919**)

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement.

10.      First and Final Application of Evercore Group L.L.C. for Compensation and Reimbursement of Expenses (**ECF No. 4453**) **[Uncontested]**

Responses Filed:

A.   Fee Examiner's Report and Statement of Limited Objection to the Fee Application of Evercore Group, L.L.C. and Motion to Adjourn Fee Application Hearing (**ECF No. 5549**)

B.   Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

C.   Fee Examiner's Second Report and Statement of Limited Objection to First and Final Fee Application of Evercore Group, L.L.C. (**ECF No. 10842**)

D.   **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:

E.   Reply of Evercore Group L.L.C. to Fee Examiner's Report and Limited Objection to First and Final Fee Application (**ECF No. 5635**)

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement.

11.   Final Application of FTI Consulting, Inc. (I) for Allowance of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period from October 1,2 010 through March 29, 2011 and (II) For Final Approval of Compensation and for Reimbursement of Expenses for Services Rendered in the Case for the Period from June 3, 2009 through March 29, 2011 (**ECF No. 10265**) **[Uncontested]**

Responses Filed:

A.   Fee Examiner's Report and Statement of Limited Objection to Fifth Interim and Final Fee Application of FTI Consulting, Inc. (**ECF No. 10829**)

B.   Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

C.   **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:                    None to date.

Additional Documents:             None to date.

**Status:**        This matter is going forward on an uncontested basis as the
parties have reached an agreement.

12.    Second Interim and Final Fee Application of Honigman Miller Schwartz
and Cohn LLP for Allowance of Compensation for Services Rendered and
Reimbursement of Expenses (**ECF No. 10313**) **[Uncontested]**

Responses Filed:

A.    Fee Examiner's Report and Stipulated Statement on Final Fee
Application of Honigman Miller Schwartz and Cohn LLP (**ECF
No. 10817**)

B.    Response of the United States Trustee Regarding Final
Applications for Compensation and Reimbursement of Expenses
(**ECF No. 10840**)

C.    **Statement Fee Examiner's Final Report and Summary (ECF
No. 10935)**

Replies Filed:                    None to date.

Additional Documents:             None to date.

**Status:**        This matter is going forward on an uncontested basis as the
parties have reached an agreement.

13.    Fifth and Final Fee Application of Jenner & Block LLP for Allowance and
Compensation for Services Rendered and Reimbursement of Expenses
(**ECF No. 10246**) **[Uncontested]**

Responses Filed:

A.    Fee Examiner's Report and Stipulated Statement on Fifth and
Final Fee Application of Jenner & Block LLP (**ECF No. 10816**)

B.    Response of the United States Trustee Regarding Final
Applications for Compensation and Reimbursement of Expenses
(**ECF No. 10840**)

C.    **Statement Fee Examiner's Final Report and Summary (ECF
No. 10935)**

Replies Filed:             None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement.

14.    Final Application of Jones Day, Special Counsel to the Debtors and Debtors-in-Possession, Seeking Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses for the Period from June 1, 2009 through January 31, 2010 (**ECF No. 10244**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Report and Stipulated Statement on Final Fee Application of Jones Day (**ECF No. 10820**)

    B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:             None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement.

15.    Third and Final Application of Legal Analysis Systems, Inc. as Consultant on the Valuation of Asbestos Liabilities to the Official Committee of Unsecured Creditors Holding Asbestos-Related Claims for Compensation and Reimbursement of Expenses (**ECF No. 10269**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Report and Statement of Limited Objection to Third and Final Fee Application of Legal Analysis Systems, Inc. (**ECF No. 10821**)

    B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

      C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement.

16.      Application of LFR Inc. for (A) Allowance of Compensation and Reimbursement of Expenses for Services during the Fifth Interim Period from October 1, 2010 through March 29, 2011; (B) Final Allowance of Previously Awarded Compensation during the Period June 1, 2009 through March 29, 2011; and (C) for the Release of All Holdbacks from Allowed Compensation (**ECF Nos. 10251 and 10275**) **[Uncontested]**

Responses Filed:

      A.      Fee Examiner's Limited Objection to Hourly Rate Increases (**ECF No. 10660**)

      B.      Fee Examiner's Report and Stipulated Statement on Fifth and Final Fee Application of LFR Inc. (**ECF No. 10825**)

      C.      Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

      D.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement, as reflected on the stipulated statement filed by the Fee Examiner.

17.      First and Final Application of Morris, Nichols, Arsht & Tunnell LLP, as Delaware Local Counsel for the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred for the Period from November 16, 2010 through March 29, 2011 (**ECF No. 10261**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Report and Stipulated Statement on Final Fee Application of Morris, Nichols, Arsht & Tunnell LLP (**ECF No. 10822**)

    B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward on an uncontested basis as the parties have reached an agreement, as reflected on the stipulated statement filed by the Fee Examiner.

18.    Fourth and Final Fee Application of Plante & Moran, PLLC, as Accountants for the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 9, 2009 through March 29, 2011 (**ECF No. 10279**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Report and Statement of No Objection to Fourth Interim and Final Fee Application of Plante & Moran, PLLC (**ECF No. 10818**)

    B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    C.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward on an uncontested basis as the Fee Examiner filed a statement of no objection to the application.

19.    Final Fee Application of Stuart Maue for Allowance of Compensation and Reimbursement of Expenses for the Analysis of Interim Fee Applications of Selected Case Professionals (**ECF No. 10260**) **[Uncontested]**

Responses Filed:

A.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is going forward on an uncontested basis as no responses were filed against the application.

20.    Third Interim and Final Application of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation, for Allowance of Compensation and Reimbursement of Expenses Incurred as Counsel for Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants for the Interim Period from October 1, 2010 through March 29, 2011 and the Final Period from February 24, 2010 through March 29, 2011 (**ECF Nos. 10248 and 10716**) **[Uncontested]**

Responses Filed:

A.    Fee Examiner's Report and Stipulated Statement on Third Interim and Final Fee Application of Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation (**ECF No. 10841**)

B.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

C.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:                    None to date.

Additional Documents:             None to date.

**Status:**        This matter is going forward on an uncontested basis as the
                   parties have reached an agreement, as reflected on the
                   stipulated statement filed by the Fee Examiner.

21.    Fifth and Final Application of the Claro Group, LLC for Allowance of
       Compensation and Reimbursement of Expenses for the Period June 1,
       2009 - March 31, 2011 (**ECF No. 10239**) **[Uncontested]**

       Responses Filed:

           A.    Fee Examiner's Report and Stipulated Statement on Fifth and
                 Final Fee Application of The Claro Group (**ECF No. 10828**)

           B.    Response of the United States Trustee Regarding Final
                 Applications for Compensation and Reimbursement of Expenses
                 (**ECF No. 10840**)

           C.    **Statement Fee Examiner's Final Report and Summary (ECF
                 No. 10935)**

       Replies Filed:                    None to date.

       Additional Documents:             None to date.

       **Status:**        This matter is going forward on an uncontested basis as the
                          parties have reached an agreement, as reflected on the
                          stipulated statement filed by the Fee Examiner.

22.    Third and Final Application of Togut, Segal & Segal LLP as Conflicts
       Counsel for the Debtors for Allowance of Compensation for Services (I)
       Rendered for the Period October 1, 2010 through March 29, 2011, (II)
       Previously Approved by the Court on an Interim Basis, and (III) for
       Reimbursement of Expenses (**ECF Nos. 10237 and 10238**)
       **[Uncontested]**

       Responses Filed:

           A.    Fee Examiner's Report and Stipulated Statement on Third and
                 Final Fee Application of Togut, Segal & Segal LLP (**ECF No.
                 10823**)

      B.      Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

      C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement, as reflected on the stipulated statement filed by the Fee Examiner.

23.      Third Interim and Final Application of Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period from October 1, 2010 through March 29, 2011, and the Final Period from November 13, 2009 through March 29, 2011 (**ECF Nos. 10247 and 10715**) **[Uncontested]**

Responses Filed:

      A.      Fee Examiner's Report and Statement of No Objection to Third Interim and Final Fee Application of Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants (**ECF No. 10819**)

      B.      Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

      C.      **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is going forward on an uncontested basis as the Fee Examiner filed a statement of no objection to the application.

24.      Fifth and Final Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Final Allowance of Compensation for Professional

Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During (I) the Fifth Interim Compensation Period of October 1, 2010 through March 29, 2011, and (II) the Total Compensation Period of June 1, 2009 through March 29, 2011 (**ECF Nos. 10270 and 10662**) **[Uncontested]**

Responses Filed:

    A.    Fee Examiner's Limited Objection to Hourly Rate Increases (**ECF No. 10660**)

    B.    Fee Examiner's Stipulated Statement on the Fifth Interim and Final Fee Application of Weil, Gotshal & Manges LLP (**ECF No. 10880**)

    C.    Response of the United States Trustee Regarding Final Applications for Compensation and Reimbursement of Expenses (**ECF No. 10840**)

    D.    **Statement Fee Examiner's Final Report and Summary (ECF No. 10935)**

Replies Filed:           None to date.

Additional Documents:

**Status:**      This matter is going forward on an uncontested basis as the parties have reached an agreement, as reflected on the stipulated statement filed by the Fee Examiner. The Fee Examiner's objection to increases in hourly rates will be resolved at a later time.

## II.    CONTESTED MATTERS

1.    Application of Mark Buttita Pursuant to 11 U.S.C. § 503(B) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in this Chapter 11 Case from June 4, 2009 through July 15, 2009 (**ECF No. 10233**)

Responses Filed:

    A.    Objection of the United States of America to "Application of Mark Buttita Pursuant to 11 U.S.C. § 503(B) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in this Chapter 11 Case from June 4, 2009 through

July 15, 2009" (the "**United States' Objection**") (**ECF No. 10831**)

    B.    Fee Examiner's Report and Statement of Limited Objection to Application of Mark Buttita Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses (the "**Fee Examiner's Objection**") (**ECF No. 10878**)

Replies Filed:

    C.    **Response of Mark Buttita to Objection of the United States of America to Application of Mark Buttita for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in this Chapter 11 Case From June 4, 2009 Through July 15, 2009 (ECF No. 10930)**

Additional Documents:    None to date.

**Status:**    **This matter is going forward with respect to the United States' Objection.  The Fee Examiner's Objection has been consensually resolved.**

## III.    UNCONTESTED MATTERS

    1.    234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10719**)

Responses Filed:

    A.    Opposition by Claimant, Robert Cramer, to Motion to Disallow and Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except as to the Cramer Response, which is adjourned to October 28, 2011 at 9:45 a.m.

    2.    235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

Responses Filed:

A.      Response of T. Charles Powell to 235th Omnibus Objection to
Claims (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

Replies Filed:                   None to date.

Additional Documents:            None to date.

**Status:**        This matter is going forward except as to the Powell
Response, which is adjourned to October 28, 2011 at 9:45
a.m.

3.     236th Omnibus Objection to Claims (Splinter Union Employees Claims)
(**ECF No. 10721**)

Responses Filed:                 None to date.

Replies Filed:                   None to date.

Additional Documents:            None to date.

**Status:**        This matter is going forward.

4.     237th Omnibus Objection to Claims (Claims Relating to Former
Employees Represented by United Auto Workers) (**ECF No. 10722**)

Responses Filed:                 None to date.

Replies Filed:                   None to date.

Additional Documents:            None to date.

**Status:        This matter is going forward except as to claim no.
61326 filed by Beverley A. Cary.**

5.     238th Omnibus Objection to Claims (Welfare Benefits Claims of Retired
and Former Salaried and Executive Employees) (**ECF No. 10723**)

Responses Filed:                 None to date.

Replies Filed:                   None to date.

Additional Documents:            None to date.

**Status:**        This matter is going forward.

6.      239th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10725**)

   <u>Responses Filed</u>:          None to date.

   <u>Replies Filed</u>:           None to date.

   <u>Additional Documents</u>:    None to date.

   **<u>Status</u>:**       This matter is going forward.

7.      240th Omnibus Objection to Claims (Eurobond Debt Claims) (**ECF No. 10726**)

   <u>Responses Filed</u>:          None to date.

   <u>Replies Filed</u>:           None to date.

   <u>Additional Documents</u>:    None to date.

   **<u>Status</u>:**       This matter is going forward.

8.      241st Omnibus Objection to Claims (Claims for Equity Interests and Duplicate Debt Claims) (**ECF No. 10727**)

   <u>Responses Filed</u>:          None to date.

   <u>Replies Filed</u>:           None to date.

   <u>Additional Documents</u>:    None to date.

   **<u>Status</u>:**       This matter is going forward.

9.      242nd Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10728**)

   <u>Responses Filed</u>:

       A.      Claimant Seneca Insurance Company, Inc.'s Affirmation in Opposition to Debtors' 242nd Omnibus Objection to Claims (the "**Seneca Response**") (**ECF No. 10890**)

       B.      State Farm Fire and Casualty Company (the "**State Farm Response**") (Informal)

C.      Centerpoint Associates LLC (the "**Centerpoint Response**")
(Informal)

Replies Filed:                    None to date.

Additional Documents:            None to date.

**Status:**        This matter is going forward except as to the Seneca
Response, the State Farm Response and the Centerpoint
Response, which are adjourned to October 28, 2011 at 9:45
a.m.

10.    243rd Omnibus Objection to Claims and Motion Requesting Enforcement
of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

Responses Filed:

A.      Memorandum in Opposition to Motion to Enforce Bar Dates
(243rd) with Respect to Lyndia Brewer on Behalf of the Estate
of Marcus Wirt (the "**Brewer Response**")(**ECF No. 10908**)

B.      Objection to Debtors' Disallowing and Expunging of Tracy
Woody's Proof of Claim and Amended Proof of Claim in the
243rd Omnibus Objection to Claims and Objection to Motion
Requesting Enforcement of Bar Date Orders and a Motion
Requesting Sanctions against "GM" and It's Attorneys, Barry N.
Siebel and Stafanie Birbrower Greer of Dickstein Shapiro LLP
(the "**Woody Response**") (**ECF No. 10913**)

C.      Response of Peggy L. Jernigan to the 243rd Omnibus Objection
(the "**Jernigan Response**") (Informal).

D.      **Response of Overstreet, Cathy Sue to the 243rd Omnibus
Objection (Informal).**

E.      **Response of Overstreet, Katlyn to the 243rd Omnibus
Objection (Informal).**

F.      **Response of Overstreet, Megan to the 243rd Omnibus
Objection (Informal).**

Replies Filed:                    None to date.

Additional Documents:    None to date.

**Status:**    This matter is going forward except as to each of the above responses, which are adjourned to October 28, 2011 at 9:45 a.m.

11.    244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10747**)

Responses Filed:

    A.    Relco System, Inc.'s Response to 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Relco Response**") (**ECF No. 10830**)

    B.    Austin Viall and Rebecca Viall's Response to Motion of 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Viall Response**") (**ECF No. 10848**)

    C.    C R Rondinelli, Inc.'s Answer to 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Rondinelli Response**") (**ECF No. 10894**)

    D.    Response of Christeen Saulters Hinton to the 244th Omnibus Objection (the "**Hinton Response**") (Informal).

    E.    Response of Erica L. Davis to the 244th Omnibus Objection (the "**Davis Response**") (Informal).

    F.    Response of Terry L. Love to the 244th Omnibus Objection (the "**Love Response**") (Informal).

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    **This matter is going forward except as to the Viall Response, the Rondinelli Response, the Hinton Response, the Davis Response, the Love Response, claim no. 69960 filed by Linda Fisher, and claim no. 70683 filed by Jacob Hall, which are adjourned to October 28, 2011 at 9:45 a.m.  The objection is withdrawn with respect to the Relco Response.**

12.     245th Omnibus Objection to Claims and Motion Requesting Enforcement
        of Bar Date Orders (Late-Filed Claims Post-Effective Date) (**ECF No.
        10748**)

        Responses Filed:

        A.    Claimant Diane Vanwinkle's Reply to Debtors' Objection to
              Claim and Motion Requesting Enforcement of Bar Date Orders
              (**ECF No. 10896**).

        B.    Response of Claimant, Donald Warner (Claim No. 71177) to
              245th Omnibus Objection to Claims and Motion Requesting
              Enforcement of Bar Date Orders (**ECF No. 10893**).

              1.    Response of Claimant, Donald Warner (Claim No. 71177)
                    to 245th Omnibus Objection to Claims and Motion
                    Requesting Enforcement of Bar Date Orders (**ECF No.
                    10902**)

        C.    Response of Jesmer Evans to the 245th Omnibus Objection
              (**ECF No. 10847**)

        D.    Response of Wingo Winston to the 245th Omnibus Objection
              (**ECF No. 10798**)

        E.    Response of Crown Enterprises, Inc. to the Motors Liquidation
              Company GUC Trust's 245th Omnibus Objection to Claims and
              Motion Requesting Enforcement of Bar Date Orders (**ECF No.
              10887**)

        F.    Response of Clayton Coleman to 245th Omnibus Objection to
              Claims and Motion Requesting Enforcement of Bar Date Orders
              (**ECF No. 10899**)

        G.    Claimants Aranzuza Mejia, Juan Carlos Mejia, Maria Alejandra
              Mejia, and Aranzuza Mejia as *guardian ad litem* of Lucas Mejia,
              Nicolas Mejia, and Santiago Mejia Response to the 245th
              Omnibus Objection to Claims and Claimants' Opposition to
              Motion Requesting Enforcement of Bar Date Orders (**ECF No.
              10911**)

        H.    Response of Jeremy DeLarosa to the 245th Omnibus Objection
              (Informal)

        I.    Response of Mary Lee Metzler to the 245th Omnibus Objection
              (Informal)

J.  Response of Michael Stelmach Sr. to the 245th Omnibus Objection (Informal)

K.  Response of Stephan A. Truxall Sr. to the 245th Omnibus Objection (Informal)

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:  None to date.

<u>**Status**</u>:   **This matter is going forward except as to each of the above claimants that made a formal or informal response, which are adjourned to October 28, 2011 at 9:45 a.m.**

13. 246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

  <u>Responses Filed</u>:

  A.  Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

  B.  **Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "Jeanine Response") (Informal)**

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:  None to date.

<u>Status</u>:   **This matter is going forward except as to the King Response and the Jeanine Response, which are adjourned to October 28, 2011 at 9:45 a.m.**

**2:00 P.M.**

**I.    CONTESTED MATTERS**

1.    Verified Declaration in the nature of an Affidavit of Truth in Commence
Rejection of the Settlement Offer and Contact for Waiver of Tort filed by
Barry Henry Spencer (**ECF No. 7249**)

Responses Filed:

A.    Cross-Motion of Post-Effective Date Debtors and Motors
Liquidation Company GUC Trust for Entry of Order Pursuant to
11 U.S.C. §§ 105(A) and 1142(B) and Fed. R. Bankr. P.
7012(B) and 9014(C) (I) Enforcing Settlement Agreement with
Claimant Barry H. Spencer, Jr.; (II) Striking Documents Filed
by Claimant; and (III) Enjoining Claimant from Further Action
Against the Debtors, Post-Effective Date Debtors, Motors
Liquidation Company GUC Trust, and Their Officers and
Professionals (**ECF No. 10559**)

1.    Declaration of Joseph H. Smolinsky in Support of Cross-
Motion of Post-Effective Date Debtors and Motors
Liquidation Company GUC Trust for Entry of Order
Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) and Fed. R.
Bankr. P. 7012(B) and 9014(C) (I) Enforcing Settlement
Agreement with Claimant Barry H. Spencer, Jr.; (II)
Striking Documents Filed by Claimant; and (III) Enjoining
Claimant from Further Action Against the Debtors, Post-
Effective Date Debtors, Motors Liquidation Company
GUC Trust, and Their Officers and Professionals (**ECF
Nos. 10560 and 10561**)

Replies Filed:

A.    Notice for Hearing or Ruling on the Square of the Documents
Submitted as to Claimant's Opposition to Debtors Cross-Motion
of Post-Effective Date Debtors and Motors Liquidation GUC
Trust for Entry of Order Pursuant to 11 U.S.C. § § 105(a) and
1142 (b) and Fed. R. Bankr. P. 7012 and 9014 (**ECF No. 10737**)

Sur-Replies Filed:

B.    **Reply to Claimant Barry H. Spencer, Jr.'s Opposition to
Cross-Motion of Post-Effective Date Debtors and Motors
Liquidation Company GUC Trust for Entry of Order
Pursuant to 11 U.S.C. Section 105(a) and 1142(b) and Fed.**

**R. Bankr. P. 7012(b) and 9014(c)(1) Enforcing Settlement Agreement with Claimant Barry H. Spencer, Jr.; (2) Striking Documents Filed by Claimant; and (3) Enjoining Claimant from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (ECF No. 10929)**

Additional Documents:

C.    Letter to the Honorable Robert E. Gerber with Motion to Hear Substance of Established Contracts and Original Motion to Hear Substance Breach of Contract, Fraudal Established Contracts - Rejection of Disclosure filed by Barry H. Spencer (**ECF No. 9152**)

D.    Letter, Durable Power of Attorney and Copy of Proof of claim Re: Two Proofs of Claim filed by Barry H. Spencer (**ECF No. 10253**)

E.    Motion for Relief from Stay filed by Barry H. Spencer (**ECF No. 10413**)

F.    Endorsed Order Signed on June, 13, 2011 Denying Barry Henry Spencer, Jr.'s Motion for Relief from Stay for Failure to Allege a prima facie Entitlement to Relief (**ECF No. 10424**)

**Status:**        This matter is going forward.

2.    Motion to Accept Indemnity & Discharge Bonds filed by Barry-Henry Spencer Junior (**ECF No. 8793**)

Responses Filed:

A.    Cross-Motion of Post-Effective Date Debtors and Motors Liquidation Company GUC Trust for Entry of Order Pursuant to 11 U.S.C. §§ 105(A) and 1142(B) and Fed. R. Bankr. P. 7012(B) and 9014(C) (I) Enforcing Settlement Agreement with Claimant Barry H. Spencer, Jr.; (II) Striking Documents Filed by Claimant; and (III) Enjoining Claimant from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (**ECF No. 10559**)

1.    Declaration of Joseph H. Smolinsky in Support of Cross-Motion of Post-Effective Date Debtors and Motors

Liquidation Company GUC Trust for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) and Fed. R. Bankr. P. 7012(B) and 9014(C) (I) Enforcing Settlement Agreement with Claimant Barry H. Spencer, Jr.; (II) Striking Documents Filed by Claimant; and (III) Enjoining Claimant from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (**ECF Nos. 10560 and 10561**)

Replies Filed:

B.     Notice for Hearing or Ruling on the Square of the Documents Submitted as to Claimant's Opposition to Debtors Cross-Motion of Post-Effective Date Debtors and Motors Liquidation GUC Trust for Entry of Order Pursuant to 11 U.S.C. § § 105(a) and 1142 (b) and Fed. R. Bankr. P. 7012 and 9014 (**ECF No. 10737**)

Sur-Replies Filed:

C.     **Reply to Claimant Barry H. Spencer, Jr.'s Opposition to Cross-Motion of Post-Effective Date Debtors and Motors Liquidation Company GUC Trust for Entry of Order Pursuant to 11 U.S.C. Section 105(a) and 1142(b) and Fed. R. Bankr. P. 7012(b) and 9014(c)(1) Enforcing Settlement Agreement with Claimant Barry H. Spencer, Jr.; (2) Striking Documents Filed by Claimant; and (3) Enjoining Claimant from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (ECF No. 10929)**

Additional Documents:

D.     Letter to the Honorable Robert E. Gerber with Motion to Hear Substance of Established Contracts and Original Motion to Hear Substance Breach of Contract, Fraudal Established Contracts - Rejection of Disclosure filed by Barry H. Spencer (**ECF No. 9152**)

E.     Letter, Durable Power of Attorney and Copy of Proof of claim Re: Two Proofs of Claim filed by Barry H. Spencer (**ECF No. 10253**)

F.     Motion for Relief from Stay filed by Barry H. Spencer (**ECF No. 10413**)

G.    Endorsed Order Signed on June, 13, 2011 Denying Barry Henry
Spencer, Jr.'s Motion for Relief from Stay for Failure to Allege
a prima facie Entitlement to Relief (**ECF No. 10424**)

**Status:**        This matter is going forward.

3.    (1) Original Motion to Hear Substance Breach of Contract, Fraudal
Established Contracts - Rejection of Disclosure (2) Administrative Proof
of Claim (3) Motion to Hear Substance of Established Contracts (4)
Verified Declaration in the Nature of an Affidavit of Truth in Commerce,
Rejection of the Settlement Office & Contract for Waiver of Tort (5)
Affidavit of Negative Averment, Opportunity to Cure & Counterclaim (6)
Demand for Payment (7) Second Demand for Payment (8) Final Demand
for Payment (9) Several Notices of Claim of Maritime Lien (10) Cover
Sheet for Fax 12/29/2010 (11) Cover Sheet for Fax 11/1/2010 (12)
Affidavit of Barry Spencer Uncontested filed (13) Motion to Accept
Indemnity & Discharge Bonds (14) Bonded Promissory Note (15) Tax
Form W8BEN (16) Declaration of Barry Spencer Jr Incorporated as a part
of W-8BEN Tax Form (17) Tax Form 1040-V (18) Notice of Final
Determination and Judgment in Nihil Decit Verified Affidavit in the Truth
(19) UCC-1 Financing Statement I & G.M. (20) Certificate of Service
filed by Barry H. Spencer (**ECF No. 9150**)

Responses Filed:

A.    Cross-Motion of Post-Effective Date Debtors and Motors
Liquidation Company GUC Trust for Entry of Order Pursuant to
11 U.S.C. §§ 105(A) and 1142(B) and Fed. R. Bankr. P.
7012(B) and 9014(C) (I) Enforcing Settlement Agreement with
Claimant Barry H. Spencer, Jr.; (II) Striking Documents Filed
by Claimant; and (III) Enjoining Claimant from Further Action
Against the Debtors, Post-Effective Date Debtors, Motors
Liquidation Company GUC Trust, and Their Officers and
Professionals (**ECF No. 10559**)

1.    Declaration of Joseph H. Smolinsky in Support of Cross-
Motion of Post-Effective Date Debtors and Motors
Liquidation Company GUC Trust for Entry of Order
Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) and Fed. R.
Bankr. P. 7012(B) and 9014(C) (I) Enforcing Settlement
Agreement with Claimant Barry H. Spencer, Jr.; (II)
Striking Documents Filed by Claimant; and (III) Enjoining
Claimant from Further Action Against the Debtors, Post-
Effective Date Debtors, Motors Liquidation Company

GUC Trust, and Their Officers and Professionals (**ECF
Nos. 10560 and 10561**)

Replies Filed:

B.    Notice for Hearing or Ruling on the Square of the Documents
Submitted as to Claimant's Opposition to Debtors Cross-Motion
of Post-Effective Date Debtors and Motors Liquidation GUC
Trust for Entry of Order Pursuant to 11 U.S.C. § § 105(a) and
1142 (b) and Fed. R. Bankr. P. 7012 and 9014 (**ECF No. 10737**)

Sur-Replies Filed:

C.    **Reply to Claimant Barry H. Spencer, Jr.'s Opposition to
Cross-Motion of Post-Effective Date Debtors and Motors
Liquidation Company GUC Trust for Entry of Order
Pursuant to 11 U.S.C. Section 105(a) and 1142(b) and Fed.
R. Bankr. P. 7012(b) and 9014(c)(1) Enforcing Settlement
Agreement with Claimant Barry H. Spencer, Jr.; (2)
Striking Documents Filed by Claimant; and (3) Enjoining
Claimant from Further Action Against the Debtors, Post-
Effective Date Debtors, Motors Liquidation Company GUC
Trust, and Their Officers and Professionals (ECF No.
10929)**

Additional Documents:

D.    Letter to the Honorable Robert E. Gerber with Motion to Hear
Substance of Established Contracts and Original Motion to Hear
Substance Breach of Contract, Fraudal Established Contracts -
Rejection of Disclosure filed by Barry H. Spencer (**ECF No.
9152**)

E.    Letter, Durable Power of Attorney and Copy of Proof of claim
Re: Two Proofs of Claim filed by Barry H. Spencer (**ECF No.
10253**)

F.    Motion for Relief from Stay filed by Barry H. Spencer (**ECF
No. 10413**)

G.    Endorsed Order Signed on June, 13, 2011 Denying Barry Henry
Spencer, Jr.'s Motion for Relief from Stay for Failure to Allege
a prima facie Entitlement to Relief (**ECF No. 10424**)

**Status:**        This matter is going forward.

- 33 -

4.      (1) Surety Bond (2) Petition to Intervene (3) Petition for Warrant for
        Issuance of Arrest (4) Motion to Hear the Substance of the Established
        Contracts (5) Motion for Default Judgment (6) Apostille No. 1519144 (7)
        Certificate of Service (8) Affidavit of Uncontested Filing and Waiver of
        Service to All Parties filed by Barry Henry Spencer, Junior (**ECF No.
        10169**)

        Responses Filed:

              A.      Cross-Motion of Post-Effective Date Debtors and Motors
                      Liquidation Company GUC Trust for Entry of Order Pursuant to
                      11 U.S.C. §§ 105(A) and 1142(B) and Fed. R. Bankr. P.
                      7012(B) and 9014(C) (I) Enforcing Settlement Agreement with
                      Claimant Barry H. Spencer, Jr.; (II) Striking Documents Filed
                      by Claimant; and (III) Enjoining Claimant from Further Action
                      Against the Debtors, Post-Effective Date Debtors, Motors
                      Liquidation Company GUC Trust, and Their Officers and
                      Professionals (**ECF No. 10559**)

                      1.      Declaration of Joseph H. Smolinsky in Support of Cross-
                              Motion of Post-Effective Date Debtors and Motors
                              Liquidation Company GUC Trust for Entry of Order
                              Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) and Fed. R.
                              Bankr. P. 7012(B) and 9014(C) (I) Enforcing Settlement
                              Agreement with Claimant Barry H. Spencer, Jr.; (II)
                              Striking Documents Filed by Claimant; and (III) Enjoining
                              Claimant from Further Action Against the Debtors, Post-
                              Effective Date Debtors, Motors Liquidation Company
                              GUC Trust, and Their Officers and Professionals (**ECF
                              Nos. 10560 and 10561**)

        Replies Filed:

              B.      Notice for Hearing or Ruling on the Square of the Documents
                      Submitted as to Claimant's Opposition to Debtors Cross-Motion
                      of Post-Effective Date Debtors and Motors Liquidation GUC
                      Trust for Entry of Order Pursuant to 11 U.S.C. § § 105(a) and
                      1142 (b) and Fed. R. Bankr. P. 7012 and 9014 (**ECF No. 10737**)

        Sur-Replies Filed:

              C.      **Reply to Claimant Barry H. Spencer, Jr.'s Opposition to
                      Cross-Motion of Post-Effective Date Debtors and Motors
                      Liquidation Company GUC Trust for Entry of Order
                      Pursuant to 11 U.S.C. Section 105(a) and 1142(b) and Fed.
                      R. Bankr. P. 7012(b) and 9014(c)(1) Enforcing Settlement**

**Agreement with Claimant Barry H. Spencer, Jr.; (2) Striking Documents Filed by Claimant; and (3) Enjoining Claimant from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (ECF No. 10929)**

Additional Documents:

D.   Letter to the Honorable Robert E. Gerber with Motion to Hear Substance of Established Contracts and Original Motion to Hear Substance Breach of Contract, Fraudal Established Contracts - Rejection of Disclosure filed by Barry H. Spencer (**ECF No. 9152**)

E.   Letter, Durable Power of Attorney and Copy of Proof of claim Re: Two Proofs of Claim filed by Barry H. Spencer (**ECF No. 10253**)

F.   Motion for Relief from Stay filed by Barry H. Spencer (**ECF No. 10413**)

G.   Endorsed Order Signed on June, 13, 2011 Denying Barry Henry Spencer, Jr.'s Motion for Relief from Stay for Failure to Allege a prima facie Entitlement to Relief (**ECF No. 10424**)

**Status:**        This matter is going forward.

- 35 -

**ADJOURNED MATTERS**

5.   Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim
     Pursuant to 11 U.S.C. § 105 and Rule 9006 of the Federal Rules of
     Bankruptcy Procedure (**ECF No. 10355**)

     Responses Filed:              None to date.

     Replies Filed:                None to date.

     Additional Documents:         None to date.

     **Status:**       This matter is adjourned to October 28, 2011, at 9:45 a.m.
                       pursuant to a stipulation being finalized by the Debtors and
                       Maguire Family Properties.

6.   Motion of Sentry Select Insurance Company for Reconsideration of Claim
     No. 44306 (**ECF No. 9933**)

     Responses Filed:              None to date.

     Replies Filed:                None to date.

     Additional Documents:         None to date.

     **Status:**       This matter is adjourned to October 28, 2011, at 9:45 a.m.

7.   Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by
     Lorin W. Tate (**ECF No. 9455**)

     Responses Filed:

         A.    Response to Notice of Debtors' Objection to Administrative
               Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No.
               10106**)

     Replies Filed:                None to date.

     Additional Documents:         None to date.

     **Status:**       This matter is adjourned to October 28, 2011, at 9:45 a.m.

8.   Motion to File Proof of Claim After Claims Bar Date or, in the
     Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez
     (**ECF No. 5747**)

     Responses Filed:              None to date.

Replies Filed:                    None to date.

Additional Documents:             None to date.

**Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m.

9.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed
      by General Motors LLC) (**ECF No. 5993**)

      Responses Filed:

          A.    Objection to Motion by Impact Group (**ECF No. 6240**)

          B.    Consumers Energy (Informal Response)

          C.    OCE (Informal Response)

      Replies Filed:                None to date.

      Additional Documents:

          D.    Order Granting Debtors' Twenty-Third Omnibus Objection to
                Claims (Claims Assumed by General Motors LLC) (**ECF No.
                6334**)

      **Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m.
                and may be subject to further adjournments.  If this matter
                goes forward on October 28, 2011, claimants will be
                notified via letter sent by October 21, 2011.

10.   Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly
      Classified Claims) (**ECF No. 6250**)

      Responses Filed:

          A.    Response by Deborah Dilks (the "**Dilks Response**") (**ECF No.
                6510**)

          B.    Objection to the Purported Reclassification Claim No. 44240 in
                the Above Entitled Case, Among Other Things, Proceeding in
                Pro Per in this Matter Timely [Or by Leave of Court] for All the
                Reasons Stated Herein [Or Otherwise Documented with my
                Claim No. 44240] and for Other Purposes [Timely or by Leave
                of Court] Related Hereto by Marvin Echols (the "**Echols
                Response**") (**ECF No. 6445**)

    C.        Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

    D.        Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

    E.        Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

    F.        Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

Replies Filed:            None to date.

Additional Documents:

    G.        Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

11.    Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

    A.        Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:            None to date.

Additional Documents:

    B.        Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

C.      Supplemental Order Granting Debtors' Twenty-Ninth Omnibus
        Objection to Claims (Incorrectly Classified Claims) (**ECF No.
        7797**)

**Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m.
                   and may be subject to further adjournments.  If this matter
                   goes forward on October 28, 2011, claimants will be
                   notified via letter sent by October 21, 2011.

12.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified)
        (**ECF No. 6253**)

        Responses Filed:

        A.      The DeMassi Response (**ECF No. 6454**)

        Replies Filed:                None to date.

        Additional Documents:

        B.      Order Granting Debtors' Thirtieth Omnibus Objection to Claims
                (Incorrectly Classified Claims) (**ECF No. 6630**)

        C.      Supplemental Order Granting Debtors' Thirtieth Omnibus
                Objection to Claim (Incorrectly Classified Claims) (**ECF No.
                7799**)

        **Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m.
                           and may be subject to further adjournments.  If this matter
                           goes forward on October 28, 2011, claimants will be
                           notified via letter sent by October 21, 2011.

13.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly
        Classified) (**ECF No. 6255**)

        Responses Filed:

        A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection to
                Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims;
                and (3) Debtors' Thirty-Second Omnibus Objection to Claims
                (Incorrectly Classified Claims) by 295 Park Avenue Corp. by
                Robert A. DeMassi, Executor of the Estate of Arnold A.
                DeMassi, Jr. (**ECF No. 6454**)

        Replies Filed:                None to date.

Additional Documents:

    B.      Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

    C.      Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

14.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

    Responses Filed:

    A.      Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

    B.      Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

    C.      Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

    D.      Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

    Replies Filed:      None to date.

    Additional Documents:

    E.      Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

15.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to
       Former Employees Represented by United Auto Workers) (**ECF No.
       6739**)

       Responses Filed:

       A.    Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty -
             Second Omnibus Objection to Claims" (**ECF No. 7022**)

       Replies Filed:                    None to date.

       Additional Documents:

       B.    Order Granting Debtors' Eighty-Second Omnibus Objection to
             Claims (Claims Relating to Former Employees Represented by
             United Auto Workers) (**ECF No. 7214**)

       **Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m.
                        and may be subject to further adjournments.  If this matter
                        goes forward on October 28, 2011, claimants will be
                        notified via letter sent by October 21, 2011.

16.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits
       Claims of Retired and Former Salaried and Executive Employees) (**ECF
       No. 6740**)

       Responses Filed:

       A.    Objection and Response to Debtors' Eighty-Third Omnibus
             Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire
             (**ECF No. 6972**)

       B.    Response and Objection to Debtors' Eighty-Third Omnibus
             Objections to Claims by Linda K. Bellaire (**ECF No. 7076**)

       C.    Robert R. Hickman (Informal Response)

       D.    Darlene M. Schneider (Informal Response)

       E.    David E. Turner (Informal Response)

       F.    Calvin H. Purnell (Informal Response)

       G.    Alfred McMullen (Informal Response)

       H.    Joseph Cobble Jr. (Informal Response)

Replies Filed:              None to date.

Additional Documents:

I.     Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

17.     Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

Responses Filed:

A.     Response to Debtors' Eighty-Ninth Objection to Claim by Gerald A. Kolb (**ECF No. 7367**)

B.     Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims and Motions Requesting Enforcement of a Bar Dated Orders (Late-Filed Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

C.     Response in form of letter re: car accident claim by Felipe Esquibel (**ECF No. 7407**)

D.     Response in form of letter by John Pierro (**ECF No. 7563**)

E.     Monty R. and Lisa K. Henderson (Informal Response)

Replies Filed:              None to date.

Additional Documents:

F.     Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

18. Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

    Responses Filed:

        A.    Pearly M. Jones (Informal Response)

        B.    Faye M. Tompach (Informal Response)

    Replies Filed:        None to date.

    Additional Documents:

        C.    Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

    **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

19. Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

    Responses Filed:

        A.    Barry E. Herr (Informal Response)

    Replies Filed:        None to date.

    Additional Documents:

        B.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

    **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

20. Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

    Responses Filed:

    A.      Cecilia N. Best, Trustee (Informal Response)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    B.      Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**<u>Status</u>:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

21.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

    <u>Responses Filed</u>:

    A.      Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    B.      Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**<u>Status</u>:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

22.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

    <u>Responses Filed</u>:

    A.      City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    B.     Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**<u>Status</u>:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

23.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

    <u>Responses Filed</u>:

    A.     Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

    B.     Sarlower Olivier Tibbs (Informal Response)

    <u>Replies Filed</u>:     None to date.

    <u>Additional Documents</u>:

    C.     Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**<u>Status</u>:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

24.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

    <u>Responses Filed</u>:

    A.     Sharron S. Reyes (Informal Response)

    <u>Replies Filed</u>:     None to date.

Additional Documents:

    B.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

25.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

Responses Filed:

    A.    Sharon A. Bell (**ECF No. 7492**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

26.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

    A.    Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

    B.    Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

    C.    Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

    D.    Response in form of letter by George Leedom (**ECF No. 7401**)

    E.    George W. Conrad (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    F.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

27.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

    A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

28.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

    A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

29.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

    A.    Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

    B.    Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

    C.    Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

    D.    Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

    E.    Affirmation in Opposition by Sandra Caccoma (**ECF No. 8831**)

    F.    William Bradford Jones (Informal Response)

    G.    Timothy Roberts (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    H.    Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

30.     Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

   Responses Filed:

      A.      Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

      B.      David Scott (Informal)

      C.      Thomas L. & Donna L. Kracker (Informal)

   Replies Filed:           None to date.

   Additional Documents:

      D.      Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

   **Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

31.     Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

   Responses Filed:

      A.      Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

      B.      Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

      C.      Richard P. McManama (**Informal Response**)

   Replies Filed:           None to date.

   Additional Documents:

      D.      Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

32.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

A.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

B.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

C.    Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

D.    Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

E.    Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

F.    Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

G.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

H.    Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

I.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

J.    Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

Replies Filed:              None to date.

Additional Documents:

K.      Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

33.     Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

Responses Filed:

A.      Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus Objection to Claims (Claim Nos. 68626 & 66661) (**ECF No. 8800**)

B.      Response to Motion of Debtors' 120th Omnibus Objection to Claims by Sentry Insurance a Mutual Company and Sentry Select Insurance Company (**ECF No. 8838**)

Replies Filed:              None to date.

Additional Documents:

C.      Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 9166**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

34.     Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8272**)

Responses Filed:

A.      Response of James E. Lockhart to Notice of Debtors' 126th Omnibus Objection to Claims (**ECF No. 8818**)

Replies Filed:                    None to date.

Additional Documents:

    B.     Order Granting Debtors' 126th Omnibus Objection to Claims
(Duplicate Debt Claims) (**ECF No. 9172**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

35.    Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt
Claims) (**ECF No. 8302**)

Responses Filed:

    A.     D. Andreas Hesse (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    B.     Order Granting Debtors' 135th Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9181**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

36.    Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt
Claims) (**ECF No. 8304**)

Responses Filed:

    A.     Letter re: Claim No. 65396 by Gerhard Vogt (the "**Vogt
Response**") (**ECF Nos. 7096, 8939**)

Replies Filed:                    None to date.

Additional Documents:

    B.     Order Granting Debtors' 137th Omnibus Objection to Claims
(Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

37.      Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8307**)

      Responses Filed:

      A.      Objection to Debtors' Motion for Disallowing and Expunging Claim by Liborio Di Salvo (**ECF No. 9084**)

            1.      Response in form of letter by Liborio Di Salvo (**ECF No. 10087**)

            2.      Response in form of letter by Liborio Di Salvo (**ECF No. 10428**)

      Replies Filed:           None to date.

      Additional Documents:

      B.      Order Granting Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsch`e Debt Claims) (**ECF No. 9187**)

      **Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

38.      Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8310**)

      Responses Filed:

      A.      Response to Debtors' Motion, by Paul Schwake (the "**Schwake Response**") (**ECF No. 9083**)

      Replies Filed:           None to date.

      Additional Documents:

      B.      Order Granting Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

39.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.    Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

40.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.    Response of Modcomp, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9349**)

    B.    Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    C.    Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:        None to date.

Additional Documents:

    D.    Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter

goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

41.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by
General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.    Lapeer Metal Stamping Companies, Inc.'s Response in
Opposition to Debtors' 161st Omnibus Objection to Claims
(**ECF No. 9322**)

    B.    Exponent, Inc.'s Opposition to Debtors' 161st Omnibus
Objection to Claims (**ECF Nos. 9341, 9342**)

    C.    Response of GE Consumer & Industrial to Debtors' 161st
Omnibus Objection to Claims (**ECF No. 9345**)

    D.    Crown Equipment Corporation's Response to the Debtors' 161st
Omnibus Objection to Claims (**ECF No. 9351**)

    E.    Response of Sundram Fasteners Limited to Debtors 161st
Omnibus Objection to Claims (**ECF No. 9572**)

    F.    Johann Hay GmbH & Co KG (Informal Response)

    G.    Carrier Corp. (Informal Response)

    H.    Moody's Investors Service (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    I.    Order Granting Debtors' 161st Omnibus Objection to Claims
(Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:        This matter is adjourned to October 28, 2011, at 9:45 a.m.
and may be subject to further adjournments. If this matter
goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

42.    Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by
General Motors LLC) (**ECF No. 8844**)

Responses Filed:

      A.      John N. Graham, Trustee (Informal Response)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

      B.      Order Granting Debtors' 162nd Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9632**)

**<u>Status</u>:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

43.      Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

<u>Responses Filed</u>:

      A.      Jack Wendall and Freda Peterson (Informal Response)

      B.      Marian S. Morelli (Informal Response)

      C.      Marion and Della Goble (Informal Response)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

      D.      Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**<u>Status</u>:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

44.      Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

<u>Responses Filed</u>:

      A.      Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

<u>Replies Filed</u>:          None to date.

Additional Documents:

    B.    Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

45.    Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

Responses Filed:

    A.    Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

    B.    Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (**ECF No. 9344**)

    C.    Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

    D.    Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny (**ECF No. 9408**)

    E.    Brandon J. Davis (Informal Response)

    F.    Rachel L. Boodram (Informal Response)

    G.    Ronald L. Phillips (Informal Response)

    H.    Sudie M. Venable (Informal Response)

    I.    Deanna M. Lesser (Informal Response)

    J.    Wayne Hutchinson (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    K.    Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

L.       Supplemental Order signed on 8/17/2011 Regarding Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10711**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

46.    Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

A.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.      Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.      Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.      Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.      Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:           None to date.

Additional Documents:

F.      Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

47.    Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

    A.      Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

    B.      Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

    C.      Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

        1.    Letter to Judge Gerber (**ECF No. 9914**)

    D.      Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

Replies Filed:  None to date.

Additional Documents:

    E.      Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

    F.      Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

    **Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

48.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

    A.      Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:          None to date.

Additional Documents:

 B. Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

 **Status:** This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

49. Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

 Responses Filed:

 A. Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

 B. Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

 C. Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

 D. Richard Schell (Informal)

 E. Mohamed Fetouh (Informal)

 Replies Filed: None to date.

 Additional Documents:

 F. Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

 **Status:** This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

50. Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

51.    Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:           None to date.

Additional Documents:

    B.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter

goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

52.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

    A.    Objection to Debtors' 175th Omnibus Objection to Claims, by
Joseph C. Singer (**ECF No. 9273**)

    B.    Objection to Debtors' 175th Omnibus Objection to Claims, by
Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed:                    None to date.

Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims
(Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 9649**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m.
and may be subject to further adjournments. If this matter
goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

53.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of
Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

    A.    Alan C. Zak's Response to Omnibus Objections (the "**Zak
Response**") (**ECF Nos. 9396, 9397, 9412**)

    B.    Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

    C.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply to Alan C.
Zak's Responses to the 177th and 178th Omnibus Objections to
Claims (Welfare Benefits Claims of Retired and Former Salaried
and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    E.    Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

    **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

54.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

    Responses Filed:

    A.    The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

    Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

    Additional Documents:

    C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

    **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

55.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

    Responses Filed:

    A.    Stanley Jack (Informal)

    Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

    **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

56.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

    Responses Filed:

    A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

    B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

    C.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

    D.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    E.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

    F.    Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:    None to date.

Additional Documents:

    G.    Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

    **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter

goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

57.   Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims
      of Retired and Former Salaried and Executive Employees) (**ECF No.
      8865**)

      Responses Filed:

      A.   Objection to Debtors' 182nd Omnibus Objection to Claims by
           Joseph C. Singer (**ECF No. 9270**)

      B.   Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus
           Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

      C.   Claimant's Response and Objection to Debtors' 182nd Omnibus
           Objection to Claims by David W. Turner (**ECF No. 9393**)

      D.   Richard Zmierski's Response and Objections to Debtors' 182nd
           Omnibus Objection to Claims (**ECF No. 9491**)

      Replies Filed:              None to date.

      Additional Documents:

      E.   Order Granting Debtors' 182nd Omnibus Objection to Claims
           (Welfare Benefits Claims of Retired and Former Salaried and
           Executive Employees) (**ECF No. 9682**)

      **Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m.
                     and may be subject to further adjournments.  If this matter
                     goes forward on October 28, 2011, claimants will be
                     notified via letter sent by October 21, 2011.

58.   Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of
      Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

      Responses Filed:

      A.   Objection to Debtors' 183rd Omnibus Objection to Claims by
           Gordon Hall (**ECF No. 9230**)

      B.   Objection to Debtors' 183rd Omnibus Objection to Claims by
           David R. Volpe (**ECF No. 9290**)

      C.   Objection Re: 183 Omnibus Objection to Claims 36730 by
           Donald T. Lico (**ECF No. 9401**)

    D.       Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

Replies Filed:            None to date.

Additional Documents:

    E.       Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

**Status:**       This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

59.    Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

Responses Filed:

    A.       Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

    B.       Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

    C.       Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

    D.       Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

Replies Filed:            None to date.

Additional Documents:

    E.       Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**       This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

60.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

    <u>Responses Filed</u>:

        A.    Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

        B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

        C.    Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

    <u>Replies Filed</u>:        None to date.

    <u>Additional Documents</u>:

        D.    Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

    <u>**Status:**</u>    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

61.    Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

    <u>Responses Filed</u>:

        A.    Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

        B.    Carolyn Deruso (Informal)

    <u>Replies Filed</u>:        None to date.

    <u>Additional Documents</u>:

        C.    Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

62.     Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.     Jessica High (the "**High Response**") (Informal)

Replies Filed:

    B.     Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

    C.     Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

    D.     Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

63.     Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

    A.     Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:                    None to date.

Additional Documents:

    B.    Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

    C.    Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

64.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

Responses Filed:

    A.    Vincent Germano Jr. (Informal)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

65.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

    A.    ATEL Leasing Corporation (Informal Response)

    B.    Noreen Glaspie (Informal Response)

Replies Filed:

    C.    Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.    Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

66.    Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

    A.    Robert Nann (the "**Nann Response**") (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9702**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

67.    Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

Responses Filed:

    A.    Response to Objection Duplicate Debt Claims by Alma G. Haller (**ECF No. 9292**)

Replies Filed:    None to date.

Additional Documents:

B.    Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9706**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

68.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

A.    Frances L. Kelleher (**Informal Response**)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

69.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

A.    Response of Cargill, Incorporated to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9332**)

B.    Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

C.    Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

D.    Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

    E.      Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

    F.      The Williams Companies Inc. on Behalf of AGRICO Chemical (Informal)

    G.     North Shore Gas Company (Informal)

    H.     Holiday Remediation Task Force (Informal)

Replies Filed:             None to date.

Additional Documents:

    I.       Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

    J.      Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

70.     Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

Responses Filed:

    A.     Response of the Members of the Frontier Chemical Site PRP Group in Opposition to Debtors' 209th Omnibus Objection to Claims (the "**Frontier Chemical Response**") (**ECF No. 9382**)

    B.     Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

    C.     Response of the BKK Joint Defense Group to the Debtors' 209th Omnibus Objection to Claims Pursuant to Section 502(e)(1)(B) (Proof of Claim No. 36709) (**ECF No. 9873**)

    D.     General Electric Company (Informal)

    E.     Michelin NA Inc. (Informal)

    F.     Owens-Illinois Inc. (Informal)

G.      Jones Industrial Services (Informal)

Replies Filed:                    None to date.

Additional Documents:

H.      Order Granting Debtors' 209th Omnibus Objection to Claims
(Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

71.      Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims -
Wilmington Trust Bonds) (**ECF No. 9450**)

Responses Filed:

A.      Response in the form of a letter Cecil A. Benjamin (**ECF No.
9623**)

Replies Filed:                    None to date.

Additional Documents:

B.      Order Granting Debtors' 213th Omnibus Objection to Claims
(Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No.
9977**)

**Status:**      This matter is adjourned to October 28, 2011, at 9:45 a.m.
and may be subject to further adjournments.  If this matter
goes forward on October 28, 2011, claimants will be
notified via letter sent by October 21, 2011.

72.      Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of
Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

A.      Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

B.      Motors Liquidation Company GUC Trust's Omnibus Reply to
Responses to 147th, 148th, 151st through 156th, 210th

C.    and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

D.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

E.    Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

73.    Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for Prepetition Debt Claims) (**ECF No. 9456**)

Responses Filed:

A.    Response by Karl Philipp Muller (the "**Muller Response**") (**ECF No. 9798**)

Replies Filed:                    None to date.

Additional Documents:

B.    Order Granting Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for Prepetition Debt Claims) (**ECF No. 9980**)

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

74.    Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

    A.     Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

    B.     State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

    C.     Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

    D.     Travelers Insurance (Informal)

    E.     Country Mutual Insurance Company (Informal)

    F.     Country Preferred Insurance Company (Informal)

<u>Replies Filed</u>:     None to date.

<u>Additional Documents</u>:

    G.     Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**<u>Status</u>:**     This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

75.     Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

<u>Responses Filed</u>:

    A.     Foster Townsend Graham & Associates, LLP's Response to Objection to Claim (**ECF No. 10177**)

        1.     Foster Townsend Graham & Associates, LLP's Response to Objection to Claim (**ECF No. 10426**)

    B.     Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

    C.     Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

    D.       Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

    E.       Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:          None to date.

Additional Documents:

    F.       Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**         This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

76.     221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

    Responses Filed:

    A.       Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

Replies Filed:          None to date.

Additional Documents:      None to date.

**Status:**         This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

77.     225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

    Responses Filed:

    A.       Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

B.      Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

C.      Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

Replies Filed:                    None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

78.     226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

A.      Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

1.      Letter to the Honorable Judge Gerber, dated September 13, 2011, filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

B.      Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:                    None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

79.     227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

    A.    Response to Retiree Benefits filed by Francis T. Brennan (the "**Brennan Response**") (**ECF No. 10421**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

80.    229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10304**)

Responses Filed:

    A.    Response of J. Michael Losh to 229th Omnibus Objection to Claims (the "**Losh Response**") (**ECF No. 10409**)

    B.    Response to Debtors' 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Eugene L. Abbott and Bernadine M. Abbott (the "**Abbott Response**") (**ECF No. 10437**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

81.    232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10308**)

Responses Filed:

    A.    UAW Local 259 Pension Fund (the "**UAW Response**") (Informal Response)

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:

    B.      Order Granting 232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10507**)

<u>**Status:**</u>         This matter is adjourned to October 28, 2011, at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on October 28, 2011, claimants will be notified via letter sent by October 21, 2011.

Dated: New York, New York
       September 23, 2011

                              /s/ Joseph H. Smolinsky
                              Harvey R. Miller
                              Stephen Karotkin
                              Joseph H. Smolinsky

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Post-Effective Date Debtors