Abigail M. Stempson
Office of the Attorney General-State of Nebraska
2115 State Capitol Building
Lincoln, Nebraska 68509-8920
Telephone: (402)471-2811
abigail.stempson@nebraska.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| **GENERAL MOTORS CORP.,** *et al.*, | : | Case No. 09-50026 (REG) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Abigail M. Stempson, a member in good standing of the bar of the Sate of Nebraska, and the bar of the U.S. District Court for the District of Nebraska, request admission, *pro hac vice*, pursuant to the Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York to represent the State of Nebraska before the Honorable Robert E. Gerber in the above referenced cases. My address is Attorney General's Office, 2115 State Capitol, Lincoln, NE 68509; my e-mail abigail.stempson@nebraska.gov; my telephone number is (402) 471-2811.

      The filing fee of $200.00 will be submitted with the proof of filing of this motion for *pro hac vice* admission.

Dated: September 23, 2011                Respectfully submitted,

                                            STATE OF NEBRASKA

                                            JON BRUNING,
                                            ATTORNEY GENERAL

                                            */s/Abigail M. Stempson*
                                            Abigail M. Stempson, # 23329
                                            Assistant Attorney General
                                            2115 State Capitol Building
                                            Lincoln, NE 68509-8920
                                            Tel.: (402) 471-2811
                                            Fax: (402) 471-4725
                                            abigail.stempson@nebraska.gov