**HEARING DATE AND TIME: To Be Determined**

Billy Ray Kidwell, *Pro Se*
5064 Silver Bell Drive
Port Charlotte, Florida 33948
Telephone (941) 627-0433

*On Behalf of himself Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    **Chapter 11**
                                                           :
MOTORS LIQUIDATION COMPANY, *et al*,   :    **Case No. 09-50026 (REG)**
     f/k/a General Motors Corp., *et al*,       :
                                                           :
     Debtors                                           :
                                                           :
                                                           :
-----------------------------------------------------------x

## NOTICE THAT THE PRO SE PLAINTIFF IS SEVERELY DISABLED, HAD HEART ATTACK ON SEPTEMBER 4, 2011, AND REQUESTS REASONABLE ACCOMMODATIONS FOR HIS DISABILITIES

   Pro Se Plaintiff, Billy Ray Kidwell, is severely disabled, bed-bound most of the time, has severe P.T.S.D., a Life-Threatening Stress Disorder that has caused two (2) Life-Threatening Stress-Caused Heart Attacks, so far, and Plaintiff is on many, extremely strong medications.

   Plaintiff is hindered in his daily activities, due to his many disabilities, and exceeds the requirements for the protections of the Americans with Disabilities Act[1].

   Although Federal Courts were not required by Congress to abide by the ADA the Administrator of the Federal Courts, and the Judicial Conference, has required that all federal Courts *voluntarily* comply with the ADA.

---

[1] The Americans with Disabilities Act is hereinafter referred to as simply the "ADA".

1

In addition, the United States Supreme Court in Tennessee v. Lane, 541 U.S. 509 (2004) has made it clear that violating the ADA and not providing "*Reasonable Accommodations*" to the Courts denied the victim Due Process of Law.

Therefore, Plaintiff, who can stand no stress requests that the hearing set for September 26, 2011 have as low of stress, as possible, by the Court granting the following;

1. That the Court specifically ORDER all parties, to be completely honest, and specifically require all Attorneys fully comply with the **American Bar Association Model Rules of Professional Conduct for Attorneys**, which requires each Attorney to be completely honest about the facts.

2. That this Court systematically address each issue, to keep the matter as simple as possible.

3. That this Court waive formal Rules and abide by the doctrine of Foman v. Davis, 371 U.S. 178 (1962) and not allow the hearing to be a legal contest between a Pro Se Litigant, but instead accept the view that the purpose of rules is to arrive at a fair decision, and NOT TO AVOID A FAIR DECISION WITH LEGAL TRICKERY, OR TECHINICALITIES.

It is for this the *Pro Se Movant* prays.

Respectfully Submitted,

*[signature]*                                                                                      September 22, 2011

Billy Ray Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948

941 627-0433

## CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was served on All Parties on this the 22nd day of September 2011 by mailing a true and correct copy of same in the U.S. Mail addressed to them.

*[signature]*

Billy Ray Kidwell