Billy Ray Kidwell, *Pro Se*
5064 Silver Bell Drive
Port Charlotte, Florida 33948
Telephone (941) 627-0433

**HEARING DATE AND TIME: To Be Determined**

*On Behalf of himself Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                                                  :    **Chapter 11**
                                                                             :
MOTORS LIQUIDATION COMPANY, *et al*, :    **Case No. 09-50026 (REG)**
              f/k/a General Motors Corp., *et al*, :
                                                                             :
              Debtors                                                 :
                                                                             :
                                                                             :

## DECLARATION OF TANA

Pursuant to 28 U.S.C. § 1746 I Tana Kidwell declare as follows;

1. My name is Tana Kidwell and I am the wife of the Plaintiff/Petitioner in Case No. 09-50026 (REG) that is before this Court.

2. I state, *under oath*, that I have personal knowledge of the facts contained herein and am competent to testify about them.

3. I state, *under oath*, that nearly every Motion, and Response, filed by the New General Motors in this case were filed for the improper purpose of harassing my husband, causing unnecessary delay, increasing litigation, and the costs of this action, causing my husband undue stress to intentionally aggravate his Severe Life-Threatening Disabilities, and to deceive this Court, and commit a Fraud on this Court.

1

4. I state, *under oath*, that nearly every Motion, and Response, filed by the New General Motors in this case are riddled with intentional lies, and are so filled with intentional lies that no Court can make an honest, or just, decision relying on the New General Motors Motions, or Responses.

5. I state, *under oath*, that the New General Motors intentionally lied to this Court about the Quasi-Judicial Lemon Law Hearing in Florida in this case.

6. I state, *under oath*, that I am an eye witness to that hearing.

7. I state, *under oath*, that Attorneys for the New General Motors have intentionally violated the American Bar Association Model Rules of Professional Conduct for Attorneys with their intentional dishonesty, and Rule 11 violations, in this case.

8. I state, *under oath*, that the New General Motors is fully aware that the Florida Lemon Law Process found that my husband's GM Truck had a manufacturing defect in the motor that substantially impaired its intended use as transportation for our family, and that we are entitled to relief.

9. I state, *under oath*, that the New General Motors is fully aware that the Florida Lemon Law Process found that my husband's GM Truck had a manufacturing defect in the transmission that substantially impaired its intended use as transportation for our family, and that we are entitled to relief.

10. I state, *under oath*, that the New General Motors is fully aware that the Florida Lemon Law Process found that my husband's GM Truck had a manufacturing defect in the electrical that substantially impaired its intended use as transportation for our family, and that we are entitled to relief.

11. I state, *under oath*, that the New General Motors is fully aware that the Florida Lemon Law Process found that my husband's GM Truck is not safe, or fit to drive.

12. I state, *under oath*, that the New General Motors is fully aware that the Florida Lemon Law Process delayed relief solely due to General Motors paying a Sitel Corporation Employee to create a fraudulent letter falsely claiming that she was a General Motors Manager in Detroit, and to fraudulently claim that my husband served General Motors by regular mail instead of certified mail, a technical issue.

13. I state, *under oath*, that the New General Motors is fully aware that the Florida Lemon Law Process, because of the intentional perjury, and fraudulent letter by the Sitel Corporation Employee, gave General Motors a **LAST CHANCE** to repair the Defective Truck.

14. I state, *under oath*, that the New General Motors is fully aware that General Motors refused to abide by the last chance given to them and after nearly two years of waiting, while the non-running, defective, unsafe truck sat blocking his driveway my husband filed a Lemon Law Lawsuit, as authorized by Florida's Lemon Law Process, in Florida's State Court.

15. I state, *under oath*, that seeking review in Court is part of Florida's Lemon Law Process.

16. I state, *under oath*, that despite massive *ongoing* dishonesty, and **OBSTRUCTION** by General Motors, my husband obtained evidence that his NOTICE on General Motors was served by Certified mail and that General Motors had intentionally lied in the Lemon Law Process, with their paid FAKE manager, who was really a Sitel Corporation

3

I declare under penalty of perjury that the foregoing is true and correct.

*Tana Kidwell*

Tana Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948

941 627-0433

**Executed on September 22, 2011 at Port Charlotte, Florida**