HEARING DATE AND TIME: To Be Determined

Billy Ray Kidwell, *Pro Se*
5064 Silver Bell Drive
Port Charlotte, Florida 33948
Telephone (941) 627-0433

*On Behalf of himself Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                          :    **Chapter 11**
                                               :
MOTORS LIQUIDATION COMPANY, *et al,*  :    **Case No. 09-50026 (REG)**
       f/k/a General Motors Corp., *et al,*   :
                                               :
       Debtors                                 :
                                               :
_____           :

## NOTICE OF FILING DECLARATION OF TANA KIDWELL

Comes the *Pro Se Plaintiff*, Billy Ray Kidwell, and he hereby gives NOTICE of filing the attached 28 U.S.C. § 1746 Declaration of Tana Kidwell.

Respectfully Submitted,

*/s/ Billy R. Kidwell*                                      September 22, 2011

Billy Ray Kidwell

5064 Silver Bell Drive

Port Charlotte, FL. 33948

941 627-0433

1

## CERTIFICATE OF SERVICE

I, Billy Ray Kidwell, hereby certify that a true and correct copy of the attached was served on All Parties on this the 22nd day of September 2011 by mailing a true and correct copy of same in the U.S. Mail addressed to them.

*[signature]*
Billy Ray Kidwell