**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Motors Liquidation Company. | : | **09-50026 (REG**) |
| | : | |
| | : | |
| Debtors. | : | |
| _____x | | |

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Abigail Stempson, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: *September 26, 2011*

   *S/ Robert E. Gerber*
   UNITED STATES BANKRUPTCY JUDGE