# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Motors Liquidation Company (f/k/a General Motors Corporation) | Case No. 09-50026 |
| Debtor | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that **Edscha Roof Systems Mexico, S.A. de C.V.**, a creditor in the cases of the above-captioned debtor ("Debtor"), directs the Debtor and counsel for the Debtor (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Webasto-Edscha Cabrio USA Inc.
14967 Pilot Drive
Plymouth, MI 48170

New Address
Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

**Edscha Roof Systems Mexico, S.A. de C.V.**
By: Carlos A. Gonzalez
Title: Plant Manager
Date: 09 Sep 11