**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.**, *et al.*, | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On September 20, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by e-mail, facsimile, and overnight delivery on: The Estate of Michael Green, by his Executor Steven Newman, c/o Law Office of Benjamin M. Delvento P.C., at the e-mail address: mdonovan@delventolaw.com, facsimile number: (973) 758-1802, and mailing address: Attn: Maurice J. Donovan Esq., 70 South Orange Avenue, Suite 150, Livingston, New Jersey 07039 (affected party):

- Order Adjourning Debtors' Objection to Proof of Claim No. 45631 Filed by Steven Newman c/o Michael Green, Deceased [Docket No. 10910].

Dated:  September 26, 2011                           /s/ Barbara Kelley Keane
              Lake Success, New York                 Barbara Kelley Keane

Sworn to before me this 26th day of September, 2011

/s/Susan P. Goddard_____
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2013