| 243rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELINA G CRUZ<br>13326 HAYDEN AVE<br>NORWALK, CA 90650-3340 | 70467 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$147,567.50 (U)<br>$147,567.50 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/15/2010 |
| Official Claim Date: | 10/15/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/ POC on 9/25/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| B & B AIR INC<br>7311 E 43RD ST<br>INDIANAPOLIS, IN 46226 | 70585 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,661.95 (U)<br>$4,661.95 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/14/2011 |
| Official Claim Date: | 1/14/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | | **Exhibit A** | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BAGDASSARIAN, RICHARD G<br>125 LINCOLN AVE<br>NILES, OH 44446-3122 | 70670 | Motors Liquidation Company | $30,000.00  (S)<br>$0.00  (A)<br>$120,000.00  (P)<br>$0.00  (U)<br>$150,000.00  (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/26/2011 |
| Official Claim Date: | 1/26/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARKER, ASONNA<br>2310 EAST 71ST STREET<br>CHICAGO, IL 60649-2506 | 70639 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$11,337.15  (U)<br>$11,337.15  (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/22/2011 |
| Official Claim Date: | 1/22/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES BALSAMICO<br>213 WICKER HILL RD<br>BURLESON, TX 76028 | 70754 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$8,500.00 (P)<br>$0.00 (U)<br>$8,500.00 (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/31/2011 |
| Official Claim Date: | 1/31/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARA COUEY<br>1105 SHADY GROVE ROAD<br>BOAZ, AL 35956 | 70675 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/27/2011 |
| Official Claim Date: | 1/27/2011 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARK, DAVID I<br>PO BOX 628<br><br>TONTO BASIN, AZ 85553-0128 | 70595 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

- Applicable Bar Date: 11/30/2009
- Postmark Date: 1/18/2011
- Official Claim Date: 1/18/2011
- Docket Number of Affidavit of Service: 2852, 4238
- Notice Provided and Date of Service: Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLEMENTINE TATE<br>331 W WINDSOR DRIVE<br><br>GILBERT, AZ 85233 | 70635 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$57,721.27 (P)<br>$57,721.27 (U)<br>$115,442.54 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

- Applicable Bar Date: 11/30/2009
- Postmark Date: 1/21/2011
- Official Claim Date: 1/21/2011
- Docket Number of Affidavit of Service: 2852, 4238
- Notice Provided and Date of Service: Bar Date Notice/POC - 9/25/09

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | Exhibit A | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DIANA DIRIENZO<br>P. O. BOX 1229<br>NAPAVINE, WA 98565 | 70863 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-8 |
| | | | $0.00 | (A) | | |
| | | | $200,000.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $200,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    2/10/2011

Official Claim Date:    2/10/2011

Docket Number of Affidavit of Service:    2852, 4238

Notice Provided and Date of Service:    Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DIMERCURIO DOMINICK 5020 4023<br>LIBERTY MUTUAL INSURANCE COMPANY<br>1500 MEETING HOUSE ROAD<br>SEA GIRT, NJ 08750-2220 | 70403 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-8 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $278,944.67 | (U) | | |
| | | | $278,944.67 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    9/13/2010

Official Claim Date:    9/13/2010

Notice Provided and Date of Service:    Bar Date Notice on 9/25/2009

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GONZALES, ANNETTE<br>250 WALL ST<br><br>WATERBURY, CT 06704-4119 | 70392 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 8/30/2010 |
| Official Claim Date: | 8/30/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KATHRYN CARR<br>147 MURPHY AVE.<br><br>PONTIAC, MI 48341<br>UNITED STATES OF AMERICA | 71055 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/10/2011 |
| Official Claim Date: | 3/10/2011 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET SLADICS<br>4 BINEFAR TRACE<br><br>HOT SPRINGS VILLAGE, AR 71909<br>UNITED STATES OF AMERICA | 70394 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 9/3/2010 |
| Official Claim Date: | 9/3/2010 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RAEBURN, MARY G<br>7842 CASTLE ROCK DR NE<br><br>WARREN, OH 44484-1409 | 70475 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/20/2010 |
| Official Claim Date: | 10/20/2010 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**243rd Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUSAN YENGLIN<br>175 ASCOT<br><br>WATERFORD, MI 48328 | 70480 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,495.33 (U)<br>$45,495.33 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/25/2010 |
| Official Claim Date: | 10/25/2010 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09    Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TALPOS ANN<br>UNIVERSAL WARRANTY CORPORATION<br>300 GALLERIA OFFICENTRE<br>SUITE 300<br>SOUTHFIELD, MI 48034<br>UNITED STATES OF AMERICA | 70482 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,758.00 (U)<br>$4,758.00 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/26/2010 |
| Official Claim Date: | 10/26/2010 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09    Bar Date Notice/POC - 9/25/09 |

| | | | |
|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 16 | $30,000.00 (S) | |
| | | $0.00 (A) | |
| | | $386,221.27 (P) | |
| | | $651,985.87 (U) | |
| | | $1,068,207.14 (T) | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LYNDIA BREWER ON BEHALF OF<br>THE ESTATE OF MARCUS WIRT<br>C/O SANDERS LAW FIRM<br>ATTN ARCHIE SANDERS<br>119 SOUTH MAIN ST<br>MEMPHIS, TN 38103 | 70493 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   11/8/2010

Official Claim Date:   11/8/2010

Docket Number of Affidavit of Service:   2852, 4238

Notice Provided and Date of Service:   Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OVERSTREET CATHY SUE<br>OVERSTREET, CATHY SUE<br>PO BOX 603<br>NATCHITOCHES, LA 71458-0603 | 70471 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   10/15/2010

Official Claim Date:   10/15/2010

Docket Number of Affidavit of Service:   2852, 4238

Notice Provided and Date of Service:   Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OVERSTREET, KATLYN<br>HARRINGTON BILLY JOE LAW OFFICES OF<br>PO BOX 603<br>NATCHITOCHES, LA 71458-0603 | 70469 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/15/2010 |
| Official Claim Date: | 10/15/2010 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09    Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| OVERSTREET, MEGAN<br>HARRINGTON BILLY JOE LAW OFFICES OF<br>PO BOX 603<br>NATCHITOCHES, LA 71458-0603 | 70470 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/15/2010 |
| Official Claim Date: | 10/15/2010 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09    Bar Date Notice/POC - 9/25/09 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PEGGY L JERNIGAN<br>9738 STATE HWY 104<br>FAIRHOPE, AL 36532 | 70390 | Motors Liquidation Company | $11,228.62 (S)<br>$0.00 (A)<br>$11,228.62 (P)<br>$11,228.62 (U)<br>$33,685.86 (T) | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: 8/26/2010

Official Claim Date: 8/26/2010

Docket Number of Affidavit of Service: 4238

Notice Provided and Date of Service: Bar Date Notice/POC - 9/25/09

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 243rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| TRACY WOODY<br>4908 VALLERY PLACE<br>RALEIGH, NC 27604<br>UNITED STATES OF AMERICA | 70481 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
| --- | --- |
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/25/2010 |
| Official Claim Date: | 10/25/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| TRACY WOODY<br>4908 VALLERY PLACE<br>RALEIGH, NC 27604 | 70490 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-8 |

**Additional Claim Information**

| | |
| --- | --- |
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 10/21/2010 |
| Official Claim Date: | 10/21/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC on 9/25/09 |

| **OBJECTION ADJOURNED** | 7 | $11,228.62 (S) |
| --- | --- | --- |
| | | $0.00 (A) |
| | | $11,228.62 (P) |
| | | $1,011,228.62 (U) |
| | | $1,033,685.86 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.