**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| APRIL SHORTER<br>2877 N 44TH ST<br><br>MILWAUKEE, WI 53210 | 70519 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/24/2010 |
| Official Claim Date: | 12/24/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARNO BUTZ<br>ADOLFSTR 9<br>42655 SOLINGEN GERMANY | 69704 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$83,128.30  (U)<br>$83,128.30  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/4/2010 |
| Official Claim Date: | 1/4/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BSH PRAZISIONS-STAHLROHRHANDEL GMBH POSTFACH 17 02 26 42621 SOLINGEN GERMANY | 69705 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $42,462.00  (U) $42,462.00  (T) Unliquidated | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/4/2010 |
| Official Claim Date: | 1/4/2010 |

| CHERYL JAMES 813 HIDDEN TRAIL RD PORT TOWNSEND, WA 98368-9002 UNITED STATES OF AMERICA | 70952 | Motors Liquidation Company | $4,000.00  (S) $0.00  (A) $0.00  (P) $500.00  (U) $4,500.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/15/2011 |
| Official Claim Date: | 2/15/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| Christy Gresens<br>3161 Primrose Lane<br><br>Green Bay, WI 54313<br>UNITED STATES OF AMERICA | 69483 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$500.00  (U)<br>$500.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/16/2009 |
| Official Claim Date: | 12/16/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLARA M KRAFT<br>C/O RUTH R DALTON<br>1049 GEORGE RD<br>MEADOWBROOK, PA 19046-1107 | 71035 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,115.00  (U)<br>$5,115.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/2/2011 |
| Official Claim Date: | 3/2/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ERIE INSURANCE<br>PO BOX 605<br><br>MURRYSVILLE, PA 15668 | 70051 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $7,535.82 | (U) | | |
| | | | $7,535.82 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/22/2010 |
| Official Claim Date: | 2/22/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| FLORENCE CONIGLIO<br>PO BOX 737<br><br>FT WHITE, FL 32038 | 70168 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $6,000.00 | (U) | | |
| | | | $6,000.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/26/2010 |
| Official Claim Date: | 3/26/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

244th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP ATTN: ASSISTANT GENERAL COUNSEL 7 HANOVER SQ NEW YORK, NY 10004 | 68864 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $3,027.00  (U) $3,027.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/20/2009 |
| Official Claim Date: | 12/4/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEARY/GERALD GARTON 168 K C DRIVE BASTROP, TX 78602 UNITED STATES OF AMERICA | 70336 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $17,770.04  (U) $17,770.04  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/26/2010 |
| Official Claim Date: | 6/26/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| IRENE ROSE<br>982 WYNDSOR DR<br><br>HIXSON, TN 37343 | 70402 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$125,000.00  (U)<br><br>$125,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 9/20/2010 |
| Official Claim Date: | 9/20/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES J ROBINSON<br>2932 BREEZY RD<br><br>VIRGINIA BEACH, VA 23451 | 70771 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/3/2011 |
| Official Claim Date: | 2/3/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES WILLIAMS SR<br>PO BOX 335<br><br>FAIRFIELD, CA 94533 | 70046 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00   (U)<br>$10,000.00   (T)<br><br>Unliquidated | Late-Filed Claim | Pgs. 1-7 |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/19/2010 |
| Official Claim Date: | 2/19/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOYCE DECKER<br>800 E KAHLER RD<br><br>WILMINGTON, IL 60481-1570 | 69700 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$6,000.00   (U)<br>$6,000.00   (T) | Late-Filed Claim | Pgs. 1-7 |

#### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/4/2010 |
| Official Claim Date: | 1/4/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JUNE A CAMERON<br>942 SYCAMORE AVE<br><br>HASTINGS, NE 68901 | 68971 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,575.00 | (U) | | |
| | | | $1,575.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/30/2009 |
| Official Claim Date: | 12/7/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| KAREN A WILLING<br>1508 EVERGREEN DR<br><br>JANESVILLE, WI 53546 | 70637 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $61,252.50 | (U) | | |
| | | | $61,252.50 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/22/2011 |
| Official Claim Date: | 1/22/2011 |
| Docket Number of Affidavit of Service: | 4706 |
| Notice Provided and Date of Service: | 3rd Supplemental POC on 12/21/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KREMSER BANK<br>PINTSCH RUDOLF<br>RINGSTRASSE 5-7<br>A-3500 KREMS AUSTRIA | 68986 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$4,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 11/27/2009 |
| Official Claim Date: | 12/7/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LEONARD C PETROSKI<br>2910 STATE HILL RD A-11<br>WYOMISSING, PA 19610 | 71057 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$8,000.00  (U)<br>$8,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/11/2011 |
| Official Claim Date: | 3/11/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MARGIE BENNETT<br>4911 PELHAM DR.<br><br>AUSTIN, TX 78727<br>UNITED STATES OF AMERICA | 70581 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$10,000.00  (U)<br>$10,000.00  (T) | | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:  11/30/2009

Postmark Date:  1/14/2011

Official Claim Date:  1/14/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MARINA BURGOIN<br>1427 1/2 W 18TH ST<br><br>LOS ANGELES, CA 90006-4856 | 70808 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$300,000.00  (U)<br>$300,000.00  (T) | | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:  11/30/2009

Postmark Date:  2/1/2011

Official Claim Date:  2/1/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR DANNY C SIMMONS<br>79 MARY DAY AVE<br><br>PONTIAC, MI 48341-1732 | 69779 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$37,989.00  (U)<br>$37,989.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/12/2010 |
| Official Claim Date: | 1/14/2010 |
| Docket Number of Affidavit of Service: | 4706 |
| Notice Provided and Date of Service: | 3rd Supplemental POC on 12/21/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR DONALD B HOLLAND<br>2144 WEBBER AVE<br><br>BURTON, MI 48529-2414 | 69713 | Motors Liquidation Company | $44,000.00  (S)<br>$0.00  (A)<br>$2,425.00  (P)<br>$0.00  (U)<br>$46,425.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/4/2010 |
| Official Claim Date: | 1/6/2010 |
| Docket Number of Affidavit of Service: | 4706 |
| Notice Provided and Date of Service: | 3rd Supplemental POC on 12/21/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

244th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS ANN E ASH<br>61 PARKER AVE<br><br>MASSENA, NY 13662-2212 | 69768 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T)<br>Unliquidated | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/9/2010 |
| Official Claim Date: | 1/12/2010 |
| Docket Number of Affidavit of Service: | 4706 |
| Notice Provided and Date of Service: | 3rd Supplemental POC on 12/21/2009 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD ROSS<br>3919 ENGLEWOOD<br><br>HOUSTON, TX 77026<br>UNITED STATES OF AMERICA | 70396 | Motors Liquidation Company | $2,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$400.00  (U)<br>$2,900.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 9/7/2010 |
| Official Claim Date: | 9/7/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT RAYPOLE<br>4190 ARIZONA BLVD<br><br>LK HAVASU CTY, AZ 86406<br>UNITED STATES OF AMERICA | 70510 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,539.00  (U)<br><br>$1,539.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    12/7/2010

Official Claim Date:    12/7/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUBY HILL LLC<br>ATTN  WENDY W SMITH ESQ<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 70189 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$795,482.00  (U)<br><br>$795,482.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/31/2010 |
| Official Claim Date: | 3/31/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RUBY HILL LLC<br>ATTN  WENDY W SMITH ESQ<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 70190 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/31/2010 |
| Official Claim Date: | 3/31/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SAEED SHAFA<br>27 PORTSMOUTH DR.<br><br>NOVATO, CA 94949<br>UNITED STATES OF AMERICA | 70976 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/18/2011 |
| Official Claim Date: | 2/18/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SHANNA ANDERSON<br>5937 HILLCREST<br><br>DETROIT, MI 48236 | 70334 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/24/2010 |
| Official Claim Date: | 6/24/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

244th Omnibus Objection

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WILLIAM L & ELLEN J PLACE<br>PO BOX 126<br><br>LOS LUNAS, NM 87031<br>UNITED STATES OF AMERICA | 70864 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$150.00<br>$150.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/10/2011 |
| Official Claim Date: | 2/10/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WYATT COBB<br>4592 PENNSYLVANIA ST<br><br>GARY, IN 46409 | 70111 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$2,900.00<br>$2,900.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/10/2010 |
| Official Claim Date: | 3/10/2010 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 31 | $50,500.00 | (S) |
|---|---|---|---|
| | | $0.00 | (A) |
| | | $2,425.00 | (P) |
| | | $1,536,325.66 | (U) |
| | | $1,589,250.66 | (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AUSTIN AND REBECCA VIALL<br>710 KELLER LANE<br><br>TUSCUMBIA, AL 35674 | 70910 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/14/2011 |
| Official Claim Date: | 2/14/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| C R RONDINIELLI INC<br>220 AVE LOS ATLETICOS<br><br>SAN GERMAN, PR 00683-4527 | 69133 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$456,037.91 (U)<br>$456,037.91 (T) | Late-Filed Claim | Pgs. 1-7 |

| **Additional Claim Information** | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 12/7/2009 |
| Official Claim Date: | 12/7/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CHRISTEEN SAULTERS/HINTON | 70245 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| 254 ROSS MCPHAIL RD | | | $0.00 | (A) | | |
| CARSON, MS 39427 | | | $0.00 | (P) | | |
| UNITED STATES OF AMERICA | | | $10,000.00 | (U) | | |
| | | | $10,000.00 | (T) | | |
| | | | Unliquidated | | | |

| Additional Claim Information | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 4/22/2010 |
| Official Claim Date: | 4/22/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ERICA L DAVIS | 71085 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| C/O LAW OFFICES OF ROGER A GEDDES | | | $0.00 | (A) | | |
| ATTN: ROGER A GEDDES, ESQ | | | $0.00 | (P) | | |
| 16211 N SCOTTSDALE RD, SUITE 470 | | | $2,000,000.00 | (U) | | |
| SCOTTSDALE, AZ 85254 | | | $2,000,000.00 | (T) | | |

| Additional Claim Information | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 3/24/2011 |
| Official Claim Date: | 3/24/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JACOB HALL<br>417 S. 1ST STREET<br><br>BELLEVILLE, IL 62220<br>UNITED STATES OF AMERICA | 70683 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/27/2011 |
| Official Claim Date: | 1/27/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA FISHER<br>PO BOX 1143<br><br>CANYON COUNTRY, CA 91386 | 69960 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$7,500.00  (U)<br>$7,500.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 2/1/2010 |
| Official Claim Date: | 2/1/2010 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

***OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.***

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MRS TERRY L LOVE<br>PO BOX 585<br><br>FLINT, MI 48501-0585 | 69755 | Motors Liquidation Company | $0.00   (S)<br><br>$0.00   (A)<br><br>$0.00   (P)<br><br>$18,000.00   (U)<br><br>$18,000.00   (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 1/11/2010 |
| Official Claim Date: | 1/11/2010 |
| Docket Number of Affidavit of Service: | 4706 |
| Notice Provided and Date of Service: | 3rd Supplemental on 12/21/2009 |

| | | |
|---|---|---|
| ***OBJECTION ADJOURNED*** | **7** | **$0.00**  (S) |
| | | **$0.00**  (A) |
| | | **$0.00**  (P) |
| | | **$2,491,537.91**  (U) |
| | | **$2,491,537.91**  (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| RELCO SYSTEMS INC<br>C/O DAMON MOREY LLP<br>ATTN WILLIAM P SAVINO ESQ<br>200 DELAWARE AVENUE<br>BUFFALO, NY 14202 | 70019 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $297,200.00 | (U) | | |
| | | | $297,200.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:        11/30/2009

Postmark Date:        2/9/2010

Official Claim Date:        2/10/2010

Docket Number of Affidavit of Service:        4706

Notice Provided and Date of Service:        3rd Supplemental POC on 12/21/2009

| *OBJECTION WITHDRAWN* | 1 | | | |
|---|---|---|---|---|
| | | $0.00 | (S) | |
| | | $0.00 | (A) | |
| | | $0.00 | (P) | |
| | | $297,200.00 | (U) | |
| | | $297,200.00 | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.