245th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRENNAN SMITH<br>C/O BURKE WULFF & BRISCOE<br>501 FIRST CAPITOL DRIVE<br>SUITE 2<br>SAINT CHARLES, MO 63301 | 71175 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$8,610.00  (U)<br><br>$8,610.00  (T) | Late-Filed Claim | Pgs. 1-7 |

### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/31/2011 |
| Official Claim Date: | 5/31/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CAROLYN L DUFRENE<br>106 TUDOR ST<br>PINEVILLE, LA 71360-5118 | 71141 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

### Additional Claim Information

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/23/2011 |
| Official Claim Date: | 5/23/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES E & SANDRA K BURST<br>6700 SILVERPOINT RD<br><br>CANNELTON, IN 47520 | 71130 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$4,000.00  (U)<br>$4,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    5/20/2011

Official Claim Date:    5/20/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**245th Omnibus Objection**

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHASE B BLISSETT<br>C/O MCWARD LAW OFFICE<br>107 S WASHINGTON ST<br>TAYLORVILLE, IL 62569 | 71194 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/20/2011

Official Claim Date:    6/20/2011

Docket Number of Affidavit of Service:    4238

Notice Provided and Date of Service:    Bar Date Notice/POC - 9/25/09

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHASE B BLISSETT<br>C/O MCWARD LAW OFFICE<br>107 S WASHINGTON ST<br>TAYLORVILLE, IL 62569 | 71195 | MLC of Harlem, Inc. | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/20/2011

Official Claim Date:    6/20/2011

Docket Number of Affidavit of Service:    4238

Notice Provided and Date of Service:    Bar Date Notice/POC - 9/25/09

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

245th Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHASE B BLISSETT<br>C/O MCWARD LAW OFFICE<br>107 S WASHINGTON ST<br>TAYLORVILLE, IL 62569 | 71196 | MLCS Distribution Corporation | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/20/2011 |
| Official Claim Date: | 6/20/2011 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHASE B BLISSETT<br>C/O MCWARD LAW OFFICE<br>107 S WASHINGTON ST<br>TAYLORVILLE, IL 62569 | 71197 | MLCS, LLC | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$150,000.00  (U)<br>$150,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/20/2011 |
| Official Claim Date: | 6/20/2011 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HDR ENGINEERING INC<br>ATTN BRUCE R GERHARDT ESQ<br>8404 INDIAN HILLS DR<br><br>OMAHA, NE 68114 | 71171 | Environmental Corporate Remediation Company, Inc. | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$89,654.06  (U)<br><br>$89,654.06  (T) | Late-Filed Claim | Pgs. 1-7 |

|  **Additional Claim Information** |  |
|---|---|
| Applicable Bar Date: | 2/1/2010 |
| Postmark Date: | 5/27/2011 |
| Official Claim Date: | 5/27/2011 |
| Docket Number of Affidavit of Service: | 4675 |
| Notice Provided and Date of Service: | Realm/Encore POC on 12/08/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES LESLIE MCKEE<br>1666 JOHN SHARP RD<br><br>SPRING HILL, TN 37174 | 71128 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

|  **Additional Claim Information** |  |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/12/2011 |
| Official Claim Date: | 5/12/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JEFFREY PEREZ<br>75 THE HIDEOUT<br><br>LAKE ARIEL, PA 18436 | 71182 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$19,740.00  (U)<br>$19,740.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/2/2011 |
| Official Claim Date: | 6/2/2011 |

| JOHN Y C WANG & WAN-SHI WANG<br>6107 N KINGS HWY<br><br>ALEXANDRIA, VA 22303 | 71132 | Motors Liquidation Company | $2,970.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$2,970.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/24/2011 |
| Official Claim Date: | 5/24/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOSEPH SALEM<br>24483 WILDWOOD DR<br><br>WESTLAKE, OH 44145 | 71108 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 4/20/2011 |
| Official Claim Date: | 4/20/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| K SCOTT BERG<br>226 W SOUTH ST #1<br><br>DRESSER, WI 54009 | 71166 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,229.70 (U)<br>$2,229.70 (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/28/2011 |
| Official Claim Date: | 5/28/2011 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KENNETH KEE<br>C/O JAMSYHD (JIM) M. ZADEH<br>LAW OFFICE OF JIM ZADEH, P.C.<br>115 W. 2ND STREET, SUITE 201<br>FORT WORTH, TX 76102 | 71103 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 4/11/2011 |
| Official Claim Date: | 4/11/2011 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 - Mailed to Baron and Budd Law Firm |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LISA JAMES<br>917 HOLGATE DRIVE APT E<br>ESSEX, MD 21221 | 71116 | Motors Liquidation Company | $5,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$5,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/9/2011 |
| Official Claim Date: | 5/9/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

245th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MARK ANTHONY COLLINS<br>5728 POLO CLUB DRIVE<br><br>ARLINGTON, TX 76017 | 71129 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $1,528.00 | (P) | | |
| | | | $0.00 | (U) | | |
| | | | $1,528.00 | (T) | | |

|  Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/13/2011 |
| Official Claim Date: | 5/13/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MIKE BAZLEY<br>8226 TANYA LN<br><br>SACRAMENTO, CA 95828 | 71121 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $3,995.30 | (U) | | |
| | | | $3,995.30 | (T) | | |

|  Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/3/2011 |
| Official Claim Date: | 5/3/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MILDRED DIXON<br>1005 WILLIAMSBURG DRIVE<br><br>LENOIR, NC 28645 | 71180 | Motors Liquidation Company | $500.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$500.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/4/2011 |
| Official Claim Date: | 6/4/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MOHAMMAD J HOSSAIN<br>1210 SEVER WOODS DR<br><br>LAWRENCEVILLE, GA 30043 | 71169 | Motors Liquidation Company | $4,108.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$4,108.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/27/2011 |
| Official Claim Date: | 5/27/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NW INVESTMENT CO INC<br>C/O LARRY ROTHMAN-ATTORNEY AT LAW<br>1 CITY BLVD WEST, SUITE 850<br>ORANGE, CA 92868 | 71145 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,175,176.41  (U)<br><br>$1,175,176.41  (T)<br><br>Unliquidated | Late-Filed Claim | Pgs. 1-7 |

### Additional Claim Information

Applicable Bar Date:    11/30/2009

Postmark Date:    5/27/2011

Official Claim Date:    5/27/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NW INVESTMENT CO INC<br>C/O LARRY ROTHMAN ATTORNEY AT LAW<br>1 CITY BLVD WEST SUITE 850<br>ORANGE, CA 92868 | 71178 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$1,175,176.41  (U)<br><br>$1,175,176.41  (T)<br><br>Unliquidated | Late-Filed Claim | Pgs. 1-7 |

### Additional Claim Information

Applicable Bar Date:    11/30/2009

Postmark Date:    5/27/2011

Official Claim Date:    5/27/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD J BECK<br>6150 HWY F<br><br>FARMINGTON, MO 63640 | 71115 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/5/2011 |
| Official Claim Date: | 5/5/2011 |
| Docket Number of Affidavit of Service: | 2852 |
| Notice Provided and Date of Service: | NOL, Sale Notice on 6/9/2009 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA MAROC | 71181 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/10/2011

Official Claim Date:    6/10/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA MAROC | 71184 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/8/2011

Official Claim Date:    6/8/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA MAROC | 71191 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $200,000.00 | (U) | | |
| | | | $200,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/18/2011

Official Claim Date:    6/18/2011

| TERRAB YOUSSEF<br>27 RUE DAYAT ROUMI<br>CASABLANCA MAROC | 71192 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $200,000.00 | (U) | | |
| | | | $200,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/20/2011

Official Claim Date:    6/20/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA MAROC | 71198 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $200,000.00 | (U) | | |
| | | | $200,000.00 | (T) | | |

    **Additional Claim Information**

      Applicable Bar Date:   11/30/2009

      Postmark Date:   6/13/2011

      Official Claim Date:   6/13/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THE MIKE VOLK CO INC<br>2880 PARK AVE WEST<br>PO BOX 1607<br>MANSFIELD, OH 44901 | 71131 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $904.68 | (U) | | |
| | | | $904.68 | (T) | | |

    **Additional Claim Information**

      Applicable Bar Date:   11/30/2009

      Postmark Date:   5/20/2011

      Official Claim Date:   5/20/2011

      Docket Number of Affidavit of Service:   2852, 4238

      Notice Provided and Date of Service:   Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 28 | | $12,578.00 | (S) | | |
|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | | |
| | | | $1,528.00 | (P) | | |
| | | | $4,079,486.56 | (U) | | |
| | | | $4,093,592.56 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ARANZUZA MEJIA | 71185 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| C/O SALVATORE & NOKES LLP | | | $0.00 | (A) | | |
| ATTN: EDOARDO RIGO SALVATORE, ESQ | | | | | | |
| 410 BROADWAY, SUITE 100 | | | $0.00 | (P) | | |
| LAGUNA BEACH, CA 92651 | | | $2,000,000.00 | (U) | | |
| | | | $2,000,000.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/17/2011 |
| Official Claim Date: | 6/17/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ARANZUZA MEJIA AS GUARDIAN OF LUCAS MEJIA | 71188 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| C/O SALVATORE & NOKES LLP | | | $0.00 | (A) | | |
| ATTN: EDOARDO RIGO SALVATORE, ESQ | | | | | | |
| 410 BROADWAY, SUITE 100 | | | $0.00 | (P) | | |
| LAGUNA BEACH, CA 92651 | | | $2,000,000.00 | (U) | | |
| | | | $2,000,000.00 | (T) | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/17/2011 |
| Official Claim Date: | 6/17/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ARANZUZA MEJIA AS GUARDIAN OF NICOLAS MEJIA C/O SALVATORE & NOKES, LLP ATTN: EDOARDO RIGO SALVATORE, ESQ 410 BROADWAY, SUITE 100 LAGUNA BEACH, CA 92651 | 71190 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $2,000,000.00 | (U) | | |
| | | | $2,000,000.00 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/17/2011 |
| Official Claim Date: | 6/17/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ARANZUZA MEJIA AS GUARDIAN OF SANTIAGO MEJIA C/O SALVATORE & NOKES LLP ATTN: EDOARDO RIGO SALVATORE, ESQ 410 BROADWAY, SUITE 100 LAGUNA BEACH, CA 92651 | 71189 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $2,000,000.00 | (U) | | |
| | | | $2,000,000.00 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/17/2011 |
| Official Claim Date: | 6/17/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

245th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CLAYBORN COLEMAN C/O CHARLES W PULLIAM ATTORNEY AT LAW 931 E 192ND PL GLENWOOD, IL 60425 | 71176 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $20,000.00 | (U) | | |
| | | | $20,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    6/1/2011

Official Claim Date:    6/1/2011

| CROWN ENTERPRISES INC ATTN MARILYN MITCHELL CORPORATE COUNSEL 12225 STEPHENS RD WARREN, MI 48089 | 71172 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
|---|---|---|---|---|---|---|
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,614,539.00 | (U) | | |
| | | | $1,614,539.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    5/24/2011

Official Claim Date:    5/24/2011

Docket Number of Affidavit of Service:    2852, 4238

Notice Provided and Date of Service:    Notice of Sale/Commencement - 6/5/09    Bar Date Notice/POC - 9/25/09

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

245th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DIANE VAN WINKLE C/O MAGUIRE LAW FIRM 607 BRIARWOOD DRIVE, SUITE 1 MYRTLE BEACH, SC 29572 | 71167 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $50,000.00 | (U) | | |
| | | | $50,000.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    5/31/2011

Official Claim Date:    5/31/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DONALD WARNER C/O JOSEPH H HOWITT ESQ 18831 W 12 MILE RD LATHRUP VILLAGE, MI 48076 | 71177 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $21,750.00 | (U) | | |
| | | | $21,750.00 | (T) | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    5/27/2011

Official Claim Date:    5/27/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

245th Omnibus Objection

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EVANS, JESMER<br>15130 W 9 MILE RD<br><br>OAK PARK, MI 48237-2569 | 71170 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/1/2011 |
| Official Claim Date: | 6/1/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JERMEY DELAROSA<br>C/O SYLVIA QUINN<br>1002 18TH ST NW APT G-25<br>CHILDRESS, TX 79201 | 71107 | Motors Liquidation Company | $30,031.68   (S)<br>$0.00  (A)<br>$969,968.32  (P)<br>$0.00  (U)<br>$1,000,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

| Additional Claim Information | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 4/14/2011 |
| Official Claim Date: | 4/14/2011 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JUAN CARLOS MEJIA<br>C/O SALVATORE & NOKES, LLP<br>ATTN: EDOARDO RIGO SALVATORE, ESQ<br>410 BROADWAY, SUITE 100<br>LAGUNA BEACH, CA 92651 | 71186 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $2,000,000.00 | (U) | | |
| | | | $2,000,000.00 | (T) | | |

<u>Additional Claim Information</u>

Applicable Bar Date:    11/30/2009

Postmark Date:    6/17/2011

Official Claim Date:    6/17/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MARIA ALEJANDRA MEJIA<br>C/O SALVATORE & NOKES LLP<br>ATTN: EDOARDO RIGO SALVATORE, ESQ<br>410 BROADWAY, SUITE 100<br>LAGUNA BEACH, CA 92651 | 71187 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $2,000,000.00 | (U) | | |
| | | | $2,000,000.00 | (T) | | |

<u>Additional Claim Information</u>

Applicable Bar Date:    11/30/2009

Postmark Date:    6/17/2011

Official Claim Date:    6/17/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARY LEE METZLER<br>4847 FEATHERBED LN<br><br>SARASOTA, FL 34242 | 71126 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,300,000.00  (U)<br>$2,300,000.00  (T) | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | 5/10/2011 | |
| Official Claim Date: | 5/10/2011 | |
| Docket Number of Affidavit of Service: | 2852, 4238 | |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09 | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL STELMACH SR<br>C/O ANASTAZIA STELMACH<br>5324 BINGHAM<br>DEARBORN, MI 48126 | 71140 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 1-7 |

**Additional Claim Information**

| | | |
|---|---|---|
| Applicable Bar Date: | 11/30/2009 | |
| Postmark Date: | 5/25/2011 | |
| Official Claim Date: | 5/25/2011 | |
| Docket Number of Affidavit of Service: | 2852, 4238 | |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09   Bar Date Notice/POC - 9/25/09 | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| STEPHAN A TRUXALL SR<br>C/O STEPHAN AND CHERYL TRUXALL<br>1250 ALTON DR SW<br>SHERRODSVILLE, OH 44675 | 71193 | Motors Liquidation Company | | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 6/22/2011 |
| Official Claim Date: | 6/22/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| WINGO WINSTON<br>16863 TRACEY ST<br>DETROIT, MI 48235-4024 | 71142 | Motors Liquidation Company | $0.00 | (S) | Late-Filed Claim | Pgs. 1-7 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $5,195.00 | (U) | | |
| | | | $5,195.00 | (T) | | |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | 5/26/2011 |
| Official Claim Date: | 5/26/2011 |
| Docket Number of Affidavit of Service: | 2852, 4238 |
| Notice Provided and Date of Service: | Notice of Sale/Commencement - 6/5/09  Bar Date Notice/POC - 9/25/09 |

| *OBJECTION ADJOURNED* | 16 | $30,031.68 | (S) |
|---|---|---|---|
| | | $0.00 | (A) |
| | | $969,968.32 | (P) |
| | | $16,011,484.00 | (U) |
| | | $17,011,484.00 | (T) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.