| 246th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| COMMONWEALTH OF KENTUCKY<br>TRANSPORTATION CABINET<br>ATTN KELLY ROBERTS<br>200 METRO STREET<br>FRANKFORT, KY 40622 | 1549 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,303.44 (U)<br>$2,303.44 (T) | No Liability; Settled/Adjudicated | Pgs. 4-5 |
| ELITE COUNTERTOPS LLC<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES, LA 70629-0123 | 11404 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,451.22 (U)<br>$31,451.22 (T) | No Liability; Settled/Adjudicated | Pgs. 4-5 |
| KENNEY, ANGELA<br>1401 SAPPHIRE ST<br>LONGVIEW, TX 75602-3730 | 38936 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$40,931.00 (U)<br>$40,931.00 (T) | No Liability; Settled/Adjudicated | Pgs. 4-5 |
| RELYEA HOWARD<br>RELYEA, HOWARD<br>201 NOTT TER<br>SCHENECTADY, NY 12307-1025 | 16718 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$349,500.00 (U)<br>$349,500.00 (T) | No Liability; Settled/Adjudicated | Pgs. 4-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **4** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$424,185.66** (U)<br>**$424,185.66** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**246th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BUCKLEY ERMA JEANINE<br>175 W 90TH ST<br>APT 5C<br>NEW YORK, NY 10024<br>UNITED STATES OF AMERICA | 66268 | Motors Liquidation Company | $0.00<br>$0.00<br>$500,000.00<br>$0.00<br>$500,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Settled/Adjudicated | Pgs. 4-5 |
| KEVIN A KING<br>C/O BRENT L ENGLISH<br>1500 WEST 3RD ST<br>470 MK FERGUSON PLAZA<br>CLEVELAND, OH 44113 | 65681 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,354.11<br>$5,354.11 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability; Settled/Adjudicated | Pgs. 4-5 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00**<br>**$0.00**<br>**$500,000.00**<br>**$5,354.11**<br>**$505,354.11** | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.