**246th Omnibus Objection**   **Exhibit B**   <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AL NAWASREH ADBER RAOUF ET AL<br>JAMES L GILBERT<br>GILBERT OLLANIK & KOMYATTE PC<br>5400 WARD ROAD BLDG IV STE 200<br>ARVADA, CO 80002 | 63746 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000,000.00 (U)<br>$20,000,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| BERTANZETTI, LINDA A<br>44344 STATE ROUTE 517<br>COLUMBIANA, OH 44408-9571 | 13980 | Motors Liquidation Company | Unliquidated | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| ESMERALDA RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24325 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| JAIME FITZKERLEY<br>C/O BRIAN R. GOLDFINGER<br>45 SHEPPARD AVE E<br>SUITE 900<br>TORONTO, ON  M2N 5W9 | 18490 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| RODOLFO RAMIREZ<br>LAMAR B BROWN<br>ROBINSON CALCAGNIE & ROBINSON<br>620 NEWPORT CENTER DR SUITE 700<br>NEWPORT BEACH, CA 92660 | 24327 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000,000.00 (U)<br>$5,000,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**246th Omnibus Objection**

**Exhibit B**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | 5 | | $0.00  (S) | | |
| | | | $0.00  (A) | | |
| | | | $0.00  (P) | | |
| | | | $31,000,000.00  (U) | | |
| | | | $31,000,000.00  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.