246th Omnibus Objection

**Exhibit C**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO RECLASSIFY**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID A POTTER JR TTEE<br>MORGAN STANLEY / SMITH BARNEY<br>DAVID A POTTER SR TRUST U/A DTD 08/10/1990<br>28078 GRAVEL HILL RD<br>MILLSBORO, DE 19966-3953 | 3082 | Motors Liquidation Company | $19,215.28 | No Liability; Securities Claims (Equity Interests) | Pgs. 7-8 |
| DR. KHURSHID CHANNAH MD<br>CGM IRA CUSTODIAN<br>20 EAST 9TH STREET APT. 14-O<br>NEW YORK, NY 10003-5944 | 19758 | Motors Liquidation Company | $31,924.34 | No Liability; Securities Claims (Equity Interests) | Pgs. 7-8 |
| JOSEPH SCHONFELD<br>10369 NW 24 PL<br>SUNRISE, FL 33322<br>UNITED STATES OF AMERICA | 7778 | Motors Liquidation Company | $13,739.00 | No Liability; Securities Claims (Equity Interests) | Pgs. 7-8 |
| WENAAS, SYLVIA M<br>211 PROGRESS RD., APT # 4<br>MANAWA, WI 54949 | 19155 | Motors Liquidation Company | $0.00<br>Unliquidated | No Liability; Securities Claims (Equity Interests) | Pgs. 7-8 |

*CLAIMS TO BE RECLASSIFIED*      4

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1