246th Omnibus Objection

**Exhibit C**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG), Jointly Administered

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE RECLASSIFIED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GALE L SLATES<br>5344 CORAL AVE<br>CAPE CORAL, FL 33904 | 20193 | Motors Liquidation Company | $80,000.00<br>Unliquidated | No Liability; Securities Claims (Individual Claims) | Pgs. 7-8 |
| JOHN A HAACK<br>2500 VILLAGE LN<br>FORISTELL, MO 63348-2422 | 62968 | Motors Liquidation Company | $521,768.00 | No Liability; Securities Claims (Individual Claims) | Pgs. 7-8 |
| STEGEMAN, GEORGE T<br>1206 N LAKESHORE RD<br>PORT SANILAC, MI 48469-9795 | 23023 | Motors Liquidation Company | $355.58 | No Liability; Securities Claims (Individual Claims) | Pgs. 7-8 |

*CLAIMS TO BE RECLASSIFIED*   3

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1