234th Omnibus Objection                              **Exhibit A**                              Motors Liquidation Company, et al.
                                                                                                 Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELA HENRY MEYER<br>124 HERITAGE STATION<br><br>ST CHARLES, MO 63303 | 71056 | Remediation And Liability Management Company, Inc. | Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BERNDTSON, SANDRA S<br>25198 RECIFE DR<br><br>PUNTA GORDA, FL 33983-5508 | 23307 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,855.48 (U)<br>$24,855.48 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ESTATE OF SOCORRO F MARTINEZ<br>THE SOCORRO F MARTINEZ LIVING TRUST<br>ATTN JOSE MARTINEZ & ALICIA CARRASCO, CO-TRUSTEES<br>14414 CHATSWORTH DRIVE<br>SAN FERNANDO, CA 91340-4309 | 70835 | Motors Liquidation Company | Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| HILLARD, MICHAEL D<br>51029 ARRIETA COURT<br><br>FORT MILL, SC 29707-5934 | 5218 | Motors Liquidation Company | Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| KEMPER, PAMELA A<br>52723 KEY BELLAIRE RD<br><br>BELLAIRE, OH 43906-9420 | 5678 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 234th Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LARRY WEIMER<br>310 Country Rd. 3080<br>Lampasas, TX 76550-3895 | 70724 | Motors Liquidation Company | Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROUCH, DOUGLAS E<br>PO BOX 553<br>LEESBURG, OH 45135-0553 | 43943 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$31,913.54  (P)<br>$0.00  (U)<br>$31,913.54  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **7** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$31,913.54**  (P)<br>**$1,524,855.48**  (U)<br>**$1,556,769.02**  (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 234th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CRAMER ROBERT A<br>C/O ROBERT J DINGES ESQ<br>615 GRISWOLD STREET 1117 FORD BUILDING<br>DETROIT, MI 48226 | 50144 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$120,000.00  (P)<br>$0.00  (U)<br>$120,000.00  (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| **OBJECTION ADJOURNED** | **1** | | **$0.00**  (S)<br>**$0.00**  (A)<br>**$120,000.00**  (P)<br>**$0.00**  (U)<br>**$120,000.00**  (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.