**236th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID LAMB<br>1848 WEST STATE ROUTE 122<br><br>LEBANON, OH 45036 | 983 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DOROTHY MCMURRAY<br>2948 US ROUTE 35 E<br><br>W ALEXANDRIA, OH 45381-9305 | 8785 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| MICHAEL JACOBS<br>180 ADAMS ST<br><br>BEREA, OH 44017-2109 | 13204 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| PHILOMENE M KING<br>3041 GLENMERE CT<br><br>DAYTON, OH 45440-1312 | 1654 | Motors Liquidation Company | $8,194.00  (S)<br>$0.00  (A)<br>$8,194.00  (P)<br>$0.00  (U)<br>$16,388.00  (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| RUTH C SCHWEGEL<br>5282 SUSAN DRIVE<br><br>DAYTON, OH 45415-3030 | 13199 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

236th Omnibus Objection

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERRY BURCHFIELD<br>1712 RAWSON PL<br><br>DAYTON, OH 45432 | 1201 | Motors Liquidation Company | <br><br><br><br><br><br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VINCENT GERMANO JR<br>274 CRYSTAL CREEK DR<br><br>ROCHESTER, NY 14612-6003 | 26571 | Motors Liquidation Company | <br><br><br><br><br><br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **7** | | **$8,194.00** (S)<br>**$0.00** (A)<br>**$8,194.00** (P)<br>**$0.00** (U)<br>**$16,388.00** (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.