238th Omnibus Objection **Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED P DE BUHR<br>8211 DUNHAM RD<br>DOWNERS GROVE, IL 60516 | 36140 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,716.50 (U)<br>$15,716.50 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BARBARA LARSON<br>803 S 4TH AVE # 4<br>ALBERT LEA, MN 56007-1905 | 36233 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,307.00 (U)<br>$65,307.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BROCKMAN, HARRY E<br>PO BOX 429<br>LONDON, KY 40743-0429 | 49552 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$68,406.00 (U)<br>$68,406.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| BRUCE H WILLIAMS<br>405 KINNAIRD LANE<br>LOUISVILLE, KY 40243-1222 | 45588 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,443.00 (U)<br>$27,443.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| CRAIG SOBOL<br>557 WILDFLOWER TRAIL<br>MYRTLE SEACH, SC 29579<br>UNITED STATES OF AMERICA | 61273 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,895.31 (U)<br>$32,895.31 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 238th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CYNTHIA HOLMAN<br>1461 LANDIS CIRCLE<br><br>BEL AIR, MD 21015<br>UNITED STATES OF AMERICA | 70447 | Motors Liquidation Company | $40,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$40,000.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DAVID HAVERCAMP<br>18 DEBRA CT<br><br>PINCONNING, MI 48650<br>UNITED STATES OF AMERICA | 62097 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,960.00  (U)<br>$250,960.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| DONNIE RAY DUNCAN<br>17403 W BAJADA DR<br><br>SURPRISE, AZ 85387 | 62151 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$128,589.00  (U)<br>$128,589.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GAUGHAN  PATRICK J<br>1299 PRENTICE RD<br><br>W FARMINGTON, OH 44491-9786 | 32830 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$38,101.00  (U)<br>$38,101.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| GEOFFREY OGDEN<br>2128 E GONDOLA LN<br><br>GILBERT, AZ 85234 | 32921 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$84,260.00  (P)<br>$0.00  (U)<br>$84,260.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 238th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES HEIDGER<br>4438 SPICEBUSH DR.<br><br>SAGINAW, MI 48603<br>UNITED STATES OF AMERICA | 22969 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$73,350.00  (U)<br>$73,350.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LESLYN C BLACK<br>2480 LEISURE WORLD<br><br>MESA, AZ 85206-5414 | 27554 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$135,766.79  (U)<br>$135,766.79  (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| LESLYN C BLACK<br>2480 LEISURE WORLD<br><br>MESA, AZ 85206-5414 | 27555 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$15,181.94  (U)<br>$15,181.94  (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OGDEN, GEOFFREY J<br>2128 E GONDOLA LN<br><br>GILBERT, AZ 85234-2836 | 7752 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$33,173.00  (P)<br>$0.00  (U)<br>$33,173.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| OTIS G LAWRENCE<br>3210 N 11TH ST<br><br>MILWAUKEE, WI 53206 | 27307 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$73,813.00  (P)<br>$0.00  (U)<br>$73,813.00  (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAUL DAY<br>7922 JENNIFER LN<br>BROWNSBURG, IN 46112-8599 | 63758 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$110,852.00 (U)<br>$110,852.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| ROOT GERALD T<br>6533 MACDONALD RD<br>BENZONIA, MI 49616 | 44272 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,296.00 (U)<br>$45,296.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUSAN L VAN COTT<br>12389 AVENIDA CONSENTIDO<br>SAN DIEGO, CA 92128-3284 | 46257 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$202,900.00 (U)<br>$202,900.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| SUSAN PLEASANT<br>7639 DELAINE COURT<br>INDIANAPOLIS, IN 46254<br>UNITED STATES OF AMERICA | 48471 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$31,787.00 (U)<br>$31,787.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| TERRY MCCLAIN<br>11317 WAY CROSS RD<br>OKLAHOMA CITY, OK 73162 | 50083 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$127,098.00 (U)<br>$127,098.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 238th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS KNOEPFLE<br>184 LADY BANKS ROAD<br><br>AIKEN, SC 29803<br>UNITED STATES OF AMERICA | 19922 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$93,139.00 (P)<br>$0.00 (U)<br>$93,139.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VAN COTT, PETER<br>12389 AVENIDA CONSENTIDO<br><br>SAN DIEGO, CA 92128-3284 | 46259 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$133,775.00 (U)<br>$133,775.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| VARAJON JOSEPH<br>68314 WINGATE DR<br><br>WASHINGTON, MI 48095-1254 | 36671 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$202,728.00 (U)<br>$202,728.00 (T) | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WIGGINS, JUDY M<br>2892 CHURCHILL DR<br><br>KINSTON, NC 28504-9036 | 48388 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$134,673.00 (U)<br>$134,673.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |
| WILLIAM A HEIDORN<br>5420 WILLOW SPRINGS RD<br><br>LA GRANGE HIGHLANDS, IL 60525-7013 | 29698 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$72,415.00 (U)<br>$72,415.00 (T)<br>Unliquidated | No Liability: Claims seek recovery of amounts for which the Debtors are not liable | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**238th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ***CLAIMS TO BE DISALLOWED AND EXPUNGED*** | 25 | | $40,000.00 (S) | | |
| | | | $0.00 (A) | | |
| | | | $284,385.00 (P) | | |
| | | | $1,913,240.54 (U) | | |
| | | | $2,237,625.54 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.