240th Omnibus Objection — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

# Exhibit A

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COMMERZBANK AG<br>COMMERZBANK AG<br>C/O PAUL KOURY LEGAL DEPT<br>2 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281-1050 | 64153 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | No Liability: Non-GM Securities | Pgs. 1-5 |
| FRANÇOIS JEANNERET<br>LES VERNES 4<br>CH-2534 ORVIN SWITZERLAND | 68080 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | No Liability: Non-GM Securities | Pgs. 1-5 |
| HANS ULRICH STREKEISEN<br>KUESNACHTERSTRASSE 32<br>CH-8126 ZUMIKON SWITZERLAND | 65613 | Motors Liquidation Company | $9,511.27 | No Liability: Non-GM Securities | Pgs. 1-5 |
| MYRTHA BRUNNER-GEISSER<br>SEESTRASSE 36<br>3806 BONIGEN SWITZERLAND | 39266 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | No Liability: Non-GM Securities | Pgs. 1-5 |
| PETER HAEUPTLI<br>BUECHZELGLISTRASSE 24<br>WUERENLOS 5436 SWITZERLAND | 59981 | Motors Liquidation Company | $48,124.20 | No Liability: Non-GM Securities | Pgs. 1-5 |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**     5

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.