241st Omnibus Objection

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|:---:|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARTHUR H ORLOWSKI<br>1725 CORBETT HIGHLANDS PL<br>ARROYO GRANDE, CA 93420-4987 | 13120 | Motors Liquidation Company | $83,037.00<br>Unliquidated | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| BRUCE & JAN BAXTER<br>1750 QUEEN PALM WAY<br>NORTH PORT, FL 34288-8655 | 70641 | Motors Liquidation Company | $433,454.89 | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| ELIZABETH O'CONNELL<br>151 OLD FARM ROAD<br>BASKING RIDGE, NJ 07920-3313 | 13261 | Motors Liquidation Company | $35,949.52 | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| ELIZABETH STILER WEST<br>1415 CADENCE COURT<br>LOUISVILLE, KY 40222 | 17015 | Motors Liquidation Company | $26,626.10 | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| ELVERA JONES<br>7991 W71st Avenue<br>ARVADA, CO 80004-1828 | 26869 | Motors Liquidation Company | $6,902.00 | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| ERNEST & MAGDA KATZ TTEES<br>REV. TR. AGEE. OF ERNEST KATZ<br>ERNEST KATZ DTD 5/16/95<br>2612 WEST ST APT 4D<br>BROOKLYN, NY 11223-6439 | 11008 | Motors Liquidation Company | $0.00<br>Unliquidated | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| MARTHA GARRAGHTY<br>DAVID GARRAGHTY JT TEN<br>TOD DTD 12/08/2008<br>3909 HERMITAGE RD<br>RICHMOND, VA 23227-3921 | 17084 | Motors Liquidation Company | $0.00<br>Unliquidated | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| URS KEMPF<br>EICHHOLZWEG 5C<br>6312 STERINHAUSEN SWITZERLAND | 62088 | Motors Liquidation Company | $1,800.00 | No Liability:<br>Non-GM Securities | Pgs. 1-5 |
| VICTOR SCHMIT<br>5 RUE PRINCIPAL<br>L 6925 FLAXWEILER LUXEMBOURG | 60817 | Motors Liquidation Company | Unliquidated<br><br>Foreign Currency | No Liability:<br>Non-GM Securities | Pgs. 1-5 |

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

241st Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**

**Case No. 09-50026 (REG),  Jointly Administered**

| CLAIMS TO BE DISALLOWED AND EXPUNGED |
|---|

| | | | | | |
|---|---|---|---|---|---|
| WOODS, ELEANOR M<br>8041 STRATHMOOR ST<br><br>DETROIT, MI 48228-2433 | 38854 | Motors<br>Liquidation<br>Company | $99,508.55 | No Liability:<br>Non-GM Securities | Pgs. 1-5 |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*                    **10**

(1)  In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.