**242nd Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ADKINS TRISHA L<br>KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY<br>321 EAST MAIN STREET<br>CAMPBELLSVILLE, KY 42718 | 62546 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,405.00 (U)<br>$19,405.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY<br>TAYLOR LISA A LAW OFFICE OF<br>7473 W LAKE MEAD BLVD # 100<br>LAS VEGAS, NV 89128-0265 | 33347 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,472.23 (U)<br>$22,472.23 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY 0127173994 - JAMES<br>VICKIE SHOWALTER<br>PO BOX 29500<br>ROANOKE, VA 24018 | 742 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,766.80 (U)<br>$2,766.80 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ALLSTATE INSURANCE COMPANY CLAIM# 0104209655 WILSON<br>ATTN SPENCER MERCHANT<br>PO BOX 29500<br>ROANOKE, VA 24018 | 737 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,287.84 (U)<br>$2,287.84 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| BALBOA INSURANCE COMPANY AS SUBROGEE OF<br>VARDAN NAZARYAN<br>C/O LAW OFFICES OF TODD F HAINES<br>ATTN: TODD F HAINES, ESQ<br>30495 CANWOOD ST, STE 100<br>AGOURA HILLS, CA 91301 | 70526 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,421.38 (U)<br>$13,421.38 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 242nd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BIGGS JOSEPH D<br>BIGGS, JOSEPH D<br>321 E MAIN STREET<br>CAMPBELLSVILLE, KY 42718 | 62542 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,190.75 (U)<br>$4,190.75 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| CALIFORNIA STATE AUTOMOBILE ASSOCIATION<br>ATTN STANLEY MICHAEL ESQ<br>MACMORRIS & CARBONE<br>505 14TH ST SUITE 600<br>OAKLAND, CA 94612 | 1599 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$47,034.78 (U)<br>$47,034.78 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| FRED LOYA INSURANCE<br>CLAIM # 596-94647<br>8603 INGRAM RD<br>SAN ANTONIO, TX 78245 | 1566 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,148.14 (U)<br>$14,148.14 (T) | 502(e)(1)(B) | Pgs. 1-10 |

Note: This claim arises from litigation against the Debtors. It is not entitled to priority status, it is not entitled an administrative expense pursuant to section 503(b)(9) of the Bankruptcy Code, and it is not secured by property of the Debtors' estates. Accordingly, this claim should be reclassified as a non-priority, general unsecured claim.

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GMAC INSURANCE A/S/O ALISON BROWNLEE<br>ATTN: BIRGIT ROBERTS/CLAIM 8722983<br>PO BOX 1429<br>WINSTON-SALEM, NC 27102 | 70365 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,998.00 (U)<br>$17,998.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| HARTFORD FIRE INSURANCE COMPANY<br>BANKRUPTCY UNIT, T-1-55<br>HARTFORD PLAZA<br>HARTFORD, CT 06115 | 66090 | MLCS, LLC | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**242nd Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KENTUCKY FARM BURAU MUTUAL INSURANCE COMPANY<br>321 E MAIN ST<br>CAMPBELLSVILLE, KY 42718 | 62547 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,440.96 (U)<br>$7,440.96 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY<br>BERTRAM COX & MILLER<br>PO BOX 1155<br>CAMPBELLSVILLE, KY 42719-1155 | 62548 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,257.05 (U)<br>$9,257.05 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY<br>321 E MAIN ST<br>CAMPBELLSVILLE, KY 42718 | 62549 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,349.55 (U)<br>$19,349.55 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| KISKADEN, ANTHONY<br>BERTRAM, COX & MILLER<br>321 E MAIN ST<br>CAMPBELLSVILLE, KY 42718-1326 | 62545 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,005.83 (U)<br>$10,005.83 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| NATIONWIDE MUTUAL INSURANCE COMPANY<br>SNYDER & DORER LAW OFFICE OF<br>214 SENATE AVE STE 600<br>CAMP HILL, PA 17011-2382 | 62924 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$12,911.52 (U)<br>$12,911.52 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| PARSONS, AVELENIA<br>321 E MAIN ST<br>CAMPBELLSVILLE, KY 42718 | 62544 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$22,830.50 (U)<br>$22,830.50 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**242nd Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RESPONSE INSURANCE<br>SETTE & BONADIES PC<br>PO BOX 185366<br>HAMDEN, CT 06518-0366 | 62711 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,201.06 (U)<br>$18,201.06 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| SEDLAK ALAN D<br>RESPONSE INSURANCE<br>2324 WHITNEY AVENUE P O BOX 185366<br>HAMDEN, CT 06518 | 62710 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,201.06 (U)<br>$18,201.06 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| SEDLAK, ALAN D<br>SETTE & BONADIES PC<br>PO BOX 185366<br>HAMDEN, CT 06518-0366 | 62709 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,201.06 (U)<br>$18,201.06 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>A/S/O DEXTER JACKSON (#960-0116)<br>C/O LAW OFFICES OF R W PARNELL<br>PO BOX 81085<br>CONYERS, GA 30013 | 14085 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$32,516.00 (U)<br>$32,516.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>ARMOUR LAW FIRM<br>PO BOX 710<br>ALEXANDRIA, LA 71309-0710 | 11362 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,476.00 (U)<br>$18,476.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **242nd Omnibus Objection** | | | | | **Motors Liquidation Company, et al.** |
| | | | | | **Case No. 09-50026 (REG),  Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY & AFFILIATES<br>ATTN MARY PERLICK, 9TH FL, TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 4691 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **22** | | **$0.00** (S) | |
| | | | **$0.00** (A) | |
| | | | **$0.00** (P) | |
| | | | **$331,115.51** (U) | |
| | | | **$331,115.51** (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**242nd Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CENTERPOINT ASSOCIATES LLC<br>C/O EARLE I ERMAN ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD, MI 48034 | 22624 | Motors Liquidation Company | Unliquidated | 502(e)(1)(B) | Pgs. 1-10 |
| SENECA INSURANCE COMPANY INC<br>ATTN: ERIC GOLDBERG ESQ<br>KAHN AND GOLDBERG LLP<br>708 THIRD AVE - 19TH FLOOR<br>NEW YORK, NY 10017 | 216 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| STATE FARM FIRE AND CASUALTY COMPANY<br>C/O EVEZICH LAW OFFICE<br>175 NE GILMAN BLVD, STE 209<br>ISAAQUAH, WA 98027 | 16684 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$530,890.33 (U)<br>$530,890.33 (T) | 502(e)(1)(B) | Pgs. 1-10 |
| ***OBJECTION ADJOURNED*** | **3** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$730,890.33** (U)<br>**$730,890.33** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.