237th Omnibus Objection    **Exhibit B**    Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AARON R PARSONS<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET ST SUITE 700<br>INDIANAPOLIS, IN 46024 | 67358 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| AUSTIN, JAMES<br>C/O PAMELA G BRATCHER<br>P O BOX 130<br>BOWLING GREEN, KY 42102-0130 | 49690 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$850,000.00 (U)<br>$850,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| BENJAMIN E ONEAL<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET ST SUITE 700<br>INDIANAPOLIS, IN 46024 | 67360 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| CONNIE W REDING<br>C/O WILLIAM N IVERS HARRISON & MOBERLY LLP<br>10 W MARKET STREET<br>SUITE 700<br>INDIANAPOLIS, IN 46024 | 67026 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| DALE, GLADYS I<br>7310 W MORRIS ST<br>INDIANAPOLIS, IN 46231-1355 | 51108 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,000.00 (U)<br>$6,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

237th Omnibus Objection                     **Exhibit B**                            **Motors Liquidation Company, et al.**
                                                                                    Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID BENEFIEL<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024 | 67018 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| DAVID D PADGETT<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET ST SUITE 700<br>INDIANAPOLIS, IN 46024 | 67359 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| DENITRAL C GIBSON<br>2187 HINDS LANE<br>NESBIT, MS 38651 | 70919 | Motors Liquidation Company | $0.00 (S)<br>$5,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| DENITRAL C GIBSON<br>2187 HINDS LANE<br>NESBIT, MS 38651 | 70940 | Motors Liquidation Company | $0.00 (S)<br>$5,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| HOFFMAN, THOMAS F<br>4129 BAYMAR DR<br>YOUNGSTOWN, OH 44511-3332 | 6990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**237th Omnibus Objection**     **Exhibit B**     **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAY E JAMES<br>C/O WILLIAMS N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET ST, STE 700<br>INDIANAPOLIS, IN 46024 | 67011 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| JOHN H STOCK<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024<br>UNITED STATES OF AMERICA | 67014 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| KIRBY A. MCCROCKLIN<br>C/O WILLIAM N. IVERS<br>HARRISON & MOBERLY, LLP<br>10 W. MARKET STREET<br>SUITE 700<br>INDIANAPOLIS, IN 46024 | 67361 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| LEO LINHART<br>2449 SARAH<br>FRANKLIN PARK, IL 60131 | 70927 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$35,000.00 (P)<br>$0.00 (U)<br>$35,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| LESLIE E TEMPLETON<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024<br>UNITED STATES OF AMERICA | 67015 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 237th Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| MICHAEL MARTIN<br>8565 COUNTY ROAD 236<br><br>TOWN CREEK, AL 35672 | 427 | Motors Liquidation Company | Unliquidated | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| MICHAEL R CARSON<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024 | 67019 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$600,000.00   (U)<br>$600,000.00   (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| PHILLIP A PROPHET<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY, LLP<br>10 W MARKET STREET   SUITE 700<br>INDIANAPOLIS, IN 46024 | 67025 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$600,000.00   (U)<br>$600,000.00   (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| PHILLIP M TOOMBS<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024<br>UNITED STATES OF AMERICA | 67016 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$600,000.00   (U)<br>$600,000.00   (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| PRATER, JOSEPHINE A<br>37740 BARTH ST<br><br>ROMULUS, MI 48174-1082 | 12268 | Motors Liquidation Company | Unliquidated | No Liability; Non-Debtor Claims | Pgs. 5-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

237th Omnibus Objection **Exhibit B** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RICHARD W CORWIN<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024 | 67020 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| ROSE SPECK<br>5165 GLENGATE RD<br>ROCHESTER, MI 48306-2729 | 62239 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,235.00 (U)<br>$15,235.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| SCANDRETT, RUTH E<br>6577 PLANTERS CT<br>MORROW, GA 30260-2170 | 14008 | Motors Liquidation Company | Unliquidated | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| SPELLS, ALMA G<br>5902 MEADOWLARK DR<br>INDIANAPOLIS, IN 46226-3333 | 12218 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,083.50 (U)<br>$2,083.50 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| STEPHEN KEMPHER<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET ST, STE 700<br>INDIANAPOLIS, IN 46024 | 67010 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

237th Omnibus Objection  **Exhibit B**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TERRY A RICHARDSON<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024<br>UNITED STATES OF AMERICA | 67012 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| WALTER L HINDMAN<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024 | 67021 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| YAWAR S SIDDIQUI<br>C/O WILLIAM N IVERS<br>HARRISON & MOBERLY LLP<br>10 W MARKET STREET SUITE 700<br>INDIANAPOLIS, IN 46024<br>UNITED STATES OF AMERICA | 67013 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600,000.00 (U)<br>$600,000.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **28** | | $0.00 (S)<br>$10,000.00 (A)<br>$35,000.00 (P)<br>$11,103,318.50 (U)<br>$11,148,318.50 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

237th Omnibus Objection **Exhibit B**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 10/28/2011 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARY, BEVERLY A<br>2820 N NEBRASKA AVE<br><br>TAMPA, FL 33603 | 61326 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$46,200.00 (U)<br>$46,200.00 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| ROMAN, ARACELIA A<br>HC 4 BOX 48300<br><br>AGUADILLA, PR 00603-9798 | 13172 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,484.72 (U)<br>$28,484.72 (T) | No Liability; Non-Debtor Claims | Pgs. 5-7 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$74,684.72** (U)<br>**$74,684.72** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.