

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BURNS CHARLES <br> HUBBARD & KNIGHT <br> PO DRAWER 1850 <br> ANNISTON, AL 36202 |
| Claim Number (if known): | 17563 |
| Date Claim Filed: | 10/29/2009 |
| Total Amount of Claim Filed: | $3,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _Sept 20, 2011_    _Estate of Charles Burns_ for the firm

Print Name: _Hubbard + Knight by Thomas J. Knight_

Title (if applicable): _Partner_

---

1