UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:      Chapter 11

MOTORS LIQUIDATION CO., et al.,     Case No. 09-50026 (REG)

       Debtors     Jointly Administered

/

### IPHIGENIA F. KENDALL'S
### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Iphigenia F. Kendall hereby withdraws with prejudice, proofs of claim numbers 16773 and 21008 filed against Debtor Motors Liquidation Company.

Respectfully submitted,

WHITE, CHOATE, WATKINS & MROCZKO, LLC

By: _____
W. Anthony Moss, Esq.
100 West Cherokee Avenue
Cartersville, GA 30120
770-382-9591

Dated: September 12th, 2011


RECEIVED
SEP 23 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK