UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  MOTORS LIQUIDATION COMPANY          CASE NO.: 09-50026 (REG)
       f/k/a GENERAL MOTORS CORPORATION, et al.    CHAPTER 11

### RESPONSE TO NOTICE OF 243RD OBNIBUS OBJECTION TO CLAIMS AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS (LATE FILED CLAIMS)

NOW INTO COURT, come and appear CATHY SUE OVERSTREET, MEGAN OVERSTREET and KATLYN OVERSTREET ("creditors") who respectfully respond to the Notice of 243rd Obnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late Filed Claims) of the Motors Liquidation Company GUC Trust ("debtor") as follows:

1.

Creditors show that they are listed on Schedule F of the case herein as unsecured creditors holding unliquidated claims. Creditors show that they are plaintiffs in a lawsuit again GM wherein the allege that a vehicle they were riding in had defects and caused damages.

2.

Creditors show that this case is inactive at this time, there has been no significant discovery, no experts have made any reports as to a defect.

3.

Further creditors show that the debtor will not be prejudiced in any way as they were listed on the original Schedule F herein.



RECEIVED SEP 23 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

4.

Debtors show that there was excusable neglect in their proofs of claim being late filed in that they intended to file the claims, thought they had filed claims but later in checking PACER, found that the claims did not upload. When the creditors discovered that their claims had not been uploaded, creditors mailed the claims to the Clerk for filing.

5.

As a result of the above, respondents show that there was excusable neglect in the proofs being filed late, debtor has not been prejudiced in any way as creditor was clearly aware of the unliquidated claims listed on Schedule F.

6.

Further as a result of the excusable neglect creditors no longer file any matter on PACER and file them through the United States Postal Service.

7.

Creditors submit this response on the record and submit the matter to the court.

_____
BILLY J. HARRINGTON
Attorney at Law
P. O. Box 603
Natchitoches, LA 71458-0603
(318) 352-4192
Louisiana Bar Roll No.: 16961