UNITED STATES COURT OF APPEALS

Dana H. Fox, Pro-se )
          Appellant )
  )
V. )
  )
General Motors Inc. )
  )
Motor Liqidators, et al )
          Appellee )

ECF #8291

Lower Case #09-40026(REG)

Claim #4287

## Motion to Reinstate Suspended Appeal

Now comes, Dana H. Fox Pro-se with this motion to reinstate the suspended appeal concerning Bankruptcy court and the removal of this matter from Bankruptcy court and the U.S. District Court. Mr. Fox, Pro-se had pointed out in his pleadings in the lower courts that General Motors, Inc. is not bankrupt as they are bailed out by the U.S. Government and as such cannot be allowed to continue, and never should have been allowed to enter into Federal Bankruptcy court.

The lower court made provisions for alternate dispute resolution yet Mr. Fox (Motioned for this) and , never received the opportunity. There is also the indication in the alledged omnibus decision for claims to be reclassified, not dismissed,

The U.S. Bankruptcy Court is acting irresponsibly in regards to it's Judicial reponsibilties to remain  impartial.

Mr. Fox pro-se has filed a motion to Toll the Statute on limitations as the Bankruptcy court was deceptive in it's alleged omnibus decision in cancelling Mr. Fox's valid claim yet bringing it forward at the same time.

The Matter of the Aurora Automobile is litigated before by Mr.Fox and George Bush Senior (who spent two weeks in the hospital) who had an accident, and asked Mr. Fox how to proceed against G.M. These cases are in the Federal Docket record back to the '70's. Mr. Fox Pro-se has litigated this before at this level and it is better for three Judges to decide this instead of one Judge in District Court.

Wherefore, this motion to reinstate the Appeal and remove from District and Banruptcy Court.

Copy Mailed to Courts
and MOtor Liqidators
9/23/11



Respectfully Submitted,

Dana H. Fox, Pro-se

RECEIVED

SEP 2 6 2011

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

9/23/11

Dana H. Fox, Pro-se
1500A Lafayette Rd.
Portsmouth, N.H.  03801


Catherine Ohagan Wolfe
U.S. Court of Appeals
40 Foley Sq.
N.Y., N.Y.  10007                    Re:  Appeal ECF# 8291
                                          Claim #4287


Dear Cathrine Ohagan Wolfe and to Whom It May Concern:

Mr. Fox Pro-se made a promise in the '60's not to use computers
at a very elevated level [U.S. Trustees, The Queen, Joe Biden]
after the internet was created and after the Senate Judicary
Committe was formed [Both at Mr. Fox's suggestion].

Mr. Fox is sworn in at several different levels to defend the
Constitution and has sworn an oath to defend the United States
and Great Britain from tyranny.

Mr. Fox, Pro-se had litigated this matter before and has advized
George Bush Sr. on how to proceed against General Motors Inc.
G.M. has never fixed the problem and as such is a repeat offender.
G.M. was about to be found in Contempt of Court in Circuit Court
in Fort Myers, Fla.[case #03-CA-0365], for failure to repond to
a Court Ordered Supeona and Mr. Fox received (three days before
the Contempt Hearing) The Automatic Stay Of Bankruptcy.

Mr. Fox, Pro-se has motioned for this Stay to be lifted as G.M., Inc.
is not bankrupt;  And for this case to be removed to U.S. District
court and sent to U.S. Appeals Court for a three Judge review
instead of a one Judge Review in U.S. Ditrict Court.

Mr. Fox Pro-se took Vows of Poverty because the Trustees of this
country owe Mr. Fox so much money they can't afford to pay him.

Mr. Fox had the U.S.Bankruptcy Court established in New York and
any monies owed him can go towards fees, etc.

Please address these issues to the Judges that have reviewed this
before for the sake of a Continuity of Justice and Mr. Fox will
advize the court of his final settlment amount.


                              Sincerely,
Copies of this letter to
Chief Judge Loretta A. Preska          Dana H. Fox, Pro-se
U.S. District Court

Alot of Mr. Fox's paper work is destroyed and case citation is
difficult