UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

| | |
|---|---|
| Dana H. Fox, Pro-se ) <br>      Plaintiff/Appellant ) <br> ) <br> V. ) <br> ) <br> General Motors, Inc ) <br> Motors Liqidators, et al ) <br>      Defendants/Appellee ) | Case # 09-40026(REG) <br><br> Claim # 4287 |

RECEIVED SEP 26 2011 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

## Brief with Motions

Now Comes Mr. Fox Pro-se to incorporate the entire record with this brief and Declare that General Motors, Inc. by and through it's representatives, is <u>Not</u> bankrupt as G.M., Inc. is bailed out by the U.S. Government.

Any person in Bankruptcy Court and District Court and Appeals Court will have to recuse themselves from any involvement in this matter as they collectively have a vested interest in the outcome of this alleged bankruptcy and therefore are not impartial: So Motioned for recusal of all parties described; If holding investments.

Mr. Fox, Pro-se is sworn to defend the U.S. Constitution on several different levels and he Motions the court(s) to recognize their own resposibilities in regards to their own oaths.

Mr. Fox, Pro-se has repeatedly been denied Just treatment in Bankruptcy court and the court ignores it's own provisions in the court's alleged omnibus decision.

Mr. Fox relies on the record and previous pleadings to verify this to prevent redundancy.

General Motors, Inc. is in contempt of court in Florida Circuit court and is one hearing away from the Judge's intention to rule to this effect: [Failure by G.M. to respond to a court ordered subpeona].

This farce of alleged Bankruptcy cannot be allowed to continue And Mr. Fox. Pro-se motions again for claim #4287 to be removed to District Court for review by the U.S. Court of Appeals [Three Judges Deciding instead of one judge being burdened].

Wherefore, having repeatedly stating his position in regards to claim #4287, Mr. Fox Pro-se submits this brief.

A true copy by U.S. Mail to
Courts and Motors Liq.
9/21/11

Respectfully Submitted
Dana H. Fox, Pro-se