PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
By: DAVID S. JONES
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
(212) 637-2739

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, *et al.*, | (Jointly Administered) |
| f/k/a General Motors Corp., *et al.*, | |
| | PRESENTMENT DATE AND TIME: |
| Debtors, | October 7, 2011, 4:00 p.m. |

-------------------------------------------------------------------------   X

## NOTICE OF SETTLEMENT OF ORDER DENYING "APPLICATION OF MARK BUTTITA FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THIS CHAPTER 11 CASE FROM JUNE 4, 2009 THROUGH JULY 15, 2009"

PLEASE TAKE NOTICE that, in accordance with the oral decision of the Honorable Robert E. Gerber in open Court on September 26, 2011, the United States of America, on behalf of the Department of the Treasury, will present the annexed proposed order to the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 604, New York, New York 10004, on October 7, 2011.

PLEASE TAKE FURTHER NOTICE that any objections or proposed counter-orders, if any, shall be made in writing, shall state with particularity the grounds therefor, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-182

by registered users of the Court's electronic filing system and, by all other parties in interest, on a CD ROM, preferably in Portable Document Format (PDF), Wordperfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-182 or by first class mail so as to be actually received by the undersigned not later than two (2) business days prior to October 7, 2011.

Dated: September 27, 2011
New York, New York

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney for the
                              Southern District of New York

By:   /s/_____
       DAVID S. JONES
       Assistant United States Attorney
       United States Attorney's Office
       86 Chambers Street, 3rd floor
       New York, NY  10007
       Tel: 212-637-2739
       Fax: 212-637-2730

# EXHIBIT A