UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| | (Jointly Administered) |
| Debtors, | |

------------------------------------------------------------------------X

### ORDER DENYING "APPLICATION OF MARK BUTTITA FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THIS CHAPTER 11 CASE FROM JUNE 4, 2009 THROUGH JULY 15, 2009"

Upon the "Application of Mark Buttita Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in This Chapter 11 Case From June 4, 2009 Through July 15, 2009" (the "**Application**") (Dkt. Nos. 10233 and 10707), and the objection thereto by the United States of America and the Response of Mark Buttita to the United States' Objection, and upon the arguments presented in open Court on September 26, 2011, and for the reasons stated by the Court in an oral ruling delivered in open Court on September 26, 2011;

It is hereby ORDERED that the Application is denied for the reasons stated by the Court in its oral ruling dated September 26, 2011.

Dated: New York, New York
September __, 2011

 

_____
United States Bankruptcy Judge