# CERTIFICATE OF SERVICE

I, David S. Jones, am employed in the United States Attorney's Office for the Southern District of New York. On September 27, 2011, I caused the foregoing pleading to be served as follows:

By electronic notice via ECF to all persons registered to receive such notice;

By email to the following: Elihu Inselbuch (ei@capdale.com); Rita Tobin (rct@capdale.com); Stephen Karotkin (Stephen.karotkin@weil.com); Thomas Moers Mayer (tmayer@kramerlevin.com); Michael Edelman (MJEdelman@vedderprice.com); Michael Schein (MSchein@vedderprice.com) ;

And by first class mail to the Office of the United States Trustee, and to all persons listed on the service list annexed hereto.

I declare under penalty of perjury that the foregoing is true and correct.

                                                               s/ David S. Jones

New York, New York
September 27, 2011