# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | SHANGHAI REALMOVE BUSINESS CONSULTING LTD <br> RM 1322, NO.2025 <br> ZHONGSHAN RD WEST <br> SHANGHAI, PR CHINA <br> SHANGHAI, 20035 <br> CHINA PEOPLE'S REP |
| Claim Number (if known): | 70759 |
| Date Claim Filed: | 2/2/2011 |
| Total Amount of Claim Filed: | $8,066.00 |

RECEIVED SEP 27 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Sep 21, 2011

Print Name: QIAN, JIONGYI

Title (if applicable): Director

US_ACTIVE:¥43219392¥02¥72240.0639