## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026<br><br>☐   MLC of Harlem, Inc., Case No. 09-13558<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | CABINET LISSADE<br>8 RUE LOUISSAINT BOURDON<br>PORT-AU-PRINCE HT 6111 HTI HAITI |
| Claim Number (if known): | 8432 |
| Date Claim Filed: | 10/12/2009 |
| Total Amount of Claim Filed: | $5,040.00 |

RECEIVED SEP 27 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:_____8/23/11_____    _____

Print Name:_Salim Succar_____

Title (if applicable):_ Attorney at Law_____

---

### DEFINITIONS

US_ACTIVE:¥43219392¥02¥72240.0639