# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br> ☐  MLCS, LLC, Case No. 09-50027 <br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | SWARTZ CREEK (CITY OF) <br> 8083 CIVIC DR <br> SWARTZ CREEK, MI 48473 |
| Claim Number (if known): | 2154 |
| Date Claim Filed: | 10/1/2009 |
| Total Amount of Claim Filed: | $11,771.34 |

RECEIVED SEP 23 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/23/2011

Print Name: Juanita Aguilar

Title (if applicable): City Clerk

### DEFINITIONS