# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | DUKE ENERGY CAROLINAS<br>PO BOX 1321<br>DEC45A<br>CHARLOTTE, NC 28201 |
| Claim Number (if known): | 798 |
| Date Claim Filed: | 7/2/2009 |
| Total Amount of Claim Filed: | $41,163.73 |

RECEIVED SEP 23 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 23, 2011      _Duke Energy Carolinas_

Print Name: Yvonne Crenshaw

Title (if applicable): Sr. Paralegal

US_ACTIVE:\43219392\02\72240.0639