UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br><br> ☐  MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐  MLCS, LLC, Case No. 09-50027 <br><br> ☐  MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | HOGAN BROTHERS INC <br> SEATON & HUSK LP <br> 2240 GALLOWS ROAD <br> VIENNA, VA 22182 |
| Claim Number (if known): | 47973 |
| Date Claim Filed: | 11/25/2009 |
| Total Amount of Claim Filed: | $18,406.11 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 23, 2011

[Signature]

Print Name: Elizabeth McGeatn

Title (if applicable): Attorney for creditor

---

US_ACTIVE:¥43219392¥02¥72240.0639