## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | **X   Motors Liquidation Company, Case No. 09-50026** |
|---|---|
| | ☐   MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐   MLCS, LLC, Case No. 09-50027 |
| | ☐   MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐   Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | HOWARD COUNTY, INDIANA<br>C/O BARNES & THOMBURG LLP<br>ATTN: DAVID POWLEN<br>1000 NORTH WEST STREET, SUITE 1200<br>WILMINGTON,   DE 19801 |
| Claim Number (if known): | 70956 |
| Date Claim Filed: | 2/14/2011 |
| Total Amount of Claim Filed: | $38,550.00 (estimated) |

(RECEIVED stamp: SEP 23 2011 — U.S. BANKRUPTCY COURT, SO DIST OF NEW YORK)

I, the undersigned, am an attorney and authorized signatory for the above-referenced creditor, Howard County, Indiana (the "County"). The County hereby withdraws the above-referenced claim and authorizes the Clerk of this Court, or the Claims Agent for the above-referenced Debtor, to reflect this withdrawal on the official claims register for the Debtor. By withdrawal of this claim from the subject bankruptcy case, the County has not comprehensively waived or released the claim, and respectfully reserves the right to assert and collect upon the claim outside of the subject bankruptcy case from other parties, including without limitation the Environmental Response Trust referenced in the "...Order...Confirming Debtors' Second Amended Joint Chapter 11 Plan" dated March 29, 2011.

HOWARD COUNTY, INDIANA

Dated: _September 23, 2011_

By: _David M. Powlen (signature)_
David M. Powlen
BARNES & THORNBURG LLP
1000 North West St., Suite 1200
Wilmington, DE   190801

*Attorneys for Howard County, Indiana*