# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | ☐ MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐ MLCS, LLC, Case No. 09-50027 |
| | ☐ MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Ruby Hill, LLC<br>2775 Park Avenue<br>Santa Clara, CA   95050 |
| Claim Number (if known): | 70190 |
| Date Claim Filed: | March 29th, 2010 |
| Total Amount of Claim Filed: | Unliquidated |

[RECEIVED SEP 28 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

I, the undersigned, am ~~the above-referenced creditor, or an authorized signatory for~~ *authorized by* the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/27/

*Binder & Malter LLP*

[signature]

Print Name: Wendy W Smith

Title (if applicable): Counsel For Claimant

— To execute this withdrawal of Claim.

US_ACTIVE:¥43219392¥02¥72240.0639