# Amended CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the foregoing Objection by depositing a copy of the same in the United States Mail, postage paid or by UPS, in an envelope addressed as noted below by Mail to all parties:

Honorable Robert E. Gerber  *mailed 9/17/11, mailed amended Certificate of Service 9/24/11*
United States Bankruptcy Judge
Room 621 of the US Bankruptcy Court for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Clerk of Bankruptcy Court  *mailed overnight 9/17/11, mailed Amended certificate 9/24/11*
One Bowling Green
New York, NY 10004-1408

Barry N. Seidel (BS-1945)  *Faxed 1 copies 9/17/11 Certificate of Service w/ object and motion*
Stefanie Birbrower Greer (SG-2898)  *Faxed 2 copies 9/24/11 of Amended Certificate*
DICKSTEIN SHAPIRO LLP  *mailed all docs/cos 9/24/11*
1633 Broadway
New York, New York, 10019-6708
T. (212) 277-6500
F. (212) 277-6501
Attorneys for Motors Liquidation
Company GUC Trust

Attorneys for Debtors  *mailed 9/24/11*
Weil, Gotshal & Manges LLP, 767 Fifth Ave., New York, NY 10153 (Attn: Harvey R. Miller, Esq., Stephen Karotkin, Esq., and Joseph H. Smolinsky, Esq.),the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow); General Motors, LLC, 400 Renaissance Center, Detroit, MI 48265 (Attn: Lawrence S. Buonomo, Esq.), Cadwalader, Wickersham & Taft LLP, attorneys for the U. S. Dept of the Treasury, One World Financial Center, NY, NY 10281 (Attn: John J. Rapisardi, Esq.), the U.S. Department of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, DC 20220 (Attn: Joseph Samarias, Esq.), Vedder Price, P.C., attorneys for Export Development Canada, 1633 Broadway, 47th Floor, New York, NY 10019 (Attn: Michael J. Edelman, Esq. and Michael L. Schein, Esq.), Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, NY, NY 10036(Attn: Thomas Moers Mayer, Esq, Robert Schmidt, Esq., Lauren Macksound, Esq., and Jennifer Sharret, Esq.) The office of the U.S. Trustee for the Southern District of New Your, 33 Whitehall Street, 21st Floor, NY, NY 100004 (Attn: Tracy Hope Davis, Esq.), The U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor, New Yor, NY 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.), Caplin & Drysdale,

Chartered, attorneys for the official committee of unsecured creditors holding asbestos-related claims, 375 Park Ave., 35th Floor, NY, NY 10152-3500 (Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100, Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.), and Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M. Trafelet in his capacity as the legal representative for future asbestos personal injury claimants, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T. Brousseau, Esq.).

This 17th [24th] day of September, 2011.

_____
Tracy Woody, Pro Se