**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |  |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                       ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On September 26, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors and Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting Motors Liquidation Company GUC Trust's Objection to Claim Nos. 39218, 39219, 39220, 39220, 39221, and 39222 filed by Karla Scott, Barbara Hawkins, and Ryan Hawkins for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation [Docket No. 10960].

Dated: September 29, 2011             /s/ Barbara Kelley Keane
       Lake Success, New York         Barbara Kelley Keane


Sworn to before me this 29th day of September, 2011

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2013

# EXHIBIT A

HAWKINS, RYAN  
8955 NW 1ST AVE  
MIAMI, FL 32827

HAWKINS, RYAN  
GARY, WILLIAMS,PARENTI, FINNEY, LEWIS, MCMANUS,  
WATSON & SPERANDO  
221 E OSCEOLA ST  
STUART, FL 34994-2213

KARLA SCOTT, RYAN HAWKINS, ET AL.  
C/O GARY, WILLIAMS, PARENTI, FINNEY, WATSON & SPERANDO  
ATTN: D. WATSON & T. GARY  
221 E OSCEOLA ST  
STUART, FL 34994

SCOTT, KARLA  
8955 NW 1ST AVE  
MIAMI, FL 32827

SCOTT, KARLA  
C/O GARY WILLIAMS PARENTI FINNEY LEWIS MCMANUS  
D. WATSON & T. GARY  
221 E OSCEOLA ST  
STUART, FL 34994-2213