UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
COUNTY OF NASSAU     ) ss:

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On September 27, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors and Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected party):

- **Notice of Settlement of Proposed Order Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) (I) Enforcing Settlement Agreement with Claimant Barry N. Spencer, Jr. And (II) Enjoining Claimant from Further Action Against Officers and Professionals of the Debtors, the Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust** [Docket No. 10990].

Dated:  September 29, 2011
        Lake Success, New York

 /s/Barbara Kelley Keane_____
Barbara Kelley Keane

Sworn to before me this 29th day of September, 2011

 /s/Susan P. Goddard_____
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2013

# EXHIBIT A

BARRY N. SPENCER  
C/O SYLVESTER SPENCER  
PO BOX 191128  
ROXBURY, MA 02119

BARRY N. SPENCER  
OFFENDER ID A115500  
MCI-CONCORD  
965 ELM ST, PO BOX 9106  
CONCORD, MA 01742