

*already filed, objection, et. al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.,  Chapter 11 Case No.
f/k/a General Motors Corp., et al.     09-50026 (REG)
Debtors.                               (Jointly Administered)

Objection to Debtor's For Entry of an Order Establishing Claims Reserves in Connection with Distributions to be Made Under the Debtors' Amended Joint Chapter 11 Plan with Respect to, Among Other Things, Certain Unliquidated Claims

1. As the claimant, Tracy Woody, was granted an allowable claim by this Bankruptcy Court in which my claim was initially filed 10/25/10 claim number #70481 and amended claim of total damages and losses with attached documentation of such damages filed by 2/8/11 against General Motors Corporation ("GM"), I object that my claim and amended claim was not listed in the established and allowable claims of the Debtor, "GM."

2. The claim arised from a lawsuit attached to the claim filed against GM for manufactured defects and product liability, fraud, et. al. from the time of purchase of their manufactured Chevrolet Suburban SUV. Claims in the case also included Magnuson-Moss Warranty Act, Uniform Commercial Code Summary entitling a Revocation of contract, exist several legitimate claims in this case that I have stated with specificity including evidence supplied partly by GM themselves and as a result of a lawsuit filed previously against GM the manufactured defects in the SUV where the instrument cluster, speedometer or stepper motor and a panel