**Mark Schlachet**
3637 South Green Road, 2d Floor
Cleveland, Ohio 44122
P: (216) 896-0714
F: (216)514-6406
mschlachet@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
In re:                                      : Chapter 11
                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,       : Case No. 09-50026 (REG)
f/k/a GENERAL MOTORS CORP., *et al.*,       :
                                            :
Debtors.                                    : (Jointly Administered)
------------------------------------------------------------X

### Certificate of the Notice of Presentment of Proposed Order Pursuant to Fed. R. Bankr. P. 9007 Permitting Electronic Service To Master Service List In Specific Adversary Proceedings

I, Mark Schlachet, hereby certify that on September 29, 2011, I caused to be served the Notice of Presentment of Proposed Order Pursuant to Fed. R. Bankr. P. 9007 Permitting Electronic Service To Master Service List In Specific Adversary Proceedings, filed September 28, 2011 (Dkt. No. 10991) via first class mail, postage prepaid, upon the persons and entities listed in the Master Service List current as of September 26, 2011.

Dated: October 4, 2011                By: Mark Schlachet

                                      Mark Schlachet, Esq.
                                      3637 South Green Road, 2d Floor
                                      Cleveland, Ohio 44122
                                      P: (216) 896-0714
                                      F: (216)514-6406
                                      mschlachet@gmail.com