UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re: GENERAL MOTORS CORPORATION,

                      Debtor

---------------------------------------------------------x

                      Plaintiff

                      v.

                      Defendant

---------------------------------------------------------x

Case No.: 09-50026-reg

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Peter J. Lucas, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent Daniels Motors, Inc. and Rival, LLC, that are creditors in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Colorado and, if applicable, the bar of the U.S. District Court for the District of Colorado.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 9/19/2011
_____, New York

/s/ Peter J. Lucas, Colo No. 13345
*Mailing Address:*

Appel & Lucas, P.C.
1660 17th St, Suite 200
Denver, CO 80202
E-mail address: lucasp@appellucas.com
Telephone number: (303) 297-9800

RECEIVED
SEP 28 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of September, 2011, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served by prepaid first class US Mail on the following:

Andrea B. Schwartz
Brian Shoichi Masumoto
Office of the United States Trustee
33 Whitehall Street  21st Floor
New York, NY 10004

Daniel R. Murray
Jenner & Block, LLP
330 N. Wabash Avenue
Chicago, IL 606011

David R. Berz
Weil Gotshal & Manges, LLP
1300 Eye Street, NW  Suite 900
Washington, DC 20005

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Donald F. Baty, Jr.
Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Philip Bentley
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

Eric Fisher
Dickstein Shapiro LLP
1630 Broadway
32nd Floor
New York, NY 10017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: GENERAL MOTORS CORPORATION,        Case No.: 09-50026-reg

                                          Chapter 11

                    Debtor
-----------------------------------------------------------x
                                          Adversary Proceeding No.: _____

                    Plaintiff

              v.


                    Defendant
-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Peter J. Lucas  , to be admitted, *pro hac vice*, to represent  Daniels Motors, Inc. and Rival, LLC  , (the "Client") a  s   creditors  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Colorado  and, if applicable, the bar of the U.S. District Court for the _____ District of  Colorado  , it is hereby

**ORDERED**, that  Peter J. Lucas  , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York            /s/ _____
                               UNITED STATES BANKRUPTCY JUDGE