# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026 <br><br> ☐   MLC of Harlem, Inc., Case No. 09-13558 <br><br> ☐   MLCS, LLC, Case No. 09-50027 <br><br> ☐   MLCS Distribution Corporation, Case No. 09-50028 <br><br> ☐   Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> ☐   Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | STATE OF CONNECTICUT <br> UNCLAIMED PROPERTY DIV <br> 55 ELM ST 7TH FL <br> HARTFORD,   CT 06106 |
| Claim Number (if known): | 9194 |
| Date Claim Filed: | 10/13/2009 |
| Total Amount of Claim Filed: | $0.00 |

RECEIVED
SEP 29 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 28, 2011

Print Name: Elizabeth J. Austin

Title (if applicable): Counsel for the State of Connecticut