9-28-2011

Dear Honorable Robert E. Gerber,

My name is Anastazia Stelmach. I am writing to you on behalf of my deceased father, Michael Stelmach. He passed away in April 2008. I was preoccupied with a lot of legal matters, I set the papers aside and forgot about them. Also I could not understand why the courts send my father bankrupcy papers. When the second papers came, I called the Motors Liquidation Co., and was advised to go on the internet and print, fill out, sign, and mail it in even though it was passed due date. I am asking you your Honor if there is anything you can do to help me with this matter. Thank You for your kind consideration.

Respectfully Yours
Anastazia Stelmach
5324 Bingham
Dearborn, Mi., 48126

RECEIVED
OCT - 3 2011
U.S. BANKRUPTCY COURT, SDNY
REG

Home   313   581-3662
Work   313   383-8773
Cell   313   706-2342