

RECEIVED
SEP 30 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

September 26, 2011

Clerk of Courts
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

Re: Supporting Documentation to Appeal
Motors Liquidation Company
Order Granting 151st Omnibus Objection to Claims
Claim number 60788 in the amount $129,197.04
Docket number 10784
Case number 0950026

Please accept this letter as supporting documentation in my appeal of reclassifying my claim as an equity interest. I do not feel that my concerns have been adequately considered. I wish to appeal that my claim has been reclassified as an equity interest claim.

General Motors fraudulently misrepresented the viability of their company to me. General Motors must have known that the viability of the company was deteriorating months, possibly years, before filing for bankruptcy. I feel that General Motors knew that its stock would eventually be worthless, and rather than notify me or take action to protect me from loss, they chose to take no action. It is my belief that due to fraud and misrepresentation that my claim should not have been reclassified as equity interest. The result is unjust and inequitable.

General Motors misrepresented the value of the company by continuing to allow GM stock to be included in the retirement savings plan of its employees, even while the value was continuing to decline. This falsely led participants to believe that the Stock Fund value could turn around as it always had done so in the past. In the past, when the stock declined, GM never notified us that we should liquidate our position, and it always recovered in value. In a matter of 18 months GM's lack of prudence resulted in a 94% loss in value ($129,197.04). General Motors did not exercise the required skill, care, prudence, and diligence by granting its employees investment access to its stock.

Additionally, General Motors failed to properly monitor the performance of their fiduciary appointee and remove or replace them when their performance was unsatisfactory.

Further, my interests were held in bonds in addition to General Motors stock. As you can see from the attached statement provided by Fidelity, my interest includes bonds, not just stock, and when action was finally taken to protect me from my employer's lack of prudence, 100% of the remaining value was held in bonds.

It is my request that you seriously consider my appeal and include me as a creditor of General Motors.

Sincerely,

*[signature: Mark F. Hasson III]*

Mark F. Hasson III
417 Bute Road
Uniontown, PA  15401
724-437-3679

Attachments:
A - Copy of Notice of Appeal received by Clerk of Courts on September 19, 2011
B - Support of $129,197.04 claim
C - Fidelity statement from April 24, 2009
D - Fidelity statement from April 30, 2009

Attachment A

Official Form 17
(12/04)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re __Motors Liquidation Company__
    Debtor

Case No. __09-50026__

Chapter __11__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

### NOTICE OF APPEAL

__Mark F. Hasson III__, the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __9th__ day of __September__, __2011__.
                                                  (month)     (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

See attachment

Dated: __9-17-11__

Signed: __Mark F. Hasson III__
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: __417 Bute Road__
__Uniontown PA 15401__

Telephone No: __724-437-3679__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Supporting documentation to be sent separately.

Attachment B

Transaction History Overview >

# Transaction History　　　　　　　　　　　　　　　　　　　　　　Print

**View history from the time you opened your account to the present.**

Frequently Asked Questions

○ Download Transaction History

○ View Processed Exchanges

**Select Time Period or Date Range**

| Time Period | Custom Date Range | From | 04/01/2009 (mm/dd/yyyy) | To | 04/30/2009 (mm/dd/yyyy) |

Get History

**Investments** | Sources

**Transaction History Period: 04/01/2009 to 04/30/2009**

**Transaction Details**

| Date ▲ | Investment | Transaction Type | Amount | # Shares or Units |
|---|---|---|---|---|
| 04/30/2009 | PROMARK INCOME FUND | Exchange In | $8,115.55 | 366.805 |
| ⊞ Show Details | | | | |
| 04/30/2009 | GM COMMON STOCK | Investment Gain/Loss | (-$129,197.04) | 0.000 |
| ⊞ Show Details | | | | |
| 04/30/2009 | GM COMMON STOCK | Exchange Out | -$8,115.55 | -1,722.533 |
| ⊞ Show Details | | | | |

Questions? Call **(800) 489-4646**

NetBenefits™ provided by
**Fidelity**

© 1996-2009 FMR LLC
All rights reserved.

Terms of Use　Privacy　Security

IA=1 SZ=1

https://workplaceservices100.fidelity.com/netbenefits/savings2/transactionhistory/detail　　　　11/5/2009

Attachment C



**GENERAL MOTORS**

MARK F HASSON III
417 BUTE RD
UNIONTOWN, PA 15401-

**Savings-Stock Purchase Program**

☎ Customer Service: (800) 489-4646
Fidelity Investments Institutional Operations Company, Inc.
82 Devonshire Street
Boston, MA 02109

## Account Activity This Period

Statement Period: 04/24/2009 to 04/24/2009

| | |
|---|---|
| **Beginning Balance** | $8,705.35 |
| Investment Gain/Loss | $10.00 |
| **Ending Balance** | $8,715.35 |
| **Additional Information** | |
| Vested Balance | $8,715.35 |

### Your Personal Rate of Return

**This Period**   0.1%

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation

Statement Period: 04/24/2009 to 04/24/2009



■ 93.11% Stock Investments: $8,114.86
□ 6.89% Bond Investments: $600.49

Your account is allocated among the asset classes specified above as of 04/24/2009. Percentages and totals may not be exact due to rounding.

## Market Value of Your Account

Statement Period: 04/24/2009 to 04/24/2009

Attachment D



**GENERAL MOTORS**

**Savings-Stock Purchase Program**

October 11, 2007 - April 30, 2009

ENV#MG000033
MG 25001   Q

MARK F HASSON I I I
417 BUTE RD
UNIONTOWN, PA 15401

GM Benefits and Services Center: 1-800-489-4646
S-SPP Websites: www.gmbenefits.com & @ work: Socrates
Representatives are available between 8:30 AM
and 12:00 Midnight Eastern Time any business day.

## Account Activity This Period

| | |
|---|---|
| Beginning Market Value | $160,296.60 |
| Dividends | 3,133.46 |
| Trans./Dividend Payout | -3,133.46 |
| Exchange In | 8,713.01 |
| Exchange Out | -8,713.01 |
| Adjustment | 630.70 |
| Investment Gain/Loss | -152,210.98 |
| **Ending Market Value** | **$8,716.32** |

Additional Information
♦ Vested Balance                $8,716.32

**Your Personal Rate of Return**
This Period                     -94.4%
Calendar Year to Date           -37.0%

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation



Bonds 100%

Your account is currently allocated among the asset classes specified above. Percentages and totals may not be exact due to rounding.

## Market Value of Your Account

Displayed in this section is the value of your account for the statement period, in both shares/units and dollars.

| Investment | Shares/Units on 10/10/2007 | Shares/Units on 04/30/2009 | Price on 10/10/2007 | Price on 04/30/2009 | Market Value on 10/10/2007 | Market Value on 04/30/2009 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$160,296.60** | **$0.00** |
| GM Common Stock | 1,722.533 | 0.000 | $93.05 | $4.71 | 160,296.60 | 0.00 |
| **Bond Investments** | | | | | **$0.00** | **$8,716.32** |
| Promark Income Fund | 0.000 | 393.959 | $20.65 | $22.12 | 0.00 | 8,716.32 |
| **Account Total** | | | | | **$160,296.60** | **$8,716.32** |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.