**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                    :   Chapter 11
                                         :
MOTORS LIQUIDATION COMPANY, et al.,      :   Case No. 09-50026 (REG)
     f/k/a General Motors Corp., et al., :
                                         :
              Debtors.                   :   (Jointly Administered)
                                         :
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, and Post-Effective Date Debtors, I caused a true and correct copy of the following documents to be served by overnight delivery on Barry N. Spencer as set forth on Exhibit A annexed hereto (affected party):

- Order Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) (I) Enforcing Settlement Agreement with Claimant Barry N. Spencer, Jr. and (II) Enjoining Claimant from Further Action Against Officers and Professionals of the Debtors, the Post-Effective Debtors, and Motors Liquidation Company GUC Trust [Docket No. 11006]; and

- Hearing Transcript [September 26, 2011].

Dated:  October 5, 2011                                   /s/ Barbara Kelley Keane
    Lake Success, New York                              Barbara Kelley Keane

Sworn to before me this 5th day of October, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

| | |
|---|---|
| BARRY N. SPENCER | BARRY N. SPENCER |
| C/O SYLVESTER SPENCER | OFFENDER ID A115500 |
| PO BOX 191128 | MCI-CONCORD |
| ROXBURY, MA 02119 | 965 ELM ST |
| | PO BOX 9106 |
| | CONCORD, MA 01742 |