```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
 In re                                          :   Chapter 11
                                                :
 MOTORS LIQUIDATION COMPANY, et al.,            :   Case No. 09-50026 (REG)
        f/k/a General Motors Corp., et al.,     :
                                                :
                Debtors.                        :   (Jointly Administered)
                                                :
-----------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On October 4, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on BKK Joint Defense Group, c/o James Dragna, Bingham McCutchen LLP, 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071 (an affected party):

- Stipulation and Agreed Order Resolving Claim No. 36709 [Docket No. 11004].

Dated:  October 5, 2011                    /s/ Barbara Kelley Keane
       Lake Success, New York            Barbara Kelley Keane

Sworn to before me this 5th day of October, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015