**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                    ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On September 29, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors and Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid on the party identified on Exhibit A annexed hereto (affected party):

- Order Granting 244th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 10962].

Dated:  October 5, 2011                             /s/ Barbara Kelley Keane
           Lake Success, New York                   Barbara Kelley Keane

Sworn to before me this 5th day of October, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

RELCO SYSTEMS INC
C/O DAMON MOREY LLP
ATTN WILLIAM P SAVINO ESQ
200 DELAWARE AVENUE
BUFFALO, NY 14202