**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On September 21, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by facsimile and overnight delivery on Jose Torres, as personal representative of the Estate of Valeria Torres-Rodriguez, at facsimile number: (407) 770-6066, and mailing address: Jose Torres, c/o Luzardo Pendas Esq. and Larry Trias Esq., Estate of Valeria Torres-Rodriguez, 625 East Colonial Drive, Orlando, Florida 32801 (affected party):

- Order Granting Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 1038 Filed by Jose Torres as Personal Representative of the Estate of Valeria Torres-Rodriguez for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(A) and General Order M-390 Authorizing Implementation of Alternate Dispute Procedures, Including Mandatory Mediation [Docket No. 10924].

|  |  |
|---|---|
| Dated:  October 5, 2011<br>Lake Success, New York | /s/ Barbara Kelley Keane<br>Barbara Kelley Keane |

Sworn to before me this 5th day of October, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015