UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                                              : Chapter 11
                                                                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,    : Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,                 :
                                                                                        :
                       Debtors.                                           : (Jointly Administered)
                                                                                        :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss
COUNTY OF NASSAU   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession ("the Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On September 26, 2011, at the direction of Weil, Gotshal & Manges LLP ("Weil Gotshal"), counsel for the Debtors and Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting 243rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 10961].

3. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- Order Granting 244th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 10962].

4. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- Order Granting 245th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 10963].

5. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit D annexed hereto (affected parties):

- Order Granting 246th Omnibus Objection to Claims (No Liability Claims) [Docket No. 10964].

6. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on Robert A. Cramer, c/o Robert J. Dinges Esq., 615 Griswold Street, 1117 Ford Building, Detroit, Michigan 48226 (affected party):

- Order Granting 234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) [Docket No. 10965].

7. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on Charles T. Powell, c/o Steven C. Powell, Powell Murphy PLLC, 322 N. Old Woodward, Birmingham, Michigan 48009 (affected party):

- Order Granting 235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) [Docket No. 10966].

8. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit E annexed hereto (affected parties):

- Order Granting 242nd Omnibus Objection to Claims (Contingent Co-Liability Claims) [Docket No. 10972].

9. On September 26, 2011, also at the direction of Weil Gotshal, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit F annexed hereto (affected parties):

- Order Granting 237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) [Docket No. 10973].

Dated: October 5, 2011　　　　　　　　　　/s/ Barbara Kelley Keane
　　　　Lake Success, New York　　　　　　　Barbara Kelley Keane

Sworn to before me this 5th day of October, 2011

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

| | |
|---|---|
| LYNDIA BREWER ON BEHALF OF<br>THE ESTATE OF MARCUS WIRT<br>C/O SANDERS LAW FIRM<br>ATTN ARCHIE SANDERS<br>119 SOUTH MAIN ST<br>MEMPHIS, TN 38103 | OVERSTREET CATHY SUE<br>OVERSTREET, CATHY SUE<br>PO BOX 603<br>NATCHITOCHES, LA 71458-0603 |
| OVERSTREET, KATLYN<br>HARRINGTON BILLY JOE LAW OFFICES OF<br>PO BOX 603<br>NATCHITOCHES, LA 71458-0603 | OVERSTREET, MEGAN<br>HARRINGTON BILLY JOE LAW OFFICES OF<br>PO BOX 603<br>NATCHITOCHES, LA 71458-0603 |
| PEGGY L JERNIGAN<br>9738 STATE HWY 104<br>FAIRHOPE, AL 36532 | TRACY WOODY<br>4908 VALLERY PLACE<br>RALEIGH, NC 27604 |

# EXHIBIT B

| | |
|---|---|
| AUSTIN AND REBECCA VIALL<br>710 KELLER LANE<br>TUSCUMBIA, AL 35674 | C R RONDINIELLI INC<br>220 AVE LOS ATLETICOS<br>SAN GERMAN, PR 00683-4527 |
| CHRISTEEN SAULTERS/HINTON<br>254 ROSS MCPHAIL RD<br>CARSON, MS 39427 | CHRISTEEN SAULTERS/HINTON<br>468 GATHER JOHNSON RD<br>MAGEE, MS 39111 |
| ERICA L DAVIS<br>C/O LAW OFFICES OF ROGER A GEDDES<br>ATTN: ROGER A GEDDES, ESQ<br>16211 N SCOTTSDALE RD, SUITE 470<br>SCOTTSDALE, AZ 85254 | JACOB HALL<br>420 S MISSOURI AVE<br>BELLEVILLE, IL 62220-3745 |
| LINDA FISHER<br>17904 DANIELSON ST<br>APT 103<br>CANYON COUNTRY, CA 91387-6090 | LINDA FISHER<br>17904 DANIELSON ST APT 103<br>CANYON COUNTRY, CA 91387-6090 |
| MRS TERRY L LOVE<br>PO BOX 585<br>FLINT, MI 48501-0585 | |

# EXHIBIT C

ARANZUZA MEJIA
C/O SALVATORE & NOKES LLP
ATTN: EDOARDO RIGO SALVATORE, ESQ
410 BROADWAY, SUITE 100
LAGUNA BEACH, CA 92651

CLAYBORN COLEMAN
C/O CHARLES W PULLIAM ATTORNEY AT LAW
931 E 192ND PL
GLENWOOD, IL 60425

CROWN ENTERPRISES INC
ATTN MARILYN MITCHELL CORPORATE COUNSEL
12225 STEPHENS RD
WARREN, MI 48089

DIANE VAN WINKLE
C/O MAGUIRE LAW FIRM
607 BRIARWOOD DRIVE, SUITE 1
MYRTLE BEACH, SC 29572

DONALD WARNER C/O JOSEPH H HOWITT ESQ
18831 W 12 MILE RD
LATHRUP VILLAGE, MI 48076

EVANS, JESMER
15130 W 9 MILE RD
OAK PARK, MI 48237-2569

JERMEY DELAROSA
C/O SYLVIA QUINN
1002 18TH ST NW APT G-25
CHILDRESS, TX 79201

K SCOTT BERG
226 W SOUTH ST #1
DRESSER, WI 54009

MARY LEE METZLER
4847 FEATHERBED LN
SARASOTA, FL 34242

MICHAEL STELMACH SR
C/O ANASTAZIA STELMACH
5324 BINGHAM
DEARBORN, MI 48126

STEPHAN A TRUXALL SR
C/O STEPHAN AND CHERYL TRUXALL
1250 ALTON DR SW
SHERRODSVILLE, OH 44675

WINGO WINSTON
16863 TRACEY ST
DETROIT, MI 48235-4024

# EXHIBIT D

BUCKLEY ERMA JEANINE  
175 W 90TH ST  
APT 5C  
NEW YORK, NY 10024

KEVIN A KING  
C/O BRENT L ENGLISH  
1500 WEST 3RD ST  
470 MK FERGUSON PLAZA  
CLEVELAND, OH 44113

# EXHIBIT E

| | |
|---|---|
| CENTERPOINT ASSOCIATES LLC<br>C/O EARLE I ERMAN ESQ<br>ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE STE 444<br>SOUTHFIELD, MI 48034 | SENECA INSURANCE COMPANY INC<br>ATTN: ERIC GOLDBERG ESQ<br>KAHN AND GOLDBERG LLP<br>708 THIRD AVE - 19TH FLOOR<br>NEW YORK, NY 10017 |
| STATE FARM FIRE AND CASUALTY COMPANY<br>C/O EVEZICH LAW OFFICE<br>175 NE GILMAN BLVD, STE 209<br>ISAAQUAH, WA 98027 | |

# EXHIBIT F

CARY, BEVERLY A
2820 N NEBRASKA AVE
TAMPA, FL 33603

CARY, BEVERLY A
912 E CURTIS ST
TAMPA, FL 33603-4008

ROMAN, ARACELIA A
HC 4 BOX 48300
AGUADILLA, PR 00603-9798