248th Omnibus Objection  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| 09-50026<br>14755 KILLION ST.<br>SHERMAN OAK, CA 91411 | 71036 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| ABDALLAH NASSER<br>22222 GRUNDY RD<br>WOODBRIDGE, VA 22191 | 70826 | Motors Liquidation Company | $0.00 (S)<br>$2,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$2,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| BASELEON, GUS G<br>16108 CARLOW CIR<br>MANHATTAN, IL 60442-6109 | 14897 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| BAYLIS, RONALD<br>24800 TEMPLAR AVE<br>SOUTHFIELD, MI 48075-3070 | 3437 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| BRUCE E WILHELM<br>7358 CORWIN CT<br>INDIANAPOLIS, IN 46259 | 70630 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**248th Omnibus Objection** — **Exhibit A** — **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CALLAHAN, HILDA F<br>2 CARMEN AVE<br><br>HAMILTON, OH 45013-1612 | 2304 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$18,000.00 (U)<br>$18,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| CHARLES TONY WATSON<br>10990 LIGHTHOUSE DR<br>APT 323<br>BELLEVILLE, MI 48111-1526 | 70664 | Motors Liquidation Company | $0.00 (S)<br>$11,960.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,960.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| D RENFROE TAYLOR<br>TOD ACCOUNT<br>134 SINCLAIR CIRCLE, SE<br>EATONTON, GA 31024-7629 | 2284 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$980.00 (U)<br>$980.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| DE WETTER, ARTHUR P<br>14440 COVE CREEK CT<br><br>SHELBY TOWNSHIP, MI 48315-4312 | 1998 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| FRANK CINA AS PERSONAL REP OF ESTATE OF PENNY P CINA<br>COUNCIL WOOTEN JR WOOTEN KIMBROUGH ET AL<br>236 S LUCERNE CIRCLE<br>ORLANDO, FL 32801 | 45 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

248th Omnibus Objection     Exhibit A     <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GEORGE C EMENS<br>ROBERT F EMENS<br>C/O BRIGHTON SECURITIES<br>1703 MONROE AVENUE<br>ROCHESTER, NY 14618-1487 | 70685 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| GOMEZ HOLDINGS INC<br>PO BOX 194242<br>SAN JUAN, PR 00919-4242 | 70875 | Motors Liquidation Company | $0.00 (S)<br>$3,275.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,275.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| GREGORY L NEACE<br>5071 BELLVIEW CT<br>HUBER HEIGHTS, OH 45424-2505 | 3157 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$867.00 (P)<br>$0.00 (U)<br>$867.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| GUS BASELEON<br>16108 CARLOW CIR<br>MANHATTAN, IL 60442-6109 | 14898 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| HENRY JACKSON<br>2633 STEEPLECHASE ROAD<br>Edmond, OK 73034 | 70825 | Motors Liquidation Company | $0.00 (S)<br>$500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$500.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

**248th Omnibus Objection**     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN A HASH<br>844 HAIGHT ST<br>SAN ANTONIO, TX 94117-3217 | 70823 | Motors Liquidation Company | $0.00 (S)<br>$8,998.10 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,998.10 (T) | Insufficient Documentation | Pgs. 4-5 |
| JOHN WALTERS<br>1716 10TH AVE<br>TUSACALOOSA, AL 35401 | 70653 | Motors Liquidation Company | $0.00 (S)<br>$25,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| JOSEPH E PRESTON<br>709 NORTH HEINCKE ROAD<br>MIAMISBURG, OH 45342-2741 | 1885 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| KENNETH & ELAINE FASS<br>633 COLONIAL DR<br>DALLASTOWN, PA 17313 | 70698 | Motors Liquidation Company | $0.00 (S)<br>$4,898.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$4,898.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| KERRY FLATAU<br>3301 POPLAR ST<br>APT 1109<br>LAKE ORION, MI 48359 | 61748 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

248th Omnibus Objection     **Exhibit A**     Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KIMBERLY GLAZE<br>161 SUNBURST CIRCLE<br>BIRMINGHAM, AL 35215-7024 | 70646 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| KOSCHO, MICHAEL C<br>2631 ROBINHOOD DR<br>LORAIN, OH 44053-1564 | 13738 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$40,000.00 (P)<br>$0.00 (U)<br>$40,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| LARRY FISHELL<br>ATTN FRED A CUSTER<br>MATERNA CUSTER & ASSOCIATES<br>28051 DEQUINDRE<br>MADISON HEIGHTS, MI 48071 | 989 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| LEXIE LYLES GUARDIAN OF ANTONIO HODGES A MINOR<br>JP SAWYER<br>218 COMMERCE ST<br>MONTGOMERY, AL 36104 | 372 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| MELVYN MICHAEL LEBETKIN<br>12A FALLOWFIELD<br>STANMORE, HA7 3DF GREAT BRITAIN | 70827 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

248th Omnibus Objection     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL MELFI<br>4421 LACON CIR<br><br>HILLIARD, OH 43026 | 70768 | Motors Liquidation Company | $0.00 (S)<br>$25,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| MICHELIN, DONALD<br>C/O GEICO<br>1 GEICO LNDG<br>VIRGINIA BEACH, VA 23454-5694 | 14260 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,562.13 (U)<br>$2,562.13 (T) | Insufficient Documentation | Pgs. 4-5 |
| MIRJAVAD NAGHAVI<br>6553 N. TRUMBULL AVE.<br><br>LINCOLNWOOD, IL 60712<br>UNITED STATES OF AMERICA | 70804 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| MORRIS ROSENZWEIG<br>2260 ESPLANADE<br><br>BRONX, NY 10469 | 10529 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$600.00 (U)<br>$600.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| PAUL HOFFSTEIN<br>257 STANDISH ROAD<br><br>MERION STATION, PA 19066<br>UNITED STATES OF AMERICA | 70658 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg    Doc 11020    Filed 10/06/11    Entered 10/06/11 14:56:59    Main Document
Pg 7 of 9

248th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT F EMENS<br>861 MORGAN ROAD<br><br>NORTH CHILI, NY 14618 | 70686 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| STEPHENS, EDDYE C<br>3402 BRENTWOOD DR<br><br>FLINT, MI 48503-2380 | 14814 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$16,000.00  (U)<br>$16,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| SUSAN HERMANN<br>1639 MACKWOOD RD<br><br>ROCHESTER HILLS, MI 48307<br>UNITED STATES OF AMERICA | 33539 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,000,000.00  (U)<br>$1,000,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |
| TAMMY MITCHELL<br>4297 CENTERVILLE CHURCH RD<br><br>FAIRMONT, NC 28340-8426 | 36924 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$350,000.00  (U)<br>$350,000.00  (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| THERESA M. THIBODEAU<br>ATTN: STEVEN T. BLACKWELL, ESQ.<br>LANHAM BLACKWELL, P.A.<br>470 EVERGREEN WOODS<br>BANGOR, ME 04401 | 61 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,200,000.00  (U)<br>$1,200,000.00  (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

248th Omnibus Objection     **Exhibit A**     <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VANESSA A SMITH / MARCIA PRICE<br>1724 OTTAWA DR<br>TOLEDO, OH 43606 | 70760 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| WENDY HARPER<br>861 FAIRFIELD ROAD<br>#515 NORTH<br>VICTORIA BC CANADA V8V 5A9 | 45773 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,000,000.00 (U)<br>$3,000,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| WILLIAM KUNTZ<br>PO BOX 1801<br>NANTUCKET, MA 02554-1801 | 1093 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,500.00 (U)<br>$4,500.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| WILLIAM KUNTZ<br>PO BOX 1801<br>NANTUCCET, MA 02554-1801 | 1398 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,400.00 (U)<br>$2,400.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| WILLIAM KUNTZ III<br>PO BOX 1801<br>NANTUCKET, MA 02554-1801 | 1092 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300.00 (U)<br>$300.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 248th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIE E GREENLEE<br>318 BEVERLY HUGHES RD<br><br>STEENS, MS 39766 | 70774 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4-5 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 41 | | $0.00 (S) | |
| | | | $81,631.10 (A) | |
| | | | $40,867.00 (P) | |
| | | | $11,630,342.13 (U) | |
| | | | $11,752,840.23 (T) | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.