## CERTIFICATE OF SERVICE

Case Name:  **Petitioners** _____ v. **Respondent(s)**  _____

Case No.: 10-2-25688-7 KNT WA.  _____

IMPORTANT:    Copies of this brief and any attachments must be
sent to ALL parties in this case.  Please list below the names and
addresses of the parties who were sent a copy of your brief and
the dates on which they were served.  Be sure to sign the
statement below.

    I certify that a copy of this brief and any attachments was
served, either in person or by mail, on the persons listed below.

*Clinton M. Tullis*

Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Clerk of the Court to Deliver to Honorable Judge:Robert E. Gerbert | Bankruptcy Court Alexander Hamilton Custom House, One Bowling Green,New York,New York 10004-1408 *In the Southern District of New York* | 10-3-11 |
| Mary Mato:for Universal Underwriters Insurance | PO Box 968062 Schaumtusrg, Ill. 60196 | 10-3-11 |
| Zurich Universal Underwriters Insurance Company Rancho Cordova Claims Office | Omahah,Nebraska 68154-8010 | 10-3-11 |
| General Motors Corporation Mike Darowski | PO Box 33172 Detroit, Mi. 482325772 | 10-3-11 |

*Five million $ dollars came from attorneys weil, gotshal and manges (LLP) also _____ _____ to be assisted in that payment to Petitioners is David R Berg and Brianna Benfield (MLC) whom assisted the LLP in illegal attempt to scare plaintiffs into dropping their lease against H Mc Lean plaintiffs into dropping their lease _____ not considering washington agency of cornforth campbell _____ not considering washington state criminal Laws enacted by the defendants.*

# 2. Law Firm of WEIL,GOTSHALL & MANGES, LLP -------Law Firm:Willful-Malicious Conduct, Directed
Representing GMC through: Motors Liquidation Co.         a Criminal order to Petitioners to cancel this
                          DEFENDANTS         Case within five days or be prosecuted

# 3. GENERAL MOTORS CORPORATION         No.3. Cannot Take Bankruptcy or find other means
     Combined with No1 above    DEFENDANTS         to hide Values: Defied Wa. State Criminal Laws

*RCW.9A.08.030, RCW 9A.28.040, RCW 9A.28.020*

#2. Above:Defendants, Recently Transmitted GMC      No.4.All Business to the Judge shall be filed through
     Defendants to Officiating Bankruptcy Court Judge:      the United States Clerk of the Bankruptcy Court
     HONORABLE ROBERT E.GERBERT← *? the last letter = ?*      for the Southern District of New York at
     To dispose of General Motors Bankruptcy Debts *?*      Alexander Hamilton Custom House, "One
     (" Bankruptcy Courts Web Sight")      Bowling Green", New York, New York 10004.
     (www.nysb.uscourts.gov.) for all parties at (www.motorsliquidationdocet.com).

_____

A & B : Nos. 1,2 & 3

.(A): The Nos. 1 & 3 above conspiring Defendants were believed to be, and therefore alleged to be, all
     Doing business and officially responsible of safety performance of new and used vehicles as a
     General Motors Agency advertised as a GMC Mr. Good-Wrench Dealership, operated by Cornforth
     Campbell in the City of Puyallup, State of Washington.
(B): The No.2 above conspiring "Defendants Law Firm"; is positively ordered to pay an additional Five
Million Dollars to plaintiffs from the Law Firms, Criminal order, to Plaintiffs to cancel General Motors
Debt To Plaintiffs within five days or be incarcerated. Nothing Printed in Washington State Law Books
     have Honored Criminals, or those assisting in Criminal acts such as performed by Defendants.

C. .

DEFENDANTS CRIMINAL (CULPABLE) NEGLIGENCE

Honorable Judge Hollis Hill

## Superior Court of Washington
## County of KING

In re: Clinton M. & Margaret L.
Tullis & Palimony Relationship
Thereof.

and                     PETITIONERS

Universal Underwriters Insur.nce CO.
Attn.Mary Mato & Complicity of
General Motors Corporation Respondent(s).

No. 10-2-25688-7 Kent

**Motion for Order re:**

on the merits to to pay the
**(Optional Use)** sum that
**(MT)** Petitioners ask for.

### I. Relief Requested

Clinton and Margaret L. Tullis _____ [Name of party] moves the court for an order re:

Decision & Compensation For Life Time Injuries _____ granting the following relief

[explain what you want the court to order]:

Resolution & Completion in favor of Petitioners for Unnecessary
& Permanent Damages implied by Respondants Crimes & Perjury
inflicted upon Petitioners and Dangerous to the extreme on all,
the General Public.

### II. Statement of Facts/Statement of Grounds

[Clearly and briefly state the facts upon which you base your case. Print or type.]

Cornforth Campbell Perjured to the extreme to sell petitioners a
1999 GMC Suburban Vehicle, that proved to be absolutely dangerous
I Clinton, has a large library of Purchased Law Books on Washington
Rules of Court & Local Rules Books also. Clinton has been a member
of AMOG for many years and consequently has received Considerable
knowledge from retired Judges from Federal and other State retired
JUdges.Many disclosed need of change in the legal system,

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at RENTON _____, [City] WA. _____ [State] on 9-29-11 _____ [Date].

Clinton Monroe Tullis                    CLINTON MONROE TULLIS
Signature of Moving Party or Lawyer/WSBA No.       Print or Type Name

Motion for Order (MT) - Page 1 of 2          Pro Se
WPF DRPSCU 01.0050 (6/2006)

Honorable Judge Hollis Hill

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

Clinton M. Tullis & Margaret L. Tullis
And their Palimony Relationship thereof
                      Petitioners
No.1.GMC,Mr Good Wrench Agency: Cornforth-Campbell
No.2.General Motors Corporation, "Complicity"
                      Respondents

No. 10-2-25688-7 KNT

COMMENCING JUNE, 2003 OBLIGATES Universal Underwriters Insurance Co. *the beginning* Until this case is Completed.

*Petitioners motion for order of Summary Judgment*

## 1. Petitioners Relief Requested

WA.Civil Rule 56(a): Petitioners Motion For the Court to Issue Summary Judgment on the liability of Respondents to Pay Petitioners Eighty Seven Million Dollars. $82,000,000.oo to be determined as follows: No.1. Respondent: Agency of Cornforth Campbell GMC Mr. Good Wrench Insurance Company to attribute Maximum of Insurance commencing June 22, 2003 until final date of closing the Agency Policy estimated to be year of 20/10 and pervaded by: Universal Underwriters Insurance Company; Attention of Mary Mato, PO Box 968062 Schsumtusrg, Ill. 60196 Claim No. 250005587 Phone No. 916-859-2441. She cannot cancel this obligation and must send copies of all her company's contracts with the Agency of Cornforth-Campbell.

No.2. The balance of the $82,000,000.oo after Insurance determination shall be paid to Petitioners by General Motors Corporation; Presently through the responsible hands of the United States Bankruptcy Court: Honorable Judge, Robert E. Gerber officiating in the Southern District of New York, at Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.

Nos.3. Respondents: Attorney's Weil, Gotshal & Manges LLP: Fifth Avenue New York, New York 10153" and No. 4. Brianna Benfield & David R. Berz MLC 1308-I Street NW Suite 900 Washington DC 20005, Zone 8; Telephone No. (202)682-7000 combined owe $5,000,000.oo Petitioners demand to be paid for their combined Perjury threatening Petitioners to cancel our case within five days or be Incarcerated. To resolve this shall also be resolved by the Honorable Judge Robert E. Gerber for part of General Motors costs for Nos. 3 and 4 assist with General Motors Bankruptcy determination. Petitioners motions the Court for an order re: Respondents to Pay for crimes and unnecessary injury's committed to Petitioners that created never ending health problems from injury and almost total loss of annual times with family's. and friends in Colorado, Utah, Idaho, Oregon, Eastern Washington, Oklahoma and Arizona.

Signed; Renton     (city) Washington     (State) on 9-21-11     Date

*Clinton monroe Tullis*           Clinton Monroe Tullis Petitioner

Signature of Moving Party or lawyer AWSBA No:   Pro Se          Print or type name

Motion for Order(MT)- P-1 of 3                 WPF DRPSCU 01.0050 (6/2006)+

## 11. Statement of Facts/Statement of Grounds

Washington Law: General Motors Corporation Constructive Fraud cannot take Bankruptcy or find other means to hide values. General Motors Corporation and its present affiliates are participating in the Criminal Neglect as formerly committed by the GMC Agency of Cornforth-Campbell whom violated many rules of Facts of law's and Perjury and many dangerous performances considered as extreme Criminal acts as purported in Washington State Court Rules.

### 111. Statement of Issues/Argument
**[Clearly and Briefly state the legal issues you want the Court to decide. Print /Type].**

General Motors Corporation & Agency of Corn-Forth Campbell conspiring Respondents Complicity advertised as a GMC Mr. Good Wrench Agency; Installed what they declared as a brand new Trailer Brake Control plus handed Petitioners many untrue pages of conditions of perfection allocated to the 1999 Suburban, the Agency performed, to impress a sale of the Suburban. The Interior and exterior gave appearance as brand new and just testing the vehicle for approximately one-half mile appeared as excellent as proclaimed by the Agency Dealership and with the Paper work exhibits they afforded Petitioners. All those papers and the mounting of a so-called: new Trailer Brake Control, gave appearance of excellence. ROAD-DANGEROUS-HYPROCRICY.

**1V. Evidence relied Upon (1)** Petitioners became overwhelmed by the Agency Lies of conditions of the vehicle and the new appearance of the trailer brake Control which almost cost us our lives, and injuries to all vehicles near us that had suddenly stopped simultaneously for about one quarter of a mile from ahead. The papers designated as direct facts from Cornforth Campbell Dealership and the trailer brake control manual book afforded Petitioners by a south Tacoma RV Dealership, show the criminal lies of Dealers of GMC, Mr. Good-Wrench Agency. Papers & books will be available at trial.

**V. LEGAL AUTHORITY:[1].** Petitioners had researched to several RVDealerships for a manual on the trailer brake control and were informed that none had used that type of Trailer Brake Control, for at least 20 years. The Trailer Brake Control collapsed in an Emergency, on a clear day, with moderate speeds and conditions. It could not suffice a moderate distance of use in emergency. As petitioners approached Centralia from the South, we noticed that the road became crowded with vehicles leaving Chehalis for the Freeway running to the North. Petitioners then noticed that all North Bound Vehicles were commencing slowly stopping for approximately one Quarter of a mile ahead. Petitioners commenced to do likewise. The trailer brake control almost immediately collapsed and the trailer began pushing our Suburban, which continued braking until making slow contact upon the stopped vehicle of the left lane ahead that had also bumped into a parked vehicle. Both lanes were suddenly closed, leaving inadequate room for an emergency to be provided in between; until parties stopped in the right lane, noticed our dilemma and moved enough to the right to allow Petitioners vehicle room to stop in between. Petitioners had slowly crawled upon the center of the left pickup with our Suburban and immediately turned the steering wheels to the right, again jammed upon the Suburban Breaks and jumped to the right, stopping, almost immediately without damaging any one and only moving two feet after again being on the Freeway Pavement with all wheels. The Suburban left Channel Frame broke in the left center and pushed the *left center door to cut four inches above the metal top; and the two front wheels steering assembly broke and each of the front wheels were pointing in opposite directions. The*

trailer pushed so hard after the trailer brake control quit functioning; The trailer steel frame folded in the center. Petitioners Suburban Brakes held and the wheels burned two long lines, deep into the black pavement for about 175 feet before Petitioners slowly climbed upon and quickly off the vehicle at the left front and then completely stop. Petitioner Clinton having had many years as a mechanic on Tractors, Freight Trucks, and Automobiles (after early discovery of Cornforth Campbell lies of condition of the Suburban), Petitioner pulled all of the wheels off the Suburban & Completely restored the brakes system, Lighting system, Thermostat, Radiator Cap, etc. or we would have died in Centralia. Petitioner Margaret took a real beating from the air bags and jolt from the suburban as it crashed and broke the left channel in the center. She now fears any entry onto a freeway or other fast roads.

## VI.  Proposed Order

Petitioners propose an order for Trial by a Grand Jury. Petitioners will afford each Jurist, General Motors Bankruptcy Judge, Insurance Agent, Attorney's officiating, etc. with a full package of the Criminal Acts allocated to Plaintiffs upon the Purchase of the 1999 Suburban Vehicle from Cornforth-Campbell. Petitioner Clinton M. Tullis, commenced doing farm work at the age of six years because my father had become paralyzed that took him three years to overcome. I walked about a mile to a pasture rented to feed our milk cow that I could draw the milk from, for our family and those we could afford to furnish to some of our family and neighbors. I made a dollar a day in summer time, working in row crop fields and for stacking hay from the age of Six Years. Dad had become paralyzed from rheumatic arthritis and was chair ridden for most of three years. From first driving horses until eight years of age and either driving horses or clumsy tractors, and a used car that chose to quit at any time; I learned from uncles and neighbors the ability to keep the vehicles functioning regardless of troubles. I have worked for Freight Company's as a line mechanic and have worked on heavy duty construction equipment all of which I could drive or repair under any conditions. I have studied law vehemently for many years and learned a lot the hard way. I will never be satisfied that there is nothing else to learn and mostly because of getting ripped off when I trusted Attorney's that I personally knew for some time. I have met some of the worse judges whom will pull some rot of the most rotten tricks to assist him or her to make a political gain. And I will not ever again accept that. I have been in Real Estate since 1967 and a Broker since 1969 and was just contemplating retirement this year. If I do retire, I will go after some unjust enrichments on inventions and other Rip-offs that are not so time consuming and are mostly products trusted to an Attorney whom kept the profit.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and Correct.

Signed at RENTON            [City] WASHINGTON  [State] on  9-21-3

_Clinton M. Tullis_                      CLINTON MONROE TULLIS   {Date}.
Signature of Moving Party       Pro Se          Print or Type Name
Motion for order (MT)

EXHIBIT No. 5

## Plaintiffs Mechanical Resume.

1. Plaintiff: Clinton M. Tullis performed mechanical work from childhood; On farm equipment, tractors, family and friends automobiles; Activating stalled trucks and loaders in shipyards that had refused to function because of world war 2 shortage of parts; Then tuning military officers and cadre vehicles at the Camp Roberts, California Infantry Training Center where I took seventeen weeks rugged infantry training in 1945 in preparation for the invasion of Japan, thwarted by the atomic bomb,; Then on farm equipment until I was thirty two years of age.

2. This latter was performed during Plaintiffs marriage and commencement of our family; and after two seasons of heavy hail storms out of four, costing heavy losses of our row crops; We decided to move to Margarets home town of Seattle to allow our children to choose their own destiny.

3. Plaintiff Clinton then worked as a Line mechanic for a freight Company for several years where I performed dozens and dozens of brake repairs and sometimes total replacements on Air Brakes, and Hydraulic brake systems and of course engine, transmission and power train rebuilding and/or vehicle general tune-ups inclusive of steering assemblies and balancing steering actions on the vehicles.

4. This was just prior to entering the Real Estate Industry for which Plaintiff is remaining self employed since 1967.

5. For one year prior to working for a large freight Company; Plaintiff Clinton worked for Mack Truck until a Christmas Layoff for several mechanics to wait for spring business to pick up. During this employment, I stripped a couple Logging Trucks that had been badly damaged ; I stripped them to the rails and even removed the cross-members of the channel frames, Corrected the bends and dents and completely reconstructed the entire trucks inclusive of reusing all of the wiring, etc.

6. I refused to go back to Mack Truck as I could not afford to gamble on seasonal layoffs and didn't admonish having to work on several part time jobs including splitting days and weeks with other employees at Mack Truck in lieu of the winter lay-off to provide for my family. I didn't believe it was right for me to interfere with anothers seniority.
I also met the same rehtoric at two different tractor company's including a Michigan Equipment Co. and decided to apply for a job at Coast Lee and Estes Freight company where I stayed for five years prior to joining a Washington Building Firm as a Sub-Contractor in remodeling houses and Commercial Structures.

7. All of above to explain that I soon understood Cornforth Campbell deceit and really didn't know how to overcome it as we had already purchased and paid for the 1999 GMC Suburban before discovering their Warranty's and intent of negating performance to their promises was all a myth applied to performance of sales.

8. I do know that perjury is a crime and that the statute of limitations does not apply to Crimes of which Cornforth Campbell and GMC Advertisements are deliberate blow-ups of deceit to cause potential purchasers to drop their guard applicable to Mr. Good-Wrench and the flyers induced with and on the vehicle. Acts of Hypocracy and extended criminology.

9. A recent acquired Washington State Commitment of Law states: There is no limitation on litigation awards to an injured party. General Motors and agency of Cornforth Campbell have over-cooked their Turkey.

10. This is qualified as to AID AND ABET: To actively, knowingly, or purposely facilitate or assist another individual in the attempted or attempted commission of a crime. Aiding and abetting is characterized by Affirmative Criminal Conduct and is not established as a result of omissions or negative acquisance. 24 A 2d 85, 87. Compare Accessory: One who Aids or contributes in a secondary way or assists in or contributes to crime as subordinate. See 216 So. 2d 829, 831. The failure to report the commission of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or Avoiding Apprehension for Crime. (Apprehension: To seize, to arrest, to understand, to fear, filled with dread, suspicious). Complicity "mens rea" Accomplice; Liability is shared. Common "Mens rea": and Criminal Purpose is shared between Agent and Principal; See 233 P 2d 347.

11. All of above relating to Criminal Acts of Defendants was copied from Blacks Law Dictionary Eighth Edition by Garner and received from West Publishing Company.

P 1 of 2
PLAINTIFFS RESUME
AND COMPLAINT

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184ᵗʰ ave. S E Renton. WA 98058-0903

**EXHIBIT No 5**

12. Plus: Crimes Applied to Clinton And Margaret Tullis by Cornforth Campbell and added to, by General Motors Advertising as Mr. Good Wrench, falls under:

Chapter 9A RCW of Washington Criminal Code; Chapter 9A.04.110 which lists the many Crimes committed by the Agency of Cornforth Campbell as

(a)ntent: A person acts with intent or intentionally when he acts with the objective or purpose to accomplish a result which constitutes a crime

(b) Knowledge: A person knows or acts knowingly or with knowledge when: (1) he is aware of a fact, facts, or circumstances or result described by a statute defining an offense; or (II) he has information which would lead a reasonable man in the same situation to believe that facts exist which facts are described by a statute defining an offense.

( c ) Recklessness: A person is reckless or acts recklessly when he knows of or disregards a substantial risk that a wrongful act may occur and his disregard of such a substantial risk is a gross deviation from conduct that a reasonable man would exercise in the same situation.

(1) Criminal Negligence: A person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation from the standard of care that a reasonable man would exercise in the same situation.

(2) Substitute for Criminal Negligence: Recklessness and Knowledge. When a statute provides that criminal negligence suffices to establish an element of an offense , such element also is established if a person acts intentionally, knowingly, or recklessly. When recklessness suffices to establish an element, such element also is established when a person acts intentionally or knowingly. When acting knowingly suffices to establish an element, such element also establishes if a person acts intentionally.

Chapter 9A.08.020; which advocates the Liability for Conduct of another: Complicity, General Motors and Cornforth-Campbell—Agency thereof.

(1)A person is guilty of a Crime if it is committed by the conduct of another person for which he or she is legally accountable. This also applies to Agency of the Corporations.

P 2 of 2

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave S E Renton. WA 98058-0903

Case Definitions and Sumation - GM Suit

Plaintiffs installed a new Heavy Duty Battery and the Engine response was corrected.

8b. Plaintiffs then replaced the thermostat with a 185 degree thermostat.

8c. Plaintiffs also replaced the Radiator Cap and Plaintiffs had no more Engine Heating problems.

8d. Plaintiffs took the vehicle to a Parts Dealership that had informed Plaintiffs to the fact that they had the full sets of the Headlamps and Bulbs for the Suburban and that they had the equipment to replace the entire headlamps. They did an excellent installment but did not have equipment or knowledge of adjusting the beams and Plaintiffs (not doing any night driving as yet, was not aware of the lights being to high) were until a few weeks later, on their trip along the Columbia River at late night, as we coming from Idaho to the Oregon coast and lonesome Truck Drivers complained about our lights on dim being too high. Plaintiffs determined to stop at the dam just about one hundred miles East of Portland, and wait until daylight to venture on to the Oregon Coast where we were informed was a Dealership whom could adjust the lights. This was adjustment was performed in about ten minutes.

8e. Prior to going to Idaho and then the Oregon Coast; Plaintiffs had made a trip to Spokane Washington for a grandaughters graduation from Gonzaga University; The brake system was getting worse so upon arriving home in Seattle; Plaintiffs purchased a mechanics manual and removed all wheels from the suburban and found: 1. that the front caliper pins were badly worn in both front wheels, allowing the shoes to oscillate and damage the rotors and callipers. A Positive dangerous situation; according to the mechanics manual. Plaintiff would have known and repaired the situation without the manual. See number 4 below. 2; The left front metalic brake pad was chewing the metal out of the left front rotor, that Cornforth Campbell had shown Plaintiff was one of the all new brakes repairs, and didn't want to pull off any of the balance of the wheels as the rear wheels were an extremely difficult job to remove and just to prove that they were knew was asking too much. 3. Absolutely perjury. 4. Also, The total brakes assembly's were removed and Plaintiff performed total replacement with all new assembly along with having a machinist polish the front rotors; The rear wheels removal was much easier than the front wheels and neither was difficult for Plaintiffs, Clinton.

8f. The rear brake linings were worn enough to warrant their changing; The new brakes of which, we were told by Cornforth-Campbell had been performed, should have had more than twice the lining left as what Plaintiffs discovered at the end of about 1500 miles and still under warranty.

8g. Plaintiffs had a Renton machinist correct the front rotors and Plaintiffs replaced all new calipers and pins. Our Suburban brakes were perfect from thereon.

8h. During our purchase of the battery and above mentioned replacement Parts; Plaintiffs had ordered a CHILTONS 1999 General Motors Heavy Duty Maintenance and Repairs Manual from Schucks Auto Parts Store in Covington, Wa. All of Plaintiffs repair work was performed precisely to the information and recommendations of the Chilton GMC Manual which absolutely denied the information given from Cornforth Campbell and Mr. Good Wrench.

Page 6

Case Definitions and Sumation - GM Suit

8i. Paragraphs 8a. to 8h. performance by Plaintiffs; is all that saved our lives about one year later in returning home from vacation on the Oregon Coast.

8j. If Plaintiffs had of taken Corn-Forth-Campbells word for granted; and Clinton did not perform the above cures of improper performance of the Suburban Brakes of which Plaintiffs were erroneously advised by Cornforth-Campbell Officials as being new and excellent; Plaintiffs and the parties in the vehicles, directly in front of Plaintiffs, of whom were impacted by Plaintiffs inability to stop the force of the trailer; The Plaintiffs and others whom were involved and those Parked in the right lane would most probably have been eradicated by an explosive fire caused by the heavy impact from a full "40 gallon gas tank" on Plaintiffs GMC Suburban vehicle.

9. The trailer brakes appeared to be working by Plaintiffs occasionally checking them by a method mentioned by Ken Neilson; Cornforth-Campbell Salesman that talked us into the purchase of the Suburban. Plaintiff had never pulled a heavy recreational trailer before and therefore had not acquired the knowledge of performance of electric brake controls capabilities.

9a. Ken told us to slide the switch of the trailer brake control while we were in slow _Salerman Ken_ forward motion until we could feel the trailers response of holding back, then move the switch barely enough to release any drag and leave the switch at that location for performance.

9b. We had bought the Suburban GMC in July 2003 and we were now on vacation to Idaho and the Oregon Coast in the summer of 2004.

9c. We remained absolutely dumbfounded about not getting our activator owners manual and again being promised that they had been ordered and would be delivered as soon as they became available.

9d. The not receiving the Owners manual on the trailer, caused both Plaintiffs to wind up in the hospital with serious injurys that took two years of pain, heart tuning and patience before improvement for Clinton by surgery for placing the two vastly intruding Lower Inguinal herniea's back in place and patching the enormous holes the ruptures had created via the wreck.

10. Plaintiffs reiterate; If Plaintiff Clinton, had not reconstructed the GMC Suburbans brakes; Plaintiff's: Clinton M. and Margaret L.Tullis along with other travelers, most probably would have their charcoaled color remains in graves today from Cornforth-Campbell neglectfuly ignoring the General Motors Sales slogan afforded by General Motors Corportion to its various agencies as: Mr. Good Wrench. This untruth implicates General Motors Corporation; For not policing their Agencys, to apply expected standards of conditions of vehicles being sold and consequently being equally responsible as an accomplice of endangering Plaintiffs.

NO. 10-2-25688-7    KNT

*Honorable Judge Hollis Hill*

① Name WEIL,GOTSHAL & MANGES LLP and = Name Brianna Benfield,David R Berz
Service Address 767 Fifth Avenue          Service Address 1309-i Street,NW    MLC
City, State, Zip New York,New York 10153   City, State, Zip Suite 900 Washington DC
WSBA#____ Atty For : All responsibility transfered to Bankruptcy Judge
Telephone#: (212) 310-8000 for attorneys   Telephone#: (202)682-7000 for attorneys
      All above are Attorney's for General Motors Corp.

② Name Universal Underwriters Insurance Co.= Mary Mato
Service Address PO Box 968062          Service Address Cornforth Campbell Auto Repair
City, State, Zip Schsumtusrg,Ill.60196   City, State, Zip 2nd St. N.E.Puyallup WA
WSBA#____ Atty For Claim No.4250005587  //Pierce County Records
Telephone#: 916-859-2441              Auto Repair Shop only ID    ⑤

③     General Motors Corporation & ④ Honorable:Judge Robert E. Gerber NRPCK
Name  Agency of Cornforth-Campbell  Name @ Alexander Hamilton Custom House
Service Address PO Box 33172          in southern district of New York
City, State, Zip Detroit, Michigan        One Bowling Green
      482325772 received by           City, State, Zip New York,New York-10004-1408
Telephone#: Mike Darowski 7/20/10     to direct delivery to and through
                                      Telephone#: the Clerk of the Bankruptcy
                                                  Court

# IMPORTANT NOTICE REGARDING CASES

Party requesting hearing must file motion & affidavits separately along with this notice. List names, addresses and telephone numbers of all parties requiring notice (including GAL) on this page. Serve a copy of this notice, with motion documents, on all parties.

The original must be filed at the Clerk's Office not less than six court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).

THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.

The REGIONAL JUSTICE CENTER is in Kent, Washington at 401 Fourth Avenue North. The Clerk's Office is on the second floor, room 2C. The Judges' Mailroom is Room 2D.

The General Motors Case and all correspondence has been and shall continue to be transferred to the United States Bankruptcy Court Clerk for delivery to Honorable Judge ROBERT E. GERBER in the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408.    Robert C Gerbert

**Superior Court of Washington**
**County of** KING

In re:
Clinton M. & Margaret L.Tullis
& the Palimony relationship
thereof.                    Petitioner(s),
and
Universal Underwriters Insurance
Co. attn:Mary Mato& complicty of
General Motors Corporation Respondent(s).

**No.** 10-2-25688-7 KENT

**Motion for Order re:**

Grand Jury Determination
**(Optional Use)** for Verdict on
**(MT)** $87,000,000.00 Case.

## I. Relief Requested

Clinton and Margaret Tullis _____ [Name of party] moves the court for an order re:
Lifetime Injuries from Criminal Acts _____ granting the following relief
[explain what you want the court to order]:
Payment as purported in the existing Summons and Complaint Plus
added contempt recently performed by General Motors Attorney's
that did not comply at all With Washington State Criminal Acts.
that Damaged Petitioners for life Time.

## II. Statement of Facts/Statement of Grounds

[Clearly and briefly state the facts upon which you base your case. Print or type.]
GMC Agency designated as GMC Mr. Good-Wrench showed Petitioners
a Vehicle (GMC Suburn) that the Agency of Cornforth Campbell
Had Polished and set in their Vehicle Yard as ready for sale in
a near perfect condition for which appeared to represent an
excellent solution for Petitioners use to tow a beautiful Recreational
Wilderness Trailerfor our annual visits to relatives and friends
in several States of the United States.The VEhicle was ready for
I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and
correct.                    see attached ebfs The Junk Yard.

Signed at Renton _____ [City]Washington[State] on 9-21-11 _____ [Date].

Clinton m. Tullis

Signature of Moving Party or Lawyer/WSBA No.

Clinton M. Tullis

Print or Type Name

Honorable Judge Hollis Hill

# Superior Court of Washington
## County of  KING

In re: Clinton M. & Margaret L.
Tullis & Palimony Relationship
Thereof.                Petitioner(s)

and

Universal Underwriters Insurance CO.
Attn. Mary Mato & Complicity of
General Motors Corporation. Respondent(s).

No. 10-2-25688-7 Kent

**Motion for Order re:**

Set Trial Date For 11-7-11
**(Optional Use)
(MT)**

## I.  Relief Requested

Clinton and Margaret L. Tullis _____ [Name of party] moves the court for an order re:

Decision & Compensation For Life Time Injuries. granting the following relief

[explain what you want the court to order]:

Resolution & Completion in favor of Petitioners for Unnecessary
& Permanent Damages implied by Respondents Crimes & Perjury
inflicted upon Petitioners and Dangerous to the extreme on all,
the General Public

## II.  Statement of Facts/Statement of Grounds

[Clearly and briefly state the facts upon which you base your case. Print or type.]

Cornforth Campbell Perjured to the extreme to sell petitioners a
1999 GMC Suburban Vehicle, that proved to be absolutely dangerous
I Clinton, has a large library of Purchased Law Books on Washington
Rules of Court & Local Rules Books also. Clinton has been a member
of AMOG for many years and consequently has received Considerable
knowledge from retired Judges from Federal and other State retired
JUdges. Many disclosed need of change in the legal system,

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at RENTON _____, [City] WA.    [State] on 9-29-11 _____ [Date].

*Clinton monroe Tullis*                CLINTON MONROE TULLIS _____
Signature of Moving Party or Lawyer/WSBA No. pro se Print or Type Name

Motion for Order (MT) - Page 1 of 2        Pro Se
WPF DRPSCU 01.0050 (6/2006)



# COLLISION CENTER

## ACCIDENT RECORD

In case of an accident, be prepared with this handy record keeper.

**COMPLIMENTS OF:**

Kurt Johnson, Manager
Cornforth-Campbell Collision Center
Corner of East Pioneer & 2nd St. S.E.
in downtown Puyallup

**PHONE:**
(253) 848-7139

**HOURS:**
Monday-Friday 8 AM-5:15 PM

Washington
**Approved Auto Body Repair**

Draw a diagram of the accident showing the direction of the vehicles and the point of accident. Show street names and location of street signs, stop signs, lights, etc.

**OTHER VEHICLE:**
☐ Stopped in traffic
☐ Moving
☐ Legally parked

Describe any other damage or pertinent information below:

NOTICE:
You must reach through three judges to see what we are Petitioning have endured.

Plaintiff feels this around after foreclosure to the court.

— Exp distort = ? Soon as Possible
— This appear to / to reparation for the future SAP for justice purchasing vehicles from Comforte Campbell



**Corner of East Pioneer & 2nd St. S.E. in downtown Puyallup**
**Phone (253) 848-7139**

WESTERN WASHINGTON FAIRGROUNDS

To Tacoma Hwy. 512
To Tacoma River Road
Railroad
Pioneer
Meridian
2nd St. S.E.
N
To Auburn Hwy. 167

**Cornforth Campbell Collision Center Offers:**

- Over 30 years of experience serving the paint and collision repair needs of greater Pierce County
- Computerized estimate and digital photo transmission capability to speed insurance claim handling
- I-CAR, ASE, and General Motors Trained Technicians
- AAA Approved
- Full frame and unibody repairs
- Factory original paint finishes produced in a state-of-the-art downdraft spray booth that bakes finish coatings at 145°
- 4-wheel alignments to prevent premature tire wear after collision repair
- Environmentally friendly handling and recycling of all hazardous waste materials

## ACCIDENT INFORMATION

**When did the accident happen?**
Date _____
Time _____

**Where did it happen?**
Street(s) _____
City _____

**Was anyone injured?**
Pedestrian? _____
Your Passenger? _____
Other? _____
Name _____
Address _____

**Was there a witness?**
Name _____
Address _____

**Was there a police report taken?**
Department _____
Report # _____
Officer _____ Badge # _____

**THE OTHER PARTY**
Name _____
Address _____
Phone _____
DL # _____
DOB _____
Registered owner of vehicle: _____
Insurance Company _____
Policy Number _____

**THE OTHER AUTO**
License # _____
State _____
Year _____ Make/Model _____
Color _____
Number of passengers _____

(over)

Exhibit #1
ADD 1A

# PONTIAC · GMC. RECOMMENDED MAINTENANCE

CHECK 4 WHEEL ALIGNMENT - PRINTOUT PROVIDED, ADJUSTMENTS EXTRA COST ........ $ 66.00
RECOMMENDED EVERY 15,000 MILES

REPLACE FRONT DISC BRAKE PADS - LABOR ONLY ........................................ $ 80.00

REPLACE REAR DISC BRAKE PADS - LABOR ONLY ...................................... $112.00

REPLACE REAR DRUM BRAKE SHOES - LABOR ONLY ................................... $ 80.00

ADD TO RESURFACE 2 ROTORS ............................................................... $ 80.00

ADD TO RESURFACE 2 DRUMS ................................................................ $ 50.00

REPLACE FUEL FILTER - LABOR ONLY. RECOMMENDED EVERY 15,000 MILES. DIESEL EXTRA COST ... $ 40.00

CLEAN FUEL INJECTION SYSTEM. RECOMMENDED EVERY 24,000 MILES ............ $124.65

COOLING SYSTEM FLUSH. INCLUDES FLUSH, PRESSURE TEST, VISUALLY CHECK HOSES, CAP,
AND CONNECTIONS, INSTALL FRESH COOLANT AND CORROSION CONTROL KIT.

CARS ................................................................................................... $ 99.95

TRUCKS ............................................................................................... $118.70

AUTOMATIC TRANSMISSION FLUSH - INCLUDES FLUSH OF COOLER, TORQUE CONVERTER, AND
TRANSMISSION USING CLEANER TO REMOVE VARNISH AND SLUDGE.
REPLACE WITH NEW FLUID AND CONDITIONER.  PARTS AND LABOR.
FILTER REPLACEMENT EXTRA COST. RECOMMENDED EVERY 30,000 MILES

CARS ................................................................................................... $127.95

TRUCKS ............................................................................................... $139.95

POWER STEERING SYSTEM FLUSH ........................................................... $ 92.75

AIR CONDITIONING SERVICE - INSPECT SYSTEM, CLEAN CONDENSER, CHECK OPERATION .... $ 56.00

SUPERCHARGER SERVICE ........................................................................ $ 18.95



AAA Approved Auto Repair

GM Goodwrench

ASE CERTIFIED

*Prices Subject To Change  ★ All Prices Are Plus Tax*
*Some Recommended Services May Exceed Manufacturers Requirements*

SERVICE HOURS
MONDAY THROUGH FRIDAY
7:30 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 4:00 P.M.

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881
www.cornforthcampbell.com
Email: service@cornforthcampbell.com



PONTIAC  Fuel for the Soul

WE ARE PROFESSIONAL GRADE.

GMC

# RECOMMENDED MAINTENANCE SCHEDULE

SERVICE EXCELLENCE SINCE 1938



Agency Location
400 VALLEY AVE. N.E.
PUYALLUP, WA 98372

Mailing Address
P.O. BOX 537
PUYALLUP , WA 98371-0172

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881
www.cornforthcampbell.com
Email: service@cornforthcampbell.com

# CORNFORTH - CAMPBELL STRONGLY RECOMMENDS THE FOLLOWING MAINTENANCE SCHEDULE TO PROTECT YOUR VEHICLE INVESTMENT

Exhibit
1-B
P2-05-4

## SERVICE # 1

EVERY 3,000 MILES

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
   SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER
INSPECT WIPER BLADES

## SERVICE #2

DUE @ 6,000/21,000/36,000/51,000/
66,000/81,000/99,000 MILES

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
   SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER
INSPECT WIPER BLADES
CHECK COOLANT PH AND
   FREEZE PROTECTION

## SERVICE #3

DUE @ 15,000/45,000/
75,000/105,000 MILES

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
CHECK 4 WHEEL ALIGNMENT
REPLACE FUEL FILTER
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
   SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER

## SERVICE #4

DUE @ 24,000/48,000/
72,000/96,000 MILES

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
SERVICE THROTTLE BODY
CLEAN FUEL INJECTION SYSTEM
LUBRICATE DOOR HINGES AND
   WEATHERSTRIPS
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
   SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT CABIN AND INTAKE AIR FILTER
INSPECT WIPER BLADES
CHECK COOLANT PH AND
   FREEZE PROTECTION

## SERVICE #5

DUE @ 30,000/60,000/90,000 MILES

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
CHECK 4 WHEEL ALIGNMENT
REPLACE AIR FILTER
REPLACE FUEL FILTER
FLUSH AUTOMATIC TRANSMISSION AND
   REPLACE FLUID
REPLACE PCV VALVE
INSTALL FUEL SYSTEM CLEANER ADDITIVE
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
   SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR

* * * * * * * * * * * *

REPLACE SPARK PLUGS - SOME MODELS
   @ 100,000 MILES ONLY - ADD'TL COST. ASK FOR QUOTE.
REPLACE TRANSMISSION FILTER AS NEEDED.
   ADD'TL COST. ASK FOR QUOTE.
FLUSH AND REPLACE ENGINE COOLANT
   -SOME MODELS @ 100,000 MILES ONLY -
   ADD'TL COST. ASK FOR QUOTE.

Shuttle Service Available

**We Accept**
**All Major**
**Credit Cards**

Service Hours
Monday Through Friday
7:30a.m. To 6:00p.m.
Saturday
8:00a.m. To 4:00p.m.

Phone (253) 845-8881
Toll Free 1-800-573-8881

www.cornforthcampbell.com
Email: service@cornforthcampbell.com



GM Goodwrench

Some Recommended Services May Exceed Manufacturers Requirements



ASE CERTIFIED

AAA Approved Auto Repair

*#7*

*exhibit #1*
*p2*

# CORNFORTH-CAMPBELL

## PUYALLUP

*"NICE IS BETTER"*

   **GMC**

..EY AVE. N.E. • P.O. BOX 537 • PUYALLUP, WASHINGTON 98372-2516
SALES/SERVICE/BODY SHOP (253) 845-8881

*This sloppy left front brake repair exause of*
*was performed by GMC mr Good wrench at experse of*
*Cornforth - Campbell*

| ADVISOR | | TAG NO | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| JOHN YUZAMAS | 25 | | | PNCS19046 |
| | LICENSE NO | MILEAGE 55622 | COLOR DK BLUE/ | STOCK NO 03082A |
| YEAR / MAKE / MODEL 99/GMC/SUBURBAN/SLT 4X4 K25 | | | DELIVERY DATE 06/02/03 | DELIVERY MILES 53473 |
| VEHICLE I.D. NO. 3GKGK26J2XG 532591 | | | SELLING DEALER NO | PRODUCTION DATE |
| MBI NO. | | | R O DATE 07/02/03 | |
| NE | COMMENTS | | | MO: 55622 |

### YOUR SATISFACTION IS OUR GOAL

Thank you for this opportunity to serve you. It is our goal to perform all repairs requested on this repair order to your complete satisfaction.

If our service was satisfactory tell your friends; if not, please tell us immediately. All claims for adjustment must be accompanied by this invoice within 90 days or 4,000 miles, whichever comes first.

| | TECH(S):10 | INTERNAL |
|---|---|---|
| CUSTOMER CAN SEE BRAKES, PER RAY AND PADS | | |

| DESCRIPTION | UNIT PRICE | INTERNAL |
|---|---|---|
| CALIPER A 4.665 | | INTERNAL |
| CALIPER A 4.665 | | INTERNAL |
| PAD KIT 5.017 | TOTAL · PARTS | 0.00 |

### DISCLAIMER OF WARRANTIES

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

JOB# 1 JOURNAL PREFIX PNCS  JOB# 1 TOTAL        0.00

| ILITY | TECH(S):10 | INTERNAL |
|---|---|---|
| CHECK ENGINE LIGHT IS ON AND RUNS ROUGH D | | |

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

JOB# 2 JOURNAL PREFIX PNCS  JOB# 2 TOTAL        0.00

ODAY. YOU MAY RECEIVE A SURVEY
ANSWERS AND THE RETURN OF THIS
AN TO US AS A SERVICE TO PROVIDE
TO OUR CUSTOMERS, INTERPRET
COMPLETELY SATISFIED.
F YOU ARE UNABLE TO MARK THAT AREA
.TUNITY TO ADDRESS YOUR CONCERNS.
.RNFORTH-CAMPBELL MOTORS AS YOUR
BUSINESS!!!!!

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | |
| TOTAL TAX...... | 0.00 |
| TOTAL INVOICE $ | 0.00 |

*SUPPLIES—A token charge equivalent to 7% of the labor charge on mechanical repairs is included for supplies used on your vehicle. Maximum charge is $25.00. Example supply items are nuts, bolts, washers, tape, solvent, towels, cleaners, solder, wire, sealers, etc.

### TERMS

No returns on electrical or special ordered items. No returns after 24 hours or without this invoice. A 20% handling charge will be applied on all merchandise returned for credit. Items purchased by check require 10 working days before refund will be issued.

*this repair job was sloppy & had to*
*be replaced*

****** PRE-INVOICE *******

*This is the only adjusting or*
*repairs performed by Cornforth-*
*Campbell.*

*all the advertisements and*
*correspondence to Plaintiff*
*was absolutely refused*

*P-5*
*the calipers and pins needed*
*replacing were extremely bad.*

:USTOMER COPY          [ END OF INVOICE ]

## Thank You

04:31pm

VEHICLE I.D. NO.
3GKGK26I2XG532591

SELLING DEALER NO.    PRODUCTION DATE

MIN NO.    R.O. DATE
07/02/03

NE    COMMENTS    MO: 55622

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our goal to perform all repairs requested on this repair order to your complete satisfaction.
If our service was satisfactory tell your friends; if not, please tell us immediately. All claims for adjustment must be accompanied by this invoice within 90 days or 4,000 miles, whichever comes first.

CUSTOMER CAN SEE BRAKES, PER RAY
AND PADS    TECHS: 10    INTERNAL

DESCRIPTION    UNIT PRICE
CALIPER A 4.665    INTERNAL
CALIPER A 4.665    INTERNAL
PAD KIT 5.017    INTERNAL

TOTAL    PARTS    0.00

**DISCLAIMER OF WARRANTIES**

TECHS: 10    INTERNAL

2 TOTAL    0.00

TOTAL LABOR    0.00
TOTAL PARTS    0.00

TOTAL INVOICE    0.00

**TERMS**

*handwritten:*
this being the campbell
... Repair method
the caliper ... oscillating
of the left front Pad
chewed heavily into
the rotor. and vehicle
was not safe to be on
the road & none of the
brakes : front or rear

CUSTOMER COPY    [ END OF INVOICE ]

*handwritten:*
were capable of any emer...
stopping until Plaintiff did the total job. over.

*Thank You*

04:31pm

# NFORTH-CAMPBELL MOTORS

## Contact Information For Your Next Visit

*handwritten:*
this labor & improper installation of
the front brakes would prepare customers for
a date to this portion of their company

...tion    Collision Center

Ray Rossman
Parts & Service Director

Collision Center
Corner of Pioneer and 2nd St SE
Downtown Puyallup

Kurt Johnson
Manager

day Service"

Service Hours
Monday - Friday
7:30 am to 6:00 pm
Saturday
8:00 am to 4:00 pm

...bell.com

Direct Phone
(253) 848-7139

Hours
Monday - Friday
8:00am to 5:15pm

*exhibit #A-1*
*# A-1*

## THE CONSTITUTION OF THE UNITED STATES

1. Amendment No. 5:
No Person shall be held nor be deprived of life, Liberty, or property without due process of law; nor shall private property be taken for public use without just compensation.

2. AMENDMENT IX
The enumeration of certain rights shall not be construed to deny or disparage others retained by the people.

3. AMENDMENT VII
In all suits of common law, where the value in controversy shall exceed $20.00, the right of Jury shall be preserved. No fact tried by Jury shall be otherwise reexamined in any Court of the U.S., than according to the rules of common Law.

4. AMENDMENT XIV
No state shall make or enforce any law which will abridge the privileges or immunities of citizens of the United States, nor shall any state deprive any person of life, liberty or property without due process of law; nor deny to any person within its jurisdiction, the equal protection of the laws.
Section v: The congress shall have the power to enforce by appropriate legislation, the provisions of this Article.

NOTE:
The first 10 Amendments (Bill of rights) were ratified, effective December 15, 1791
The 14th Amendment was ratified July 9, 1868.

## WITH CONSTITUTIONAL PROTECTED PROPERTY RIGHTS:

1. The just compensation clause is self-actuating and a debt is owed.
(a) Actions taken by Governmental Officials that result in a physical invasion or occupancy of private property, and regulations imposed on private property that substantially affect its value or use, may constitute a taking of property;
P 3 of 4

(b) Further, Governmental action may amount to a taking even though the action results in less than a complete deprivation of all use or value, or of all seperate and distinct interests in the same private property and even if the action constituting a taking is temporary in nature.

(c) The just Compensation clause is self-actuating, requiring that compensation be paid whenever governmental action results in a taking of Private property, regardless of whether the underlying authority for the action contemplated a taking or authorized the ,payment of compensation.

(d) Accordingly, governmental action that may have a significant impact on the use or value of Private property should be scrutinized to avoid undue or unplanned burdens on the public fisc. (Fisc=The Treasury of a political entity).

**FURTHER** FOR AN AFTER-THOUGHT: On December 10, 1948, The General Assembly of the United Nations adopted and proclaimed The Universal Declaration of Human Rights:
Article 17: (1) Everyone has the right to own property alone as well as in association



400 Valley Ave. NE
P.O. Box 537
Puyallup, WA 98371

Forwarding Service
Requested



*Sept. 30 — 03*

*exhibit #4*

## SERVICE REMINDER

**OUR COMPUTER SERVICE RECORD SUGGESTS THAT
YOUR VEHICLE IS DUE FOR ROUTINE MAINTENANCE.**
PLEASE CHECK YOUR MAINTENANCE LOG AND CONTACT US.

### *"You Are A Valued Customer."*

PLEASE CALL US BY 10/07/03
PHONE (253)845-8881 OR TOLL FREE 1-800-573-8881

RE. 99 GMC SUBURBAN
#3GKGK26J2XG532591

*1 month after warranty expired*

CLINTON TULLIS
16300 184TH AVE SE
RENTON,WA 98058-0903

P-6

# LIMITED WARRANTY

Dealer sells to purchaser the motor vehicle identified below subject to the terms and conditions of the Limited Warranty as outlined.

**PURCHASER (Buyer)**

Name: CLINTON M TULLIS

Address: 16300 184TH AVE SE

City: RENTON

State: WA

Phone: (425)226-7399

**SELLER (Dealer)**

Name: CORNFORTH-CAMPBELL MOTORS INC

Address: 400 VALLEY AVE. NE, POB 53

City: PUYALLUP

State: WA

Phone: (253)845-8881

**VEHICLE IDENTIFICATION**

Year: 1999

Make: GMC

Model: SUBURBAN 4X4

IDN: 3GKGK26J2XG532591

Date of Vehicle Delivery: 2nd JUNE 2003

Odometer Reading: 53473 Miles

Date of Sale: 6-2-03

## TERMS OF THIS LIMITED WARRANTY

A. **TO WHOM IS THIS WARRANTY ISSUED?** The dealer offers and extends this limited warranty on mechanical defects on the components and parts described in Section B below to the original purchaser only and applies only with respect to the motor vehicle described hereon and it cannot be transferred to any other person during the duration of the limited warranty.

B. **WHAT PARTS OF THE VEHICLE ARE COVERED BY THE LIMITED WARRANTY?** The Coverage of this warranty shall be limited to the covered components and parts thereof as checked below:

**ENGINE GROUP**
- Engine Block
- Cylinder Heads & Assemblies
- Internal Engine Components
- Engine Thermostat
- Manifold & Gaskets (Intake & Exhaust)
- Water Pump
- Crankshaft Pulley
- Flywheel
- Vibration Damper
- Engine Mounts
- Oil Pump

**TRANSMISSION GROUP**
- Drive Shaft
- Universal Joints
- Transmission Oil Cooler
- Transmission & all internal transmission parts except manual transmission clutch assembly
- All Gaskets & Seals

**DIFFERENTIAL GROUP**
- Differential Housing & Internal Parts
- Drive Axles
- Wheel Bearings
- Gaskets & Seals

**FUEL SYSTEM GROUP**
- Carburetor
- Fuel Pump
- Fuel Gauge (Tank)
- Emission Control System

**EXHAUST SYSTEM GROUP**
- Muffler
- Exhaust Pipe
- Tail Pipe

**STEERING GROUP**
- Steering Gear
- Power Steering Pump & Valve
- Steering Linkage
- Hoses & Fittings

**BRAKE GROUP**
- Master Cylinder
- Power Brake Cylinder
- Brake Calipers
- Wheel Cylinder
- Rotors
- Brake Drums
- Parking Brake-except brake shoes or lining

**SUSPENSION GROUP**
- Front Suspension & Shocks
- Rear Suspension & Shocks
- Front Wheel Bearings & Seals

**ELECTRICAL GROUP**
- Battery
- Generator or Alternator
- Starter Motor
- Voltage Regulator
- Windshield Wiper Motor
- Heater Motor
- Distributor
- Light Assemblies-except bulbs
- Turn Signal Switch
- Horn
- Head Lamp Switch
- Drive Belts
- Instrument Panel Gauges

**COOLING SYSTEM GROUP**
- Radiator
- Radiator Hoses

**OTHER**

**Express Statement of Exclusion:**
ALL COMPONENTS AND PARTS NOT SPECIFICALLY CHECKED ABOVE ARE NOT COVERED BY THIS LIMITED WARRANTY.
Any part of the vehicle otherwise covered by this Limited Warranty which has been subjected to misuse, negligence, alteration or accident is not covered by this Limited Warranty.

C. **WHAT PERCENTAGE OF REPAIR CHARGES ARE COVERED?** This limited warranty covers _____ % of parts and _____ % of labor for repairs under section B above.

D. **HOW LONG DOES LIMITED WARRANTY RUN?** This limited warranty begins on the date of delivery and extends for __ days or _____ 100 miles beyond odometer reading stated above, whichever comes first.

E. **WHAT ARE THE VEHICLE OWNER'S OBLIGATIONS?** In the event of a mechanical defect, the purchaser should return the described vehicle to the above dealer. If you are not able to return to said dealer, call the dealer at the above telephone number, without charge, and you will receive advice as to the proper procedure. Purchaser must authorize and pay the applicable percentage due, plus state and local taxes, on each covered repair under Section B above in cash. If the purchaser is dissatisfied because he feels the dealer has failed to conform to this warranty, he should contact:

XXXXXXX

_____ Phone No. (_____)
(Dealer or personal representative)

at the above dealer's address CORNFORTH CAMPBELL MOTORS INC (253)845-8881

F. **WHAT IS THE SELLING DEALER'S OBLIGATION?** The obligation of the seller issuing this warranty is expressly limited to replacement or repair of the defective part or parts at his place of business, and does not include bills contracted by the purchaser elsewhere, or towing charges. This warranty must be presented by the purchaser with any claim.

G. **LIMITATION ON IMPLIED WARRANTIES, CONSEQUENTIAL AND INCIDENTAL DAMAGES.**
ALL IMPLIED WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HERBY LIMITED TO THE SAME DURATION OF TIME AS THE LIMITED WARRANTY ABOVE STATED. SOME STATES DO NOT ALLOW

Exhibit

B.    WHAT PARTS OF THE VEHICLE ARE COVERED BY THE LIMITED WARRANTY? The Coverage of this warranty shall be limited to the covered components and parts thereof as checked below:

**ENGINE GROUP**
- Engine Block
- Cylinder Heads & Assemblies
- Internal Engine Components
- Engine Thermostat
- Manifold & Gaskets (Intake & Exhaust)
- Water Pump
- Crankshaft Pulley
- Flywheel
- Vibration Damper
- Engine Mounts
- Oil Pump

**TRANSMISSION GROUP**
- Drive Shaft
- Universal Joints
- Transmission Oil Cooler
- Transmission & all internal transmission parts except manual transmission clutch assembly
- All Gaskets & Seals

**DIFFERENTIAL GROUP**
- Differential  Housing & Internal Parts
- Drive Axles
- Wheel Bearings
- Gaskets & Seals

**FUEL SYSTEM GROUP**
- Carburetor
- Fuel Pump
- Fuel Gauge (Tank)
- Emission Control System

**EXHAUST SYSTEM GROUP**
- Muffler
- Exhaust Pipe
- Tail Pipe

**STEERING GROUP**
- Steering Gear
- Power Steering Pump & Valve
- Steering Linkage
- Hoses & Fittings

**BRAKE GROUP**
- Master Cylinder
- Power Brake Cylinder
- Brake Calipers
- Wheel Cylinder
- Rotors
- Brake Drums
- Parking Brake-except brake shoes or lining

**SUSPENSION GROUP**
- Front Suspension & Shocks
- Rear Suspension & Shocks
- Front Wheel Bearings & Seals

**ELECTRICAL GROUP**
- Battery
- Generator or Alternator
- Starter Motor
- Voltage Regulator
- Windshield Wiper Motor
- Heater Motor
- Distributor
- Light Assemblies-except bulbs
- Turn Signal Switch
- Horn
- Head Lamp Switch
- Drive Belts
- Instrument Panel Gauges

**COOLING SYSTEM GROUP**
- Radiator
- Radiator Hoses

**OTHER**
_____
_____
_____

Express Statement of Exclusion:
**ALL COMPONENTS AND PARTS NOT SPECIFICALLY CHECKED ABOVE ARE NOT COVERED BY THIS LIMITED WARRANTY.**
Any part of the vehicle otherwise covered by this Limited Warranty which has been subjected to misuse, negligence, alteration or accident is not covered by this Limited Warranty.

C.    WHAT PERCENTAGE OF REPAIR CHARGES ARE COVERED? This limited warranty covers _____ % of parts and _____ % of labor for repairs under section B above.

D.    HOW LONG DOES LIMITED WARRANTY RUN? This limited warranty begins on the date of delivery and extends for _____ days or _____ miles beyond odometer reading stated above, whichever comes first.

E.    WHAT ARE THE VEHICLE OWNER'S OBLIGATIONS? In the event of a mechanical defect, the purchaser should return the described vehicle to the above dealer. If you are not able to return to said dealer, call the dealer at the above telephone number, without charge, and you will receive advice as to the proper procedure. Purchaser must authorize and pay the applicable percentage due, plus state and local taxes, on each covered repair under Section B above in cash. If the purchaser is dissatisfied because he feels the dealer has failed to conform to this warranty, he should contact: XXXXXXX

_____          Phone No. (_____) _____
(Dealer or personal representative)

at the above dealer's address.

F.    CAMPOFREDDI WHEEL MOTORS INC                              (253) 845-8881
WHAT IS THE SELLING DEALER'S OBLIGATION? The obligation of the seller issuing this warranty is expressly limited to replacement or repair of the defective part or parts at his place of business, and does not include bills contracted by the purchaser elsewhere, or towing charges. This warranty must be presented by the purchaser with any claim.

G.    LIMITATION ON IMPLIED WARRANTIES, CONSEQUENTIAL AND INCIDENTAL DAMAGES.
ALL IMPLIED WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HERBY LIMITED TO THE SAME DURATION OF TIME AS THE LIMITED WARRANTY ABOVE STATED.  SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.  PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.  SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

H.    PURCHASER'S LEGAL RIGHTS.
This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.  No action arising out of this warranty may be brought by the purchaser more than _____ year(s) after the cause of action arises.  (Not less than one year, nor more than four years.)
There is no other express agreement between the dealer and the purchaser.

Purchaser acknowledges that he has read, understands and accepts all of the provisions of this limited warranty covering the motor vehicle described above.

Date: _____

BUYER'S SIGNATURE _____

CO-BUYER'S SIGNATURE _____

DEALER'S SIGNATURE _____    WITNESS: _____
                                                WITNESS: _____

WSADA Form #5
                    (Not valid unless signed by dealer or his authorized representative.)
This Form is Property of WSADA and is Not to be Reproduced or Copied.   Copyright Pending

Revised 11/00



# "Nice Is Better"



## GMC

cornforthcampbell.com     800-573-8881

### 1999 GMC Suburban 2500 SLT Suv 4WD
### 7.4 Liter V-8 Throttle Body Inj.

| | |
|---|---|
| Mileage : 53,447 | Transmission : Automatic |
| Color : Blue | V.I.N. : 3GKGK26J2XG532591 |
| Stock # : 03082A | |

## Quality Pre-Owned Vehicle

**This Vehicle Has Passed A Rigid Inspection**

**Has Been Reconditioned To The Highest Standards**

**Extended Service Agreement May Be Available**

**Credit Problems?**

**We Are Partners With Many Financing Institutions To Help Get You On The Road!**

### COMFORT EQUIPMENT AND ACCESSORIES

Power Steering
Power Door Locks
Power Driver's Seat
Cassette Player
Cd Player
Front Bucket Seats
Lumbar Seat Supports
Gauge Cluster
Tachometer
Tilt Steering Wheel
Tinted Glass
Dual Power Mirrors
Rear Air Condition Or Ctl.
Beverage Holder

Power Brakes
Power Windows
AM/FM Stereo Radio
Premium Sound System
Leatherette Or Leather Trim
Reclining Seats
Center Storage Console
Trip Odometer
Air Conditioning
Cruise Control
Power Access Outlet
Trip Computer Or Compass
Overhead Console
Running Boards

### OTHER ACCESSORIES

Fold Down Rear Seat
Rear Defroster
Remote Trunk Lid
Anti-lock Braking System
Ball Or Receiver Hitch
Fender Flares
Premium Wheels

Interval Wipers
Rear Window Wiper
Dual Air Bags
Roof Rack-Luggage Rack
Side Molding
Radial Tires
Step Bumper

**Please Ask Your Sales Consultant For More Information on Pricing, Financing, and Trade-Ins**

**"Media Reviews" - Comments about this vehicle...**
It holds the most & offers the most brute force. [Consumer Review] The Suburban is still the cowboy limousine [Car & Driver]

## Blue Book: $24,820

## Cornforth Campbell: $20,995

ATTENTION BUYERS: VERIFY ALL EQUIPMENT & ACCESSORIES PRIOR TO SALE.
Dealer Specialties COS disclaims any warranty as to the accuracy or to the working condition of the equipment listed above. Any purchaser or prospective purchaser should independently verify with a salesperson of the dealership listed above the accuracy of all listed information provided on this label. Price does not include state & local taxes, licence & title fees, doc fee or finance charges, if any. Dealer Specialties COS (800) 647-2422
#184232 Copyright © 1996 - Dealer Specialties, Inc.-All Rights Reserved

11





DEAL# 10801

# CORNFORTH-CAMPBELL
## MOTORS, INC.

# DUE BILL.

## WORK PROMISED TO BE PERFORMED AT TIME OF SALE

| DATE | DESCRIPTION OF CAR | LICENSE | CUSTOMER NAME | SALESMAN | STOCK NO |
|---|---|---|---|---|---|
| 06/02/03 | 1999 GMC SUBURB | | CLINTON M TULLIS | KEN NIELSEN | 03082A |

## PRESENT THIS ORDER WHEN WORK IS TO BE COMPLETED

1. TRAILER BRAKE — customer paid in deal (included)
2. Detail for delivery
3. Nothing else promised
4.
5.
6.
7.

I HEREBY ACCEPT THIS DUE BILL WITH THE UNDERSTANDING THAT IT IS VALID FOR ONLY (30) THIRTY DAYS FROM DATE OF ISSUANCE.

NOTE: THE ABOVE PROMISED WORK IS THE ONLY WORK TO BE PERFORMED FREE OF CHARGE. ANY ADDITIONAL WORK WILL BE CHARGED FOR IN ACCORDANCE WITH THE TYPE OF WARRANTY ISSUED AT TIME OF SALE, AND WILL BE CASH ON DELIVERY. ALL WORK MUST BE DONE IN OUR SHOP, AND YOU MUST MAKE AN ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT BEFORE THE ABOVE WORK CAN BE PERFORMED.

Signed: Sales Mgr. **X**                    Signed: Customer **X** Clinton M Tullis

## DUE TO INSURANCE REGULATIONS — NO LOAN CARS AVAILABLE

Form # 2045

Chris
# 2 a 3

# BUYERS GUIDE

**IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.**

| GMC | Suburban 2500 SLT | 1999 | 3GKGK26J2XG532591 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

03082A

DEALER STOCK NUMBER (OPTIONAL)                    03134

**WARRANTIES FOR THIS VEHICLE:**

☐ # AS IS-NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

☑ # WARRANTY

☐ FULL ☑ LIMITED WARRANTY. The dealer will pay __100*__ % of the labor and __100*__ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

SYSTEMS COVERED:

DURATION:
60 Days or 2,000 Miles

### Systems Covered:

**ENGINE - TRANSMISSION - DRIVESHAFT
DIFFERENTIAL - TRANSAXLE - IF SO EQUIPPED
SUSPENSION - COOLING - ELECTRICAL - BRAKES
STEERING - FUEL AND EXHAUST**



*this was positively denied to plaintiffs.*

☑ **SERVICE CONTRACT.** A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.**

**SEE THE BACK OF THIS FORM** for important additional information, including a list of some major defects that may occur in used motor vehicles.

*no Food*

## More performance when you expect it.

Most stops aren't emergencies. They're part of everyday driving, and a proportional control can make everyday driving much more enjoyable. During normal stops, inertia-activated devices sense the slower reduction in reduced forward motion. As the brakes are applied, you get smooth, gradual stopping power every time. **(a)**

Timed devices, on the other hand, can't sense a change in speed. Once you put your foot on the brake, they deliver full preset braking power. If a driver has a tendency to ride the brake, timed devices can cause brake pads to glaze. This decreases braking efficiency and increases brake wear. **(b)**



**Chart 4** An example of a typical stopping situation



*no Food timed device*

*Food*

*Proportional controls stop trailers at lower speeds by applying only the amount of power required to gradually slow the trailer at the same rate as the tow vehicle.*

## Frequently asked questions (continued)

**How does the brake control operate?** It is electrically connected to the tow vehicle's battery, stop (brake) lamp circuit, and to the brakes on a trailer through the electric trailer connector. A properly-installed control activates a trailer's electric brakes each time the brakes on the tow vehicle are applied. It can also be used to apply trailer brakes independently from the tow vehicle using a manual override.

**What is a "sync" switch?** Some timed brake control manufacturers allow the driver to adjust the time required to reach full preset power output when the vehicle's brake pedal is depressed. The adjustment can range from 1 to 6 seconds.



**stopping under control**

..." only name in trailer brake controls

### Self-leveling proportional brake control

*Very Best*

**PRODIGY®**

- Motion control technology similar to the system in guided missiles
- Consistently applies power to brakes in proportion to vehicle's deceleration
- The only inertia control that works proportionately when backing up
- Controls brakes on one- to four-axle trailers
- Constantly adjusts to varying terrains
- Exclusive boost feature for more initial braking power when towing loaded trailers
- Digital display shows voltage delivery during braking
- Continuous diagnostic program checks for proper connection and operation
- Limited lifetime warranty



*Prodigy*

*Exhibit #3*
*P-3*

## More responsive controls

Advances in technology have created improved electronic trailer braking systems. They are inertia-activated devices that deliver power to trailer brakes in direct proportion to the actual, physical deceleration of a tow vehicle. As the driver depresses the brake pedal, an adjustable motion detector inside the unit measures the change in speed. When properly set they send a proportional electrical signal to the trailer's brakes, which respond with just the right amount of braking force. The trailer decelerates smoothly at the same speed as the tow vehicle.

*(See chart 2 opposite)*

Properly adjusted proportional controls maximize brake efficiency and minimize brake wear. Stopping is much smoother, too. Notice how inertia-activated devices gradually reduce power after the initial onset of the braking event. Proportional controls normally prevent over-braking as the need for deceleration ends and the stop is nearly complete.





**Chart 2**

*full response in less than 1 second*
*total stop in less than 88 ft.*

*inertia activated proportional control*

Proportional braking power builds quickly and then gradually tapers off as the system responds to changes in tow vehicle's speed.

9

*this type of trailer brake control was absolutely the only catagory considered by Recreational Vehicle Sales People in the several years preceding Plaintiff's Dilemma.*

*exhibit #3*
*P-1 of 3*

*exhibit # 3* *extras*

stopping under control

## Some things are constant.

All types of trailer brake controls require the user to "tell" them "what" and "the condition of" the trailer brakes they will actuate during a stopping event. This is typically achieved by:

- Towing the trailer over a level surface between 25-30 MPH.

- The driver then independently actuates the trailer brakes using (squeezing) a manual override lever normally located on the front of the control.

- With the override fully engaged the driver is instructed to increase the power output of the brake control to a point "just before trailer wheel lock-up". This process is designed to set the control for maximum power delivery without losing control of the trailer during stops.

②

A. Power Knob

B. Manual Slide Knob

C. Bi-Colored Light

D. Level Knob

A. Power Knob

B. Manual Slide Knob

C. Bi-Colored Light

*timed accuated Brake controls no good in emergencies*



*good*

Example of a Proportional Brake Control

*3*

Example of a Time Accuated Brake Control

*No. good*

↑

*known to quit in 1-to 3 seconds of emergency use.*



400 Valley Ave. NE
P.O. Box 537
Puyallup, WA 98371

Forwarding Service
Requested

*Sept. 30 — 03*
*exhibit #4*

## SERVICE REMINDER

OUR COMPUTER SERVICE RECORD SUGGESTS THAT
YOUR VEHICLE IS DUE FOR **ROUTINE MAINTENANCE.**
PLEASE CHECK YOUR MAINTENANCE LOG AND CONTACT US.

### *"You Are A Valued Customer."*

PLEASE CALL US BY 10/07/03
PHONE (253)845-8881 OR TOLL FREE 1-800-573-8881

RE. 99 GMC SUBURBAN
#3GKGK26J2XG532591            CLINTON TULLIS
*1 month after warranty*     16300 184TH AVE SE
*expired*                    RENTON, WA 98058-0903



  

**400 Valley Ave. NE, Puyallup**

SERVICE HOURS
MONDAY THROUGH FRIDAY
7:30 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 4:00 P.M.

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881

www.cornforthcampbell.com
Email: service@cornforthcampbell.com

**Collision Center Direct Phone**
**(253) 848-7139**

Where Nice is Better







EXHIBIT No 7

(We) had purchased our GM Suburban in ~~May~~ *June 4* of 2003 at Cornforth-Campbell Buick and GM in Puyallup, Wa. One of the conditions of Purchase was that the Suburban would be equipped to supply the towing and braking essential for a 30 foot Wilderness Trailer that weighed 7000 pounds before loading.
WE WERE THEN PROMISED THAT CORNFORTH-CAMPBELL WOULD FURNISH US THE BOOK ON USE AND MAINTENANCE OF THE SUBURBAN AND ON THE EQUIPMENT ATTACHED.

The salesman showed me the newly mounted Trailer Electric Control and told me that I only needed to slide the "side switch  forward or back" to get expected response on the brakes. This was the way to feel if the trailer would pull back on the suburban without applying the Suburbans brakes. You should then slide the switch in the opposite direction to barely release the pull back and that would give you full breakage when the Suburbans brakes were applied. Also, to check the trailer brakes activating after making the above adjustment,
We were advised to "slide the activator located on the front of the control", back and forth and it would indicate the ability of the trailer to assist in stopping. This was occasionally performed and we were confident of the trailer controlling its own weight in stopping

[Prior to going on vacation to Oregons Southwest "Coast city" of Bandon, Oregon. Upon returning from a three day trip to Spokane, Washington, to a granddaughters graduation at Eastern Washington University;  I pulled the wheels off of the trailer to make certain the lining and electric brakes were in good condition. and repacked the wheel bearings. I then adjusted the brakes to the recommendations of our trailer manual. The brakes linings and electric activators were in excellent condition as prescribed by the manual.]
RECEIPT OF THE PROMISED MANUAL ON THE ACTIVATOR WOULD HAVE AVOIDED PLAINTIFFS ACCIDENT AS PLAINTIFFS WOULD HAVE IMMEDIATELY REPLACED IT.
    The Timed Activator is not actively comparable to Inertia-activator with proportional sensors which take less than one-second to deliver 100%(one -hundred percent)of their  full stopping power.
*Inertia activator more commonly known as a differentiator*
    I made four trips to Cornforth-Campbell to pick up the owners manuals and never was afforded one of which they continued to ignore as they also ignored maintenance to be provided to the Suburban under the warranty. The battery went dead, the starter failed, the headlights needed and received replacement. the lighting system had a loose wire at the battery terminal of which I completely soldered together. I cured the radiator water flow which caused overheating of the engine  and I completely repaired the braking system as was recommended by the new Chilton"Mechanics Manual" of which I purchased from an Auto Parts store. The Suburban brakes had been pulling to the left when traveling on wet pavement.
The improved Suburban Brakes were excellent. The Trailer Brakes were excellent. It was the trailer control that malfunctioned.

Unknown to us; the "Trailer Brake Control" newly installed by Cornforth-Campbell was not used by most, if any RV installers; as Tacoma RV explained to us on the third trip we made to contact them after the accident; Stated that Tacoma RV had not installed that type in years. They then gave us a book on the different types that are available.
    The book then explained that the type of control on our vehicle, could completely malfunction and fail under heavy application in an emergency situation and that the digital controls or even a partial digital control was essential on Recreational trailers.

Respectfully.

Clinton M. Tullis ProSe
16300-18th ave. S.E.
Renton, Wa. 98058-0903
Phone and Fax (425) 226-7399
Cellular (206) 713-950

*Clinton M. Tullis*
For Lewis County Court
On The Traffic Collision.
Where Plaintiffs:(Then Defendants)
Were Exonerated and dismissed.

P 1 of 2

EXHIBIT NO. 7

On July 18, 2004

At about 12 Noon, We drove through Portland Oregons heavy traffic at "a Miles per hour" initiated by others ahead of us. Even though, there was constant vehicles coming onto the Main North-South freeway, and occasionally a vehicle leaving the North South freeway onto a Portland residential or commercial area; There was never a vehicle that attempted to recklessly enter the lane in which we were traveling; which mostly "always is the right lane.

Upon entering Washington, We stopped in North Vancouver, Washington and loaded our forty gallon tank with gasoline. We then entered back onto Interstate 5, and proceeded North towards our home and destination.All traffic was very courteous and well respected by all trafficers, including us.
On the hill, going North from Kelso. There was a Truck and Trailer that was heavily loaded and was traveling up the grade at about 45 Miles per hour. We followed him until reaching the top of the hill and then elected to pass the Truck and then pull back into the right lane to proceed to our destination.

Many a vehicle passed us and then pulled into the right lane or proceeded North in the left lane, whichever supplied their need or desire. We continued in the right Lane at whatever speed the vehicles in front of us were running, keeping from one hundred to one hundred seventy five feet behind. All of a sudden, The faster vehicles from the left lane cut in front of us to take advantage of the free space between our vehicle and the vehicle we were following; To then speed ahead and then cut back into the left lane to continue their traveling. We would drop back to assure a safer distance and then move up when the vehicles turned back into the left lane.

In the meantime, there was a large rig that sped past us and turned into the right lane ahead of us.
When the traffic allowed, I pulled into the left lane and passed the big rig (truck and trailer) and then after passing several vehicles, when clear, I pulled back into the right lane to continue, holding my distance behind the vehicles in front of me.

At the Chehalis "North bound" turn off;  A speeding vehicle cut about
(5) five feet in front of me from the left lane,at about a 45 degree angle and onto the Chehalis turn-off. Then as we arrived at the Chehalis "North bound" on ramp, (2) two vehicles (one behind the other, cut in just in front of me. The second vehicle did not clear me more than 3 to.5 feet and entered into the left lane, totally ignoring the dangerous maneuver.

Knowing that at Centrailia, We would be confronted by the same type of road access possibly under llike conditions to and from I-5, I determined that it may be safer to travel in the left lane until we cleared the area. I reasoned that it was after one O'Clock and Travelers may be going to, or returning to the freeway from and for lunch. Residents from the area would more than likely avoid the dangerous maneuvers that we had been subjected to. We continued in the left lane, keeping a distance of 150 to 175 feet behind the vehicles in front of us.

Just outside of Centrailia, I seen a vehicle suddenly pull left at about a 45 degree angle towards the concrete barrier and immediately applied the brakes; gradual at first; then realizing the road WAS BLOCKED, I applied full force on the brakes. I and Margaret both felt very comfortable about the distance between us and the stopped vehicles, being ample to completely control the stopping of our vehicle.

At this point, to my surprise, the trailer brakes did not appear to assist at all. I reached down and slid the trailer control to the full braking position and the control did not respond. Regardless, It seemed that we were slowing rapidly enough that we would not impact the vehicles in front of us but as it turned out, the trailer brakes not responding; overpowered us.

Unknown to us; We did not have enough weight for the Suburban to be able to completely, immediately stop; with only the Suburban Brakes. A Condition we could have easily remedied if we had known we had a trailer without brakes; by Loading three or four bags of sand; or we could have loaded all of our tools and equipment in the back of the Suburban instead of the convenience of the trailer compartments. Every day we towed the trailer, we would check the trailer brakes to make certain, the control was functioning.

P 2 of 2

*exhibit #9*

**cornworth-campbell**

400 Valley Avenue N.E
P.O. Box 537
Puyallup, Wa. 98371

1-800-573-8881
Fax 253-845-6084

April 03, 2003

Mr. Rob Campbell,
Sales Manager

Dear Sir,

In regard to your recent letter of inquiry:

No. 1.  Mr. Ken Neilson was informed that the vehicle had all new brakes, of which was relayed
to us to influence purchase.

This was not so and after many complaints as to problems with the braking being uneven
(pulling to the left), and Service taking the attitude that I didn't know what I was talking about;
*First trip to Idaho; Second trip to — — Spokane, WA.* On the trip, I
We took our second trip of pulling our trailer and went to ~~Spokane, Wa.~~
was forced to make a hard stop and the vehicle pulled so hard to the left that I had to make a
quick release and reapply the brakes to keep the vehicle from jack-knifing, while really holding
the steering to the right, to control.
**This happened twice in heavy traffic.**

I thought the trailer might be the problem, so when I got to where I could test the system, I
disconnected the trailer system and then at 60 mph, I applied the brakes hard and the Suburban
again pitched hard left. I had thought it might be the trailers fault; but now know; it was the
improper balance of the Suburbans braking system. My son in law pulled our trailer three
different years to the Southwest Oregon Coast FOR US, with his FORD PICKUP and never had
any trouble handling it. THIS SUBURBAN IS PLENTY HEAVY AND HAS AMPLE POWER
TO HANDLE THE TRAILER. The problem we had should be rectified by Cornforth-Campbell.

I had felt the suburbans slightly, braking to the left; and complained to your Service
department. Each time the manager tried it out, he failed to find it was a problem. Three times, I
complained about the left brake, and was denied three times.

The first time, I complained about the vehicle pulling strongly to the right; your service
found that the front disk brakes were not GM factory built and the right brake was changed to
compensate. The left brake remains lousy or maybe it is the rear brakes.

I inquired about this to your mechanic and your shop manager; and was informed that

P - 1 - of - 5

COMPLAINT

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave. S E. Renton, WA. 98058-0903

there remained about a quarter inch of lining on the rear brakes and it was a heck of a job to change the rear brakes, which should not be my problem when the vehicle was supposed to have new brakes, when we purchased it. **I have also had to add brake fluid twice.** *I also found it was an easy matter to remove wheels and repair front & rear brakes.*

I had also complained about the headlights being too dim, The vehicl;e was supposed to be on warranty and all of the problems should have been resolved for safetys sake.

After denying the lights were not adequate and stating that some of the new vehicles were the same way; I went to a parts dealer in Edgewood and purchased two new light bulbs. This improved the lighting considerably. However, The right front lens distorts the beam and should be replaced. The light splits and throws off to the right The vehicle was supposed to be like new. "God Forbid".

We also had a problem with the vehicle overheating on our first trip, which was to S.W. Idaho. This was answered twice, with a sales comment from your Service Department, that the vehicle was supposed to run hot. B.S.; I put in a new Thermostat and only had the vehicle heat exceed 180 degrees once and this was when arriving home from Oregon and backing the trailer into our yard 2 weeks ago.  I now realize this was because of a defective Radiater Cap of which I will replace today.

Also, The fourth time I brought the vehicle to your shop, They noticed that the vehicle was idling rough. They supposedly tuned the vehicle up. It now kicks back with too fast a timing, and idles 300 RPM faster than it should and got about two less miles per gallon of gas than we got on our first trip, which was to Idaho,.

In the past, I worked as a mechanic on heavy equipment for a couple of years and worked as a line mechanic on trucks of all types, heavy and light, for five and a half years. I did considerable brake work on Air-Brakes and Hydraulic. I have had to add a full or partial spring leaf to balance front axels for steering and braking. I have done miles of trailer and truck wiring. I have had to diagnose weak lights and rectify the problem. One Quarter of an inch thick lining was not adequate on any of our pick-ups or light trucks.

I think we have "been had" and the engine on this vehicle is too much for me to cope with.I cant hang over them any more.

It looks like I do not have any choice and will have to pull the wheels and repair my own brakes. The tune up and right head lamp lens will have to be taken care of by someone I hope my grandson may know. They will certainly be bound with a contract before they touch this vehicle. If I pull the wheels, I will know the brake problem of which I now know is highly inadequate.

Cornforth-Campbell should rectify the problems which are not massive for knowledgeable people to cure.

Your service appears to make a good vehicle into a lemon at this time. I will not further argue with them and the fact is, that we only had a short warranty that should have been adequate if the vehicle was as it was purported to be.

Last but not least; My window washer has quit. It hasn't worked for three weeks.



Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S E. Renton, WA. 98058-0903

This is the second time I have mailed you this letter. If no answer from you,

The next time, the letter will be sent to the ~~Attorney Generals office~~ *w aste of time* to see if the lemon law may apply.

I may choose to have another Company do the updating and then apply to the Municipal Court to see whom pays the bill. I would have sent this follow up letter much sooner, but have had a lot of apartment management business and Real Estate business to attend to.

SINCERELY YOURS

Clinton . M. Tullis

16300-184th ave. S.E.<br>
Renton,Wa.98058<br>
Ph.&Fax (425)226-7399<br>
Cell:(206) 713-4950

P.S. We have really had good service recently,with Scarf Ford of Auburn and also in years past; with Good Chevrolet of Renton.

Below; I will copy a hand written letter given to your Service Department on about June 16, 2003; Just after the purchase:

To Cornforth Buick of Puyallup:

1. The engine in a 6 m ile run from East of Kent to Maple Valley Heights (Pulling a 7,000 pound trailer); ran the temperature to 280 degrees.

2. I want the fan belt and the thermostat removed, then the water jacket reinstalled. Fill with water, run the motor against its brakes until hot and check for head or ? leak by seeing if the water bubbles in the radiater. If not:

*I know the thermostat only come in 180 & 190 Degree I wanted an answer*

3. Replace the thermostat with a 165 or 170 degree, not a 190 degree plus thermostat.
    Getting an engine hot is not a problem; eeping it cool or at proper running temperaures is a problem; regardless of engineering reccomendations.

4. Then: I want the top and bottom of the radiator flow checked from pressure off the bottom of the radiator to the top. The radiator may be plugged.

5. Replace the radiator cap with a new pressure release cap.

6. If this doesn't suffice; Replace the radiator with a new higher capacity radiator.

7. Make certain the air flow in the radiator is tops. This could also be a problem. The radiator may need a boil out, by an accredited radiator shop. or maybe in your hot-tank.



Clinton M Tullis and Margaret L Tullis<br>
and the palimony relationship thereof as ProSe<br>
16300-184th ave. S E. Renton, WA. 98058-0903

8. We must have the vehicle by Thursday evening. If it blows up on us on pulling a 7000 plus pound trailor for which we purchased the vehicle; then we will be one hell of a problem to Cornforth-Campbell.

I certainly hope this does not ruin our short vacation plans to the Idaho Cascade Lakes.

We trusted you people or we wouldn't have purchased the vehicle at any price.

P.S. After we left your shop without getting any reprieve or consideration on the heating or on the brakes; The vehicle again heated on me and the lights were remaining very dim.

Consequently, First, I went to a parts dealer, purchasesd and installed new lights and then after the vehicle again heated on me, I determined the problem was most likely with a faulty thermostat that only worked part time and went to another parts store and purchased a new thermostat. This took care of the entire heating problem on the trip, but upon arriving home; the vehicle again heated to the boiling point upon backing the trailor into our yard. The next day, I again went to Schucks Auto Parts store, Where I purchased and installed a radiator cap.

(1). Since, We have spent two weeks running up and down the Oregon Coast. The temperature has not risen above 180 to 190 degrees in extremeely hot weather. No thanks to your Service

(2) Our lights are considerably brighter even though the battery does not seem to be in the best condition, except the right headlamp appears to be distorting the right beam.

(3) The engine: 1. Always kicks back when starting, showing that the timing is a little fast.
  2. Idles 300 RPM too fast.

*The Battery was the fault and Plaintiff replaced Battery. the lights were corrected upon purchase of total Head Lamps*

(4) The Window Washer Does Not Work.

(5) The brakes are now adjusted fairly even and give me good braking on full pedal. (I have not tried them under a heavy trailer load). I also had to add quite a bit of hydraulic fluid after bleeding and adjusting the brakes. This is the fourth time I have had to add brake fluid.

I should not have to personally remedy any of the Nos (2), (3), (4), or (5) if the master cylinder, a wheel cylinder, or whatever is leaking the fluid.

This type of work is too much on me any more and I will have.to hire it done if Cornforth-Campbell renigs on the service to which I feel they owe me.

Sincerely ours,

Clinton M. Tullis
16300-184th ave, S.E.
Renton, Wa. 98058-0903
Phone and fax (425) 226-7399
Cell (206) 713-4950

*① Plaintiffs took a trip to Spokane for graduation of grandaughter in 2004. the Vehicles brakes (suburban Brakes) again pulled to hard left on application. upon arriving home plaintiff pulled off all wheels of the Suburban the calipers were r'ding on the brakes causing loss of brakes. Plaintiff balanced 3/3 2nds thinner than right 3 wheel. all this a no no.*

*2 x Calipers and pins were replaced on the front wheels. new brake pads were installed on all wheels. the Front ROTORS were balanced & cleaned.*

P-4

P-4-OF-6

We trusted you people or we wouldn't have purchased the vehicle at any price.

P.S. After we left your shop without getting any reprieve or consideration on the heating or on the brakes; The vehicle again heated on me and the lights were remaining very dim.

Consequently, First, I went to a parts dealer, purchasesd and installed new lights and then after the vehicle again heated on me, I determined the problem was most likely with a faulty thermostat that only worked part time and went to another parts store and purchased a new thermostat. This took care of the entire heating problenm on the trip, but upon arriving home; the vehicle again heated to the boiling point upon backing the trailor into our yard. The next day, I again went to Schucks Auto Parts store, Where I purchased and installed a radiator cap.

(1).   Since, We have spent two weeks running up and down the Oregon Coast. The temperature has not risen above 180 ~~degrees~~ degrees in extremeely hot weather. No thanks to your Service

(2) Our lights are considerably brighter even though the battery does not seem to be in the best condition, except the right headlamp appears to be distorting the right beam.

(3) The engine: 1. Always kicks back when starting, showing that the timing is a little fast.
    2. Idles 300 RPM too fast.(I HAVE BEEN INFORMED THAT THE FACTORY RECOMMENDS 800 rpm). THIS DOESN'T CURE "THE KICK-BACK IN TIMING" THOUGH   *500 to 600 RPM sufficient for gas engines*
(4) The Window Washer Does Not Work.

(5) The brakes are now adjusted fairly even and give me good braking on full pedal. (I have not tried them under a heavy trailer load). I also had to add quite a bit of hydraulic fluid after bleeding and adjusting the brakes. This is the fourth time I have had to add brake fluid.

I should not have to personally remedy any of the Nos (2), (3), (4), or (5) if the master cylinder, a wheel cylinder, or whatever is leaking the fluid.

This type of work is too much on me any more and I will have to hire it done if Cornforth-Campbell renigs on the service to which I feel they owe me.

Additionally, Yesterday; Wednesday, September 10th , 2003; I drove the vehicle about 60 miles in the rain. The left front wheel grabbed and chattered and did not brake good in the wet weather. It also skidded a little on the braking application; I BELIEVE IT IS NOT A NON-SKID (NON-LOCK) BRAKE ON THE LEFT FRONT OF THE VEHICLE, AS IT IS SUPPOSESD TO WARRANT.

Sincerely Yours,

*Plaintiff performed all repairs*

Clinton M. Tullis   *Clinton M. Tullis*
16300-184th ave, S.E.
Renton, Wa. 98058-0903
Phone and Fax : (425) 226-7399
Cell (206) 713-4950

P 5 of 6

*now*
*Plaintiffs*                                                      *June 4 - 2003*

(We) had purchased our GM Suburban in ~~May~~ of 2003 at Cornforth-Campbell Buick and GM in Puyallup, Wa. One of the conditions of Purchase was that the Suburban would be equipped to supply the towing and braking essential for a 30 foot Wilderness Trailer that weighed 7000 pounds before loading. WE WERE THEN PROMISED THAT CORNFORTH-CAMPBELL WOULD FURNISH US THE BOOK ON USE AND MAINTENANCE OF THE SUBURBAN AND ON THE EQUIPMENT ATTACHED.

1    The salesman showed me the newly mounted Trailer Electric Control and told me that I only needed to slide the "side switch  forward or back" to get expected response on the brakes. This was the way to feel if the trailer would pull back on the suburban without applying the Suburbans brakes. You should then slide the switch in the opposite direction to barely release the pull back and that would give you full breakage when the Suburbans brakes were applied. Also, to check the trailer brakes activating after making the above
2    adjustment.
We were advised to "slide the activator located on the front of the control". back and forth and it would indicate
3    the ability of the trailer to assist in stopping. This was occasionally performed and we were confident of the trailer controlling its own weight in stopping.
4
5    [Prior to going on vacation to Oregons Southwest "Coast city" of Bandon, Oregon. Upon returning from a three day trip to Spokane, Washington, to a granddaughters graduation at Eastern
6    Washington University; I pulled the wheels off of the trailer to make certain the lining and electric brakes were in good condition. and repacked the wheel bearings. I then adjusted
7    the brakes to the recommendations of our trailer manual. The brakes linings and electric activators were in excellent condition as prescribed by the manual.]
8    RECEIPT OF THE PROMISED MANUAL ON THE ACTIVATOR WOULD HAVE AVOIDED PLAINTIFFS ACCIDENT AS PLAINTIFFS WOULD HAVE IMMEDIATELY REPLACED IT.
9    The Timed Activator is not actively comparable to Inertia-activator with proportional sensors which take less than one-second to deliver
10    100%(one -hundred percent)of their full stopping power.
*Plaintiffs*
11    I made four trips to Cornforth-Campbell to pick up the owners manuals and never was afforded one of which they continued to ignore as they also ignored maintenance to be provided to the Suburban under
12    the warranty. The battery went dead, the starter failed, the headlights needed and received replacement. the lighting system had a loose wire at the battery terminal of which I completely soldered together. I
13    cured the radiator water flow which caused overheating of the engine  and I completely repaired the braking system as was recommended by the new Chilton "Mechanics Manual" of which I purchased from an Auto
14    Parts store. The Suburban brakes had been pulling to the left when traveling on wet pavement. The improved Suburban Brakes were excellent. The Trailer Brakes were excellent. It was the trailer control
15    that malfunctioned.

16    Unknown to us; the "Trailer Brake Control" newly installed by Cornforth-Campbell was not used by most, if any RV installers; as Tacoma RV explained to us on the third trip we made to contact them
17    after the accident; Stated that Tacoma RV had not installed that type in years. They then gave us a book on the different types that are available.
18    The book then explained that the type of control on our vehicle, could completely malfunction and fail under heavy application in an emergency situation and that the digital controls or even a partial digital control was essential on Recreational trailers.
19
        Respectfully,
20                     Clinton M. Tullis ProSe           *Clinton M. Tullis*
21                     16300-18th ave. S.E.
                       Renton, Wa. 98058-0903
22                     Phone and Fax (425) 226-7399
                       Cellular (206) 713-950
23
24       *this accounting was produced for the*
*P. 6*    *Centralia suit court where plaintiffs (other defendants)*
*of - 6*   *were exonorated from false accusations :*
25              *from injustified accusations.*

~~CONFIDENT~~

Clinton M  Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184ᵗʰ ave, S E. Renton, WA. 98058-0903

**MOST COMPLETE AUTO PARTS STORES**

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

4-3-04

SHIP TO:

SOLD FROM RENTON STORE

Suburban Brake repair

| | AUBURN 2703 Auburn Way N. (253) 854-0464 | KENMORE 6340 N.E. Bothell Way (425) 486-2007 |
| | BELLEVUE 10505 Main Street (425) 454-2495 | REDMOND 16115 Redmond Way (425) 885-4146 |
| | BURIEN 14307 1st Ave. S. (206) 243-2444 | RENTON 401 Rainier Ave. N. (206) 772-6380 |
| | FEDERAL WAY 1610 341st Pl., Ste. A (253) 661-7222 | TACOMA 215 S. 72nd Street (253) 475-9018 |

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

601242

4-3-04

6 CASH SALE.  THAN ER 02:30 04/03/04

```
1 WIL W159C         3.99    3.99 T
  BRAKE SPRI
1 WIL W00622        4.99    4.99 T
  BRK SPRG T
1 WIL W1334         1.99    1.99 T
  3/8 HEX BI
1 WIL W154          8.99    8.99 T
  36MM AXLE
           21.72
  Cash
  DISPLAY # 17      50.00

Labor
right   Subtotal         19.96
Disc    Core
        Tax               1.76
        Total            21.72
TENDER   50.00 CHANGE     28.28
```

1489539

| WEIGHT | | | ORDER DATE | INV. DATE | | INV. NO. |
| | | | | | | 1 |
| | 02:28 PM | | 04/03/04 | 04/03/04* | | |
| DESCRIPTION | CORE | LIST | | SELL | EXTENDED | T | D |
| KE SPRING | | 5.48 | | 3.99 | 3.99 | T | |
| SPRG TOOL | | 8.98 | | 4.99 | 4.99 | T | |
| HEX BIT | | | | 1.99 | 1.99 | T | |
| MM AXLE SKT | | 22.80 | | 8.99 | 8.99 | T | |

- Special Order Returns are subject to a 20% restocking fee.
- Freight Charges are non-refundable.

| SUB-TOTAL | 19.96 |
| CORE | |
| TAX | 1.76 |
| LABOR | |
| FREIGHT | |
| TOTAL | 21.72 PICK |

on record 05/27/04

**Schucks Auto Supply**

```
17620 108th SE
Renton  WA 98055    STORE#04329
(425) 228-6226   05/27/04   4:46 pm
REGISTER 04  2   3576 CASHIER:057394-03

PA 8322372  QUIET STOP PADS      59.99
            PGD370QS
Ltd Lifetime Warranty Excludes Wear
PA 6089189  80/85W-90 GEAR OIL
                                  3.49
            831
PA 6008205  SYNTHETIC GEAR OIL    8.99
            75W90
            SUBTOTAL             72.47
       TAX 8.80%                  6.38
            TOTAL                78.85
**DEBIT CARD SALE**             -78.85
CHANGE DUE                        0.00
```

**Items Sold    :    3**

TRANSACTION #00464300

Refunds & exchanges must be made within
60 days with original sales receipt.

on record 7-08-0

Suburban repa

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

601293

4-3-0

6 CASH SALE.  THAN GF 04:05 04/03/04

```
1 TRW 14-370-12    41.79   41.79 T
  BRAKE PAD
1 LUB I1380         2.99    2.99 T
  16 OZ WB G
  ATM/Debit
  DISPLAY # 17     48.72

Labor   Subtotal         44.78
right   Core
sc      Tax               3.94
        Total            48.72
        48.72 CHANGE     48.72
```

FOR SHARPING PAL

*exhibits 10-12*

3-31-04

## Cedar Rapids Towing

37334

18015 S.E. Maple Valley Hwy.
Renton, WA 98058
PHONE (425) 255-5295

24 hour

Date 03/31/04    WDL # _____

WO # _____    PO# _____

Bill to: Clinton Tuns

Address: 18508 - 180

City, State: Renton WS    98058-0963

Owner: _____

Address: _____    Tel: _____

| YR 99 | MAKE Gmc | MODEL Suburban | LIC # 223-ROC |
| VIN # | | ODOMETER | |

| DRIVER 10 | TRUCK 41 | CLASS 11 | WSP ☐ | ACC ☐ | IMP ☐ | INS ☐ |
| | | | PD ☐ | PVT ☒ | COM ☐ | |

Tow From 180st - 8272

Tow To _____

| Extra Services | Dolly | Wheel Lift | Driveline Removal | Car Carrier | Standby |
|---|---|---|---|---|---|
| Winching | | | Driver | Truck | Class |
| 2nd Tow | | | | | |

| Storage | Days | Inside/Outside @ | | Per Day | |
| Mileage Finish | | | Time Finish | | |
| Mileage Start | | | Time Start | | |
| Total Miles | @ | Per Mile | Total Time | | |

After Hours Release _____    Keys

Comments _____

| | Advance Charges |
| | Tolls Paid |
| | Sub Total | 85 00 |
| | Sales Tax | 6 16 |

Check No. 2622    Bank Card ☐    TOTAL    91 16
Date Release _____    Cash ☐
Released By _____    Charge Fr ☐

AUTHORIZATION
TO TOW
VEHICLE    Clinton M. Tulls

*electrical failed couldn't start
vehicle. had to have it towed
home so I could run tests, and dyl
t repair*

BED LINERS
TRAILER HITCHES
• • •
623 MERIDIAN E.
EDGEWOOD, WA 98371



**EDGEWOOD NATIONAL INC.**
4WD, TRUCK and RV PARTS and ACCESSORIES



Complete Truck & RV
Installation Facility
www.edgewoodnational.com

**PHONE: (253) 927-3388**

DISCLAIMER OF WARRANTIES. All warranties on the products sold hereby are those made by the manufacturer. The Seller, Edgewood National, Inc. hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Edgewood National, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with this sale. CHECK ALL PARTS BEFORE INSTALLING. EDGEWOOD NATIONAL, INC. WILL NOT BE RESPONSIBLE FOR MISLABELED OR MISPACKED PARTS.

NO ELECTRICAL PARTS RETURNED  •  NO RETURNS AFTER 30 DAYS OF SALE

*Exhibits 10/11/12*

| | CASH ONLY WHOLESALE | | | CUSTOMER #  500  CASH  INVOICE # 78079-A |
| --- | --- | --- | --- | --- |
| | | | | CODES: D 1 C.O.D. |
| | | | | DATE : 07/02/03    03 |
| | | | | 10:00 AM PAGE: 1 A |

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | PHO | H9006XPP2 | BULB ST LEGAL | | | 24.15 | 24.15 | T. |

*2 bulbs*
*1 - Right Front*
*1 - Left Front*

*7/02/03*

CHECK        : $    26.30
CHECK # 2591

| | | | | | | | 24.15 | 2.15 |
| TOTAL UNITS | | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON TAXABLE | TAXABLE | TOTAL TAX |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR CREDIT THAT HAS BEEN INSTALLED FOR TESTING.

RECEIVED BY: X

PAY THIS AMOUNT ▶    26.30    CUSTOME

---

**Edgewood Truck Toyz**
• • •
623 MERIDIAN E.
EDGEWOOD, WA 98371

Complete Truck & SUV
Installation Facility
www.edgewoodtrucktoyz.com

PHONE: 253•927•3388
FAX: 253•927•4519

*12-26-03*

NO ELECTRICAL PARTS RETURNED          NO RETURNS AFTER 30 DAYS OF SALE

*Edgewood performed the headlight replacement*

| | CLINT | | | | OPEN  INVOICE # 88702-A |
| --- | --- | --- | --- | --- | --- |
| | | | | | CODES: D 1 |
| | | PH #435 228-7982 | | | DATE : 12/26/03    03 |
| | | | | | REF: W/O 1448 | 4:00 PM PAGE: 1 A |

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | HHA | 24065 | GM FULLSIZE PU | | | 16.49 | 16.49 | T. |
| 1 | PCH | C2583A | RIGHT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | | C2582A | LEFT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | 999 | LO-5 | LABOR PER HOUR | | | 60.00 | 60.00 | T. |

*Plaintiffs replaced entire head lamps*
*12-26-03*

| 3 | | | 60.00 | | | | 236.39 | 20.81 |
| TOTAL UNITS | | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON TAXABLE | TAXABLE | TOTAL TAX |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR

RECEIVED BY:          257.20    PAY THIS AMOUNT ▶    ***NON-FINAL***    Original

| QUAN. | JOB CODE | LABOR INSTRUCTIONS | EACH | TOTAL |
|---|---|---|---|---|
| 1 | 999 | LO-5 Labor | | 60 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | OUTSIDE WORK | |
| | | | TOTAL LABOR | |

| QUAN. | LINE CODE | PART NUMBER | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|---|---|
| 1 | PCH | C2583A | Right Light | | 79 95 |
| 1 | " | C2582A | Left Light | | 79 95 |
| 1 | HHA | 24065 | Book  (maintenance Vehicle) | | 16 49 |

Handwritten (right margin, vertical):
NAME Clint Tullis
ADDRESS
CITY 04
MAKE Chev SUB.
STATE B.
LICENSE NUMBER
ZIP
425-226-7399

**EDGEWOOD TRUCK TOYZ**

623 MERIDIAN E.
EDGEWOOD, WA 98371

**Truck Toyz**
OFFROAD & SUV ACCESSORY CENTER

Complete Truck & SUV
Installation Facility
www.edgewoodtrucktoyz.com

PHONE: 253•927•3388
FAX: 253•927•4519

NO ELECTRICAL PARTS RETURNED

NO RETURNS AFTER 30 DAYS OF SALE

CLINT TULLIS    12-26-03    CASH    INVOICE #: 38702-1A
CODES# D 1
PH #425 226-7399    DATE : 12/26/03    :03
REF: W/O 21415    :425 PH CASH : 1A

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | HHA | 24065 | GM FULLSIZE PU | | | 16.49 | 16.49 | T |
| 1 | PCH | C2583A | RIGHT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | | C2582A | LEFT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | 999 | LO-5 | LABOR PER HOUR | | | 60.00 | 60.00 | T |

CHECK    : $    257.20
CHECK #: 1193

257.20

| | | | | LABOR 60.00 | MISC. | CORE TOTAL | LIST TOTAL | NON TAXABLE | TAXABLE 236.39 | TOTAL TAX 20.81 |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS
SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR
CREDIT THAT HAS BEEN INSTALLED FOR TESTING.

RECEIVED BY: X

PAY THIS AMOUNT ▶    257.20

**Warrantee Disclaimer**    ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER (EDGEWOOD NATIONAL, INC.)
HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANT-
ABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT
ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

**Work Authorization**    I HEREBY AUTHORIZE THE ABOVE WORK TO BE DONE ALONG WITH NECESSARY MATERIALS. YOU AND YOUR EMPLOYEES MAY OPERATE
ABOVE VEHICLE FOR PURPOSES OF TESTING, INSPECTION OR DELIVERY AT MY RISK. AN EXPRESS MECHANIC'S LIEN IS ACKNOWLEDGED
ON ABOVE VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO. YOU WILL NOT BE HELD RESPONSIBLE FOR LOSS OR DAMAGE TO
VEHICLE OR ARTICLES LEFT IN VEHICLE IN CASE OF FIRE, THEFT, ACCIDENT OR ANY OTHER CAUSE BEYOND YOUR CONTROL.

Work Authorized By    Clinton M. Tullis

**EDGEWOOD NATIONAL INC.**
623 MERIDIAN E.

CUSTOMER

**No. 21415**



MOST COMPLETE AUTO PARTS STORES

B AUTO PARTS, INC.
RAINIER AVE. NO.
ENTON, WA 98055
206-772-6380

4-3-04

SHIP TO:

SOLD FROM RENTON STORE

Suburban Brake repair

AUBURN
2703 Auburn Way N.
(253) 854-0484

BELLEVUE
10505 Main Street
(425) 454-2495

BURIEN
14307 1st Ave. S.
(206) 243-2444

FEDERAL WAY
1610 341st Pl., Ste. A
(253) 661-7222

KENMORE
6340 N.E. Bothell Way
(425) 486-2007

REDMOND
16115 Redmond Way
(425) 885-4146

RENTON
401 Rainier Ave. N.
(206) 772-6380

TACOMA
215 S. 72nd Street
(253) 475-9018

1489539

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.          601242
RENTON, WA 98055
206-772-6380

4-3-04

6 CASH SALE. THAN ER 02:30 04/03/04

1 WIL W159C          3.99    3.99 T
  BRAKE SPRI
1 WIL W80622         4.99    4.99 T
  BRK SPRG T
1 WIL W1334          1.99    1.99 T
  3/8 HEX BI
1 WIL W154           8.99    8.99 T
  36MM AXLE
  Cash                       50.00
  DISPLAY # 17

Labor        Subtotal        19.76
Frght        Core
Disc         Tax             1.76
             Total

TENDER       50.00 CHANGE    28.28

on record 05/27/04

Schucks Auto Supply

17620 108th SE
Renton WA 98055   STORE#04329
(425) 228-6226   05/27/04   4:46 pm
REGISTER 04  2  3576 CASHIER# 057394-03

PA 8322372  QUIET STOP PADS        59.99
  Brake pads
            PGD370US
Ltd Lifetime Warranty Excludes Wear
PA 6089189  80/85W-90 GEAR OIL     3.49
            831
PA 6008205  SYNTHETIC GEAR OIL     8.99
            75W90

            SUBTOTAL               72.47
            TAX  8.80%             6.38
            TOTAL                  78.85

**DEBIT CARD SALE**                -78.85
CHANGE DUE                          0.00

*  Items Sold   :   3

TRANSACTION #00464300

Refunds & exchanges must be made within
60 days with original sales receipt.

| WEIGHT | | | ORDER DATE | | INV. DATE | | INV. NO. |
|---|---|---|---|---|---|---|---|
| 02:28 PM | | | 04/03/04 | | 04/03/04 | | |
| DESCRIPTION | CORE | | LIST | SELL | EXTENDED | T | D |
| KE SPRING | | | 5.48 | 3.99 | 3.99 | T | |
| SPRG TOOL | | | 8.98 | 4.99 | 4.99 | T | |
| HEX BIT | | | | 1.99 | 1.99 | T | |
| M AXLE SKT | | | 22.80 | 8.99 | 8.99 | T | |

- Special Order Returns
  are subject to a 20%
  restocking fee.

- Freight Charges are
  non-refundable.

| SUB-TOTAL | 19.96 |
| CORE | |
| TAX | 1.76 |
| LABOR | |
| FREIGHT | |
| TOTAL | 21.72 PICK |

Suburban repla

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.          601293
RENTON, WA 98055
206-772-6380

4-3-0

6 CASH SALE. THAN GF 04:05 04/03/04

1 TRW 14-370-12     41.79    41.79 T
  BRAKE PAD
1 LUB 11380          2.99    2.99 T
  16 OZ W8 G
  ATM/Debit
  DISPLAY # 17               48.72

bor          Subtotal        44.78
             Core
sc           Tax             3.94
DER                          48.72
             48.72 CHANGE
FOR SHIPPING PA

More Clean
More Green
Refunds & exchanges must be made within
60 days with original sales receipt.



*Exhibits 10-12*

**Tires LES SCHWAB**

**The West's Largest Independent Tire Dealer**

SOLD TO: CLINTON TULLIS

LES SCHWAB TIRE CENTER
17235 SE 272nd Street
Kent, WA 98042 4965
253-638-0940

*no note on this*

*on the Suburban*

146200

| ACCT | 386 99998 | INVOICE | 279911 |

| DATE | 07-22-2003 | TIME | 6:03:57 PM |

| SOLD BY | TRANSACTION TYPE | WORK ORDER # | CUSTOMER PO # | LICENSE | MILEAGE | YEAR / MAKE / MODEL |
|---------|-----------------|--------------|---------------|---------|---------|---------------------|
| JEFF | CASH | 186737 | | 223-REC | 56949 | |

| QTY. | PRODUCT CODE | PRODUCT DESCRIPTION | PRICE | FET | AMOUNT |
|------|--------------|---------------------|-------|-----|--------|
| | | All Parts New Unless Specified | | | |
| 1 | 02117046 | LT245/75R-16/10 TRAILCAT ALL SEASONS BLACKWALL | 97.00 | | 97.00 |
| 1- | 02117046 | LT245/75R-16/10 TRAILCAT ALL SEASONS BLACKWALL | 97.00 | | 97.00- |
| | | Adjustment: D 100% Sidewall Separation | | | |

*Plaintiff only*
*use super tires*

Customer certifies there are no personal injury or other claims of any type whatsoever relating in any way to the above-described merchandise. Customer understands Les Schwab is relying on this certification to grant credit, or make a product adjustment and to dispose of the merchandise together with certain records, without further investigation. If any claims relating to the merchandise are made, customer releases, indemnifies and holds harmless Les Schwab therefrom.

**NOTICE: The following conditions apply to all sales except where Seller issues a written warranty.**
SELLER ASSIGNS TO PURCHASER ALL RIGHTS AND REMEDIES UNDER MFRS. EXPRESS AND IMPLIED WARRANTIES, BUT OTHERWISE EXCLUDES ALL LIABILITY FOR WARRANTY DAMAGES, SPECIAL AND CONSEQUENTIAL DAMAGES FOR LES SCHWAB MFRD. PRODUCTS EXCLUDED TO EXTENT LAW ALLOWS. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE. Purchaser acknowledges having received the goods described above and having read and received a copy of the Security Agreement and Warning (when applicable) contained on the reverse side hereof.

**PURCHASER X**

| SALES TAX | .00 |
| DISPOSAL TAX | .00 |
| TOTAL | .00 |

**CUSTOMER COPY**

‹ ‹CUSTOMER COPY› ›

**INVOICE**

**East Auto Parts**

ET, RENTON, WASHINGTON 98059

228-6364

VISA  MasterCard  DISCOVER

SALES DRAFT

HIGHLAND EAST AUTOPART
4616 NE 4TH
RENTON, WA 98059
TERMINAL 5200305

B4069B242        15:43:00
04/03/2004
DBS  XXXXXXXXX0259
INVOICE  631920
AUTH. CODE  6-3007 DP2

SALE TOTAL          $32.64

CUSTOMER COPY

URN ON ELECTRICAL PARTS
URN WITHOUT INVOICE

RECEIVED BY: X

‹ ‹CUSTOMER COPY› ›

**Schucks Auto Parts**

307 Rainier Avenue S
Renton, WA 98055
(425) 235-9972    STORE #04318
REGISTER #2  1  767A CASHIER 658319-04

PA 6180005g    HAVOLINE 10W40    12 @  -0.50
12 @  1.69        10W40            20.28
Customer Satisfacti 6180005g         6.00
PA 6723399    HAVOLINE 10W30    12 @  -0.50
12 @  1.69        10W30            20.28
Customer Satisfacti 6723399         6.00

**DEBIT CARD SALE**
TRANSACTION #00498713

SUBTOTAL        20.56
TAX   8.80%      2.51
TOTAL          31.07

CHANGE DUE       0.00

Items Sold  =   24

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!
Visit Us On-Line At
WWW.SCHUCKS.COM

PRIMARY
Card # XXXXXXXXXX0258
Approval: 658240

‹ ‹CUSTOMER COPY› ›

*Exhibit #5*

## Plaintiffs Mechanical Resume.

1. Plaintiff: Clinton M. Tullis performed mechanical work from childhood; On farm equipment, tractors, family and friends automobiles; Activating stalled trucks and loaders in shipyards that had refused to function because of world war 2 shortage of parts; Then tuning military officers and cadre vehicles at the Camp Roberts, California Infantry Training Center where I took seventeen weeks rugged infantry training in 1945 in preparation for the invasion of Japan, thwarted by the atomic bomb,; Then on farm equipment until I was thirty two years of age.

2. This latter was performed during Plaintiffs marriage and commencement of our family; and after two seasons of heavy hail storms out of four, costing heavy losses of our row crops; We decided to move to Margarets home town of Seattle to allow our children to choose their own destiny.

3. Plaintiff Clinton then worked as a Line mechanic for a freight Company for several years where I performed dozens and dozens of brake repairs and sometimes total replacements on Air Brakes, and Hydraulic brake systems and of course engine, transmission and power train rebuilding and/or vehicle general tune-ups inclusive of steering assemblies and balancing steering actions on the vehicles.

4. This was just prior to entering the Real Estate Industry for which Plaintiff is remaining self employed since 1967.

5. For one year prior to working for a large freight Company; Plaintiff Clinton worked for Mack Truck until a Christmas Layoff for several mechanics to wait for spring business to pick up. During this employment, I stripped a couple Logging Trucks that had been badly damaged ; I stripped them to the rails and even removed the cross-members of the channel frames, Corrected the bends and dents and completely reconstructed the entire trucks inclusive of reusing all of the wiring, etc.

6. I refused to go back to Mack Truck as I could not afford to gamble on seasonal layoffs and didn't admonish having to work on several part time jobs including splitting days and weeks with other employees at Mack Truck in lieu of the winter lay-off to provide for my family. I didn't believe it was right for me to interfere with anothers seniority.
   I also met the same rehtoric at two different tractor company's including a Michigan Equipment  Co. and decided to apply for a job at Coast Lee and Estes Freight company where I stayed for five years prior to joining a Washington Building Firm as a Sub-Contractor in remodeling houses and Commercial Structures.

7. All of above to explain that I soon understood Cornforth Campbell deceit and really didn't know how to overcome it as we had already purchased and paid for the 1999 GMC Suburban before discovering their Warranty's and intent of negating performance to their promises was all a myth applied to performance of sales.

8. I do know that perjury is a crime and that the statute of limitations does not apply to Crimes of which Cornforth Campbell and GMC Advertisements are deliberate blow-ups of deceit to cause potential purchasers to drop their guard applicable to Mr. Good-Wrench and the flyers induced with and on the vehicle. Acts of Hypocracy and extended criminology.

9. A recent acquired Washington State Commitment of Law states: There is no limitation on litigation awards to an injured party. General Motors and agency of Cornforth  Campbell have over-cooked their Turkey.

10. This is qualified as to AID AND ABET: To actively, knowingly, or purposely facilitate or assist another individual in the attempted or attempted commission of a crime. Aiding and abetting is characterized by Affirmative Criminal Conduct and is not established as a result of omissions or negative acquisance. 24 A 2d 85, 87. Compare Accessory: One who Aids or contributes in a secondary way or assists in or contributes to crime as subordinate. See 216 So. 2d 829, 831. The failure to report the commission of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or Avoiding Apprehension for Crime. (Apprehension: To seize, to arrest, to understand, to fear, filled with dread, suspicious). Complicity "Mens rea" Accomplice; Liability is shared. Common "Mens rea": and Criminal Purpose is shared between Agent and Principal; See 233 P 2d 347.

11. All of above relating to Criminal Acts of Defendants was copied from Blacks Law Dictionary Eighth Edition by Garner and received from West Publishing Company.

*P—19*

12. Plus: Crimes Applied to Clinton And Margaret Tullis by Cornforth Campbell and added to, by General
Motors Advertising as Mr. Good Wrench, falls under:
Chapter 9A RCW of Washington Criminal Code; Chapter 9A.04.110 which lists the many Crimes
committed by the Agency of Cornforth Campbell as

(a)ntent: A person acts with intent or intentionally when he acts with the objective or purpose to
accomplish a result which constitutes a crime

(b)  Knowledge: A person knows or acts knowingly or with knowledge when: (1) he is aware of a fact,
facts, or circumstances or result described by a statute defining an offense; or (II) he has information
which would lead a reasonable man in the same situation to believe that facts exist which facts are
described by a statute defining an offense.

( c ) Recklessness: A person is reckless or acts recklessly when he knows of or disregards a substantial
risk that a wrongful act may occur and his disregard of such a substantial risk is a gross deviation from
conduct that a reasonable man would exercise in the same situation.

(1) Criminal Negligence: A person is criminally negligent or acts with criminal negligence when he fails to
be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial
risk constitutes a gross deviation from the standard of care that a reasonable man would exercise in the
same situation.

(2) Substitute for Criminal Negligence: Recklessness and Knowledge. When a statute provides that
criminal negligence suffices to establish an element of an offense , such element also is established if a
person acts intentionally, knowingly, or recklessly. When recklessness suffices to establish an element,
such element also is established when a person acts intentionally or knowingly. When acting knowingly
suffices to establish an element, such element also establishes if a person acts intentionally.

Chapter 9A.08.020; which advocates the Liability for Conduct of another: Complicity.

(1)A person is guilty of a Crime if it is committed by the conduct of another person for which he is legally
accountable.This also applies to Agency and Corporations


P. 2 OF 2.

PLAINTIFFS RESUME
AND COMPLAINT

## 9-8 BRAKES

*Plaintiff had to apply #3 below on the left front brake - see attached ruling.*

*Exhibit #7*

*page 4 of 4*

---

### 5  Brake disc - inspection, removal and installation



**5.2 Hang the caliper out of the way with a piece of wire - don't let it hang by the brake hose!**



**5.3 The brake pads on this vehicle were obviously neglected, as they wore down completely and cut deep grooves into the disc - wear this severe means the disc must be replaced**



**5.4a  To check disc runout, mount a dial indicator as shown and rotate the disc**

*This page is from the Chilton*

### INSPECTION *Repair manual.*

♦ Refer to illustrations 5.2, 5.3, 5.4a, 5.4b, 5.5a and 5.5b

1  Loosen the wheel lug nuts, raise the vehicle and support it securely on jackstands. Remove the wheel and install the lug nuts to hold the disc in place.

➥Note: If the lug nuts don't contact the disc when screwed on all the way, install washers under them.

2  Remove the brake caliper. It isn't necessary to disconnect the brake hose. After removing the caliper bolts, suspend the caliper out the way with a piece of wire (see illustration).

3  Visually inspect the disc surface for score marks and other damage. Light scratches and shallow grooves are normal after use and may not always be detrimental to brake operation, but deep scoring requires disc removal and refinishing by an automotive machine shop. Be sure to check both sides of the disc (see illustration). If pulsating has been noticed during application of the brakes, suspect disc runout.

4  To check disc runout, place a dial indicator at a point about 1/2 inch from the outer edge of the disc (see illustration). Set the indicator to zero and turn the disc. The indicator reading should not exceed the specified allowable runout limit. If it does, the disc should be refinished by an automotive machine shop.

➥Note: When replacing the brake pads, it's a good idea to resurface the discs regardless of the dial indicator reading, as this will impart a smooth finish and ensure a perfectly flat surface, eliminating any brake pedal pulsation or other undesirable symptoms related to questionable discs. At the very least, if you elect not to have the discs resurfaced, remove the glaze from the surface with emery cloth or sandpaper, using a swirling motion (see illustration).

5  It's absolutely critical that the disc not be machined to a thickness under the specified minimum thickness. The minimum wear (or discard) thickness is cast into the underside of front discs (see illustration) and on the outside of rear discs. The disc thickness can be checked with a micrometer (see illustration).



**5.4b  Using a swirling motion, remove the glaze from the disc with sandpaper or emery cloth**

exhibit mg.   Doc 11022
#12 = without
#12A   comparison positivism

**portfolio**                    287                    **potable**

**port·fo·li·o** (pōrt'·fō'·li·ō) n. case for holding loose documents, drawings, etc.; office of a minister of state [L. portare, to carry; folium, a leaf].

**port·hole** (pōrt'·hōl) n. window in side of ship [L. porta, gate].

**por·ti·co** (pōr'·ti·kō) n. (Archit.) a row of columns in front of the entrance to a building; a covered walk [L. porticus].

**por·tion** (pōr'·shan) n. a piece; a part; a share; a helping of food; destiny; lot; a dowry; v.t. to divide into shares; to give a dowry to. **-less** a. [L. portio].

**por·tray** (pōr·trā') v.t. to represent by drawing, painting, acting, or imitating; to describe vividly in words. **-al** n. the act of portraying; the representation. **-er** n. portrait (pōr'·trāt) n. picture of a person, esp. of the face; a graphic description of a person in words. **portraiture** n. the art of portrait painting [L. protrahere, to draw forth].

**Por·tu·guese** (pōr'·chu·gēz') a. pert. to Portugal; its inhabitants, or language.

**pose** (pōz) n. attitude or posture of a person, natural or assumed; a mental attitude or affectation; v.t. to place in a position for the sake of effect; to lay down or assert; v.i. to assume an attitude; to affect or pretend to be of a certain character [Fr. poser, to place].

**pose** (pōz) v.t. to puzzle; to embarrass by a difficult question. **-r** n. [short fr. oppose].

**pos·it** (pāz'·it) v.t. to place or set in position; to lay down as a fact or principle [L. ponere, positum, to place].

**po·si·tion** (po·zish'·an) n. place; situation; the manner in which anything is arranged; posture; social rank or standing; employment [L. ponere positum, to place].

**pos·i·tive** (pāz'·a·tiv) a. formally laid down; clearly stated; absolute; dogmatic; of real value; confident; not negative; plus; (Math.) pert. to a quantity greater than zero; (Gram.) denoting the simplest value of an adjective or adverb; (Colloq.) utter; downright; n. the positive degree of an adjective or adverb, i.e. without comparison; in photography, a print in which the lights and shadows are not reversed (as in the negative). **-ly** adv. **-ness** n. **positivism** n. the philosophical system which recognizes only matters of fact and experience. **positivist** n. a believer in this doctrine. **—pole** of a magnet, the north-seeking-pole. **—sign**, the sign (+ equal plus) of addition [L. ponere, positum, to place].

**pos·i·tron** (pāz'·a·trān) n. particle differing from an electron in that it has positive electrical charge; a positive electron.

**pos·se** (pās'·i·) n. a company or force, usually with legal authority; men under orders of the sheriff, maintaining law and order [L. posse, to be able].

**pos·sess** (pa·zes') v.t. to own or hold as property; to have as an attribute; to enter into and influence, as an evil spirit or passion. **-ed** a. influenced, as by an evil spirit; demented. **-ion** n. the act of possessing; ownership; actual occupancy; the state of being possessed; the thing possessed. **-ive** a. denoting possession; n. (Gram.) the possessive case or pronoun. **-ively** adv. **-or** n. [L. possidere, possessum, to possess].

**pos·si·ble** (pās'·a·bl) a. capable of being or of coming into being; feasible. **possibly** adv. **possibility** n. [L. possibilis].

**pos·sum** (pās'·am) n. (Colloq.) an opossum. **to play possum**, to feign; to pretend; to deceive [fr. opossum].

**post** (pōst) n. a piece of timber or metal, set upright as a support; a prop or pillar; v.t. to attach to a post or wall, as a notice or advertisement. **-er** n. one who posts bills; a large placard for posting [L. postis].

**post** (pōst) n. a fixed place; a military station or the soldiers occupying it; an office or position of trust, service, or emolument; a trading settlement; formerly, a stage on the rond for riders carrying mail; v.t. to station or place; v.i. to inform; to travel with speed. **-age** n. the cost of conveyance by mail. **-al** a. pert. to the post office or mail service. **-man** n. one who delivers mail. **-mark** n. a post office mark which cancels the postage stamp and gives place and time of mailing. **-master** n. the manager of a post office. **-master general** n. the chief of the post office department of a government. **—card** n. a stamped card on which a message may be sent through the mail. **-haste** adv. with great speed. **—office** n. an office where letters and parcels are received for distribution; the government postal department. **-age stamp** n. an adhesive stamp, affixed to mail to indicate payment [L. ponere, to place].

**post-** (pōst) adv. and prefix fr. L. post, after, behind, used in many compound words. **-date** v.t. to put on a document, letter, etc., a date later than the actual one. **-diluvian** a. living or happening after the Flood. **-graduate** a. of academic study, research, etc., undertaken after taking a university degree. **-impressionism** n. a movement in painting, sculpture, etc. which aims at artistic self-expression, or subjective as opposed to objective representation of things. **-mortem** a. after death; n. the dissection of a body after death; an autopsy. **-natal** a. after birth. **-primary** a. of education, beyond the elementary school.

**pos·te·ri·or** (pās·ti'·ri·er) a. coming after; situated behind; later; hinder; n. the rump. **-ly** adv. **-ity** n. the state of being later or subsequent. **posterity** (pās·ter'·a·ti·) n. future generations [L. posterus, behind].

**pos·tern** (pōs'·tern) n. a back door or gate; a. rear; private [L. posterus, behind].

**post·hu·mous** (pās'·cha·mas) a. born after the death of the father; published after the death of the author; occurring after death. **-ly** adv. [L. postumus, last, but confused with L. humus, the ground].

**pos·til·ion, postillion** (pōs·til'·yan) n. the rider mounted on the near horse of a team drawing a carriage [Fr. postillon].

**post·pone** (pōst·pōn') v.t. to put off till a future time; to defer; to delay. **-ment** n. **-r** n. [L. post, after; ponere, to place].

**post·pran·di·al** (pōst·pran'·di·al) a. after-dinner [L. post, after; prandium, repast].

**post·script** (pōst'·skript) n. something added to a letter after the signature; abbrev. **P.S.** [L. post, after; scribere, scriptum, to write].

**pos·tu·late** (pās'·cha·lāt) v.t. to assume without proof; to lay down as self-evident; to stipulate; n. a prerequisite; a proposition assumed without proof. **postulant** n. one who makes a request or petition; a candidate, esp. for admission to a religious order. **postulation** n. [L. postulare, to demand].

**pos·ture** (pās'·cher) n. the position of a body, figure, etc. or of its several members; attitude; v.i. to assume an artificial or affected attitude. **postural** a. [L. ponere, positum, to place].

**po·sy** (pō'·zi·) n. a bouquet; a flower [poesy].

**pot** (pāt) n. a rounded vessel of metal, earthenware, etc., used for cooking, holding fluids, plants, etc.; the contents of a pot; (Slang) a large sum of money; v.t. to plant in pots; to preserve (as jam, chutney, etc.). **pr.p.** **-ting**. **pa.p.** and **pa.t.** **-ted**. **-bellied** a. corpulent. **-hole** n. cavity formed in rock by action of stones in the eddy of a stream; a hole in the roadway. **-luck** n. whatever may happen to have been provided for a meal. **-shot** n. a shot at random [O.E. pott].

**po·ta·ble** (pō'·ta·bl) a. drinkable. **potation**

*exhibit #13 & #14*

*P.A. 1 - B*

utes does not mean they are identical. Thus, laws in one area, though broadly designed to regulate one general field may be aimed at different portions of that field, and still be in genere. The term imports singleness in general purpose but permits diversity of individual purposes.

**INGRESS AND EGRESS** the entering upon and departure from the lands in question, and the means of entering and leaving; the right of lessee to enter and leave leasehold. See **easement**.

**IN GROSS** at large. See **easement** (EASEMENT IN GROSS).

**IN HAEC VERBA** (*in hĕc ver'ba*)— Lat: in these words.

*¥ mc*
*myfatine*
*2-08-09*

**INHERENT DEFECT** a defect that exists in an item regardless of the use made of that item. Although an inherent defect may not be readily detectable, a manufacturer is nonetheless strictly liable for any injury caused by it. Prosser, Law of Torts 656, 657. (4th ed. 1971). Synonymous with **latent defect**.

**INHERENT POWERS** those powers an authority such as a court or a government must have in order to achieve the purposes for which it was created. See 437 N.E. 2d 164, 168.

**INHERENT CONSTITUTIONAL POWERS** the federal government possesses "all those inherent and implied powers which, at the time of adopting the Constitution, were generally considered to belong to every government as such, and as being essential to the exercise of its functions." 12 Wall. 457, 556. These powers include the ability to conduct foreign affairs, 299 U.S. 304, 315-16; to exclude and deport aliens, 142 U.S. 651, 659; to protect persons in federal custody or employment, 135 U.S. 1; to protect federal elections, 110 U.S. 651; to protect federally created or fed-

erally guaranteed rights, 112 U.S. 76. Antieau, Modern Constitutional Law §§11:5 to 11:12 (1969).

**INHERENT RIGHT** a right that exists by reason of an individual's status as an individual and is not derived from any other source.

**INHERIT** technically, to take as an heir at law solely by **descent**, rather than by **devise**. More commonly used to signify taking either by devise, i.e., by **will**, or by descent, i.e., from one's ancestor as a matter of law. See 113 U.S. 340.

**INHERITANCE** real or personal property which is inherited by heirs according to the laws of **descent and distribution**. 216 P. 446, 449. 154 S.E. 2d 37, 39. **Real property** vests in the inheritor immediately on the death of the ancestor, subject to the rights of creditors, 70 P. 2d 1059, 1060. A nontechnical meaning of "inheritance" refers to the estate passed by **will**. 277 S.W. 197, 198.

**IN HOC** (*in hŏk*)—Lat: in this; respecting this.

**IN INVITUM** (*in in-vē'-tŭm*)—Lat: against the will of the other party.

**INJUNCTION** a judicial **remedy** awarded for the purpose of requiring a party to refrain from doing or continuing to do a particular act or activity. 104 A. 2d 884. Injunctions were first used by the **courts of equity** to restrain parties from conduct contrary to **equity** and good conscience. 344 S.W. 2d 257. Today, with the widespread merger of law and equity, injunctions are used as well in general **courts of law** whereas law courts were formerly constrained to use the writ of **mandamus**.

The injunction is a preventative measure which guards against future injuries rather than affording a remedy for past injuries.

Types of injunctions include:

#5-A

As our left front wheel slowly climbed upon the center of the vehicle in front of us I quickly released the brake pedal to allow the front wheel to rotate & climb instead of impacting. I then forced the steering to the full right turn & jammed the brake pedal down hard & the right wheel grabbed into the pavement & threw us off the vehicle in front & we slowly crept around & along side of the vehicle in our immediate front. Margarets head was against the right door window glass & I reached over & pulled her head back for the protection from the vehicle frame work between the two right side doors. I thought we may go down on our right side, half way over a roll. Thus holding the steering hard right with only my left hand which (strained) my left hand & wrist, also injured & pressured from the response of an air-bag explosion, in act pulled the ligaments on my left wrist, placing me in a cast & lots of pain for almost 2 years. I was really in fear of Margaret getting her head impacted & possibly through the glass.

Luckily, our vain attempt at stopping the forward motion of our vehicle & trailer gave the cars in the right lane enough time to pull out of the way to make room for us to pass the vehicles on the left lane whom were sitting still as they had already impacted. We both thought we were on fire and I was afraid of an explosion from a full 40 gallon tank of gas procured about ½ hour earlier.

Clinton M. Tullis

## ENDANGERMENT TO THE ENTIRE PUBLIC

(1). Neglect of GMC Leadership and many other Manufacturers of vehicles "World Wide" should have responsibility adhered to in the extreme for dollars gained by Agencies through False Advertising and Crucial Neglect of keeping Vehicles safe for use on State, County and City Roadways, Disregarding the threats to the Publics safety and Lives towards sudden Death or horrendous Injury's prevailing through their incompetant, negative actions and considerations.

(2). They should not only be held monetarily accountable, but should also serve time in jail to accommodate their unnecessary criminal acts by negating proper production.

(3). All vehicles, whether new or used, must be examined thoroughly and brought up to safety standards before turning loose on our roads.

(4). Our judges and Politicians, whether heads of Policing Agencies that deny or avoid the matters or similar matters should be positively instantly removed and denied their retirement funds. Penalty's analagious to Judges and Politicians causng or bypassing causes of injury's and injuring citizens mentally or physically should not be tolerated at all, under any conditions.

(5). Advertisements by Automobile manufacturers and their Agency's World Wide,should be based on Truths; Not just on Public Trusts.

(6). They should be denied their product sales in any city, county, or state for at least One-Year, on each and every discovery of improper assembly or repairs.

(7). I personally called (after much trouble in locating), a sales manager for Toyota and told him "My Suv" was assured of doing 16 Miles per Ga;llon of gasoline and I was only getting ten Miles Per Gallon.

(8). I told him, I wanted a phone number or address of an official at the United States Plant to make a personal appointment for driving my Suv to his Factory and have the engine tuned to deliver my travels increased, to sixteen Miles Per Gallon.

(9). He laughed and told me that they could not or would not accommodate me; as the Miles per gallon was only a part of legal sales pitches to sell vehicles of which there is no violations of law. *He evidently has not heard of perjury = Fraud.*

(9a). In other words, don't believe what you hear; It is only to over-whelm other agency's and increase purchases to the ignorant Public.

(10). This has got to stop. Both new and used vehicles to be sold; Do increase and enhance the highways and road deaths.

(11). An assist to control the population count. WE WANT THE ENTIRE GOVERNMENTs Procedures, TO RETURN OUR NATION TO ITS FOUNDATION, and of which it will influence the major portion of other nations to follow suit; with demanded honesty and complete expected proper assembly of vehicles to comply with honest advertisements.

P. 1 of 3.

that were no properly

(12). REMEMBER: Our Nation: A Republic for which it stands: One Nation Indivisible, with Liberty and Justice for All. (12a). Lets take it back to the people and the Pride of the World.

(13). Lets enforce our Attorneys and Judges with belief in proper principals (Honesty);
(13a). Lets hit our teaching of Lawyers and Judges to conform with honesty; Not overwhelming by Power and Seduction of our innocent..
(13b). Fire the Crumbs including canceling our Tax Money to the Colleges, etc. that preach to Do whatever is necessary to win. The stupid Judges love a good show and should be home looking at TV programs, while the judges neighbors are running over their Kids with vehicles that should not have been on the road because of inappropriate control being hidden by the winner. in sales.

(14). In our World today; We are overloaded with Politicians, and Political Proponents and Advisors that may not even know or realize that they are also amoungst the endangered Public that fall victim to the errors and known discrepancies, that Auto Dealerships, Agency's and Manufacturers can bypass by, paying for individual Political Status votes and filling each others wallets.
(14a). They should look at every one they meet, travel alongside of, or pass; may at any moment blow a tire, lose their steering control, find their brakes insufficient, their lights to go out, anything to thwart their previous planned destination and all too often to arrive at their unplanned journey to a hospital or final stop at a morgue.

(15). Injurys or Deaths caused by automobiles are on TV stations and in news papers daily. Most of this is because of vehicle problems ignored by Dealers,and not completed at or by Agencys because of moving through the assembly llines so fast, with out proper supervision or enough mechanics to properly complete the assembly's and are sent to the trust of unknowledgeable purchaseres.

(16). Please don't take this in as ignorance. I was a darned good mechanic earlier in life and realize when something is neglected of which very few on the roads know until it is too late.

(17). TO BEGIN WITH,: REMOVE  THE CRUISE CONTROLS.
(17a). They are a big cause of roads and residential areas deadly accidents.
(17b). You cant turn them off when fighting airbags.
(17c). You cant turn them off when someone else is forcing you sideways of which you cant always get to the brakes that may also not be in proper condition for sudden control.
(17d). If you are too tired to operate the throttle with your foot, you are too tired to travel and this will help shorten your life span no matter what you try.

(18). Before you buy; Take your exciting vehicle to a mechanic to check out underneath for the steering, tires and wheels and the engine etc. under the hood after which; have him take you for a few miles run on the freeway for his final test. If the dealer will not allow this; You have already won a good cause and better go to another dealer.

P. 2 of 3.

19. This information is meant for everyone driving a vehicle to consider; No matter how old or how new, ignoring the truth, subjects the drivers and anyone they meet or pass is in danger of serious injury's or sudden death, for abuse or use as expressed above.

2o. The Politicians have established, vehicle "Emision Control Inspections' of vehicles; and are provided with equipment and personell to determine the condition of whether the vehicles need nurtured to supposedly save the climate.

21. They should develop or appoint  shops for thorough examinations on each vehicle sold whether new or used, before allowing any of them to be used on the roads or to place any party, lot, or agency in a heavy monetary punishment penalty if they sell a vehicle that should not be on the roads and highways.

22. I am planning on bringing the above to Washington State Legislature for hopfully igniting new laws and restrictions of new and used vehicle dealerships or individuals methods of sales of a vehicle not in condition to be used on the roads and highways of the State.

23. This is not a game to be playing. An automobile Insurance policy cannot bring those killed or injured, back to their former plane of survival.

   THE ABOVE HAS ALL TOO OFTEN HAD PORTIONS TO BE  OVERLOOKED AND /OR BYPASSED BY POLITICIANS, WHOM WERE FINANCIALLY SUBSIDIZED BY THE AUTOMOBILE DEALERSHIPS, CRIMES OF UNNECESSARY  ENDANGERMENT TO THE PUBLIC.

        Clinton M. Tullis
        16300-184th ave. S.E.
        Renton, Wa. 98058-0903
        425-226-7399 or 206-713-4950
        ccmtullis@juno.com

     Plaintiffs would be delighted if the Court and the Jurors would all sign their names, addresses and phone numbers on the back of PLAINTIFFS COPIES FOR TRANSITION TO Olympis.
     This would not be the first time I have asked for help from citizens and received an absolute response from a Governmental Agency to change their Policies.
     Maybe, One of you would be glad to be the courier of this list and I will be glad to assistif you desire.
     So that you can diagnose what my assist would perform; I am the party that pulled the Seattle Parks Supervisor and the Maintenance Leaders to the Delridge Way Parks Building for a three hours of details on thwe inadequacy of the functioning of Lighting the Parks and of constructing proper timing of Ball Players, etc. so the fields were ready for intended use and facilities for public use were open and strong enough for clean-ness, etc. Recreation Departments since have given the maintenance the use rosters and every thing has been on time and in top condition ever since.
     Another time, I came into the West Seattle Boat Ramp in the
P. 3 of 3. dark and found an angry crowd with their vehicles all tagged with a big bill from Diamond Parking.Within two Weeks, The Seattle Parks agreed to clean up all Parking and Boating needs and establish a reasonable use fee for new manicured boat ramps and Boat Locks, Library and other facilities that

Juno e-mail printed Thu, 29 Apr 2010 17:51:58 , page 1 of I

*exhibit #13A*

Dear Clinton,

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. Our goal is to exceed every expectation you've set for us. We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty,
Vice President, U.S. Marketing

General Motors Company

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here.
To view our privacy statement, click here. We cannot reply to all responses to this e-mail
©2010 General Motors | 100 Renaissance Center | 482.A00 MAR | Detroit, MI 48265

*© 2010 General Motors*
*(100 Renaissance Center) 482 A 00 Mar (Detroit Mi 48265*

*Exhibit*

*#13-B*

If you are unable to view the images in this e-mail, view it in your web browser. To ensure you receive your GM Fleet and Commercial e-mails, please add **GM_Fleet_and_Commercial@email.generalmotors.bfi0.com** to your Address Book.

Dear Clinton:

For commercial applications that demand GVWRs up to 14,200 lbs,* the new Chevy Express and GMC Savana 4500 Cutaways are the go-to cutaway vans for heavy duty jobs.

The Express and Savana offer greater towing and RV adaptation† with their best-in-class available 9,050 lbs§ payload,** 20,000 lbs GCWR, and 6.0L gas V8. Improvements to their body structure include added spot welds, structural adhesives, and increased metal gauge thickness to meet the requirements for demanding duty cycles.

*this was commenced after GMC received the Summons & complaint from Plaintiffs*

Check out the Chevy Express 4500 Cutaway and GMC Savana 4500 Cutaway >>

GO TO GMFLEET.COM

VEHICLE SHOWROOM

CURRENT OFFERS

**CONTACT US**
If you have questions regarding GM's products or services, click here for contact information.

IBIT # 4

I was sitting on the Passenger side of the front seat. I thought we were stopping and then suddenly it felt like we were floating down the road. Then we were climbing over the back right end of the vehicle in front of us. Then our vehicle dropped down. Thats when the air bag hit my chest. It was very painful. There was a lot of smoke I thought our suburban was on fire; but it was from the air bag. I belive the seat belt grabbed me across my left breast and under my left arm, because it was very sore and tender for a long time. I was not able to lay on my left side. I had bruises on the front of my breast and another bruise underneath of my left breast. It was about two months before I was able to sleep comfortable again.

Margaret L. Tullis

P # 3 of 3

P-23

*Exhibit 1*



## Holiday Inn
# EXPRESS

**OF CENTRALIA**
1233 Alder Street
Centralia, WA  98531
360/330-9441

| | |
|---|---|
| Room | 114-11 |
| Arrive Date | 07/18/04 |
| Dept. Date | 07/19/04 |
| Folio # | 0 |
| Room Rate | 89.95 |
| Account | 2~CVISA |
| Mkt/Seg | 0~TRAN |

Name & Address

MARGARET  TULLIS
16300 184TH AVE SE

RENTON              WA 980580903

Page 1

Independently owned and operated by Akita, Inc.

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

## Rapid Check-Out℠

SIGNATURE

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0718 | 111 | 0718000 | DKT | GUEST ROOM | 89.95$ | .00$ | 89.95$ |
| 0718 | 811 | 0718001 | DKT | SALES TAX | 7.02$ | .00$ | 96.97$ |
| 0718 | 812 | 0718002 | DKT | OCCUPANCY TAX | 1.80$ | .00$ | 98.77$ |
| 0719 | 918 | 0719000 | DKT | VISA | .00$ | -98.77$ | .00$ |
| | | | | ***TOTAL*** | | | .00$ |

*Filed
W Clerk
2-25-09*

## Holiday Inn
# EXPRESS

*Margarets night
at Hospital
after colision*

| | |
|---|---|
| ACCT. NO. | |
| VS ***********9983    0705 | |
| CARD MEMBER NAME | |
| TULLIS/MARGARET L | |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT |
| H.I. Express - Centralia | |
| 1233 Alder Street | |
| Centralia, WA 98531 | |
| CARD MEMBER'S SIGNATURE | |
| X  *Margaret L Tullis* | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| | | |
|---|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| 07/19/04 | HI- 51872-01 | |
| AUTHORIZATION | | I.D. |
| 025359 | 117.00$ | DKT |
| | .00$ | |
| | .00$ | |
| PURCHASES & SERVICES | | |
| | 98.77$ | |
| TOTAL AMOUNT | | |
| | 98.77$ | |

*Exhibit 10-12*

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | DATE | |
|---|---|---|---|---|---|
| NAME | *Trailer to haul our* | | | | |
| ADDRESS | *Gear from wreck.* | | | | |
| CITY, STATE, ZIP | | | | | |

| SOLD BY | | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |
|---|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 1 | *light adaptor* | | 5 | 95 |
| 2 | | | | | |
| 3 | 1 | *Hitch & Ball used* | | 20 | — |
| 4 | | | | | |
| 5 | 1 | *Pin* | | 3 | 95 |
| 6 | | | | | |
| 7 | | DATE 267747442882        TIME | | 29 | 90 |
| 8 | | 07/18/2004  0LEB         18:17:46 | | | |
| 9 | | RENTALS ETC, INC.  | | 9 | 95 |
| 10 | | 700 SOUTH TOWER | | | |
| 11 | | 7/18/04   CENTRALIA WA 98531 | | 39 | 85 |
| 12 | | (360) 736-8257 | | | |
| 13 | | THANK YOU | | 3 | 11 |
| 14 | | CREDIT SALE | | | |
| 15 | | TRANS #    001 | | 42 | 96 |
| 16 | | AUTH #     020249 | | | |
| 17 | | VISA ACCOUNT #       EXP DATE | | | |
| 18 | | 4428680001639983      0507 | | | |
| 19 | | SALE AMOUNT      $42.96 | | | |
| 20 | | I AGREE TO PAY ABOVE TOTAL AMOUNT | | | |

RECEIVED BY

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
MERCHANT AGREEMENT IF CREDIT VOUCHER

*Clinton M. Mullis*
Signature for REFERENCE

Ⓐ adams
5805

*procedure following sequence diagnosing stability of plaintiffs heart*
*(exhibit # 8) for surgery (if possible) and 1 of a full*
*surgery diagnosis and performance was applied.*

# Consult Request

Printed On Dec 22, 2008

APPOINTMENT.

Diagnosis: bilateral inguinal hernias

Planned Procedure: laparaoscopic bilateral inguinal hernia repair

Requesting Provider: Hammill

Requested Appointment Date: Apr 21,2005

Requested OEC Appointment Date: Apr 21,2005

Planned Surgery Date: Apr 25,2005      *date of surgery*
                                       *released from hospital*
                                       *on 4/28/05*

Was the History and Physical Completed in Clinic? No

Was Informed Consent Completed in Clinic? No

Known Consult Needs (complete electronic consult scheduling will be done
with OEC): Medicine Consult

ASA Status: II  Mild Systemic Disease, no functional limitations

Additional Instructions: please make oec medicine and oec for April 21

Weight: 223.2 lb [101.5 kg] (12/02/2004 14:26)  *plaintiffs heart never*
Height: 74.5 in [189.2 cm] (08/05/2004 15:15)   *returned to normal and was*
                                                *determined to cure by surgery*
Patient Allergies: Patient has answered NKA *and followed april 30, 09 with*
                                            *a pace maker installation, this resulted*
Any new allergies: None *in an infection and most of another week*
ORDERS:  *sedatives in the hospital taking sedatives to remove*
         *the incoming grout particles until may 11, 2009*
1. Medications: *and considered safe for plaintiffs release from*
                *hospital on may 12, 2009. It was very difficult*
                *to mentally function properly on this case.*
    Drug:Dose: *all of this should never have happened, if*
    Route:     *agency, Cornforth Campbell & combine of SLMC a*
    Schedule:  *shoddy assembly on the 1999 suburban had*
    Additional Comments: *not easily collapsed. this may not have been*
    Drug:Dose: *put to the test if agency of Cornforth Campbell*
    Route:     *had performed the perfected condition of the*
    Schedule:  *suburban, they lied about inclusive of their*
    Additional Comments: *cheap mounting of their improper trailer brake*
         *ACTIVATOR,*

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

P-27    P-1

VISTA Electronic Medical Documentation
*as a result; plaintiffs discovered*
*the suburban frame (channel) was too*
Printed at Seattle *frail and the steering*
*assembly was both inclusive of*
*too weak of structure causing*
*plaintiffs both to take a beating*
*when the front end collapsed*  Page 20

# Consult Request

*exhibit #6*

Note# 9316146

Note: TIME ZONE is local if not indicated

--------------------------------------------------------

LOCAL TITLE: PRE-OP MEDICINE CONSULT REPORT TEMPLATE
STANDARD TITLE: INTERNAL MEDICINE CONSULT
DATE OF NOTE: APR 21, 2005@16:56       ENTRY DATE: APR 21, 2005@16:56:55
   AUTHOR: CORNIA, PAUL B              EXP COSIGNER:
   URGENCY:
                                STATUS: COMPLETED
                                       *actual*
PATIENT AGE: 80       GENDER: MALE                          *: 4/28/05*
PLANNED PROCEDURE (& SIDE): laparoscopic BIH repair    *date released from*
PLANNED PROCEDURE DATE: 4/25/05                        *hospital*
                                       *April 25 - 05  Surgery*
------------------------------- HISTORY -----------------------------
1) Cardiac risk factors: age
2) Cardiac studies: none
3) Functional status: no prior cardiac history. he reports that he is quite
physically active in his daily life - gardens, mows the lawn, repairs cars,
manages an apt complex, etc. he has mild, stable dyspnea on exertion and denies
chest pain, as well as orthopnea, pnd and leg swelling.

Problem list: (per dr bryson)
   1)  Fiberglass exposure, dyspnea on exertion, no current
       pulmonary disease.
       11/04 pfts: mild airflow obstruction, fev1 2.9L
   2)  Benign prostatic hypertrophy, elevated PSA, biopsy negative
       1997.
   3)  First degree AV block.
   4)  Ascending aortic aneurysm, 5.3 cm, stable.
   5)  Degenerative joint disease hips, right greater than left.
   6)  s/p R hip replacement.
   7)  L hand injury from MVA - triquetral fx of uncertain age (8/3/04)

Current Medications:
   1) Ibuprofen 400mg i po TID prn

------------------------- PHYSICAL EXAMINATION ------------------------
HEIGHT: 74 in [188.0 cm] (04/21/2005 13:46)
[104.1 kg] (04/21/2005 13:46)                          WEIGHT: 229 lb
TEMPERATURE: 97.6 F [36.4 C] (04/21/2005 13:46)
(04/21/2005 13:46)
BP: 141/57 (04/21/2005 13:46)                          PULSE:  70

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

VISTA Electronic Medical Documentation

Printed at Seattle

Page 23

*Page 2 of 2*

*P-29*

*all from July/04   Prior to 2 lower inguinal*
*collision   4/25/05 — 5 surgery*

# Consult Request

*all because of*
*trailer activator failure)*

Printed On Dec 22, 2008

Significant Findings:  Unknown

Facility
 Activity                    Date/Time/Zone      Responsible Person   Entered By
-------------------------------------------------------------------------------
 CPRS RELEASED ORDER         03/29/05 07:11      HAMMILL, FRED        WILBER, EILEEN M
 PRINTED TO ORDERS 2E        03/29/05 07:11
 COMPLETE/UPDATE             03/16/08 17:46      TANG, CAITLYN N      TANG, CAITLYN N
Consult completed as requested by service.


Note: TIME ZONE is local if not indicated

Significant Findings: Unknown
-------------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
===============================================================================
============================== END =============================================


Current Pat. Status:   Outpatient
Primary Eligibility:        NSC

Order Information
To Service:          OEC MEDICAL CLEARANCE
From Service:        SPC GEN SURG (50100)
Requesting Provider:  HAMMILL, FRED
Service is to be rendered on an OUTPATIENT basis
Place:               Consultant's choice
Urgency:             Routine
Orderable Item:      OEC MEDICAL CLEARANCE
Consult:             Consult Request
Reason For Request:
Patient with 1st degree AV block needs pre-op medical eval prior to
laparoscopic BIH repair

Inter-facility Information
This is not an inter-facility consult request.

Status:              COMPLETE
Last Action:         COMPLETE/UPDATE

Facility
 Activity                    Date/Time/Zone      Responsible Person   Entered By
-------------------------------------------------------------------------------
 CPRS RELEASED ORDER         03/29/05 07:11      HAMMILL, FRED        WILBER, EILEEN M
 PRINTED TO ORDERS 2E        03/29/05 07:11
 COMPLETE/UPDATE             04/21/05 17:13      CORNIA, PAUL B       CORNIA, PAUL B

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

**VISTA Electronic Medical Documentation**

Printed at Seattle

*Flower informed surgeon cannot be trailer activator failure of Comforth Campbell*

# Consult Request

Printed On Dec 22, 2008

GENERAL APPEARANCE AND MENTAL STATUS:

|            | NORMAL | NOT NORMAL | COMMENTS:                        |
|------------|--------|------------|----------------------------------|
| CARDIAC    | [xx]   | []         | rrr s1 s2 occ ectopy, no mgr     |
| LUNGS      | [xx]   | []         | cta no wrr                       |
| EXTREMITIES| [xx]   | []         | no edema                         |

---

### LABS & STUDIES

Hct: 42.7 %          (04/21/2005 14:23)
WBC: 8.8 K/uL        (04/21/2005 14:23)
Platelets: 251 K/uL        (04/21/2005 14:23)
PT: ____
PTT: ____
INR: ____
Na: 139 mEq/L        (04/21/2005 14:23)
Cl: 104 mEq/L        (04/21/2005 14:23)
BUN: 16 mg/dL      (04/21/2005 14:23)
Glucose: 96 mg/dl        (04/21/2005 14:23)
K: 4.2 mEq/L      (04/21/2005 14:23)
HCO3: ____
Cr: 0.8 mg/dL        (04/21/2005 14:23)
CO2: 26.0 mEq/L      (04/21/2005 14:23)
ECG: nsr, 1st degree avb, no q waves

---

### ASSESSMENT/PLAN

Problem 1:Preoperative cardiac risk assessment
        Clinical predictors - minor (age)
        Type of surgery - low/intermediate risk
        Functional status - Good > 4 METs (self report)

Recommendations:
-According to AHA/ACC guidelines, this patient may proceed to surgery without
further cardiac testing.
-Cardiac risk <1 % (Revised cardiac risk index - Lee et al).

Thank you for this consultation, please call with questions.

/es/ PAUL B CORNIA
Attending MD, GIMC
Signed: 04/21/2005 17:13
=============================================================
============================= END ===========================================

Current Pat. Status:   Outpatient

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

**VISTA Electronic Medical Documentation**

Printed at Seattle

P#4 of 5
P # 31

# Surgical Information

Printed On Dec 22, 2008

Packing:  NONE

Blood Loss: 0 ml                           Urine Output: 0 ml

Postoperative Mood:            SEDATED
Postoperative Consciousness:   AWAKENING
Postoperative Skin Integrity: INTACT


Sequential Compression Device: YES

Nursing Care Comments:
   see preop nursing assessment note on chart.pt verified id, npo, nkda
   operative procedure as bilateral inguinal hernia repair. pt to or bed per
   self w/ minimal assistance supine w/ pillow under head, bilateral arms
   padded and secured at sides by cook rn and tatum md. pillow under knees
   and lower legs, foam under ankles floating heels. 1gm cefazolin to
   anesthesia for preop infusion. pt hard of hearing, amplified and
   earphones used to facilitate communication. after induction, 16fr foley
   inserted w/o difficulty, balloon tested, clear yellow return to urimeter
   after balloon inflated. continues to flow clear yellow at 0830.
   ted and scd applied to bilateral legs.
   0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
   infiltrated by surgeons.
   implants:
   davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
   43GOD329 exp 2007-07.
   davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
   43HOD306 exp 2007-08.


/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02


04/28/2005 ADDENDUM                    STATUS: COMPLETED

The Anesthesia Technique(s) subfile was changed as follows:

   The following Anesthesia Technique was ADDED:
     Anesthesia Technique: GENERAL


/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25
-----------------------------------------------------------------------------
                    Addendum to NURSE INTRAOPERATIVE REPORT
-----------------------------------------------------------------------------
   LOCAL TITLE: Addendum

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

Printed at Seattle

#8

# Surgical Information

Printed On Dec 22, 2008

Valid Consent/ID Band Confirmed By: COOK,BARBARA M
Mark on Surgical Site Confirmed: YES
  Marked Site Comments: NO COMMENTS ENTERED

Preoperative Imaging Confirmed: YES
  Imaging Confirmed Comments: NO COMMENTS ENTERED

Time Out Verification Completed: YES
  Time Out Verified Comments:
   cook rn, price md, tatum md @ 0744.

Skin Prep By: COOK,BARBARA M                Skin Prep Agent: IODINE & ALCOHOL
Preop Shave By: DROESCH,JOHN

Surgery Position(s):
  SUPINE
                                          Placed: N/A

Restraints and Position Aids:
  SAFETY STRAP
                                          Applied By: N/A

Electrocautery Unit:        11
ESU Coagulation Range:      0-25
ESU Cutting Range:          0-25
Electroground Position(s): RIGHT POST THIGH

Tubes and Drains:
  none

Irrigation Solution(s):
  LACTATED RINGERS

Sponge Count Correct:       YES
Sharps Count Correct:       YES
Instrument Count Correct: NOT APPLICABLE
Counter:                    BALDWIN,GAYLE S
Counts Verified By:         COOK,BARBARA M

Dressing: Dermabond
Packing:  NONE

Blood Loss: 0 ml                          Urine Output: 0 ml

Postoperative Mood:         SEDATED
Postoperative Consciousness: AWAKENING
Postoperative Skin Integrity: INTACT

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

**VISTA Electronic Medical Documentation**

Printed at Seattle

P# 33

# Surgical Information    *preparation for* *Right & left low inguinal surgery*

Sequential Compression Device: YES

Nursing Care Comments:
    see preop nursing assessment note on chart.pt verified id, npo, nkda
operative procedure as bilateral inguinal hernia repair. pt to or bed per
self w/ minimal assistance supine w/ pillow under head, bilateral arms
padded and secured at sides by cook rn and tatum md. pillow under knees
and lower legs, foam under ankles floating heels. 1gm cefazolin to
anesthesia for preop infusion. pt hard of hearing, amplified and
earphones used to facilitate communication. after induction, 16fr foley
inserted w/o difficulty, balloon tested, clear yellow return to urimeter
after balloon inflated. continues to flow clear yellow at 0830.
ted and scd applied to bilateral legs.
0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
infiltrated by surgeons.
implants:
davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
43GOD329 exp 2007-07.
davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
43HOD306 exp 2007-08.


/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02


04/25/2005 ADDENDUM                    STATUS: COMPLETED

The Nursing Care Comments field was changed
  >> from original Nursing Care Comments text:
    see preop nursing assessment note on chart.pt verified id, npo, nkda
operative procedure as bilateral inguinal hernia repair. pt to or bed per
self w/ minimal assistance supine w/ pillow under head, bilateral arms
padded and secured at sides by cook rn and tatum md. pillow under knees
and lower legs, foam under ankles floating heels. 1gm cefazolin to
anesthesia for preop infusion. pt hard of hearing, amplified and
earphones used to facilitate communication. after induction, 16fr foley
inserted w/o difficulty, balloon tested, clear yellow return to urimeter
after balloon inflated. continues to flow clear yellow at 0830.
ted and scd applied to bilateral legs.
0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
infiltrated by surgeons.
implants:
davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
43GOD329 exp 2007-07.
davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
43HOD306 exp 2007-08.
  >> to updated Nursing Care Comments text:
    see preop nursing assessment note on chart.pt verified id, npo, nkda

---

**PATIENT NAME AND ADDRESS** (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

**VISTA Electronic Medical Documentation**

Printed at Seattle



*exhibit A-8*

# Surgical Information

Printed On Dec 22, 2008

STANDARD TITLE: ADDENDUM
DATE OF NOTE: APR 28, 2005@08:25:39    ENTRY DATE: APR 28, 2005@08:25:39
    AUTHOR: HENDERSON,JOYCE S    EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
    SUBJECT: Case #: 88659

The Anesthesia Technique(s) subfile was changed as follows:

    The following Anesthesia Technique was ADDED:
        Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25

===========================================================================

    --- Original Document ---

04/25/05 NURSE INTRAOPERATIVE REPORT:
Operating Room:  OR 3                Surgical Priority: ELECTIVE

Patient in Hold:  APR 25, 2005  06:56   Patient in OR:  APR 25, 2005  07:35
Operation Begin: APR 25, 2005  08:12    Operation End:  APR 25, 2005  09:55
                                        Patient Out OR: APR 25, 2005  10:00
Major Operations Performed:                *Surgery performed*
Primary: LAPAROSCOPIC BIH REPAIR        *Plaintiff was released*
                                        *from hospital on 4/28/05*
Wound Classification: CLEAN
Operation Disposition: PACU (RECOVERY ROOM)
Discharged Via: STRETCHER

Surgeon: DROESCH,JOHN                First Assist: MORLOCK,ASHLEY
Attend Surg: TATUM,ROGER P           Second Assist: N/A
Anesthetist: PRICE,CHRISTINE H       Assistant Anesth: N/A

OR Support Personnel:
  Scrubbed
    BALDWIN,GAYLE S ()               Circulating
                                     COOK,BARBARA M ()
                                     MCISAAC,MARY K ()

Other Persons in OR:
  wedlock, lois (autosuture)

Preop Mood:        ALERT
Preop Skin Integ: INTACT            Preop Consc:    ALERT-ORIENTED
                                    Preop Converse: N/A

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

*Page 8 of 8*

Printed at Seattle

*P # 36*



EXHIBIT # 4



EXHIBIT # 4