# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.
    f/k/a General Motors Corp., et al.
                Debtors.

Chapter 11

Case No. 09-50026

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Paul Grimmett**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Paul Grimmett
c/o Cook, Ysursa, Bartholomew,
Bauer & Shevline, Ltd.
12 West Lincoln Street
Belleville, IL 62220

New Address
Hain Capital Holdings, Ltd.
In re: Paul Grimmett
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

**PAUL GRIMMETT,**
**INDIVIDUALLY**

By: X _Paul Grimmett_
Name: PAUL GRIMMETT
Title: CREDITOR