UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al. | Case No. 09-50026 |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Stephanie Cash,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Stephanie Cash
c/o Cook, Ysursa, Bartholomew,
Bauer & Shevline, Ltd.
12 West Lincoln Street
Belleville, IL 62220

New Address
Hain Capital Holdings, Ltd.
In re: Stephanie Cash
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct

STEPHANIE CASH,
INDIVIDUALLY
By: _[signature]_
Name: STEPHANIE CASH
Title: CREDITOR