**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| Motors Liquidation Company. | : | **09-50026 (REG)** |
|  | : |  |
|  | : |  |
| Debtors. | : |  |
| _____x |  |  |

**ORDER GRANTING MOTION FOR ADMISSION,** *Pro Hac Vice*

ORDERED, that Peter J. Lucas, Esq., is admitted to practice, ***pro hac vice***, in the above proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: *October 7, 2011*

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE