# **<u>SCHEDULE A</u>**

# The Fifth Interim Period:
# October 1, 2010 to March 29, 2011

Case No.: 09-50026 (REG) (Chapter 11)
Case Name:  In re Motors Liquidation Company, *et al.*, f/k/a General Motors Corporation, *et al.*, Debtors

| Applicant | Date of Application/ ECF No.  Fee Examiner's Objection/ ECF No. | Interim Fees Requested ($) | Interim Fees Awarded ($) | Interim Expenses Requested ($) | Interim Expenses Awarded ($) |
|---|---|---|---|---|---|
| Analysis Research Planning Corporation | 05/16/2011 [10250]  09/12/2011 [10827] | 536,458.00 | 201,209.50[1] | 1,150.33 | 1,150.33 |
| Baker & McKenzie LLP[2] | 05/16/2011 [10262]  09/11/2011 [10813] | 107,283.05 | 67,283.05 | 2,281.05 | 2,111.37 |
| Bates White LLC | 05/16/2011 [10264]  09/11/2011 [10815] | 910,311.25 | 907,948.70 | 6,777.20 | 6,777.20 |
| Brady C. Williamson, Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner | 05/16/2011 [10267] | 363,138.25 | 363,138.25 | 43,833.74 | 43,833.74 |

---

[1]  By agreement of the Applicant, the Debtors, and the Fee Examiner, the Third Interim and Final Fee Application of Analysis Research Planning Corporation ("**ARPC**") (ECF No. 10250), and the two pending objections to that application (ECF Nos. 10827 and 10843), will be heard on October 28, 2011.  The fees awarded reflected in this schedule will permit the payment to ARPC of fees that are not in dispute.

[2]  Period covered by interim fee application:  October 1, 2009 to March 29, 2011.

| Applicant | Date of Application/ ECF No. Fee Examiner's Objection/ ECF No. | Interim Fees Requested ($) | Interim Fees Awarded ($) | Interim Expenses Requested ($) | Interim Expenses Awarded ($) |
|---|---|---|---|---|---|
| Brownfield Partners, LLC | 05/13/2011 [10224] 09/12/2011 [10826] | 152,616.00 | 152,616.00 | 6,966.30 | 6,966.30 |
| Butzel Long, a Professional Corporation[3] | 05/16/2011 [10241] 09/11/2011 [10814] | 703,367.50 | 682,275.01 | 59,500.51 | 59,500.51 |
| Caplin & Drysdale, Chartered[3] | 05/17/2011 [10280] 09/14/2011 [10875] | 1,230,047.75 | 1,190,042.64 | 88,405.90 | 88,374.94 |
| Deloitte Tax, LLP | 05/13/2011 [10231] 09/12/2011 [10845] | 955,126.00 | 881,309.38 | 7,476.00 | 7,476.00 |
| FTI Consulting, Inc.[4] | 05/16/2011 [10265] 09/12/2011 [10829] | 7,993,423.00 | 7,967,741.87 | 25,582.37 | 25,582.37 |
| Hamilton Rabinovitz & Associates, Inc. | 05/16/2011 [10266] 09/12/2011 [10844] | 31,862.50 | 28,862.50 | 0.00 | 0.00 |

---

[3]  Period covered by interim fee application:  October 1, 2010 to March 31, 2011.

[4]  Includes a Success Fee of $5,000,000.00.

2

| Applicant | Date of Application/ ECF No.  Fee Examiner's Objection/ ECF No. | Interim Fees Requested ($) | Interim Fees Awarded ($) | Interim Expenses Requested ($) | Interim Expenses Awarded ($) |
|---|---|---|---|---|---|
| Honigman Miller Schwartz and Cohn LLP[5] | 05/23/2011 [10313]  Supplemented 08/29/2011 [10762]  09/11/2011 [10817] | 52,415.25 | 50,450.93 | 2,124.15 | 1,958.62 |
| Jenner & Block, LLP | 05/16/2011 [10246]  09/11/2011 [10816] | 12,064.10 | 12,064.10 | 131.85 | 131.85 |
| Legal Analysis Systems, Inc. | 05/16/2011 [10269]  09/11/2011 [10821] | 241,437.50 | 238,332.87 | 0.00 | 0.00 |
| LFR, Inc. | 05/16/2011 [10251]  Supplemented 05/17/2011 [10275]  09/12/2011 [10825] | 243,858.10 | 240,618.25 | 2,546.41 | 2,546.41 |
| Morris, Nichols, Arsht & Tunnell LLP[6] | 05/16/2011 [10261]  09/11/2011 [10822] | 10,529.67 | 10,240.77 | 2,987.21 | 2,987.21 |

---

[5] Period covered by interim fee application:  October 1, 2009 to March 29, 2011.

3

| Applicant | Date of Application/ ECF No. Fee Examiner's Objection/ ECF No. | Interim Fees Requested ($) | Interim Fees Awarded ($) | Interim Expenses Requested ($) | Interim Expenses Awarded ($) |
|---|---|---|---|---|---|
| Plante & Moran, PLLC | 05/17/2011 [10279] 09/11/2011 [10818] | 331,849.95 | 331,849.95 | 4,674.91 | 4,674.91 |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | 05/16/2011 [10248] Supplemented 08/19/2011 [10716] 09/12/2011 [10841] | 684,676.75 | 684,569.25 | 12,251.58 | 12,251.58 |
| The Claro Group, LLC | 05/16/2011 [10239] 09/12/2011 [10828] | 1,662.50 | 1,662.50 | 92.82 | 92.82 |
| Togut Segal & Segal LLP | 05/16/2011 [10240] 09/12/2011 [10823] | 439,982.50 | 436,972.95 | 2,453.94 | 2,426.19 |
| Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants | 05/16/2011 [10247] Supplemented 08/19/2011 [10715] 09/11/2011 [10819] | 133,704.75 | 133,704.75 | 249.06 | 249.06 |
| Weil, Gotshal & Manges, | 05/17/2011 | 9,205,855.50 | 9,116,630.47 | 280,933.67 | 263,535.60 |

---

[6] Period covered by interim fee application:  November 16, 2010 to March 29, 2011.

| Applicant | Date of Application/ ECF No.  Fee Examiner's Objection/ ECF No. | Interim Fees Requested ($) | Interim Fees Awarded ($) | Interim Expenses Requested ($) | Interim Expenses Awarded ($) |
|---|---|---|---|---|---|
| LLP | [10270]  Supplemented 08/08/2011 [10662]  09/16/2011 [10880] | | | | |

**Schedule A**                      **Date:  October 5, 2011**                      **Initials:  _REG_  USBJ**