# **SCHEDULE B**

# The Total Compensation Period:
# June 1, 2009 to March 29, 2011

Case No.: 09-50026 (REG) (Chapter 11)

Case Name:  In re Motors Liquidation Company, *et al.*, f/k/a General Motors Corporation, *et al.*, Debtors

| Applicant | Date of Application/ ECF No.<br><br>Date of Fee Examiner's Objection/ ECF No. | Period Covered by Final Fee Application | Final Fees Requested ($) | Final Fees Awarded ($) | Final Expenses Requested ($) | Final Expenses Awarded ($) |
|---|---|---|---|---|---|---|
| Analysis Research Planning Corporation[1] | 05/16/2011 [10250]<br><br>09/12/2011 [10827] | March 1, 2010 to March 29, 2011 | 758,031.00 | 422,782.50 | 2,007.55 | 2,007.55 |
| Baker & McKenzie LLP | 05/16/2011 [10262]<br><br>09/11/2011 [10813] | June 1, 2009 to March 29, 2011 | 1,280,837.78 | 1,113,692.73 | 24,236.72 | 23,897.36 |
| Bates White LLC | 05/16/2011 [10264]<br><br>09/11/2011 [10815] | March 16, 2010 to March 29, 2011 | 1,995,593.84 | 1,993,231.29 | 13,968.88 | 13,968.88 |
| Brady C. Williamson, Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner | 05/16/2011 [10267] | Dec. 28, 2009 to March 29, 2011 | 1,475,820.50 | 1,475,820.50 | 108,988.93 | 108,988.93 |
| Brownfield Partners, LLC | 05/13/2011 [10224]<br><br>09/12/2011 [10826] | June 1, 2009 to March 29, 2011 | 1,223,102.63 | 1,200,189.66 | 85,798.37 | 63,379.43 |

---

[1] By agreement of the Applicant, the Debtors, and the Fee Examiner, the Third Interim and Final Fee Application of Analysis Research Planning Corporation ("**ARPC**") (ECF No. 10250), and the two pending objections to that application (ECF Nos. 10827 and 10843), will be heard on October 28, 2011.  The fees awarded reflected in this schedule will permit the payment to ARPC of fees that are not in dispute.

| Applicant | Date of Application/ ECF No.<br><br>Date of Fee Examiner's Objection/ ECF No. | Period Covered by Final Fee Application | Final Fees Requested ($) | Final Fees Awarded ($) | Final Expenses Requested ($) | Final Expenses Awarded ($) |
|---|---|---|---|---|---|---|
| Butzel Long, a Professional Corporation | 05/16/2011 [10241]<br><br>09/11/2011 [10814] | June 10, 2009 to March 31, 2011 | 2,046,609.06 | 2,025,516.57 | 144,757.17 | 144,757.17 |
| Caplin & Drysdale, Chartered | 05/17/2011 [10280]<br><br>09/14/2011 [10875] | Oct. 6, 2009 to March 31, 2011 | 2,297,993.96 | 2,257,988.85 | 173,913.01 | 173,882.05 |
| Deloitte Tax, LLP | 05/13/2011 [10231]<br><br>09/12/2011 [10845] | Jan. 1, 2010 to March 29, 2011 | 1,891,645.12 | 1,817,828.50 | 7,651.13 | 7,651.00 |
| Evercore Group LLC | 11/16/2009 [4453]<br><br>09/12/2011 [10842] | June 1, 2009 to July 10, 2009 | 16,029,032.00 | 16,029,032.00 | 2,920.62 | 1,878.28 |
| FTI Consulting, Inc. | 05/16/2011 [10265]<br><br>09/12/2011 [10829] | June 3, 2009 to March 29, 2011 | 18,495,125.25 | 18,469,444.12 | 135,380.13 | 133,291.34 |
| Hamilton Rabinovitz & Associates, Inc. | 05/16/2011 [10266]<br><br>09/12/2011 [10844] | Feb. 1, 2010 to March 29, 2011 | 68,295.00 | 65,295.00 | 0.00 | 0.00 |

2

| Applicant | Date of Application/ ECF No. Date of Fee Examiner's Objection/ ECF No. | Period Covered by Final Fee Application | Final Fees Requested ($) | Final Fees Awarded ($) | Final Expenses Requested ($) | Final Expenses Awarded ($) |
|---|---|---|---|---|---|---|
| Honigman Miller Schwartz and Cohn LLP | 05/23/2011 [10313] Supplemented 08/29/2011 [10762] 09/11/2011 [10817] | July 10, 2009 to March 29, 2011 | 2,332,872.17 | 2,330,907.85 | 18,923.61 | 18,189.07 |
| Jenner & Block, LLP | 05/16/2011 [10246] 09/11/2011 [10816] | June 1, 2009 to March 29, 2011 | 4,952,968.55 | 4,952,968.55 | 271,139.73 | 270,588.55 |
| Jones Day | 05/16/2011 [10244] 09/11/2011 [10820] | June 1, 2009 to Jan. 31, 2010 | 465,693.65 | 464,681.15 | 5,591.62 | 5,591.62 |
| Legal Analysis Systems, Inc. | 05/16/2011 [10269] 09/11/2011 [10821] | March 15, 2010 to March 31, 2011 | 442,626.00 | 431,955.37 | 3,479.45 | 3,465.45 |
| LFR, Inc. | 05/16/2011 [10251] Supplemented 05/17/2011 [10275] 09/12/2011 [10825] | June 1, 2009 to March 29, 2011 | 3,125,474.54 | 3,107,147.09[2] | 618,744.80 | 618,744.80 |

---

[2] Includes voluntary credit of $15,087.60.

3

| Applicant | Date of Application/ ECF No.<br><br>Date of Fee Examiner's Objection/ ECF No. | Period Covered by Final Fee Application | Final Fees Requested ($) | Final Fees Awarded ($) | Final Expenses Requested ($) | Final Expenses Awarded ($) |
|---|---|---|---|---|---|---|
| Morris, Nichols, Arsht & Tunnell LLP | 05/16/2011 [10261]<br><br>09/11/2011 [10822] | Nov. 16, 2010 to March 29, 2011 | 10,529.67 | 10,240.77 | 2,987.21 | 2,987.21 |
| Plante & Moran, PLLC | 05/17/2011 [10279]<br><br>09/11/2011 [10818] | Oct. 9, 2009 to March 29, 2011 | 1,306,275.54 | 1,306,275.54 | 19,496.99 | 19,496.99 |
| Stuart Maue Ltd. | 05/16/2011 [10260] | Jan. 22, 2010 to Oct. 20, 2010 | 478,112.50 | 478,112.50 | 3,579.99 | 3,579.99 |
| Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | 05/16/2011 [10248]<br><br>Supplemented 08/19/2011 [10716]<br><br>09/12/2011 [10841] | Feb. 24, 2010 to March 29, 2011 | 1,060,215.22 | 1,060,107.41 | 20,171.01 | 20,171.01 |
| The Claro Group, LLC | 05/16/2011 [10239]<br><br>09/12/2011 [10828] | June 1, 2009 to March 29, 2011 | 1,436,467.62 | 1,390,882.05 | 18,408.22 | 17,663.69 |
| Togut Segal & Segal LLP | 05/16/2011 [10240]<br><br>09/12/2011 [10823] | Dec. 21, 2009 to March 29, 2011 | 1,078,996.00 | 1,077,142.95 | 6,142.83 | 6,115.08 |

| Applicant | Date of Application/ ECF No.<br><br>Date of Fee Examiner's Objection/ ECF No. | Period Covered by Final Fee Application | Final Fees Requested ($) | Final Fees Awarded ($) | Final Expenses Requested ($) | Final Expenses Awarded ($) |
|---|---|---|---|---|---|---|
| Dean M. Trafelet in his Capacity as Legal Representative for Future Asbestos Personal Injury Claimants | 05/16/2011 [10247]<br><br>Supplemented 08/19/2011 [10715]<br><br>09/11/2011 [10819] | Nov. 13, 2009 to March 29, 2011 | 213,684.48 | 213,684.48 | 2,314.50 | 2,314.50 |
| Weil, Gotshal & Manges LLP | 05/17/2011 [10270]<br><br>Supplemented 08/08/2011 [10662]<br><br>09/16/2011 [10880] | June 1, 2009 to March 29, 2011 | 44,719,081.80 | 44,629,856.77 | 1,476,502.19 | 1,459,104.12 |

**Schedule B**                                   **Date:** *October 5, 2011*                                   **Initials:** *REG* **USBJ**