**Hearing date and time: October 21, 2011, 9:45 a.m.**

PREET BHARARA
United States Attorney
  for the Southern District of New York
By:    David S. Jones
        Natalie N. Kuehler
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2800
Fax: (212) 637-2730
david.jones6@usdoj.gov
natalie.kuehler@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                :

In re                                        :        Chapter 11 Case No.
                                                :

MOTORS LIQUIDATION COMPANY, *et al.*,    :        09-50026 (REG)
        f/k/a General Motors Corp., *et al.*        :
                                                :
                      Debtors.        :        (Jointly Administered)
                                               :
-----------------------------------------------------------------x

### LIMITED OBJECTION OF THE UNITED STATES OF AMERICA TO FINAL FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The United States of America, on behalf of its agency the United States Department of the Treasury ("**Treasury**"), by and through its attorney Preet Bharara, United States Attorney for the Southern District of New York, hereby submits this limited objection to the Final Fee Application of Kramer Levin Naftalis & Frankel LLP for an award of attorneys' fees and costs, Dkt. No. 10268 (the "**Fee Application**"), solely to the extent the Fee Application seeks fees or expenses incurred in connection with the dispute between the Unsecured Committee of Unsecured Creditors (the "**Committee**") and Treasury and Export Development Canada ("**EDC**") as Debtor-in Possession Lenders ("**DIP Lenders**") concerning entitlement to

benefit from the proceeds (if any) of the Adversary Proceeding No. 09-0504 (REG) (the "**Avoidance Action**").

As the Committee has acknowledged, Paragraph 20 of the "Final Order . . . Approving a DIP Credit Facility and Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto . . ." ("**DIP Order**"), Dkt. No. 2529 in Bankruptcy No. 09-50026, provides: "Notwithstanding anything herein to the contrary, none of the proceeds of any extension of credit under the DIP Credit Facility shall be used in connection with (a) any investigation (including discovery proceedings), initiation or prosecution of any claims, causes of action, adversary proceedings or other litigation against the DIP Lenders or the Existing UST Secured Parties or EDC, in its capacity as lender under the Canadian Facility . . . , (b) the investigation or prosecution of any claims, causes of action, adversary proceeding or other litigation against the DIP Lender . . . with respect to any loans, extensions of credit or other financial accommodations made to any Debtor prior to, on or after the Petition Date. . . ."

There can be no dispute that the DIP Credit Facility has been the overwhelming, if not exclusive, source of all administrative funds contained in the estate. Nor can there be any dispute that the Committee both in 2010 and this year has litigated directly against the DIP Lenders seeking a determination that the DIP Lenders may not be repaid by the Estate from the proceeds of the Avoidance Action, and that unsecured creditors are exclusively entitled to benefit from any proceeds of that action. *See Official Committee of Unsecured Creditors of Motors Liquidation Co. v. United Stated Dep't of the Treasury*, Adv. P. No. 11-9406 (REG); *see also* "*Motion to Enforce (A) the Final DIP Order, (B) The Wind-Down Order, and (C) the Amended DIP Facility,*" Dkt. No. 7226 in Bankr. No. 09-50026.

The DIP Order plainly precludes any use of available estate funds that originate from the DIP Credit Facility to pay Kramer Levin's fees arising from its litigation of its dispute with Treasury both in 2010, and in this year's ongoing adversary proceeding. Accordingly, Kramer Levin's Fee Application should be denied to the extent it seeks compensation from such funds for work in connection with its dispute with the DIP Lenders concerning whether proceeds of the Avoidance Action are reserved for the exclusive benefit of Unsecured Creditors.

## CONCLUSION

Kramer Levin's Fee Application should be denied to the extent it seeks compensation from funds derived from the DIP Credit Facility for work performed in connection with its dispute with the DIP Lenders concerning entitlement to the proceeds (if any) of the Committee's Avoidance Action.

Dated: New York, New York
October 12, 2011

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   /s/ David S. Jones
David S. Jones
Natalie N. Kuehler
Assistant United States Attorneys
86 Chambers St., 3rd Floor
New York, NY 10007
Tel. (212) 637-2800
Fax (212) 637-2730
david.jones6@usdoj.gov
natalie.kuehler@usdoj.gov

**CERTIFICATE OF SERVICE**

I, David Jones, certify that I am an Assistant U.S. Attorney in the office of Preet Bharara, United States Attorney for the Southern District of New York, and that I caused the foregoing pleading to be served as follows:

By electronic notice via ECF to all persons registered to receive such notice;

By email to the following: Elihu Inselbuch (ei@capdale.com); Rita Tobin (rct@capdale.com); Stephen Karotkin (Stephen.karotkin@weil.com); Thomas Moers Mayer (tmayer@kramerlevin.com); Michael Edelman (MJEdelman@vedderprice.com); Michael Schein (MSchein@vedderprice.com) ;

And by first class mail to the Office of the United States Trustee, and to all persons listed on the service list annexed hereto as Exhibit A.


   s/ David S. Jones   

New York, New York
October 12, 2011

# EXHIBIT A

# GENERAL MOTORS CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADRIAN ENVIRONMENTAL MANAGEMENT, INC. | C/O KENNETH RICHARDS 7533 WILLOW CREEK DRIVE CANTON MI 48187 |
| AIMS/DYKEMA GOSSETT PLLC | 10 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| AIMS/LATHROP & GAGE LC | 2345 GRAND BLVD. KANSAS CITY MO 64108 |
| AIMS/STEPHENS & STEPHENS | 410 MAIN STREET BUFFALO NY 14202 |
| ARCADIS BBL | 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS BBL | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| ARCADIS GERAGHTY & MILLER, INC. | ATTN: CHRIS PETERS 10559 CITATION DRIVE SUITE 100 BRIGHTON MI 48118 |
| BT2, INC. | ATTN: MARK HUBER 2830 DAIRY DRIVE MADISON WI 53718-6751 |
| CHARTER TOWNSHIP OF FLINT | ATTN: SANDRA S WRIGHT 1490 S. DYE ROAD FLINT MI 48532 |
| CHARTER TOWNSHIP OF YPSILANTI | LARRY J. DOE, TREASURER 7200 S. HURON RIVER DR. YPSILANTI MI 48197 |
| CHARTER TWP. OF GENESEE | ATTN: TOM MANNOR, TREASURER 7244 N. GENESSE ROAD P.O. BOX 215 GENESEE MI 48437 |
| CITY OF SAGINAW, TREASURER | 1315 S. WASHINGTON AVE. SAGINAW MI 48601 |
| CITY OF SIOUX CITY | CITY TREASURER P.O. BOX 447 SIOUX CITY IA 51102 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES | P.O. BOX 3442 BOSTON MA 02241-3442 |
| CONESTOGA-ROVERS & ASSOC. | ATTN: BETH LANDALE 22055 NIAGARA FALLS BLVD. SUITE #3 NIAGARA FALLS NY 14304 |
| CONESTOGA-ROVERS & ASSOCIATES | 22055 NIAGARA FALLS BLVD SUTIE #3 NIAGARA FALLS NY 14304 |
| ENCORE ENVIRONMENTAL CONSORTIUM | ATTN: MARK QUILTER P.O. BOX 66 6723 TOWPATH ROAD SYRACUSE NY 13214-0066 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540 |
| ENVIRON INTERNATIONAL CORPORATION | 214 CARNEGIE STREET PRINCETON NJ 08540-1980 |
| FAVERO GEOSCIENCES | ATTN: DAVE FAVERO 1210 SOUTH 5TH STREET, SUITE 2 SPRINGFIELD IL 62703 |
| GENERAL OIL COMPANY, INC. | 35796 VERONICA ST. LIVONIA MI 48150 |
| GLOBAL ENVIRONMENTAL ENGINEERING INC. | 6140 HILL 23 DRIVE SUITE 1 FLINT MI 48507 |
| GROUNDWATER & ENVIRONMENTAL SERVICES, INC | 440 CREAMERY WAY SUITE 500 EXTON PA 19341-2577 |
| HALEY & ALDRICH DESIGN AND CONTRUCTION | 56 ROLAND STREET BOSTON MA 02129-1400 |
| HALEY & ALDRICH OF NEW YORK | 200 TOWN CENTRE DRIVE, STE 2 ROCHESTER NY 14623-4264 |
| HDR ENGINEERING | ATTN: DICK BELL 8404 INDIAN HILLS DRIVE OMAHA NE 68114 |
| IOWA DEPT OF NATIONAL RESOURCES | HAZARDOUS WASTE REMEDIAL FUND 502 E. 9TH STREET DES MOINES IA 50319-0034 |
| J.A. LOMBARDO & ASSOCIATES | ATTN: JOSEPH A. LOMBARDO 445 S. LIVERNOIS - SUITE 202 ROCHESTER MI 48307 |
| NOVA CONSULTANTS, INC | 21580 NOVI ROAD #300 NOVI MI 48375 |
| O'BRIEN & GERE ENGINEERS, INC. | ATTN: TERRY L. BROWN 5000 BRITTONFIELD PKWY SYRACUSE NY 13057-9226 |
| ROYAL ENVIRONMENTAL, INC. | 720 LEXINGTON AVENUE P.O. BOX 15719 ROCHESTER NY 14615 |
| SEVENSON ENVIRONMENTAL SERVICES, INC. | 2749 LOCKPORT ROAD NIAGARA FALLS NY 14302 |
| THE BANK OF NEW YORK | FINANCIAL CONTROL BILLING DEPARTMENT P.O. BOX 19445 NEWARK NJ 07195-0445 |
| THE BARTECH GROUP | 17199 NORTH LAUREL PARK DR. SUITE224 LIVONIA MI 48152 |
| TOWN OF FRAMINGHAM | TAX COLLECTOR'S OFFICE 150 CONCORD ST FRAMINGHAM MA 01702 |
| WASHTENAW COUNTY TREASURER | P.O. BOX 8645 200 N. MAIN ST STE 200 ANN ARBOR MI 48107-8645 |
| WASTE MANAGEMENT | P.O. BOX 9001054 LOUISVILLE KY 40290-1054 |
| WDC EXPLORATION & WELLS | 500 MAIN STREET WOODLAND CA 95695 |
| YOUNG'S ENVIRONMENTAL CLEANUP, INC | G-5305 NORTH DORT HIGHWAY FLINT MI 48505 |

**Total Creditor count  39**