# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | § | |
| MOTORS LIQUIDATION COMPANY, et al | § | Chapter 11 Case No. |
| f/k/a General Motors Corp., et al | § | 09-50026 (REG) |
| | § | |
| | § | |
| Debtors, | § | (Jointly Administered) |

## CODY REYNOLDS' RESPONSE TO DEBTORS THIRTY-SEVEN OMNIBUS OBJECTION TO CLAIMS

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

Cody Reynolds (Creditor) respectfully represents:

1. On November 23, 2009, he filed his claim with attachment (A) with Debtors.

2. Cody Reynolds again files his claim with attachment (A).

WHEREFORE, CODY REYNOLDS prays that Debtors request for relief be in all things denied.

Respectfully submitted,


BY:___/s/_____
DAVID A. SLAUGHTER
State Bar Number 18488000
17225 El Camino Real, Suite 415
Houston, Texas 77058
(281) 280-8066
(281) 280-8185 FAX
ATTORNEY FOR PLAINTIFF

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | § | |
| MOTORS LIQUIDATION COMPANY, et al | § | Chapter 11 Case No. |
|     f/k/a General Motors Corp., et al | § | 09-50026 (REG) |
| | § | |
| | § | |
| Debtors, | § | (Jointly Administered) |

## ORDER ON DEBTORS' THIRTY-SEVEN OMNIBUS OBJECTION TO CLAIMS

IT IS ORDERED that Debtors' Thirty-Seven Omnibus Objection to claims of creditor Cody Reynolds are DENIED and that Cody Reynolds claims are not expunged and shall proceed until finally disposed of by this Court.

SIGNED THIS ____ DAY OF _____, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT

Name of Debtor(s):
Motors Liquidation Company (f/k/a General Motors Corporation)
MLCS, LLC (f/k/a Saturn, LLC)
MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

Case No.: 09-50026 (REG)
09-50027 (REG)
09-13558 (REG)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
REYNOLDS CODY

Name and address where notices should be sent:
REYNOLDS CODY
REYNOLDS CODY
17220 EL CAMINO REAL STE 310
HOUSTON, TX 77058-2763

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 31433
(If known)

Filed on: 5/30/2006

Telephone number:
Email Address:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

1. Amount of Claim as of Date Case Filed, June 1, 2009: $ 15,317.86

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: _____
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☐ Other
Describe: _____

Value of Property: $_____   Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $ 15,317.86

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

Date: 11/24/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Cody Reynolds

☐ Check this box if you are the debtor or trustee in this case.

Amount of Claim Entitled to Priority under 11 U.S.C. § 507. If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority: $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY
[Stamp: THE GARDEN CITY GROUP INC. NOV 23 2009]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# RADIOLOGY ASSOCIATES
OF SAN ANTONIO, P.A.

Diplomates American Board of Radiology
## ADVANCED MEDICAL IMAGING

### Advanced Medical Imaging - Medical Center

Patient Name: Reynolds, Cody
DOB: 7/4/1990
Med. Rec. #: 374818
Exam Date: 5/28/2004

Harry E. Schilling, M.D.   (A, 3, 5)
4775 Hamilton Wolfe
Suite #13323
San Antonio, TX 78229

**CT PARANASAL SINUSES:**

J26455dds-f

Thin-section axial and coronal scans were obtained.

Multiple fractures are present including the following:

- Bilateral comminuted and depressed and displaced nasal bone fractures.
- Fracture through the frontal process of the right maxilla and lacrimal bone traversing and deforming the right nasal lacrimal canal.
- Fracture through the left frontal bone just superolateral to the nasion, probably traversing the inferior margin of the left frontal sinus.
- Fractures through the lamina papiracea bilaterally with buckling.
- Fracture through the right orbital floor with an approximately 1.1 cm. diameter bone fragment in the medial orbital floor displaced slightly superiorly.
- Probable fracture through the medial portion of the left orbital floor just medial to the left infraorbital canal.
- Fractures through the anterior maxilla bilaterally extending to the lateral nasal wall in the inferior meatus on both sides, and probable fracture through the inferior portion of the nasal septum.

Mucosal thickening and fluid is present in the maxillary sinuses. Mucosal thickening is present in a number of ethmoid air cells and in the frontal sinuses. There is no proptosis. The right inferior rectus muscle is closely related to the orbital floor fracture and could be partially trapped. Air is present in the superior portion of the left orbit, presumably from fracture of the left frontal or left ethmoid sinuses.

**IMPRESSION:** EXTENSIVE MID-FACE FRACTURES WITH COMMINUTION, WITH POSSIBLE ENTRAPMENT OF THE RIGHT INFERIOR RECTUS MUSCLE, AND DEFORMITY OF THE RIGHT NASAL LACRIMAL CANAL.



## Payment Report

**Claim Number:** [illegible]
**Date of Service From:** [illegible] To: [illegible]
**Patient Name:** [illegible]
**Code Payable:** [illegible]

| # | Date Serv | Provider Name | Diagnosis Desc | Charge Amt | Paid Amt | Claim Number |
|---|---|---|---|---|---|---|
| 1 | 07/27/2004 | Weber W Brock | Pain In Joint, Lower Leg | $131.00 | $131.00 | 20040730000000 |
| 2 | 08/01/2004 | John Hall | Injury Of Face And Neck, Othr | $444.00 | $164.64 | 20040803000700 |
| 3 | 08/01/2004 | Mary E Solving | Unspecified Chest Pain | $11.00 | $7.00 | 20040802000153 |
| 4 | 08/01/2004 | Specialty Surgery And Pro. | Unspecified Chest Pain | $27.00 | $16.24 | 20040802001743 |
| 5 | 08/01/2004 | John D Young II | [illegible] | $408.00 | $43.00 | 20040802007340 |
| 6 | 08/01/2004 | David J Fleming | Injury, Other And Unspecified | $408.00 | $60.00 | 20040811211000 |
| 7 | 08/01/2004 | Pulmonary Assoc. Of San An. | Closed Fracture Involving M | $400.00 | $60.33 | 20040812010000 |
| 8 | 08/02/2004 | Colon Laundromat | Closed Fracture Involving M | $331.23 | $80.00 | 20040811342001 |
| 9 | 08/01/2004 | Rey P Scott | Injury And Walking Femur, Op | $2,000.00 | $1,110.00 | 20040803077400 |
| 10 | 08/02/2004 | Colon Laundromat | Closed Fract Of Shaft Of Femur, Clos | $4,300.00 | $1,000.91 | 20040805018003 |
| 11 | 08/02/2004 | Dre Wayne Luther | Closed Fracture Of Shaft Of | $2,947.00 | $40.00 | 20040811300000 |
| 12 | 08/02/2004 | Colon Laundromat | Unspecified Site Of Ankle Sprn | $1,400.00 | $70.00 | 20040777017413 |
| 13 | 08/02/2004 | | | $440.00 | $20.75 | 20040732007400 |

**Total Charges:** $14,317.36
**Total Paid:** $3,404.47