Registred Mail.

40, via Villafranca,
90141 Palermo, Italy.
disalvoliborio@hotmail.com
October 5, 2011.

NEX HERING: OCTOBER 28, 2011.
United States Bankruptcy Court,
Soutern District of New York.
In re:
Motors Liquidation Company, et al.,
f/K/a General Motors Corp., et al. Debitors.
Capter 11. Case No. 09- 50026 (REG).
(Jontly Administered).
To:
- A. Chamber of Honorable ROBERT E. GERBER, United
States Bankrupcy Court for the Southern District of New York, Alexander Hamilton U.S.
Custom House, One Bowling Green, Courtroom
621, New York, New York 10004-1408.

- B. /s/ JOSEPH H. SMOLINSKY,
Harvey R. Miller,
Stephen Karotkin,
Joseph H. Smolinsky.
WEIL, GOTSHAL & MANGES LLP.
767, Fifth Avenue,
New York, New York 10153.
Attorneys for Debtors
and Post Effective Date Debtors.

Dear Sirs,
Following yours: AMENDED NOTICE OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 26, 2011.
Dated New York, New York September 21, 2011.
V. ADOURNED MATTERS.
37. Debitors' 140th Omnibus Objection to Claim
by LIBORIO DI SALVO (Eurobond Deutsche Debt) (ECF No 8307).
At present I confirm:
- 1. My mail dated February 21, 2011, sended to you, wit registrated mail No. RA246324935IT.
- 2. My mail dated April 8, 2011, sended to you.
- 3. My mail dated May 2, 2011, sended to you.
- 4. My mail dated June 6, 2011, sended to you.
- 5. My mail dated September 7, 2011, sended to you.
I am waiting for your decision about my credit
of Money Loaned, ISIN No. XS0171942757, for $151,000.00 at
June 1, 2009, with Document's Summary enclosed into my Registred Mail No. RA257969852IT, to you.
Yours faitfully   *Liborio DiSalvo*
Mr Liborio Di Salvo.