**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | X   Motors Liquidation Company, Case No. 09-50026 |
|---|---|
| RECEIVED<br>OCT 12 2011<br>U.S. BANKRUPTCY COURT<br>SO DIST OF NEW YORK | ☐   MLC of Harlem, Inc., Case No. 09-13558     *46364*<br><br>☐   MLCS, LLC, Case No. 09-50027<br><br>☐   MLCS Distribution Corporation, Case No. 09-50028<br><br>☐   Remediation and Liability Management<br>      Company, Inc., Case No. 09-50029<br><br>☐   Environmental Corporate Remediation Company,<br>      Inc., Case No. 09-50030 |
| Creditor Name and Address: | Valley Office Solutions<br>8534 South Ave.<br>Youngstown, OH   44514 |
| Claim Number (if known): | 10055     *122583     5/1/09* |
| Date Claim Filed: | October 9th, 2009 |
| Total Amount of Claim Filed: | $444.99     *$ 624580 pd   01/21/10* |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.   I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _10/7/11_____

Print Name: _Kathy L. Blakeman_____

Title (if applicable): _V. Pres._____

----------------------------------------------------------------------