# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 <br> ☐ MLC of Harlem, Inc., Case No. 09-13558 <br> ☐ MLCS, LLC, Case No. 09-50027 <br> ☐ MLCS Distribution Corporation, Case No. 09-50028 <br> ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 <br> ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | OXBOW CARBON & MINERALS LLC <br> MS JAN PATTEN <br> 1601 FORUM PLACE 12TH FL <br> WEST PALM BEACH, FL 33401 |
| Claim Number (if known): | 59061 |
| Date Claim Filed: | 11/27/2009 |
| Total Amount of Claim Filed: | $33,632.99 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/12/11

OxBow Carbon & Minerals LLC
By: [signature]
Print Name: J. MICHAEL SMITH
Title (if applicable): ASST. SECRETARY

Received OCT 13 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

US_ACTIVE:\43219392\02\72240.0639