

# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk Of Court*
*Clerks' Office*
*Phone: (212) 668-2870*

*September 20, 2011*

*Attn: Barry Henry Spencer, Jr.*
*P.O Box 1218*
*Shirley, MA 01464*

*Dear Mr. Spencer:*

*I am sending you this notification regarding your filing on June 6, 2011 with the U.S. Bankruptcy Court SDNY captioned "Motion for Relief from Stay with Exhibits A-N" in case number 09-50026(REG), In Re: Motors Liquidation Company.*

*Mr. Spencer, your documents have been filed as document entry # 10413, but I must inform you that there is a fee in the amount of $150.00 due for the filing of this motion. Please submit a money order to the court (payable to US Bankruptcy Court, SDNY) or payment can be made in person, at One Bowling Green, New York, NY 10004, Room 534 between the hours of 8:30 am and 4:00 pm.*

*If you have any questions regarding this matter, please feel free to contact me at (212)668-2870 ext. 3519. Thank you.*

*Regards,*

_____ *Clerk*