**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION CO., et al., | Case No. 09-50026 (REG) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Sophia Pardo hereby withdraws with prejudice her proof of claim, number 67325, filed against debtor Motors Liquidation Company.

Respectfully submitted,

NOVAK, ROBENALT & PAVLIK, L.L.P.

By: T. Pavlik (SDP 0082856)
Thomas C. Pavlik (0017305)
William J. Novak (0014029)
Scott D. Perlmuter (0082856)
Tower City Center
Skylight Office Tower
1660 West Second Street, Suite 950
Cleveland, Ohio 44113-1498
216-781-8700
tpavlik@nrplaw.com
wnovak@nrplaw.com
sperlmuter@nrplaw.com

Dated: October 13, 2011

FILED
U.S. BANKRUPTCY COURT
2011 OCT 13 A 11: 22
S.D. OF N.Y.