KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Robert T. Schmidt
Blake A. Rigel
1177 Avenue of the Americas
New York, New York 10036
(212) 715-3275
(212) 715-8000

*Counsel for the Official Committee of Unsecured*
*Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

## **MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Blake A. Rigel, Special Counsel at Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Official Committee of Unsecured Creditors of Motors Liquidation Co., in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of New York and the bar of the State of Ohio.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: October 19, 2011
New York, New York

    /s/ Blake A. Rigel

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Robert T. Schmidt
Blake A. Rigel
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of Unsecured*
*Creditors of Motors Liquidation Co., (f/k/a General Motors Corp.) et al.*

KL2 2720940.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: )
)
MOTORS LIQUIDATION COMPANY., et al.  ) Chapter 11
    (f/k/a General Motors Corp., et al.) )
) Case No. 09-50026 (REG)
Debtors. ) Jointly Administered
)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Blake A. Rigel, to be admitted, *pro hac vice*, to represent the Official Committee of Unsecured Creditors of Motors Liquidation Co. in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and the bar in the State of Ohio, it is hereby

**ORDERED,** that Blake A. Rigel, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Official Committee of Unsecured Creditors of Motors Liquidation Co., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2011
       New York, New York

                                      UNITED STATES BANKRUPTCY JUDGE

KL2 2720940.1