UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| MOTORS LIQUIDATION COMPANY., et al. | ) Chapter 11 |
| (f/k/a General Motors Corp., et al.) | ) |
| | ) Case No. 09-50026 (REG) |
| Debtors. | ) Jointly Administered |
| | ) |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Blake A. Rigel, to be admitted, *pro hac vice*, to represent the Official Committee of Unsecured Creditors of Motors Liquidation Co.in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and the bar in the State of Ohio, it is hereby

**ORDERED,** that Blake A. Rigel, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Official Committee of Unsecured Creditors of Motors Liquidation Co., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: *October 20,* 2011
    New York, New York

                                    *s/ Robert E. Gerber*
                                    UNITED STATES BANKRUPTCY JUDGE

KL2 2720940.1