**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | |
| **Debtors.** | **(Jointly Administered)** |

# RESPONSE TO 249TH OMNIBUS OBJECTION TO CLAIM

Comes now, Christopher Snider, by and through his attorney, Harris Law Firm, and for his Response, states:

1. This claim is also the subject of a lawsuit, captioned Christopher Snider v. General Motors Corporation, Pulaski County, Arkansas, Circuit Court, Case No. CV2008-13233.

2. The lawsuit is currently stayed due to the bankruptcy filing of the Defendant.

3. The lawsuit and this claim stem from a vehicle fire that we allege is due to a electrical malfunction in the wiring harness.

4. We further reached a settlement agreement with the Defendant on this lawsuit.  However, the Release and Settlement Agreement, signed by Mr. Snider, was not accepted due to this bankruptcy.

5. Respondent therefore prays this court to not dismiss this claim so as to allow the settlement to be upheld or the suit to proceed to determine the validity of the claim.

WHEREFORE, Respondent Christopher Snider prays this court to not dismiss his

claim for attorney's fees and costs, and all other relief to which he is entitled.

        Respectfully Submitted,

        Harvey Harris
        Attorney at Law
        1920 N. Main Street – Suite 214
        N. Little Rock, AR 72114
        (501) 604-4517

        /s/Harvey Harris_____

**CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing pleading was deposited in the U.S. Mail, postage prepaid, this 10th day of October, 2011 to:

        /s/Harvey Harris_____

Dickstein Shapiro, LLC
Attn: Barry N. Swidel, Esq. & Stefanie Birbrower Greer, Esq.
1633 Broadway
New York, New York 10019

The Debtors
c/o Motors Liquidation Company
Attn: Thomas Morrow
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009

General Motors, LLC
Attn: Lawrence S. Buonomo, Esq.
400 Renaissance Center
Detroit, Michigan 48265

Cadwalader, Wickersham & Taft LLP
Attn: John J. Rapisardi, Esq.
One World Financial Center
New York, New York 10281

The United States Department of the Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attn: Michael J. Edelman, Esq. & Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Esq., Robert Schidt, Esq.,
Lauren Macksound, Esq.
& Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee for the Southern District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

The U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. & Natalie Kuehler, Esq.
86 Chambers Street, 3rd Floor
New York, New York 10007

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch, Esq. & Rita C. Tobin, Esq.
375 Park Avenue, 35th Floor
New York, New York 10152-3500

Caplin & Drysdale, Chartered
Attn: Trevor W. Swett III, Esq. & Kevin Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington DC 20005

Stutzman, Bromberg, Esserman, & Plifka
A Professional Corporation
Attn: Sander L. Esserman, Esq. & Robert T. Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Gibson, Dunn & Crutcher LLP
Attn: Keith Martorana, Esq.
200 Park Avenue, 47th Floor
New York, New York 10166

FTI Consulting
One Atlantic Center
Attn: Anna Phillips
1201 West Peachtree Street, Suite 500
Atlanta, Georgia 30309

Crowell & Moring LLP
Attn: Michael V. Blumenthal, Esq.
590 Madison Avenue, 19th Floor
New York, New York 10022

Mr. Kirk P. Watson, Esq.
2301 Woodlawn Boulevard
Austin, TX 78703