October 7, 2011

Re:
MOTORS LIQUIDATION COMPANY, et al,.
f/k/a General Motors Corp., et al.
Chapter 11 Case No. 09-50026 (REG)
244th Omnibus Objection
Objection Adjourned to 10/28/2011 @ 9:45 a.m.

Claim # 70910


Judge Gerber,

The Bar Date of 11/30/09 was never mentioned during our purchasing process of the GM stock.

My husband spent 2.5 years of the 22 years of his naval service in the Military Assistance Advisory Group, Republic of China. He learned of the Chinese people's love for American goods, especially GM and GE. When GM expanded into China, we decided to purchase GM stock with some of our savings. We never considered that GM and E-Trade would scheme up a fraudulent plan to cheat stock owners when GM was again listed on the stock market. We were never informed of the bankruptcy until notified by the Garden Group.

My husband, Austin, is a combat related disabled veteran. Because of Agent Orange he has had prostate cancer, colon cancer, diabetes, high blood pressure as well as age related health problems. Because of the surgeries he has endured, it is difficult for him to travel and at times even leave home.

I am an RN but am unable to work full time as I have a sister who has bone cancer from breast cancer. I am her full time care giver, as she is on IV antibiotic treatment, her time is limited and her only daughter is unable to care for her. Since she is on a limited income we take care of much of her expenses and do not want her to become a ward of the state.

We felt the investment into GM was a God sent as this would assist with my sister, and also future care of my husband. This was to be the bulk of our retirement along with Social Security and retirement plans from work.

I appreciate your time and wish for an approval for our request.

Respectfully,

Rebecca Viall

Rebecca Viall
710 Keller Lane
Tuscumbia, AL  35674
(256) 383-3117