# EXHIBIT B

RECEIVED
OCT 21 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*

Debtors.

Chapter 11 Case No.

09-50026 (REG)

(Jointly Administered)

**REPLY OF WILLIAM KUNTZ, III TO OBJECTION TO CLAIMS**

1. CLAIMANT HAVING BEEN IN CONTACT WITH COUNSEL OF RECORD, PROVIDED ADDITIONAL INFORMATION AND REQUESTED AN ADJOURNEMENT UNTIL APRIL, 2011. THIS WAS REJECTED. AS THE COURT IS AWARE, REPLIES REQUIRE SERVICE UPON ABOUT 15 GROUPS OF LAWYERS, ALL OVER CLAIMS WHICH DO NOT AMOUNT TO $10,000.

2. CLAIMANT IS UNAWARE OF ANY PROVISIONS OF THE FEDERAL RULES OF CIVIL PROCEDURE OR THE FEDERAL RULES OF BANKRUPTCY THAT PROVIDE FOR THE USE OF MAGIC OR MAGIC WORD, NEVER THE LESS COUNSEL FOR THE TRUST EXPECT THAT THE COURT WILL EXPUNGE A TIMELY FILED CLAIM ON THE APPROPRIATE FORM BASED UPON THE WORDS "INSUFFICIENT DOCUMENTATION".

THE TRUST PRESENTS NO INFORMATION OR EVIDENCE OF ANY KIND OF REVIEW OF THE CLAIM WHICH RESULTED IN ANY KIND OF CONTACT SHORT OF FILING AN MOTION WITH THE COURT. NEEDLESS TO SAY, THE PRESENT FORMAT OF OBJECTION TO CLAIMS YIELDS HUGE AMOUNTS OF PROFESSIONAL COMPENSATION TO LAWYERS AND THE STAFF THAT OTHERWISE APPEAR TO DO LITTLE IF ANY GROUNDWORK PRIOR TO BRINGING THE OBJECTION.

3. IN APRIL OF THIS YEAR, CLAIMANT WAS IN CONTACT WITH BOTH THE CLAIMS DEPT OF THE TRUST AND ALSO THE RESPECTIVE GM DEALERS. EXHIBIT 1,2 & 3. NO FURTHER REQUEST WAS MADE UPON CLAIMANT BY THE TRUST'S CLAIM'S DEPT UNTIL THE LAWYERS SENT THE PAPERS.

4. THE UNDERLYING PROOF'S OF CLAIMS RELATE TO CLAIMANT, WHO HAS BEEN A LIFE LONG CUSTOMER OF GM AND 3 GM DEALERS. A) SMEDLEY'S IN VANDALIA,OHIO B) G STONE MOTORS IN MIDDLEBURY VERMONT AND REYNOLDS IN WILLSBORO,NY. REYNOLDS WAS FORCED INTO THE SMALL DEALER EXIT PROGRAM BY THE TRUST PRIOR TO THE COMMENCEMENT OF THIS CASE.

THE RESPECTIVE AMOUNTS OF MONEY ARE QUITE SMALL IN RELATION TO THE ASSETS OF THE DEBTOR AND REPRESENT THE FAILURE OF SMEDLEYS TO HONOR A TRUCK PROMOTION PLAN OFFERING A FREE GAS CARD IN EXCHANGE FOR A TEST DRIVE AND CREDIT APPLICATION TO GMAC. $300

5. THE SECOND CLAIM REPRESENTS THE LOSS OF AN OLD CHEVY TRUCK, TITLED IN MONTANA WHICH CLAIMANT PURCHASED FROM HIS UNCLE DON WHO PURCHASED IT NEW IN DAYTON,OHIO FROM A DEALER. CLAIMANTS UNCLE WAS RESIDING IN HILTON HEAD, SC AND WAS IN A CONFLICT WITH A LOCAL BANK WHO WISHED TO DO HIS BUSINESS INJURY BY SEIZING HIS DELIVERY TRUCK FOR HIS FURNITURE BUSINESS THERE IN HILTON HEAD.

CLAIMANT OVER THE YEARS USED THE TRUCK AFTER HIS UNCLE'S BUSINESS FAILED AND RETITLED IT IN MONTANA WHERE CLAIMANT OWNED AT THAT TIME A RANCH AND LUMBER YARD IN WOLFPOINT.

THERE CAME A TIME WHERE THE TRUCK WAS BEING WORKED ON IN PORT HENRY,NY AND THE REPAIRSHOP, WAS UNABLE TO COMPLETE THE REPAIRS AS THEY DID NOT HAVE A LIFT STRONG ENOUGH TO HOLD THE TRUCK UP IN THE AIR. THE VEHICLE WAS TOWED TO G STONE MOTORS IN VERMONT. FOR UNKNOW REASONS, PERHAPS AGE, G STONE REFUSED TO WORK ON THE TRUCK AND HAD IT TOWED BACK TO NEW YORK AND DROPPED OFF AT CLAIMANTS HOME IN THE YARD, BLOCKING THE SIDEWALK. THIS RESULTED IN A CITATION BEING ISSUED BY THE NEW YORK STATE POLICE AND THE TOWN OF WESTPORT,NY HAD THE TRUCK TOWED TO THE TOWN SHED. CLAIMANT HAD TO PAY TO RECOVER THE TRUCK. THERE IS AN AFFIDAVIT WITH RESPECT TO THIS ON FILE IN THE TOWN JUSTICE COURT OF ELIZABETHTOWN,NY IN THE MATTER OF WILLIAM KUNTZ, III -VS- THE TOWN OF WESTPORT,NY WHICH
CLAIMANT WOULD LIKE TO PROVIDE, BUT DUE TO LIMITIED TIME AND THE GENERAL HOSTILITY OF UPSTATE TOWN JUSTICE COURTS TO ACTIONS AGAINST THE GOVERNMENT, IT IS DOUBTFULL IT CAN BE PROVIDED BY OCT 21, 2011.

THE TRUCK WAS IN TURN TOWED TO REYNOLDS CHEVY IN WILLSBORO WHERE CLAIMANT PAID ABOUT $1,000 ON THE REPAIRS. THERE CAME A TIME WHEN CLAIMANT WENT TO PICK UP THE TRUCK AND WAS INFORMED THAT THE TOWN OF WILLSBORO,NY HAD INSISTED THE TRUCK BE REMOVED AND SO FORTH, WHICH NOW APPEARS TO BE A FIB BY THE OWNER OF THE DEALERSHIP, MR REYNOLDS.

AS CLAIMANT RECALLS, THIS MATTER CAME BEFORE THE TOWN BOARD OF WILLSBORO AND WAS TABLED. EXHIBIT 4. CLAIMANT RECALLS THAT THERE MAY HAVE BEEN A PENDING ACTION IN TOWN COURT PRIOR TO THE COMMENCEMENT OF THIS CASE, BUT ONCE AGAIN, THE LIMITED TIME HAS NOT ALLOWED FOR THESE RECORDS TO BE PRODUCED.

6. THE THIRD CLAIM REPRESENTS THE LOSS OF A FIREPROOF FILE CABINENT WHICH WAS DELIVERED TO REYNOLDS IN AN EFFORT TO FEND OFF THE **SMALL DEALER EXIT PROGRAM** THAT REYNOLD WAS BEING FORCED INTO BY THE COMPANY. IN CALLOUS DISREGARD TO THE MANY YEARS OF LOYALITY, GM CANCELLED THE DEALERSHIP FRANCHISE LEAVING MR. REYNOLDS WITH A HUGE FINANCIAL LOSS. WHILE CLAIMANT IS NOT PRIVY TO THE EXACT TERMS OF THE SETTLEMENT, CLAIMANT BELIEVES THAT AFTER RESTOCKING CHARGES OF SPECIAL TOOLS AND GM PARTS, THAT MR REYOLDS ENDED UP OWING GM MONEY WHEN THE DEALERSHIP HAD BEEN PROFITABLE IN THE PAST AND WAS WORTH PERHAPS $1.5 MILLION DOLLARS BEFORE THE COLLAPSE OF GM. CLAIMANT BELIEVES THAT THE **ENTIRE SMALL DEALER EXIT PROGRAM** WAS SUSPECT BOTH IN MOTIVE AND EXECUTION. WHILE WELL DOCUMENTED, AND APPARENTLY WELL FUNDED, THE HIDDEN GOAL WAS TO DEFRAUD MANY SMALL DEALERS IN SMALL RURAL COMMUNITIES BY A CORPORATE MENTALITY THAT LOOKED UPON A SHINY SHOWROOM AS EVIDENCE OF THE **GM WAY** SO TO SPEAK.

IN ADDITION TO THE MENTIONED EXIBITS ADDITIONAL EXIBITS MAY BE ATTACHED.

WHEREFORE CLAIMANT REQUESTS THE OBJECTION BE DENIED AND THE CLAIMS ALLOWED.

RESPECTFULLY

WILLIAM KUNTZ, III
INDIA ST PO BOX 1801
NANTUCKET ISLAND, MASS 02554-1801

508-775-5225

HYANNIS, MA 02601



**Re: motors liquidation claims-GM2-Inquiry altenative form**

From: "claims@motorsliquidation.com" <claims@motorsliquidation.com>
To: "william kuntz" <kuntzwm1@yahoo.com>

Friday, April 29, 2011 11:49 AM

Dear Mr. Kuntz,

Thanks for the message.

All three claims have a pending status in the bankruptcy. At this time, claims are being processed (due to the very large number of claims, complexity of claims, and deficiencies with the filed claims, it does take quite some time to process claims, and we thank you for your patience). Please expect more time to process claims at a minimum.

For additional information on the bonds, please see the website for Motors Liquidation Company's General Unsecured Creditors Trust – www.mlcguctrust.com. Feel free to contact us with further questions via email or at 1-800-414-9607.

Regards,

Motors Liquidation Company

Quoting william kuntz <kuntzwm1@yahoo.com>:

> i have 3 small claims and would like to have some idea when the inveitable claims objection might be coming <aside from typical sometimes gutter service by weil,gotshal>
>
> SMEDLEYS CHEV VANDALIA OHIO
>
> 1092 WILLIAM KUNTZ IIIView: WILLIAM KUNTZ III Motors Liquidation Company 8/18/2009 12:00:00 AM08/18/2009 $300.00
>
> G STONE MOTORS MIDDLEBURY VERMONT AND REYNOLDS CHEV WILLSBORO,NY
>
> 1093View: 1093 WILLIAM KUNTZView: WILLIAM KUNTZ Motors Liquidation Company 8/18/2009 12:00:00 AM08/18/2009 $4,500.00
>
> 2484View
> 1398View: 1398
>
>
>
>
>
> 1398
> WILLIAM KUNTZ
>
> View: WILLIAM KUNTZ
>
> Motors Liquidation Company
> 8/27/2009 12:00:00 AM
> 08/27/2009

#1

> 2400.0000
> $2,400.00
> 2400.0000
> $2,400.00
> 3381
>
>
> William Kuntz,III
> kuntzwm1@yahoo.com
> Cray Engineering
> India St
> PO Box 1801
> Nantucket Island, Massachusetts 02554-1801 USofA
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>

YAHOO! MAIL Classic

**followup? smedleys**

From: "william kuntz" <kuntzwm1@yahoo.com>
To: kent@smedleys.com, kuntzwm1@yahoo.com

Monday, April 18, 2011 12:00 PM

so i assume your silence represents your complicity in this ?
has your manager reviewed the proof of claim filed in motors liquidation?
does smedleys have a paper file on this?
did you contact gmac to confirm the date and time of the credit application?
thanx
bill kuntz

— On **Thu, 4/7/11, william kuntz *<kuntzwm1@yahoo.com>*** wrote:

> From: william kuntz <kuntzwm1@yahoo.com>
> Subject: followup?
> To: kent@smedleys.com
> Date: Thursday, April 7, 2011, 1:28 PM

**William Kuntz,III**
**kuntzwm1@yahoo.com**
**Cray Engineering**
**India St**
**PO Box 1801**
**Nantucket Island, Massachusetts 02554-1801 USofA**

— On **Tue, 4/5/11, william kuntz *<kuntzwm1@yahoo.com>*** wrote:

> From: william kuntz <kuntzwm1@yahoo.com>
> Subject: followup?
> To: kent@smedleys.com
> Date: Tuesday, April 5, 2011, 1:35 PM

**William Kuntz,III**
**kuntzwm1@yahoo.com**
**Cray Engineering**
**India St**
**PO Box 1801**
**Nantucket Island, Massachusetts 02554-1801 USofA**

— On **Wed, 3/23/11, william kuntz *<kuntzwm1@yahoo.com>*** wrote:

#2

> From: william kuntz <kuntzwm1@yahoo.com>
> Subject: followup?

Pg 7 of 15
motors liquidation claims-GM2-inquiry altenative form - Yahoo! Mail
Page 1 of 1

YAHOO! MAIL Classic

motors liquidation claims-GM2-inquiry altenative form

From: "william kuntz" <kuntzwm1@yahoo.com>

Tuesday, April 26, 2011 5:36 PM

To: "G Stone Sales" <sales@gstonemotors.com>, fred@gstonemotors.com, kent@smedleys.com, claims@motorsliquidation.com, kuntzwm1@yahoo.com

i have 3 small claims and would like to have some idea when the inveitable claims objection might be coming <aside from typical sometimes gutter service by weil,gotshal>

SMEDLEYS CHEV VANDALIA OHIO

1092 WILLIAM KUNTZ IIIView: WILLIAM KUNTZ III Motors Liquidation Company 8/18/2009 12:00:00 AM08/18/2009 $300.00

G STONE MOTORS MIDDLEBURY VERMONT AND REYNOLDS CHEV WILLSBORO,NY

1093View: 1093 WILLIAM KUNTZView: WILLIAM KUNTZ Motors Liquidation Company 8/18/2009 12:00:00 AM08/18/2009 $4,500.00

2484View
1398View: 1398
1398 WILLIAM KUNTZ
View: WILLIAM KUNTZ Motors Liquidation Company 8/27/2009 12:00:00 AM2400.0000 08/27/2009 $2,400.00 3381

William Kuntz,III
kuntzwm1@yahoo.com
Cray Engineering
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

http://us.mc338.mail.yahoo.com/mc/showMessage?sMid=96&fid=%2540S%2540Search... 10/19/2011

G. Stone Motors

"G Stone Sales" <sales@gstonemotors.com>
kuntzwm1@yahoo.com

Friday, May 29, 2009 11:03 AM

Dear Mr. Kuntz,
You apparently sent a couple of emails to my salesman Fred regarding a vehicle that was supposedly towed out of here. I reviewed your claims with my service manager and shop foreman, they have no recollection or history to our knowledge of this matter. Can you tell me what the circumstances were, what the vehicle was, and who's name it may have been under. Thank you.

**Travis A. Romano**
Travis Romano
General Manager
G. Stone Motors Inc.
Office# (802)388-6718
Fax# (802)388-2569
Cell# (802)771-7008
travis@gstonemotors.com

#4

09-50026-reg Doc 11064 Filed 10/21/11 Entered 10/21/11 16:20:06 Main Document Pg 8 of 14

**Thank you for contacting G. Stone Motors Inc.**

Friday, May 29, 2009 8:04 AM

"fred@gstonemotors.com" <fred@gstonemotors.com>
kuntzwm1@yahoo.com

Dear william kuntz,
Thank you for contacting us at G. Stone Motors Inc.. We have received your message and will be in contact with you shortly. If anything else should come up, please do not hesitate to contact us again at 802-388-6718 or by email at sales@gstonemotors.com.

Thank you,
G. Stone Motors Inc.
802-388-6718

here

Pg 10 of 15

still waiting for action and answer - Yahoo! Mail Page 1 of 1

YAHOO! MAIL Classic

**still waiting for action and answer**

From: "william kuntz" <kuntzwm1@yahoo.com> Monday, May 10, 2010 12:33 PM

To: clerk@willsboro.com, supervisor@willsborony.com, jeff@generalcomposites.com, mattcat007@aol.com, "Daniel Alexander" <dan@denpubs.com>, kuntzwm1@yahoo.com, tom_lonergan@hotmail.com, westportbooks@gmail.com

Willsboro New York Online – www.WillsboroNY.com – Willsboro, NY ...
No action taken concerning the **William Kuntz** truck issue.

*www.willsborony.com/Townhall/BoardMinutes.htm* · Cached page

**William Kuntz,III**
**kuntzwm1@yahoo.com**
**Cray Engineering**
**India St**
**PO Box 1801**
**Nantucket Island, Massachusetts 02554-1801 USofA**

5-26-1[illegible]

518.
963.
7488

#6

http://us.mc338.mail.yahoo.com/mc/showMessage?sMid=1&fid=%2540S%2540Search&f... 5/22/2010

A

per phone call

#7

**HEARING DATE AND TIME: October 28, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: October 21, 2011 at 4:00 p.m. (Eastern Time)**

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM(S)**

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation Company GUC Trust*

09-50026-reg Doc 11064 Filed 10/21/11 Entered 10/21/11 16:20:06 Main Document Pg 11 of
14

B 10 (Official Form 10) (12/08)

**UNITED STATES BANKRUPTCY COURT** — **PROOF OF CLAIM**

Name of Debtor: GENERAL MOTORS — Case Number: 09-50026 REG

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent: PO Bx 1801 NANTUCKET, MA 02554/1801

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ________ (*If known*)

Filed on: ________

Name and address where payment should be sent (if different from above):

FILED - 01398
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 2,900.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** File Cabinet with GM Dealer Wrecking (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ________

**3a. Debtor may have scheduled account as:** ________ (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $________ **Annual Interest Rate** ____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $________ **Basis for perfection:** ________

**Amount of Secured Claim:** $________ **Amount Unsecured:** $________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$________

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

THE GARDEN CITY GROUP, INC
SEP 14 2009

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 8-25-09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

William Kuntz

FOR COURT USE ONLY

RECEIVED
AUG 27 2009
U.S. BANKRUPTCY COURT, SDNY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

7A

09-50026-mg Doc 11063 Filed 10/21/11 Entered 10/21/11 16:20:06 Main Document Pg 12 of 14

Home

Claims Information

Schedules & Statements

Media

Real Estate & Asset Sales

Investor Information

MLC Corporate Information

FAQ

Contact Us

Secure Login

Claims Information -> Claim Register -> **Creditor Summary**

| | Count | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|
| As Filed | 1 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 |
| Current Status | 1 | $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 |

Filed Claim Lists

| Claim# | Creditor | Filed Date | Filed Amount | Current Total | Debtor | Image |
|---|---|---|---|---|---|---|
| 1398 1398 | WILLIAM KUNTZ | 8/27/2009 12:00:00 AM 08/27/2009 | 2400.0000 $2,400.00Â | 2400.0000 $2,400.00Â | Motors Liquidation Company | |

Records per page: 25 Records: 1 - 1 of 1 - Pages: 1

| Schedule# | Creditor | Filed Date | Scheduled Amount | Debtor | Image |
|---|---|---|---|---|---|
| There are no records available. | | | | | |

Records per page: 25 Records: 0 - 0 of 0 - Pages: 1

**Disclaimer:** The material and historical information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney for advice specifically relating to your legal matter. Motors Liquidation Company is not responsible for and makes no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

## Claim Details

Claim Number: **1398**

Claim Number: **1398**
Creditor: **WILLIAM KUNTZ**
Date Filed: **Aug 27, 2009**
Debtor: **Motors Liquidation Company**
Status: Pending
Unliquidated:

View Claim Image: View

Original Amount

| Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 |

Outstanding Amount

| Secured | Admin | Priority | Unsecured | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $2,400.00 | $2,400.00 |

09-50026-reg Doc 11064 Filed 10/21/11 Entered 10/21/11 16:20:06 Main Document Pg 14 of 14