UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                                       :        Chapter 11
                                                                             :
MOTORS LIQUIDATION COMPANY, et al.,       :        Case No. 09-50026 (REG)
f/k/a General Motors Corp., et al.,                       :
                                                                             :
                                                                             :
                        Debtors.                              :        (Jointly Administered)
                                                                             :
---------------------------------------------------------------x

## ORDER ADMITTING
## BEVIN M. BRENNAN *PRO HAC VICE*

Upon the motion (the "Motion") of Gary D. Ticoll, a shareholder of Greenberg Traurig, LLP, counsel to Elliott Management Corporation, Fortress Investment Group LLC and Morgan Stanley International, plc (each a "Noteholder" and collectively the "Noteholders"), for the admission *pro hac vice* of Bevin M. Brennan, counsel of the law firm of Greenberg Traurig, LLP, in connection with the above-referenced cases and all proceedings with respect to such cases; and it appearing that appropriate notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to Local Bankruptcy Rule 2090-1, the Motion for admission *pro hac vice* of Bevin M. Brennan is granted, and that Bevin M. Brennan is admitted to the bar of the United States Bankruptcy Court for the Southern District of New York for the limited purpose of representing the Noteholders in these cases and in any proceedings therein, subject to the payment of the filing fee with the Clerk of the Court.

Dated: New York, New York
*October 26, 2011*

                                                            *s/ Robert E. Gerber*
                                                            UNITED STATES BANKRUPTCY JUDGE

*NY 241,535,200v1*