October 14, 2011

United States Bankruptcy Court
Southern District of New York

1 of 5

IN RE

Motors Liquidation Company, et al.,
F/K/A General Motors Corp, et al.

Debtors

Chapter 11 Case No.
09-50026 (REG)

(Jointly Administered)

Dear Honorable Judge Robert E. Gerber;

Enclosed is copies of document, information that was mailed to me Sheryl Y. Carter at 1541 LaSalle Ave #1, Niagara Falls, New York 14301 from the Garden City Group Inc, Motors Liquidation

Case No 09-50026

2 of 5

Company Attorney,

I Sheryl 2J. Carter filed my proof of claim in a timely manner. All the other Carter claims was disallowed due to the cases being under Delphi Corporation not (GM) Motors Liquidation Company. When I Sheryl 2J. Carter filed my claim or claims in a timely manner that claim should have been place under the Dex-Cool class settlement and any claim that has to do with the Auto Industry claims. My proof of claim should have been apply to the Dex-Cool class settlement, and dose claim instead of applying all my proof of claims to Motors Liquidation Company from my

claims against Delphi Corporation. I Sharyl Y. Cartee do not understand how and why these claims were duplicated in (2) two different courtrooms under (Re) two different Judges. for all these years. Then to find out at the end of me, Sharyl Y. Carter spending all this money that I did not have for these Replys, and Responses to keep my claims active. I continue to be Harass, mislead, misguide with all these claims, replys, responses, funds spent double and triple for all these years. Now to find out that (LmM) Motors Liquidation Company and their attorneys to say I Sharyl Y. Ca did not file in a timely manner, and

Sheryl Y. Carter
Case No 09-50026
4 of 5

that I Sheryl Y. Carter do not have a claim in the box-tool class settlement. Why this decision could not have been stated and decided early on in the beginning when all my claims against the Company (GM) Motors Liquidations Company and its affiliated Debtors first started out.

I respectfully ask if you Honorable Judge Robert E. Gerber to look into this matter, as to if these Attorney's for Motors Liquidation made the right decision. I know at the last Hearing you, Honorable Judge Robert E. Gerber gave the Attorneys a chance to look into this matter.

To find out that a response, reply to me Sharyl Y. Carter was made quickly, than the couple of years it took for the Attorneys of Motor Liquidation Company, and their affiliated Debtors to state my claims are duplicated, and the claim of Dex-Cool Class Settlement to disallowed.

I Sharyl Y. Carter believe that claims be claim is allowed against Motors Liquidation Company (am) and their affiliated Debtors. according to the Auto Industry Task Force, Secretary Timothy Geithner former Car Czar Steven Rattner and former White House manufacturing Adviser Ron Bloom. (Also enclosed copies of Car Repairs)

Thank You.

Sincerely