

**FedEx**

PS|Ship - FedEx Label

For FedEx Express® Shipments Only

Extrem

From:    Origin ID: JRBA    (212)310-8000
Edward Wu
Weil Gotshal & Manges
767 Fifth Avenue

New York, NY 10153

SHIP TO: (716)282-1639                    BILL SENDER

**Sharyl L. Carter**

1541 La Salle Ave # 1

Niagara Falls, NY 143011227

FedEx
Express

Ship Date: 11MAY11
ActWgt: 1 LB
CAD: 1419234/WBUS0200

Delivery Address Bar Code

Ref #    72240.0639.5380
Invoice #
PO #
Dept #

TRK#
[0201]   7902 4345 1913

THU · 12MAY    A4
STANDARD OVERNIGHT
RES

**XX DKKA**                        14301
                                   NY-US
                                   BUF

Page 1 of 2

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Edward Wu
+1 212 310 8322
edward.wu@weil.com

May 11, 2011

BY FEDEX

Sharyl L. Carter
1541 Lasalle Avenue #1
Niagara Falls, New York 14301

Re: *In re Motors Liquidation Company (f/k/a General Motors Corp.)*, Case No. 09-50026 (REG),–
   Hearing on Debtors' Objection to Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and
   19247

Dear Ms. Carter,

During the April 26, 2011 hearing for the chapter 11 cases of *Motors Liquidation Company (f/k/a General Motors Corp.)* in the United States Bankruptcy Court for the Southern District of New York, we indicated that you would not incur any costs associated with your telephonic appearance and that, prior to submitting an order disallowing your claims, we would notify you by letter as to whether you are entitled to any recovery under the Dex-Cool class settlement.

We have made the necessary arrangements to ensure that the costs of your telephonic appearance will not be borne by you. As to your entitlements under the Dex-Cool class settlement, unfortunately, our investigation indicates that you neither filed a timely claim in accordance with the procedures set forth in that settlement nor provided notice of your intention to opt-out of the class settlement. Because the time to take either of those actions has long expired, our investigation indicates that you are not entitled to any recovery under the terms of the class settlement.

We are also enclosing a draft Order disallowing your claims, which we intend to submit to the Court on May 18, 2011 for entry. If you have any questions, please feel free to give me a call at (212) 310-8322.

Sincerely,

Edward Wu

cc: The Honorable Robert E. Gerber, United States Bankruptcy Judge

US_ACTIVE:\43698138\01\72240.0639

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                   :

In re                                :       Chapter 11 Case No.
                                   :

MOTORS LIQUIDATION COMPANY, *et al.*,  :       09-50026 (REG)
     f/k/a General Motors Corp., *et al.*  :

                                   :

               Debtors.        :       (Jointly Administered)

                                   :

------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 00136, 00552, 07020, 09072, 14901, 19246, AND 19247 FILED BY SHARYL Y. CARTER

Upon the objection dated February 4, 2011 (the "**Objection**")[1] to Proof of Claim

Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl Y. Carter

(collectively, the "**Carter Claims**") of Motors Liquidation Company (f/k/a General Motors

Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"),

pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this

Court's order establishing the deadline for filing proofs of claim of certain Debtors and

procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079),

seeking entry of an order disallowing and expunging the Carter Claims on the ground that each

of the Carter Claims do not set forth the legal and factual basis thereof, all as more fully

described in the Objection; and due and proper notice of the Objection having been provided,

and it appearing that no other or further notice need be provided; and the Court having

considered the responses to the Objection filed by Sharyl Y. Carter (the "**Responses**"), the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Debtors' reply to the Responses, and the arguments made by the parties at the hearing on the

Objection on April 26, 2011 (the "**Hearing**"); and the Court having found and determined that

the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors,

and all parties in interest and that the legal and factual bases set forth in the Objection establish

just cause for the relief granted herein; and upon the findings of fact and conclusions of law set

forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent

provided herein; and it is further

ORDERED that, pursuant to section 502(b) of title 11 of the United States Code,

the Claims are disallowed and expunged in their entirety; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
_____, 2011


_____
United States Bankruptcy Judge



APS230070138B

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

**Important - Bankruptcy Court Document Enclosed**

1341765 /901/1
SHARYL Y CARTER       *******AUTO**5-DIGIT 14301
1541 LA SALLE AVE # 1
NIAGARA FALLS NY 14301-1227

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
P A I D
CHICAGO IL
PERMIT NO. 941

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                              :
**In re**                                     :   **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY, et al.,**       :   **09-50026 (REG)**
   f/k/a General Motors Corp., et al.         :
                                              :
               **Debtors.**                   :   **(Jointly Administered)**
                                              :
-----------------------------------------------------------x

### NOTICE OF (I) ENTRY OF ORDER
### CONFIRMING DEBTORS' SECOND AMENDED JOINT
### CHAPTER 11 PLAN AND (II) OCCURRENCE OF EFFECTIVE DATE

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS,**
**AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (the "**Plan**"), of Motors Liquidation Company and its affiliated debtors (collectively, the "**Debtors**"), was signed by the Honorable Robert E. Gerber, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on March 29, 2011.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004. The Confirmation Order is also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.motorsliquidationdocket.com.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on the Debtors, Post-Effective Date Motors Liquidation Company, the GUC Trust Administrator,[1] the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, the Avoidance Action Trust Administrator, any entity acquiring or receiving property or a distribution under the Plan, and any holder of a claim against or equity interest in the Debtors, including all governmental entities, whether or not the claim or equity interest of such holder is impaired under the Plan and whether or not such holder or entity has accepted the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan (as defined in the Plan) occurred on March 31, 2011 and, as a result, the Plan has been substantially consummated.

PLEASE TAKE FURTHER NOTICE that all proofs of claim arising from the rejection of executory contracts or unexpired leases pursuant to the Plan must be filed with the Bankruptcy Court and served upon the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, at the addresses set forth in the Confirmation Order, on or before May 30, 2011. Any claims arising from the rejection of an executory contract or unexpired lease for which a proof of claim has not been filed by such date shall be forever barred and shall not be enforceable against the Debtors, the GUC Trust Administrator, the Asbestos Trust Administrator, the Environmental Response Trust Administrative Trustee, and the Avoidance Action Trust Administrator, or any property to be distributed under the Plan, the GUC Trust, the Asbestos Trust, the Environmental Response Trust, and the Avoidance Action Trust, unless otherwise ordered by the Bankruptcy Court or provided in the Plan.

Dated: New York, New York
      April 11, 2011


WEIL, GOTSHAL & MANGES LLP
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, OH 43017-4286

**IMPORTANT COURT PAPERS ENCLOSED**

Return Service Requested

SHARYL Y CARTER
1541 LASALLE AVE, #1
NIAGRA FALLS NY 14301

APS25440950049        0000I784

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0000655428        $ 00.440
MAY 25 2011
MAILED FROM ZIP CODE 98104

5/28/2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                        :

In re                                 :            **Chapter 11 Case No.**

                                        :

**MOTORS LIQUIDATION COMPANY,** *et al.,*   :           **09-50026 (REG)**
      f/k/a General Motors Corp., *et al.*     :

                                          :

                       **Debtors.**           :           **(Jointly Administered)**

                                          :

------------------------------------------------------------x

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NOS. 00136, 00552, 07020, 09072, 14901, 19246, AND 19247 FILED BY SHARYL Y. CARTER

Upon the objection dated February 4, 2011 (the "**Objection**")[1] (ECF No. 9096) to

Proof of Claim Nos. 00136, 00552, 07020, 09072, 14901, 19246, and 19247 filed by Sharyl Y.

Carter (collectively, the "**Carter Claims**") of Motors Liquidation Company (f/k/a General

Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the

"**Debtors**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy

Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),

and this Court's order establishing the deadline for filing proofs of claim of certain Debtors and

procedures relating to the filing of proofs of claim (the "**Bar Date Order**") (ECF No. 4079),

seeking entry of an order disallowing and expunging the Carter Claims on the ground that each

of the Carter Claims do not set forth the legal and factual basis thereof, all as more fully

described in the Objection; and due and proper notice of the Objection having been provided,

and it appearing that no other or further notice need be provided; and the Court having

considered the responses to the Objection filed by Sharyl Y. Carter (the "**Responses**") (ECF Nos.

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Objection.

9435 and 9437), the Debtors' reply to the Responses (ECF No. 10109); and a hearing on the

Objection having been held on April 26, 2011 (the "**Hearing**"); and the Court having found and

determined that the relief sought in the Objection is in the best interests of the Debtors, their

estates, creditors, and all parties in interest and that the legal and factual bases set forth in the

Objection establish just cause for the relief granted herein; and upon the findings of fact and

conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent

provided herein; and it is further

ORDERED that, pursuant to section 502(b) of title 11 of the United States Code,

the Claims are disallowed and expunged in their entirety; and it is further

ORDERED that the time to appeal runs from the date this Order is entered; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.

Dated: New York, New York
       *May 25*, 2011

                              *s/ Robert E. Gerber*
                              United States Bankruptcy Judge

LABOR

INTAKe GASkeT    $750.00   + TAX  + PArT's

replace of
Mirror        $ 91.25   + TAX

DAVID CHEVROLET
BUICK
10225 Niagara Falls Blvd. • Niagara Falls, NY 14304
KEN MEDEIRO
Red Team Service Manag
kendavidchevy@hotmail.co
(716) 298-9700 Ext. 3
(716) 692-7810 Ext. 3
Fax (716) 297-68

Diag
windows       $ 91.25  + TAX
              PArt's & LAbor extra

4 Wheel
ALisnmcs      $ 96.50  + TAX

Service Engine
Light         $ 91.25  + TAX
DiAg only     PArt's & LAbor extra

Lube Oil Filter
change        $ 33.95  + TAX
              _____

              $1154.20 + PArt's & LAbor
                        plus TAX

Flasher
Replacmnt     $ 91.25  + TAX + PArt

Trunk lates
rod replacmnt $ 91.25  + TAX + PArt
              _____

              $ 1336.70   + TAX
                          + PArt's

Parts

Saturday, August 06, 2011 15:19

| Quote: | | Customer Number: | |

| Dealer: | | Customer: |
|---|---|---|
| David Chevrolet Buick Pontiac
10225 Niagra Falls Blvd
Niagra Falls, NY 14304 | | Name: |
| | | Address: |
| **VIN:** | | |
| 1G3NL52E01C165548 | | |
| | | Phone: |
| | | Fax: |

| Line | Part Number | Description | Quantity | Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 12378478 | SEALANT | 1 | 19.27 | 19.27 |
| 2 | 24504709 | SEAL | 1 | 1.25 | 1.25 |
| 3 | 22685915 | ROD, R/CMPT LID HGE TORQ | 01 | 29.20 | 29.20 |
| 4 | 10440281 | SWITCH, SI WDO (4-BUTN FRT) (INCLS LK-OUT SW) | 01 | 158.32 | 158.32 |
| 5 | 10359040 | SWITCH, HAZARD WRNG (SWITCH CONTROLS TURN SIGNALS AND EMERGENCY FLASHERS) | 01 | 28.48 | 28.48 |
| 6 | 10407984 | SWITCH, O/S RR VIEW MIR R/CON | 01 | 54.14 | 54.14 |
| 7 | 22676405 | MIRROR, O/S RR VIEW (PAINT TO MATCH) - LH | 01 | 124.31 | 124.31 |
| 8 | 12346290 | COOLANT | 1 | 19.28 | 19.28 |
| 9 | 10154775 | GASKET | 2 | 22.75 | 45.50 |
| 10 | 10189205 | SEAL | 1 | 9.60 | 9.60 |
| 11 | 10477565 | SEAL | 1 | 2.78 | 2.78 |
| 12 | 19169127 | GASKET KIT, INT MANIF (INCLS INT MANIFOLD BOLTS) | 01 | 67.44 | 67.44 |
| | | | | Parts Total: | 559.57 |

**Comments/Additional Information:**

Intake Gasket     $750.00   + TAX + Part's

Replace of
Mirror            $91.25   + TAX


Diag              $91.25   + TAX
Windows           Part's & Labor extra


4 Wheel
Alisnmcs          $96.50   + TAX


Service Engine    $91.25   + TAX
    Light
Diag only         Part's & Labor Extra


Lube Oil Filter   $33.95   + TAX
    change

                  $1154.20 +  Part's & Labor
                              plus TAX


Flasher           $91.25   + TAX + Part
Replacment


Trunk             $91.25   + TAX + Part
rod replacmo

                  $1336.70  + TAX
                            + Part's

© 2011 General Motors

**DAVID CHEVROLET BUICK**

DAVID 10225 Niagara Falls Blvd.•Niagara Falls, NY 14304

**KEN MEDEIROS**
*Red Team Service Manager*

Parts

kendavidchevy@hotmail.com
(716) 298-9700 Ext. 328
(716) 692-7810 Ext. 328
Fax (716) 297-6814

Saturday, August 06, 2011 15:20

Quote:

Customer N...

Dealer:

David Chevrolet Buick Pontiac
10225 Niagra Falls Blvd
Niagra Falls, NY 14304

Customer:

Name:

Address:

VIN:

1G3NL52E01C165548

$750 Labor
91.25

Phone:

Fax:

| Line | Part Number | Description | Quantity | Price | Extended Price |
|------|-------------|-------------|----------|-------|----------------|
| 1 | 12378478 | SEALANT | 1 | 19.27 | 19.27 |
| 2 | 24504709 | SEAL | 1 | 1.25 | 1.25 |
| 3 | 22685915 | ROD, R/CMPT LID HGE TORQ | 01 | 29.20 | 29.20 |
| 4 | 10440281 | SWITCH, SI WDO (4-BUTN FRT) (INCLS LK-OUT SW) | 01 | 158.32 | 158.32 |
| 5 | 10359040 | SWITCH, HAZARD WRNG (SWITCH CONTROLS TURN SIGNALS AND EMERGENCY FLASHERS) | 01 | 28.48 | 28.48 |
| 6 | 10407984 | SWITCH, O/S RR VIEW MIR R/CON | 01 | 54.14 | 54.14 |
| 7 | 22676405 | MIRROR, O/S RR VIEW (PAINT TO MATCH) - LH | 01 | 124.31 | 124.31 |
| 8 | 12346290 | COOLANT | 1 | 19.28 | 19.28 |
| 9 | 10154775 | GASKET | 2 | 22.75 | 45.50 |
| 10 | 10189205 | SEAL | 1 | 9.60 | 9.60 |
| 11 | 10477565 | SEAL | 1 | 2.78 | 2.78 |
| 12 | 19169127 | GASKET KIT, INT MANIF (INCLS INT MANIFOLD BOLTS) | 01 | 67.44 | 67.44 |
| | | | | Parts Total: | 559.57 |

**Comments/Additional Information:**

**CUSTOMER #: 33871**                    **153670**          **DAVID CHEVROLET BUICK INC.**
                                                              10225 Niagara Falls Blvd.
                                      *INVOICE*               Niagara Falls, NY 14304
                                                              (716) 298-9700
SHARYL CARTER
2726 FERRY AVE
NIAGARA FALLS, NY 14301                  PAGE 1
HOME:716-282-1639  CONT:716-282-1639                          REPAIR SHOP REG. NO R 7089925
BUS:            CELL:                  SERVICE ADVISOR: 23113 KEN MEDEIROS

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 01 | OLDSMOBILE ALERO | 1G3NL52E01C165548 | | 129327/129327 | TR132 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 30NOV00 IS | | | | | | | |
| 30NOV00 DL | | | 18:00 05OCT11 | | 91.25 | CASH | 05OCT11 |

| R.O. OPENED | READY | OPTIONS: | DLR:RED ENG:3.4 Liter V6 MFI HO |
|---|---|---|---|
| 09:44 05OCT11 | 15:29 05OCT11 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES SERVICE ENGINE LIGHT IS ON INSPECT AND REPORT
   10 DRIVEABILITY
      703 PINKSTON,JOHN LIC#: JW95
         CP                                183.50    183.50
PARTS:    0.00  LABOR:    183.50  OTHER:    0.00   TOTAL LINE A:    183.50
  129327 SCANNED SYSYTEM FOUND TWO CODES ONE CODE FOR LOW SPEED
  COOLANT FAN DIAG CONCERN AND FOUND BROKEN WIRE TO FAN REPAIRED WIRE AND
  CHECK OPERATION COMPLETED SECOND CODE P0300 MISFIRE FOUND SPARK PLUGS
  WIRES ARCHING CAUSING PLUGS TO FOUL OUT CUSTOMER DECLINES REPAIRS
  ESTIMATE $425.75 +TAX
     ***********************************************
B CUSTOMER STATES DRIVERS SIDE REAR TURN SIGNAL BULB IS OUT
   51 BODY ELECTRICAL
      703 PINKSTON,JOHN LIC#: JW95
         CP                                10.00    10.00
    1 9441839 BULB LP                 3.36    3.36    3.36
PARTS:    3.36  LABOR:    10.00  OTHER:    0.00   TOTAL LINE B:    13.36
  129327 REPLACED BULB FOUND LIGHT STILL NOT LIGHTING UP DUE TO
  SHORTED CONNECTOR ESTIMATE FOR REPAIRS $99.50 +TAX RIGHT REAR LAMP
  ASSEMBLY BROKEN ESTIMATE $225.35 +TAX CUSTOMER DECLINES AT THIS TIME
     ***********************************************
C GOODWRENCH MULTI-POINT VEHICLE INSPECTION
   01CVZ00021 GOODWRENCH MULTI-POINT VEHICLE
     INSPECTION
      703 PINKSTON,JOHN LIC#: JW95
         CP                                0.00    0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE C:    0.00
     ***********************************************

EST: 91.25          05OCT11 09:44  SA: 23113



**GM | Goodwrench**
Service under Goodwrench

**DISCLAIMER OR WARRANTIES**
The seller hereby expressly disclaims all warranties, either express or implied including any implied warranty
of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to
assume for it any liability in connection with the sale of said products.

X _____

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 193.50 |
| PARTS AMOUNT | 3.36 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 196.86 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 15.75 |
| PLEASE PAY THIS AMOUNT | 212.61 |

Copyright 2001 ADP, Inc. SERVICE INVOICE #2 XSI2G                    CUSTOMER COPY