New York Southern District Bankruptcy Court
One Bowling Green
New York, NY  10004-1408
**Case No.09-50026**

Marianne Lisenko
vs
General Motors Corporation New York Office, 767 Fifth Ave, 15th Floor, New York 10153-0023

**MOTION  FOR  FINAL  JUDGMENT AND APPROVAL
OF WRIT OF EXECUTION (28 USC 566(c)  AGAINST THE GENERAL MOTORS
CORPORATION AND/OR  ANY OF ITS AFFILIATED COMPANIES AND OFFICERS.
AFFIDAVIT**

I, Marianne Lisenko, the Claimant –Creditor of Class 1 secured GM senior notes, aka 200 shares of preferred shares (symbol RGM, Proof of Claim No.22063) hereby state the following:

1.
On June 7, 2011, Judge Gerber of this Court dismissed my  Motion for Appointment of Counsel because I did not  plead my "prima facie entitlement to relief". My request for payment of my claim to David Vanaskey of the GM's Wilmington Trust has been ignored and  I reject  the malicious  devaluation  of my preferred shares with  3 sets of  warrants and  common shares.

2.   Prima facie entitlement to relief is justified by the fact that I am a **secured** Class 1 creditor of a **VIABLE, PROFIT-MAKING**  company whose officers and other involved officials of banks and law firms over-issued bonds and shares, etc., for the purpose  of self-enrichment and the diverting of funds into affiliated companies which are registered with the US Securities and Exchange Commission (11) and with the State of Delaware (23).  I believe this was done in bad faith with the premeditated intention of cancelling  GM's  high interest debt and the shares through  administrative and judicial machinations.

I humbly pray for a certified final judgment of my claim, as per Judge Gerber's Order of Nov.16, 2010,  in the sum of  $10, 000, plus any other remedy,  and  for the approval  and processing of the Writ of Execution by the Clerk of this Court – to be filed upon receipt of certified hard copy of final judgment.

And I have signed  in Washington, D.C. on October 20, 2011.

Marianne Lisenko, aka Mary Listen, aka Mary of America
P.O.Box 34132
Washington, DC, 20043
tel:  202-210-2214

Affidavit attached

# AFFIDAVIT

I, Marianne Lisenko, hereby declare under Oath and under penalties of perjury, and at the risk of losing my health, my body, my mind and my SOUL to death and destruction, should I deceive, that the following facts are true and accurate to the best of my knowledge.

1. On October 18, 2011, I researched the Recent Filings and registrations for the General Motors Corporation on the website of the US Securities and Exchange Commission. Eleven affiliated companies were posted – General Motors Investment Management Corporation, General Motors Employees Investment Trusts ( for hourly employees and for salaried) and nine other affiliated companies that I did not note.

2. I verified the last filing for the GM Investment Management Corporation, since I had made an investment in GM. I found Form 13 F-HR dated 8-02-2011 with investments totaling about 2.5 billion dollars. [marginal note: trillion?] The form was signed by Vice President Russell Ricciardi and two addresses were identified: GM Investment at 767 Fifth Avenue, 15th Floor, New York, NY, 10153-0023 and State Street Bank at 1 Enterprise Drive, Quincy, MA 02171 . The telephone number given on the form was 617-786-3000.

3. I called the number and asked if that was State Street Bank and if General Motors had an account with the bank. The person answering said she could not give me any information, so I asked to speak with Russell Ricciardi. She could not connect me, she said, and gave me the telephone number 781-302-8805. I asked where was that number and Mr. Ricciardi located. She responded that it was the North Quincy branch. I found the address 1200 Crown Colony Drive in Quincy MA, 02169 on the State Street banks website, yet when I searched for the location of telephone number 781-302-8805, an address in Brooklyn, NY, came up – Y&T Enterprise, 626 Broadway. I could not reach anybody at that number and I did not believe that leaving a message to call back would resolve my claim or answer questions of a very serious nature.

4. On October 19 and October 20, 2011, I tried to get more information about the different affiliated GM companies on the website of the Securities and Exchange Commission, but access was denied with a "No filings found" message. I was able to find at www. marketbrief.com another copy of Form 13F-HR dated 01-24-2011, also signed by Vice President Russell Ricciardi, which I am attaching.

And I have signed on October 21, 2001, in Washington, D.C.

Marianne Lisenko
P.O.Box 34132
Washington, D.C. 20043

Enc. Form 13F-HR

# General Motors Investment Management Corp files 13F-HR (Initial Quarterly Form 13F Holdings report filed by institutional managers) SEC Filing

```
UNITED STATES
                    SECURITIES AND EXCHANGE COMMISSION
                            Washington, D.C. 20549
                                  Form 13F
                            Form 13F COVER PAGE
Report for the Calendar Year or Quarter Ended: 12/31/2010
Check here if Amendment []; Amendment Number:
                                                 -------
This Amendment (Check only one.):         [] is a restatement.
                                          [] adds new holdings entries.

Institutional Investment Manager Filing this Report:

Name:     GENERAL MOTORS INVESTMENT MANAGEMENT CORP

Address:  767 Fifth Avenue 15th Floor
          New York, NY 10153


Form 13F File Number: 28-03030


The institutional investment manager filing this report and the person by whom
it is signed hereby represent that the person signing the report is authorized
to submit it, that all information contained herein is true, correct and
complete, and that it is understood that all required items, statements,
schedules, lists, and tables, are considered integral parts of this form.

Persons Signing this Report on Behalf of Reporting Manager:

Name:   Russell Ricciardi
Title:  Vice President
Phone:

Signature, Place, and Date of Signing:

/s/ Russell Ricciardi           Boston, MA                      1/24/2011
- -------------------------      ---------------------------     ---------
[Signature]                     [City, State]                   [Date]


Report  Type  (Check  only  one):

[X]     13F HOLDINGS REPORT. (Check here if all holdings of this reporting
        manager are reported in this report.)

[ ]     13F NOTICE. (Check here if no holdings reported are in this report,
        and all holdings are reported by other reporting manager(s).)

[ ]     13F COMBINATION REPORT. (Check here if a portion of the holdings for
        this reporting manager are reported in this report and a portion are
        reported by other reporting manager(s).)

List of Other Managers Reporting for this Manager:




                            Form 13F SUMMARY PAGE

Report Summary:

Number of Other Included Managers:              0

Form 13F Information Table Entry Total:     1,256

Form 13F Information Table Value Total:  $2,005,217,688,000.  — trillion !
                                         ---------------
                                         (In Thousands)

List of Other Included Managers:

Provide a numbered list of the name(s) and 13F file number(s) of all
institutional investment managers with respect to which this report is filed,
other than the manager filing this report.
```