UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                               :      Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, et al.,                 :      09-50026 (REG)
    f/k/a General Motors Corp., et al.              :
                                                    :
                  Debtors.                          :      (Jointly Administered)
                                                    :
---------------------------------------------------------------x

**RESPONSE OF CLAIMANT, WILLIAM KUNTZ, III TO DEBTORS COUNSEL'S PAPERS**

CLAIMANT, WILLIAM KUNTZ, III IS UNDER NO OBLIGATION TO REPLY TO COUNSEL'S OUT OF TIME AND INARTFULLY SERVED REPLY. FURTHER, THE COURT IS UNDER NO OBLIGATION OR DUTY TO CONSIDER SAME.

THE FOLLOWING IS SUBMITTED IN AN OVERVIEW OF WHAT IS SAID.

1. CLAIMANT HAS A MATTER SET FOR TRIAL IN FLORIDA, NOT NEW YORK AS ALLEGED IN THE FOOTNOTE IN NOVEMBER AND IT IS UNREASONABLE TO EXPECT
CLAIMANT TO HAVE TO RETURN TO NEW YORK SO SUIT THE EGO OF COUNSEL.
THERE IS NO DOUBT THAT THIS CASE WILL BE GRINDING ON IN APRIL 2012 OR APRIL 2014 FOR THAT MATTER.

2. OF THE THREE CASES APPENDED TO THE REPLY, IN AN EFFORT TO DEVELOP SOME THICKNESS, NONE RELATE TO THIS MATTER. THEY ONLY ILLUSTRATE THAT
CLAIMANT KNOWS HOW TO FIND THE COURTHOUSE, ETC.
a) CFS IN OKLA INVOLVED A CREDIT CARD ACCOUNT
b) SILICON GRAPHICS INVOLVED A DERIVATIVE CLAIM OF CLAIMANT AS A SHAREHOLDER OF CRAY COMPUTER, WHO WAS A CONTRACTOR FOR THE NATIONAL SECURITY AGENCY, SOMETHING THAT MR WAISMAN COULD NEVER FIGURE OUT, EX 1. HAD HE BOTHERED TO READ A SLIM BOOK AVAILABLE FROM AMAZON ABOUT THE LIFE OF SEYMOUR CRAY, HE MIGHT HAVE LEARNED SOMETHING.
c) LEHMAN. THAT DECISION IS NOT YET FINAL IN SO FAR AS THE WINDOW TO FILE A RULE 60 MOTION IS STILL OPEN. FURTHER IT INVOLVED THE ESCROW FUND FROM THE BANKRUPTCY OF GRAND UNION GROCERY STORES AND SECURITIES ISSUED LONG AGO. CLAIMANT WAS A FORMER SHAREHOLDER OF LEHMAN.
IT ALSO NOW APPEARS THAT A FRACTIONAL SHARE OF LEHMAN IS STILL BEING HELD FOR CLAIMANT BY THE NEW YORK STATE COMPTROLLER IN ALBANY. EX 2.

3. IN GENERAL, COUNSELS PAPERS ARE FULL OF SELF-SERVING STATEMENTS UNSUPPORTED BY ANY FACTS OR EVIDENCE. IF I DIDN'T KNOW BETTER, I WOULD THINK IT HAD BEEN GHOST WRITTEN BY WEIL, GOTSHAL.
FOR EXAMPLE, THE PAPERS SAY THAT

**Representatives of the GUC Trust examined the Kuntz Claims and have made every effort to ascertain the validity of such claims.**

WHILE COUNSEL SAYS THAT THEY HAVE MADE EVERY EFFORT, THEY SHOW NOTHING IN SUPPORT, NOR DO THEY OFFER ANY WITNESS OR PROFER ANY KIND OF AFFIDAVIT IN SUPPORT OR ANYTHING. AT LEAST CLAIMANT HAD THE COMMON SENSE TO SHOW IN HIS EXHIBIT # 8 AN EFFORT TO MAIL A LETTER TO MR REYNOLDS. ETC NOR DOES COUNSEL SHOW ANY EFFORT TO CONTACT

ANY OF THE DEALERHSHIPS IN QUESTION. FURTHER, WHILE COUNSEL SPEAKS OF WESTPORT,NY, THE EXHIBITS REFER TO G STONE MOTORS IN VERMONT. ANOTHER STATE AND ACROSS A LAKE THAT IS OVER 100 MILES LONG. SO MUCH FOR THE SKILLS OF WHICH IS SUPPOSED TO DAZZLE THE COURT. IN SHORT, AS STATED BEFORE, NOTHING WAS DONE WHICH COULD AMOUNT TO EVEN MARGINAL COMPETENCE, OR AT LEAST ANYTHING WHICH HAS BEEN SHOWN.

4. COUNSEL SPEAKS TO 'DOCUMENTING' A CLAIM. HOW MUCH DOCUMENTATION WOULD A NORMAL PERSON EXPECT ON A $300 CLAIM IN A ESTATE WHICH RUNS INTO THE TENS OF BILLIONS OF DOLLARS? FURTHER, COUNSEL DOES NOT EVEN ADDRESS THE OBVIOUS. THAT A DEMAND UNDER NY CPLR FOR ARBITRATION WAS MADE UPON THE DEBTOR AND THE VERMONT AND NEW YORK DEALERS AS SET FORTH IN THE EXHIBIT TO THE PROOF OF CLAIM ON THE TRUCK. FURTHER, AS EVIDENCED BY THE NOTATION, THIS WAS FILED WITH THE TOWN CLERK. DID MIGHTY GM EVER CONTACT THE TOWN COURT OR TOWN CLERK? THE MINUTES OF THE TOWN MEETING DISCUSSING THIS TRUCK ARE POSTED TO THE INTERNET. WOULD THAT BE TO HARD TO CONSIDER OR IS ALL THIS TALK OF ANALYSIS JUST SOME MUCH WHITEWASH AND HOKUM?

5. COUNSEL DOES NOT DENY THAT SMEDLEYS, G STONE OR REYNOLDS WERE AUTHORIZED GM DEALERS. NOR TO THEY DENY THAT REYNOLDS WAS PUT INTO THE SMALL DEALER EXIT PROGRAM.

A BRIEF REVIEW OF 2 EMAILS FROM SMEDLEYS REVEALS THAT EVEN THE EMAIL ADDRESS CONTAINS A GM AUTHORED ADDRESS IE
donotreply@gmtorque.com/donotreply@SmedleysChevrolet.onesource1.gmtorque.com

Ex 3, Ex 4

COUNSEL MAKES THE ARGUMENT THAT JUST BECAUSE CLAIMANT DEALT WITH AUTHORIZED DEALERS THAT IT HAS NO LIABILITY. A SIMPLE REVIEW OF THE ATTACHED EXHIBITS REVEALS THE FOLLOWING LANGUAGE

## In celebration of General Motors 100th year in business

## General Motors and Smedley's Chevrolet announce the return of one of the greatest savings opportunities ever offered by General Motors. EX 6, 7

CLEARLY THERE IS A VERY TIGHT RELATIONSHIP.

CLAIMANT IS NOT A VENDOR TO THE DEALERS, HE WAS NOT SELLING THEM COFFEE OR WATER OR OIL OR GAS. HE CAME AS A POTENTIAL BUYER OF A VEHICLE OR REPAIR SERVICES AND RELIED UPON THE GM BRAND.

I THINK THE CONCEPT IS CALLED DETRIMENTAL RELIANCE.

IN THE REYNOLDS EXIT MATTER, GM DID MANY THINGS TO PROTECT ITSELF, BUT DID NOTHING TO PROTECT GM CUSTOMERS LIKE CLAIMANT WHO WAS LEFT IN THE LURCH AND ENDED UP WITH THE LOSS OF HIS VEHICLE, ETC.

### Estoppel - Wikipedia, the free encyclopedia

All reliance-based estoppels require the victimised party to show both inducement and **detrimental reliance**, i.e.: ...
en.wikipedia.org/wiki/Estoppel - Cached - Similar

### Promissory Estoppel and Detrimental Reliance

Explanation of promissory estoppel with summaries of several landmark cases.
www.lawnix.com/cases/promissory-estoppel.html - Cached - Similar

### Detrimental reliance legal definition of Detrimental reliance ...

A legal principle that bars a party from denying or alleging a certain fact owing to that party's previous conduct, allegation, or denial. The rationale behind ...
legal-dictionary.thefreedictionary.com/Detrimental+reliance -

IN SHORT THE ENTIRE REPLY OF COUNSEL IS REALLY JUST A FABRICATION AND SMOKE SCREEN TRYING TO DIVERT ATTENTION FROM THE SIMPLE ISSUES.

THE COURT SHOULD ALLOW THESE 3 CLAIMS.

CLAIMANT HAS NO PROBLEM WITH AN ADJOURNMENT UNTIL APRIL 2012 WHEN HE PLANS TO

RETURN FROM THE BAHAMAS. BUT THE DEBTOR SHOULD REALLY AS THEY SAY **PUT UP OR SHUT UP.**

PUT UP THE RECORDS OF THE SMALL DEALER EXIT PROGRAM FOR MR REYNOLDS AND FURTHER, IF THE COURT DEEM PROPER, ALLOW A REASONABLE INQUIRY INTO WHAT IS OBVIOUS. A SCAM TO KICK OUT SMALL LOYAL DEALERS, AKIN TO KICKING PASSENGERS OFF A SINKING SHIP.

AS CLAIMANT UNDERSTANDS IT, MR REYNOLDS WENT FROM HAVING A DEALERSHIP WORTH $1.5 MILLION DOLLARS TO BE IN DEBT TO THE COMPANY AFTER THEY GOT HIS TO SIGN UNDER DURESS.

RESPECTFULLY,

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

Oct 26, 2011 Hyannis, Mass

**Subject: Cray Computer &amp; NSA To Develop Scalable Supercomputer 08/17/94**

- *From*: **David Farber <farber@central.cis.upenn.edu>**
- *Date*: Wed, 17 Aug 1994 16:38:57 -0400

```
After all Crysler got it   djf
```

```
COLORADO SPRINGS, COLORADO, U.S.A., 1994 AUG 17 (NB) -- Cray
Computer Corporation (NASDAQ: CRAY) and the National Security
Agency (NSA) have announced a joint development deal worth up to
$9.2 million to the financially pressed computer company to
produce a Cray-3 super-scalable computer system.

The Cray-3/SSS will be a hybrid system capable of vector parallel
processing, scalable parallel processing and a combination of
both. The system will consist of a dual processor 256 million word
Cray-3 and a 512,000 processor 128 million byte single instruction
multiple data (SIMD) array.
```



**New York State Comptroller** — Page 1 of 1

## OFFICE OF UNCLAIMED FUNDS

# Search for Lost Money



**Are you the owner of this item?**

If you can answer "Yes" to the following questions, you may be able to claim this item online!

- Is your name KUNTZ WILLIAM A?
- Have you used the address of BOX 461 LAKE PLACID NY 12946?

To claim this item online, select "Next" to continue. If you do not want to claim online, or if you are not the listed owner but entitled to claim the item (such as an heir to an estate, or the owner of a company), select "Mail Claim Form" to continue. If you are not entitled to claim this item, select "Cancel" to return to search.

[ Next > ]  [ Cancel ]                    Mail Claim Form

**Owner Name**
KUNTZ WILLIAM A

**Owner Address**
BOX 461 LAKE PLACID NY 12946

**Reported By**
LEHMAN BROTHERS HOLDINGS INC

**Reported As**
WILLIAM A KUNTZ

**Type of Property**
MUTUAL FUNDS/DIVIDEND REINVEST BOOK SHRS

**Number of Owners**
1

**OUF Code**        **Year Reported**
033073393           2007

About OSC | Employment | Contact Us | Privacy and Links Policies | Regulations | Accessibility | FOIL | Webcasts
© Office of the New York State Comptroller

https://ouf.osc.state.ny.us/ouf/?x=e4mivYwK097mPXAf6BZA5Q        10/26/2011

Smedley's Chevrolet - Thank you for submitting your request     Monday, April 7, 2008 8:45 AM
"donotreply@gmtorque.com"
<donotreply@SmedleysChevrolet.onesource1.gmtorque.com>
kuntzwm1@yahoo.com

**Smedley's Chevrolet**

Dear William Kuntz,

Thank you for submitting your request.

This automated reply is being sent to you to let you know that we have received your request and you can expect to receive a prompt, personalized response from our sales manager.
We will be in contact with you shortly.

Thank you,

Smedley's Chevrolet



09-50026-mg    Doc 11084    Filed 10/27/11    Entered 10/27/11 10:59:34    Main Document
Pg 8 of 12

Smedley's Chevrolet - Thank you for submitting your request - Yahoo! Mail    Page 1 of 1

Smedley's Chevrolet - Thank you for submitting your request    Friday, May 29, 2009 10:50 PM

"donotreply@gmtorque.com" <donotreply@SmedleysChevrolet.onesource1.gmtorque.com>
kuntzwm1@yahoo.com



Hi William Kuntz,

I have great news for you. We have recieved your internet information request.

I will be getting back to you shortly to provide more information.

Please print this email and present it to Bobby Ambos to receive a $250 discount on our lowest internet price on a new Chevrolet.
Not valid on GM employee, retiree or supplier purchases.

Bobby Ambos
Internet Sales Manager
Smedley's Chevrolet
800-NEW-CHEVY
937-898-5894

Smedley's Chevrolet - 850 W National Rd - Vandalia OH 45377
Across from the Dayton International Airport

## $250 OFF SPECIAL!!!

## Print this coupon and present it to Bobby Ambos

E+4

$24.95 USA
$34.95 CAN

# The SUPERMEN

*"They were building revolutionary, not evolutionary, machines.... They were blazing a trail—molding science into a product.... The freedom to create was extraordinary."*
—from *The Supermen*

In 1951, a soft-spoken, skinny young man fresh from the University of Minnesota took a job in an old glider factory in St. Paul. Computer technology would never be the same, for the glider factory was the home of Engineering Research Associates and the recent college grad was Seymour R. Cray. During his extraordinary career, Cray would be alternately hailed as "the Albert Einstein," "the Thomas Edison," and "the Evel Knievel" of supercomputing. At various times, he was all three—a master craftsman, inventor, and visionary whose disdain for the rigors of corporate life became legendary, and whose achievements remain unsurpassed.

*The Supermen* is award-winning writer Charles J. Murray's exhilarating account of how the brilliant—some would say eccentric—Cray and his gifted colleagues blazed the trail that led to the Information Age. This is a thrilling, real-life scientific adventure, deftly capturing the daring, seat-of-the-pants spirit of the early days of computer development, as well as an audacious, modern-day David and Goliath battle, in which a group of maverick engineers beat out IBM to become the runaway industry leaders.

Murray's briskly paced narrative begins during the final months of the Second World War, when men such as William Norris and Howard Engstrom began researching commercial applications for the code-breaking machines of wartime, and charts the rise of technological

(continued on back flap)

(continued from front flap)

research in response to the Cold War. In those days computers were huge, cumbersome machines with names like Demon and Atlas. When Cray came on board, things quickly changed.

Drawing on in-depth interviews—including the last interview Cray completed before his untimely and tragic death—Murray provides rare insight into Cray's often controversial approach to his work. Cray could spend exhausting hours in single-minded pursuit of a particular goal, and Murray takes us behind the scenes to witness late-night brainstorming sessions and miraculous eleventh-hour fixes. Cray's casual, often hostile attitude toward management, although alienating to some, was more than a passionate need for independence; he simply thought differently than others. Seymour Cray saw farther and faster, and trusted his vision with an unassailable confidence. Yet he inspired great loyalty as well, making it possible for his own start-up company, Cray Research, to bring the 54,000-employee conglomerate of Control Data to its knees.

Ultimately, *The Supermen* is a story of genius, and how a unique set of circumstances—a small-team approach, corporate detachment, and a government-backed marketplace—enabled that genius to flourish. In an atmosphere of unparalleled freedom and creativity, Seymour Cray's vision and drive fueled a technological revolution from which America would emerge as the world's leader in supercomputing.

Charles J. Murray is a senior editor at *Design News* magazine. He has written on the computer industry and information technology for the *Chicago Tribune* and *Popular Science*, and he was the recipient of the 1994 Jesse H. Neal Editorial Achievement Award. Mr. Murray lives in Park Ridge, Illinois.

Cover Design: Marc Cohen
Cover Photos: © Cray Research,
© Paul Shambroom, and © Steve Woit

GM Employee Discount PLUS from Smedley's                    Thursday, September 4, 2008 6:10 PM

"Bobby Ambos" <B.Ambos@SmedleysChevrolet.onesource1.gmtorque.com>
kuntzwm1@yahoo.com

**SMEDLEY'S CHEVROLET
850 W. NATIONAL RD.
VANDALIA, OH 45377
"Putting value on the road since 1955."**

Dear William,

In celebration of General Motors 100th year in business, Smedley's Chevrolet is proud to announce the extension of GM Employee Discount for Everyone. This means you'll save like a factory employee on every remaining 2008 model and many 2009 models and then deduct the huge factory rebates up to $6,000. NOW GET THE GM EMPLOYEE DISCOUNT THROUGH SEPTEMBER 30TH.

Smedley's has a great selection of new Chevrolet vehicles to choose from and they are all clearly marked with the GM Employee Discount price. You'll save thousands on price and hundreds on payments when you take advantage of the best offer in GM's history.

Take a look at these great deals from Smedley's Chevrolet in Vandalia:

Don't miss this special sneak peek preview November 8th through November 12th. Smedley's Chevrolet is located at 850 W. National Rd. just across from the airport in Vandalia.

As a way of saying "Thank you" for your business - you will receive a 2 year maintenance package with every new 2008 Chevrolet purchased during this Red Tag Event sneak preview. This package will cover your oil changes and tire rotations for the first 2 years of ownership in your new Chevrolet. Sorry, this offer excludes prior sales.

William, General Motors and Smedley's Chevrolet urge you to attend this spectacular "Red Tag Event" sneak peek at 850 W. National Rd in Vandalia or give me a call at 800-NEW-CHEVY(toll free) / 937-898-5694(local) with any questions.



Brand New 2008 Trailblazer LT
MSRP $23,150
Sneak Peek $18,905
3 at this price.

This special first chance opportunity is for the following four days...hurry for best selection:

Saturday, November 8th, 2008        9:00am - 5:00pm
Monday, November 10th, 2008       9:00am - 8:00pm
Tuesday, November 11th, 2008       9:00am - 8:00pm
Wednesday, November 12th, 2008   9:00am - 8:00pm

Sincerely,
Mike Stimmel
Sales Manager
rvmanager@smedleys.com



| | |
|---|---|
| Special Offer From Smedley's | Friday, November 7, 2008 1:27 PM |
| "Bobby Ambos" <B.Ambos@SmedleysChevrolet.onesource1.gmtorque.com> | |
| kuntzwm1@YAHOO.COM | |



Dear William Kuntz,

General Motors and Smedley's Chevrolet announce the return of one of the greatest savings opportunities ever offered by General Motors. The annual Red Tag Event is here at Smedley's Chevrolet. As a previous or preferred customer you have the first opportunity at this sensational offer.

During our special sneak peek days, November 8th through November 12th, you can get these great deals before they are offered to the public on November 13th. Special arrangements have been made with local and national lenders to provide financing that fits for this special sneak peek preview event. Don't let credit concerns keep you away – we have lenders aggressively seeking new customers.



Brand New 2009 Cobalt XFE
MSRP $15,670
Sneak Peek $11,909
6 at this price.

William, if you currently have a leased vehicle that is scheduled to terminate on or before June 30, 2009 you will qualify for special "Lease to Buy" bonus cash up to $4,000 depending on the model you are interested in. This special bonus cash is in addition to all other publicly offered rebates and incentives on your new Chevrolet. With low rate financing, deeply discounted Red Tag Event prices and record high factory rebates we are confident we can get you out of your current loan or lease with payments that will fit your budget.



Brand New 2008 Silverado, Tahoe and Suburbans
Get a minimum of $10,000 OFF MSRP
Every remaining 2008 Silverado, Tahoe and Suburban in-stock qualifies.

Whether your looking for a gas sipping economy car, full size pick-up or sport utility vehicle Smedley's Chevrolet has the new Chevrolet of your dreams. It truly is a buyers market at Smedley's Chevrolet. Every vehicle in our giant inventory is clearly marked with Red Tag Event pricing. Just pick your new vehicle and the price on the tag is the price you pay.



Brand New 2009 Malibu LS
MSRP $21,625
Sneak Peek $17,909
4 at this price.

http://us.mc338.mail.yahoo.com/mc/showMessage?sMid=0&fid=%2540S%2540Search... 10/26/2011