U.S. Bankrupty Court
So. District of N.Y.
Delphi Corporation Claims
P.O. Box 5058
New York, N.Y.
10274-5058

Dear Sir,

Please send me a copy of the amount of money I lost in the Bankrupty.

Thank you
Marion R. Matry
20301 Arthur Road
Big Rapids, Mi 49307

General Motors
Delphi Corp

