Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
   Company GUC Trust - Appellee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                   :
**In re**                                                          :    **Chapter 11 Case No.**
                                                                   :
**MOTORS LIQUIDATION COMPANY,** *et al.*,      :    **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*               :
                                                                   :
                                    Debtors.                  :    **(Jointly Administered)**
                                                                   :
------------------------------------------------------------x

**MOTORS LIQUIDATION COMPANY GUC TRUST'S STATEMENT
OF ISSUE PRESENTED ON APPEAL AND COUNTER-DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON
<u>APPEAL IN CONNECTION WITH THE APPEAL OF DALE R. SPIRNAK</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**")[1] in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**") submit the following statement of issue presented on appeal and counter-designation of additional items to be included in the record in connection with the appeal of Dale

---

[1] The Debtors are Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**"), MLCS, LLC (f/k/a Saturn, LLC), MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation), MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.), Remediation and Liability Management Company, Inc. ("**REALM**"), and Environmental Corporate Remediation Company, Inc. ("**ENCORE**").

R. Spirnak ("**Spirnak**" or "**Appellant**") from the September 6, 2011 supplemental order (ECF No. 10782) (the "**Supplemental Order**") of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (Gerber, J.) granting the Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) (ECF No. 8820) (the "**Omnibus Objection**") with respect to Spirnak's Proof of Claim No. 63648 ("**Spirnak's Claim**").[2]

## STATEMENT OF ISSUE ON APPEAL

Did the Bankruptcy Court err in issuing the Supplemental Order with respect to Spirnak's Claim?

## COUNTER-DESIGNATION OF RECORD

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| 1 | 6/01/2009 | 21 | Affidavit of Frederick A. Henderson Pursuant to Local Bankruptcy Rule 1007-2 |
| 2 | 6/27/2009 | 2649 | Amended and Restated Master Sale & Purchase Agreement and Certain Exhibits and Schedules Thereto |
| 3 | 7/05/2009 | 2967 | Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry into UAW Retiree Settlement Agreement |
| 4 | 7/05/2009 | 2968 | Order (I) Authorizing Sale of Assets Pursuant to Amended and Restated Master Sale and Purchase Agreement with NGMCO, Inc., a U.S. Treasury-Sponsored Purchaser; (II) Authorizing Assumption |

---

[2] While the Debtors had objected to the Spirnak's Claim, the GUC Trust is the proper Appellee because, pursuant to the Plan, the GUC Trust now has the exclusive authority to prosecute and resolve objections to Disputed General Unsecured Claims (as defined in the Plan).

This counter-designation designates certain items that have been designated in Appellant's Designation of Contents and Statement of Issues (ECF No. 11067) ("**Spirnak's Designation**") to avoid any confusion regarding such items because Spirnak's Designation failed to provide the ECF number with respect to certain items. The GUC Trust reserves the right to amend this counter-designation of items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| | | | and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale; and (III) Granting Related Relief |
| 5 | 7/06/2009 | 2985 | Errata Order re: Decision on Debtors' Motion for Approval of (1) Sale of Assets to Vehicle Acquisition Holdings LLC; (2) Assumption and Assignment of Related Executory Contracts; and (3) Entry into UAW Retiree Settlement Agreement |
| 6 | 7/16/2009 | 3193 | Memorandum and Order of U.S. District Court Judge Lewis A. Kaplan in an M-47 Proceeding |
| 7 | 9/02/2009 | 3940 | Motion for Order Establishing the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 8 | 9/16/2009 | 4079 | Order Establishing the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 9 | 10/14/2009 | 4238 | Affidavit of Service of Order Establishing the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 10 | 10/23/2009 | 4290 | Certificate of Publication of the Notice of the Deadline for Filing Proofs of Claim Against MLC, MLCS, LLC, MLCS Distribution Corporation, MLC of Harlem, Inc., and MLC of Harlem, Inc. |
| 11 | 11/16/2009 | 4445 | Motion for Order Establishing the Deadline for Filing Proofs of Claim Against REALM and ENCORE |
| 12 | 12/2/2009 | 4586 | Order Establishing the Deadline for Filing Proofs of Claim Against REALM and ENCORE |
| 13 | 12/18/2009 | 4681 | Order Establishing the Deadline for Filing Proofs of Claim with Respect to Claims Relating to Certain Properties |
| 14 | 10/23/2009 | 4724 | Certificate of Publication of Notice of the Deadline for Filing Proofs of Claim Against REALM and ENCORE |
| 15 | 1/25/2010 | 4877 | Affidavit of Publication of Notice of the Deadline for Filing Proofs with Respect to Claims Relating |

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| | | | to Certain Properties |
| 16 | 4/14/2010 | 5493 | Memorandum and Order of U.S. District Court Judge Naomi Reice Buchwald |
| 17 | 4/29/2010 | 5674 | Memorandum and Order of U.S. District Court Judge Robert W. Sweet |
| 18 | 8/31/2010 | 6830 | Disclosure Statement for Debtors' Joint Chapter 11 Plan |
| 19 | 12/07/2010 | 8014 | Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 20 | 12/07/2010 | 8015 | Debtors' Amended Joint Chapter 11 Plan |
| 21 | 12/08/2010 | 8023 | Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan |
| 22 | 12/08/2010 | 8043 | Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Notice Packages and Procedures for Distribution thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Forms of Notices to Non-Voting Classes Under the Plan, Dated December 8, 2010 |
| 23 | 1/07/2011 | 8449 | Affidavit of Service of Jane Sullivan, Sworn to on January 6, 2011, of Solicitation Documents to Holders of Debt Securities |
| 24 | 1/14/2011 | 8607 | Affidavit of Service of Patrick M. Leathem, Sworn to on January 14, 2011, of the (1) Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan Dated December 8, 2010, with all Exhibits, Including, Among Other Documents, the Debtors' Amended Joint Chapter 11 Plan, with All Exhibits Thereto; (2) Order (I) Approving Notice of Disclosure Statement Hearing; (II) Approving Disclosure Statement; (III) Establishing a Record Date; (IV) Establishing Notice and Objection Procedures for Confirmation of the Plan; (V) Approving Notice Packages and Procedures for Distribution Thereof; (VI) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (VII) Approving the Forms of Notices |

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| | | | to Non-Voting Classes under the Plan; (3) Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; and (IV) Procedures and Deadline for Voting on the Plan; (4) Letter from Official Committee of Unsecured Creditors Dated December 10, 2010; (5) Notice of Deadline for Filing Administrative Proofs of Claim; (6) a Customized Ballot for Accepting or Rejecting Amended Joint Chapter 11 Plan of Motors Liquidation Company (f/k/a General Motors Corporation) and Its Affiliated Debtors for Class 3 (General Unsecured Claims), Together with a Postage Prepaid Return Envelope; (7) a Master Ballot for Accepting or Rejecting Amended Joint Chapter 11 Plan of Motors Liquidation Company (f/k/a General Motors Corporation) and Its Affiliated Debtors for Class 5 (Asbestos Personal Injury Claims), Together with a Return Envelope; (8) a Non-Customized Individual Ballot for Accepting or Rejecting Amended Joint Chapter 11 Plan of Motors Liquidation Company (f/k/a General Motors Corporation) and Its Affiliated Debtors for Class 5 (Asbestos Personal Injury Claims); (9) Notice of Non-Voting Status to Unimpaired Classes: Class 1 (Secured Claims), Class 2 (Priority Non-Tax Claims), and Class 4 (Property Environmental Claims); and (10) Notice of Non-Voting Status to Impaired Class: Class 6 (Equity Interests in MLC) |
| 25 | 1/18/2011 | 8673 | Affidavit of Publication of Debra Wolther, Sworn to on January 18, 2011, of the Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for Objecting to Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date |
| 26 | 1/21/2011 | 8788 | Amended Affidavit of Publication of Debra Wolther, Sworn to on January 21, 2011, of Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of the Plan and Procedures for |

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| | | | Objecting to Confirmation of the Plan; (IV) Procedures and Deadline for Voting on the Plan; and (V) Administrative Expense Claim Bar Date |
| 27 | 1/25/2011 | 8820 | Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) |
| 28 | 1/28/2011 | 8948 | Affidavit of Service of Danielle Zahaba of Notice of and Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) |
| 29 | 2/16/2011 | 9291 | Objection to Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) filed by Dale R. Spirnak |
| 30 | 2/22/2011 | 9327 | Supplemental Affidavit of Service of Jane Sullivan, Sworn to on February 21, 2011, of Solicitation Documents to Holders of Debt Securities |
| 31 | 2/22/2011 | 9389 | Debtors' Memorandum of Law in Support of Confirmation of Amended Joint Chapter 11 Plan and Response to Objections to Plan |
| 32 | 2/24/2011 | 9439 | Declaration of Jeffrey S. Stein of the Garden City Group, Inc. Certifying the Methodology for the Tabulation of Votes on and Results of Voting with Respect to the Debtors' Amended Joint Chapter 11 Plan |
| 33 | 2/24/2011 | 9449 | Declaration of Jane Sullivan of Epiq Bankruptcy Solutions, LLC Regarding Voting On, and Tabulation of, Ballots Accepting and Rejecting the Debtors' Amended Joint Chapter 11 Plan, with Respect to Class 3 Debt Securities |
| 34 | 3/07/2011 | 9607 | Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) |
| 35 | 3/02/2011 | 9697 | Transcript of Hearing Held on March 1, 2011 |
| 36 | 3/10/2011 | 9727 | Affidavit of Service of Alison Moodie of Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) |
| 37 | 3/18/2011 | 9836 | Debtors' Second Amended Joint Chapter 11 Plan |
| 38 | 3/29/2011 | 9941 | Findings of Fact and Conclusions of Law and Order Pursuant to Sections 1129(A) and (B) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors' Second Amended Joint Chapter 11 Plan |

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| 39 | 4/06/2011 | 10056 | Notice of Occurrence of Effective Date of Debtors' Second Amended Joint Chapter 11 Plan |
| 40 | 5/03/2011 | 10151 | Notice of (I) Entry of Order Confirming Debtors' Second Amended Joint Chapter 11 Plan and (II) Occurrence of Effective Date |
| 41 | 6/17/2011 | 10451 | Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) |
| 42 | 6/20/2011 | 10465 | Affidavit of Service of Kimberly Gargan of Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) |
| 43 | 8/03/2011 | 10667 | Transcript of Hearing Held on July 27, 2011 |
| 44 | 8/09/2011 | 10670 | Notice of Presentment of Proposed Supplemental Order Granting 147th Omnibus Objection to Claims |
| 45 | 8/11/2011 | 10694 | Affidavit of Service of Kathy-Ann Awkward of Notice of Presentment of Proposed Supplemental Order Granting 147th Omnibus Objection to Claims |
| 46 | 8/22/2011 | 10738 | Objection to Notice of Presentment of Proposed Supplemental Order Granting 147th Omnibus Objection to Claims by Dale R. Spirnak |
| 47 | 9/06/2011 | 10782 | Supplemental Order Granting Debtors' 147th Omnibus Objection to Claims (Claims for Equity Interests) |
| 48 | 9/07/2011 | 10800 | Affidavit of Service of Barbara Keane of Supplemental Order Granting Debtors' 147th Omnibus Objection to Claims |
| 49 | 9/19/2011 | 10905 | Notice of Appeal filed by Dale R. Spirnak |
| 50 | 10/21/2011 | 11067 | Designation of Contents and Statement of Issues filed by Dale R. Spirnak |
| 51 | 6/1/2009 – 10/27/2011 | N/A | Docket for *Motors Liquidation Company, et al. (f/k/a General Motors Corp. et al.)*, Ch. 11 Case No. 09-50026 (REG) for 6/1/2009 through 10/27/2011 |

Dated: October 27, 2011
      New York, New York

      /s/ Joseph H. Smolinsky
      Harvey R. Miller
      Stephen Karotkin
      Joseph H. Smolinsky
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Motors Liquidation
        Company GUC Trust - Appellee