RECEIVED

OCT 27 2

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<u>WITHDRAWAL OF CLAIM</u>

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 |
| | ☐  MLC of Harlem, Inc., Case No. 09-13558 |
| | ☐  MLCS, LLC, Case No. 09-50027 |
| | ☐  MLCS Distribution Corporation, Case No. 09-50028 |
| | ☐  Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | ☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Hewlett Packard Company Attn Ken Higman 12610 Park Plaza Dr. Cerritos, CA 90703 |
| Claim Number (if known): | 45797 |
| Date Claim Filed: | November 25th, 2009 |
| Total Amount of Claim Filed: | $958.95 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.    I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: October 25, 2011

Print Name: Ken Higman

Title: Default Analyst