UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re :
: Chapter 11
:
MOTORS LIQUIDATION COMPANY, *et al.*, : Case No.: 09-50026 (REG)
f/k/a General Motors Corp., *et al.* :
:
Debtors. : (Jointly Administered)
----------------------------------------------------------------x

### ORDER AUTHORIZING GENERAL MOTORS LLC TO
### APPEAR AND BE HEARD IN THE NOVA SCOTIA CONTESTED MATTER

Upon consideration of the oral application (the "**Application**") made by General Motors LLC, f/k/a General Motors Company ("**New GM**"), for authorization to appear and be heard in the contested matter ("**Nova Scotia Contested Matter**") commenced by the Official Committee of Unsecured Creditors of Motors Liquidation Company (as predecessors-in-interest to the Motors Liquidation Company GUC Trust) ("**GUC Trust**") in connection with the claims of Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company ("**Nova Scotia Trustee**") and the current and former noteholders of General Motors Nova Scotia Finance Company ("**Noteholders**"); and upon the consent of the GUC Trust, the Nova Scotia Trustee and the Noteholders to the relief requested by New GM; and upon the record of the Status Conference held before the Court on October 28, 2011 in connection with the Nova Scotia Contested Matter; and no further notice of the Application being necessary or required under the circumstances; and the Court having determined that the relief requested in the Application is in the best interests of New GM and the other parties to the Nova Scotia Contested Matter; and good and sufficient cause appearing therefor; it is hereby

17680627v1

**ORDERED** that:

1. The Application is granted.

2. New GM is authorized to appear and be heard in the Nova Scotia Contested Matter.

3. The relief requested herein shall not constitute a waiver by any party in interest to the Nova Scotia Contested Matter with respect to any rights or defenses they may have.

Dated: New York, New York
*October 31, 2011*

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE