UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                    :
                                                            :
                                Debtors.                    :    (Jointly Administered)
                                                            :
-----------------------------------------------------------------x

## ORDER GRANTING 247TH OMNIBUS OBJECTION TO CLAIMS AND ENFORCEMENT OF ADMINISTRATIVE BAR DATE ORDER
### (Late-Filed Administrative Proofs of Claim)

Upon the 247th omnibus objection to expunge certain administrative expenses and motion requesting enforcement of the Administrative Bar Date Order,[1] dated September 23, 2011 (the "**247th Omnibus Objection**"), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 503(a) of title 11, United States Code (the "**Bankruptcy Code**"), Rules 3003(c)(3) and 3007(d) and of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order establishing the deadline for filing requests for payment of certain administrative expenses and procedures relating thereto (the "**Administrative Bar Date Order**") (ECF No. 8099), seeking entry of an order disallowing and expunging the Late-Filed Administrative Proofs of Claim on the grounds that proofs of claim were not timely filed, all as more fully described in the 247th Omnibus Objection; and due and proper notice of the 247th Omnibus Objection having been

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 247th Omnibus Objection to Claims.

provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 247th Omnibus Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 247th Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 247th Omnibus Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the administrative expenses reflected in the proofs of claim listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any administrative expense listed on **Exhibit "A"** annexed to the 247th Omnibus Objection to claims under the heading "*Claims and to be Disallowed and Expunged*" that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
    *October 31, 2011*

                                                          *s/ Robert E. Gerber*
                                                          United States Bankruptcy Judge