| | **Exhibit A** | |
|---|---|---|
| **247th Omnibus Objection** | | **Motors Liquidation Company, et al.** |
| | | **Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFREIDA POKORSKI<br>13619 N 94TH DRIVE<br>APT. 105<br>PEORIA, AZ 85381 | 71102 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

    Applicable Bar Date:   2/14/2011

    Postmark Date:   N/A

    Official Claim Date:   4/11/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

247th Omnibus Objection **Exhibit A** Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELINA CRUZ<br>13326 HAYDEN AVE.<br>NORWALK, CA 90650<br>UNITED STATES OF AMERICA | 71005 | Motors Liquidation Company | $0.00 (S)<br>$147,567.50 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$147,567.50 (T)<br>Unliquidated | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date: 2/14/2011

Postmark Date: N/A

Official Claim Date: 2/24/2011

| ANGELINA CRUZ<br>13326 HAYDEN AVE<br>NORWALK, CA 90650 | 71015 | Motors Liquidation Company | $0.00 (S)<br>$147,567.50 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$147,567.50 (T)<br>Unliquidated | Late Filed | Pgs. 4-5 |
|---|---|---|---|---|---|

**Additional Claim Information**

Applicable Bar Date: 2/14/2011

Postmark Date: N/A

Official Claim Date: 2/23/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 247th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARBARA PALUMBO<br>49910 SCHOONER CT.<br>NEW BALTIMORE, MI 48047 | 71097 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date:   2/14/2011

Postmark Date:   N/A

Official Claim Date:   3/31/2011

| CATHERINE FERRARI (AKA--CATHERINE HEATH)<br>3160 CASTELAR COURT, #202<br>CORONA, CA 92882 | 71063 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date:   2/14/2011

Postmark Date:   N/A

Official Claim Date:   3/19/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 247th Omnibus Objection | | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| EEOC<br>ATTN MICHAEL BALDONADO<br>350 THE EMBARCADERO SUITE 500<br>SAN FRANCISCO, CA 94105 | 71090 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

- Applicable Bar Date: 2/14/2011
- Postmark Date: N/A
- Official Claim Date: 3/17/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ERNEST OGLE<br>733 ELLIS OGLE RD<br>GATLINBURG, TN 37738 | 71049 | Motors Liquidation Company | $0.00 (S)<br>$3,850.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,850.00 (T) | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

- Applicable Bar Date: 2/14/2011
- Postmark Date: N/A
- Official Claim Date: 3/4/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

247th Omnibus Objection  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUAN M IBARRA<br>C/O EEOC SAN FRANCISCO DISTRICT OFFICE<br>350 THE EMBARCADERO, 5TH FL #500<br>SAN FRANCISCO, CA 94105 | 71016 | Motors Liquidation Company | $0.00 (S)<br>$11,175.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,175.00 (T) | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date:    2/14/2011

Postmark Date:    N/A

Official Claim Date:    2/28/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUAN M IBARRA<br>C/O EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SAN FRANCISCO DISTRICT OFFICE<br>350 THE EMBARCADERO, 5TH FLOOR<br>SAN FRANCISCO, CA 94105-1260 | 71017 | Motors Liquidation Company | $0.00 (S)<br>$11,175.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,175.00 (T) | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date:    2/14/2011

Postmark Date:    N/A

Official Claim Date:    2/28/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 247th Omnibus Objection | **Exhibit A** | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LAWRENCE LANDRY<br>3214 WEST 18TH ST<br>LOS ANGELES, CA 90019 | 70969 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |
| **Additional Claim Information** | | | | | |
| Applicable Bar Date: 2/14/2011 | | | | | |
| Postmark Date: N/A | | | | | |
| Official Claim Date: 2/17/2011 | | | | | |
| RONDA K BROCK<br>117 WESTOVER DR<br>COLUMBIA, TN 38401-4808 | 71002 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |
| **Additional Claim Information** | | | | | |
| Applicable Bar Date: 2/14/2011 | | | | | |
| Postmark Date: N/A | | | | | |
| Official Claim Date: 2/24/2011 | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**247th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RONDA K BROCK<br>117 WESTOVER DR<br>COLUMBIA, TN 38401-4808 | 71003 | Motors Liquidation Company | Unliquidated | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date: 2/14/2011

Postmark Date: N/A

Official Claim Date: 2/24/2011

| | | | | | |
|---|---|---|---|---|---|
| SYLVIA KOSTEK<br>C/O EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SAN FRANCISCO DISTRICT OFFICE<br>350 THE EMBARCADERO SUITE 500<br>SAN FRANCISCO, CA 94105-1260 | 71048 | Motors Liquidation Company | $0.00 (S)<br>$11,175.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$11,175.00 (T) | Late Filed | Pgs. 4-5 |

**Additional Claim Information**

Applicable Bar Date: 2/14/2011

Postmark Date: N/A

Official Claim Date: 3/4/2011

---

**CLAIMS TO BE DISALLOWED AND EXPUNGED**       13

$0.00 (S)

$332,510.00 (A)

$0.00 (P)

$0.00 (U)

$332,510.00 (T)

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.