**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ACORD, ORA L<br>3461 SAINT MARYS RD APT 202<br><br>W TERRE HAUTE, IN 47885-9685 | 16306 | Motors Liquidation Company | <br><br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| ALICE J OSBORNE<br>909 ST MATTHEW DR<br><br>CAHOKA, IL 62206<br>UNITED STATES OF AMERICA | 7225 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,000.00   (U)<br>$3,000.00   (T) | Insufficient Documentation | Pgs. 4 |
| AUSTIN W & DOROTHY GREGORY<br>1653 JULIE LN<br><br>ALMA, AR 72921 | 22195 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,000.00   (U)<br>$2,000.00   (T) | Insufficient Documentation | Pgs. 4 |
| AWERBUCH MD PLLC<br>5889 BAY RD STE 104<br><br>SAGINAW, MI 48604-2539 | 7566 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$98,000.00   (U)<br>$98,000.00   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| B L DOWNEY COMPANY INC<br>2125 GARDNER RD<br><br>BROADVIEW, IL 60155-2826 | 62361 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$1,200.00   (U)<br>$1,200.00   (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BARTKOSKI, ROSE<br>6426 TROUP AVE<br><br>KANSAS CITY, KS 66102-1058 | 12535 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$2,759.53   (U)<br>$2,759.53   (T) | Insufficient Documentation | Pgs. 4 |
| BARTLETT PROPERTY MANAGEMENT<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2017 30TH ST<br>BEDFORD, IN 47421-5409 | 23666 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$15,954.45   (U)<br>$15,954.45   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| BILLIE L HORINE AND<br>DEBORAH M MAGEE JTWROS<br>514 E CEDAR ST<br>OLATHE, KS 66061-4767 | 4381 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$20,465.00   (U)<br>$20,465.00   (T) | Insufficient Documentation | Pgs. 4 |
| BOOKER, PAUL W<br>7307 GRAYDON DR<br><br>NORTH TONAWANDA, NY 14120-1494 | 5978 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| BOOSE, EARL L<br>2466 TATUM RD<br><br>HICKORY, MS 39332-3203 | 19112 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| CLARK, JERRY L<br>PO BOX 32<br><br>UNION CHURCH, MS 39668-0032 | 23561 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,000.00<br>$9,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| CONSTANCE STIDHAM<br>888 TOWNSHIP ROAD 53<br><br>WEST SALEM, OH 44287 | 70951 | Motors Liquidation Company | $0.00<br>$5,000.00<br>$0.00<br>$0.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| COVELL, MARY J<br>19613 E 9TH ST S<br><br>INDEPENDENCE, MO 64056-3088 | 4494 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$500.00<br>$500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| CROSS, ROBERT W<br>310 75TH AVE N APT 8<br><br>MYRTLE BEACH, SC 29572-4205 | 14124 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,167.36<br>$3,167.36 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| CURT JACOBUS AS PR OF THE ESTATE OF CATHERINE ANN GAILEY<br>ATTN: RONNIE L CROSBY ESQUIRE<br>PETERS MURDAUGH PARKER ELTZROTH & DETRICK PA<br>PO BOX 457<br>HAMPTON, SC 29924 | 60034 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,000,000.00<br>$5,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID A FRANKEL<br>529 OLD GREEN BAY RD<br><br>GLENCOE, IL 60022 | 10772 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$65,000.00  (U)<br>$65,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| DAVID SCHEIBE<br>634 HURON<br><br>ROMEOVILLE, IL 60446-1284 | 69975 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$6,000.00  (U)<br>$6,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| DAVID WIRTH<br>11012 W MOUNTAIN VIEW RD<br><br>SUN CITY, AZ 85351-4660 | 6159 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$2,028.00  (P)<br>$0.00  (U)<br>$2,028.00  (T) | Insufficient Documentation | Pgs. 4 |
| DCG & T<br>FBO SALVATORE SCARANTINO/IRA<br>SALVATORE SCARANTINO<br>37 CONCERTO DR<br>LAKE GROVE, NY 11755-1312 | 2761 | Motors Liquidation Company | $10,000.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| DENNIS M O'DELL<br>49 WOODSON BEND RESORT<br><br>BRONSTON, KY 42518 | 45561 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$199,210.00  (U)<br>$199,210.00  (T) | Insufficient Documentation | Pgs. 4 |
| DENOON, JUDITH J<br>1112 S VALLEY RD<br><br>OLATHE, KS 66061-3966 | 15602 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$39,000.00  (U)<br>$39,000.00  (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DOROTHY KING<br>5705 SKYLINE DR<br><br>SEVEN HILLS, OH 44131-1952 | 4186 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| ELAINE K STREDNEY<br>3154 DEER TRL UNIT D<br><br>CORTLAND, OH 44410-9273 | 5422 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| FLORENCE SMOTHERMAN<br>108 JUDD CT<br><br>NASHVILLE, TN 37218 | 69674 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$25,818.18   (U)<br>$25,818.18   (T) | Insufficient Documentation | Pgs. 4 |
| FLORIAN BARTOSCHIK<br>URNENRING 5<br>93309 KELHEIM GERMANY | 33278 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,000.00   (U)<br>$4,000.00   (T) | Insufficient Documentation | Pgs. 4 |
| FOSTER, SYLVIA<br>PO BOX 633<br><br>GRAYSON, KY 41143-0633 | 49657 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,000.00   (U)<br>$10,000.00   (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FUNAN HSU<br>10262 JACARANDA CT<br><br>RANCHO CUCAMONGA, CA 91737 | 7568 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$137,637.50 (U)<br>$137,637.50 (T) | Insufficient Documentation | Pgs. 4 |
| GARY DIXON<br>14263 ZORZAL<br><br>FORT PIERCE, FL 34951-4257 | 19484 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| GLENDA REMEDIES<br>PO BOX 65<br><br>ZWOLLE, LA 71486 | 70889 | Motors Liquidation Company | $0.00 (S)<br>$1,500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,500.00 (T) | Insufficient Documentation | Pgs. 4 |
| GWENDOLYN MILLER<br>5713 HILLARY ST.<br><br>TROTWOOD, OH 45426<br>UNITED STATES OF AMERICA | 21643 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$146,900.00 (U)<br>$146,900.00 (T) | Insufficient Documentation | Pgs. 4 |
| HARR, CAROL D<br>3666 WAGONWHEEL RD<br><br>EDMOND, OK 73034-5814 | 6837 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HATCH, ZITA M<br>1825 WILLOW CREEK DRIVE<br><br>LANSING, MI 48917-7810 | 4372 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| HORNE, QUANDIA<br>16 KINGSWAY RD APT D<br><br>ASHEBORO, NC 27203 | 69682 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$10,702.00   (U)<br>$10,702.00   (T) | Insufficient Documentation | Pgs. 4 |
| HYTLA, EDWARD J<br>11 E 32ND ST<br>C/O EDWARD F DANIELS<br>ATLANTIC, IA 50022-2573 | 4968 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| JAMES & EVELYN BAILY REV TRUST<br>EVELYN BAILY TTEE<br>U/A DTD 8/31/94<br>622 CLOVERVIEW CIR<br>PITTSBURGH, PA 15239-2370 | 6842 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,300.00   (U)<br>$3,300.00   (T) | Insufficient Documentation | Pgs. 4 |
| JAMES E NEFF<br>538 JODEE DR.<br><br>XENIA, OH 45385-5912 | 14306 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

249th Omnibus Objection

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JAMES KENNEDY<br>7971 N NC HIGHWAY 150<br><br>LEXINGTON, NC 27295-9388 | 23369 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,957.94 (U)<br>$1,957.94 (T) | | Insufficient Documentation | Pgs. 4 |
| JAMES N MIZE<br>3505 SHADY OAKS<br><br>OLIVE BRANCH, MS 38654-7893 | 4175 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | | Insufficient Documentation | Pgs. 4 |
| JAMES STIDHAM<br>888 TOWNSHIP ROAD 53<br><br>WEST SALEM, OH 44287 | 70950 | Motors Liquidation Company | $0.00 (S)<br>$10,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$10,000.00 (T) | | Insufficient Documentation | Pgs. 4 |
| JANET C DICKHERBER<br>1950 WOODLAND CT<br><br>WENTZVILLE, MO 63385-2651 | 38955 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,182.65 (U)<br>$1,182.65 (T) | | Insufficient Documentation | Pgs. 4 |
| JEROME FARBER<br>7802 LAKESIDE BLVD APT 734<br><br>BOCA ROTON, FL 33434 | 12173 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,000.00 (U)<br>$26,000.00 (T) | | Insufficient Documentation | Pgs. 4 |
| JOHN AND FRANCES FRANCATI<br>205 SANDRA DR<br><br>SYRACUSE, NY 13212 | 8415 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| JOHN BUTE<br>2328 E FINLEY ST<br><br>GILBERT, AZ 85296-1535<br>UNITED STATES OF AMERICA | 9420 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | | Insufficient Documentation | Pgs. 4 |
| JOHN J NAPPI<br>58 CHANCELLOR PARK DR<br><br>MAYS LANDING, NJ 08330-2049 | 26611 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | | Insufficient Documentation | Pgs. 4 |
| JOHN K. SWART<br>199 WESTWOOD RD #1<br><br>SHARON, CT 06069 | 28044 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,028.26 (U)<br>$15,028.26 (T) | | Insufficient Documentation | Pgs. 4 |
| JOHN TARANTINO JR<br>6860 CURTIS DR<br><br>COLOMA, MI 49038-8809 | 4252 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,250.00 (U)<br>$9,250.00 (T) | | Insufficient Documentation | Pgs. 4 |
| JOYCE CHANADET TTEE<br>977 WIND FLOWER RD<br><br>BEAUMONT, CA 92223 | 45072 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500.00 (U)<br>$1,500.00 (T) | | Insufficient Documentation | Pgs. 4 |
| KAY A HINES<br>929 CUSTER PL<br><br>DAYTON, OH 45417-3728 | 61765 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

249th Omnibus Objection

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KING, DOROTHY E<br>5705 SKYLINE DR<br><br>SEVEN HILLS, OH 44131-1952 | 4185 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| KNISLEY DEBRAH<br>KNISLEY DEBRAH<br>3347 HERBERT ST<br>MOGADORE, OH 44260-1017 | 26620 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$4,000.00   (U)<br>$4,000.00   (T) | Insufficient Documentation | Pgs. 4 |
| LAPORTE JR ALPHONSE J<br>5858 NAPLES DR<br><br>ZEPHYRHILLS, FL 33540-8553 | 29541 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$37,000.00   (U)<br>$37,000.00   (T) | Insufficient Documentation | Pgs. 4 |
| LEIGH, GLORIA L<br>284 WAKEFIELD RD<br><br>DAYTON, OH 45440-4435 | 4593 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| LISA KOZUCH CZYZYK | 19482 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$32,000.00   (U)<br>$32,000.00   (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG),  Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LOPEZ, MINERVA E<br>1826 BOTTLE BRUSH WAY<br><br>NORTH PORT, FL 34289 | 19032 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| LOTHAR JESIEN<br>FRANKFURTER STRAßE 19<br>74072 HEILBRONN GERMANY | 20876 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$5,000.00  (U)<br>$5,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| LYNNE O. ELKIN<br>2690 MOUNTAINGATE WAY<br><br>OAKLAND, CA 94611 | 20830 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$242.33  (U)<br>$242.33  (T) | Insufficient Documentation | Pgs. 4 |
| MARGARET A YARNELL<br>221 COUNTY ROAD 513<br><br>GLEN GARDNER, NJ 08826-3214 | 22011 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$7,620.80  (U)<br>$7,620.80  (T) | Insufficient Documentation | Pgs. 4 |
| MC DANIEL JR., PRENTISS A<br>7407 S VERNON AVE<br><br>CHICAGO, IL 60619-1813 | 4343 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

<u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG),  Jointly Administered**

### *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL BARTON<br>C/O KATHERINE M LOOS, LLC<br>ATTN KATHERINE M LOOS, ATTORNEY AT LAW<br>PO BOX 51345<br>LAFAYETTE, GA 70505-1345 | 70932 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| MICHAEL LONG<br>9550 WASHINGTON CHURCH RD<br>MIAMISBURG, OH 45342-4549 | 18055 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| MIGUEL ALTUNA<br>P DUQUE DE BAENA 40-201ZQ<br>20009 SAN SEBASTIAN SPAIN | 61847 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$124,555.20   (U)<br>$124,555.20   (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| MINTO, JOHN W<br>10 5TH ST<br>ELIZABETH, NJ 07206-1102 | 18768 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| NOLIE V BURTON<br>1002 N WARD RD<br>RAYMORE, MO 64083-9601 | 17969 | MLCS, LLC | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$3,000.00   (U)<br>$3,000.00   (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PADGETTE, GERI<br>110 GREEN ACRES LN<br><br>SPRINGHILL, LA 71075-5030 | 28498 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| PATRICIA RACHECK<br>3324 COUNTY LINE RD<br><br>W FARMINGTON, OH 44491-9772 | 7827 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| PAUL FLEMING<br>3338 TAYLOR ST<br><br>DETROIT, MI 48206-1989 | 19147 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$55,251.00  (U)<br>$55,251.00  (T) | Insufficient Documentation | Pgs. 4 |
| PAUL G KANE<br>1604 ASHLAND<br><br>HASTINGS, MN 55033 | 71037 | Motors Liquidation Company | $0.00   (S)<br>$4,740.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$4,740.00   (T) | Insufficient Documentation | Pgs. 4 |
| PI-JUI YU<br>10262 JACARANDA CT<br><br>RANCH CUCAMONGA, CA 91737 | 4840 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$105,422.50  (U)<br>$105,422.50  (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| POWELL, LUCY O/B/O CASSIE DIMAURO AND INDIVIDUALLY 6282 COUNTRY RD 690 QUITMAN, MS 39355-8992 | 7442 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $1,000,000.00 | (U) | | |
| | | | $1,000,000.00 | (T) | | |
| RILEY DARRYLL 8677 SHERATON DR FAIR OAKS, CA 95628-2918 | 5349 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $8,947.87 | (U) | | |
| | | | $8,947.87 | (T) | | |
| ROGER AND NANCY SMITH 823 COLCHESTER DR OSWEGO, IL 60543 | 14821 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $50,000.00 | (U) | | |
| | | | $50,000.00 | (T) | | |
| SABATKA, SHARON M 1033 S MERIDIAN RD YOUNGSTOWN, OH 44511-1131 | 16577 | Motors Liquidation Company | Unliquidated | | Insufficient Documentation | Pgs. 4 |
| SALLY M MARTINEZ 59 CR 545 ESPANOLA, NM 87532 UNITED STATES OF AMERICA | 44251 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $12,000.00 | (U) | | |
| | | | $12,000.00 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SANDRA REYNOLDS<br>21 PINEHURST CIR<br><br>ANNANDALE, NJ 08801-1655 | 22120 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$24,000.00  (U)<br><br>$24,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| SAUERS, RONALD E<br>3667 BORDEAU RD<br><br>STANDISH, MI 48658-9494 | 2822 | Motors Liquidation Company | <br><br><br><br>Unliquidated | Insufficient Documentation | Pgs. 4 |
| SKIDMORE, TAMMY<br>2434 18TH AVE N<br><br>ST PETERSBURG, FL 33713-3505 | 3895 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$48,904.24  (U)<br><br>$48,904.24  (T) | Insufficient Documentation | Pgs. 4 |
| STEVEN ANDERSON<br>9533 CASS AVE<br><br>TAYLOR, MI 48180-3508 | 65417 | Motors Liquidation Company | $230,000.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$0.00  (U)<br><br>$230,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| TAYLOR, LYNETTE<br>WINBURN LEWIS BARROW STOLZ PC<br>279 MEIGS ST<br>ATHENS, GA 30601-2427 | 3632 | Motors Liquidation Company | $0.00  (S)<br><br>$0.00  (A)<br><br>$0.00  (P)<br><br>$6,416.58  (U)<br><br>$6,416.58  (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| THOMAS E KINDRED & JUDITH KINDRED JT TEN ENT 10291 W HWY 40 OCALA, FL 34482-2567 | 5511 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $250,000.00  (U) $250,000.00  (T) | | Insufficient Documentation | Pgs. 4 |
| THOMAS, DEMORRIS C/O DEMORRIS WILEY 2531 MORNING GLORY LN LAWRENCEVILLE, GA 30044-7308 | 5579 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $140,056.12  (U) $140,056.12  (T) | | Insufficient Documentation | Pgs. 4 |
| WELLS FARGO BANK ROLLOVER C/F TERRLL L BROBST 211 W PLAINS DR OREANA, IL 62554-9757 | 65277 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $250.00  (U) $250.00  (T) | | Insufficient Documentation | Pgs. 4 |
| WILLIAMS, DONALD 3606 XERXES AVE N MINNEAPOLIS, MN 55412-1850 | 65904 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $10,000.00  (U) $10,000.00  (T) | | Insufficient Documentation | Pgs. 4 |
| WILSON, TONY C/O HARVEY HARRIS, ATTORNEY 1920 NORTH MAIN SUITE 214 NORTH LITTLE ROCK, AR 72114 | 28994 | Motors Liquidation Company | $0.00  (S) $0.00  (A) $0.00  (P) $8,093.36  (U) $8,093.36  (T) | | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 83 | | $240,000.00 | (S) | | |
| | | | $21,240.00 | (A) | | |
| | | | $2,028.00 | (P) | | |
| | | | $7,926,292.87 | (U) | | |
| | | | $8,189,560.87 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

249th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG),  Jointly Administered

### OBJECTION ADJOURNED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| ALICE ZIITTEL<br>426 MINNESOTA AVE<br><br>SAINT PAUL, MN 55113 | 8712 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,160.00<br>$10,160.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| ANTHONY F BURTON<br>170 HEMPSTEAD DR<br><br>SOMERSET, NJ 08873-3952 | 33043 | Motors Liquidation Company | $14,220.00<br>$0.00<br>$5,000.00<br>$0.00<br>$19,220.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| BRUMLEY, SHARON EXECUTOR OF THE ESTATE OF FONEE BRUMLEY DECEASED<br>ATTN JAMES H FURMAN ESQ<br>BYRD DAVIS FURMAN LLP<br>707 WEST 34TH STREET<br>AUSTIN, TX 78705-1294 | 7458 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$1,000,000.00<br>$1,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| BRYANT JR, JAMES O<br>6 LAWRENCE DR APT B<br><br>BROWNS MILLS, NJ 08015-1754 | 4171 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00<br>Unliquidated | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| CHARLES AND JOAN HASSINK<br>10256 SPINNAKER RUN<br><br>REMINDERVILLE, OH 44202-8109<br>UNITED STATES OF AMERICA | 4642 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,500.00<br>$3,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

*OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ESTATE OF KENNETH REYNOLDS<br>SANDRA REYNOLDS EXECUTRIX<br>21 - PINEHURST CIRCLE<br>ANNANDALE, NJ 08801-1655 | 22233 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$24,000.00  (U)<br>$24,000.00  (T) | Insufficient Documentation | Pgs. 4 |
| JERRY C DAVIDSON TTEE MANESS FAMILY TRUST<br>C/O JERRY C DAVIDSON TTEE<br>2866 FOXFIRE DR<br>ST LOUIS, MO 63129-3511 | 11002 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,928.66  (U)<br>$1,928.66  (T) | Insufficient Documentation | Pgs. 4 |
| MARCIA TAUBER<br>460 KILMER WAY<br>THE VILLAGES, FL 32162 | 70802 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| MYERS, JIMMIE<br>2727 E WYNNTON LN<br>COLUMBUS, GA 31906-2166 | 19483 | Motors Liquidation Company | Unliquidated | Insufficient Documentation | Pgs. 4 |
| STRUL FLANDEL<br>SQ ED MACHTENS 18/3<br>1080  BRUXELLES  BELGIUM | 63034 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$51,525.45  (U)<br>$51,525.45  (T) | Insufficient Documentation | Pgs. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

Motors Liquidation Company, et al.

Case No. 09-50026 (REG),  Jointly Administered

### *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| *OBJECTION ADJOURNED* | 10 | | $14,220.00 | (S) | | |
| | | | $0.00 | (A) | | |
| | | | $5,000.00 | (P) | | |
| | | | $1,116,114.11 | (U) | | |
| | | | $1,135,334.11 | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 20

**Exhibit A**

<u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG),  Jointly Administered**

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| DONALD SHERMAN<br>PO BOX 491<br><br>ORTONVILLE, MI 48462-0491<br>UNITED STATES OF AMERICA | 32853 | Motors Liquidation Company | $0.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $78,338.87 | (U) | | |
| | | | $78,338.87 | (T) | | |
| REYNOLDS CODY<br>C/O DAVID SLAUGHTER<br>17225 EL CAMINO REAL STE 315<br>HOUSTON, TX 77058-2739 | 38304 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $15,317.86 | (U) | | |
| | | | $15,317.86 | (T) | | |
| SNIDER CHRISTOPHER<br>SNIDER, CHRISTOPER<br>1920 NORTH MAIN SUITE 214<br>NORTH LITTLE ROCK, AR 72114-2875 | 28995 | Motors Liquidation Company | $0.00 | (S) | Insufficient Documentation | Pgs. 4 |
| | | | $0.00 | (A) | | |
| | | | $0.00 | (P) | | |
| | | | $8,474.75 | (U) | | |
| | | | $8,474.75 | (T) | | |
| *OBJECTION WITHDRAWN* | **3** | | **$0.00** | (S) | | |
| | | | **$0.00** | (A) | | |
| | | | **$0.00** | (P) | | |
| | | | **$102,131.48** | (U) | | |
| | | | **$102,131.48** | (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.