| | | | | | |
|---|---|---|---|---|---|
| 251st Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. | |
| | | | | Case No. 09-50026 (REG), Jointly Administered | |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DR JOHN APISSON R/O IRA<br>FCC AS CUSTODIAN<br>6 TINKER BLUFF CT<br>POUQUOTT, NY 11733-4051 | 18631 | Motors Liquidation Company | $971.41 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$971.41 (T) | No Liability: Non-Debtor Claims | Pgs. 4-6 |
| GLENN HELMS &<br>ELOISE HELMS JT WROS<br>813 N. SPENCE AVENUE<br>GOLDSBORO, NC 27534-4267 | 2390 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,888.95 (U)<br>$21,888.95 (T) | No Liability: Non-Debtor Claims | Pgs. 4-6 |
| KOENIG, RICHARD<br>12530 WARNER HILL ROAD<br>SOUTH WALES, NY 14139-9742 | 60789 | Motors Liquidation Company | Unliquidated | No Liability: Non-Debtor Claims | Pgs. 4-6 |
| MINDI STARK STEINBERG<br>MINDI STARK<br>20 PHEASANT RUN<br>SCARSDALE, NY 10583 | 27083 | Motors Liquidation Company | $100,143.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$100,143.00 (T) | No Liability: Non-Debtor Claims | Pgs. 4-6 |
| SLUSHER, SUN I<br>1051 HIDDEN CREEK DR<br>KOKOMO, IN 46902-5165 | 67992 | Motors Liquidation Company | Unliquidated | No Liability: Non-Debtor Claims | Pgs. 4-6 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| **251st Omnibus Objection** | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| | 5 | | $101,114.41 (S) | | |
| | | | $0.00 (A) | | |
| | | | $0.00 (P) | | |
| | | | $21,888.95 (U) | | |
| | | | $123,003.36 (T) | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.