| | | | | | |
|---|---|---|---|---|---|
| 251st Omnibus Objection | | **Exhibit B** | | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES STORY<br>PO BOX 216<br>EDDYVILLE, KY 42038-0216 | 29522 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | No Liability: Securities Claims | Pgs. 4-6 |
| LANCTOT FRANK E<br>4852 CLIFFSIDE DR<br>WEST BLOOMFIELD, MI 48323-2471 | 29261 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,066.82 (U)<br>$8,066.82 (T) | No Liability: Securities Claims | Pgs. 4-6 |
| NICOLE PEREZ DE HAMMERLE<br>PO BOX 2461<br>WILSONVILLE, OR 97070-2461 | 64371 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$12,500.00 (P)<br>$0.00 (U)<br>$12,500.00 (T) | No Liability: Securities Claims | Pgs. 4-6 |
| | **3** | | **$0.00** (S)<br>**$0.00** (A)<br>**$12,500.00** (P)<br>**$33,066.82** (U)<br>**$45,566.82** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.