# SHAMBERG, JOHNSON & BERGMAN

CHARTERED

LYNN R. JOHNSON
VICTOR A. BERGMAN
JOHN M. PARISI
SCOTT E. NUTTER
MATTHEW E. BIRCH
DAVID R. MORANTZ
DOUGLAS R. BRADLEY
DAVID C. DEGREEFF
DANIEL A. SINGER

JOHN E. SHAMBERG
(1913-2009)

2600 Grand Boulevard
Suite 550
Kansas City, Missouri 64108-4627

Tel: (816) 474-0004
Fax: (816) 474-0003
www.sjblaw.com

Kansas Office:
Commerce Plaza I
7300 West 110th Street
Suite 700
Overland Park, KS 66210

NOTICE OF CHANGE OF ADDRESS

July 25, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Donald Wren and/or Shamberg, Johnson & Bergman, Proof of Claim number 64

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Donald Wren and/or Shamberg, Johnson & Bergman
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-1419
Attn: Susan Selser
(651) 495-3731
(651) 495-8087 (fax)

With Fax Copy to:
Debby R. Wight
(206) 344-4679  fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Doug Bradley
Title: Attorney for Donald Wren

Cc:  The Garden City Group, Inc.
     Motors Liquidation Company Claims Agent
     PO Box 9386
     Dublin, OH 43017-4286