Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*, : **09-50026 (REG)**
   **f/k/a General Motors Corp.,** *et al.* :
:
Debtors. : **(Jointly Administered)**
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF 161ST OMNIBUS OBJECTION TO CLAIMS
AS TO CLAIM NO. 43891 FILED BY CROWN EQUIPMENT CORPORATION**
**(Claims Assumed by General Motors LLC)**

**PLEASE TAKE NOTICE THAT** the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), hereby withdraws the 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (ECF No. 8843) solely as to Claim No. 43891, filed by Crown Equipment Corporation.

Dated: New York, New York
October 31, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
   Company GUC Trust