| 250th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ACCIDENT FUND INSURANCE COMPANY C/O GIBSON & SHARPS<br>CHRIS BARNES (640437)<br>GIBSON & SHARPS<br>9390 BUNSEN PKWY<br>LOUISEVILLE, KY 40220 | 22550 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$136,502.97 (U)<br>$136,502.97 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| ACCIDENT FUND INSURANCE COMPANY C/O GIBSON & SHARPS<br>CHRIS BARNES (767689)<br>GIBSON & SHARPS<br>9390 BUNSEN PKWY<br>LOUISVILLE, KY 40220 | 22551 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$65,269.45 (U)<br>$65,269.45 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| ALMETRA BEASLEY<br>C/O BARRY G JOHNSON<br>TED MACHI & ASSOCIATES PC<br>1521 N COOPER ST STE 550<br>ARLINGTON, TX 76016 | 65697 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BEARL RILEY WHEELER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36843 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY L SAWYER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36852 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**250th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BETTY RUSH<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36853 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY RUTH FIELDS<br>BARON & BUDD P C<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36817 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY SUE HILL<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36810 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BETTY SUE WEEMS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36845 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection                                    **Exhibit A**                                    <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BILLIE J CLACK<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36831 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| BROMAGEN, JOHN<br>C/O LARRY J WAGNER, ATTORNEY AT LAW<br>416 SOUTH SIXTH STREET<br>TERRE HAUTE, IN 47807 | 59015 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,500,000.00 (U)<br>$1,500,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CALVIN J SPEARS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36850 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CHARLES MITCHELL PHILLIPS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36801 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CLEOLA F WARE<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36846 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**250th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLIFORD FERMAN LEWIS<br>BARON & BUDD PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36807 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| CLIFTON JAMES CAUSEY SR<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36832 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| DOROTHY JEAN ATKINS<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36838 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| DRAYS, DENISE<br>MILLER & OGORCHOCK SC<br>1110 N OLD WORLD 3RD ST STE 505<br>MILWAUKEE, WI 53203-1118 | 23545 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,296.50 (U)<br>$24,296.50 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| DWIGHT DAVID ROGERS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36854 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**250th Omnibus Objection**

**Exhibit A**

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDDIE LEE GORUM JR<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36815 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| EDNA L HESTER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36811 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| ERNEST GOLEMAN<br>BARON & BUDD P C<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36816 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| FLORDEN S ROBERSON<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36800 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| FORD ROSIE<br>FORD, ROSIE<br>24750 LAHSER RD<br>SOUTHFIELD, MI 48033-6044 | 62044 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANKIE JEAN DANIELS<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36830 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| GARY DODD VANDERBERG<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36847 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| GEORGIA KINCH<br>C/O LAW OFFICES OF MICHAEL W SICKLES PLLC<br>37611 RADDE ST<br>CLINTON TOWNSHIP, MI 48036 | 1159 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T)<br>Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| GERALD M BLOXHAM<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36836 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 250th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HERBERT EUGENE ALEXANDER<br>BARON & BUDD PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36829 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| HOBSON, HERBERT<br>C/O THE THURSWELL LAW FIRM<br>1000 TOWN CTR STE 500<br>SOUTHFIELD, MI 48075-1221 | 23448 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| IRENE GREER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36813 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JAMES CLAYTON SUTTERFIELD<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36849 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70241 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$350,000.00 (U)<br>$350,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 250th Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JAMES E HOERIG<br>C/O JUDITH R HERMAN (P40477)<br>THE SAM BERNSTEIN LAW FIRM PLLC<br>31731 NORTHWESTERN HWY SUITE 333<br>FARMINGTON HILLS, MI 48334 | 70273 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$350,000.00  (U)<br>$350,000.00  (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JAMES E WILLIAMSON<br>BARON & BUDD OC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36840 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JOHN WALTER PARROTT<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36802 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JOHNSON ROGER<br>22 SOUTH JACKSON STREET<br>JANESVILLE, WI 53548-3838 | 27530 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$354,479.00  (U)<br>$354,479.00  (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JOSEPH WILLIAMS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36841 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**250th Omnibus Objection**

## Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOYCE P JONES<br>BARON & BUDDS PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36808 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| JUNE LENORE WELLS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36844 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| KATHLEEN HOLLER<br>ATTN RICHARD P WEISBECK JR ESQ<br>LIPSITZ GREEN SCIME CAMBRIA LLP<br>42 DELAWARE AVE STE 120<br>BUFFALO, NY 14202 | 10901 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| LARRY WAYNE GREENE<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36814 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| LC SHAW<br>C/O ALEX S LYONS<br>400 TRAVIS ST STE 1309<br>SHREVEPORT, LA 71101 | 63671 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$125,000.00 (U)<br>$125,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 250th Omnibus Objection | | | **Exhibit A** | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
|---|---|---|---|---|---|
| LILLIAN M DOUGLAS<br>BARON & BUDD P C<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36819 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| LOARREN T GILLUM<br>C/O ROCHELLE MCCULLOUGH LLP<br>ATTN GREG BEVEL ESQ<br>325 N ST PAUL STREET SUITE 4500<br>DALLAS, TX 75201 | 1550 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$250,000.00  (U)<br>$250,000.00  (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| MICHAEL RAY BROWER<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36834 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| PATRICIA KATHLEEN ALLAN<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 QAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36839 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PATSY S MOORE<br>BARON & BUDDS PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36806 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| R MANSON BLACKWELL<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36837 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| RALPH T WHITAKER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36842 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| RICKY W HART<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36812 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>

Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROGER ANDREW BLOXHAM<br>C/O BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36835 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| ROSE I MYERS<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36804 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| RUSSELL L CABINESS<br>BARON & BUDD, PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281<br>UNITED STATES OF AMERICA | 36833 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| SCHARBA MICHAEL<br>SCHARBA, NANCY<br>PO BOX 129<br>CANFIELD, OH 44406-0129 | 64800 | Motors Liquidation Company | $0.00   (S)<br>$0.00   (A)<br>$0.00   (P)<br>$50,000.00   (U)<br>$50,000.00   (T)<br>Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**250th Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SCHARBA, NANCY<br>BETRAS, DAVID<br>PO BOX 129<br>CANFIELD, OH 44406-0129 | 64799 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T)<br>Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| SHIRLEY JEAN EPPINETTE<br>BARON & BUDD P C<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36818 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| SKINNER MARK A<br>900 HILLSBORO SUITE 10<br>EDWARDSVILLE, IL 62025-1202<br>UNITED STATES OF AMERICA | 64678 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| TERESA N MURPHY<br>BARON & BUDD PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36805 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| TERRY R SAWYER<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36851 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

250th Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS C NELSON<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36803 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| TOWN CENTER AT COBB, LLC<br>C/O GEORGE DUNCAN<br>DUNCAN & ADAIR, P.C.<br>7000 CENTRAL PARKWAY<br>SUITE 220<br>ATLANTA, GA 30328-4553 | 17567 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T)<br>Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| WILLIAM H VALENTINE<br>BARON & BUDD PC<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36848 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| WILLIE JAMES JENKINS SR<br>BARON & BUDD PC<br>THE CENTRUM STE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219-4281 | 36809 | Motors Liquidation Company | Unliquidated | No Liability: Assumed by General Motors, LLC | Pgs. 4-5 |
| | **64** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$8,030,547.92** (U)<br>**$8,030,547.92** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.