# THE
# SAM BERNSTEIN
## LAW FIRM

SAMUEL I BERNSTEIN *†‡◊
MARK J BERNSTEIN †
RICHARD H BERNSTEIN ◊
BETH BERNSTEIN MILLER
BERNARD H ZAFFERN (DECEASED)
MICHAEL L BATTERSBY *†
EDMUND O BATTERSBY
MICHAEL A WEISSERMAN
MARK PICKLO *†
RONALD S MARVIN †
KIMBERLY A SUZOR †
ELIZABETH D KLEIN †
SHELDON M ADELSON ††
MARYA V SIEMINSKI
BRIAN H LONNERSTATER †
MICHAEL J BLAU
BRIAN R ZAID
JUDITH R HERMAN
STANLEY J FELDMAN □
HOWARD M COHEN
REBECCA SPOSITA



A PROFESSIONAL LIMITED LIABILITY COMPANY

31731 NORTHWESTERN HIGHWAY, SUITE 333
FARMINGTON HILLS, MICHIGAN 48334-1669

(800) 225-5726    FAX (248) 737-4392

\* ALSO ADMITTED IN ILLINOIS
† ALSO ADMITTED IN OHIO
‡ ALSO ADMITTED IN FLORIDA
◊ ALSO ADMITTED IN NEW YORK
□ ALSO ADMITTED IN GEORGIA

October 24, 2011

Garden City Group, Inc
Motors Liquidation Company Claims Agent
P O Box 9386
Dublin, OH 43017-4286



RE   Motors Liquidation Company, et al
     Case No. 09-50026

Dear Sir/Madam

Enclosed please find the Notice of Withdrawal of Proof of Claim, together with my firm's W-9

If you have any questions regarding the above, please feel free to contact me

Very truly yours,

BRIAN R ZAID

BRZ/lmg
Enclosures
cc  Julie Verbeke-Jett (Via Email)

THREE GENERATIONS OF LAWYERS HELPING INJURED PEOPLE
MANDELL BERNSTEIN (1899-1965)   SAMUEL I BERNSTEIN   MARK J BERNSTEIN   RICHARD H BERNSTEIN   BETH BERNSTEIN MILLER
CALLSAM COM   TELEPHONE 1-800-CALL-SAM



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION CO, et al,

Debtors

_____/

Chapter 11

Case No 09-50026 (REG)

Jointly Administered

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Mary Johnston hereby withdraws with prejudice proof of claim number 31263 filed against Debtor Motors Liquidation Company

Respectfully submitted,

By _____
Brian P. Zaid  P72104
Attorneys for Mary Johnston

Dated September 30, 2011

The Sam Bernstein Law Firm
31731 Northwestern Hwy. Ste 333
Farmington Hills, MI 48334

9700094 1

THE **SAM BERNSTEIN** LAW FIRM
31731 NORTHWESTERN HIGHWAY, SUITE 333
FARMINGTON HILLS, MICHIGAN 48334-1669

RETURN SERVICE REQUESTED



02 1M
0004244452
MAILED FROM ZIPCODE 48331
$00.44⁰
OCT 24 2011
PITNEY BOWES

Garden City Group, Inc.
Motors Liquidation Company Claims Agent
P O Box 9386
Dublin, OH 43017-4286