October 27, 2011

To      : Justice Robert Gerber

From : Deanna M Lesser- Claim #70337

Subject: Late filing -Excusable Neglect - Missed Communication

Dear Sir:

Please be advised that I made my best effort to contact the proper person with regard to filing the above claim. I had extreme difficulty in finding the proper person (please see letter attached). I believe I used good faith and am now asking for justice for substantial justice. I left countless messages with:

1. GM Customer Line Service

2. Josha Holder, Executive New General Motors

3. Edward Whitacre-CEO of New GM, who instructed me to file a claim immediately.

4. Lisa- Customer, PR

5. Edward Wu-Harvey R. Weil, Gotshal & Manages LLP

6. Mr. Gruffith-Weil, Gotshal & Manages LLP

7. Ms. Whitman and Stepahanie Greer Weil, Gotshal & Manages LLP

8. Alex Partners/Candice Wagner-Dallas, Texas

Your Honor I feel I am a innocent victim. I am almost 71 years of age still working full time that sustained terrible injury to my right eye due to the fact that my air bag never expanded.

    Finally I was told I should be dealing with the Old General Motors not the New General Motors. In closing your Honor I did make a good faith effort to contact the right person and feel this explanation should be accepted for late filing. I was able to return to work after almost 3 months sustaining great trauma (right orbital blow fracture). Automobile accident was 3/09/09, my 2006 Chevrolet Cobalt Air Bag failed to open causing me to to strike my face on the steering wheel.

Lastly all the above statements can be substantiated.


Thank you for all consideration.

Very truly yours,

Deanna M. Lesser

DOB 10/26/40.    *Deanna M. Lesser* (signature)

May 28, 2010

11/30/2009 due

To: John Whitacre, Chairman GMC

From: Deanna M. Lesser
Customer Line Report 71-830693402

Dear Sir:

    Enclosed please find letter addressed GM Executive Office dated May 14, 2010. A very kind and gracious man (Josh Holder) did called me and instructed me to file a claim on 1-800-414-9603. Unfortunately this number is not correct for filing a claim. I did notify Mr. Holder's office that this number is incorrect but they were not able to assist me and give me another number. I am not certain where to turn from here, therefore I am asking for your help in this matter.

    Your cooperation would be greatly appreciated.

Very truly yours,

Deanna M. Lesser
(781) 938-4461  home
(781) 306-2756  office

*Deanna M. Lesser*