UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                  :
                                                       :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al.,                    :
f/k/a General Motors Corp., et al.                     :   09-50026 (REG)
                                                       :
                                            Debtors.   :   (Jointly Administered)
------------------------------------------------------x

*Proof of Mailing*

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $0.84 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.69 |

Postmark: OCT 21 2011, 10/21/2011

Sent To: US Trustee
Street: 33 Whitehall
City, State, ZIP+4: NY NY 10004

7011 0470 0001 4528 7045

====================================
HYANNIS MPO
HYANNIS, Massachusetts
026019998
4371430601-0098
10/27/2011 (800)275-8777 04:18:31 PM
====================================
======= Sales Receipt =======
Product        Sale Unit      Final
Description    Qty  Price     Price

NEW YORK NY 10004                $0.64
Zone-3 First-Class
Letter
2.00 oz.
                              ========
Issue PVI:                       $0.64

DETROIT MI 48265                 $0.64
Zone-5 First-Class
Letter
2.00 oz.
                              ========
Issue PVI:                       $0.64

WASHINGTON DC 20220              $0.84
Zone-4 First-Class
Letter
2.10 oz.
                              ========
Issue PVI:                       $0.84

NEW YORK NY 10019                $0.64
Zone-3 First-Class
Letter
2.00 oz.
                              ========
Issue PVI:                       $0.64

BIRMINGHAM MI 48009              $0.64
Zone-5 First-Class
Letter
2.00 oz.

====================================
HYANNIS MPO
HYANNIS, Massachusetts
026019998
4371430601-0097
10/21/2011 (800)275-8777 01:57:48 PM
====================================
======= Sales Receipt =======
Product        Sale Unit      Final
Description    Qty  Price     Price

NEW YORK NY 10036                $0.84
Zone-3 First-Class
Letter
2.40 oz.
Customer Postage                -$0.03
                              ========
Issue PVI:                       $0.81

DETROIT MI 48265                 $0.84
Zone-5 First-Class
Letter
2.30 oz.
Customer Postage                -$0.03
                              ========
Issue PVI:                       $0.81

BIRMINGHAM MI 48009              $0.84
Zone-5 First-Class
Letter
2.30 oz.
Customer Postage                -$0.03
                              ========
Issue PVI:                       $0.81

WASHINGTON DC 20220              $0.84
Zone-4 First-Class
Letter
2.30 oz.
Customer Postage                -$0.03
                              ========
Issue PVI:                       $0.81

NEW YORK NY 10004                $0.84
Zone-3 First-Class
Letter
2.40 oz.
Expected Delivery: Mon 10/24/11
Certified                        $2.85
Label #:    70110470000145287045
Customer Postage                -$0.03

*Wm Kurtz*
*PO Box 1801*
*Wm Tucker*

*248 OBJ*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re                                    :
                                         :   Chapter 11 Case No.
MOTORS LIQUIDATION COMPANY, et al.,      :
f/k/a General Motors Corp., et al.       :   09-50026 (REG)
                                         :
                        Debtors.         :   (Jointly Administered)





## Detailed Results

| Tracking no.: 875809892756 | Select time format: **12H** |

### Delivered

**Delivered**
Signed for by: D.CANTRELL

**Shipment Dates**

Ship date   Oct 19, 2011
Delivery date   Oct 21, 2011 8:58 AM

**Destination**

Signature Proof of Delivery

### Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | FedEx 2Day Pak | Delivered to | Receptionist/Front Desk |
| Weight | 1.0 lbs/.5 kg | | |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 21, 2011 8:58 AM | **Delivered** | | |
| Oct 21, 2011 8:27 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| Oct 21, 2011 7:51 AM | At local FedEx facility | NEW YORK, NY | |
| Oct 21, 2011 6:10 AM | Arrived at FedEx location | NEWARK, NJ | |
| Oct 21, 2011 3:17 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 20, 2011 10:37 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Oct 19, 2011 11:45 PM | At local FedEx facility | EAST BOSTON, MA | |
| Oct 19, 2011 7:10 PM | Left FedEx origin facility | WEST YARMOUTH, MA | |
| Oct 19, 2011 4:13 PM | Picked up | HYANNIS, MA | Tendered at FedEx Office |

*Errachers*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
MOTORS LIQUIDATION COMPANY, *et al.*,   :       09-50026 (REG)
f/k/a General Motors Corp., *et al.*    :
                                        :
            Debtors.                    :       (Jointly Administered)
                                        :
----------------------------------------x

FILED
U.S. BANKRUPTCY COURT
2011 OCT 28 A 8:48
S.D. OF N.Y.

to the Clerk

pleae ATTACH
Errata to signature
page
of my reply        DOCKETED
                   10-27-2011

Jim Kuntz

POBx
Wm Hulet, MASS

RETURN FROM THE BAHAMAS. BUT THE DEBTOR SHOULD REALLY
AS THEY SAY **PUT UP OR SHUT UP.**

PUT UP THE RECORDS OF THE SMALL DEALER EXIT PROGRAM FOR MR REYNOLDS AND FURTHER,
IF THE COURT DEEM PROPER, ALLOW A REASONABLE INQUIRY INTO WHAT IS OBVIOUS. A SCAM TO
KICK OUT SMALL LOYAL DEALERS, AKIN TO KICKING PASSENGERS OFF A SINKING SHIP.

AS CLAIMANT UNDERSTANDS IT, MR REYNOLDS WENT FROM HAVING A DEALERSHIP WORTH $1.5
MILLION DOLLARS TO BE IN DEBT TO THE COMPANY AFTER THEY GOT HIS TO SIGN UNDER
DURESS.

RESPECTFULLY,

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

Oct 26, 2011 Hyannis, Mass

508-771-5225

Errata