**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

November 2, 2011

<u>**VIA E-FILE AND HAND DELIVERY**</u>

Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: <u>Motors Liquidation Company, *et al.* - Case No. 09-50026-reg</u>

Dear Judge Gerber:

This letter is to inform you of an error in the Reply to the Response of William Kuntz filed by the GUC Trust in connection with the 248th Omnibus Objection to Claims. In the Reply, we attached what we believed were full copies of Mr. Kuntz's proofs of claim (Claim Nos. 1092, 1093 and 1398). Mr. Kuntz later advised us that the claims actually included additional pages. The full claims are attached here. Like the other information provided by Mr. Kuntz after submission of his claims, none of the foregoing attachments implicates any liability of General Motors Corporation to Mr. Kuntz on account of such claims.

The GUC Trust does not believe that this error has any impact on Your Honor's ruling or on the order the GUC Trust submitted to the Court earlier this week. However, out of an abundance of caution, we bring it to Your Honor's attention.

We apologize to Mr. Kuntz and the Court for the error.

Respectfully submitted,

Stefanie Birbrower Greer

Enclosures

DOCSNY-484096v1

*original*

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| GENERAL MOTORS | 09-J0026 (REG) |

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503*

Name of Creditor (the person or other entity to whom the debtor owes money or property)
WILLIAM KUNTZ III

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent
POB+ 1801 NANTUCKET, MA
02554 1801

**Court Claim Number** _____
*(If known)*

Telephone number
NOT PROVIDED

Filed on _____

Name and address where payment should be sent (if different from above)

**FILED - 01092
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Telephone number

☐ Check this box if you are the debtor or trustee in this case

1 Amount of Claim as of Date Case Filed          $ 300

If all or part of your claim is secured complete item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2 Basis for Claim   MALL+AND/BA1+ Switch by GM Dealer
(See instruction #2 on reverse side)

3 Last four digits of any number by which creditor identifies debtor _____

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

4 Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe

Value of Property $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any $_____ Basis for perfection _____

Amount of Secured Claim $_____ Amount Unsecured $_____

THE GARDEN CITY GROUP, INC.
AUG 18 2009

5 Amount of Claim Entitled to Priority under 11 U S C §507(a) If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U S C §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U S C §507 (a)(___)

**Amount entitled to priority**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6 Credits  The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7 Documents  Attach redacted copies of any documents that support the claim such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary  Attach redacted copies of documents providing evidence of perfection of a security interest  You may also attach a summary  *(See instruction 7 and definition of "redacted" on reverse side)*

DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

FOR COURT USE ONLY

| Date 7/9/09 | Signature  The person filing this claim must sign it  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any   WILLIAM KUNTZ III |
|---|---|

*Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 and 3571*

09-50026-mg   Doc 11106   Filed 11/02/11   Entered 11/02/11 13:29:50   Main Document
Pg 3 of 17

Yahoo! Mail - kuntzwm1@yahoo.com                                          Page 1 of 7

donotreply@gmto      S    Fri May 29, 2009   Inbox

45377 Across from the Dayton International Airport $250 OFF SPECIAL!!! Print this coupon and present it to Bobby Ambos www **smedleys** com This is an email advertisement To unsubscribe from receiving any emails from Smedley's Chevrolet, 850 W National Rd, Vandalia

william kuntz      and m    Mon    Sent

- On Fri, 11/7/08, william kuntz <kuntzwm1@yahoo com> wrote From william kuntz <kuntzwm1@yahoo com> Subject and my $50? To ncmanager@**smedleys** com Date Friday, November 7, 2008, 3 34 PM

↩ william kuntz     and m    Fri N    Sent

Bobby Ambos      Speci    Fri N    Inbox

9 00am - 8 00pm Wednesday, November 12th, 2008 9 00am - 8 00pm Sincerely, Mike Stimmel Sales Manager ncmanager@**smedleys** com This is an email advertisement To unsubscribe from receiving any emails from Smedley's Chevrolet, 850 W National Rd

MAILER-DA      failure    Fri O    Inbox

wise@lehman com, monika langner@hvb de, montreal@empire state ny us, Jay Gohman <jgohman@amfin com>, m stimmel@01829ok **smedleyschevrolet** m stimmel@0191cmr **smedleyschevrolet** m stimmel@0192e19 **smedleyschevrolet**

Postmaster      DELIV    Thu    Inbox

lehman com>, "" <monika langner@hvb de>, "" <montreal@empire state ny us>, "Jay Gohman" <jgohman@amfin com>, "" <m stimmel@01829ok **smedleyschevrole** "" <m stimmel@0191cmr **smedleyschevrol** "" <m stimmel@0192e19 **smedleyschevrol**

william kuntz      confir    Thu    Sent

william kuntz      what a    Tue    Sent

↩ Bobby Ambos      CHEV    Mon    Inbox

paid for for 2 years We look forward to seeing you soon Visit us at 850 W National Rd in Vandalia or 24 hours at www **smedleys** com Sincerely, Mike Stimmel Sales Manager Smedley's Chevrolet ncmanager@**smedleys** com

Yahoo! Mail - kuntzwm1@yahoo com



937-898-5894 800-NEW-CHEVY (toll

william kuntz    but wh    Thu    Sent

- On Thu, 9/4/08, Bobby Ambos
<B Ambos@SmedleysChevrolet onesour
wrote From Bobby Ambos <B
Smedley's Chevrolet 937-898-5894 800-
NEW-CHEVY bambos@smedleys com
CHECK OUR INVENTORY AT
www smedleys com This is

Bobby Ambos    GM E    Thu    Inbox

appointment and allow us to make you
an offer Sincerely, Bobby Ambos
Smedley's Chevrolet 937-898-5894 800-
NEW-CHEVY bambos@smedleys com
CHECK OUR INVENTORY AT
www smedleys com This is an email
advertisement To unsubscribe from
receiving any emails from

Bobby Ambos    GM E    Tue    Inbox

appointment and allow us to make you
an offer Sincerely, Bobby Ambos
Smedley's Chevrolet 937-898-5894 800-
NEW-CHEVY bambos@smedleys com
CHECK OUR INVENTORY AT
www smedleys com This is an email
advertisement To unsubscribe from
receiving any emails from

william kuntz    $50 a    Wed    Sent

- On Mon, 8/18/08, Bobby Ambos
<B Ambos@SmedleysChevrolet onesour
wrote From Bobby Ambos <B
kuntzwm1@yahoo com Sent 8/18/2008
10 26 48 AM To bambos@smedleys com
Subject it would be nice if you paid me the
$50

william kuntz    gas ca    Mon    Sent

- On Mon, 8/18/08, Bobby Ambos
<B Ambos@SmedleysChevrolet onesour
wrote From Bobby Ambos <B
kuntzwm1@yahoo com Sent 8/18/2008
10 26 48 AM To bambos@smedleys com
Subject it would be nice if you paid me the
$50

Bobby Ambos    RE it    Mon    Inbox

call me at 898-5894 Thank you Bobby
Ambos -Original Message- From
kuntzwm1@yahoo com Sent 8/18/2008
10 26 48 AM To bambos@smedleys com
Subject it would be nice if you paid me the
$50 you already owe before trying to get

Yahoo! Mail - kuntzwm1@yahoo.com                                    Page 3 of 7

me to buy a truck This is an email
advertisement

☐    •    william kuntz        It woul    Mon    Sent

☐    •  ☏ Bobby Ambos        RUM    Sat A    Inbox

schedule a test drive please give me a
call  Sincerely, Bobby Ambos Smedley's
Chevrolet 937-898-5894 800-NEW-CHEVY
bambos@**smedleys** com CHECK OUR
INVENTORY AT www **smedleys** com This
is an email advertisement  To unsubscribe
from receiving any emails from

☐    •    **william kuntz**    **$50**    **Mon**    **Sent**

TO THE OAKWOOD REGISTER TO
EXPOSE YOUR MAIL SCAMING !! william
kuntz ~kuntzwm1@yahoo com> wrote
don't hold your breath they mailed out a
promotion that if you went out they would
give you a $50 gas card and now it seems
they are not paying i bet a lot of

☐    •  ☏ Vicki @ Oak        RE if    Mon    Inbox

Auditore -Original Message- From
william kuntz
[mailto kuntzwm1@yahoo com] Sent
Friday, May 09, 2008 6 02 PM To
M Stimmel@01ppcds **SmedleysChevrole**
kuntzwm1@yahoo com, Craig R  Vaughn,
STEPHEN SEBOLDT,
mattcat007@aol com,
office@oakwoodregister com Subject

☐    •    william kuntz        if you l    Fri M    Inbox

Be a better friend, newshound, and know-it-
all with Yahoo! Mobile  Try it now

☐    •    **william kuntz**    **if you**    **Fri M**    **Sent**

Be a better friend, newshound, and know-it-
all with Yahoo! Mobile  Try it now

☐    •  ☏ william kuntz    $50    Fri M    Sent

so first you can't find the certified mail and .
then after i fax you 2 documents you find it
now you doubt that i am just asking for your
dealership to fullfill it's promise - in addition
there will be a record of a phone call from
bank 1 just down the

☐    •    **william kuntz**    **prom**    **Fri M**    **Sent**

so on or about jan 4 i came to the
dealership 2 years ago the promo was that
if you came out etc you would get the
incentive it was the day of a big ice storm i
applied for credit with GMAC so there is a
record of it being made thru your dealership

- there

william kuntz          promo      Fri M    Inbox

so on or about jan 4 i came to the
dealership 2 years ago the promo was that
if you came out etc you would get the
incentive it was the day of a big ice storm i
applied for credit with GMAC so there is a
record of it being made thru your dealership
- there

Mike Stimmel          RE  y      Fri M    Inbox

about silverado trucks  Have a great day
-Original Message- From
kuntzwm1@yahoo com Sent  5/9/2008
3 41 54 PM To
ncmanager@smedleys com Subject  you
must really be stupid or ego centric- i said
nothing about the item i mailed being the
promotional item it

**william kuntz**          **you m**    **Fri M    Sent**

Be a better friend, newshound, and know-it-
all with Yahoo! Mobile  Try it now

Mike Stimmel          RE  fax    Fri M    Inbox

has nothing to do with Smedley's
Chevrolet  -Original Message-  From
kuntzwm1@yahoo com Sent  5/9/2008
11 41 33 AM To
ncmanager@**smedleys** com Subject  fax
about a month ago after an exchange of
email about non-payment on a promotion i
found, copied and faxed 2 u the

william kuntz          fax      Fri M    Inbox

about a month ago after an exchange of
email about non-payment on a promotion i
found, copied and faxed 2 u the 2 post
office certified mail info from the us post
office - did you send a check? thanx bill
kuntz kuntzwm1@yahoo com India St PO
box 1801

**william kuntz**          **fax**      **Fri M    Sent**

about a month ago after an exchange of
email about non-payment on a promotion i
found, copied and faxed 2 u the 2 post
office certified mail info from the us post
office - did you send a check? thanx bill
kuntz kuntzwm1@yahoo com India St PO
box 1801

**william kuntz**          **?**        **Thu    Sent**

i don't think you understand i had a friend
who had a GM 'system' at his chevy
dealership and i only assume your 'server'



assigned new email address ever time an
email was sent - I have the confirmations
from the post office perhaps somebody is
signing for

☐          •    ↩ Mike Stimmel      RE y    Thu    Inbox
                would like to get it resolved  Mike
                Stimmel -Original Message- From
                kuntzwm1@yahoo com Sent  4/10/2008
                12 43 31 PM To
                ncmanager@**smedleys** com Subject  your
                email it is interesting your computer gives
                out a new email address each time I send a
                reply more GM funnybusiness

☐          •    **william kuntz      your    Thu    Sent**
                it is interesting your computer gives out a
                new email address each time I send a reply
                more GM funnybusiness? _ Do You
                Yahoo!? Tired of spam? Yahoo! Mail has
                the best spam protection around
                http //mail yahoo com

☐          •    **william kuntz      vanda    Thu    Sent**
                _ Do You Yahoo!? Tired of spam? Yahoo!
                Mail has the best spam protection around
                http //mail yahoo com

☐          •    ↩ Mike Stimmel      RE p    Thu    Inbox
                you sure you have the right dealership? -
                Original Message- From
                kuntzwm1@yahoo com Sent  4/10/2008
                12 03 38 PM To
                ncmanager@**smedleys** com Subject  post
                office according to the post office both
                certified letters were signed for almost a
                month ago so you can add

☐          •    **william kuntz      post    Thu    Sent**
                according to the post office both certified
                letters were signed for almost a month ago
                so you can add the postage to your check
                thanx bill kuntz kuntzwm1@yahoo com _
                Do You Yahoo!? Tired of spam? Yahoo!
                Mail has the best spam protection around
                http //mail

☐          •    **william kuntz      $50 g    Wed    Sent**
                the fax was long ago the certified letter was
                a couple of weeks ago and I will dig up the
                number for you to research
                http //www usps com _ Do You Yahoo!?
                Tired of spam? Yahoo! Mail has the best
                spam protection around
                http //mail yahoo com

☐          •    ↩ Mike Stimmel      RE $    Wed    Inbox



Attn Mike Stimmel Sincerely, Mike
Stimmel -Original Message- From
kuntzwm1@yahoo com Sent 4/9/2008
2 56 33 PM To
ncmanager@**smedleys** com Subject RE
$50 gas card 1> I am outside of boston now
so that won't be happening 2> I have
mailed and faxed this before with

**william kuntz    RE: $    Wed    Sent**

1> I am outside of boston now so that won't
be happening 2> I have mailed and faxed
this before with promises from **smedleys**
and nothing ever happened 3> did my
certified letter ever arrive? 4> I will take a
check instead of the card if you are out of

🐦 Mike Stimmel    RE $    Wed    Inbox

Mr Kuntz Just bring the offer in and I'll get
things taken care of for you  Mike Stimmel
This is an email advertisement  To
unsubscribe from receiving any emails from
Smedley's Chevrolet, 850 W  National Rd,
Vandalia OH 45377 please click here

**william kuntz    chevy    Wed    Sent**

I am still in the market for a pickup to be
exported to eleuthera _ Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best
spam protection around
http //mail yahoo com

**william kuntz    $50 g    Wed    Sent**

there was a mailing and it said if you come
in etc you will get this card I did all and
applied to buy a chevy silverado truck
despite having a good record with gmac
they declined the $ thanx bill kuntz
kuntzwm1@yahoo com _ Do You Yahoo!?
Tired of spam

🐦 Mike Stimmel    RE c    Wed    Inbox

get back to you  Mike Stimmel 937-898-
5894 -Original Message- From
kuntzwm1@yahoo com Sent 4/8/2008
9 43 37 AM To
ncmanager@**smedleys** com Subject
certified letter I have written and called and
come by with no results about 2 years ago
there was a promotion about

**william kuntz    certifi    Tue    Sent**

I have written and called and come by with
no results about 2 years ago there was a
promotion about selling vehicles and
promised a $50 gas card,etc I made it out

during an ice storm and went thru the
qualification and never got the card thanx
bill kuntz

Mike Stimmel        Smedl    Mon    Inbox
Mr Kuntz, I recieved your email via
www.**smedleys**.com and am not sure what
you are referring to  Please give me a call
at 937-898-5894 to discuss  Thanks, Mike
Stimmel Sales Manager

donotreply@          Smedl    Mon    Inbox
Smedley's Chevrolet Dear William Kuntz,
Thank you for submitting your request  This
automated reply is being sent to you to let
you know that we have received your
request and you can expect to receive a
prompt, personalized response from our
sales



B 10 (Official Form 10) (12/08)

*Original*

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GENERAL MOTORS | Case Number: 09-50026 REG |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

POBLE 1801 AMMEST, MA 02354-1801

Telephone number: NOT DROWEN

**Court Claim Number** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

**FILED - 01093**
**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed  $ 4500.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: *Chevy Truck See Attached*
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

   3a. Debtor may have scheduled account as _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate  ☒ Motor Vehicle  ☐ Other
   Describe:

   Value of Property $ _____  Annual Interest Rate _____%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any $ _____  Basis for perfection _____

   Amount of Secured Claim $ _____  Amount Unsecured $ _____

*THE GARDEN CITY GROUP, INC.*
*AUG 18 2009*

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 7/29/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  William Kurtz | FOR COURT USE ONLY |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

 **MAIL**

**DEMAND FOR ARBITRATION UNDER NYCPR RULES OF CIVIL PROCEDURE**

Tuesday, July 22, 2008 10 55 AM

**From**  "william kuntz" <kuntzwm1@yahoo com>
**To**  kuntzwm1@yahoo com

TO g stone motors middlebury vermont
    chevrolet division of general motors detroit michigan
    town of westport westport ny c/ town justice court traffic citation unit 12993
    reynolds chevy willsboro ny
    town of willsboro,ny

PLEASE BE ADVISED THAT THIS IS A DEMAND FOR ARBRITATION OVER THE FATE OF THE CHEVY
TRUCK FROM MONTANA <VIN ON FILE/>?

THANK YOU

WILLIAM KUNTZ,III
INDIA ST
PO BOX 1801
NANTUCKET ISLAND, MA 02554
937-434-3743

# YAHOO! MAIL
Classic

| | |
|---|---|
| **Date** | Thu, 18 May 2006 09 41 14 -0700 (PDT) |
| **From** | "william kuntz" <kuntzwm1@yahoo com> |
| **Subject** | NOTICE OF CLAIM |
| **To** | townclerk@willsborony com |
| **CC:** | supervisor@willsborony com |

received
1-11-08
11:20
AM

Print  Close Window

i am of the understanding that the Town of Willsboro required the Reynolds Chevy Company to dispose of my chev truck  No notice was ever provided to me as the owner  Accordingly, I am providing you with the Notice of Claim as requred by NY law
i thank you in advance,subject to amendment
William Kuntz

Yahoo! Mail - kuntzwm1@yahoo.com                                    Page 1 of 1

# YAHOO! MAIL
Classic

| | |
|---|---|
| **Date** | Thu, 13 Jul 2006 08 54 13 -0700 (PDT) |
| **From** | "william kuntz" <kuntzwm1@yahoo.com> |
| **Subject** | NOTICE OF CLAIM |
| **To** | townclerk@willsborony com |
| **CC.** | kuntzwm1@yahoo com |

Print  Close Window

received
1-11-08
11:20
AM

to date i have not had a confirmation of your reciept of this e mail
please advise if it was not delivered
i thank you in advance
william kuntz
c/ ansell 25 alprilla farm road
hopkinton,mass 01748
508-435-5858
Note  forwarded message attached

Want to be your own boss? Learn how on Yahoo! Small Business

**Forwarded Message**

| | |
|---|---|
| **Date.** | Thu, 18 May 2006 09 41 14 -0700 (PDT) |
| **From:** | "william kuntz" <kuntzwm1@yahoo com> |
| **Subject.** | NOTICE OF CLAIM |
| **To** | townclerk@willsborony com |
| **CC** | supervisor@willsborony com |

**HTML Attachment**

i am of the understanding that the Town of Willsboro required the Reynolds Chevy Company to dispose of my chev truck  No notice was ever provided to me as the owner  Accordingly, I am providing you with the Notice of Claim as required by NY law
i thank you in advance,subject to amendment
William Kuntz

Talk is cheap  Use Yahoo! Messenger to make PC-to-Phone calls  Great rates starting at 1¢/min



B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor: GENERAL MOTORS     Case Number: 09-50026 REG

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
PO Box 1801
Nantucket, MA
02554 1804

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

FILED - 01398
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $ 2,400.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Fire Cabinet with S.M Dealer Wieshoro Reg
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____

Amount of Secured Claim $_____  Amount Unsecured $_____

[stamp: THE GARDEN CITY GROUP, INC. SEP 14 2009]

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507(a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 8-23-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

William Kunze

[stamp: FILED AUG 27 2009 U.S. BANKRUPTCY COURT, SDNY]

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**∴ neat** ™





Outdated.                                        Updated.

## Upgrade your old filing system with NeatDesk.

NeatDesk helps you scan and organize digital copies of all your paperwork in searchable
PDF format. It's the perfect tool to manage all of your business and personal documents
digitally. Receipts, business cards, financial documents and more.

NeatDesk features Intelligent Text Recognition software that identifies and captures key
information from printed documents so you can create an organized library of all your
important information.

Organize your paper, simplify your life ™



**NeatDesk** ™
DESKTOP SCANNER + DIGITAL FILING SYSTEM        **866 632 8732**    neatco.com/neatdesk

*at LUNCH*

# Get Away to Brazil

## FOR LESS THAN *you* CAN IMAGINE



**E**scape to Fogo de Chão for lunch where you'll enjoy unlimited service of 15 cuts of succulent meat — everything from filet mignon to lamb chops, a sumptuous gourmet salad bar and authentic sides that will make you think you're in Southern Brazil. So get away to Brazil for lunch today — and be back in the office in time for the one o'clock conference call  **FOGO.COM**



FOGO
DE
CHÃO
CHURRASCA
BRAZILIAN STEAKI-

*Airfare not included

| **Baltimore** | **Washington D C** | **Philadelphia** |
|---|---|---|
| 600 E  Pratt St | 1101 Pennsylvania Ave  NW | 1337 Chestnut St |
| Inner Harbor | Downtown Area | Center City |
| 410 528 9292 | 202 347 4668 | 215 636 9700 |