**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 31, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting the 249th Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 11094].

Dated: November 2, 2011
      Lake Success, New York

                                                /s/ Barbara Kelley Keane
                                                 Barbara Kelley Keane

Sworn to before me this 2nd day of November, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015

# EXHIBIT A

ALICE ZIITTEL  
426 MINNESOTA AVE  
SAINT PAUL, MN 55113

ANTHONY F BURTON  
170 HEMPSTEAD DR  
SOMERSET, NJ 08873-3952

BRUMLEY, SHARON EXECUTOR OF THE ESTATE OF FONEE B  
ATTN JAMES H FURMAN ESQ  
BYRD DAVIS FURMAN LLP  
707 WEST 34TH STREET  
AUSTIN, TX 78705-1294

BRYANT JR, JAMES O  
6 LAWRENCE DR APT B  
BROWNS MILLS, NJ 08015-1754

CHARLES AND JOAN HASSINK  
10256 SPINNAKER RUN  
REMINDERVILLE, OH 44202-8109

DONALD SHERMAN  
PO BOX 491  
HORTONVILLE, MI 48462

DONALD SHERMAN  
PO BOX 491  
ORTONVILLE, MI 48462-0491

ESTATE OF KENNETH REYNOLDS  
SANDRA REYNOLDS EXECUTRIX  
21 - PINEHURST CIRCLE  
ANNANDALE, NJ 08801-1655

JERRY C DAVIDSON TTEE MANESS FAMILY TRUST  
C/O JERRY C DAVIDSON TTEE  
2866 FOXFIRE DR  
ST LOUIS, MO 63129-3511

MARCIA TAUBER  
460 KILMER WAY  
THE VILLAGES, FL 32162

MYERS, JIMMIE  
2727 E WYNNTON LN  
COLUMBUS, GA 31906-2166

REYNOLDS CODY  
C/O DAVID SLAUGHTER  
17225 EL CAMINO REAL #416  
HOUSTON, TX 77058

REYNOLDS CODY  
C/O DAVID SLAUGHTER  
17225 EL CAMINO REAL STE 315  
HOUSTON, TX 77058-2739

SNIDER CHRISTOPHER  
SNIDER, CHRISTOPER  
1920 NORTH MAIN SUITE 214  
NORTH LITTLE ROCK, AR 72114-2875

STRUL FLANDEL  
SQ ED MACHTENS 18/3  
1080  BRUXELLES  BELGIUM