UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al., | : |
| f/k/a/ General Motors Corp., et al., | : Case No. 09-50026 (REG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------ x

### ORDER DENYING APPLICATION OF THE AD HOC COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 503(b)

Upon the Application of the Ad Hoc Committee of Asbestos Personal Injury Claimants (the "Ad Hoc Committee") for Payment of Fees and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) (the "Application") (Docket No. 10245) seeking $496,763.25 in fees and reimbursement of expenses of $13,268.25, for a total of $511,032.22; and upon a hearing held on October 28, 2011(the "Hearing"); and the Court having jurisdiction over these cases and the relief requested in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b); and the Ad Hoc Committee, prior to the Hearing, having reduced its request for fees by $276,397.00 for services performed in connection with the Ad Hoc Committee's opposition to the 363 sale transaction (Docket No. 11070); and the Court having heard and considered all of the arguments made by parties in interest to the Application at the Hearing; and upon the record of the Hearing, and, after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Ad Hoc Committee's request for the balance of its fees and expenses in the amount of $234,635.22 is hereby denied.

Dated: New York, New York
*November 3, 2011*

*S/ Robert E. Gerber*
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE