Linda Mariscal
P.O. Box 404
Brentwood, CA 94513
(925) 752-0800


October 31, 2011


Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 10004


Honorable Robert E. Gerber; United States Bankruptcy Judge:

I am writing to you to let you know I was one of the victims involved in a severe auto accident in a GM car back in June 24, 2009. I was hospitalized, suffered deep scrapes, headaches & problems walking & heavy lifting. I called Motors Liquidation in January 2010 to file a claim but received it in March! It was filed April 9, 2010, which I found it was filed too late! I live in California, which my mail doesn't come to me on time, especially where I live!

I contacted Stefanie Birbrower Greer (SG-2898), Dickstein Shapiro LLP, 1633 Broadway, New York, NY 10019-6708 (212) 277-6500 after I receive a packet of the Chapter 11 hearing date on November 22, 2011 & deadline is November 15, 2011 to appeal the Exhibit A claims to be disallowed & expunged. I am one of the victims to be expunged! Ms. Greer said she would contact me in 1 wk, but it's been more than a week, so I found your address on the internet & proceeded to write to you A.S.A.P.!

Just recently on Friday, October 28, 2011 I took myself to the emergency at the Contra Costa Health Services Merithew Hospital 2500 Alhambra Ave, Martinez, CA 94553 (925) 370-5144 for a severe muscle spasm on my shoulders! Doctor Brown told me I would have to live with that pain from my auto accident for the rest of my life! I was given Toridal & meds for my ear & I was discharged & went home. I'm enclosing a copy of the exhibit A on my case, but I strongly disagree of being disallowed & expunged, I should be compensated for what I'll have to deal with for the rest of my life.

Sincerely,

Linda Mariscal

253rd Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA MARISCAL<br>P.O. BOX 404<br>BRENTWOOD, CA 94513 | 70213 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,616.86 (U)<br>$10,616.86 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 4/9/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LONNIE CHAPMAN<br>PO BOX 1265<br>HAMMOND, IN 46325 | 69688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 1/4/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.