# Weil, Gotshal & Manges LLP

CERTIFIED MAIL

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

David Griffiths
+1 212 310 8729
david.griffiths@weil.com

November 4, 2011

Ms. Aracelia Roman
HC 4 P.O. Box 48300
Aguadilla, PR 00603-9798

Re: Proof of Claim #13172

Dear Ms. Roman:

I hope you are well. On September 26, 2011, you attended the hearing in the Motors Liquidation Company chapter 11 cases in New York, as the proof of claim you had filed (proof of claim no. 13172) was subject to objection in the 237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) being heard at that hearing.

At that time, we explained to you that as a result of a settlement between the United Auto Workers union and Motors Liquidation Company (formerly known as General Motors Corporation), your welfare benefits are now provided by the UAW Retiree Medical Benefits Trust. Your claim for welfare benefits against Motors Liquidation Company was therefore being objected to, as you should have been receiving the welfare benefits to which you are entitled from the UAW Retiree Medical Benefits Trust.

At the hearing, we advised the court that we would assist you in confirming that your welfare benefits are in fact being provided to you by the UAW Retiree Medical Benefits Trust.

We have now completed our inquiry into your welfare benefits. As you will see from the email attached to this letter from the UAW Retiree Medical Benefits Trust, you are enrolled under the UAW Retiree Medical Benefits Trust as a General Motors surviving spouse. You should maintain coverage under the UAW Retiree Medical Benefits Trust for so long as it remains in existence.

Lastly, you brought to our attention a letter from Medco relating to prescriptions you currently receive, and which are set to expire. We took the liberty of contacting Medco, and confirmed that prescriptions provided for under the terms of the Blue Cross Blue Shield Traditional Care Network Plan under which you are enrolled will continue to be covered, however you are required to renew your prescriptions from time to time, and the letter from Medco was simply advising you to attend your physician and renew your prescription.

Mrs. Aracelia Roman  
November 4, 2011  
Page 2

**Weil, Gotshal & Manges LLP**

While we cannot guarantee the future availability of benefits, we hope that you find this information helpful. We now intend to proceed to expunge your proof of claim at the hearing currently scheduled for November 22, 2011. If you have any questions or concerns relating to this letter, please contact me at your earliest convenience using the details above. Should you wish to contact the UAW Retiree Medical Benefits Trust about your welfare benefits, please contact Retiree Health Care Connect at 1-866-637-7555.

Yours sincerely,

David Griffiths

cc: The Honorable Robert E. Gerber, United States Bankruptcy Judge

**Carollo, Geraldine**

**From:** UAWTrust <uawtrust@rhac.com>
**Sent:** Tuesday, October 25, 2011 4:54 PM
**To:** Griffiths, David
**Subject:** FW: Motors Liquidation Company - Aracelia Roman

Resending as the original response did not go through.

Joan V.



**Notice:** This message is intended only for use by the person or entity to which it is addressed. The information contained in this message may include electronic Protected Health Information (ePHI) which is privileged, confidential, and protected from unauthorized disclosure. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication, including any attached files, is strictly prohibited and may be a violation of state or federal law. If you received this message in error, please notify us immediately by replying to the message, and then delete the message and all attached files, if any, from your computer.

**From:** UAWTrust
**Sent:** Tuesday, October 25, 2011 1:27 PM
**To:** Griffiths, David; UAWTrust
**Cc:** Wu, Edward
**Subject:** RE: Motors Liquidation Company - Aracelia Roman

Thank you for your email inquiry concerning Aracelia Roman.

We have confirmed that Ms. Roman is enrolled under the UAW Retiree Medical Benefits Trust as a General Motors surviving spouse. Her coverage under the Trust began 1/1/10. Our records show that she is currently enrolled in the Blue Cross Blue Shield Traditional Care Network plan as a single party contract. We have confirmed that her address of record is the same as you have indicated in your email. She will maintain coverage under the Trust for so long as the Trust is in existence.

We will send a copy of the Summary Plan Description and other related benefit information to your office. If you need additional information, you can contact Retiree Health Care Connect at 1-866-637-7555.

We trust this information is helpful and addresses your concerns.

Joan V.



**Notice:** This message is intended only for use by the person or entity to which it is addressed. The information contained in this message may include electronic Protected Health Information (ePHI) which is privileged, confidential, and protected

1

from unauthorized disclosure. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication, including any attached files, is strictly prohibited and may be a violation of state or federal law. If you received this message in error, please notify us immediately by replying to the message, and then delete the message and all attached files, if any, from your computer.

**From:** Griffiths, David [mailto:David.Griffiths@weil.com]
**Sent:** Monday, October 24, 2011 12:18 PM
**To:** UAWTrust
**Cc:** Wu, Edward
**Subject:** Motors Liquidation Company - Aracelia Roman

Dear Sirs:

We are attorneys representing Motors Liquidation Company in its chapter 11 cases. The claimant listed below has filed a proof of claim for medical benefits with Motors Liquidation Company, that we understand are being provided to her by the UAW Retiree Medical Benefits Trust.

Judge Gerber, the bankruptcy judge assigned to the Motors Liquidation Company chapter 11 cases, has instructed us to assist the claimant to determine if in fact coverage is being provided by the UAW Retiree Medical Benefits Trust.

Please confirm at your earliest convenience that the claimant below is entitled to medical benefits as provided to her by the UAW Retiree Medical Benefits Trust, and that these benefits will continue in existence until her death. If you are in a position to provide a summary of the benefits that she is entitled to, we would appreciate these as it would assist in resolving the claim.

**Claimant: Aracelia Roman**
**Address: HC 4 POBOX 48300 Aguadilla, PR 00603-9798**
**Related details: Benefits appear to be provided as a dependent of deceased husband Juan Roman Nieves (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)**

Please also provide us with a contact telephone number for an officer of the UAW Retiree Medical Benefits Trust with authority to discuss accounts and claims. Many thanks.

Best regards,



David N. Griffiths

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
david.griffiths@weil.com
+1 212 310 8729 Direct
+1 718 715 5035 Mobile

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.