NOV 3, 2011

HON ROBERT GERBER USBC-SDNY

Re: GM/MLC    Case 09-50026

YOUR HONOR:

AS THE COURT MAY RECALL, YOU HAD SOME RATHER
HARSH WORDS FOR ME FROM THE BENCH. AS YOU MAY NOW SEE FROM
THE LETTER OF NOV 2, 2011 FROM COUNSEL,  THE BASIS FOR YOUR
UNDERSTANDING WAS BASED UPON A FLAW IN THE CLAIMS DATA
BASE.

WITHOUT MAKING ANY BLAME, IT IS CLEAR THAT HAVING FILED
SOME 15 OR SO PAGES WITH THE PROOFS OF CLAIM CLEARLY I
FOLLOWED YOUR HONOR'S ORDER WITH RESPECT TO CLAIMS.

WHILE THE DEBTOR MAY TAKE ISSUE WITH THE CONTENT
AT THIS LATE STAGE, IT IS CLEAR AND AS I STATED BEFORE
SAYING THAT THERE WAS ANALYIS WHEN IT IS CLEAR THERE
WAS NOT ANY SUPPORTS MY STATEMENT THAT THIS ENTIRE
PROCEDURE OF CLAIMS OBJECTIONS IS NOTHING MORE THAN
"CARPET BOMBING[1]".  ONE OF THE HALLMARKS OF THIS IS
THE UNLOADING OF "usually achieved by dropping many unguided bombs"
WHICH IS JUST WHAT THE COURT HAS SEEN IN THIS MATTER.

WHILE THIS COURT SEEMS TO INDICATE THAT EVERY PROOF OF CLAIM
MUST IN EFFECT BE A FUNTIONAL EQUAL TO A IRONCLAD MOTION FOR
MINI-SUMMARY JUGEMENT, THAT IS A FUNDAMANL INJUSTICE.

THIS CASE INVOLVES A COMPANY THAT SELLS, CONSUMER DURABLES
AND OFFERS SALES AND SERVICE THRU A NATIONAL NETWORK OF
DEALERS. THE RELATIONSHIP BETWEEN DEALER, CONSUMER AND
THE DEBTOR IS MULTIFACTED AND THE IDEA THAT AS IN THE SMEDLEY
CLAIM, THAT THE DEBTOR CAN INSULATE ITSELF FROM THE RESULTS OF
A FACTORY SPONSORED PROMOTION IS ABSURD. DEBTORS COUNSEL
DOES NOT DISPUTE THIS HAPPENED, ONLY THAT THE DEBTOR IS NOT
LIABLE, BUT WITH NO FACTS. CONFIRMATION OF THIS EXACT TIME AND
DATE AND THE PROMOTION CODE CAN BE OBTAINED FROM THE CREDIT
RECORDS OF GMAC[2]. GMAC AT THAT TIME WAS A SUBSIDARY OF THE
DEBTOR.

---

[1] http://en.wikipedia.org/wiki/Carpet_bombing
[2] As Ohio court records may reflect, this is not the first unhappy episode Claimant has  had with GMAC.
  See GMAC-vs-William Kuntz, III Miamisburg City Court, Miamisburg,Ohio where GMAC
  Reposed a truck, sold same without Notice and then discovered that the sale resulted in a surplus.

## THE SMALL DEALER EXIT PROGRAM

AS I RECALL, YOUR HONOR REPEATED WHAT JUSTICE SOTOMAYER
HAD SAID YEARS AGO. I DON'T HAVE JUDGE PECKS WORDS ON THIS
BUT I THINK HE SAID SOMETHING INTERESTING TO MR WAISMAN
IN **LEHMAN.** IN ANY EVENT, I THINK IT IS A ERROR FOR THE COURT TO
HITCH IT'S DECISION TO LEHMAN. THERE ARE INFIRMITIES IN THE
REPRESENTATION OF THE DEBTOR BY WEIL, GOTSHAL THAT GOES
BACK TO IT'S ROLE IN GRAND UNION. IF YOUR HONOR WOULD LIKE I
COULD PROVIDE THE LETTER-OPINION OF THE DISTRICT JUDGE IN NEW
JERSEY WHICH CLEARLY ESTABLISHED THAT WEIL WAS CO-COUNSEL
WHEN THE WAYWARD CASH ESCROW FELL INTO LEHMAN'S POCKET.

THE UNDERLYING ADDITIONAL PURPOSE OF THE G. STONE/REYNOLDS
CLAIMS WAS AND IS TO GIVE MR. REYNOLDS AN AVENUE FOR RECOVERY.

I HAVE SEARCHED HIGH AND LOW FOR INDEPENDENT INFO ON THIS
SLASH AND BURN PROGRAM BY GM WHICH PROCEEDED THIS CASE.

IN FACT, I SPOKE TO MR. REYNOLDS PERHAPS YESTERDAY, FOR THE
FIRST TIME IN YEARS, AS I DID NOT WANT IT TO BE SAID THAT I WAS
IN ANY WAY COACHING HIM OR ACTING AS AN UNLICENSED LAWYER.

HOWEVER, IT IS CLEAR THAT THE ISSUE OF THE EXTINGUISHMENT OF
A DEALERSHIP WHICH HAD OPERATED SINCE 1932 IS AN ELEMENT
WHICH I DO NOT THINK WAS TOUCHED ON IN THE PLAN.

WHILE I DON'T KNOW MR. REYNOLDS POSITION ON THIS YET, I HAVE
ASKED FOR HIS BANK <BY EMAIL >WHICH IS ACROSS THE STREET TO
PROVIDE HIM WITH COMPLETE COPIES OF THESE DOCUMENTS AND ALSO
MR. EDWARD HATCH, THE WILLSBORO TOWN SUPERVISOR. AS THE COURT
MAY BE AWARE, WILLSBORO,NY IS A RURAL COMMUNITY IN UPSTATE NY.

ACCORDING TO GOOGLE EARTH, THE NEAREST GM DEALER FROM
WILLSBORO IS NOW ABOUT ½ HOUR DRIVE. AS ATTACHED.

 **Directions to Elizabethtown, NY**
21.7 mi – about 33 mins

---

I BELIEVE THAT MR. REYNOLDS MAY WISH TO SUBMIT SOMETHING.

IN CONCLUSION, THE COURT **SHOULD NOT SIGN** THE ORDER.

I THINK IT WOULD BE MORE PRODUCTIVE FOR THE COURT TO
CONSIDER THE FAILURE OF COUNSEL TO SERVE IT'S REPLY
CONSISTENT WITH THE FEDERAL RULES. THIS WOULD PROVIDE.

WHERE THE COURT TO DECIDE THAT FLOODING A FAX MACHINE @ A
MOTEL OR SENDING PAPERS OUT OF TIME FAILED TO COMPLY, THIS
WOULD BE CONCLUDED. ON THE OTHER HAND, IT IS CLEAR THAT
THE COURT WAS EITHER HOODWINKED OR BAMBOOZLED
SEE EXHIBIT A OF COUNSELS REPLY AS OPPOSED TO THE LETTER OF NOV
2, 2011.

IN LIGHT OF THESE DEVELOPMENT, I WOULD BE PREPARED TO RETURN TO
COURT ANYTIME OTHER THAT THE MIDDLE OF THE MONTH, AS I HAD
INDICATED I HAVE A TRIAL SET IN WEST PALM BEACH WITH GREYHOUND
OVER MISSING BAGGAGE FROM THE TIME I WAS DEPORTED FROM THE
BAHAMAS LONG AGO. < AA.COM AS ATTACHED>

RESPECTFULLY,

WILLIAM KUNTZ, III
INDIA ST
PO BOX 1801
NANTUCKET ISLAND, MA 02554-1801
508-775-9717
NOV 3, 2011 HYANNIS, MASS

 **MAIL** Classic

| reynolds chevy founded 1932 | Wednesday, November 2, 2011 3:43 PM |
|---|---|

**From:** "william kuntz" <kuntzwm1@yahoo.com>
**To:** "MikaelaWhitman" <WhitmanM@dicksteinshapiro.com>
**Cc:** "StefanieGreer" <GreerS@dicksteinshapiro.com>, "AldenO'Neil"
     <ONeilA@dicksteinshapiro.com>
**Bcc:** info@champlainbank.com, edhatch@gmail.com

# Reynolds & Son Chevrolet Sales

51 Station Rd, Willsboro, NY 12996
(518) 963-4248

- Directions
- Send to mobile

## Web results

- **Reynolds & Son Chevrolet Sales - Willsboro, NY - Car Dealer in ...**

  Reynolds & Son Chevrolet Sales company profile in Willsboro, NY. Our free company profile report for Reynolds & Son Chevrolet Sales includes business information such ...

  - *http://www.manta.com/c/mmc6r79/reynolds-son-chevrolet-sales*

- **Reynolds & Son Chevrolet Sales - Willsboro, NY, 12996 - Citysearch**

  (518) 963-4248 · 51 Station Rd, Willsboro, NY 12996 · Years in business Established in 1932 Last updated 8.31.11 Category: Used Car Dealers ...

  - *http://national.citysearch.com/profile/7643688/willsboro_ny/reynolds_son_chevrolet_sales.html*

- **Willsboro Chevrolet Dealers - Auto Dealer Finder**

  Find Chevrolet auto dealers in Willsboro. ... Dealerfinder.com makes it easy to find a Chevrolet dealer in Willsboro. Choose from the directory listings above or ...

  - *http://www.dealerfinder.com/chevrolet/ny/willsboro/*

after the first of august                                                                 11/2/2011



**W. KUNTZ 11/13/11 Itinerary**                                    Wednesday, November 2, 2011 8:18 PM
**From:** "americanairlines@aa.com" <americanairlines@aa.com>
**To:** kuntzwm1@yahoo.com



Reservations  |  AAdvantage Account |  Fare Sales & Offers

**Record Locator:   MZTQJT**
**Status:   ON HOLD - Purchase By: Nov 03, 2011 11:59 PM EDT**

### Your Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code | Meals |
|---|---|---|---|---|---|---|---|
| AMERICAN AIRLINES | 1047 | BOS Boston | Nov 13, 2011 06:40 AM | MIA Miami | Nov 13, 2011 10:00 AM | O | Food for Purchase |

### Traveler Information

| Passenger | Cabin Class | Seat Assignment |
|---|---|---|
| WILLIAM KUNTZ | Economy | 22F |

Traveling passengers may check in and obtain boarding passes for U.S. domestic electronic tickets within 24 hours of the flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport. Check-in options may be found at www.aa.com/options. For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.

Travelers must present a government-issue photo ID with either a boarding pass or a priority verification card at the security screening checkpoint

Please remember flight details are subject to change. In order to check a flight's status, gate, or departure and arrival time, go to www.aa.com and enter the flight information in the Gates and Times search area. In order to receive automatic notifications of flight changes, click on the Flight Status Notifications section on the www.aa.com homepage and enter the required flight and contact information.

Privacy Policy

# DICKSTEIN SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

November 2, 2011

**VIA E-FILE AND HAND DELIVERY**

Judge Robert E. Gerber
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re: <u>Motors Liquidation Company, *et al.* - Case No. 09-50026-reg</u>

Dear Judge Gerber:

This letter is to inform you of an error in the Reply to the Response of William Kuntz filed by the GUC Trust in connection with the 248th Omnibus Objection to Claims. In the Reply, we attached what we believed were full copies of Mr. Kuntz's proofs of claim (Claim Nos. 1092, 1093 and 1398). Mr. Kuntz later advised us that the claims actually included additional pages. The full claims are attached here. Like the other information provided by Mr. Kuntz after submission of his claims, none of the foregoing attachments implicates any liability of General Motors Corporation to Mr. Kuntz on account of such claims.

The GUC Trust does not believe that this error has any impact on Your Honor's ruling or on the order the GUC Trust submitted to the Court earlier this week. However, out of an abundance of caution, we bring it to Your Honor's attention.

We apologize to Mr. Kuntz and the Court for the error.

Respectfully submitted,

Stefanie Birbrower Greer

Enclosures

DOCSNY-484096v1

*original*

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

Name of Debtor GENERAL MOTORS    Case Number 09-50026 REG

NOTE *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property) WILLIAM KUNTZ III

☐ Check this box to indicate that this claim amends a previously filed claim

Name and address where notices should be sent
PO Bt 1801  NANTUCKET, MA
02584 1801

Court Claim Number _____
(If known)

Telephone number  NOT PROVIDED

Filed on _____

Name and address where payment should be sent (if different from above)

FILED - 01092
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Telephone number

☐ Check this box if you are the debtor or trustee in this case

1 Amount of Claim as of Date Case Filed    $ 300

If all or part of your claim is secured complete item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority complete item 5

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges

2 Basis for Claim SMALL FRAUD / BAD Faith by GM
(See instruction #2 on reverse side)

3 Last four digits of any number by which creditor identifies debtor _____ Dealer

3a Debtor may have scheduled account as _____
(See instruction #3a on reverse side)

4 Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

Nature of property or right of setoff  ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe

Value of Property $_____ Annual Interest Rate_____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any  $_____  Basis for perfection _____

Amount of Secured Claim  $_____  Amount Unsecured  $_____

5 Amount of Claim Entitled to Priority under 11 U.S.C. §507(a)  If any portion of your claim falls in one of the following categories, check the box and state the amount

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__)

Amount entitled to priority

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

THE GARDEN CITY GROUP, INC.
AUG 18 2009

6 Credits The amount of all payments on this claim has been credited for the purpose of making this proof of claim

7 Documents Attach redacted copies of any documents that support the claim such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (See instruction 7 and definition of "redacted" on reverse side)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

Date 7/29/09  Signature The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

WILLIAM KUNTZ III

FOR COURT USE ONLY

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 and 3571

Yahoo! Mail - kuntzwm1@yahoo com

donotreply@gmto        S      Fri May 29, 2009    Inbox
   45377 Across from the Dayton International Airport $250
OFF SPECIAL!!! Print this coupon and present it to Bobby
Ambos www smedleys com This is an email
advertisement  To unsubscribe from receiving any emails
from Smedley's Chevrolet, 850 W  National Rd, Vandalia

william kuntz            and m    Mon      Sent
   - On Fri, 11/7/08, william kuntz
<kuntzwm1@yahoo com> wrote  From
william kuntz <kuntzwm1@yahoo com>
Subject  and my $50? To
ncmanager@smedleys com Date  Friday,
November 7, 2008, 3 34 PM

william kuntz            and m    Fri N    Sent

Bobby Ambos        Speci    Fri N    Inbox
   9 00am - 8 00pm Wednesday, November
12th, 2008 9 00am - 8 00pm Sincerely,
Mike Stimmel Sales Manager
ncmanager@smedleys com This is an
email advertisement  To unsubscribe from
receiving any emails from Smedley's
Chevrolet, 850 W  National Rd

MAILER-DA        failure    Fri O    Inbox
   wise@lehman com>,
monika langner@hvb de>,
montreal@empire state ny us, Jay Gohman
<jgohman@amfin com>,
m stimmel@01829ok smedleyschevrolet
m stimmel@0191cmr smedleyschevrolet
m stimmel@0192e19 smedleyschevrolet

Postmaster        DELIV    Thu      Inbox
   lehman com>, ""
<monika langner@hvb de>, ""
<montreal@empire state ny us>, "Jay
Gohman" <jgohman@amfin com>, ""
<m stimmel@01829ok smedleyschevrole
""
<m stimmel@0191cmr smedleyschevrol
""
<m stimmel@0192e19 smedleyschevrol

william kuntz        confir    Thu      Sent
william kuntz        what a    Tue      Sent
Bobby Ambos        CHEV    Mon      Inbox
   paid for for 2 years  We look forward to
seeing you soon  Visit us at 850 W
National Rd in Vandalia or 24 hours at
www smedleys com  Sincerely, Mike
Stimmel Sales Manager Smedley's
Chevrolet ncmanager@smedleys com

Yahoo! Mail - kuntzwml@yahoo com

937-898-5894 800-NEW-CHEVY (toll

☐    •    william kuntz    but wh    Thu    Sent
- On Thu, 9/4/08, Bobby Ambos
<B Ambos@SmedleysChevrolet onesour
wrote From Bobby Ambos <B
Smedley's Chevrolet 937-898-5894 800-
NEW-CHEVY bambos@smedleys com
CHECK OUR INVENTORY AT
www smedleys com This is

☐    •    🔄 Bobby Ambos    GM E    Thu    Inbox
appointment and allow us to make you
an offer Sincerely, Bobby Ambos
Smedley's Chevrolet 937-898-5894 800-
NEW-CHEVY bambos@smedleys com
CHECK OUR INVENTORY AT
www smedleys com This is an email
advertisement To unsubscribe from
receiving any emails from

☐    •    Bobby Ambos    GM E    Tue    Inbox
appointment and allow us to make you
an offer Sincerely, Bobby Ambos
Smedley's Chevrolet 937-898-5894 800-
NEW-CHEVY bambos@smedleys com
CHECK OUR INVENTORY AT
www smedleys com This is an email
advertisement To unsubscribe from
receiving any emails from

☐    •    william kuntz    $50 a    Wed    Sent
- On Mon, 8/18/08, Bobby Ambos
<B Ambos@SmedleysChevrolet onesour
wrote From Bobby Ambos <B
kuntzwm1@yahoo com Sent 8/18/2008
10 26 48 AM To bambos@smedleys com
Subject it would be nice if you paid me the
$50

☐    •    william kuntz    gas ca    Mon    Sent
- On Mon, 8/18/08, Bobby Ambos
<B Ambos@SmedleysChevrolet onesour
wrote From Bobby Ambos <B
kuntzwm1@yahoo com Sent 8/18/2008
10 26 48 AM To bambos@smedleys com
Subject it would be nice if you paid me the
$50

☐    •    🔄 Bobby Ambos    RE it    Mon    Inbox
call me at 898-5894 Thank you Bobby
Ambos -Original Message- From
kuntzwm1@yahoo com Sent 8/18/2008
10 26 48 AM To bambos@smedleys com
Subject it would be nice if you paid me the
$50 you already owe before trying to get

me to buy a truck This is an email
advertisement

| | | william kuntz | it woul | Mon | Sent |

Bobby Ambos    RUM    Sat A    Inbox

schedule a test drive please give me a
call Sincerely, Bobby Ambos Smedley's
Chevrolet 937-898-5894 800-NEW-CHEVY
bambos@**smedleys** com CHECK OUR
INVENTORY AT www **smedleys** com This
is an email advertisement To unsubscribe
from receiving any emails from

**william kuntz    $50    Mon    Sent**
TO THE OAKWOOD REGISTER TO
EXPOSE YOUR MAIL SCAMING !! william
kuntz <kuntzwm1@yahoo com> wrote
don't hold your breath they mailed out a
promotion that if you went out they would
give you a $50 gas card and now it seems
they are not paying I bet a lot of

Vicki @ Oak    RE if    Mon    Inbox

Auditore -Original Message- From
william kuntz
[mailto kuntzwm1@yahoo com] Sent
Friday, May 09, 2008 6 02 PM To
M Stimmel@01ppcds **SmedleysChevrole**
kuntzwm1@yahoo com, Craig R Vaughn,
STEPHEN SEBOLDT,
mattcat007@aol com,
office@oakwoodregister com Subject

william kuntz    if you I    Fri M    Inbox
Be a better friend, newshound, and know-it-
all with Yahoo! Mobile Try it now

william kuntz    if you    Fri M    Sent
Be a better friend, newshound, and know-it-
all with Yahoo! Mobile Try it now

william kuntz    $50    Fri M    Sent
so first you can't find the certified mail and .
then after i fax you 2 documents you find it
now you doubt that i am just asking for your
dealership to fullfill it's promise - in addition
there will be a record of a phone call from
bank 1 just down the

william kuntz    prom    Fri M    Sent
so on or about jan 4 i came to the
dealership 2 years ago the promo was that
if you came out etc you would get the
incentive it was the day of a big ice storm i
applied for credit with GMAC so there is a
record of it being made thru your dealership

Yahoo! Mail - kuntzwm1@yahoo.com

- there

william kuntz    promo    Fri M    Inbox

so on or about jan 4 i came to the
dealership 2 years ago the promo was that
if you came out etc you would get the
incentive it was the day of a big ice storm i
applied for credit with GMAC so there is a
record of it being made thru your dealership
- there

Mike Stimmel    RE y    Fri M    Inbox

about silverado trucks  Have a great day
-Original Message- From
kuntzwm1@yahoo com Sent  5/9/2008
3 41 54 PM To
ncmanager@smedleys com Subject  you
must really be stupid or ego centric- i said
nothing about the item i mailed being the
promotional item it

william kuntz    you m    Fri M    Sent

Be a better friend, newshound, and know-it-
all with Yahoo! Mobile  Try it now

Mike Stimmel    RE fax    Fri M    Inbox

has nothing to do with Smedley's
Chevrolet  -Original Message- From
kuntzwm1@yahoo com Sent  5/9/2008
11 41 33 AM To
ncmanager@smedleys com Subject  fax
about a month ago after an exchange of
email about non-payment on a promotion i
found, copied and faxed 2 u the

william kuntz    fax    Fri M    Inbox

about a month ago after an exchange of
email about non-payment on a promotion i
found, copied and faxed 2 u the 2 post
office certified mail info from the us post
office - did you send a check? thanx bill
kuntz kuntzwm1@yahoo com India St PO
box 1801

william kuntz    fax    Fri M    Sent

about a month ago after an exchange of
email about non-payment on a promotion i
found, copied and faxed 2 u the 2 post
office certified mail info from the us post
office - did you send a check? thanx bill
kuntz kuntzwm1@yahoo com India St PO
box 1801

william kuntz    ?    Thu    Sent

i don't think you understand i had a friend
who had a GM 'system' at his chevy
dealership and i only assume your 'server'

Yahoo! Mail - kuntzwm1@yahoo com

assigned new email address ever time an
email was sent - i have the confirmations
from the post office perhaps somebody is
signing for

☐            •    ↩ Mike Stimmel    RE y    Thu    Inbox
would like to get it resolved  Mike
Stimmel -Original Message- From
kuntzwm1@yahoo com Sent  4/10/2008
12 43 31 PM To
ncmanager@smedleys com Subject  your
email it is interesting your computer gives
out a new email address each time i send a
reply more GM funnybusiness

☐            •        william kuntz    your    Thu    Sent
it is interesting your computer gives out a
new email address each time i send a reply
more GM funnybusiness? _ Do You
Yahoo!? Tired of spam? Yahoo! Mail has
the best spam protection around
http //mail yahoo com

☐            •        william kuntz    vanda    Thu    Sent
_ Do You Yahoo!? Tired of spam? Yahoo!
Mail has the best spam protection around
http //mail yahoo com

☐            •    ↩ Mike Stimmel    RE p    Thu    Inbox
you sure you have the right dealership? -
Original Message- From
kuntzwm1@yahoo com Sent  4/10/2008
12 03 38 PM To
ncmanager@smedleys com Subject  post
office according to the post office both
certified letters were signed for almost a
month ago so you can add

☐            •        william kuntz    post    Thu    Sent
according to the post office both certified
letters were signed for almost a month ago
so you can add the postage to your check
thanx bill kuntz kuntzwm1@yahoo com _
Do You Yahoo!? Tired of spam? Yahoo!
Mail has the best spam protection around
http //mail

☐            •        william kuntz    $50 g    Wed    Sent
the fax was long ago the certified letter was
a couple of weeks ago and i will dig up the
number for you to research
http //www usps com _ Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best
spam protection around
http //mail yahoo com

☐            •    ↩ Mike Stimmel    RE $    Wed    Inbox

Yahoo¹ Mail - kuntzwm1@yahoo com                                    Page 6 of 7



Attn  Mike Stimmel Sincerely, Mike
Stimmel -Original Message- From
kuntzwm1@yahoo com Sent  4/9/2008
2 56 33 PM To
ncmanager@smedleys com Subject  RE
$50 gas card 1> i am outside of boston now
so that won't be happening 2> i have
mailed and faxed this before with

**william kuntz      RE: $      Wed      Sent**

1> i am outside of boston now so that won't
be happening 2> i have mailed and faxed
this before with promises from **smedleys**
and nothing ever happened 3> did my
certified letter ever arrive? 4> i will take a
check instead of the card if you are out of

**Mike Stimmel        RE $      Wed      Inbox**

Mr Kuntz  Just bring the offer in and I'll get
things taken care of for you  Mike Stimmel
This is an email advertisement  To
unsubscribe from receiving any emails from
Smedley's Chevrolet, 850 W  National Rd,
Vandalia OH 45377 please click here

**william kuntz        chevy      Wed      Sent**

i am still in the market for a pickup to be
exported to eleuthera _ Do You Yahoo¹?
Tired of spam? Yahoo¹ Mail has the best
spam protection around
http //mail yahoo com

**william kuntz        $50 g      Wed      Sent**

there was a mailing and it said if you come
in etc you will get this card i did all and
applied to buy a chevy silverado truck
despite having a good record with gmac
they declined the $ thanx bill kuntz
kuntzwm1@yahoo com _ Do You Yahoo¹?
Tired of spam

**Mike Stimmel        RE c      Wed      Inbox**

get back to you  Mike Stimmel 937-898-
5894 -Original Message- From
kuntzwm1@yahoo com Sent  4/8/2008
9 43 37 AM To
ncmanager@smedleys com Subject
certified letter i have written and called and
come by with no results about 2 years ago
there was a promotion about

**william kuntz        certifi      Tue      Sent**

i have written and called and come by with
no results about 2 years ago there was a
promotion about selling vehicles and
promised a $50 gas card,etc i made it out

during an ice storm and went thru the
qualification and never got the card thanx
bill kuntz

📧        •    ↩ Mike Stimmel      Smedl    Mon    Inbox

Mr Kuntz, I recieved your email via
www smedleys com and am not sure what
you are referring to  Please give me a call
at 937-898-5894 to discuss  Thanks, Mike
Stimmel Sales Manager

📧        •    donotreply@      Smedl    Mon    Inbox

Smedley's Chevrolet Dear William Kuntz,
Thank you for submitting your request  This
automated reply is being sent to you to let
you know that we have received your
request and you can expect to receive a
prompt, personalized response from our
sales



*Original*

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

**Name of Debtor** GENERAL MOTORS

**Case Number** 09-50026 156

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**

POBE 1801 ANN MEET, MS
02554-1801

Court Claim Number _____
(If known)

**Telephone number:** NOT DROWSEN

Filed on _____

FILED - 01093
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

**Name and address where payment should be sent** (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case

**Telephone number:**

**1. Amount of Claim as of Date Case Filed:** $ 45000 00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Chevy Mall See Attached
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

**Value of Property** $ _____  **Annual Interest Rate** ____ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any** $ _____  **Basis for perfection:** _____

**Amount of Secured Claim** $ _____  **Amount Unsecured** $ _____

*THE GARDEN CITY GROUP, INC.  AUG 18 2009*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7)

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___)

**Amount entitled to priority**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**FOR COURT USE ONLY**

**Date** 7/29/09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

William Kurts 156

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

DEMAND FOR ARBITRATION UNDER NYCPR RULES OF CIVIL PROCEDURE -    Page 1 of 1

 MAIL

**DEMAND FOR ARBITRATION UNDER NYCPR RULES OF CIVIL PROCEDURE**

Tuesday, July 22, 2008 10 55 AM

From    "william kuntz"  <kuntzwm1@yahoo com>
  To    kuntzwm1@yahoo com

TO g stone motors middlebury vermont
    chevrolet division of general motors detroit michigan
    town of westport westport ny c/ town justice court traffic citation unit 12993
    reynolds chevy willsboro ny
    town of willsboro,ny


PLEASE BE ADVISED THAT THIS IS A DEMAND FOR ARBRITATION OVER THE FATE OF THE CHEVY
TRUCK FROM MONTANA <VIN ON FILE/>?

THANK YOU

WILLIAM KUNTZ,III
INDIA ST
PO BOX 1801
NANTUCKET ISLAND, MA 02554
937-434-3743

# YAHOO! MAIL
Classic

**received**
1-14-08

Print  Close Window

11. 20
AM

| | |
|---|---|
| **Date** | Thu, 18 May 2006 09 41 14 -0700 (PDT) |
| **From** | "william kuntz" <kuntzwm1@yahoo com> |
| **Subject** | NOTICE OF CLAIM |
| **To** | townclerk@willsborony com |
| **CC:** | supervisor@willsborony com |

I am of the understanding that the Town of Willsboro required the Reynolds Chevy Company to dispose of my chev truck  No notice was ever provided to me as the owner  Accordingly, I am providing you with the Notice of Claim as required by NY law
I thank you in advance,subject to amendment
William Kuntz

Yahoo! Mail - kuntzwm1@yahoo com                                    Page 1 of 1

# YAHOO! MAIL
Classic

Print  Close Window

| | |
|---|---|
| **Date** | Thu, 13 Jul 2006 08 54 13 -0700 (PDT) |
| **From** | "william kuntz" <kuntzwm1@yahoo com> |
| **Subject** | NOTICE OF CLAIM |
| **To** | townclerk@willsborony com |
| **CC** | kuntzwm1@yahoo com |

to date I have not had a confirmation of your reciept of this e mail
please advise if it was not delivered
I thank you in advance
william kuntz
c/ ansell 25 alpriila farm road
hopkinton,mass 01748
508-435-5856
Note  forwarded message attached

**received**
1-11-08

11. 20
AM

Want to be your own boss? Learn how on Yahoo! Small Business

**Forwarded Message**

| | |
|---|---|
| **Date.** | Thu, 18 May 2006 09 41 14 -0700 (PDT) |
| **From:** | "william kuntz" <kuntzwm1@yahoo com> |
| **Subject.** | NOTICE OF CLAIM |
| **To** | townclerk@willsborony com |
| **CC** | supervisor@willsborony com |

**HTML Attachment**
I am of the understanding that the Town of Willsboro required the Reynolds Chevy Company to dispose of my chev truck  No notice was ever provided to me as the owner  Accordingly, I am providing you with the Notice of Claim as required by NY law
I thank you in advance,subject to amendment
William Kuntz

Talk is cheap  Use Yahoo! Messenger to make PC-to-Phone calls  Great rates starting at 1¢/min



B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GENERAL MOTORS | Case Number: 09-50026 REG |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

PO Bx 1801
Nantucket, Ma
02554 1801

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number:

Name and address where payment should be sent (if different from above):

FILED - 01398
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $ 2,400.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Fire-Cabinent with fini Dealer hardware
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property $_____  Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any $_____  Basis for perfection: _____

Amount of Secured Claim $_____  Amount Unsecured $_____

THE GARDEN CITY GROUP, INC.
SEP 14 2009

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: 8-23-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

William Kunkes

AUG 27 2009
U.S. BANKRUPTCY COURT, SDNY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**ʌⁿneat**™



Outdated.



Updated.

## Upgrade your old filing system with NeatDesk.



NeatDesk helps you scan and organize digital copies of all your paperwork in searchable PDF format It's the perfect tool to manage all of your business and personal documents digitally  Receipts, business cards, financial documents and more

NeatDesk features Intelligent Text Recognition software that identifies and captures key information from printed documents so you can create an organized library of all your important information

Organize your paper, simplify your life ™

## NeatDesk™
DESKTOP SCANNER + DIGITAL FILING SYSTEM    **866 632 8732**   neatco com/neatdesk

— at LUNCH —

# Get Away to Brazil

## FOR LESS THAN *you* CAN IMAGINE



**E**scape to Fogo de Chão for lunch where you'll enjoy unlimited service of 15 cuts of succulent meat — everything from filet mignon to lamb chops, a sumptuous gourmet salad bar and authentic sides that will make you think you're in Southern Brazil. So get away to Brazil for lunch today — and be back in the office in time for the one o'clock conference call **FOGO.COM**

*Airfare not included



FOGO
DE
CHÃO
CHURRASCA
BRAZILIAN STEAKI

| **Baltimore** | **Washington D C** | **Philadelphia** |
|---|---|---|
| 600 E Pratt St | 1101 Pennsylvania Ave NW | 1337 Chestnut St |
| Inner Harbor | Downtown Area | Center City |
| 410 528 9292 | 202 347 4668 | 215 636 9700 |