**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                      ) ss
COUNTY OF NASSAU   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On November 3, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document, annexed hereto as Exhibit A, to be served by first class mail on the parties identified on Exhibit B (Individual Asbestos Claimants) annexed hereto:

- [Customized] Notice of Treatment of Class 5 Asbestos Personal Injury Claims.

Dated:  November 8, 2011
            Lake Success, New York                    /s/ Barbara Kelley Keane
                                                                         Barbara Kelley Keane

Sworn to before me this 8th day of November, 2011

/s/ Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires:  August 08, 2014

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                   :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.* :
                                                            :
          Debtors. :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### NOTICE OF TREATMENT OF CLASS 5 ASBESTOS PERSONAL INJURY CLAIMS

| **Claimant Name** | **Date** | **Claim Number** |
|---|---|---|
|  |  |  |

      **PLEASE TAKE NOTICE THAT** on March 29, 2011, the Bankruptcy Court for the Southern District of New York entered an Order confirming the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9941) (as may be amended, supplemented, or modified from time to time, the "**Plan**"),[1] filed by Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, the "**Debtors**"), and the Plan became effective on March 31, 2011.

      **PLEASE TAKE FURTHER NOTICE THAT** the Motors Liquidation Company GUC Trust (the "**GUC Trust**")[2] has determined that the above-referenced claim filed against the Debtors constitutes a Class 5 Asbestos Personal Injury Claim under the Plan, rather than, a Class 3 General Unsecured Claim.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to them in the Plan. A copy of the Plan and the Order confirming the Plan can be found at www.motorsliquidationdocket.com.

[2] Formed in connection with the Plan, the GUC Trust has the exclusive authority to prosecute and resolve objections to Disputed General Unsecured Claims.

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with the Plan, the reconciliation of Class 5 Asbestos Personal Injury Claims and any distributions in connection with such claims are managed and made by the Asbestos Trust, and as such, the treatment that the Plan provides for Class 3 General Unsecured Claims will not be provided for the claim set forth above.

**PLEASE TAKE FURTHER NOTICE THAT** any inquiries regarding the treatment or allowance of Class 5 Asbestos Personal Injury Claims should be directed to:

> Kirk P. Watson, Esq.
> 2301 Woodlawn Boulevard
> Austin, Texas 78703
> Telephone: (512) 478-6695
> Telecopier: (512) 478-6697
> E-mail: kirkpwatson@gmail.com

Dated: New York, New York
       November 3, 2011

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors, Post-Effective Date Debtors
and the Motors Liquidation Company GUC Trust

# EXHIBIT B

| | |
|---|---|
| BOB DUNN<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | DANNY ROBBINS<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| DAVID REES<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | DAVID SEWELL<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| DAVID THOMAS<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | DOUGLAS DUFOUR DEC'D<br>KAESKE LAW FIRM<br>1301 W 25TH ST STE 406<br>AUSTIN, TX 78705 |
| EARL GOINS<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | ERNEST JUNKERSFELD<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| HORACE WAINSCOTT<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | JAMES R BERRY SR<br>C/O GEORGE & SIPES, LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| JERRY MILLER<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | JOHN BALLARD<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| JOHN T NORSWORTHY<br>ATTN MICHAEL C SHEPARD<br>THE SHEPARD LAW FIRM PC<br>10 HIGH ST<br>BOSTON, MA 02110 | LAWRENCE MOONEY<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 |
| LAWRENCE MOONEY<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | LEWIS DOVILLA<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| LOLA SPICER<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | LONDON, CHARLES J<br>133 A J WILSON RD<br>AHOSKIE, NC 27910-8232 |
| MONGELLUZZO JAMES L<br>C/O GOLDBERG PERSKY & WHITE PC<br>1030 FIFTH AVE<br>PITTSBURGH, PA 15219 | OLIVARES, WILLIE<br>11671 COUNTY ROAD 461<br>TYLER, TX 75706-4821 |

| | |
|---|---|
| PROCTOR WAINSCOTT<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | RICHARD SPICER<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| ROY COY<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | TED BYERS<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| WATKINS TRUCKS, INC.<br>ATTN: GEORGE WATKINS<br>4031 NEW CASTLE AVENUE<br>NEW CASTLE, DE 19720 | WILLIAM LATHAM<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 |
| WILLIAM MCGUIRE<br>C/O GEORGE & SIPES LLP<br>151 N DELAWARE ST, STE 1700<br>INDIANAPOLIS, IN 46204 | |