UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK, CHAPTER 11

| | |
|---|---|
| **DEBORAH PARKER/CATHERINE** <br> **5241 GARDENDALE AVENUE N.E.** <br> **CANTON, OHIO   44714** <br><br> V. <br><br> **MOTORS LIQUIDATION COMPANY, ET, AL** <br>   f/k/s General Motors Corp., et al. | CASE NO: 09-50026 (REG) <br><br> 2ND MOTION OF <br>  CONTEMPT OF COURT <br>  FAILING TO OBEY <br>  COURT ORDER <br><br> (Jointly administered) |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Now comes the Plaintiff's, Deborah Parker and Catherine Clark filing a Second Motion of Contempt of Court for failing to obey a Court Order.

On November 3, 2011 the Plaintiff, Deborah Parker contacted attorney Edward Wu concerning documents of (the Confirmation Order") (ECF No. 9941) confirming the Debtors' Second Amended Joint Chapter 11 Plan, and ECF No. 9836 ( the **"Plan)**, signed The Honorable Judge Robert E. Gerber, United States Bankruptcy Judge, and entered by t Clerk of the United States Bankruptcy Court for the Southern District of New York (the **"Bankruptcy"**) on March 11, 2011. These documents were a **"Court Order"** ordered by the Honorable Judge Robert E. Gerber. Exhibit's and Documents have not been sent completely to the Plaintiff's. Their has not been a direct percentage of what the Plaintiff's will received from the Trust therefore the Plaintiff's are filing to 2nd motion of Contempt to get all missing documents and to be informed of the existing settlement Distributed by Defendant's in the amount claim.

Therefore, the Plaintiff's has contacted attorney Jerome Hossler to represent Plaintiff's to protect their rights in this settlement.

Therefore, the Plaintiff's move this Court to expedite all exhibits and documents

Page 2

related to the claim Case No: 09-50026 with General Motors, Liquidation Company.

The asbestoses claim is of the Plaintiff's biggest concern because Mr. Frank Williams was an employee for over 20 years and died with lung cancer, a death certificate has already been submitted to this Court, and Share are of another concern, and all other Settlements that our family is entitled to.

We pray the Honorable Judge Robert E. Gerber contact the Plaintiff's concerning the issues presented.

Respectfully submitted,

Signed by:
Deborah Parker: _____ Date: November 3, 2011

Catherine Clark _____ Date: November 3, 2011


## CERTIFICATE OF MAILING

On November 3, 2011 a Second Motion of Contempt of Court was filed over night Express mail in Case No. 09-50026 with the United States Bankruptcy Court Southern District of New York by Deborah Parker/Catherine Clark v. Motors Liquidation Company and f/k/a General Motors Corporation, and copies were sent to Weil., Gotshal & Manges LLP., at 767 Fifth Avenue, New York, and The Garden City Group, Inc.

Deborah Parker _____ Date: 11/3/2011

Catherine Clark _____ Date: 11/3/2011