UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: MOTORS LIQUIDATION COMPANY, et al.     CASE NO.: 09-50026 (REG)
f/k/a General Motors Corp., et al.                              CHAPTER 11

## MOTION FOR ADMISSION OF BILLY J. HARRINGTON *PRO HAC VICE*

I, BILLY J. HARRINGTON ("Movant"), a member in good standing of the Bar of the State of Louisiana, hereby respectfully submit the following motion ("Motion") for the entry of an order permitting BILLY J. HARRINGTON to practice *pro hac vice*, before this Court to represent CATHY OVERSTREET, MEGAN OVERSTREET AND KATELYNN OVERSTREET ("Creditors"), pursuant to Local Bankruptcy Rule 2090-1(b), in the above-captioned cases. In support thereof, Movant respectively represents as follows:

1. BILLY J. HARRINGTON is licensed to practice law and is admitted, practicing and in good standing as a member of the Bar of the State of Louisiana (1985). There are no disciplinary proceedings pending against Mr. Harrington. Mr. Harrington's address is P.O. Box 603, Natchitoches, Louisiana 71458-0603. Mr. Harrington's email address is harrington@cp-tel.net and his telephone number is (318) 352-4192.

2. Movant requests that this Court grant this Motion so that Mr. Harrington may file pleadings and appear and be heard in these cases.

3. Notice of the Motion has been given to the United States Trustee.

4. Upon approval of this Motion, the $200.00 fee shall be paid for Mr. Harrington.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form annexed hereto, permitting BILLY J. HARRINGTON to appear *pro hac vice* as counsel for the creditors in the above-captioned cases and granting such further relief as is proper.

Dated:     10-31-11

BILLY J. HARRINGTON
Louisiana Bar Roll # 16961
P.O. Box 603
Natchitoches, LA 71458-0603
(318) 352-4192
Email: harrington@cp-tel.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al. | CASE NO.: 09-50026 (REG) CHAPTER 11 |

## ORDER ADMITTING BILLY J. HARRINGTON *PRO HAC VICE*

Upon the motion (the "Motion") of BILLY J. HARRINGTON, counsel to CATHY OVERSTREET, MEGAN OVERSTREET AND KATELYNN OVERSTREET ("Creditors"), for the admission *pro hac vice* of BILLY J. HARRINGTON, in connection with the above-referenced cases and all proceedings with respect to such cases; and it appearing that appropriate notice of the Motion has been given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to Local Bankruptcy Rule 2090-1, the Motion for admission *pro hac vice* of BILLY J. HARRINGTON is granted, and that BILLY J. HARRINGTON is admitted to the bar of the United States Bankruptcy Court for the Southern District of New York for the limited purpose of representing the Creditors in these cases and in any proceedings therein, subject to the payment of the filing fee with the Clerk of Court.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE