# POWELL MURPHY
## 322 NORTH OLD WOODWARD AVENUE
## BIRMINGHAM, MICHIGAN 48009

STEVEN C. POWELL

TELEPHONE: (248) 723-4390
DIRECT:    (248) 723-4391
FACSIMILE: (248) 646-3380
SCPOWELL@POWELLMURPHYLAW.COM

November 2, 2011

United States Bankruptcy Court                                  **Via First Class Mail**
Southern District of New York
Attn: Clerk of the Court
One Bowling Green
New York, NY 10004-1408

RE:   Notice of Change of Address of Powell Murphy
      In re: Motors Liquidation Company, et al
      Case No. 09-50026 (REG)

Dear Clerk of the Court:

Please note that we are moving our office a short distance from our current location on Old Woodward in downtown Birmingham, to a location at 370 E. Maple, Birmingham, MI 48009.

Therefore, please note that effective as of November 7, 2011, my new address is as follows:

Steven C. Powell
Powell Murphy
**370 E. Maple, 3rd Floor**
Birmingham, MI 48009

Please note that all of our other contact information (telephone number, facsimile number and of course email addresses) will not change. The only change is the actual street address.

Please contact me with any questions or comments.

Sincerely,

Powell Murphy

Steven C. Powell

SCP/rls
cc:   Clerk to the Honorable Judge Robert E. Gerber, Courtroom 621
      Joseph H. Smolinsky
      David Griffiths
      Edward Wu
      Garden City Group



RECEIVED NOV 7
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Letters.Courts.re Change of Address.10.26.11