# NEW YORK SOUTHERN DISTRICT BANKRUPTCY COURT

One Bowling Green
New York 10004

Case No.09-50026

Marianne Lisenko et al

v

General Motors Corporation et al

## MOTION FOR SERVICE AND PUBLICATION TO ALL PARTIES
## WITH  INTEREST IN GM CH.11 CASE.
## AFFIDAVIT

    I, Marianne Lisenko, hereby come to this court with a request for service  by noticing agent, the Garden City Group, of my **Motion for Clarifications**  and my **Motion for Final Judgment  and Approval of Writ of Execution  Against the General Motors Corporation and/or its affiliated companies and officers** - to all interested parties and claimants.


    This motion is justified by the fact that it is impossible for me to serve all the listed parties, financially or physically.  I do not have legal counsel and my access to postal and other communications is often impaired.

    The denial of this motion would be seen as a serious miscarriage of justice and a denial of the free dissemination of information of an important public nature, national and international.

I declare under oath and penalties of perjury and at the risk of losing my health, my mind, my body and my SOUL to the powers of death and destruction, should I deceive,  that all the above-stated is true and written in good faith.

And I have signed in Washington, D.C on November 4th, 2011

Marianne Lisenko_____ P.O.Box 34132, Washington, DC 20043

Copy-service to Counsel for GM and Debtors in Possession, Weil Gotshal & MANGES, 767 Fifth Ave, New York, NY 10153 Attn: Miller, Karotkin, Smolinsky

New York Southern District
Bankruptcy Court

Case 09-50026

Marianne Lisenko et al

v

General Motors Corporation et al

## AFFIDAVIT OF SERVICE

I, Marianne Lisenko, presently indigent and homeless due to administrative-financial-judicial abuses by individuals employed by corporate and decision-making entities who systematically betray the public trust, hereby declare under oath and penalty of perjury that on Oct. 31, 2011, I served by certified mail copies of my MOTION FOR FINAL JUDGMENT AND APPROVAL OF WRIT OF EXECUTION (28 USC 566(c). AGAINST THE GENERAL MOTORS CORP. AND/OR ANY OF ITS AFFILIATED COMPANIES AND OFFICERS. AFFIDAVIT and ENCLOSURE to the following representatives:

1. RUSSELL RICIARDI, VP, General Motors New York office aka GM INVESTMENT MANAGEMENT CORP.
767 Fifth Ave, 15th Floor
NEW YORK, NY 10153

2. WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave, New York, NY
10153

And I have signed in Washington D.C. on OCTOBER 31, 2011

MOTION FOR SERVICE TO OTHER PARTIES w/INTEREST BY GARDEN CITY GROUP NOTICING AGENT - TO FOLLOW.