**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                     ) ss
COUNTY OF NASSAU   )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 1, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting the 248th Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 11104].

Dated: November 8th, 2011
           Lake Success, New York

                                                                        /s/ Barbara Kelley Keane
                                                                        Barbara Kelley Keane

Sworn to before me this 8th day of November, 2011

/s/Nancy Formica
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires:  August 8, 2014

# EXHIBIT A

VANESSA A SMITH / MARCIA PRICE
1724 OTTAWA DR
TOLEDO, OH 43606

WENDY HARPER
861 FAIRFIELD ROAD
#515 NORTH
VICTORIA BC CANADA V8V 5A9

WENDY HARPER
C/O MOUNT ST MARY'S HOSPITAL
861 FAIRFIELD ROAD
861 FAIRFIELD RD N407
V8V5A9 VICTORIA BC CANADA