UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                             :     Chapter 11 Case No.
                                                  :
MOTORS LIQUIDATION COMPANY, *et al.*,             :     09-50026 (REG)
     f/k/a General Motors Corp., *et al.*         :
                                                  :
                    Debtors.                      :     (Jointly Administered)
                                                  :
------------------------------------------------------------------x

## ORDER GRANTING 248TH OMNIBUS OBJECTION
## AS TO CLAIM NUMBERS 1092, 1093 and 1398 FILED BY WILLIAM KUNTZ III

Upon the 248th omnibus objection dated September 23, 2011 (the "**Objection**")[1] to Proof of Claim Numbers 1092, 1093 and 1398 filed by William Kuntz III (collectively, the "**Kuntz Claims**"), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claims and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof (ECF No. 4079), seeking entry of an order disallowing and expunging Claim Numbers 1092, 1093 and 1398 on the grounds that such claims fail to provide sufficient documentation to ascertain the validity of the claims, all as more fully described in the Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection; and due and proper notice of the Omnibus Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response to the Objection filed by William Kuntz III (ECF No. 11064), the GUC Trust's reply thereto (ECF No. 11074), Mr. Kuntz's further reply (ECF No. 11084), the letter to the Court dated November 2, 2011 filed by the GUC Trust (ECF. No. 11106), and the letter to the Court dated November 3, 2011 filed by William Kuntz III (ECF No. 11118); and the Court at the hearing on the Omnibus Objection on October 28, 2011 (the "**Hearing**") having found and determined that the relief sought in the Omnibus Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Omnibus Objection establish just cause for the relief granted herein; and upon the record, including the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Omnibus Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Kuntz Claims are each disallowed and expunged; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
     *November 9, 2011*

                                          *s/ Robert E. Gerber*
                                          United States Bankruptcy Judge