**Mark Schlachet**
3637 South Green Road, 2d Floor
Cleveland, Ohio 44122
P: (216) 896-0714
F: (216)514-6406
mschlachet@gmail.com

*One of the Attorneys for Creditor-Plaintiffs*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | : Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a GENERAL MOTORS CORP., *et al.*, | |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------X

| | |
|---|---|
| **JOHN MORGENSTEIN, MICHAEL JACOB,** as Executor of the Estate of Doris Jacob, and **ALANTE CARPENTER** individually and on behalf of all others similarly situated, | |
| Plaintiffs, | : Adversary Proceeding No. 11-09409-reg |
| v. | |
| **MOTORS LIQUIDATION COMPANY** f/k/a **GENERAL MOTORS CORPORATION**, a Delaware Corporation, | |
| Defendant. | |

-----------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to the Sixth Amended Order Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 Establishing Notice and Case Management Procedures, dated May 5,

2011 (the "**Sixth Amended Order**") [Docket # 10183], the undersigned hereby certifies as follows:

1. On September 28, 2011, Plaintiffs filed a Motion for Order Permitting Electronic Service to Master Service List in Specific Adversary Proceeding [Docket # 10991], seeking an order allowing service of papers on the Master Service List's Notice Parties by electronic transmission, save and except service to the United States Trustee. A copy of that motion is annexed hereto as Exhibit A.

2. The deadline for submitting objections to the Motion for Order Permitting Electronic Service to Master Service List in Specific Adversary Proceeding was October 12, 2011 at 11:59 p.m. (Eastern Time).

3. No objections have been filed and served with respect to Plaintiffs' Motion for Order Permitting Electronic Service to Master Service List in Specific Adversary Proceeding.

4. An electronic copy of the proposed order that was attached to the Motion will be resubmitted to the Court, along with this Certificate of No Objection, pursuant to the Sixth Amended Order.

Based on the foregoing, it is respectfully requested that the proposed order be entered at the earliest convenience of the Court.

Dated: November 8, 2011                    Respectfully submitted,

                                           Mark Schlachet
                                           Mark Schlachet, Esq.

                                           3637 South Green Road, 2d Floor
                                           Cleveland, Ohio 44122
                                           P: (216) 896-0714
                                           F: (216) 514-6406
                                           mschlachet@gmail.com

                                           *One of the Attorneys for Plaintiffs*

## Certificate of Service of Certificate of No Objections

I, Mark Schlachet, hereby certify that on November 9, 2011, copies of the Certificate of No Objections were served (1) by U.S. mail upon The Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, (2) by Overnight Mail upon Motor Liquidation Company via Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 and (3) by electronic mail on all parties receiving notice via the Court's ECF System.

Dated: November 9, 2011

By: Mark Schlachet

Mark Schlachet, Esq.
3637 South Green Road, 2d Floor
Cleveland, Ohio 44122
P: (216) 896-0714
F: (216) 514-6406
mschlachet@gmail.com