Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :

In re                                :         Chapter 11 Case No.
                                  :

**MOTORS LIQUIDATION COMPANY**, *et al.*, :    09-50026 (REG)
   f/k/a General Motors Corp., *et al.*   :
                                  :

                  Debtors.        :         (Jointly Administered)
                                  :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OMNIBUS OBJECTIONS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the Motors Liquidation Company GUC Trust, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, hereby withdraws, without prejudice, the Omnibus Objections to Claims with respect to the Proofs of Claim listed below (the "**Claims**").

| Claim No. | Claimant | Omnibus Objection |
|---|---|---|
| 67977 | Sandra Caccoma | 111th Omnibus Objection |
| 69755 | Terry Love | 244th Omnibus Objection |
| 7458 | Sharon Brumley | 249th Omnibus Objection |

The GUC Trust reserves any and all rights to object to the Claims on any basis.

Dated: New York, New York
November 9, 2011

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust