Claim #30216
Tammy Holt
9386 Leafhopper Court
Las Vegas, NV 89178
(702)463-3389
tamholt@msn.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re ) Chapter 11 Case No.
)
) 09-50026 (REG)
Motors Liquidation Company, et al., )
f/k/a General Motors Corp., et al. ) (Jointly Administrated)
)
Debtor (s) )

## NOTICE OF OBJECTION TO 255TH OMNIBUS OBJECTION TO CLAIMS
(Insufficient Documentation)

**NOTICE IS HEREBY GIVEN** that TAMMY HOLT is objecting that her claim be expunged due to insufficient documentation. I am requesting that the courts re-evaluate my claim based upon the attached repair receipts totaling, One Thousand Five Hundred Seventy Three Dollars and 63/100($1,573.63), repairs which were required due to faulty factory installed coolant installed by the above named Debtor (s). The receipts confirm that the repairs were completed and paid in full and should be considered sufficient documentation needed for my claim. I cannot foresee that any further documentation would be required to approve my claim.

DATED this \_\_7th\_\_ day of \_\_November, 2011\_\_.

Respectfully submitted:

*Tammy Holt*
Tammy Holt
**Claim #30216**

/attachments

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

Name of Debtor (Check Only One)

☒ Motors Liquidation Company (f/k/a General Motors Corporation) — 09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC) — 09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation) — 09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.) — 09-13558 (REG)

Your Claim is Scheduled As Follows.

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property) **Tammy Holt**

Name and address where notices should be sent:
Tammy Holt
9386 Leafhopper Court
Las Vegas, NV 89178

Telephone number: 702-463-3389
Email Address: tamholt@msn.com

☐ Check this box to indicate that this claim amends a previously filed claim

Court Claim Number _____ (If known)
Filed on _____

Name and address where payment should be sent (if different from above):
- Same -

FILED - 30216
MOTORS LIQUIDATION COMPANY
F/K/A GENERAL MOTORS CORP
SDNY # 09-50026 (REG)

Telephone number: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

[Stamp: THE GARDEN CITY GROUP INC. NOV 19 2009]

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form EXCEPT AS FOLLOWS. If the amount shown is listed as DISPUTED, UNLIQUIDATED or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

1. Amount of Claim as of Date Case Filed, June 1, 2009    $ **770.91 & $315.00 Future repairs**

If all or part of your claim is secured complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9) complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Repairs to vehicle due to faulty factory installed coolant**
(See instruction #2 on reverse side)

3. Last four digits of any number by which creditor identifies debtor: **4583**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side)

4. Secured Claim (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☐ Other
Describe: _____

Value of Property $ _____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any $ _____

Basis for perfection: _____

Amount of Secured Claim $ _____    Amount Unsecured $ _____

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5)
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8)
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) (§ 507(a)(2))
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__)
Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: **11/13/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Tammy Holt**

FOR COURT USE ONLY

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Modified B10 (GCG) (12/08)

# JACK AND SONS AUTOMOTIVE
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| KEVIN HOLT<br>9386 LEAFHOPPER CT.<br>LASVEGAS NV 89178<br>(702)463-3389 (702)418-6329 | 7010 WEST RUSSELL RD<br>LAS VEGAS, NV 89113<br>(702)365-8887<br>GAR000025602 | Year Make. 2004 Pontiac Grand Prix GTP<br>Engine V6 3.8L Vin: 4 GAS FI FWD 4<br>License 590-UVJ<br>MLG in/out 90352 / 90352<br>Vin 2G2WR524941136445<br>MIKE |

Date 05/26/10   Schedule 05/26/10   **INVOICE : 14810**   Ref:8002483   07:23PM   Page 1

| REMARKS AND LABOR DESCRIPTIONS | HRS | PRICE | PARTS & LUBRICANTS | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|
| : REPLACE LOWER INTAKE MANIFOLD<br>GASKETS, UPPER INTAKE<br>GASKETS AND VALVE COVER GASKETS | | 540.00 | LOWER INTAKE GASKETS(U) | 1.00 | 66.40 | 66.40 |
| | | | UPPER INTAKE GASKET(N) | 1.00 | 41.91 | 41.91 |
| | | | COOLANT ELBOW(N) | 1.00 | 3.76 | 3.76 |
| | | | COOLANT ELBOW(N) | 1.00 | 12.48 | 12.48 |
| | | | GASKET FOR COVER AT REAR INTAKE(N) | 1.00 | 8.29 | 8.29 |
| | | | THERMOSTAT AND GASKET | 1.00 | 18.95 | 18.95 |
| | | | VALVE COVER GASKETS | 2.00 | 23.27 | 46.54 |
| | | | COOLANT DEX-COOL | 2.00 | 16.95 | 33.90 |

| DATE   TIME   PHONE   APPROVED   AMOUNT | All Parts Are New Unless Shown As (U) Used or (R) Rebuilt | Labor 540.00<br>Sublet 0.00 | Parts & Lubricants | 232.23 |
|---|---|---|---|---|
| I acknowledge notice and oral approval of an increase in the original estimated price | This vehicle will be reassembled within 3 days of the date shown above if I donot authorize the recommended services. | | WASTE<br>SHOP<br>Gasoline<br>Sub Total<br>Sales Tax<br>Deposit<br>Disc. Applied | 0.00<br>10.80<br>0.00<br>783.03<br>19.69<br>0.00<br>0.00 |
| CASH / CASH | X ............................................................<br>ACCEPTANCE   SIGNATURE<br>I accept the charges and terms of this agreement. | | TOTAL<br>BALANCE DUE | 802.72<br>0.00 |

I authorize the above repairs and necessary materials. Your employees may operate vehicle for inspection, testing, delivery at my risk. You will not be responsible for loss or damage to vehicle or items left in it. I agree to pay reasonable storage on vehicle left more that 3 working days after notification that job is completed. Labor is guaranteed 90 days or 4000 miles whichever occurs first. All other guarantees are made by the manufacturer. Warrantee work based on this bill must be performed at this shop. All parts are new unless specified as (U) used or (R) rebuilt. REMOVED PARTS WILL BE DISPOSED OF UNLESS I INITIAL HERE_____.

& CUSTOM WHEELS
400 NORTH BRIDGE LANE
LAS VEGAS, NV 89102
(702) 382-7025

| NAME/ADDRESS | ACCOUNT NO. | H-PHONE | REFERENCE NO. |
|---|---|---|---|
| KEVIN HOLT | 4633389 | (702)463-3389 | 1N00114366 |
| 9386 LEAFHOPPER CT | P.O. NO | W-PHONE | DATE/TIME |
|  |  | (702) — | 10/12/09 3:18 |
| LV, NV 89178 | RESALE NO. | VIN NO | WO ES NO |
|  |  |  | ES00035980 |
| YEAR/MAKE/MODEL | LICENSE NO. | TAG NO. | NEXT INSP. DATE | BAR NO. |
| 04 PONTIAC GRAND PRIX | 590UVJ |  | 0 / / |  |
| SAVE PARTS Y N | ALL PARTS NEW UNLESS OTHERWISE SPECIFIED | PROMISED DATE/TIME | MILEAGE 70625 | WRITTEN BY VC |

ESTIMATE  AMOUNT  DATE  TIME  EMPLOYEE  PHONE  CUSTOMER
ORIGINAL
REVISED 1
REVISED 2
I acknowledge notice and oral approval of an increase in the original estimate price.
X

DISCLAIMER OF WARRANTIES: ANY WARRANTIES ON THE PRODUCTS SOLD ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGE FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME OR ANY OTHER INCIDENTAL DAMAGES.
EMISSION WAIVER — I understand that I have the right to have emission service and/or adjustment done elsewhere. I hereby waive this right at this time.
X

## PARTS & OTHERS

| QTY. | PART NO. | DESCRIPTION | EACH | EXTENSION |
|---|---|---|---|---|
| 1 | EN | 2327 / RADIATOR | 260.00 | 260.00 |
| 1 | EN | CTH31979 / THERMOSTAT | 15.00 | 15.00 |
| 1 | EN | 51-1804 / WATER PUMP | 80.00 | 80.00 |
| 1 | EN | CTH30769 / GASKET SEAL | 2.06 | 2.06 |
| 1 | EN | COOLANT | 20.00 | 20.00 |

## LABOR

| QTY. | DESCRIPTION | EXTENSION |
|---|---|---|
| 1.00 | SHOP SUPPLIES | 10.00 |
| 4.70 | REPLACE RADIATOR, REPLACE THERMOSTAT & GASKET. REPLACE WATER PUMP. | 352.50 |

***** NOTE *****

SOME SEEPAGE FROM INTAKE MANIFOLD.
(EST. $395.00 PRTS & LBR)

20000 75 885

I hereby accept the initial estimate and agree to the terms and conditions herein set forth and hereby authorize the service and repair and/or installation work to be done along with the necessary materials and hereby grant you and/or your employees and/or designees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing or inspection. I hereby authorize storage of the vehicle at the rate of _____ per day beginning on the _____ day after repairs are completed. An express mechanic's lien is hereby acknowledged on vehicle to secure the amount of towing, storage, and/or repairs. You will not be held responsible for loss or damage to vehicle or accessories or articles left in vehicle in case of fire, theft, vandalism, accident, or any other cause beyond your control. In the event legal action is necessary to enforce this contract, I will pay reasonable attorney's fees and court cost.

AUTHORIZED BY X _(signature)_

| CASH AMOUNT | CHECK AMOUNT | CHECK NO. | C.C. AMOUNT | C.C. TYPE | C.C. APPROVAL CODE | ON ACCOUNT |
|---|---|---|---|---|---|---|
|  |  |  | 770.91 |  |  |  |

OWNER'S MANUAL RECOMMENDATIONS

### TOTALS
| | |
|---|---|
| PARTS | 377.06 |
| LABOR | 362.50 |
| OTHER |  |
| SUBLET |  |
| SUBTOTAL | 739.56 |
| TAX | 31.35 |
| TOTAL | 770.91 |

THANK YOU!