UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br>[ ] MLCS, LLC, Case No. 09-50027<br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | EVERETT EDWARD COLBY CUSTODIAN FOR EVERETT EDWARD COLBY 3RD<br>393 NORTH MAIN STREET<br>MARS HILL, NC 28754 |
| Claim Number (if known): | 71231 |
| Date Claim Filed: | 9/20/2011 |
| Total Amount of Claim Filed: | $1,827.81 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/6/11

Print Name: EVERETT E. COLBY

Title (if applicable): _____

RECEIVED NOV 10 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1