# LAW OFFICE OF MARC M. ISAAC PLLC
## 210 MOORE AVENUE
## FREEPORT, NEW YORK 11520

PHONE: (516) 750-1422                    FAX: (866) 342-2903

MISAAC@MMIPLLC.COM

WWW.MMIPLLC.COM

**VIA U.S. FIRST-CLASS MAIL**
CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004

November 8, 2011

Re:  Request to discontinue receiving electronic notices in

Motors Liquidation Co. 09-50026 (REG)
&
Coudert Brothers LLP  06-12226 (RDD)

Dear Sir/Madam:

I hereby request that I be removed from the list of counsel receiving electronic filing notices in the following cases:

Motors Liquidation Co. 09-50026 (REG)

Coudert Brothers LLP  06-12226 (RDD)

My name is Marc M. Isaac. The name of my firm is the Law Office of Marc M. Isaac PLLC and the e-mail address to which the notices are being sent is misaac@mmipllc.com.

Respectfully submitted,

MARC M. ISAAC (MI-1873)



RECEIVED NOV 10 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK