**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

333 WEST WASHINGTON ST., SUITE 200
SYRACUSE, NY 13202
(315) 423-7100

WENDY A. KINSELLA

FAX:    (315) 422-9331
WKINSELLA@HARRISBEACH.COM

November 15, 2011

**VIA CM/ECF**

Clerk of the U.S. Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

    RE:    Motors Liquidation Company, et al.
              Chapter 11, Case No. 09-50026 (REG)

Dear Clerk:

    Please be advised that Harris Beach PLLC on behalf of our client, Town of Salina, hereby withdraws the Town of Salina's Administrative Proof of Claim No. 70883 filed in the above-referenced case.

    I thank the Court for its attention to this matter and its courtesies herein.

                              Respectfully,

                              HARRIS BEACH PLLC

                              Wendy A. Kinsella

WAK/kcc

cc: David Berz, Esq. (via cm/ecf)
    Joseph H. Smolinsky, Esq. (via cm/ecf)