UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

In re                                                                          :    Chapter 11 Case No.
                                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,          :    09-50026 (REG)
       f/k/a General Motors Corp., *et al.*        :
                                                                               :    (Jointly Administered)
           Debtors.                               :
                                                                               :
------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES

PLEASE TAKE NOTICE that Deborah M. Buell, Esq. hereby withdraws her appearance in the above-referenced case on behalf of (i) Grupo KUO, S.A.B. de C.V.; (ii) Transmisiones y Equipos Mecanicos, S.A.B. de C.V. (TREMEC); (iii) Transmission Technologies Corporation ("TTC"); (iv) Pistones Moresa, S.A. de C.V. ("Pistones"), and (v) the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and requests to be removed from all service lists and from the CM/ECF notice list for this case.

Dated:  New York, New York
        November 15, 2011

                                         Respectfully submitted,

                                         /s/ Deborah M. Buell
                                         Deborah M. Buell, Esq.
                                         Cleary Gottlieb Steen & Hamilton LLP
                                         One Liberty Plaza
                                         New York, NY  10006
                                         (212) 225-2000

                                         Attorneys for Grupo KUO, S.A.B. de
                                         C.V., TREMEC, TTC, Pistones and
                                         UAW

## CERTIFICATE OF SERVICE

I, do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed on the service list, below.

Transmitted electronically to all parties requesting Notice

Dated this 16 day of November, 2011

Richard V. Conza

## SERVICE LIST

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

Judy B. Calton
Honigman Miller Schwartz & Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226

Patrick J. Trostle
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, Delaware, 19890-1615
Attn: Corporate Trust Administration

Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th floor
New York, NY 10166-0193
Attn: Matthew Williams and Keith Martorana

FTI Consulting
One Atlantic Center
1201 West Peachtree Street, suite 500
Atlanta, GA 30309
Attn: Anna Phillips

<u>Trust Administrator</u>
Kirk P. Watson, Esq.
2301 Woodlawn Boulevard
Austin, Texas 78703

<u>Trust Administrator</u>
Crowell & Moring LLP.
590 Madison Avenue, 19th floor
New York, NY 10022-2524
Attn: Michael V. Blumenthal

Al Koch
AP Services, LLC.
2000 Town Center
Suite 2400
Southfield, Michigan 48075

Thomas Moers Mayer
Robert T. Schmidt
Adam C. Rogoff
Gregory G. Plotko
Kramer Levin Naftalis & Frankel LLP (Counsel)
1177 Avenue of the Americas
New York, New York 10036

Barry N. Seidel
Eric B. Fisher
Robert Sidorsky
Butzel Long, PC
380 Madison Avenue, 22nd Floor
New York, NY 10017

The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004