Joseph J. Heath, Esq.
716 E. Washington Street
Suite 104
Syracuse, NY 13210

*General Counsel for the Onondaga Nation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) |  |
| MOTORS LIQUIDATION COMPANY, *et al.*) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* ) | (Jointly Administered) |
| ) |  |
| Debtors. ) |  |

## NOTICE OF WITHDRAWAL OF
## PROOF OF CLAIM FILED BY THE ONONDAGA NATION

PLEASE TAKE NOTICE that the Onondaga Nation, by and through its counsel Joseph J. Heath, hereby withdraws its Proof of Claim No. 62952, filed on November 28, 2009 in its capacity as Trustee for natural resource damages related to the Onondaga Lake Superfund site. This Notice of Withdrawal affects only the Nation's claim as described above and does not implicate other claims filed for natural resource damages related to the Onondaga Lake Superfund Site.

November 7, 2011

_____
Joseph J. Heath, 505660
General Counsel, Onondaga Nation

## CERTIFICATE OF SERVICE

I certify that on DATE, a true and correct copy of this Notice was filed electronically and was forwarded via the ECF Notification System to all parties receiving such notices.

November 7, 2011

_____
Joseph J. Heath
General Counsel, Onondaga Nation