Registred Mail.

          40, via Villafranca,
          90141 Palermo, Italy.
          disalvoliborio@hotmail.com
          November 6, 2011.

NEX HERING: NOVEMBER 22, 2011
United States Bankruptcy Court,
Southern District of New York.
In re:
Motors Liquidation Company, et al.,
f/K/a General Motors Corp., et al. Debitors.
Capter 11. Case No. 09 - 50026 (REG).
(Jontly Administered).
To:
- A. Chamber of Honorable ROBERT E. GERBER, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House. One Bowling Green, Courtroom 621, New York, New York 10004-1408.
- B. /s/ JOSEPH H SMOLINSKY,
Harvey R. Miller,
Stephen Karotkin,
Joseph H. Smolinsky.
WEIL, GOTSHAL & MANGES LLP.
767, Fifth Avenue,
New York, New York 10153.
Attorneys for Debtors
and Post Effective Date Debtors.

Dear Sirs,
    Following yours: AMENDED NOTICE OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 28, 2011. Dated New York, New York October 26, 2011. V. ADOURNED MATTERS.
    32. Debitors' 140th Omnibus Objection to Claim by LIBORIO DI SALVO (Eurobond Deutsche Debt) (ECF No 8307).
    At present I confirm:
- 1. My Mail dated February 21, 2011, sended to you, with registrated Mail No. RA246324935IT.
- 2. My mail dated April 8, 2011, sended to you.
- 3. My mail dated May 2, 2011, sended to you.
- 4. My mail dated June 6, 2011, sended to you.
- 5. My mail dated September 7, 2011, sended to you.
- 6. My mail dated October 5, 2011, sended to you.

I am waiting for your decision about my credit of Money Loaned, ISIN No. XS0171942757, for $151,000.00 at June, 1, 2009, with Document's Summary enclosed into my Registred Mail No. RA257969852IT, sended to you.

    Yours faithfully    *Liborio Di Salvo*
          Mr Liborio Di Salvo.

*Enclosed # 1.*