# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,                            :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                    :
                                                                 :
                        Debtors.                          :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF SUFFOLK    )

I, Radha S. Rai, being duly sworn, depose and state:

1.    I am a Senior Project Manager with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.    On December 16, 2010, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (master service list and notice of appearance parties), by first class mail on the parties identified on Exhibit B annexed hereto (20 largest creditors of Remediation and Liability Management Company, Inc., 20 largest creditors of Environmental Corporate Remediation Company, Inc., and a notice of appearance party whose e-mail address failed), by facsimile on the Office of the United States Trustee, (212)668-2255, and by overnight delivery on Tracy Woody, 4908 Vallery Place, Raleigh, North Carolina 27604 (affected party):

- Notice of Settlement of Order Denying Motion of Tracy Woody for Relief from Stay and Granting Supplemental Relief [Docket No. 8149].

Dated: December 20, 2010             /s/ Radha S. Rai
       Melville, New York            Radha S. Rai

Sworn to before me this 20th day of December, 2010

/s/ Jodi Pujols
Jodi Pujols
Notary Public, State of New York
No. 01PU6175916
Qualified in Nassau County
Commission Expires: October 22, 2011