If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Debtors and Post-Effective Date Debtors (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                         :

In re                            :         **Chapter 11 Case No.**
                                           :

**MOTORS LIQUIDATION COMPANY,** *et al.*,   :     **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*   :
                                           :

                   **Debtors.**      :        **(Jointly Administered)**
                                           :
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 22, 2011 AT 9:45 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    PRETRIAL CONFERENCE**

    1.    *Morgenstein v. Motors Liquidation Company*, Adv. Proc. No. 11-09409:  Motors Liquidation Company's and Motors Liquidation Company GUC Trust's Motion to Dismiss Plaintiff's Complaint for Revocation of Discharge and, in the alternative, Motion to Dismiss Class Allegations  (**ECF No. 5**)

        Responses Filed:        None to date.

        Replies Filed:         None to date.

        Additional Documents:    None to date.

        **Status**:         This matter is going forward as a pretrial conference only. Plaintiff's time to respond to the motion has been extended to December 15, 2011.

II.    **CONTESTED MATTERS**

1.    Debtors' 119th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8204**)

Responses Filed:

   A.    Response of Johann Conrad Von Waldthausen (**ECF No. 8813**)

Replies Filed:

   B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

   C.    Order Granting Debtors' 119 Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9165**)

**Status:**    This matter is going forward.

2.    Debtors' 121st Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8267**)

Responses Filed:

   A.    Nicholas Martin (Informal)

Replies Filed:

   B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

   C.    Order Granting Debtors' 121st Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9167**)

**Status:**    This matter is going forward.

3.    Debtors' 122nd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8268**)

Responses Filed:

    A.      Response of Arthur Staple (**ECF No. 8754**)

Replies Filed:

    B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

    C.      Order Granting Debtors' 122nd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9168**)

**Status:**      This matter is going forward.

4.      Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8272**)

Responses Filed:

    A.      Response of James E. Lockhart (**ECF No. 8818**)

Replies Filed:

    B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

    C.      Order Granting Debtors' 126th Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9172**)

**Status:**      This matter is going forward.

5.      Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8302**)

Responses Filed:

    A.      D. Andreas Hesse (Informal Response)

Replies Filed:

    B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd,

203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

C.    Order Granting Debtors' 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9181**)

**Status:**    This matter is going forward.

6.    Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 8304**)

Responses Filed:

A.    Response of Gerhard Vogt (the "**Vogt Response**") (**ECF Nos. 8939, 10320**)

Replies Filed:

B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

C.    Order Granting Debtors' 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9184**)

**Status:**    This matter is going forward.

7.    Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8307**)

Responses Filed:

A.    Objection to Debtors' Motion for Disallowing and Expunging Claim by Liborio Di Salvo (**ECF Nos. 9084, 9551, 10087, 10196, 10428, 10853, 11037, 11145**)

Replies Filed:

B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

    C.     Order Granting Debtors' 140th Omnibus Objection to Claims (Eurobond Deutsch`e Debt Claims) (**ECF No. 9187**)

**Status:**       This matter is going forward.

8.    Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt) (**ECF No. 8310**)

Responses Filed:

    A.     Response by Paul Schwake (**ECF No. 9083**)

Replies Filed:

    B.     Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

    C.     Order Granting Debtors' 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) (**ECF No. 9190**)

**Status:**       This matter is going forward.

9.    Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 8914**)

Responses Filed:

    A.     Response to Objection Duplicate Debt Claims by Alma G. Haller (**ECF No. 9292**)

Replies Filed:

    B.     Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

    C.     Order Granting Debtors' 203rd Omnibus Objection to Claims (Duplicate Debt Claims) (**ECF No. 9706**)

**Status:**        This matter is going forward.

10.        Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9450**)

Responses Filed:

A.        Response by Cecil A. Benjamin (**ECF No. 9623**)

Replies Filed:

B.        Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 119th, 121st, 122nd, 126th, 135th, 137th, 140th, 143rd, 203rd, and 213th Omnibus Objections to Claims (Bondholder Claims) (**ECF No. 11134**)

Additional Documents:

C.        Order Granting Debtors' 213th Omnibus Objection to Claims (Duplicate Debt Claims - Wilmington Trust Bonds) (**ECF No. 9977**)

**Status:**        This matter is going forward.

## III.        UNCONTESTED MATTERS

1.        Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 8910**)

Responses Filed:

A.        Robert Nann (the "**Nann Response**") (Informal Response)

Replies Filed:                None to date.

Additional Documents:

B.        Order Granting Debtors' 199th Omnibus Objection to Claims (Claims for Preferred Stock) (**ECF No. 9702**)

**Status:**        This matter is going forward on an uncontested basis as the claimant has already received his distribution on account of his bonds and the claimant now consents to disallowance of his claim.

2.        242nd Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10728**)

Responses Filed:

A.        Centerpoint Associates LLC (the "**Centerpoint Response**") (Informal)

Replies Filed:                None to date.

Additional Documents:

    B.    Order Granting 242nd Omnibus Objection to Claims (**Contingent Co-Liability Claims**) (**ECF No. 10972**)

**Status:**    This matter is going forward on an uncontested basis as the parties have agreed on the form a proposed order to disallow the claim, which will be handed to the Court at the hearing.  The objection is withdrawn as to Seneca Insurance Co. Inc. (Claim No. 216) and State Farm Fire and Casualty Co (Claim No. 16684).

3.    Reorganized Debtors' (1) Supplemental Claim Objection and (2) Motion to Enforce the Plan Injunction and Automatic Stay and to Enjoin Chartis U.S. From Continuing to Retain More than $20 Million It Improperly Seized from the Reorganized Debtors [Claim Nos. 58680, 58681, 59682, and 59697] (**ECF No. 11019**)

Responses Filed:                None to date.

Replies Filed:                None to date.

Additional Documents:

    A.    Notice of Presentment of Stipulation and Agreed Order Approving a Partial Resolution of Certain Claims Asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company (**ECF No. 11119**)

**Status**:    The parties have entered into a partial settlement and request that a status conference be held at the hearing on issues not resolved by the settlement.

4.    252nd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late Filed Claims) (**ECF No. 11053**)

Responses Filed:                None to date.

Replies Filed:                None to date.

Additional Documents:                None to date.

**Status**:    This matter is going forward.

5.    253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

Responses Filed:

A.      Response of Linda Mariscal to the 253rd Omnibus Objection (the "**Mariscal Response**") (**ECF No. 11114**)

B.      Response of Alicia Harris to the 253rd Omnibus Objection (the "**Harris Response**") (Informal)

C.      Response of Lonnie Chapman to the 253rd Omnibus Objection (the "**Chapman Response**") (**ECF No. 11136**)

D.      Response of Alberta Bruster to the 253rd Omnibus Objection (the "**Bruster Response**") (**ECF No. 11146**)

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status**:       This matter is going forward except as to the Mariscal Response. the Harris Response, the Chapman Response and the Bruster Response, which are adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.

6.      254th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late Filed Claims) (**ECF No. 11055**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:         None to date.

**Status**:       This matter is going forward.

7.      255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11056**)

Responses Filed:

A.      Response by Tammy Holt (the "**Holt Response**") (**ECF No. 11131**)

B.      Response by Susan V. Hufton (the "**Hufton Response**") (**ECF No. 11140**)

Replies Filed:                None to date.

Additional Documents:          None to date.

**Status**:          This matter is going forward except as to the Holt Response and
the Hufton Response, which are adjourned to December 20, 2011
at 9:45 a.m. and may be subject to further adjournments.

8.          256th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying
Property Damage Claims) (**ECF No. 11057**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:          None to date.

**Status**:          This matter is going forward.

## IV.   WITHDRAWN MATTERS

1.          Debtors' Objection to Administrative Proof of Claim No. 70883 filed by the
Town of Salina (**ECF No. 11030**)

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

A.          Withdrawal of Town of Salina's Administrative Proof of Claim No.
70883 (**ECF No. 11141**)

**Status**:          This matter is withdrawn as the claimant withdrew the claim that
was the subject of the Debtors' objection.

2.          Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for
Prepetition Debt Claims) (**ECF No. 9456**)

Responses Filed:

A.          Response by Karl Philipp Muller (the "**Muller Response**") (**ECF No.
9798**)

Replies Filed:          None to date.

Additional Documents:

    B.    Order Granting Debtors' 216th Omnibus Objection to Claims (Administrative Proofs of Claim for Prepetition Debt Claims) (**ECF No. 9980**)

    **Status:**    The objection is withdrawn as to Karl Phillip Muller (Claim No. 70884).

3.    Motion of Sentry Select Insurance Company for Reconsideration of Claim No. 44306 (**ECF No. 9933**)

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**:    This matter is withdrawn as the parties have reached an agreement.

## V.    ADJOURNED MATTERS

1.    Motion for Entry of Order Pursuant to 11 U.S.C. Sect. 105 Enforcing 363 Sale Order and Armspa Ordering New GM to Comply with Terms and Provisions and Motion for Sanctions filed by Terrie Sizemore (**ECF No. 10714**)

    Responses Filed:

    A.    General Motors LLC's Response to Dr. Sizemore's (i) Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order and ARMSPA Ordering New GM to Comply with Terms and Provisions, and (ii) Motion for Sanctions (**ECF No. 10995**)

    Replies Filed:

    B.    Reply to General Motors LLC's Response filed by Terrie Sizemore (**ECF No. 11021**)

    Additional Documents:

    C.    Letter to Judge Gerber re: GM's New York Counsel Threatening with Filing Contempt Charges by Terrie Sizemore (**ECF No. 10674**)

    **Status**:    This matter is adjourned at the request of Terrie Sizemore to a date to be determined.

2.    Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

      Responses Filed:          None to date.

      Replies Filed:          None to date.

      Additional Documents:      None to date.

      **Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m.

3.    Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 9455**)

      Responses Filed:

        A.    Response to Notice of Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 10106**)

      Replies Filed:          None to date.

      Additional Documents:      None to date.

      **Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m.

4.    Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim Pursuant to 11 U.S.C. § 105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure (**ECF No. 10355**)

      Responses Filed:          None to date.

      Replies Filed:          None to date.

      Additional Documents:      None to date.

      **Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m.

5.    Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

      Responses Filed:

        A.    Objection to Motion by Impact Group (**ECF No. 6240**)

        B.    Consumers Energy (Informal Response)

        C.    OCE (Informal Response)

      Replies Filed:          None to date.

Additional Documents:

D.      Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

6.      Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

A.      Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

B.      Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

C.      Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

E.      Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

F.      Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

Replies Filed:              None to date.

Additional Documents:

G.      Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

7.  Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

    Responses Filed:

    A.  Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

    Replies Filed:                 None to date.

    Additional Documents:

    B.  Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

    C.  Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

    **Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

8.  Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

    Responses Filed:

    A.  The DeMassi Response (**ECF No. 6454**)

    Replies Filed:                 None to date.

    Additional Documents:

    B.  Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

    C.  Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

    **Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes

forward on December 20, 2011, claimants will be notified via letter
sent by December 13, 2011.

9.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified)
(**ECF No. 6255**)

Responses Filed:

A.     Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims;
(2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors'
Thirty-Second Omnibus Objection to Claims (Incorrectly Classified
Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of
the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                        None to date.

Additional Documents:

B.     Order Granting Debtors' Thirty-Second Omnibus Objection to Claims
(Incorrectly Classified Claims) (**ECF No. 6632**)

C.     Supplemental Order Granting Debtors' Thirty-Second Omnibus
Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and
may be subject to further adjournments.  If this matter goes
forward on December 20, 2011, claimants will be notified via letter
sent by December 13, 2011.

10.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF
No. 6646**)

Responses Filed:

A.     Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to
Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No.
7034**)

B.     Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth
Omnibus Objection to Claims (**ECF No. 6987**)

C.     Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus
Objection to Claims (**ECF No. 7008**)

D.     Response to Motion to Debtors' Thirty Ninth Omnibus Objection to
Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

Replies Filed:                        None to date.

Additional Documents:

E.       Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims
         (Dealership Claims) (**ECF No. 7170**)

**Status:**       This matter is adjourned to December 20, 2011 at 9:45 a.m. and
                  may be subject to further adjournments.  If this matter goes
                  forward on December 20, 2011, claimants will be notified via letter
                  sent by December 13, 2011.

11.     Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to
        Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

        Responses Filed:

        A.       Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second
                 Omnibus Objection to Claims" (**ECF No. 7022**)

        Replies Filed:                None to date.

        Additional Documents:

        B.       Order Granting Debtors' Eighty-Second Omnibus Objection to Claims
                 (Claims Relating to Former Employees Represented by United Auto
                 Workers) (**ECF No. 7214**)

        **Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and
                         may be subject to further adjournments.  If this matter goes
                         forward on December 20, 2011, claimants will be notified via letter
                         sent by December 13, 2011.

12.     Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

        Responses Filed:

        A.       Objection and Response to Debtors' Eighty-Third Omnibus Objection
                 to Claim Re: Claim No. 62922  by Linda K. Bellaire (**ECF No. 6972**)

        B.       Response and Objection to Debtors' Eighty-Third Omnibus Objections
                 to Claims by Linda K. Bellaire (**ECF No. 7076**)

        C.       Robert R. Hickman (Informal Response)

        D.       Darlene M. Schneider (Informal Response)

        E.       David E. Turner (Informal Response)

F.      Calvin H. Purnell (Informal Response)

G.      Alfred McMullen (Informal Response)

H.      Joseph Cobble Jr. (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

I.      Order Granting Eighty-Third Omnibus Objection to Claims (Welfare
        Benefits Claims of Retired and Former Salaried and Executive
        Employees) (**ECF No. 7215**)

**Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and
                may be subject to further adjournments.  If this matter goes
                forward on December 20, 2011, claimants will be notified via letter
                sent by December 13, 2011.

13.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting
       Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

       Responses Filed:

           A.      Response to Debtors' Eighty-Ninth Objection to Claim by Gerald A.
                   Kolb (**ECF No. 7367**)

           B.      Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims and
                   Motions Requesting Enforcement of a Bar Dated Orders (Late-Filed
                   Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

           C.      Response in form of letter re: car accident claim by Felipe Esquibel
                   (**ECF No. 7407**)

           D.      Response in form of letter by John Pierro (**ECF No. 7563**)

           E.      Monty R. and Lisa K. Henderson (Informal Response)

       Replies Filed:                    None to date.

       Additional Documents:

       F.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and
               Motion Requesting Enforcement of the Bar Date Orders (Late-Filed
               Claims) (**ECF No. 7668**)

       **Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and
                       may be subject to further adjournments.  If this matter goes

forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

14.     Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:

    A.     Pearly M. Jones (Informal Response)

    B.     Faye M. Tompach (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    C.     Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

**Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

15.     Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

    A.     Barry E. Herr (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    B.     Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

**Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

16.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

　　　Responses Filed:

　　　　A.　　Cecilia N. Best, Trustee (Informal Response)

　　　Replies Filed:　　　　　　None to date.

　　　Additional Documents:

　　　　B.　　Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

　　**Status:**　　This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

17.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

　　　Responses Filed:

　　　　A.　　Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

　　　Replies Filed:　　　　　　None to date.

　　　Additional Documents:

　　　　B.　　Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

　　**Status:**　　This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

18.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

　　　Responses Filed:

　　　　A.　　City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

　　　Replies Filed:　　　　　　None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

19.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

    A.    Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

    B.    Sarlower Olivier Tibbs (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

20.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

    A.    Sharron S. Reyes (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:** This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

21. Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

Responses Filed:

    A.    Sharon A. Bell (**ECF No. 7492**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:** This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

22. Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

    A.    Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

    B.    Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

    C.    Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

    D.    Response in form of letter by George Leedom (**ECF No. 7401**)

    E.    George W. Conrad (Informal Response)

Replies Filed:        None to date.

Additional Documents:

    F.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:** This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

23.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

    A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:                            None to date.

Additional Documents:

    B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

24.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

    A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:                            None to date.

Additional Documents:

    B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

25.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

    A.    Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

    B.      Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

    C.      Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

    D.      Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

    E.      William Bradford Jones (Informal Response)

    F.      Timothy Roberts (Informal Response)

<u>Replies Filed</u>:        None to date.

<u>Additional Documents</u>:

    G.      Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

    H.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 67977 by Sandra Caccoma) (**ECF No. 11130**)

**<u>Status:</u>**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

26.    Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

<u>Responses Filed</u>:

    A.      Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

    B.      David Scott (Informal)

    C.      Thomas L. & Donna L. Kracker (Informal)

<u>Replies Filed</u>:        None to date.

Additional Documents:

    D.    Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

27.    Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

    Responses Filed:

    A.    Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

    B.    Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

    C.    Richard P. McManama (**Informal Response**)

    Replies Filed:    None to date.

    Additional Documents:

    D.    Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

28.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

    Responses Filed:

    A.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

    B.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

C.    Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

D.    Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

E.    Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

F.    Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

G.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

H.    Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

I.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

J.    Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

Replies Filed:                   None to date.

Additional Documents:

K.    Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

29.    Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

Responses Filed:

A.    Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus Objection to Claims (Claim Nos. 68626 & 66661) (**ECF No. 8800**)

B.      Response to Motion of Debtors' 120th Omnibus Objection to Claims by Sentry Insurance a Mutual Company and Sentry Select Insurance Company (**ECF No. 8838**)

Replies Filed:                      None to date.

Additional Documents:

C.      Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 9166**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

30.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

Responses Filed:

A.      Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

1.      Response by Daniel Plouffe (**ECF No. 10474**)

Replies Filed:

B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

C.      Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

D.      Supplemental Order Granting 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10631**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

31.     Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

    A.    Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

        1.    The Plouffe Response (**ECF No. 9894, 10474**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

    D.    Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10787**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

32.     Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.    Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:            None to date.

Additional Documents:

    B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

33.     Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.     Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    B.     Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:                    None to date.

Additional Documents:

    C.     Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:          This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

34.     Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.     Lapeer Metal Stamping Companies, Inc.'s Response in Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9322**)

    B.     Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    C.     Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

    D.     Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

    E.     Carrier Corp. (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    F.     Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:  This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.  The objection is withdrawn as to Lapeer Metal Stamping Companies, Inc. (Claim No. 51349).

35. Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

Responses Filed:

 A. Jack Wendall and Freda Peterson (Informal Response)

 B. Marian S. Morelli (Informal Response)

 C. Marion and Della Goble (Informal Response)

Replies Filed:  None to date.

Additional Documents:

 D. Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**Status:**  This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

36. Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

Responses Filed:

 A. Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

Replies Filed:  None to date.

Additional Documents:

 B. Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:**  This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

37.     Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date
        Orders (Late-Filed Claims) (**ECF No. 8847**)

        <u>Responses Filed</u>:

        A.      Objection to Debtors' Motion Expunging Claim by Theresa M.
                McHugh (**ECF No. 9231**)

        B.      Response of Debtors' Objection to Proof of Claim No. 70180 by Betty
                E. Dalton (**ECF No. 9344**)

        C.      Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF
                No. 9369**)

        D.      Letter To Judge Gerber Re: Claim No. 69723 by Jennifer Denny (**ECF
                No. 9408**)

        E.      Brandon J. Davis (Informal Response)

        F.      Rachel L. Boodram (Informal Response)

        G.      Ronald L. Phillips (Informal Response)

        H.      Sudie M. Venable (Informal Response)

        I.      Deanna M. Lesser (Informal Response)

        J.      Wayne Hutchinson (Informal Response)

        <u>Replies Filed</u>:              None to date.

        <u>Additional Documents</u>:

        K.      Order Granting Debtors' 165th Omnibus Objection to Claims and
                Motion Requesting Enforcement of Bar Date Orders (Late-Filed
                Claims) (**ECF No. 9635**)

        L.      Supplemental Order signed on 8/17/2011 Regarding Debtors' 165th
                Omnibus Objection to Claims and Motion Requesting Enforcement of
                Bar Date Orders (Late-Filed Claims) (**ECF No. 10711**)

        **<u>Status:</u>**          This matter is adjourned to December 20, 2011 at 9:45 a.m. and
                        may be subject to further adjournments.  If this matter goes
                        forward on December 20, 2011, claimants will be notified via letter
                        sent by December 13, 2011.

38.     Debtors' 168th Omnibus Objection to Claims (Supplemental Executive
        Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

    A.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

    B.    Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

    C.    Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

    D.    Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

    E.    Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:    None to date.

Additional Documents:

    F.    Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

    **Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

39.    Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

    A.    Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

    B.    Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

    C.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

        1.    Letter to Judge Gerber (**ECF No. 9914**)

    D.    Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

Replies Filed: None to date.

Additional Documents:

E.   Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

F.   Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

**Status:**   This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

40.   Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

A.   Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:                    None to date.

Additional Documents:

B.   Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**   This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

41.   Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

A.   Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

B.   Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

    C.      Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.      Richard Schell (Informal)

    E.      Mohamed Fetouh (Informal)

Replies Filed:          None to date.

Additional Documents:

    F.      Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

42.      Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.      Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

43.      Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:             None to date.

Additional Documents:

    B.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

44.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

    A.    Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

    B.    Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed:             None to date.

Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

45.    Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

    A.    Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

    B.    Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

    C.    Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

    D.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    E.    Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

46.    Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

    A.    The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

**Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

47.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

   A.    Stanley Jack (Informal)

Replies Filed:                    None to date.

Additional Documents:

   B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

   **Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

48.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

   A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

   B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

   C.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

   D.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

   E.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

   F.    Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:                None to date.

Additional Documents:

    G.    Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

49.    Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

    A.    Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

    B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.    Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

    D.    Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:                None to date.

Additional Documents:

    E.    Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

50.    Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

Responses Filed:

A.     Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

B.     Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

C.     Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

D.     Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

E.     Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

**<u>Status:</u>**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

51.     Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

<u>Responses Filed</u>:

A.     Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

B.     Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

C.     Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

D.     Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

<u>Replies Filed</u>:          None to date.

Additional Documents:

    E.    Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

52.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

    A.    Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

    B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.    Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:    None to date.

Additional Documents:

    D.    Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

53.    Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

    A.    Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

    B.    Carolyn Deruso (Informal)

Replies Filed:                    None to date.

Additional Documents:

    C.    Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

54.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.    Jessica High (the "**High Response**") (Informal)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

    C.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

55.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

A.      Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

<u>Replies Filed</u>:                 None to date.

<u>Additional Documents</u>:

B.      Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

C.      Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**<u>Status</u>:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

56.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

<u>Responses Filed</u>:

A.      Vincent Germano Jr. (Informal)

<u>Replies Filed</u>:                 None to date.

<u>Additional Documents</u>:

B.      Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**<u>Status</u>:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

57.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

<u>Responses Filed</u>:

A.      ATEL Leasing Corporation (Informal Response)

     B.      Noreen Glaspie (Informal Response)

Replies Filed:

     C.      Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

     D.      Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

58.     Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

     A.      Frances L. Kelleher (**Informal Response**)

Replies Filed:      None to date.

Additional Documents:

     B.      Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**      This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

59.     Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

     A.      Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

     B.      Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

    C.       Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

    D.       Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    E.       Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

    F.       Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**<u>Status</u>:**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

60.     Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

    <u>Responses Filed</u>:

    A.       Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

    B.       General Electric Company (Informal)

    C.       Owens-Illinois Inc. (Informal)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    D.       Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**<u>Status</u>:**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

61.     Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.    Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th

    C.     and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    D.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

    E.    Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

    **Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

62.    Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

    A.    Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

    B.    State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

    C.    Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

    D.    Travelers Insurance (Informal)

    E.    Country Mutual Insurance Company (Informal)

    F.    Country Preferred Insurance Company (Informal)

Replies Filed:                    None to date.

Additional Documents:

    G.    Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

63.    Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

Responses Filed:

    A.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10177**)

        1.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10426**)

    B.    Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

    C.    Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

    D.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

    E.    Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:                    None to date.

Additional Documents:

    F.    Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

64.    221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

    Responses Filed:

        A.    Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

    Replies Filed:        None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

65.    225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

    Responses Filed:

        A.    Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

        B.    Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

        C.    Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

    Replies Filed:        None to date.

    Additional Documents:    None to date.

    **Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

66.    226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

  A. Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

    1. Letter to the Honorable Judge Gerber, dated September 13, 2011, filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

  B. Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:** This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

67. 227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

  A. Response to Retiree Benefits filed by Francis T. Brennan (the "**Brennan Response**") (**ECF No. 10421**)

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:** This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

68. 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10304**)

Responses Filed:

  A. Response of J. Michael Losh to 229th Omnibus Objection to Claims (the "**Losh Response**") (**ECF No. 10409**)

  B.  Response to Debtors' 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Eugene L. Abbott and Bernadine M. Abbott (the "**Abbott Response**") (**ECF No. 10437**)

Replies Filed:    None to date.

Additional Documents:  None to date.

**Status:**  This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

69.  232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10308**)

  Responses Filed:

  A.  UAW Local 259 Pension Fund (the "**UAW Response**") (Informal Response)

Replies Filed:    None to date.

Additional Documents:

  B.  Order Granting 232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10507**)

**Status:**  This matter is adjourned to December 20, 2011 at 9:45 a.m.and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

70.  234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10719**)

  Responses Filed:

  A.  Opposition by Claimant, Robert Cramer, to Motion to Disallow and Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

Replies Filed:    None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

71.    235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

Responses Filed:

A.    Response of T. Charles Powell to 235th Omnibus Objection to Claims (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

72.    237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10722**)

Responses Filed:

A.    Beverley A. Cary (Informal)

Replies Filed:        None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

73.    243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

Responses Filed:

A.    Memorandum in Opposition to Motion to Enforce Bar Dates (243rd) with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt (the "**Brewer Response**")(**ECF No. 10908**)

B.    Objection to Debtors' Disallowing and Expunging of Tracy Woody's Proof of Claim and Amended Proof of Claim in the 243rd Omnibus Objection to Claims and Objection to Motion Requesting Enforcement of Bar Date Orders and a Motion Requesting Sanctions against "GM" and It's Attorneys, Barry N. Siebel and Stafanie Birbrower Greer of Dickstein Shapiro LLP (the "**Woody Response**") (**ECF No. 10913**)

C.    Response of Peggy L. Jernigan to the 243rd Omnibus Objection (the "**Jernigan Response**") (Informal).

D.    Response of Overstreet, Cathy Sue to the 243rd Omnibus Objection (Informal).

E.    Response of Overstreet, Katlyn to the 243rd Omnibus Objection (Informal).

F.    Response of Overstreet, Megan to the 243rd Omnibus Objection (Informal).

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:    None to date.

**<u>Status</u>:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

74.    244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10747**)

<u>Responses Filed</u>:

A.    Austin Viall and Rebecca Viall's Response to Motion of 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Viall Response**") (**ECF No. 10848**)

B.    C R Rondinelli, Inc.'s Answer to 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Rondinelli Response**") (**ECF No. 10894**)

C.    Response of Christeen Saulters Hinton to the 244th Omnibus Objection (the "**Hinton Response**") (Informal).

D.    Response of Erica L. Davis to the 244th Omnibus Objection (the "**Davis Response**") (Informal).

E.     Response of Terry L. Love to the 244th Omnibus Objection (the "**Love Response**") (Informal).

Replies Filed:                       None to date.

Additional Documents:

F.     Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69755 by Terry Love) (**ECF No. 11130**)

**Status:**     This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

75.     245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims Post-Effective Date) (**ECF No. 10748**)

Responses Filed:

A.     Claimant Diane Vanwinkle's Reply to Debtors' Objection to Claim and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10896**).

B.     Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10893**).

1.     Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10902**)

C.     Response of Jesmer Evans to the 245th Omnibus Objection (**ECF No. 10847**)

D.     Response of Wingo Winston to the 245th Omnibus Objection (**ECF No. 10798**)

E.     Response of Crown Enterprises, Inc. to the Motors Liquidation Company GUC Trust's 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10887**)

F.     Response of Clayton Coleman to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10899**)

G.     Claimants Aranzuza Mejia, Juan Carlos Mejia, Maria Alejandra Mejia, and Aranzuza Mejia as *guardian ad litem* of Lucas Mejia, Nicolas

Mejia, and Santiago Mejia Response to the 245th Omnibus Objection to Claims and Claimants' Opposition to Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10911**)

H. Response of Jeremy DeLarosa to the 245th Omnibus Objection (Informal)

I. Response of Mary Lee Metzler to the 245th Omnibus Objection (Informal)

J. Response of Michael Stelmach Sr. to the 245th Omnibus Objection (Informal)

K. Response of Stephan A. Truxall Sr. to the 245th Omnibus Objection (Informal)

<u>Replies Filed</u>:   None to date.

<u>Additional Documents</u>:  None to date.

**<u>Status</u>:**  This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

76. 246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

<u>Responses Filed</u>:

A. Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

B. Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "Jeanine Response") (Informal)

1. Letter to Judge Robert E. Gerber from Jeanine Buckley (**ECF No. 11143**)

<u>Replies Filed</u>:   None to date.

<u>Additional Documents</u>:  None to date.

<u>Status</u>:  This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

77.     248th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10941**)

    Responses Filed:

        A.    Response of Vanessa Smith to the 248th Omnibus Objection (the "**Smith Response**") (Informal)

    Replies Filed:  None to date.

    Additional Documents:

        B.    Amended Exhibit to 248th Omnibus Objection (**ECF No. 11020**)

        C.    Order Granting 248th Omnibus Objection as to Claim Numbers 1092, 1093 and 1398 filed by William Kuntz III (**ECF No. 11127**)

    **Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

78.     249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10942**)

    Responses Filed:

        A.    Response of Alice Zittel to the 249th Omnibus Objection (Informal)

        B.    Response of Charles & Joan Hassink to the 249th Omnibus Objection (Informal)

        C.    Response of Kenneth Reynolds to the 249th Omnibus Objection (Informal)

        D.    Response of Jerry Davidson to the 249th Omnibus Objection (Informal)

        E.    Response of Marcia Tauber to the 249th Omnibus Objection (Informal)

        F.    Response of Antony Burton to the 249th Omnibus Objection (Informal)

        G.    Response of James Bryant to the 249th Omnibus Objection (Informal)

        H.    Response of Sharon Brumley to the 249th Omnibus Objection (Informal)

    Replies Filed:                None to date.

Additional Documents:

I.    Order Granting the 249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11094**)

J.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 7458 by Sharon Brumley) (**ECF No. 11130**)

**Status:**    This matter is adjourned to December 20, 2011 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on December 20, 2011, claimants will be notified via letter sent by December 13, 2011.

Dated: New York, New York
       November 18, 2011

                    _/s/_ Joseph H. Smolinsky
                    Harvey R. Miller
                    Stephen Karotkin
                    Joseph H. Smolinsky

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Post-Effective Date Debtors