Hearing Date and Time:  December 8, 2011 at 9:45 a.m. (Eastern Time)
Response Deadline:  December 1, 2011 at 4:00 p.m. (Eastern Time)

CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone:  (212) 223-4000
Fax:  (212) 223-4134
Michael V. Blumenthal
Steven B. Eichel

Attorneys for Revitalizing
Auto Communities Environmental Response
Trust f/k/a Environmental Response Trust

Michael O. Hill
General Counsel and Chief Operating Officer
Revitalizing Auto Communities
    Environmental Response Trust
2930 Ecorse Road
Ypsilanti, MI  48198

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al, | |
| Debtors. | (Jointly Administered) |

### NOTICE OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER

PLEASE TAKE NOTICE that a hearing on the annexed motion (the "Motion") of

the Revitalizing Auto Communities Environmental Response Trust f/k/a Environmental Response

Trust ("**RACER**") for an order pursuant to 11 U.S.C. §§105 and 1142 to Enforce Debtors'

Payment Obligations Under Second Amended Joint Chapter 11 Plan and Order Confirming the

Second Amended Joint Chapter 11 Plan will be held before the Honorable Robert E. Gerber,

United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the

Southern District of New York (the "**Bankruptcy Court**"), One Bowling Green, New York,

New York 10004, on **December 8, 2011 at 9:45 p.m. (Eastern Time).**

   PLEASE TAKE FURTHER NOTICE that any responses or objections to the

Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure

and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a)

electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b)

by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable portable

document format (PDF) (with a hard copy delivered directly to Chambers), in accordance

with the customary practices of the Bankruptcy Court and General Order M-399, to the extent

practicable, and served in accordance with General Order M-399, and on (i) Crowell & Moring

LLP, attorneys for the Revitalizing Auto Communities Environmental Response Trust, 590

Madison Avenue, 19th Floor, New York, New York 10022-2524 (Attn: Michael V. Blumenthal,

Esq.), (ii) Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC

Trust, 767 Fifth Avenue, New York, New York 10153 (Attn: Harvey R. Miller, Esq., Stephen

Karotkin, Esq., and Joseph H. Smolinsky, Esq.); (iii) the Debtors, c/o Motors Liquidation

Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn:

Thomas Morrow); (iv) General Motors LLC, 400 Renaissance Center, Detroit, Michigan

48265 (Attn: Lawrence S. Buonomo, Esq.); (v) Cadwalader, Wickersham & Taft LLP,

attorneys for the United States Department of the Treasury, One World Financial Center,

New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (vi) the United States Department

of the Treasury, 1500 Pennsylvania Avenue NW, Room 2312, Washington, D.C. 20220 (Attn:

Joseph Samarias, Esq.); (vii) Vedder Price, P.C., attorneys for Export Development Canada,

1633 Broadway, 47th Floor, New York, New York 10019 (Attn: Michael J. Edelman, Esq.

and Michael L. Schein, Esq.); (viii) Kramer Levin Naftalis & Frankel LLP, attorneys for the

statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New

York 10036 (Attn: Thomas Moers Mayer, Esq., Robert Schmidt, Esq., Lauren Macksoud,

Esq., and Jennifer Sharret, Esq.); (ix) the Office of the United States Trustee for the Southern

District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy

Hope Davis, Esq.); (x) the U.S. Attorney's Office, S.D.N.Y., 86 Chambers Street, Third Floor,

New York, New York 10007 (Attn: David S. Jones, Esq. and Natalie Kuehler, Esq.); (xi) Caplin

& Drysdale, Chartered, attorneys for the official committee of unsecured creditors holding

asbestos-related claims, 375 Park Avenue, 35th Floor, New York, New York 10152-3500

(Attn: Elihu Inselbuch, Esq. and Rita C. Tobin, Esq.) and One Thomas Circle, N.W., Suite 1100,

Washington, DC 20005 (Attn: Trevor W. Swett III, Esq. and Kevin C. Maclay, Esq.); (xii)

Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, attorneys for Dean M.

Trafelet in his capacity as the legal representative for future asbestos personal injury claimants,

2323 Bryan Street, Suite 2200, Dallas, Texas 75201 (Attn: Sander L. Esserman, Esq. and Robert T.

Brousseau, Esq.); (xiii) Gibson, Dunn, Crutcher LLP, attorneys for Wilmington Trust Company as

GUC Trust Administrator and for Wilmington Trust Company as Avoidance Action Trust

Administrator, 200 Park Avenue, 47th Floor, New York, New York, 10166 (Attn: Keith

Martorana, Esq.); (xiv) FTI Consulting, as the GUC Trust Monitor and as the Avoidance

Action Trust Monitor, One Atlantic Center, 1201 West Peachtree Street, Suite 500, Atlanta,

Georgia 30309 (Attn: Anna Phillips); (xv) Kirk P. Watson, Esq., as the Asbestos Trust

Administrator, 2301 Woodlawn Boulevard, Austin, Texas 78703; and (xvi) Larry F. Woods,

Esq., attorney for Charles Francis Kayser, 24 N. Frederick Avenue, Oelwein, Iowa 50662-

1735; so as to be received no later than **December 1, 2011 at 4:00 p.m. (Eastern Time)** (the

"**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and

served with respect to the Motion, RACER may, on or after the Objection Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Motion, which order may be entered with no further notice or opportunity to be heard offered to

any party.

Dated: November 21, 2011
    New York, New York          CROWELL & MORING LLP


By: /s/ Michael V. Blumenthal_____
    Michael V. Blumenthal
    Steven B. Eichel
    590 Madison Avenue
    New York, NY 10022
    212-223-4000

    *Attorneys for*
    Revitalizing Auto Communities
    Environmental Response Trust f/k/a
    Environmental Response Trust

    And

    Michael O. Hill
    General Counsel and Chief Operating Officer
    Revitalizing Auto Communities
       Environmental Response Trust
    2930 Ecorse Road
    Ypsilanti, MI 48198

NYACTIVE-12266093V3