# ATTACHMENT A

# FLOW OF FUNDS SUMMARY
# (PREPARED BY MLC)

**MOTORS LIQUIDATION COMPANY**
Flow of Funds - Summary
March 30, 2011

| Item | Description | Amount in US dollars | From Which MLC JPM Acct | To/Contact | Bank | ABA # | Account Name | Account # | Confirmation Required | Additional Information or Instructions | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RACER - Environmental Custody Account | 34,896,945 | Disbursement | | U.S. Bank | 091000022 | RACER Environmental Action Account | 173103198383 | | 001050979197 | Note: U.S. Bank, N.A. Account of U.S. Bank Trust Services, Attention: Rae Egan |
| 2 | RACER - Environmental Custody Account | 450,238,000 | Custody | | U.S. Bank | 042-000-013 | RACER Environmental Action Account | 001050979197 | | | Note: Federal Reserve Bank of Cleveland, Fo US Bank, N.A., Trust, 1050/TRUST |
| 3 | RACER - Administrative Custody Account | 3,000,000 | Disbursement | | U.S. Bank | 091000022 | RACER Administrative Account | 173103198383 | | 001050979198 | Note: U.S. Bank, N.A. Account of U.S. Bank Trust Services, Attention: Rae Egan |
| 4 | RACER - Administrative Custody Account | 125,100,000 | Custody | | U.S. Bank | 042-000-013 | RACER Administrative Account | 001050979198 | | | Note: Federal Reserve Bank of Cleveland, Fo US Bank, N.A., Trust, 1050/TRUST |
| 5 | RACER - Administrative Custody Account | 12,000,000 | Asset Sales Proceeds Account | | U.S. Bank | 091000022 | RACER Administrative Account | 173103198383 | | 001050979198 | Note: U.S. Bank, N.A. Account of U.S. Bank Trust Services, Attention: Rae Egan |
| 6 | Illinois 807 Trust | 102,390 | Disbursement | | Harris Bank N.A. | 071000288 | For Credit to: ATG Trust Company | 180-076-2 | | ATG has assigned number 11-034 to this fund and refer to it internally as "Illinois 807 Trust - MLC" | |
| 7 | GUC Trust - Funding Account | 52,734,179 | Disbursement | David Vanesky | Wilmington Trust Company | 031100092 | MLC GUC Wind-Dn Budget Cash Sub Acct | 099933-006 | | Account info to be received 3/28/11 | |
| 8 | Asbestos Trust - Funding Account | 2,000,000 | Disbursement | Attn: Master Trust Cash Processing | The Northern Trust Company | 071000152 | | 5186061000 | | Ref: Acct#26-67298 MLC Asbestos PI Trust | |
| 9 | US Treasury | 50,000,000 | Disbursement | | The Bank of New York Mellon | 021000018 | | | | REF: Private Placement - EESA (see also email from Alan 3/22/11 9:58 AM | Balance to be dispersed after financial assurance collateral received |
| 10 | Priority Order Site - Sioux City | 6,476,634 | Disbursement | EPA/United States Department of Justice | See detailed instructions provided on 3/22/11 | 021030004 | TREAS NYC/CTR/BNF=DEPT OF JUSTICE/AC=15080001 | | Written confirmation provided per paragraph 19 of Consent Decree | Shall reference Bankruptcy Case Number 09-50026 and DOJ File Number 90-11-3-09574; payment instructions must contain a Consolidated Debt Collection System number; notice of payment must be given per paragraph 19 of the Consent Decree and Settlement Agreement | Message type code: 1000; required beneficiary information: USAO/NYS Motors Liquidation Company |
| 11 | Priority Order Site - Wheeler Pit | 385,991 | Disbursement | State of WI Dept. of Natural Resources | U.S. Bank | 075000022 | State of WI General Control | 111851166 | | Written confirmation provided per paragraph 22 of Consent Decree | In accordance with instructions provided to MLC by Wisconsin Attorney General and shall reference Bankruptcy Case Number 09-50026; payment instructions shall include reference to "Wheeler Pit" and "Remediation and Redevelopment Program" | Swift bank code: USBKUS44IMT |
| 12 | Priority Order Site - Delphi-Scatterfield Rd | 3,599,039 | Disbursement | | First Merchants Trust Company, N.A. | 074900657 | FBO Naban & Co. | 147-745-5 | | Written confirmation provided per paragraph 18 of Consent Decree | Shall reference Bankruptcy Case Number 09-50026 and DOJ File Number 90-11-3-09754; per the agreement, payment "shall be deposited in a trust established pursuant to the requirements and in the format set forth at 40 C.F.R. Section 264.151(a)(1) and in accordance with a trust agreement approved by the United States." | |

**MOTORS LIQUIDATION COMPANY**
Flow of Funds - Summary
March 30, 2011

| Item | Description | Amount in US dollars | From Which MLC JPM Acct | To/Contact | Bank | ABA # | Account Name | Account # | Confirmation Required | Additional Information or Instructions | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Priority Order Site - Delphi-Harrison | 5,329,343 | Disbursement | Ohio Department of Development, Attn: Amy Alduino | Key Bank 88 East Broad St. Columbus, OH 43215 | (Routing number) 041001039 | State of Ohio Regular Account for Attorney General | (Account number) 014511002050 | Written confirmation provided per paragraph 19 of Consent Decree | Shall reference Bankruptcy Case Number 09-50026 and "Delphi Harrison" | |
| 14 | Priority Order Site - Harvey & Knott | 2,484,816 | Disbursement | EPA/United States Department of Justice | See detailed instructions provided on 3/22/11 | 02103004 | TREAS NYC/CTR/BNF=DEPT OF JUSTICE/AC=15030001 | | Written confirmation provided per paragraph 22 of Consent Decree | In accordance with the Financial Litigation Unit of the United States Attorney's Office for the Southern District of New York and shall reference Bankruptcy Code Number 09-50026 and DOJ File Number 90-11-3-09754 and shall include a Consolidated Debt Collection System number | Message type code: 1000; required beneficiary information: USAO/NYS Motors Liquidation Company |
| 15 | Priority Order Site - Garland Road | 6,732,895 | Disbursement | EPA/United States Department of Justice | See detailed instructions provided on 3/22/11 | 02103004 | TREAS NYC/CTR/BNF=DEPT OF JUSTICE/AC=15030001 | | Written confirmation provided per paragraph 24 of Consent Decree | In accordance with the Financial Litigation Unit of the United States Attorney's Office for the Southern District of New York and shall reference Bankruptcy Code Number 09-50026 and DOJ File Number 90-11-3-09754 and shall include a Consolidated Debt Collection System number | Message type code: 1000; required beneficiary information: USAO/NYS Motors Liquidation Company |
| 16 | Section 2.5 Fees - Citibank | 462,260 | Disbursement | Attn: Billing Unit | Citibank, N.A., 111 Wall Street, 14th Floor, Zone 23 | 0210-0008-9 | | 36113293 | | | |
| 17 | Section 2.5 Fees - Gibson Dunn | 2,879,888 | Disbursement | Attn: Mario Prego, Telephone: (213) 229-7253 | Wells Fargo Bank, 333 South Grand Avenue, Los Angeles, CA 90071-1515 | 121000248 | Gibson, Dunn & Crutcher LLP | 4600-146039 | | Include client number (98520-00003) and reference 'Matt Williams' in the wire instructions | |
| 18 | Section 2.5 Fees - Wilmington Trust | 718,926 | Disbursement | Attn: David A Vanaskey Jr. | Wilmington Trust Company | 031-100-092 | Account of General Motors | 079952-000 | | | |
| 19 | Section 2.5 Fees - Kelley Drye & Warren | 946,029 | Disbursement | | JP Morgan Chase, NA 345 Park Avenue, New York, NY 10154, Attn: Private Banking, 10th Floor | 021-000-021 | Kelley Drye & Warren LLP | 135-046110 | | Re: 019886-0001/GM/Retter | |

Flow of Funds_Summary 3/30/2011 12:47

**MOTORS LIQUIDATION COMPANY**
Flow of Funds - Summary
March 30, 2011

| Item | Description | Amount in US dollars | From Which MLC JPM Acct | To/Contact | Bank | ABA # | Account Name | Account # | Confirmation Required | Additional Information or Instructions | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Section 2.5 Fees - Law Debenture | 308,025 | Disbursement | | Citibank, N.A. | 021 000 089 | Law Debenture Checking | 30654603 | | Ref: MLC Trust CODE 117967 | |
| 21 | Section 2.5 Fees - Bank of New York Mellon | 17,500 | Disbursement | | | 021000018 | Account: General Motors | | | | |
| 22 | Section 2.5 Fees - Emmet, Marvin & Martin | 7,952 | Disbursement | | The Bank of New York Mellon, One Wall Street, New York, New York 10286 | 021000018 | For the Account of: Emmet, Marvin & Martin, LLP | Attorney Professional Account No. 6302249775B | | | |

Total - For information purposes only    750,430,812

Reviewed and approved:

Edward J. Stenger
Motors Liquidation Company
Executive Vice President

Flow of Funds - Summary 3/30/2011 12:47

# ATTACHMENT B

# LETTER FROM US BANK



All of us serving you®

Institutional Trust & Custody
425 Walnut Street
Cincinnati, OH 45202

October 21, 2011

Scott R. Hamilton, Chief Financial Officer
RACER Trust
2930 Ecorse Road
Ypsilanti, MI 48198

Dear Scott:

Below is a recap of the assets we received for the initial funding for RACER Trust. The assets are valued as of 3/31/2011.

### RACER Environmental Action Investment Account

| Asset Description | Int. Rate | Maturity | Units | Market Value | Accrued Interest | Total Value |
|---|---|---|---|---|---|---|
| Cash | | | | 34,896,945.00 | 0 | 34,896,945.00 |
| U S TREASURY I P | 2.38% | 1/15/2025 | 104,020,808.37 | 116,771,679.06 | 518,667.29 | 117,290,346.35 |
| U S TREASURY I P | 2.38% | 1/15/2017 | 7,924,719.880 | 8,930,763.07 | 39,514.14 | 8,970,277.21 |
| U S TREASURY I P | 1.63% | 1/15/2018 | 7,241,665.600 | 7,830,050.93 | 24,705.68 | 7,854,756.61 |
| U S TREASURY I P | 2.13% | 1/15/2019 | 6,975,927.140 | 7,784,158.06 | 31,121.88 | 7,815,279.94 |
| U S TREASURY NT | 1.00% | 7/31/2011 | 189,564,000.00 | 190,104,257.40 | 314,194.48 | 190,418,451.88 |
| U S TREASURY I P | 1.38% | 1/15/2020 | 63,758,507.91 | 66,852,070.71 | 184,054.26 | 67,036,124.97 |
| U S TREASURY I P | 1.25% | 7/15/2020 | 11,536,260.90 | 11,913,842.72 | 30,274.72 | 11,944,117.44 |
| U S TREAS BD STRIP | | 2/15/2015 | 9,329,000.00 | 8,706,289.25 | 0.00 | 8,706,289.25 |
| U S TREAS BD STRIP | | 2/15/2016 | 22,339,000.00 | 20,014,403.66 | 0.00 | 20,014,403.66 |
| | | | 422,689,889.80 | 473,804,459.86 | 1,142,532.45 | 474,946,992.31 |

### RACER Administrative Investment Account

| Asset Description | Int. Rate | Maturity | Units | Market Value | Accrued Interest | Total Value |
|---|---|---|---|---|---|---|
| Cash | | | | 15,000,000.00 | 0.00 | 15,000,000.00 |
| U S TREASURY I P | 2.38% | 1/15/2025 | 37,988,755.73 | 42,645,417.41 | 189,419.07 | 42,834,836.48 |
| U S TREASURY I P | 2.38% | 1/15/2017 | 9,621,470.32 | 10,842,915.98 | 47,974.46 | 10,890,890.44 |
| U S TREASURY I P | 1.63% | 1/15/2018 | 3,678,640.00 | 3,977,529.50 | 12,550.06 | 3,990,079.56 |
| U S TREASURY I P | 2.13% | 1/15/2019 | 3,536,165.36 | 3,945,865.48 | 15,775.99 | 3,961,641.47 |
| U S TREASURY NT | 1.00% | 7/31/2011 | 36,473,000.00 | 36,576,948.05 | 60,452.49 | 36,637,400.54 |
| U S TREASURY I P | 1.38% | 1/15/2020 | 5,501,496.69 | 5,768,429.31 | 15,881.39 | 578,4310.70 |
| U S TREASURY I P | 1.25% | 7/15/2020 | 6,203,289.60 | 6,406,323.27 | 16,279.35 | 6,422,602.62 |
| U S TREAS BD STRIP | | 2/15/2015 | 5,671,000.00 | 5,292,460.75 | 0.00 | 5,292,460.75 |
| U S TREAS BD STRIP | | 2/15/2016 | 6,661,000.00 | 5,967,856.34 | 0.00 | 5,967,856.34 |
| | | | 115,334,817.70 | 136,423,746.09 | 358,332.81 | 136,782,078.90 |

usbank.com



Institutional Trust & Custody
425 Walnut Street
Cincinnati, OH 45202

If you have any questions, or need any further information, please do not hesitate to contact me.

Sincerely,

M. Christine Poppe
Vice President & Relationship Manager

usbank.com

# ATTACHMENT C

# NOTICE OF DISSOLUTION OF MOTORS LIQUIDATION COMPANY

## Motors Liquidation Company

c/o AlixPartners LLP
2000 Town Center, Suite 2400
Southfield, Michigan 48075

Phone: 248.262.8445
Fax: 248.262.8491
E-Mail: akoch@alixpartners.com

November 10, 2011

<u>Via Electronic Mail and Overnight Courier</u>

General Motors LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890-1615
Attn: Corporate Trust Administration

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Attn: Matthew J. Williams, Esq.
     Keith R. Martorana, Esq.

Attn: Elliott P. Laws, Esq.
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Attn: Michael O. Hill, Esq.
2300 Wisconsin Avenue, NW. Suite 300
Washington, DC 20007

Re: <u>Notice of Dissolution of Motors Liquidation Company</u>

Ladies and Gentlemen:

Reference is hereby made to: (i) the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (as may be amended, modified or supplemented from time to time, the "<u>Plan</u>"), filed by Motors Liquidation Company (f/k/a General Motors Corporation) (the "<u>Company</u>") and its affiliated debtors, whose cases are jointly administered under Case Number 09-50026 (REG) in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), and (ii) that certain order by the Bankruptcy Court confirming the Plan, dated March 29, 2011 (ECF No. 9941) (the "<u>Confirmation Order</u>"). Capitalized terms that are used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

Pursuant to Section 11(c) of the Confirmation Order, the Company hereby provides notice to New GM, the GUC Trust Administrator and the Environmental Response Trust Administrative Trustee of the Company's intention to file a certificate of dissolution (the "<u>Dissolution Certificate</u>") with the Secretary of State of the State of Delaware during the week beginning on December 11, 2011, and upon the filing of the Certificate (or such later time as set forth in the Dissolution Certificate), the Company will be dissolved.

Very truly yours,

MOTORS LIQUIDATION COMPANY

By: _____
Name: A. A. Koch
Title: President

cc: Joseph Gromacki, Jenner & Block LLP (by electronic mail)
    Michael Wolf, Jenner & Block LLP (by electronic mail)
    Ted Stenger, Motors Liquidation Company (by electronic mail)
    Stephen Karotkin, Weil, Gotshal & Manges LLP (by electronic mail)
    Joseph Smolinsky, Weil, Gotshal & Manges LLP (by electronic mail)
    Raymond Gietz, Weil, Gotshal & Manges LLP (by electronic mail)

# ATTACHMENT D

# US BANK TRUST & CUSTODY SERVICES
# REPORT ON CONTROLS PLACED IN OPERATION AND
# TESTS OF OPERATING EFFECTIVENESS



# U.S. Bank
# Trust & Custody Services

Report on Controls Placed in Operation and Tests of Operating Effectiveness

For the period from October 1, 2009 to September 30, 2010

1010-1196769

U.S. Bancorp
## U.S. Bank — Trust & Custody Services
### II. Description of Controls

### SUBSERVICE ORGANIZATIONS

The Division uses subservice organizations to perform a range of functions to improve efficiencies and achieve daily processing functions. The Division adheres to internal policies and procedures and other applicable regulations in choosing subservice organizations. During regular meetings, the Division reviews the financial status, operating procedures and contingency plans of certain subservice organizations depending upon the nature of the service provided. Controls in place at these organizations are not included in the scope of this report. The following describes the types of services utilized by the Division:

### Trust Accounting
- *SEI Global Services, Inc:* An online real-time trust accounting service provider.

### Corporate Action Services
- *E-Tran/XSP:* Application used to track corporate actions.

### Trading
- *TrustCustody and Fidelity Advisor CHANNEL®:* Systems that are used to process mutual fund trades through Fidelity.

### Loan Processing
- *PDS:* System used for loan processing.

### Payment Services
- *PCI System:* System used to maintain tax records.
- *DTCC:* Clearance and settlement of equities, bonds, and government- and mortgage-backed securities.

The above-mentioned subservice organizations and corresponding processes, systems, and applications are not within the scope of this report. Management has a process for annually obtaining the SAS 70 reports or assessing internal controls, and following up on issues at these entities. Users should consider obtaining the subservicers' service auditor's reports, if available.

### SERVICE PROVIDERS

The Division uses service providers to perform a range of functions that support the business but not directly related to supporting financial statements. The Division adheres to internal control policies and procedures and other applicable regulations in choosing these providers. Controls in place at these providers are not included in the scope of this report. The following describes the types of services utilized by the Division:

### Pricing Services
- *Interactive Data Corp (IDC):* Provides pricing, corporate action data, and descriptive data for securities.
- *Standard & Poor's J.J. Kenny:* Provides pricing for securities.

### Proxy Services
- *Broadridge Financial Solutions, Inc.:* A third-party proxy service responsible for proxy mailing and tabulations.

22