UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

MOTOR LIQUIDATION COMPANY, et al.,                    Chapter 11
f/k/a General Motors Corp., et al.                    Case No.  09-50026 (REG)

Debtor.

## NOTICE OF APPEARANCE AND DEMAND FOR
## NOTICES AND SERVICE OF PAPER

**PLEASE TAKE NOTICE**, that Nelsen Perel, Webster Szanyi LLP, hereby appears in the above-captioned case for HealthNow New York Inc. (Creditor) and pursuant to Rules 2002, 9007 and 9010(b) of the rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demand that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and telecopier numbers set forth herein.

**PLEASE TAKE FUTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion petition, pleading or request, whether formal or information, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated:        November 22, 2011

WEBSTER SZANYI LLP
Attorneys for HealthNow New York Inc.

By:  _____ /s/ *Nelson Perel* _____
        Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

In Re:

MOTOR LIQUIDATION COMPANY, et al.,                    Chapter 11
f/k/a General Motors Corp., et al.                    Case No.  09-50026 (REG)


                              Debtor.

─────────────────────────────────────────

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on November 22, 2011, I electronically filed the

foregoing Notice of Appearance and Demand for Notices and Service of Paper, dated

November 22, 2011, with the Clerk of the Southern District Bankruptcy Court using its

CM/ECF System, which would then electronically notify the following CM/ECF

participant(s) on this case:


Dated:        November 22, 2011

                              WEBSTER SZANYI LLP
                              Attorneys for HealthNow New York Inc.


                              ____/s/ *Nelson Perel*____
                              Nelson Perel
                              1400 Liberty Building
                              Buffalo, New York 14202
                              (716) 842-2800
                              nperel@websterszanyi.com


                                     2