UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.* | |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Stella Leung, being duly sworn, deposes and says:

I am over the age of eighteen years, am not a party to this action and reside in Floral

Park, New York.  On November 21, 2011, I caused a true and correct copy of the following

documents to be served by e-mail on the parties identified on Exhibit A annexed hereto and by

first class mail or air mail, as indicated, on the parties identified on Exhibit B annexed hereto:

- **NOTICE AND MOTION OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER THE SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER WITH PROPOSED ORDER [DOCKET NO.  11164]**

- **DECLARATION OF SCOTT R. HAMILTON IN SUPPORT OF MOTION OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER THE SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER [DOCKET NO. 11165]**

/s/ Stella Leung

Stella Leung

Sworn to before me this
22nd day of November 2011

/s/

NOTARY PUBLIC

WILLIAM DELEHANTY
Notary Public, State of New York
No. 31-4866649
Qualified in New York County
Commission Expires August 25th, 2014

NYACTIVE-12270207.1

**Exhibit A – Via Electronic Mail**

NYACTIVE-12270207.1

3M COMPANY
ATT: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144
arbrown@mmm.com

AIRGAS, INC.
ATT: DAVID BOYLE, CONSULTANT TO LEGAL DEPT
259 RADNOR CHESTER ROAD
RADNOR, PA 19087
david.boyle@airgas.com

AKIN GUMP STRAUSS HAUER & FELD LLP
COUNSEL FOR GREEN HUNT WEDLAKE, INC TRUSTEE
ONE BRYANT PARK
NEW YORK, NY 10036
dgolden@akingump.com
nlevine@akingump.com
pdublin@akingump.com

ALIX PARTNERS LLPATTN: CARRIANNE BASLER
300 N LASALLE STREET
CHICAGO, IL 60654
cbasler@alixpartners.com

ALLARD & FISH, P.C.
ATT: DEBORAH L. FISH, ESQ.
COUNSEL FOR SEVERSTAL NORTH AMERICA, INC.
2600 BUHL BLDG
535 GRISWOLD
DETROIT, MI 48226
dfish@allardfishpc.com

ALPINE ELECTRONICS OF AMERICA, INC.
ATT: CYNTHIA WOODRUFF-NEER, ESQ.
19145 GRAMERCY PLACE
TORRANCE, CA 90501
cwoodruff-neer@alpine-usa.com

ARCADIS U.S., INC.
ATT: LIESL SPANGLER, ASSOCIATE COUNSEL
630 PLAZA DRIVE, SUITE 100
HIGHLANDS RANCH, CO, 80129
Elizabeth.Spangler@arcadis-us.com

ARENT FOX LLP
ATT: JEFFREY ROTHLEDER, ANDREA CAMPBELL, ESQS
COUNSEL FOR HARMAN BECKER AUTO SYSTEMS, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
rothleder.jeffrey@arentfox.com
campbell.andrea@arentfox.com

ARENT FOX LLP
ATT: MARY JOANNE DOWD, ESQ.
COUNSEL FOR TOYOTA BOSHOKU AMERICA, INC.
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
dowd.mary@arentfox.com

ARMSTRONG TEASDALE, LLP
ATT: DAVID L. GOING, ESQ.
COUNSEL FOR SPARTAN LIGHT METAL PRODUCTS COMPANY INC.
7700 FORSYTH BLVD STE 1800
ST. LOUIS, MO 63105
dgoing@armstrongteasdale.com

ARNALL GOLDEN GREGORY LLP
ATT: DARRYL S. LADDIN & FRANK N. WHITE
COUNSEL FOR VERIZON COMMUNICATIONS INC.
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363
dladdin@agg.com
frank.white@agg.com

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
jg5786@att.com

ATTORNEY GENERAL FOR THE STATE OF TEXAS
ATT: MARK BROWNING, ASSISTANT ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
bk-mbrowning@oag.state.tx.us

ATTORNEY GENERAL OF OHIO
ATT: VICTORIA D. GARRY, ASSISTANT ATTORNEY GENERAL
COLLECTIONS & ENFORCEMENT
441 VINE STREET
CINCINNATI, OH 45202
victoria.garry@ohioattorneygeneral.gov

ATTORNEY GENERAL OF STATE OF MICHIGAN
ATTN: MICHAEL A. COX & DENNIS J. RATERINK
COUNSEL FOR WORKERS COMPENSATION AGENCY
AND FUNDS ADMINISTRATION, LABOR DIVISION
P.O. BOX 30736
LANSING, MI 48909
raterinkd@michigan.gov

ATTORNEY GENERAL OF STATE OF TEXAS
ATT: KIMBERLY A. WALSH, ASST. ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
bk-kwalsh@oag.state.tx.us

ATTY GEN. OF THE STATE OF MICHIGAN - LABOR DIVISION
ATT: SUSAN PRZEKOP-SHAW, ASSISTANT ATTY GENERAL
COUNSEL FOR MICHIGAN WORKERS' COMP. AGENCY
P.O. BOX 30736
LANSING, MI 48909
przekopshaws@michigan.gov

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATT: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
COUNSEL FOR NY STATE DEPT OF TAXATION & FINANCE
120 BROADWAY - 24TH FLOOR
NEW YORK, NY 10271
neal.mann@oag.state.ny.us

BAKER & HOSTETLER LLP
ATT: JOSEPH F. HUTCHINSON, JR., ERIC GOODMAN,
WENDY J. GIBSON
COUNSEL FOR B&H CREDITORS
3200 NATIONAL CITY CENTER
1900 E. 9TH STREET
CLEVELAND, OH 44114
jhutchinson@bakerlaw.com
egoodman@bakerlaw.com
wgibson@bakerlaw.com

BAKER & HOSTETLER LLP
ATTN: WENDY J. GIBSON, ESQ.
COUNSEL FOR SCRIPPS NETWORKS & TV FOOD
NETWORK
3200 NATIONAL CITY CENTER
1900 EAST NINTH STREET
CLEVELAND, OH 44114
wgibson@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN CHRISTOPHER J. GIAIMO
COUNSEL FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
cgiaimo@bakerlaw.com

BAKER & HOSTETLER, LLP
ATTN DONALD A. WORKMAN
COUNSEL FOR ILCO SITE REMEDIATION GROUP
1050 CONNECTICUT AVENUE, SUITE 1100
WASHINGTON, DC 20036
dworkman@bakerlaw.com

BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ,
ATTN: MAX A. MOSELEY
COUNSEL FOR SERRA CHEVROLET, INC AND
KEYSTONE AUTOMOTIVE, INC
420 2OTH STREET NORTH 1600 WACHOVIA TOWER
BIRMINGHAM, AL 35203
mmoseley@bakerdonelson.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATT: MATTHEW G. SUMMERS, ESQ.
COUNSEL FOR FOUNTAIN LAKES I, L.L.C.
300 EAST LOMBARD STREET, 18TH FLOOR
BALTIMORE, MD 21202
summersm@ballardspahr.com

BARNES & THORNBURG LLP
ATT: JOHN T. GREGG, ESQ.
COUNSEL FOR CONTINENTAL
171 MONROE AVENUE, NW, SUITE 1000
GRAND RAPIDS, MI 49503
jgregg@btlaw.com

BARNES & THORNBURG LLP
ATTN: MARK R. OWENS, ESQ.
COUNSEL FOR HIRATA CORPORATION OF AMERICA
11 SOUTH MERIDIAN STREET
INDIANAPOLIS, IN 46204
mark.owens@btlaw.com

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE, FIRST FLOOR
ROCKFORD, IL 61108
rcpottinger@bslbv.com

BARTLETT HACKETT FEINBERG P.C.
ATT: FRANK F. MCGINN, ESQ.
COUNSEL FOR IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
ffm@bostonbusinesslaw.com

BECKER, GLYNN, MELAMED & MUFFLY LLP
ATT: CHESTER B. SALOMON, ESQ.
COUNSEL FOR FACTORY MOTOR PARTS COMPANY
299 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10171
CSALOMON@BECKERGLYNN.com

BIALSON, BERGEN & SCHWAB
ATTN: THOMAS M. GAA
COUNSEL FOR CISCO SYSTEMS CAPITAL
CORPORATION
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306
tgaa@bbslaw.com

BINGHAM MCCUTCHEN LLP
ATT: ANNA M. BOELITZ, ESQ.
COUNSEL FOR WELLS FARGO BANK NORTHWEST,
NAT'L ASSOC., AS INDENTURE TRUSTE
ONE STATE STREET
HARTFORD, CT 06103
anna.boelitz@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN ROBERT M DOMBROFF & JEFFREY S SABIN ESQ
COUNSEL FOR DEUTSCHE BANK AG
399 PARK AVENUE
NEW YORK, NY 10022
robert.dombroff@bingham.com
jeffrey.sabin@bingham.com
jared.clark@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JONATHAN B. ALTER, ESQ.
COUNSEL FOR TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA
ONE STATE STREET
HARTFORD, CT 06103
jonathan.alter@bingham.com

BLANK ROME LLP
ATT: MARC E. RICHARDS, ESQ.
COUNSEL FOR DENSO INTERNATIONAL AMERICA AND
DENSO SALES CALIFORNIA
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
mrichards@blankrome.com

BLANK ROME LLP
ATT: REGINA STANGO KELBON, ESQ.
COUNSEL FOR CELLCO PARTNERSHIP D/B/A VERIZON
WIRELESS
ONE LOGAN SQUARE
PHILADELPHIA, PA 19103
Kelbon@blankrome.com

BLUE CROSS AND BLUE SHIELD OF MICHIGAN
ATT: JEFFREY RUMLEY, ASSISTANT GENERAL
COUNSEL
600 LAFAYETTE EAST #1925
DETROIT, MI 48226
JRumley@bcbsm.com

BODMAN LLP
ATTN: COLIN T. DARKE, ESQ.
COUNSEL FOR PRODUCTION MODELING
CORPORATION
1901 ST. ANTOINE STREET
6TH FLOOR AT FORD FIELD
DETROIT, MI 48226
cdarke@bodmanllp.com

BODMAN LLP
ATTN: MARC M. BAKST, ESQ.
COUNSEL FOR LEAR CORPORATION
6TH FLOOR AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT, MI 48226
mbakst@bodmanllp.com

BRACEWELL & GIULIANI LLP
ATT: RENEE DAILEY
COUNSEL FOR GEORG FISCHER AUTOMOTIVE AG
225 ASYLUM STREET, 26TH FLOOR
HARTFORD, CT 06103
renee.dailey@bgllp.com

BRADY C WILLIAMSON
GODFREY & KAHN SC
ONE EAST MAIN ST
MADISON, WI 53703
bwilliam@gklaw.com

BRAYTON PURCELL LLP
ATT: ALAN R. BRAYTON, CHRISTINA C. SKUBIC,
MATTHEW B. LEE, ESQS
COUNSEL FOR CERTAIN ASBESTOS CLAIMANTS
222 RUSH LANDING ROAD
NOVATO, CA 94945
bankruptcy.asbpo.asbdom@braytonlaw.com

BRIGGS AND MORGAN P.A.
ATT: JOHN R. MCDONALD, ESQ.
COUNSEL FOR FACTORY MOTOR PARTS COMPANY
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402
JMcDonald@Briggs.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATT: MATTHEW E. WILKINS
COUNSEL FOR: HENZE STAMPING & HENZ MACHINE
CO.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
wilkins@bwst-law.com

BROOKS WILKINS SHARKEY & TURCO, PLLC
ATTN: PAULA A. HALL, ESQ.
COUNSEL FOR WABASH TECHNOLOGIES, INC.
401 S. OLD WOODWARD AVENUE, SUITE 460
BIRMINGHAM, MI 48009
hall@bwst-law.com

BROWN & WHALEN, P.C.
ATT: RODNEY A. BROWN, ESQ.
700 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10017
rbrown@brownwhalen.com

BUCHALTER NEMER, PC
ATT: SHAWN M. CHRISTIANSON, ESQ.
COUNSEL FOR ORACLE USA, INC.AND ORACLE
CREDIT CORPORATION
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105
schristianson@buchalter.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
ATT: G. RING
COUNSEL FOR ATTY FOR NAPLETON INVESTMENT
PARTNERSHIP LP
330 N. WABUSH AVE. 22ND FLOOR
CHICAGO, IL 60611
Gring@Burkelaw.com

BURLINGTON NORTHERN SANTE FE RAILWAY
COMPANY
ATT: PETER M. LEE, SENIOR GENERAL ATTORNEY
2500 LEW MENK DRIVE
P.O. BOX 961039
FT. WORTH, TX 76161
Peter.Lee@bnsf.com

BURR & FORMAN LLP
ATT: D.CHRISTOPHER CARSON
COUNSEL FOR GESTAMP ALABAMA, LLC, GESTAMP
MASON, LLC, GESTAMP MEXICO
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203
ccarson@burr.com

BUSH SEYFERTH & PAIGE PLLC
ATT: RICHARD W. PAIGE
COUNSEL FOR IEE SENSING, INC.
3001 W. BIG BEAVER RD., SUITE 600
TROY, MI  48084
paige@bsplaw.com

BUTZEL LONG, PC
ATT: ROBERT SIDORSKY
COUNSEL FOR TK HOLDINGS, IRVIN AUTOMOTIVE
PROD., TAKATA PETRI
380 MADISON AVENUE
NEW YORK, NY 10017
sidorsky@butzel.com

BUTZEL LONG, PC
ATTN: ROBERT SIDORSKY & ERIC B. FISHER
COUNSEL FOR INTEVA PRODUCTS, LLC
380 MADISON AVENUE
NEW YORK, NY 10017
sidorsky@butzel.com

BUTZEL LONG, PC
ATTN: THOMAS B. RADOM & MAX J. NEWMAN
COUNSEL FOR INTEVA PRODUCTS, LLC
41000 WOODWARD AVENUE
BLOOMFIELD HILLS, MI 48304
radom@butzel.com
newman@butzel.com

C.B. BLACKARD, III
CORPORATE COUNSEL
ACXIOM CORPORATION
CONWAY, AR 72033
cbblac@acxiom.com

CADWALADER, WICKERSHAM & TAFT LLP
ATT: JOHN J. RAPISARDI, ESQ.
COUNSEL FOR UNITED STATES OF AMERICA
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
john.rapisardi@cwt.com
douglas.mintz@cwt.com
peter.friedman@cwt.com
zachary.smith@cwt.com

CANON U.S.A, INC.
ATTN: RUTH E. WEINSTEIN
ONE CANON PLAZA
LAKE SUCCESS, NY11042
rweinstein@cusa.canon.com

CAPLIN & DRYSDALE, CHARTERED
ATT: ELIHU INSELBUCH & RITA TOBIN
COUNSEL FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS;
MARK BUTTITA
375 PARK AVENUE, 35TH FLOOR
NEW YORK, NY 10152
ei@capdale.com
rct@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATT: PETER VAN LOCKWOOD, RONALD REINSEL &
TREVOR SWETT, III, ESQS
COUNSEL FOR COONEY & CONWAY ASBESTOS
PERSONAL INJURY TORT CLAIMANTS; MARK BUTTITA
1 THOMAS CIRCLE
WASHINGTON, DC 20005
pvnl@capdale.com
rer@capdale.com
tws@capdale.com

CAPLIN & DRYSDALE, CHARTERED
ATTN: KEVIN C. MACLAY, TREVOR W. SWETT III
COUNSEL FOR THE ASBESTOS CLAIMANTS'
COMMITTEE
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005
kcm@capdale.com
tws@capdale.com

CARSON FISCHER, P.L.C.
ATT: JOSEPH M. FISCHER, LAWRENCE A. LICHTMAN,
PATRICK J. KUKLA
COUNSEL FOR VITEC, LLC
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com

CARSON FISCHER, P.L.C.
ATTN: CHRISTOPHER A. GROSMAN & PATRICK J.
KUKLA
COUNSEL FOR RIMA MANUFACTURING COMPANY
4111 ANDOVER ROAD, WEST-2ND FLOOR
BLOOMFIELD HILLS, MI 48302
brcy@carsonfischer.com
brcy@carsonfischer.com

CASSELS BROCK
ATT: MICHAEL WEINCZOK
2100 SCOTIA PLAZA - 40 KING STREET WEST
TORONTO, ON M5H 3C2
mweinczok@casselsbrock.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN CAROL A. GLICK, ESQ.
COUNSEL FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
cglick@certilmanbalin.com

CERTILMAN BALIN ADLER & HYMAN, LLP
ATTN RICHARD J. MCCORD, ESQ.
COUNSEL FOR USAA
90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
rmccord@certilmanbalin.com

CHAPELL & ASSOCIATES LLC
ATTN ALAN CHAPELL CIPP
CONSUMER PRIVACY OMBUDSMAN
297 DRIGGS AVENUE SUITE 3A
BROOKLYN, NY11222
alan@chapellassociates.com

CLARK HILL PLC
ATTN: ROBERT D. GORDON, ESQ.
COUNSEL FOR ATS AUTOMATION TOOLING SYSTEMS,
151 SOUTH OLD WOODWARD AVENUE, SUITE 200
BIRMINGHAM, MI 48009
rgordon@clarkhill.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
A RICHARD SUSKO, ESQ
ONE LIBERTY PLAZA
NEW YORK, NY 10006
BSUSKO@CGSH.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: JAMES L. BROMLEY, ESQ.
COUNSEL FOR UAW
ONE LIBERTY PLAZA
NEW YORK, NY 10006
jbromley@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: SEAN A. O'NEAL, ESQ.
COUNSEL FOR THE INTERPUBLIC GROUP OF
COMPANIES,
ONE LIBERTY PLAZA
NEW YORK, NY10006
soneal@cgsh.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
DAVID I GOTTLIEB, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006
DGOTTLIEB@CGSH.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
RICHARD S LINCER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY10006
RLINCER@CGSH.com

COHEN, WEISS AND SIMON LLP
ATT: BABETTE A. CECCOTTI, ESQ.
COUNSEL FOR INTERNATIONAL UNION, UAW
330 WEST 42ND STREET
NEW YORK, NY 10036
bceccotti@cwsny.com

COHN WHITESELL & GOLDBERG LLP
ATT: MICHAEL J. GOLDBERG, ESQ.
ATT FOR: CABOT INDUSTRIAL VALUE FUND II
OPERATING PARTNERSHIP L.P
29 WORSTER RD
ELIOT, ME 03903
goldberg@cwg11.com

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA & CHRISTOPHER M.
HEMRICK
COUNSEL FOR PANASONIC ELECTRIC WORKS
CORPORATION OF AMERICA
888 SEVENTH AVENUE
NEW YORK, NY 10106
sfalanga@connellfoley.com
chemrick@connellfoley.com

COOLIDGE WALL CO., L.P.A.
ATT: RONALD S. PRETEKIN, ESQ.
COUNSEL FOR HARCO MANUFACTURING GROUP LLC
33 WEST FIRST STREET, SUITE 600
DAYTON, OH 45402
pretekin@coollaw.com

COUNTY ATTORNEY
ATTN: BELKYS ESCOBAR, ASSISTANT COUNTY
ATTORNEY
COUNSEL FOR THE COUNTY OF LOUDOUN, VIRGINIA
ONE HARRISON STREET, S.E., 5TH FLOOR
LEESBURG, VA 20175
belkys.escobar@loudoun.gov

COVINGTON & BURLING LLP
ATTN: MICHAEL ST. PATRICK BAXTER, ESQ.
COUNSEL FOR UNION PACIFIC RAILROAD COMPANY
1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004
mbaxter@cov.com

COVINGTON & BURLING LLP
ATTN: SUSAN POWER JOHNSTON, ESQ.
COUNSEL FOR UNION PACIFIC RAILROAD COMPANY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY10018
sjohnston@cov.com

CROWELL & MORING LLP
ATTN MICHAEL V. BLUMENTHAL, ESQ.
COUNSEL FOR REVITALIZING AUTO COMMUNITIES
ENVIRONMENTAL RESPONSE TRUST
590 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY10022
mblumenthal@crowell.com

CUMMINGS & LOCKWOOD LLC
ATT: JOHN F. CARBERRY, ESQ.
COUNSEL FOR EMIGRANT BUSINESS CREDIT CORP
SIX LANDMARK SQUARE
STAMFORD, CT 06901
jcarberry@cl-law.com

DANA HOLDING COMPANY
ATT: LISA WURSTER
PO BOX 1000
MAUMEE, OH43537
lisa.wurster@dana.com

DAVIS POLK & WARDWELL
ATT: DONALD S. BERNSTEIN & MARSHALL S. HUEBNER
COUNSEL FOR FORD MOTOR COMPANY
450 LEXINGTON AVENUE
NEW YORK, NY 10017
donald.bernstein@dpw.com

DAWDA, MANN, MULCAHY & SADLER, PLC
ATT: WILLIAM ROSIN & KENNETH FLASKA
COUNSEL FOR MAGNETI MARELLI & AUTOMOTIVE
LIGHTING
39533 WOODWARD AVENUE, SUITE 200
BLOOMFIELD HILLS, MI 48304
gm@dmms.com

DAY PITNEY
ATT: RICHARD M. METH, ESQ.
COUNSEL FOR SPARTAN LIGHT METAL PRODUCTS CO
INC.
P.O. BOX 1945
MORRISTOWN, NJ 07962
rmeth@daypitney.com

DAY PITNEY LLP
ATT: HERBERT K. RYDER
COUNSEL FOR BANK OF VALLETTA P.L.C.
P.O. BOX 1945
MORRISTOWN, NJ 07962
hryder@daypitney.com

DAY PITNEY LLP
ATT: RICHARD M. METH, ESQ.
COUNSEL FOR SPARTAN LIGHT METAL PRODUCTS
COMPANY INC.
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932
rmeth@daypitney.com

DEALER TIRE, LLC
3711 CHESTER AVENUE
CLEVELAND, OH 44114
info@dealertire.com

DEAN M. TRAFELET
LEGAL REPRESENTATIVE ASBESTOS PERSONAL
INJURY CLAIMANTS
50 WEST SCHILLER
CHICAGO, IL 60610
dtrafelet@sbcglobal.net

DEBEVOISE & PLIMPTON LLP
ATT: JASMINE POWERS, ESQ.
COUNSEL FOR MAG INDUSTRIAL AUTOMATION
SYSTEMS,
919 THIRD AVENUE
NEW YORK, NY 10022
jpowers@debevoise.com

DEBEVOISE & PLIMPTON LLP
ATT: RICHARD F. HAHN, ESQ.
COUNSEL FOR THE HERTZ CORPORATION
919 THIRD AVENUE
NEW YORK, NY 10022
rfhahn@debevoise.com

DECHERT LLP
ATTN: JAMES O. MOORE, ESQ.
COUNSEL FOR CDI CORPORATION
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
james.moore@dechert.com

DECHERT LLP
ATTN: JULIET SARKESSIAN, ESQ.
COUNSEL FOR CDI CORPORATION
CIRA CENTRE
2929 ARCH STREET
PHILADELPHIA, PA 19104
juliet.sarkessian@dechert.com

DECHERT LLP
ATTN: SHMUEL VASSER, ESQ.
COUNSEL FOR SHANGHAI AUTOMOTIVE INDUSTRY
CORP (GROUP) AND AFFILIATES
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
shmuel.vasser@dechert.com

DEPARTMENT OF LABOR
ATTN: DEPUTY SOLICITOR OF LABOR
200 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20201
CONTACT-OCFO@DOL.GOV

DEPARTMENT OF LABOR & INDUSTRY
ATTN: J. KOTS
READING BANKRUPTCY & COMPLIANCE UNIT
625 CHERRY STREET, ROOM 203
READING, PA 19602
jkots@state.pa.us

DICKINSON WRIGHT PLLC
ATT: COLLEEN M. SWEENEY, ESQ.
COUNSEL FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
csweeney@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: DORON YITZCHAKI, ESQ.
COUNSEL FOR JOHNSON CONTROLS, INC.
301 E. LIBERTY, SUITE 500
ANN ARBOR, MI 48104
dyitzchaki@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: JAMES A. PLEMMONS, ESQ.
COUNSEL FOR JOHNSON CONTROLS, INC.
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226
jplemmons2@dickinsonwright.com

DICKINSON WRIGHT PLLC
ATT: KERRY MASTERS EWALD, ESQ.
COUNSEL FOR JOHNSON CONTROLS, INC.
424 CHURCH STREET, SUITE 1401
NASHVILLE, TN 37219
kewald@dickinsonwright.com

DICKSTEIN SHAPIRO LLP
ATTN BARRY N. SEIDEL, ESQ.
COUNSEL FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
seidelb@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
ATTN ERIC B. FISHER, ESQ.
COUNSEL FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK NY 10019
fishere@dicksteinshapiro.com

DICKSTEIN SHAPIRO LLP
ATTN KATIE L. COOPERMAN, ESQ.
COUNSEL FOR MOTORS LIQUIDATION CO. GUC TRUST
1633 BROADWAY
NEW YORK, NY 10019
coopermank@dicksteinshapiro.com

DICONZA LAW P.C.
ATT: GERARD DICONZA, ESQ.
COUNSEL FOR ARCADIS U.S., INC.
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY 10017
gdiconza@dlawpc.com

DRINKER BIDDLE & REATH LLP
ATT: KIRSTIN K. GOING
COUNSEL FOR MANUFACTURERS AND TRADERS
TRUST COMPANY
1177 AVENUE OF THE AMERICAS,  FL 41
NEW YORK, NY10036
Kristin.Going@dbr.com

DRINKER BIDDLE & REATH LLP
ATT: KRISTEN K. GOING, ESQ.
COUNSEL FOR MANUFACTURERS AND TRADERS
TRUST CO
1500 K STREET, N.W.
WASHINGTON, DC 20005
kristin.going@dbr.com

EDS, AN HP COMPANY
ATT: AYALA HASSELL
BANKRUPTCY & INSOLVENCY, SENIOR ATTORNEY
H3-3A-05
PLANO, TX 75024
ayala.hassell@hp.com

EDWARDS ANGELL PALMER & DODGE LLP
ATTN J WHITLOCK
COUNSEL FOR US BANK NAT'L ASSOC & US BANK
TRUST NAT'L ASSOC
111 HUNTINGTON AVENUE
BOSTON, MA 02199
jwhitlock@eapdlaw.com

ELLIOTT GREENLEAF
ATT: R. Z - ARAVENA & T. KITTILA,ESQ.
FOR 3 M PURIFICATION INC
1105 NORTH MARKET ST. 17TH FLOOR
WILMINGTON, DE 19801
rxza@elliottgreenleaf.com
tak@elliottgreenleaf.com

ELLIS & WINTERS LLP
ATT: GEORGE F. SANDERSON III
COUNSEL FOR CRYMES LANDFILL PRP GROUP
P.O. BOX 33550
RALEIGH, NC 27636
george.sanderson@elliswinters.com

ENTERGY SERVICES, INC
ATT: ALAN H. KATZ, ASSISTANT GENERAL COUNSEL
639 LOYOLA AVENUE, 26TH FLOOR
NEW ORLEANS, LA 70113
akatz@entergy.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DAVID M. EISENBERG, ESQ.
COUNSEL FOR NIDEC MOTORS & ACTUATORS
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
deisenberg@ermanteicher.com

ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
ATT: DIANNE S. RUHLANDT, ESQ. & EARLE I. ERMAN
COUNSEL FOR ETKIN MANAGEMENT SERVICES
400 GALLERIA OFFICENTRE, STE. 444
SOUTHFIELD, MI 48034
druhlandt@ermanteicher.com
eerman@ermanteicher.com

ERVIN COHEN & JESSUP LLP
ATTN: MICHAEL S. KOGAN
COUNSEL FOR SALAS AUTOMOTIVE GROUP, INC. DBA
POWAY CHEVROLET
9401 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212
mkogan@ecjlaw.com

FARELLA BRAUN & MARTEL LLP
ATT: NEIL A. GOTEINER, ESQ.
COUNSEL FOR GENERAL MOTORS RETIREES
ASSOCIATION
235 MONTGOMERY STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104
ngoteiner@fbm.com

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI
LLP
ATT: PAUL J. PASCUZZI, ESQ.
COUNSEL FOR THE MCCLATCHY COMPANY
400 CAPITAL MALL, SUITE 1450
SACRAMENTO, CA 95814
ppascuzzi@ffwplaw.com

FOLEY & LARDNER LLP
ATT: ROBERT H. HUEY, ESQ.
COUNSEL FOR TOYOTA MOTOR CORPORATION
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 600
WASHINGTON, DC 20007
rhuey@foley.com

FOLEY & LARDNER LLP
ATT: VICTOR A. VILAPLANA & MATTHEW J. RIOPELLE
COUNSEL FOR TOYOTA MOTOR CORPORATION
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101
vavilaplana@foley.com
mriopelle@foley.com

FOLEY & LARDNER LLP
ATTN JEFFREY A. SOBLE, ESQ.
COUNSEL FOR TOYOTA MOTOR CORPORATION
NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
jsoble@foley.com

FOLEY & LARDNER LLP
ATTN: DALJIT DOOGAL
COUNSEL FOR PETERSON AMERICAN CORPORATION
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
ddoogal@foley.com

FOLEY & LARDNER LLP
ATTN: FRANK DICASTRI, ESQ.
COUNSEL FOR GETRAG TRANSMISSION
CORPORATION
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
fdicastri@foley.com

FOLEY & LARDNER LLP
ATTN: FRANK W. DICASTRI, JOHN A. SIMON, D.
DOOGAL
COUNSEL FOR OMRON AUTOMOTIVE
ELECTRONICSOMRON 500 WOODWARD AVENUE,
SUITE 2700
DETROIT, MI 48226
fdicastri@foley.com
jsimon@foley.com
ddoogal@foley.com

FOLEY & LARDNER LLP
ATTN: JILL L. MURCH & JOANNE LEE
COUNSEL FOR CUMMINS INC.
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60654
jmurch@foley.com
jlee@foley.com

FOLEY & LARDNER LLP
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
COUNSEL FOR INTRA CORPORATION
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
jsimon@foley.com
kcatanese@foley.com

FOLEY & LARDNER LLP
ATTN: JOHN A. SIMON, KATHERINE R. CATANESE
COUNSEL FOR PIRELLI TIRE, LLC
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
jsimon@foley.com
kcatanese@foley.com

FOLEY & LARDNER LLP
ATTN: MARK A. AIELLO
COUNSEL FOR INERGY AUTOMOTIVE SYSTEMS (USA),
ONE DETROIT CENTER
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
maiello@foley.com

FOLEY & LARDNER LLP
ATTN: SCOTT T. SEABOLT, ESQ.
COUNSEL FOR TEXTRON INC.
500 WOODWARD AVENUE, SUITE 2700
DETROIT, MI 48226
sseabolt@foley.com

FORMAN HOLT ELIADES & RAVIN, LLC
ATT: KIM R. LYNCH, ESQ.
COUNSEL FOR SIEMENS BUILDING TECHNOLOGIES,
INC.
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ 07652
klynch@formanlaw.com

FOX ROTHSCHILD LLP
ATTN: YANN GERON, ESQ.
COUNSEL FOR STARSOURCE MANAGEMENT
SERVICES
100 PARK AVENUE, SUITE 1500
NEW YORK, NY 10017
ygeron@foxrothschild.com

FREEBORN & PETERS LLP
ATT: AARON L. HAMMER & THOMAS R. FAWKES, ESQS
COUNSEL FOR PGW, LLC
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
ahammer@freebornpeters.com
tfawkes@freebornpeters.com

FRIEDLANDER MISLER, PLLC
ATTN: ROBERT E. GREENBERG, ESQ.
COUNSEL FOR REALTY ASSOCIATES IOWA
CORPORATION
1101 SEVENTEENTH STREET, N.W., SUITE 700
WASHINGTON, DC 20036
rgreenberg@dclawfirm.com

FROST BROWN TODD
ATT: ROBERT A. GUY JR. & J.MATTHEW KROPLIN
COUNSEL FOR CLARCOR, INC.
424 CHURCH STREET, SUITE 1600
NASHVILLE, TN 37219
bguy@fbtlaw.com
mkroplin@fbtlaw.com

FTI CONSULTING
ATTN: ANNA PHILLIPS
GUC TRUST/AVOIDANCE ACTION TRUST MONITOR
1201 WEST PEACHTREE STREET, SUITE 500
ATLANTA,GA  30309
anna.phillips@fticonsulting.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: DAVID A. ROSENZWEIG & MARK C. HAUT
COUNSEL FOR SOUTHWEST RESEARCH INSTITUTE
666 FIFTH AVENUE
NEW YORK, NY 10103
drosenzweig@fulbright.com
mhaut@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LIZ BOYDSTON, ESQ.
COUNSEL FOR BELL ATLANTIC TRICON LEASING
CORP.
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: LOUIS R. STRUBECK & LIZ BOYDSTON, ESQ.
COUNSEL FOR VERIZON CAPITAL CORPORATION
2200 ROSS AVENUE, SUITE 2800
DALLAS, TX 75201
lstrubeck@fulbright.com
lboydston@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: MICHAEL M. PARKER, ESQ.
COUNSEL FOR SOUTHWEST RESEARCH INSTITUTE
300 CONVENT ST, STE 2100
SAN ANTONIO,TX  78205
mparker@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG & JACLYN L. RABIN
COUNSEL FOR AT&T CORP.
666 FIFTH AVENUE
NEW YORK,NY  10103
drosenzweig@fulbright.com
jrabin@fulbright.com

GALESE & INGRAM, P.C.
ATTN JEFFREY L. INGRAM
COUNSEL FOR SERRA CHEVROLET, INC. & KEYSTON
AUTOMOTIVE, INC.
800 SHADES CREEK PKWY, SUITE 300
BIRMINGHAM, AL 35209
jeff@galese-ingram.com

GENERAL MOTORS, LLC
ATT LAWRENCE S BUONOMO ESQ
400 RENAISSANCE CENTER
DETROIT, MI 48265
lawrence.s.buonomo@gm.com

GERSTEN SAVAGE, LLP
ATT: PAUL RACHMUTH
COUNSEL FOR COURT APPOINTED CLASS
600 LEXINGTON AVENUE
NEW YORK, NY 10022
prachmuth@gerstensavage.com

GIBBONS P.C.
ATT: DAVID N. CRAPO, ESQ.
COUNSEL FOR J.D. POWER AND ASSOCIATES
ONE GATEWAY CENTER
NEWARK, NJ 07102
dcrapo@gibbonslaw.com

GIBSON, DUNN & CRUTCHER LLP
ATT: DAVID M. FELDMAN, ESQ.
COUNSEL FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
dfeldman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATT: MATTHEW J. WILLIAMS, ESQ.
COUNSEL FOR WILMINGTON TRUST COMPANY
200 PARK AVENUE
NEW YORK, NY  10166
mjwilliams@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
ATTN: MATTHEW WILLIAMS AND KEITH MARTORANA
ATTORNEYS FOR WILMINGTON TRUST COMPANY
AS GUC TRUST ADMINISTRATOR
200 PARK AVENUE
NEW YORK, NY 10166
mjwilliams@gibsondunn.com
kmartorana@gibsondunn.com

GIRRARD GIBBS LLP
ATT: D. GIRARD & A.J. DE BARTOLOMEO
COUNSEL FOR COURT APPOINTED CLASS
601 CALIFORNIA STREET, SUITE 1400
SAN FRANCISCO, CA 94108
dcg@girardgibbs.com
ajd@girardgibbs.com

GLENN M. REISMAN, ESQ.
COUNSEL FOR GE ENERGY, GE MOTORS & GE WATER
TWO CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484
Glenn.Reisman@ge.com

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ
COUNSEL FOR THE FEE EXAMINER
780 NORTH WATER STREET
MILWAUKEE, WI 53202
tnixon@gklaw.com
candres@gklaw.com
kstadler@gklaw.com

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
COUNSEL FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE,MD  21201
JBerlage@ghsllp.com

GOHN, HANKEY & STICHEL, LLP
ATTN: B DELFINO
COUNSEL FOR HAROLD MARTIN
201 N. CHARLES STREET - SUITE 2101
BALTIMORE, MD 21201
bdelfino@ghsllp.com

GOLDBERG SEGALLA LLP
ATT: B. HOOVER & C. BELTER, ESQ.
COUNSEL FOR THE QUAKER OATS COMPANY
665 MAIN STREET, SUITE 400
BUFFALO, NY 14203
bhoover@goldbergsegalla.com
cbelter@goldbergsegalla.com

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
ATT: JONATHAN L. FLAXER, DOUGLAS L. FURTH,
ANTHONY M. VASSALLO
COUNSEL FOR PANASONIC AUTO SYS CO OF
AMERICA, DIV OF PANASONIC CORP OF N.A.,
F/K/A AS MATSUSHITA ELEC CORP IF AMERICA
437 MADISON AVENUE
NEW YORK, NY 10022
jflaxer@golenbock.com
dfurth@golenbock.com

GORLICK, KRAVITZ & LISTHAUS, P.C.
ATT: BARBARA S. MEHLSACK, ESQ.
COUNSEL FOR IUOE, LOCALS IUOE 101, IUOE 18S &
832S
17 STATE STREET, 4TH FLOOR
NEW YORK, NY 10004
bmehlsack@gkllaw.com

GOULSTON & STORRS, P.C.
ATT: DOUGLAS B. ROSNER, ESQ.
COUNSEL FOR 767 FIFTH PARTNERS LLC AND
BP/CGCENTER I LLC
400 ATLANTIC AVENUE
BOSTON, MA 02110
drosner@goulstonstorrs.com

GOULSTON & STORRS, P.C.
ATT: GREGORY O. KADEN, ESQ.
COUNSEL FOR 767 FIFTH PARTNERS AND
BP/CGCENTER
400 ATLANTIC AVENUE
BOSTON, MA 02110
gkaden@goulstonstorrs.com

GREENBERG TRAURIG, LLP
ATT: B. ZIRINSKY, N. MITCHELL & A. KADISH
COUNSEL FOR PERRY PARTNERS INTERNATIONAL,
200 PARK AVENUE
NEW YORK, NY 10166
Zirinskyb@gtlaw.com
Mitchelln@gtlaw.com
Kadisha@gtlaw.com

HAHN & HESSEN LLP
ATT: J. DIVACK ESQ.
COUNSEL FOR B.REYNOLDS & G REYNOLDS, JR.
488 MADISON AVENUE, 15TH FLOOR
NEW YORK, NY 10022
jdivack@hahnhessen.com

HAHN LOESER & PARKS LLP
ATT: LEE D. POWAR & DANIEL A. DEMARCO & ROCCO I.
DEBITETTO
200 PUBLIC SQUARE, SUITE 2800
CLEVELAND, OH 44114
ldpowar@hahnlaw.com
dademarco@hahnlaw.com

HALPERIN BATTAGLIA RAICHT, LLP
ATT: CHRISTOPHER J. BATTAGLIA & JULIE D. DAYAS,
ESQ.
COUNSEL FOR MACQUARIE EQUIPMENT FINANCE,
LLC.
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
cbattaglia@halperinlaw.netjdyas@halperinlaw.net

HARMAN BECKER AUTOMOTIVE SYSTEMS, INC.
39001 WEST 12 MILE ROAD
FARMINGTON HILLS, MI 48331
info@harmanbecker.de

HARTER SECREST & EMERY LLP
ATTN MARK C. SMITH
COUNSEL FOR MAGUIRE FAMILY PROPERTIES, INC.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
msmith@hselaw.com

HAYNES AND BOONE LLP
ATT: JONATHAN HOOK, ESQ.
COUNSEL FOR AIRGAS, INC.
1221 AVENUE OF THE AMERICAS 26TH FL
NEW YORK, NY 10020
jonathan.hook@haynesboone.com

HAYNES AND BOONE LLP
ATT: PATRICK L. HUGHES
COUNSEL FOR AIRGAS, INC.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
patrick.hughes@haynesboone.com

HAYNES AND BOONE LLP
ATTN: CHARLES A. BECKMAN & BROOKS HAMILTON
COUNSEL FOR EXXON MOBIL CORPORATION
1221 MCKINNEY, SUITE 2100
HOUSTON, TX  77010
charles.beckham@haynesboone.com
brooks.hamilton@haynesboone.com

HAYNES AND BOONE, LLP
ATTN: JUDITH ELKIN
COUNSEL FOR CEVA LOGISTICS
1221 AVENUE OF THE AMERICAS, 26TH FLOOR
NEW YORK, NY 10020
judith.elkin@haynesboone.com

HAYNSWORTH SINKLER BOYD, P.A.
ATTN: WILLIAM H. SHORT, JR., ESQ.
COUNSEL FOR SOUTH CAROLINA AUTOMOBILE
DEALERS ASSOCIATION
POST OFFICE BOX 11889
COLUMBIA, SC 29211
bshort@hsblawfirm.com

HERRICK, FEINSTEIN LLP
ATT: STEPHEN B. SELBST & PAUL RUBIN
COUNSEL FOR BRIDGESTONE AM. TIRE OPERATIONS
2 PARK AVENUE
NEW YORK ,NY 10016
sselbst@herrick.com
prubin@herrick.com

HESS CORPORATION
ATT: ELIZABETH ANNE CARINI CURRENTI, ESQ.
1 HESS PLAZA
WOODBRIDGE,NJ  07095
ecurrenti@hess.com

HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
ATT: AMY S. CHIPPERSON, ESQ.
200 CONNELL DR
STE 5000
BERKELEY HTS,NJ  07922
amy.chipperson@hp.com

HISCOCK & BARCLAY LLP
ATTN SUSAN R KATZOFF ESQ
COUNSEL FOR THE SCHAEFER GROUP INC
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
skatzoff@hblaw.com

HISCOCK & BARCLAY, LLP
ATT: SUSAN R. KATZOFF, ESQ.
ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
skatzoff@hblaw.com

HOGAN & HARTSON LLP
ATT: SCOTT A. GOLDEN & BRIAN J GRIECO, ESQ.
COUNSEL FOR NEWS AMERICA INCORPORATED
875 THIRD AVENUE
NEW YORK, NY10022
sagolden@hhlaw.com
 bjgrieco@hhlaw.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATT: TRICIA A. SHERICK, ESQ.
COUNSEL FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
tsherick@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTN JOSEPH R SGROI ESQ
COUNSEL FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
jsgroi@honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
ATTN ROBERT B WEISS ESQ
COUNSEL FOR GENERAL MOTORS CORPORATION
2290 FIRST NATIONAL BUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226
rweiss@honigman.com

HUNTER & SCHANK CO., LPA
ATT: JOHN J. HUNTER, JR., ESQ.
COUNSEL FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO,OH 43604
jrhunter@hunterschank.com

HUNTER & SCHANK CO., LPA
ATT: THOMAS J. SCHANK, ESQ.
COUNSEL FOR ZF FRIEDRICHSHAFEN AG
ONE CANTON SQUARE
1700 CANTON AVENUE
TOLEDO, OH 43604
tomschank@hunterschank.com

ICE MILLER LLP
ATTN HENRY E. EFROYMSON
COUNSEL FOR HOUGHTON INTL, OWENS-ILLINOIS,
AND HONEYWELL INTERNATIONAL, INC.
ONE AMERICAN SQUARE, SUITE 2900
INDIANAPOLIS, IN 46282
Henry.efroymson@icemiller.com

INDUSTRY CANADA, LEGAL SERVICES
ATT: ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OH5
anne.boudreau@ic.gc.ca

INTERNATIONAL UNION OF OPERATING ENGINEERS
ATT: RICHARD GRIFFIN, GENERAL COUNSEL
1125 SEVENTEENTH STREET, NW
WASHINGTON, DC 20036
rgriffin@iuoe.org

INTERNATIONAL UNION, UAW
ATT: DANIEL SHERRICK & NIRAJ GANATRA, LEGAL
DEPT.
COUNSEL FOR INTERNATIONAL UNION, UAW
8000 EAST JEFFERSON AVENUE
DETROIT, MI 48214
memberservices@iuawfcu.com
nganatra@uaw.net

IVEY, BARNUM AND O'MARA, LLC
ATTN: MELISSA ZELEN NEIER, ESQ.
COUNSEL FOR SONIC AUTOMOTIVE, INC.
170 MASON STREET
GREENWICH, CT 06830
mneier@ibolaw.com

J.L. SAFFER, P.C.
ATTN: JENNIFER L. SAFFER, ESQ.
COUNSEL FOR TMI CUSTOM AIR SYSTEMS, INC.
450 FASHION AVE, STE 1400
NEW YORK,NY  10123
jlsaffer@jlsaffer.com

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE & HEATHER D. MCARN
SPECIAL COUNSEL FOR DEBTORS
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY 10022
ptrostle@jenner.com

JOHNSON, HEARN, VINEGAR, GEE & GLASS, PLLC
ATT: JEAN WINBORNE BOYLES, ESQ.
COUNSEL FOR D & J AUTOMOTIVE, LLC
P.O. BOX 1776
RALEIGH, NC 27602
jboyles@jhvgglaw.com

K&L GATES LLP
ATT: JEFFREY N. RICH & ERIC T. MOSER, ESQS.
COUNSEL FOR PPG INDUSTRIES, INC.
599 LEXINGTON AVENUE
NEW YORK, NY 10022
jeff.rich@klgates.com
eric.moser@klgates.com

KAYE SCHOLER LLP
ATT: RICHARD G. SMOLEV & STEWART B. HERMAN
COUNSEL FOR PHILLIP MORRIS CAPITAL CORP
425 PARK AVENUE
NEW YORK, NY 10022
rsmolev@kayescholer.com

JACKSON WALKER L.L.P.
ATTN JEFFREY G. HAMILTON, ESQ.
COUNSEL FOR FLOWSERVE CORPORATION F/K/A THE
DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS,TX  75202
jhamilton@jw.com

JAFFE, RAITT, HEUER, & WEISS, P.C.
ATT: RICHARD E. KRUGER
COUNSEL FOR THE BMW GROUP
27777 FRANKLIN RD. SUITE 2500
SOUTHFIELD, MI 48034
rkruger@jaffelaw.com

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY & JOSEPH P. GROMACKI
SPECIAL COUNSEL FOR DEBTORS
353 N. CLARK ST.
CHICAGO, IL 60654
dmurray@jenner.com

KEATING MUETHING & KLEKAMP PLL
ATTN: JASON V. STITT, ESQ.
COUNSEL FOR CINTAS CORPORATION
ONE EAST FOURTH STREET, SUITE 1400
CINCINNATI,OH 45202
jstitt@kmklaw.com

KELLEY & FERRARO, L.L.P.
ATT: THOMAS M. WILSON, ESQ.
COUNSEL FOR ASBESTOS TORT CLAIMANTS
2200 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
twilson@kelley-ferraro.com

KELLEY DRYE & WARREN LLP
ATTN: DAVID RETTER, PAMELA BRUZZESE-SZCZGIEL,
JENNIFER CHRISTIAN, ESQS
COUNSEL FOR LAW DEBENTURE TRUST COMPANY OF
NY
101 PARK AVENUE
NEW YORK, NY 10178
KDWBankruptcyDepartment@kelleydrye.com

KELLEY DRYE & WARREN, LLP
ATT: JAMES S. CARR & JORDAN A. BERGMAN, ESQS
COUNSEL FOR BP CANADA ENERGY MARKETING
CORP. AND BP ENERGY CO.
101 PARK AVENUE
NEW YORK, NY 10178
KDWBankruptcyDepartment@kelleydrye.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: SUSAN JENNIK, ESQ.
113 UNIVERSITY PLACE,  7TH FL
NEW YORK, NY 10003
sjennik@kjmlabor.com

KENNEDY, JENNIK & MURRAY P.C.
ATTN: THOMAS M  KENNEDY, ESQ.
113 UNIVERSITY PLACE, 7TH FL
NEW YORK, NY 10003
tmurray@kjmlabor.com

KERR, RUSSELL AND WEBER, PLC
ATT: P. WARREN HUNT, ESQ. & JAMES DELINE
COUNSEL FOR AVL AMERICAS, INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI  48226
pwh@krwlaw.com

KERR, RUSSELL AND WEBER, PLC
ATTN: JAMES E. DELINE, ESQ.
COUNSEL FOR WINDSOR MOLD INC.
500 WOODWARD AVENUE, SUITE 2500
DETROIT, MI 48226
jed@krwlaw.com

KILPATRICK & ASSOCIATES, P.C.
ATT: RICHARDO I. KILPATRICK & LEONORA K.
COUNSEL FOR OAKLAND COUNTY TREASURER
903 N. OPDYKE ROAD, SUITE C
AUBURN HILLS, MI 48326
ecf@kaalaw.com

KIRK P. WATSON, ESQ
ASBESTOS TRUST ADMINISTRATOR
2301 WOODLAWN BOULEVARD
AUSTIN, TX 78703
kirkpwatson@gmail.com

KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP
ATTN MORTON R BRANZBURG
COUNSEL FOR MANUFACTURERS & TRADERS TRUST
260 S BROAD STREET
PHILADELPHIA ,PA 19102
MBranzburg@klehr.com

KOHRMAN JACKSON & KRANTZ, PLL
ATT: JAMES W. EHRMAN, ESQ.
COUNSEL FOR SUNNYSIDE AUTOMOTIVE VI, LLC
ONE CLEVELAND CENTER, 20TH FLOOR
1375 EAST NINTH STREET
CLEVELAND, OH 44114
jwe@kjk.com

KOTZ, SANGSTER, WYSOCKI AND BERG, P.C.
ATTN: FREDERICK A. BERG , ESQS
COUNSEL FOR APPLIED MANUFACTURING
TECHNOLOGIES
400 RENAISSANCE CENTER, SUITE 3400
DETROIT, MI 48243
fberg@kotzsangster.com

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, R SCHMIDT, LAUREN
MACKSOUD, JEN SHARRET,
COUNSEL FOR THE OFFICIAL UNSECURED
CREDITORS COMMITTEE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
acaton@kramerlevin.com
tmayer@kramerlevin.com
rschmidt@kramerlevin.com
lmacksoud@kramerlevin.com
jsharret@kramerlevin.com
jfriedman@kramerlevin.com

KUPELIAN ORMOND & MAGY, P.C.
ATT: TERRANCE HILLER, DAVID BLAU, PAUL MAGY,
MATTHEW SCHLEGEL
COUNSEL FOR LA PRODUCTIONS, LLC
25800 NORTHWESTERN HIGHWAY, SUITE 950
SOUTHFILED,MI 48075
dmb@kompc.com
psm@kompc.com
mws@kompc.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: ADAM D. BRUSKI, ESQ.
COUNSEL FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI48708
abruski@lambertleser.com

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
ATTN: SUSAN M. COOK, ESQ.
COUNSEL FOR LINAMAR CORP & MAHAR TOOL
SUPPLY CO.
916 WASHINGTON AVENUE, SUITE 309
BAY CITY, MI 48708
scook@lambertleser.com

LATHAM & WATKINS LLP
ATTN: ROBERT J. ROSENBERG & ADAM J. GOLDBERG
COUNSEL FOR ALLISON TRANSMISSION, INC., FKA
CLUTCH OPERATING CO., INC.
885 THIRD AVENUE, SUITE 1000
NEW YORK, NY 10022
Robert.Rosenberg@lw.com
Adam.Goldberg@lw.com

LAW OFFICE OF ETHAN GANC
ATTN ETHAN D. GANC, ESQ.
COUNSEL FOR WILLIAM BRADFORD JONES
109 W. 26TH STREET, SUITE 4A
NEW YORK, NY  10001
ethan@ethanganclegal.com

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATT: GABRIEL DEL VIRGINIA, ESQ.
COUNSEL FOR HESS CORPORATION
488 MADISON AVE
NEW YORK, NY 10022
gabriel.delvirginia@verizon.net

LAWRENCE JAY KRAINES, ESQ.
14235 DICKENS STREET,  SUITE 4
SHERMAN OAKS, CA 91423
larrykraines@gmail.com

LECLAIRRYAN P.C
ATT: MICHAEL E. HASTINGS & MICHAEL T. CONWAY,
ESQS
ATTY OF HONEYWELL INTERNATIONAL INC.
830 THIRD AVENUE, 5TH FLOOR
NEW YORK, NY 10022
michael.hastings@leclairryan.com
michael.conway@leclairryan.com

LEVY RATNER P.C.
ATT: SUZANNE HEPNER, RYAN J. BARBUR & ROBERT
H. STROUP
COUNSEL FOR UNITED STEELWORKERS
80 EIGHTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011
shepner@lrbpc.com
rbarbur@lrbpc.com
rstroup@lrbpc.com

LEWIS LAW PLLC
ATT: KENNETH M. LEWIS
COUNSEL FOR JOHANN HAY GMBH & CO. KG
120 BLOOMINGDALE RD., SUITE 100
WHITE PLAINS, NY 10605
klewis@lewispllc.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATT: ELIZABETH WELLER, ESQ.
COUNSEL FOR TARRANT COUNTY & DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX, 75201
dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATT: JOHN P. DILLMAN, ESQ.
STATE OF TEXAS TAXING AUTHORITIES
POST OFFICE BOX 3064
HOUSTON, TX ,77253
houston_bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS, ESQ.
COUNSEL FOR CAMERON COUNTY, HARLINGEN,
HARLINGEN ISD, NUECES COUNTY, SAN
2700 VIA FORTUNA DRIVE, SUITE 400
P.O. BOX 17428
AUSTIN, TX,78760
austin.bankruptcy@publicans.com

LOCKE LORD BISSELL & LIDDELL LLP
ATT: KEVIN J. WALSH, ESQ.
COUNSEL FOR: METHODE ELECTRONICS, INC.
3 WORLD FINANCIAL CTR FL 20
NEW YORK, NY,10281
kwalsh@lockelord.com

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN, S. JASON TEELE, IRA M.
LEVEE
COUNSEL FOR GROUP 1 AUTOMOTIVE, INC. AND ITS
DEALERSHIPS
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
metkin@lowenstein.com
steele@lowenstein.com
ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN MICHAEL S. ETKIN, ESQ.
COUNSEL FOR FLOWSERVE CORPORATION F/K/A THE
DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
COUNSEL FOR FLOWSERVE CORPORATION F/K/A THE
DURIRON COMPANY
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022
steele@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN S. JASON TEELE, ESQ.
COUNSEL FOR FLOWSERVE CORPORATION F/K/A THE
DURIRON COMPANY
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
steele@lowenstein.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: KATHLEEN H. KLAUS, ESQ.
COUNSEL FOR M-TECH ASSOCIATES
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
khk@maddinhauser.com

MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
ATTN: MICHAEL S. LIEB, ESQ.
COUNSEL FOR SOUTH TROY TECH, LLC
28400 NORTHWESTERN HWY., 3RD FLOOR
SOUTHFIELD, MI 48034
msl@maddinhauser.com

MATTA BLAIR, PLC
ATT: STEVEN A. MATTA, ESQ.
COUNSEL FOR CHARTER TOWNSHIP OF YPSILANTI, MI
4145 DUBLIN DRIVE, SUITE 100
BLOOMFIELD HILLS, MI 48302
smatta@mattablair.com

MAZZEO SONG & BRADHAM LLP
ATTN: DAVID H. HARTHEIMER, ESQ.
COUNSEL FOR CLARCOR, INC. AND TOTAL FILTRATION
SERVICES, INC.
708 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017
dhartheimer@mazzeosong.com

MCCARTER & ENGLISH, LLP
ATT: CHARLES A. STANZIALE, JR.
NEW JERSEY SELF INSURERS GUARANTY ASSOC
FOUR GATEWAY CENTER
NEWARK, NJ 07102
cstanziale@mccarter.com

MCCARTER & ENGLISH, LLP
ATT: JEFFREY T.TESTA, ESQ.
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
jtesta@mccarter.com

MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., L.P.A.
ATTN: KIMBERLY A. BRENNAN, ESQ.
ROBERT R. KRACHT, ESQ.
COUNSEL FOR DEALER TIRE, LLC
101 WEST PROSPECT AVENUE, SUITE 1800
CLEVELAND, OH 44115
kab@mccarthylebit.com
rrk@mccarthylebit.com

MCCREARY VESELKA BRAGG & ALLEN PC
ATTN MICHAEL REED ESQ
COUNSEL FOR LOCAL TEXAS TAXING AUTHORITIES
PO BOX 1269
ROUND ROCK, TX 78680
mreed@mvbalaw.com
sveselka@mvbalaw.com
gbragg@mvbalaw.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHARLES E. DORKEY III
COUNSEL FOR EVGENY A. FRIEDMAN
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169
cdorkey@mckennalong.com

MCKENNA LONG & ALDRIDGE LLP
ATT: CHRISTOPHER F. GRAHAM, ESQ.
COUNSEL FOR INDUSTRY CANADA
230 PARK AVENUE STE 1700
NEW YORK, NY 10169
cgraham@mckennalong.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JACOB F. LAMME, ESQ.
COUNSEL FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
lamme@mltw.com

MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
ATT: JOHN J. PRIVITERA, ESQ.
COUNSEL FOR ST. REGIS MOHAWK TRIBE
677 BROADWAY
ALBANY, NY 12207
privitera@mltw.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD J. LOBELLO, ESQ.
COUNSEL FOR PITNEY BOWES, INC, PITNEY BOWES
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: EDWARD LOBELLO, ALAN MARDER. JIL MAZER-
MARINO, J. RANDO CRISTIANO
COUNSEL FOR INT'L UNION UAW AND UAW ET AL
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530
elobello@msek.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATT: HANAN B. KOLKO, ESQ.
COUNSEL FOR INT'L UNION UAW AND UAW ET AL
1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
hkolko@msek.com

MICHAEL A. COX, ATTY GENERAL
KATHLLEN A. GARDINER, ASST. ATTY GENERAL
CADILLAC PLACE
DETROIT, MI 48202
gardinerk@michigan.gov

MICHAEL S. HOLMES, P.C.
ATT: MICHAEL S. HOLMES, ESQ.
COUNSEL FOR OAKS L-M, INC. DBA WESTPOINT
8100 WASHINGTON AVENUE, SUITE 120
HOUSTON, TX 77007
msholmes@cowgillholmes.com

MICHIGAN ENVIRONMENT, NATURAL RESOURCES AND
AGRICULTURE DIVISION
ATTN: CELESTE R. GILL, ASSISTANT ATTY GENERAL
COUNSEL FOR MI DEPT OF ENVIRONMENTAL QUALITY
525 W. OTTAWA, 6TH FL, G. MENNE WILLIAMS BDG
P.O. BOX 30755
LANSING, MI 48909
gillcr@michigan.gov

MICHIGAN FUNDS ADMINISTRATION
7201 W. SAGINAW HWY, STE 110
LANSING,,MI 48917
funds@michigan.gov

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DRIVE
PO BOX 30016
LANSING,,MI 48909
wcacinfo@michigan.gov

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATT: TYSON M. LOMAZOW & SAMUEL A. KHALIL, ESQ.
COUNSEL FOR: MANUFACTURERS & TRADERS TRUST
1 CHASE MANHATTAN PLAZA
NEW YORK, NY10005
tlomazow@milbank.com
skhalil@milbank.com

MILLER JOHNSON
ATT THOMAS P. SARB, ESQ
COUNSEL FOR BENTELER AUTOMOTIVE CORP
250 MONROE AVE., STE 800
GRAND RAPIDS, MI 49501
ecfsarbt@millerjohnson.com

MILLER JOHNSON
ATTN: ROBERT D. WOLFORD, ESQ.
COUNSEL FOR MICO INDUSTRIES, INC.
250 MONROE AVENUE, N.W., SUITE 800
P.O. BOX 306
GRAND RAPIDS, MI 49501
ecfwolfordr@millerjohnson.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: DONALD J. HUTCHINSON, ESQ.
COUNSEL FOR LANSING BOARD OF WATER & LIGHT
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
hutchinson@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: SUSAN I. ROBBINS, ESQ.
COUNSEL FOR LANSING BOARD OF WATER & LIGHT
500 FIFTH AVENUE, SUITE 1815
ATT: SUSAN I. ROBBINS, ESQ.
NEW YORK, NY 10110
robbins@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATT: TIMOTHY A. FUSCO, ESQ.
COUNSEL FOR COUNTY OF WAYNE, MICHIGAN
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
fusco@millercanfield.com

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
ATTN: MARC N. SWANSON, ESQ.
COUNSEL FOR KONGSBERG AUTOMOTIVE, INC.,
KONGSBERG DRIVELINE SYSTEMS I,
KONGSBERG INTERIOR SYS, KONGSBERG POWER
PRODUCT SYS, KONGSBERG HOLDING
150 WEST JEFFERSON AVENUE, SUITE 2500
DETROIT, MI 48226
swansonm@millercanfield.com

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
ATT: PAUL J. RICOTTA, ESQ.
COUNSEL FOR HITACHI, LTD., HITACHI AUTOMOTIVE
PRODUCTS (USA), INC.,
TOKICO (USA), INC. AND HITACHI CABLE INDIANA, INC.
ONE FINANCIAL CENTER
BOSTON, MA 02111
pricotta@mintz.com

MISSOURI DEPARTMENT OF REVENUE
ATT: STEVEN A. GINTHER, ESQ.
BANKRUPTCY UNIT
P.O. BOX 475
JEFFERSON CITY, MO 65105
sdnyecf@dor.mo.gov

MONTGOMERY, MCCRACKEN, WALKER & RHOADS,
LLP
COUNSEL FOR STEVEN KAZAN, ESQ.
COUNSEL FOR STEVEN KAZAN, ESQ.
ATTN: NATALIE RAMSEY & JOSEPH O'NEIL, JR.
123 SOUTH BROAD STREET
PHILADELPHIA, PA19109
nramsey@mmwr.com
joneil@mmwr.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  ANDREW D. GOTTFRIED & ANNIE C. WELLS
ATTYS FOR JPMORGAN CHASE BANK
101 PARK AVENUE
NEW YORK, NY 10178
AGOTTFRIED@MORGANLEWIS.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN:  RICHARD S. TODER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178
RTODER@MORGANLEWIS.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: EMMELINE S. LIU, ESQS
COUNSEL FOR FMR CORP.
101 PARK AVENUE
NEW YORK, NY 10178
eliu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
ATTN: MICHAEL A. BLOOM & RACHEL JAFFE MAUCERI,
COUNSEL FOR ARAMARK HOLDINGS CORPORATION
1701 MARKET STREET
PHILADELPHIA, PA 19103
rmauceri@morganlewis.com

MOSES & SINGER LLP
ATTN JAMES M. SULLIVAN, ESQ.
COUNSEL FOR THE TIMKEN COMPANY & THE TIMKEN
CORPORATION
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
jsullivan@mosessinger.com

MOTLEY RICE LLC
ATT: JEANETTE M. GILBERT, JOSEPH F. RICE, JOHN A.
BADEN IV, ESQS
COUNSEL FOR ASBESTOS TORT CLAIMANTS
28 BRIDGESIDE BLVD.
MT. PLEASANT, SC 29464
jgilbert@motleyrice.com
jrice@motleyrice.com
jbaden@motleyrice.com

MOTORS LIQUIDATION COMPANY
ATTN: THOMAS MORROW
401 SOUTH OLD WOODWARD AVENUE, STE 370
BIRMINGHAM, MI 48265
tmorrow@alixpartners.com

MUCH SHELIST DENENBERG AMENT AND
RUBENSTEIN, P.C.
ATT: COLLEEN E. MCMANUS, ESQ.
COUNSEL FOR BRANDENBURG INDUSTRIAL SERVICE
CO.
191 NORTH WACKER DRIVE, SUITE 1800
CHICAGO, IL 60606
CMcManus@muchshelist.com

MUNSCH HARDT KOPF & HARR, P.C.
ATT: MARY W. KOKS
COUNSEL FOR JIS PERFORMING PARTY GROUP
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002
mkoks@munsch.com

MYERS & FULLER, P.A.
ATT: RICHARD SOX, ESQ.
COUNSEL FOR GREATER NEW YORK AUTOMOBILE
DEALERS ASSOCIATION
2822 REMINGTON GREEN CIRCLE
TALLAHASSEE, FL 32308
rsox@dealerlawyer.com

N.W. BERNSTEIN & ASSOCIATES, LLC
ATT: NORMAN W. BERNSTEIN, ESQ.
COUNSEL FOR ENVIRONMENTAL CONSERVATION AND
CHEMICAL CORP SITE TRUST FUND
800 WESTCHESTER AVENUE, SUITE 319 NORTH
RYE BROOK, NY 10573
nwbernstein@nwbllc.com

NAGEL RICE, LLP
ATTN: DIANE E. SAMMONS & JAY J. RICE, ESQ.
COUNSEL FOR NTSEBEZA
103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
dsammons@nagelrice.com
jrice@nagelrice.com

NAHINS & GOIDEL, P.C.
ATT: BORAH GOLDSTEIN ALTSCHULER & JEFFREY
CHANCAS
377 BROADWAY
NEW YORK, NY 10013
dbrody@borahgoldstein.com

NARMCO GROUP
ATTN: GARY KELLY
2575 AIRPORT ROAD
WINDSOR, ONTARIO N8W 1Z4
Gkelly@narmco.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATT: GEORGE CAUTHEN, CAMERON CURRIE, ESQS
COUNSEL FOR MICHELIN TIRE CORP.
1320 MAIN STREET, 17TH FLOOR
POST OFFICE BOX 11070
COLUMBIA, SC 29201
george.cauthen@nelsonmullins.com
cameron.currie@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATT: PETER J. HALEY, ESQ.
COUNSEL FOR MICHELIN TIRE CORP.
200 CLARENDON ST  FL 35
BOSTON, MA 02116
peter.haley@nelsonmullins.com

NEW YORK STATE DEPARTMENT OF LAW
ATT: MAUREEN F. LEARY, ASSISTANT ATTORNEY
GENERAL
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY 12224
Maureen.Leary@oag.state.ny.us

NEW YORK STATE DEPARTMENT OF LAW
ATT: SUSAN L. TAYLOR, ASSISTANT ATTORNEY
GENERAL
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NY 12224
Susan.Taylor@oag.state.ny.us

NEW YORK STATE, DEPT. OF LABOR
ATTN: STEVEN KOTON, ASSISTANT ATTY GENERAL
C/O ANDREW CUOMO, ATTY GEN OF THE STATE OF NY
120 BROADWAY, 26TH FLOOR
NEW YORK,NY 10271
steven.koton@ag.ny.gov

OFFICE OF ATTORNEY GENERAL FOR PENNSYLVANIA
ATT: CAROL E. MOMJIAN, SENIOR DEPUTY ATTY
GENERAL
COUNSEL FOR COMMONWEALTH OF PA., DEPT OF
REVENUE, BUREAU OF ACCTS SETTLEM
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA,PA 19107
cmomjian@attorneygeneral.gov

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
Info@AndrewCuomo.com

OFFICE OF THE OHIO ATTORNEY GENERAL
ATT: LUCAS WARD, ESQ.
COUNSEL FOR STATE OF OHIO
150 EAST GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215
lucas.ward@ohioattorneygeneral.gov

OFFICE OF WESTCHESTER COUNTY ATTY
ATT: MELISSA-JEAN ROTINI, ESQ.
148 MARTINE AVENUE, 6TH FLOOR
WHITE PLAINS, NY 10601
MJR1@westchestergov.com

OHIO ATTORNEY GENERAL
ATT: MICHELLE T. SUTTER, PRINCIPAL ASST. ATTY
GEN.
COUNSEL FOR ("OEPA")
ENVIRONMENTAL ENFORCEMENT SECTION
30 E. BROAD STREET, 25TH FLOOR
COLUMBUS, OH 43215
Michelle.sutter@ohioattorneygeneral.gov

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: RICHARD H WYRON, ESQ.
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
RWYRON@ORRICK.com

ORRICK HERRINGTON & SUTCLIFF LLP
ATTN: ROGER FRANKEL, ESQ
COLUMBIA CENTER
1152 15TH STREET, N.W
WASHINGTON, DC 20005
RFRANKEL@ORRICK.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JOHN ANSBRO
COUNSEL FOR HELLA KGAA HUECKHELLA
CORPORATE CENTER USABEHR-HELLA
666 FIFTH AVENUE
NEW YORK, NY 10103
jansbro@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: RICHARD H. WYRON & ROBERT F. LAWRENCE
COUNSEL FOR FISKER AUTOMOTIVE, INC.
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, DC 20005
rwyron@orrick.com
rlawrence@orrick.com

ORUM & ROTH, LLC
ATTN: MARK D. ROTH, ESQ.
COUNSEL FOR NICOR GAS
53 WEST JACKSON BOULEVARD
CHICAGO,IL  60604
email@orumroth.com

OSLER, HOSKIN & HARCOURT LLP
ATTN: TRACY C SANDLER, ESQ.
100 KING STREET WEST
1 FIRST CANADIAN PLACE, SUITE 6100
Toronto, ON M5X 1B8
tsandler@osler.com

OTTERBOURG STEINDLER HOUSTON & ROSEN PC
ATTN: JONATHAN N. HELFAT, ESQ., STEVEN SOLL
230 PARK AVENUE
NEW YORK, NY 10169
DWALLEN@OSHR.com
JHELFAT@OSHR.com
SSOLL@OSHR.com

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATT: DANIEL WALLEN, MELANIE L. CYGANOWSKI,
JONATHAN N. HELFAT &
COUNSEL FOR GMAC LLC AND ITS AFFILIATES
STEVEN B. SOLL, ESQS.
230 PARK AVENUE
NEW YORK, NY 10169
OSHR-GM-bk@oshr.com

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV, ESQ.
COUNSEL FOR SONIC AUTOMOTIVE, INC.
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC 28202
chipford@parkerpoe.com

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ANDREW N. ROSENBERG, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
AROSENBERG@PAULWEISS.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATT: HARVEY A. STRICKON, ESQ.
COUNSEL FOR ROLLS-ROYCE
75 EAST 55TH STREET
NEW YORK, NY 10022
harveystrickon@paulhastings.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG & JONATHAN T. KOEVARY
COUNSEL FOR ENTERPRISE RENT-A-CAR COMPANY
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
akornberg@paulweiss.com
jkoevary@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ALAN W. KORNBERG, REBECCA ZUBATY ESQS.
COUNSEL FOR DANA HOLDING CORPORATION
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
akornberg@paulweiss.com
rzubaty@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATT: ANDREW ROSENBERG, BRIAN HERMANN,
MARGARET PHILLIPS
COUNSEL FOR INFORMAL GROUP OF HOLDERS OF GM
UNSECURED NOTES
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
arosenberg@paulweiss.com
bhermann@paulweiss.com
mphillips@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: STEPHEN J. SHIMSHAK & PHILIP A. WEINTRAUB
COUNSEL FOR RYDER INTEGRATED LOGISTICS, INC.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
sshimshak@paulweiss.com
pweintraub@paulweiss.com

PENSION BENEFIT GUARANTY CORPORATION
ATTN: ISRAEL GOLDOWITZ, KAREN MORRIS, JOHN
MENK
OFFICE OF THE GENERAL COUNSEL
RALPH L LANDY, MICHAEL A. MARICCO, ESQS.
WASHINGTON, DC 20005
maricco.michael@pbgc.gov

PEPPER HAMILTON LLP
ATT: EDWARD C. TOOLE & LINDA J. CASEY
COUNSEL FOR BURLINGTON NORTHERN SANTE FE RR
CO 3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA 19103
toolee@pepperlaw.com
caseyl@pepperlaw.com

PEPPER HAMILTON LLP
ATT: HENRY J. JAFFE & JAMES C. CARIGNAN
COUNSEL FOR SKF USA INC.
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE 19899
jaffeh@pepperlaw.com
carignanj@pepperlaw.com

PEPPER HAMILTON LLP
ATTN KAY STANDRIDGE KRESS, ESQ.
COUNSEL FOR SATTERLEE, ROSE AND SPRINGFIELD
TOWNSHIP GROUPS
100 RENAISSANCE CENTER, STE. 3600
DETROIT, MI 48243
kressk@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
COUNSEL FOR CHANNELVANTAGE, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
COUNSEL FOR NOVODYNAMICS, INC.,
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
COUNSEL FOR PILKINGTON NORTH AMERICA, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
COUNSEL FOR URBAN SCIENCE APPLICATIONS, INC.
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY 10018
leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN LAURA M. LEITNER
COUNSEL FOR VALEO SYLVANIA, L.L.C.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY10018
leitnerl@pepperlaw.com

PEPPER HAMILTON LLP
ATTN: LAURA M. LEITNER
COUNSEL FOR SKF USA INC
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE, 37TH FLOOR
NEW YORK, NY10018
leitnerl@pepperlaw.com

PEPPER-HAMILTON LLP
ATTN: LAURA M. LEITNER
COUNSEL FOR OSRAM SYLVANIA PRODUCTS, INC.
THE NEW YORK TIMES BUILDING
620 EIGHTH AVE. 37TH FLOOR
NEW YORK, NY 10018
leitnerl@pepperlaw.com

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.
ATT: ELIZABETH BANDA CALVO
COUNSEL FOR ARLINGTON ISD
P.O. BOX 13430
ARLINGTON, TX 76094
ebcalvo@pbfcm.com

PETER M. HOBAICA LLC
ATTN PETER M. HOBAICA
COUNSEL FOR ROBERT N. CURRI
2045 GENESEE STREET
UTICA, NY 13501
pmhllc@hobaicalaw.com

PETER M. HOBAICA LLC
ATTN PETER M. HOBAICA, ESQ.
2045 GENESEE STREET
UTICA, NY 13501
PHILIP MORRIS USA
2335 BELLS RD
RICHMOND, VA 23234
joy.e.tanner@altria.com

PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG &
JASLOW, LLP
ATT: TERESA SADUTTO-CARLEY, ESQ.
COUNSEL FOR CANON FINANCIAL SERVICES, INC.
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
tsadutto@platzerlaw.com

PLUNKETT COONEY
ATT: DAVID A. LERNER, ESQ.
COUNSEL FOR G-TECH PROFESSIONAL STAFFING
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
dlerner@plunkettcooney.com

PLUNKETT COONEY
ATTN: DOUGLAS C. BERNSTEIN & MICHAEL A. FLEMING
COUNSEL FOR DENSO INTERNATIONAL  AMERICA &
DENSO SALES CALIFORNIA
38505 WOODWARD AVENUE, SUITE 2000
BLOOMFIELD HILLS, MI 48304
dbernstein@plunkettcooney.com
mfleming@plunkettcooney.com

PORZIO BROMBERG & NEWMAN P.C.
ATT: JOHN MAIRO & ROBERT SCHECHTER
COUNSEL FOR RAUFOSS AUTOMOTIVE COMPONENTS
CANADA
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962
jsmairo@pbnlaw.com
rmschechter@pbnlaw.com

POTTER ANDERSON & CORROON LLP
ATT: DAVID BALDWIN, THERESA BROWN-EDWARDS, R.
STEPHEN MCNEILL, ESQS.
COUNSEL FOR NORFOLK SOUTHERN CORPORATION &
NORFOLK SOUTHERN RAILWAY
HERCULES PLAZA, 6TH FLOOR
1313 NORTH MARKET STREET P.O. BOX 951
WILMINGTON, DE  19801
dbaldwin@potteranderson.com
tbrown-edwards@potteranderson.com
rmcneill@potteranderson.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, S.C.
ATT: SARA J. GEENEN, ESQ.
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE WI 53212
sjg@previant.com

PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER &
BRUEGGEMAN, S.C.
ATTN: FREDERICK PERILLO
1555 N. RIVERCENTER DRIVE, SUITE 202
P.O. BOX 12993
MILWAUKEE, WI 53212
fp@previant.com

PRONSKE & PATEL PC
ATTN RAKHEE V PATEL ESQ
COUNSEL FOR BOYD BRYANT
2200 ROSS AVENUE SUITE 5350
DALLAS,  TX 75201
rpatel@pronskepatel.com

PROSKAUER ROSE LLP
ATT: SCOTT K. RUTSKY & ADAM T. BERKOWITZ
COUNSEL FOR STATE STREET BANK AND TRUST CO
11 TIMES SQ
NEW YORK, NY 10036
srutsky@proskauer.com
aberkowitz@proskauer.com

PRYOR CASHMAN LLP
ATTN PATRICK SIBLEY
COUNSEL FOR SPCP GROUP, L.L.C.
7 TIMES SQUARE
NEW YORK, NY 10036
psibley@pryorcashman.com

PRYOR CASHMAN LLP
ATTN RONALD S. BEACHER
COUNSEL FOR BANK OF VALLETTA P.L.C.
7 TIMES SQUARE
NEW YORK, NY10036
rbeacher@pryorcashman.com

QUARLES & BRADY LLP
ATT: FAYE FEINSTEIN & CHRISTOPHER COMBEST
COUNSEL FOR UPS SERVICE, INC.UPS CAPITAL CORP.
300 NORTH LASALLE STREET, SUITE 4000
CHICAGO, IL 60654
Faye.Feinstein@quarles.com
Christopher.com
best@quarles.com

RABINOWITZ, LUBETKIN & TULLY, L.L.C.
ATTN: JONATHAN I. RABINOWITZ, ESQ.
COUNSEL FOR THE RABINOWITZ FAMILY, LLC
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039
jrabinowitz@rltlawfirm.com

RADHA R. M NARUMANCHI
657 MIDDLETON AVENUE
NEW HAVEN, CT 06513
rrm_narumanchi@hotmail.com

RAY QUINNEY & NEBEKER P.C.
ATT: STEPHEN C. TINGEY
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145
stingey@rqn.com

REED SMITH LLP
ATT ERIC A. SCHAFFER, ESQ.
COUNSEL FOR UNITED STATES STEEL CORPORATION
225 5TH AVE STE 1200
PITTSBURGH, PA 15222
eschaffer@reedsmith.com

REED SMITH LLP
ATT: KURT F. GWYNNE, ESQ.
COUNSEL FOR UNITED STATES STEEL CORPORATION
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
kgwynne@reedsmith.com

REID AND REIGE, P.C.
ATT: CAROL A. FELICETTA, ESQ.
COUNSEL FOR BARNES GROUP INC.
195 CHURCH STREET
NEW HAVEN, CT 06510
cfelicetta@reidandriege.com

RHOADES MCKEE
ATTN: TERRY L. ZABEL, ESQ.
COUNSEL FOR BAY LOGISTICS, INC.
161 OTTAWA AVENUE, NW, SUITE 600
GRAND RAPIDS, MI 49503
tlzabel@rhoadesmckee.com

RICHARD M. ALLEN, ESQ
223 EGREMONT PLAIN RD, PMB 108
NORTH EGREMONT, MA 01252
rmallenski@aol.com

RICHARD W. MARTINEZ, APLC
ATT: RICHARD W. MARTINEZ, ESQ.
COUNSEL FOR W A THOMAS CO. AND SPECIALTY
ENGINE COMPONENTS, LLC
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA 70130
richardnotice@rwmaplc.com

RICHARDS KIBBE & ORBE LLP
ATT: MICHAEL FRIEDMAN
COUNSEL FOR AVERITT EXPRESS INC.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
mfriedman@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
COUNSEL FOR MORGAN STANLEY & CO.
INTERNATIONAL
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
jhong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN JOON P. HONG
COUNSEL FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
JHong@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
COUNSEL FOR MORGAN STANLEY & CO.
INTERNATIONAL
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
nbinder@rkollp.com

RICHARDS KIBBE & ORBE LLP
ATTN NEIL S. BINDER
COUNSEL FOR GOLDMAN SACHS & CO.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
NBinder@rkollp.com

RIDDELL WILLIAMS P.S.
ATT: JOSEPH E. SHICKICH, ESQ.
COUNSEL FOR MICROSOFT CORP AND MICROSOFT
LICENSING G.P.
1001 - 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154
jshickich@riddellwilliams.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ
COUNSEL FOR NIJECT SERVICES COMPANY
500 FIFTH AVENUE, SUITE 4920
NEW YORK, NY 10110
akress@riker.com

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
ATT: J. ALEX KRESS & KEVIN J. LARNER, ESQ.
COUNSEL FOR NIJECT SERVICES COMPANY
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962
akress@riker.com

RK CHEVROLET/RK AUTO GROUP
2661 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23451
rkchevysales@rkautogroup.net

ROBERT BOSCH LLC
ATTN: JUDITH LOWITZ ADLER, ESQ.
ASSISTANT GENERAL COUNSEL
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48331
judith.adler@us.bosch.com

ROBERT T. SMITH, ESQ.
COUNSEL FOR CNI ENTERPRISES, INC
1451 EAST LINCOLN AVENUE
MADISON HEIGHTS, MI 48071
rsmith@cniinc.cc

ROBINSON BROG LEINWAND GREENE GENOVESE &
GLUCK
ATT: RUSSELL P. MCRORY, ESQ.
COUNSEL FOR SATURN OF HEMPSTEAD, INC.
875 3RD AVE FL 9
NEW YORK, NY 10022
rpm@robinsonbrog.com

ROBINSON WATERS & O'DORISIO, P.C.
ATT: ANTHONY L. LEFFERT, ESQ.
COUNSEL FOR ENVIRONMENTAL TESTING
CORPORATION
1099 18TH STREET, SUITE 2600
DENVER, CO 80202
aleffert@rwolaw.com

ROPERS MAJESKI KOHN & BENTLEY
ATTN N KATHLEEN STRICKLAND
201 SPEAR STREET SUITE 1000
SAN FRANCISCO, NY94105
kstrickland@rmkb.com

SATTERLEE STEPHENS BURKE & BURKE LLP
ATT: CHRISTOPHER BELMONTE & PAMELA BOSSWICK
COUNSEL FOR MOODY'S INVESTORS SERVICE
230 PARK AVENUE
NEW YORK, NY 10169
cbelmonte@ssbb.com
pbosswick@ssbb.com

SAUL EWING LLP
ATT: ADAM H. ISENBERG, ESQ.
COUNSEL FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
aisenberg@saul.com

SAUL EWING LLP
ATT: JEFFREY C. HAMPTON, ESQ.
COUNSEL FOR JAC PRODUCTS, INC.
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA 19102
jhampton@saul.com

SAUL EWING LLP
ATTN: TERESA K.D. CURRIER, ESQ.
COUNSEL FOR JOHNSON MATTHEY TESTING &
DEVJOHNSON MATTHEY INC
222 DELAWARE AVENUE, SUITE 1200
P.O. BOX 1266
WILMINGTON, DE 19899
tcurrier@saul.com

SCHAFER AND WEINER, PLLC
ATT: RYAN D. HEILMAN, ESQ.
COUNSEL FOR HIROTEC AMERICA
40950 WOODWARD AVENUE, SUITE 100
BLOOMFIELD HILLS, MI  48304
rheilman@schaferandweiner.com
glee@schaferandweiner.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATT: BENJAMIN P. DEUTSCH, ESQ.
COUNSEL FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005
bdeutsch@schnader.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN BARRY E BRESSLER ESQ
COUNSEL FOR AD HOC COMMITTEE OF CONSUMER
VICTIMS OF GM
1600 MARKET STREET SUITE 3600
PHILADELPHIA, PA 19103
bbressler@schnader.com

SCHULTE ROTH & ZABEL LLP
ATTN: DAVID J. KARP AND ADAM HARRIS, ESQS.
COUNSEL FOR PARNASSUS HOLDINGS II,
LLCPLATINUM EQUITY CAPITAL
PARTNERS II, LP
919 THIRD AVENUE
NEW YORK,,NY,10022
david.karp@srz.com
adam.harris@srz.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
mschonfeld@gibsondunn.com

SEYBURN, KAHN, GINN, BESS & SERLIN P.C.
ATT: DAVID T. LIN, ESQ.
COUNSEL FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
dlin@seyburn.com

SEYBURN, KAHN, GINN, BESS & SERLIN, P.C.
ATT: DAVID LIN
COUNSEL FOR SUPERIOR ACQUISITION, INC. D/B/A
SUPERIOR ELECTRIC
GREAT LAKES COMPANY
2000 TOWN CENTER, SUITE 1500
SOUTHFIELD, MI 48075
dlin@seyburn.com

SFS LAW GROUP
ATTN DENNIS O'DEA
COUNSEL FOR DWAYNE MAYTON
9930 MONROE ROAD, SUITE 103
MATTHEWS, NC 28105
dennis.odea@sfslawgroup.com

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN
ATT: BRIAN L. SHAW, ESQ.
COUNSEL FOR ATC LOGISTICS & ELECTRONICS, INC.
321 N. CLARK STREET, SUITE 800
CHICAGO, IL 60654
bshaw100@shawgussis.com

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK & JILL FRIZZLEY, ESQS
COUNSEL FOR AMERICAN AXLE MANUFACTURING
HOLDINGS, INC. AND ITS AFFILIATES
599 LEXINGTON AVENUE
NEW YORK,,NY,10022
fsosnick@shearman.com
jfrizzley@shearman.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATT: EDWARD TILLINGHAST, MALANI CADEMARTORI,
BLANKA WOLFE
COUNSEL FOR SYNOPSYS, INC.
30 ROCFEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY 10112
etillinghast@sheppardmullin.com
mcademartori@sheppardmullin.com
bwolfe@sheppardmullin.com

SHINN FU CORPORATION
C/O ARTHUR A. CHAYKIN, ESQ.
10939 N. POMONA AVE.
KANSAS CITY,MO 64153
achaykin@shinnfuamerica.com

SIDLEY AUSTIN
ATTN STEVEN M BIERMAN
COUNSEL FOR WELLS FARGO BANK NORTHWEST, N.A.
AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
sbierman@sidley.com

SIDLEY AUSTIN LLP
ATTN COURTNEY A. ROSEN
COUNSEL FOR WELLS FARGO BANK NORTHWEST,
N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO, IL 60603
crosen@sidley.com

SIDLEY AUSTIN LLP
ATTN KENNETH P. KANSA
COUNSEL FOR WELLS FARGO BANK NORTHWEST,
N.A., AS AGENT TO THE TPC LENDERS
ONE SOUTH DEARBORN
CHICAGO,IL 60603
kkansa@sidley.com

SIDLEY AUSTIN LLP
ATTN NICHOLAS K. LAGEMANN
COUNSEL FOR WELLS FARGO BANK NORTHWEST, N.A.
AS AGENT TO THE TPC LENDERS
787 SEVENTH AVENUE
NEW YORK, NY 10019
nlagemann@sidley.com

SIDLEY AUSTIN LLP
ATTN: KENNETH P. KANSA, ESQ.
COUNSEL FOR THE LENDER GROUP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
kkansa@sidley.com

SILVERMANACAMPORA LLP
ATT: ADAM L. ROSEN, ESQ.
COUNSEL FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC., DIGITAS, INC.,
PUBLICIS GROUPE
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753
ARosen@SilvermanAcampora.com

SIMPSON THACHER & BARTLETT LLP
ATTN: PETER V. PANTALEO, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017
PPANTALEO@STBLAW.com

SINGER & LEVICK P.C.
ATT: LARRY A. LEVICK, ESQ.MICHELLE E. SHIRRO
COUNSEL FOR AFFILIATED COMPUTER SERVICES,
INC.
16200 ADDISON ROAD, SUITE 140
ADDISON, TX 75001
levick@singerlevick.com
mshriro@singerlevick.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: JOHN WM. BUTLER, JR., ESQ.
COUNSEL FOR DELPHI CORPORATION
ATTN:  RON W MEISLER, ESQ.
155 N. WACKER DRIVE, SUITE 2700
CHICAGO,IL 60606
jack.butler@skadden.com

SMITH & PARTNERS
ATT: NICOLE B. BOEHLER
COUNSEL FOR JOHANN HAY GMBH & CO. KG
HERRENBERGER STRASSE 12
71032 BOEBLINGEN
nboehler@cbmlaw.com

SPECTRUM GROUP MANAGEMENT LLC
C/O DAVID D.R. BULLOCK
1250 BROADWAY, SUITE 810
NEW YORK, NY 10001
dbullock@spectrumgp.com

SQUIRE, SANDERS & DEMPSEY, L.L.P.
ATTN: G. CHRISTOPHER MEYER, ESQ.
COUNSEL FOR TRW AUTOMOTIVE U.S. LLC TRW
INTEGRATED CHASSIS SYSTEMS LLC
4900 KEY TOWER
127 PUBLIC SQUARE
CLEVELAND, OH 44114
cmeyer@ssd.com

STAHL COWEN CROWLEY ADDIS LLC
ATT: TRENT P. CORNELL, ESQ.
COUNSEL FOR GM NAT'L RETIREE ASS., OVER THE
HILL CAR PEOPLE, LLC
55 WEST MONROE STREET, SUITE 1200
CHICAGO, IL 60603
tcornell@stahlcowen.com

STARK REAGAN
ATTN: J. CHRISTOPHER CALDWELL, ESQ.
COUNSEL FOR SATTERLUND SUPPLY COMPANY
1111 W. LONG LAKE ROAD, SUITE 202
TROY, MI 48098
ccaldwell@starkreagan.com

STEMBER FEINSTEIN DOYLE & PAYNE, LLC
ATT: WILLIAM PAYNE, J. STEMBER, E. DOYLE, S.
PINCUS, P. EWING, J. HURT
COUNSEL FOR INT'L UNION UAW AND UAW ET AL
429 FORBES AVENUE
ALLEGHENY BUILDING STE 1705
PITTSBURGH, PA 15219
wpayne@stemberfeinstein.com
EDOYLE@STEMBERFEINSTEIN.com
JSTEMBER@STEMBERFEINSTEIN.com
EFEINSTEIN@STEMBERFEINSTEIN.com

STEPHEN H. GROSS, ESQ.
COUNSEL FOR DELL MARKETING LP AND DELL
FINANCIAL SERVICES LLC
35 OLD SPORT HILL ROAD
EASTON, CT 06612
shgross5@yahoo.com

STEVENSON & BULLOCK PLC
ATTN: CHARLES D. BULLOCK, ESQ.
COUNSEL FOR FATA AUTOMATION, INC.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034
cbullock@sbplclaw.com

STEVENSON & BULLOCK PLC
ATTN: SONYA N. GOLL, ESQ.
COUNSEL FOR FATA AUTOMATION, INC.
26100 AMERICAN DR STE 500
SOUTHFIELD, MI 48034
sgoll@sbplclaw.com

STITES & HARBISON PLLC
ATT: ROBERT C. GOODRICH JR  & MADISON L. MARTIN
COUNSEL FOR BRIDGESTONE AMERICAS TIRE
OPERATIONS, LLC
401 CHURCH STREET, SUITE 800
NASHVILLE, TN37219
nashvillebankruptcyfilings@stites.com

STITES & HARBISON, PLLC
ATT: BRIAN H. MELDRUM, ESQ.
COUNSEL FOR AKEBONO CORP.
400 W. MARKET STREET, SUITE 1600
LOUISVILLE, KY 40202
bmeldrum@stites.com

STREUSAND & LANDON, LLP
ATTN: SABRINA L. STREUSAND, ESQ.
COUNSEL FOR DELL MARKETING, L.P. AND DELL
FINANCIAL SERVICES LLC
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704
streusand@streusandlandon.com

STUTZMAN BROMBERG ESSERMAN & PLIFKA PC
ATTN SANDER ESSERMAN PETER  D'APICE JO
HARTWICK JACOB NEWTON
COUNSEL FOR AD HOC COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS
2323 BRYAN STREET SUITE 2200
DALLAS, TX 75201
brousseau@sbep-law.com
esserman@sbep-law.com
hartwick@sbep-law.com
d'apice@sbep-law.com
newton@sbep-law.com

SULLIVAN & WORCESTER LLP
ATT: HIERSTEINER, DARCEY, ZUCCARELLO, GROVES &
BODELL
COUNSEL FOR US BANK NATIONAL ASSOCIATION
ONE POST OFFICE SQUARE
BOSTON, MA 02109
rhiersteiner@sandw.com
jdarcey@sandw.com
azuccarello@sandw.com
 jgroves@sandw.com
cbodell@sandw.com

SULLIVAN, WARD, ASHER & PATTON, P.C.
ATTN: DAVID J. SELWOCKI, ESQ.
1000 MACCABEES CENTER
25800 NORTHWESTERN HIGHWAY
SOUTHFIELD, MI 48037
dselwocki@swappc.com

TEITELBAUM & BASKIN, LLP
ATT: JAY TEITELBAUM
COUNSEL FOR JOHANN HAY GMBH & CO. KG
3 BARKER AVENUE, THIRD FLOOR
WHITE PLAINS, NY 10601
jteitelbaum@tblawllp.com

TENNESSEE ATTORNEY GENERAL'S OFFICE
ATT: ROBERT COOPER & MARVIN CLEMENTS
COUNSEL FOR TENNESSEE DEPARTMENT OF
REVENUE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 37202
marvin.clements@ag.tn.gov

THE CREDITOR'S LAW GROUP, PC
ATT: DAVID J. RICHARDSON
COUNSEL FOR LG ELECTRONICS
2301 HYPERION AVENUE, STE. A
LOS ANGELES, CA 90027
djr@thecreditorslawgroup.com

THE GARDEN CITY GROUP INC
ATTN: BARBARA KEANE
1985 MARCUS AVENUE
LAKE SUCCESS, NY 11042
barbara_keane@gardencitygroup.com

THE TEXAS ATTORNEY GENERAL'S  OFFICE
ATTN: J. CASEY ROY, ASST. ATTORNEY GENERAL
COUNSEL FOR TEXAS DEPT OF TRANSPORTATION,
MOTOR VEHICLE DIV.
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548, MC-008
AUSTIN, TX 78711
casey.roy@oag.state.tx.us

THE UNIVERSITY OF MICHIGAN OFFICE OF THE V P
AND GENERAL COUNSEL
ATT: DEBRA A. KOWICH, ESQ.
COUNSEL FOR THE BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN
503 THOMPSON STREET, ROOM 5048
ANN ARBOR, MI 48109
dkowich@umich.edu

THOMPSON COBURN LLP
ATTN: ROBERT H. BROWNLEE, ESQ.
COUNSEL FOR MARITZ HOLDINGS, INC. FKA MARITZ
ONE U.S. BANK PLAZA, SUITE 2600
ST. LOUIS, MO 63101
rbrownlee@thompsoncoburn.com

TIPOTEX CHEVROLET, INC.
1600 N. EXPRESSWAY 77/83
BROWNSVILLE, TX 78521
jesse@tipotexchevrolet.com

TORRE, LENTZ, GAMELL, GARY & RITTMASTER, LLP
ATT: MARK S. GAMELL, ESQ.
COUNSEL FOR SAFECO INSURANCE COMPANY OF
AMERICA & LIBERTY MUTUAL COMPANY
100 JERICHO QUADRANGLE, SUITE 309
JERICHO, NY 11753
mgamell@tlggr.com

TORYS LLP
ATT: ALISON D. BAUER & TIMOTHY B. MARTIN, ESQS
COUNSEL FOR HYDROGENICS CORP & JOSEPH
CARGNELLI
237 PARK AVENUE
NEW YORK, NY 10017
abauer@torys.com
tmartin@torys.com

TRENK DIPASQUALE WEBSTER DELLA FERA &
SODONA,
ATT: SAM DELLA FERA, JR., ESQ.
COUNSEL FOR SIKA CORPORATION
347 MT. PLEASANT AVENUE, SUITE 300
WEST ORANGE, NJ 07052
sdellafera@trenklawfirm.com

TROUTMAN SANDERS LLP
ATT: BRETT D. GOODMAN, ESQ., THE CHRYSLER
BUILDING
COUNSEL FOR ALLIED AUTOMOTIVE GROUP, INC,
ALLIED SYSTEMS, LTD (L.P.) & TRANSPORT SUPPORT
405 LEXINGTON AVENUE
NEW YORK, NY 10174
BRETT.GOODMAN@TROUTMANSANDERS.com

TROUTMAN SANDERS LLP
ATT: JEFFREY W. KELLEY, ESQ.
COUNSEL FOR ALLIED AUTOMOTIVE GROUP, INC,
ALLIED SYSTEMS, LTD (L.P.)
AND TRANSPORT SUPPORT LLC
600 PEACHTREE STREET, NE SUITE 5200
ATLANTA, GA 30308
jeffrey.kelley@troutmansanders.com

U.S. TREASURY
ATTN:  JOSEPH SAMARIAS, ESQ.
1500 PENNSYLVANIA AVENUE NW
ROOM 2312
WASHINGTON, DC 20220
JOSEPH.SAMARIAS@DO.TREAS.GOV

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQ.
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179
mkilgore@up.com

UNITED STATES ATTORNEY
ATTN: NATALIE KUEHLER, ESQ., AND DAVID S. JONES,
ESQS.
FOR THE SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007
david.jones6@usdoj.govjeffrey.oestericher@usdoj.govjosep
h.cordaro@usdoj.gov, natalie.kuehler@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ANTI-TRUST DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC20530
antitrust.atr@usdoj.gov

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
askDOJ@usdoj.gov

UNITED STEELWORKERS
ATT: DAVID R. JURY, ESQ.
FIVE GATEWAY CENTER, SUITE 807
PITTSBURGH, PA 15222
djury@usw.org

VEDDER PRICE
MICHAEL EDELMAN, ESQ.
1633 BROADWAY
47TH FLOOR
NEW YORK, NY 10019
MJEDELMAN@VEDDERPRICE.com

VEDDER PRICE P.C.
ATT: MICHAEL EDELMAN, MICHAEL SCHEIN
COUNSEL FOR EXPORT DEVELOPMENT CANADA
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019
MJEdelman@vedderprice.com
MSchein@vedderprice.com

VENABLE LLP
ATTN: LAWRENCE A. KATZ, ESQ.
COUNSEL FOR RK CHEVROLET/RK AUTO GROUP
8010 TOWERS CRESCENT DRIVE, SUITE 300
VIENNA, VA 22182
lakatz@venable.com

VINSON & ELKINS L.L.P.
ATT: RONALD L. ORAN, ESQ.
COUNSEL FOR AM GENERALGENERAL ENGINE
PRODUCTSGEN. TRANSMISSION PROD.
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
roran@velaw.com

VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: TIFFANY STRELOW COBB, ESQ.
COUNSEL FOR TURNER BROADCASTING SYSTEM, INC.
52 EAST GAY STREET
COLUMBUS, OH 43215
tscobb@vorys.com

WARNER NORCROSS & JUDD LLP
ATT: GORDON J. TOERING, ESQ.
COUNSEL FOR ROBERT BOSCH GMBH
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
gtoering@wnj.com

WARNER NORCROSS & JUDD LLP
ATT: MICHAEL G. CRUSE
COUNSEL FOR: LUXCONTROL SA
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
crusemg@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN KURT M. BRAUER, ESQ.
COUNSEL FOR THE CITY OF BAY CITY
2000 TOWN CENTER, SUITE 2700
SOUTHFIELD, MI 48075
kbrauer@wnj.com

WARNER NORCROSS & JUDD LLP
ATTN: STEPHEN B. GROW, ESQ.
COUNSEL FOR GHSP, INC.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS, MI 49503
sgrow@wnj.com

WARREN, DRUGAN & BARROWS, P.C.
ATT: ROBERT L. BARROW, ESQ.
COUNSEL FOR CHARLES CLARK CHEVY, TIPOTEX
CHEVY, KNAPP CHEVY
800 BROADWAY
SAN ANTONIO, TX 78215
rbarrows@wdblaw.com
rbarrows800@gmail.com

WASHINGTON DEPARTMENT OF REVENUE
C/O ZACHARY MOSNER, ASST. ATTY GENERAL
800 FIFTH AVENUE, SUITE 2000
SEATTLE, WA 98104
zacharym@atg.wa.gov

WEBSTER SZYANYI LLP
ATTN KEVIN T. O'BRIEND
COUNSEL FOR MEMBERS OF THE FRONTIER
CHEMICAL SITE PRP GROUP
1400 LIBERTY BUILDING
BUFFALO, NY 14202
ko'brien@websterszanyi.com

WEIL, GOTSHAL & MANGES LLP
ATTN: HARVEY R. MILLER, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
HARVEY.MILLER@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: JOSEPH H. SMOLINSKY, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
JOSEPH.SMOLINSKY@WEIL.COM

WEIL, GOTSHAL & MANGES LLP
ATTN: STEPHEN KAROTKIN, ESQ.
767 FIFTH AVE
NEW YORK, NY 10153
STEPHEN.KAROTKIN@WEIL.COM

WILDMAN, HARROLD, ALLEN & DIXON
ATT: MICHAEL DOCKTERMAN, JONATHAN YOUNG,
RENE FRIEDMAN
COUNSEL FOR LEO BURNETT DETROIT, INC,
STARCOM MEDIAVEST GROUP, INC.,
DIGITAS, INC., PUBLICIS GROUPE OPERATING, ET AL
225 WEST WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606
dockterman@wildman.com
young@wildman.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: DEIRDRE WOULFE PACHECO, ESQ.
COUNSEL FOR: BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE,NJ  07095
dpacheco@wilentz.com

WILENTZ, GOLDMAN & SPITZER, P.A.
ATT: LETITIA ACCARRINO, ESQ.
COUNSEL FOR BOB MAGUIRE CHEVROLET,INC.
90 WOODBRIDGE CENTER DRIVE
SUITE 900, BOX 10
WOODBRIDGE, NJ 07095
laccarrino@wilentz.com

WILLIAM T. GREEN, III, P.C.
ATT: WILLIAM T. GREEN III, ESQ.
COUNSEL FOR LAWRENCE MARSHALL CHEVROLET II,
11 GREENWAY PLAZA, SUITE 2820
HOUSTON, TX 77046
uncbill@msn.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: DENNIS L. JENKINS, ESQ.
COUNSEL FOR PENSION BENEFIT GUARANTY
CORPORATION
60 STATE STREET
BOSTON, MA 02109
dennis.jenkins@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP
ATT: PHILIP D. ANKER & MELANIE J. DRITZ, ESQS
COUNSEL FOR PENSION BENEFIT GUARANTY
CORPORATION
399 PARK AVENUE
NEW YORK, NY 10022
philip.anker@wilmerhale.com
melanie.dritz@wilmerhale.com

WILMINGTON TRUST COMPANY
ATTN: CORPORATE TRUST ACTION
GUC TRUST ADMINISTRATOR
RODNEY SQUARE NORTH
WILMINGTON, DE 19890
guctrustadministrator@wilmingtontrust.com

WINDELS, MARX, LANE & MITTENDORF, LLP
ATTN STEFANO V. CALOGERO, ESQ.
COUNSEL FOR ALLSTATE INSURANCE COMPANY
ONE GIRALDA FARMS - SUITE 380
MADISON, NJ 07940
scalogero@windelsmarx.com

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER, ESQ.
COUNSEL FOR INTERNATIONAL AUTOMOTIVE
COMPONENT GROUP NORTH AMERICA INC
200 PARK AVENUE
NEW YORK, NY 10166
cschreiber@winston.com

WINSTON & STRAWN LLP
ATTN: MATTHEW J. BOTICA & CAREY D. SCHREIBER
COUNSEL FOR ASPEN MARKETING SERVICES, INC.
35 WEST WACKER DRIVE
CHICAGO, IL 60601
mbotica@winston.com

WINSTON & STRAWN LLP
ATTN: STEVEN M. SCHWARTZ
COUNSEL FOR CAPGEMINI AMERICA, INC.
200 PARK AVENUE
NEW YORK, NY 10166
sschwartz@winston.com

WM. DAVID COFFEY & ASSOCIATES
ATT: WM. DAVID COFFEY, III & MARTIN ALANIZ
COUNSEL FOR: CARDENAS AUTOPLEX, INC.
13810 FM 1826
AUSTIN, TX 78737
wdcoffeylaw@yahoo.com

WOLFSON BOLTON PLLC
ATT: SCOTT A. WOLFSON, ESQ.
COUNSEL FOR GUARDIAN AUTOMOTIVE PRODUCTS,
INC.
3150 LIVERNOIS RD., SUITE 275
TROY,  MI 48083
swolfson@wolfsonbolton.com

WYLY-ROMMEL, PLLC
ATT: JAMES WYLY & SEAN ROMMEL
COUNSEL FOR BOYD BRYANT
2311 MOORES LANE
TEXARKANA, TX 75503
jwyly@wylyrommel.com

ZEICHNER ELLMAN & KRAUSE LLP
ATT: STUART A. KRAUSE & BRYAN D. LEINBACH, ESQS
COUNSEL FOR TOYOTA TSUSHO CANADA INC &
TOYOTA TSUSHO AMERICA, INC
575 LEXINGTON AVENUE
NEW YORK, NY 10022
skrause@zeklaw.com
bleinbach@zeklaw.com

**Exhibit B – Regular First Class Mail or Air Mail**

**REGULAR FIRST CLASS MAIL**
ALDINE INDEPENDENT SCHOOL DISTRICT
ATT: ANNETTEE RAMIREZ
14910 ALDINE-WESTFIELD ROAD
HOUSTON, TX 77032

ASPLUNDH TREE EXPERT CO.
ATT: PHILIP E. TATOIAN, JR., ESQ.
VICE PRESIDENT AND GENERAL COUNSEL
708 BLAIR MILL RD
WILLOW GROVE, PA 19090

ATLAS OIL COMPANY
124501 ECORSE ROAD
TAYLOR, MI 48180

ATTORNEY GENERAL FOR THE STATE OF NEBRASKA
ATT: ABIGAIL STEMPSON, ASSISTANT ATTORNEY
GENERAL
COUNSEL FOR THE STATE OF NEBRASKA
2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509

BAKER & HOSTETLER LLP
ATT: RICHARD BERNARD, ESQ.
COUNSEL FOR B&H CREDITORS
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

BAKER & HOSTETLER, LLP
COUNSEL FOR ILCO SITE REMEDIATION GROUP
45 ROCKELLER PLAZA
NEW YORK, NY 10111

BNSF RAILWAY COMPANY
ATT: QUINCY CHUMLEY
3001 WESTERN CENTER BLVD
FORT WORTH, TX 76131

BOB HASTINGS BUICK GMC, INC.
ATT: DAVID P. STOETZEL
800 PANAMA TRAIL SOUTH
ROCHESTER, NY 14625

CHARLES CLARK CHEVROLET CO.
P.O. BOX 520
MCALLEN, TX 78505

CLARK HILL PLC
ATT: CHRISTOPHER M. CAHILL
COUNSEL FOR ATS AUTOMATION TOOLING SYSTEMS
INC, ATS OHIO, INC.
151 SOUTH OLD WOODWARD AVENUE SUITE 200
BIRMINGHAM, MI 48009

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR AND INDUSTRY
READING BANKRUPTCY & COMPL. UNIT
READING, PA 19602

DANA HOLDING CORPORATION
ATTN: LISA WURSTER
4500 DORR STREET
TOLEDO, OH 43615

DANIEL W. SHERRICK, GENERAL COUNSEL
8000 EAST JEFFERSON AVE
DETROIT, MI 48214

**REGULAR FIRST CLASS MAIL**
DAVID V. COOKE, ASSISTANT CITY ATTORNEY
MUNICIPAL OPERATIONS
201 WEST COLFAX AVENUE, DEPT. 1207
DENVER, CO 80202

DAY PITNEY LLP
ATTN: AMISH R. DOSHI, ESQ.
COUNSEL FOR ORACLE USA, INC.
7 TIMES SQUARE
NEW YORK, NY10036

DLA PIPER LLP
ATT: KAROL DENNISTON & JENNIFER NASSIRI, ESQS
COUNSEL FOR HEWLETT PACKARD CO
550 S. HOPE STREET, SUITE 2300
LOS ANGELES, CA 90071

DORSEY & WHITNEY LLP
ATTN: MICHAEL FOREMAN, ESQ.
COUNSEL FOR BALLARD MATERIAL PRODUCTS INC.
250 PARK AVENUE
NEW YORK, NY 10177

EATON ORPORATION
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

EDWARD S. DONINI, ESQ.
P.O. BOX 605
NEW SMFRNA BEACH, FL 32170

EL PASO CORPORATION
ATT: MICHAEL J. MCGINNIS, SENIOR ATTORNEY
1001 LOUISIANA, SUITE E 1943 A
HOUSTON, TX 77002

ELLIAS GROUP LLC
ATT: DAN ELLIAS
411 THEODORE FREMD AVENUE, SUITE 102
RYE,NY 10580

EQUITABLE GAS BANKRUPTCY DEPARTMENT
ATT: JUDY GAWLOWSKI
200 ALLEGHENY CENTER MALL
PITTSBURGH, PA 15212

EVEZICH LAW OFFICE, P.L.L.C.
ATTN CRAIG EVEZICH
175 NE GILMAN BLVD., STE. 209
ISSAQUAH, WA 98207

FACTORY MOTOR PARTS COMPANY
1380 CORPORATE CENTER CURVE
EAGAN, MN  55121

FRASER TREBILCOCK DAVIS & DUNLAP, P.C.
ATTN: G. ALAN WALLACE, ESQ.
COUNSEL FOR CITY OF LANSING
124 WEST ALLEGAN STREET, SUITE 1000
LANSING, MI 48933

GAY D. PELZER
DEPUTY GENERAL COUNSEL
THE UNIVERSITY OF IOWA
IOWA CITY, IA 52242

**REGULAR FIRST CLASS MAIL**
GHSP, INC.
ATTN: RON WALLISH
1250 SOUTH BEECHTREE STREET
GRAND HAVEN, MI 49417

ERBER & GERBER PLLC
ATTN: ETHAN S. GERBER
26 COURT STREET, SUITE 1405
BROOKLYN, Y  11242

GLADFELTER & GALVANO, P.L.
ATT: SACHA ROASS, ESQ.
GRIMES GOEBEL GRIMES HAWKINS
1023 MANATEE AVE WEST
BRADENTON, FL 34205

HAUSFELD LLP
ATTN: STEIG D. OLSON, ESQ., MICHAEL HAUSFELD
COUNSEL FOR BALINTULO PLAINTIFFS
11 BROADWAY, SUITE 615
NEW YORK, NY 10004

HAYNES AND BOONE, LLP
ATTN: MATTHEW E. RUSSELL, ESQ.
ATTY OFR EXXON MOBIL CORPORATION
1221 AVENUE OF THE AMERICAS, 26TH FL
NEW YORK, NY 10020

HEWLETT-PACKARD COMPANY LP
ATT: RAMONA NEAL, SENIOR COUNSEL
11311 CHINDEN BOULEVARD
MAIL STOP 314
BOISE, ID 83714

HINCKLEY, ALLEN & SNYDER LLP
ATT: THOMAS H CURRAN, PAUL F O'DONNELL &
JENNIFER V DORAN
COUNSEL FOR DAVE DELANEY'S COLUMBIA BUICK-
PONTIAC-GMAC CO, LLC
28 STATE STREET
BOSTON MA 02109

HOWARD COUNTY OFFICE OF LAW
ATT: CAMELA J. SANDMANT, ASST COUNTY SOLICITOR
GEORGE HOWARD BUILDING
3430 COURTHOUSE DRIVE
ELLICOTT CITY,MD  21043

IMPERICAL COUNTY TREASURER-TAX COLLECTOR
KAREN VOGEL, TREASURER TAX COLLECTOR
940 WEST MAIN STREET, SUITE 106
EL CENTRO, CA 92243

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
290 BROADWAY
NEW YORK, NY 10007

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
P.O. BOX 21126
PHILADELPHIA, PA 19114

JACKSON WALKER L.L.P.
ATTN HEATHER M. FORREST, ESQ.
COUNSEL FOR FLOWSERVE CORPORATION F/K/A THE
DURIRON COMPANY
901 MAIN STREET, SUITE 6000
DALLAS, TX

**REGULAR FIRST CLASS MAIL**
JUANITA PEREZ WILLIAMS, ESQ.
COUNSEL FOR THE CITY OF SYRACUSE
CORPORATION COUNSEL
300 CITY HALL
SYRACUSE, NY 13202

JIM BARNARD CHEVROLET, INC.
ATT: ALLYN BARNARD, PRESIDENT
7107 BUFFALO ROAD
CHURCHVILLE, NY 14428

KNAPP CHEVROLET
815 HOUSTON AVENUE
HOUSTON, TX 77007

MCKENNA LONG & ALDRIDGE LLP
ATT: JESSICA H. MAYES, ESQ.
COUNSEL FOR INDUSTRY CANADA
230 PARK AVENUE, SUITE 1700
NEW YORK, NY 10169

MELTZER, PURTILL & STELLE, LLC
ATT: FORREST B. LAMMIMAN
COUNSEL FOR BROADWAY IN CHICAGO LLC
300 SOUTH WACKER DRIVE, SUITE 3500
CHICAGO, IL 60606

MICHIGAN WORKERS' COMPENSATION AGENCY
7150 HARRIS DR.
DIMONDALE, MI 48821

MIKE BARNARD CHEVROLET-CADILLAC-BUICK-
PONTIAC-GMC, INC.
ATT: MICHAEL E. BARNARD, PRESIDENT
616 THAYER ROAD
FAIRPORT,NY 14450

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY12205

NORTH AMERICA TONNAGE LINDE, INC.
ATT: JEFFREY J. JOHNS, COMMERCIAL DIRECTOR
575 MOUNTAIN AVENUE
MURRAY HILL, NJ 07974

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS
33 WHITEHALL STREET
NEW YORK, NY 10004

ORRICK, HERRINGTON & SUTCLIFEE LLP
ATT: LORRAINE S. MCGOWEN
COUNSEL FOR FISKER AUTOMOTIVE, INC.
51 WEST 52ND STREET
NEW YORK, NY 10019

P. RICHARD HARTLEY
415 E. COMMERCE STREET, SUITE 101
POST OFFICE BOX 583
GREENVILLE, AL 36037

PADDOCK CHEVROLET, INC.
ATT: DUANE PADDOCK, PRESIDENT
3232 DELAWARE AVENUE
KENMORE, NY 14217

**REGULAR FIRST CLASS MAIL**
PENSKE AUTO GROUP
18600 SOUTH HAWTHORNE BOULEVARD
TORRANCE, CA 90504

PIMA COUNTY
C/O BARBARA LAWALL, CIVIL DIVISION
T. ROBERTS & G. YUSUFOV, DEPUTY COUNTY ATTYS
TUCSON, AZ 85701
R. ELPING, K. DINE & E. CARRIG
1540 BROADWAY
NEW YORK, NY 11036

RAYTHEON PROFESSIONAL SERVICES LLC
22265 PACIFIC BLVD
STERLING, VA 20166

SCHOENL KEVIN M
SCHOENL, CONNIE
20 JADE CREEK DR
HILTON, NY 14468

ROBERT N. CURRI
150 KERBER ROAD
C/O PETER M HOBAICA - ATTY IN FACT
FRANKFORT, NY 13340

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

SHAPE CORP.
ATTN: BUDD BRINK
1900 HAYES STREET
GRAND HAVEN, MI 49417

SILVERMAN & MORRIS, P.L.L.C.
ATTN: GEOFFREY L. SILVERMAN & KARIN F. AVERY
COUNSEL FOR CASSENS TRANSPORT COMPANY
7115 ORCHARD LAKE ROAD, SUITE 500
WEST BLOOMFIELD, MI48322

SIMPSON THACHER & BARTLETT LLP
ATTN: DAVID J. MACK, ESQ.
425 LEXINGTON AVENUE
NEW YORK, NY 10017

TEAM CHEVROLET, INC.
ATT: THOMAS STEIGERWALD, VP
ROUTE 16
OLEAN, NY 14760

THE CHURCH OF THE GOOD NEWS
1599 COLUMBUS AVENUE
BOSTON, MA 02119

THE VALLEY CADILLAC CORPORATION
ATT: EDWARD T. MEAGHAR, JR., PRESIDENT
3100 WINTON ROAD SOUTH
ROCHESTER, NY 14623

TORRES EDWARD ZUNIGA
BERMUDEZ, GENOVEVA
C/O COHEN & ASSOCIATES
SCOTTSDALE, AZ 85255

TOYOTA BOSHOKU AMERICA, INC.
28000 WEST PARK DRIVE
NOVI, MI 48377

**REGULAR FIRST CLASS MAIL**
TOYOTA MOTOR SALES U.S.A, INC.
ATT: TOBIN LIPPERT
19001 SOUTH WESTERN AVE, HQ12
TORRANCE, CA 90509

TRW AUTOMOTIVE U.S. LLC
12001 TECH CENTER DRIVE
LIVONIA, MI 48150
UNDERWOOD & ASSOCIATES, P.C.
ATT: OTIS M. UNDERWOOD JR.
167 S. WASHINGTON ST.
OXFORD, MI 48371

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
THE HONORABLE ROBERT E GERBER
NEW YORK,NY,10004

UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: CHIEF COUNSEL, OFFICE OF FINANCIAL
STABILITY
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC, 20220

OFSChiefCounselNotices@do.treas.gov
UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

ZEEHANDELAR, SABATINO & ASSOCIATES, LLC
ATTN ALESSANDRO SABATINO, JR.
471 EAST BROAD ST. STE. 1200
COLUMBUS, OH 43215

MADISON COUNTY, TAX COLLECTOR
ATT: LYNDA HALL
MADISON COUNTY COURT HOUSE
100 NORTHSIDE SQUARE
HUNTSVILLE, AL 35801

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201

ORNELAS, CASTILLO & ORNELAS, PLLC
ATT: S. ORNELAS & M. CASTILLO JR.
401 EAST HILLSIDE RD., 2ND FLOOR
LAREDO, TX 78041

KATHLEEN M. STILLER
PROGRAM MANAGER 11
DNREC-SIRE3
391 LUKENS DRIVE
NEW CASTLE, DE 19720

ROBERT S. KUEHL
DEPUTY ATTORNEY GENERAL
DNREC-SIRE3
391 LUKENS DRIVE
NEW CASTLE, DE 19720

**REGULAR FIRST CLASS MAIL**
JAMES MORGAN, AAG
ENVIRONMENTAL BUREAU SOUTH
OFFICE OF THE ATTORNEY GENERAL
500 SOUTH SECOND STREET
SPRINGFIELD, IL 62706

JAMES KROPID
ILLINOIS ENVIRONMENTAL PROTECTION AGENCY
DIVISION OF LEGAL COUNSEL
P.O. BOX 19276
I02 1 NORTH GRAND AVENUE EAST
SPRINGFIELD, IL 62794-9276

TIMOTHY J. JUNK, DEP. ATTY. GEN.
OFFICE OF THE ATTORNEY GENERAL
INDIANA GOVERNMENT CENTER SOUTH, FIFTH FLOOR
302 WEST WASHINGTON STREET
INDIANAPOLIS, IN 46204

MICHAEL E. SICKELS, SEN. TECH. ADV.
LNDIANA DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT
OFFICE OF LAND QUALITY
100 NORTH SENATE AVENUE
MC 66-30 IGCN 1101
INDIANAPOLIS, IN 46204-2251

RICK BEAN
SECTION CHIEF,
REMEDIATION SECTION
BUREAU OF ENVIRONMENTAL REMEDIATION
DIVISION OF THE ENVIRONMENT
KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT
1000 SW JACKSON
TOPEKA, KS 66612-1368

PAUL GERARD MARX, ATTORNEY
KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT
1000 SW JACKSON, SUITE 560
TOPEKA, KANSAS 66612

DELORES MONTGOMERY, CHIEF
HAZARDOUS WASTE SECTION
ENVIRONMENTAL RESOURCE MANAGEMENT DIVISION
MICHIGAN DEPARTMENT OF NATURAL RESOURCES
AND ENVIRONMENT
CONSTITUTION HALL, ATRIUM NORTH
525 WEST ALLEGAN STREET
LANSING, MI 48933

CHIEF; REDEVELOPMENT & ENFORCEMENT
SUPPORT UNIT
COMPLIANCE AND ENFORCEMENT SECTION,
REMEDIATION DIVISION - MICHIGAN DEPARTMENT OF
NATURAL RESOURCES AND ENVIRONMENT
CONSTITUTION HALL
525 WEST ALLEGAN STREET
LANSING, MI 48933

CELESTE R. GILL (P52484)
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT, NATURAL RESOURCES AND
AGRICULTURE DIVISION
6TH FLOOR, G. MENNEN WILLIAMS BUILDING
525 WEST OTTAWA STREET
P.O. BOX 30755
LANSING, MI 48909

**REGULAR FIRST CLASS MAIL**
HARRY D. BOZOIAN
DEPARTMENT GENERAL COUNSEL
MISSOURI DEPARTMENT OF NATURAL RESOURCES
P.O. BOX 176
1 101 RIVERSIDE DRIVE
JEFFERSON CITY, MO 65 102

DAVID J. LAMB
DIRECTOR, HAZARDOUS WASTE PROGRAM
PO BOX 176
JEFFERSON CITY, MO 65 102

JOHN K. MCMANUS, OR HIS SUCCESSOR
CHIEF COUNSEL
AGRICULTURE AND ENVIRONMENT DIVISION
P.O. BOX 899
JEFFERSON CITY, MO 65102

SECTION CHIEF,
COST RECOVERY/NATURAL RESOURCE DAMAGES
SECTION
OFFICE OF THE ATTORNEY GENERAL
DEPT OF LAW AND PUBLIC SAFETY DIVISION OF LAW
25 MARKET STREET
P.O.BOX 093
TRENTON, NEW JERSEY 08625-0093

MAUREEN LEALY
ASSISTANT ATTORNEY GENERAL
CHIEF, TOXICS SECTION
NYS DEPARTMENT OF LAW
ENVIRONMENTAL PROTECTION BUREAU
THE CAPITOL
ALBANY, NEW YORK 12224-0341

LAURIE STEVENSON
DEPUTY DIRECTOR, BUSINESS RELATIONS
OHIO ENVIRONMENTAL PROTECTION AGENCY
50 W. TOWN STREET
COLUMBUS, OHIO 43215

DALE T. VITALE
ASSISTANT ATTORNEY GENERAL
30 E. BROAD STREET, 25" FLOOR
COLUMBUS, OHIO 43215

MELANIE D. DAVENPORT, DIRECTOR
DIVISION OF ENFORCEMENT
VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY
629 EAST MAIN STREET
RICHMOND, VIRGINIA 23219

DARSI FOSS, CHIEF,
BROWNFIELDS & OUTREACH SECTION
BUREAU OF REMEDIATION AND REDEVELOPMENT
WISCONSIN DEPARTMENT OF NATURAL RESOURCES
101 SOUTH WEBSTER STREET, PO BOX 7921
MADISON, WI 53707-7921

JANET DIMAGGIO, PROJECT MANAGER
WISCONSIN DEPARTMENT OF NATURAL RESOURCES -
SOUTH CENTRAL REGION
391 1 FISH HATCHERY ROAD
FITCHBURG WI 5371 1

**REGULAR FIRST CLASS MAIL**
KATHLEEN STRASBAUGH, STAFF ATTORNEY
BUREAU OF LEGAL SERVICES
WISCONSIN DEPARTMENT OF NATURAL RESOURCES
101 SOUTH WEBSTER STREET, PO BOX 7921
MADISON, WI 53707-7921

ANNE C. MURPHY, ASSISTANT ATTORNEY GENERAL
WISCONSIN DEPARTMENT OF JUSTICE
P.O. BOX 7857
MADISON, WI 53707-7857

CHRISTOPHER A. RATCLIFF
ATTORNEY SUPERVISOR
LOUISIANA DEPARTMENT OF ENVIRONMENTAL
QUALITY
P.O. BOX 4302
BATON ROUGE, LOUISIANA 70821-4302

STEPHEN JOHNSON
DEPUTY REGIONAL DIRECTOR, BUREAU OF WASTE SITE
CLEANUP
NORTHEAST REGIONAL OFFICE
MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL
PROTECTION
205B LOWELL STREET
WILMINGTON, MA 01887.

JENNIFER DAVIS
SENIOR COUNSEL
OFFICE OF GENERAL COUNSEL
MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL
PROTECTION
ONE WINTER STREET
BOSTON, MA 02108

DAVID EBERLE
ENVIRONMENTAL CLEANUP PROGRAM MANAGER
DEPT OF ENVIRONMENTAL PROTECTION OF THE
COMMONWEALTH OF PA
400 WATERFRONT DRIVE
PITTSBURGH, PA 15222-4745

JOHN J. PRIVITERA, ESQ.
MCNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
677 BROADWAY
ALBANY, NY 12207

ST. REGIS MOHAWK TRIBE
DIRECTOR, ENVIRONMENT DIVISION
COMMUNITY BUILDING
412 ROUTE 37
AKWESASNE, NY 13655
ATTN: KENNETH JOCK

ADRIAN ENVIRONMENTAL MANAGEMENT, INC. C/O
KENNETH RICHARDS
7533 WILLOW CREEK DRIVE
CANTON, MI 48187

ADVANTAGE CHEVROLET OF BOLINGBROOK, INC.
 115 W FRONTAGE RD S
BOLINGBROOK, IL 60440

AIMS/KYKEMA GOSSETT PLLC
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606

**REGULAR FIRST CLASS MAIL**
AIMS/STEPHENS & STEPHENS
410 MAIN STREET
BUFFALO, NY 14202

ARCADIS BBL
ATTN : CHRIS PETERS
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

ATHENS CHEVROLET, INC
WARREN G. COLE
1071 COLORADO BEND
BOGART, GA 30622

ATHENS CHEVROLET, INC
WARREN G. COLE
4110 ATLANTA HWY
BOGART, GA 30622-+2210

BAKER & HOSTELTLER LLP
ATTYS FOR B&H CREDITORS
ATTN :  RICHARD BERNARD, ESQ
45 ROCKEFELLER PLAZA
NEW YORK, NY  10111

BRITAIN CHEVROLET, INC
BYRON BRITAIN
4715 WESLEY ST
GREENVILLE, TX 75401

BRITAIN CHEVROLET, INC
BYRON BRITAIN
5267 HORSESHOE LN
ROYSE CITY, TX 75189

BT 2, INC
ATTN:  MARK HUBER
2830 DIARY DRIVE
MADISON, WI 53718-6751

BUICK PONTIAC GMC OF MOOSIC, INC
LORI A GUITSON
4230 BIRNEY AVENUE
MOOSIC, PA 18507-1304

BURKE WARREN MACKAY & SERRITELLA
ATT: J. KIM & G. RICNG
ATTY FOR NAPETON INVESTMENT PTNSHP
330 N. WASBUSH AVE, 22N FL
CHICAGO, IL 60611

CHAMPION CHEVROLET, PONTIAC BUICK, INC
FRED TOLSDORF
502 S. 1ST STREET
LA GRANGE, KY 40031-1228

CHARTER TOWNSHIP OF FLINT
ATTN:  SANDRA S. WRIGHT
1490 S. DYE ROAD
FLINT, MI 48532

CHARTER TWP. OF GENESEE
ATTN:  TOM MANNOR, TREASURER
7244 N. GENESSE ROAD
PO BOX 215
GENESEE, MI 48437

**REGULAR FIRST CLASS MAIL**
CITY OF SAGINAW, TREASURER
1315 S. WASHINGTON AVE
SAGINAW, MI 48601

CONESTOGA-ROVERS & ASSOCIATES
22055 NIAGARA FALLS BLVD
SUITE 3
NIAGARA FALLS, NY 14304
ATTN:  BETH LANDALE

CITY OF SIOUX CITY
CITY TREASURER
PO BOX 447
SIOUX CITY, IA 51102

DESERT SUN ROSWELL, INC.
ROBERT MARTINEZ
2601 W. 2ND STREET
ROSWELL, NM 88201-1266

DESMOND A. ROBERT
ADVANTAGE CHEVROLETY OF BOLINGBROOK, INC
6555 SHABBONA RD
INDIAN HEAD PARK, IL 60525-4353

DINUBA AUTO CENTER, INC.
EDWARD DENA
1500 W EL MONTE WAY
DINUBA, CA 93618-9116

DINUBA AUTO CENTER, INC.
2175 STEVENSON CT
TULARE, CA 93274-1370

ENCORE ENVIRONMENTAL CONSORTIUM
ATTN: MARK QUILTER
PO BOX 66
6732 TOWPATH ROAD
SYRACUSE, NY 13214-0066

FAVERO GEOSCIENCES
ATTN: DAVE FAVERO
1210 SOUTH 5TH STREET, SUITE 2
SPRINGFIELD, IL 62703

FRED C. TOLSDORF
PO BOX 68
LA GRANGE, CY 40031-0068

FREDERICKTOWN CHEVROLET COMPANY, INC
JOHN J. WALSH JR
95 S. MAIN STREET
FREDERICKTOWN, OH 43019-1223

GEMA AUTOMOTIVE, INC
MARIANNE BALAS
5715 W. CENTRAL AVENUE
TOLEDO, OH 43615

FITI CONSULTING
GUC TRUST/AVOIDANCE ACTION TRUST MONITOR
ATTN:  ANNA PHILLIPS
1201 WEST PEACHTREE STREET, SUITE 500
ATLANTA, GA 30309

GENERAL OIL COMPANY, INC.
35796 VERONICA ST.
LIVONIA, MI 48150

**REGULAR FIRST CLASS MAIL**
GLOBAL ENVIRONMENTAL ENGINEERING INC
6140 HILL 23 DRIVE
SUITE 1
FLINT, MI 48507

GROUNDWATER & ENVIRONMENTAL SERVICES
440 CREMERY WAY
SUITE 500
EXTON, PA 19341

HINCKLEY, ALLEN & SNYDER LLP
ATTY FOR DAVE DELANEYS COLUMBIA BUICK-
PONTIAC GMAS
28 STATE STREET
BOSTON, MA 02109

JOE A. MORGAN
26 DUCLAIR CT
LITTLE ROCK, AR 72223-9570

JS FOLSOM AUTOMOTIVE INC
CLIFTON J. SMITH
12640 AUTO MALL CIR
FOLSOM, CA 95630

GLOBAL ENVIRONMENTAL ENGINEERING INC
6140 HILL 23 DRIVE
STE 1
FLINT, MI 48507

GOHN HANKEY & STICHEL, LLP
ATTN:  B DELFINO
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET, SUITE 2101
BALTIMORE, MD 21201

HDR ENGINEERING
ATTN:  DICK BELL
8404 INDIAN HILLS DRIVE
OMAHA, NE 68114

J.A. LOMBARDO & ASSOCIATES
JOSEPH A. LOMBARDO
445 S. LIVERNOIS – SUITE 202
ROCHESTER, MI 48307

JOE MORGAN CHEVROLET-CADILLAC, INC.
JOE MORGAN
1901 S. MAIN STREET
STUTTGART, AR 72160-6717

KIRK P. WATSON, ESQ.
ASBESTOS TRUST ADMINISTRATOR
2301 WOODLAWN BOULEVARD
AUSTIN, TX 78703

LAS CRUCES AUTOMOTIVE GROUP
RAYMOND PALACIOS
637 WILLOW GLEN DR
EL PASO, TX 79922

MILTON CHEVROLET, INC
M. LOU SOBH
5925 HIGHWAY 90 W
MILTON, GA 31539

**REGULAR FIRST CLASS MAIL**
MORAN CHADILLAC GMC INC
PATRICK J. MORAN
4511 2411 – 1 AVENUE
FORT GRATIOT, MI 48059-3401

O'BRIEN & GERE ENGINEERS INC
ATTN:  TERRY L. BROWN
PO BOX 4873
SYRACUSE, NY 13221-4873

ROBERT A. MARTINEZ
46 MARBLE CANYON DR.
ALAMOGORDO, NM 88310-4191

SUPERIOR CHEVROLET, INC.
GLEN W. WEST
10 ROSEWOOD TERRACE
HAMILTON, NJ 08620

TODD WENZEL CHEVROLET INC.
TODD R. WENZEL
3156 HIGHLAND BLVD
HUDSONVILLE, MU 49426-9455

TRIMARCO PONTIAC BUICK GMC INC.
GARY D. TRIMARCO
14061 NORTHLAND DR.
BIG RAPIDS, MI 493078941

WASTE MANAGEMENT
PO BOX 9001054
LOUISVILLE, KY 40290-1054

NOVA CONSULTANTS, INC.
21580 NOVI ROAD #300
NOVI, MI 48375

RENTON CADILLAC PONTIAC GMC INC.
BRAD BROTHERTON
215 SW 12TH STREET
RENTON, WA 98057-3156

ROYAL ENVIRONMENTAL INC.
720 LEXINGTON AVENUE,
PO BOX 15719
ROCHESTER, NY 14615

SLAUGHTER MOTOR COMPANY INC.
SAM SLAUGHTER
38000 GRAND RIVER AVE
FARMINGTON HILLS, MI 48335-1508

SUPERIOR CHEVROLET, INC.
GLEN W. WEST
200 RENAISSANCE BLVD.
LAWRENCEVILLE, NJ 08648-4773

THE BARTECH GROUP
17199 NORTH LAUREL PARK DR.
SUTIE 224
LIVONIA, MI 48152

TOWN OF FRAMINGHAM
TAX COLLECTOR'S OFFICE
150 CONCORD ST.
FRAMINGHAM, MA 01702

**REGULAR FIRST CLASS MAIL**
WASHTENAW COUNTY TREASURER
PO BOX 8645
200 N. MAIN STREET, SUITE 200
ANN ARBOR, MI 48107

ARCADIS BBL
10559 CITATION DRIVE
SUITE 100
BRIGHTON, MI 48118

BUICK PONTIAC GMC OF MOOSIC , INC.
3030 FOREST ST
LEHIGHTON, PA 18235-5827

CHARTER TOWNSHIP OF YPSILANTI LARRY J. DOE,
TREASURER
7200 S. HURON RIVER DR.
 YPSILANTI, MI 48197

CLEAN HARBORS ENVIRONMENTAL SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442

ENVIRON INTERNATIONAL CORPORATION
214 CARNEGIE STREET
PRINCETON, NJ 08540

GENERAL SALES COMPANY OF WEST CHESTER, INC.
GEORGE F RUGGERI
1265 WILMINGTON PIKE
WEST CHESTER, PA 19382-8446

FREDERICKTOWN CHEVROLET COMPANY, INC.
JOHN J. WALSH JR
15550 LUCERNE RD
FREDERICKTOWN, OH 43109

GENERAL SALES REAL ESTATE PARTNERS 1265
WILMINGTON PIKE
ATTN GERARD BYRNES
WEST CHESTER, PA 19382-8446

GOHN, HANKEY & STICHEL, LLP
ATT: JAN I. BERLAGE
ATTY FOR HAROLD MARTIN
201 N. CHARLES STREET – SUITE 2101
 BALTIMORE, MD 21201

HALEY & ALDRICH DESIGN AND CONSTRUCTIONS
56 ROLAND STREET
BOSTON, MA 02129-1400

HALEY & ALDRICH OF NEW YORK
200 TOWN CENTRE DRIVE, STE 2
ROCHESTER, NY 14623-4264

OWA DEPT OF NATIONAL RESOURCES HAZARDOUS
WASTE REMEDIAL FUND
502 E, 9TH STREET
DES MOINES, IA 50319-0034

SEVENSON ENVIRONMENTAL SERVICES, INC.
2749 LOCKPORT ROAD
NIAGARA FALLS, NY 14302

**REGULAR FIRST CLASS MAIL**

SMOKEY POINT BUICK PONTIAC GMC, INC.
 ANDERSON B BRYANT, JR.
16632 SMOKEY POINT BLVD
ARLINGTON, WA 98223-8409

SMOKEY POINT BUICK PONTIAC GMC, INC.
 C/O HENRY TAYLOR
2001 PALM CANYON CT
LAS VEGAS, NV 89117

WDC EXPLORATION & WELLS
 1300 NATIONAL DR STE 140
SACRAMENTO, CA 95834-1981

YOUNG'S ENVIRONMENTAL CLEANUP, INC
G-5305 NORTH DORT HIGHWAY
FLINT, MI 48505

**VIA AIR MAIL**

PYEONG HWA AUTOMOTIVE CO., LTD.
1032 DAECHEON-DONG
DALSEO-GU
DAEGU 704-801 KOREA

INDUSTRY CANADA, LEGAL SERVICES
ATTN:  ANNE BOUDREAU
235 QUEEN STREET
OTTAWA, ON K1A OHS
CANADA