| 253rd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ANA ISABEL CORREA<br>525 ADAMS CT<br>GILROY, CA 95020 | 70359 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$175,000.00 (U)<br>$175,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   7/27/2010

| ANJARI D ESTEVEZ<br>916 TUCKER AVE<br>ORLANDO, FL 32807-5102 | 70008 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,780.00 (U)<br>$5,780.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   2/8/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANNE GREER<br>512 OCEAN VIEW LANE<br>CHULA VISTA, CA 91914 | 70217 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

    Applicable Bar Date:   11/30/2009

    Postmark Date:   N/A

    Official Claim Date:   4/10/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ASHLEY ROSS<br>2806 1/2 MANSFIELD<br>HOUSTON, TX 77091 | 69746 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,946.54 (U)<br>$3,946.54 (T)<br>Unliquidated | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

    Applicable Bar Date:   11/30/2009

    Postmark Date:   N/A

    Official Claim Date:   1/11/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AUDREY ERICKSON<br>3329 S STACH RD<br><br>COEUR D'ALENE, ID 83814 | 69962 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,307.53 (U)<br>$1,307.53 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

    Applicable Bar Date:    11/30/2009

    Postmark Date:    N/A

    Official Claim Date:    2/1/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BELINDA DAVIS<br>713 RAYNOLDS PL SW<br><br>CANTON, OH 44707<br>UNITED STATES OF AMERICA | 70452 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$521.46 (U)<br>$521.46 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

    Applicable Bar Date:    11/30/2009

    Postmark Date:    N/A

    Official Claim Date:    10/7/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BRENDA LEMASTER<br>711 MORAN AVENUE<br><br>MULLENS, WV 25882<br>UNITED STATES OF AMERICA | 70496 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    11/15/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CARL STRIEPE<br>7808 MEADOW BREEZE COURT<br><br>LOUISVILLE, KY 40291<br>UNITED STATES OF AMERICA | 70504 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,494.00  (U)<br>$2,494.00  (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    12/2/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | |
|---|---|---|
| 253rd Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.**<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CLIFFORD GAUTHIER<br>11987 S BELSAY RD<br>GRAND BLANC, MI 48439 | 70456 | Motors Liquidation Company | $3,273.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,273.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    10/9/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DAVID STRIPLIN<br>813 WHEELING AVE<br>KANSAS CITY, MO 64125 | 70047 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$400.13 (U)<br>$400.13 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    2/20/2010

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DIANE J KAVALAR<br>400 WILSON AVENUE<br><br>CLAWSON, MI 48017-1735 | 70156 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$602.05 (U)<br>$602.05 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    3/26/2010

| EDWARD HUNTER<br>3200 CANFIELD RD #306<br><br>YOUNGSTOWN, OH 44511 | 69857 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$797.02 (U)<br>$797.02 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    1/25/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 253rd Omnibus Objection | | **Exhibit A** | | \_\_\_\_\_**Motors Liquidation Company, et al.**\_\_\_\_\_ Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| **Name and Address of Claimant** | **Claim #** | **Debtor** | **Claim Amount and Priority (1)** | **Grounds For Objection** | **Objection Page Reference** |
|---|---|---|---|---|---|
| ELECTA FIG<br>7900 MELODY ROAD<br><br>DAYTON, OH 45415<br>UNITED STATES OF AMERICA | 70356 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   7/24/2010

| | | | | | |
|---|---|---|---|---|---|
| FALANA BROWN<br>139 SANDHILL RD<br><br>DORCHESTER, SC 29437 | 70223 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,500.00  (U)<br>$1,500.00  (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   4/12/2010

---

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GLENISE TREGGS<br>9823 N. MACARTHUR BLVD<br>APT 1102<br>IRVING, TX 75063<br>UNITED STATES OF AMERICA | 70387 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000.00 (U)<br>$2,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

- Applicable Bar Date: 11/30/2009
- Postmark Date: N/A
- Official Claim Date: 8/21/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JOHN JOHNSON<br>7012 REDWOOD DRIVE<br>COLUMBUS, GA 31904 | 70060 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,300.00 (U)<br>$7,300.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

- Applicable Bar Date: 11/30/2009
- Postmark Date: N/A
- Official Claim Date: 2/24/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| KATHLEEN S KOWALSKI<br>5552 N MANGO AVENUE<br>CHICAGO, IL 60630-1206 | 70266 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,746.91 (U)<br>$2,746.91 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 4/30/2010

| KENT HAMMER<br>2681 GREYWALL AVE<br>OCOEE, FL 34761 | 70301 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,200.00 (U)<br>$9,200.00 (T)<br>Unliquidated | Late-Filed Claim | Pgs. 6-8 |
| --- | --- | --- | --- | --- | --- |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 5/27/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

253rd Omnibus Objection  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KIANDRA ROYLETTE BARTLEY<br>1500 STARBOARD ST NW<br>PALM BAY, FL 32907-7001 | 70148 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,100.00 (U)<br>$4,100.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/22/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KIM STRINGER<br>1127 HEARTLAND CIRCLE<br>MULBERRY, FL 33860 | 70025 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,290.34 (U)<br>$1,290.34 (T)<br>Unliquidated | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/11/2010 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARILYN N KAULILI<br>POB 10<br>KUALAPUU, HI 96757-0010 | 70134 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,000.00 (U)<br>$28,000.00 (T)<br>Unliquidated | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 3/19/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARK LODEN<br>8039 WARGALE LANE<br>GERMANTOWN, TN 38138 | 70426 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,921.66 (U)<br>$1,921.66 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 9/27/2010 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | | **Exhibit A** | | **Motors Liquidation Company, et al.** |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| NILO STONE<br>32910 SR 44<br><br>DELAND, FL 32720 | 70978 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$862.65 (U)<br>$862.65 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

  Applicable Bar Date:    11/30/2009

  Postmark Date:    N/A

  Official Claim Date:    2/18/2011

| NILO STONE<br>32910 SR 44<br><br>DELAND, FL 32720 | 70979 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$862.65 (U)<br>$862.65 (T) | Late-Filed Claim | Pgs. 6-8 |
| --- | --- | --- | --- | --- | --- |

**Additional Claim Information**

  Applicable Bar Date:    11/30/2009

  Postmark Date:    N/A

  Official Claim Date:    2/18/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

### CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ROSEMARY DAISEY<br>1209 CEDAR DRIVE<br>PINE HILL, NJ 08021 | 70094 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$2,491.73  (U)<br>$2,491.73  (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

    Applicable Bar Date:   11/30/2009

    Postmark Date:   N/A

    Official Claim Date:   3/4/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ROWAIDA TABRI<br>3808 WENDY LANE<br>SILVER SPRING<br>SILVER SPRING, MD 20906<br>UNITED STATES OF AMERICA | 70374 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,150.00  (U)<br>$1,150.00  (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

    Applicable Bar Date:   11/30/2009

    Postmark Date:   N/A

    Official Claim Date:   8/7/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| SEBASTIAN BARTHELMESS<br>424 TEMPLE RD<br>NEW IPSWICH, NH 03071 | 69967 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,000.00 (U)<br>$35,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   2/1/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| SHAMIKA YOUNG<br>50 LEE RD 620<br>AUBURN, AL 36832<br>UNITED STATES OF AMERICA | 70389 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$52,000.00 (U)<br>$52,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   8/24/2010

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O LAW OFFICES OF JEFFREY W PARKS<br>717 COLLEGE AVENUE 2ND FLOOR<br>SANTA ROSA, CA 95404 | 70209 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$23,052.84 (U)<br>$23,052.84 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   4/5/2010

| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>C/O LAW OFFICES OF JEFFREY W PARKS<br>717 COLLEGE AVENUE 2ND FLOOR<br>SANTA ROSA, CA 95404 | 70210 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$29,155.07 (U)<br>$29,155.07 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   4/5/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | |
|---|---|---|
| 253rd Omnibus Objection | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEPHANE SALADIN<br>ROUTE DE GRANCY 24<br>COTTENS VD 1116 SWITZERLAND | 68254 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,660.00 (U)<br>$1,660.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: 11/27/2009

Official Claim Date: 12/3/2009

| TANKSON, ANTONIA<br>637 E 131ST ST APT 1<br>RIVERDALE, IL 60827-1314 | 69978 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,719.00 (U)<br>$2,719.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 2/3/2010

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **32** | | **$3,273.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$407,861.58** (U)<br>**$411,134.58** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|
| **253rd Omnibus Objection** | | | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

*OBJECTION ADJOURNED to a date to be determined*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALBERTA BRUSTER<br>PO BOX 122<br><br>VIDA LIA, LA 71373 | 70400 | Remediation And Liability Management Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$11,000.00 (P)<br>$0.00 (U)<br>$11,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   2/1/2010

Postmark Date:   N/A

Official Claim Date:   9/17/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALICIA C HARRIS<br>9117 OZ DRIVE<br><br>CHALMETTE, LA 70043 | 70225 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T)<br>Unliquidated | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   4/13/2010

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 253rd Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

*OBJECTION ADJOURNED to a date to be determined*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA MARISCAL<br>P.O. BOX 404<br>BRENTWOOD, CA 94513 | 70213 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,616.86 (U)<br>$10,616.86 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 4/9/2010 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LONNIE CHAPMAN<br>PO BOX 1265<br>HAMMOND, IN 46325 | 69688 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Late-Filed Claim | Pgs. 6-8 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 1/4/2010 |

| *OBJECTION ADJOURNED* | 4 | $0.00 (S)<br>$0.00 (A)<br>$11,000.00 (P)<br>$19,616.86 (U)<br>$30,616.86 (T) | | |
|---|---|---|---|---|

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.