**254th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KJIRI YOUNES<br>2 RUE BELGNAOUI SOUISSI<br>RABAT, MAROCCO | 71206 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 8/10/2011

| KJIRI YOUNES<br>2 RUE BELGNAOUI SOUISSI<br>RABAT MOROCCO | 71210 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 7/28/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 11172-1   Filed 11/22/11   Entered 11/22/11 16:37:25   Exhibit A
Pg 2 of 4

| 254th Omnibus Objection | **Exhibit A** | **Motors Liquidation Company, et al.** |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LIDIA ESTER DEMITRIO & HECTOR DANIEL CRESCINI<br>URB MAR PARAISO CASA 8<br>ANORETA GOLF<br>RINCON DE LA VICTORIA<br>MALAGA 29738 SPAIN | 71213 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,000.00 (U)<br>$13,000.00 (T) | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   8/18/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LIDIA ESTER DEMITRIO & HECTOR DANIEL CRESCINI<br>URB MAR PARAISO CASA 8<br>ANORETA GOLF<br>RINCON DE LA VICTORIA<br>MALAGA 29738 SPAIN | 71214 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$13,000.00 (U)<br>$13,000.00 (T) | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   8/24/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**254th Omnibus Objection** **Exhibit A** [Motors Liquidation Company, et al.](#)
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR KJIRI YOUNES<br>2 RUE BELGNAOUI SOUISSI<br>RABAT MOROCCO | 71211 | Motors Liquidation Company | Unliquidated | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    7/28/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 254th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA MOROCCO | 71205 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 8/6/2011

| MR TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA MOROCCO | 71207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Late-Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date: 11/30/2009

Postmark Date: N/A

Official Claim Date: 8/1/2011

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 7 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$426,000.00 (U)<br>$426,000.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.