| 255th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| BOBBIE TURNER<br>3104 LEXINGTON DR<br>SAGINAW, MI 48601 | 44146 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$518.00 (U)<br>$518.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| CAROL PATRY<br>110 SOMERS RD<br>E LONGMEADOW, MA 01028-1685<br>UNITED STATES OF AMERICA | 20852 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$589.00 (U)<br>$589.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| DAVID JACOBS<br>2772 PFEIFFER WOODS DR SE<br>APT 4113<br>GRAND RAPIDS, MI 49512-9186<br>UNITED STATES OF AMERICA | 45158 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$574.13 (U)<br>$574.13 (T) | Insufficient Documentation | Pgs. 4-5 |
| DAVIS, ROBERT C<br>GOLDSTEIN\\, VESPI & VAZQUEZ<br>CROWN CENTER, 580 EAST MAIN STREET, SUITE 600<br>NORFOLK, VA 23510-2212 | 51645 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| DEANNA RAMONA ROBINSON<br>1104 CHICAGO AVE<br>BENTON HARBOR, MI 49022 | 11176 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 255th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| ELIZABETH ARCHER<br>4901 HIDDEN PINES CT<br><br>MIDLAND, MI 48640 | 45985 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$122.95 (U)<br>$122.95 (T) | Insufficient Documentation | Pgs. 4-5 |
| EVARIST O. SORIBE<br>16 FENCE LINE DRIVE<br><br>GAITHERSBURG, MD 20878 | 70901 | Motors Liquidation Company | $0.00 (S)<br>$3,650.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$3,650.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| GREEN, JOAN P<br>896 SARASOTA AVE<br><br>PONTIAC, MI 48340-2368 | 69531 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$498.00 (U)<br>$498.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| JOHNSON, JAMES A<br>CROWN CENTER, 580 EAST MAIN STREET, SUITE 600<br><br>NORFOLK, VA 23510 | 51832 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| JONES, RENEE<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES, LA 70629-0123 | 11406 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,220.75 (U)<br>$34,220.75 (T) | Insufficient Documentation | Pgs. 4-5 |
| KANEETA BROWN<br>1715 GREENHAVEN LN.<br><br>CHICO, CA 95926<br>UNITED STATES OF AMERICA | 62661 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$711.24 (U)<br>$711.24 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

255th Omnibus Objection                                    **Exhibit A**                                    Motors Liquidation Company, et al.
                                                                                                            Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KEVIN J KUPER<br>505 E 9TH ST<br><br>DELL RAPIDS, SD 57022 | 15937 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,836.22 (U)<br>$3,836.22 (T) | Insufficient Documentation | Pgs. 4-5 |
| LADE, TERRY D<br>FOSTER RAIDER & JACKSON PC<br>201 3RD ST NW STE 1300<br>ALBUQUERQUE, NM 87102-3368 | 47990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Insufficient Documentation | Pgs. 4-5 |
| LINDEN HELMUT J<br>7299 RIVERSIDE DR<br><br>CLAY, MI 48001-4249 | 30178 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$726.73 (U)<br>$726.73 (T) | Insufficient Documentation | Pgs. 4-5 |
| LINDEN, HELMUT J<br>7299 RIVERSIDE DR<br><br>CLAY, MI 48001-4249 | 30177 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$138.78 (U)<br>$138.78 (T) | Insufficient Documentation | Pgs. 4-5 |
| LUCIUS, MICHAEL<br>C/O LAW OFFICES OF ROBERT E SOLES LPA<br>6545 MARKET AVE N<br>NORTH CANTON, OH 44721-2430 | 18567 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$42,787.50 (U)<br>$42,787.50 (T) | Insufficient Documentation | Pgs. 4-5 |
| MATHERNE, DAVID<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES, LA 70629-0123 | 17918 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,189.60 (U)<br>$37,189.60 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

09-50026-mg   Doc 11173-1   Filed 11/22/11   Entered 11/22/11 16:39:08   Exhibit A
Pg 4 of 6

255th Omnibus Objection  **Exhibit A**  Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NARANJO, APRIL M<br>2045 FOREST AVE<br><br>BELOIT, WI 53511-5807 | 33548 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,452.56 (U)<br>$6,452.56 (T) | Insufficient Documentation | Pgs. 4-5 |
| PIERCE, DEBORAH<br>27232 CRAWFORD ROAD<br><br>BROWNSTOWN, MI 48174-9512 | 28984 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$80,000.00 (U)<br>$80,000.00 (T)<br>Unliquidated | Insufficient Documentation | Pgs. 4-5 |
| SERETTA HARRIS<br>4514 CARRIE AVE<br><br>ST LOUIS, MO 63115 | 64236 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$779.39 (U)<br>$779.39 (T) | Insufficient Documentation | Pgs. 4-5 |
| SIMPSON, SCOTT E<br>RE: DAYTONA AIRPORT HANGARS INC<br>595 W GRANADA BLVD<br>SUITE A<br>ORMOND BEACH, FL 32174-5190<br>UNITED STATES OF AMERICA | 61567 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,512.93 (U)<br>$27,512.93 (T) | Insufficient Documentation | Pgs. 4-5 |
| STEVEN MARTIAN<br>2126 COULEE DRIVE N<br><br>Mandan, ND 58554<br>UNITED STATES OF AMERICA | 62877 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,500.00 (U)<br>$2,500.00 (T) | Insufficient Documentation | Pgs. 4-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | Exhibit A | | | | |
|---|---|---|---|---|---|
| 255th Omnibus Objection | | | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS BONNIE<br>18809 OTTER CREEK DR<br>EDMOND, OK 73012-4129 | 14396 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,437.33 (U)<br>$17,437.33 (T) | Insufficient Documentation | Pgs. 4-5 |
| TRAVELERS INSURANCE<br>ATTN: STEPHANIE WOELFEL<br>20800 SWENSON DR. STE 300<br>CLAIM #A688279<br>WAUKESHA, WI 53186<br>UNITED STATES OF AMERICA | 9923 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,176.50 (U)<br>$19,176.50 (T) | Insufficient Documentation | Pgs. 4-5 |
| WICHMAN, TERRANCE R<br>1771 NORTH LAKE DR<br>TROY, MI 48083-5325 | 65136 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$3,419.84 (U)<br>$3,419.84 (T) | Insufficient Documentation | Pgs. 4-5 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **25** | | $0.00 (S)<br>$3,650.00 (A)<br>$0.00 (P)<br>$534,191.45 (U)<br>$537,841.45 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

255th Omnibus Objection  **Exhibit A**  <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to a date to be determined*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SUSAN HUFTON<br>804 RAYMOND COURT<br>VIRGINIA BEACH, VA 23464 | 45183 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,397.54 (U)<br>$1,397.54 (T) | Insufficient Documentation | Pgs. 4-5 |
| TAMMY HOLT<br>9386 LEAFHOPPER COURT<br>LAS VEGAS, NV 89178 | 30216 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,145.91 (U)<br>$1,145.91 (T) | Insufficient Documentation | Pgs. 4-5 |
| **OBJECTION ADJOURNED** | **2** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$2,543.45** (U)<br>**$2,543.45** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.