UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
                                                            :
                Debtors.                       :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

## ORDER GRANTING THE 256TH OMNIBUS OBJECTION TO CLAIMS
### (Reducing, Allowing and Reclassifying Property Damage Claims)

Upon the 256th omnibus objection to reduce, allow and reclassify certain claims, dated October 20, 2011, (the "**256th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order reducing, reclassifying and allowing certain claims on the grounds that the amounts set forth in the proofs of claim are greater than the fair, accurate, and reasonable values of the Claims, all as more fully described in the 256th Omnibus Objection to Claims; and due and proper notice of the 256th Omnibus Objection to Claims having been provided, and it appearing that no other or

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 256th Omnibus Objection to Claims.

further notice need be provided; and the Court having found and determined that the relief sought in the 256th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 256th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 256th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Claims listed on **Exhibit "A"** annexed hereto are allowed in the amounts set forth under the heading "*Proposed Allowed Status/Amount*"; and it is further

ORDERED that the claims listed as **Exhibit "A"** which are classified by the claimant as secured, priority or otherwise, are hereby reclassified as unsecured claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to any claim listed on **Exhibit "A"** annexed to the 256th Omnibus Objection to claims that is not listed on the Order Exhibit annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      *November 22*, 2011

                                                  */s/ Robert E. Gerber*
                                                  United States Bankruptcy Judge