| 256th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| 21ST CENTURY INSURANCE<br><br>PO BOX 268994<br>OKLAHOMA CITY, OK 73126-8994<br><br>Official Claim Date: 1/21/2011 | 70628 | Motors Liquidation Company | $0.00<br>$2,782.65<br>$0.00<br>$0.00<br>$2,782.65 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$1,391.33<br>$1,391.33 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| ALEX CARCAMO<br><br>118 E. ROBINSON ST.<br>JACKSON, MI 49203<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/30/2009 | 65702 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$14,818.80<br>$14,818.80 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,704.70<br>$3,704.70 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| ALLEN, ALETIA<br><br>17714 RED OAK DR., # 196A<br>HOUSTON, TX 77090<br><br>Official Claim Date: 10/19/2009 | 12626 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$5,600.00<br>$5,600.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$2,800.00<br>$2,800.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| AMANDA LAWSON<br><br>13141 SANDBOURNE<br>OLIVE BRANCH, MS 38654-5225<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/23/2009 | 37594 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$29,246.78<br>$29,246.78 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$8,000.00<br>$8,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| ASHRAF ELGOHARY<br><br>C/O KIMMEL & SILVERMAN PC<br>30 E BUTLER AVE<br>AMBLER, PA 19002<br><br>Official Claim Date: 11/25/2009 | 46626 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,598.00<br>$20,598.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,299.00<br>$10,299.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 256th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| BURNETT, LEWIS<br><br>860 KINGSWAY DR W<br>GRETNA, LA 70056-3022<br><br>Official Claim Date: 10/19/2009 | 12657 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,875.69<br>$18,875.69 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,291.90<br>$6,291.90 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| CLEGG BETTY<br><br>4070 W KY 10<br>TOLLESBORO, KY 41189-9014<br><br>Official Claim Date: 2/9/2010 | 70011 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$55,474.48<br>$55,474.48 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| COLEMAN, MELINDA<br><br>415 SOMMER WAY<br>ELYRIA, OH 44035-2882<br><br>Official Claim Date: 11/27/2009 | 60784 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| DIAMOND, RICHARD/ PROGRESSIVE GULF INSURANCE CO<br><br>C/O MCELROY THOMAS M PA<br>PO BOX 1450<br>TUPELO, MS 38802-1450<br><br>Official Claim Date: 11/13/2009 | 23932 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$48,679.18<br>$48,679.18 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,226.39<br>$16,226.39 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| DUNCAN, TERESA / MOUNTAIN LAUREL ASSURANCE<br><br>ATTN THOMAS M MCELROY PA<br>PO BOX 1450<br>TUPELO, MS 38802-1450<br><br>Official Claim Date: 11/13/2009 | 23815 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$33,535.51<br>$33,535.51 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,767.76<br>$16,767.76 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 256th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| ELSIE MAE & RAY LEWIS<br><br>NATIONWIDE<br>C/O GOODWIN LAW FIRM LLC<br>3100 DEVINE ST<br>COLUMBIA, SC 29205<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/20/2009 | 32816 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$140,975.47<br>$140,975.47 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$64,732.12<br>$64,732.12 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| FLOSI, JOE<br><br>14302 IL ROUTE 176<br>WOODSTOCK, IL 60098-7556<br><br>Official Claim Date: 10/16/2009 | 11486 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,300.00<br>$9,300.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| FRANZ, ROBERT<br><br>21851 HARTFORD WAY<br>MACOMB, MI 48042-1864<br><br>Official Claim Date: 11/23/2009 | 37635 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$9,970.90<br>$9,970.90 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,985.45<br>$4,985.45 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| GARZA, RODOLFO<br><br>L MARK MCMILLON<br>2701 DALLAS PKWY STE 570<br>PLANO, TX 75093-8790<br><br>Official Claim Date: 11/30/2009 | 64770 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$33,455.22<br>$33,455.22 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,727.61<br>$16,727.61 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| GREEN, HOLLY<br><br>1031 8TH AVE<br>HELENA, MT 59601<br><br>Official Claim Date: 11/19/2009 | 30040 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$11,209.71<br>$11,209.71 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 256th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| GREENE, PAULINE<br><br>11531 129 RD<br>FORD, KS 67842-9450<br><br>Official Claim Date: 10/13/2009 | 14960 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,500.00<br>$13,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,500.00<br>$6,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| HARTFORD INSURANCE<br><br>ATTN: KEVIN GOMES<br>ACCT: SBB088639<br>PO BOX 958457<br>LAKE MARY, FL 32795<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/16/2009 | 26971 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$52,076.08<br>$52,076.08 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$26,038.04<br>$26,038.04 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| KAREN REYES<br><br>7891 WEST FLAGLER STREET<br>275<br>MIAMI, FL 33144<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/9/2009 | 21571 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$30,000.00<br>$30,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| KIELY, DANIEL<br><br>103 THOMA AVE<br>MAYWOOD, NJ 07607-1136<br><br>Official Claim Date: 11/30/2009 | 65347 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| LIBERTY NORTHWEST INSURANCE<br><br>PO BOX 6057<br>INDIANAPOLIS, IN 46206<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 10/23/2009 | 14975 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,411.53<br>$18,411.53 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,137.18<br>$6,137.18 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**256th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| MARTIN, JUDY<br><br>27 BOBCAT LN<br>DAHLONEGA, GA 30533-4719<br><br>Official Claim Date: 10/13/2009 | 8879 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,998.96<br>$12,998.96 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,499.48<br>$6,499.48 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MARTIN, SCOTT<br><br>7699 E 400 S<br>LAOTTO, IN 46763-9787<br><br>Official Claim Date: 10/22/2009 | 14644 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$79,191.64<br>$79,191.64 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$40,399.84<br>$40,399.84 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MARY KATHRYN WILLIAMS<br><br>13637 HWY 93<br>BACONTON, GA 31716<br><br>Official Claim Date: 11/27/2009 | 60750 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,100.00<br>$10,100.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,050.00<br>$5,050.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| METROPOLITAN TRANSPORTATION AUTHORITY<br><br>LESTER G FREUNDLICH, ESQ SENIOR ASSOCIATE COUNSEL<br>METROPOLITAN TRANSPORTATION AUTHORITY<br>347 MADISON AVE<br>NEW YORK, NY 10017<br><br>Official Claim Date: 10/21/2009 | 17732 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$19,610.70<br>$19,610.70 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$9,805.35<br>$9,805.35 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MINTON, EDNA<br><br>800 THOMAS LN<br>C/O PO BOX 169<br>LILLIAN, TX 76061-0169<br><br>Official Claim Date: 11/9/2009 | 21777 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 256th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| PATRICIA BUSHEY<br><br>816 TURTLE CREEK DR<br>ROGERS, AR 72756-2016<br><br>Official Claim Date: 11/6/2009 | 20737 | Motors Liquidation Company | $3,205.00<br>$0.00<br>$0.00<br>$0.00<br>$3,205.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,205.00<br>$3,205.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PETROCCI, DANE<br><br>ALI PAPPAS & COX P.C.<br>614 JAMES ST STE 100<br>SYRACUSE, NY 13203-2683<br><br>Official Claim Date: 10/6/2009 | 5378 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$40,206.50<br>$40,206.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,051.63<br>$10,051.63 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PITTMAN, ELOUISE<br><br>PITTMAN, ELOUISE<br>404 GLEN IRIS DR NE<br>ATLANTA, GA 30308-2919<br><br>Official Claim Date: 11/2/2009 | 18197 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$20,000.00<br>$20,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PRIDEMORE, ALEXY<br><br>PRIDEMORE, ALEXY<br>11966 OLD MILL RD<br>ENGLEWOOD, OH 45322-9723<br><br>Official Claim Date: 10/20/2009 | 13277 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$8,000.00<br>$8,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br>$4,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| REDEL, JOSHUA<br><br>C/O BRISTOL WEST INSURANCE GROUP<br>ATTN: SANORA LYNCH<br>9505 DELEGATES ROW<br>INDIANAPOLIS, IN 46240-3807<br><br>Official Claim Date: 11/28/2009 | 62303 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$7,493.68<br>$7,493.68 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$3,746.84<br>$3,746.84 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 256th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX, AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| RUIZ, AMANDO<br><br>2413 S SPAULDING AVE<br>CHICAGO, IL 60623-4018<br><br>Official Claim Date: 11/30/2009 | 64127 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$12,974.20<br>$12,974.20 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,500.00<br>$5,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SAMANIEGO, JACK<br><br>906 SCENIC WAY DR<br>VENTURA, CA 93003-1435<br><br>Official Claim Date: 11/25/2009 | 50086 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$67,458.00<br>$67,458.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,864.50<br>$16,864.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SHANNON, JEREMY R<br><br>PROGRESSIVE NORTHEASTERN INSURANCE COMPANY<br>ATTN: JAMI C AMARASINGHE<br>266 MAIN ST<br>FARMINGDALE, NY 11735-2618<br><br>Official Claim Date: 10/13/2009 | 9482 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$36,630.00<br>$36,630.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$18,315.00<br>$18,315.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SPANN, LIONA<br><br>4418 PARRISH ST<br>PHILADELPHIA, PA 19104-1352<br><br>Official Claim Date: 10/23/2009 | 15268 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$6,548.50<br>$6,548.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| UTICA MUTUAL INSURANCE CO<br><br>ATTN: PAUL STRYCHARZ<br>PO BOX 5310<br>BINGHAMTON, NY 13902-6587<br><br>Official Claim Date: 11/6/2009 | 20684 | Motors Liquidation Company | $9,270.64<br>$0.00<br>$0.00<br>$0.00<br>$9,270.64 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,635.32<br>$4,635.32 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**256th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO REDUCE, FIX, AND ALLOW*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| WINKELS, MEL | 25299 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 1402 SHERWOOD STREET APT. 9 | | | $0.00 | (P) | $0.00 | (P) |
| MISSOULA, MT 59802 | | | $10,000.00 | (U) | $5,000.00 | (U) |
| Official Claim Date: 11/13/2009 | | | $10,000.00 | (Total Claim Amount) | $5,000.00 | (Total Claim Amount) |
| WRIGHT, STEPHANIE | 38875 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 257 ALAMEDA ST ROCHESTER, NY 14613-1422 | | | $0.00 | (P) | $0.00 | (P) |
| | | | $20,140.00 | (U) | $6,713.33 | (U) |
| Official Claim Date: 11/23/2009 | | | $20,140.00 | (Total Claim Amount) | $6,713.33 | (Total Claim Amount) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.