**PLEASE PRESS FIRMLY**

7011 1150 0001 7354 7254

**SE PRESS FIRMLY**

# PRIORITY MAIL®

**UNITED STATES POSTAL SERVICE**

## Flat Rate Mailing Envelope

**For Domestic and International Use**

*Visit us at usps.com*

From:/Expéditeur:
Kevin
BF '801
100 Mass 7, MA 02114

To:/Destinataire:
Chris
US Bankruptcy Court
1 Bowling Green
NY NY 10004

Country of Destination:/Pays de destination:

Customs forms are required. Consult the
*International Mail Manual* (IMM) at pe.usps.gov
or ask a retail associate for details.

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

**INTERNATIONAL RESTRICTIONS APPLY:**

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.



USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

Recycled Paper

*Please recycle.*

RECEIVED
NOV 21 2011
US BANKRUPTCY COURT
SO DIST OF NEW YORK

10004

HOPKINTON
NOV 19
AMOUNT
$7?
000144

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
MOTORS LIQUIDATION COMPANY, *et al.*,           :    09-50026 (REG)
          f/k/a General Motors Corp., *et al.*  :
                                                :
                              Debtors.          :    (Jointly Administered)
                                                :
-----------------------------------------------------------x

proof of mailing



RECEIVED
NOV 21 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

USPS.com - Track & Confirm                                                                 Page 1 of 1

English          Customer Service          USPS Mobile



Search USPS

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop

# Track & Confirm

[ PRINT DETAILS ]

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| 70110470000145287038 | First-Class Mail® | Delivered | October 25, 2011, 2:05 pm | NEW YORK, NY 10019 |
| | | Dispatched to Sort Facility | October 21, 2011, 6:58 pm | HYANNIS, MA 02601 |
| | | Acceptance | October 21, 2011, 4:07 pm | HYANNIS, MA 02601 |

## Check on Another Item

What's your label (or receipt) number?



**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

Copyright© 2011 USPS. All Rights Reserved.



```
                HYANNIS MPO
              HYANNIS, Massachusetts
                   026019998
                 4371430601-0098
        11/09/2011  (800)275-8777 02:33:22 PM
        ==============================================
        ============ Sales Receipt ============
        Product           Sale Unit      Final
        Description       Qty  Price     Price
        ----------------------------------------------
        DETROIT MI 48265                 $0.44
        Zone-5 First-Class
        Letter
         0.90 oz.
                                       ========
          Issue PVI:                     $0.44

        BIRMINGHAM MI 48009              $0.44
        Zone-5 First-Class
        Letter
         0.90 oz.
                                       ========
          Issue PVI:                     $0.44

        WASHINGTON DC 20220              $0.44
        Zone-4 First-Class
        Letter
         0.90 oz.
                                       ========
          Issue PVI:                     $0.44

        NEW YORK NY 10004                $0.88
        Zone-3 First-Class
        Large Env
         0.90 oz.
                                       ========
          Issue PVI:                     $0.88
                                       ==========
        Total:                           $2.20

        Paid by:
        Cash                             $3.00
        Change Due:                     -$0.80

        Order stamps at usps.com/shop or
        call 1-800-Stamp24.  Go to
        usps.com/clicknship to print
        shipping labels with postage.  For
        other information call
        1-800-ASK-USPS.
        *******************************
        *******************************
        Get your mail when and where you
        want it with a secure Post Office
        Box. Sign up for a box online at
        usps.com/poboxes.
        *******************************
        *******************************
```



```
        ==============================================
                NANTUCKET MPO
              NANTUCKET, Massachusetts
                   025549998
                 4371430554-0097
        11/04/2011  (800)275-8777 02:13:07 PM
        ==============================================
        ============ Sales Receipt ============
        Product           Sale Unit      Final
        Description       Qty  Price     Price
        ----------------------------------------------
        NEW YORK NY 10019                $1.71
        Zone-3 First-Class
        Parcel
         1.90 oz.
         Expected Delivery: Mon 11/07/11
         Certified                       $2.85
         Label #:     70112000000069661593
                                       ========
          Issue PVI:                     $4.56
                                       ==========
        Total:                           $4.56

        Paid by:
        Cash                            $20.00
        Change Due:                    -$15.44

        Order stamps at usps.com/shop or
        call 1-800-Stamp24.  Go to
        usps.com/clicknship to print
        shipping labels with postage.  For
        other information call
        1-800-ASK-USPS.
        *******************************
        *******************************
        Get your mail when and where you
        want it with a secure Post Office
        Box. Sign up for a box online at
        usps.com/poboxes.
```