RECEIVED NOV 22 2011 U.S. BANKRUPTCY COURT, SDNY REG

United States Bankruptcy Court Southern District of New York

From: Cecil A. Benjamin

Re: In re Motors Liquidation Co, et al., Chpt.11 Case No. 09-50026 (REG),-

Hearing on 213 Omnibus Objection to the false Duplicate Debt Claim- Wilmington Trust with Respect to Claim No(s). 70938.

f/k/a GM corp., et al. Debtor

To The Honorable Robert E. Gerber, United States Bankruptcy Judge:

This letter is to explain my position on my claim as an individual bondholder to my bond. There should be no duplicate claim to my personal holding of GM stock which represents part of my retirement savings. I filed a legitimate claim and omnibus response for my property of the GM bond for $50,000 which matured prior to the plan. No legitimate claim or no notice of a claim was filed by GUC Trust or Wilmington Trust. The basis of this alleged claim is erroneous.

The bond matured on 01/15/2011. I have not been paid its' face value. ( please see the attachment of the confirmation letter from Citibank)

My bank informed me of the GM bankruptcy petition under Chapter 11. I filed my claim as a creditor directly with the court and not with the trust or the bank. The filing was listed on the proof of claim form produced by the court and the claim includes, principle and interest.   I am not a creditor of GUC Trust, Wilmington Trust, the bank or MLC and the bond is not listed as such. Furthermore, the bond is not listed as a Eurobond. Please review t his bond separately as an individual debt holder bond. I received no recompense, so far for this particular bond. This is a fifth amendment property right and an unlawful taking. It was set to mature,01/15/2011,in full,  prior to the plan.  It is not a Eurobond. I did not consent to an exchange or conversion of a bond to a Eurobond. I was not given proper notice to anything of the contrary.

Therefore, Individual bondholders filed a proof of claim, they should receive a distribution\bond to the extent they have proof as holders of record prior to plan. Mr. Cecil A. Benjamin proof of claim is (ECF No. 9623). The Wilmington Trust Bond does not have a legitimate debt claim to Mr. Benjamin's personal property and retirement money in the form of a GM bond. The responding parties are holders of records and have provided documentation.  The claim was made prior to the effective date of the plan. Cecil A. Benjamin has already filed a response to the Omnibus objection. Mr. Benjamin claim is not duplicative of a GUC Trust or Wilmington Trust claim.   He is unaware of their interest and has not confirmed Global's proof of claim filed by the applicable indenture trustee.  These parties acknowledge Mr. Benjamin's response. The claim that the Wilmington Trust Co. alleged claim is duplicative or that I

receive proper notice is false. Furthermore, the claim is false and erroneous because the bond is registered in my name. (ECF No. 9623)

    I did not receive notice of a GUC trust of claim or Wilmington Trust Co. claim nor did I receive new GM stock or warrants based on this particular bond, which was set to mature. I filed a claim. GUC has no legitimate claim. Therefore, the Omnibus response objection should not be granted. The individual debtor's claim occurred prior to the Debtor's confirmed plan and its enforcement. Therefore, Mr. Cecil A. Benjamin respectfully requests entry of an order granting the relief requested in Omnibus Objection with respect to the false debt claim filed by responding parties and such other further relief as is just.

Dated: New York, New York

November 15, 2011

Sincerely yours,

*Cecil A. Benjamin*

Cecil A. Benjamin

347 MT. Hope Blvd
Hastings on Hudson
New York, 10706
914-478-0685

SD-014312-L

Your Broker/Dealer is

**CITIGROUP GLOBAL MKTS INC.**
111 WALL STREET
3RD FLOOR
NEW YORK   NY 10043

Page 1 of 2

# Confirmation

Account Number:   12C-28769-1-0-G05
Financial Advisor:   JOHN SOLIMAN
914-478-2140

**citi smith barney**

199ND009 015295

CECIL A BENJAMIN                          #2,597
ALBERTHA L BENJAMIN    JTWROS
347 MT HOPE BLVD
HASTINGS ON HUDSON NY
10706-2606

| | |
|---|---|
| Summary For Settlement Date | 07/22/2008 |
| Total Purchases | $ 61,056.50 |
| Net Amount | $ 61,056.50 Debit |

---

You Bought 50,000 at a price of 50.95300

COCA COLA ENTERPRISE INC
NOTES-BK/ENTRY-ZERO CPN
DTD 6/20/1995
YTM  5.742
DUE 06/20/2020
FULL PRICE IS  50.95300000
SEE CORP/MUNI BONDS NOTE BELOW

| | |
|---|---|
| Gross Amount | $ 25,476.50 |
| Transaction Fee | 5.00 |
| **Amount** | **$ 25,481.50** |
| **Settlement Date** | **07/22/2008** |

Trade Date: 07/17/2008     CUSIP#:   191219-AV-6     Unsolicited Order
Market:  Other Markets     Security#: 5107616         Cash Acct.                HOLD SECURITIES
                          Symbol:   CCE.GF           Ref #: 1287345

We acted as principal in this transaction.

---

You Bought 50,000 at a price of 71.00000

GENERAL MOTORS
DTD 1/11/01
YTM  23.225
7.2000% JJ-15 DUE 01/15/2011
FULL PRICE IS  71.00000000
SEE CORP/MUNI BONDS NOTE BELOW
SEE HIGH YIELD BOND NOTE BELOW

| | |
|---|---|
| Gross Amount | $ 35,500.00 |
| Accrued Bond Int. | 70.00 |
| Transaction Fee | 5.00 |
| **Amount** | **$ 35,575.00** |
| **Settlement Date** | **07/22/2008** |

Trade Date: 07/17/2008     CUSIP#:   370442-BB-0     Unsolicited Order
Market:  Other Markets     Security#: 5136272         Cash Acct.                HOLD SECURITIES
                          Symbol:   GM.GM            Ref #: 1287288

We acted as principal in this transaction.

---

Investments and Insurance products:
- Not FDIC Insured - Not a deposit or obligation of any bank - Not insured by any federal government agency - No bank guarantee - Subject to investment risks, including possible loss of principal.

Corp/Muni Bonds
Bonds can be called prior to maturity, which may reduce yield. Ordinary call information is above. Other call features may exist. Bond prices fluctuate reflecting market interest rates and the issuer's credit status.

Citigroup Global Markets Inc., member all principal exchanges, and the Securities Investor Protection Corporation (SIPC). Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citi and Citi with Arc Design are trademarks and service marks of Citigroup Inc. and its affiliates, and are used and registered throughout the world. Citigroup Global Markets Inc. and Citibank are affiliated companies under the common control of Citigroup. As a reminder, payment for securities purchased, or delivery of securities sold, must be deposited with us by Settlement Date. See reverse for further details. Keep this document for your records. Thank you for doing business with us.

07/17/2008   SD-014312-L