**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | **Case No. 09-50026 (REG)** |
| **f/k/a General Motors Corp.,** *et al.,* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF NASSAU      )


I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.   Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On November 23, 2011, at the direction of Togut, Segal & Segal LLP, Conflicts Counsel to Reorganized Debtors, Motors Liquidation Company, et al. I caused a true and correct copy of the following document to be served by first class mail on Zeichner Ellman & Krause LLP, Atty for Granite State Insurance Co, et al., Attn: Michael Davis, 575 Lexington Avenue, 19th Fl, New York, NY 10022 (affected party):

- Stipulation and Agreed Order Approving a Partial Resolution of Certain Claims asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company [Docket No. 11163].

Dated:  November 28th , 2011
       Lake Success, New York

                        /s/ Barbara Kelley Keane
                         Barbara Kelley Keane


Sworn to before me this 28th day of November, 2011


/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015