UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
**In re**                                                           :    Chapter 11 Case No.
                                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                          :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                                    :
                   Debtors.    :    (Jointly Administered)
                                                                    :
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING 242ND
### OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM NO. 22624
(Contingent Co-Liability Claims)

Upon the omnibus objection to expunge certain claims, dated August 19, 2011 (ECF No. 10728) (the "**242nd Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (ECF No. 9836) (as may be amended, supplemented or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (ECF No. 4180) (the "**Procedures Order**"), seeking entry of an order disallowing and expunging the Contingent Co-Liability Claims on the ground that such claims should be disallowed under section 502(e)(1)(B) of the Bankruptcy Code, all as more fully described in the 242nd Omnibus Objection to Claims; and due and proper

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 242nd Omnibus Objection to Claims.

notice of the 242nd Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and an informal response to the 242nd Omnibus Objection to Claims having been made by Centerpoint Associates LLC (the "**Claimant**") as to Claim No. 22624 (the "**Claim**"); and the Claimant having consented to the disallowance of the Claim to the extent provided in this Order; and the Court having found and determined that the relief sought in the 242nd Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 242nd Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 242nd Omnibus Objection to Claims is granted as to the Claim to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Claim is disallowed and expunged from the Debtors' claims registry; and it is further

ORDERED that, to the extent permissible under the Plan, the disallowance of the Claim shall be without prejudice to the rights, if any, that the Claimant holds against the Environmental Response Trust (the "**ERT**") as a result of any assignment of the Ground Lease between General Motors Corporation and Centerpoint Associates Limited Partnership, dated August 22, 1994, to the ERT; and it is further

[*Remainder of Page Intentionally Left Blank*]

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *November 29, 2011*

       *s/ Robert E. Gerber*
United States Bankruptcy Judge