**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                            :

In re                                                     :            Chapter 11 Case No.

**MOTORS LIQUIDATION COMPANY**, *et al.*,  :            **09-50026 (REG)**
        f/k/a General Motors Corp., *et al.*  :

                        Debtors.        :            **(Jointly Administered)**
                                                  :
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING 137TH OMNIBUS OBJECTION TO CLAIMS
**(Eurobond Deutsche Debt Claims)**

Upon the 137th omnibus objection to expunge certain claims, dated December 23, 2010 (ECF No. 8304) (the "**137th Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), this Court's order establishing supplemental rules for filing omnibus objections to certain foreign debt claims (ECF No. 8260) (the "**Supplemental Procedures Order**"), seeking entry of an order disallowing and expunging the Eurobond Deutsche Debt Claims, all as more fully described in the 137th Omnibus Objection to Claims; and due and proper notice of the 137th Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response filed by Gerhard Vogt (ECF No. 8939) and the GUC Trust's reply (ECF No. 11134); and a hearing on the 137th Omnibus Objection to Claims having been held on November 22, 2011 (the "**Hearing**");

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 137th Omnibus Objection to Claims.

and the Court having found and determined that the relief sought in the 137th Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 137th Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, based on the findings of fact and conclusions of law set forth by the Court at the Hearing, it is

ORDERED that the relief requested in the 137th Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim No. 65396 filed by Gerhard Vogt is disallowed and expunged from the claims registry, and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
*November 29, 2011*

*s/ Robert E. Gerber*
United States Bankruptcy Judge