**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                          :          Chapter 11 Case No.
                                                                                    :
**MOTORS LIQUIDATION COMPANY**, *et al.*,     :          09-50026 (REG)
         f/k/a General Motors Corp., *et al.*                   :
                                                                                    :
                                        Debtors.                       :          (Jointly Administered)
                                                                                    :
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING 213TH OMNIBUS OBJECTION TO CLAIMS**
**(Duplicate Debt Claims – Wilmington Trust Bonds)**

Upon the 213th omnibus objection, dated February 24, 2011 (ECF No. 9450) (the "**213th Omnibus Objection**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, seeking entry of an order that disallowing and expunging certain proofs of claim as duplicative, all as more fully described in the 213th Omnibus Objection; and due and proper notice of the 213th Omnibus Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response filed by Cecil A. Benjamin (ECF no. 9623) and the GUC Trust's reply (ECF no. 11134); and a hearing on the 213th Omnibus Objection having been held on November 22, 2011 (the "**Hearing**"); and the Court having found and determined that the relief sought in the 213th Omnibus Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 213th Omnibus Objection

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 213th Omnibus Objection.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, based on the findings of fact and conclusions of law set forth by the Court at the Hearing, it is hereby

ORDERED that the relief requested in the 213th Omnibus Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim No. 70938 filed by Cecil A. Benjamin is disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       *November 29, 2011*

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE