UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*  :
                                                            :
        Debtors.    :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## SUPPLEMENTAL ORDER GRANTING 203RD OMNIBUS OBJECTION TO CLAIMS
### (Duplicate Debt Claims)

Upon the 203rd omnibus objection to claims, dated January 27, 2011 (ECF No. 8914) (the "**203rd Omnibus Objection to Claims**"),[1] of Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession (collectively, the "**Debtors**"), filed pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's supplemental order establishing supplemental rules and authority for filing omnibus objections to certain debt claims (the "**Supplemental Procedures Order**") (ECF No. 6238), seeking entry of an order disallowing and expunging the Duplicate Debt Claims on the grounds that such claims are duplicative, all as more fully described in the 203rd Omnibus Objection to Claims; and due and proper notice of the 203rd Omnibus Objection to Claims having been provided, and the Court having considered the response of Alma G. Haller (ECF No. 9292) and the GUC Trust's reply (ECF No. 11134); and a hearing on the 203rd Omnibus Objection to Claims having been held on November 22, 2011 (the "**Hearing**"); and it appearing

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 203rd Omnibus Objection to Claims.

that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 203rd Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the 203rd Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, based on the findings of fact and conclusions of law set forth by the Court at the Hearing, it is hereby

ORDERED that the relief requested in the 203rd Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Nos. 19727 and 19729 filed by Alma G. Haller are disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **_November 29, 2011_**

*s/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE