Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re                                                                 :    Chapter 11 Case No.
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                :
:
            Debtors.                                           :    (Jointly Administered)
:
-----------------------------------------------------------x

**NOTICE OF HEARING ON OBJECTIONS TO CLAIMS**

> **PLEASE CAREFULLY REVIEW THIS NOTICE AND THE ATTACHMENTS.**
>
> **CLAIMANTS RECEIVING THIS NOTICE HAVE FILED PROOFS OF CLAIM WHICH ARE THE SUBJECT OF AN OMNIBUS OBJECTION WHICH HAS BEEN SCHEDULED FOR A HEARING**

**PLEASE TAKE NOTICE** that, the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan dated March 18, 2011, filed Omnibus Objections to the following claims (collectively, the "**Omnibus Objections**"):

| Claimant | Claim # | Omnibus Objection |
|---|---|---|
| Linda Fisher | 69960 | 244th Omnibus Objection (Late Filed, Constructive Notice) |
| Jacob Hall | 70683 | 244th Omnibus Objection (Late Filed, Constructive Notice) |
| Monty R. & Lisa K. Henderson | 70303 | Eighty-Ninth Omnibus Objection (Late Filed) |
| Christeen Saulters Hinton | 70245 | 244th Omnibus Objection (Late Filed, Constructive Notice) |
| Peggy L. Jernigan | 70390 | 243rd Omnibus Objection (Late Filed, Actual Notice) |
| Mary Lee Metzler | 71126 | 245th Omnibus Objection (Late Filed, Post Effective Date) |
| Sudie M. Venable | 70342 | 165th Omnibus Objection (Late Filed) |

**PLEASE TAKE FURTHER NOTICE** that, none of the claimants have filed a written response to the Omnibus Objections; and

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Omnibus Objections as to the claims listed above will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **December 20, 2011, at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

Dated: New York, New York
       November 29, 2011

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

2