

Eric Porterfield

Attorney

eporterfield@thebrownlaw.com

## NOTICE OF CHANGE OF ADDRESS
July 26, 2011

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

    RE:    Heather L. Kaul, individually and on behalf of her minor child Amy Kaul and/or The Brown Law Firm, Proof of Claim number 51090 and Proof of Claim number 51091

Dear Mr. Smolinsky:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claim should be sent to the following address:

Heather L. Kaul, individually and on behalf of her minor child Amy Kaul and/or
The Brown Law Firm
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN  55107-1419
Attn:  Susan Selser
(651) 495-3731
(651) 495-8087 (fax)

With Fax Copy to:
Debby R. Wight
(206) 344-4679  fax:  (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above.  This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Eric Porterfield
Title:  Attorney for Heather L. Kaul, individually and on behalf of her minor child Amy Kaul

cc:    The Garden City Group, Inc.
       Motors Liquidation Company Claims Agent
       PO Box 9386
       Dublin, OH 43017-4286

y:\closed case files\kaul\correspondence\2011-07-26 l-smolinsky re change of address.docx