Michael S. Davis
Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
mdavis@zeklaw.com
bleinbach@zeklaw.com

*Attorneys for the Chartis Specialty Insurance Company
and Lexington Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY,<br>et al.,<br><br>Debtors. | Chapter 11 Cases<br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

**DECLARATION OF BRYAN D. LEINBACH IN SUPPORT OF OPPPOSITION OF CHARTIS SPECIALTY INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY TO THE REORGANIZED DEBTOR'S SUPPLEMENTAL AMENDED CLAIMS OBJECTION TO PROOF OF CLAIM NUMBER 71242 (THE "MOTION")
AND CROSS-MOTION TO COMPEL ARBITRATION**

BRYAN D. LEINBACH, pursuant to 28 U.S.C. §1746, declares:

1. I am an attorney admitted to practice before this Court and associated with the law firm of Zeichner Ellman & Krause LLP, attorneys for Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance

Company) and Lexington Insurance Company ("**Chartis**"). I make this Declaration in support of Chartis' opposition to the Motion and cross-motion to compel arbitration.

2. Attached as Exhibit A is a copy of a Payment Agreement between Chartis Specialty Insurance Company and the Reorganized Debtor Motors Liquidation Company, formerly known as General Motors Corporation's ("**Old GM**").

3. Attached as Exhibit B is a copy of a Payment Agreement between Lexington Insurance Company and Old GM.

4. No prior application has been made for the relief requested herein. I declare under penalties of perjury that the foregoing is true and correct.

Dated:    December 1, 2011

*[signature]*
BRYAN D. LEINBACH

#644039v1/BDL/11038.004