UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MOTORS LIQUIDATION COMPANY,<br>et al.,<br><br>                              Debtors. | Chapter 11 Cases<br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

| | |
|---|---|
| STATE OF NEW YORK,<br>COUNTY OF NEW YORK. | AFFIDAVIT OF SERVICE<br>BY FIRST CLASS MAIL |

JOHN D. DELANEY, being duly sworn, says: that I am over the age of eighteen years, and am not a party herein, and reside in Jersey City, New Jersey and that on the 1st day of December, 2011, I served a true copy of the following:

> NOTICE OF CROSS-MOTION TO COMPEL ARBITRATION
>
> OPPPOSITION OF CHARTIS SPECIALTY INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY TO THE REORGANIZED DEBTOR'S SUPPLEMENTAL AMENDED CLAIMS OBJECTION TO PROOF OF CLAIM NUMBER 71242 (THE "MOTION") AND CROSS-MOTION TO COMPEL ARBITRATION; and
>
> DECLARATION OF BRYAN D. LEINBACH IN SUPPORT OF OPPPOSITION OF CHARTIS SPECIALTY INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY TO THE REORGANIZED DEBTOR'S SUPPLEMENTAL AMENDED CLAIMS OBJECTION TO PROOF OF CLAIM NUMBER 71242 (THE "MOTION") AND CROSS-MOTION TO COMPEL ARBITRATION

upon the parties hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a U.S. Post office depository maintained and controlled by the U.S. Post Office for delivery by first class mail to said parties at their last known addresses given below:

Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Attn: Scott E. Ratner, Esq.

Dickstein Shapiro, LLP
1633 Broadway
New York, New York 10019-6708
Attn: Barry N. Seidel, Esq.
    Stefanie Birbower Greer, Esq.

Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, Michigan 48009
Attn: Thomas Morrow

General Motors, LLC
400 Renaissance Center
Detroit, Michigan 48265
Attn: Lawrence S. Buonomo, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn: John J. Rapisardi, Esq.

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.

Vedder Price, P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn: Michael J. Edelman, Esq.
    Michael L. Schein, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Attn: Thomas Moers Mayer, Esq.
    Robert Schmidt, Esq.
    Lauren Macksoud, Esq.
    Jennifer Sharret, Esq.

Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007
Attn: David S. Jones, Esq.
      Natalie Kuehler, Esq.

Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152-3500
Attn: Elihu Inselbuch, Esq.
      Rita C. Tobin, Esq.

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Attn: Trevor W. Swett III, Esq.
      Kevin C. Maclay, Esq.

Stutzman, Bromberg, Esserman & Plifka
  A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Attn: Sander L. Esserman, Esq.
      Robert T. Brousseau, Esq.

Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Attn: Keith Martorana, Esq.

FTI Consulting
One Atlantic Center
1201 West Peachtree Street, Suite 500
Atlanta, Georgia 30309
Attn: Anna Phillips

Crowell & Moring LLP
590 Madison Avenue, 19th Floor
New York, New York 10022-2524
Attn: Michael V. Blumenthal, Esq.

Kirk P. Watson, Esq.
2301 Woodlawn Boulevard
Austin, Texas 78703

_____
JOHN D. DELANEY

Sworn to before me this
1st day of December, 2011

_____
NOTARY PUBLIC

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 2014

#644296v1/JD/11038.004