**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, : | |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 22, 2011, at the direction of Dickstein Shapiro LLP ("Dickstein"), Attorneys for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- **Order Granting 253rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims)** [Docket No. 11171].

3. On November 22, 2011, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- **Order Granting the 255th Omnibus Objection to Claims (Insufficient Documentation)** [Docket No. 11173].

Dated:  December 2nd  2011
        Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 2nd day of December, 2011

/s/ Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 2, 2013

# EXHIBIT A

| | |
|---|---|
| ALBERTA BRUSTER<br>PO BOX 122<br>VIDA LIA, LA 71373 | ALICIA C HARRIS<br>9117 OZ DRIVE<br>CHALMETTE, LA 70043 |
| LINDA MARISCAL<br>P.O. BOX 404<br>BRENTWOOD, CA 94513 | LONNIE CHAPMAN<br>PO BOX 1265<br>HAMMOND, IN 46325 |

# EXHIBIT B

| | |
|---|---|
| SUSAN HUFTON<br>804 RAYMOND COURT<br>VIRGINIA BEACH, VA 23464 | TAMMY HOLT<br>9386 LEAFHOPPER COURT<br>LAS VEGAS, NV 89178 |