**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On November 29, 2011, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Centerpoint Associates LLC, c/o Earle I Erman Esq, Erman, Teicher, Miller, Zucker & Freedman PC, 400 Galleria Officentre Ste 444, Southfield, MI 48034 (affected party):

- Supplemental Order Granting 242nd Omnibus Objection to Claims as to Claim No. 22624 [Docket No. 11185].

3. On November 29, 2011, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Dr Andreus Hesse, Wiesugrundstr 7A, 57482 Wendeu Germany (affected party):

- Supplemental Order Granting 135th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 11186].

4. On November 29, 2011, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Gerhard Vogt, Schlusselwiesen 16, D- 70186 Stuttgart Germany (affected party):

- Supplemental Order Granting 137th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 11187].

5. On November 29, 2011, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Liborio Di Salvo, 40 Via Villafranca, 90141 Palermo Italy (affected party):

- Supplemental Order Granting 140th Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 11188].

6. On November 29, 2011, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Schwake Paul, Hildeboldplatz 23, D 50672 Koln Germany (affected party):

- Supplemental Order Granting 143rd Omnibus Objection to Claims (Eurobond Deutsche Debt Claims) [Docket No. 11189].

7. On November 29, 2011, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Mr. Robert Nann, 4744 70th St Unit 2, La Mesa, CA 91942 (affected party):

- Supplemental Order Granting 199th Omnibus Objection to Claims (Claims for Preferred Stock) [Docket No. 11190].

8. On November 29, 2011, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on Cecil A Benjamin, 347 Mt. Hope Blvd, Hastings on Hudson, NY 10706-2606 (affected party):

- Supplemental Order Granting 213th Omnibus Objection Claims (Duplicate Debt Claims – Wilmington Trust Bonds) [Docket No. 11191].

Dated: November 30th, 2011
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 1st day of December, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2015