**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.   I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On November 30, 2011, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC, I caused true and correct copy of the following document to be served by first class mail, postage pre-paid on Arthur Staple, Tod, 12 Canterbury Road, Hamden, CT, 06514 (affected party):

- Supplemental Order Granting 122nd Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 11192].

3.   On November 30, 2011, at the direction of Weil, I caused true and correct copy of the following document to be served by first class mail, postage pre-paid on Paul J and Alma G Haller TTEE, U/A/D 10/18/85, Paul J Haller Revocable TR, 8220 Natures Way, Apt# 226, Lakewood Ranch, Fl, 34202 (affected party):

- Supplemental Order Granting 203rd Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 11193]

4. On November 30, 2011, at the direction of Weil, I caused true and correct copy of the following document to be served by first class mail, postage pre-paid on James E Lockhart, 705 Lake Rd, Dyersburg, TN, 38024 (affected party):

- Supplemental Order Granting 126th Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 11194].

5. On November 30, 2011, at the direction of Weil, I caused true and correct copy of the following document to be served by first class mail, postage pre-paid on Johann Conrad Von Waldthausen, Waldvilla, D-36129 Gersfeld/Rhoen, Germany (affected party):

- Supplemental Order Granting 119th Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 111195]

6. On November 30, 2011, at the direction of Weil, I caused true and correct copy of the following document to be served by first class mail, postage pre-paid on Nicholas Martin, CGM IRA Rollover Custodian, 6100 Southwest Blvd Ste 501, Fort Worth, Texas, 76109 (affected parties):

- Supplemental Order Granting 121st Omnibus Objection to Claims (Duplicate Debt Claims) [Docket No. 11196]

Dated: December 1st, 2011
       Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 1st day of December, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2015