Michael O. Hill
General Counsel and Chief Operating Officer
Revitalizing Auto Communities
Environmental Response Trust
2930 Ecorse Road
Ypsilanti, MI  48198
mhill@RACERTrust.org


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| | Chapter 11 Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al, | |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael O. Hill, General Counsel of the Revitalizing Auto Communities Environmental Response Trust, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Revitalizing Auto Communities Environmental Response Trust, in the above-referenced case.

*I certify that I am a member in good standing* of the bar of the State of New York and the bar of the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   December 6, 2011
      Washington, DC

                      /s/ Michael O. Hill_____
                      Michael O. Hill
                      General Counsel and Chief Operating Officer
                      Revitalizing Auto Communities
                      Environmental Response Trust
                      2930 Ecorse Road
                      Ypsilanti, MI  48198
                      mhill@RACERTrust.org

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

MOTORS LIQUIDATION COMPANY, et al.,
f/k/a General Motors Corp., et al,

Debtors.

Chapter 11 Case No. 09-50026 (REG)

(Jointly Administered)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael O. Hill, to be admitted, *pro hac vice*, to represent the

Revitalizing Auto Communities Environmental Response Trust in the above referenced case, and

upon the movant's certification that the movant is a member in good standing of the bar in the State

of New York and the bar in the District of Columbia, it is hereby

**ORDERED**, that Michael O. Hill, Esq., is admitted to practice, *pro hac vice*, in the above

referenced case to represent the Revitalizing Auto Communities Environmental Response Trust, in

the United States Bankruptcy Court for the Southern District of New York, provided that the filing

fee has been paid.

Dated:  December ____, 2011
         New York, New York

_____
United States Bankruptcy Judge

NYACTIVE-12284257.1