Jeffrey P. Kehne, Esq.
Hill & Kehne, LLC
2300 Wisconsin Avenue, NW, Suite 300
Washington, DC. 20007
202-558-2100
jkehne@hillkehne.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al, | Chapter 11 Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey P. Kehne, counsel for the Revitalizing Auto Communities Environmental Response Trust, request admission, *pro hac vice*, before the Honorable Robert E. Gerber, to represent the Revitalizing Auto Communities Environmental Response Trust, in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 6, 2011
       Washington, DC

                                              /s/ Jeffrey P. Kehne
                                             HILL & KEHNE, LLC
                                             Jeffrey P. Kehne
                                             2300 Wisconsin Avenue, NW, Suite 300
                                             Washington, DC 20007
                                             202-558-2100
                                             jkehne@hillkehne.com
                                             Attorneys for the
                                             Revitalizing Auto Communities Environmental Response Trust
                                             f/k/a Environmental Response Trust

NYACTIVE-12283520.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al,<br><br>Debtors. | Chapter 11 Case No. 09-50026 (REG)<br><br>(Jointly Administered) |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey P. Kehne, to be admitted, *pro hac vice*, to represent the Revitalizing Auto Communities Environmental Response Trust in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

**ORDERED**, that Jeffrey P. Kehne, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Revitalizing Auto Communities Environmental Response Trust, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  December ____, 2011
         New York, New York

_____
United States Bankruptcy Judge

NYACTIVE-12283520.1