35 Stierwalt Rd
Bedford, N.H. 03110-4714
November 30, 2011

Honorable Robert E. Gerber
U.S. Bankruptcy Judge
c/o Clerk - Room 621
Alexander Hamilton Custom House
1 Bowling Green
New York, N.Y. 10004

Subject: Chapter 11 Case # 09-50026 (Reg.)   ECF 10294
                                                    "   10427
Motors Liquidation Co. F/K/A General Motors Corp.

This has reference to 259TH Omnibus Objection to expunge certain claims regarding enforcement of the Bar Date Orders dated 11-17-2011.

Your Honor, I can honestly state that the first correspondence I received from the Garden City Group, Inc. (3 identical copies), was the court document dated 4-11-2011 whereby it stated Proof of Claims for Equity Interest Holders had to be submitted by 5-30-2011.

I submitted a Proof of Claim to your office on 5-5-2011 before the deadline, stating I was the owner of record of 348 paper shares of General Motors stock.

I do not recall or have found any correspondence to me about "Bar Date Orders."

I wrote to you again on June 6, 2011, objecting to reject to expunge claims for equity interests - with my reasoning for same. Since I have been following the court documents + instructions I have received since 4-11-2011, with no mention of "Bar Date Orders"; and why since I have been mentioned on court documents since May 2011, does it now take Motors Liquidation Co. to 11-17-2011 (nearly 6 mos.) to raise a complaint when their legal team is trying to drop our equity interests in General Motors held for 51 years - when they themselves toke almost 1/2 year to object -- and file 10 pages of paper that could have been summarized in 3 or 4 paragraphs?

I appreciate your time, your Honor, on my behalf.

Respectfully yours,
Margaret A. O'Neill A/K/A
Margaret Ann O'Neill

cc: Stefanie Birbrower Greer
    Dickstein Shapiro LLP

    Harvey Miller
    Weil, Gotshal & Manges LLP

MARGARET A. O'NEILL A/K/A MARGARET ANN O'NEILL
GENERAL MOTORS COMMON STOCK

| DATE | PRICE PER SHARE | # SHARES | | $ VALUE | CERT. # |
|---|---|---|---|---|---|
| 1-24-1966 | $106.20 | 3 | (CLASS YR. 1960) | $318.60 | NE 790-208 |
| 1-24-1967 | $76.5625 | 12 | " " 61) | 918.75 | 46 SHARES |
| 1-23-1968 | $80.375 | 12 | " " 62) | 964.56 | |
| 1-23-1969 | $79.1875 | 10 | " " 63) | 791.88 | |
| 1-23-1970 | $66.250 | 9 | " " 64) | 596.25 | |
| 1-22-1971 | $79.6875 | 8 | " " 65) | 637.50 | DF 17-842 |
| 1-1972 | $81.3125 | 10 | " " 66) | 813.13 | DK 143-063 |
| 1-1973 | $75.9375 | 11 | " " 67) | 835.31 | DF 99-429 |
| 1-1974 | $50.4375 | 12 | " " 68) | 605.25 | DF 162-941 |
| 8-1974 | $41.6875 | 14 | " " 69) | 583.63 | DT 4-163 |
| 2-1975 | $38.4375 | 16 | " " 70) | 615.00 | DT 74-199 |
| 7-24-1975 | $52.95 | 42 | | 2223.90 | DT 136-754 |
| 8-1975 | $51.5 | 15 | " " 71) | 772.50 | DC 48-922 |
| 3-31-1989 | 67.70 | 174 | | 11779.80 | NX 140 415 |
| | | | | $22456.06 | |