BARRY SPENCER JR

352 Walnut Ave

Roxbury, MA 02119

617 963 4877

November 28, 2011

Via Email and First Class Mail

Barbara Kelley Keane

Garden City Group

1985 Marcus Avenue, Suite 200

Lake Success, New York 11042

DICKSTEINSHAPIRO

1633 Broadway

New York, NY 10019-6708

Dear Barbara and Stefanie,

    This letter is to advise you both and your organizations that I reserve all my rights without prejudice statutorily and procedurally to the claim no. 70868, the fraudulent stipulation and settlement resolving claims Nos. 64658 and 64659, were done under duress by the bankruptcy court as you both know. Also this claim was filed and was not legally added to the fraudulent contract.

    I would expect under the fair debt collection laws, I do not wish to enter your jurisdiction nor shall you consider this an invite, honor your debt.

    Now if you have any problems I suggest your contact I and we come to some terms to resolve this issue or you can schedule a Court date with the bankruptcy kangaroo court. I in no way will submit or surrender any rights to the court especially without a copy of the administrator's oath of office and CAFRA insurance company information in my hand.

Now to restate my position please fulfill your obligations to your debt, and I prefer my currency in U.S. Silver coins prior to this century.

Thank you for your assistance and cooperation in this matter and if you need any further information please feel free to contact me.

Thanks,

Barry-Henry: Spencer, Junior
Authorized Representative

Cc    Mr. Robert E. Gerber,