UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>MOTORS LIQUIDATION COMPANY, et al.,<br>f/k/a General Motors Corp., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered) |

**ORDER GRANTING EX PARTE MOTION BY THE STATE OF NEW YORK TO ENLARGE THE TIME TO FILE THE GOVERNMENTAL ENTITIES STATEMENT IN SUPPORT OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER THE SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER**

Upon the State of New York's Ex Parte Motion pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure to enlarge the time to file the Governmental Entities' Statement in Support of the Revitalizing Auto Communities Environmental Response Trust Motion for an Order pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce Debtors' Payment Obligations under Debtors' Second Amended Joint Chapter 11 Plan and this Court's March 29, 2011 Confirmation Order; and upon the Court's due consideration of the Ex Parte Motion and supporting Declaration; and it appearing that there is good cause and/or excusable neglect for the relief requested in the Motion; it is hereby

ORDERED that the relief requested in the Motion is granted in its entirety; and it is further

ORDERED that the time period for filing the Governmental Entities Statement in

Support is hereby enlarged until December 6, 2011, ***or as further ordered by the Court*** and such

Statement will be considered timely and accepted for filing by the Court.


Date: ***December 7, 2011***                                    *s/ Robert E. Gerber*
                                                                Honorable Robert E. Gerber
                                                                United States Bankruptcy Judge
                                                                Southern District of New York