Hearing Date and Time: December 8, 2011 at 9:45 A.M.

Maureen F. Leary
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
The State Capitol
Albany, New York  12224-0341
Telephone: (518) 474-7154
Facsimile: (518) 473-2534
*Counsel for the State of New York and*
*The New York State Department of Environmental Conservation*

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** **MOTORS LIQUIDATION COMPANY, et al.,** **f/k/a General Motors Corp., et al.,**              **Debtors.** | Chapter 11 Case No. 09-50026(REG) (Jointly Administered) |

**EX PARTE MOTION BY THE STATE OF NEW YORK TO ENLARGE THE TIME TO FILE THE GOVERNMENTAL ENTITIES' STATEMENT IN SUPPORT OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER THE SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER**

**Please Take Notice** that upon the annexed Declaration of Maureen F. Leary and

the Statement in Support of the Motion filed by the Revitalizing Auto Communities

Environmental Response Trust for an Order Pursuant to 11 U.S.C. § 105 and 1142 to

Enforce Debtors' Payment Obligations Under the Second Amended Joint Chapter 11

Plan and the Confirmation Order, the State of New York will move this Court pursuant to

Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure and Rule 9077-1 of the Local Rules of this Court, at a hearing before the Honorable Robert E. Gerber, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, on December 8, 2011 at 9:45 A.M., to enlarge the response deadline for the Trust's Motion and for an order granting leave to file the Governmental Entities' Statement in Support after the December 1, 2011 filing deadline.  No previous application for the relief requested in this Motion has been made.

Dated: December 6, 2011

                                                ERIC T. SCHNEIDERMAN
                                                Attorney General of the
                                                State of New York

BY: _____
       MAUREEN F. LEARY
       Assistant Attorney General
       New York State Department of Law
       Environmental Protection Bureau
       The Capitol
       Albany, New York  12224
       Tel: (518) 474-7154
       Fax: (518) 473-2534
       Maureen.Leary@ag.ny.gov