UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT

Dana H. Fox,           )
     Plaintiff/Appellant  )     Case #09-40026 (REG)
                       )
V. General Motors, Inc. )     Claim #4287
Motors Liqidators, etal )
     Defendant/Appellee )

Ammended Appeal and
Motion to Remove this Matter From
Bankruptcy to
U.S. District Court to be
Forwarded to the
U.S. Court of Appeals



RECEIVED SEP 16 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Now Comes Plaintiff/Appellant Pro-se Dana H. Fox with this ammended Appeal to correct the claim # from 4286 to the correct claim number which is #4287: When David Griffiths called from [Weils, etc] he gave two different numbers that most probably caused the mistake, now corrected.

As Mr. Fox, Pro-se is unable to find any case citation in regards to any enity being allowed to continue in Bankruptcy when that entity [Individual or Corporation] is bailed out financially; In this case by the U.S. Government:

Mr. Fox, pro-se believes that this matter exceeds the authority of the Bankruptcy court and must go to Federal District Court as it is quite obvious to Mr. Fox, Pro-se that there is "something" extremely wrong in the manner that this matter is proceeding and being allowed to proceed under the Juridiction of Bankruptcy Court.

Wherefore Mr. Fox Pro-se Motions the Bankruptcy Court to remove this case from Bankruptcy Court Jurisdiction to the Jurisdiction of the U.S. Federal District court to consider this matter.

Mr. Fox, Pro-se incorporates here-in and attaches a motion to The U.S. District Court to remove this matter [claim 4287] from Bankruptcy Court to the U.S. District Court for a Fair and Just appraisal on the Merits of the Claim and Jurisdiction.

Respectfully Submitted,

Dana H. Fox, Pro-se

This is mailed to U.S.
District court and Motors
Liqidators on this date
9/13/11

United States District Court
Southern District

Dana H. Fox, Pro-se            )
    Plaintiff/Appellant     )
                            )
V.                             )     Case #09-40026 (REG)
                            )     Claim #4287
General Motors, Inc.           )
Motors Liqidators, et al       )
    Defendants/Appellees    )
                            )

Motion for the U,S, District Court
to Order the removal of Claim #4287
From Bankruptcy Court to U.S.
District Court

Now Comes Dana H. Fox, Pro-se with a Motion for the United States
District Court to remove claim #4287 from the Jurisdiction
of Bankruptcy Court to the Jurisdiction of the U.S. District
Court: Attached please find motion and appeals from lower
court with request(s) for Alternate Dispute Resolution and
the manner in which Mr. Fox Pro-se must proceed.
General Motors is Not Bankrupt; they are bailed out by the
U.S. Government (When was the last time you showed up in a private
jet asking for money because you were broke? [Absurd]!].
With the research available to Mr. Fox pro-se there is found no
precedent for any entity to continue or proceed in bankruptcy
court when that entity is financially bailed out (and possibly
posting a profit).

## ORDER

As General Motors, Inc. is not Bankrupt and Mr. Fox Pro-se
indicates unjust treatment in Bankruptcy Court, As the record
will show, The United States District Court Orders that this matter
of Claim #4287 be removed from Bankruptcy Court and placed in
U,S, District Court:

                      So Ordered

                                    _____
                                      Presiding Judge

Copies Mailed to Bankruptcy
court and Motors Liqudators
on this date 9/13/11          Respectfully Submitted

                                    Dana H. Fox, Pro-se

UNITED STATES BRANKRUPTCY COURT
SOUTHERN DISTRICT

Dana H. Fox, Pro-se )
    Plaintiff/Appellant )
V. )   Lowere Court # 09-40026 (REG)
General Motors, Inc. )   Claim # 42867
Motors Liqidators, et al )   4287
    Defendants/Appellees )

Motion to Waive Any Fees to Proceed
In Forma Pauperiis

Now Comes Plaintiff/Appellant Dana H. Fox, Pro-se with this
Motion to waive filing fees and any other fees in regards to this
matter, as Mr. Fox Pro-se has existed under Vows of Poverty for
the last 50 years and as a Volunteer to America waiting, now
for his Just Rewards as his Tour of Duty is up:
Social Security Disability:  $663.00 Per Month
Family Estate income:  $600.00 Per Month Plus $250.00 Per Month.
There may be alot of Property that the Trustees of the United States
list in Mr. Fox Pro-se's name yet he receives no income from this
and can make no money from this, including your (my) Bankruptcy
Court that the Trustees set up at my order and you (Judge Gerber)
must recall the history of that small feat!?
Mr. Fox Pro-se asked several times to Mr. Diamond on the telephone
(How's Bobby doing at Barclay's?) and asked the court in pleadings
for any forms that apply to this motion and only received a
denial of motions in regards to this instead of being supplied
with what it is that the court requires.
Mr. Fox is on the road in regards to his Oath of 1965 to defend the
United States and Great Britain from Tyranny and to travel in
regards to other promises made to the Trustees.
George Bush Sr. asked My advice years ago on how to proceed against
General Motors as Mr. Fox Pro-se had already prevailed in this
very same issue of the Aurora Automobile and G.M. has never Fixed
the problem(s).
The vehicle in question was returned under G.M.'s repurchase program
but the dealer and G.M. did nothing; Causing Eight-9 years of
litigation.

This matter is none of the         Respectfully Submitted
[Weil,etc. business] and that is
my certificate of service.         Dana H. Fox
      9/9/11

MR. FOX, PRO-SE HAS ALSO SWORN TO DEFEND THE U.S. CONSTITUTION
SEVERAL TIMES AND LEVELS OVER... I EXPECT YOU TO DO THE SAME.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT

| | |
|---|---|
| Dana H. Fox, Pro-se ) | |
|     Appellant ) | |
| ) | |
| v.  ) | |
| ) | Lower Court # 09-40026 |
| General Motors, Inc. ) | Claim# 4286 2 |
| Motors Liqidators, et al ) | 4287 |
|     Appellees ) | |

Appeal of August 12, 2010
Decision And
MOTION TO TOLL THE STATUTE OF LIMITATIONS

Now Comes Plaintiff/Appellant with a motion to toll the statute of limitations in regards to an appeal of an incorrect decision to expunge Mr. Fox Pro-se's legitimate claim against General Motors, Inc.: Mr. Fox was notified of this mistake on 9/7/11 by a call from David Griffiths from [Weil, etc.] after repeated calls to Motor Liquidator for Alternate dispute resolution.
Mr. Fox, Pro-se has filed numerous motions for <u>more time to respond</u> to court papers due to travel responsibilites; There are also Motions to recognize the rights of a Pro-se litigant [Does this court recognize the rights of a pro-se litigant?].
Mr. Fox, Pro-se recalls that the decision of August 12, 2010 appears to be vague and ommissive as it expunges certain cases yet brings them (the cases) forward indicating that the cases are still valid: This is the problem with overwordiness in legal proceedings where the attempt is to confuse the issue with misrepresentation of what is supposed to be intended.
Mr. Fox Pro-se has also filed for Alternate dispute resolution and motions here-in for this to be honored.
Mr. Fox Pro-se's matter concerns Public Safety and G.M. was in contempt of court in the lower court for not responding to a Court Ordered Subpeona: This Honorable Court cannot allow G.M. to get away with this as G.M. is not bankrupt [G.M., Inc. is bailed out by the U.S. Govt.] and is currently posting a profit if that can be believed.
Wherefore, Mr. Fox Pro-se motions the court to re-instate this claim #4286 and assign this matter to non-binding Mediation.

As the court forwards these pleadings to Motor Liqidators for [Weil, etc] this is the certificate of service, 9/7/11

Respectfully Submitted,
Dana H. Fox Pro-se

UNITED STATES COURT OF APPEALS
SECOND DISTRICT OF NEW YORK

```
Dana H. Fox, Pro-se         )
       Plaintiff/Appellant  )
                            )
V.                          )     Lowere Case :  09-50026(Reg)
                            )            Claim #4287
General Motors, Inc.        )
Motors Liqidators, et al    )     Appeal #
       Defendants/ appellee )
                            )
```

Addendum

Mr. Fox, Pr0-se Submits this addendum for thr Following points:

1). This matter involves the Magnuson-Moss Federal Warranty Act:

    A). A product is suppose to work the way it was, Or is intended, or the customer gets their money back...

2). The Aurora Automobile was returned to the dealership with the Title signed over for Re-Purchace by the dealer/General Motors, and there is a copy of the title on record.

3). The problem(s) with the Aurora are previously litigated in State and Federal Court by Mr. Fox pro-se and George Bush Sr. (Who was in the Hospital for two weeks due to an accident in his); Mr. Fox was lucky and was able to get the vehicle back under control.

4). This is a public safety matter and does not belong in Bankruptcy Court.

5.) General Motors was going to be found in Contempt of Court in Florida Circuit Court in Lee Conty Florida for Failure to respond to a court Ordered Subpoena: Enter the Automatic Stay Of Bankruptcy.

Wherefore, Mr. Fox Pro-se motions for this matter to go to the Court of Appeals.

Affidavit of Service:   D.H.Fx
I certify that a true copy is
served by U.S. Mail on this date 2/16/11
to Appeals and Bankruptcy Court
and Motors Liqidators for G.M.'S, Inc.
Attorneys

Respectfully Submitted,
D.H.Fx
Dana H. Fox Pro-se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT

| | |
|---|---|
| Dana H. Fox, Pro-se <br> Plaintiff <br> V. <br> General Motors, Inc <br> Motors Liqidators, et al <br> Defendants | Lower Court # 09-50026(REG) <br> Claim #42867 <br> 4287 |

Notice to Suspend Appeal

Now Comes Plaintiff Pro-se Dana H. Fox with this notice to suspend the pending Appeal:

1). Pending the outcome of the re-classification of claims.

2). Pending someone contacting Mr. Fox Pro-se with an offer of settlement.

3). Pending the Honorable court of Bankruptcy notifying Mr. Fox Pro-se that this is the outcome of the March 1, 2011 Hearing on the motion for an order reclassifying claims.

Mr. Fox Pro-se reserves his right to re-establish the Appeal if no offer of settlement if forthcoming etc.

Wherefore Mr. Fox, Pro-se motions to suspend and temporarily withdraw the Appeal until a settlement offer is agreed upon.

Respectfylly Sybmitted,

*[signature]*

Dana H. Fox, Pro-se

I certify that a true copy is served by U.S. Mail on this date to    3/4/11
Appeals Court
Motors liqidators for
General Motors, Inc and their Attorneys (Please Forwaed to the Attorneys).

*D.H.F.*

I CERTIFY A COPY IS SERVED BY U.S. MAIL 3/4/11 TO THE ATTORNEY, N.Y.
D.H.F.