UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 <br><br> [ ] MLC of Harlem, Inc., Case No. 09-13558 <br><br> [ ] MLCS, LLC, Case No. 09-50027 <br><br> [ ] MLCS Distribution Corporation, Case No. 09-50028 <br><br> [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 <br><br> [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | BURNET DUCKWORTH PALMER LLP <br> ATTN LOUISE NOVINGER-GRANT <br> 1400, 350 - 7TH AVENUE SW <br> CALGARY, ALBERTA T2P 3N9 <br> , CANADA |
| Claim Number (if known): | 36242 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $59,425.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December 8, 2011

Print Name: _____

Title (if applicable): **Louise Novinger Grant**
~~Barrister and Solicitor~~

---

1



RECEIVED
DEC - 9 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK