# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026<br><br>[ ] MLC of Harlem, Inc., Case No. 09-13558<br><br>[ ] MLCS, LLC, Case No. 09-50027<br><br>[ ] MLCS Distribution Corporation, Case No. 09-50028<br><br>[ ] Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>[ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MANFRED WOBST ET AL.<br>ATTN: LOUISE NOVINGER-GRANT<br>1400, 350 - 7TH AVENUE SW<br>CALGARY, ALBERTA T2P 3N9<br>, CANADA |
| Claim Number (if known): | 36228 |
| Date Claim Filed: | 11/23/2009 |
| Total Amount of Claim Filed: | $59,425.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December 8, 2011

Print Name: Louise Novinger Grant

Title (if applicable): Barrister and Solicitor



RECEIVED
DEC - 9 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1