Chapter 11                1716 10th Ave.
                          TUSCALOOSA, ALA. 35401
                          12-10-2011

IN Re:
MOTORS LIQUIDATION COMPANY, et al.,
F/K/a General Motors Corp., et al.
              Debtors

Dear Sir

I am writing you about my plan and my form was late because my house got lost in a fire and I was in the hospital for shingles plus shortness of breath is a common symptom of mesothelioma. When I work for General Motors Corp and it is cause by asbestos and cause lots of pains in gum plus arthritis got him up in this house. The chest pain cause discomfort in the chest that can be a feeling of heaviness to a constant hurting pain requires lot of narcotics. Claim number is 70653. John Walters, 1716 10th Ave. TUSCALOOSA, ALA. 35401
Plus my condition Related to FECA BIKLUH9.

                          Over

Plus CT thorax with intravenous contrast, Chest Radiograph and high-Resolution CT thorax and find Carriage thoracic in the upper lumbar Spondylosis.

Thank you

John Walters