UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK, CHAPTER

| | |
|---|---|
| DEBORAH PARKER/<br>CATHERINE CLARK | CASE NO: 09-50026 (REG) |
| V. | DISPUTE AND OBJECTION<br>CLASS ACTION SETTLEMENT |
| MOTORS LIQUIDATION<br>COMPANY, ET, AL<br>f/k/s General Motors<br>corp., et, al. | ON GROUNDS OF DEATH<br>LIABILTITY OF EMPLOYEE<br>FRANK WILLIAMS (1989) |
| | 2nd MOTION OF<br>INTERVENTION |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

Now comes the Plaintiff's Deborah Parker/Catherine Clark filing the 2nd Motion of Intervention and Disputing and Objecting to Class Action Settlement on Grounds of Death Liability of Employee Frank William who died on May 18, 1989 from lung cancer Death Certificate Exhibit (A).

According to Exhibit (B) of Asbestos Trust Agreement on page 75 12.15 the Plaintiff's Deborah Parker/Catherine Clark are successors and beneficiaries Of all asbestos claims for employee Frank Williams.

12.15, states: All the rights benefits, and obligations of any person named in or referred to in the Plan shall be binding, on, and shall insure benefits of, the heirs, executors, administrator, successors, and/or assigns of such person.

Therefore, the Plaintiff's move this court recognize the successors listed Deborah Parker/Catherine Clark as heirs in all asbestos settlement for Death liability for Frank Williams and share holder under certificates General Motors Common Issue # 400010 and Account # 145-92183.



RECEIVED DEC 12 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Thank you for complete attention to this 2nd Motion of Intervention.

Respectfully submitted

Deborah Parker: _____ Catherine Clark: _____

Frank Williams employee of General Motors now Motor Liquidator Company Issue # 400010 and Account # 145-92183. Death certificate Attached to this Second motion of Intervention Received on 12/7/2011. Exhibit A

And Letter 11/30/2011 MLC Asbestos PI Trust Attorney Brushwood Exhibit B

cc: Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

# CERTIFICATE OF DEATH

**UNCERTIFIED**

State File No. _____
Registrar's No. 856

Exhibit A

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME | Frank Williams |
| 2. SEX | M |
| 3. DATE OF DEATH | May 18, 1989 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE - Last Birthday (Years) | 59 |
| 6. DATE OF BIRTH | Dec. 6, 1929 |
| 7. BIRTHPLACE | Malvern, Ohio |
| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? | Yes |
| 9a. PLACE OF DEATH | ER/Outpatient |
| 9b. FACILITY NAME | Timken Mercy Medical Center |
| 9c. CITY, VILLAGE OR LOCATION OF DEATH | Canton |
| 9d. COUNTY OF DEATH | Stark |
| 10. MARITAL STATUS | Never married |
| 11. SURVIVING SPOUSE | None |
| 12a. DECEDENT'S USUAL OCCUPATION | Inspector |
| 12b. KIND OF BUSINESS/INDUSTRY | General Motors |
| 13a. RESIDENCE - STATE | Ohio |
| 13b. COUNTY | Stark |
| 13c. CITY, TOWN, OR LOCATION | Waynesburg |
| 13d. STREET AND NUMBER | 7650 Goodland Road |
| 14. INSIDE CITY LIMITS? | NO |
| 13f. ZIP CODE | 44688 |
| 14. WAS DECEDENT OF HISPANIC ORIGIN? | No |
| 15. RACE | Black |
| 16. DECEDENT'S EDUCATION | College 2 yrs. |
| 17. FATHER'S NAME | Maudie Williams |
| 18. MOTHER'S NAME | Liela Walker |
| 19a. INFORMANT'S NAME | Catherine Clark |
| 19b. MAILING ADDRESS | 3439 Dueber S.W. Canton, Ohio 44706 |
| 20a. METHOD OF DISPOSITION | Burial |
| 20b. PLACE OF DISPOSITION | Sandy Valley Cemetery |
| 20c. LOCATION | Waynesburg, Ohio |
| 20d. DATE OF DISPOSITION | May 24, 1989 |
| 21a. NAME OF EMBALMER | Richard A. Franklin |
| 21b. LICENSE NUMBER | 7130-A |
| 22a. SIGNATURE OF FUNERAL SERVICE LICENSEE | Richard A. Franklin |
| 22b. LICENSE NUMBER | 6332 |
| 23. NAME AND ADDRESS OF FACILITY | R.A. Franklin Funeral Home, Inc. 683 S. Liberty Ave. Alliance, OH |
| 24. REGISTRAR'S SIGNATURE | Leila J. Andrews |
| 25. DATE FILED | June 6, 1989 |
| 26a. SIGNATURE OF PERSON ISSUING PERMIT | (signature) |
| 26b. DIST No. | 7601 |
| 27. DATE PERMIT ISSUED | 5-23-89 |
| 28a. CERTIFIER | CORONER |
| 28b. TIME OF DEATH | 9:38 PM |
| 28c. DATE PRONOUNCED DEAD | May 18, 1989 |
| 28d. WAS CASE REFERRED TO CORONER? | Yes |
| 28e. SIGNATURE AND TITLE OF CERTIFIER | James R. Pritchard, D.O. |
| 28f. LICENSE NUMBER | 2253 |
| 28g. DATE SIGNED | 6-2-89 |
| 29. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | JAMES R. PRITCHARD, D.O., STARK COUNTY CORONER, 400 AUSTIN, NW, MASSILLON, OHIO 44646 |

**30. PART I.**
IMMEDIATE CAUSE: METASTATIC CARCINOMA OF THE LUNG

**31a. WAS AN AUTOPSY PERFORMED?** No

**32. MANNER OF DEATH:** Natural

*(Exhibit B)*

*Received 12/5/11*
*Mailed original of this*
*letter to Deborah [illegible]*

800 N. King Street
Suite 300
Wilmington, DE 19801
Telephone: 302-426-1900
Facsimile: 302-426-9947

Matthew G. Brushwood • mbrushwood@camlev.com

## Campbell & Levine
Attorneys at Law

November 30, 2011

**VIA UNITED STATES MAIL**
Jerome H. Hossler, Esquire
Law Offices of Attorney Jerome H. Hossler
116 Cleveland Avenue N.W.
Canton, Ohio 44702-1733

RE: MLC Asbestos PI Trust
Asbestos claim in Motors Liquidation Company, et al, (formerly General Motors Corporation) Bankruptcy Case No. 09-50026 (REG)
Account No. 4000-1459-2183

Dear Mr. Hossler:

Our law firm represents the MLC Asbestos PI Trust (the "Trust"). I write in response to your letter dated November 17, 2011 to Mr. Kirk Watson, requesting claim forms and other information necessary to continue the processing of the claims on behalf of your clients Catherine Williams Clark and Deborah Clark, relatives of Frank Williams. At this time, the Trust has not accepted any claims. The Trust is working to put the necessary systems in place to begin receiving and reviewing claims. Once the Trust is fully functional, we will mail a claim packet to you with instructions and information for submitting a claim. If your clients would prefer to receive the claim packet directly, please forward their contact information.

Additionally, the Trust is working to create a website where the claim forms and other information will be posted. Please visit http://mlcasbestospitrust.com/ for future updates, documents and information.

If you have any further questions, please do not hesitate to contact me.

Very truly yours,

Matthew G. Brushwood

{D0215024.1}