

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
PDF FILE WITH AUDIO FILE ATTACHMENT
Page 1 of 1

Case: 09-50026 Motors Liquidation Company

Audio Date and Time: 12/14/2011 09:11

Audio File Size: 85,368 KB

Audio Run Time: [02:57:51] (hh:mm:ss)

Audio File Name: 1bk-09-50026-REG111214-091.1040001.mp3

Audio Track Title: 09-50026 heard on 12/14/2011

**Help using this file:**
An audio file is embedded as an attachment in this PDF document. To listen
to the file, click the Attachments tab or the Paper Clip icon.
Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a
convenience to the public. In accordance with 28 U.S.C. § 753 (b)
"[n]o transcripts of the proceedings of the court shall be considered as
official except those made from the records certified by the reporter or other
individual designated to produce the record."**