New Hearing Date and Time: January 18, 2012 at 9:45 a.m. (Eastern Time)

Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :       09-50026 (REG)
     f/k/a General Motors Corp., *et al.*           :
                                                    :
                     Debtors.                       :       (Jointly Administered)
                                                    :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON OBJECTIONS TO CLAIMS OF
TRACY WOODY (CLAIM NOS. 70481, 70490, 70860, 70869)**

**PLEASE TAKE NOTICE** that the hearing on the Motors Liquidation Company GUC Trust's (i) 243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) solely as to the claims of Tracy Woody (claim nos. 70481, 70490) and (ii) Objection to Claim Numbers 70860 and 70869 Filed by Tracy Woody and Motion Requesting Enforcement of Court Orders Setting Deadline to File Proofs of Claim has been adjourned and will now take place on January 18, 2012 at 9:45 a.m. (Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004.

Dated: New York, New York
December 16, 2011

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust