Michael J. Edelman (ME 6476)
Michael L. Schein (MS 0241)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407-7799

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**MOTORS LIQUIDATION COMPANY,**<br>f/k/a General Motors Corporation, *et al.*<br><br>**Debtor.** | **Chapter 11 Case No. 09-50026 (REG)**<br>**(Jointly Administered)** |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY,** *et al.*,<br><br>**Plaintiff,**<br><br>- against –<br><br>**UNITED STATES DEPARTMENT OF THE TREASURY and EXPORT DEVELOPMENT CANADA,**<br><br>**Defendants.** | **Adv. P. No. 11-09406 (REG)** |

## NOTICE OF APPEAL

Export Development Canada, Defendant-Appellant in the above-captioned adversary proceeding (the "Proceeding"), by its attorneys, Vedder Price P.C., hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001(a), from the Judgment (Dkt. No. 28) entered on December 2, 2011 and from related rulings and orders incorporated therein, including the Bankruptcy Court's

NEWYORK/#285493.1

(i) Bench Decision On Motions To Dismiss And For Summary Judgment Re Disputes As To Ownership Of Term Loan Avoidance Action Proceeds (Dkt. No. 27) entered on November 28, 2011, (ii) Order Denying The DIP Lenders' Motions To Dismiss And Motions For Summary Judgment (Dkt. No. 29) entered on December 2, 2011, and (iii) the Errata Order Re Bench Decision On Motions To Dismiss And For Summary Judgment Re Disputes As To Ownership Of Term Loan Avoidance Action Proceeds (Dkt. No. 30) entered on December 12, 2011.

The parties to the Judgment and orders appealed from, and the names and addresses of their respective attorneys, are as follows:

| | |
|---|---|
| **Plaintiff/Appellee:** | The Official Committee of Unsecured Creditors of Motors Liquidation Company |
| **Attorney:** | Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100 |
| **Defendant/Appellant:** | United States Department of the Treasury |
| **Attorney:** | Preet Bharara<br>United States Attorney for the<br>Southern District of New York<br>By: David S. Jones<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Telephone: (212) 637-2739 |
| **Defendant/Appellant:** | Export Development Canada |
| **Attorney:** | Michael Edelman, Esq.<br>Michael Schein, Esq.<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Telephone: (212) 407-7700 |

NEWYORK/#285493.1

Dated: New York, New York  
December 16, 2011.

VEDDER PRICE P.C.

By: ___/s/ Michael J. Edelman___  
Michael J. Edelman (ME 6476)  
Michael L. Schein (MS 0241)  
Vedder Price P.C.  
1633 Broadway, 47th Floor  
New York, New York 10019  
Telephone: 212-407-7700  
Facsimile: 212-407-7799

*Attorneys for Export Development Canada*