**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.   I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.   On December 14, 2011, at the direction of Dickstein Shapiro LLP, counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the document annexed hereto as Exhibit A, to be served by overnight delivery on Tracy Woody, 4908 Valley Place, Raleigh, NC 27604 (affected party):


Dated:  December 16th, 2011
            Lake Success, New York                        /s/Barbara Kelley Keane
                                                                              Barbara Kelley Keane


Sworn to before me this 16th day of December, 2011

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2013

# EXHIBIT A

# DICKSTEINSHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

December 14, 2011

**FEDERAL EXPRESS**
Tracy Woody
4908 Vallery Place
Raleigh, NC 27604

Re: Motors Liquidation Company, *et al.* - Case No. 09-50026-reg
243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims)

Dear Ms. Woody:

This letter is to advise you that the hearing on the above referenced objection to your claims (and on any related filings) is being adjourned and will now take place on **Wednesday January 18, 2012 at 9:45 a.m. (Eastern Time)**. If you fail to appear at the hearing, the Court will rule on this matter without further opportunity for you to be heard.

The hearing will be held at the following address:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 621
New York, NY 10004-1408

Rather than appearing in person, you may participate in the hearing telephonically. To request a telephonic appearance, please call the Court's telephonic appearance provider, CourtCall, LLC, at (866) 582-6878 in advance of the hearing. In cases of hardship, we will arrange to cover the cost of your telephonic appearance. Additional information on CourtCall may be found at www.nysb.uscourts.gov (the official website for the Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."

If you have any questions, please feel free to email me at bergers@dicksteinshapiro.com or call me at (212) 277-6746.

Sincerely,

Shaya M. Berger

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC