**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** f/k/a General Motors Corporation, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY,** *et al.*, | |
| Plaintiff, | Adv. P. No. 11-09406 (REG) |
| - against – | |
| **UNITED STATES DEPARTMENT OF THE TREASURY and EXPORT DEVELOPMENT CANADA,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Michael L. Schein, hereby certify that on the 16th day of December, 2011, I caused a copy of Export Development Canada's Notice of Appeal dated December 16, 2011 to be served on the parties on the attached service list in the manner set forth therein.

*/s/ Michael L. Schein*
Michael L. Schein

## SERVICE LIST

### Via Electronic Mail:

Tom Moers Mayer, Esq
Lauren Macksoud, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York  10036
tmayer@kramerlevin.com
lmacksoud@kramerlevin.com

David Jones, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
david.jones@usdoj.gov

Stephen Karotkin, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
stephen.karotkin@weil.com