# RAPPAPORT OSBORNE & RAPPAPORT, P.L.
### ATTORNEYS AT LAW
SUITE 203 • SQUIRES BUILDING
1300 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA 33432
TELEPHONE (561) 368-2200
FACSIMILE (561) 338-0350
RORLAWFIRM.COM

KENNETH S. RAPPAPORT
BOARD CERTIFIED
CONSUMER BANKRUPTCY LAW
BUSINESS BANKRUPTCY LAW
AMERICAN BOARD OF CERTIFICATION

LES OSBORNE
ALSO ADMITTED IN NEW YORK

JORDAN L. RAPPAPORT

TAREK KIEM

LUANN H. TALIENTO
PARALEGAL

December 13, 2011

Clerk of the U.S. Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   *Motors Liquidation Company, et al.*
      *Chapter 11, Case No.: 09-50026 (REG)*
      *Proof of Claim and Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims*

Dear Clerk:

Please be advised that Rappaport Osborne & Rappaport, P.L. on behalf of our client, Coral Cadillac, Inc., hereby withdraws Coral Cadillac, Inc.'s Proof of Claim No.'s 58892, 58893, 58894, 58895 and subsequent Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims ECF No. 7035 filed in the above-referenced case.

I appreciate the Court's attention in this matter and its courtesies herein.

Very truly yours,

Kenneth S. Rappaport

KSR/mcj

Cc: Coral Cadillac, Inc.



RECEIVED
DEC 16 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK