## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Barnes Group Inc.<br>C/O Reid and Reige, PC<br>One Financial Plaza, 21st Floor<br>Hartford, CT  06103 |
| Claim Number (if known): | 70859 |
| Date Claim Filed: | 02/09/2011 |
| Total Amount of Claim Filed: | $1,452,248.33 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 12-15-11

Print Name: Jon P Newton

Title (if applicable): Counsel to creditor

US_ACTIVE:¥43219392¥02¥72240.0639



RECEIVED DEC 19 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK