Dear Honorable Judge Gerber,

Please consider my response to the 245th OMNIBUS Objection claim and motion for enforcing the Bar Date ordered for late filing.

I originally entered into my claim against General Motors Corporation for "Wrongful Termination" in January, 2006 and was unaware that there would be any possibility to continue with any legal proceedings after General Motors filed for bankruptcy.

I realize that this is a late response, but in my defense; I was not properly notified. The only way I found out about these proceedings was from a friend with whom I worked with at General Motors in Michigan. I was not given appropriate notification of the Bankruptcy Proceedings/Omnibus action. Additionally, I had no legal representation. All of these reasons have resulted in a lack of time to prepare properly.

I would still like my day in court.


Kind Regards,

*Mary Lee Metzler*

Mary Lee Metzler
December 12, 2011