Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11 Case No.**
                                            :
**MOTORS LIQUIDATION COMPANY,** *et al.*,   :    **09-50026 (REG)**
       f/k/a **General Motors Corp.,** *et al.*   :
                                            :
                              Debtors.      :    **(Jointly Administered)**
                                            :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF
### 161ST OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM
### NO. 51349 FILED BY LAPEER METAL STEEL STAMPING COMPANIES, INC.
### (Claims Assumed by General Motors LLC)

**PLEASE TAKE NOTICE THAT** the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), hereby withdraws the 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (ECF No. 8843) solely as to Claim No. 51349, filed by Lapeer Metal Steel Stamping.

Dated: New York, New York
December 21, 2011

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
  Company GUC Trust