UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
MOTORS LIQUIDATION COMPANY, *et al.*,                       :    09-50026 (REG)
     f/k/a General Motors Corp., *et al.*                   :
                                                            :
                              Debtors.                      :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### ORDER GRANTING 262ND OMNIBUS OBJECTION TO CLAIMS
**(Pension Benefits Claims of Former Salaried and Hourly Employees)**

Upon the omnibus objection to expunge certain compensation and welfare benefits claims of retired and former salaried and executive employees, dated November 18, 2011 (ECF No. 11156) (the "**262nd Omnibus Objection to Claims**"),[1] of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "**Procedures Order**") (ECF No. 4180), seeking entry of an order disallowing and expunging the Pension Benefits Claims on the grounds that each Pension Benefits Claim is for an obligation for which the Debtors and the GUC Trust have no liability, all as more fully described in the 262nd Omnibus Objection to Claims; and due and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the 262nd Omnibus Objection to Claims.

proper notice of the 262nd Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the 262nd Omnibus Objection to Claims is in the best interests of the Debtors, their estates, the GUC Trust, creditors, and all parties in interest and that the legal and factual bases set forth in the 262nd Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the 262nd Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit "A"** (the "**Order Exhibit**") annexed hereto under the heading "*Claims to be Disallowed and Expunged*" are disallowed and expunged from the claims registry; and it is further

ORDERED that the 262nd Omnibus Objection to Claims is adjourned with respect to the claims listed on the Order Exhibit annexed hereto under the heading "Objection Adjourned"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit "A" annexed to the 262nd Omnibus Objection to claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on the Order Exhibit; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       **December 22**, 2011

                                */s/ Robert E. Gerber*
                                United States Bankruptcy Judge

**262nd Omnibus Objection**

# Exhibit A

**Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ANGELA HOOPER<br>9344 TRUE AVE<br>DOWNEY, CA 90240-2533 | 48382 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| DAVIS III, BOYDEN E<br>7898 BEAVER RD<br>SAINT CHARLES, MI 48655-8634 | 9531 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| DESBOROUGH, MARILYN M<br>11028 CEDAR VIEW RD<br>CHARLOTTE, NC 28226-4427 | 7058 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| GERALD A HAYNOR<br>5160 LOBDELL RD<br>FENTON, MI 48430-8989 | 51381 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| HAYNOR GERALD A - 2ND ACTION<br>HAYNOR - 2ND ACTION, GERALD A<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602-4325 | 51382 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

**262nd Omnibus Objection**

**Exhibit A**

<u>**Motors Liquidation Company, et al.**</u>
**Case No. 09-50026 (REG), Jointly Administered**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HOWARD, SHEILA<br>3361 PAPAYA RD<br><br>VENICE, FL 34293-4935 | 64137 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| JANE CARTER<br>41365 JANET CIRCLE<br><br>CLINTON TOWNSHIP, MI 48038 | 70809 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| JANE CARTER<br>41365 JANET CIRCLE<br><br>CLINTON TOWNSHIP, MI 48038 | 70828 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| JOHNSON, PATRICIA A<br>18330 EASTLAND ST APT 126<br><br>ROSEVILLE, MI 48066-2142 | 7044 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| MARILYN J HARDY<br>1315 HAWTHORNE AVE<br><br>JANESVILLE, WI 53545<br>UNITED STATES OF AMERICA | 30889 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

**Exhibit A**

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| NELSON, MARIANNE<br>8839 DILL DR<br>STERLING HEIGHTS, MI 48312-1238 | 44226 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |
| | **11** | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

262nd Omnibus Objection **Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

*OBJECTION ADJOURNED to 1/18/2012 at 9:45 a.m.*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WHORLEY, SHEILA M<br>529 W SAGER RD<br><br>HASTINGS, MI 49058-9284 | 50125 | Motors Liquidation Company | Unliquidated | No Liability; Claim seeks recovery of amounts for which the Debtors are not liable. | Pgs. 1-5 |

| **OBJECTION ADJOURNED** | **1** | | **$0.00** (S) | | |
| | | | $0.00 (A) | | |
| | | | $0.00 (P) | | |
| | | | $0.00 (U) | | |
| | | | $0.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4