December 19, 2011

Honorable Robert E. Gerber
U.S. Bankruptcy Judge
Courtroom 621
One Bowling Green
New York, New York 10004-1408

Dear Sir:

Enough of these adjournments. Are people waiting for us to die off so the problems will go away.

I have made several suggestions in the past with no answer. Just another adjournment.

I will make one more possible solve to the problem. That is - put a lien on the profits of the new GM each year to pay the premiums, and restore the insurance to the originally level. (or take it out of the retirement fund) The retirement fund must be maintained by law.

Much money has been spent sending out all these adjournments. Please settle this soon.

Louis J. Valerie

8070 Sawgrass Trail
Grand Blanc, Michigan
48439
(810) 694-1446