**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | |
|---|---|
| In re                                                                                        : | Chapter 11 |
|                                                                                                  : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,*   : | Case No. 09-50026 (REG) |
|          f/k/a General Motors Corp., *et al*.,                  : | |
|                                                                                                  : | |
|                                       Debtors.                                : | (Jointly Administered) |
|                                                                                                  : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On December 23, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, Post-Effective Date Debtors, I caused a true and correct copy of the following document to be served by first class mail on Sheila M. Whorley, 529 West Sager Road, Hastings, Michigan 49058:

    - Order Granting 262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) [Docket No. 11263].

Dated:  December 27th, 2011
              Lake Success, New York

                                                                                  /s/Barbara Kelley Keane
                                                                                   Barbara Kelley Keane

Sworn to before me this 27th day of December, 2011

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2013