# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, et al. f/k/a General Motors Corp., et al. | Case No. 09-50026 |
| Debtors. | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Connie Robbins, in her capacity as Personal Representative of, and on behalf of, the Estate of Alyssa Drazen,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Connie Robbins, in her capacity as Personal
Representative of, and on behalf of, the Estate
of Alyssa Drazen
c/o Rudnitsky Law Firm
145 Middle Street, Suite 1111
Lake Mary, FL 32746

New Address
Hain Capital Holdings, Ltd.
In re: Connie Robbins
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

I declare under penalty of perjury that the foregoing is true and correct.

**CONNIE ROBBINS, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF, AND ON BEHALF OF, THE ESTATE OF ALYSSA DRAZEN, INDIVIDUALLY**

By: *Connie J. Robbins*    Date: 12-16-11