UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On December 28, 2011, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Expunging Claim Numbers 638, 640, 641, 649, 972, and 71142 Filed by Jennifer Hamilton, Carmen Jacobo, Mollie House, Vernon House, Geoffrey House, and Wingo Winston, Respectively [Docket No. 11276].

Dated:  December 29th, 2011
        Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 29th day of December, 2011

/s/Susan P. Goddard
Susan P. Goddard
Notary Public, State of New York
No. 41-4985806
Qualified in Nassau County
Commission Expires September 23, 2013

# EXHIBIT A

| | |
|---|---|
| CARMEN JACOBO<br>C/O THOMAS C KNOWLES<br>VAN BLOIS & ASSOCIATES<br>7677 OAKPORT STREET SUITE 565<br>OAKLAND, CA 94621 | GEOFFREY HOUSE<br>ATTN THOMAS C KNOWLES<br>VAN BLOIS & ASSOCIATES<br>7677 OAKPORT STREET, SUITE 565<br>OAKLAND, CA 94621 |
| JENNIFER HAMILTON<br>C/O THOMAS C KNOWLES VAN BLOIS & ASSOCIATES<br>7677 OAKPORT STREET SUITE 565<br>OAKLAND, CA 94621 | MOLLIE S HOUSE<br>C/O THOMAS C KNOWLES, VAN BLOIS & ASSOCIATES<br>7677 OAKPORT STREET SUITE 565<br>OAKLAND, CA 94621 |
| VERNON HOUSE<br>C/O THOMAS C KNOWLES<br>VAN BLOIS & ASSOCIATES<br>7677 OAKPORT STREET SUITE 565<br>OAKLAND, CA 94621 | WINGO WINSTON<br>16863 TRACEY ST<br>DETROIT, MI 48235-4024 |