UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MOTORS LIQUIDATION CO., et al.,

Debtors.

Chapter 11

Case No. 09-50026 (REG)

Jointly Administered

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Nancy Scharba hereby withdraws with prejudice proof of claim number 64799 filed against Debtor Motors Liquidation Company.

Respectfully submitted,

By: _____
Brian P. Kopp (0064897)
BETRAS, KOPP & HARSHMAN, LLC
Attorney for Nancy Scharba
6630 Seville Drive
Youngstown, OH 44406
Phone: (330) 746-8484
Fax: (330) 702-8280
bkopp@bhlaws.com

Dated: December 21, 2011



RECEIVED
DEC 27 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK