UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                           Chapter 11

MOTORS LIQUIDATION CO., et al.,                  Case No. 09-50026 (REG)

      Debtors.                              Jointly Administered

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Please take notice that creditor Michael Scharba hereby withdraws with prejudice proof of claim number 64800 filed against Debtor Motors Liquidation Company.

Respectfully submitted,

By: _____
    Brian P. Kopp (0064897)
BETRAS, KOPP & HARSHMAN, LLC
Attorneys for Michael Scharba
6630 Seville Drive
Youngstown, OH 44406
Phone: (330) 746-8484
Fax: (330) 702-8280
bkopp@bhlaws.com

Dated: December 21, 2011

