Michael J. Edelman (ME 6476)
Michael L. Schein (MS 0241)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407-7799

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY,** f/k/a General Motors Corporation, *et al.* | Case No. 09-50026 (REG) |
| Debtor. | (Jointly Administered) |
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY,** *et al.*, Plaintiff, | |
| - against – | Adv. Proc. No. 11-09406 (REG) |
| **UNITED STATES DEPARTMENT OF THE TREASURY and EXPORT DEVELOPMENT CANADA,** Defendants. | |

**APPELLANT EXPORT DEVELOPMENT CANADA'S STATEMENT
OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS
<u>TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Appellant Export Development Canada ("EDC"), by its attorneys Vedder Price P.C., pursuant to Fed. R. Bankr. P. 8006, and in connection with EDC's appeal to the United States District Court for the Southern District of New York of the Bankruptcy Court's Judgment (Dkt. No. 28) entered on December 2, 2011 and related rulings and orders incorporated therein, including (i) Bench Decision On Motions To Dismiss And For Summary Judgment Re Disputes As

To Ownership Of Term Loan Avoidance Action Proceeds (Dkt. No. 27) entered on November 28, 2011, (ii) Order Denying The DIP Lenders' Motions To Dismiss And Motions For Summary Judgment (Dkt. No. 29) entered on December 2, 2011, and (iii) the Errata Order Re Bench Decision On Motions To Dismiss And For Summary Judgment Re Disputes As To Ownership Of Term Loan Avoidance Action Proceeds (Dkt. No. 30) entered on December 12, 2011, (a) states that the issues on appeal are as follows and (b) designates the following items to be included in the record on appeal.

## STATEMENT OF ISSUES

Appellant EDC states the following issues on appeal:

1. Whether the Bankruptcy Court erred in granting summary judgment in favor of Plaintiffs and in denying the motions for dismissal of the complaint and for summary judgment in favor of EDC and the United States Department of Treasury ("Treasury", and along with EDC, the "DIP Lenders") for the reasons set forth in the Bench Decision dated November 28, 2011.

2. Whether the Bankruptcy Court erred in ruling that the superpriority administrative claims of EDC and Treasury, as DIP lenders, could not reach the proceeds of the avoidance actions against certain pre-petition lenders (the "Term Loan Avoidance Action").

3. Whether the Bankruptcy Court erred in ruling that the language of the relevant agreements and court orders supported the Bankruptcy Court's finding that the DIP Lenders were only entitled to be repaid from their collateral and not from, *inter alia*, the proceeds of the Term Loan Avoidance Action.

4. Whether the Bankruptcy Court erred in its interpretation of the governing agreements and orders regarding the scope of the superpriority administrative claims of the DIP Lenders and the DIP Lenders' entitlement to receive the proceeds of the Term Loan Avoidance Action.

5.     Whether the Bankruptcy Court erred in taking judicial notice and/or relying on parol evidence in making its ruling regarding the interpretation of the governing agreements and orders.

## DESIGNATION OF ITEMS

Appellant hereby designates the following items to be included in the record on appeal, as follows:

| **Description**[1] | **Adv. Docket No.**[2] | **Case Docket No.**[3] |
|---|---|---|
| Complaint for Declaratory Judgment against the United States Department of Treasury and Export Development Canada | 1 | |
| First Amended Complaint for Declaratory Judgment against the United States Department of Treasury and Export Development Canada | 8 | |
| Plaintiffs' Rule 7056-1 Statement of Material Facts | 10 | |
| Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment | 11 | |
| Motion of United States Department of Treasury to Dismiss Adversary Proceeding | 12 | |
| Joinder of Defendant Export Development Canada to Defendant United States Department of Treasury's Motion To Dismiss Complaint | 13 | |
| Transcript of Hearing held on July 19, 2011 | 14 | |
| Memorandum of Law of United States Department of the Treasury in Opposition to Plaintiffs' Summary Judgment Motion and in Support of Treasury's Cross-Motion for Summary Judgment | 15 | |
| Counterstatement of Undisputed Facts of Defendant United States Department of the Treasury, and 7056-1 Statement in Support of Cross-Motion for Summary Judgment | 16 | |
| Notice of Cross-Motion for Summary Judgment of United States Department of the Treasury | 17 | |

---

[1]     To the extent that any of the following listed documents contain exhibits, schedules and/or other attachments, unless specifically stated otherwise below, all such items designated for the record on appeal includes all such exhibits, schedules and other attachments.

[2]     Numbers in this column designate docket numbers in the above-referenced adversary proceeding (Adv. Proc. No. 11-09406 (REG)).

[3]     Numbers in this column designate docket numbers in the main chapter 11 case, which is the jointly-administered and procedurally consolidated chapter 11 case (Case No. 09-50026 (REG)).

| Description[1] | Adv. Docket No.[2] | Case Docket No.[3] |
|---|---|---|
| Defendant Export Development Canada's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and Joinder in Support of Defendant United States Department of the Treasury's Cross-Motion For Summary Judgment | 18 | |
| Plaintiffs' Memorandum of Law In Opposition To Defendants' Motion to Dismiss The First Amended Complaint | 19 | |
| Reply Memorandum in support of Defendant United States Department of the Treasury's Motion to Dismiss | 20 | |
| Defendant Export Development Canada's Reply Memorandum of Law in Support of Defendant United States Department of the Treasury's Motion to Dismiss Complaint | 21 | |
| Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment | 22 | |
| Reply Memorandum of Law of Defendant United States Department of the Treasury in Support of Cross-Motion for Summary Judgment | 23 | |
| Defendant Export Development Canada's Reply Memorandum of Law in Support of DIP Lenders' Cross-Motion for Summary Judgment | 24 | |
| Defendant Export Development Canada's Amended Reply Memorandum of Law In Support of DIP Lenders' Cross-Motion For Summary Judgment | 25 | |
| Transcript of Hearing held on October 21, 2011 | 26 | |
| Bench Decision on Motions to Dismiss and for Summary Judgment Re: Disputes as to Ownership of Term Loan Avoidance Action Proceeds | 27 | |
| Order signed on December 2, 2011 Re: Judgment | 28 | |
| Order signed on December 2, 2011 Denying DIP Lenders' Motions to Dismiss and Motions for Summary Judgment | 29 | |
| Errata Order signed on December 12, 2011 Re: Bench Decision on Motions to Dismiss and for Summary Judgment Re: Disputes as to Ownership of Term Loan Avoidance Action Proceeds | 30 | |
| Notice of Appeal filed by Defendant United States Department of the Treasury | 31 | |
| Interim Order Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 (A) Approving a DIP Credit Facility and Authorizing the Debtors to Obtain Post-Petition Financing Pursuant thereto, (B) Granting Related Liens and Super-Priority Status (C) Authorizing the Use of Cash Collateral, (D) Granting Adequate Protection to Certain Pre-Petition Secured Parties and (E) Scheduling a Final Hearing | | 292 |

| Description[1] | Adv. Docket No.[2] | Case Docket No.[3] |
|---|---|---|
| Final Order (A) Approving a DIP Credit Facility and Authorizing the Debtors to Obtain Post-Petition Financing Pursuant Thereto, (B) Granting Related Liens and Super-Priority Status, (C) Authorizing the Use of Cash Collateral and (D)Granting Adequate Protection to Certain Pre-Petition Secured Parties | | 2529 |
| Debtors' Motion Pursuant to Bankruptcy Code Sections 105(a), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 to Amend DIP Credit Facility | | 2755 |
| Order Pursuant to Bankruptcy Code Sections 105(A), 361, 362, 363, 364 and 507 and Bankruptcy Rules 2002, 4001 and 6004 (A) Approving Amendment to DIP Credit Facility to Provide for Debtors Post-Petition Wind-Down Financing | | 2969 |
| Amended Disclosure Statement - Disclosure Statement for Debtors' Amended Joint Chapter 11 Plan (without exhibits) | | 8023 |
| Debtors' Second Amended Joint Chapter 11 Plan | | 9836 |
| Findings of Fact and Conclusions of Law and Order Pursuant to Sections 1129(A) and (B) of the Bankruptcy Code and Rule 3020 of the Federal Rules of Bankruptcy Procedure Confirming Debtors Second Amended Joint Chapter 11 Plan | | 9941 |
| Notice of Appeal filed by Defendant Export Development Canada | | 11244 |
| Affidavit of Service of Notice of Appeal | | 11248 |

Dated: New York, New York
December 30, 2011.

VEDDER PRICE P.C.

By: ____/s/ Michael J. Edelman_____
Michael J. Edelman (ME 6476)
Michael L. Schein (MS 0241)
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Telephone: 212-407-7700
Facsimile: 212-407-7799

*Attorneys for Export Development Canada*