UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*          :
                                                                 :
              Debtors.    :    (Jointly Administered)
                                                                 :
------------------------------------------------------------------x

### ORDER DENYING JAKE W. RODD'S
### MOTION FOR ENFORCEMENT OF OFFER ORDER

      Upon the motion of Jake W. Rodd, filed on December 13, 2011 (ECF No. 11230) (the "**Motion**"), for enforcement of the Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (ECF No. 5037) and certain other relief as more fully described in the Motion; and the Court having considered the response (ECF No. 11241) to the Motion by the Motors Liquidation Company GUC Trust; and a hearing (the "**Hearing**") on the Motion having been held on December 20, 2011; upon the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Motion is granted solely as to Jake W. Rodd's request for the withdrawal of his earlier filed Motion for Reconsideration/Rehearing of Offer, filed on October 24, 2011 (ECF No. 11069); and it is further

      ORDERED that the Motion is denied in all other respects; and it is further

      ORDERED that the time to appeal this Order shall run from the date of entry of this Order; provided, however, that nothing herein shall preclude Jake W. Rodd from settling his

2

claim against the Motors Liquidation Company GUC Trust and waiving his right to appeal this

Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated:  New York, New York
        *January 3, 2012*


                                                        *s/ Robert E. Gerber*
                                                        United States Bankruptcy Judge