**Exhibit A**

<u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG),  Jointly Administered

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHRISTEEN SAULTERS/HINTON<br>254 ROSS MCPHAIL RD<br><br>CARSON, MS 39427<br>UNITED STATES OF AMERICA | 70245 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    4/22/2010

Official Claim Date:    4/22/2010

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JACOB HALL<br>420 S MISSOURI AVE<br><br>BELLEVILLE, IL 62220-3745<br>UNITED STATES OF AMERICA | 70683 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    1/27/2011

Official Claim Date:    1/27/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**Exhibit A**

**Motors Liquidation Company, et al.**
Case No. 09-50026 (REG),  Jointly Administered

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LINDA FISHER<br>17904 DANIELSON ST<br>APT 103<br>CANYON COUNTRY, CA 91387-6090 | 69960 | Motors Liquidation Company | | Late-Filed Claim | Pgs. 1-7 |
| | | | Unliquidated | | |

**Additional Claim Information**

Applicable Bar Date:     11/30/2009

Postmark Date:     2/1/2010

Official Claim Date:     2/1/2010

| | | | | |
|---|---|---|---|---|
| **3** | | $0.00 | (S) | |
| | | $0.00 | (A) | |
| | | $0.00 | (P) | |
| | | $0.00 | (U) | |
| | | $0.00 | (T) | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.