257th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| FOX, LINDSEY<br>PO BOX 101<br>PARAGOULD, AR 72451-0101<br>Official Claim Date 10/19/2009 | 13052 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | Duplicate Claim | Pgs. 4-5 | FOX, LINDSEY<br>PO BOX 101<br>PARAGOULD, AR 72451-0101<br>Official Claim Date 10/19/2009 | 12547 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| HARRIS, ELLA<br>215 LAKELAND DRIVE<br>BRANDON, MS 39042-2909<br>Official Claim Date 10/5/2009 | 3440 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,000.00 (U)<br>$7,000.00 (T) | Duplicate Claim | Pgs. 4-5 | HARRIS, ELLA<br>215 LAKELAND DR<br>BRANDON, MS 39042-2909<br>Official Claim Date 10/5/2009 | 3439 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,500.00 (U)<br>$10,500.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

257th Omnibus Objection

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| HOLMES, ALEX<br>221 RODNEY AVE<br>BUFFALO, NY 14214-2218<br>Official Claim Date  11/9/2009 | 21627 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,200.00 (U)<br>$4,200.00 (T) | Pgs. 4-5<br>Duplicate Claim | HOLMES, ALEX<br>221 RODNEY AVE<br>BUFFALO, NY 14214-2218<br>Official Claim Date  11/9/2009 | 21484 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,200.00 (U)<br>$4,200.00 (T) |
| HUFF, PENNY<br>1325 LAUREL ST<br>COLA, SC 29201<br>Official Claim Date  11/27/2009 | 60623 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,000.00 (U)<br>$14,000.00 (T) | Pgs. 4-5<br>Duplicate Claim | HUFF, PENNY<br>1325 LAUREL ST<br>COLA, SC 29201<br>Official Claim Date  11/27/2009 | 58990 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) |
| POWERS, SCOTT<br>6612 183RD ST<br>CHIPPEWA FALLS, WI 54729-6435<br>Official Claim Date  10/19/2009 | 12449 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) | Pgs. 4-5<br>Duplicate Claim | POWERS, SCOTT<br>6612 183RD ST<br>CHIPPEWA FALLS, WI 54729-6435<br>Official Claim Date  10/19/2009 | 12450 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000.00 (U)<br>$1,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

Exhibit A

257th Omnibus Objection

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| PRIDEMORE, ALEXY<br>11966 OLD MILL RD<br>ENGLEWOOD, OH 45322-9723<br><br>Official Claim Date 10/20/2009 | 13276 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) | Duplicate Claim | Pgs. 4-5 | PRIDEMORE, ALEXY<br>11966 OLD MILL RD<br>ENGLEWOOD, OH 45322-9723<br><br>Official Claim Date 10/20/2009 | 13277 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$8,000.00 (U)<br>$8,000.00 (T) |
| SMILEY COLLEEN<br>ENTERPRISE RENTAL<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br><br>Official Claim Date 10/15/2009 | 10727 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) | Duplicate Claim | Pgs. 4-5 | SMILEY COLLEEN<br>SMILEY, GRANDCHILD - ARIZYAH<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br><br>Official Claim Date 10/15/2009 | 10724 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) |
| SMILEY COLLEEN<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br><br>Official Claim Date 10/15/2009 | 10728 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) | | | SMILEY, GRANDCHILD - ARIZYAH<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br><br>Official Claim Date 10/15/2009 | 10724 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

257th Omnibus Objection

# Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **SURVIVING CLAIMS** | | | |
| SMILEY, COLLEEN<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br>Official Claim Date 10/15/2009 | 10726 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) | Duplicate Claim | Pgs. 4-5 | SMILEY COLLEEN<br>SMILEY, GRANDCHILD - ARIZYAH<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br>Official Claim Date 10/15/2009 | 10724 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) |
| SMILEY, GRANDCHILD<br>SMILEY, GRANDCHILD ARIZYAN<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br>Official Claim Date 10/15/2009 | 10725 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) | Duplicate Claim | Pgs. 4-5 | SMILEY COLLEEN<br>SMILEY, GRANDCHILD - ARIZYAH<br>ELCO ADMINISTRATIVE SERVICES COMPANY<br>BOX 4800<br>WAYNE, NJ 07474-4800<br>Official Claim Date 10/15/2009 | 10724 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,400.00 (U)<br>$4,400.00 (T) |
| TZENA T. SANDERS<br>1216 GINSBERG DR<br>DAYTONA BEACH, FL 32114<br>Official Claim Date 10/16/2009 | 11502 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,000.00 (U)<br>$7,000.00 (T) | Duplicate Claim | Pgs. 4-5 | SANDERS, TZENA<br>1216 GINSBERG DR<br>DAYTONA BEACH, FL 32114-2332<br>Official Claim Date 10/16/2009 | 11501 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,000.00 (U)<br>$7,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

257th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| VAUGHT JOAN<br>DANNA PETER<br>506 OLD HOME RD<br>BALTIMORE, MD 21206-2140<br>Official Claim Date 10/26/2009 | 15696 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Duplicate Claim | Pgs. 4-5 | VAUGHT JOAN<br>DANNA PETER<br>506 OLD HOME RD<br>BALTIMORE, MD 21206-2140<br>Official Claim Date 10/26/2009 | 15695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| VAUGHT JOAN<br>DANNA PETER<br>506 OLD HOME RD<br>BALTIMORE, MD 21206-2140<br>Official Claim Date 10/26/2009 | 15697 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) | Duplicate Claim | Pgs. 4-5 | VAUGHT JOAN<br>DANNA PETER<br>506 OLD HOME RD<br>BALTIMORE, MD 21206-2140<br>Official Claim Date 10/26/2009 | 15695 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| VERMEERSCH, MARK M<br>216 E RANDOLPH ST<br>LANSING, MI 48906-4043<br>Official Claim Date 11/4/2009 | 19822 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,172.18 (U)<br>$84,172.18 (T) | Duplicate Claim | Pgs. 4-5 | MARK VERMEERSCH<br>216 E RANDOLPH ST<br>LANSING, MI 48906-4043<br>Official Claim Date 11/4/2009 | 19821 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$84,172.18 (U)<br>$84,172.18 (T) |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**    14    $0.00 (S)   $0.00 (A)   $0.00 (P)   $252,972.18 (U)   $252,972.18 (T)

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

257th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## OBJECTION ADJOURNED to a date to be determined

| CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference | Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) |
| GLENDA O FRAZIER<br>140 JULIA COURT<br>FAYETTEVILLE, GA 30214<br>Official Claim Date 1/15/2011 | 70592 | Motors Liquidation Company | $19,061.29 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$19,061.29 (T) | Duplicate Claim | Pgs. 4-5 | FRAZIER, GLENDA<br>140 JULIA CT<br>FAYETTEVILLE, GA 30214-1275<br>Official Claim Date 10/9/2009 | 7207 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,061.00 (U)<br>$19,061.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1