| 258th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALEXANDER, DOROTHY J<br>25 GEORGETOWN SQ<br>EUCLID, OH 44143-2411 | 64917 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$10,950.00 (P)<br>$0.00 (U)<br>$10,950.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| ALICE M WORLDS<br>408 1/2 MARTIN LUTHER KING DR<br>MICHIGAN CITY, IN 46360 | 69620 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$5,315.00 (U)<br>$5,315.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| ALLENSPACH, BRIAN P<br>116 CYPRESS COVE LN<br>MOORESVILLE, NC 28117-3708 | 25398 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| BAYES, SHARON K<br>4244 MARSHALL RD<br>CHARLOTTE, MI 48813-8115 | 16147 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 258th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| BRENDA C BLAIR<br>PO BOX 310594<br>FLINT, MI 48531-0594 | 4996 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$100,000.00<br>$100,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Supporting Documentation | Pg. 4 |
| CABINET LAVOIX<br>2 PLACE DES TIENNE DORVES<br>PARIS F-75441 FRANCE | 10171 | Motors Liquidation Company | Unliquidated | | Insufficient Supporting Documentation | Pg. 4 |
| CHARENE L HENDERSON<br>725 GLENWOOD AVE<br>JACKSON, MI 49203-2935 | 69838 | Environmental Corporate Remediation Company, Inc. | $0.00<br>$0.00<br>$0.00<br>$100,000.00<br>$100,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Supporting Documentation | Pg. 4 |
| COMMONWEALTH OF MASSACHUSETTS<br>STATE TREASURER & RECEIVER GENERAL<br>ABANDONED PROPERTY DIVISION<br>ONE SHBURTON PLACE 12TH FLOOR<br>BOSTON, MA 02108 | 29506 | Motors Liquidation Company | Unliquidated | | Insufficient Supporting Documentation | Pg. 4 |
| DARREL HETZLER<br>3748 N. LAKE SHORE DR.<br>JAMESTOWN, OH 45335<br>UNITED STATES OF AMERICA | 69578 | Remediation And Liability Management Company, Inc. | $0.00<br>$0.00<br>$0.00<br>$414.90<br>$414.90 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 258th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DON NESTER CHEVROLET INC<br>424 E FEDERAL HIGHWAY<br>ROSCOMMON, MI 48653<br>UNITED STATES OF AMERICA | 29752 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$7,404.20 (U)<br>$7,404.20 (T) | Insufficient Supporting Documentation | Pg. 4 |
| DONAHUE LAW GROUP, PSC<br>410 SOUTH MAIN STREET<br>SOMERSET, KY 42501 | 14751 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$19,112.34 (U)<br>$19,112.34 (T) | Insufficient Supporting Documentation | Pg. 4 |
| DROZD, JOHN Z<br>7718 HAYENGA LN<br>DARIEN, IL 60561-4520 | 61692 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| EXECUTIVE CHARGE INC<br>1440 39TH STREET<br>BROOKLYN, NY 11218-3618 | 14968 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,195.08 (U)<br>$1,195.08 (T) | Insufficient Supporting Documentation | Pg. 4 |
| FAE AVDYLI<br>1709 N SAYRE<br>CHICAGO, IL 60707 | 70777 | Motors Liquidation Company | $0.00 (S)<br>$8,250.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$8,250.00 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

| 258th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| FRANK, LEMOND<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES, LA 70629-0123 | 11408 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$34,025.00 (U)<br>$34,025.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| FREEDOM COMMUNICATIONS INC<br>GOWIN, BRYAN<br>1000 TREVILIAN WAY #3<br>LOUISVILLE, KY 40213-1546 | 23473 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$74,091.33 (U)<br>$74,091.33 (T) | Insufficient Supporting Documentation | Pg. 4 |
| GEORGIA NATURAL GAS<br>PO BOX 105445<br>ATLANTA, GA 30348-5445 | 16941 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$319.60 (U)<br>$319.60 (T) | Insufficient Supporting Documentation | Pg. 4 |
| HARDY, WILLIAM<br>13681 QUEENS FARMS RD<br>MARTVILLE, NY 13111-4156 | 6589 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$21,776.97 (U)<br>$21,776.97 (T) | Insufficient Supporting Documentation | Pg. 4 |
| JAMIE SANKS AND CHENITA SANKS<br>C/O JOHN W ROPER<br>5353 VETERANS PARKWAY SUITE A<br>COLUMBUS, GA 31904 | 33217 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$55,000.00 (U)<br>$55,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| JUDITH REAL<br>5736 DIM STARS CT.<br>N. LAS VEGAS, NV 89031 | 70695 | Motors Liquidation Company | $0.00 (S)<br>$108,715.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$108,715.00 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 258th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUKATHER PAUL<br>LUKATHER, PAUL<br>9047 FLOWER ST<br>BELLFLOWER, CA 90706-5605 | 11411 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$85,608.82 (U)<br>$85,608.82 (T) | Insufficient Supporting Documentation | Pg. 4 |
| MCEACHERN, JAMES<br>LAW OFFICES MCKENNA KENNETH J<br>544 W 1ST ST<br>RENO, NV 89503-5303 | 19150 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,000.00 (U)<br>$27,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| MELISSA WAALK<br>3630 COLUMBIA ST<br>DES MOINES, IA 50313<br>UNITED STATES OF AMERICA | 64694 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,800.00 (U)<br>$9,800.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| NAOMI BOHANNON<br>1258 E PRINCETON AVE<br>FLINT, MI 48505-1755 | 69971 | Environmental Corporate Remediation Company, Inc. | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$164,700.00 (U)<br>$164,700.00 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 258th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PAYNE, PATRICIA A<br>3090 RHODA ST<br>FLINT, MI 48507-4555 | 14746 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$27,900.00 (U)<br>$27,900.00 (T)<br>Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| RONALD GARCEAU<br>4312 CHERRY CT<br>ZIONVILLE, IN 46077-8524 | 64736 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| SAUCIER, JOHN<br>CHESSON, CHRISTIAN D<br>1 LAKESHORE DR STE 1800<br>LAKE CHARLES, LA 70629-0123 | 11401 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$44,910.50 (U)<br>$44,910.50 (T) | Insufficient Supporting Documentation | Pg. 4 |
| SCOTT, DON<br>SCOTT WANDA H<br>KING, JAMES STEPHEN<br>1661 INT PLACE DRIVE #300<br>MEMPHIS, TN 38120 | 15445 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$15,000.00 (U)<br>$15,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| 258th Omnibus Objection | | **Exhibit A** | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| SILVIO DIVITO<br>2414 GROVE ST<br>RIVER GROVE, IL 60171-1836 | 37192 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$25,000.00 (P)<br>$0.00 (U)<br>$25,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| SNOUFFER, VINCENT ENTERPRISES D/B/A TRI-STAR TRUCKING<br>STEVE SNOUFFER<br>4309 E 900 S-92<br>ROANOKE, IN 46783-9217 | 17294 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,203.74 (U)<br>$6,203.74 (T) | Insufficient Supporting Documentation | Pg. 4 |
| SOS EMERGENCY RESPONSE TECHNOLOGIES<br>91 ALAMEDA CIR<br>THORNHILL ONT L4J 8A6 CANADA | 12031 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| TREASURER OF THE STATE OF ILLINOIS<br>ATTN: LEGAL OFFICER / BANKRUPTCY DEPT.<br>PO BOX 19496<br>SPRINGFIELD, IL 62794-9496 | 67674 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$166,912.84 (U)<br>$166,912.84 (T) | Insufficient Supporting Documentation | Pg. 4 |
| TREASURER STATE OF NEW JERSEY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 214<br>TRENTON, NJ 08646-0214 | 16843 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | 33 | | $0.00 (S)<br>$116,965.00 (A)<br>$35,950.00 (P)<br>$1,091,690.32 (U)<br>$1,244,605.32 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 7

| 258th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

*OBJECTION ADJOURNED to a date to be determined*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ATLAS TECHNOLOGIES INC<br>ATTN: BARRY M LASKY ESQ<br>LASKY & STEINBERG PC<br>595 STEWART AVE SUITE 410<br>GARDEN CITY, NY 11530 | 60044 | Motors Liquidation Company | $700,750.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$793,000.00 (U)<br>$1,493,750.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| DEBRA HAWKINS<br>31901 JEFFERSON AVE<br>ST CLR SHORES, MI 48082-1363 | 65638 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| RORER TWAYNA<br>136 MARTIN LUTHER KING JR WAY<br>MADISONVILLE, KY 42431-2134 | 64240 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$0.00 (U)<br>$50,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| *OBJECTION ADJOURNED* | 3 | | $700,750.00 (S)<br>$0.00 (A)<br>$50,000.00 (P)<br>$813,000.00 (U)<br>$1,563,750.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 258th Omnibus Objection | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |

## OBJECTION WITHDRAWN

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LLOYD OLDENBURG<br>27500 GERMAN RD<br>BELLE PLAINE, MN 56011 | 11250 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,526.66 (U)<br>$10,526.66 (T) | Insufficient Supporting Documentation | Pg. 4 |
| *OBJECTION WITHDRAWN* | 1 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$10,526.66 (U)<br>$10,526.66 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.