| 259th Omnibus Objection | | **Exhibit A** | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| GABRIEAL & CASSANDRA MASON<br>300 PRICE RD<br><br>MOSCOW, TN 38057 | 70397 | Remediation And Liability Management Company, Inc. | $1,500.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$1,500.00  (T) | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 2/1/2010 |
| Postmark Date: | 9/8/2010 |
| Official Claim Date: | 9/8/2010 |
| Docket Number of Affidavit of Service: | 4238 |
| Notice Provided and Date of Service: | Bar Date Notice/POC - 9/25/09 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TOM WALKER-EEOC<br>C/O EEOC-NOFO<br>ATTN KEITH T HILL-FIELD DIRECTOR<br>1555 POYDRAS ST, STE 1900<br>NEW ORLEANS, LA 70112 | 70931 | Motors Liquidation Company | $0.00  (S)<br>$9,888.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$9,888.00  (T) | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 2/14/2011 |

| | | | |
|---|---|---|---|
| | 2 | $1,500.00  (S) | |
| | | $9,888.00  (A) | |
| | | $0.00  (P) | |
| | | $0.00  (U) | |
| | | $11,388.00  (T) | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 259th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## OBJECTION ADJOURNED to a date to be determined

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARGARET A O'NEILL A/K/A MARGARET ANN O'NEILL<br>25 STOWELL RD<br>BEDFORD, NH 03110-4714 | 71119 | Motors Liquidation Company | Unliquidated | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

- Applicable Bar Date:   11/30/2009
- Postmark Date:   N/A
- Official Claim Date:   5/10/2011

| OBJECTION ADJOURNED | 1 | $0.00 (S) |
|---|---|---|
| | | $0.00 (A) |
| | | $0.00 (P) |
| | | $0.00 (U) |
| | | $0.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.