| 260th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEKKALI SAMYA<br>ESCALIER A2 ETAGE 4 RESIDENCE RAOUD AZHAR<br>RUE IBNOU HAZEM<br>20000 CASABLANCA MAROC | 71201 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    7/21/2011

| BEKKALI SAMYA<br>ESCALIER A2 ETAGE 4 RESIDENCE RAOUD AZHAR<br>RUE IBNOU HAZEM<br>20000 CASABLANCA MAROC | 71202 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    7/20/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | |
|---|---|---|---|
| 260th Omnibus Objection | **Exhibit A** | | **Motors Liquidation Company, et al.** |
| | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| COMMONWEALTH REPORTING CO INC<br>700 LISBURN ROAD<br>CAMP HILL, PA 17011-7104 | 71220 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$46.45  (U)<br>$46.45  (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    8/29/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DALE BARBER<br>1111 PERKIOMENVILLE ROAD<br>PERKIOMENVILLE, PA 18074 | 71217 | Motors Liquidation Company | $0.00  (S)<br>$10,000.00  (A)<br>$0.00  (P)<br>$0.00  (U)<br>$10,000.00  (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    8/29/2011

---

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | | |
|---|---|---|---|---|---|
| 260th Omnibus Objection | | **Exhibit A** | | | **Motors Liquidation Company, et al.**<br>**Case No. 09-50026 (REG), Jointly Administered** |

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDDIE ALFORD & GLORIA ALFORD<br>C/O EDDIE ALFORD<br>2640 EAST 26 RD<br>CADILLAC, MI 49601 | 71216 | Motors Liquidation Company | $0.00 (S)<br>$5,406.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$5,406.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

   Applicable Bar Date:   11/30/2009

   Postmark Date:   N/A

   Official Claim Date:   8/29/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HEATHER LAPOINTE<br>1 SHADY LANE<br>MEDWAY, MA 02053 | 71218 | Motors Liquidation Company | $0.00 (S)<br>$1,500.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$1,500.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

   Applicable Bar Date:   11/30/2009

   Postmark Date:   N/A

   Official Claim Date:   8/29/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 260th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| JAMES CUMMISKEY<br>C/O EMBRY & NEUSNER<br>ATTN: STEPHEN C EMBRY ESQ<br>PO BOX 1409<br>GROTON, CT 06340 | 71227 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   9/12/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| JAMES CUMMISKEY<br>C/O EMBRY & NEUSNER<br>ATTN: STEPHEN C EMBRY ESQ<br>PO BOX 1409<br>GROTON, CT 06340 | 71228 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   9/12/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | | | |
|---|---|---|---|---|
| **260th Omnibus Objection** | | **Exhibit A** | | **Motors Liquidation Company, et al.** |
| | | | | **Case No. 09-50026 (REG), Jointly Administered** |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MARVIN ECHOLS<br>PO BOX 2211<br>BAY CITY, MI 48707 | 70993 | Motors Liquidation Company | $0.00 (S)<br>$45,000.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$45,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    2/14/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MICHAEL GUALANDI<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | 71223 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:    11/30/2009

Postmark Date:    N/A

Official Claim Date:    8/19/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**260th Omnibus Objection**     **Exhibit A**     <u>**Motors Liquidation Company, et al.**</u>

**Case No. 09-50026 (REG), Jointly Administered**

## *CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MR TERRAB YOUSSEF<br>22 RUE DAYAT ROUMI<br>CASABLANCA<br>MAROC | 71204 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

     Applicable Bar Date:    11/30/2009

     Postmark Date:    N/A

     Official Claim Date:    7/29/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| PARRAMORE, ROSS<br>5239 WOODCREST ROAD<br>JACKSONVILLE, FL 32205 | 71235 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

     Applicable Bar Date:    11/30/2009

     Postmark Date:    N/A

     Official Claim Date:    10/8/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| | | Exhibit A | | | |
|---|---|---|---|---|---|

260th Omnibus Objection — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ROBERT PHELPS<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | 71240 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   10/3/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RYAN, LEROY S<br>1121 4TH AVE<br>ELIZABETH, PA 15037-1017 | 71221 | Motors Liquidation Company | Unliquidated | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   8/31/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 260th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| RYAN, TIMOTHY L<br>1121 4TH AVE<br><br>ELIZABETH, PA 15037-1017 | 71222 | Motors Liquidation Company | Unliquidated | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   8/31/2011

---

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 260th Omnibus Objection | | | Exhibit A | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STELLA MARCOS RODRIGUEZ<br>CALLE MEDINA 16, 10B. EDIF AZAHAR<br>29640 FUENGIROLA MALAGA ESPANA | 71215 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,522.50  (U)<br>$1,522.50  (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

- Applicable Bar Date: 11/30/2009
- Postmark Date: N/A
- Official Claim Date: 8/29/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STELLA MARCOS RODRIGUEZ<br>CALLE MEDINA 16, 10B EDIF AZAHAR<br>29640 FUENGIROLA MALAGA ESPANA | 71225 | Motors Liquidation Company | $0.00  (S)<br>$0.00  (A)<br>$0.00  (P)<br>$1,522.50  (U)<br>$1,522.50  (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

- Applicable Bar Date: 11/30/2009
- Postmark Date: N/A
- Official Claim Date: 8/26/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEWART MOSTELLER JR<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | 71238 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

   Applicable Bar Date: 11/30/2009

   Postmark Date: N/A

   Official Claim Date: 10/3/2011

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEWART MOSTELLER JR<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | 71239 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

   Applicable Bar Date: 11/30/2009

   Postmark Date: N/A

   Official Claim Date: 10/3/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

260th Omnibus Objection

Exhibit A

Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TIMOTHY A RYAN<br>481 N JEFFERSON STREET<br>RICHLAND CENTER, WI 53581 | 71219 | Motors Liquidation Company | $0.00 (S)<br>$495.65 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$495.65 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   N/A

Official Claim Date:   8/29/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**260th Omnibus Objection** — **Exhibit A** — Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VINCENT PALAZZO<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | 71236 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 10/7/2011 |

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VINCENT PALAZZO<br>C/O EMBRY & NEUSNER<br>PO BOX 1409<br>GROTON, CT 06340 | 71237 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 4-6 |

**Additional Claim Information**

| | |
|---|---|
| Applicable Bar Date: | 11/30/2009 |
| Postmark Date: | N/A |
| Official Claim Date: | 10/7/2011 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 22 | | $0.00 (S)<br>$62,401.65 (A)<br>$0.00 (P)<br>$8,338,091.45 (U)<br>$8,400,493.10 (T) | | |
|---|---|---|---|---|---|

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.