| 261st Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.
Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| TAMMY MORWAY<br>ATTN: BARRY WALDMAN, ATTORNEY AND AGENT FOR TAMMY MORWAY<br>1000 FARMER ST<br>DETROIT, MI 48226 | 60069 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | No Liability: Settled Claim | Pgs. 4-5 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 1 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,000,000.00 (U)<br>$2,000,000.00 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 261st Omnibus Objection | Exhibit B | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| BEJARANO, JOSE<br>WAGNER COOK FREIBERGER & WASHIENKO LLC<br>18 TREMONT ST STE 903<br>BOSTON, MA 02108-2305 | 28091 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$300,000.00 (U)<br>$300,000.00 (T)<br>Unliquidated | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| DASSAULT SYSTEMES SIMULIA CORP.<br>RISING SUN MILLS<br>ATTN: CHIEF LEGAL COUNSEL<br>166 VALLEY STREET<br>PROVIDENCE, RI 02909 | 70879 | Motors Liquidation Company | $0.00 (S)<br>$49,415.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$49,415.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| DURKIN EQUIPMENT COMPANY<br>2383 CHAFFEE DR<br>SAINT LOUIS, MO 63146-3306 | 8563 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,150.00 (U)<br>$1,150.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| EAST SIDE GAS CO INC<br>5010 N POST RD<br>LAWRENCE, IN 46226-4118 | 16933 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$584.06 (U)<br>$584.06 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| GREENS GENERAL CONTRACTORS INC<br>1050 17TH ST NW STE 1100<br>WASHINGTON, DC 20036-5511 | 31865 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$272,038.22 (U)<br>$272,038.22 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 261st Omnibus Objection | | Exhibit B | | Motors Liquidation Company, et al. |
|---|---|---|---|---|
| | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HARMS, JOLENE C<br>LESAGE, MICHAEL T<br>PO BOX 306<br>620 13TH ST<br>PASO ROBLES, CA 93446-2229 | 36538 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| INERGY PROPANE LLC<br>INERGY PROPANE LLC D/B/A CASTSIDE HOOSIER<br>5010 N POST RD<br>PO BOX 26061<br>INDIANAPOLIS, IN 46226-0061 | 16932 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$566.79 (U)<br>$566.79 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| IRONHORSE, ROBIN<br>TUCCI LLC<br>3 SOUTH STATE STREET SUITE 1<br>PAINESVILLE, OH 44077-3422 | 64220 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$39,267.36 (U)<br>$39,267.36 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| JUNE ROSA CARPENTER<br>C/O ACKROYD LLP<br>ATTN: DIANE YOUNG (GMAC)<br>1500 FIRST EDMONTON PL, 10665 JASPER AVE<br>EDMONTON ALBERTA T5J 3S9 | 16665 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$75,000.00 (U)<br>$75,000.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| KORY PICKEL<br>C/O KIMMEL & SILVERMAN P C<br>30 E BUTLER AVE<br>AMBLER, PA 19002 | 59011 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,536.52 (U)<br>$26,536.52 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 261st Omnibus Objection | Exhibit B | Motors Liquidation Company, et al. |
| --- | --- | --- |
| | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
| --- | --- | --- | --- | --- | --- |
| LADENSACK WILLIS<br>C/O W DOUGLAS ADAMS ESQUIRE<br>PO BOX 857<br>BRUNSWICK, GA 31521-0857 | 61037 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| LECO PLASTICS INC<br>130 GAMEWELL ST<br>HACKENSACK, NJ 07601-4230 | 10994 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$334.00 (U)<br>$334.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| MILNER, MERILEE ANN & MILNER, RICHARD D<br>4503 NEWTON DR<br>LAS VEGAS, NV 89121-6753 | 60465 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| NINA ASTAN AND SAM ASTAN<br>23277 VENTURA BLVD<br>WOODLAND HILLS, CA 91364 | 841 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,426.00 (U)<br>$36,426.00 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| PALUMBO, MICHELE<br>C/O CHARLES HESS, ATTORNEY<br>7211 SAWMILL ROAD, SUITE 200<br>DUBLIN, OH 43016 | 45190 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$17,646.00 (U)<br>$17,646.00 (T)<br>Unliquidated | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

| 261st Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| PATTERSON, CHARLES W<br>FITZGERALD J ARNOLD<br>PO BOX 227<br>DAYTON, TN 37321-0227 | 51021 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$40,000.00<br>$40,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| PREVOST, DEBORAH<br>SOUTHEAST LOUSIANA LEGAL SERVICES CORPORATION<br>PO BOX 2867<br>HAMMOND, LA 70404-2867 | 63483 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,137.67<br>$31,137.67 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| RANDY WALTERS<br>KIMMEL & SILVERMAN PC<br>30 E BUTLER AVE<br>AMBLER, PA 19002 | 59012 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$27,611.54<br>$27,611.54 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| SIMMONS TONY CLINT<br>201 W HOUSTON ST<br>MARSHALL, TX 75670 | 50641 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$49,516.40<br>$49,516.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| SIMMONS, LINDA<br>201 W HOUSTON ST<br>MARSHALL, TX 75670 | 50640 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$49,516.40<br>$49,516.40 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| SUD-CHEMIE PROTOTECH<br>32 FREMONT ST<br>NEEDHAM, MA 02494-2933 | 16531 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,900.00<br>$3,900.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 4

| 261st Omnibus Objection | | Exhibit B | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THERESA BROWN<br>2233 GODWIN AVE SE<br>GRAND RAPIDS, MI 49507-3129 | 46178 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$45,881.25 (U)<br>$45,881.25 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | 589 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$562,629.14 (U)<br>$562,629.14 (T) | No Liability: Non-Debtor (GM to Assume) | Pgs. 5-6 |
| CLAIMS TO BE DISALLOWED AND EXPUNGED | 23 | | $0.00 (S)<br>$49,415.00 (A)<br>$0.00 (P)<br>$1,809,741.35 (U)<br>$1,859,156.35 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

| 261st Omnibus Objection | | Exhibit B | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALLIED SUPPLY CO INC<br>1100 E MONUMENT AVE<br>DAYTON, OH 45402-1355 | 5808 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,332.00 (U)<br>$1,332.00 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| CITIBANK SOUTH DAKOTA NA<br>DBA<br>4740 121ST ST<br>URBANDALE, IA 50323 | 799 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$477.67 (U)<br>$477.67 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| CITY OF PASADENA<br>100 N GARFIELD AVE<br>ROOM N210<br>PASADENA, CA 91109-7215 | 44221 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$415.81 (U)<br>$415.81 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| CITY OF WAUKESHA TREASURER<br>C/O WAUKESHA WATER UTILITY<br>115 DELAFIELD ST<br>WAUKESHA, WI 53188 | 2357 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$413.55 (U)<br>$413.55 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| EAST BAY MUNICIPAL DISTRICT<br>ATTN ANITA DICKEY<br>MS42<br>375 11TH ST<br>OAKLAND, CA 94607-4246 | 8778 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$548.51 (U)<br>$548.51 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 261st Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EDISON METUCHEN ORTHOPAEDIC GROUP<br>10 PARSONAGE ROAD, SUITE 500<br>EDISON, NJ 08837 | 29862 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$450.00 (U)<br>$450.00 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| MICHIGAN ORTHOPAEDIC<br>26025 LAHSER RD FL 2<br>SOUTHFIELD, MI 48033-2606 | 43841 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$115.00 (U)<br>$115.00 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| MICHIGAN ORTHOPAEDIC<br>26025 LAHSER RD FL 2<br>SOUTHFIELD, MI 48033-2606<br>UNITED STATES OF AMERICA | 43842 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$110.00 (U)<br>$110.00 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| MICHIGAN ORTHOPAEDIC<br>26025 LAHSER RD FL 2<br>SOUTHFIELD, MI 48033-2606<br>UNITED STATES OF AMERICA | 43843 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$674.43 (U)<br>$674.43 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 2

| 261st Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|---|
| MICHIGAN ORTHOPAEDIC<br>26025 LAHSER RD FL 2<br>SOUTHFIELD, MI 48033-2606<br>UNITED STATES OF AMERICA | 43844 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$258.48<br>$258.48 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| MICHIGAN ORTHOPAEDIC<br>26025 LAHSER RD FL 2<br>SOUTHFIELD, MI 48033-2606<br>UNITED STATES OF AMERICA | 43845 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$45.00<br>$45.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| MICHIGAN ORTHOPAEDIC<br>26025 LAHSER RD FL 2<br>SOUTHFIELD, MI 48033-2606<br>UNITED STATES OF AMERICA | 43869 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$45.00<br>$45.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| PROGRESSIVE NORTHEASTERN INSURANCE COMPANY<br>CARMAN CALLAHAN & INGHAM<br>266 MAIN ST<br>FARMINGDALE, NY 11735-2618 | 19044 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$28,106.37<br>$28,106.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Liability: Non-Debtor (Third Party) | Pg. 5 |
| SIMPLEXGRINNELL LP<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DR<br>WESTMINSTER, MA 01441 | 31187 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$3,082.25<br>$3,082.25 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Liability: Non-Debtor (Third Party) | Pg. 5 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 3

| 261st Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| THOMAS PETZ<br>46633 CRYSTAL DOWNS WEST<br>NORTHVILLE, MI 48168<br>UNITED STATES OF AMERICA | 70524 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$900.00 (U)<br>$900.00 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 15 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$36,974.07 (U)<br>$36,974.07 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 261st Omnibus Objection | | Exhibit B | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |
|---|---|---|---|---|---|

*OBJECTION ADJOURNED to a date to be determined*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| EPIDOC LLC<br>DR ROBERT MORGAN<br>241 MAGNOLIA LAKE RD<br>AIKEN, SC 29803 | 17985 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,487.54 (U)<br>$28,487.54 (T) | Liability: Non-Debtor (Third Party) | Pg. 5 |

| *OBJECTION ADJOURNED* | 1 | | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$28,487.54 (U)<br>$28,487.54 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

| 261st Omnibus Objection | | Exhibit C | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| AUSTIN AND REBECCA VIALL<br>710 KELLER LANE<br>TUSCUMBIA, AL 35674 | 70910 | Motors Liquidation Company | Unliquidated | No Liability: Securities Claim | Pgs. 6-7 |
| BOYER, CHRISTEL I<br>1997 TRIPLE TREE RD<br>BOZEMAN, MT 59715-7816 | 63456 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$28,947.09 (P)<br>$0.00 (U)<br>$28,947.09 (T) | No Liability: Securities Claim | Pgs. 6-7 |
| BYRAM, JERRY W<br>220 WHITE ST<br>LEESBURG, AL 35983-3650 | 2766 | Motors Liquidation Company | Unliquidated | No Liability: Securities Claim | Pgs. 6-7 |
| CLAYBORN COLEMAN<br>C/O CHARLES W PULLIAM ATTORNEY AT LAW<br>931 E 192ND PL<br>GLENWOOD, IL 60425 | 71176 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | No Liability: Securities Claim | Pgs. 6-7 |
| KENNEDY, ALAN W<br>47183 SUNNYBROOK LN<br>NOVI, MI 48374-3643 | 21966 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$62,084.11 (U)<br>$62,084.11 (T) | No Liability: Securities Claim | Pgs. 6-7 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

<mark>
</mark>

| 261st Omnibus Objection | | Exhibit C | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered | |

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| VANESSA A SMITH / MARCIA PRICE<br>1724 OTTAWA DR<br>TOLEDO, OH 43606 | 70760 | Motors Liquidation Company | Unliquidated | No Liability: Securities Claim | Pgs. 6-7 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | 6 | | $0.00 (S)<br>$0.00 (A)<br>$28,947.09 (P)<br>$82,084.11 (U)<br>$111,031.20 (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.