UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY,<br>f/k/a General Motors Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MOTORS LIQUIDATION COMPANY, *et al.*,<br><br>Plaintiff,<br><br>- against –<br><br>UNITED STATES DEPARTMENT OF THE TREASURY and EXPORT DEVELOPMENT CANADA,<br><br>Defendants. | Adv. P. No. 11-09406 (REG) |

## CERTIFICATE OF SERVICE

I, Michael J. Edelman, hereby certify that on the 30th day of December, 2011, I caused a copy of Export Development Canada's Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal dated December 30, 2011 to be served on the parties on the attached service list in the manner set forth therein.

/s/ *Michael J. Edelman*
Michael J. Edelman

NEWYORK/#285658.2

## SERVICE LIST

### Via Electronic Mail:

Tom Moers Mayer, Esq
Lauren Macksoud, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
tmayer@kramerlevin.com
lmacksoud@kramerlevin.com

David Jones, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
david.jones@usdoj.gov

Stephen Karotkin, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
stephen.karotkin@weil.com

NEWYORK/#285658.2