PAUL SCHWAKE

D 50672 Köln, den 15.12.2011
Hildeboldplatz 23-25
Telefon 017643055272


UNITED STATES BANKRUPTCY COURT
SOUTHERN DITRICT OF NEW YORK
s/ Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green, Room 534

New York, New York 10004-1408


29.11.2011


In re
Motors Liquidation Company, et al,
f/k/a General Motors Corp., et.al. Debtors
Chapter 11 Case No.  09-50026 (REG) (Jointly Administered)

hier: Anspruch Paul Schwake section 502(b) of the Bankruptcy
     Code, Claim No. 63070

       WIDERSPRUCH zu Ihrem ablehnenden Bescheid vom 29.11.2011


Sehr geehrter Herr Gerber!


Am 19.11.2009 hatte ich bei UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK (ANLAGE 1) erstmals An-
trag auf Proof of Claim für die Anleihe ISIN: XS 0171942757
EUR 7,25 General Motors Corp. 03-2013 gestellt.

Dem Antrag beigefügt war die Abrechnung meiner Bank ING DiBa
vom 23.08.2007 über den Kauf der Anleihe über nominal
Euro 10.000,oo (Anlage 2).

Meinen Antrag lehnten Sie am 29.11.2011 ab. Hiergegen erhabe
ich form- und fristgerecht

                W I D E R S P R U C H.

- 2 -

## Begründung:

Erstmals mit Schreiben meiner depotverwaltenden Bank ING DiBa erhielt ich am 16.10.2009 (Anlage 3) davon Kenntnis, daß mein Anleiheschuldner, die General Motors Corp., in Zahlungsschwie-rigkeiten steckte.

Am 13.11.2009 informierte mich die Bank (Anlage 4), daß sie meine persönlichen Daten (Name, Anschrift und Anzahl der ge-haltenen Stücke) gegenüber der Gesellschaft auf Antrag offen-lege, bei gleichzeitiger Sperrung der Anleihe durch die La-gerstelle. Meine Zustimmung zur Datenübermittlung habe ich meiner Bank am 14.11.2009 erteilt (Anlage 5). Ab diesem Zeit-punkt konnte ich die Anleihe EUR 7,25 General Motors Corp. 03-2013 (ISIN: XS 0171942757) nicht mehr veräußern, die zu diesem Zeitpunkt noch zwischen 30 und 40 % des Nominalwertes gehandelt wurde.

Durch Information der The Garden City Group, Inc. vom 23.12.2010 erhielt ich Kenntnis, daß mein Anspruch am 28.11.2009 un-ter der Claim-Nr. 63070 erfaßt worden war (Anlage 6).

Am 29.01.2011 habe ich nochmals meine Forderung gegenüber der Konkursmasse, per Adresse United States Bankrupty Court, zu Ihren Händen, angemeldet und die erforderlichen Nachweise über den Kauf der Anleihe wiederholt beigefügt (Anlage 7).Vorsichts-halber habe ich unter dem 02.02.2011 meine Forderung in getrenn-ten Schreiben auch bei Weil, Gotshal & Menges sowie The Garden City Group bekräftigt (Anlagen 8 + 9)

In den ersten Schreiben des United States Bankruptcy Court wur-de meine Forderung auf Entschädigung unter ECF No. 9083, 143rd Omnibus Objection to Claims, Claim Number 63070 als gestellt und registriert bestätigt. Mit Schreiben vom 20.05.2011 der Anwälte Weil, Gotshal & Manges LLP wurde ich unter der Claim-Nummer 70818 in die 223rd Omnibus Objetion umgestuft.

Mit Schreiben vom 29.11.2011 teilen Sie mir mit, daß entspre-chend § 502 (b) des Konkursgesetzes mein Anspruch abzuweisen und aus dem Anspruchregister zu löschen ist.

HIERGEGEN RICHTET SICH MEIN WIDERSPRUCH.

1. Ich stelle fest, daß ich meine Ansprüche aus dem Besitz der EUR 7,25 General Motors Corp. 03-2003 form- und fristge-recht gestellt habe (Anlagen 1, 7, 8 und 9).

2. Die Besitzverhältnisse, sprich Anleihekauf vom 23.08.2007, wurde unbestreitbar nachgewiesen (Anlagen 2, 3, 4 und 7) und auch vom Konkursgericht zu keinem Zeitpunkt infrage gestellt.

3. Der Ablehnungsbescheid des Konkursgerichts richtet sich ausschließlich gegen den 143rd Omnibus Objection to Claims, nicht jedoch gegen meinen Anspruch nach 223rd Omnibus Ob-jection, Claim Nummer 70818.

- 3 -

4. Durch die von dem United States Bankruptcy for the Southern
   District of New York vorgeschriebene Anmeldung der Ansprü-
   che (siehe Formular der Anlage 1) wurden die Wertpapiere
   gesperrt, sie durften bis zum Abschluß der Entscheidung
   des Konkursgerichtes nicht veräußert werden (siehe Anlage
   4, 5. Absatz). Hierdurch ist mir ein Vermögensschaden von
   ca. 3.000 bis 4.000 EUR entstanden, da der Kurs der Anleihe
   zum damaligen Zeitpunkt zwischen 30 bis 40 % des Nominal-
   wertes bestrug.

5. Ich bitte um Mitteilung, ob die Ansprüche aller Besitzer
   der Anleihe EUR 7,25 General Motors Corp. 03-2013, ISIN
   XS 0171942757 durch Sie abgelehnt wurden oder nur einzel-
   ne Antragsteller. Und wenn die Ansprüche nur einiger
   Gläubiger abgelehnt wurden, warum genau meine?

6. An Hand meines Vorbringens sowie der beigefügten Anlagen
   bitte ich das Konkursgericht über meinen Antrag im Einzel-
   fall nochmals zu entscheiden.

Mit vorzüglicher Hochachtung

( Paul Schwake )

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor** (Check Only One):     Case No.

☒ Motors Liquidation Company (f/k/a General Motors Corporation)    09-50026 (REG)
☐ MLCS, LLC (f/k/a Saturn, LLC)    09-50027 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)    09-50028 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.)    09-13558 (REG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Your Claim is Scheduled As Follows:**

Fiscal and Paying Agency Agreement, dated as of July 3, 2003, between GM, Deutsche Bank AG London, as fiscal agent and paying agent, and Banque Générale du Luxembourg S.A., as paying agent ISIN Nos. XS017194275

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): **Schwake, Paul**

Name and address where notices should be sent:

Schwake, Paul
Hildeboldplatz 23
D 50672 Köln

Telephone number:
Email Address: **Tel. 0176-43055272**

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:**   Euro nom. 10.000,oo

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** 7,25 % General Motors Corp. Bonds
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☒ Other
Describe:

Value of Property: $ EU 10.725,oo   Annual Interest Rate___% 7,25 %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: Bond ISIN Nos. XS 0171942757

Amount of Secured Claim: $ EU 10.000,oo Amount Unsecured: EU 725,oo not to occur

           rent per 03.07.2009

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 507(a)(2)).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Date:**
19.11.200

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

# ING 🦁 DiBa

ING-DiBa AG · 60628 Frankfurt am Main

DV  08  0,55  **Deutsche Post** 💬

*001407*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

| | |
|---|---|
| **Depotinhaber:** | Paul Schwake |
| **Direkt-Depot Nr.:** | 8509890330 |
| **Datum:** | 23.08.2007 |
| **Seite:** | 1 von 1 |

| | |
|---|---|
| **Wertpapierabrechnung** | **Kauf** |
| **Ordernummer** | **24297448.001** |

| | |
|---|---|
| ISIN (WKN) | XS0171942757 (894450) |
| Wertpapierbezeichnung | 7,25 % General Motors Corp. |
| | EO-Notes 2003(13) |
| Zinstermin | 03. JULI |
| Letzte Fälligkeit | 03.07.2013 |

| | | |
|---|---|---|
| Nominale | 10.000,00 EUR | |
| Kurs | 90,60 % | |
| Handelsplatz | Stuttgart | |
| Schlusstag | 23.08.2007 | |

| | | |
|---|---|---|
| Kurswert | EUR | 9.060,00 |
| Stückzinsen | EUR | 111,23 (Zinsvaluta 27.08.2007 56 Tage) |
| Provision | EUR | 22,65 |
| Börsenplatzentgelt | EUR | 7,50 |
| **Endbetrag zu Ihren Lasten** | **EUR** | **9.201,38** |

| | |
|---|---|
| Abrechnungskonto | 5504247361 |
| Valuta | 28.08.2007 |

Wertpapiere zugunsten Wertpapierrechnung Luxemburg.
Börsenplatzentgelt incl. 19,00% MwSt.

| | | |
|---|---|---|
| In Stückzinstopf eingestellt | EUR | 111,23 |

Für Fragen stehen Ihnen unsere **Kundenbetreuer** 7 Tage die Woche von 7.30 bis 22 Uhr
telefonisch unter **0180 2 / 34 22 97** (0,06 Euro pro Anruf – Festnetz Dt. Telekom) zur Verfügung.

Irrtum vorbehalten.

# ING ❯ DiBa

ING-DiBa AG · 60628 Frankfurt am Main

DV  10  0,55  **Deutsche Post** 

*000939*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

| | |
|---|---|
| Depotinhaber: | Paul Schwake |
| Direkt-Depot Nr.: | 8509890330 |
| Datum: | 16.10.2009 |

**Proof of Claim**
**EUR 7,25 GENERAL MOTORS CORP. 03-2013 (ISIN: XS0171942757)**

Sehr geehrter Herr Schwake,

zu oben genanntem Wertpapier liegen uns folgende Informationen vor:

Für Inhaber, die zum Stichtag 01.06.2009 die Anleihe im Bestand hielten besteht die Möglichkeit, für die oben genannte Gattung ein Proof of Claim anzumelden.

Weitere Informationen finden Sie im Internet unter http://www.motorsliquidationdocket.com.

Proof of Claims müssen bis **spätestens 30.11.2009** eingereicht werden.

Weitere Informationen zu dieser Kapitalmaßnahme liegen uns aktuell nicht vor.

Mit freundlichen Grüßen
ING-DiBa. Die neue Generation Bank

*Gabriele Neitzke* (signature)    *M. R.* (signature)

Gabriele Neitzke                 Matthias Bayer
Leiterin Kundendialog            Leiter Wertpapier




# ING DiBa



ING-DiBa AG · 60628 Frankfurt am Main

DV  11  0,55 **Deutsche Post**  

*001223*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

| | |
|---|---|
| Depotinhaber: | Paul Schwake |
| Direkt-Depot Nr.: | 8509890330 |
| Datum: | 13.11.2009 |

**Information zur ISIN: XS0171942757 (WKN: 894 450)**
**EUR 7,25 GENERAL MOTORS CORP. 03-2013**

Sehr geehrter Herr Schwake,

zu oben genannter Gattung liegen uns folgende Informationen vor:

Die Inhaber haben die Möglichkeit, Ihre EUR 7,25 GENERAL MOTORS CORP. 03-2013 vorzeitig fällig zu stellen.

Es müssen hierfür Ihre persönlichen Daten (Name, Anschrift und Anzahl der gehaltenen Stücke) gegenüber der Gesellschaft offengelegt werden.

Mit Abgabe Ihrer Weisung bestätigen Sie uns Ihr Einverständnis zur Offenlegung der erforderlichen Daten.

Wir möchten Sie darüber in Kenntnis setzen, dass durch die Weisungserteilung eine Sperrung der Anleihe durch die Lagerstelle erfolgt.

Die Fälligstellung durch die Gesellschaft kommt nur zustande, wenn mindestens 25% der Anleiheinhaber dies beantragen.

Ein Rücktritt kann nicht garantiert werden.

Mit freundlichen Grüßen
ING-DiBa. Die neue Generation Bank

Gabriele Neitzke
Leiterin Kundendialog

Matthias Bayer
Leiter Wertpapier

---

Ihre Aufträge können Sie uns per Fax an 069 / 27 222 66480 senden. Bitte verwenden Sie diese Telefax-Nummer ausschließlich für Weisungen zu Kapitalmaßnahmen und nicht für Wertpapier-Orders/-Aufträge. Für Fragen stehen wir Ihnen gerne 7 Tage die Woche von 7.30 bis 22 Uhr unter 0180 2 / 34 22 97 (Festnetz der Dt. Telekom - 0,06 Euro pro Anruf, ggf. abweichende Mobiltarife) zur Verfügung. - Irrtum vorbehalten.

ING-DiBa AG          Vorsitzender des Aufsichtsrates: Hans K. Verkoren          Sitz: Frankfurt am Main          Telefon  0180 2 / 34 22 20

PAUL SCHWAKE                        50672 Köln, den 14.11.2009
                                   Hildeboldplatz 23-25
                                   Telefon 017643055272


ING DiBa
Wertpapierabteilung
Theodor-Heuss-Allee 106

60486 Frankfurt/Main


Antrag zu ISIN: XS0171942757 (WKN 894450)
EUR 7,25 General Motors Corp. 03-2013
**hier:** Weisung zur vorzeitigen Fälligstellung


Sehr geehrter Herr Bayer!

Entsprechend Ihrer Information vom 13.11.2009 erkläre ich Ihnen
gegenüber mein Einverständnis mit der Weitergabe meiner persönli-
chen Daten an den dortigen Konkursverwalter. In meinem Direkt-
Depot, Nummer 8509890330 halte ich nom. EU 10.000,oo rubrizier-
ter Anleihe.

Wenn möglich der Antrag in englischer Sprache über mich, da ich
die Anschrift des Konkursverwalters auch noch für meinen Antrag
aus dem Internetformular benötige. Für Ihre Mühewaltung danke ich
im Voraus verbindlich.


Mit freundlichen Grüßen

*Anhörungsdatum und Zeit*

**HEARING DATE AND TIME: February 9, 2011 at 9:45 a.m. (Eastern Time)**
**RESPONSE DEADLINE: February 2, 2011 at 4:00 p.m. (Eastern Time)**

*Letzter Termin*

## OFFICIAL COURT DOCUMENT

---

## PLEASE CAREFULLY REVIEW THIS NOTICE AS IT WILL AFFECT YOUR CLAIM IN THE GENERAL MOTORS CORPORATION (NOW MOTORS LIQUIDATION COMPANY) BANKRUPTCY CASE

*Bitte diese Bekanntmachung gründlich nachprüfen und entscheiden Ihren Anspruch gegen die Vor-
Vurin manoc anzumelden*

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        :
In re                                   :        **Chapter 11 Case No.**
                                        :
**MOTORS LIQUIDATION COMPANY, et al.,** :        **09-50026 (REG)**
    f/k/a General Motors Corp., et al.  :
                                        :
        **Debtors.**                    :        **(Jointly Administered)**
                                        :
------------------------------------------------------------x

## NOTICE OF OBJECTION TO INDIVIDUAL EUROBOND DEUTSCHE DEBT CLAIMS

### SCHWAKE PAUL

| Claim Information | | | | Basis For Objection |
|---|---|---|---|---|
| **Date** | **Claim #** | **Debtor** | **Classification/ Amount** | **Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan** |
| 11/28/2009 | 63070 | Motors Liquidation Company | No Amount Stated | |

**PLEASE TAKE NOTICE THAT**, on December 23, 2010, Motors Liquidation

Company (formerly known as General Motors Corporation) ("**MLC**") and its affiliated debtors,

as debtors in possession (the "**Debtors**"), filed an objection to your proof of claim identified

above. The name of the objection is the **Debtors' 143rd** Omnibus Objection to Proofs of Claim

of Holders of Eurobond Deutsche Debt Claims (the "**Objection**").

**You have received this notice because the Debtors have objected to your proof of claim and your rights will be affected.**

**You should read this notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

**A copy of the full Objection can be viewed at http://www.motorsliquidationdocket.com/maincase.php3. Or, you may request a complete copy of the Objection at the Debtors' expense, by contacting the Debtors at 1-800-414-9607, or by sending an e-mail to eurobondclaims@motorsliquidation.com.**

By the Objection, and subject to confirmation of the Debtors' Amended Joint Chapter 11 Plan, dated December 7, 2010 (as may be amended, modified, or supplemented from time to time, the "**Plan**") (ECF No. 8015), the Debtors are seeking to disallow your above referenced claim. The reason for the Objection is that the Debtors believe that your right to a distribution is already provided for pursuant to the Plan. The Debtors believe that your claim arises solely from the notes or bonds issued under that certain Fiscal and Paying Agency Agreement, dated as of July 3, 2003, among MLC, Deutsche Bank AG London, and Banque Générale du Luxembourg S.A. (the "**Fiscal and Paying Agency Agreement**," and the claims arising from the notes or bonds issued thereunder, the "**Eurobond Deutsche Debt Claims**"). The Plan provides that an amount will be allowed for the benefit of all holders of Eurobond Deutsche Debt Claims (each holder, an "**Individual Eurobondholder**"), regardless of whether such Individual Eurobondholder filed a proof of claim against the Debtors in these chapter 11 cases, in the amount of $3,772,694,419, which is equal to the outstanding principal plus accrued and unpaid interest as of, and based on the currency conversation rate on, June 1, 2009 (the "**Commencement Date**"). The Plan further provides that such amount will override and supersede any individual claims filed by record holders or beneficial owners of the affected debt securities. A date to consider confirmation of the Plan is currently scheduled for March 3, 2011.

2

The Debtors anticipate that, after the Plan has been confirmed in these cases, all Individual

Eurobondholders will directly receive their distributions from Euroclear Bank or another clearing

agency after surrendering their securities to Deutsche Bank, in its capacity as the fiscal and

paying agent. This method of distribution will reduce administrative burdens in these cases and

ensure that the proper claimants receive their distributions. As such, the Debtors believe that

Individual Eurobondholders will not be prejudiced if the relief requested in the Objection is

granted because, if the Plan is confirmed, Individual Eurobondholders will receive a distribution

accounting for outstanding principal and accrued and unpaid interest, and even if the Plan is not

confirmed, the Eurobond Deutsche Debt Claims will not be impacted as the relief requested in

the Objection is expressly subject to confirmation of the Plan. The Debtors do not believe that

your proof of claim asserts a claim in addition to seeking outstanding principal plus accrued and

unpaid interest on notes or bonds issued under the Fiscal and Paying Agency Agreement. To the

extent your proof of claim asserts a claim other than for principal plus accrued and unpaid

interest, such claim will be disallowed if the Bankruptcy Court grants this Objection.

**YOU WILL NOTICE THAT** the Objection requests that the Bankruptcy Court

expunge and disallow your claim listed above, subject to confirmation of the Plan. **Any claim**

**that the Bankruptcy Court expunges and disallows will be treated as if it had not been**

**filed, and you will not be entitled to any distribution from the Debtors' estates on account**

**of that specific claim, although the entitlement to receive distributions through the fiscal**

**and paying agent will not be affected.**

If you disagree with the Objection's treatment of your claim, you may call the

Debtors to try and resolve your concerns at **1-800-414-9607**. If you are unable to resolve your

concerns with the Debtors before the deadline to respond, then you <u>must</u> file and serve a written

3

response (a "**Response**") to the Objection in accordance with this notice and you <u>must</u> appear at the Hearing described below.

You may participate in the Hearing telephonically provided that you comply with the Court's instructions, which can be found on the Court's website at <u>www.nysb.uscourts.gov</u> (the official website for the Bankruptcy Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider." You must also provide prior written notice by mail or e-mail of your telephonic appearance to (i) Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Edward Wu, Esq. (<u>edward.wu@weil.com</u>)) and (ii) Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq. (<u>lmacksoud@kramerlevin.com</u>)).

Wenn Sie sich der Antragsabweisung nicht widersetzen und Ihren Anspruch aunlöschen

**If you do not oppose the disallowance and expungement of your claim, then**

und Sie nicht handeln Ihren Antrag einzureichen oder bei der Anhörung erscheinen

**you do not need to file a Response or appear at the Hearing (as defined below).**

<u>**PLEASE TAKE FURTHER NOTICE THAT**</u> a hearing (the "**Hearing**") on the Objection is scheduled to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in Courtroom No. 621 of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on **February 9, 2011 at 9:45 a.m. (Eastern Time)**. If you file a Response to the Objection, you should plan to appear at the Hearing either in person or telephonically. The Debtors, however, reserve the right to continue the Hearing on the Objection with respect to your claim. If the Debtors do continue the Hearing with respect to your claim, then the Hearing will be held at a later date. If the Debtors do not continue the

4

Hearing with respect to your claim, then a Hearing on the Objection will be conducted on the above date.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline to submit a Response is **February 2, 2011 at 4:00 p.m. (Eastern Time)**.  Only those Responses that are timely will be considered at the Hearing.  Your Response will be deemed timely only if it is:  (i) filed with the Bankruptcy Court electronically using the Bankruptcy Court's case filing system (The User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov) before the deadline for Responses; **or** (ii) **actually** received on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format and in hard copy at each of the following addresses on or before the deadline for response:

A.    Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Court, One Bowling Green, Room 621, New York, New York 10004-1408;

B.    Weil, Gotshal & Manges LLP, attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153 (Attn: Joseph H. Smolinsky, Esq.); and

C.    Kramer Levin Naftalis & Frankel LLP, attorneys for the statutory committee of unsecured creditors, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Lauren Macksoud, Esq.).

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the number of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will

rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the

extent not included with the proof of claim previously filed with the Bankruptcy Court, upon

which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must

return any reply to your response, if different from that presented in the proof of claim; and (vi)

the name, address, and telephone number of the person that can be contacted in connection with

the Objection.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above,

then the Debtors have the right to object on other grounds to your claim (or to any other claims

you may have filed) at a later date. You will receive a separate notice of any such objections.

If you have any questions about this notice or the Objection, please contact the

Debtors at **1-800-414-9607**. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE

BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIM.

**PLEASE TAKE FURTHER NOTICE THAT** the Court may grant the relief

**requested in the Objection without further notice or a hearing if you fail to file a timely**

**Response or appear at the Hearing.**

Dated: New York, New York
        December 23, 2010

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

PAUL SCHWAKE

D 50672 Köln, den 29.01.2011
Hildeboldplatz 23
Telefon 0176-43055272

Chambers of the
Honorable Robert E. Gerber
United States Bankruptcy Court
One Bowling Green, Room 621, New York

New York 10004 - 1408   (U.S.A.)


Motors Liquidation Company, et al., f/k/a General Motors Corp.,
et al. Debtors.
Affect my Claim in the General Motors Corp. Bankruptcy Case

Dear sirs,

First I please my bad knowledge of the English language to
apologize.

In cover of your letter to hearing for the United States Bankruptcy
Court Southern District of New York at February 9, 2011 I will affect
my claim in the General Motors Corp. bankruptca case.

The request details to your formulation of the questions of page
5 and 6 of your letter answer I following:

  - (i), (ii), (v) and (vi) in the form on the back;
  - (iii) I have buy the bonds in the year 2007. The bonds are
    not marketable. My bank has close the sal; emclosure A 1.
    I assert, that the bonds provable till today are in my bank-
    depot;
  - (iv) Bill of sale with my bank from the 23.08.2007; emclo-
    sure A 2 and my registration by the U.S. Bankruptcy Court
    from 19.11.2009; enclosure A 3.

-please turn to page 2 -

- **page 2** -

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor (Check Only One):<br>☒ Motors Liquidation Company (f/k/a General Motors Corporation)<br>☐ MLCS, LLC (f/k/a Saturn, LLC)<br>☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)<br>☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)<br>NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*<br>Case No.<br>09-50026 (REG)<br>09-50027 (REG)<br>09-50028 (REG)<br>09-13558 (REG) | Your Claim is Scheduled As Follows:<br><br>Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan |

| | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Schwake, Paul** | | |
| Name and address where notices should be sent:<br><br>**Schwake, Paul<br>Hildeboldplatz 23<br><br>D 50672 Köln**<br><br>Telephone number: **0176 43055272**<br>~~Email Address:~~ | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: **63070**<br>*(If known)*<br><br>Filed on: **11/28/2009**<br>Tax-Identification-No.<br>**38-0512515** | If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) I agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again. |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. | |

| | | |
|---|---|---|
| 1. Amount of Claim as of Date Case Filed, June 1, 2009: **EURO nom. 10.000,00**<br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| 2. Basis for Claim: ~~(See instruction #2 on reverse side.)~~ **Bond 7,25 % General Motors Corp.** | | ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). |
| 3. Last four digits of any number by which creditor identifies debtor: **Debtors' 143 rd**<br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br>Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other<br>Describe:<br><br>Value of Property: $ **EU 10.000** Annual Interest Rate ___ % **7,25 %**<br>Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____<br>Basis for perfection: **Bond ISIN Nos. XS 0171942757**<br><br>Amount of Secured Claim: $ **EU 10.000,00** Amount Unsecured $ **EU 725,00 not to occur rent per 03.07.2009** | | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).<br><br>☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)___. |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.  **+2) Document of the buying the bonds over my bank from 23.08.2007 give in (enclosure A 2)**<br>If the documents are not available, please explain in an attachment. | | Amount entitled to priority:<br>$ _____<br>☒ Chapter 11 Case No<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | |
|---|---|---|
| Date: **29.01.2011** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>**yours faithfully** *[signature]* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)



Emclosure 1
Closing the bonds

ING-DiBa AG · 60628 Frankfurt am Main

DV  11  0,55  Deutsche Post 

*001223*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

| | |
|---|---|
| Depotinhaber: | Paul Schwake |
| Direkt-Depot Nr.: | 8509890330 |
| Datum: | 13.11.2009 |

**Information zur ISIN: XS0171942757 (WKN: 894 450)**
**EUR 7,25 GENERAL MOTORS CORP. 03-2013**

Sehr geehrter Herr Schwake,

zu oben genannter Gattung liegen uns folgende Informationen vor:

Die Inhaber haben die Möglichkeit, Ihre EUR 7,25 GENERAL MOTORS CORP. 03-2013 vorzeitig fällig zu stellen.

Es müssen hierfür Ihre persönlichen Daten (Name, Anschrift und Anzahl der gehaltenen Stücke) gegenüber der Gesellschaft offengelegt werden.

Mit Abgabe Ihrer Weisung bestätigen Sie uns Ihr Einverständnis zur Offenlegung der erforderlichen Daten.

*Blocking the bonds*

Wir möchten Sie darüber in Kenntnis setzen, dass durch die Weisungserteilung eine Sperrung der Anleihe durch die Lagerstelle erfolgt.

*throug the deponit occur.*

Die Fälligstellung durch die Gesellschaft kommt nur zustande, wenn mindestens 25% der Anleiheinhaber dies beantragen.

Ein Rücktritt kann nicht garantiert werden.

Mit freundlichen Grüßen
ING-DiBa. Die neue Generation Bank

*Gabriele Neitzke*                          *Matthias Bayer*

Gabriele Neitzke                            Matthias Bayer
Leiterin Kundendialog                       Leiter Wertpapier

Ihre Aufträge können Sie uns per Fax an 069 / 27 222 66480 senden. Bitte verwenden Sie diese Telefax-Nummer ausschließlich für
Weisungen zu Kapitalmaßnahmen und nicht für Wertpapier-Orders/-Aufträge. Für Fragen stehen wir Ihnen gerne 7 Tage die Woche von
7.30 bis 22 Uhr unter 0180 2 / 34 22 97 (Festnetz der Dt. Telekom - 0,06 Euro pro Anruf, ggf. abweichende Mobiltarife) zur Verfügung. -
Irrtum vorbehalten.

Emclosure A 2
Buying the bonds

# ING 🦁 DiBa

*ING-DiBa AG · 60628 Frankfurt am Main*

DV  08   0,55  Deutsche Post 📫

*001407*
Herrn
Paul Schwake
Hildeboldplatz 23
50672 Köln

| | |
|---|---|
| **Depotinhaber:** | Paul Schwake |
| **Direkt-Depot Nr.:** | 8509890330 |
| **Datum:** | 23.08.2007 |
| **Seite:** | 1 von 1 |

| | |
|---|---|
| **Wertpapierabrechnung** | **Kauf** |
| **Ordernummer** | **24297448.001** |

| | |
|---|---|
| ISIN (WKN) | XS0171942757 (894450) |
| Wertpapierbezeichnung | 7,25 % General Motors Corp. |
| | EO-Notes 2003(13) |
| Zinstermin | 03. JULI |
| Letzte Fälligkeit | 03.07.2013 |

| | |
|---|---|
| Nominale | 10.000,00 EUR |
| Kurs | 90,60 % |
| Handelsplatz | Stuttgart |
| Schlusstag | 23.08.2007 |

| | | |
|---|---|---|
| Kurswert | EUR | 9.060,00 |
| Stückzinsen | EUR | 111,23 (Zinsvaluta 27.08.2007 56 Tage) |
| Provision | EUR | 22,65 |
| Börsenplatzentgelt | EUR | 7,50 |
| **Endbetrag zu Ihren Lasten** | **EUR** | **9.201,38** |

| | |
|---|---|
| Abrechnungskonto | 5504247361 |
| Valuta | 28.08.2007 |

Wertpapiere zugunsten Wertpapierrechnung Luxemburg.
Börsenplatzentgelt incl. 19,00% MwSt.

| | | |
|---|---|---|
| In Stückzinstopf eingestellt | EUR | 111,23 |

Für Fragen stehen Ihnen unsere **Kundenbetreuer** 7 Tage die Woche von 7.30 bis 22 Uhr
telefonisch unter **0180 2 / 34 22 97** (0,06 Euro pro Anruf – Festnetz Dt. Telekom) zur Verfügung.

Irrtum vorbehalten.

Application form send on:
The Garden City Group, Inc.
Attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

Enclosure A 3
1. Registration of my claim

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor** (Check Only One):

☒ Motors Liquidation Company (f/k/a General Motors Corporation)
☐ MLCS, LLC (f/k/a Saturn, LLC)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet Saturn of Harlem, Inc.)

**Case No.**

09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):  Schwake, Paul

Name and address where notices should be sent:

Schwake, Paul
Hildeboldplatz 23
D 50672 Köln
Telephone number:
mail Address:  Tel. 0176-43055272

Name and address where payment should be sent (if different from above):

Telephone number:

**Your Claim is Scheduled As Follows:**

Fiscal and Paying Agency Agreement, dated as of July 3, 2003, between GM, Deutsche Bank AG London, as fiscal agent and paying agent, and Banque Générale du Luxembourg S.A., as paying agent
ISIN Nos. XS017194275

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:**  Euro nom. 10.000,oo

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  7,25 % General Motors Corp. Bonds
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Equipment   ☒ Other
Describe:

Value of Property: EU 10.725,oo  Annual Interest Rate___% 7,25 %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____

Basis for perfection: Bond ISIN Nos. XS 0171942757

Amount of Secured Claim: EU 10.000,oo  Amount Unsecured: EU 725,oo not to occur rent per 03.07.2009

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).**
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case - 11 U.S.C. § 503(b)(9) ( § 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:**
19.11.200_

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

PAUL SCHWAKE                         D 50672 Köln, den 02.02.2011
                                    Hildeboldplatz 23
                                    Telefon 0176 43055272
                                    Germany


Weil, Gotshal & Manges
attorney for the Debtors
(Attn: Harvey R. Miller, Esq.)
767 Fifth Avenue

New York, New York 10153


December 8+14, 2010


Concerning "Notice of approval of disclosure statement form De-
cember 8, 2010
UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
(Chapter 11 Case No. 09-50026 REG))

in re
Motors Liquidation Company, et al., f/k/a General Motors Comp.,
et al. Debtors
_____

Dear sirs,

I answer of your letters from December 8+14, 2010, entrance here
at January 29, 2011.

(b) The name and address of the objecting party and the amount and
    nature of the claim you will take out of the form on page 2,
    please.

(c) The Federal Rules of Bankruptcy Procedure - Rule 3018 (a) - and
    the Local Rules of the Bankruptcy Court I recognize and use
    something as a basis for my application.

(d) The basis of my claim is the buying form Euro-Bonds at August 23,
    2007 of the General Motors Corp. over Euro 10.000,oo. The bill
    of sale with my bank is enclose.

A copy of my first registration of my claim at November 11, 2009 on
The Garden City Group, Inc. as soon as the second on the Chambers of
the Honorable Robert E. Gerber to your information enclosed.

Please, you want check my petition benevolent.

-please turn to page 2-

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor** (Check Only One):

☒ Motors Liquidation Company (f/k/a General Motors Corporation)  Case No.
☐ MLCS, LLC (f/k/a Saturn, LLC)  09-50026 (REG)
☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)  09-50027 (REG)
☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)  09-50028 (REG)
  09-13558 (REG)

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.*

**Your Claim is Scheduled As Follows:**

Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): Schwake, Paul

Name and address where notices should be sent:

Schwake, Paul
Hildeboldplatz 23
D 50672 Köln/Germany

Telephone number: 0176 43055272
~~Email Address:~~

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 63070
*(If known)*

Filed on: 11/28/2009
Tax-Identifications-No 38-0572515

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If you agree with the amount and priority of your claim as scheduled by the Debtor and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** ~~EURO nom 10.000,00~~

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ~~EURO-Bonds 7,25 %~~ General Motors Corp.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ~~Debtors' 143 rd~~

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
Describe:

**Value of Property:** $ EU 10.000  **Annual Interest Rate** ___% 7,25 %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $ _____

**Basis for perfection:** Bond ISIN Nos. XS 0171942757

**Amount of Secured Claim:** $ EU 10.000  **Amount Unsecured:** $ +EU 725,oo not to occur rent per 07/03/2009

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. Document of the buying the bonds over my bank from 23.03.2007 give in (enclosure A 2)

If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2))

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

☒ Chapter 11 Case  No.

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: ~~02/02/2011~~ | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. yours faithfully *Paul [signature]* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)

PAUL SCHWAKE

D 50672 Köln, den 02.02.2011
Hildeboldplatz 23/Germany
Telefon 0176-43055272

The Garden City Group, Inc.
Attn: Motors Liquidation Company Claims Processing
P.O. Box 9386

Dublin, Ohio 43017-4286

December 14, 2010     GcG
New York, New York

Concerning "Notice of Approval of Disclosure statement form
December 8, 2010, New York, New York
UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK
in re
MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp.,
et al. Debtors

Dear sirs!

I answer of your letters from December 8 + 14, 2010, entrance
here at January 29, 2011.

(b) The name and address of the objecting party and the amount
    and nature of the claim you will take out the form on page
2 please.

(c) The Federal Rules of Bankruptcy Procedure - Rule 3018 (a) -
    and the Local Rules of the Bankruptcy Court I recognize and
    use something as a basis für my application.

(d) The basis of my claim istthe buying from Euro-Bonds at Au-
    gust 23, 2007 of the General Motors Corp. over Euro 10.000,oo.
    The bill of sale with my bank is enclose.

A copy of my first registration of my claim at November 11, 2009
on The Garden City Group, Inc. as soon as the second on the Cham-
bers of the Honorable Robert E. Gerber to your information enclosed.

Please, you want check my petition benevolent

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor** (Check Only One):
- ☒ Motors Liquidation Company (f/k/a General Motors Corporation)
- ☐ MLCS, LLC (f/k/a Saturn, LLC)
- ☐ MLCS Distribution Corporation (f/k/a Saturn Distribution Corporation)
- ☐ MLC of Harlem, Inc. (f/k/a Chevrolet-Saturn of Harlem, Inc.)

Case No.
09-50026 (REG)
09-50027 (REG)
09-50028 (REG)
09-13558 (REG)

Your Claim is Scheduled As Follows:

Debtors' Plan already provides for claimants to receive a distribution on account of all accrued and unpaid interest, and the Objection is subject to confirmation of the Plan

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case, but may be used for purposes of asserting a claim under 11 U.S.C. § 503(b)(9) (see Item # 5). All other requests for payment of an administrative expense should be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): Schwake, Paul

Name and address where notices should be sent:
Schwake, Paul
Hildeboldplatz 23
D 50672 Köln
Germany

Telephone number: 0176 43055272
Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 63070
(If known)

Filed on: 11/28/2009
Tax-Identificati-ons-No 38-0572515

If an amount is identified above, you have a claim scheduled by one of the Debtors as shown. (This scheduled amount of your claim may be an amendment to a previously scheduled amount.) If agree with the amount and priority of your claim as scheduled by the Debtor, and you have no other claim against the Debtor, you do not need to file this proof of claim form, EXCEPT AS FOLLOWS: If the amount shown is listed as DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to receive any distribution in respect of your claim. If you have already filed a proof of claim in accordance with the attached instructions, you need not file again.

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed, June 1, 2009:** EUROS nom. 10.000,00
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. If all or part of your claim is entitled to priority, complete item 5. If all or part of your claim is asserted pursuant to 11 U.S.C. § 503(b)(9), complete item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** EURO-Bonds 7,25 % General Motors Corp.
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** Debtors' 143 rd
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Equipment  ☒ Other
Describe:
Value of Property: $ 10.000    Annual Interest Rate 7,25 %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____
Basis for perfection: Bond ISIN Nos. XS 0171942757
Amount of Secured Claim: $ 10.000    Amount Unsecured: $ + EU 725,00 not to occur rent per 03.07.2009

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. Document of the buying the bonds over my bank from 23.08.2007 give in (enclosure A 2)
If the documents are not available, please explain in an attachment.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Value of goods received by the Debtor within 20 days before the date of commencement of the case – 11 U.S.C. § 503(b)(9) (§ 507(a)(2)).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
**Amount entitled to priority:**
☒ Chapter 11 Case No
*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**Date:** 02/02/2011
**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

yours faithfully    *Paul [signature]*

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
Modified B10 (GCG) (12/08)