UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
MOTORS LIQUIDATION COMPANY, *et al.*,                          :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,                      :
                                                               :
                          Debtors.                             :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.  I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.  On January 3, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), attorneys for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

    - Supplemental Order Granting 244th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late Filed Claims) [Docket No. 11285].

3.  On January 3, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on Glenda O. Frazier, 140 Julia Court, Fayetteville, Georgia 30214 (affected party):

    - Order Granting the 257th Omnibus Objection to Claims (Duplicate Claims) [Docket No. 11286].

4. On January 3, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- Order Granting the 258th Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 11287].

Dated: January 4th, 2011
      Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 4th day of January, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015

# EXHIBIT A

CHRISTEEN SAULTERS/HINTON  
254 ROSS MCPHAIL RD  
CARSON, MS 39427

JACOB HALL  
420 S MISSOURI AVE  
BELLEVILLE, IL 62220-3745

LINDA FISHER  
17904 DANIELSON ST  
APT 103  
CANYON COUNTRY, CA 91387-6090

LINDA FISHER  
17904 DANIELSON ST APT 103  
CANYON COUNTRY, CA 91387-6090

# EXHIBIT B

ATLAS TECHNOLOGIES INC
ATTN: BARRY M LASKY ESQ
LASKY & STEINBERG PC
595 STEWART AVE SUITE 410
GARDEN CITY, NY 11530

DEBRA HAWKINS
31901 JEFFERSON AVE
ST CLR SHORES, MI 48082-1363

LLOYD OLDENBURG
27500 GERMAN RD
BELLE PLAINE, MN 56011

RORER TWAYNA
136 MARTIN LUTHER KING JR WAY
MADISONVILLE, KY 42431-2134