# Exhibit B

**Motors Liquidation Company**
**Schedule of Investments Transferred to RACER Trust**
**March 31, 2011**

### RACER ENVIRONMENTAL ACCOUNT

| | Maturity Date | Settlement Date | Original Par Value | TIP Adjusted Principal at Purchase | Oct TIP Adjustment | Nov TIP Adjustment | Dec TIP Adjustment | Jan TIP Adjustment | Feb TIP Adjustment | March TIP Adjustment (thru 3/28) | Total TIP Adjusted Principal | Discount / (Premium) | Amortized Cost | Accrued Interest (as of 3/28) | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP 912828LG3 | 7/31/2011 | 8/14/2009 | 189,564,000 | 189,564,000 | - | - | - | - | - | - | 189,564,000 | (94,414) | 189,658,414 | 298,485 | 189,956,899 |
| CUSIP 912833DH0 | 2/15/2015 | 10/12/2010 | 9,329,000 | 9,329,000 | - | - | - | - | - | - | 9,329,000 | 328,939 | 9,000,061 | - | 9,000,061 |
| CUSIP 912833KG4 | 2/15/2016 | 10/12/2010 | 22,339,000 | 22,339,000 | - | - | - | - | - | - | 22,339,000 | 1,338,833 | 21,000,167 | - | 21,000,167 |
| CUSIP 912828GD6 | 1/15/2017 | 10/12/2010 | 7,258,000 | 7,850,180 | 6,853 | 4,790 | 14,734 | 3,250 | 13,556 | 34,476 | 7,927,839 | (1,094,539) | 9,022,379 | 37,943 | 9,060,321 |
| CUSIP 912828HN3 | 1/15/2018 | 10/12/2010 | 6,890,000 | 7,173,524 | 6,213 | 4,410 | 13,436 | 2,989 | 12,428 | 31,487 | 7,244,486 | (732,211) | 7,976,697 | 23,723 | 8,000,420 |
| CUSIP 912828JX9 | 1/15/2019 | 10/12/2010 | 6,802,000 | 6,910,288 | 6,012 | 4,217 | 12,924 | 2,867 | 11,913 | 27,276 | 6,975,497 | (994,439) | 7,969,936 | 29,884 | 7,999,821 |
| CUSIP 912828NM8 | 7/15/2020 | 10/12/2010 | 11,426,000 | 11,427,714 | 17,633 | 6,970 | 21,481 | 4,685 | 19,653 | 50,160 | 11,548,295 | (880,812) | 12,429,107 | 29,071 | 12,458,178 |
| CUSIP 912828MF4 | 1/15/2020 | 10/12/2010 | 62,617,000 | 63,159,263 | 54,060 | 38,196 | 118,346 | 26,042 | 109,323 | 273,010 | 63,778,240 | (5,586,056) | 69,364,296 | 176,735 | 69,541,031 |
| CUSIP 912810FR4 | 1/15/2025 | 10/12/2010 | 89,049,000 | 103,042,160 | 92,592 | 63,225 | 193,236 | 41,970 | 177,325 | 452,369 | 104,062,877 | (18,658,718) | 122,721,595 | 498,044 | 123,219,639 |
| | | | 405,274,000 | 420,795,129 | 183,363 | 121,808 | 374,156 | 81,803 | 344,198 | 868,778 | 422,769,235 | (26,373,418) | 449,142,653 | 1,093,885 | 450,236,538 |

### RACER ADMINISTRATIVE ACCOUNT

| | Maturity Date | Settlement Date | Original Par Value | TIP Adjusted Principal at Purchase | Oct TIP Adjustment | Nov TIP Adjustment | Dec TIP Adjustment | Jan TIP Adjustment | Feb TIP Adjustment | March TIP Adjustment (thru 3/28) | Total TIP Adjusted Principal | Discount / (Premium) | Amortized Cost | Accrued Interest (as of 3/28) | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP 912828LG3 | 7/31/2011 | 8/14/2009 | 36,473,000 | 36,473,000 | - | - | - | - | - | - | 36,473,000 | (18,166) | 36,491,166 | 57,430 | 36,548,596 |
| CUSIP 912833DH0 | 2/15/2015 | 10/12/2010 | 5,671,000 | 5,671,000 | - | - | - | - | - | - | 5,671,000 | 199,958 | 5,471,042 | - | 5,471,042 |
| CUSIP 912833KG4 | 2/15/2016 | 10/12/2010 | 6,661,000 | 6,661,000 | - | - | - | - | - | - | 6,661,000 | 399,211 | 6,261,789 | - | 6,261,789 |
| CUSIP 912828GD6 | 1/15/2017 | 10/12/2010 | 8,812,000 | 9,530,971 | 8,321 | 5,816 | 17,888 | 3,946 | 16,459 | 41,857 | 9,625,258 | (1,328,890) | 10,954,147 | 46,067 | 11,000,214 |
| CUSIP 912828HN3 | 1/15/2018 | 10/12/2010 | 3,500,000 | 3,644,025 | 3,156 | 2,240 | 6,825 | 1,518 | 6,313 | 15,995 | 3,680,073 | (371,950) | 4,052,023 | 12,051 | 4,064,074 |
| CUSIP 912828JX9 | 1/15/2019 | 10/12/2010 | 3,448,000 | 3,502,892 | 3,048 | 2,138 | 6,551 | 1,453 | 6,039 | 13,826 | 3,535,948 | (504,091) | 4,040,038 | 15,149 | 4,055,187 |
| CUSIP 912828NM8 | 7/15/2020 | 10/12/2010 | 6,144,000 | 6,144,922 | 9,481 | 3,748 | 11,551 | 2,519 | 10,568 | 26,972 | 6,209,760 | (473,631) | 6,683,392 | 15,632 | 6,699,024 |
| CUSIP 912828MF4 | 1/15/2020 | 10/12/2010 | 5,403,000 | 5,449,790 | 4,665 | 3,296 | 10,212 | 2,247 | 9,433 | 23,557 | 5,503,199 | (482,001) | 5,985,200 | 15,250 | 6,000,450 |
| CUSIP 912810FR4 | 1/15/2025 | 10/12/2010 | 32,521,000 | 37,631,350 | 33,815 | 23,090 | 70,571 | 15,328 | 64,760 | 165,207 | 38,004,119 | (6,814,228) | 44,818,347 | 181,887 | 45,000,235 |
| | | | 108,633,000 | 114,708,950 | 62,485 | 40,327 | 123,598 | 27,011 | 113,571 | 287,414 | 115,363,357 | (9,393,788) | 124,757,144 | 343,466 | 125,100,610 |

### RACER TOTAL FUNDING

| | Maturity Date | Settlement Date | Original Par Value | TIP Adjusted Principal at Purchase | Oct TIP Adjustment | Nov TIP Adjustment | Dec TIP Adjustment | Jan TIP Adjustment | Feb TIP Adjustment | March TIP Adjustment (thru 3/28) | Total TIP Adjusted Principal | Discount / (Premium) | Amortized Cost | Accrued Interest (as of 3/28) | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP 912828LG3 | 7/31/2011 | 8/14/2009 | 226,037,000 | 226,037,000 | - | - | - | - | - | - | 226,037,000 | (112,580) | 226,149,580 | 355,915 | 226,505,495 |
| CUSIP 912833DH0 | 2/15/2015 | 10/12/2010 | 15,000,000 | 15,000,000 | - | - | - | - | - | - | 15,000,000 | 528,897 | 14,471,103 | - | 14,471,103 |
| CUSIP 912833KG4 | 2/15/2016 | 10/12/2010 | 29,000,000 | 29,000,000 | - | - | - | - | - | - | 29,000,000 | 1,738,043 | 27,261,957 | - | 27,261,957 |
| CUSIP 912828GD6 | 1/15/2017 | 10/12/2010 | 16,070,000 | 17,381,151 | 15,174 | 10,606 | 32,622 | 7,196 | 30,015 | 76,333 | 17,553,097 | (2,423,429) | 19,976,526 | 84,010 | 20,060,535 |
| CUSIP 912828HN3 | 1/15/2018 | 10/12/2010 | 10,390,000 | 10,817,549 | 9,369 | 6,650 | 20,261 | 4,507 | 18,742 | 47,482 | 10,924,558 | (1,104,161) | 12,028,720 | 35,774 | 12,064,494 |
| CUSIP 912828JX9 | 1/15/2019 | 10/12/2010 | 10,250,000 | 10,413,180 | 9,060 | 6,355 | 19,475 | 4,320 | 17,953 | 41,103 | 10,511,445 | (1,498,530) | 12,009,975 | 45,033 | 12,055,008 |
| CUSIP 912828NM8 | 7/15/2020 | 10/12/2010 | 17,570,000 | 17,572,636 | 27,114 | 10,718 | 33,032 | 7,204 | 30,220 | 77,132 | 17,758,055 | (1,354,443) | 19,112,498 | 44,703 | 19,157,201 |
| CUSIP 912828MF4 | 1/15/2020 | 10/12/2010 | 68,020,000 | 68,609,053 | 58,724 | 41,492 | 128,558 | 28,289 | 118,756 | 296,567 | 69,281,440 | (6,068,057) | 75,349,497 | 191,985 | 75,541,482 |
| CUSIP 912810FR4 | 1/15/2025 | 10/12/2010 | 121,570,000 | 140,673,510 | 126,407 | 86,315 | 263,807 | 57,298 | 242,084 | 617,576 | 142,066,996 | (25,472,946) | 167,539,942 | 679,932 | 168,219,874 |
| | | | 513,907,000 | 535,504,078 | 245,848 | 162,135 | 497,754 | 108,814 | 457,770 | 1,156,192 | 538,132,591 | (35,767,205) | 573,899,797 | 1,437,351 | 575,337,148 |