# Exhibit F

**Attachments:**          RACER - TIP_Adjustments (04-01vs 03-31).xlsx

**From:** Hamilton, Scott
**Sent:** Monday, May 09, 2011 12:15 PM
**To:** Rosenthal, Brian
**Subject:** MLC - TIP adjusment 3/31 vs. 3/28

Brian,

Attached is an analysis prepared by US Bank which quantifies the change in adjusted TIP principal balance between 4/1 and 3/31. I added columns to compare 3/31 to 3/28. Net difference was a reduction of approx. $107K. Lets discuss when you get in.

Regards,

Scott R. Hamilton

AlixPartners, LLP
2000 Town Center
Suite 2400
Southfield, MI 48075

Office - (248) 263-8127
Mobile - (313) 506-2837
Fax - (248) 262-8491

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

March 31, 2011

## RACER ENVIRONMENTAL ACTION ACCOUNT - #001050979197

| | Face | 3/31/11 Factor | 3/31/11 Adjustment | 4/1/2011 Factor | 4/1/2011 Adjustment | Change (4/1 vs 3/31) | 3/28/11 Adjustment | Change (3/31 vs 3/28) |
|---|---|---|---|---|---|---|---|---|
| CUSIP 912828GD6 | 7,258,000 | 1.091860 | 7,924,719.880 | 1.092030 | 7,925,953.740 | 1,233.86 | 7,927,839.24 | (3,119.36) |
| CUSIP 912828HN3 | 6,890,000 | 1.051040 | 7,241,665.600 | 1.051200 | 7,242,768.000 | 1,102.40 | 7,244,485.66 | (2,820.06) |
| CUSIP 912828JX9 | 6,802,000 | 1.025570 | 6,975,927.140 | 1.025730 | 6,977,015.460 | 1,088.32 | 6,975,497.45 | 429.69 |
| CUSIP 912828NM8 | 11,426,000 | 1.009650 | 11,536,260.900 | 1.009800 | 11,537,974.800 | 1,713.90 | 11,548,294.75 | (12,033.85) |
| CUSIP 912828MF4 | 62,617,000 | 1.018230 | 63,758,507.910 | 1.018390 | 63,768,526.630 | 10,018.72 | 63,778,240.46 | (19,732.55) |
| CUSIP 912810FR4 | 89,049,000 | 1.168130 | 104,020,808.370 | 1.168310 | 104,036,837.190 | 16,028.82 | 104,062,877.05 | (42,068.68) |
| | 184,042,000.000 | | 201,457,889.800 | | 201,489,075.820 | 31,186.020 | 201,537,234.602 | (79,344.802) |

## RACER ADMINISTRATIVE ACCOUNT - #001050979198

| | Face | 3/31/11 Factor | 3/31/11 Adjustment | 4/1/2011 Factor | 4/1/2011 Adjustment | Change | | |
|---|---|---|---|---|---|---|---|---|
| CUSIP 912828GD6 | 8,812,000 | 1.091860 | 9,621,470.320 | 1.092030 | 9,622,968.360 | 1,498.04 | 9,625,257.56 | (3,787.24) |
| CUSIP 912828HN3 | 3,500,000 | 1.051040 | 3,678,640.000 | 1.051200 | 3,679,200.000 | 560.00 | 3,680,072.54 | (1,432.54) |
| CUSIP 912828JX9 | 3,448,000 | 1.025570 | 3,536,165.360 | 1.025730 | 3,536,717.040 | 551.68 | 3,535,947.55 | 217.81 |
| CUSIP 912828NM8 | 6,144,000 | 1.009650 | 6,203,289.600 | 1.009800 | 6,204,211.200 | 921.60 | 6,209,760.45 | (6,470.85) |
| CUSIP 912828MF4 | 5,403,000 | 1.018230 | 5,501,496.690 | 1.018390 | 5,502,361.170 | 864.48 | 5,503,199.34 | (1,702.65) |
| CUSIP 912810FR4 | 32,521,000 | 1.168130 | 37,988,755.730 | 1.168310 | 37,994,609.510 | 5,853.78 | 38,004,119.35 | (15,363.62) |
| | 59,828,000.000 | | 66,529,817.700 | | 66,540,067.280 | 10,249.580 | 66,558,356.798 | (28,539.098) |
| Grand Total | 243,870,000.000 | | 267,987,707.500 | | 268,029,143.100 | 41,435.600 | 268,095,591.400 | (107,883.900) |