# Exhibit G

**MOTORS LIQUIDATION COMPANY**
**Amounts Due (To)/From RACER**
*(excludes RACER funding adjustment)*
**June 28, 2011 revised**

Amount

| Description | Amount | Note |
|---|---:|---|
| MLC rec'd GM rent for April in March | (478,859.75) | Rec'd 3/25/11 |
| MLC rec'd GM rent for May in April | (478,859.75) | Rec'd 4/29/11 |
| MLC rec'd GM rent for June in May | (478,859.75) | Rec'd 5/27/11 |
| Reimbursement for GM rent overpaid | 181,606.19 | Per GM letter dated 6/3/11 |
| Flint flow through warehouse | (25,000.00) | Deployment Strategies Group rec'd on 4/20/11 |
| Verizon cell tower rental income for Pontiac for April | (875.51) | Rec'd by MLC from Cass Information Systems on 5/5/11 |
| Verizon cell tower rental income for Pontiac for May | (861.85) | Rec'd by MLC from Cass Information Systems on 6/8/11 |
| ==Reconciliation of TIPS transfer== | ==107,883.90== | ==Based on true up of actual data== |
| Title Source | 13,100.00 | Portion of costs related to transfer of properties which are RACER's responsibility |
| Specific invoices that straddle the Effective Date that MLC paid; portion of which is RACER's responsibility | 48,685.86 | As of 5/23/11 |
| License for MAS 90; invoice # 52668A-IN | 11,168.90 | RACER to reimburse since MLC MAS 200 license was transferred to RACER |
| **Total Other** | **(1,100,871.76)** | |

| Amount | Description | Account |
|---:|---|---|
| (527,793.00) | MFD Indianapolis-175,931.00 | 400200-001-106-0000 |
| (692,026.26) | GMVM-Shreveport Assembly-230,675.42 | 400200-001-110-0000 |
| (216,759.99) | Shreveport Stamping-72,253.33 | 400200-001-111-0000 |
| (1,737.36) | Cass Information Systems | 400300-001-150-1305 |
| (25,000.00) | Deployment Strategies Group | 120235-001-100-0000 |
| 48,685.86 | Specific invoices that straddle the Effective Date that MLC paid; portion of which is RACER's responsibility | 120000-001-000-0000 |
| 11,168.90 | JCS Computer | 800110-001-100-0000 |
| 181,606.19 | Reimbursement for GM rent overpaid-Indy | 220100-001-000-0000 |
| 107,883.90 | Based on true up of actual data | 700300-001-100-0000 |
| 13,100.00 | Portion of costs related to transfer of properties which are RACER's responsibility | |
| **Total Other** | **(1,100,871.76)** | |

RACER_Reimbursement_for_Rent_etc_(6_28_11)revised[1] 6/29/2011 2:36 PM