# Exhibit A

**Subject:** FW: Agenda for 4th
**Attachments:** EPLET LLC Presentation V1- 2010 1104.pptx

---

**From:** Stenger, Ted
**Sent:** Monday, November 01, 2010 6:05 PM
**To:** Laws, Elliott; mhill@hillkehne.com
**Cc:** Koch, Al; Morrow, Tom; Selzer, Jim; Braden, Kyle; Redwine, James; Nichols, Tracie
**Subject:** Agenda for 4th

Gentlemen
Attached is the agenda outline for this Thursday. Should be a full day. Please call should you have any questions. Also please let me know if others from your offices will attend and I will make arrangements at security.
Ted
Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

1

MLC

# Motors Liquidation Company

## Presentation to EPLET, LLC

Detroit

November 4, 2010

MLC

# ENVIRONMENTAL

- Review of Portfolio
- Remedial Estimates
- Resources
    - Documentation
    - Contractors
        - Control systems
- Current and future work plans, budgets
- Compliance
- Business Issues
    - Site Separation Issues
    - Brownfield, real estate support
- Transition, next steps
- Review of Particular Sites
- Environmental Department Structure



# FINANCE and ADMINISTRATION

- Role / Structure of Finance and Administration
- Existing personnel and responsibilities
- Accounting system overview and controls
- Banking / Treasury requirements for ERT and Transition Plan
- Investment overview
- Tax administration / overview
- External audit requirements
- Personnel transition plan