# Exhibit B

# Finance & Administration Transition

## Presentation to EPLET, LLC

### November 2010

# Topics

- Role / Structure of Finance & Administration Department
- Existing Personnel and Responsibilities
- Accounting System Overview and Controls
- Banking/Treasury Requirements for ERT and transition plan
- Investment Overview
- Tax compliance
- External Audit Requirements
- Personnel Transition Plan

# ERT INVESTMENT ALLOCATION

*October 2010*

| Security | % | Amount | Maturity |
|----------|---|--------|----------|
| 1/25 TIP | 23.5% | $ 167,000,000.0 | 1/15/2025 |
| 7/20 TIP | 2.7% | $ 19,000,000.0 | 7/15/2020 |
| 1/20 TIP | 10.5% | $ 75,000,000.0 | 1/15/2020 |
| 1/19 TIP | 1.7% | $ 12,000,000.0 | 1/15/2019 |
| 1/18 TIP | 1.7% | $ 12,000,000.0 | 1/15/2018 |
| 1/17 TIP | 2.8% | $ 20,000,000.0 | 1/15/2017 |
| 2/16 Zero Treasury | 4.1% | $ 29,000,000.0 | 2/28/2016 |
| 2/15 Zero Treasury | 2.1% | $ 15,000,000.0 | 2/28/2015 |
| 7/31/11 Treasury | 32.1% | $ 228,290,000.0 | 7/31/2011 |
| 11/4/10 T-Bill | 18.8% | $ 134,000,000.0 | 11/4/2011 |
| Total | 100.0% | $ 711,290,000.0 | |



# Treasury Issues to Discuss

- Desired ERT banking relationship
  - If ERT chooses to remain with JPMorgan, the following are actions / issues to consider:
    - New "Family" of accounts will be set-up for the ERT
    - Desired structure of the account(s)
      - Concentration / Disbursement accounts
      - Controls
        - » Signature requirements for disbursements / Other
    - Authorized signors in place on effective date
    - Web-based access and wire transfer ability in place on effective date
      - Tokens assigned and Account administrators in place
- JPMorgan Custody Account
  - Custody account to hold Treasury securities transferred to the ERT will be set up and tied to the ERT primary transaction account(s)

- Other