UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 3, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Margaret A. O'Neill a/k/a Margaret Ann O'Neil, 25 Stowell Road, Bedford, New Hampshire 03110-4714 (affected party):

- Order Granting 259th Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) [Docket No. 11288].

3. On January 3, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail on Epidoc LLC, Dr. Robert Morgan, 241 Magnolia Lake Road, Aiken, South Carolina 29803 (affected party):

- Order Granting the 261st Omnibus Objection to Claims (No Liability Claims) [Docket No. 11290].

Dated:  January 6th, 2011
        Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 6th day of January, 2012

/s/ Thomas Villani_____
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2015