**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 4, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for the Debtors, Post-Effective Date Debtors, and Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served via first class mail, postage pre-paid on the parties identified on Exhibit A annexed hereto (affected parties):

- Stipulation and Agreed Order Between Motors Liquidation Company and Certain Affiliated Debtors and The Revitalizing Auto Communities Environmental Response Trust Approving the Appointment of a Trustee to Complete the Transfer of Assets Post-Dissolution [Docket No. 11293].

Dated:  January 6th, 2012
            Lake Success, New York

                                                                    /s/Barbara Kelley Keane
                                                                    Barbara Kelley Keane

Sworn to before me this 6th day of January, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

| | |
|---|---|
| CROWELL & MORING LLP | MICHAEL O. HILL |
| ATTN MICHAEL V. BLUMENTHAL, ESQ. | GENERAL COUNSEL & CHIEF OPERATING OFFICER |
| ATTY FOR REVITALIZING AUTO COMMUNITIES | REVITALIZING AUTO COMMUNITIES ERT |
| ENVIRONMENTAL RESPONSE TRUST | 2930 ENCORSE ROAD |
| 590 MADISON AVENUE, 19TH FLOOR | YPSILANTI, MI 48198 |
| NEW YORK, NY 10022 | |