Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------------x

**REPLY OF MOTORS LIQUIDATION COMPANY GUC TRUST IN SUPPORT**
**OF THEIR MOTION FOR ENTRY OF ORDER PURSUANT TO**
**11 U.S.C. §§ 105(A) AND 1142(B) AND FED R. BANKR. P. 7012(B) AND 9014(C)**
**(I) DIRECTING THE TULLISES TO DISMISS THE DEBTORS AND**
**THEIR ATTORNEYS FROM PENDING ACTION WITH PREJUDICE; AND**
**(II) ENFORCING PRIOR ORDERS OF THIS COURT BY ENJOINING THE**
**TULLISES FROM FURTHER ACTION AGAINST THE DEBTORS, POST-**
**EFFECTIVE DATE DEBTORS, MOTORS LIQUIDATION COMPANY**
**GUC TRUST, AND THEIR OFFICERS AND PROFESSIONALS**

TO THE HONORABLE ROBERT E. GERBER,
UNITED STATES BANKRUPTCY JUDGE:

       Motors Liquidation Company GUC Trust (the "**GUC Trust**") respectfully

represents:

## Background

1.      On December 6, 2011, Motors Liquidation Company (f/k/a General Motors Corporation) ("**MLC**") and its affiliated debtors, as post-effective date debtors (collectively, the "**Debtors**") and the GUC Trust filed a motion (ECF No. 11212) (the "**Motion**") with this Court seeking entry of an order (i) directing Clinton and Margaret Tullis (collectively, the "**Tullises**") to withdraw the Pending Action[1] as to MLC and the Weil Defendants; and (ii) enforcing prior orders of this Court that enjoin claimants from taking any further action against the Debtors, the GUC Trust, and their officers and professionals.

2.      On December 15, 2011, MLC was dissolved.  Pursuant to that certain Assignment and Assumption Agreement dated December 15, 2011, between MLC and the GUC Trust, MLC assigned and transferred certain assets to the GUC Trust and the GUC Trust assumed responsibility for administering the resolution of all Disputed Administrative Expenses, Disputed Property Tax Claims, Disputed Priority Non-Tax Claims, and Disputed Secured Claims (all as defined in the Plan).  Additionally, the GUC Trust continues its work of resolving Disputed General Unsecured Claims and distributing assets to holders of Allowed General Unsecured Claims (all as defined in the Plan).  The GUC Trust is therefore the sole proper party to seek the relief requested in the Motion.

3.      On December 22, 2011, with full knowledge of these chapter 11 cases and the automatic stay, the Tullises filed fifteen (15) more documents in the

---

[1] Terms not defined herein have the meaning given to them in the Motion.

Pending Action.  The docket in the Pending Action reflecting the foregoing filings is

annexed hereto as **Exhibit "A"** and the filings are annexed hereto as **Exhibits "B"**

through **"P."**  The Tullises' filings in the Pending Action continue to name MLC, Weil,

and two individual Weil attorneys as defendants, and include a motion for summary

judgment.  Ex D.

        4.     Also on December 22, 2011, the Tullises filed a document with

this Court (ECF No. 11270) (the "**Response**") apparently in response to the Motion.  The

Response bears the caption of the Pending Action, and portions of the Response were

also filed in the Pending Action.  The Response is difficult to decipher, repeats certain

passages over and over, and fails to rebut the Motion.  Further, the Response requests

$2,500,000 from each of the individual Weil attorneys named in the Pending Action.

Resp. 7.  Because the Response does not raise any new or cognizable legal arguments,

the GUC Trust stands by the Motion, reiterates its positions as they now also pertain to

the Response, and states as follows:

        **A.**     **The Pending Action is Void for Violating the Automatic Stay**

        5.     As set forth in the Motion, section 362(a) of the Bankruptcy Code

provides in pertinent part that the filing of a bankruptcy petition "operates as a stay,

applicable to all entities, of the commencement or continuation . . . of a judicial . . .

proceeding against the debtor that was or could have been commenced before the

commencement of the case under this title."  11 U.S.C. § 362(a)(1).  The Pending Action

arises solely from prepetition events, a 2004 automobile accident, and therefore could

have been commenced before the commencement of these chapter 11 cases.  By

commencing the Pending Action without first obtaining relief from the automatic stay,

the Tullises violated the automatic stay.  The Tullises' repeated filings naming MLC and

the Weil Defendants continue to violate the automatic stay.  Because the Pending Action

was commenced in violation of the automatic stay, it is void and must be dismissed.  *E.*

*Refractories Co. Inc. v. Forty Eight Insulations Inc.*, 157 F.3d 169, 172 (2d Cir. 1998).

Further, the Tullises could be sanctioned and held in contempt for their knowing,

continued violation of the automatic stay.  *Mar. Asbestosis Legal Clinic v. LTV Steel Co.,*

*Inc. (In re Chateaugay Corp.)*, 920 F.2d 183, 186-87 (2d Cir. 1990).  The Response in no

way addresses the Tullises' continued violations of the automatic stay.  Accordingly, the

Tullises should be enjoined from taking further actions against the Debtors, the GUC

Trust, and their professionals in violation of the automatic stay.  The GUC Trust does not

at this time request monetary sanctions against the Tullises, however, the GUC Trust

continues to reserve its rights to request sanctions should the Tullises continue to violate

the automatic stay and this Court's orders.

> **B.**    **The Pending Action Violates the Bar Date Order**

6.      As noted in the Motion, November 30, 2009 was the deadline (the

"**Bar Date**") for creditors to file proofs of claim based on prepetition liabilities.  The

Tullises did not file a proof of claim by the Bar Date.  Because the Tullises failed to file a

proof of claim in these chapter 11 cases, under this Court's September 16, 2009 order

establishing the Bar Date (ECF No. 4079) (the "**Bar Date Order**") they are "forever

barred, estopped, and enjoined from asserting [a] Claim" against the Debtors and the

Debtors are "forever discharged from any and all indebtedness or liability with respect to

such Claim."  Order at 5.  The Response does not address the Tullises' failure to file a

proof of claim in these chapter 11 cases, nor does it assert that their filings in the Pending

Action constitute an informal proof of claim.  As such, MLC and the Weil Defendants

must be dismissed from the Pending Action and the Tullises should be enjoined from

taking any further actions as to the Debtors, the GUC Trust, or their officers and

professionals.

      **C.**        **The Pending Action Violates the Plan Injunction and Exculpation**
                **Provision**

          7.       As explained in the Motion, the Tullises' continued efforts to

interfere with the distributions provided for under the Plan violate Plan section 10.7 (the

"**Plan Injunction**"), which provides that holders of claims "shall be enjoined from taking

any actions to interfere with the implementation or consummation of the Plan."  Further,

the Tullises' continued efforts to pursue the Pending Action against the Debtors and the

Weil Defendants violates Plan section 12.6 (the "**Exculpation Provision**"), which

provides that neither the Debtors nor their professionals shall have any liability to any

claimant "for any act or omission in connection with, related to, or arising out of the

Chapter 11 Cases."  The Response fails to address the Plan entirely.  The GUC Trust,

therefore, has no choice but to request that this Court direct the Tullises to withdraw the

Pending Action as to MLC and the Weil Defendants and to enjoin the Tullises from

pursuing further actions against the Debtors, the GUC Trust, and their officers and

professionals so that their professionals do not incur unnecessary costs and are not

distracted from their important work assisting in the administration of these chapter 11

cases.  Therefore in furtherance of the Plan Injunction and the Exculpation Provision, the

Confirmation Order, the automatic stay, and the Bar Date Order, the GUC Trust

respectfully requests that the Court enter an order (i) directing the Tullises to withdraw

the Pending Action as to MLC and the Weil Defendants; and (ii) enforcing prior orders of

this Court that enjoin claimants from taking any further action against the Debtors, the

GUC Trust, and their officers and professionals.

### Conclusion

WHEREFORE the GUC Trust respectfully requests entry of an order

granting the relief requested herein and such other and further relief as is just.

Dated: New York, New York
     January 11, 2012

/s/  Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation Company
GUC Trust

# EXHIBIT A

# Superior Court Case Summary

**Court:** King Co Superior Ct
**Case Number:** 10-2-25699-7

| Sub | Docket Date | Docket Code | Docket Description | Misc Info |
|-----|-------------|-------------|--------------------|-----------|
| 1 | 07-16-2010 | SUMMONS & COMPLAINT | Summons & Complaint | |
| 2 | 07-16-2010 | SET CASE SCHEDULE JDG0022 | Set Case Schedule Judge Hollis R. Hill, Dept 22 | 01-09-2012ST |
| 3 | 07-16-2010 | CASE INFORMATION COVER SHEET LOCK | Case Information Cover Sheet Original Location - Kent | |
| 4 | 07-16-2010 | APPEARANCE PRO SE | Appearance Pro Se | |
| 5 | 07-22-2010 | NOTICE OF APPEARANCE | Notice Of Appearance | |
| 6 | 07-30-2010 | RETURN RECEIPT - CERTIFIED MAIL | Return Receipt - Certified Mail | |
| 7 | 08-02-2010 | NOTICE OF STAY RE: BANKRUPTCY | Notice Of Stay Re: Bankruptcy /general Motors | |
| 8 | 08-03-2010 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 9 | 12-30-2010 | COMPLAINT | Complaint | |
| 10 | 12-30-2010 | JOINDER | Joinder /conformation | |
| 11 | 12-30-2010 | ATTACHMENT | Attachment /exhibits | |
| 12 | 01-21-2011 | RECEIPT(S) | Receipt(s) For Mailing To Defs | |
| 13 | 01-21-2011 | CORRESPONDENCE | Correspondence From Plaintiff | |
| 14 | 08-03-2011 | DISCLOSURE | Disclosure Possible Prim Wit | |
| 15 | 10-03-2011 | MOTION | Motion For Relief /pla | |
| 16 | 10-03-2011 | MOTION | Motion To Set Trial /tullis | |
| 17 | 12-22-2011 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 18 | 12-22-2011 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 19 | 12-22-2011 | MOTION FOR SUMMARY JUDGMENT | Motion For Summary Judgment /pla | |
| 20 | 12-22-2011 | RETURN RECEIPT - CERTIFIED MAIL | Return Receipt - Certified Mail | |
| 21 | 12-22-2011 | REQUEST | Request For Relief /pla | |
| 22 | 12-22-2011 | MOTION | Motion For Relief /pla | |
| 23 | 12-22-2011 | ATTACHMENT | Attachment /rcw | |
| 24 | 12-22-2011 | ATTACHMENT | Attachment /email | |
| 25 | 12-22-2011 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 26 | 12-22-2011 | ATTACHMENT | Attachment /legal Definitions | |
| 27 | 12-22-2011 | MOTION TO CHANGE TRIAL DATE | Motion To Change Trial Date /pet | |
| 28 | 12-22-2011 | DECLARATION | Declaration Of Pet | |

| 29 | 12-22-2011 | ANSWER | Answer /pets |
| 30 | 12-22-2011 | ATTACHMENT | Attachment /rules Of The Courts Of Washington |
| 31 | 01-06-2012 | MAIL RETURN - UNCLAIMED | Mail /receipts |
| 32 | 01-09-2012 | MOTION HEARING JDG0022 | Motion Hearing Judge Hollis R. Hill, Dept 22 |
| - | 01-09-2012 | AUDIO LOG | Audio Log Dr Ftr 3j |

# EXHIBIT B

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L Tullis
& The Palamony Relationship
Thereof

**Plaintiff/Petitioner,**

vs.

Two Parties Associated with the
Universal Underwriters Ins.Co.
Clerk of the Bsnkruptcy Court
& Mike Darowski of GMC. and
Zurich Claims Office of
Universal Underwriters Insurance
Company

**Defendant/Respondent.**

NO. 10-2-25699-7   KNT

[ ] SEA
[ ] KNT

Certificat of Service by Plaintiffs

_____ is attached.

L:/forms/cashiers/gr14coversheet

Honorable Judge Hollis Hill

No.10-2-25699-7   KNT

1  Name WEIL,GOTSHAL & MANGES LLP and = Name Brianna Benfield,David R Berz MLC
2  Service Address 767 Fifth Avenue    Service Address 1309-i Street,NW
3  City, State, Zip New York.New York  10153    City, State, Zip Suite 900 Washington DC
   WSBA#     Atty For: All responsibility transferred to Bankruptcy Judge
4  Telephone#: (212) 310-8000 =for attorneys    Telephone#: (202)682-7000 for attorney's
   All above are Attorney's for General Motors Corp.
5  Name Universal Underwriters Insurance Co.= Mary Mato
6  Service Address PO Box 968062    Service Address Cornforth Campbell Auto
   City, State, Zip Schaumburg ILL.*60196    City, State, Zip 2nd St. N.E.Puyallup WA.
   WSBA#     Atty For Claim No.4250005587    //Pierce County Records
7  Telephone# 916-859-2441    Auto Repair Shop only ID.
8  General Motors Corporation & (4) Honorable:Judge Robert E. Gerber
   Name Agency of Cornforth-Campbell    @ Alexander Hamilton Custom House
9  Service Address PO Box 33172    Name for the southern district of New York
   City, State, Zip Detroit, Michigan    One Bowling Green
   482325772 received by    City, State, Zip New York,New York-10004-1408
10 Telephone# Mike Darowski 7/20/10    to direct delivery to and through the
   Bankruptcy Court Clerk@ Southern Dist.
11 Zurich Universal Underwriters Insurance Company at:
   Post Office Box 542010; Omaha, NEBRASKA.68154 -8010
12 Rancho Cordova Claims Office.

**IMPORTANT NOTICE REGARDING CASES**

13
14 Party requesting hearing must file motion & affidavits separately along with this notice. List names, addresses and telephone numbers of all parties requiring notice
15 (including GAL) on this page. Serve a copy of this notice, with motion documents, on all parties.
16
17 The original must be filed at the Clerk's Office not less than six court days prior to requested hearing date, except for Summary Judgment Motions (to be filed with Clerk 28 days in advance).
18
19 THIS IS ONLY A PARTIAL SUMMARY OF THE LOCAL RULES AND ALL PARTIES ARE ADVISED TO CONSULT WITH AN ATTORNEY.
20
21 The REGIONAL JUSTICE CENTER is in Kent, Washington at 401 Fourth Avenue North. The Clerk's Office is on the second floor, room 2C.  The Judges' Mailroom is Room 2D.
22
23 The General Motors Case and all correspondence has been and shall continue to be transferred to the United States Bankruptcy Court Clerk for delivery to Honorable Judge ROBERT E.
24 GERBER in the Southern District of New York at Alexander Hamilton Custom House. One Bowling Green, New York, New York 10004-1408.
25

NOTICE FOR HEARING-KENT REGIONAL JUSTICE CENTER ONLY
ICKNT022310
WWW.KINGCOUNTY.GOV/COURTS/SCFORMS

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave. S E Renton, WA 98058-0903

*mailed out*

## CERTIFICATE OF SERVICE

**Case Name:** **Petitioners** v. **Respondent(s)**

**Case No.:** **10-2-25699-7** **KNT** *Sent in mail 12-20-2011*

**IMPORTANT:** *2* **copies of this brief and any attachments must be sent to ALL parties in this case. Please list below the names and addresses of the parties who were sent a copy of your brief and the dates on which they were served. Be sure to sign the statement below.**

**I certify that a copy of this brief and any attachments was served, either in person or by mail, on the persons listed below.**

*Clinton M. Tullis*
Signature
**Notary NOT required**

(1). Petitioners mail to be Delivered to the Office of the Clerk of the United States Bankruptcy Court, in the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408. The Clerk is to deliver to Honorable United States Bankruptcy Judge: Robert E. Gerber.,

(2). Zurich: Universal Underwriters Insurance Company of Rancho Cordova Claims Office Executive, at Omaha Nebraska 68154-8010.

(3). General Motors Corporation Headquarters Chief Executive. Post Office Box 33172 Detroit, Mi. 482325772.

(4) Weil, Gotshal & Manges LLP. 767-Fifth Avenue NEWXXMXKXXNEWXXMX New York, New York 10153

(5). Brianna Benfield and David R. Berz MLC 1308-IStreet NW Suite 900 Washington DC 20005, Zone 8.

*It was recently informed that it was your or you that determined Plaintiffs/Petitioners could not include General Motors Corporation in our first suit because of if mle Bankruptcy.*

*was Weil, Gotshal & Manges* ☞ U.S. GOVERNMENT PRINTING OFFICE: 2000 583-843/20071

*involved in this illegal performance?*

*Clinton M. Tullis ( Thank You*
*16300-189th ave S.E.*
*Renton, WA-98056-0903*

# EXHIBIT C

FILED

11 DEC 22 PM 2:11

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clintin M. & Margaret L. Tullis
and the Palimony relationship
Thereof

          **Plaintiff/Petitioner,**

VS. Law Firm of Weil,Gotshal,and
Manges LLP &Brianna Benfield
& David R. Berz MLC
GMC General Motors Corp. &
UNiversal Underwriters
Insurance Company

        **Defendant/Respondent.**

NO. 10-2-25699-7

[ ] SEA
[X] KNT

Defendants/Respondents must pay $5,000,000.00.
_____ is attached.

L:/forms/cashiers/gr14coversheet

## CERTIFICATE OF SERVICE

Case Name: __Petitioners_____ v. Respondent(s) _____

Case No.: __10-2-25699-7_____ KNT

**IMPORTANT:** 2u copies of this brief and any attachments must be sent to ALL parties in this case. Please list below the names and addresses of the parties who were sent a copy of your brief and the dates on which they were served. Be sure to sign the statement below.

I certify that a copy of this brief and any attachments was served, either in person or by mail, on the persons listed below.

_Clinton M. Tullis_
Signature
Notary NOT required

(1). Petitioners mail to be Delivered to the Office of the Clerk of the United States Bankruptcy Court, in the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, New York, New York10004-1408.The Clerk is to deliver to Honorable United States Bankruptcy Judge: Robert E. Gerber.

(2). Zurich: Universal Underwriters Insurance Company of Rancho Cordova Claims Office Executive, at Omaha Nebraska 68154-8010.

(3). General Motors Corporation Headquarters Chief Executive. Post Office Box 33172 Detroit, Mi. 482325772.

(4) Weil, Gotshal & Manges LLP. 767-Fifth Avenue NEWXXMKXXNEWXXMX New York, New York 10153

(5). Brianna Benfield and David R. Berz MLC 1308-IStreet NW
Suite 900 Washington DC 20005, Zone 8.

It was recently informed that it was your or your that determined Plaintiffs/Petitioners could not include General Motors Corporation in our law suit because of if mle Bankruptcy. was weil, gotshal & manges ☆U.S. GOVERNMENT PRINTING OFFICE: 2000 583-83-82/90837 involved in this illegal performance?
Clinton M. Tullis          ( Thank You
16300 -184th ave S.E.
Renton, WA- 98056-0903

# EXHIBIT D

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
 & Their Palamony Relatiomship


                    Plaintiff/Petitioner,
vs.
Cornforth Campbell Agency
with General Motors obligates          NO.10-2-25699-7   KNT      [ ] SEA
Universal Underwriters                                          [ ] KNT
Insurance Company.

                    Defendant/Respondent.

              General Motors & Agency obligates Insurance Co.
       _____ is attached.

L:/forms/cashiers/gr14coversheet

Honorable Judge Hollis Hill

IN THE STATE OF WASHINGTON, IN AND FOR THE COUNTY OF KING
at the Regional Justice Center of the City of KENT.

Clinton M. & Margaret L. Tullis
and the Palimony Relationship Thereof
        Petitioners/Plaintiffs

No. 10-2-25699-7 KNT
Motion For Order re:

| | |
|---|---|
| **No.1.Cornforth Campbell: GMC Mr. Good Wrench Agency.** **Insured by Universal Underwriters Insurance Company**: ‑‑‑‑‑‑‑‑ Post Office Box # 542010/ Omaha,Nebraska:68154-8010. **No.2.General Motors Corporation:**Originator of:GMC Mr Good Wrench overcome Production and Quality of Vehicles & Negative Sales with Determination beyond survival and consequently able to pay all debts. **No.3. Universal Underwriters Insurance Co. Ph.# 916-859-2470 to Cornforth-Campbell** commencing with 2005 through 2011 to Petitioners | · Nos.1,2 & 3 $82,000,000.00=combined. Plus $5,000,000.oo from # 4 **Weil,Gotshal&Manges** Summary Judgment of **Entire Case with 12 Person Grand Jury Trial. |JuCR 2.6** |

for Jury and Court determination of Status of Debt remaining for Cornforth
Campbell after the Insurance Policy's reviews. This case is an allowable Washington State
combination of Partial Criminal acknowledgment within and combined with Petitioners Civil Case and
allows 10 Years Plus: for determination of a combination of Criminal Cases. Respondents must endure
the Facts and Pay the Costs demanded from oriented but badly injured Petitioners.

Respondents/Defendants

**[1]. Petitioners Relief Requested:** General Motors Corporation In Complicity with NO.1; Agency
performing **Washington State Criminal Laws .RCW 9A.08.09 & 9A.08.010 & 9A.08.020, 9.a.08.040;**
Respondents Cannot Take Bankruptcy or find other means to hide values. Petitioners: Motion the Court to
order ½ payment to Petitioners from General Motors Corporation, Based on the Merits of the Case as
follows; GMC Agency "Cornforth-Campbell" Based Insurance Protection by Contract with **Universal
Underwriters Insurance Company,** Headquarters in Nebraska. General Motors Corporation recently
informed the United States Federal Judge of GMC Bankruptcy Case, that all other GMC responsibility's
*have been Met, and GMC will afford Funds to Pay Parties through the Office of HONORABLE JUDGE*
**ROBERT E.GERBER. All messages, Questions and Mail pertaining to the Bankruptcy case shall
first be delivered to the Bankruptcy Court Clerk in the Southern District of New York at Alexander
Hamilton Custom House, One Bowling Green, New York, New York,10004-1408 whom shall deliver
All Claims to HONORABLE JUDGE ROBERT E. GERBER [2]. The Law Firm of Weil, Gotshal, and
Manges LLP Now Included.** Chosen as United States Bankruptcy Respondents demanded that
Petitioners immediately cancel General Motors Law Suit, pertaining to Damages incurred by General
Motors Laxity and Confidence in A Washington State Agency having an astute ability to perform in Sales
and Repairs to Purchasers of General Motors Vehicles. Petitioners were warned to be incarcerated after
five days, if the order was ignored. **Petitioners then informed the Law Firm of Weil, Gotshal & Manges
that they were not in compliance with Washington State Laws and they would be added to
Petitioners Law Suit for an additional Five Million Dollars, FOR their bullying, illegal tactics. Upon
Reporting to General Motors Leaders with Plaintiffs first Briefs of this Law Suit, The Brake Control**

failing and causing a collision, compounded by the GMC Suburban Channel Frames and Steering Assembly Easily Collapsing; CHAIRMAN: Mr. Rick Wagoner immediately sent Plaintiffs a letter stating that Plaintiffs Complaint inspired Mr. Wagoner To immediately order Heavier and Sturdier Steel Frames,& Stronger Steering Assembly's; with increased Welding at the Assembly Lines.[3]. General Motors Corporation obligation to pay its share for the never ending physical damages performed and eradicating Petitioners ability to survive the Legal Process; Also amid Agency of Corn-forth-Campbell conspiring Respondents complicity, believed to be, and therefore alleged to be, all doing business and officially responsible of NON safety performance of used vehicles as a General Motors Agency advertised as a GMC "Mr. Good Wrench Dealership operated by Corn-forth-Campbell, recently closed; Plus: along with a vehicle-accident repair shop in the City of Puyallup, State of Washington of which is remaining in operation.  1V. Evidence relied upon: Clearly identify the evidence you want the judge to consider with your motion: Print or type.] Declaration of : Petitioners: now know Corn-forth-Campbell Mounted an out-dated Electronic Trailer Brake Control onto a 1999 General Motors Heavy Duty Suburban and amongst Perjuring the Suburban Condition of Excellence promised "Petitioners" that the Agency had ordered a Book on the Trailer Brake Control ability And would provide it by mail, immediately upon receiving it. This has not happened to date. Petitioners later were informed by a Recreational Vehicle Dealership: . That type of Trailer Brake Control had not been used in over 20 years as it would collapse if attempted to use in an emergency with updated Automobiles and modern Trailers. This information was afforded to Petitioners after having a very serious slow speed accident.  Upon Petitioners driving North on I-5 and arriving  about ¼ of a mile from the Chehalis Cut Off, We observed many vehicles stopping in both narrow "North bound lanes" of the paved Freeway. Weimmediately commenced stopping. The Suburban had new brakes including wheel cylinders and the trailer brake control had been working real good, but never had to be used instantly as was the event just acquired. All of a sudden, Petitioners felt a surge and applied the Suburban Brakes to their full capacity. The last one-hundred feet of pavement showed two lines about one inch deep into the pavement and Petitioners were almost stopped when approaching the two vehicles that had collided in the left lane and there was no room to pass between the two lanes. We very slowly climbed upon the center of the rear pickup that was not able to move because they had already collided and Petitioner Clinton could see a blonde woman at the steering wheel and a little girl sitting on the right side and in desperation and fear of being a bomb and noticing Petitioner Margaret jammed against the right front window by the air bag; Petitioner Clinton grabbed  her head and held it back .to the steel frame between the right front and rear doors and at the same time turned the steering wheel fully to the right and again jammed the Suburban brakes real hard. The people to the right had noticed we were in trouble and pulled as far as they could to the right which allowed Petitioners to land the Suburban between the two lanes and stopped in less than two feet. Petitioner Clinton Jumped out of the Suburban and ran around to Petitioner Margaret and with the help from the lady that had formerly been hit in the left lane, took Margaret to the rear door of our Wilderness Trailer and helped her to get in and rest on the Trailer Mattress until an ambulance arrived to take her to the Centralia hospital. Petitioner then seen the Suburban had been totaled. The Suburban frame had broken on the left side upon crashing to the roadway off the Pickup. The left rear door had been forced upwards for about Four inches. The Suburban Front Wheels were pointing in opposite directions. Clinton had a Broken Left wrist caused by the steering wheel and Two huge lower abdominal hernias caused by the energy used of which could not be repaired for about eight months and has continually physically suffered ever since with a Pace Maker, loss of hearing, loss of teeth, Eyes out of focus: Every thing that most of our relatives and friends could not believe upon. [V]. [Print or Type]. The book was never ordered by the Dealership. Petitioners had driven the Suburban for a short distance and back to the Agency to see how it handled. Petitioners will afford THE Court and Jury with the receipts of parts, repairs and Two alike Trailer Brake Control Books given to Plaintiffs by an angered South Tacoma Recreational Vehicle Dealer" for the dangers incurred by the Lies afforded to Plaintiffs in writing, of the excellent "Like New condition of the Suburban Vehicle. Petitioners Trusted "Respondents Farce" and purchased the Shining Automobile for a trip to hell. Then because of the "Newly appearing Trailer Brake Control".and Warranty "Respondents/Defendants" issued several Pages of Assurance and Warranty of the Vehicle of which Petitioners soon had to add many repairs of which will be available at the Summary Judgment in Court  with 12 Jurors.
[VI].. (1.) Upon Purchase and then driving the Suburban about 25 miles to our Residence @ Maple Valley Heights, Petitioners found the brakes were not adjusted properly and pulled slightly to the left. We then

P 2 of 4

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

2

Took it back to the Dealers on the second day and informed their shop manager that the brakes were not holding even. (2.)This was side-tracked and Petitioners soon realized that all references and questions to the Dealership sales and Maintenance Parties appeared determined To out smart and overpower Shoppers. The entire Suburban Body "Inside and Out" appeared to have been very carefully Polished. (3). Petitioner Clinton Having worked as a Mechanic for several years, prior to entering Real Estate Business. decided to Pull off all of the Suburban wheels; The brake Cylinders, Wheels and Shoes and the Right Front Disk, were all in need of replacing or repairs. Petitioner Clinton had the right front disk machined and Petitioner "Clinton" installed" all new repairs on all four wheels. These worked excellent, But:(4).Petitioners next trip was to Idaho. The engine over heated and the lights did not focus properly. Petitioner Then installed a new Thermostat-Radiator Cap-Head Lamps & Bulbs; after first contacting Respondents whom again lied about our purchased type of vehicle was supposed to heat up for good performance & the headlamps just needed adjusting.=MASSIVE PERJURY FROM RESPONDANTS.(5).The Trailer Brake Control mounted by Respondents, appeared to work OK  but was not exposed to Emergency usage and Petitioners have not received the promised Trailer Brake Manual. (6). Petitioners went to several dealers to attempt to purchase a manual on the Trailer Brake mounted on our Suburban and were denied a Book Manual as they stated they did not carry the type mounted in our Suburban. Petitioners later found the Trailer Brake Control mounted on the Suburban had not been used by Recreational; Dealers for At least twenty years. (7). The Trailer Brake Control Collapsed in an Emergency on a clear day when Petitioners were returning From A weeks vacation with our Daughter, Son in Law and Family on the lower Coast Line of Bandon-Oregon.(8). Petitioners were on their way North to home in Renton Washington and had stopped in Vancouver, WA. to fill up the Suburban forty gallon gas tank.(9). Petitioners headed North on Highway I-5 and the Traffic was not overloaded and traveling at fifty Miles per hour was not challenged in either lane except on Occasion a heavily loaded freight truck would slow down considerably on climbing up a steep hill in the right lane and we moved to the center lane until reaching the top of the hill. (10).When we arrived near Chehalis, WA.,-Vehicles were moving in and out in a hurry either to enter Chehalis or to leave after their lunches & Petitioners determined to take the inner lane to avoid those in a hurry to increase traffic.(11). As Petitioners approached Centralia, We observed traffic slowing down and could soon see traffic commenced to rapidly slowing down on the inside Lane. Petitioner, Clinton had easily applied our brakes until reaching about two hundred feet from the nearest stopped vehicles, (12).Then I put my foot heavily on the Suburban Brakes until almost stopping, but feeling the trailer pushing us until reaching a pick-up in the left lane that had already crashed into a pick up in front of her.(13). A Washington State Patrolman asked, Petitioner Clinton Monroe Tullis, to get in the back seat of his vehicle for a ride. We went to Centralia and turned back and headed North on I-5 Freeway to Show Petitioner Clinton the two (one Inch Deep) trails that Petitioners Suburban had carved into the Paved Roadway for almost one hundred fifty feet.(14). Both lanes were completely closed for at least a quarter of a mile, with no room to pass on the narrow Freeway).Petitioners were almost completely stopped; Then very slowly crawled upon the center of the pick-up with the Suburban left wheels, placing us at about a forty five degree angle and seeing a  blonde woman at her Steering wheel and her tiny daughter on the right side: Petitioner Clinton held onto the steering wheel with his left hand and reached over to Margaret with his right hand, to hold her back from the right door window and overturned his steering wheel hard right and at the same time jammed hard on the brakes and threw our Suburban hard right and off the Pick-up that had previously jammed the pickup in front of her. (15).The parties to the right had analyzed our problem and had cleared barely enough room for us to land and we only traveled about two feet upon clearing the pickup. (1'6).The Suburban and the Trailer had both Broke into a V in their Centers and Pushed the left back door of the suburban about four inches into the Suburban roof. The Suburban front wheels each pointed in opposite directions. (17). Petitioner Margaret had taken a beating and one of the lady drivers of the pickups that clashed, assisted Clinton in helping Margaret into the Bed Room at the rear of the Trailer where she stayed until the Ambulance arrived to take her to the hospital where she stayed until the next day. She is paranoid to travel on the freeways and she is a good driver. She has driven Clinton to the hospital many times to repair injuries received from the wreck. (18). Petitioner Clinton received a broken left wrist and two huge protruding lower inguinal hernias that resulted into continuous medical examinations while waiting for Over eight months for major surgery and also creating the necessity of a Pace-Maker. .I declare under penalty of perjury under the laws of the state of Washington that the foregoing  is true and Correct. # 1. Law Firm of WEIL,GOTSHALL & MANGES, LLP -Law Firm Willful-Malicious Conduct, Directed a Criminal order to Petitioners to cancel this Case within five days or be prosecuted of which Defied Washington State Criminal Laws:RCW.9A.08.030,  RCW 9A.28.040, RCW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

P 3 of 4

**9A.28.020.** No.2.Above:Defendants, Recently Transmitted GMC **No.3.: All Business to the Federal Judge, shall be delivered first by Defendants to United States Clerk of the Bankruptcy Court located in the Southern District of New York at Alexander Hamilton Custom House, "One Bowling Green", New York, New York 10004; whom shall then deliver the Briefs and Messages to United States Judge: HONORABLE ROBERT E.GERBER for Response. A & B : Nos. 2 & 4 .A): The Nos. 1 & 3 above conspiring Defendants were believed to be, and therefore alleged to be, all Doing business and officially responsible of safety performance of new and used vehicles as a General** *Motors Agency advertised* **as a GMC Mr.** *Good-Wrench Dealership,* **operated by Cornforth Campbell in the City of Puyallup, State of Washington. (B): The No.2 above conspiring "Defendants Law Firm"; is positively ordered to pay an additional Five Million Dollars to Plaintiffs from the Law Firms, Criminal order, to Plaintiffs to cancel General Motors Debt To Plaintiffs within five days or be incarcerated 1,. Nothing Printed in Washington State Law Books have Honored Criminals, or those assisting in Criminal acts such as performed by Defendants.** DEFENDANTS CRIMINAL (CULPABLE) NEGLIGENCE {C). Such Negligence is necessary to incur Criminal Liability; In most jurisdictions , culpable (Criminal) negligence is something more than the slight negligence necessary to support a civil action for damages: 133 N. Y. C., 2d 423, 427. Thus Culpable Negligence, under "Criminal Law", is Recklessness or Carelessness resulting in Injury or Death, as imports a thoughtless disregard of consequence or heedless indifference to the Safety and Rights of Others, 855.E.2d 337,332; See Also Perkins and Boyce Criminal Law 841 (3d ed,1982). Reference to (Cornforth-Campbell acts). Plaintiffs Demand a Grand Jury Trial and to Retain: Requested Monetary Assists for Injuries. 3.Plaintiffs Contemplate Termination of this Case within Five Days & There is a Month End of an Additional Four Days if Questionably Needed. 4.Plaintiffs Motion for the Honorable Judge to take: JUDICIAL OATH OF OFFICE. DEFENDANTS CRIMINAL,CULPABLE NEGLIGENCE.1.1a-.Created by Cornforth-Campbell Agency backed by General Motors Corporation "Mr. Good Wrench 1.1b-Plaintiffs Summons and Complaint and other Briefs placed in the Court Along With many exhibits Correctly define the Agency improper actions that seriously damaged Plaintiffs and Ruptured our lives. Resulting in Plaintiff Clinton continually being in the hospital for surgery's and other physical assist. 1.1c-Created paranoia for Margaret on the freeways, and other heavily traveled roads..1.1e- Plaintiff has approximately Forty EXHIBITS ready for the Grand Jury along with 22 TO 24 paged Briefs of the Construction of the crimes continually endangering the General Public and mostly remaining a problem from Automobile Manufacturers and Agency's more interested in numbers to sell, and to make available for repair shops, than they are of providing safety. 1.1f-What you see on the Assembly of any Passenger car, may be deceitful. General Motors has added strength to their Pickups, Vans, and all heavy duty vehicles as ordered by then Chairman, Rick Waggoner before being retired and after he received Plaintiffs First Complaint.1.1g-Mr. Waggoner sent Plaintiffs a Notice that Plaintiffs were Responsible for the increase of Safety needed in the heavy duty vehicles; That he felt it a duty, and  immediately ordered a stronger quality of steel for the frames and stronger quality of steering assembly's of the heavy duty vehicles, plus increased welding on the entire undercarriage.1.1h-Plaintiffs fear that, the changes on passenger type smaller vehicles were not given that consideration. 1.1i- Passenger: "Smaller vehicles" are heavily used by the Largest portion of our nations travelers.1.1j-.We presented our original Summons and Complaint; and recently, have been offered to Clinton by several Factory personally  $15,000.00 to $25,000.00 bonus to Purchase GMC vehicles. 1.1k-.Both Toyota and GMC had to recall ten thousand plus passenger vehicles in year of 2011, because Of Steering and other problems on the roads safety, that should not be tolerated by our Government.1.1l-.Plaintiffs ponder how many of the collisions endured this year, are the result of improperly Constructed Vehicles from any factories, and any make of cars and light trucks, during present and past Several manufacturing years.1.1m. The rumors are that Politicians will not expose Dealers that are generous with funding of politicians. 1.lnl will do my best to change this.2.I plan on attempting to impress Law Makers in Washington State Legislature to install similar automobile check-ups for Brakes, *Steering, Vehicle Frames, Bumpers Control, Lights, Etc. and such as are being operated through-out the* State for emission control. This could also be good if New Vehicles were demanded to be examined as per ability to hold together in an accident. Too many people are getting injured or killed in auto accidents and part of this is due to Cruise Controls which  should be eliminated removed from all vehicles. If a party is too tired or lazy to drive; He or She should pull over and rest or not be behind the steering wheel. They are a good devise to eliminate many vehicles. You cannot turn them off when in an immediate emergency, to save yourself or your children, when someone cuts across the front of you, or when you attempt to Move out of others malicious maneuvers, or when someone hits you from the back or side.

Clinton M. and Margaret L. Tullis ProSa
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

---

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
& Their Palamony Relatiomship

                    **Plaintiff/Petitioner,**

vs.

Cornforth Campbell Agency
with General Motors obligates
Universal Underwriters
Insurance Company.

                    **Defendant/Respondent.**

NO.10-2-25699-7   KNT

[ ] SEA
[ ] KNT

---

General Motors & Agency obligates Insurance Co.
_____  is attached.

L:/forms/cashiers/gr14coversheet

Honorable Judge Hollis Hill

IN THE STATE OF WASHINGTON, IN AND FOR THE COUNTY OF KING
at the Regional Justice Center of the City of KENT.

Clinton M. & Margaret L. Tullis
and the Palimony Relationship Thereof
Petitioners/Plaintiffs

No. 10-2-25699-7 KNT
Motion For Order re:

**No.1.Cornforth Campbell: GMC Mr. Good Wrench Agency.**
**Insured by Universal Underwriters Insurance Company**: ----------
Post Office Box # 542010/ Omaha,Nebraska:68154-8010.
**No.2.General Motors Corporation:**Originator of:GMC Mr Good Wrench
overcome Production and Quality of Vehicles & Negative Sales with
Determination beyond survival and consequently able to pay all debts.
**No.3. Universal Underwriters Insurance Co. Ph.# 916-859-2470 to
Cornforth-Campbell** commencing with 2009 through 2011 to Petitioners
for Jury and Court determination of Status of Debt remaining for Cornforth
Campbell after the Insurance Policy's reviews. This case is an allowable Washington State
combination of Partial Criminal acknowledgment within and combined with Petitioners Civil Case and
allows 10 Years Plus: for determination of a combination of Criminal Cases. Respondents must endure
the Facts and Pay the Costs demanded from oriented but badly injured Petitioners.

Nos.1,2 & 3
**$82,000,000.00=combined.**
**Plus $5,000,000.oo from # 4**
**Weil,Gotshal&Manges**
Summary Judgment of
**Entire Case with 12 Person
Grand Jury Trial. |JuCR 2.6**

Respondents/Defendants

**[1]. Petitioners Relief Requested:** General Motors Corporation In Complicity with NO.1; Agency
performing **Washington State Criminal Laws .RCW 9A.08.09 & 9A.08.010 & 9A.08.020, 9.a.08.040;**
Respondents Cannot Take Bankruptcy or find other means to hide values. Petitioners: Motion the Court to
order ½ payment to Petitioners from General Motors Corporation, Based on the Merits of the Case as
follows; GMC Agency "Cornforth-Campbell" Based Insurance Protection by Contract with Universal
Underwriters Insurance Company, Headquarters in Nebraska. General Motors Corporation recently
informed the United States Federal Judge of GMC Bankruptcy Case, that all other GMC responsibility's
have been Met, and GMC will afford Funds to Pay Parties through the Office of **HONORABLE JUDGE
ROBERT E.GERBER. All messages, Questions and Mail pertaining to the Bankruptcy case shall
first be delivered to the Bankruptcy Court Clerk in the Southern District of New York at Alexander
Hamilton Custom House, One Bowling Green, New York, New York,10004-1408 whom shall deliver
All Claims to HONORABLE JUDGE ROBERT E. GERBER [2]. The Law Firm of Weil, Gotshal, and
Manges LLP Now Included.** Chosen as United States Bankruptcy Respondents demanded that
Petitioners immediately cancel General Motors Law Suit, pertaining to Damages incurred by General
Motors Laxity and Confidence in A Washington State Agency having an astute ability to perform in Sales
and Repairs to Purchasers of General Motors Vehicles. Petitioners were warned to be incarcerated after
five days, if the order was ignored. **Petitioners then informed the Law Firm of Weil, Gotshal & Manges
that they were not in compliance with Washington State Laws and they would be added to
Petitioners Law Suit for an additional Five Million Dollars, FOR their bullying, illegal tactics. Upon
Reporting to General Motors Leaders with Plaintiffs first Briefs of this Law Suit, The Brake Control**

P 1 of 4

failing and causing a collision, compounded by the GMC Suburban Channel Frames and Steering Assembly Easily Collapsing; **CHAIRMAN:** Mr. Rick Wagoner immediately sent Plaintiffs a letter stating that Plaintiffs Complaint inspired Mr. Wagoner To immediately order Heavier and Sturdier Steel Frames,& Stronger Steering Assembly's; with increased Welding at the Assembly Lines.[3]. **General Motors Corporation** obligation to pay its share for the never ending physical damages performed and eradicating Petitioners ability to survive the Legal Process; Also amid Agency of Corn-forth-Campbell conspiring Respondents complicity, believed to be, and therefore alleged to be, all doing business and officially responsible of NON safety performance of used vehicles as a General Motors Agency advertised as a GMC "Mr. Good Wrench Dealership operated by Corn-forth-Campbell, recently closed; Plus: along with a vehicle-accident repair shop in the City of Puyallup, State of Washington of which is remaining in operation. 1V. Evidence relied upon: Clearly identify the evidence you want the judge to consider with your motion: Print or type.] Declaration of : Petitioners: now know Corn-forth-Campbell Mounted an out-dated Electronic Trailer Brake Control onto a 1999 General Motors Heavy Duty Suburban and amongst Perjuring the Suburban Condition of Excellence promised "Petitioners" that the Agency had ordered a Book on the Trailer Brake Control ability And would provide it by mail, immediately upon receiving it. This has not happened to date. Petitioners later were informed by a Recreational Vehicle Dealership: . That type of Trailer Brake Control had not been used in over 20 years as it would collapse if attempted to use in an emergency with updated Automobiles and modern Trailers. This information was afforded to Petitioners after having a very serious slow speed accident. Upon Petitioners driving North on I-5 and arriving about ¼ of a mile from the Chehalis Cut Off, We observed many vehicles stopping in both narrow "North bound lanes" of the paved Freeway. We immediately commenced stopping. The Suburban had new brakes including wheel cylinders and the trailer brake control had been working real good, but never had to be used instantly as was the event just acquired. All of a sudden, Petitioners felt a surge and applied the Suburban Brakes to their full capacity. The last one-hundred feet of pavement showed two lines about one inch deep into the pavement and Petitioners were almost stopped when approaching the two vehicles that had collided in the left lane and there was no room to pass between the two lanes. We very slowly climbed upon the center of the rear pickup that was not able to move because they had already collided and Petitioner Clinton could see a blonde woman at the steering wheel and a little girl sitting on the right side and in desperation and fear of being a bomb and noticing Petitioner Margaret jammed against the right front window by the air bag; Petitioner Clinton grabbed her head and held it back to the steel frame between the right front and rear doors and at the same time turned the steering wheel fully to the right and again jammed the Suburban brakes real hard. The people to the right had noticed we were in trouble and pulled as far as they could to the right which allowed Petitioners to land the Suburban between the two lanes and stopped in less than two feet. Petitioner Clinton Jumped out of the Suburban and ran around to Petitioner Margaret and with the help from the lady that had formerly been hit in the left lane, took Margaret to the rear door of our Wilderness Trailer and helped her to get in and rest on the Trailer Mattress until an ambulance arrived to take her to the Centralia hospital. Petitioner then seen the Suburban had been totaled. The Suburban frame had broken on the left side upon crashing to the roadway off the Pickup. The left rear door had been forced upwards for about Four inches. The Suburban Front Wheels were pointing in opposite directions. Clinton had a Broken Left wrist caused by the steering wheel and Two huge lower abdominal hernias caused by the energy used of which could not be repaired for about eight months and has continually physically suffered ever since with a Pace Maker, loss of hearing, loss of teeth, Eyes out of focus: Every thing that most of our relatives and friends could not believe upon. **[V]. [Print or Type]**. The book was never ordered by the Dealership. Petitioners had driven the Suburban for a short distance and back to the Agency to see how it handled. Petitioners will afford THE Court and Jury with the receipts of parts, repairs and Two alike Trailer Brake Control Books given to Plaintiffs by an angered South Tacoma Recreational Vehicle Dealer" for the dangers incurred by the Lies afforded to Plaintiffs in writing, of the excellent "Like New condition of the Suburban Vehicle. Petitioners Trusted "Respondents Farce" and purchased the Shining Automobile for a trip to hell. Then because of the "Newly appearing Trailer Brake Control".and Warranty **"Respondents/Defendants"** issued several Pages of Assurance and Warranty of the Vehicle of which Petitioners soon had to add many repairs of which will be available at the Summary Judgment in Court with 12 Jurors.
**[VI].. (1.)** Upon Purchase and then driving the Suburban about 25 miles to our Residence @ Maple Valley Heights, Petitioners found the brakes were not adjusted properly and pulled slightly to the left. We then

P 2 of 4

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

2

Took it back to the Dealers on the second day and informed their shop manager that the brakes were not holding even. (2.)This was side-tracked and Petitioners soon realized that all references and questions to the Dealership sales and Maintenance Parties appeared determined To out smart and overpower Shoppers. The entire Suburban Body "Inside and Out" appeared to have been very carefully Polished. (3). Petitioner Clinton Having worked as a Mechanic for several years, prior to entering Real Estate Business. decided to Pull off all of the Suburban wheels; The brake Cylinders, Wheels and Shoes and the Right Front Disk, were all in need of replacing or repairs. Petitioner Clinton had the right front disk machined and Petitioner "Clinton" installed" all new repairs on all four wheels. These worked excellent, But:(4).Petitioners next trip was to Idaho. The engine over heated and the lights did not focus properly. Petitioner Then installed a new Thermostat-Radiator Cap-Head Lamps & Bulbs; after first contacting Respondents whom again lied about our purchased type of vehicle was supposed to heat up for good performance & the headlamps just needed adjusting.=MASSIVE PERJURY FROM RESPONDANTS.(5).The Trailer Brake Control mounted by Respondents, appeared to work OK  but was not exposed to Emergency usage and Petitioners have not received the promised Trailer Brake Manual. (6). Petitioners went to several dealers to attempt to purchase a manual on the Trailer Brake mounted on our Suburban and were denied a Book Manual as they stated they did not carry the type mounted in our Suburban. Petitioners later found the Trailer Brake Control mounted on the Suburban had not been used by Recreational; Dealers for At least twenty years. (7). The Trailer Brake Control Collapsed in an Emergency on a clear day when Petitioners were returning From A weeks vacation with our Daughter, Son in Law and Family on the lower Coast Line of Bandon-Oregon.(8). Petitioners were on their way North to home in Renton Washington and had stopped in Vancouver, WA. to fill up the Suburban forty gallon gas tank.(9). Petitioners headed North on Highway I-5 and the Traffic was not overloaded and traveling at fifty Miles per hour was not challenged in either lane except on Occasion a heavily loaded freight truck would slow down considerably on climbing up a steep hill in the right lane and we moved to the center lane until reaching the top of the hill. (10).When we arrived near Chehalis, WA.,-Vehicles were moving in and out in a hurry either to enter Chehalis or to leave after their lunches & Petitioners determined to take the inner lane to avoid those in a hurry to increase traffic.(11). As Petitioners approached Centralia, We observed traffic slowing down and could soon see traffic commenced to rapidly slowing down on the inside Lane. Petitioner, Clinton had easily applied our brakes until reaching about two hundred feet from the nearest stopped vehicles, (12).Then I put my foot heavily on the Suburban Brakes until almost stopping, but feeling the trailer pushing us until reaching a pick-up in the left lane that had already crashed into a pick up in front of her.(13). A Washington State Patrolman asked, Petitioner Clinton Monroe Tullis, to get in the back seat of his vehicle for a ride. We went to Centralia and turned back and headed North on I-5 Freeway to Show Petitioner Clinton the two (one Inch Deep) trails that Petitioners Suburban had carved into the Paved Roadway for almost one hundred fifty feet.(14). Both lanes were completely closed for at least a quarter of a mile, with no room to pass on the narrow Freeway).Petitioners were almost completely stopped; Then very slowly crawled upon the center of the pick-up with the Suburban left wheels, placing us at about a forty five degree angle and seeing a  blonde woman at her Steering wheel and her tiny daughter on the right side: Petitioner Clinton held onto the steering wheel with his left hand and reached over to Margaret with his right hand, to hold her back from the right door window and overturned his steering wheel hard right and at the same time jammed hard on the brakes and threw our Suburban hard right and off the Pick-up that had previously jammed the pickup in front of her. (15).The parties to the right had analyzed our problem and had cleared barely enough room for us to land and we only traveled about two feet upon clearing the pickup. (1`6).The Suburban and the Trailer had both Broke into a V in their Centers and Pushed the left back door of the suburban about four inches into the Suburban roof. The Suburban front wheels each pointed in opposite directions. (17). Petitioner Margaret had taken a beating and one of the lady drivers of the pickups that clashed, assisted Clinton in helping Margaret into the Bed Room at the rear of the Trailer where she stayed until the Ambulance arrived to take her to the hospital where she stayed until the next day. She is paranoid to travel on the freeways and she is a good driver. She has driven Clinton to the hospital many times to repair injuries received from the wreck. (18). Petitioner Clinton received a broken left wrist and two huge protruding lower inguinal hernias that resulted into continuous medical examinations while waiting for Over eight months for major surgery and also creating the necessity of a Pace-Maker. .I declare under penalty of perjury under the laws of the state of Washington that the foregoing  is true and Correct. # 1. Law Firm of WEIL,GOTSHALL & MANGES, LLP -Law Firm Willful-Malicious Conduct, Directed a Criminal order to Petitioners to cancel this Case within five days or be prosecuted of which Defied Washington State Criminal Laws:**RCW.9A.08.030, RCW 9A.28.040, RCW**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

**9A.28.020.** No.2.Above:Defendants, Recently Transmitted GMC **No.3.: All Business to the Federal Judge, shall be delivered first by Defendants to United States Clerk of the Bankruptcy Court located in the Southern District of New York at Alexander Hamilton Custom House, "One Bowling Green", New York, New York 10004; whom shall then deliver the Briefs and Messages to United States Judge: HONORABLE ROBERT E.GERBER for Response. A & B : Nos. 2 & 4 .A): The Nos. 1 & 3 above conspiring Defendants were believed to be, and therefore alleged to be, all Doing business and officially responsible of safety performance of new and used vehicles as a General** Motors Agency **advertised as a GMC Mr. Good-Wrench Dealership, operated by** Cornforth Campbell **in the City of Puyallup, State of Washington. (B): The No.2 above conspiring "Defendants Law Firm"; is positively ordered to pay an additional Five Million Dollars to Plaintiffs from the Law Firms, Criminal order, to Plaintiffs to cancel General Motors Debt To Plaintiffs within five days or be incarcerated 1,. Nothing Printed in Washington State Law Books have Honored Criminals, or those assisting in Criminal acts such as performed by Defendants.** DEFENDANTS CRIMINAL (CULPABLE) NEGLIGENCE {C). Such Negligence is necessary to incur Criminal Liability; In most jurisdictions , culpable (Criminal) negligence is something more than the slight negligence necessary to support a civil action for damages: 133 N. Y. C., 2d 423, 427. Thus Culpable Negligence, under "Criminal Law", is Recklessness or Carelessness resulting in Injury or Death, as imports a thoughtless disregard of consequence or heedless indifference to the Safety and Rights of Others, 855.E.2d 337,332; See Also Perkins and Boyce Criminal Law 841 (3d ed,1982). Reference to (Cornforth-Campbell acts). Plaintiffs Demand a Grand Jury Trial and to Retain: Requested Monetary Assists for Injuries. 3.Plaintiffs Contemplate Termination of this Case within Five Days & There is a Month End of an Additional Four Days if Questionably Needed. 4.Plaintiffs Motion for the Honorable Judge to take: JUDICIAL OATH OF OFFICE. DEFENDANTS CRIMINAL,CULPABLE NEGLIGENCE.1.1a-.Created by Cornforth-Campbell Agency backed by General Motors Corporation "Mr. Good Wrench 1.1b-Plaintiffs Summons and Complaint and other Briefs placed in the Court Along With many exhibits Correctly define the Agency improper actions that seriously damaged Plaintiffs and Ruptured our lives. Resulting in Plaintiff Clinton continually being in the hospital for surgery's and other physical assist..1.1c-Created paranoia for Margaret on the freeways, and other heavily traveled roads..1.1e- Plaintiff has approximately Forty EXHIBITS ready for the Grand Jury along with 22 TO 24 paged Briefs of the Construction of the crimes continually endangering the General Public and mostly remaining a problem from Automobile Manufacturers and Agency's more interested in numbers to sell, and to make available for repair shops, than they are of providing safety. 1.1f-What you see on the Assembly of any Passenger car, may be deceitful. General Motors has added strength to their Pickups, Vans, and all heavy duty vehicles as ordered by then Chairman, Rick Waggoner before being retired and after he received Plaintiffs First Complaint.1.1g-Mr. Waggoner sent Plaintiffs a Notice that Plaintiffs were Responsible for the increase of Safety needed in the heavy duty vehicles; That he felt it a duty, and  immediately ordered a stronger quality of steel for the frames and stronger quality of steering assembly's of the heavy duty vehicles, plus increased welding on the entire undercarriage.1.1h-Plaintiffs fear that, the changes on passenger type smaller vehicles were not given that consideration. 1.1i- Passenger: "Smaller vehicles" are heavily used by the Largest portion of our nations travelers.1.1j-.We presented our original Summons and Complaint; and recently, have been offered to Clinton by several Factory personally  $15,000.00 to $25,000.00 bonus to Purchase GMC vehicles. 1.1k-.Both Toyota and GMC had to recall ten thousand plus passenger vehicles in year of 2011, because Of Steering and other problems on the roads safety, that should not be tolerated by our Government.1.1l-.Plaintiffs ponder how many of the collisions endured this year, are the result of improperly Constructed Vehicles from any factories, and any make of cars and light trucks, during present and past Several manufacturing years.1.1m. The rumors are that Politicians will not expose Dealers that are generous with funding of politicians. 1.lnI will do my best to change this.2.I plan on attempting to impress Law Makers in Washington State Legislature to install similar automobile check-ups for Brakes, Steering, Vehicle Frames, Bumpers Control, Lights, Etc. and such as are being operated through-out the State for emission control. This could also be good if New Vehicles were demanded to be examined as per ability to hold together in an accident. Too many people are getting injured or killed in auto accidents and part of this is due to Cruise Controls which  should be eliminated removed from all vehicles. If a party is too tired or lazy to drive; He or She should pull over and rest or not be behind the steering wheel. They are a good devise to eliminate many vehicles. You cannot turn them off when in an immediate emergency, to save yourself or your children, when someone cuts across the front of you, or when you attempt to Move out of others malicious maneuvers, or when someone hits you from the back or side.

| | |
|---|---|
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P 4 of 4

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

# EXHIBIT E

FILED

11 DEC 22 PM 2:11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L.Tullis
& The Palimony Relationship
Therof,

           **Plaintiff/Petitioner,**

vs.

All of the Attorneys, and
Insurers and Agency's
affiliated with General
Motors Corp.

          **Defendant/Respondent.**

NO. 10-2-25699-7   KNT

[ ] SEA
[ ] KNT

Parties
All of the Listed With GMC and Affiliates attached.

L:/forms/cashiers/gr14coversheet

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Andrew Pietka   ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)  **ANDREW PIETKA**   C. Date of Delivery

1. Article Addressed to:

MARY - MATO
Universal Underwriter
Insurance Company
P.O. Box 968062
Schaumburg, Ill.
claim no. 425 000 5587
Schaumburg 60196

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

**OCT 5 2011**

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
2966 9272 0000 0901 0101

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

all = Case # 10-2-25699-7    KNT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Bragg   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Bragg   10/6/11

1. Article Addressed to:

General Motors Corp.
Mike Scarowski
P.O. Box 33172
Detroit, Mi.
48232 5772

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 1060 0000 2127 0005

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

all = Case # 10-2-25699-7    KNT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
10/6/11

1. Article Addressed to:

Clerk of the Bankruptcy
Court in the Southern
District of New York
@ Alexander Hamilton
Custom House, one
Bowling Green
New York, New York
10004 - 1408

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7010 1060 0000 2126 9955

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

all = case # 10-2-25699-7    KNT

Honorable Judge Hill

No.10-2-25699-7 KNT

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: *Vita Howard clerks of the United States Bankruptcy court for delivery to Honorable Judge Roberts, Gerber at; Alexander Hamilton Custom House, one Bowling Green, New York, New York 10004-1408* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>RECEIVED ~5 2011<br><br>3. Service Type<br>☐ Certified Mail ☑ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2560 0000 6263 8824 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*CLINTON-M-TULLIS
16300-184th ave S.E.
Renton, WA. 98058-0903*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zurich, claims office
Rancho Cordova,
Universal Underwriters
Insurance Company
P.O. Box 542010
Omaha, Nebraska
68154-8010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7040 4060 0000 2186 9879

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

Case # 10-2-25699-7 KNT

note to clerk along with parties, mail was delivered to:

I thought I had delivered these papers to court clerk.

I am having considerable physical problems.
I will be able to handle the Grandfury case.
My eyes have consistently failed on me & my pace maker has created many cautions & dozens of trips to the V.A. Hospital "as ordered". I me with powerful pills that have recently stabilized my system. I can work about 2 hours on drafting papers & then take time off for 1 to 4 hours at a time. I am getting better with that new power pill and raw fish oil (Norwegian) that increases blood flow & I feel like a new person.
It has been a long road ever since our accident of which was the cause of this terminal & civil case. I most certainly appreciate the judge & you the court clerk tolerance with us & it will make history all the way to Washington D.C.
our case will be won.
I have to put out 9 papers to 9 parties including my self & plans of errand each of which is automatic by one Washington law approving of our combining the removal & civil cases & making the grand jury automatically & again, thank you for your patience,

Clint Tullis

# EXHIBIT F

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. Tullis & Margaret L.
Tullis & the Palamony Relation-
ship thereof.

**Plaintiff/Petitioner,**

vs.

All of the Defendants/and
Respondents that caused bad
Injuries ever lasting to.
Person Physically damaged
bodys and enjoyment of life
**Defendant/Respondent.**

NO. 10-2-25699-7    KNT

[ ] SEA
[X] KNT

Plaintiffs * Petitioners Permanent Physical
Damage is attached.

L:/forms/cashiers/gr14coversheet

Honorable Judge Hollis Hill

1

2

3

4

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF
KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

5

6

Clinton M. Tullis & Margaret L. Tullis
And their Palimony Relationship thereof
                                     Petitioners

No. **10-2-25699-7** KNT

7

No.1.GMC,Mr Good Wrench Agency: Cornforth-Campbell
No.2.General Motors Corporation, "Complicity"
                                     Respondents

8

COMMENCING April-4-03
OBLIGATES Universal
Underwriters Insurance Co.
Until this case is Completed.

9

10

**1. Petitioners Relief Requested** Change trial Date To
1-30-12

Petitioners motion to order to

WA.Civil Rule 56(a): Petitioners Motion For the Court to Issue Summary Judgment o
the liability of Respondents to Pay Petitioners Eighty Seven Million Dollars.
$82,000,000.oo to be determined as follows: No 1 .Respondent: Agency of Cornforth
Campbell GMC Mr. Good Wrench Insurance Company to attribute Maximum of
Insurance commencing April 2003 until final date of closing the Agency Policy
estimated to be year of 20/10 and pervaded by: Universal Underwriters Insurance
Company; Attention of Mary Mato, PO Box 968062 Schsumtusrg, Ill. 60196 Claim
No. 250005587 Phone No. 916-859-2441. She cannot cancel this obligation and must
send copies of all her company's contracts with the Agency of Cornforth-Campbell.
No.2. The balance of the $82,000,000.oo after Insurance determination shall be
paid to Petitioners by General Motors Corporation; Presently through the
responsible hands of the United States Bankruptcy Court: Honorable Judge, Robert
E. Gerber officiating in the Southern District of New York, at Alexander Hamilton
Custom House, One Bowling Green, New York, New York 10004-1408.
Nos.2 Respondents: Attorney's Weil, Gotshal & Manges LLP: Fifth Avenue New
York, New York 10153" and No.2 Brianna Benfield & David R. Berz MLC 1308-I
Street NW Suite 900 Washington DC 20005, Zone 8; Telephone No. (202)682-7000
combined owe $5,000,000.oo Petitioners demand to be paid for their combined
Perjury threatening Petitioners to cancel our case within five days or be
Incarcerated. To resolve this shall also be resolved by the Honorable Judge Robert
E. Gerber for part of General Motors costs for No .2------ assist with General
Motors Bankruptcy determination. Petitioners Motion the Court for an order re:
Respondents to Pay for crimes and unnecessary injury's committed to Petitioners
that created never ending health problems from injury and almost total loss of
annual times with family's. and friends in Colorado, Utah, Idaho, Oregon, Eastern
Washington, Oklahoma and Arizona.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Signed: Renton     (city) Washington     (State) on 9-30-11 Date

*Clinton monroe Tullis*

Signature of Moving Party. or lawyer AWSBA No:

Motion for Order/MTN- P-1 of 3     P ro Se

Clinton Monroe Tullis Petitioner
Print or type name
WPF DRPSCU 01.0050 (6/2006)+

## 11. Statement of Facts/Statement of Grounds

Washington Law: General Motors Corporation Constructive Fraud cannot take Bankruptcy or find other means to hide values.General Motors Corporation and its present affiliates are participating in the Criminal Neglect as formerly committed by the GMC Agency of Cornforth-Campbell whom violated many rules of Facts of law's and Perjury and many dangerous performances considered as extreme Criminal acts as purported in Washington State Court Rules.

## 111.Statement of Issues/Argument

[Clearly and Briefly state the legal issues you want the Court to decide. Print /Type]. General Motors Corporation & Agency of Corn-Forth Campbell conspiring Respondents Complicity advertised as a GMC Mr. Good Wrench Agency; Installed what they declared as a brand new Trailer Brake Control plus handed Petitioners many untrue pages of conditions of perfection allocated to the 1999 Suburban, the Agency performed, to impress a sale of the Suburban. The Interior and exterior gave appearance as brand new and just testing the vehicle for approximately one-half mile appeared as excellent as proclaimed by the Agency Dealership and with the Paper work exhibits they afforded Petitioners. All those papers and the mounting of a so-called: new Trailer Brake Control, gave appearance of excellence. ROAD-DANGEROUS-HYPROCRICY.

**1V. Evidence relied Upon (1)** Petitioners became overwhelmed by the Agency Lies of conditions of the vehicle and the new appearance of the trailer brake Control which almost cost us our lives, and injuries to all vehicles near us that had suddenly stopped simultaneously for about one quarter of a mile from ahead. The papers designated as direct facts from Cornforth Campbell Dealership and the trailer brake control manual book afforded Petitioners by a south Tacoma RV Dealership, show the criminal lies of Dealers of GMC, Mr. Good-Wrench Agency. Papers & books will be available at trial.

**V.LEGAL AUTHORITY:[1].** Petitioners had researched to several RVDealerships for a manual on the trailer brake control and were informed that none had used that type of Trailer Brake Control, for at least 20 years. The Trailer Brake Control collapsed in an Emergency, on a clear day, with moderate speeds and conditions. It could not suffice a moderate distance of use in emergency. As petitioners approached Centralia from the South, we noticed that the road became crowded with vehicles leaving Chehalis for the Freeway running to the North. Petitioners then noticed that all North Bound Vehicles were commencing slowly stopping for approximately one Quarter of a mile ahead. Petitioners commenced to do likewise. The trailer brake control almost immediately collapsed and the trailer began pushing our Suburban, which continued braking until making slow contact upon the stopped vehicle of the left lane ahead that had also bumped into a parked vehicle. Both lanes were suddenly closed, leaving inadequate room for an emergency to be provided in between; until parties stopped in the right lane, noticed our dilemma and moved enough to the right to allow Petitioners vehicle room to stop in between. Petitioners had slowly crawled upon the center of the left pickup with our Suburban and immediately turned the steering wheels to the right, again jammed upon the Suburban Breaks and jumped to the right, stopping, almost immediately without damaging any one and only moving two feet after again being on the Freeway Pavement with all wheels. The Suburban left Channel Frame broke in the left-center and pushed the left center door to cut four inches above the metal top; and the two front wheels steering assembly broke and each of the front wheels were pointing in opposite directions. The

P 2 of 3                    Petitioners Relief Requested

trailer pushed so hard after the trailer brake control quit functioning; The trailer steel frame folded in the center. Petitioners Suburban Brakes held and the wheels burned two long lines, deep into the black pavement for about 175 feet before Petitioners slowly climbed upon and quickly off the vehicle at the left front and then completely stop. Petitioner Clinton having had many years as a mechanic on Tractors, Freight Trucks, and Automobiles (after early discovery of Cornforth Campbell lies of condition of the Suburban), Petitioner pulled all of the wheels off the Suburban & Completely restored the brakes system, Lighting system, Thermostat, Radiator Cap, etc. or we would have died in Centralia. Petitioner Margaret took a real beating from the air bags and jolt from the suburban as it crashed and broke the left channel in the center. She now fears any entry onto a freeway or other fast roads.

## VI.   Proposed Order

Petitioners propose an order for Trial by a Grand Jury. Petitioners will afford each Jurist, General Motors Bankruptcy Judge, Insurance Agent, Attorney's officiating, etc. with a full package of the Criminal Acts allocated to Plaintiffs upon the Purchase of the 1999 Suburban Vehicle from Cornforth-Campbell. Petitioner Clinton M. Tullis, commenced doing farm work at the age of six years because my father had become paralyzed that took him three years to overcome. I walked about a mile to a pasture rented to feed our milk cow that I could draw the milk from, for our family and those we could afford to furnish to some of our family and neighbors. I made a dollar a day in summer time, working in row crop fields and for stacking hay from the age of Six Years. Dad had become paralyzed from rheumatic arthritis and was chair ridden for most of three years. From first driving horses until eight years of age and either driving horses or clumsy tractors, and a used car that chose to quit at any time; I learned from uncles and neighbors the ability to keep the vehicles functioning regardless of troubles. I have worked for Freight Company's as a line mechanic and have worked on heavy duty construction equipment all of which I could drive or repair under any conditions. I have studied law vehemently for many years and learned a lot the hard way. I will never be satisfied that there is nothing else to learn and mostly because of getting ripped off when I trusted Attorney's that I personally knew for some time. I have met some of the worse judges whom will pull some rot of the most rotten tricks to assist him or her to make a political gain. And I will not ever again accept that. I have been in Real Estate since 1967 and a Broker since 1969 and was just contemplating retirement this year. If I do retire, I will go after some unjust enrichments on inventions and other Rip-offs that are not so time consuming and are mostly products trusted to an Attorney whom kept the profit.

P 3 of 3                    Petitioners Relief Requested

# EXHIBIT G

FILED

11 DEC 22 PM 2:11

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
and Their Palamony Relationship
thereof.

**Plaintiff/Petitioner,**

vs.

Law Firn of Weil, Gotshal &
Manges LLP &GMC Complicity

NO. 10-2-25699-7    KNT

[ ] SEA
[X] KNT

**Defendant/Respondent.**

Three Lawyers & General Motors.

_____    **is attached.**

L:/forms/cashiers/gr14coversheet

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HONORABLE JUDGE HOLLIS HILL

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

Clinton M. Tullis & Margaret L. Tullis
and their palimony relationship thereof

No. 10-2-25699-7 KNT

Petitioners

No.3.Law Firm of Weil, Gotshal, & Manges. LLP.&
No.1. General Motors Corporation in complicity

Motion for Order re:
*Petitioner's Relief*
*requested* _____

Respondents

## 1. Petitioners Relief Requested

Washington State. Law=RCW 9A.08.09 & 9A.08.010 & 9A.08.030 General Motors Constructive Fraud: Cannot Take Bankruptcy or find other means to hide values. Weil, Gotshal and Manges failed their attempt to stop Petitioners from getting paid by a Law Suit with General Motors for participating with the Washington State Agency of Cornforth-Campbell in Injuries. **Petitioners now oblige the Law Firm by Demanding Payment of Five Million Dollars** for Violation.

## 11. Statement of Facts/Statement of Grounds

The Law Firm of Weil, Gotshal, and Manges demanded that Petitioners immediately cancel their General Motors Law Suit, pertaining to Damages incurred by General Motors Laxity and Confidence in a Washington State Agency having an astute ability to perform in Sales and Repairs to Purchasers of General Motors Vehicles. Petitioners were warned to be incarcerated within five days if order ignored. Petitioners then reminded the Law Firm that they were not in compliance with Washington State Laws and they would be added to Petitioners Law Suit, accommodating their bullying tactics such as General Motors is joined in Equal **Payment** for Participating in the Criminal Neglect Committed by their Agency of Cornforth Campbell, located in Puyallup, Washington whom violated Rules through Perjury and many Extremely Dangerous Performances, considered as *extreme Criminal Acts* as purported in Washington State Criminal Laws. Absolutely and Needlessly Responsible for Petitioners Automobile Wreck for which Petitioners Have consistently had continuing surgeries and medical assists that may not ever be cured. Upon Reporting to General Motors Leaders with Plaintiffs first Briefs of this Law Suit, The Brake Control failing and causing a collision, compounded by the GMC Suburban Channel Frames and Steering Assembly Easily Collapsing; CHAIRMAN: Mr. Rick Wagner sent Plaintiffs a letter stating that Plaintiffs Complaint inspired him To immediately order Heavier and Sturdier Steel Frames,& Stronger Steering Assembly's; with increased Welding at the Assembly Lines..

Signed _____ RENTON _____ ,[city] WASHINGTON _____ [State] on *12-19-*        Date

*Clinton M. Tullis Pro-SE*          Clinton Monroe Tullis Petitioner/Plaintiff

Signature of Moving Party or lawyer /WSBA No.

Print or type name

Motion for Order(MT)- P-1 of 3

WPF DRPSCU 01.0050 (6/2006)+

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S E Renton. WA 98058-0903

**111. Statement of Issues/Argument**

**{Clearly and Briefly state the legal issues you want the Court to decide. Print or Type.].**

General Motors Corporation and Agency of Corn-forth-Campbell conspiring Respondents complicity, believed to be, and therefore alleged to be, all doing business and officially responsible of safety performance of new and used vehicles as a General Motors Agency advertised as a GMC "Mr. Good Wrench Dealership operated by Corn-forth-Campbell in the City of Puyallup, State of Washington. Corn-forth-Campbell Mounted an out-dated Electronic Trailer Brake Control onto a 1999 General Motors Manufactured, Heavy Duty, Suburban and promised "Petitioners" that the Agency had ordered and would send Purchasers a Book on the usage of the "Newly appearing Trailer Brake Control" as soon as the book Arrived; [This never happened]. Respondents then furnished "Petitioners" with several pages of Assurance and Warranty of the excellent "Like New" condition of the Suburban Vehicle. Petitioners Trusted "Respondents Farce" and purchased the Shining Vehicle after driving it for a short distance and back to the Agency to see how it handled. PETITIONERS WILL AFFORD THE Court and Jury with the receipts of parts, repairs and Two alike Brake Control Books given to Plaintiffs by an angered Recreational Auto and Trailer Dealer in South Tacoma.

**1V.  Evidence Relied Upon  (1.)** Upon Purchase and then driving the Suburban about 25 miles to our Residence @ Maple Valley Heights, Petitioners found the brakes were not adjusted properly and pulled slightly to the left. We then Took it back to the Dealers on the second day and informed their shop manager that the brakes were not holding even. **(2.)**This was side-tracked and Petitioners soon realized that all references and questions to the Dealership sales and Maintenance Parties appeared determined To out smart and overpower Shoppers. The entire Suburban Body "Inside and Out" appeared to have been very carefully Polished. **(3).** Petitioner Clinton Having worked as a Mechanic for several years, prior to entering Real Estate Business. decided to Pull off all of the Suburban wheels; The brake Cylinders, Wheels and Shoes and the Right Front Disk, were all in need of replacement. or repair. Petitioner Clinton had the right front disk machined and Petitioner "Clinton" installed" all new repairs on all four wheels. These worked excellent. But:   **(4).** Petitioners next trip was to Idaho. The engine over heated and the lights did not focus properly. Petitioner Then installed a new Thermostat-Radiator Cap-Head Lamps & Bulbs; after first contacting Respondents whom again lied about our purchased type of vehicle was supposed to heat up for good performance & the headlamps just needed adjusting.=MASSIVE PERJURY FROM RESPONDANTS.**(5).**The Trailer Brake Control mounted by Respondents, appeared to work OK but was not exposed to Emergency usage and Petitioners have not received the promised Trailer Brake Manual.

**V. LEGAL AUTHORITY :(1).** Petitioners went to several dealers to attempt to purchase a manual on the Trailer Brake mounted on our Suburban and were denied a Book Manual as they stated they did not carry the type mounted in our Suburban. Petitioners later found the Trailer Brake Control mounted on the Suburban had not been used by Recreational; Dealers for At least twenty years. **(2).** The Trailer Brake Control Collapsed in an Emergency on a clear day when Petitioners were returning From A weeks vacation with our Daughter, Son in Law and Family on the lower Coast Line of Bandon-Oregon.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing  is true and Correct.

Signed at RENTON _____ [City] WASHINGTON [State] on _12~19~11_

_Clinton Mc Gullis_                           CLINTON MONROE TULLIS    {Date}.
Signature of Moving Party                          Print or Type Name
Motion for order (MT)

P. 2 of 3

(8). A Washington State Patrolman asked, Petitioner Clinton Monroe Tullis, to get in the back seat of his vehicle for a ride. We went to Centralia and turned back and headed North on I-5 Freeway to Show Petitioner Clinton the two (one inch Deep) trails that Petitioners Suburban had carved into the Paved Roadway for almost one hundred fifty feet.

(9). Both lanes were completely closed for at least a quarter of a mile, with no room to pass on the narrow Freeway).Petitioners were almost completely stopped; Then very slowly crawled upon the center of the pick-up with the Suburban left wheels, placing us at about a forty five degree angle and seeing a blonde woman at her Steering wheel and her tiny daughter on the right side; Petitioner Clinton held onto the steering wheel with his left hand and reached over to Margaret with his right hand, to hold her back from the right door window and overturned his steering wheel hard right and at the same time jammed hard on the brakes and threw our Suburban hard right and off the Pick-up that had previously jammed the pickup In front of her. (10). The parties to the right had analyzed our problem and had cleared barely enough room for us to land and we only traveled about two feet upon clearing the pickup. (11). The Suburban and the Trailer had both Broke into a V in their Centers and Pushed the left back door of the suburban about four inches into the Suburban roof. The Suburban front wheels each pointed in opposite directions. (12). Petitioner Margaret had taken a beating and one of the lady drivers of the pickups that had clashed, assisted Clinton in helping Margaret into the Bed Room at the rear of the Trailer where she stayed until the Ambulance arrived to take her to the hospital where she stayed until the next day. She is paranoid to travel on the freeways and she is a good driver. She has driven Clinton to the hospital many times to repair injuries received from the wreck. (13). Petitioner Clinton received medical examinations while waiting for Over eight months for major surgery and also creating the necessity of a Pace-Maker.

### VI.    Proposed Order

[ ] A proposed Order accompanies this motion.

The Physical and mental damages have denied Petitioners their vacations. It prevented us the time and miles necessary to meet and visit our Friends and relatives on their holidays and annual weeks together in Idaho Mountains and also to the Oregon Coast, Eastern Washington and visits to Canada. We only have one life to live and GMC Agency of Cornforth Campbell has denied us at least 90 Percent of our freedom.It stopped our hunting for big Game and for Birds seasons. It stopped us from Ocean fishing atWest port.
We did not cause the dilemma; We have suffered and continue to pay the price Physically and mentally and WE MOST CERTAINLY DESERVE THE PRICE WE DEMAND FROM THIS CASE: No. 10-2-25699-7 KNT

Date: 12-19-11

Signature of Moving Party or Lawyer/WSBA No.
CLINTON - M. - TULLIS
Print or type name
16300 - 184 th ave S.E;
Address
Renton, WA. 98058 - 0903

Notice to party: You may list an address that is not your residential address where you agree to accept legal documents. Any time this address changes while this action is pending, you must notify the opposing parties in writing and file an updated Confidential Information Form (WPF DRPSCU 09.0200) with the court clerk.

# EXHIBIT H

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
& their Palimony Relationship
thereof

                    Plaintiff/Petitioner,

vs.

General Motors Corporation &
Agent of Cornforth-Campbell
Article # 3 of the United
States Constitution.All Cases
involved with criminal acts
shall be tried by Grand Jury.
                    Defendant/Respondent.

NO. 10-2-25699-7 KNT

[ ] SEA
[X] KNT

Article Three of the Constitution          is attached.

L:/forms/cashiers/gr14coversheet

Number Claims for Case for
"Democracy of dominating the
World by dominating the citizens
and finally all peoples of the world
into one

General Motors

**9A.08.030  Corporate and personal liability.** (1) As used in this section:

(a) "Agent" means any director, officer, or employee of a corporation, or any other person who is authorized to act on behalf of the corporation;

This case does coordinate civil & criminal
case. There was much crime committed
by HM's agency of Leanforth Leampbell
article #3 of the United States constitution
all cases having involvement with criminal
acts (crimes) shall be tried by a Grand Jury.
case No. 10-2-25699-7 KNT shall be tried by a
12 person Jury.

# EXHIBIT I

FILED

11 DEC 22 PM 2:11

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

**BEST IMAGE POSSIBLE**

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
and the Palimony Relationship
Thereof

                                    **Plaintiff/Petitioner,**

vs.

Two notices of Improvements
in their newly manufactured          NO. 10-2-25699-7 KNT        [ ] SEA
Vehicles since Clinton Warned                                   [ ] KNT
Them of dangers of instability

                                    **Defendant/Respondent.**

      General Motors Thanking Clinton for
      _____  is attached.
      Warning them of the weakness in their
      Vehicles

exhibit
#13 m A   Juno e-mail printed Thu, 29 Apr 2010 17:51:58 , page 1 of 1

Dear Clinton,

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. Our goal is to exceed every expectation you've set for us. We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty
Vice President, U.S. Marketing

General Motors Company

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here
To view our privacy statement. click here. We cannot reply to all responses to this e-mail
©2010 General Motors | 100 Renaissance Center | 482 A00 MAR | Detroit, MI 48265

2010 General Motors
(100 Renaissance center) 482 A00 Mar (Detroit Mi
48265

Juno e-mail printed Thu, 10 Apr 2008 18:11:28 , page 1 of 2

*exhibit # 13 -B*

*this is a result from le buton m. Trullis 1st complaint of injury & case in court opr. Rick waggoner went right to the assembly lines*

If you are unable to view the images in this e-mail view it in your web browser. To ensure you receive your GM Fleet and Commercial e-mails, please add GM_Fleet_and_Commercial@email.generalmotors.bfi0.com to your Address Book

*and ordered better grade & thicker of iron for frame channels and increased welding plus heavier duty steel for steer assemblies*

Dear Clinton:

For commercial applications that demand GVWRs up to 14,200 lbs,* the new Chevy Express and GMC Savana 4500 Cutaways are the go-to cutaway vans for heavy duty jobs.

GO TO GMFLEET.COM

VEHICLE SHOWROOM

CURRENT OFFERS

The Express and Savana offer greater towing and RV adaptation† with their best-in-class available 9,050 lbs‡ payload,** 20,000 lbs GCWR, and 6.0L gas V8. Improvements to their body structure include added spot welds, structural adhesives, and increased metal gauge thickness to meet the requirements for demanding duty cycles.

*this was commenced after HMC received the Summons & complaint from Plaintiffs*

Check out the Chevy Express 4500 Cutaway and GMC Savana 4500 Cutaway >>

**CONTACT US**
If you have questions regarding GM's products or services, click here for contact information.

# EXHIBIT J

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
& The Palimony relationship
Thereof

                    **Plaintiff/Petitioner,**

vs.

Universal Underwriters Insure
Co. & Complicity of GMC.                NO. 10-2-25699-7   KNT        [ ] SEA
                                                                     [✗] KNT

                    **Defendant/Respondent.**

Grand Jury determination For Verdict.          **is attached.**

L:/forms/cashiers/gr14coversheet

## CERTIFICATE OF SERVICE

Case Name: *Tullis Clinton M.* v. *General Motors Corp - Detroit MI. and Comfort Lampel Puzalley ma.*

Case No.: 10-2-25699-7  KNT

**IMPORTANT:**  2 copies of this brief and any attachments must be sent to ALL parties in this case.  Please list below the names and addresses of the parties who were sent a copy of your brief and the dates on which they were served.  Be sure to sign the statement below.

I certify that a copy of this brief and any attachments was served, either in person or by mail, on the persons listed below.

*Clinton M. Tullis*
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| 1. Mary mato Insurance Co. of Universal Underwriters | P.O. Box 768062 Schaumberg, Ill. 60196 / P.O. Box 768062 | 10-5-11 |
| 2. Mips Pearsowski of Aoto | P.O. Box 33172 Detroit Mi - 48234 5772 | 10-5-11 |
| 3. Clerk of the Bankruptcy Court, in southern district of New York at alexander, Hamilton Custom house one bowling green new york new york 10004-1408 | | 10-5-11 |
| 4. Zurich Claims Office Rancho Cordova universal Underwriters Insurance Company P.O. Box 54 2010 Omaha Nebraska | | 10-5-11 |

It took the Post office a couple of weeks to run down 2 of those parties

# EXHIBIT K

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

---

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L Tullis
and the Palimony Relationship
Thereof

**Plaintiff/Petitioner,**

vs.

Three pages Criminal acts of
General Motors and Cornforth-
Campbell Complicity

NO. 10-2-25699-7    KNT    [ ] SEA
                                  [X] KNT

**Defendant/Respondent.**

Three Pages Applicable of Respondants
Crimes Commited
_____    is attached.

L:/forms/cashiers/gr14coversheet

A.08.010 *H.M.C. for Emily*

9A-08.020

**Liability for conduct of another—Complicity** *or for.* A person is guilty of a crime if it is committed by conduct for which he is legally accountable.

*Complicity*

**9A.08.030 Corporate and personal liability.** (1) As used in this section:

(a) "Agent" means any director, officer, or employee of a corporation, or any other person who is authorized to act on behalf of the corporation;

(b) "Corporation" includes a joint stock association;

(c) "High managerial agent" means an officer or director of a corporation or any other agent in a position of comparable authority with respect to the formulation of corporate policy or the supervision in a managerial capacity of subordinate employees.

(2) A corporation is guilty of an offense when:

(a) The conduct constituting the offense consists of an omission to discharge a specific duty of performance imposed on corporations by law; or

(b) The conduct constituting the offense is engaged in, authorized, solicited, requested, commanded, or tolerated by the board of directors or by a high managerial agent acting within the scope of his employment and on behalf of the corporation; or

(c) The conduct constituting the offense is engaged in by an agent of the corporation, other than a high managerial agent, while acting within the scope of his employment and in behalf of the corporation and (i) the offense is a gross misdemeanor or misdemeanor, or (ii) the offense is one defined by a statute which clearly indicates a legislative intent to impose such criminal liability on a corporation.

(3) A person is criminally liable for conduct constituting an offense which he performs or causes to be performed in the name of or on behalf of a corporation to the same extent as if such conduct were performed in his own name or behalf.

(4) Whenever a duty to act is imposed by law upon a corporation, any agent of the corporation who knows he has or shares primary responsibility for the discharge of the duty is criminally liable for a reckless or, if a high managerial agent, criminally negligent omission to perform the required act to the same extent as if the duty were by law imposed directly upon such agent.

(5) Every corporation, whether foreign or domestic, which shall violate any provision of RCW 9A.28.040, shall forfeit every right and franchise to do business in this state. The attorney general shall begin and conduct all actions and proceedings necessary to enforce the provisions of this subsection. [1975 1st ex.s. c 260 § 9A.08.030.]

*VERY IMPORTANT*

**CRIME** a wrong that the government has determined is injurious to the public and that may therefore be prosecuted in a **criminal proceeding.** Crimes include **felonies and misdemeanors.** A common law crime was one declared to be an offense by the developed case law of the common law courts. Today all criminal offenses are exclusively statutory in nearly every American jurisdiction. See **infamous crime.**

**CRIMEN FALSI** (krī-mĕn făl'-sē) Lat.: a **crime** of deceit. In common law a crime involving falsehood and fraud. Having committed such a crime generally disqualified a person as a **witness** in a judicial proceeding. Examples of *crimen falsi* include forgery, **perjury,** subornation of perjury, suppression of testimony, conspiracy in the absence of a witness and fraudulent making or alteration of a document.

*P-1 of 3 on Crimes committed by Comfort Campbell*

**CRIMINAL COERCION** the common law offense of **extortion** has been broadened by modern statutes to encompass any person who, acting with purpose to restrict unlawfully another's freedom of action to his or her detriment, threatens to commit any criminal offense, accuse anyone of a criminal offense, expose any secret tending to subject any person to hatred, contempt, or ridicule, impair his or her credit or business repute, or threatens to take or withhold action as an official, or cause an official to take or withhold action. Common law extortion was limited to the corrupt collection of an unlawful fee by an officer acting under color of office with no proof of threat, force, or duress required. If property is obtained as the result of criminal coercion, the conduct then constitutes **theft** by extortion since that form of theft encompasses today any conduct that is now proscribed by the criminal coercion statute. See **coercion.**

**NEGLIGENCE** failure to exercise that degree of care which a person of ordinary prudence (a **reasonable man [person]**) would exercise under the same circumstances. The term refers to conduct which falls below the standard established by law for the protection of others against unreasonable risk of harm. It does not comprehend conduct recklessly disregardful of the interests of others. Restatement, Second, Torts §282.

**CONCURRENT NEGLIGENCE** the wrongful acts or omissions of two or more persons acting independently but causing the same injury. The independent actions do not have to occur at the same time, but must produce the same result. The actors are all responsible for paying the damages, and can usually be sued together in one lawsuit or individually in separate lawsuits.

**CRIMINAL [CULPABLE] NEGLIGENCE** such negligence as is necessary to incur criminal liability; in most jurisdictions, culpable [criminal] negligence is something more than the slight negligence necessary to support a civil action for damages. 133 N.Y.S. 2d 423, 427. Thus, culpable negligence, "under criminal law, is recklessness or carelessness resulting in injury or death, as imports a thoughtless disregard of consequences or a heedless indifference to the safety and rights of others." 85 S.E. 2d 327, 332; see also Perkins & Boyce, circumstances. See id. §283. Negligent conduct may involve either a) an act that the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another, or b) a failure to do an act necessary for the protection or assistance of another and which the actor is under a duty to perform. See id. §284.

**ACTUAL [COMPENSATORY; GENERAL] DAMAGES** those damages directly referrable to the breach or tortious act; losses which can readily be proven to have been sustained, and for which the injured party should be compensated as a matter of right.

**DOUBLE [TREBLE] DAMAGES** twice [or three times] the amount of damages that a court or jury would normally find a party entitled to, which is recoverable by an injured party for certain kinds of injuries pursuant to a statute authorizing the double [or treble] recovery. See 6 Fed. Cas. 892, 893. They are intended, in certain instances, as a kind of punishment for improper behavior. See **EXEMPLARY [PUNITIVE] DAMAGES** below.

**EXEMPLARY [PUNITIVE] DAMAGES** compensation in excess of actual damages; a form of punishment to the wrongdoer and excess enhancement to the injured; nominal or actual damages must exist before exemplary damages will be found and then they will be awarded only in instances of malicious and willful misconduct.

**ARTICLE III**
Section 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services a Compensation, which shall not be diminished during their Continuance in Office.

Section 2. [1] The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States,

[3] The trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

*Present case no. 10-2-25698-7*

Cases
(Formerly 92k45)

Municipal court should decide constitutional questions if they are raised. W.S.A. Const. Art. 7, §§ 2, 14; W.S.A. 755.045.

[2] Criminal Law 110 ⊂⊃ 88

110 Criminal Law
110VIII Jurisdiction
110k85 Courts Invested with Criminal Jurisdiction
110k88 k. Municipal and Other Local Courts. Most Cited Cases
(Formerly 92k45)

Once municipal court is created, its power is not that of administrative agency created by legislature, but rather is judicial power as part of unified court system, and, thus, municipal court has inherent authority to decide constitutionality of city ordinances. W.S.A. Const. Art. 7, §§ 1 et seq., 2.

[3] Constitutional Law 92 ⊂⊃ 2450

92 Constitutional Law
92XX Separation of Powers
92XX(C) Judicial Powers and Functions
92XX(C)1 In General
92k2450 k. Nature and Scope in General. Most Cited Cases
(Formerly 92k67)

Judges 227 ⊂⊃ 24

227 Judges
227III Rights, Powers, Duties, and Liabilities
227k24 k. Judicial Powers and Functions in General. Most Cited Cases
Judicial oath taken by municipal judge obligates judge to perform judicial duties in manner prescribed by Constitution, including determining constitutionality of legislation when legislation is challenged on that basis, but judicial power comes *from oath but from Constitution*

DOUBLE [TREBLE] DAMAGES twice [or three times] the amount of damages that a court or jury would normally find a party entitled to, which is recoverable by an injured party for certain kinds of injuries pursuant to a statute authorizing the double [or treble] recovery. See 6 Fed. Cas. 893. They are intended, in certain instances, as a kind of punishment for improper behavior. See EXEMPLARY [PUNITIVE] DAMAGES below.

EXEMPLARY [PUNITIVE] DAMAGES compensation in excess of actual damages; a form of punishment to the wrongdoer and excess enhancement to the injured; nominal or actual damages must exist before exemplary damages will be found and then they will be awarded only in instances of malicious and willful misconduct.

DAMAGE see injury; Irreparable injury [DAMAGE, HARM].

DAMAGES monetary compensation which the law awards to one who has been injured by the action of another; recompense for a legal wrong such as a breach of contract or a tortious act. There are various measures used for calculating damages, including diminution in value and cost of completion. Compare specific performance.

ACTUAL [COMPENSATORY; GENERAL] DAMAGES those damages directly referrable to the breach or tortious act; losses which can readily be proven to have been sustained, and for which the injured party should be compensated as a matter of right.

---

still you have not proved your case against me." [1] Courts are reluctant to grant a motion for a directed verdict. They usually feel that the jury *should hear the* defendant's case and render a verdict on the basis of all the evidence. Occasionally, however, the motion is granted and the case is dismissed. *"non compensate"*

If the defendant is denied his request for a directed verdict, he must proceed to place his evidence before the jury. His witnesses are introduced one by one, examined, and turned over to the plaintiff's counsel for cross-examination.

In the examination of a witness either attorney may object to a question asked by the other attorney. The court will either overrule or sustain the objection. The party against whom the court rules usually *takes exception* to the court's ruling in order to preserve the objection in case of an appeal.

ARGUMENTS TO THE JURY. After all of the evidence is in, the attorneys for the plaintiff and the defendant argue the case before the jury. Each side is allowed the same amount of time. The attorney for the plaintiff *opens* and *closes* the arguments. Attorneys must confine their *argument to the evidence in the case.*

INSTRUCTIONS TO THE JURY. As soon as the arguments of counsel are concluded, the judge instructs or charges the jury on the law applicable to the case.

VERDICT. The jury then retires to consider its verdict. In a criminal case a verdict of guilty must be unanimous. In civil cases, in most states, nine of the twelve jurors may render a verdict. After reaching a verdict the jurors return to the court room, and in the presence of the judge, the parties, and their attorneys, the foreman reads the verdict. Upon the request of either party the jury may be *polled*; that is, each juror may be separately asked whether *this is his verdict.*

JUDGMENT. On the basis of the verdict the judge renders his judgment. The wording of the judgment is important. Consequently, the judge may avail himself of the services of the attorneys in its preparation.

Occasionally the attorney for the losing party files a motion with the court for a *judgment non obstante veredicto* (notwithstanding the verdict). In behalf of such motion the attorney argues that on the basis of the evidence in the case the verdict was obviously for the wrong party. *non-compensate*

---
[1] It will be noted that a motion for a directed verdict resembles a demurrer in important respects. In some jurisdictions, indeed, such a procedural move is called a *demurrer to the evidence*, a term handed down from the early common law. In other jurisdictions it is called a motion to exclude the evidence from the jury or a nonsuit.

---

DUE DATE time fixed for payment of debt, tax, etc.

PERJURY criminal offense of making false statements under oath or affirmation; at common law, only a willful and corrupt sworn statement made without sincere belief in its truth, and made in a judicial proceeding regarding a material matter, was perjury. Today, statutes have broadened the offense so that in some jurisdictions any false swearing in a legal instrument or legal setting is perjury, even if it is not material and even though it is not presented in a judicial proceeding. See Perkins & Boyce, Criminal Law 511 (3d ed. 1982); Model Penal Code §241.1. See also subornation of perjury.

*Case # 10-J-25688-7*

*P-2 of 3*

*this entire page refers to Crimes committed*
*& agency & manufacturer joint responsibility*
*complicity*                                        *page # 2*

13. We Trusted The Sales Agent and Office Personnel and their contracts or we would not have Purchased the Vehicle.

14. "Management had no intent to adhere to their signed agreements."

15. A recent acquired Washington State Commitment of Law states: There is no limitation on litigation awards to an injured party.

16. This is qualified as to AID AND ABET: To actively, knowingly, or purposely facilitate or assist another individual in the attempted or attempted commission of a crime.

17. Aiding and abetting is characterized by Affirmative Criminal Conduct and is not established as a result of omissions or negative acquisance. 24 A 2d 85, 87.

18. Compare Accessory: One who Aids or contributes in a secondary way or assists in or contributes to crime as subordinate. See 216 So. 2d 829, 831.

19. The failure to report the commission of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or Avoiding Apprehension for Crime.

20. (Apprehension: To seize, to arrest, to understand, to fear, filled with dread, suspicious). Complicity "mens rea" Accomplice; Liability is shared. Common "Mens rea": and Criminal Purpose is shared between Agent and Principal; See 233 P 2d 347.

21. (a). Intent: A person acts with intent or intentionally when he acts with the objective or purpose to accomplish a result which constitutes a crime.

   (b) Knowledge: A person knows or acts knowingly or with knowledge when:
   (1) he is aware of a fact, facts, or circumstances or results described by a statute defining an offense;
   (2) or he has information which would lead a reasonable man in the same situation to believe that facts exist which facts are described by a statute defining an offense.
   (c) Recklessness: A person is reckless or acts recklessly when he knows of or disregards a substantial risk that a wrongful act may occur and his disregard of such a substantial risk is a gross deviation from conduct that a reasonable man would exercise in the same situation.

22. Criminal Negligence:
   (a) A person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation from the standard of care that a reasonable man would exercise in the same situation.
   (b) Substitute for Criminal Negligence:
   (1). Recklessness and Knowledge. When a statute provides that criminal negligence suffices to establish an element of an offense,
   (2). Such element also is established if a person acts intentionally, knowingly, or recklessly. When recklessness suffices to establish an element;
   (3) Such element also is established when a person acts intentionally or knowingly.
   (4) When acting knowingly suffices to establish an element, such element also establishes if a person acts intentionally.

23. Chapter RCW:9A.08.020; which advocates the Liability for Conduct of another: Complicity.
   (a) A person is guilty of a Crime if it is committed by the conduct of another person for which he is legally accountable.
   (b) Allows six years for Statute of Limitations.

24. Chapter RCW:9A.04.100.
   (a). This also applies to Agency and Corporations. The Corporation is also held or shares responsibility for Agents Acts
   (b). Allows Ten years for Statute of Limitations.   *10 years*

25. Letter to Cornforth Campbell on June 16, 2003; This letter was hand written and done in haste after returning home from one of the four visits to Cornforth Campbell to get them to correct mechanical problems discovered and getting nothing but rhetoric from their representatives for an answer.
   (a). The engine in a six mile run from East of Kent to Maple Valley Heights (pulling a 7,000 pound trailer); ran the water temperature to 280 degrees.
   (1). I want the fan belt and the thermostat removed;   *For testing or securing*
   (2). then the water jacket reinstalled and filled with water;   *functions*

P-3 of 3

*Case # 10-2 - 25699-7*

# EXHIBIT L

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. & Margaret L. Tullis
& their Palamony Relationship
Thereof

**Plaintiff/Petitioner,**

vs.

GMC Mr. Good Wrench and
General MOtors Corporation

NO. 10-2-25699-7KNT

[ ] SEA
[ ] KNT

**Defendant/Respondent.**

Petitioners Motion to Order Change of Trial Date
to 1-30-12 **is attached.**

L:/forms/cashiers/gr14coversheet

COMPLAINT

HONORABLE JUDGE Hollis Hill

## Superior Court of Washington
## County of KING

In re:
Clinton M. & Margaret L. Tullis
& the Palimony relationship
thereof.                          Petitioner(s),
       and
Universal Underwriters Insurance
Co. attn:Mary Mato& complicty of
General Motors Corporation Respondent(s).

No. 10-2-25699-7   KNT

Motion for Order re

Grand Jury Determination
(Optional Use) for Verdict on
(MT) $87,000,000.00 Case.

### I. Relief Requested

Clinton and Margaret Tullis _____ [Name of party] moves the court for an order re:
below.

Lifetime Injuries from Criminal Acts:RCWs ~~granting the following relief~~
→ [explain what you want the court to order] RCW-9A.08.09, RCW-9A.08.010, RCW-9A.08.030
Payment as purported in the existing Summons and Complaint Plus
added contempt recently performed by General Motors Attorney's
that did not comply at all With Washington State Criminal Acts.
that Damaged Petitioners for life-Time

### II. Statement of Facts/Statement of Grounds

[Clearly and briefly state the facts upon which you base your case. Print or type.]
GMC Agency designated as GMC Mr. Good-Wrench showed Petitioners
a Vehicle,GMC SUBUREAN, that the Agency of Cornforth Campbell
Had Polished and set in their Vehicle Yard as ready for sale in
a near perfect condition for which appeared to represent an
excellent solution for Petitioners use to tow a beautiful Recreational
Wilderness Trailerfor our annual visits to relatives and friends
in several States of the United States.The VEhicle was only ready
for the Junk Yard. An absolute Danger to anyone near,on road,
street, or sidewalk, etc.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and
correct.

Signed at RENTON _____, [City] WA. [State] on 11-9-11 [Date].

_Clinton M. Tullis_ PRO SE   CLINTON-M.-TULLIS
Signature of Moving Party or Lawyer/WSBA No.   Print or Type Name

Motion for Order (MT) - Page 1 of 2
WPF DRPSCU 01.0050 (6/2006)

In Reality; The Vehicle (GMC SUBURBAN) was only ready for display
The Entire Body (Inside and Out) had a POLISHED Appearance
That made it Look like It had just came from the Factory
Assembly Lines. The Brakes, Lights, Thermostat, Radiator Cap, Battery
etc. were totally SHOT.

**II. Statement of Issues/Argument**

[Clearly and briefly state the legal Issues you want the court to decide. Print or type.]

Petitioners were assured by several Party's during the financing
and the installing a New trailer brake control for Petitioners
intended usage of pulling a Wilderness Trailer, any time or any
Place. We were furnished several pages of Warranty and perfection
of the vehicle. Upon finding the brakes were not responding
Properly, Petitioners reported to the Cornforth-Campbell Dealer-
Ship Agency and they denied there was any question of the
stability of the brakes, lights, battery, cooling system, over
heating, etc and Plaintiff new he Had to do his own work or
get rid of the deficient vehicle. We had been duped.

**IV. Evidence Relied Upon**

[Clearly identify the evidence you want the judge to consider with your motion. Print or type.]

1. Defendant Plaintiff (Petitioners) done a complete renewal of the
entire braking system of the Suburban. The purchase of parts
and a small portion of the light system assistance with a parts
Dealer plus. Installation of many parts badly needed were performd
by Petitioner Clinton or we would not have been safe anywhere.

**V. Legal Authority**

[Cite the legal authority you rely upon. Print or type.]

Petioners found many discrepancies each short trip to Eastern
Washington, or Oregon, or Idaho that Petitioner had to Purchase
and install parts for safety and reliability. Petitioners have
included the billings in the many papers of several areas we
purchased parts and installed them.

**VI. Proposed Order**

[] A proposed Order accompanies this motion.     on 1st page

We Waited Several Weeks for the Promised Books on the Trailer
Brake Control that the Auto Agency had Promised us and have not
Received to This Day From The DEalership. This Caused Us to have
a Very Bad Wreck on June 22, 2003 and Injuries demanding
Attention Consistantly at the Hospital.

Notice to party: You may list an address that is not
your residential address where you agree to accept
legal documents. Any time this address changes
while this action is pending, you must notify the
opposing parties in writing and file an updated
Confidential Information Form (WPF DRPSCU
09.0200) with the court clerk.

Signature of Moving Party or Lawyer/WSBA No.
Clinton M. Tullis
Print or type name
*Clinton M. Tullis*
Address 16300, 184th ave. S.E.
Renton Washington 98058-0903

Clinton M. Tullis and Margaret L. Tullis
and the patrimony relationship thereof as ProSe
16300-184th ave S E. Renton WA 98058-0903

# EXHIBIT M

FILED

11 DEC 22 PM 2:11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

BEST IMAGE POSSIBLE

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton and Margaret Tullis
and the Palimony relationship
thereof

Plaintiff/Petitioner,

vs.

General Motors in Complicty
Corporation
Universal Underwriters
Insurance Company
Law Firm of Weil,Gotshal &
Manges

Defendant/Respondent.

NO. 10-2-25699-7 KNT

[ ] SEA
[X] KNT

*G m C complicity & Insurance* bd is attached.

L:/forms/cashiers/gr14coversheet

Honorable Judge: Hollis Hill

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING
AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

CLINTON M. TULLIS & MARGARET L. TULLIS                    Case NO. 10-2-25699-7 KNT

Petitioners

Insurance Agency to pay Cornforth-
Campbell agreement from 4-23-03
1. LAW FIRM OF WEIL,GOTSHAL & MANGES LLP
& Brianna Benfield with David R. Berz MLC
2. General Motors Corporation
3. Universal Underwriters Insurance Company

General Motors Corporation and Cornforth
Campbell Insurance Agency to pay $82,000,000.oo
to end of this trial

Criminal act of wrongfully demanding Petitioners
to close their case or be placed in Jail because
Of GMC Bankruptcy & must pay $5,000,000.oo
Insured Liability of Cornforth Campbell: 2003 to 2011

Respondents

(1). .Petitioners mail to be Delivered to the Office of the Clerk of the United States Bankruptcy Court, in

the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, New York,

New York10004-1408.The Clerk is to deliver to Honorable United States Bankruptcy Judge: Robert E.

Gerber.

(2). Zurich: Universal Underwriters Insurance Company of Rancho Cordova Claims Office Executive,

at Omaha Nebraska 68154-8010 of whom should forward the details to Mary Moto Insurance Co.if owner.

(3).. General Motors Corporation Headquarters Chief Executive: Post Office Box 33172 Detroit ,Mi.
482325772.

(4) Weil,Gotshal & Manges Defendants/Respondents: Plaintiffs reply to their miscalculated contempt of

which Plaintiffs/Petitioners had resolved this case from Crimes committed by General Motors and Agency

of Cornforth-Campbell and the same errors are now accompanying Weil, Gotshal and Manges. Those

Rules are very definite of disallowing Bankruptcy from General Motors Corporation and or Cornforth-
Campbell. Plaintiffs/Petitioners are educated to Respondents Case and Bankruptcy Procedure. I read and

study the Washington State and Local Court Rules and the Federal Court Rules and Constitutional Laws.

-1-of-6

Clinton M. and Margaret L. Tullis PrOSe
16300-184th ave S.E. Renton, WA 98058-0903
Phone & Fax 425-226-7389 or ph. 206-713-4950

(5). You bring into fact of commencing trial in Pierce County. The Court was very sloppy and evidently knew the family's involved. That is their problem. I don't meddle with a biased idiot in a Judges seat The Pierce County Property Records Center has been approached many times since Plaintiff joined the List of Realtors in 1967.and the Pierce County Phone Directory shows the present population names consist mostly from Campbell, containing about one/half of the North Pierce County Population. including the city of Tacoma.

(6)My Change to my home area in King County is very practicable including a ten year or even more if needed of statute of Limitations for suffering the never ending Physical results of Cornforth Campbell Indignity

(7).. By the way; The Pierce County Records and the North County Records Show that the name of Campbell, Whom was the first settlers in the 19th century have the telephone book at about one/half with the name of Campbell and I surmise that many of their siblings have married to parties with other names. (The name of Cornforth may be attributed to that conclusion., This most likely contributed to the Female Judge to procrastinate with the Plaintiffs./Petitioners. She was supposed to see us at eight AM on the day of our so-called hearing to give us the Hearing Devices essential for me which was a bust. She was supposed to personally have the Hearing device in her Court-Room prior to any parties seating.

(7a).That morning, Plaintiffs arrived and requested the hearing devises at the Clerks office.. Petitioners needed Hearing Aids and was told that the judge was supposed to get them from a small room on the Main level by 8:30 AM and she didn"t show up until about Eight-Thirty Five.

(8). She then had Petitioners stand at the small room front window or door that surprisingly, did not appear as open, and of which we were informed that the Hearing assist equipment was at the back of the room and we were to wait until she came right back with it. We waited for about one-half hour. She then had us follow her upstairs to her Court.

(9).She threw us completely off guard when we entered the room and found six people waiting for us. The judge and the opponents appeared to already have performed their conclusion and pounded it right down our throats.

(10) We did not have a chance to survive the ordeal. It was planned. Other attempts for continuance and a common Trial was not allowed under any and all circumstances. The trial was not necessary in Pierce

P-2-of-6

Clinton M. and Margaret L. Tullis Pr0Se
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

County as the Wreck of Plaintiffs accident was in the Lewis County Lying to the South of Pierce County and Plaintiffs had won that Decision at the City of Chehalis Court considerations of The Wreckage.

(11). We live in the South end of King County and this case merits that we do not have to adhere to a Court in any other County, and the Case is a Criminal and Injury Case that Statute of Limitations allows 10 years or more if needed to fight it out.

(12)..The Crimes committed to the Never Ending Injuries of Petitioners/Plaintiffs are a continuing fact and hopefully will survive the worse of tests being appointed every month by different categories of Doctors. Each appointment has been essential and has kept me from four to Eight Hours considering traveling time to and from and wait on other injured or professional parties in the operating rooms or taking cat scans of whuch I have to again face on December 20, 2011 and maybe even longer because of other patients injured/, or other medical professional parties may be swamped..

(13). For instance: Plaintiff is to get another Scan at 12 pm on December 20th and to see the Doctor at one pm the same day. Plaintiff was to see an eye Clinic Doctor at 9AM, December 13th.. I didn't get home until 4/50 PM.

(14).I Clinton have continually needed medical attention ever since our road accident, not our fault.

(15). I have been a Professional Man since 1967 and a Member of AMOJ until recently, from where I received a lot of information from The Top Judges of the United States; whether just retired or renaming in Federal Court.

(16) Much of my contact was with Judges that also scowled at the abuse by the Legal system. I have hired an Attorney to collect money owed to me and know they lied when they declared the Real Estate Broker had been consulted and informed him that they were going to take bankruptcy and had only offered to pay me $1800.00 Dollars and if I accepted the offer, I would come out better and he would only charge me $400.oo. I accepted it and several years later, found that they had paid the Attorney friend of mine the full $18,000.oo. This is how most, or at least many of them work.

(17). I plan on hiring a Student of Law to work on some Unjust Enrichments and I plan on acommadating as soon as this Trial is perfected and the injury's properly paid for. Yes, I do know of a local Federal Judge Whom sold us to a newly graduated Attorney that could not believe his negative decision.

(18) On returning from an Oregon Coast Camp Out for one week after visiting relatives in Idaho, Eastern

P-3-Of-6

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or pg. 206-713-4950

Oregon, and Colorado after going to a Grand Daughters Graduation from Eastern Washington at Spokane Gonzaga University. We have not been able to go to see any of them since our mistake of Purchasing a GMC Suburban from Cornforth Campbell Perjury.

(19) In the State of Washington, The GMC Bankruptcy Case positively does not affect Plaintiffs/ Petitioners. The Bankruptcy does not affect those Parties that have suffered from Criminal Committed Injury's; and that was proven for Cornforth Campbell Agency of General Motors Corporation assistance with procuring Vehicles and Advertising of GMC Mr. Good Wrench as part of the conglomeration.

(20). I have noticed that GMC has changed its signs in this area and I believe they will all be changed to better comply with more honest attention than was used by Cornforth Campbell and can not be forgiven by the injured.

(21) Weil,Gotshal and Manges were the apparent leader to the younger Persons in the handling of the General Motors Company Bankruptcy and pressing them to frighten Petitioners. We do not intend to squabble with them, and you of Weil, Gotshal and Manges at the present are welcome to discus the amount to be placed on Contract of Financial Penalty to be accepted to resolve your part of the case and will need some excellent history of your past and capability of paying for your insults either in immediate cash or a definite Legal approved Long term Contract Signed by each of your Firm and each to adhere to the responsibility. Yes! have been a Real Estate Broker since 1969. I am soon to become 87 years old and may renew my license for another couple of years. I have trusted too many in the past and have paid the price even when customers needed a home for family;

(22).I also worked as a Mechanic for many years and decided to change when one of our 55 mechanics Was close to 60 and looked out a shop window at some one visiting and parked a new car. He stated that some day, he was going to have a new car. Soon after that, I changed jobs and went into carpentering. And then stepped up to Real Estate in 1967 and became a Broker in 1969.

(23) I have used my commission to help People purchase. I have helped family and have been severely creamed for trusting them to control the group purchase of high rated Commercial Property's and they kept my portion upon large sales. They are like any greedy; They think we are too old to need those assets. We will not complain but we will go South or East when they go North..

(23). Until you look at yourself in a mirror and make a better determination for your monetary settlement,

P-4-Of-6

Clinton M. and Margaret L. Tullis PrOSe
16300-184th ave  S.E. Renton, WA 98058-0903
Phone & Fax· 425-226-7399 or ph. 206-713-4950

You may be stuck with the former demand. This is better than I will do with General Motors of whom has already improved their manufacturing process from the information I gave them at the start. I only need to know How Much Insurance Premium did or does Cornforth Campbell Possess from the year of 2003 to 2011. I never knowingly started a Conflict, But I certainly have ended a few real Battles.

Sincerely, Clinton M. Tullis.

(24).Oh, by the Way: Do you own your own home, Where is it; What is it Worth; Thank You for comforting and informing me..

(25). I worked as a top mechanic in many fields of vehicles. Construction Equipment, Farming equipment etc. I am interested in talking to GMC; Chrysler and Ford for positive Simple improvements to sell their vehicles. We must keep our own citizens at work.. .

9260. I want to write a book on my life.(26) Yes; A Good Part of my life, I learned farming and beginning mechanical work until I was given notice to show up at the Washington Military Base in the following spring of World War 2. We were very poor and my dad was not in the best physical condition, so getting a homestead; after driving a horse up and down Grand dads Cornfields and other row crops in Nampa Idaho, In spare time, I watched Uncles working on their vehicles and I learned how they kept them rolling. learned when very young, that, you have to look ahead of and at every problem to help make the World A better place to live in. World Wide Attorney majorities have woven into Actions of DISGRACE.

There is many factions establishing groups to Politically eradicate Attorney Policies and bring Democracy Back to its original intent of enjoyable living. If you laugh at this statement; Then you have not gotten a good education, other than methods Of chiseling and Robbing of all categories of citizens. It has taken three hundred years to get the Attorney's in full control of Robbing the Public and citizens thereof. I predict it will not last another 100 years.

(26). Brianna Benfield and David R. Berg : You Attempted to Place me into a bad position when you ordered me to Drop my Case against General Motors Corporation. Even worse, I believed that you were affiants of Weil, Gotshal and Manges. in making that threat of placing me in jail. I knew it was a hoax as They cannot take Bankruptcy against a person that has rightfully declared Crimes involved by the Party Without paying for those Crimes. Weil, Gotshal; and Manges in anger for me hitting them for values declared for that useless accusation, have indicated it was your idea, just as well or without their intent.

P-5-Of-6

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ⑥. 206-713-4950

I have placed them as debtors to me that owe me $5,000,000.oo. In this event, I will change the values of t he debt to one-half for each of you: meaning at $2,500,000.oo each. Negotiating for a long term will cause the negotiation to cement.  I believe the Grand Jury Trial will commence on 1-30-12 but do not have proof as yet. It may be earlier or later. I will keep you posted.

Sincerely Yours,  Clinton M.  Tullis
16300-184th ave. SE  Renton, WA. 98058-0903

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

P-6-Of-6

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave  S.E. Renton, WA 98058-0903
Phone & Fax· 425-226-7399 or ph. 206-713-4950

# EXHIBIT N

FILED

11 DEC 22 PM 2:11

KING COUNTY
SUPERIOR COURT CLERK
KENT, WA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. Tullis and
Margaret L. Tullis
and Palamony Thereof
                        **Plaintiff/Petitioner,**

vs.

Law Firms of Weil, Gotshal &
Manges. Plus Brianna Benfield
and David R. Berz MLC            NO. 10-2-25699-7 KNT          [ ] SEA
                                                                ☒ KNT

                        **Defendant/Respondent.**

Petitioners Answer to Weil, Gotshal, Manges Fraud is attached.

L:/forms/cashiers/gr14coversheet

Honorable United States Bankruptcy Court Judge

ROBERT E. GERBER

Honorable King County Washington State Judge

Hollis Hill

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

CLINTON M. and MARGARET L. TULLIS
And The Palimony Relationship Thereof

Petitioners

No. 1. General Motors Corporation in Complicity
No. 2. Universal Underwrites Insurance Company
No. 3. Law Firm of Weil, Gotshal and Manges

Respondents

Case No.10- 2-25699-7 KNT

Motion for Order re:
Never Ending Damages to Petitioners
Penalties: Nos. 1 & 2 $82,000,000.00
No.3. --------$ 5,000,000.00

1.  I am now planning on correcting what appears as a large criminal Agency that has been spreading and collecting Insurance on a Policy that is not on an honest list.
2. The GMC judge of the Federal Court and the Judge of king County Court I am presently involved with, may enjoy and spread their wings for a cure. I will help all I can. The Defendants (Cornforth Campbell) Long Term Insured, Hopefully tmay be entirely by the Insurance Company of: Universal Underwriters Insurance Company: Post Office Box 542010, Omaha Nebraska 68154-8010 Insured inclusively commencing 2003 through 2011. , to contact Rancho Cordova Claims Office: Telephone Number= 916-859-2470 : FAX No. 402-963-5011: Or: zdm.Claims@ zurichna.com : As preference and follow up on their Admissions of Contracts during tenure of Cornforth Campbell and General Motors Inc. has shared total debt responsibility
3. I plan to assist but am occasionally, surprisingly blinding out, which at times cripples my productivity of which is what is happening now. I will have to hang up for at least an hour.
4. The several Doctors that have conditional control of my anatomy have prescribed potent drugs beneficial to various parts of my anatomy and they do bother memory, perturbing me; and relaxing of some short time challenges.
5. I will be capable of facing a 12 person Jury and look forward to working with the Judges to augment a very essentially necessary new look at the potent Dangerous Automobile Industry That has about 75 to 90 percent control over Automobile Owners and closer to One Hundred Percent of Injuries and Deaths caused by Auto Factories and Dealers Deadly Short-Cuts. This Corruption results, Points to possibility's to you and me Every Day: Period.
6. The proper effects of our Trial dated for 1/9/12 has already changed some by oversight and demand at the Assembly Lines at General Motors by "Chief Rick Waggoner" upon receipt of Petitioners First Brief; Rick ordered the Assembly Lines to Increase GMC Frame And Steering Size and Strength, plus more welding and Steering and Frames connections.

INSURANCE

Page: 1-of-2

Clinton M. and Margaret L. Tullis PrOSe
16300-184th ave. S.E. Renton. WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

1

7. Mr. Waggoner was the first Executive Fired off GMC Calendar. One Wonders Why. The Pick-ups and Trucks are much stronger; but are the Passenger Cars. I would like an answer and may get one from a new owner of a Renton GMC Dealership. He may get fired from GMC, but I doubt it. He may investigate the facts and if they are strengthened, They will certainly make a grand advertiser.

8. I Plan on sending GMC a copy of this Brief, exploiting this trustworthy factor and hope.

9. The United States Court Clerk Should send the Universal Underwriters Insurance Company if Possible, a demand for copies of their Insurance Policy's agreements with Cornforth Campbell of Puyallup, Washington.

10. The only Cornforth Campbell business that seemingly prevails is a Large  Flashy, Wreck Repair Building located on East second Street in Puyallup, Washington..

11. There is a Large New Service Station appearing like a Truck Stop at the original Location of their former, Large GMC Automobile Agency.

12. I will soon have time to Go to City of Tacoma, To their new County Records Department and obtain the ownership and other data such as a sale or just a change. Cornforth-Campbell has no outside references that I could detect in passing by.

13. The Pierce County Telephone Book is like looking at a Dead Horse.

14. The city of Tacoma is rapidly changing and looks like it is cleaning up as well as expanding.

15. The Pierce County Records Building has considerably expanded and is readily available. It used to look like Cowboys were wearing Boots and any need of properties had to first clear the mud and then you might find someone that would drag out a series of maps to research for location, planned usage and difficulties endured for construction permits. The changes in the area was absolutely astonishing.

Sincerely,

        CLINTON M. TULLIS
Phone: 425-226-7399
16300-184th S.E.
Renton, WA 98058-0903

*Clinton M. Tullis*

INSURANCE
Page-2-of-2

Clinton M. and Margaret L. Tullis PrOSe
16300-184th ave. S.E. Renton. WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

2

planned. Other attempts for continuance and a common Trial was not allowed under any and all circumstances. The trial was not necessary in Pierce County as the Wreck of Plaintiffs accident was in the County Lying to the South of Pierce County and Plaintiffs had won that Decision at the City of Chehalis Court considerations of The Wreckage.

We live in the South end of King County and  this case merits that we do not have to adhere to a Court in any other County, and the Case is a Criminal and Injury Case that Statute of Limitations allows 10 years or more if needed to fight it out.

The  Crimes committed to the Never Ending Injuries of  Petitioners/Plaintiffs are a continuing fact and will survive the best of tests.

The GMC  Bankruptcy Case positively does not affect Plaintiffs/Petitioners. The Bankruptcy does not affect those Parties that have suffered from Criminal Committed  Injury's; and that was proven for Cornforth Campbell Agency of General Motors Corporation assistance with procuring Vehicles and Advertising of GMC Mr. Good Wrench as part of the conglomeration. The methods used by Cornforth Campbell can not be forgiven by the injured.

(6) Weil,Gotshal and Manges were the apparent leader to the younger Persons in the handling of the General Motors Company Bankruptcy and pressing them to frighten Petitioners. We do not intend to squabble with them, and you of Weil,Gotshal and Manges at the present are welcome to discus the amount of Financial Penalty to be accepted to resolve your part of the case.

Until you look at yourself in a mirror and make a better determination for your monetary settlement, You may be stuck with the former demand. This is better than I will do with General Motors of whom has already improved their manufacturing process from the information I gave them at the start. I only need to know How Much Insurance Premium did or does Cornforth Campbell Possess from the year of 2003 to date. I never knowingly started a Conflict, But I certainly have ended a few real Battles. Sincerely, Clinton M. Tullis. Oh, by the Way: Do you own your own home, Where is it What is it Worth. Thank You for reminding me.

Sincerely: Clinton M. Tullis

*[Handwritten letter:]*

Weil Gotshal & Manges

It appears to me that you had ordered the Brianna Benfield & David R Berg to order me to Back off & n le Bankruptcy so you might not be responsible of failure.

Well: this is what it amounts to. My case comes from general motors & agency of Cornforth & campbell committing several criminal acts to clinton & margaret Tullis. factory or hen any one or an agency or person be be. etc commits a crime, they can instantly of a crime. caught up & could as or of commission in their go through this disallows them to include me in their case their case of Bankruptcy. It is not difficult. I will include Brianna and David into the case with you, but if you asked them to attempt to oblviate us, then all of you are equally responsible. I will win my case. If not now, It will happen in a few months and you will be one of the first that I approach. to whip us. You are not going may still us but the crimes performed on us gives us

Have a good christmas CMT

Clinton M. and Margaret L. Tullis ProSe
16300-164ᵗʰ ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

many year most file the case
2 to file the case

Honorable Judge: Hollis Hill

. I Clinton M. Tullis am the Author and Owner. Someone assisting me sometime ago must have set this up

Case No. 10-2-25699.7 KNT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

CLINTON M. TULLIS & MARGARET L. TULLIS

Petitioners

LAW FIRM OF WEIL,GOTSHAL & MANGES

Respondents

No. 10-2-25699-7 KNT

Petitioners Answer to:
Weil,Gotshal & Manges
Fraud

(1).Petitioners mail to be Delivered to the Office of the Clerk of the United States Bankruptcy Court, in the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, New York, New York10004-1408.The Clerk is to deliver to Honorable United States Bankruptcy Judge: Robert E. Gerber.
(2). Zurich: Universal Underwriters Insurance Company of Rancho Cordova Claims Office Executive, at Omaha Nebraska 68154-8010.
(3). General Motors Corporation Headquarters Chief Executive: Post Office Box 33172 Detroit, Mi. 482325772.
(4) Weil,Gotshal & Manges Defendants/Respondents: Plaintiffs reply to their miscalculated contempt of which Plaintiffs/Petitioners had resolved this case from Crimes committed by General Motors and Agency of Cornforth-Campbell and the same errors are now accompanying Weil, Gotshal and Manges. Those Rules are very definite of disallowing Bankruptcy from General Motors Corporation and or Cornforth-Campbell. Plaintiffs/Petitioners are educated to Respondents Case and Bankruptcy Procedure. I read and study the Washington State and Local Court Rules and the Federal Court Rules and Constitutional Laws.
(5). You bring into fact of commencing trial in Pierce County. The Court was very sloppy and evidently knew the family's involved. That is their problem. I don't meddle with a biased idiot in a Judges seat The Pierce County Property Records Center has been approached many times since Plaintiff joined the List of Realtors in 1967.and the Pierce County Phone Directory shows the present population names consist of Cornforth or Campbell, containing about one/half of the North Pierce County Population. including the city of Tacoma. My Change to my home area in King County is very practicable including a ten year or even more if needed of statute of Limitations for suffering the never ending Physical results of Cornforth Campbell Indignity. By the way; The Pierce County Records and the North County Records Show that the name of Campbell, Whom was the first settlers in the 19th century have the telephone book at about one/half with the name of Campbell and I surmise that many of their siblings have married to parties with other names. The name of Cornforth may be attributed to that conclusion., This most likely contributed to the Female Judge to procrastinate with the Plaintiffs./Petitioners. She was supposed to see us at eight AM on the day of our so-called hearing which was a bust. She was supposed to ge Petitioners their needed Hearing Ads on the Main level and she didn''t show up until after Eight-Forty Five. She then had Petitioners stand at the small room door of which had the Hearing assist equipment. She then had us follow her upstairs to her Court. She threw us completely off guard when we entered the room and found six people waiting for us. The judge and the opponents appeared to already have performed their conclusion and pounded it right down our throats. We did not have a chance to survive the ordeal. It was

P 1 of 2

Weil,Gotshal & Manges Fraud

Clinton M. and Margaret L. Tullis ProSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950

# EXHIBIT O

FILED

11 DEC 22 PM 2: 11

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

**BEST IMAGE POSSIBLE**

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M. Tullis & Margaret L.
Tullis and the Palimoney
Relationship Thereof

**Plaintiff/Petitioner,**

vs.

General Motors Corporation
and Criminal Laws. The Rules
of the Courts in Washington

NO. 10-2-256989-7   KNT

[ ] SEA
[ ] KNT

**Defendant/Respondent.**

Rules of The Courts of Washington _____   is attached.

L:/forms/cashiers/gr14coversheet

*Honorable Judge Hollis Hill*

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF KING

No.10-2-25699-7 KNT

**1. Petitioners Relief Requested:** General Motors Corporation in Complicity with Agency performing Washington State Criminal Laws.RCW 9A.08.09 & 9A.08.010 & 9A.08.030.a Portion thereof; Cannot Take Bankruptcy or find other means to hide values. Petitioners: Motion the Court to order full payment to Petitioners from General Motors Corporation, Based on the Merits of the Case as follows; GMC Agency **"Comforth-Campbell" Based Any and All Errors to be Protected by Contract with Universal Underwriters Insurance Company Headquarters in Nebraska.[2]** General Motors Corporation recently informed the United States Federal Judge of GMC Bankruptcy Case, that GMC responsibility's have been Met, and GMC will afford Funds to Pay all Parties through the Office of HONORABLE JUDGE ROBERT E.GERBER. All messages, Questions and Mail pertaining to the Bankruptcy case shall first be delivered to the Bankruptcy Court Clerk in the Southern District of New York at Alexander Hamilton Custom House, One Bowling Green, NewYork, New York,10004-1408 whom shall deliver All Claims to HONORABLE JUDGE ROBERT E. GERBER [3]. The Law Firm of Weil, Gotshal,and Manges LLP,Chosen as United States Bankruptcy Respondents demanded that Petitioners immediately cancel their General Motors Law Suit, pertaining to Damages incurred by General Motors Laxity and Confidence in A Washington State Agency having an astute ability to perform in Sales and Repairs to Purchasers of General Motors Vehicles. Petitioners were warned to be incarcerated after five days, if the order was ignored. Petitioners then informed the Law Firm of Weil, Gotshal & Manges that they were not in compliance with Washington, State Laws and they would be added to Petitioners Law Suit for an additional Five Million Dollars, FOR their bullying, illegal tactics. Upon Reporting to General Motors Leaders with Plaintiffs first Briefs of this Law Suit, The Brake Control failing and causing a collision, compounded by the GMC Suburban Channel Frames and Steering Assembly Easily Collapsing; CHAIRMAN: Mr. Rick Wagoner immediately sent Plaintiffs a letter stating that Plaintiffs Complaint inspired Mr. Wagoner To immediately order Heavier and 4.General Motors Corporation obligation to pay its share for the never ending physical damages Sturdier Steel Frames,& Stronger Steering Assembly's; with increased Welding at the Assembly Lines.. performed and eradicating Petitioners ability to survive the Legal Process; Also amid Agency of Com- forth-Campbell conspiring Respondents complicity, believed to be, and therefore alleged to be, all doing business and officially responsible of NON safety performance of used vehicles as a General Motors Agency advertised as a GMC "Mr. Good Wrench Dealership operated by Corn-forth-Campbell in the City of Puyallup, State of Washington. **1V. Evidence relied upon:** Clearly identify the evidence you want the judge to consider with your motion. Print or type.] Declaration of : Petitioners: now know Com-forth- Campbell Mounted an out-dated Electronic Trailer Brake Control onto a 1999 General Motors Man Heavy Duty, Suburban and amongst Perjuring the Suburban Condition of Excellence promised "Petitioners" that the Agency had ordered a Book on the Trailer Brake Control ability And would provide it by mail, immediately upon receiving it. This has not happened to date. And Petitioners later were informed by a Recreational Vehicle Dealership that type of Trailer Brake Control had not been used in over 20 years as it would collapse if attempted to use in an emergency with updated Automobiles and modern Trailers. This information was afforded to Petitioners after having a very serious slow speed accident.

Signed_____ RENTON_____ [city] WASHINGTON____ [State] on __11-2-11____ Date

_(signature)_ Pro-SE        Clinton Monroe Tullis Petitioner/Plaintiff

Signature of Moving Party  or lawyer /WSBA No.        Print or type name

Motion for Order(MT)- P. 1 of 3        WPF DRPSCU 01.0050 (6/2006)+

V.[Cite the legal Authority you rely upon [Print or type.]

Upon Petitioners driving North on I-5 and arriving about ¼ of a mile from the Chehalis Cut Off, We observed many vehicles stopping in both narrow "North bound lanes" of the paved Freeway. We immediately commenced stopping. The Suburban had new brakes including wheel cylinders and the trailer brake control had been working real good, but never had to be used instantly as was the event just acquired. All of a sudden, Petitioners felt a surge and applied the Suburban Brakes to their full capacity. The last one-hundred feet of pavement showed two lines about one inch deep into the pavement and Petitioners were almost stopped when approaching the two vehicles that had collided in the left lane and there was no room to pass between the two lanes. We very slowly climbing upon the center of the rear pickup that was not able to move because they had already collided and Petitioner Clinton could see a blonde woman at the steering wheel and a little girl sitting on the right side and in desperation and fear of being a bomb and noticing Petitioner Margaret jammed against the right front window by the air bag; Petitioner Clinton grabbed her head and held it back to the steel frame between the right front and rear doors and at the same time turned the steering wheel fully to the right and again jammed the Suburban brakes real hard. The people to the right had noticed we were in trouble and pulled as far a they could to the right which allowed Petitioners to land the Suburban between the two lanes and stopped in less than two feet. Petitioner Clinton Jumped out of the Suburban and ran around to Petitioner Margaret and with the help from the lady that had formerly been hit in the left lane, took Margaret to the rear door of our Wilderness Trailer and helped her to get in and rest on the Trailer Mattress until an ambulance arrived to take her to the Centrailia hospital. Petitioner then seen the Suburban had been totaled. The Suburban frame had broken on the left side upon crashing to the roadway off the Pickup. The left rear door had been forced upwards for about six inches. The Suburban Front Wheels were pointing in opposite directions. Clinton had a Broken Left wrist caused by the steering wheel and Two huge lower abdominal hernias caused by the energy used of which could not be repaired for about eight months and has continually physically suffered ever since with a Pace Maker, loss of hearing, loss of teeth, Eyes out of focus: Every thing that most of our relatives and friends could not believe because of the "Newly appearing Trailer Brake Control". The book never Arrived; [This never happened] Respondents had furnished "Petitioners" with several pages of Assurance and Warranty of the excellent Like New" condition of the Suburban Vehicle. Petitioners Trusted "Respondents Farce" and purchased the Shining Vehicle after driving it for a short distance and back to the Agency to see how it handled. PETITIONERS WILL AFFORD THE Court and Jury with the receipts of parts, repairs and Two alike Brake Control Books given to Plaintiffs by an angered Recreational Automotive vehicle and Trailer Dealer in South Tacoma. V1.    Evidence Relied Upon (1.) Upon Purchase and then driving the Suburban about 25 miles to our Residence @ Maple Valley Heights, Petitioners found the brakes were not adjusted properly and pulled slightly to the left. We then Took it back to the Dealers on the second day and informed their shop manager the the brakes were not holding even. (2.)This was side-tracked and Petitioners soon realized that all references and questions to the Dealership sales and Maintenance Parties appeared determined To out smart and overpower Shoppers. The entire Suburban Body "Inside and Out" appeared to have been very carefully Polished. (3). Petitioner Clinton Having worked as a Mechanic for several years, prior to entering Real Estate Business. decided to Pull off all of the Suburban wheels; The brake Cylinders, Wheels and Shoes and the Right Front Disk, were all in need of replacement. or repair. Petitioner Clinton had the right front disk machined and Petitioner "Clinton" installed" all new repairs on all four wheels. These worked excellent. But:   (4). Petitioners next trip was to Idaho. The engine over heated and the lights did not focus properly. Petitioner Then installed a new Thermostat-Radiator Cap-Head Lamps & Bulbs; after first contacting Respondents whom again lied about our purchased type of vehicle was supposed to heat up for good performance & the headlamps just needed adjusting.=MASSIVE PERJURY FROM RESPONDANTS.(5).The Trailer Brake Control mounted by Respondents, appeared to work OK but was not exposed to Emergency usage and Petitioners have not received the promised Trailer Brake Manual. (6). Petitioners went to several dealers to attempt to purchase a manual on the Trailer Brake mounted on our Suburban and were denied a Book Manual as they stated they did not carry the type mounted in our Suburban. Petitioners later found the Trailer Brake Control mounted on the Suburban had

Signed _____ RENTON _____,[City] WASHINGTON _____ [State] on ___ 11-2-11 ____ Date

_Clinton M. Tullis_ Pro-SE        Clinton Monroe Tullis Petitioner/Plaintiff

Signature of Moving Party  or lawyer /WSBA No.        Print or type name

Motion for Order(MT)- P-2 of 3        WPF DRPSCU 01.0050 (6/2006)+

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave, S.E. Renton, WA. 98058-0903

not been used by Recreational; Dealers for At least twenty years. (7). The Trailer Brake Control Collapsed in an Emergency on a clear day when Petitioners were returning From A weeks vacation with our Daughter, Son in Law and Family on the lower Coast Line of Bandon-Oregon.    (8). Petitioners were on their way North to home in Renton Washington and had stopped in Vancouver, WA. to fill up the Suburban forty gallon gas tank.(9). Petitioners headed North on Highway I-5 and the Traffic was not overloaded and traveling at fifty Miles per hour was not challenged in either lane except on Occasion a heavily loaded freight truck would slow down considerably on climbing up a steep hill in the right lane and we moved to the center lane until reaching the top of the hill. (10).When we arrived near Chehalis, WA.,- Vehicles were moving in and out in a hurry either to enter Chehalis or to leave after their lunches & Petitioners determined to take the inner lane to avoid those in a hurry to increase traffic.(11). As Petitioners approached Centralia, We observed traffic slowing down and could soon see traffic commenced to rapidly slowing down on the inside Lane. Petitioner, Clinton had easily applied our brakes until reaching about two hundred feet from the nearest stopped vehicles, (12).Then I put my foot heavily on the Suburban Brakes until almost stopping, but feeling the trailer pushing us until reaching a pick-up in the left lane that had already crashed into a pick up in front of her.(13). A Washington State Patrolman asked, Petitioner Clinton Monroe Tullis, to get in the back seat of his vehicle for a ride. We went to Centralia and turned back and headed North on I-5 Freeway to Show Petitioner Clinton the two (one Inch Deep) trails that Petitioners Suburban had carved into the Paved Roadway for almost one hundred fifty feet.(14). Both lanes were completely closed for at least a quarter of a mile, with no room to pass on the narrow Freeway).Petitioners were almost completely stopped; Then very slowly crawled upon the center of the pick-up with the Suburban left wheels, placing us at about a forty five degree angle and seeing a blonde woman at her Steering wheel and her tiny daughter on the right side: Petitioner Clinton held onto the steering wheel with his left hand and reached over to Margaret with his right hand, to hold her back from the right door window and overturned his steering wheel hard right and at the same time jammed hard on the brakes and threw our Suburban hard right and off the Pick-up that had previously jammed the pickup in front of her. (15).The parties to the right had analyzed our problem and had cleared barely enough room for us to land and we only traveled about two feet upon clearing the pickup. (16).The Suburban and the Trailer had both Broke into a V in their Centers and Pushed the left back door of the suburban about four inches into the Suburban roof. The Suburban front wheels each pointed in opposite directions. (17). Petitioner Margaret had taken a beating and one of the lady drivers of the pickups that had clashed, assisted Clinton in helping Margaret into the Bed Room at the rear of the Trailer where she stayed until the Ambulance arrived to take her to the hospital where she stayed until the next day. She is paranoid to travel on the freeways and she is a good driver. She has driven Clinton to the hospital many times to repair injuries received from the wreck. (18). Petitioner Clinton received a broken left wrist and two huge protruding lower inguinal hernias that resulted into continuous medical examinations while waiting for Over eight months for major surgery and also creating the necessity of a Pace-Maker.I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and Correct.

# 2. Law Firm of WEIL,GOTSHALL & MANGES, LLP ——— Law Firm Willful-Malicious Conduct, Directed
Representing GMC through: Motors Liquidation Co.     a Criminal order to Petitioners to cancel this
DEFENDANTS     Case within five days or be prosecuted
# 3. GENERAL MOTORS CORPORATION     No.3. Cannot Take Bankruptcy or find other means
Combined with No1 above   DEFENDANTS     to hide Values: Defied Wa. State Criminal
LawsRCW.9A.08.030, RCW 9A.28.040, RCW 9A.28.020
#2.Above:Defendants, Recently Transmitted GMC     No.4.All Business to the Judge shall be filed through
Defendants to Officiating Bankruptcy Court Judge:     the United States Clerk of the Bankruptcy Court
HONORABLE ROBERT E.GERBER     for the Southern District of New York at
To dispose of General Motors Bankruptcy Debts     Alexander Hamilton Custom House, "One
Bowling Green", New York, New York 10004.

Signed_____ RENTON ,[city] WASHINGTON [State] on 11-2-11 Date

_Clinton M. Tullis_ Pro-SE    Clinton Monroe Tullis Petitioner/Plaintiff

Signature of Moving Party  or lawyer /WSBA No.    Print or type name

Motion for Order(MT)- P-3 of 3    WPF DRPSCU 01.0050 (6/2006)+

Clinton M  Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184ᵗʰ ave, S.E. Renton, WA. 98058-0903

# EXHIBIT P

FILED

12 JAN -6 AM 9: 14

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

Clinton M & Margaret L
Tullis

**Plaintiff/Petitioner,**

vs.

General Motors Corp.
& Weil, Gotshal, & Manges

**Defendant/Respondent.**

NO. 10-2-25699-7    [ ] SEA
[X] KNT

_____ is attached.

Weil Gotshal & Manges mail receipts of notice
Brianna Benfield & David R. Berz mail receipts
universal underwriters Insurance Company
counsel Zurich Universal underwriters Insurance Co.
receipts
1 pages of notice of mailing & fees
2 pages of Delivery to Bankruptcy Court Judge
Mary Foto of universal      Robert Gerber
                    Underwriters Insurance Co.

L:/forms/cashiers/gr14coversheet

receipts Returns from P.O. NO. 10-2-25699-2-
KNT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARY - MATO
universal underwriter
Insurance Company
P.O. Box 968062
Schaumburg, ill's
claim no. 420 080 5587
Schaumburg 60196

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Andrew Pietka
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
ANDREW PIETKA

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

OCT 5 2011

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
2966 9272 0000 0907 0707

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: claims office
Zurich, Rancho Cordova,
universal underwriters
Insurance Company
P.O. Box 542010
Omaha, Nebraska
68154-8010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7010 1060 0000 2126 9879

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zurich, claims office
Rancho Cordova,
Universal Underwriters
Insurance Company
P.O. Box 542010
Omaha, Nebraska
68154-8010

2. Article Number
(Transfer from service label)   7010 1060 0000 2186 9878

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

No10-2-25699-7
KNT

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

Case # 10-2-25699-7  KNT

I thought I had delivered these papers to court clerk.

I am having considerable physical problems. I will be able to handle the Grandfunk case — my eyes have consistently failed on me & my pacemaker has created many cautions & dozens of trips to the VA Hospital as ordered. I me with — They have recently afforded me with powerful pills that have recently stabilized my system. I can work about 2 hours in drafting papers & then take time off for 1 to 4 hours at a time. I am getting better with that new power pill and raw fish oil (Norwegian) that increases blood flow & I feel like a new person.

It has been a long road every inch our accident of which was the cause of this terminal & civil case. I most certainly appreciate the judge & you the court clerk tolerance with us & it will make history y all our case will be won & it will be won to Washington D.C.

I have to put out 9 papers to 9 parties including myself & plans of errand first of which is automatic by one Washington law approving of our combining the criminal & civil cases to making the grand jury automatically & again, thank you for your patience.

Clint Tullis

No.10-2-25699-7 KNT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Vito Honored clerg of the United States Bankruptcy court for delivery to Honorable Judge Robert E. Gerber at: Alexander Hamilton Custom House, one Bowling Green, New York, New York 10004-1408*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

RECEIVED
OCT - 5 2011

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7007 2560 0000 6263 8824

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*CLINTON—M—TULLIS
16300—184 th ave S.E.
Renton, WA. 98058—0903*

Certified
Label #:        70101670000070107704
                ========
Issue PVI:              $6.83

*NO. 10-2-25699-7 KNT*

— Total: —              ==========
                        $35.84

Paid by:
Debit Card              $35.84
  Account #:    XXXXXXXXXXXX0312
  Approval #:   905204
  Transaction #:    262
  23903510071
  Receipt#:     001364
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
************************************
************************************


Order stamps at usps.com/shop or
call 1-800-Stamp24.  Go to
usps.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************


Bill#:1000201757316
Clerk:05

All sales final on stamps and postage
 Refunds for guaranteed services only
      Thank you for your business

    Note: Express Mail refund
 restrictions in effect for mailing
      dates Dec. 22 - 25
************************************
************************************
    HELP US SERVE YOU BETTER

          Go to:
  https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
************************************
************************************

RIVERTON HEIGHTS
SEATTLE, Washington
981889998
5476210036-0098
12/20/2011 (800)275-8777 03:24:10 PM

*150.20 - 2 - 25689 - 7 - KNT*

================================
========= Sales Receipt =========

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|

================================

WASHINGTON DC 20005                    $1.68
Zone-8 First-Class
Large Env
4.20 oz.
Expected Delivery: Fri 12/23/11
Return Rcpt (Green                     $2.30
Card)
Certified                              $2.85
Label #:      70101670000070107728
                          ========
Issue PVI:                             $6.83

OMAHA NE 68154                         $1.68
Zone-6 First-Class
Large Env
4.40 oz.
Expected Delivery: Fri 12/23/11
Return Rcpt (Green                     $2.30
Card)
Certified                              $2.85
Label #:      70101670000070107735
                          ========
Issue PVI:                             $6.83

NEW YORK NY 10004                     $10.20
Zone-8 Priority Mail
1 lb.  1.30 oz.
Expected Delivery: Thu 12/22/11
Return Rcpt (Green                     $2.30
Card)
Certified                              $2.85
Label #:      70101060000021271316
                          ========
Issue PVI:                            $15.35

NEW YORK NY 10153                      $1.68
Zone-8 First-Class
Large Env
4.90 oz.
Expected Delivery: Fri 12/23/11
Return Rcpt (Green                     $2.30
Card)
Certified                              $2.85
Label #:      70101670000070107704
                          ========
Issue PVI:                             $6.83

                          =========
Total:                                $35.84

Paid by:
Debit Card                            $35.84
  Account #:      XXXXXXXXXXXXX0312
  Approval #:     905204

SUMMONS

n M. Tullis and Margaret L Tullis
alimony relationship thereof as ProSe
th ave, S E. Renton, WA, 98056-0903

NO. 10-2-25699-7-KNT

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK NY 10153

| | | |
|---|---|---|
| Postage | $ | $1.68 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $6.83 |
| Total Postage & Fees | $ | 6.83 |

USPS RIVERTON STATION
DEC 20 2011
SEA WA 98188-9998

Sent To _Weil Gotshal & Manges_
Street, Apt. No.; or PO Box No. _767 - Fifth Avenue_
City, State, ZIP+4 _New York, New York 10153_

PS Form 3800, August 2006    See Reverse for Instructions

7010 1670 0000 7010 7704

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20005

| | | |
|---|---|---|
| Postage | $ | $1.68 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83 |

USPS RIVERTON STATION
DEC 20 2011
SEA WA 98188-9998

12/20/2011

Sent To _Brianne Banfield & David R Boz_
Street, Apt. No.; or PO Box No. _708 8 St NW Suite 980_
City, State, ZIP+4 _Washington DC 20008_

PS Form 3800, August 2006    See Reverse for Instructions

7010 1670 0000 7010 7728

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK NY 10004

| | | |
|---|---|---|
| Postage | $ | $10.20 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $15.35 |

USPS RIVERTON STATION
DEC 20 2011
SEA WA 98188-9998

12/20/2011

Sent To _By the Southern District of New York Clerks Office_
Street, Apt. No.; or PO Box No. _Alexander Hamilton House_
City, State, ZIP+4 _One Bowling Green New York, New York 10004-1408_

PS Form 3800, August 2006    See Reverse for Instructions

7010 1670 0000 2127 1316

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

OMAHA NE 68154

| | | |
|---|---|---|
| Postage | $ | $1.68 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83 |

USPS RIVERTON STATION
DEC 20 2011
SEA WA 98188-9998

12/20/2011

Sent To _Zurich Universal Underwriter Insurance Co. Company_
Street, Apt. No.; or PO Box No. _PO Box 54010_
City, State, ZIP+4 _Omaha, Nebraska 68154-8010_

PS Form 3800, August 2006    See Reverse for Instructions

7010 1670 0000 7010 7735

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: _Universal Zurich Underwriters Insurance Co._

_Post office Box 54010_

_Rancho Cordova Claims office_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
B. Received by (Printed Name) _Tori Carlise_    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

USPS

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merch
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7010 1670 0000 7010 773

PS Form 3811, February 2004    Domestic Return Receipt

No. 10 - 2-25699-7-KNT

**NDER: COMPLETE THIS SECTION**

omplete items 1, 2, and 3. Also complete
m 4 if Restricted Delivery is desired.
int your name and address on the reverse
o that we can return the card to you.
tach this card to the back of the mailpiece,
on the front if space permits.

cle Addressed to:

'eil, Hotchat f
manzeo
- Fifth avenue

New York, New York
10153

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    f    Noener

☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☑ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7010 1670 0000 7010 7704

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540