**NEW PRESENTMENT DATE AND TIME: February 9, 2012 at 9:45 a.m. (Eastern Time)**
**NEW OBJECTION DEADLINE: February 2, 2012 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Post-Effective Date Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
MOTORS LIQUIDATION COMPANY, et al.,                        :    09-50026 (REG)
      f/k/a General Motors Corp., et al.                   :
                                                           :
                              Debtors.                     :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF PRESENTMENT ON**
**MTECH ASSOCIATES, LLC'S MOTION TO DEEM CLAIM ALLOWED UNDER**
**11 U.S.C. 502(A) AND BANKRUPTCY RULE 3001(F)**

PLEASE TAKE NOTICE THAT

MTech Associates, LLC's Motion to Deem Claim Allowed Under 11 U.S.C. 502(a) and Bankruptcy Rule 3001(f) (ECF No. 11261) (the "**Motion**"), which was originally scheduled to be presented to the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on January 18, 2012 at 9:45 a.m. (Eastern Time), has been adjourned to **February 9, 2012 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new response deadline shall be **February 2, 2012 at 4:00 p.m. (Eastern Time)**.

US_ACTIVE:\43899226\01\72240.0639

Dated: New York, New York
January 10, 2012

/s/ Kathleen H. Klaus
Kathleen H. Klaus
Admitted *Pro Hac Vice*

MADDIN, HAUSER, WARTELL,
   ROTH & HELLER P.C.
28400 Northwestern Highway, Third Floor
Southfield, Michigan 48034
Telephone:  (248) 359-7520
Facsimile:  (248) 359-7560

Attorneys for Creditor
M-Tech Associates, LLC