If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any), and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                              :
In re                                         :        **Chapter 11 Case No.**
                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.,*     :        **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*  :
                                              :
                        **Debtors.**          :        **(Jointly Administered)**
                                              :
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 18, 2012 AT 9:45 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS**

1.    Motion of Post-Effective Date Debtors and Motors Liquidation Company GUC Trust for Entry of Order Pursuant to 11 U.S.C. Sections 105(A) and 1142(B) and Fed R. Bankr. P. 7012(B) and 9014(C) (I) Directing the Tullises to Dismiss the Debtors and Their Attorneys from Pending Action with Prejudice; and (II) Enforcing Prior Orders of this Court by Enjoining the Tullises from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (**ECF No. 11212**)

Responses Filed:

A.    Opposition Brief (Copy) with Certificate of Service filed in the Superior Court of the State of Washington in and for the County of King at Maleng Regional Justice Center Located in the City of Kent filed by Margaret L. Tullis, Clinton M. Tullis (**ECF No. 11270**)

Replies Filed:

B.      Reply of Motors Liquidation Company GUC Trust in Support of Their Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) and Fed R. Bankr. P. 7012(b) and 9014(c) (I) Directing the Tullises to Dismiss the Debtors and Their Attorneys from Pending Action with Prejudice; and (II) Enforcing Prior Orders of This Court by Enjoining the Tullises from Further Action Against the Debtors, Posteffective Date Debtors, Motors Liquidation Company GUC Trust, and Their Officers and Professionals (**ECF No. 11306**)

Additional Documents:

C.      Copy of Complaint from the United Stated District Court for the Western District of Washington Re: Civil Action filed by Clinton M. Tullis (**ECF No. 1977**)

D.      Copy of Status of Defendants and Cause of Action filed in the Superior Court of the State of Washington in and for the County of King at Maleng Regional Justice Center Located in the City of Kent filed by Clinton M. Tullis and Margaret L. Tullis (**ECF No. 10299**)

E.      Copy of Disclosure of Primary Witnesses filed in the Superior Court of the State of Washington in and for the County of King at Maleng Regional Justice Center Located in the City of Kent filed by Clinton M. Tullis and Margaret L. Tullis (**ECF No. 10688**)

F.      Copy of Motion for Order re: on the merits to pay the sum that Petitioners ask for with Certificate of Service filed with Superior Court of Washington County of King filed by Clinton Tullis and Margaret L. Tullis (**ECF No. 11022**)

**Status**:          This matter is going forward.

2.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

Responses Filed:

A.      Response and Objection to Debtor's Eighty-Third Omnibus Objection to Claims by Joseph Cobble Jr. (the "**Cobble Response**") (**ECF No. 7074**)

B.      Objection and Response to Debtors' Eighty-Third Omnibus Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire (the "**Bellaire Response**") (**ECF No. 6972**)

C.      Response and Objection to Debtors' Eighty-Third Omnibus Objections to Claims by Linda K. Bellaire (the "**Second Bellaire Response**") (**ECF No. 7076**)

    D.       Robert R. Hickman (Informal Response)

    E.       Darlene M. Schneider (Informal Response)

    F.       David E. Turner (Informal Response)

    G.       Calvin H. Purnell (Informal Response)

    H.       Alfred McMullen (Informal Response)

Replies Filed:

    I.       Motors Liquidation Company GUC Trust's Reply to Joseph Cobble Jr.'s Response to the 83rd Omnibus Objection to Claims (Life Insurance Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11283**)

Additional Documents:

    J.       Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

    **Status:**       This matter is going forward only as to the Cobble Response.  All other responses listed above are adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

3.    243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

Responses Filed:

    A.       Objection to Debtors' Disallowing and Expunging of Tracy Woody's Proof of Claim and Amended Proof of Claim in the 243rd Omnibus Objection to Claims and Objection to Motion Requesting Enforcement of Bar Date Orders and a Motion Requesting Sanctions against "GM" and It's Attorneys, Barry N. Siebel and Stafanie Birbrower Greer of Dickstein Shapiro LLP (the "**Woody Response**") (**ECF No. 10913**)

    B.       Memorandum in Opposition to Motion to Enforce Bar Dates (243rd) with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt (the "**Brewer Response**")(**ECF No. 10908**)

    C.       Response of Peggy L. Jernigan to the 243rd Omnibus Objection (Informal).

D.      Response of Overstreet, Cathy Sue to the 243rd Omnibus Objection
        (Informal).

E.      Response of Overstreet, Katlyn to the 243rd Omnibus Objection
        (Informal).

F.      Response of Overstreet, Megan to the 243rd Omnibus Objection
        (Informal).

Replies Filed:

G.      Reply to (I) Response filed by Tracy Woody to Objection to Claims and
        Motion Requesting Enforcement of Bar Date Order and (II) Request for
        Sanctions (**ECF No. 11301**)

Additional Documents:        None to date.

**Status:**        This matter is going forward only as to the Woody Response.  All
                   other responses listed above are adjourned to February 9, 2012 at
                   9:45 a.m. and may be subject to further adjournments.  If this
                   matter goes forward on February 9, 2012, claimants will be
                   notified via letter sent by February 2, 2012.

4.      Objection to Claim Numbers 70860 and 70869 filed by Tracy Woody and Motion
        Requesting Enforcement of Court Orders Setting Deadlines to File Proofs of
        Claim (**ECF No. 11150**)

        Responses Filed:  None to date.

        Additional Documents:

        A.      Notice of Adjournment of Hearing on Objections to Claims of Tracy
                Woody (Claim Nos. 70481, 70490, 70860, 70869) (**ECF No. 11242**)

        **Status:**        This matter is going forward.

## II.    ADJOURNED MATTERS

1.      Reorganized Debtors' Amended Supplemental Objection to Proof of Claim
        Number 71242 Asserted by Chartis Specialty Insurance Company on the Ground
        that the Claim is Not Properly Secured by a Valid Right of Setoff (**ECF No.
        11149**)

        Responses Filed:

        A.      Opposition of Chartis Specialty Insurance Company and Lexington
                Insurance Company to the Reorganized Debtors' Supplemental

Amended Claims Objection to Proof of Claim Number 21242 (the "Motion") and Cross-Motion to Compel Arbitration (**ECF No. 11203**)

Replies Filed:

B.    The Motors Liquidation Company GUC Trust's (I) Reply in Support of Objection to Proof of Claim No. 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff and (II) Response in Opposition to Cross-Motion to Compel Arbitration (**ECF No. 11264**)

Additional Documents:

C.    So Ordered Stipulation signed on 11/21/2011 by and between Conflicts Counsel for Motor Liquidation Company and Counsel for Chartis U.S. Re: Approving a Partial Resolution of Certain Claims Asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company (**ECF No. 11163**)

D.    Notice of Cross-Motion to Compel Arbitration by Lexington Insurance Company and Chartis Specialty Insurance Company (**ECF No. 11202**)

**Status**:    This matter is adjourned to February 9, 2012 at 9:45 a.m.

2.    Opposition of Chartis Specialty Insurance Company and Lexington Insurance Company to the Reorganized Debtors' Supplemental Amended Claims Objection to Profo of Claim Number 21242 (the "Motion") and Cross-Motion to Compel Arbitration (**ECF No. 11203**)

A.    Notice of Cross-Motion to Compel Arbitration by Lexington Insurance Company and Chartis Specialty Insurance Company (**ECF No. 11202**)

Responses Filed:

B.    The Motors Liquidation Company GUC Trust's (I) Reply in Support of Objection to Proof of Claim No. 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff and (II) Response in Opposition to Cross-Motion to Compel Arbitration (**ECF No. 11264**)

Replies Filed:

C.    Chartis Specialty Insurance Company and Lexington Insurance Company's Reply Memorandum in Further Support of Their Cross-Motion to Compel Arbitration (**ECF No. 11304**)

Additional Documents:

    D.      Reorganized Debtors' Amended Supplemental Objection to Proof of Claim Number 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff (**ECF No. 11149**)

    E.      So Ordered Stipulation signed on 11/21/2011 by and between Conflicts Counsel for Motor Liquidation Company and Counsel for Chartis U.S. Re: Approving a Partial Resolution of Certain Claims Asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company (**ECF No. 11163**)

**Status**:        This matter is adjourned to February 9, 2012 at 9:45 a.m.

3.    Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. and may be subject to further adjournments.

4.    Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 9455**)

    Responses Filed:

    A.      Response to Notice of Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 10106**)

    Replies Filed:        None to date.

    Additional Documents:        None to date.

    **Status:**        This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.

5.    Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim Pursuant to 11 U.S.C. § 105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure (**ECF No. 10355**)

    Responses Filed:        None to date.

    Replies Filed:        None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.

6.      Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

Responses Filed:

   A.      Objection to Motion by Impact Group (**ECF No. 6240**)

   B.      Consumers Energy (Informal Response)

   C.      OCE (Informal Response)

Replies Filed:          None to date.

Additional Documents:

   D.      Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**          This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

7.      Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

   A.      Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

   B.      Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

   C.      Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

   D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

    E.       Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

    F.       Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

    G.       Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**<u>Status</u>:**       This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

8.     Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

<u>Responses Filed</u>:

    A.       Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

    B.       Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

    C.       Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**<u>Status</u>:**       This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

9.     Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

A.     The DeMassi Response (**ECF No. 6454**)

Replies Filed:                     None to date.

Additional Documents:

B.     Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

C.     Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

10.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

A.     Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                     None to date.

Additional Documents:

B.     Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

C.     Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

11.    Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

    Responses Filed:

        A.    Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

        B.    Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

        C.    Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

        D.    Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

    Replies Filed:          None to date.

    Additional Documents:

        E.    Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

    **Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

12.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

    Responses Filed:

        A.    Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second Omnibus Objection to Claims" (**ECF No. 7022**)

    Replies Filed:          None to date.

    Additional Documents:

        B.    Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

    **Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on

February 9, 2012, claimants will be notified via letter sent by
February 2, 2012.

13.     Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting
Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:

    A.     Pearly M. Jones (Informal Response)

    B.     Faye M. Tompach (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    C.     Order Granting Debtors' Ninetieth Omnibus Objection to Claims and
Motion Requesting Enforcement of Bar Date Orders (Late-Filed
Claims) (**ECF No. 7669**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may
be subject to further adjournments.  If this matter goes forward on
February 9, 2012, claimants will be notified via letter sent by
February 2, 2012.

14.     Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting
Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

    A.     Barry E. Herr (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    B.     Order Granting Debtors' Ninety-Second Omnibus Objection to Claims
and Motion Requesting Enforcement of Bar Date Orders (Late-Filed
Claims) (**ECF No. 7671**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may
be subject to further adjournments.  If this matter goes forward on
February 9, 2012, claimants will be notified via letter sent by
February 2, 2012.

15.  Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

  Responses Filed:

    A.    Cecilia N. Best, Trustee (Informal Response)

  Replies Filed:            None to date.

  Additional Documents:

    B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

  **Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

16.  Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

  Responses Filed:

    A.    Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

  Replies Filed:            None to date.

  Additional Documents:

    B.    Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

  **Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

17.  Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

  Responses Filed:

    A.    City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

  Replies Filed:            None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

18.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

    A.    Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

    B.    Sarlower Olivier Tibbs (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

19.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

    A.    Sharron S. Reyes (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

20.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

Responses Filed:

    A.    Sharon A. Bell (**ECF No. 7492**)

Replies Filed:                    None to date.

Additional Documents:          None to date.

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

21.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

    A.    Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

    B.    Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

    C.    Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

    D.    Response in form of letter by George Leedom (**ECF No. 7401**)

    E.    George W. Conrad (Informal Response)

Replies Filed:                    None to date.

Additional Documents:

    F.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

22.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

    <u>Responses Filed</u>:

        A.    Response by Ann F. McHugh (**ECF No. 7433**)

    <u>Replies Filed</u>:                    None to date.

    Additional Documents:

        B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

    **<u>Status</u>:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

23.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

    <u>Responses Filed</u>:

        A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

    <u>Replies Filed</u>:

    None to date.

    <u>Additional Documents</u>:

        B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

    **<u>Status</u>:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

24.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

    <u>Responses Filed</u>:

     A.     Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

     B.     Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

     C.     Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

     D.     Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

     E.     William Bradford Jones (Informal Response)

     F.     Timothy Roberts (Informal Response)

Replies Filed:     None to date.

Additional Documents:

     G.     Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

     H.     Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 67977 by Sandra Caccoma) (**ECF No. 11130**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

25.     Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:

     A.     Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

     B.     David Scott (Informal)

     C.     Thomas L. & Donna L. Kracker (Informal)

Replies Filed:                 None to date.

Additional Documents:

    D.    Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

26.    Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

    A.    Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

    B.    Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

    C.    Richard P. McManama (**Informal Response**)

Replies Filed:                 None to date.

Additional Documents:

    D.    Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

27.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

    A.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

B.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

C.   Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

D.   Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

E.   Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

F.   Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

G.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

H.   Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

I.   Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

J.   Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:

K.   Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**<u>Status</u>:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

28.   Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 8209**)

<u>Responses Filed</u>:

    A.    Objection of Johann Hay GmbH & Co. KG to Debtors' 120th Omnibus Objection to Claims (Claim Nos. 68626 & 66661) (**ECF No. 8800**)

    B.    Response to Motion of Debtors' 120th Omnibus Objection to Claims by Sentry Insurance a Mutual Company and Sentry Select Insurance Company (**ECF No. 8838**)

Replies Filed:            None to date.

Additional Documents:

    C.    Order Granting Debtors' 120th Omnibus Objection to Claims (Multi-Debtor Claims) (**ECF No. 9166**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

29.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

Responses Filed:

    A.    Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

        1.    Response by Daniel Plouffe (**ECF No. 10474**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

    D.    Supplemental Order Granting 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10631**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on

February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

30.     Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

A.      Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

1.      The Plouffe Response (**ECF No. 9894, 10474**)

Replies Filed:

B.      Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

C.      Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

D.      Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10787**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

31.     Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

A.      Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:                None to date.

Additional Documents:

B.      Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

32.     Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

    A.     Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

    B.     Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:               None to date.

Additional Documents:

    C.     Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

33.     Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

    A.     Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

    B.     Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

    C.     Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

    D.     Carrier Corp. (Informal Response)

Replies Filed:               None to date.

Additional Documents:

    E.    Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

34.    Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

Responses Filed:

    A.    Jack Wendall and Freda Peterson (Informal Response)

    B.    Marian S. Morelli (Informal Response)

    C.    Marion and Della Goble (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    D.    Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

35.    Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

Responses Filed:

    A.    Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:** This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

36.     Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

A.     Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.     Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.     Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.     Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.     Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:                None to date.

Additional Documents:

F.     Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:** This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

37.     Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

A.     Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

B.     Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

    C.      Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

        1.    Letter to Judge Gerber (**ECF No. 9914**)

    D.      Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

Replies Filed:  None to date.

Additional Documents:

    E.      Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

    F.      Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

38.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

    Responses Filed:

    A.      Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:               None to date.

    Additional Documents:

    B.      Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

39.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

    A.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

    B.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

    C.    Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.    Richard Schell (Informal)

    E.    Mohamed Fetouh (Informal)

Replies Filed:        None to date.

Additional Documents:

    F.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**<u>Status:</u>**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

40.    Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:** This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

41. Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

A. Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed: None to date.

Additional Documents:

B. Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:** This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

42. Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

A. Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

B. Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed: None to date.

Additional Documents:

C. Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**   This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

43.   Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

A.   Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

B.   Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

C.   Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

D.   Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

E.   Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**   This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

44.   Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

A.   The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

B.   Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

    **Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

45.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

    A.    Stanley Jack (Informal)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

    **Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

46.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

    A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

    B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

    C.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

    D.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

E.       Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

F.       Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:           None to date.

Additional Documents:

G.       Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**       This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

47.       Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

A.       Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

B.       Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.       Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

D.       Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:           None to date.

Additional Documents:

E.       Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**       This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

48.     Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

    Responses Filed:

        A.     Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon
            Hall (**ECF No. 9230**)

        B.     Objection to Debtors' 183rd Omnibus Objection to Claims by David R.
            Volpe (**ECF No. 9290**)

        C.     Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T.
            Lico (**ECF No. 9401**)

        D.     Response to Notice of Debtors' 183rd Omnibus Objection to Claims by
            David L. Robertson (**ECF No. 9411**)

    Replies Filed:                    None to date.

    Additional Documents:

        E.     Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare
            Benefits Claims of Retired and Former Salaried and Executive
            Employees) (**ECF No. 9683**)

    **Status:**        This matter is adjourned to February 9, 2012 at 9:45 a.m. and may
            be subject to further adjournments.  If this matter goes forward on
            February 9, 2012, claimants will be notified via letter sent by
            February 2, 2012.

49.     Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired
        and Former Salaried and Executive Employees) (**ECF No. 8867**)

    Responses Filed:

        A.     Objection to Debtors' 184th Omnibus Objection to Claims by Stanley
            E. Jack (**ECF No. 9274**)

        B.     Response to the Notice of Debtors' 184th Omnibus Objection to Claims
            by Robert L. Grajek (**ECF No. 9235**)

        C.     Claiman'ts Response and Objection to Debtors' 184th Omnibus
            Objection to Claims by David W. Turner (**ECF No. 9394**)

        D.     Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim
            No. 37728 by Donald T. Lico (**ECF No. 9399**)

    Replies Filed:                    None to date.

Additional Documents:

E.    Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

50.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

A.    Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.    Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:            None to date.

Additional Documents:

D.    Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

51.    Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

A.    Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

B.    Carolyn Deruso (Informal)

Replies Filed:               None to date.

Additional Documents:

    C.    Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

52.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.    Jessica High (the "**High Response**") (Informal)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

    C.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

53.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

A.      Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:                    None to date.

Additional Documents:

B.      Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

C.      Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

54.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

Responses Filed:

A.      Vincent Germano Jr. (Informal)

Replies Filed:                    None to date.

Additional Documents:

B.      Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

55.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

A.      ATEL Leasing Corporation (Informal Response)

    B.       Noreen Glaspie (Informal Response)

Replies Filed:

    C.       Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

    D.       Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**       This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

56.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

    Responses Filed:

    A.       Frances L. Kelleher (**Informal Response**)

    Replies Filed:           None to date.

    Additional Documents:

    B.       Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**       This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

57.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

    Responses Filed:

    A.       Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

    B.       Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

      C.       Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

      D.       Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

Replies Filed:            None to date.

Additional Documents:

      E.       Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

      F.       Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**Status:**        This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

58.      Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

      Responses Filed:

      A.       Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

      B.       General Electric Company (Informal)

      C.       Owens-Illinois Inc. (Informal)

Replies Filed:            None to date.

Additional Documents:

      D.       Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**Status:**        This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

59.      Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.    Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th

    C.    and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    D.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

    E.    Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

60.    Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

    A.    Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

    B.    State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

    C.    Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

    D.    Travelers Insurance (Informal)

    E.    Country Mutual Insurance Company (Informal)

    F.    Country Preferred Insurance Company (Informal)

Replies Filed:                    None to date.

Additional Documents:

    G.    Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

61.    Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

Responses Filed:

    A.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10177**)

        1.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10426**)

    B.    Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

    C.    Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

    D.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

    E.    Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:                    None to date.

Additional Documents:

    F.    Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

62.     221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

    Responses Filed:

        A.      Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

    Replies Filed:          None to date.

    Additional Documents:      None to date.

    **Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

63.     225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

    Responses Filed:

        A.      Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

        B.      Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

        C.      Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

    Replies Filed:          None to date.

    Additional Documents:      None to date.

    **Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

64.     226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

    A.    Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

        1.    Letter to the Honorable Judge Gerber, dated September 13, 2011, filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

    B.    Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

65.    227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

    A.    Response to Retiree Benefits filed by Francis T. Brennan (the "**Brennan Response**") (**ECF No. 10421**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

66.    229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10304**)

Responses Filed:

    A.    Response of J. Michael Losh to 229th Omnibus Objection to Claims (the "**Losh Response**") (**ECF No. 10409**)

      B.      Response to Debtors' 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Eugene L. Abbott and Bernadine M. Abbott (the "**Abbott Response**") (**ECF No. 10437**)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:     None to date.

<u>**Status:**</u>      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

67.     232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10308**)

<u>Responses Filed</u>:

      A.      UAW Local 259 Pension Fund (the "**UAW Response**") (Informal Response)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

      B.      Order Granting 232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10507**)

<u>**Status:**</u>      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

68.     234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10719**)

<u>Responses Filed</u>:

      A.      Opposition by Claimant, Robert Cramer, to Motion to Disallow and Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

<u>Replies Filed</u>:           None to date.

**Additional Documents:**      None to date.

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

69.      235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

Responses Filed:

A.      Response of T. Charles Powell to 235th Omnibus Objection to Claims (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

70.      237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10722**)

Responses Filed:

A.      Beverley A. Cary (Informal)

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

71.      248th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10941**)

Responses Filed:

A.      Response of Vanessa Smith to the 248th Omnibus Objection (the "**Smith Response**") (Informal)

Replies Filed:  None to date.

Additional Documents:

B.    Amended Exhibit to 248th Omnibus Objection (**ECF No. 11020**)

C.    Order Granting 248th Omnibus Objection as to Claim Numbers 1092, 1093 and 1398 filed by William Kuntz III (**ECF No. 11127**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

72.    249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10942**)

Responses Filed:

A.    Response of Alice Zittel to the 249th Omnibus Objection (Informal)

B.    Response of Charles & Joan Hassink to the 249th Omnibus Objection (Informal)

C.    Response of Kenneth Reynolds to the 249th Omnibus Objection (Informal)

D.    Response of Jerry Davidson to the 249th Omnibus Objection (Informal)

E.    Response of Marcia Tauber to the 249th Omnibus Objection (Informal)

F.    Response of Antony Burton to the 249th Omnibus Objection (Informal)

G.    Response of James Bryant to the 249th Omnibus Objection (Informal)

H.    Response of Sharon Brumley to the 249th Omnibus Objection (Informal)

Replies Filed:                None to date.

Additional Documents:

I.    Order Granting the 249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11094**)

J.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 7458 by Sharon Brumley) (**ECF No. 11130**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

73.     253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

Responses Filed:

    A.     Objection to Disallowing Claim #70400 by Alberta Bruster (**ECF No. 11146**)

    B.     Alicia C. Harris  (Informal)

    C.     Linda Marsical (Informal)

    D.     Lonnie Chapman (Informal)

Replies Filed:                 None to date.

Additional Documents:

    E.     Order Granting 253rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11171**)

**Status:**     This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments. If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

74.     255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11056**)

Responses Filed:

    A.     Response to Debtors' Omnibus Objection to Claim by Susan Hufton (**ECF No. 11140**)

    B.     Objection to Motion 255 Omnibus Objection to Claims by Tammy Holt (**ECF No. 11131**)

Replies Filed:                 None to date.

Additional Documents:

    C.     Order Granting the 255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11173**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

75.    262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 11156**)

Responses Filed:

    A.    **Sheila Marie Whorley (the "Whorley Response") (Informal)**

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting 262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 11263**)

**Status:**    This matter is adjourned to February 9, 2012 at 9:45 a.m. and may be subject to further adjournments.  If this matter goes forward on February 9, 2012, claimants will be notified via letter sent by February 2, 2012.

76.    MTech Associates, LLC's Motion to Deem Claim Allowed Under 11 U.S.C.
§ 502(a) and Bankruptcy Rule 3001(f) (**ECF No. 11261**)

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:

A.    Notice of Adjournment of Presentment on MTech Associates, LLC's
Motion to Deem Claim Allowed Under 11 U.S.C. 502(a) and
Bankruptcy Rule 3001(f) (**ECF No. 11309**)

**Status**:                This matter is adjourned to February 9, 2012 at 9:45 a.m.

Dated: New York, New York
       January 13, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
 Company GUC Trust