**Adjourned Hearing Date: 2/9/12 @ 9:45 a.m. (prevailing Eastern Time)**

TOGUT SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Scott E. Ratner
Richard K. Milin

*Counsel for Motors Liquidation Company GUC Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER (I) REORGANIZED DEBTORS' AMENDED SUPPLEMENTAL OBJECTION TO PROOF OF CLAIM NUMBER 71242 ASSERTED BY CHARTIS SPECIALTY INSURANCE COMPANY ON THE GROUND THAT THE CLAIM IS NOT PROPERLY SECURED BY A VALID RIGHT OF SETOFF; AND (II) CHARTIS SPECIALTY INSURANCE COMPANY AND LEXINGTON INSURANCE COMPANY'S CROSS-MOTION TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider the (I) Reorganized Debtors' Amended Supplemental Objection to Proof of Claim Number 71242 asserted by Chartis Specialty Insurance Company on the ground that the Claim Is Not Properly Secured by a Valid Right of Setoff; and (II) Chartis Specialty Insurance Company and Lexington Insurance Company's Cross-Motion to Compel Arbitration, previously scheduled to be heard on January 18, 2012 at 9:45 a.m. (prevailing Eastern Time), has been adjourned to February 9, 2012 at 9:45 a.m. (prevailing Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), at

the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be further adjourned or continued from time to time upon further notice.

Dated: New York, New York
January 16, 2012

        TOGUT, SEGAL & SEGAL LLP
        By:

        /s/ Richard K. Milin
        SCOTT E. RATNER
        RICHARD K. MILIN
        One Penn Plaza - Suite 3335
        New York, New York 10119
        (212) 594-5000

        *Counsel for Motors Liquidation Company GUC Trust*