## **EXHIBIT B**

[Intentionally Omitted]

DSMDB-3010187v4