UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al*., | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss
COUNTY OF NASSAU  )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On January 13, 2012, at the direction of Dickstein Shapiro LLP, Attorneys for Motors Liquidation Company GUC Trust ("Dickstein Shapiro"), I caused a true and correct copy of the following document to be served by first class mail on Jesmer Evans, c/o James Evans, 15130 W. 9 Mile Rd, Oak Park, MI 48237-2569 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Jesmer Evans, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

3.    On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Anastazia Stelmach, 5324 Bingham, Dearborn, MI 48126 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Anastazia Stelmach, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

4.    On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Stephan and Cheryl L. Truxall, 1250 Alton Dr. SW, Sherrodsville, OH 44675 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Stephan and Cheryl L. Truxall, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

5. On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Betty E. Dalton, 1707 Radford Road, Christiansburg, VA 24073 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Betty E. Dalton, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

6. On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Alberta Bruster, P.O. Box 122, Vidalia, LA 71373 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Alberta Bruster, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

7. On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Lonnie Chapman, P.O. Box 1265, Hammond, IN 46325 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Lonnie Chapman, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

8. On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Sudie M. Venable, 3114 Mountain Road, Halifax, VA 24558 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Sudie M. Venable, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

9. On January 13, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Monty R. & Lisa K. Henderson, 7340 S. Albany Ave, Chicago, IL 60629 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Monty R. & Lisa K. Henderson, dated January 13, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time).

Dated: January 17th, 2012
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 17th day of January, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015