

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
PDF FILE WITH AUDIO FILE ATTACHMENT
Page 1 of 1

Case: 09-50026 Motors Liquidation Company

Audio Date and Time: 01/18/2012 09:04

Audio File Size: 34,824 KB

Audio Run Time: [01:12:33] (hh:mm:ss)

Audio File Name: 1bk-09-50026-REG120118-090.4480001.mp3

Audio Track Title: 09-50026 heard on 01/18/2012

**Help using this file:**
An audio file is embedded as an attachment in this PDF document. To listen
to the file, click the Attachments tab or the Paper Clip icon.
Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a**
**convenience to the public. In accordance with 28 U.S.C. § 753 (b)**
**"[n]o transcripts of the proceedings of the court shall be considered as**
**official except those made from the records certified by the reporter or other**
**individual designated to produce the record."**