*NO. 10-2-25689-7 KNT*

# END OF THE LINE.

14. This Case should benefit the General Public and change the bad for the entire Public, Even though some find it : profitable.

1. I am now planning on correcting what appears as a large criminal Agency that has been spreading and collecting Insurance on a Policy that is not on an honest list. We should never Tolerate the Criminal Abuse. many Attorneys thrive on it.

2. The GMC judge of the Federal Court and the Judge of king County Court I am presently involved with, will enjoy and spread their wings for a cure. I will help all I can, to contact the Defendants (Cornforth Campbell) Long Term Insured, Hopefully they may be entirely by the Insurance Company of: Universal Underwriters Insurance Company: Post Office Box 542010, Omaha Nebraska 68154-8010 Insured inclusively from 2003 through to 2011. Rancho Cordova Claims Office: Telephone Number= 916-859-2470 : FAX No. 402-963-5011: Or: zdm.Claims@ zurichna.com : As preference and follow up on their Admissions of Contracts during tenure of Cornforth Campbell and maybe also with General Motors Inc.

3. I will be glad to assist but am occasionally, surprisingly blinding out, which at times cripples my productivity of which is what is happening now. I will have to hang up for at least an hour.

4. The several Doctors that have conditional control of my anatomy have prescribed potent drugs Beneficial to various parts of my anatomy and they do bother memory, perturbing me; and relaxing of some short time challenges.

5. I will be capable of facing a 12 person Jury and look forward to working with the Judges to augment a very essentially necessary new look at the potent Dangerous Automobile Industry That has about 75 to 90 percent control over Automobile Owners and closer to One Hundred Percent of Injuries and Deaths caused by Auto Factories and Dealers Deadly Short-Cuts. This Corruption results, points to possibility's to you and me Every Day: Period.

6. The proper effects of our Trial dated for 1/9/12 has already changed some by oversight and demand at the Assembly Lines at General Motors by "Chief Rick Waggoner" upon receipt of Petitioners First Brief; Rick ordered to Increase GMC Frame And Steering Size and Strength, plus more welding and Steering and Frames connections.

7. Mr. Waggoner was the first Executive Fired off GMC Calendar. One Wonders Why. The Pick-ups and Trucks are much stronger; but are the Passenger Cars. I would like an answer and may get one from a new owner of a Renton GMC Dealership. He may get fired from GMC, but I doubt it. He may investigate the facts and if they are strengthened, They will certainly make a grand advertiser.

8. I Plan on sending GMC a Letter discussing the trustworthy factor and hope.

9. I now believe the order of increasing the channels Strength & the steering Assemblies strength inclusive of increased welding is also being performed on all of GMC Vehivles.

10. We have received only half of the returns of service coming in each of the last two days. I will wait to see if this stride continues so that I can bring them all at onee for records.

11. My sight and hearing have increasing problems, but I will be prepared for trial.

12. I will furnish the Judges and Jury with the forty or so pages of papers defining the entire case with Cor nforth-Campbell actual deliberate neglect of reconditioning vehicles bragged xxx about for sales. This should set off an anry crowd and early.

13. It appears, they were depending on their Insurance Policy to pay the ticets, thus saving the cost of labor and parts: Pedagreed Crooks. This may have something to do that the Insura Insurance Company and Cornforth Campbell considered profitable.

Clinton M Tullis and Margaret L Tullis
and the palimony relationship thereof as ProSe
16300-184th ave. S.E. Renton. WA. 98058-0903

1

Case Definitions and Sumation - GM Suit

Plaintiffs installed a new Heavy Duty Battery and the Engine response was corrected.

8b. Plaintiffs then replaced the thermostat with a 185 degree thermostat.

8c. Plaintiffs also replaced the Radiator Cap and Plaintiffs had no more Engine Heating problems.

8d. Plaintiffs took the vehicle to a Parts Dealership that had informed Plaintiffs to
the fact that they had the full sets of the Headlamps and Bulbs for the Suburban and

that they had the equipment to replace the entire headlamps. They did an excellent installment but did not have equipment or knowledge of adjusting the beams and Plaintiffs (not doing any night driving as yet, was not aware of the lights being to high)
until a few weeks later, on their trip along the Columbia River at late night, as we were
coming from Idaho to the Oregon coast and lonesome Truck Drivers complained about our lights on dim being too high. Plaintiffs determined to stop at the dam just
about one hundred miles East of Portland, and wait until daylight to venture on to the
Oregon Coast where we were informed was a Dealership whom could adjust the lights. This was adjuistment was performed in about ten minutes.

8e. Prior to going to Idaho and then the Oregon Coast; Plaintiffs had made a trip to

Spokane Washington for a grandaughters graduation from Gonzaga University; The brake system was getting worse so upon arriving home in Seattle; Plaintiffs purchased
a mechanics manual and removed all wheels from the suburban and found:
1. that the front caliper pins were badly worn in both front wheels, allowing the shoes
to oscillate and damage the rotors and callipers. A Positive dangerous situation; according to the mechanics manual. Plaintiff would have known and repaired the situation without the manual. See number 4 below.
2; The left front metalic brake pad was chewing the metal out of the left front rotor,
that Cornforth Campbell had shown Plaintiff was one of the all new brakes repairs, and didn't want to pull off any of the balance of the wheels as the rear wheels were

an extremely difficult job to remove and just to prove that they were knew was asking too much. 3. Absolutely perjury. 4. Also, The total brakes assembly's were removed and Plaintiff performed total replacement with all new assembly along with having a machinist polish the front rotors; The rear wheels removal was much easier than the front wheels and neither was difficult for Plaintiffs, Clinton.

8f. The rear brake linings were worn enough to warrant their changing; The new brakes of which, we were told by Cornforth-Campbell had been performed, should have had more than twice the lining left as what Plaintiffs discovered at the end of

about 1500 miles and still under warranty.

8g. Plaintiffs had a Renton machinist correct the front rotors and Plaintiffs replaced
all new calipers and pins. Our Suburban brakes were perfect from thereon.

8h. During our purchase of the battery and above mentioned replacement Parts; Plaintiffs had ordered a CHILTONS 1999 General Motors Heavy Duty Maintenance and Repairs Manual from Schucks Auto Parts Store in Covington, Wa. All of Plaintiffs repair work was performed precisely to the information and recommendations of the Chilton GMC Manual which absolutely denied the information given from Cornforth Campbell and Mr. Good Wrench.

Case Definitions and Sumation - GM Suit

8i. Paragraphs 8a. to 8h. performance by Plaintiffs; is all that saved our lives about
one year later in returning home from vacation on the Oregon Coast.

8j. If Plaintiffs had of taken Corn-Forth-Campbells  word for granted; and Clinton did not perform the above cures of improper performance of the Suburban Brakes of which Plaintiffs were erroneously advised by Cornforth-Campbell Officials as being new and excellent; Plaintiffs and the parties in the vehicles, directly in front of
Plaintiffs, of whom were impacted by Plaintiffs inability to stop the force of the trailer; The Plaintiffs and others whom were involved and those Parked in the right lane would most probably have been eradicated by an explosive fire caused by the heavy impact from a full "40 gallon gas tank" on Plaintiffs GMC Suburban vehicle.

9. The trailer brakes appeared to be working by  Plaintiffs occasionally checking them by a method mentioned by Ken Neilson; Cornforth-Campbell Salesman that talked us into the purchase of the Suburban. Plaintiff had never pulled a heavy recreational trailer before and therefore had not acquired the knowledge of performance of electric brake controls capabilities.

9a. Ken told us to slide the switch of the trailer brake control while we were in slow *Salesman Ken*
forward motion until we could feel the trailers response of holding back, then move the switch barely enough to release any drag and leave the switch at that location for performance.

9b. We had bought the Suburban GMC in July 2003 and we were now on vacation to Idaho and the Oregon Coast in the summer of 2004.

9c. We remained absolutely dumbfounded about not getting our activator owners manual and again being promised that they had been ordered and would be delivered as soon as they became available.

9d. The not receiving the Owners manual on the trailer, caused both Plaintiffs to wind up in the hospital with serious injurys that took two years of pain, heart tuning
and patience before improvement for Clinton by surgery for placing the two vastly intruding Lower Inguinal herniea's back in place and patching the enormous holes the ruptures had created via the wreck.

10. Plaintiffs reiterate; If Plaintiff Clinton, had not reconstructed the GMC Suburbans brakes; Plaintiff's: Clinton M. and Margaret L.Tullis along with other travelers, most probably would have their charcoaled color remains in graves today from Cornforth-Campbell neglectfuly ignoring the General Motors Sales slogan afforded by General Motors Corportion to its various agencies as: Mr. Good Wrench. This untruth implicates General Motors Corporation; For not policing their Agencys, to apply expected standards of conditions  of vehicles being sold and consequently being equally responsible as an accomplice of endangering Plaintiffs.

To The Honorable Judge Robert E. Gerbert;

I Clinton M. Tullis Was seriously Injured by the Criminal Acts of
Agency of General Motors Motors Corporation that included General
Motors in the Criminal Acts of that Agency Partnership.
   The Agency is no longer in Business, at least: Not in a Partner-
ship relationship. Whether in business or in their well earned XX
Jail is not known to The Tullis'es, other than on a Large repair
shop that has been in the middle of the town of Puyallup many
years and namedCornforth Campbell, though always controled by the
Party now operating the business of repairs of Automobiles.
   The GMC AGENCY Sign of GMC. Mr. Good Wrench is gone and not
availsble any place Known in Pierc&County or King County.
   The Tullis'es have every right according to The Rules of the
Courts of the State of Washington, That a Crime or Crimes
committed to its citizens, creating unnecessary or deliberate
injuries,Court actions, etc. can be performed at Victims choice
of County's
   Regardless.
   Weil,Gotshall and Manges and others in their Group ordered
the Tullis'es to cancel their claim in accordance with Bankruptcy
Rules. This is not in accord to Crimes committed to the Tullis'es
   The Rules on Criminal performances in the State of Washington
STATE THAT BANKRUPTCY CANNOT BE PERFORMED AGAINST THE VICTIMS,&
the Bankrupt cannot find other means to hide their values..
   Weil, Gotshall and Manges and their Associates were in contempt
in denying the Tullis;es this right. The GMC Bankruptcy has no
privileges to deny the Tullis'es remuneration for the Injuries
financially and physically dominating Plaintiff-Petitioners ever
since July 23, 2004.
   GMC owes Tullis a debt and so does the overzelous Weil,Gotshal
and Manges and associates.
   Plaintiffs, Petitioners agree to drop their request for values
to the Attorneys to Fifty Thousand Dollars Payable within thirty
days of this inappropriate law suit they aRE ATTEMPTING TO CURE,
IN THE WRONG DIRECTION WHICH IS VERY WELL UNDERSTOOD BY Clinton M
Tullis whom has been AN ASSOCIATE OF A Matter of Justice Collation.
for many years and I have continually bought Law Books on Rules
of the Courts of Washington for more years than I can remember.
   I study them continually and I am not saying this to brag or
annoy. I have had many bad experiences with Attorney's of whom a
lot or just too may are bullis and liars. I have been a friend of
may good Attorney's also. I do not like a bully of any nature.
   I will again enclose the 40 or so pages related to our terrible
accident d& of which our suffering cannot physically cure, and
is the fault of General Motors Agency affiliation of Cornforth
Campbell. This will include XM THREE  PAGES OF CRIMES REFERENCED
TO THE INCIDENT, AND THIS CASE. I know this page will be in good
Hands. Sincerely, Clinton M. Tullis
                  16300=184th ave. S.E. Renton, Wa. 98058-0903
Phone Number: 425-226-7399 , it will answer if we are not home.
I am 86 years old until March 6, of this year. A
 Realtor since 1967 and a Broker since 1969. I am well liked and
I do like good people .          over:

General Motors former Chief upon receiving Notice of their xxx
vehicle collapsing in Tullis unnecessary accident; Thanked
Clinton for sending notice and immediately sent notice to the XXX
Assembly lines fo increase the quality of GMC Vehicle Frames and
to expand the Frames, also ordered to strengthen the steering XXX
Assembly's and do more welding, etc. for the benefit of GMC and X
the citizens.THIS WAS IMMEDIATLY REQUIRED AND PERFORMED ON ALL
ASSEMBLY"S, I HAVE RECEIVED MANY THANKS FROM Factory Personnell. I
will enclose one. I learned mechanics commencing in my early teens
The whole world should send THANKS to Mr. Rick VAnWaggener.of
GMC.

See Galluzzo's USSC petition, Galluzzo vs. State of Ohio, on the pacegroup.org website. It has several cites on void judgements.

=========================================

Power is the great evil with which we are contending. We have divided power between three branches of government and erected checks and balances to prevent abuse of power. However where is the check on the power of the judiciary? If we fail to check the power of the judiciary, I predict that we will eventually live under judicial tyranny. ---Patrick Henry

"... it does not require a majority to prevail, but rather an irate, tireless minority keen to set brush fires in people's minds..." Samuel Adams

"The world is a dangerous place to live; not because of the people who are evil, but because of the people who do nothing about it." - A.E.

We shall either be ruled by God or we shall be ruled by tyrants --- William Penn

=========================================

----Original Message Follows----
From: Comnlawnet@aol.com
Reply-To: AMOJ_MAIN@yahoogroups.com
To: AMOJ_MAIN@yahoogroups.com
Subject: [AMOJ_MAIN] Re: [AMOJ] Dr. Graves, has it right -almost (Judgments
...
Date: Sun, 19 Nov 2006 20:06:52 EST

Rob asked for citations - I replied that only law need be cited, but if case
citations are wanted, those are fine, add them -

Look up citations on void judgment in -
Black's Law Dictionary (any edition), or
Corpus Juris Secundum, or
the Penna. Legal Encyclopedia, or any
Other legal anthology -

But case law is a matter for the court, not the Clerk of Court (if you need judicial remedy, case law is appropriate).

My caution is against moving the court if administrative or ministerial remedy is available - you sound like you want people before a judge even for a
clerk's error (the clerk must be given a chance to correct his error before it
is made part of a legal complaint, must he not?).

In a message dated 11/18/2006 10:09:11 AM Eastern Standard Time, lawbook@jurisdictionary.com writes:

RECENT A
New Mei
Visit You

SPONSORE(

- Federa
  govern
  law

- Govern
  contra(

- Federa
  govern
  law po:

Yahoo! /
Make a \
Show yo
mood in I

Yahoo! N
Get it all!
With the .
Yahoo! N

Search /
Get new
List your
in Yahoo

jmsg:junomsg

11/21/2006

A. 08.010
RA. 08. 020

Liability for conduct of another—**Complicity or for**, another person for which he is legally accountable.

**9A.08.030 Corporate and personal liability.** (1) As used in this section:

(a) "Agent" means any director, officer, or employee of a corporation, or any other person who is authorized to act on behalf of the corporation;

(b) "Corporation" includes a joint stock association;

(c) "High managerial agent" means an officer or director of a corporation or any other agent in a position of comparable authority with respect to the formulation of corporate policy or the supervision in a managerial capacity of subordinate employees.

(2) A corporation is guilty of an offense when:

(a) The conduct constituting the offense consists of an omission to discharge a specific duty of performance imposed on corporations by law; or

(b) The conduct constituting the offense is engaged in, authorized, solicited, requested, commanded, or tolerated by the board of directors or by a high managerial agent acting within the scope of his employment and on behalf of the corporation; or

(c) The conduct constituting the offense is engaged in by an agent of the corporation, other than a high managerial agent, while acting within the scope of his employment and in behalf of the corporation and (i) the offense is a gross misdemeanor or misdemeanor, or (ii) the offense is one defined by a statute which clearly indicates a legislative intent to impose such criminal liability on a corporation.

(3) A person is criminally liable for conduct constituting an offense which he performs or causes to be performed in the name of or on behalf of a corporation to the same extent as if such conduct were performed in his own name or behalf.

(4) Whenever a duty to act is imposed by law upon a corporation, any agent of the corporation who knows he has or shares primary responsibility for the discharge of the duty is criminally liable for a reckless or, if a high managerial agent, criminally negligent omission to perform the required act to the same extent as if the duty were by law imposed directly upon such agent.

(5) Every corporation, whether foreign or domestic, which shall violate any provision of RCW 9A.28.040, shall forfeit every right and franchise to do business in this state. The attorney general shall begin and conduct all actions and proceedings necessary to enforce the provisions of this subsection. [1975 1st ex.s. c 260 § 9A.08.030.]

*very important*
*extremely important*

CRIME a wrong that the government has determined is injurious to the public and that may therefore be prosecuted in a criminal proceeding. Crimes include felonies and misdemeanors. A common law crime was once declared to be an offense by the developed case law of the common law courts. Today all criminal offenses are exclusively statutory in nearly every American jurisdiction. See infamous crime.

CRIMEN FALSI (krī-mĕn fâl-sē) Lat.: a crime of deceit. In common law a crime involving falsehood and fraud. Having committed such a crime generally disqualified a person as a witness in a judicial proceeding. Examples of crimen falsi include forgery, perjury, subornation of perjury, suppression of testimony, conspiracy in the absence of a witness and fraudulent making or alteration of a document.

CRIMINAL COERCION the common law offense of extortion has been broadened by modern statutes to encompass any person who, acting with purpose to restrict unlawfully another's freedom of action to his or her detriment, threatens to commit any criminal offense, accuse anyone of a criminal offense, expose any secret tending to subject any person to hatred, contempt, or ridicule, impair his or her credit or business repute, or threatens to take or withhold action as an official, or cause an official to take or withhold action. Common law extortion was limited to the corrupt collection of an unlawful fee by an officer acting under color of office with no proof of threat, force, or duress required. If property is obtained as the result of criminal coercion, the conduct then constitutes theft by extortion since that form of theft encompasses today any conduct that is now proscribed by the criminal coercion statute. See coercion.

NEGLIGENCE failure to exercise that degree of care which a person of ordinary prudence (a **reasonable man [person]**) would exercise under the same circumstances. The term refers to conduct which falls below the standard established by law for the protection of others against unreasonable risk of harm. It does not comprehend conduct recklessly disregardful of the interests of others. Restatement, Second, Torts §282.

CONCURRENT NEGLIGENCE the wrongful acts or omissions of two or more persons acting independently but causing the same injury. The independent actions do not have to occur at the same time, but must produce the same result. The actors are all responsible for paying the damages, and can usually be sued together in one lawsuit or individually in separate lawsuits.

CRIMINAL [CULPABLE] NEGLIGENCE such negligence as is necessary to incur criminal liability; in most jurisdictions, culpable (criminal) negligence is something more than the slight negligence necessary to support a civil action for damages. 133 N.Y.S. 2d 423, 427. Thus, culpable negligence, "under criminal law, is recklessness or carelessness resulting in injury or death, as imports a thoughtless disregard of consequences or a heedless indifference to the safety and rights of others." 85 S. E. 2d 327, 332; see also Perkins & Boyce, circumstances. See id. §283. Negligent conduct may involve either a) an act that the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another, or b) a failure to do an act necessary for the protection or assistance of another and which the actor is under a duty to perform. See id. §284.

ACTUAL [COMPENSATORY; GENERAL] DAMAGES those damages directly referrable to the breach or tortious act; losses which can readily be proven to have been sustained, and for which the injured party should be compensated as a matter of right.

DOUBLE [TREBEL] DAMAGES twice [or three times] the amount of damages that a court or jury would normally find a party entitled to, which is recoverable by an injured party for certain kinds of injuries pursuant to a statute authorizing the double [or treble] recovery. See 6 Fed. Cas. 892, 893. They are intended, in certain instances, as a kind of punishment for improper behavior. See EXEMPLARY [PUNITIVE] DAMAGES below.

EXEMPLARY [PUNITIVE] DAMAGES compensation in excess of actual damages; a form of punishment to the wrongdoer and excess enhancement to the injured; nominal or actual damages must exist before exemplary damages will be found and then they will be awarded only in instances of malicious and willful misconduct.

ARTICLE III

Section 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services a Compensation, which shall not be diminished during their Continuance in Office.

Section 2. [1] The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States...

[3] The trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed: but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

*Present case no.*
*10-2-25699-7*

*if no, (5) above happened*
*& fear that all states or most of them*
*this is another reason, it will follow I do hope this does not*
*For weil, Gotshal & Manders to back up & happen*

P-1

**Cases**
(Formerly 92k45)
Municipal court should decide constitutional questions if they are raised. W.S.A. Const. Art. 7, §§ 2, 14; W.S.A. 755.045.

**[2] Criminal Law 110 ⚖88**

110 Criminal Law
110VIII Jurisdiction
110k85 Courts Invested with Criminal Jurisdiction
110k88 k. Municipal and Other Local Courts. Most Cited Cases
(Formerly 92k45)
Once municipal court is created, its power is not that of administrative agency created by legislature, but rather is judicial power as part of unified court system, and, thus, municipal court has inherent authority to decide constitutionality of city ordinances. W.S.A. Const. Art. 7, §§ 1 et seq., 2.

**[3] Constitutional Law 92 ⚖2450**

92 Constitutional Law
92XX Separation of Powers
92XX(C) Judicial Powers and Functions
92XX(C)1 In General
92k2450 k. Nature and Scope in General. Most Cited Cases
(Formerly 92k67)

**Judges 227 ⚖24**

227 Judges
227III Rights, Powers, Duties, and Liabilities
227k24 k. Judicial Powers and Functions in General. Most Cited Cases
Judicial oath taken by municipal judge obligates judge to perform judicial duties in manner prescribed by Constitution, including determining constitutionality of legislation when legislation is challenged on that basis, but judicial power comes not *from oath but from Constitution.*

*~~DOUBLE [TREBLE] DAMAGES~~ twice (or three times) the amount of damages that a court or jury would normally find a party entitled to, which is recoverable by an injured party for certain kinds of injuries pursuant to a statute authorizing the double [or treble] recovery. See 6 Fed. Cas. 893. They are intended, in certain instances, as a kind of punishment for improper behavior. See EXEMPLARY [PUNITIVE] DAMAGES below.*

*EXEMPLARY [PUNITIVE] DAMAGES compensation in excess of actual damages; a form of punishment to the wrongdoer and excess enhancement to the injured; nominal or actual damages must exist before exemplary damages will be found and then they will be awarded only in instances of malicious and willful misconduct.*

still you have not proved your case against me." Courts are reluctant to grant a motion for a directed verdict. They usually feel that the jury should hear the defendant's case and render a verdict on the basis of all the evidence. Occasionally, however, the motion is granted and the case is dismissed. *non comprendo*

If the defendant is denied his request for a directed verdict, he must proceed to place his evidence before the jury. His witnesses are introduced one by one, examined, and turned over to the plaintiff's counsel for cross-examination.

In the examination of a witness either attorney may object to a question asked by the other attorney. The court will either overrule or sustain the objection. The party against whom the court rules usually *takes exception* to the court's ruling in order to preserve the objection in case of an appeal.

ARGUMENTS TO THE JURY. After all of the evidence is in, the attorneys for the plaintiff and the defendant argue the case before the jury. Each side is allowed a certain amount of time. The attorney for the plaintiff "opens" and "closes" the arguments. Attorneys must confine their *argument to the evidence in the case.*

INSTRUCTIONS TO THE JURY. As soon as the arguments of counsel are concluded, the judge instructs or charges the jury on the law applicable to the case.

VERDICT. The jury then retires to consider its verdict. In a criminal case a verdict of guilty must be unanimous. In civil cases, in most states, nine of the twelve jurors may render a verdict. After reaching a verdict the jurors return to the court room, and in the presence of the judge, the parties, and their attorneys, the foreman reads the verdict. Upon the request of either party the jury may be *polled;* that is, each juror may be separately asked whether this is his verdict.

JUDGMENT. On the basis of the verdict the judge renders his judgment. The wording of the judgment is important. Consequently, the judge may avail himself of the services of the attorneys in its preparation.

Occasionally the attorney for the losing party files a motion with the court for a *judgment non obstante veredicto* (notwithstanding the verdict). In behalf of such motion the attorney argues that on the basis of the evidence in the case the verdict was obviously for the wrong party. *non comprendo*

¹ It will be noted that a motion for a directed verdict resembles a demurrer in important respects. In some jurisdictions, indeed, such a procedural move is called a *demurrer to the evidence,* a term handed down from the early common law. In other jurisdictions it is called a motion to exclude the evidence from the jury or a nonsuit.

**DAMAGE** see Injury; Irreparable Injury [DAMAGE, HARM].

**DAMAGES** monetary compensation which the law awards to one who has been injured by the action of another; recompense for a legal wrong such as a breach of contract or a tortious act. There are various measures used for calculating damages, including diminution in value, and cost of completion. Compare specific performance.

[ACTUAL [COMPENSATORY; GENERAL] DAMAGES those damages directly referrable to the breach or tortious act; losses which can readily be proven to have been sustained, and for which the injured party should be compensated as a matter of right.

**DUE DATE** time fixed for payment of debt, tax, etc.

**PERJURY** criminal offense of making false statements under oath or affirmation; at common law, only a willful and corrupt sworn statement made without sincere belief in its truth, and made in a judicial proceeding regarding a material matter, was perjury. Today, statutes have broadened the offense so that in some jurisdictions any false swearing in a legal instrument or legal setting is perjury, even if it is not material and even though it is not presented in a judicial proceeding. See Perkins & Boyce, Criminal Law 511 (3d ed. 1982); Model Penal Code §241.1. See also subornation of perjury.

Page 2 of 3  Results of Criminal Acts

*this entire page refers to crime committed by agency & manufacturer joint responsibility*

*page 2*

13. We Trusted The Sales Agent and Office Personnel and their contracts or we would not have Purchased the Vehicle.

14. "Management had no intent to adhere to their signed agreements."

15. A recent acquired Washington State Commitment of Law states: There is no limitation on litigation awards to an injured party.

16. This is qualified as to AID AND ABET. To actively, knowingly, or purposely facilitate or assist another individual in the attempted or attempted commission of a crime.

17. Aiding and abetting is characterized by Affirmative Criminal Conduct and is not established as a result of omissions or negative acquisance. 24 A 2d 85, 87.

18. Compare Accessory: One who Aids or contributes in a secondary way or assists in or contributes to crime as subordinate. See 216 So. 2d 829, 831.

19. The failure to report the commission of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or Avoiding Apprehension for Crime.

20. (Apprehension: To seize, to arrest, to understand, to fear, filled with dread, suspicious). Complicity "mens rea" Accomplice; Liability is shared. Common "Mens rea": and Criminal Purpose is shared between Agent and Principal; See 233 P 2d 347.

21. (a).Intent: A person acts with intent or intentionally when he acts with the objective or purpose to accomplish a result which constitutes a crime.

(b) Knowledge: A person knows of acts knowingly or with knowledge when:
   (1) he is aware of a fact, facts, or circumstances or results described by a statute defining an offense;
   (2) or he has information which would lead a reasonable man in the same situation to believe that facts exist which facts are described by a statute defining an offense.

( c ) Recklessness: A person is reckless or acts recklessly when he knows of or disregards a substantial risk that a wrongful act may occur and his disregard of such a substantial risk is a gross deviation from conduct that a reasonable man would exercise in the same situation.

22. Criminal Negligence:

(a) A person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation from the standard of care that a reasonable man would exercise in the same situation.

(b) Substitute for Criminal Negligence:
   (1). Recklessness and Knowledge. When a statute provides that criminal negligence suffices to establish an element of an offense.
   (2). Such element also is established if a person acts intentionally, knowingly, or recklessly. When recklessness suffices to establish an element;
   (3) Such element also is established when a person acts intentionally or knowingly.
   (4) When acting knowingly suffices to establish an element, such element also establishes if a person acts intentionally.

23. Chapter RCW:9A.08.020; which advocates the Liability for Conduct of another: Complicity.
   (a) A person is guilty of a Crime if it is committed by the conduct of another person for which he is legally accountable.
   (b). Allows six years for Statute of Limitations.

24. Chapter RCW:9A.04.100.
   (a). This also applies to Agency and Corporations. The Corporation is also held or shares responsibility for Agents Acts.
   (b). Allows Ten years for Statute of Limitations. *10 years*

25. Letter to Cornforth Campbell on June 16, 2003; This letter was hand written and done in haste after returning home from one of the four visits to Cornforth Campbell to get them to correct mechanical problems discovered and getting nothing but rhetoric from their representatives for an answer.
   (a).The engine in a six mile run from East of Kent to Maple Valley Heights (pulling a 7,000 pound trailer); ran the water temperature to 280 degrees.
   (1). I want the fan belt and the thermostat removed;
   (2). then the water jacket reinstalled and filled with water. *For testing & securing constant*



*page 4*

*of Washington State*
*Criminal rules Committed*
*to Tullibee on*
*WA State*
*Laws.*

1.3h.The ridiculous untruths of Defendants former "Attorneys" briefs were bullying techniques that

Plaintiffs learned to handle years ago; and their inappropriate designated Statute of limitations of which

legally allows Plaintiffs to file this law suit within ten years  because of the crimes committed by the

complicity between General Motors Corporation through its Agency of Cornforth-Campbell GMC:

Mr. Good Wrench.  Exhibit # 13

1.3h2 Criminal Law: Regulating Criminal Activities. Providing for Arrest and Punishment for those whom break Criminal Laws.

1.3h3. Criminal {Culpable} Negligence: Culpable Negligence under Criminal Law, is Recklessness resulting in injury or death, as imports a thoughtless disregard of consequences or a heedless indifference to the safety and rights of others. "85 S.E. 2d 327, 332. See also Perkins & Boyce.

1.3i. Conspiracy: A combination of two or more persons, etc. to commit a criminal or unlawful act or to commit a lawful act by Criminal or Unlawful Means; or a Combination of two or more persons to accomplish an unlawful purpose, or some purpose not in itself unlawful by an unlawful means.

1.3j. Accessory: One who aids or contributes in a secondary way or assists in or contributes to crime as a subordinate. See 216So. 2d 829,831 The failure to report the commission of a crime of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or avoid apprehension for a crime.          Exhibit # 12

1.3k. COMPLICITY: Accomplice: An individual who voluntarily engages with another in the commission or attempted commission of a crime. See 165 N.E. 2d 814; One who is liable  for the identical offense charged against the Defendant, See 233 p2d 347, Liability is shared. Exhibit # 11

1.3l. Criminal Liability: of a Corporation: RCW 90.08.030;  RCW. 9A.28.040: Criminal Conspiracy RCW 9A.28.020: Criminal attempt of Agent of Corporation: Class B. Felony when the crime attempted is a class A felony other than an offense listed in A of this subsection must be commenced within a "ten year" statute of limitations unless action on a State or Federal Judgment period is extended for an additional ten years.                    Exhibit # 12

1.3m. STATUTE OF LIMITATIONS: Ten Years and could extend for another ten years if needed.
.3n. Criminal
Negligence: A Person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation.                    Exhibit # 2

1.3.o. ASSEMBLY'S OF GENERAL MOTORS VEHICLES ARE; {AS OF RECEIVING COMPLAINTS FROM CLINTON M. TULLIS FOR COURT ACTION}; HAS LED GENERAL MOTORS CORPORATION TO PLACING STRONGER CHANNEL FRAMES AND BETTER WELDING FOR VEHICLE STABILITY AND STEERING CONTROL, AS IS STATED ON  ONE ADMISSION SENT TO PLAINTIFFS. By
Chief Chairman: Mr. Rick Waggoner            Exhibit # 12
1.3o1. Plaintiffs have recently  discovered the above mentioned improvements were only performed on General Motors "Heavy Duty Vehicles", such as Pickups, Vans, Suburban's and

Trucks which does not include the essential majority of the Vehicles (passenger vehicles) in use.

DEMAND FOR GRAND JURY
MOTION FOR TRIAL TO
COMMENCE ON 

Clinton M  Tullis and Margaret L  Tullis
and the patimony relationship thereof as ProSe
16300-184th ave, S.E. Renton. WA. 98058-0903

P – 3.

#13-A

Dear Clinton,

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. Our goal is to exceed every expectation you've set for us. We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty
Vice President, U.S. Marketing

General Motors Company

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here.
To view our privacy statement, click here. We cannot reply to all responses to this e-mail
©2010 General Motors | 100 Renaissance Center | 482 A00 MAR | Detroit, MI 48265

© 2010 General Motors

(100 Renaissance center) 482 A00 Mar (Detroit Mi 48265

Weil, Gotshal & Manges

If you should show your Ignorance and not consider the fact that Tullis wreckage happen in the County south of Pierce County and live in south King County where we are performing the case and have every right to do so. We went to court in that County where the wreck happened, and our case was positively dismissed which allowed plaintiff - Petitioners to make a choice of south king County, since you have contributed many errors since commencement of this case and we only so will use an unintentional follow - up of a ridiculous sum on your behalf, but we will not cater to your Ignorance.

over

P.S. The case in Pierce County was in the hands of a Real Idiot being called a Judge - She may be capable of handling Sevorces - etc; but she most certainly does not have the intelligence expected in complicated laws.

She is in an area that about Half or more of the People living in Pierce County in Puyallup and in Tacoma (back to back) abutting South end of King County. The Pierce County records show (along with outstanding numbers in the telephone books of Pierce County that the Population is about ½ named Campbell and Judging from this finding makes one realize that settlement of Homesteads commenced with the Campbells in the last ½ of the 19th century, Even those without the name of Campbell homesteaded after marrying into the Campbell Family. They are unscrupulous when their stability is contested. They must believe they are too powerful to be conered by anyone.

This must have established the boundary line the Comforths must have joined the Campbell Families, between the Cattlemen's town of ~~Slaughter~~ & the name of Puyallup of which may have come from the Indian Reservation area subdivisions - (slaughter)

exchanged the name of Auburn

*on exhibits #2, #14,*
*#17, #18*

*list*
*# 2 & 3*

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| GMC | Suburban 2500 SLT | 1999 | 3GKGK26J2XG532591 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

03082A

03134

DEALER STOCK NUMBER (OPTIONAL)

**WARRANTIES FOR THIS VEHICLE:**

☐ # **AS IS-NO WARRANTY**

**YOU WILL PAY ALL COSTS FOR ANY REPAIRS.** The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

☑ # **WARRANTY**

☐ FULL ☑ **LIMITED WARRANTY.** The dealer will pay __100*__ % of the labor and __100*__ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**

**DURATION:**
60 Days or 2,000 Miles

**Systems Covered:**

**ENGINE - TRANSMISSION - DRIVESHAFT**
**DIFFERENTIAL - TRANSAXLE - IF SO EQUIPPED**
**SUSPENSION - COOLING - ELECTRICAL - BRAKES**
**STEERING - FUEL AND EXHAUST**

*(reversed/mirror text: CAMPBELL MOTORS, INC. — P.O. BOX 577 — REPUBLIC, WA 99181 — ...)*

*this was positively denied to plaintiffs upon finding problems & requesting service that was denied.*

*All these pages were part of the Comforth - Campbell Automobile Sales Company that no longer exists in anything but an Automobile wreck Repair Shop")*

☑ **SERVICE CONTRACT.** A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

**PRE PURCHASE INSPECTION:** ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

**SEE THE BACK OF THIS FORM** for important additional information, including a list of some major defects that may occur in used motor vehicles.

*11*

EXHIBIT # 16
p.# 2

**THE CONSTITUTION OF THE UNITED STATES**

1. Amendment No. 5:
   No Person shall be held nor be deprived of life, Liberty, or property without due process of law; nor shall private property be taken for public use without just compensation.

2. AMENDMENT IX
   The enumeration of certain rights shall not be construed to deny or disparge others retained by the people.

3. AMENDMENT VII
   In all suits of common law, where the value in controversy shall exceed $20.00, the right of Jury shall be preserved. No fact tried by Jury shall be otherwise reexamined in any Court of the U.S., than according to the rules of common Law.

4. AMENDMENT XIV
   No state shall make or enforce any law which will abridge the privileges or immunities of citizens of the United States, nor shall any state deprive any person of life, liberty or property without due process of law; nor deny to any person within its jurisdiction, the equal protection of the laws.
   Section v: The congress shall have the power to enforce by appropriate legislation, the provisions of this Article.

NOTE:
   The first 10 Amendments (Bill of rights) were ratified, effective December 15, 1791
   The 14th Amendment was ratified July 9, 1868.

WITH CONSTITUTIONAL PROTECTED PROPERTY RIGHTS:

1. The just compensation clause is self-actuating and a debt is owed.
   (a) Actions taken by Governmental Officials that result in a physical invasion or occupancy of private property, and regulations imposed on private property that substantially affect its value or use, may constitute a taking of property;
   P 3 of 4

   (b) Further, Governmental action may amount to a taking even though the action results in less than a complete deprivation of all use or value, or of all seperate and distinct interests in the same private property and even if the action constituting a taking is temporary in nature.

   (c) The just Compensation clause is self-actuating, requiring that compensation be paid whenever governmental action results in a taking of Private property, regardless of whether the underlying authority for the action contemplated a taking or authorized the ,payment of compensation.

   (d) Accordingly, governmental action that may have a significant impact on the use or value of Private property should be scrutinized to avoid undue or unplanned burdens on the public fisc. (Fisc=The Treasury of a political entity).

**FURTHER** FOR AN AFTER-THOUGHT:  On December 10, 1948, The General Assembly of the United Nations adopted and proclaimed The Universal Declaration of Human Rights:
Article 17: (1) Everyone has the right to own property alone as well as in association

*exhibit #2* #1

*p* **CORNFORTH-CAMPBELL**  GMC

#1C

## PUYALLUP

## *"NICE IS BETTER"*

EY AVE. N.E. • P.O. BOX 537 • PUYALLUP, WASHINGTON 98372-2516
SALES/SERVICE/BODY SHOP (253) 845-8881

Approved Auto Repair

**GM Parts**

*This sloppy left front brake repair was some of was performed by GMC mr stood wrench at agency of*
*Cornforth - Campbell*

| ADVISOR | | TAG NO | | INVOICE DATE | | INVOICE NO |
|---|---|---|---|---|---|---|
| JOHN YUZAMAS | 25 | | | | | PNCS19046 |
| | LICENSE NO | | MILEAGE | COLOR | | STOCK NO |
| | | | 55622 | DK BLUE/ | | 03082A |
| YEAR / MAKE - MODEL | | | | DELIVERY DATE | | DELIVERY MILES |
| 99/GMC/SUBURBAN/SLT 4X4 K25 | | | | 06/02/03 | | 53473 |
| VEHICLE ID NO. | | | | SELLING DEALER NO | | PRODUCTION DATE |
| 3GKGK26J2XG 5 3 2 5 9 1 | | | | | | |
| MBI NO. | | | | R.O DATE | | |
| NE | | | | 07/02/03 | | |
| | COMMENTS | | | | | |
| | | | | | | MO: 55622 |

**YOUR SATISFACTION IS OUR GOAL**

Thank you for this opportunity to serve you. It is our goal to perform all repairs requested on this repair order to your complete satisfaction.

If our service was satisfactory tell your friends; if not, please tell us immediately. All claims for adjustment must be accompanied by this invoice within 90 days or 4,000 miles, whichever comes first.

TECH(S) :10 — INTERNAL
CUSTOMER CAN SEE BRAKES, PER RAY
AND PADS

-DESCRIPTION- —UNIT PRICE- INTERNAL
CALIPER A 4.665 — INTERNAL
CALIPER A 4.665 — INTERNAL
PAD KIT 5.017 — TOTAL - PARTS 0.00

JOB# 1 JOURNAL PREFIX PNCS JOB# 1 TOTAL 0.00

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

ILITY TECH(S) :10 — INTERNAL
CHECK ENGINE LIGHT IS ON AND RUNS ROUGH
D

JOB# 2 JOURNAL PREFIX PNCS JOB# 2 TOTAL 0.00

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

ODAY, YOU MAY RECEIVE A SURVEY
ANSWERS AND THE RETURN OF THIS
ANT TO US. WE STRIVE TO PROVIDE
TO OUR CUSTOMERS AND WE INTERPRET
"COMPLETELY SATISFIED"
F YOU ARE UNABLE TO MARK THAT AREA
TUNITY TO ADDRESS YOUR CONCERNS.

| | |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET.. | 0.00 |
| TOTAL G.O.G.. | 0.00 |
| TOTAL MISC CHG | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| TOTAL INVOICE $ | 0.00 |

ORNFORTH-CAMPBELL MOTORS AS YOUR

BUSINESS!!!!!

*SUPPLIES—A token charge equivalent to 7% of the labor charge on mechanical repairs is included for supplies used on your vehicle. Maximum charge is $25.00. Example supply items are nuts, bolts, washers, tape, solvent, towels, cleaners, solder, wire, sealers, etc.

*this repair job was sloppy & had to*
*be replaced*

****** PRE - INVOICE *

*this is the only adjusting or*
*repairs performed by Cornforth -*
*Campbell.*

**TERMS**

No returns on electrical or special ordered items. No returns after 24 hours or without this invoice. A 20% handling charge will be applied on all merchandise returned for credit. Items purchased by check require 10 working days before refund will be issued.

*all the advertisements and*
*correspondence to Plaintiff*
*was absolutely refused*

*the calipers pins and pins needed*
*replacing were extremely bad.*

CUSTOMER COPY [ END OF INVOICE ]

*Thank*
*You*

04:31pm

VEHICLE ID. NO.

3GKGK26J2XG532591

MBI NO.

SELLING DEALER NO.

R.O. DATE
07/02/03

PRODUCTION DATE

COMMENTS

MO: 55622

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our goal to perform all repairs requested on this repair order to your complete satisfaction.
If our service was satisfactory tell your friends; if not, please tell us immediately. All claims for adjustment must be accompanied by this invoice within 90 days or 4,000 miles, whichever comes first.

CUSTOMER CAN SEE BRAKES.     TECH(S):.10     INTERNAL
AND PADS                     PER RAY

DESCRIPTION-
CALIPER A #.665          INTERNAL
CALIPER A #.665          INTERNAL
PAD KIT 5.017           INTERNAL
UNIT PRICE-

TOTAL - PARTS         0.00

**DISCLAIMER OF WARRANTIES**

TECH(S):.10
CHECK ENGINE LIGHT IS ON AND RUNS ROUGH     INTERNAL

**TERMS**

*Thank You*

04:31pm

[END OF INVOICE]

CUSTOMER COPY

[handwritten, partially legible:]
the ____ the length __
the ____ ____ mentioned
____ listing
of the left front pad
chewed heavily into
the rotor. The vehicle
was not safe to be on
the road. none of the
____ front or rear
were capable of any emer____
stopping until Plaintiff did the total job. over.

# ____NFORTH-CAMPBELL MOTORS

## Contact Information For Your Next Visit

[handwritten:] this labor of improper installation of
the front brakes would jeopardize customers for
____tion a date to this portion of
their company

### Collision Center

Ray Rossman
Parts & Service Director

Collision Center
Corner of Pioneer and 2nd St SE
Downtown Puyallup

Kurt Johnson
Manager

____ay Service"

Service Hours
Monday - Friday
7:30 am to 6:00 pm
Saturday
8:00 am to 4:00 pm

Direct Phone
(253) 848-7139

____bell.com

Hours
Monday - Friday
8:00am to 5:15pm

4

*Exhibit A*



*This was delivered within a few days after our Purchase.*

GMC

Clinton & Margaret Tullis
16300 184th Ave SE
Renton WA 98058

Dear Clinton & Margaret:

Thank you for buying from me. I hope you are happy with your purchase. And remember, whatever your automotive needs, I'm here for you.

We recommend that you service your car every 2,000 to 3,000 miles,
Service hours: 7:30 - 6:00 M-F.
8:00 - 4:00 Saturdays.

When you are ready for your next Lube, Oil, and Filter Change, present this letter and it will be FREE; my way of saying thanks for buying from me and being a customer. At that time we can discuss any concerns or questions you might have

I'll be staying in touch with you by mail and phone calls. Your driving pleasure and safety are my main concerns.

Ken Nielsen
Sales Representative

# WHERE NICE IS BETTER

*This salesman was either fired or quit the company just after our Purchase.*
*cont.*

400 Valley Avenue NE ● P.O. Box 537 ● Puyallup, WA 98371 ● P. 253.845.8881 ● 1 800.573.8881 ● F. 253.845.6084 ● ccmotors.com

*exhibit # 2-k*
*& paper*

# LIMITED WARRANTY

*Dealer sells to purchaser the motor vehicle identified below subject to the terms and conditions of the Limited Warranty as outlined.*

| **PURCHASER (Buyer)** | **SELLER (Dealer)** | **VEHICLE IDENTIFICATION** |
|---|---|---|
| Name CLINTON M TULLIS | Name CORNFORTH-CAMPBELL MOTORS INC | Year 1999 |
| Address 16300 184TH AVE SE | Address 400 VALLEY AVE. NE, POB 530 | Make GMC |
| City RENTON | City PUYALLUP | Model SUBURBAN 4X4 |
| State WA | State WA | IDN 3GKGK26J2XG532591 |
| Phone (425)226-7399 | Phone (253)845-8881 | |

Date of Vehicle Delivery: 2nd JUNE    2003    Odometer Reading: 53473 Miles

Date of Sale: 6-2-03

## TERMS OF THIS LIMITED WARRANTY

**A.    TO WHOM IS THIS WARRANTY ISSUED?** The dealer offers and extends this limited warranty on mechanical defects on the components and parts described in Section B below to the original purchaser only and applies only with respect to the motor vehicle described hereon and it cannot be transferred to any other person during the duration of the limited warranty.

**B.    WHAT PARTS OF THE VEHICLE ARE COVERED BY THE LIMITED WARRANTY?** The Coverage of this warranty shall be limited to the covered components and parts thereof as checked below:

**ENGINE GROUP**
- Engine Block
- Cylinder Heads & Assemblies
- Internal Engine Components
- Engine Thermostat *Bad*
- Manifold & Gaskets (Intake & Exhaust)
- Water Pump
- Crankshaft Pulley
- Flywheel
- Vibration Damper
- Engine Mounts
- Oil Pump

**TRANSMISSION GROUP**
- Drive Shaft
- Universal Joints
- Transmission Oil Cooler
- Transmission & all internal transmission parts except manual transmission clutch assembly
- All Gaskets & Seals

**DIFFERENTIAL GROUP**
- Differential Housing & Internal Parts
- Drive Axles
- Wheel Bearings
- Gaskets & Seals

**FUEL SYSTEM GROUP**
- Carburetor
- Fuel Pump
- Fuel Gauge (Tank)
- Emission Control System

**EXHAUST SYSTEM GROUP**
- Muffler
- Exhaust Pipe
- Tail Pipe

**STEERING GROUP**
- Steering Gear
- Power Steering Pump & Valve
- Steering Linkage
- Hoses & Fittings

**BRAKE GROUP**
- Master Cylinder    } *all*
- Power Brake Cylinder    *Bad*
- Brake Calipers
- Wheel Cylinder
- Rotors
- Brake Drums
- Parking Brake-except brake shoes or lining    *Bad*

**SUSPENSION GROUP**
- Front Suspension & Shocks
- Rear Suspension & Shocks
- Front Wheel Bearings & Seals

**ELECTRICAL GROUP**
- Battery *Bad*
- Generator or Alternator
- Starter Motor
- Voltage Regulator
- Windshield Wiper Motor
- Heater Motor
- Distributor
- Light Assemblies-except bulbs *Bad*
- Turn Signal Switch
- Horn
- Head Lamp Switch
- Drive Belts
- Instrument Panel Gauges

**COOLING SYSTEM GROUP** *Bad*
- Radiator *Bad radiator cap*
- Radiator Hoses *& thermostat*

**OTHER**

**Express Statement of Exclusion:**
**ALL COMPONENTS AND PARTS NOT SPECIFICALLY CHECKED ABOVE ARE NOT COVERED BY THIS LIMITED WARRANTY.**
Any part of the vehicle otherwise covered by this Limited Warranty which has been subjected to misuse, negligence, alteration or accident is not covered by this Limited Warranty.

**C.    WHAT PERCENTAGE OF REPAIR CHARGES ARE COVERED?** This limited warranty covers _____ % of parts and _____ % of labor for repairs under section B above.

**D.    HOW LONG DOES LIMITED WARRANTY RUN?** This limited warranty begins on the date of delivery and extends for __ days or _____ miles beyond odometer reading stated above, whichever comes first.

**E.    WHAT ARE THE VEHICLE OWNER'S OBLIGATIONS?** In the event of a mechanical defect, the purchaser should return the described vehicle to the above dealer. If you are not able to return to said dealer, call the dealer at the above telephone number, without charge, and you will receive advice as to the proper procedure. Purchaser must authorize and pay the applicable percentage due, plus state and local taxes, on each covered repair under Section B above in cash. If the purchaser is dissatisfied because he feels the dealer has failed to conform to this warranty, he should contact: XXXXXXX

_____    Phone No. (   )
(Dealer or personal representative)

at CORNFORTH-CAMPBELL MOTORS INC    (253)845-8881

**F.    WHAT IS THE SELLING DEALER'S OBLIGATION?** The obligation of the seller issuing this warranty is expressly limited to replacement or repair of the defective part or parts at his place of business, and does not include bills contracted by the purchaser elsewhere, or towing charges. This warranty must be presented by the purchaser with any claim.

**G.    LIMITATION ON IMPLIED WARRANTIES, CONSEQUENTIAL AND INCIDENTAL DAMAGES.**
ALL IMPLIED WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HERBY LIMITED TO THE SAME DURATION OF TIME AS THE LIMITED WARRANTY ABOVE STATED.    SOME STATES DO NOT ALLOW

WHOM IS THIS WARRANTY ISSUED? The dealer offers and extends this limited warranty on mechanical defects on the components and parts ~~scribed~~ in Section B below to the original purchaser only and applies only with respect to the motor vehicle described hereon and it cannot be transferred to any other person during the duration of the limited warranty.

B.   WHAT PARTS OF THE VEHICLE ARE COVERED BY THE LIMITED WARRANTY? The Coverage of this warranty shall be limited to the covered components and parts thereof as checked below:

**ENGINE GROUP**
- Engine Block
- Cylinder Heads & Assemblies
- Internal Engine Components
- Engine Thermostat → *Bad*
- Manifold & Gaskets (Intake & Exhaust)
- Water Pump
- Crankshaft Pulley
- Flywheel
- Vibration Damper
- Engine Mounts
- Oil Pump

**TRANSMISSION GROUP**
- Drive Shaft
- Universal Joints
- Transmission Oil Cooler
- Transmission & all internal transmission parts except manual transmission clutch assembly
- All Gaskets & Seals

**DIFFERENTIAL GROUP**
- Differential Housing & Internal Parts
- Drive Axles
- Wheel Bearings
- Gaskets & Seals

**FUEL SYSTEM GROUP**
- Carburetor
- Fuel Pump
- Fuel Gauge (Tank)
- Emission Control System

**EXHAUST SYSTEM GROUP**
- Muffler
- Exhaust Pipe
- Tail Pipe

**STEERING GROUP**
- Steering Gear
- Power Steering Pump & Valve
- Steering Linkage
- Hoses & Fittings

**BRAKE GROUP**
- Master Cylinder
- Power Brake Cylinder
- Brake Calipers
- Wheel Cylinder
- Rotors
- Brake Drums
- Parking Brake-except brake shoes or lining

*Bad*

**SUSPENSION GROUP**
- Front Suspension & Shocks
- Rear Suspension & Shocks
- Front Wheel Bearings & Seals

**ELECTRICAL GROUP**
- Battery  *Bad*
- Generator or Alternator
- Starter Motor
- Voltage Regulator
- Windshield Wiper Motor
- Heater Motor
- Distributor
- Light Assemblies-except bulbs  *Bad*
- Turn Signal Switch
- Horn
- Head Lamp Switch
- Drive Belts
- Instrument Panel Gauges

**COOLING SYSTEM GROUP**  *Bad*
- Radiator
- Radiator Hoses

**OTHER**

_____
_____

**Express Statement of Exclusion:**
ALL COMPONENTS AND PARTS NOT SPECIFICALLY CHECKED ABOVE ARE NOT COVERED BY THIS LIMITED WARRANTY.
Any part of the vehicle otherwise covered by this Limited Warranty which has been subjected to misuse, negligence, alteration or accident is not covered by this Limited Warranty.

C.   WHAT PERCENTAGE OF REPAIR CHARGES ARE COVERED? This limited warranty covers _____ % of parts and _____ % of labor for repairs under section B above.

D.   HOW LONG DOES LIMITED WARRANTY RUN? This limited warranty begins on the date of delivery and extends for __ days or _____ miles beyond odometer reading stated above, whichever comes first.

E.   WHAT ARE THE VEHICLE OWNER'S OBLIGATIONS? In the event of a mechanical defect, the purchaser should return the described vehicle to the above dealer. If you are not able to return to said dealer, call the dealer at the above telephone number, without charge, and you will receive advice as to the proper procedure. Purchaser must authorize and pay the applicable percentage due, plus state and local taxes, on each covered repair under Section B above in cash. If the purchaser is dissatisfied because he feels the dealer has failed to conform to this warranty, he should contact:

(Dealer or personal representative) _____   Phone No. ( ) _____

at _____ LOHRENZ CAR & WHEEL MOTORS INC _____

F.   WHAT IS THE SELLING DEALER'S OBLIGATION?    (253) 845-8881   The obligation of the seller issuing this warranty is expressly limited to replacement or repair of the defective part or parts at his place of business, and does not include bills contracted by the purchaser elsewhere, or towing charges. This warranty must be presented by the purchaser with any claim.

G.   LIMITATION ON IMPLIED WARRANTIES, CONSEQUENTIAL AND INCIDENTAL DAMAGES.
ALL IMPLIED WARRANTIES, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HERBY LIMITED TO THE SAME DURATION OF TIME AS THE LIMITED WARRANTY ABOVE STATED.  SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.  PURCHASER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS, OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.  SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

H.   PURCHASER'S LEGAL RIGHTS.
This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.  No action arising out of this warranty may be brought by the purchaser more than _____ year(s) after the cause of action arises.  (Not less than one year, nor more than four years.)
There is no other express agreement between the dealer and the purchaser.
Purchaser acknowledges that he has read, understands and accepts all of the provisions of this limited warranty covering the motor vehicle described above.

Date: _____

BUYER'S SIGNATURE _____ 2003

CO-BUYER'S SIGNATURE _____

DEALER'S SIGNATURE: _____   WITNESS: _____

WSADA Form #5 _____   WITNESS: _____
(Not valid unless signed by dealer or his authorized representative.)
This Form is Property of WSADA and is Not to be Reproduced or Copied. Copyright Pending

Revised 11/00



## "Nice Is Better"



GMC.

cornforthcampbell.com          800-573-8881

### 1999 GMC Suburban 2500 SLT Suv 4WD
**7.4 Liter V-8 Throttle Body Inj.**

| | |
|---|---|
| Mileage : 53,447 | Transmission : Automatic |
| Color : Blue | V.I.N. : 3GKGK26J2XG532591 |
| Stock # : 03082A | |

## Quality Pre-Owned Vehicle

**This Vehicle Has Passed A Rigid Inspection**

**Has Been Reconditioned To The Highest Standards**

**Extended Service Agreement May Be Available**

**Credit Problems?**

**We Are Partners With Many Financing Institutions To Help Get You On The Road!**

## COMFORT EQUIPMENT AND ACCESSORIES

Power Steering
Power Door Locks
Power Driver's Seat
Cassette Player
Cd Player
Front Bucket Seats
Lumbar Seat Supports
Gauge Cluster
Tachometer
Tilt Steering Wheel
Tinted Glass
Dual Power Mirrors
Rear Air Condition Or Ctl.
Beverage Holder

Power Brakes
Power Windows
AM/FM Stereo Radio
Premium Sound System
Leatherette Or Leather Trim
Reclining Seats
Center Storage Console
Trip Odometer
Air Conditioning
Cruise Control
Power Access Outlet
Trip Computer Or Compass
Overhead Console
Running Boards

## OTHER ACCESSORIES

Fold Down Rear Seat
Rear Defroster
Remote Trunk Lid
Anti-lock Braking System
Ball Or Receiver Hitch
Fender Flares
Premium Wheels

Interval Wipers
Rear Window Wiper
Dual Air Bags
Roof Rack-luggage Rack
Side Molding
Radial Tires
Step Bumper

### Please Ask Your Sales Consultant For More Information on Pricing, Financing, and Trade-Ins

**"Media Reviews"** - Comments about this vehicle...
It holds the most & offers the most brute force. [Consumer Review] The Suburban is still the cowboy limousine [Car & Driver]

### Blue Book: $24,820

# Cornforth Campbell: $20,995

ATTENTION BUYERS: VERIFY ALL EQUIPMENT & ACCESSORIES PRIOR TO SALE.
Dealer Specialties COS disclaims any warranty as to the accuracy or to the working condition of the equipment listed above.
Any purchaser or prospective purchaser should independently verify with a salesperson of the dealership listed above the
accuracy of all listed information provided on this label. Price does not include state & local taxes, licence & title fees, doc
fee or finance charges, if any. Dealer Specialties COS (800) 647-2422
#184232 Copyright © 1996 - Dealer Specialties, Inc. All Rights Reserved

11





# CORNFORTH-CAMPBELL

MOTORS, INC.

DEAL# 10801

# DUE BILL

### WORK PROMISED TO BE PERFORMED AT TIME OF SALE

06/02/03 | 1995 GMC SUBURB | CLINTON M TULLIS | KEN NIELSE | 03082A

## PRESENT THIS ORDER WHEN WORK IS TO BE COMPLETED

1. TRAILER BRAKE - customer paid in full (included)
2.
3.
4.
5.
6.
7.

I HEREBY ACCEPT THIS DUE BILL WITH THE UNDERSTANDING THAT IT IS VALID FOR ONLY (30) THIRTY DAYS FROM DATE OF ISSUANCE.

NOTE: THE ABOVE PROMISED WORK IS THE ONLY WORK TO BE PERFORMED FREE OF CHARGE. ANY ADDITIONAL WORK WILL BE CHARGED FOR IN ACCORDANCE WITH THE TYPE OF WARRANTY ISSUED AT TIME OF SALE, AND WILL BE CASH ON DELIVERY. ALL WORK MUST BE DONE IN OUR SHOP, AND YOU MUST MAKE AN ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT BEFORE THE ABOVE WORK CAN BE PERFORMED.

Signed: Sales Mgr. X                              Signed: Customer X

### DUE TO INSURANCE REGULATIONS — NO LOAN CARS AVAILABLE

Form # 2045

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| GMC | Suburban 2500 SLT | 1999 | 3GKGK26J2XG532591 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VIN NUMBER |

03134

03082A
DEALER STOCK NUMBER (OPTIONAL)

**WARRANTIES FOR THIS VEHICLE:**

## ☐ AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

## ☑ WARRANTY

☐ FULL ☑ LIMITED WARRANTY. The dealer will pay __100*__% of the labor and __100*__% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

DURATION: Whichever is earlier.      60 Days or 2,000 Miles



*False Warranty*

**Systems Covered:**

**ENGINE - TRANSMISSION - DRIVESHAFT
DIFFERENTIAL - TRANSAXLE - IF SO EQUIPPED
SUSPENSION - COOLING - ELECTRICAL - BRAKES
STEERING - FUEL AND EXHAUST**

☑ SERVICE CONTRACT.    A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.
SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.                    #184914

EXHIBIT # 2

Page 2 of 5

## More performance when you expect it.

Most stops aren't emergencies. They're part of everyday driving, and a proportional control can make everyday driving much more enjoyable. During normal stops, inertia-activated devices sense the slower reduction in reduced forward motion. As the brakes are applied, you get smooth, gradual stopping power every time. (a)

Timed devices, on the other hand, can't sense a change in speed. Once you put your foot on the brake, they deliver full preset braking power. If a driver has a tendency to ride the brake, timed devices can cause brake pads to glaze. This decreases braking efficiency and increases brake wear. (b)





**Chart 4 An example of a typical stopping situation**

*Proportional controls stop trailers at lower speeds by applying only the amount of power required to gradually slow the trailer at the same rate as the tow vehicle*

---

**stopping under control**

## Frequently asked questions (continued)

**How does the brake control operate?** It is electrically connected to the tow vehicle's battery, stop (brake) lamp circuit, and to the brakes on a trailer through the electric trailer connector. A properly-installed control activates a trailer's electric brakes each time the brakes on the tow vehicle are applied. It can also be used to apply trailer brakes independently from the tow vehicle using a manual override.

**What is a "sync" switch?** Some timed brake control manufacturers allow the driver to adjust the time required to reach full preset power output when the vehicle's brake pedal is depressed. The adjustment can range from 1 to 6 seconds.



---

...e" only name in trailer brake controls

## Self-leveling proportional brake control

*Very Best*

### PRODIGY®

- Motion control technology similar to the system in guided missiles
- Consistently applies power to brakes in proportion to vehicle's deceleration
- The only inertia control that works proportionately when backing up
- Controls brakes on one- to four-axle trailers
- Constantly adjusts to varying terrains
- Exclusive boost feature for more initial braking power when towing loaded trailers
- Digital display shows voltage delivery during braking
- Continuous diagnostic program checks for proper connection and operation
- Limited lifetime warranty





*Prodigy*



15

12



exhibit #3



**Chart 2  An example of an inertia-activated device performance during a high speed stop**

PERCENT PRESET POWER TO TRAILER BRAKES

TIME (SECONDS)

*Proportional braking power builds quickly and then gradually tapers off as the system responds to changes in tow vehicle's speed.*

P-1 of 3

(exhibit #3)

this is the
only type of
trailer brake control
used by Recreational
vehicle sales in
year.

13

*exhibit #3*
*P-(*

*exhibit #3*



STOP

## Trailers change everything.

Stopping a vehicle seems simple. You step on the brake and steer to a halt.
But the action becomes much more complicated with the addition of a trailer.
Two objects, tied together by a one-point hitch, must stop at the same speed -
surely and smoothly. This brochure explains how brake controls work. It also
shows how proportional braking systems can deliver better performance,
greater efficiency and less brake wear.

## Some things are constant.

All types of trailer brake controls require the user to "tell" them "what" and
"the condition of" the trailer brakes they will actuate during a stopping event.
This is typically achieved by:

- Towing the trailer over a level surface between 25-30 MPH.
- The driver then independently actuates the trailer brakes using (squeezing)
  a manual override lever normally located on the front of the control.
- With the override fully engaged the driver is instructed to increase the power
  output of the brake control to a point "just before trailer wheel lock-up".
  This process is designed to set the control for maximum power delivery
  without losing control of the trailer during stops.

*known to fail in 1 to 3 seconds*
*of emergency use*

A. Power Knob
B. Manual Slide Knob
C. Bi-Colored Light
D. Level Knob

*excellent →*

Example of a Proportional
Brake Control

②

A. Power Knob
B. Manual Slide Knob
C. Bi-Colored Light

Example of a Time Accuated
Brake Control

*no good →*
*out-dated*
*years ago*

③

*F-3 = time accuated Brake Control*
*was installed on Tullis suburban*
*Tullis now convinced Carnforth - Campbell*
*did not afford the operators manual as*
*it shows the inadequacy & endangerment*
*to a user - again = this applies to the*
*history of the time accuated control -*
*(a timed device)*

*exhibit #3*
*P-1 of 6*

**14**



**Some things are constant.**

*exhibit #3*

All types of trailer brake controls require the user to "tell" them "what" and "the condition of" the trailer brakes they will actuate during a stopping event. This is typically achieved by:

- Towing the trailer over a level surface between 25-30 MPH.
- The driver then independently actuates the trailer brakes using (squeezing) a manual override lever normally located on the front of the control.
- With the override fully engaged the driver is instructed to increase the power output of the brake control to a point "just before trailer wheel lock-up". This process is designed to set the control for maximum power delivery without losing control of the trailer during stops.

②

A. Power Knob
B. Manual Slide Knob
C. Bi-Colored Light
D. Level Knob

A. Power Knob
B. Manual Slide Knob
C. Bi-Colored Light

*Time accuated Brake Control known to fail in 1 to 3 seconds of emergency use.*



*Example of a Proportional Brake Control*

*3*

*Example of a Time Accuated Brake Control*

*NO! Good*

*known to fail in 1 to 3 seconds of emergency use and petitioners was pulling a heavy Wilderness Trailer.*

the vehicle's brake pedal is depressed. Braking force rapidly reaches full power and stays as long as any vehicle pedal pressure is maintained.

While they basically "apply" the trailer brakes, timed controls have some disadvantages:

- Their preset braking power is typically 100% on or off. There's rarely an in-between for situations where you need gradual braking.

- Maintaining high preset power levels can cause erratic braking during the later stages of a high speed braking event. Heat expansion of the brake shoe and linings can cause this phenomenon.

- A low preset power level to circumvent the previous situation may not provide enough stopping force during emergency or sudden stops.

- Timed controls don't differentiate between light and full pressure on the pedal

*Bad system* 

**Chart 1 An example of timed-device performance**



*Can cause overheating and total failure in 1 to 3 seconds of emergency use*

Braking force rapidly reaches full power and stays as long as any pedal pressure is maintained.

*95 words to give full response then shut down with no assist*

---

<div style="border-left:thick">

**stopping under control**

## Today's towing demands better brake controls.

Not so long ago, hydraulic actuated trailer brake control systems required a mechanic to tap into a tow vehicle's master brake cylinder. When pressure was applied to the vehicle's brake pedal, hydraulic fluid changes were "sensed" by the brake control (mounted on the dash) which then activated brakes on the trailer at the same time. This type of control is not typically used on modern vehicles, due to their use of computerized ABS braking electronics and the better isolation of the engine compartment from the vehicle's passenger area.

### The next step

Electric trailer brake controls without the means to detect vehicle deceleration became available as an alternative to hydraulic brake controls in the late 1980's. Installers were no longer required to tap into the master brake cylinder. These systems, still in use today, use a timed relay device to send a preset level of power to the trailer's electric brakes at a predetermined rate when



</div>

*Page 7*
*exhibit # 3*



400 Valley Ave. NE
P.O. Box 537
Puyallup, WA 98371

Forwarding Service
Requested

*Sept. 30 — 03*

## SERVICE REMINDER

OUR COMPUTER SERVICE RECORD SUGGESTS THAT
YOUR VEHICLE IS DUE FOR **ROUTINE MAINTENANCE.**
PLEASE CHECK YOUR MAINTENANCE LOG AND CONTACT US.

### *"You Are A Valued Customer."*

PLEASE CALL US BY 10/07/03
PHONE (253)845-8881 OR TOLL FREE 1-800-573-8881

RE. 99 GMC SUBURBAN
#3GKGK26J2XG532591

*1 month after warranty expired*

CLINTON TULLIS
16300 184TH AVE SE
RENTON, WA 98058-0903

---







**400 Valley Ave. NE, Puyallup**

SERVICE HOURS
MONDAY THROUGH FRIDAY
7:30 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 4:00 P.M.

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881

www.cornforthcampbell.com
Email: service@cornforthcampbell.com

Collision Center Direct Phone
(253) 848-7139

Where Nice is Better





EXHIBIT No 7

(We) had purchased our GM Suburban in _June 1_ of 2003 at Cornforth-Campbell Buick and GM in Puyallup, Wa. One of the conditions of Purchase was that the Suburban would be equipped to supply the towing and braking essential for a 30 foot Wilderness Trailer that weighed 7000 pounds before loading. WE WERE THEN PROMISED THAT CORNFORTH-CAMPBELL WOULD FURNISH US THE BOOK ON USE AND MAINTENANCE OF THE SUBURBAN AND ON THE EQUIPMENT ATTACHED.

The salesman showed me the newly mounted Trailer Electric Control and told me that I only needed to slide the "side switch forward or back" to get expected response on the brakes. This was the way to feel if the trailer would pull back on the suburban without applying the Suburbans brakes. You should then slide the switch in the opposite direction to barely release the pull back and that would give you full breakage when the Suburbans brakes were applied. Also, to check the trailer brakes activating after making the above adjustment.

We were advised to "slide the activator located on the front of the control". back and forth and it would indicate the ability of the trailer to assist in stopping. This was occasionally performed and we were confident of the trailer controlling its own weight in stopping

[Prior to going on vacation to Oregons Southwest "Coast city" of Bandon, Oregon. Upon returning from a three day trip to Spokane, Washington, to a granddaughters graduation at Eastern Washington University;  I pulled the wheels off of the trailer to make certain the lining and electric brakes were in good condition. and repacked the wheel bearings. I then adjusted the brakes to the recommendations of our trailer manual. The brakes linings and electric activators were in excellent condition as prescribed by the manual.]
RECEIPT OF THE PROMISED MANUAL ON THE ACTIVATOR WOULD HAVE AVOIDED PLAINTIFFS ACCIDENT AS PLAINTIFFS WOULD HAVE IMMEDIATELY REPLACED IT.
The Timed Activator is not actively comparable to Inertia-activator with proportional sensors which take less than one-second to deliver 100%(one -hundred percent)of their full stopping power.
_Inertia activator more commonly known as a differentiator._
I made four trips to Cornforth-Campbell to pick up the owners manuals and never was afforded one _or_ which they continued to ignore as they also ignored maintenance to be provided to the Suburban under the warranty. The battery went dead, the starter failed, the headlights needed and received replacement. the lighting system had a loose wire at the battery terminal of which I completely soldered together. I cured the radiator water flow which caused overheating of the engine. and I completely repaired the braking system as was recommended by the new Chilton"Mechanics Manual" of which I purchased from an Auto Parts store. The Suburban brakes had been pulling to the left when traveling on wet pavement. The improved Suburban Brakes were excellent. The Trailer Brakes were excellent. It was the trailer control that malfunctioned.

Unknown to us; the "Trailer Brake Control" newly installed by Cornforth-Campbell was not used by most, if any RV installers; as Tacoma RV explained to us on the third trip we made to contact them after the accident; Stated that Tacoma RV had not installed that type in years. They then gave us a book on the different types that are available.
The book then explained that the type of control on our vehicle, could completely malfunction and fail under heavy application in an emergency situation and that the digital controls or even a partial digital control was essential on Recreational trailers.

Respectfully,

Clinton M. Tullis ProSe
16300-18th ave. S E
Renton, Wa. 98058-0903
Phone and Fax (425) 226-7399
Cellular (206) 713-950

_Clinton M. Tullis_

For Lewis County Court
On The Traffic Collision.
Where Plaintiffs:(Then Defendants)
Were Exonerated and dismissed.

P~26

EXHIBIT NO. 7

On July 18, 2004

At about 12 Noon, We drove through Portland Oregons heavy traffic at "a Miles per hour" initiated by others ahead of us. Even though, there was constant vehicles coming onto the Main North-South freeway, and occasionally a vehicle leaving the North South freeway onto a Portland residential or commercial area; There was never a vehicle that attempted to recklessly enter the lane in which we were traveling; which mostly "always is the right lane.

Upon entering Washington, We stopped in North Vancouver, Washington and loaded our forty gallon tank with gasoline. We then entered back onto Interstate 5, and proceeded North towards our home and destination.All traffic was very courteous and well respected by all trafficers, including us.
On the hill, going North from Kelso. There was a Truck and Trailer that was heavily loaded and was traveling up the grade at about 45 Miles per hour. We followed him until reaching the top of the hill and then elected to pass the Truck and then pull back into the right lane to proceed to our destination.

Many a vehicle passed us and then pulled into the right lane or proceeded North in the left lane, whichever supplied their need or desire. We continued in the right Lane at whatever speed the vehicles in front of us were running, keeping from one hundred to one hundred seventy five feet behind. All of a sudden, The faster vehicles from the left lane cut in front of us to take advantage of the free space between our vehicle and the vehicle we were following; To then speed ahead and then cut back into the left lane to continue their traveling. We would drop back to assure a safer distance and then move up when the vehicles turned back into the left lane.

In the meantime, there was a large rig that sped past us and turned into the right lane ahead of us.
When the traffic allowed, I pulled into the left lane and passed the big rig (truck and trailer) and then after passing several vehicles, when clear, I pulled back into the right lane to continue, holding my distance behind the vehicles in front of me.

At the Chehalis "North bound" turn off; A speeding vehicle cut about
(5) five feet in front of me from the left lane,at about a 45 degree angle and onto the Chehalis turn-off. Then as we arrived at the Chehalis "North bound" on ramp, (2) two vehicles (one behind the other, cut in just in front of me. The second vehicle did not clear me more than 3 to.5 feet and entered into the left lane, totally ignoring the dangerous maneuver.

Knowing that at Centrailia, We would be confronted by the same type of road access possibly under llike conditions to and from I-5, I determined that it may be safer to travel in the left lane until we cleared the area.
I reasoned that it was after one O'Clock and Travelers may be going to, or returning to the freeway from and for lunch. Residents from the area would more than likely avoid the dangerous maneuvers that we had been subjected to. We continued in the left lane, keeping a distance of 150 to 175 feet behind the vehicles in front of us.

Just outside of Centrailia, I seen a vehicle suddenly pull left at about a 45 degree angle towards the concrete barrier and immediately applied the brakes; gradual at first; then realizing the road WAS BLOCKED, I applied full force on the brakes. I and Margaret both felt very comfortable about the distance between us and the stopped vehicles, being ample to completely control the stopping of our vehicle.

At this point, to my surprise, the trailer brakes did not appear to assist at all. I reached down and slid the trailer control to the full braking position and the control did not respond. Regardless, It seemed that we were slowing rapidly enough that we would not impact the vehicles in front of us but as it turned out, the trailer brakes not responding; overpowered us.

Unknown to us; We did not have enough weight for the Suburban to be able to completely, immediately stop; with only the Suburban Brakes. A Condition we could have easily remedied if we had known we had a trailer without brakes; by Loading three or four bags of sand; or we could have loaded all of our tools and equipment in the back of the Suburban instead of the convenience of the trailer compartments. Every day we towed the trailer, we would check the trailer brakes to make certain, the control was functioning.

*exhibit #10 - 12*

*into mg*

*7/22/03*

**Schuck's Auto Supply**

17:35 SE 272nd Street
Covington WA 300420        STORE#04349
(253) 631-5695        07.22.03    5:23 PM
REGISTER #2 3    5948 CASHIER#  032647-03

FR 6308043    WATER OUTLET GASKT
1.39
PA 6574529    WATER OUTLET GASKT
1.39

*thermostat*    FR 6144612    630
SUPERSTAT
8.99
65848    *plus tax*

Limited Lifetime

SUBTOTAL        *plus tax* $88.80
TAX 8.40%        0.99
TOTAL        12.76

**DEBIT CARD SALE**
-12.76

CHANGE DUE
0.00

TRANSACTION #00345387

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!
VISIT Us On-Line At
WWW.SCHUCKS.COM

*12176*

*See warranty brochure for
additional terms of warranty

PRIMARY

157259
Card # XXXXXXXXXXX0258
Approval: 082417

<<CUSTOMER COPY>>

---

*for comfort
also Purchased
a 180° thermostat*

**BIG WHEEL AUTO PARTS**        606013
25416 104TH SE
KENT WA  98031
253-859-4510

*8/23/03*

1 CASH CUSTOMER    CW 11:49  08/23/03

* 99 GMC TRUCK    C&K2500 SUBURBAN
VB-350  5.7L        *5.43 with tax*
1 STA 18231        4.99        4.99 T
RADTR CAP
1 FRA PH8        4.99        4.99 T
OIL FILTER
CHECK
DISPLAY #  5        10.86

Labor        Subtotal        9.98
Frght        Core
Disc        Tax        0.88
Total        10.86

TENDER        10.86 CHANGE

A RESTOCKING FEE MAY BE
ASSESSED ON NEW RETURNS

*exhibits 10 -12*

*3-31-04*

(?)

## Cedar Rapids Towing    37334

18015 S.E. Maple Valley Hwy.
Renton, WA 98058
**PHONE (425) 255-5295**

24 hour

Date 03 / 31 / 04    WDL # _____

WO # _____    PO # _____

Bill to: Clinton Tarls

Address: Rsoc - 18th

City, State: Renton WS 9F0 58 - 0963

Owner: _____

Address: _____    Tel: _____

| YR 99 | MAKE GMC | MODEL Suburban | LIC # 223 - RCC |
| VIN # | | | ODOMETER |

| DRIVER 107 | TRUCK 10 | GLASS | WSP ☐ | ACC ☐ | IMP ☐ | INS ☐ |
| | | | PD ☐ | PVT ☒ | COM ☐ |

Tow From 1805 - 8272

Tow To

| Extra Services | Dolly | Wheel Lift | Driveline Removal | Car Carrier | Standby |

Winching

| 2nd Tow | | Driver | Truck | Class |

| Storage | Inside Days Outside @ | Per Day |

| Mileage Finish | | Time Finish |
| Mileage Start | | Time Start |
| Total Miles | @ | Per Mile | Total Time |

After Hours Release

Comments

| | Keys |
| | Advance Charges |
| | Tolls Paid |
| | Sub Total | 85 | 00 |
| | Sales Tax | 6 | 16 |

Check No. 2622    Bank Card ☐
Date Release _____    Cash ☐    **TOTAL** 91 16
Released By _____    Charge ☐

AUTHORIZATION
TO TOW
VEHICLE    x Clinton M. Fall

*electrical failed couldn't start*
*vehicle. had to have it towed*
*home so I could run tests, and fyl*
*& repair*

*P-24*

Exhibits (10-17-G)

**Holiday Inn EXPRESS**
**OF CENTRALIA**
1233 Alder Street
Centralia, WA 98531
360/330-9441

**Name & Address**

MARGARET TULLIS
16300 184TH AVE SE

RENTON WA 980580903

| | |
|---|---|
| Room | 114-11 |
| Arrive Date | 07/18/04 |
| Dept. Date | 07/19/04 |
| Folio # | 0 |
| Room Rate | 89.95 |
| Account | 2-CVISA |
| Mkt/Seg | 0-TRAN |

Page 1

Independently owned and operated by Akita, Inc.

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE Rapid Check-Out

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0718 | 111 | 0718000 | DKT | GUEST ROOM | 89.95$ | .00$ | 89.95$ |
| 0718 | 811 | 0718001 | DKT | SALES TAX | 7.02$ | .00$ | 96.97$ |
| 0718 | 812 | 0718002 | DKT | OCCUPANCY TAX | 1.80$ | .00$ | 98.77$ |
| 0719 | 918 | 0719000 | DKT | VISA | .00$ | -98.77$ | .00$ |
| | | | | ***TOTAL*** | | | .00$ |

Filed w clerk 2-25-09

Holiday Inn EXPRESS

margarets night at Hospital after colision

| ACCT. NO. | |
|---|---|
| VS ************9983 0705 | |
| CARD MEMBER NAME | TULLIS/MARGARET L |
| ESTABLISHMENT NO. & LOCATION | H.I. Express - Centralia, 1233 Alder Street, Centralia, WA 98531 |
| CARD MEMBER'S SIGNATURE | X Margaret L Tullis |

ESTABLISHMENT AGREES TO TRANSMIT TO CARD ISSUER FOR PAYMENT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| 07/19/04 | HI- 51872-0/ | |
| AUTHORIZATION | | I.D. |
| 025359 | 117.00$ | DKT |
| | .00$ | |
| | .00$ | |
| PURCHASES & SERVICES | 98.77$ | |
| TOTAL AMOUNT | 98.77$ | |

R-# 304

| QUAN. | JOB CODE | LABOR INSTRUCTIONS | | EACH | TOTAL |
|---|---|---|---|---|---|
| 1 | 999 | LO-5 Labor | | | 60 00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | OUTSIDE WORK | | |
| | | | TOTAL LABOR | | |

| QUAN. | LINE CODE | PART NUMBER | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|---|---|
| 1 | PCH | C2583A | Right Light | | 79 95 |
| 1 | " | C2582A | Left Light | | 79 95 |
| 1 | HHA | 24065 | BOOK (maintenance Vehicle) | | 16 49 |

**EDGEWOOD TRUCK TOYZ**

623 MERIDIAN E.
EDGEWOOD, WA 98371

*Complete Truck & SUV
Installation Facility*
www.edgewoodtrucktoyz.com

PHONE: 253•927•3388
FAX: 253•927•4519

NO ELECTRICAL PARTS RETURNED

NO RETURNS AFTER 30 DAYS OF SALE

CLINT TULLIS    12-26-03

CASH    INVOICE # 38702-A
CODES: D1
PH #425-226-7399    DATE : 12/26/03    03
REF: W/O 21415    4:26 PM EASE: WA

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR PRICE | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | HHA | 24065 | GM FULLSIZE PU | | | 16.49 | 16.49 | T |
| 1 | PCH | C2583A | RIGHT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | | C2582A | LEFT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | 999 | LO-5 | LABOR PER HOUR | | | 60.00 | 60.00 | T. |

CHECK    : $ 257.20    257.20
CHECK # 1193

| | | | | 60.00 | | | 236.39 | 20.81 |
|---|---|---|---|---|---|---|---|---|
| ATTACH UNITS | | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL NON-TAXABLE | TAXABLE | TOTAL TAX |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS
SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR
CREDIT THAT HAS BEEN INSTALLED FOR TESTING.

RECEIVED BY: X

PAY THIS AMOUNT ▶    257.20    CUSTOMER

**Warrantee Disclaimer**    ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER, THE SELLER (EDGEWOOD NATIONAL INC.)
HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANT-
ABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT
ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

**Work Authorization**    I HEREBY AUTHORIZE THE ABOVE WORK TO BE DONE ALONG WITH NECESSARY MATERIALS. YOU AND YOUR EMPLOYEES MAY OPERATE
ABOVE VEHICLE FOR PURPOSES OF TESTING, INSPECTION OR DELIVERY AT MY RISK. AN EXPRESS MECHANIC'S LIEN IS ACKNOWLEDGED
ON ABOVE VEHICLE TO SECURE THE AMOUNT OF REPAIRS THERETO. YOU WILL NOT BE HELD RESPONSIBLE FOR LOSS OR DAMAGE TO
VEHICLE OR ARTICLES LEFT IN VEHICLE IN CASE OF FIRE, THEFT, ACCIDENT OR ANY OTHER CAUSE BEYOND YOUR CONTROL.

Work Authorized By    Clinton M. Tullis

P 48

Name: Clint Tullis
CW SUB.
425-226-7399

EDGEWOOD NATIONAL INC.
623 MERIDIAN E
No. 21415

BED LINERS
TRAILER HITCHES
• • •
623 MERIDIAN E.
EDGEWOOD, WA 98371



**EDGEWOOD NATIONAL INC.**
4WD, TRUCK and RV PARTS and ACCESSORIES



Complete Truck & RV
Installation Facility
www.edgewoodnational.com

PHONE: (253) 927-3388

DISCLAIMER OF WARRANTIES. All warranties on the products sold hereby are those made by the manufacturer. The Seller, Edgewood National, Inc. hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Edgewood National, Inc. neither assumes nor authorizes any other person to assume for it any liability in connection with this sale. CHECK ALL PARTS BEFORE INSTALLING. EDGEWOOD NATIONAL, INC. WILL NOT BE RESPONSIBLE FOR MISLABELED OR MISPACKED PARTS.
NO ELECTRICAL PARTS RETURNED • NO RETURNS AFTER 30 DAYS OF SALE

CASH ONLY WHOLESALE

CUSTOMER #   500   CASH   INVOICE # 78079-A
CODES: D 1 C.O.D.
DATE : 07/02/03      03
10:00 AM PAGE: 1 A

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | PHO | H9006XPP2 | BULB ST LEGAL | | | 24.15 | 24.15 | T. |
| | | | *2 bulbs* | | | | | |
| | | | *1- Right Front* | | | | | |
| | | | *1- Left Front* | | | | | |

CHECK     :$      26.30
CHECK # 2591

*7/02/03*

| TOTAL UNITS | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 24.15 | 2.15 |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR CREDIT THAT HAS BEEN INSTALLED FOR TESTING.

RECEIVED BY: X

PAY THIS AMOUNT ►   26.30   CUSTOME

---

EDGEWOOD TRUCK TOYZ
• • •
623 MERIDIAN E.
EDGEWOOD, WA 98371

**Truck Toyz**
OFFROAD & SUV ACCESSORY CENTER

Complete Truck & SUV
Installation Facility
www.edgewoodtrucktoyz.com

PHONE: 253•927•3388
FAX: 253•927•4519

*12-26-03*

NO ELECTRICAL PARTS RETURNED

NO RETURNS AFTER 30 DAYS OF SALE

CLINT
*Edgewood Tire performed the headlight replacement*

OPEN   INVOICE # 88702-A
CODES: D 1
DATE : 12/26/03      02
PH #425 226-7389
REF: W/O 21415
4:00 PM PAGE: 1 A

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EA. | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 1 | HHA | 24065 | GM FULLSIZE PU | | | 16.49 | 16.49 | T. |
| 1 | PCH | C2583A | RIGHT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | | C2582A | LEFT LIGHT ASSY | | | 79.95 | 79.95 | T X |
| 1 | 999 | LO-5 | LABOR PER HOUR | | | 60.00 | 60.00 | T. |

*Plaintiffs replaced entire head lamps*
*12-26-03*

*P#5*

| TOTAL UNITS | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| | | 60.00 | | | | | 236.39 | 20.81 |

NO REFUND WITHOUT THIS INVOICE • RETURNED MERCHANDISE IS SUBJECT TO 15% HANDLING CHARGE • NO MATERIAL ACCEPTED FOR

RECEIVED BY:

257.20

PAY THIS AMOUNT ►   ***NON-FINAL***   ORIGINAL

*Exhibit 10/11/12*   10-11-12

(no if)

*Suburban Battery replace*

**Schuck's Auto Supply**

3-31-04

17709 SE 272nd Street
Covington, WA 98042      STORE#04349
(253) 631-5645   03/31/04   5:16 pm
REGISTER 01 3  4603 CASHIER# 055846-24
Mgr#000032647 ASSOC#000005-31

BA 7309010   ORBITAL BATTERY
                                        -129.95
GRB78DT84
Limited 84 Month*
PA 6308068   78DT-84N WASC BATT
                                        95.99
78DT84N
Limited 84 Month*

        SUBTOTAL            -38.00
        TAX  8.40%          -3.52
        TOTAL               -32.52

**DEBIT CARD REFUND**

CHANGE DUE                    0.00

*planted installed*

TRANSACTION #00412665

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!
Visit Us On-Line At
WWW.SCHUCKS.COM

*See war ant. brochure for
additional terms of warranty

PRIMARY

843120
Card # XXXXXXXXXX0258
Approval: 575745

<<CUSTOMER COPY>>



---

*new spark plugs on*

*planted installed*   *record*

6-2-04

*new air filter*

**Schuck's Auto Supply**

17709 SE 272nd Street
Covington, WA 98042      STORE#04349
(253) 631-5645   06/02/04   7:04 pm
REGISTER 01 1  2018 CASHIER# 059307-05

PA 6893275   CHAMP PLATINUM PLG
8 @  1.99                    15.92
3013
PA 6679112   PENZOIL AIR FILTER
                             16.99
PZA28

        SUBTOTAL            32.91
        TAX  8.40%           2.76
        TOTAL               35.67

**DEBIT CARD SALE**           -35.67

CHANGE DUE                  $35.67

Items Sold       :    9

TRANSACTION #00429626

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!
Visit Us On-Line At
WWW.SCHUCKS.COM

PRIMARY

148766
Card # XXXXXXXXXXX0258
Approval: 735588

<<CUSTOMER COPY>>

---

*Various transmission gear Stabuild etc
all greases On recommended of record*

**Schuck's Auto Supply**

222 A Street SE
Auburn  WA 98002   STORE#04204
(253) 735-4075   05/29/04   7:44 pm
REGISTER 01 1  9327 CASHIER# 045968-03

PA 6170138   MARVEL MYSTERY OIL
                             3.99
                             013
PA 6827000   VAL-FLEX GR TUBE
                             3.49
                             615
PP 6827000   VAL-FLEX GR TUBE
                             3.49
                             615
PA 6082663   POWDERED GRAPHITE
                             3.59
                             4277
PA 6634752   GREASE CARTRIDGE
                             2.99
                             713
PA 0192155   SLICK 50
                             4.39
                             409
PA 0086441   STP ENG TREATMENT
                             2.49
                             66375
PP 0119673   WHITE LITHIUM GRS
                             3.55
                             05037

5-29-04  SUBTOTAL           29.02
         TAX  8.80%          2.55
         TOTAL              31.57

**DEBIT CARD SALE**          31.57

CHANGE DUE                   0.00

Items Sold       :    8

TRANSACTION #00553578

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!
Visit Us On-Line At
WWW.SCHUCKS.COM

PRIMARY



MOST COMPLETE AUTO PARTS STORES

B AUTO PARTS, INC.
RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

4-3-04

**AUBURN**
2703 Auburn Way N.
(253) 854-0484

**KENMORE**
6340 N.E. Bothell Way
(425) 488-2007

**BELLEVUE**
10505 Main Street
(425) 454-2495

**REDMOND**
16115 Redmond Way
(425) 885-4146

**BURIEN**
14307 1st Ave. S.
(206) 243-2444

**RENTON**
401 Rainier Ave. N.
(206) 772-6380

**FEDERAL WAY**
1610 341st Pl., Sta. A
(253) 661-7222

**TACOMA**
215 S. 72nd Street
(253) 475-9018

SHIP TO:

SOLD FROM RENTON STORE

Suburban Brake repair

1489539

| WEIGHT | | | ORDER DATE | | INV. DATE | | INV. NO. |
|---|---|---|---|---|---|---|---|
| | 02:28 PM | | 04/03/04 | | 04/03/04 | | |
| DESCRIPTION | | CORE | | LIST | | SELL | EXTENDED | T | D |
| KE SPRING | | | | 5.48 | | 3.99 | 3.99 | T | |
| SPRG TOOL | | | | 8.98 | | 4.99 | 4.99 | T | |
| HEX BIT | | | | | | 1.99 | 1.99 | T | |
| M AXLE SKT | | | | 22.80 | | 8.99 | 8.99 | T | |

- Special Order Returns are subject to a 20% restocking fee.
- Freight Charges are non-refundable.

| | | |
|---|---|---|
| SUB-TOTAL | | 19.96 |
| CORE | | |
| TAX | | 1.76 |
| LABOR | | |
| FREIGHT | | |
| TOTAL | | 21.72   PICK |

---

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

501242

4-3-04

6 CASH SALE.   THAN ER 02:30 04/03.04

| 1 WIL W15YC | | | |
| BRAKE SPRI | 3.99 | 3.99 T |
| 1 WIL W00622 | 4.99 | 4.99 T |
| BRK SPRG T | | |
| 1 WIL W1334 | 1.99 | 1.99 T |
| 3/8 HEX BI | | |
| 1 WIL W154 | 8.99 | 8.99 T |
| 36MM AXLE | | |
| Cash | 21.72 | 50.00 |
| DISPLAY # 17 | | |

| Labor | | |
| Frght | Subtotal | 17.76 |
| Disc | Core | |
| | Tax | 1.76 |
| | Total | 21.72 |
| 50.00 CHANGE | 28.28 |

on record
05/27/04

## Schucks Auto Supply

17620 108th SE
Renton  WA 98055    STORE#04329
(425) 228-6226   05/27/04   4:46 pm
REGISTER 04 2   3576 CASHIER# 057394-03

PA 8322372   QUIET STOP PADS    59.99 X
PGD370US
Ltd Lifetime Warranty Excludes Wear
PA 6089189   80/85W-90 GEAR OIL    3.49
831
PA 6008205   SYNTHETIC GEAR OIL    8.99
75W90

| SUBTOTAL | 72.47 |
| TAX 8.80% | 6.38 |
| TOTAL | 78.85 |

**DEBIT CARD SALE**    -78.85

CHANGE DUE    0.00

> Items Sold    : 3

TRANSACTION #00464300

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!

on record
7-08-
Suburban

B&B AUTO PARTS, INC.
401 RAINIER AVE. NO.
RENTON, WA 98055
206-772-6380

501293

4-3-0

6 CASH SALE.   THAN GF 04:05 04/03/04

| 1 TRW 14-370-12 | | |
| BRAKE PAD | 41.79 | 41.79 T |
| 1 LUB 11380 | 2.99 | 2.99 T |
| 16 OZ WB G | | |
| ATM/Debit | | |
| DISPLAY # 17 | 48.72 |

| bor | Subtotal | 44.78 |
| ht | Core | |
| sc | Tax | 3.94 |
| | Total | 48.72 |
| ER | 48.72 CHANGE | 48.72 |

FOR SHARPING BRAKE

*exhibit #10 - 12*

*into evid*

7/22/03

**Schuck's Auto Supply**

1735 SE 272nd Street
Covington WA 98042    STORE#04349
(253) 631-5645    07.22.03    5:23 PM
REGISTER #: 2    5340 CASHIER# 032647-02

FR 6308043    WATER OUTLET GASKT
1.39
PA 6574529    8ea
WATER OUTLET GASKT
1.39
FA 6144612    630
SUPERSTAT
*thermostat*    8.99
65648    *plus tax*
Limited Lifetime*    *$9.80*

SUBTOTAL    11.77
TAX 6.40%    0.99
TOTAL    12.76

**DEBIT CARD SALE**    -12.76

CHANGE DUE    0.00

TRANSACTION #00345387

Refunds & exchanges must be made within
60 days with original sales receipt.

THANK YOU!    *12176*
Visit Us On-Line At
WWW.SCHUCKS.COM

*See warranty brochure for
additional terms of warranty

PRIMARY

157259
Card # XXXXXXXXXXXX0258
Approval: 082417

<<CUSTOMER COPY>>

---

*for Cornforth
also Purchased
a 180° thermostat*

**BIG WHEEL AUTO PARTS**    606013
25416 104TH SE
KENT WA 98031
253-859-4518

1 CASH CUSTOMER    CW 11:49 08/23/03    *8/23/03*

# 99 GMC TRUCK    C&K2500 SUBURBAN
V8-350  5.7L
1 STA 10231    *5.43 w/ tax*    4.99    4.99 T
RADTR CAP
1 FRA PH8    4.99    4.99 T
OIL FILTER
CHECK
DISPLAY # 5    10.86

Labor        Subtotal    9.98
Frght        Core
Disc         Tax        0.88
             Total    10.86

TENDER    10.86 CHANGE

A RESTOCKING FEE MAY BE
ASSESSED ON NEW RETURNS



*exhibits 10-12*

# Tires LES SCHWAB

**The West's Largest Independent Tire Dealer**                        **146200**

SOLD TO CLINTON TULLIS

LES SCHWAB TIRE CENTER
17235 SE 272nd Street
Kent, WA 98042 4965
253-638-0940

*on the Suburban*

| | | |
|---|---|---|
| ACCT | 386 99998 | INVOICE | 279911 |
| DATE | 07-22-2003 | TIME | 6:03:57 PM |

| SOLD BY | TRANSACTION TYPE | WORK ORDER # | CUSTOMER PO # | LICENSE | MILEAGE | YEAR / MAKE / MODEL |
|---|---|---|---|---|---|---|
| JEFF | CASH | 186737 | | 223-REC | 56949 | |

| QTY. | PRODUCT CODE | PRODUCT DESCRIPTION | PRICE | FET | AMOUNT |
|---|---|---|---|---|---|
| 1 | 02117046 | All Parts New Unless Specified | | | |
| 1- | 02117046 | LT245/75R-16/10 TRAILCAT ALL SEASONS BLACKWALL | 97.00 | | 97.00 |
| | | LT245/75R-16/10 TRAILCAT ALL SEASONS BLACKWALL | 97.00 | | 97.00- |
| | | Adjustment: D 100% Sidewall Separation | | | |

*Plaintiff only
use super tire*

Customer certifies there are no personal injury or other claims of any type whatsoever relating in any way to the above-described merchandise. Customer understands Les Schwab is relying on this certification to grant credit, or make a product adjustment and to dispose of the merchandise together with certain records, without further investigation. If any claims relating to the merchandise are made, customer releases, indemnifies and holds harmless Les Schwab therefrom.

**NOTICE: The following conditions apply to all sales except where Seller issues a written warranty.**
SELLER ASSIGNS TO PURCHASER ALL RIGHTS AND REMEDIES UNDER MFRS. EXPRESS AND IMPLIED WARRANTIES, BUT OTHERWISE EXCLUDES ALL LIABILITY FOR WARRANTY DAMAGES. SPECIAL AND CONSEQUENTIAL DAMAGES FOR LES SCHWAB MFRD. PRODUCTS EXCLUDED TO EXTENT LAW ALLOWS. ALL CLAIMS AND RETURNED GOODS MUST BE ACCOMPANIED BY THIS INVOICE.
Purchaser acknowledges having received the goods described above and having read and received a copy of the Security Agreement and Warning (when applicable) contained on the reverse side hereof.

**PURCHASER X**

| | |
|---|---|
| SALES TAX | .00 |
| DISPOSAL TAX | .00 |
| TOTAL | .00 |

**CUSTOMER COPY**

*exhibit #6*

## 9-8 BRAKES

*Plaintiffs had to apply #3 below*
*on the left front brake.*
*see illustration sticking*

**5  Brake disc - inspection, removal and installation**



5.2  Hang the caliper out of the way with a piece of wire - don't let it hang by the brake hose!



5.3  The brake pads on this vehicle were obviously neglected, as they wore down completely and cut deep grooves into the disc - wear this severe means the disc must be replaced



5.4a  To check disc runout, mount a dial indicator as shown and rotate the disc

*This page is from the Chilton*
**INSPECTION** *Repair manual.*

♦ Refer to illustrations 5.2, 5.3, 5.4a, 5.4b, 5.5a and 5.5b

1  Loosen the wheel lug nuts, raise the vehicle and support it securely on jackstands. Remove the wheel and install the lug nuts to hold the disc in place.

➥Note: If the lug nuts don't contact the disc when screwed on all the way, install washers under them.

2  Remove the brake caliper. It isn't necessary to disconnect the brake hose. After removing the caliper bolts, suspend the caliper out of the way with a piece of wire (see illustration).

3  Visually inspect the disc surface for score marks and other damage. Light scratches and shallow grooves are normal after use and may not always be detrimental to brake operation, but deep scoring requires disc removal and refinishing by an automotive machine shop. Be sure to check both sides of the disc (see illustration). If pulsating has been noticed during application of the brakes, suspect disc runout.

4  To check disc runout, place a dial indicator at a point about 1/2 inch from the outer edge of the disc (see illustration). Set the indicator to zero and turn the disc. The indicator reading should not exceed the specified allowable runout limit. If it does, the disc should be refinished by an automotive machine shop.

➥Note: When replacing the brake pads, it's a good idea to resurface the discs regardless of the dial indicator reading, as this will impart a smooth finish and ensure a perfectly flat surface, eliminating any brake pedal pulsation or other undesirable symptoms related to questionable discs. At the very least, if you elect not to have the discs resurfaced, remove the glaze from the surface with emery cloth or sandpaper, using a swirling motion (see illustration).

5  It's absolutely critical that the disc not be machined to a thickness under the specified minimum thickness. The minimum wear (or discard) thickness is cast into the underside of front discs (see illustration) and on the outside of rear discs. The disc thickness can be checked with a micrometer (see illustration).



5.4b  Using a swirling motion, remove the glaze from the disc with sandpaper or emery cloth

*The left front disk was trimmed to the maximum*
*Plaintiffs put in new pins, pads, calipers to*
*obtain full braking power on the suburban 4 wheels*
*we would not be here today if this had not been*
*performed by Plaintiff Clinton*

*exhibit #9*

**cornworth -campbell**

400 Valley Avenue N.E
P.O. Box 537
Puyallup, Wa. 98371

1-800-573-8881
Fax 253-845-6084

April 03, 2003

1
2  Mr. Rob Campbell,
   Sales Manager
3
4  Dear Sir,
5    In regard to your recent letter of inquiry:
6  No. 1.  Mr. Ken Neilson was informed that the vehicle had all new brakes, of which was relayed
7          to us to influence purchase.
8      This was not so and after many complaints as to problems with the braking being uneven
9  (pulling to the left), and Service taking the attitude that I didn't know what I was talking about;
   *First trip to Idaho;  second trip to - --- Spokane, WA,*
10     We took our second trip of pulling our trailer and went to ~~Spokane, Oregon~~. On the trip, I
11 was forced  to make a hard stop and the vehicle pulled so hard to the left that I had to make a
   quick release and reapply the brakes to keep the vehicle from jack-knifing, while really holding
12 the steering to the right, to control.
13     **This happened twice in heavy traffic.**
14     I thought the trailer might be the problem, so when I got to where I could test the system, I
15 disconnected the trailer  system and then at 60 mph, I applied the brakes hard and the Suburban
   again pitched hard left. I had thought it might be the trailers fault; but now know; it was the
16 improper balance of the Suburbans braking system.My son in law pulled our trailer three
   different years to the Southwest Oregon Coast FOR US, with his FORD PICKUP and never had
17 any trouble handling it. THIS SUBURBAN IS PLENTY HEAVY AND HAS AMPLE POWER
   TO HANDLE THE TRAILER. The problem we had should be rectified by Cornforth-Campbell.
18
19     I had felt the suburbans slightly, braking to the left; and complained to your Service
20 department. Each time the manager tried it out, he failed to find it was a problem. Three times, I
   complained about the left brake, and was denied three times.
21
22     The first time, I complained about the vehicle pulling strongly to the right;  your service
   found that the front disk brakes were not GM factory built and the right brake was changed to
23 compensate. The left brake remains lousy or maybe it is the rear brakes.
24
25     I inquired about this to your mechanic and your shop manager; and was informed that

B-9 -

COMPLAINT P.1 of 9

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

there remained about a quarter inch of lining on the rear brakes and it was a heck of a job to change the rear brakes, which should not be my problem when the vehicle was supposed to have new brakes, when we purchasesd it. **I have also had to add brake fluid twice.** *I also found it was an easy matter to remove wheels and repair front & rear brakes.*

I had also complained about the headlights being too dim, The vehicl;e was supposed to be on warranty and all of the problems should have been resolved for safetys sake.

After denying the lights were not adequate and stating that some of the new vehicles were the same way; I went to a parts dealer in Edgewood and purchased two new light bulbs. This improved the lighting considerably. However, The right front lens distorts the beam and should be replaced. The light splits and throws off to the right The vehicle was supposed to be like new. "God Forbid".

We also had a problem with the vehicle overheating on our first trip, which was to S.W. Idaho. This was answered twice, with a sales comment from your Service Department, that the vehicle was supposed to run hot. B.S.; I put in a new Thermostat and only had the vehicle heat exceed 180 degrees once and this was when arriving home from Oregon and backing the trailer into our yard 2 weeks ago. I now realize this was because of a defective Radiater Cap of which I will replace today.

Also, The fourth time I brought the vehicle to your shop, They noticed that the vehicle was idling rough. They supposedly tuned the vehicle up. It now kicks back with too fast a timing, and idles 300 RPM faster than it should and got about two less miles per gallon of gas than we got on our first trip, which was to Idaho,.

In the past, I worked as a mechanic on heavy equipment for a couple of years and worked as a line mechanic on trucks of all types, heavy and light, for five and a half years. I did considerable brake work on Air-Brakes and Hydraulic. I have had to add a full or partial spring leaf to balance front axels for steering and braking. I have done miles of trailer and truck wiring. I have had to diagnose weak lights and rectify the problem. One Quarter of an inch thick lining was not adequate on any of our pick-ups or light trucks.

I think we have "been had" and the engine on this vehicle is too much for me to cope with.I cant hang over them any more.

It looks like I do not have any choice and will have to pull the wheels and repair my own brakes. The tune up and right head lamp lens will have to be taken care of by someone I hope my grandson may know. They will certainly be bound with a contract before they touch this vehicle. If I pull the wheels, I will know the brake problem of which I now know is highly inadequate.

Comforth-Campbell should rectify the problems which are not massive for knowledgeable people to cure.

Your service appears to make a good vehicle into a lemon at this time. I will not further argue with them and the fact is, that we only had a short warranty that should have been adequate if the vehicle was as it was purported to be.

Last but not least; My window washer has quit. It hasn't worked for three weeks.

COMPLAINT

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

This is the second time I have mailed you this letter. If no answer from you,

The next time, the letter will be sent to the ~~Attorney Generals office~~ *w atto of Time* to see if the lemon law may apply.

I may choose to have another Company do the updating and then apply to the Municipal Court to see whom pays the bill. I would have sent this follow up letter much sooner, but have had a lot of apartment management business and Real Estate business to attend to.

### SINCERELY YOURS

Clinton . M. Tullis

16300-184th ave. S.E.
Renton,Wa.98058
Ph.&Fax (425)226-7399
Cell:(206) 713-4950

P.S. We have really had good service recently,with Scarf Ford of Auburn and also in years past; with Good Chevrolet of Renton.

Below; I will copy a hand written letter given to your Service Department on about June 16, 2003; Just after the purchase:

To Cornforth Buick of Puyallup:

1. The engine in a 6 m ile run from East of Kent to Maple Valley Heights (Pulling a 7,000 pound trailer); ran the temperature to 280 degrees.

2. I want the fan belt and the thermostat removed, then the water jacket reinstalled. Fill with water, run the motor against its brakes until hot and check for head or ? leak by seeing if the water bubbles in the radiater.  If not:
*I know the thermostat only come in 180 & 190 degree; I wanted an answer*
3. Replace the thermostat with a 165 or 170 degree, not a 190 degree plus thermostat.
Getting an engine hot is not a problem; eeping it cool or at proper running temperaures is a problem; regardless of engineering reccomendations.

4. Then: I want the top and bottom of the radiator flow checked from pressure off the bottom of the radiator to the top. The radiator may be plugged.

5. Replace the radiator cap with a new pressure release cap.

6. If this doesn't suffice; Replace the radiator with a new higher capacity radiator.

7. Make certain the air flow in the radiator is tops. This could also be a problem. The radiator may need a boil out, by an accredited radiator shop. or maybe in your hot-tank.

COMPLAINT

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

We trusted you people or we wouldn't have purchased the vehicle at any price.

P.S. After we left your shop without getting any reprieve or consideration on the heating or on the brakes; The vehicle again heated on me and the lights were remaining very dim.

Consequently, First, I went to a parts dealer, purchasesd and installed new lights and then after the vehicle again heated on me, I determined the problem was most likely with a faulty thermostat that only worked part time and went to another parts store and purchased a new thermostat. This took care of the entire heating problenm on the trip, but upon arriving home; the vehicle again heated to the boiling point upon backing the trailor into our yard. The next day, I again went to Schucks Auto Parts store, Where I purchased and installed a radiator cap.

(1).   Since, We have spent two weeks running up and down the Oregon Coast. The temperature has not risen above 180 ~~degrees~~ degrees in extremeely hot weather. No thanks to your Service

(2) Our lights are considerably brighter even though the battery does not seem to be in the best condition, except the right headlamp appears to be distorting the right beam.

(3) The engine: 1.  Always kicks back when starting, showing that the timing is a little fast.
     2. Idles 300 RPM too fast.(I HAVE BEEN INFORMED THAT THE FACTORY RECOMMENDS 800 rpm). THIS DOESN'T CURE "THE KICK-BACK IN TIMING" THOUGH *500 to 600 RPM is sufficient for gas engines*
(4) The Window Washer Does Not Work.

(5) The brakes are now adjusted fairly even and give me good braking on full pedal. (I have not tried them under a heavy trailer load). I also had to add quite a bit of hydraulic fluid after bleeding and adjusting the brakes. This is the fourth time I have had to add brake fluid.

I should not have to personally remedy any of the Nos  (2), (3), (4), or (5) if the master cylinder, a wheel cylinder, or whatever is leaking the fluid.

This type of work is too much on me any more and I will have to hire it done if Cornforth-Campbell renigs on the service to which I feel they owe me.

Additionally, Yesterday; Wednesday, September 10th , 2003; I drove the vehicle about 60 miles in the rain. The left front wheel grabbed and chattered and did not brake good in the wet weather. It also skidded a little on the braking application; I BELIEVE IT IS NOT A NON-SKID (NON-LOCK) BRAKE ON THE LEFT FRONT OF THE VEHICLE, AS IT IS SUPPOSESD TO WARRANT.

Sincerely Yours,

Clinton M. Tullis   *Clinton M. Tullis*
16300-184th ave, S.E.
Renton, Wa. 98058-0903
Phone and Fax : (425) 226-7399
Cell (206) 713-4950

P 4 of
P-8

8. We must have the vehicle by Thursday evening. If it blows up on us on pulling a 7000 plus pound trailor for which we purchased the vehicle; then we will be one hell of a problem to Cornforth-Campbell.

I certainly hope this does not ruin our short vacation plans to the Idaho Cascade Lakes.

We trusted you people or we wouldn't have purchased the vehicle at any price.

P.S. After we left your shop without getting any reprieve or consideration on the heating or on the brakes; The vehicle again heated on me and the lights were remaining very dim.

. Consequently, First, I went to a parts dealer, purchasesd and installed new lights and then after the vehicle again heated on me, I determined the problem was most likely with a faulty thermostat that only worked part time and went to another parts store and purchased a new thermostat. This took care of the entire heating problem on the trip, but upon arriving home; the vehicle again heated to the boiling point upon backing the trailor into our yard. The next day, I again went to Schucks Auto Parts store, Where I purchased and installed a radiator cap.

(1). Since, We have spent two weeks running up and down the Oregon Coast. The temperature has not risen above 180 to 190 degrees in extremeely hot weather. No thanks to your Service

(2) Our lights are considerably brighter even though the battery does not seem to be in the best condition, except the right headlamp appears to be distorting the right beam.

(3) The engine: 1. Always kicks back when starting, showing that the timing is a little fast.
　　　　　　　2. Idles 300 RPM too fast.

(4) The Window Washer Does Not Work.

*The Battery was the fault and Plaintiff replaced Battery. the lights were corrected upon purchase of total Head Lamps*

(5) The brakes are now adjusted fairly even and give me good braking on full pedal. (I have not tried them under a heavy trailer load). I also had to add quite a bit of hydraulic fluid after bleeding and adjusting the brakes. This is the fourth time I have had to add brake fluid.

I should not have to personally remedy any of the Nos (2), (3), (4), or (5) if the master cylinder, a wheel cylinder, or whatever is leaking the fluid.

-    This type of work is too much on me any more and I will have to hire it done if Cornforth-Campbell renigs on the service to which I feel they owe me.

Sincerely ours,

Clinton M. Tullis
16300-184th ave, S.E.
Renton, Wa. 98058-0903
Phone and fax (425) 226-7399
Cell (206) 713-4950

*Plaintiffs did the repairs*

*2 calipers and pins were replaced on the front wheels. new pads were installed on all wheels, the Front Rotors were balanced & cleaned.*

*Plaintiffs took a trip to Spokane for graduation of granddaughter in 2008. The vehicles brakes (Suburban Brakes) again pulled to hard left on application. upon arriving home plaintiffs pulled off all wheels of the Suburban. The calipers were riding on bad pins and causing loss of brake 3/7 2nds Thinner - wheel. All this a no no.*

Clinton M and Margaret L Tullis
16300-184th ave, S.E. Renton, Wa. 98058
Phone: 425-226-7399 or 206-713-4950

COMPLAINT

P-5-OF-

*now Plaintiffs*

(We had purchased our GM Suburban in May of 2003 *June 4 - 2003* at Cornforth-Campbell Buick and GM in Puyallup, Wa. One of the conditions of Purchase was that the Suburban would be equipped to supply the towing and braking essential for a 30 foot Wilderness Trailer that weighed 7000 pounds before loading. WE WERE THEN PROMISED THAT CORNFORTH-CAMPBELL WOULD FURNISH US THE BOOK ON USE AND MAINTENANCE OF THE SUBURBAN AND ON THE EQUIPMENT ATTACHED.

The salesman showed me the newly mounted Trailer Electric Control and told me that I only needed to slide the "side switch forward or back" to get expected response on the brakes. This was the way to feel if the trailer would pull back on the suburban without applying the Suburbans brakes. You should then slide the switch in the opposite direction to barely release the pull back and that would give you full breakage when the Suburbans brakes were applied. Also, to check the trailer brakes activating after making the above adjustment,

We were advised to "slide the activator located on the front of the control", back and forth and it would indicate the ability of the trailer to assist in stopping. This was occasionally performed and we were confident of the trailer controlling its own weight in stopping.

[Prior to going on vacation to Oregons Southwest "Coast city" of Bandon, Oregon. Upon returning from a three day trip to Spokane, Washington, to a granddaughters graduation at Eastern Washington University; I pulled the wheels off of the trailer to make certain the lining and electric brakes were in good condition. and repacked the wheel bearings. I then adjusted the brakes to the recommendations of our trailer manual. The brakes linings and electric activators were in excellent condition as prescribed by the manual.] RECEIPT OF THE PROMISED MANUAL ON THE ACTIVATOR WOULD HAVE AVOIDED PLAINTIFFS ACCIDENT AS PLAINTIFFS WOULD HAVE IMMEDIATELY REPLACED IT. The Timed Activator is not actively comparable to Inertia-activator with proportional sensors which take less than one-second to deliver 100%(one -hundred percent)of their full stopping power.

*our plaintiffs*

I made four trips to Cornforth-Campbell to pick up the owners manuals and never was afforded one of which they continued to ignore as they also ignored maintenance to be provided to the Suburban under the warranty. The battery went dead, the starter failed, the headlights needed and received replacement. the lighting system had a loose wire at the battery terminal of which I completely soldered together. I cured the radiator water flow which caused overheating of the engine and I completely repaired the braking system as was recommended by the new Chilton"Mechanics Manual" of which I purchased from an Auto Parts store. The Suburban brakes had been pulling to the left when traveling on wet pavement. The improved Suburban Brakes were excellent. The Trailer Brakes were excellent. It was the trailer control that malfunctioned.

Unknown to us; the "Trailer Brake Control" newly installed by Cornforth-Campbell was not used by most, if any RV installers; as Tacoma RV explained to us on the third trip we made to contact them after the accident; Stated that Tacoma RV had not installed that type in years. They then gave us a book on the different types that are available.

The book then explained that the type of control on our vehicle, could completely malfunction and fail under heavy application in an emergency situation and that the digital controls or even a partial digital control was essential on Recreational trailers.

Respectfully,

Clinton M. Tullis ProSe
16300-18th ave. S.E.
Renton, Wa. 98058-0903
Phone and Fax (425) 226-7399
Cellular (206) 713-950

*Clinton M. Tullis*

*This accounting was produced for the Contrailed Suit lawsuit where plaintiffs (then defendants) were exonerated from false accusations, from unjustified accusations.*

COMPLAINT *of*

#9

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa. 98058
phone: 425-226-7399 or 206-713-4950

*Exhibits:*

*#11 = positive this way without comparison Plaintiff's Copy*

*#12 = comparison*

*#12.A positivism*

## portfolio  287  potable

**port·fo·li·o** (pōrt·fō'·li·ō) *n.* case for holding loose documents, drawings, etc.; office of a minister of state [L. *porta,* to carry; *folium,* a leaf].

**port·hole** (pōrt'·hōl) *n.* window in side of ship [L. *porta,* gate].

**por·ti·co** (pōr'·ti·kō) *n.* (*Archit.*) a row of columns in front of the entrance to a building; a covered walk [L. *porticus*].

**por·tion** (pōr'·shan) *n.* a piece; a part; a share; a helping of food; destiny; lot; a dowry; *v.t.* to divide into shares; to give a dowry to. **-less** *a.* [L. *portio*].

**por·tray** (pōr·trā') *v.t.* to represent by drawing, painting, acting, or imitating; to describe vividly in words. **-al** *n.* the act of portraying; the representation. **-er** *n.* **portrait** (pōr'·trāt) *n.* picture of a person, esp. of the face; a graphic description of a person in words. **portraiture** *n.* the art of portrait painting [L. *protrahere,* to draw forth].

**Por·tu·guese** (pōr'·cha·gēz') *a.* pert. to Portugal, its inhabitants, or language.

**pose** (pōz) *n.* attitude or posture of a person, natural or assumed; a mental attitude or affectation; *v.t.* to place in a position for the sake of effect; to lay down or assert; *v.i.* to assume an attitude; to affect or pretend to be a certain character [Fr. *poser,* to place].

**pose** (pōz) *v.t.* to puzzle; to embarrass by a difficult question. **-r** *n.* [short fr. *oppose*].

**pos·it** (paz'·it) *v.t.* to place or set in position; to lay down as a fact or principle [L. *ponere, positum,* to place].

**po·si·tion** (pa·zish'·an) *n.* place; situation; the manner in which anything is arranged; posture; social rank or standing; employment [L. *ponere, positum,* to place].

**pos·i·tive** (paz'·a·tiv) *a.* formally laid down; clearly stated; absolute; dogmatic; of real value; confident; not negative; plus; (*Math.*) pert. to a quantity greater than zero; (*Gram.*) denoting the simplest value of an adjective or adverb; (*Colloq.*) utter; downright; *n.* the positive degree of an adjective or adverb, i.e. without comparison; in photography, a print in which the lights and shadows are not reversed (as in the negative). **-ly** *adv.* **-ness** *n.* **positivism** *n.* the philosophical system which recognizes only matters of fact and experience; **positivist** *n.* a believer in this doctrine; **positivist** *n.* a believer in this doctrine. **-pole,** of a magnet, the north-seeking-pole. **— sign,** the sign (+ read *plus*) of addition [L. *ponere, positum,* to place].

**pos·i·tron** (paz'·a·trān) *n.* particle differing from an electron in that it has positive electrical charge; a **positive electron.**

**pos·se** (pas'·i·) *n.* a company or force, usually with legal authority; men under orders of the sheriff, maintaining law and order [L. *posse,* to be able].

**pos·sess** (pa·zes') *v.t.* to own or hold as property; to have as an attribute; to enter into and influence, as an evil spirit or passions. **-ed** *a.* influenced, as by an evil spirit; demented. **-ion** *n.* the act of possessing; ownership; actual occupancy; the state of being possessed; the thing possessed. **-ive** *a.* denoting possession; *n.* (*Gram.*) the possessive case or pronoun. **-ively** *adv.* **-or** *n.* [L. *possidere, possessum,* to possess].

**pos·si·ble** (pas'·a·bl) *a.* capable of being or of coming into, being; feasible. **possibly** *adv.* **possibility** *n.* [L. *possibilis*].

**pos·sum** (pas'·am) *n.* (*Colloq.*) an opossum. **to play possum,** to feign; to pretend; to deceive [fr. *opossum*].

**post** (pōst) *n.* a piece of timber or metal, set upright as a support; a prop or pillar; *v.t.* to attach to a post or wall, as a notice or advertisement; a placard for posting [L. *postis*].

**post** (pōst) *n.* a fixed place; a military station or the soldiers occupying it; an office or position of trust, service, or emolument; a trading settlement; formerly, a stage on the road for riders carrying mail; *v.t.* to station or place; *v.i.* to inform; to travel with speed. **-age** *n.* the cost of conveyance by mail. **-al** *a.* pert. to the post office or mail service. **-man** *n.* one who delivers mail. **-mark** *n.* a post office mark which cancels the postage stamp and gives place and time of mailing. **-master** *n.* the manager of a post office. **-master general** *n.* the chief of the post office department of a government. **— card** *n.* a stamped card on which a message may be sent through the mail. **-haste** *adv.* with great speed. **— office** *n.* an office where letters and parcels are received for distribution; the government postal department. **-age stamp** *n.* an adhesive stamp, affixed to mail to indicate payment [L. *ponere,* to place].

**post-** (pōst) *adv.* and *prefix fr. L. post,* after, behind, used in many compound words. **-date** *v.t.* to put on a placard, letter, etc., a date later than the actual one. **-diluvian** *a.* living or happening after the Flood. **-graduate** *a.* of academic study, research, etc., undertaken after taking a university degree. **-impressionism** *n.* a movement in painting, sculpture, etc. which aims at artistic self-expression, or subjective as opposed to objective representation of things. **—mortem** *a.* after death; *n.* the autopsy of a body after death; an autopsy. **-natal** *a.* after birth. **-primary** *a.* of education, beyond the elementary school. **-te·ri·or** (pas·ti'·ri·er) *a.* coming after; situated behind; later; hinder; *n.* the rump. **-ly** *adv.* **-ity** *n.* the state of being later or subsequent. **posterity** (pas·ter'·at·i·) *n.* future generations [L. *posterus,* behind].

**pos·tern** (pōs'·tern) *n.* a back door or gate; *a.* rear; private [L. *posterus,* behind].

**post·hu·mous** (pas'·cha·mas) *a.* born after the death of the father; published after the death of the author; occurring after death. **-ly** *adv.* [L. *postumus,* last, but confused with L. *humus,* the ground].

**pos·til·ion, postillion** (pōs·til'·yan) *n.* the rider mounted on the near horse of a team drawing a carriage [Fr. *postillon*].

**post·pone** (pōst·pōn') *v.t.* to put off till a future time; to defer; to delay. **-ment** *n.* [L. *post,* after; *ponere,* to place].

**post·pran·di·al** (pōst·pran'·di·al) *a.* after-dinner [L. *post,* after; *prandium,* repast].

**post·script** (pōst'·skript) *n.* something added to a letter after the signature; *abbrev.* P.S. [L. *post,* after; *scribere, scriptum,* to write].

**pos·tu·late** (pas'·cha·lāt) *v.t.* to assume without proof; to lay down as self-evident; to stipulate; *n.* a prerequisite; a proposition assumed without proof. **postulant** *n.* one who makes a request or petition; a candidate, esp. for admission to a religious order. **postulation** *n.* [L. *postulare,* to demand].

**pos·ture** (pas'·cher) *n.* the position of a body, figure, etc. or of its several members; attitude; *v.t.* to assume an artificial or affected attitude. **postural** *a.* [L. *ponere, positum,* to place].

**po·sy** (pō'·zi·) *n.* a bouquet; a flower [*poesy*].

**pot** (pat) *n.* a rounded vessel of metal, earthenware, etc., used for cooking, holding fluids, plants, etc.; the contents of a pot; (*Slang*) a large sum of money; *v.t.* to plant in pots; to preserve (as jam, chutney, etc.). *pr.p.* **-ting.** *pa.p.* and *pa.t.* **-ted. -bellied** *a.* corpulent. **-hole** *n.* cavity formed in rock by action of stones in the eddy of a stream; a hole in the roadway. **-luck** *n.* whatever may happen to have been provided for a meal. **-shot** *n.* a shot at random [O.E. *pott*].

*exhibit #13 & #14*

*P.#1-B*

utes does not mean they are identical. Thus, laws in one area, though broadly designed to regulate one general field may be aimed at different portions of that field, and still be in genere. The term imports singleness in general purpose but permits diversity of individual purposes.

**INGRESS AND EGRESS** the entering upon and departure from the lands in question, and the means of entering and leaving; the right of lessee to enter and leave leasehold. See easement.

**IN GROSS** at large. See easement (EASEMENT IN GROSS).

**IN HAEC VERBA** *(in hēc ver'ba)*—Lat: in these words.

*& mc unfair*

*2-08-09*

**INHERENT DEFECT** a defect that exists in an item regardless of the use made of that item. Although an inherent defect may not be readily detectable, a manufacturer is nonetheless strictly liable for any injury caused by it. Prosser, Law of Torts 656, 657. (4th ed. 1971). Synonymous with latent defect.

**INHERENT POWERS** those powers an authority such as a court or a government must have in order to achieve the purposes for which it was created. See 437 N.E. 2d 164, 168.

**INHERENT CONSTITUTIONAL POWERS** the federal government possesses "all those inherent and implied powers which, at the time of adopting the Constitution, were generally considered to belong to every government as such, and as being essential to the exercise of its functions." 12 Wall. 457, 556. These powers include the ability to conduct foreign affairs, 299 U.S. 304, 315-16; to exclude and deport aliens, 142 U.S. 651, 659; to protect persons in federal custody or employment, 135 U.S. 1; to protect federal elections, 110 U.S. 651; to protect federally created or fed-

erally guaranteed rights, 112 U.S. 76. Antieau, Modern Constitutional Law §§11:5 to 11:12 (1969).

**INHERENT RIGHT** a right that exists by reason of an individual's status as an individual and is not derived from any other source.

**INHERIT** technically, to take as an heir at law solely by descent, rather than by devise. More commonly used to signify taking either by devise, i.e., by will, or by descent, i.e., from one's ancestor as a matter of law. See 113 U.S. 340.

**INHERITANCE** real or personal property which is inherited by heirs according to the laws of descent and distribution. 216 P. 446, 449. 154 S.E. 2d 37, 39. **Real property vests** in the inheritor immediately on the death of the ancestor, subject to the rights of creditors. 70 P. 2d 1059, 1060. A nontechnical meaning of "inheritance" refers to the estate passed by will. 277 S.W. 197, 198.

**IN HOC** *(in hŏk)*—Lat: in this; respecting this.

**IN INVITUM** *(in in-vē'-tŭm)*—Lat: against the will of the other party.

**INJUNCTION** a judicial remedy awarded for the purpose of requiring a party to refrain from doing or continuing to do a particular act or activity. 104 A. 2d 884. Injunctions were first used by the courts of equity to restrain parties from conduct contrary to equity and good conscience. 344 S.W. 2d 257. Today, with the widespread merger of law and equity, injunctions are used as well in general courts of law whereas law courts were formerly constrained to use the writ of mandamus.

The injunction is a preventative measure which guards against future injuries rather than affording a remedy for past injuries. Types of injunctions include:

*P #*

exhibit #5 & #16

As our left front wheel slowly climbed upon the center of the vehicle in front of us I quickly released the brake pedal to allow the front wheel to rotate & climb instead of impacting. I then forced the steering to the full right turn & jammed the brake pedal down hard & the right wheel grabbed into the pavement & threw us off the vehicle in front & we slowly cropped around & along side of the ~~x~~ vehicle in our immediate front. Margaret's head was against the right door window glass & I reached over & pulled her head back for the protection from the vehicle frame work between the two right side doors. I thought we may go down on our right side, half way over a roll. Thus holding the steering hard right with only my left hand which (strained) my left hand & ~~wrist~~, also injured & pressured from the response of an air-bag explosion, the act pulled the ligaments on my left wrist, placing me in a cast & lots of pain for almost 2 years.

I was really in fear of Margaret getting her head impacted & possibly ~~through~~ the glass.

Luckily, our vain attempt at stopping the forward motion of our vehicle & trailer gave the car in the right lane enough time to pull out of the way to make room for us to pass the vehicles on the left lane whom were sitting still as they had already impacted. We both thought we were on fire and I was afraid of an explosion from a full 40 gallon tank of gas procured about ½ hour earlier.

Clinton M. Tullis

P. 1. of 3

EXHIBIT 5 & #16

## ENDANGERMENT TO THE ENTIRE PUBLIC

(1). Neglect of GMC Leadership and many other Manufacturers of vehicles "World Wide" should have responsibility adhered to in the extreme for dollars gained by Agencies through False Advertising and Crucial Neglect of keeping Vehicles safe for use on State, County and City Roadways, Disregarding the threats to the Publics safety and Lives towards sudden Death or horrendous Injury's prevailing through their incompetant, negative actions and considerations.

(2). They should not only be held monetarily accountable, but should also serve time in jail to accommodate their unnecessary criminal acts by negating proper production.

(3). All vehicles, whether new or used, must be examined thoroughly and brought up to safety standards before turning loose on our roads.

(4). Our judges and Politicians, whether heads of Policing Agencies that deny or avoid the matters or similar matters should be positively instantly removed and denied their retirement funds. Penalty's analagious to Judges and Politicians causng or bypassing causes of injury's and injurying citizens mentally or physically should not be tolerated at all, under any conditions.

(5). Advertisements by Automobile manufacturers and their Agency's World Wide,should be based on Truths; Not just on Public Trusts.

(6). They should be denied their product sales in any city, county, or state for at least One-Year, on each and every discovery of improper assembly or repairs.

(7). I personally called (after much trouble in locating), a sales manager for Toyota and told him "My Suv" was assured of doing 16 Miles per Ga;llon of gasoline and I was only getting ten Miles Per Gallon.

(8). I told him, I wanted a phone number or address of an official at the United States Plant to make a personal appointment for driving my Suv to his Factory and have the engine tuned to deliver my travels increased, to sixteen Miles Per Gallon.

(9). He laughed and told me that they could not or would not accommodate me; as the Miles per gallon was only a part of legal sales pitches to sell vehicles of which there is no violations of law. *He evidently has not heard of perjury = Fraud.*

(9a). In other words, don't believe what you hear; It is only to over-whelm other agency's and increase purchases to the ignorant Public.

(10). This has got to stop. Both new and used vehicles to be sold; Do increase and enhance the highways and road deaths.

(11). An assist to control the population count. WE WANT THE ENTIRE GOVERNMENTs Procedures, TO RETURN OUR NATION TO ITS FOUNDATION, and of which it will influence the major portion of other nations to follow suit; with demanded honesty and complete expected proper assembly of vehicles to comply with honest advertisements.

P. 1 of 3.

that were no properly

P #22

(12). REMEMBER: Our Nation: A Republic for which it stands: One Nation Indivisible, with Liberty and Justice for All. (12a). Lets take it back to the people and the Pride of the World.

(13). Lets enforce our Attorneys and Judges with belief in proper principals (Honesty);

(13a). Lets hit our teaching of Lawyers and Judges to conform with honesty;  Not over-whelming by Power and Seduction of our innocent..

(13b). Fire the Crumbs including canceling our Tax Money to the Colleges, etc. that preach to Do whatever is necessary to win. The stupid Judges love a good show and should be home looking at TV programs, while the judges neighbors are running over their Kids with vehicles that should not have been on the road because of inapproriate control being hidden by the winner. in sales.

(14). In our World today; We are overloaded with Politicians, and Political Proponents and Advisors that may not even know or realize that they are also amoungst the endangered Public that fall victim to the errors and known discrepancies,  that Auto Dealerships, Agency's and Manufacturers can bypass by, paying for individual Political Status votes and filling each others wallets.

(14a). They should look at every one they meet, travel alongside of,  or pass; may at any moment blow a tire, lose their steering control, find their brakes insufficient, their lights to go out, anything to thwart their arriving at their previous planned destination and all too often to arrive at their unplanned journey to a hospital or final stop at a morgue.

(15). Injurys or Deaths caused by automobiles are on TV stations and in news papers daily. Most of this is because of vehicle problems ignored by Dealers,and not completed at or by Agencys because of moving through the assembly llines so fast, with out proper supervision or enough mechanics to properly complete the assembly's and are sent to the trust of unknowledgeable purchaseres.

(16). Please don't take this in as ignorance. I was a darned good mechanic earlier in life and realize when something is neglected of which very few on the roads know until it is too late.

(17). TO BEGIN WITH,: REMOVE  THE CRUISE CONTROLS.

(17a). They are a big cause of roads and residential areas deadly accidents.

(17b). You cant turn them off when fighting airbags.

(17c). You cant turn them off when someone else is forcing you sideways of which you cant always get to the brakes that may also not be in proper condition for sudden control.

(17d). If you are too tired to operate the throttle with your foot, you are too tired to travel and this will help shorten your life span no matter what you try.

(18). Before you buy; Take your exciting vehicle to a mechanic to check out underneath for the steering, tires and wheels and the engine etc. under the hood after which; have him take you for a few miles run on the freeway for his final test. If the dealer will not allow this; You have already won a good cause and better go to another dealer.

P. 2 of 3.

P #23 )

19. This information is meant for everyone driving a vehicle to consider; No matter how old or how new, ignoring the truth, subjects the drivers and anyone they meet or pass is in danger of serious injury's or sudden death, for abuse or use as expressed above.

2o. The Politicians have established, vehicle "Emision Control Inspections' of vehicles; and are provided with equipment and personell to determine the condition of whether the vehicles need nurtured to supposedly save the climate.

21. They should develop or appoint shops for thorough examinations on each vehicle sold whether new or used, before allowing any of them to be used on the roads or to place any party, lot, or agency in a heavy monetary punishment penalty if they sell a vehicle that should not be on the roads and highways.

22. I am planning on bringing the above to Washington State Legislature for hopfully igniting new laws and restrictions of new and used vehicle dealerships or individuals methods of sales of a vehicle not in condition to be used on the roads and highways of the State.

23. This is not a game to be playing. An automobile Insurance policy cannot bring those killed or injured, back to their former plane of survival.

   THE ABOVE HAS ALL TOO OFTEN HAD PORTIONS TO BE OVERLOOKED AND /OR BYPASSED BY POLITICIANS, WHOM WERE FINANCIALLY SUBSIDIZED BY THE AUTOMOBILE DEALERSHIPS, CRIMES OF UNNECESSARY ENDANGERMENT TO THE PUBLIC.

Clinton M. Tullis
16300-184th ave. S.E.
Renton, Wa. 98058-0903
425-226-7399 or 206-713-4950
ccmtullis@juno.com

   Plaintiffs would be delighted if the Court and the Jurors would all sign their names, addresses and phone numbers on the back of PLAINTIFFS COPIES FOR TRANSITION TO Olympis.
   This would not be the first time I havȷe asked for help from citizens and received an absolute response from a Governmental Agency to change their Policies.
   Maybe, One of you would be glad to be the courier of this list and I will be glad to assistif you desire.
   So that you can diagnose what my assist would perform; I am the party that pulled the Seattle Parks Supervisor and the Maintenance Leaders to the Delridge Way Parks Building for a three hours of details on thwe inadequacy of the functioning of Lighting the Parks and of constructing proper timing of Ball Players, etc. so the fields were ready for intended use and facilities for public use were open and strong enough for clean-ness, etc. Recreation Departments since have given the maintenance the use rosters and every thing has been on time and in top condition ever since.
   Another time, I came into the West Seattle Boat Ramp in the
P. 3 of 3. dark and found an angry crowd with their vehicles all tagged with a big bill from Diamond Parking.Within two Weeks, The Seattle Parks agreed to clean up all Parking and Boating needs and establish a reasonable use fee for new manicured boat ramps and Boat Locks, Library and other facilities that

P # 24

Juno e-mail printed Thu, 10 Apr 2008 18:11:28 , page 1 of 2

*Exhibit # 13-B*

If you are unable to view the images in this e-mail view it in your web browser. To ensure you receive your GM Fleet and Commercial e-mails, please add GM_Fleet_and_Commercial@email.generalmotors.bfi0.com to your Address Book.

Dear Clinton:

For commercial applications that demand GVWRs up to 14,200 lbs,* the new Chevy Express and GMC Savana 4500 Cutaways are the go-to cutaway vans for heavy duty jobs.

The Express and Savana offer greater towing and RV adaptation† with their best-in-class available 9,050 lbs§ payload,** 20,000 lbs GCWR, and 6.0L gas V8. Improvements to their body structure include added spot welds, structural adhesives, and increased metal gauge thickness to meet the requirements for demanding duty cycles.

*This was commenced after GMC received the Summons & complaint from Plaintiffs*

Check out the Chevy Express 4500 Cutaway and GMC Savana 4500 Cutaway >>

**×] GO TO GMFLEET.COM**

**×] VEHICLE SHOWROOM**

**×] CURRENT OFFERS**

**CONTACT US**

If you have questions regarding GM's products or services, click here for contact information.

EXHIBIT # #11
&#13  &#16

I was sitting on the Passenger side of the front seat. I thought we were stopping and then suddenly it felt like we were floating down the road. Then we were climbing over the back right end of the vehicle in front of us. Then our vehicle dropped down. Thats when the air bag hit my chest. It was very painful. There was a lot of smoke I thought our suburban was on fire; but it was from the air bag. I belive the seat belt grabbed me across my left breast and under my left arm, because it was very sore and tender for a long time. I was not able to lay on my left side. I had bruises on the front of my breast and another bruise underneath of my left breast. It was about two months before I was able to sleep comfortable again.

Margaret L. Tullis

P. # 3 of 3

EXHIBIT # #11 &
#13 &#16

*Exhibits 10-11*

## Holiday Inn
## EXPRESS
**OF CENTRALIA**
1233 Alder Street
Centralia, WA 98531
360/330-9441

| Name & Address | | | |
|---|---|---|---|
| MARGARET TULLIS | | | |
| 16300 184TH AVE SE | | | |
| RENTON | | WA  980580903 | |

| Room | 114-11 |
|---|---|
| Arrive Date | 07/18/04 |
| Dept. Date | 07/19/04 |
| Folio # | 0 |
| Room Rate | 89.95 |
| Account | 2-CVISA |
| Mkt/Seg | 0-TRAN |

Page 1

Independently owned and operated by Akita, Inc.

I authorize you to bill the full balance of my account to my credit card which was presented upon registration.

SIGNATURE          **Rapid Check-Out**

The management is not responsible for any valuables not secured in safety deposit boxes provided at the front office. I agree that my liability for the charges is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of such charges.

X
SIGNATURE

| DATE | CODE | REFERENCE | ID | DESCRIPTION | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 0718 | 111 | 0718000 | DKT | GUEST ROOM | 89.95$ | .00$ | 89.95$ |
| 0718 | 811 | 0718001 | DKT | SALES TAX | 7.02$ | .00$ | 96.97$ |
| 0718 | 812 | 0718002 | DKT | OCCUPANCY TAX | 1.80$ | .00$ | 98.77$ |
| 0719 | 91B | 0719000 | DKT | VISA | .00$ | -98.77$ | .00$ |

***TOTAL***                                .00$

*Filed*
*W Celeb*
*2-25-09*

*Holiday Inn*
*EXPRESS*

*Margarets night*
*at Hospital*
*after colision*

| ACCT. NO. | | | |
|---|---|---|---|
| VS ************9983    0705 | | | |

CARD MEMBER NAME
TULLIS/MARGARET L

ESTABLISHMENT NO & LOCATION

H.I. Express - Centralia

1233 Alder Street
Centralia, WA 98531

CARD MEMBER'S SIGNATURE
X  *Margaret J Tullis*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| 07/19/04 | HI- 51872-0/ | |
| AUTHORIZATION | | I.D. |
| 025359 | 117.00$ | DKT |
| | .00$ | |
| | .00$ | |
| PURCHASES & SERVICES | | 98.77$ |
| TOTAL AMOUNT | | 98.77$ |

4

exhibits 10-17

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | DATE | |
|---|---|---|---|---|---|
| NAME | | | | | |
| ADDRESS | | | | | |
| CITY, STATE, ZIP | | | | | |
| SOLD BY | | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |

*Trailer to haul our gear from wreck.*

| QUANTITY | | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 1 | light adaptor | | | 5 95 |
| 2 | | | | | |
| 3 | 1 | Hitch & Ball used | | | 20 — |
| 4 | | | | | |
| 5 | 1 | Pin | | | 3 95 |
| 6 | | | | | |
| 7 | | | | | 29 90 |
| 8 | | | | | |
| 9 | | | | | 9 95 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | 39 85 |
| 13 | | | | | 3 11 |
| 14 | | | | | |
| 15 | | | | | 42 96 |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

RECEIVED BY

5805

```
   DATE   267747442882        TIME
   07/18/2004      0LEB      18:17:46

         RENTALS ETC. INC.
          700 SOUTH TOWER
         CENTRALIA WA 99531
 7/18/04    (360) 736-8257
            THANK YOU


            CREDIT SALE

   TRANS #       001
   AUTH  #       020249

   VISA ACCOUNT #          EXP DATE
   4428680001639983          0507

   SALE AMOUNT           $42.96

     I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
   MERCHANT AGREEMENT IF CREDIT VOUCHER
```

Clinton M. Mullis

*Procedure following sequential diagnosing stability of Plaintiffs Heart for surgery (if possible) and of it till surgery diagnosis and performance was applied.*

# Consult Request

APPOINTMENT.

Diagnosis: bilateral inguinal hernias

Planned Procedure: laparaoscopic bilateral inguinal hernia repair

Requesting Provider: Hammill

Requested Appointment Date: Apr 21,2005

Requested OEC Appointment Date: Apr 21,2005

Planned Surgery Date: Apr 25,2005    *date of surgery*
                                      *released from hospital*
Was the History and Physical Completed in Clinic? No    *on 4/28/05*

Was Informed Consent Completed in Clinic? No

Known Consult Needs (complete electronic consult scheduling will be done
with OEC): Medicine Consult

ASA Status: II   Mild Systemic Disease, no functional limitations

Additional Instructions: please make oec medicine and oec for April 21

Weight: 223.2 lb [101.5 kg] (12/02/2004 14:26)   *Plaintiffs heart never*
Height: 74.5 in [189.2 cm] (08/05/2004 15:15)    *returned to normal and was*
Patient Allergies: Patient has answered NKA   *determined to cure by surgery*
                                              *and followed April 30, 09 with*
Any new allergies: None    *a pace maker installation, this resulted*
                           *in an infection and most of another week*
ORDERS:    *sedatives in the hospital taking pedistiles to remove*
           *the incoming grout particles until May 1, 2009*
1. Medications:    *and considered safe for Plaintiffs release from*
                   *hospital on May 12, 2009. It was very difficult*
   Drug:Dose:      *to mentally function properly on this call.*
   Route:          *all of this should never have happened, if*
   Schedule:       *agency; Comforth Campbell + combine of GYMC ~*
   Additional Comments:    *Shoddy assembly on the 1999 Suburban had*
                           *not easily collapsed. This may not have been*
   Drug:Dose:              *put to the test if agency of Comforth Campbell*
   Route:                  *had performed the perfected condition of the*
   Schedule:               *Suburban, they lied about inclusive of their*
   Additional Comments:    *cheap mounting of their improper trailer brake*
                    *ACTIVATOR, ...*

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

P. 1 of 8

VISTA Electronic Medical Documentation
*as a result Plaintiffs discovered*
*the Suburban Frame (channel) was too*
Printed at Seattle  *Frail and the steering*
*assembly was both inclusive of*
*too weak of structure causing*
*Plaintiffs both to take a beating*
*when the front end collapsed.*

# Consult Request

*exhibit #6*



Note# 9316146

Note: TIME ZONE is local if not indicated

---------------------------------------------------

LOCAL TITLE: PRE-OP MEDICINE CONSULT REPORT TEMPLATE
STANDARD TITLE: INTERNAL MEDICINE CONSULT
DATE OF NOTE: APR 21, 2005@16:56          ENTRY DATE: APR 21, 2005@16:56:55
  AUTHOR: CORNIA,PAUL B                   EXP COSIGNER:
  URGENCY:
                          STATUS: COMPLETED

PATIENT AGE: 80      GENDER: MALE
PLANNED PROCEDURE (& SIDE):laparoscopic BIH repair
PLANNED PROCEDURE DATE:4/25/05

*actual date released from hospital April 25 - 05 - surgery*

------------------------------------------------ HISTORY -------

1) Cardiac risk factors: age
2) Cardiac studies: none
3) Functional status: no prior cardiac history. he reports that he is quite
physically active in his daily life - gardens, mows the lawn, repairs cars,
manages an apt complex, etc. he has mild, stable dyspnea on exertion and denies
chest pain, as well as orthopnea, pnd and leg swelling.

Problem list:(per dr bryson)
    1)  Fiberglass exposure, dyspnea on exertion, no current
        pulmonary disease.
        11/04 pfts: mild airflow obstruction, fev1 2.9L
    2)  Benign prostatic hypertrophy, elevated PSA, biopsy negative
        1997.
    3)  First degree AV block.
    4)  Ascending aortic aneurysm, 5.3 cm, stable.
    5)  Degenerative joint disease hips, right greater than left.
    6)  s/p R hip replacement.
    7)  L hand injury from MVA - triquetral fx of uncertain age (8/3/04)

Current Medications:
    1)  Ibuprofen 400mg i po TID prn

------------------------------------ PHYSICAL EXAMINATION ------------

HEIGHT: 74 in [188.0 cm] (04/21/2005 13:46)
[104.1 kg] (04/21/2005 13:46)                      WEIGHT: 229 lb
TEMPERATURE: 97.6 F [36.4 C] (04/21/2005 13:46)
(04/21/2005 13:46)
BP: 141/57 (04/21/2005 13:46)                      PULSE: 70

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

VISTA Electronic Medical Documentation

Printed at Seattle

*Page 2 of 8*

*all from July/04)   Prior to 2 lower inguinal*
*collision   4/25/05 — 5 surgery*

# Consult Request

*(all because of trailer activator failure)*

Printed On Dec 22, 2008

---

Significant Findings:  Unknown

Facility
  Activity                    Date/Time/Zone       Responsible Person    Entered By
----------------------------------------------------------------------------------
 CPRS RELEASED ORDER         03/29/05 07:11        HAMMILL, FRED         WILBER, EILEEN M
 PRINTED TO ORDERS 2E        03/29/05 07:11
 COMPLETE/UPDATE             03/16/08 17:46        TANG, CAITLYN N       TANG, CAITLYN N
Consult completed as requested by service.


Note: TIME ZONE is local if not indicated

Significant Findings: Unknown
----------------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
==================================================================================
============================== END ===============================================

---

Current Pat. Status:    Outpatient
Primary Eligibility:        NSC

Order Information
To Service:             OEC MEDICAL CLEARANCE
From Service:           SPC GEN SURG (50100)
Requesting Provider:    HAMMILL, FRED
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         OEC MEDICAL CLEARANCE
Consult:                Consult Request
Reason For Request:
Patient with 1st degree AV block needs pre-op medical eval prior to
laparoscopic BIH repair

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
  Activity                    Date/Time/Zone       Responsible Person    Entered By
----------------------------------------------------------------------------------
 CPRS RELEASED ORDER         03/29/05 07:11        HAMMILL, FRED         WILBER, EILEEN M
 PRINTED TO ORDERS 2E        03/29/05 07:11
 COMPLETE/UPDATE             04/21/05 17:13        CORNIA, PAUL B        CORNIA, PAUL B

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)  |  VISTA Electronic Medical Documentation

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903          Printed at Seattle
519224876

*P. 3 of 8*

*to lower extremity surgery*
*caused by trailer actuator failure*
*of Comforto Campbell*

# Consult Request

Printed On Dec 22, 2008

GENERAL APPEARANCE AND MENTAL STATUS:

|  | NORMAL | NOT NORMAL | COMMENTS: |
|---|---|---|---|
| CARDIAC | [xx] | [ ]rrr s1 s2 occ ectopy, no mgr | |
| LUNGS | [xx] | [ ]cta no wrr | |
| EXTREMITIES | [xx] | [ ]no edema | |

------------------------------------------------------------

## LABS & STUDIES

Hct: 42.7 %    (04/21/2005 14:23)
WBC: 8.8 K/uL   (04/21/2005 14:23)
Platelets: 251 K/uL    (04/21/2005 14:23)
PT: ____
PTT: ____
INR: ____
Na: 139 mEq/L    (04/21/2005 14:23)
Cl: 104 mEq/L    (04/21/2005 14:23)
BUN: 16 mg/dL    (04/21/2005 14:23)
Glucose: 96 mg/dL    (04/21/2005 14:23)
K: 4.2 mEq/L    (04/21/2005 14:23)
HCO3:
Cr: 0.8 mg/dL    (04/21/2005 14:23)
CO2: 26.0 mEq/L    (04/21/2005 14:23)
ECG: nsr, 1st degree avb, no q waves

------------------------------------------------------------

## ASSESSMENT/PLAN

------------------------------------------------------------

Problem 1:Preoperative cardiac risk assessment
          Clinical predictors - minor (age)
          Type of surgery - low/intermediate risk
          Functional status - Good > 4 METs (self report)

Recommendations:
-According to AHA/ACC guidelines, this patient may proceed to surgery without
further cardiac testing.
-Cardiac risk <1 % (Revised cardiac risk index - Lee et al).

Thank you for this consultation, please call with questions.

/es/ PAUL B CORNIA
Attending MD, GIMC
Signed: 04/21/2005 17:13
==========================================================
========================== END ===========================

Current Pat. Status:   Outpatient

------------------------------------------------------------

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

*P-4 of 8*

| VISTA Electronic Medical Documentation |
|---|
| Printed at Seattle |

*#8* *(Pg.#1)* *Pages (1) of 2-3*

# Surgical Information

Printed On Dec 22, 2008

---

Packing:  NONE

Blood Loss: 0 ml                                    Urine Output: 0 ml

Postoperative Mood:              SEDATED
Postoperative Consciousness:     AWAKENING
Postoperative Skin Integrity: INTACT


Sequential Compression Device: YES

Nursing Care Comments:
   see preop nursing assessment note on chart.pt verified id, npo, nkda
   operative procedure as bilateral inguinal hernia repair. pt to or bed per
   self w/ minimal assistance supine w/ pillow under head, bilateral arms
   padded and secured at sides by cook rn and tatum md. pillow under knees
   and lower legs, foam under ankles floating heels. 1gm cefazolin to
   anesthesia for preop infusion. pt hard of hearing, amplified and
   earphones used to facilitate communication. after induction, 16fr foley
   inserted w/o difficulty, balloon tested, clear yellow return to urimeter
   after balloon inflated. continues to flow clear yellow at 0830.
   ted and scd applied to bilateral legs.
   0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
   infiltrated by surgeons.
   implants:
   davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
   43GOD329 exp 2007-07.
   davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
   43HOD306 exp 2007-08.

/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02


04/28/2005 ADDENDUM                          STATUS: COMPLETED

The Anesthesia Technique(s) subfile was changed as follows:

   The following Anesthesia Technique was ADDED:
     Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25
--------------------------------------------------------------------------
                    Addendum to NURSE INTRAOPERATIVE REPORT
--------------------------------------------------------------------------
   LOCAL TITLE: Addendum

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903       Printed at Seattle
519224876

*page 5 of 8*

*#8*

# Surgical Information

Valid Consent/ID Band Confirmed By: COOK,BARBARA M
Mark on Surgical Site Confirmed: YES
  Marked Site Comments: NO COMMENTS ENTERED

Preoperative Imaging Confirmed:  YES
  Imaging Confirmed Comments: NO COMMENTS ENTERED

Time Out Verification Completed: YES
  Time Out Verified Comments:
  cook rn, price md, tatum md @ 0744.

Skin Prep By: COOK,BARBARA M              Skin Prep Agent: IODINE & ALCOHOL
Preop Shave By: DROESCH,JOHN

Surgery Position(s):
  SUPINE
                                          Placed: N/A

Restraints and Position Aids:
  SAFETY STRAP
                                     Applied By: N/A

Electrocautery Unit:          11
ESU Coagulation Range:        0-25
ESU Cutting Range:            0-25
Electroground Position(s): RIGHT POST THIGH

Tubes and Drains:
  none

Irrigation Solution(s):
  LACTATED RINGERS

Sponge Count Correct:      YES
Sharps Count Correct:      YES
Instrument Count Correct: NOT APPLICABLE
Counter:                   BALDWIN,GAYLE S
Counts Verified By:        COOK,BARBARA M

Dressing: Dermabond
Packing:  NONE

Blood Loss: 0 ml                     Urine Output: 0 ml

Postoperative Mood:            SEDATED
Postoperative Consciousness:   AWAKENING
Postoperative Skin Integrity: INTACT

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

*page 6 of 8*

**VISTA Electronic Medical Documentation**

Printed at Seattle

# Surgical Information    *preparation for* *Right & left lower inguinal surgery*

Printed On Dec 22, 2008

Sequential Compression Device: YES

Nursing Care Comments:
    see preop nursing assessment note on chart.pt verified id, npo, nkda
    operative procedure as bilateral inguinal hernia repair. pt to or bed per
    self w/ minimal assistance supine w/ pillow under head, bilateral arms
    padded and secured at sides by cook rn and tatum md. pillow under knees
    and lower legs, foam under ankles floating heels. 1gm cefazolin to
    anesthesia for preop infusion. pt hard of hearing, amplified and
    earphones used to facilitate communication. after induction, 16fr foley
    inserted w/o difficulty, balloon tested, clear yellow return to urimeter
    after balloon inflated. continues to flow clear yellow at 0830.
    ted and scd applied to bilateral legs.
    0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
    infiltrated by surgeons.
    implants:
    davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
    43GOD329 exp 2007-07.
    davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
    43HOD306 exp 2007-08.

/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02

04/25/2005 ADDENDUM                    STATUS: COMPLETED

The Nursing Care Comments field was changed
 >> from original Nursing Care Comments text:
    see preop nursing assessment note on chart.pt verified id, npo, nkda
    operative procedure as bilateral inguinal hernia repair. pt to or bed per
    self w/ minimal assistance supine w/ pillow under head, bilateral arms
    padded and secured at sides by cook rn and tatum md. pillow under knees
    and lower legs, foam under ankles floating heels. 1gm cefazolin to
    anesthesia for preop infusion. pt hard of hearing, amplified and
    earphones used to facilitate communication. after induction, 16fr foley
    inserted w/o difficulty, balloon tested, clear yellow return to urimeter
    after balloon inflated. continues to flow clear yellow at 0830.
    ted and scd applied to bilateral legs.
    0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
    infiltrated by surgeons.
    implants:
    davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
    43GOD329 exp 2007-07.
    davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
    43HOD306 exp 2007-08.
 >> to updated Nursing Care Comments text:
    see preop nursing assessment note on chart.pt verified id, npo, nkda

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

p 7 of 8

**VISTA Electronic Medical Documentation**

Printed at Seattle

# Surgical Information

Printed On Dec 22, 2008

STANDARD TITLE: ADDENDUM
DATE OF NOTE: APR 28, 2005@08:25:39  ENTRY DATE: APR 28, 2005@08:25:39
    AUTHOR: HENDERSON,JOYCE S    EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
    SUBJECT: Case #: 88659


The Anesthesia Technique(s) subfile was changed as follows:

   The following Anesthesia Technique was ADDED:
      Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25


==============================================================================

   --- Original Document ---

04/25/05 NURSE INTRAOPERATIVE REPORT:
Operating Room: OR 3                 Surgical Priority: ELECTIVE

Patient in Hold: APR 25, 2005  06:56  Patient in OR:  APR 25, 2005  07:35
Operation Begin: APR 25, 2005  08:12  Operation End:  APR 25, 2005  09:55
                                      Patient Out OR: APR 25, 2005  10:00

Major Operations Performed:          *Surgery performed*
Primary: LAPAROSCOPIC BIH REPAIR     *plaintiff was released*
                                     *from hospital on 4/28/05*
Wound Classification: CLEAN
Operation Disposition: PACU (RECOVERY ROOM)
Discharged Via: STRETCHER

Surgeon: DROESCH,JOHN                First Assist: MORLOCK,ASHLEY
Attend Surg: TATUM,ROGER P           Second Assist: N/A
Anesthetist: PRICE,CHRISTINE H       Assistant Anesth: N/A

OR Support Personnel:
   Scrubbed                          Circulating
   BALDWIN,GAYLE S ()                COOK,BARBARA M ()
                                     MCISAAC,MARY K ()

Other Persons in OR:
   wedlock, lois (autosuture)

Preop Mood:      ALERT               Preop Consc:    ALERT-ORIENTED
Preop Skin Integ: INTACT             Preop Converse: N/A

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

*Page 8 of 8*

**VISTA Electronic Medical Documentation**

Printed at Seattle



EXHIBIT # 4



## ACCIDENT INFORMATION

**When did the accident happen?**
Date _____
Time _____
**Where did it happen?**
Street(s) _____
City _____
**Was anyone injured?**
Pedestrian? _____
Your Passenger? _____
Other? _____
Name _____
Address _____
**Was there a witness?**
Name _____
Address _____
**Was there a police report taken?**
Department _____
Report # _____
Officer _____ Badge # _____

## THE OTHER PARTY
Name _____
Address _____
Phone _____
DL# _____
DOB _____
Registered owner of vehicle:
_____
Insurance Company _____
Policy Number _____

## THE OTHER AUTO
License # _____
State _____
Year _____ Make/Model _____
Color _____
Number of passengers _____
(over)



To Tacoma — River Road
Meridian
N
To Auburn — Hwy. 167
Railroad
Pioneer
2nd St. S.E.
**WESTERN WASHINGTON FAIRGROUNDS**
To Tacoma — Hwy. 512

**Corner of East Pioneer & 2nd St. S.E. in downtown Puyallup**
**Phone (253) 848-7139**

**Cornforth Campbell Collision Center Offers:**

- Over 30 years of experience serving the paint and collision repair needs of greater Pierce County
- Computerized estimate and digital photo transmission capability to speed insurance claim handling
- I-CAR, ASE, and General Motors Trained Technicians
- AAA Approved
- Full frame and unibody repairs
- Factory original paint finishes produced in a state-of-the-art downdraft spray booth that bakes finish coatings at 145°
- 4 wheel alignments to prevent premature tire wear after collision repair
- Environmentally friendly handling and recycling of all hazardous waste materials



Draw a diagram of the accident showing the direction of the vehicles and the point of accident. Show street names and location of street signs, stop signs, lights, etc.

**OTHER VEHICLE:**
☐ Stopped in traffic
☐ Moving
☐ Legally parked

Describe any other damage or pertinent information below:

_____
_____
_____
_____
_____
_____
_____

*Sip Distated = → soon as possible*
*this appear to be preparetion*
*for the future SAP for parties*
*purchasing vehicles from Cornforth &*
*Campbell.*

*Plaintiff pass this around after proclaimed*
*to the court.*

**PONTIAC · BUICK · GMC**

**Cornforth Campbell**
**PUYALLUP**

# COLLISION CENTER

| **ACCIDENT RECORD** |

In case of an accident, be prepared with this handy record keeper.

**COMPLIMENTS OF:**

Kurt Johnson, Manager
Cornforth-Campbell Collision Center
Corner of East Pioneer & 2nd St. S.E.
in downtown Puyallup

**PHONE:**
(253) 848-7139

**HOURS:**
Monday-Friday 8 AM-5:15 PM



**Washington**

**Approved Auto Body Repair**

B Exhibit # 1A

ADI 1A

*this paper was placed on the rear seat of the subject 1999 Suburban an acts of Purchale and after the vehicle was paid for*

# PONTIAC GMC.
## ECOMMENDED MAINTENANCE

CHECK 4 WHEEL ALIGNMENT - PRINTOUT PROVIDED. ADJUSTMENTS EXTRA COST .................... $ 66.00
    RECOMMENDED EVERY 15,000 MILES
REPLACE FRONT DISC BRAKE PADS - LABOR ONLY ................................................. $ 80.00
REPLACE REAR DISC BRAKE PADS - LABOR ONLY .................................................. $112.00
REPLACE REAR DRUM BRAKE SHOES - LABOR ONLY ........... ....................... $ 80.00
    ADD TO RESURFACE 2 ROTORS ............... ................ $ 80.00
    ADD TO RESURFACE 2 DRUMS ...................... ................ $ 50.00
REPLACE FUEL FILTER - LABOR ONLY.  RECOMMENDED EVERY 15,000 MILES. DIESEL EXTRA COST ... $ 40.00
CLEAN FUEL INJECTION SYSTEM.  RECOMMENDED EVERY 24,000 MILES ............................. $124.65
COOLING SYSTEM FLUSH.  INCLUDES FLUSH, PRESSURE TEST, VISUALLY CHECK HOSES, CAP,
    AND  CONNECTIONS, INSTALL FRESH COOLANT AND CORROSION CONTROL KIT.
    CARS ....................................................................................... $ 99.95
    TRUCKS .................................................................................... $118.70
AUTOMATIC TRANSMISSION FLUSH - INCLUDES FLUSH OF COOLER, TORQUE CONVERTER, AND
    TRANSMISSION USING CLEANER TO REMOVE VARNISH AND SLUDGE.
    REPLACE WITH NEW FLUID AND CONDITIONER.  PARTS AND LABOR.
    FILTER REPLACEMENT EXTRA COST. RECOMMENDED EVERY 30,000 MILES
    CARS ....................................................................................... $127.95
    TRUCKS .................................................................................... $139.95
POWER STEERING SYSTEM FLUSH ...................................................................... $ 92.75
AIR CONDITIONING SERVICE - INSPECT SYSTEM, CLEAN CONDENSER, CHECK OPERATION .................. $ 56.00
SUPERCHARGER SERVICE ............................................................................... $ 18.95

*the agency completely ignored the defense's situation, they must have known was placed on the road*

**SERVICE HOURS** *and defendants*
MONDAY THROUGH FRIDAY *totally lied to*
    7:30A.M. TO 6:00P.M. *plaintiff about*
SATURDAY *the mechanical*
    8:00A.M. TO 4:00P.M. *condition of the Subject Vehicle"*

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881
www.cornforthcampbell.com
Email: service@cornforthcampbell.com



SERVICE
EXCELLENCE
SINCE 1938

# RECOMMENDED MAINTENANCE SCHEDULE



## GMC
WE ARE PROFESSIONAL GRADE.


PONTIAC  Fuel for the Soul


**Agency Location**
400 VALLEY AVE. N.E.
PUYALLUP, WA 98372

**Mailing Address**
P.O. BOX 537
PUYALLUP , WA 98371-0172

PHONE (253) 845-8881
TOLL FREE 1-800-573-8881

www.cornforthcampbell.com
Email: service@cornforthcampbell.com


Approved
Auto Repair


GM
Goodwrench



Prices Subject To Change • All Prices Are Plus Tax
Some Recommended Services May Exceed Manufacturers Requirements

exhibit
1-B
P.2 OF 4

# CORNFORTH - CAMPBELL STRONGLY RECOMMENDS THE FOLLOWING MAINTENANCE SCHEDULE TO PROTECT YOUR VEHICLE INVESTMENT

## SERVICE # 1
**EVERY 3,000 MILES**

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
    SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER
INSPECT WIPER BLADES

## SERVICE #2
**DUE @6,000/21,000/36,000/51,000/
66,000/81,000/99,000 MILES**

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
    SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER
INSPECT WIPER BLADES
CHECK COOLANT PH AND
    FREEZE PROTECTION

## SERVICE #3
**DUE @ 15,000/45,000/
75,000/105,000 MILES**

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
CHECK 4 WHEEL ALIGNMENT
REPLACE FUEL FILTER
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
    SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT INTAKE AIR FILTER

## SERVICE #4
**DUE @ 24,000/48,000/
72,000/96,000 MILES**

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
SERVICE THROTTLE BODY
CLEAN FUEL INJECTION SYSTEM
LUBRICATE DOOR HINGES AND
    WEATHERSTRIPS
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
    SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR
INSPECT CABIN AND INTAKE AIR FILTER
INSPECT WIPER BLADES
CHECK COOLANT PH AND
    FREEZE PROTECTION

## SERVICE #5
**DUE @ 30,000/60,000/90,000 MILES**

CHANGE ENGINE OIL AND FILTER
LUBRICATE CHASSIS
INSPECT FRONT AND REAR BRAKE SYSTEMS
ROTATE TIRES
CHECK 4 WHEEL ALIGNMENT
REPLACE AIR FILTER
REPLACE FUEL FILTER
FLUSH AUTOMATIC TRANSMISSION AND
    REPLACE FLUID
REPLACE PCV VALVE
INSTALL FUEL SYSTEM CLEANER ADDITIVE
VISUALLY INSPECT VEHICLE INCLUDING TIRES,
    SHOCKS, EXHAUST, HOSES, BELTS AND LIGHTS
CHECK ALL FLUIDS
CLEAN ALL GLASS
VACUUM INTERIOR

• • • • • • • • • • • •

REPLACE SPARK PLUGS - SOME MODELS
    @ 100,000 MILES ONLY - ADD'T L COST. ASK FOR QUOTE.
REPLACE TRANSMISSION FILTER AS NEEDED.
    ADD'T L COST. ASK FOR QUOTE.
FLUSH AND REPLACE ENGINE COOLANT
    -SOME MODELS @ 100,000 MILES ONLY -
    ADD'T L COST. ASK FOR QUOTE.

Shuttle Service Available

**We Accept
All Major
Credit Cards**

Service Hours
Monday Through Friday
7:30a.m. To 6:00p.m.
Saturday
8:00a.m. To 4:00p.m.

Phone (253) 845-8881
Toll Free 1-800-573-8881

www.cornforthcampbell.com
Email: service@cornforthcampbell.com



Approved
Auto Repair



ASE CERTIFIED
AUTOMOBILE TECHNICIAN



GM
Goodwrench

Some Recommended Services May Exceed Manufacturers Requirements