(4 pages)

Jan. 18, 2012

MARJORIE A. CREAMER    given Claim # 71249
then Changed to # 48506

so claim # 48506 today
by the Garden City Group on bankruptcy

GM 09-50026
in NY Court

TO
FAX # 212-668-3357    JAN 19 2012
SD of NY Bankruptcy Ct.
Judge Robert E Gerber
RE: AIRBAG NON DEPLOYMENT of DRIVER
~~notification~~
RE: Recall steering motor
GM Chevy Cobalt 2006
Purchased new automobile.
The above Car was at approximately
35,000 miles when the steering motor
lose. No AIRBAG DEPLOYED on frontal
crash hitting a utility pole. Wires hanging
over Car. I was knocked unconscience and
severe injuries Sept 24, 2009. Three years
ago. Urgent    VIN # 1G1AL55F367718007

JUN-30-2011 ~~:~~:43 PM   THOMAS CO INSURANCE

*[Handwritten annotations across top:]*
*Po# 2525891-0 #800-229-1547   Progressive   Page 1 of 2*
*Progressive Policy #2525891-2   Atty 785-462-3752*
*Fax 785-228-1878*
*095735392 # 785-271-2631  9/24/2009*
*Claim   Blake, Gerald*

## Global Warranty Management

**INTERFACE WITH CUSTOMER**

### View Vehicle Summary

This screen allows GMVIS users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio information (if applicable).

**For this vehicle:**
- View Vehicle Summary
- Service Contract
- Branded Title
- Warranty Block
- View Vehicle Build
- View Vehicle Component Summary
- View Vehicle Transaction History Detail
- View Vehicle Delivery Information
- Investigate Major Assembly History

### Vehicle Information

VIN: 1G1AL55F367760039
Service Contract: No    Branded Title: Yes
Order Type: 70 - RETAIL - STOCK
Field Actions: 1 Open

Model: 1AL89-2006 COBALT LT SEDAN
Warranty Block: Yes    PDI Status: No

### Required Field Actions

Open field actions are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|---|---|---|---|---|---|
| Product Emission Recall | N060090 | 06090 | ENGINE FUEL INJECTORS - REPLACE | 01/22/2007 | Closed |
| Product Safety Recall | N100023 | 10023 | LOSS OF POWER STEERING ASSIST - REPLACE ELECTRIC POWER STEERING MOTOR | 03/18/2010 | Open |

*[Handwritten:]* 3-18-2010
*Claim # 09-5735392 on Sept 24, 2009 accident caused by [arrow] recalled - no notification sent March 18 2010  1.3 million recalls*

### Branded Title

"The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.

Brand Description: SALVAGED
Title Number: R1588243
Reported By: KS

Date Branded: 11/01/2009
Reporting Source Code:
Effective Date: 12/04/2009

### Warranty Block

| Code | Description | Effective Date |
|---|---|---|
| BT | BRANDED TITLE | 12/04/2009 |

Blocked Labour Ops:

Block Transaction Types:
ZPDI
ZPTI
ZREG
ZSCT

### Service Information

Vehicle has no current record of outstanding service information.

### OnStar and XM Satellite Radio Information

Refer to Help page for details. For OnStar contact 888.ON.STAR1 (888.667.8271) and for XM Radio contact 877.GET.XMBT (877.438.9677).

OnStar Equipped: N
XM Equipped: Y
OnStar Vehicle Diagnostics: N

XM Radio ID: Y48PQ00E

OnStar Status: NA
XM Status: Inactive
DMN Enabled: N

*[Handwritten at bottom:]* 1-14

Jan 17, 2012

Robert E.
Judge Gerber, chambers
Courtroom of bankruptcy            RE: Garden City
                                   (Marjorie A. Creamer  Grp #48506)

RE: SD of New York — BK of GM 09-50026

Dear Clerk of US Bankruptcy Court
       Casey Boyle, Maggie Gilstrap

This is to request an urgency on the decision of #48506 Garden City group Claims:

1) Purchased new 2006 Chevy Cobalt LT Sport
2) approx 35,000 steering motor failed
3) never sent an defective motor RECALL on MOTOR REPLACEMENT
   vin # 1G1AL55F367780039
4) Accident on Sept 24, 2009 caused by defective steering motor
5) frontal impact (NON DEPLOYMENT of AIRBAG
6) utility pole @ 69mph + wires hanging over car
7) A miracle I'm alive
8) head injury, wrist, legs, tiny fractures all over body
9) 3 years later and feel impact

and rolling of automobile
10) PTSD severely need medical and emotional assist

This is why ask for exorbanent amount as GM employees not converse with me regarding accident

On cruise at time of accident and no time to brake as would have rolled down hwy highway.

Thank God I did not kill anyone because of the defective steering motor.

Asking court to expedite this claim

Thank you
Mary A Creamer

THE HUSH
www.ktubros.com
785-259-1460
thehush912@hotmail.com

Also contact when hearing for this claim. As soon as you schedule hearing

Hotmail Print Message                                                                 Page 1 of 1

# Motors Liquidation Company_ Creditor Inquiry

From: **MotorsLiquidationDocket** (Claims@MotorsLiquidationDocket.com)
Sent: Tue 1/10/12 2:43 PM
To: 'thehush91@hotmail.com' (thehush91@hotmail.com)

Dear Ms. Creamer,

This email will acknowledge receipt of your inquiry to the GCG call center. GCG is the claims and noticing agent retained in the Motors Liquidation Company f/k/a General Motors Corp. proceedings. Our records indicate that your claim has been assigned court claim# 71249. Please be advised that your claim is still under review by counsel.

*now 1/17/2012 claim # 48506*

Please visit www.motorsliquidationdocket.com for up-to-date information in these proceedings. Please do not hesitate to contact us if you have any additional questions or concerns.

*Please let me know hearing date schedule.*

Best Regards,

*FAX: 212-668-3357*

GCG

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

*GM BK case # 09-50026*

*Judge Robert E. Gerber
SD of NY Bankruptcy Crt.*