

People. Power. Performance.

January 3, 2012

Via FedEx

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004



RECEIVED JAN - 4 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Re: *Motors Liquidation., et al.*
Case Co.: 09-50026 REG

Dear Mr. Diamond:

Enclosed please find 1 claim withdrawal as follows:

Morgan Charles - Claim # 3137 in the amount of $ 48,547.17

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

Very truly yours,

/s/Kathy-Ann Awkward
Kathy-Ann Awkward
Sr.Project Supervisor
Bankruptcy Operations

Enclosures

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | MORGAN, CHARLES<br>3212 HARVEY RD<br>BARTLESVILLE, OK 74006 |
| Claim Number (if known): | 3137 |
| Date Claim Filed: | 10/5/2009 |
| Total Amount of Claim Filed: | $48,547.17 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: Dec - 21st - 2011

Print Name: Carolyn Morgan

Title (if applicable): Wife



RECEIVED
JAN - 4 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1