# **EXHIBIT B**

**[Revised GUC Trust Budget]**

**MLC GUC Trust**
Revised GUC Trust Budget

|  | 2011 | 2012 | | | | |
|---|---|---|---|---|---|---|
| ($ in thousands) | Mar 1 - Dec 31 | Q1 | Q2 | Q3 | Q4 | FY |
| **_GUC Trust Expenses_** | | | | | | |
| 1 Trust Monitor | 579.0 | 412.1 | 412.1 | 412.1 | 412.1 | 1,648.5 |
| 2 Trust Administrator | 945.0 | 630.0 | 630.0 | 630.0 | 630.0 | 2,520.0 |
| 3 Trust Professionals | 19,057.9 | 7,216.3 | 7,216.3 | 7,216.3 | 7,216.3 | 28,865.1 |
| 4 Other Costs[1] | 406.8 | 237.3 | 237.3 | 237.3 | 237.3 | 949.2 |
| 5 Reserve for Tax on DIP Loan | 0.0 | | | 6,000.0 | | 6,000.0 |
| _Total_ | _20,988.6_ | _8,495.7_ | _8,495.7_ | _14,495.7_ | _8,495.7_ | _39,982.8_ |

| | |
|---|---|
| 6 **Total GUC Trust Expenses 2011 - 2012** | **60,971.5** |
| 7 Amount to be funded by Initial Budget | (43,105.0) |
| 8 Total GUC Trust Budget to be funded by sale of stock | 17,866.5 |

[1] Includes accounting, tax, rent and facilities, insurance expense.

**MLC GUC Trust Reporting & Transfer**
Revised Reporting & Transfer Budget

| ($ in thousands) | 2011 | 2012 | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Mar 1 - Dec 31 | Q1 | Q2 | Q3 | Q4 | FY |
| *GUC Trust Reporting & Transfer Expenses* | | | | | | |
| 1 Trust Monitor | 0.0 | 384.4 | 134.4 | 134.4 | 134.4 | 787.5 |
| 2 Trust Administrator | 0.0 | 1,063.1 | 363.1 | 363.1 | 363.1 | 2,152.5 |
| 3 Trust Professionals | 4,649.5 | 561.4 | 561.4 | 561.4 | 561.4 | 2,245.7 |
| 4 Other Costs and Reserves[1] | 565.0 | 849.4 | 849.4 | 849.4 | 849.4 | 3,397.7 |
| 5 Funding for Avoidance Action Reporting Costs | 500.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| *Total* | 5,714.5 | 2,858.4 | 1,908.4 | 1,908.4 | 1,908.4 | 8,583.4 |
| 6 **Total GUC Trust Reporting & Transfer Expenses 2011 - 2012** | | | | | | **14,298.0** |
| 7 Amount to be funded from Initial Reporting Funds | | | | | | (5,649.3) |
| 8 Total GUC Trust Reporting & Transfer Budget to be funded by sale of stock | | | | | | 8,648.7 |

[1] Includes insurance and printing expense, and legal reserve.