# **EXHIBIT C**

**[Revised Avoidance Action Trust Budget]**

**Avoidance Action Trust**

Revised Avoidance Action Trust Budget

|   | | 2012 | | | | 2013 | 2014 |
|---|---|---|---|---|---|---|---|
| ($ in thousands) | Q1 | Q2 | Q3 | Q4 | FY | FY | FY |
| *AAT Budget* | | | | | | | |
| 1 Trust Monitor | 120.0 | 120.0 | 120.0 | 120.0 | 480.0 | 480.0 | 480.0 |
| 2 Trust Adminstrator | 175.0 | 175.0 | 175.0 | 175.0 | 700.0 | 700.0 | 700.0 |
| 3 Ordinary course professionals[1] | 1,675.0 | 225.0 | 225.0 | 225.0 | 2,350.0 | 550.0 | 3,250.0 |
| 4 Litigation expense | 400.0 | 400.0 | 400.0 | 400.0 | 1,600.0 | 2,000.0 | 2,000.0 |
| Total | 2,370.0 | 920.0 | 920.0 | 920.0 | 5,130.0 | 3,730.0 | 6,430.0 |
| 5 **Total AAT Budget** | | | | | | | **15,290.0** |
| 6 Amount to be funded by Initial Budget | | | | | | | (1,576.0) |
| 8 Total AAT Budget to be funded by sale of stock | | | | | | | 13,714.0 |

[1] Includes valuation, tax, compliance, legal, insurance expense.