# **EXHIBIT E**

**[Notice]**

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Stephen Karotkin, Esq.<br>Joseph H. Smolinsky, Esq.<br>Telephone: (212) 310-8000<br>Telecopier: (212) 310-8007<br>E-mail: stephen.karotkin@weil.com<br>joseph.smolinsky@weil.com | AlixPartners LLP<br>40 West 57th Street<br>New York, New York 10019<br>Attn: Ted Stenger<br>Telephone: (212) 490-2500<br>Telecopier: (212) 490-1344<br>E-mail: tstenger@alixpartners.com |
| Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, New York 10152-3500<br>Attn: Elihu Inselbuch, Esq.<br>Rita C. Tobin, Esq.<br>Telephone: (212) 319-7125<br>Telecopier: (212) 644-6755<br>E-mail: ei@capdale.com<br>rct@capdale.com | Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Attn: Thomas Moers Mayer, Esq.<br>Robert Schmidt, Esq.<br>Telephone: (212) 715-9100<br>Telecopier: (212) 715-8000<br>E-mail: tmayer@kramerlevin.com<br>rschmidt@kramerlevin.com |
| Stutzman, Bromberg, Esserman & Plifka,<br>A Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Attn: Sander L. Esserman, Esq.<br>Robert T. Brousseau, Esq.<br>Telephone: (214) 969-4900<br>Telecopier: (214) 969-4999<br>E-mail: esserman@sbep-law.com<br>brousseau@sbep-law.com | Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005<br>Attn: Trevor W. Swett III, Esq.<br>Kevin C. Maclay, Esq.<br>Telephone: (202) 862-5000<br>Telecopier: (202) 429-3301<br>E-mail: tws@capdale.com<br>kcm@capdale.com |
| Cadwalader, Wickersham & Taft LLP<br>1 World Financial Center<br>New York, New York 10128<br>Attn: John J. Rapisardi, Esq.<br>Telephone: (212) 504-6000<br>Telecopier: (212) 504-6666<br>E-mail: john.rapisardi@cwt.com | United States Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220<br>Attn: Chief Counsel, Office of Financial Stability<br>Telecopier: (202) 927-9225<br>E-mail: OFSChiefCounselNotices@do.treas.gov |
| Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario<br>Canada K1A 1K3<br>Attention: Loans Services<br>Telecopier: 613-598-2514 | Cadwalader, Wickersham & Taft LLP<br>700 Sixth St. NW<br>Washington, DC 20001<br>Attn: Douglas S. Mintz, Esq.<br>Telephone: (202) 862-2200<br>Telecopier: (212) 504-6666<br>E-mail: douglas.mintz@cwt.com |
| FTI Consulting, Inc.<br>1201 W. Peachtree St. Suitee 600<br>Atlanta, GA 30309 | Export Development Canada<br>151 O'Connor Street<br>Ottawa, Ontario<br>Canada K1A 1K3<br>Attention: Asset Management/Covenants Officer<br>Telecopier: 613-598-3186 |