January 14, 2012

Honorable Judge Robert E. Gerber
United States Bankruptcy Judge
Courtroom 621
One Bowling Green
New York, New York  10004-1408

Dear Judge Gerber:

I am contacting your office as it seems as if your staff are the only ones who respond to my questions. As I said in my prior letter I can not afford legal assistance to advise me with my file No.ECF 10419. I tried contacting Mr. Edward Wu a couple of times and finally got to talk to him. He seemed nice but gave my the name of a Mr. David Griffiths and said he may be able to help me but he is out of the country at this time but leave a message and he'll get back to you. I did that and that's why I decided to contact you. I realize my case file is small stuff when it comes to the big picture of G.M. bankruptcy case but please believe me it's very big stuff to my wife and I. I was only a Technician while employed at General Motors so it's not as if I made that large a salary that I have piles of cash setting somewhere to fall back on. Our home has been for sale for 3 years now as our medical expenses are taking their toll. It saw somewhere in the court documents that if you have question to contact Mr. Edward Wu, I did that and followed his instructions. I am trying to find out what other information is required to help you determine my case file so it just doesn't get passed over. I have tried to follow the instructions given to me in my claim as best I know how but if more is required I do need help to determine what else I need to supply. I realize your office is very busy and thank you in advance for any help you can afford me.

Gerald Morris
4625 Compeau road
Alpena ,MI  49707
(989) 727-3191
E-mail  jjccm223@speednetllc.com