Honorable Judge Robert E. Gerber
United States Bankruptcy Court
One Bowling Green
New York, NY. 10004

Subject: Chap. 11 Case # 09-50026 (GM-MLC)
Ref.: Claim 21560, 114th Omnibus Objection
Plaintiffs: Thomas L & Donna L. Kracker

17 January, 2012

Hon. Judge Gerber,

Pleased be advised that the claim put forth in January 2009 relative to my wife Donna, if granted, would need to be pro-rated due to our eparation in June 2010, and the Final Divorce in April, 2011. If required, I will provide a certified copy of the Divorce Decree at your request.

I have notified the GM Attorney, David Griffiths, of this change, by a much earlier email, but I will cc with this letter.

Respectfully,

*Thomas L. Kracker*

Thomas L. Kracker
175 Tunica Ln.
Ellijay, GA. 30540

cc: David Griffiths