GREGORY J. DEMIKE
632 CELIA DR.
HARTSELLE AL.
35640

256-654-4412

TO: THE HON. JUDGE ROBERT GERBER

DEAR JUDGE GERBER I WAS A CLAIMANT IN THE G.M. BANKRUPTCY I HAD A WORK COMP. CLAIM AGAINST G.M. IT WAS SETTLED IN 1995 AND PART OF THE SETTLEMENT THAT GM WOULD BE RESPONSIBLE FOR MY LOWER BACK TILL MY DEATH IN 2009 WHEN THE BANKRUPTCY OCCURRED I FILED A CLAIM THAT CLAIM WAS SETTLED TO SET UP THE ALABAMA GUARANTEE CORP. THEY HAVE BEEN TREATING ME FOR THE LAST 2 YEARS BUT IN NOV. 2011 ADVIZMENT CORP. (SEE ENCLOSED LETTER) AND A DR POWERS COMMITTED FRAUD AND SAID MY PAIN AND CURRENT BACK PROBLEMS ARE NOT RELATED TO MY BACK INJURY AND NOW REFUSE TO PAY MY DOCTOR BILLS. THERE IS NO APPEAL PROSESS IN THE STATE OF ALABAMA NO WORK COMP REVUE BOARD

AND THERE IS NO RECOURSE FOR ME TO TAKE I WISH TO HAVE MY ORIGINAL CLAIM REINSTATED OR FORCE THE ALABAMA GUARANTEE CORP. TO PAY FOR THE BACK SURGERY I NEED PLEASE FEEL FREE TO CALL ME MY # IS 256-654-4412 I NEED YOUR HELP TO GET THIS DONE BECAUS I HAVE NO RECOURSE IN THIS STATE

THANK YOU
GREGORY J. DEMIKE



# AVIZENT™

| | |
|---|---|
| Street Address | 1 Independence Drive |
| City, ST Zip | Birmingham, AL 35201 |
| United States | www.avizentrisk.com |

Direct No: (205) 581-9162
Direct fax: (614) 932-8789

December 5, 2011

Mr. Gregory DeMike
632 Celia Drive
Hartselle, Al. 35640

RE:  Employer:   Alabama Guarantee Assoc/Delphi B
     Claim No:   19900010233218
     D/A:        11/17/1990

Dear Mr. DeMike:

Avizent is the claims administrator for Alabama Guarantee Assoc/Delphi B and are handling your above referenced workers' compensation claim.

We have received the medical records from Dr. Scott Powers/Cullman Physical Medicine, these records have been reviewed and it has been determined that there is no indication that your current condition and symptoms are due to your original injury from 1991. Therefore your claim for workers' compensation benefits/treatment is therefore being denied.

If you have any questions or have additional information that will alter our position please contact me.

Sincerely,

Sandra Moore
Claims Adjuster

cc: Dr. Scott Powers MD.