**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : Case No. 09-50026 (REG) |
|     f/k/a General Motors Corp., *et al.*, | : |
| | : |
|             Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 19, 2012, at the direction of Dickstein Shapiro LLP, Attorneys for Motors Liquidation Company GUC Trust ("Dickstein Shapiro"), I caused a true and correct copy of the following document to be served by first class mail on Jesmer Evans, 15130 W. 9 Mile Rd, Oak Park, Michigan 48237-2569 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Jesmer Evans, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

3. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Michael Stelmach Sr., c/o Anastazia Stelmach, 5324 Bingham, Dearborn, Michigan 48126 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Anastazia Stelmach, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

4. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Stephan A. Truxall Sr, c/o Stephan and Cheryl Truxall, 1250 Alton Dr. SW, Sherrodsville, OH 44675 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Stephan and Cheryl L. Truxall, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

5. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Betty Dalton, 1707 Radford Road, Christiansburg, VA 24073 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Betty E. Dalton, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

6. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Alberta Bruster, P.O. Box 122, Vidalia, LA 71373 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Alberta Bruster, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

7. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Lonnie Chapman, P.O. Box 1265, Hammond, IN 46325 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Lonnie Chapman, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

8. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Sudie M. Venable, 3114 Mountain Road, Halifax, VA 24558 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Sudie M. Venable, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

9. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Monty R. & Lisa K. Henderson, 7340 S. Albany Ave, Chicago, IL 60629 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Monty R. & Lisa K. Henderson, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

10. On January 19, 2012, also at the direction of Dickstein Shapiro, I caused a true and correct copy of the following document to be served by first class mail on Buckley Erma Jeanine, 175 W 90th St, Apt. 5C, New York, NY 10024 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Erma Jeanine Buckley, dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 a.m. (Eastern Time) (Corrected Notice).

Dated: January 24th, 2012
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 24th day of January, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015