Jan 17, 2012

Robert E.
Judge Gerber, chambers
Courtroom of bankruptcy      RE: Garden City
(Marjorie A. Creamer   Gp #48506)

RE: SD of New York - BK of GM 09-50026

Dear Clerk of US Bankruptcy Court
Casey Boyle, Maggie Gilstrap

This is to request an urgency on the decision of #48506 Garden City group claim:

1) Purchased new 2006 Chevy Cobalt LT Sport
2) approx 35,000 steering motor failed
3) never sent an defective motor RECALL of MOTOR REPLACEMENT
   vin #
4) Accident on Sept 24, 2009 caused by defective steering motor
5) frontal impact (NON DEPLOYMENT of AIRBAG
6) utility pole @ 69mph + wires hanging over car
7) A miracle I'm alive
8) head injury, wrist, legs, tiny fractures all over body
9) 3 years later and feel impact

and rolling of automobile

10) PTSD severely need medical and emotional assist

This is why ask for exorbitant amount as GM employees not converse with me regarding accident

On cruise at time of accident and no time to brake as would have rolled down busy highway.

Thank God I did not kill anyone because of the defective steering motor.

Asking court to expedite this claim.

Thank you
Mary A Creamer

THE HUSH
www.xtabris.com
785-259-1460
thehush91@hotmail.com

Also contact when hearing for this claim. As soon as you schedule hearing