Juno e-mail printed Thu, 29 Apr 2010 17:51:58, page 1 of 1

exhibit #13-A

I lose my eyesight 30 minutes of doing business, need 3 hr for recovery

Your Honor: western Washington has lost its electric energy known by plaintiffs from our home to the west for nine miles & south for at least 50 miles. my printer, fax, typewriter etc. are all dead & we don't know how long it will be before we get our electricity back because of terrific snow & ice 8 inches deep is everywhere.

Dear Clinton,

We are proud to announce we have repaid our government loan – in full, with interest, five years ahead of the original schedule. We realize we still have more to do. Our goal is to exceed every expectation you've set for us. We're designing, building and selling the best cars and trucks in the world. Like the award-winning Chevy Malibu, the all-new Buick LaCrosse, the versatile Cadillac CTS Sport Wagon and the innovative GMC Terrain, just to name a few. We invite you to learn more about the new GM and join our community, by visiting gm.com.

Susan E. Docherty
Vice President, U.S. Marketing

the shipyards had dead vehicles standing without parts that Clinton need upon Clinton's ship to be done in army waiting for parts to be in army.

General Motors Company

Following is a long story happening from ship yards dead vehicles in world war #2

I learned to become a mechanic at a very young age as a farm boy. The FBI sent this information to the captain's quarters when Clinton joined the army infantry at the California training center. The FBI discovered this when looking for another party.

This is an e-mail advertisement.
If you prefer not to receive any unsolicited marketing e-mails regarding GM products and services, please click here.
To view our privacy statement, click here. We cannot reply to all responses to this e-mail
©2010 General Motors | 100 Renaissance Center | 482.A00 MAR | Detroit, MI 48265

©2010 General Motors
(100 Renaissance Center) 482 A 00 Mar | Detroit MI 48265

(similar reference)

I Clinton have several reference to my claims of weakness of the general motors weak vehicle frames & steering assemblies of which cost Margaret & Clinton Willis very bad physical damages that will last for the balance of their (our) lives.

Mr. Rick Wagoner, upon receipt of Clinton 1st claim of vehicle weaknesses, immediately went to the assembly lines in the factory and ordered stronger & heavier steel in the body frames and steering, plus increased welding. Several sales persons etc sent the notice as written in the above 1st paragr.

*[handwritten at top:]* exhibit # 8

*[handwritten across top:]* procedure following sequence diagnosing stability of plaintiffs Heart for surgery (if possible) and of it will surgery diagnosis and performance was applied.

# Consult Request

Printed On Dec 22, 2008

*[handwritten left margin:]* 8 pages leading to surgery

APPOINTMENT.

Diagnosis: bilateral inguinal hernias

Planned Procedure: laparaoscopic bilateral inguinal hernia repair

Requesting Provider: Hammill

Requested Appointment Date: Apr 21, 2005

Requested OEC Appointment Date: Apr 21, 2005

(Planned Surgery Date: Apr 25, 2005) *[handwritten arrow:]* ← date of surgery released from hospital on 4/28/05

Was the History and Physical Completed in Clinic? No

Was Informed Consent Completed in Clinic? No

Known Consult Needs (complete electronic consult scheduling will be done
with OEC): Medicine Consult

ASA Status: II  Mild Systemic Disease, no functional limitations

Additional Instructions: please make oec medicine and oec for April 21

Weight: 223.2 lb [101.5 kg]  (12/02/2004 14:26)
Height: 74.5 in [189.2 cm]  (08/05/2004 15:15)

*[handwritten:]* Plaintiffs heart never returned to normal and was determined to cure by surgery and followed april 30, 09 with a pace maker installation, this resulted in an infection and most of another week in the hospital taking sedatives to remove the incoming grout particles until May 1, 2009 and considered safe for plaintiff released from hospital on May 12, 2009. It was very difficult to mentally function properly on this case.

Patient Allergies: Patient has answered NKA

Any new allergies: None

ORDERS:    *[handwritten:]* sedatives

1. Medications:

Drug:Dose:
Route:
Schedule:
Additional Comments: *[handwritten:]* agency; Cornforth Campbell & combine of GMC - shoddy assembly on the 1999 Suburban had not easily collapsed. This may not have been put to the test if agency of Cornforth Campbell

Drug:Dose:
Route:
Schedule:
Additional Comments: *[handwritten:]* had performed the perfected condition of the Suburban, they lie about inclusive of their cheap mounting of their improper trailer brake

ACTIVATOR,

All of this should never have happened, if

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876

*[handwritten:]* P. 1 of 8

VISTA Electronic Medical Documentation

*[handwritten:]* As a result: Plaintiffs discovered the Suburban Frame (channel) was too

Printed at Seattle *[handwritten:]* Frail and the steering assembly was both inclusive of too weak of structure causing Plaintiffs both to take a beating when the front end collapsed

Page 20

# Consult Request  *exhibit #6*

Printed On Dec 22, 2008

Note# 9316146

Note: TIME ZONE is local if not indicated

------------------------------------------------

LOCAL TITLE: PRE-OP MEDICINE CONSULT REPORT TEMPLATE
STANDARD TITLE: INTERNAL MEDICINE CONSULT
DATE OF NOTE: APR 21, 2005@16:56         ENTRY DATE: APR 21, 2005@16:56:55
    AUTHOR: CORNIA, PAUL B
URGENCY:                                  EXP COSIGNER:
                                          STATUS: COMPLETED

PATIENT AGE: 80     GENDER: MALE          *actual*: 4/25/05
PLANNED PROCEDURE (& SIDE): laparoscopic BIH repair   *date released from*
PLANNED PROCEDURE DATE: 4/25/05           *April 25 - 05 - A surgery* *hospital*

------------------------- HISTORY -------------------------

1) Cardiac risk factors: age
2) Cardiac studies: none
3) Functional status: no prior cardiac history. he reports that he is quite physically active in his daily life - gardens, mows the lawn, repairs cars, manages an apt complex, etc. he has mild, stable dyspnea on exertion and denies chest pain, as well as orthopnea, pnd and leg swelling.

Problem list:(per dr bryson)
   1) Fiberglass exposure, dyspnea on exertion, no current pulmonary disease.
      11/04 pfts: mild airflow obstruction, fev1 2.9L
   2) Benign prostatic hypertrophy, elevated PSA, biopsy negative 1997.
   3) First degree AV block.
   4) Ascending aortic aneurysm, 5.3 cm, stable.
   5) Degenerative joint disease hips, right greater than left.
   6) s/p R hip replacement
   7) L hand injury from MVA - triquetral fx of uncertain age (8/3/04)

Current Medications:
   1) Ibuprofen 400mg i po TID prn

------------------- PHYSICAL EXAMINATION -------------------
HEIGHT: 74 in [188.0 cm] (04/21/2005 13:46)         WEIGHT: 229 lb
[104.1 kg] (04/21/2005 13:46)
TEMPERATURE: 97.6 F [36.4 C] (04/21/2005 13:46)
(04/21/2005 13:46)                                  PULSE: 70
BP: 141/57 (04/21/2005 13:46)

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation
TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON  98058-0903
519224876                                          Printed at Seattle

*(Page 2 of 8)*

Page 23

*all from July/04 collision prior to 2 lower inguinal 4/25/05 — surgery all because of trailer activator failure)*

# Consult Request

Printed On Dec 22, 2008

```
Significant Findings:   Unknown

Facility
  Activity              Date/Time/Zone       Responsible Person    Entered By
  ------------------------------------------------------------------------------
  CPRS RELEASED ORDER   03/29/05 07:11       HAMMILL,FRED          WILBER,EILEEN M
  PRINTED TO ORDERS 2E  03/29/05 07:11
  COMPLETE/UPDATE       03/16/08 17:46       TANG,CAITLYN N        TANG,CAITLYN N
Consult completed as requested by service.


Note: TIME ZONE is local if not indicated

Significant Findings: Unknown
------------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
==============================================================================
================================= END ========================================


Current Pat. Status:   Outpatient
Primary Eligibility:        NSC

Order Information
To Service:            OEC MEDICAL CLEARANCE
From Service:          SPC GEN SURG (50100)
Requesting Provider:   HAMMILL,FRED
Service is to be rendered on an OUTPATIENT basis
Place:                 Consultant's choice
Urgency:               Routine
Orderable Item:        OEC MEDICAL CLEARANCE
Consult:               Consult Request
Reason For Request:
Patient with 1st degree AV block needs pre-op medical eval prior to
laparoscopic BIH repair

Inter-facility Information
This is not an inter-facility consult request.

Status:                COMPLETE
Last Action:           COMPLETE/UPDATE

Facility
  Activity              Date/Time/Zone       Responsible Person    Entered By
  ------------------------------------------------------------------------------
  CPRS RELEASED ORDER   03/29/05 07:11       HAMMILL,FRED          WILBER,EILEEN M
  PRINTED TO ORDERS 2E  03/29/05 07:11
  COMPLETE/UPDATE       04/21/05 17:13       CORNIA,PAUL B         CORNIA,PAUL B
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

Printed at Seattle

*P. 3 of 8*

*[handwritten at top:] Dr lower inguinal surgery cancelled trailer activator failure by Comforts Campbell*

# Consult Request

Printed On Dec 22, 2008

```
GENERAL APPEARANCE AND MENTAL STATUS:
              NORMAL   NOT NORMAL   COMMENTS:
              ------   ----------   --------
CARDIAC       [xx]                  []rrr s1 s2 occ ectopy, no mgr
LUNGS         [xx]                  []cta no wrr
EXTREMITIES   [xx]                  []no edema
```

------------------------------ LABS & STUDIES ------------------------------

```
Hct: 42.7 %             (04/21/2005 14:23)
WBC: 8.8 K/uL           (04/21/2005 14:23)
Platelets: 251 K/uL     (04/21/2005 14:23)
PT: ____
PTT: ____
INR: ____
Na: 139 mEq/L           (04/21/2005 14:23)
Cl: 104 mEq/L           (04/21/2005 14:23)
BUN: 16 mg/dL           (04/21/2005 14:23)
Glucose: 96 mg/dL       (04/21/2005 14:23)
K: 4.2 mEq/L            (04/21/2005 14:23)
HCO3: ____
Cr: 0.8 mg/dL           (04/21/2005 14:23)
CO2: 26.0 mEq/L         (04/21/2005 14:23)
ECG: nsr, 1st degree avb, no q waves
```

------------------------------ ASSESSMENT/PLAN ------------------------------

Problem 1: Preoperative cardiac risk assessment
    Clinical predictors - minor (age)
    Type of surgery - low/intermediate risk
    Functional status - Good > 4 METs (self report)

Recommendations:
-According to AHA/ACC guidelines, this patient may proceed to surgery without further cardiac testing.
-Cardiac risk <1 % (Revised cardiac risk index - Lee et al).

Thank you for this consultation, please call with questions.

/es/ PAUL B CORNIA
Attending MD, GIMC
Signed: 04/21/2005 17:13

===================================== END =====================================

Current Pat. Status:    Outpatient

---

**PATIENT NAME AND ADDRESS** (Mechanical Imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON   98058-0903
519224876

*P-4 of 8*

**VISTA Electronic Medical Documentation**

Printed at Seattle

Page 24

*# 8*    *page*

# Surgical Information

Printed On Dec 22, 2008

```
Packing:  NONE

Blood Loss: 0 ml                          Urine Output: 0 ml

Postoperative Mood:              SEDATED
Postoperative Consciousness:     AWAKENING
Postoperative Skin Integrity:    INTACT


Sequential Compression Device: YES

Nursing Care Comments:
   see preop nursing assessment note on chart.pt verified id, npo, nkda
   operative procedure as bilateral inguinal hernia repair. pt to or bed per
   self w/ minimal assistance supine w/ pillow under head, bilateral arms
   padded and secured at sides by cook rn and tatum md. pillow under knees
   and lower legs, foam under ankles floating heels. 1gm cefazolin to
   anesthesia for preop infusion. pt hard of hearing, amplified and
   earphones used to facilitate communication. after induction, 16fr foley
   inserted w/o difficulty, balloon tested, clear yellow return to urimeter
   after balloon inflated. continues to flow clear yellow at 0830.
   ted and scd applied to bilateral legs.
   0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
   infiltrated by surgeons.
   implants:
   davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
   43GOD329 exp 2007-07.
   davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
   43HOD306 exp 2007-08.

/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02

04/28/2005 ADDENDUM                    STATUS: COMPLETED

The Anesthesia Technique(s) subfile was changed as follows:

   The following Anesthesia Technique was ADDED:
     Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25
-----------------------------------------------------------------------
                     Addendum to NURSE INTRAOPERATIVE REPORT
-----------------------------------------------------------------------
   LOCAL TITLE: Addendum
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| TULLIS, CLINTON<br>16300 184TH AVE SE<br>RENTON, WASHINGTON  98058-0903<br>519224876 | Printed at Seattle |

*page 5 of 8*

Page 67

#8 ~~pages~~

# Surgical Information

Printed On Dec 22, 2008

```
Valid Consent/ID Band Confirmed By: COOK,BARBARA M
Mark on Surgical Site Confirmed: YES
  Marked Site Comments: NO COMMENTS ENTERED

Preoperative Imaging Confirmed:  YES
  Imaging Confirmed Comments: NO COMMENTS ENTERED

Time Out Verification Completed: YES
  Time Out Verified Comments:
    cook rn, price md, tatum md @ 0744.

Skin Prep By: COOK,BARBARA M            Skin Prep Agent: IODINE & ALCOHOL
Preop Shave By: DROESCH,JOHN

Surgery Position(s):
  SUPINE
                                         Placed: N/A

Restraints and Position Aids:
  SAFETY STRAP
                                         Applied By: N/A

Electrocautery Unit:         11
ESU Coagulation Range:       0-25
ESU Cutting Range:           0-25
Electroground Position(s): RIGHT POST THIGH

Tubes and Drains:
  none

Irrigation Solution(s):
  LACTATED RINGERS

Sponge Count Correct:        YES
Sharps Count Correct:        YES
Instrument Count Correct:    NOT APPLICABLE
Counter:                     BALDWIN,GAYLE S
Counts Verified By:          COOK,BARBARA M

Dressing: Dermabond
Packing:  NONE

Blood Loss: 0 ml                         Urine Output: 0 ml

Postoperative Mood:          SEDATED
Postoperative Consciousness: AWAKENING
Postoperative Skin Integrity: INTACT
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| TULLIS, CLINTON<br>16300 184TH AVE SE<br>RENTON, WASHINGTON  98058-0903<br>519224876 | Printed at Seattle |

*page 6 of 8*

Page 69

# Surgical Information

*preparation for Right & left lower inguinal surgery*

Printed On Dec 22, 2008

```
Sequential Compression Device: YES

Nursing Care Comments:
  see preop nursing assessment note on chart.pt verified id, npo, nkda
  operative procedure as bilateral inguinal hernia repair. pt to or bed per
  self w/ minimal assistance supine w/ pillow under head, bilateral arms
  padded and secured at sides by cook rn and tatum md. pillow under knees
  and lower legs, foam under ankles floating heels. 1gm cefazolin to
  anesthesia for preop infusion. pt hard of hearing, amplified and
  earphones used to facilitate communication. after induction, 16fr foley
  inserted w/o difficulty, balloon tested, clear yellow return to urimeter
  after balloon inflated. continues to flow clear yellow at 0830.
  ted and scd applied to bilateral legs.
  0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
  infiltrated by surgeons.
  implants:
  davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
  43GOD329 exp 2007-07.
  davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
  43HOD306 exp 2007-08.

/es/ BARBARA M COOK
rn
Signed: 04/25/2005 10:02

04/25/2005 ADDENDUM                          STATUS: COMPLETED

The Nursing Care Comments field was changed
  >> from original Nursing Care Comments text:
  see preop nursing assessment note on chart.pt verified id, npo, nkda
  operative procedure as bilateral inguinal hernia repair. pt to or bed per
  self w/ minimal assistance supine w/ pillow under head, bilateral arms
  padded and secured at sides by cook rn and tatum md. pillow under knees
  and lower legs, foam under ankles floating heels. 1gm cefazolin to
  anesthesia for preop infusion. pt hard of hearing, amplified and
  earphones used to facilitate communication. after induction, 16fr foley
  inserted w/o difficulty, balloon tested, clear yellow return to urimeter
  after balloon inflated. continues to flow clear yellow at 0830.
  ted and scd applied to bilateral legs.
  0.25% bupivicaine w/ 1:200,000 epinephrine to sterile field, 8cc
  infiltrated by surgeons.
  implants:
  davol, bard 3DMax mesh right medium 8.5cmx 13.7cm ref#0115320 lot#
  43GOD329 exp 2007-07.
  davol, bard 3DMax mesh left medium 8.5cm x 13.7cm ref#0115310 lot#
  43HOD306 exp 2007-08.
  >> to updated Nursing Care Comments text:
  see preop nursing assessment note on chart.pt verified id, npo, nkda
```

**PATIENT NAME AND ADDRESS** (Mechanical imprinting, if available)

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WASHINGTON    98058-0903
519224876

**VISTA Electronic Medical Documentation**

Printed at Seattle


P. 7 of 8

Page 70

# Surgical Information

Printed On Dec 22, 2008

```
STANDARD TITLE: ADDENDUM
DATE OF NOTE: APR 28, 2005@08:25:39    ENTRY DATE: APR 28, 2005@08:25:39
    AUTHOR: HENDERSON,JOYCE S        EXP COSIGNER:
   URGENCY:                              STATUS: COMPLETED
   SUBJECT: Case #: 88659


The Anesthesia Technique(s) subfile was changed as follows:

  The following Anesthesia Technique was ADDED:
    Anesthesia Technique: GENERAL

/es/ JOYCE S HENDERSON
SUPERVISORY PROGRAM ASSISTANT
Signed: 04/28/2005 08:25

==============================================================================

--- Original Document ---

04/25/05 NURSE INTRAOPERATIVE REPORT:
Operating Room:  OR 3                  Surgical Priority: ELECTIVE

Patient in Hold: APR 25, 2005  06:56   Patient in OR:  APR 25, 2005  07:35
Operation Begin: APR 25, 2005  08:12   Operation End:  APR 25, 2005  09:55
                                       Patient Out OR: APR 25, 2005  10:00

Major Operations Performed:
Primary: LAPAROSCOPIC BIH REPAIR

Wound Classification: CLEAN
Operation Disposition: PACU (RECOVERY ROOM)
Discharged Via: STRETCHER

Surgeon: DROESCH,JOHN                  First Assist: MORLOCK,ASHLEY
Attend Surg: TATUM,ROGER P             Second Assist: N/A
Anesthetist: PRICE,CHRISTINE H         Assistant Anesth: N/A

OR Support Personnel:
  Scrubbed                             Circulating
    BALDWIN,GAYLE S ()                   COOK,BARBARA M ()
                                         MCISAAC,MARY K ()

Other Persons in OR:
   wedlock, lois (autosuture)

Preop Mood:         ALERT              Preop Consc:    ALERT-ORIENTED
Preop Skin Integ: INTACT               Preop Converse: N/A
```

*Handwritten annotation:* Surgery performed p laintiff was released from hospital on 4/28/05

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| TULLIS, CLINTON<br>16300 184TH AVE SE<br>RENTON, WASHINGTON  98058-0903<br>519224876 | Printed at Seattle |

Page 68