# EXHIBIT E



### SUPREME COURT
OF THE UNITED STATES

No. 08A803
Title:        Erma Jeanine Buckley, Applicant
              v.
              General Motors Corporation

Docketed:
Lower Ct:     United States Court of Appeals for the Second Circuit
 Case Nos.:   (07-4465)

~~~Date~~~  ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~

Mar 8 2009   Application (08A803) to extend the time to file a petition for a writ of certiorari from March 10, 2009 to May 9, 2009, submitted to Justice Ginsburg.

Mar 17 2009  Application (08A803) denied by Justice Ginsburg.

---

~~Name~~~~~~~~~~~~~~~~~~~~    ~~~~~~~Address~~~~~~~~~~~~~~~~~~~    ~~Phone~~
**Attorneys for Petitioner:**

Erma Jeanine Buckley          175 West 90th Street                  (212) 874-2605

                              New York, NY  10024

Party name: Erma Jeanine Buckley