# EXHIBIT A

Jeanine Buckley
175 West 90th Street (5-C)　　　　Phone 212 874-2605
New York, New York 10024-1238

November 11, 2011

Chapter 11 case No:
09-50026 (REG)
Jointly Administered
Motors Liquidation, co., et al

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York 10004

Re: Claim No. 66268

Dear Judge Gerber:

See attached letter from GM attorneys adjourning the objection filed by the Motors Liquidation Company GUC Trust informing me that a hearing on the objection will be rescheduled for a later date. I would appreciate the opportunity to observe the hearing. I was told that I am not allowed as a pro se. Should I be given the opportunity to observe on my behalf? If possible please re consider the request.

Sincerely
Jeanine Buckley

cc: Shaya M. Berger, Dickstein Shapiro LLP