# EXHIBIT C

**MANDATE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 09 2009

S.D.N.Y. - N.Y.C.
98-cv-4366
Jones, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of September, two thousand eight,

Present:

    Hon. Guido Calabresi,
    Hon. Barrington D. Parker,
    Hon. Peter W. Hall,
        *Circuit Judges.*

---

Erma Jeanine Buckley,

    *Plaintiff-Appellant,*

v.                          07-4465-cv

General Motors Corporation,

    *Defendant-Appellee.*

---

Appellant, *pro se*, moves for appointment of counsel, permission to file an oversized brief, and for an extension of time to file a brief. Appellee moves to dismiss the appeal for failure to file a brief. Upon due consideration, it is hereby ORDERED that Appellant's motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in fact or law. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). It is further ORDERED that the Appellee's motion is DENIED as moot.

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk

                      By: _____

SAO-MGM

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

ISSUED AS MANDATE: 1/8/09