# EXHIBIT D

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of December, two thousand and eight,

Erma Jeanine Buckley,

   Plaintiff-Appellant,

v.

                                                          ORDER
                                               Docket Number: 07-4465-cv

General Motors Corporation,

   Defendant-Appellee.

Erma Jeanine Buckley having filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*, and the panel that determined the appeal having considered the request for panel rehearing, and the active members of the Court having considered the request for rehearing *en banc*,

    IT IS HEREBY ORDERED that the petition is denied.

                                                       For the Court:
                                                       Catherine O'Hagan Wolfe, Clerk

                                                       By: _____
                                                      Frank Perez, Deputy Clerk

*[Stamp: UNITED STATES COURT OF APPEALS FILED DEC 10 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*