# EXHIBIT E



**SUPREME COURT**
OF THE UNITED STATES

No. 08A803
Title:
    Erma Jeanine Buckley, Applicant
    v.
    General Motors Corporation

Docketed:
Lower Ct:    United States Court of Appeals for the Second Circuit
 Case Nos.:    (07-4465)

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~

Mar 8 2009    Application (08A803) to extend the time to file a petition for a writ of certiorari from March 10, 2009 to May 9, 2009, submitted to Justice Ginsburg.

Mar 17 2009    Application (08A803) denied by Justice Ginsburg.

| ~~Name~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Erma Jeanine Buckley | 175 West 90th Street | (212) 874-2605 |
| | New York, NY  10024 | |
| Party name: Erma Jeanine Buckley | | |