# EXHIBIT A

**1997-1998: Federal Court filing against General Motors.**

## The following Lawsuits filed at United States District of Michigan.
## Appendix and Contents of Lawsuits Folders as:

E0)    **Appendix of Contents,**

E1)    Folder# **(1)**, of Lawsuit No. 97-70227, against General Motors,
Nature of Suit is : an EEOC, and Civil Rights Discrimination Complaint of Employment for, National Origin, and ADA, Disability.

E1-S)  Folder # **(1A)** Provided as **Supplement of Exhibits** regarding Lawsuit No. 97-70227.

E6)    Folder # **(6)**, of Lawsuit No. 97-71307, against General Motors,
Nature of Suit is : Unfair Labor Practice, Conspiracy to do harm, and motion for other relief.

E6-S)  Folder # **(6A)** Provided as **Supplement of Exhibits** regarding Lawsuit No. 97-71307.

E7)    Folder # **(7)**, of Lawsuit No. 97-71308, against General Motors,
Nature of Suit is : Intentional Swindling of Intellectual Property, and motion for other relief.

E8)    Folder # **(8)**, of Lawsuit No. 97-71310, against General Motors,
Nature of Suit is : Intentional and / or Negligence Health Endanger and motion for other relief.

E8-S)  Folder # **(8A)** Provided as **Supplement of Exhibits** regarding Lawsuit No.97-71310.

E9)    Folder # **(9)**, of Lawsuit No. 97-71311, against General Motors,
Nature of Suit is : Request for Restraining Order and injunction, and motion for other relief.

**1999-2000: Federal Court filling regarding General Motors.**

The following Lawsuits filed at United States District of Michigan against:

a) General Motors Corporation

### Appendix and Contains of Lawsuits Folders as:

1) **Lawsuit No. 99-74219, against General Motors.**
   Nature of Suit is: Fed-No. 442, EEOC, and Civil Rights Discrimination Complaint of Employment for, **National Origin, and ADA, Disability, and RETALIATION.**
   Filed at Federal Court on August 26, 1999.

2) **Lawsuit No. 99-74400, against General Motors.**
   Nature of Suit is: Fed.-No. 380, Tort: Other Personal Property Damage. For, **Intentional Tort, Swindling of Intellectual Property, Blackmail, Conspiracy, and motion for other relief.**
   Filed at Federal Court on September 09, 1999.

3) **Lawsuit No. 99-74804, against General Motors.**
   Nature of Suit is: Fed-No. 360, Tort: Other Personal Injury.
   Filed at Federal Court on September 30, 1999.

   I) Intentional Tort, and Blackmail.

   II) Harassment, Stalking, Psychological War of Nerves, Invasion of Privacy, Continues life Threaten Attempts.

   III) Conspiracy, and Concealment of Dangerous Working Conditions, Health, Endanger.

   IV) Cover-up of Falsify Records and Conspiracy of Upper Management with the Intent to Due Harm.

   V) Economical Sabotage, Name & Credit Ruin.

   VI) Intentional Infliction of Emotional Distress. VII) Punitive Damages.

   VIII) Request for Injunction and Motion for Restraining Order, and Other Relief.