# EXHIBIT C

| Home | PACER | Opinions | | Help |

# General Docket
## US Court of Appeals for the Sixth Circuit

Court of Appeals Docket #: 00-2161                    Filed: 10/6/00
Suit: 3442   Civil Rights: Jobs
Marangos v. GMC
Appeal from: Eastern District of Michigan at Detroit

----

Case type information:
   1) Civil
   2) Private
   3) Federal question
----
Lower court information:

   District: 0645-2: 99-74219
   Trial Judge: John Corbett O'Meara
   Date Filed: 8/26/00
   Date order/judgment: 9/1/00
   Date NOA filed: 9/22/00
----
Fee status: paid

----
Prior cases:
   None
Current cases:
   None

Docket as of March 21, 2002 9:11 pm                    Page 1

00-2161  Marangos v. GMC

| | |
|---|---|
| DIMITRIOS S. MARANGOS<br>    Plaintiff - Appellant | Richard A. Meier<br>FTS 932-3521<br>248-932-3500<br>[COR LD NTC ret]<br>30300 Northwestern Highway<br>Suite 320<br>Farmington Hills, MI 48334 |
| v. | |
| GENERAL MOTORS CORPORATION<br>    Defendant - Appellee | David M. Davis<br>FTS 645-2602<br>248-645-0800<br>[COR ret]<br>Lisa A. Miller<br>248-645-0800<br>[COR LD NTC ret]<br>Hardy, Lewis & Page<br>401 S. Woodward Avenue<br>Suite 400<br>Birmingham, MI 48009-6613 |

Docket as of March 21, 2002 9:11 pm                    Page 2

00-2161   Marangos v. GMC

DIMITRIOS S. MARANGOS

        Plaintiff - Appellant

v.

GENERAL MOTORS CORPORATION

        Defendant - Appellee

Docket as of March 21, 2002 9:11 pm        Page 3

00-2161   Marangos v. GMC

| Date | Entry |
|---|---|
| 10/6/00 | Civil Case Docketed. Notice filed by Appellant Dimitrios S. Marangos. Transcript needed: n ☐ (jts) |
| 10/6/00 | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 11/15/00 ; Appellee brief due 12/15/00 ; appendix due 1/5/01 ; final appellant brief due 1/26/01 . [00-2161] final Appellee brief due 1/26/01 ; . (jts) |
| 10/12/00 | Briefing Letter Sent by CONFERENCE ATTORNEY'S OFFICE resetting briefing schedule: appellant brief now due 11/29/00 ; Appellee brief now due 1/8/01 ; reply due 1/22/01; appendix now due 1/29/01 ; appellant final brief now due 2/19/01 ; Appellee final brief now due 2/19/01 [00-2161] . (trm) |
| 10/16/00 | APPEARANCE filed by Attorney Lisa A. Miller for Appellee GMC   [00-2161] (jts) |
| 10/16/00 | APPEARANCE filed by Attorney David M. Davis for Appellee GMC   [00-2161] (jts) |
| 10/19/00 | APPEARANCE filed by Attorney Richard A. Meier for Appellant Marangos   [00-2161] (stb) |
| 10/19/00 | PRE-ARGUMENT STATEMENT filed by Richard A. Meier for appellant. [00-2161] (stb) |
| 10/20/00 | NOTIFICATION letter from the district court. The check for the filing fee was returned for insufficient funds. Dated: 10/18/00 [00-2161] (stb) |
| 11/20/00 | Briefing Letter Sent by CONFERENCE ATTORNEY'S OFFICE resetting briefing schedule: appellant brief now due 12/13/00 ; Appellee brief now due 1/12/01 ; reply brief now due 1/26/01; appendix now due 2/2/01 ; all final briefs now due 2/23/01. [00-2161] . (wjr) |
| 11/29/00 | Pre-Argument Conference work complete. (lmn) |
| 12/15/00 | PROOF BRIEF filed by Richard A. Meier for Appellant Dimitrios S. Marangos. Certificate of service date 12/13/00 Number of Pages: 10. [00-2161] ☐ (rgf) |
| 12/15/00 | Request to require oral argument filed by Richard A. Meier for Appellant Dimitrios S. Marangos [00-2161] (rgf) |
| 1/9/01 | Briefing Letter Sent by CONFERENCE ATTORNEY'S OFFICE resetting briefing schedule: Appellee brief now due 1/22/01 ; reply due 2/5/01; joint appendix due 2/12/01; all finals due 3/5/01. [00-2161] (trm) |
| 1/10/01 | Attorney LETTER filed requesting record be ordered for appendix preparer's use (BG). Letter from Richard A. Meier. Certificate of service date 1/2/01   [00-2161] (jc) |

Docket as of March 21, 2002 9:11 pm                Page 4

00-2161  Marangos v. GMC

| Date | Entry |
|---|---|
| 1/10/01 | Record requested from district court. (jc) |
| 1/16/01 | CERTIFIED RECORD filed. Volumes include 1 Pl. [00-2161] (jc) |
| 1/22/01 | PROOF BRIEF filed by Lisa A. Miller for Appellee GMC. Certificate of service date 1/19/01 . Number of Pages: 15. [00-2161] ☐ (rgf) |
| 1/22/01 | Request to waive oral argument and submit case on the briefs, (waiver on page: vi), filed by Lisa A. Miller for Appellee GMC [00-2161] (rgf) |
| 1/24/01 | BRIEFING LETTER SENT requesting brief corrections from Lisa A. Miller because page limitation. Corrections due: 1/31/01 . (rgf) |
| 1/26/01 | Corrected Appellee proof brief filed by Lisa A. Miller. Copies: 01. Certificate of Service date 1/25/01 [00-2161] REPLACES PROOF BRIEF FILED 01/22/01 (rgf) |
| 1/26/01 | Request to waive oral argument and submit case on the briefs, (waiver on page: vi), filed by Lisa A. Miller for Appellee GMC [00-2161] (rgf) |
| 2/12/01 | APPENDIX filed by Richard A. Meier for Appellant Dimitrios S. Marangos. Copies: 05. Certificate of service date 2/12/01 [00-2161] (rgf) |
| 2/27/01 | BRIEFING LETTER SENT requesting brief corrections from Lisa A. Miller because designation. . (rgf) |
| 2/27/01 | FINAL BRIEF filed by Lisa A. Miller for Appellee GMC. Copies: 07. Certificate of service date 2/26/01 . Number of Pages: 17. [00-2161] (rgf) |
| 2/27/01 | Request to waive oral argument and submit case on the briefs, (waiver on page: vi), filed by Lisa A. Miller for Appellee GMC [00-2161] (rgf) |
| 3/21/01 | Appellant MOTION filed to extend time to file brief . Motion filed by Richard A. Meier for Appellant Dimitrios S. Marangos. Certificate of service date 3/21/01 [00-2161] (jts) |
| 3/21/01 | LETTER SENT by csmgr resetting briefing schedule: [00-2161] granting motion to extend briefing [2325929-1] filed by Richard A. Meier [00-2161] appellant final brief now due 4/4/01 ; (jts) |
| 3/29/01 | FINAL BRIEF filed by Richard A. Meier for Appellant Dimitrios S. Marangos. Copies: 07. Certificate of service date 3/29/01 Number of Pages: 10. [00-2161] (rgf) |

Docket as of March 21, 2002 9:11 pm                Page 5

```
00-2161   Marangos v. GMC

3/29/01        Request to require oral argument filed by Richard A. Meier
               for Appellant Dimitrios S. Marangos [00-2161] (rgf)

7/19/01        LETTER SENT by csmgr to waive oral argument and submit
               case on the briefs [00-2161] Response due 7/26/01 .  . (jts)

7/26/01        Request to require oral argument filed by Richard A. Meier
               for Appellant Dimitrios S. Marangos [00-2161] (me)

10/18/01       Telephone oral argument date set for November 14, 2001 via
               telephone. Notice of argument sent to counsel.  [00-2161]
               (rld)

11/14/01       CAUSE ARGUED on 11/14/01, (via telephone), by Richard A.
               Meier for Appellant Dimitrios S. Marangos, David M. Davis
               for Appellee GMC before Judges Keith, Cole, Marbley.
               [00-2161] (lkm)

3/20/02        OPINION filed  :  AFFIRMED the district court's denial of
               appointment of counsel. [00-2161], decision not for
               publication pursuant to local rule 28(g) [00-2161]  . Damon
               J. Keith, Circuit Judge, R. G. Cole, Authoring, Circuit
               Judge, Algenon L. Marbley, District Judge (S/OH). (jts)

Docket as of March 21, 2002 9:11 pm                    Page 6
```

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/22/2002 09:01:10 | | |
| PACER Login: | dm0392 | Client Code: |
| Description: | dkt report | Case Number: | 00-2161 |
| Billable Pages: | 6 | Cost: | 0.42 |