# EXHIBIT D

# EXHIBIT D



DIMITRIOS S MARANGOS  
41604 HUNTINGTON DR.  
BLDG. C23  
STERLING HGTS, MI 48313-3125

GM Benefits & Services Center  
gmbenefits.com  
1-800-489-4646  
International Access  
Dial AT&T Direct® Service Access Code, then  
877-833-9900  
TTY Service for Hearing or Speech Impaired  
1-877-343-5225

July 28, 2009

RE:                     Benefit Modeling Statement  
Confirmation Number:    0920910051486  
Plan Name:              Hourly-Rate Employees Pension Plan "the Plan"

Dear DIMITRIOS S MARANGOS:

As you requested, we have estimated your benefits payable from the Plan. This statement is based on certain assumptions and information we have in our records. Efforts have been made to be accurate, however, circumstances including, but not limited to, changes in information, assumptions, data or Plan terms may impact the benefit for which you may be eligible.

**Initiating Your Benefits**
If you are eligible and would like to initiate your benefit payment(s) within the next 90 days, you may do so by calling the GM Benefits & Services Center toll-free at 1-800-489-4646, Monday through Friday, between 7:30 A.M. and 6:00 P.M. Eastern Time zone, to speak with a Customer Service Associate. Please use the checklist provided at the back of this package to assist you in preparation for this call.

**Changing Your Personal Information**
Contact the GM Benefits & Services Center any time that your personal information changes (e.g., address change, name change, etc.). This will help you get all future correspondence from us in a timely manner.

**Additional Information**
This statement contains important information, so please review it carefully. Your Summary Plan Description, found online at gmbenefits.com, can provide further details about your benefit plans. If you have questions, please call the GM Benefits & Services Center toll-free at 1-800-489-4646, Monday through Friday, between 7:30 A.M. and 6:00 P.M. Eastern Time zone, to speak with a Customer Service Associate. From outside the U.S., dial your country's toll-free AT&T Direct access number then enter 877-833-9900. In the U.S., call 1-800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world, access numbers are available online at www.att.com/traveler or from your local operator. You may also access benefit information online at gmbenefits.com.

Social Security benefits may supplement your retirement income. For more information about Social Security benefits, contact the Social Security Administration at 1-800-772-1213 or online at www.ssa.gov.

If eligible, you also may receive information about your Health Care and Life Insurance plans in a separate mailing.
**Please Keep This Statement with Your Records for Future Reference**

RECEIVED  
AUG 2 1 2009  
BY: D. MARANGOS

Page 1

## YOUR BENEFIT ESTIMATE FROM THE PLAN

This benefit estimate is based on the information shown in the Assumptions section below. The benefits presented are only an estimate. Your actual benefit will be determined at the time you elect to commence benefits under the Plan.

**Assumptions**

| | |
|---|---|
| Termination Date | 03/09/1998 |
| Benefit Commencement Date | 08/01/2009 |
| Surviving Spouse Coverage | No |
| Contingent Annuitant Coverage | Yes |
| Beneficiary Relationship | Non-Spouse |
| Beneficiary Spouse Birth Date | 06/12/1953 |
| Equivalent Monthly Pay | $3,735.60 |
| Benefit Class Code | D |
| GM Credited Service | 20.2 years |
| Retirement Type | VEST COMM SERV LOST 10-76 & LATR |

## Single Life Annuity

**Reduction Factors:**

    Age Reduction Factor      52.5%

**To Participant:**

| | |
|---|---:|
| Unreduced Basic Benefit | $772.65 |
| Less Age Reduction Amount | $405.64 |
| **Subtotal** | **$367.01** |
| **Total to Participant** | **$367.01** |

State Tax    −($16.00)

Monthly Amount ⟩ $351.01