# EXHIBIT F

# REDEMPTION ORDER
Michigan Department of Consumer & Industry Services
Bureau of Workers' Disability Compensation/Board of Magistrates
P.O. Box 30016, Lansing, MI 48909

(PERSONAL SERVICE)  ~~(MAILED)~~

12th DAY OF Jan 19 99

Richard S. Zettel

MAGISTRATE (PLEASE PRINT)

THIS FORM MUST BE TYPED

| PLAINTIFF NAME | SOCIAL SECURITY NUMBER | ADDRESS |
|---|---|---|
| Dimitrios S. Marangos | 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 | 33668 Shelby Lynn, P. O. Box 1086 Sterling Heights, MI 48312 |
| EMPLOYER | | CARRIER |
| GMC, CPC, CLD Headquarters | | A Self-Insured |

IF MORE THAN ONE EMPLOYER/CARRIER, ALSO COMPLETE AND ATTACH MULTIPLE CARRIER REDEMPTION FORM (BWC-113A).

The agreement to redeem the employer's entire workers' compensation liability for injuries sustained by the plaintiff on the following date(s) __10-22-93 LDW/OD_____ by a single payment having been considered by a member of the Board of Magistrates and it appearing that said agreement should be (APPROVED) ☐ ~~DENIED~~.

THEREFORE, IT IS ORDERED that said agreement to redeem the employer's entire liability for workers' disability compensation benefits by the payment of $ __135,000.00_____ is (APPROVED) ☐ ~~DENIED~~.

$_____ cost of annuity, if applicable.

IT IS FURTHER ORDERED that said sum be paid as follows:

$ __14,750.xx__ directly to __David Cutner (Federal I.D.# 38-2327410)_____ attorney(s) for plaintiff for attorney fees of $ __14,750.xx_____ and expenses in connection therewith of $ __-0-__

$ __-0-__ directly to _____ for medical expenses.

$ __36,045.xx__ directly to __Vassiliki N. Marangos & Felix Infant, her attorney__ for items other than medical expenses. __pursuant to a Judgement of Divorce, D#7/8/98__

$ __$100.00__ statutory redemption fee on behalf of plaintiff directly to State of Michigan*. Payable directly by plaintiff if this order is denied.

$ __84,105.xx__ directly to the plaintiff, being the balance; __*See Attached Allocation.__

IT IS FURTHER ORDERED that defendant remit defendant's statutory redemption fee of $100.00 directly to State of Michigan*.

IT IS FURTHER ORDERED that defendant shall also complete the payment of weekly compensation of $ __-0-__ per week through _____ 19 ____.

Signed this __12th__ day of __Jan__ 19 __99__ County of __Macomb__

MAGISTRATE

If a request by any of the parties for review by the director, or notice of review by the director on his own motion, is not filed within 15 days from personal service or, if mailed, the mailing date of this order, it shall stand as the final decision of the Bureau of Workers' Disability Compensation. *Redemption fees are payable immediately following the review period. Denial of this agreement does not discharge the liability for redemption fees. Send one copy of this order with your payment. Checks are to be made payable to the State of Michigan and mailed to the Department of Consumer & Industry Services, BWDC Redemption Fees, P.O. Box 30646, Lansing, Michigan 48909.

AUTHORITY:   WORKERS' DISABILITY COMPENSATION ACT, 418.835; 418.836; 418.837
COMPLETION:  VOLUNTARY
PENALTY:     NONE

BWC-113 (Rev. 3/98) Formerly MDL-1-113

1-313-961-4786    CONKLIN BENHAM P.C.                                012 P07    JAN 13 '99  13:41

## EDB WAIVER

I, **Dimitrios S. Marangos**, agree to waive any EDB benefits I might be entitled to receive as additional consideration for settlement of my workers' compensation case for $135,000.00.

_____
Dimitrios S. Marangos
SSN: 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

_____
Witness

Dated: January 12, 1999

Date January 12, 1999

I hereby voluntarily quit my employment with General Motors Corporation.

I understand that my eligibility for, or entitlement to, benefits or privileges under any of the employe benefit programs of General Motors applicable to me will be the same as those of any other employe who voluntarily quits employment with the Corporation.

Dimitrios S. Marangos
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

Witness: _____