# EXHIBIT A

November 10, 2011

Honorable Robert E. Gerber
United States Bankruptcy Judge
Room 621 United States Bankruptcy Court
One Bowling Green
New York, NY 10004

RE:    Alberta    Bruster- Claim #700400

Dear Judge Gerber:

I object to the ruling disallowing my claim. I was not aware that GM was in bankruptcy until after I had received a recall letter for a defect in the electrical power steering. I received this correspondence in April 2010. I had an accident on May 22, 2009 in which my daughter was injured because of a defective power steering totaling my vehicle. As requested, I returned the completed reimbursement form to General Motors informing them that I would like to be compensated because the accident that my daughter had had happened prior to me receiving the recall letter. After I called them, two weeks later, they still didn't have an answer regarding the defective power steering. I did not receive a response from them for several months.

They were slow in their response to me, and each time that I called, I was repeatedly told that they were working on the matter. Two months later, I received a call from GM informing me that they could not reimburse me because they were in bankruptcy, and I would have to submit a proof of claim which was accessible via the internet. As requested, I completed a proof of claim and submitted to Motors Liquidation. I was told that the claim would be late, but to send it anyway.

I think my claim should be accepted, and I should receive payment because the Company should be solely responsible for its mistakes. They should have responded to me sooner than they did because they knew when I initially contacted them about my daughter's accident that they were in bankruptcy. GM had me waiting on a response, and was very much aware of their current financial situation. However, I did file a proof of claim immediately after retrieving it from the website.

Sincerely,

Alberta    Bruster

*Alberta Bruster* (signature)

November 4, 2011

Alberta Bruster
P.O. Box 122
Vidalia, LA 71373

RE: Claim #70400/ Justification for Disallowed Claim

Dear Sir or Madam:

This correspondence is to dispute the disallowed claim regarding the 2005 Cobalt. On April 9, 2010, I received your letter informing debtors of the recall of the vehicle. Prior to receiving the letter, my daughter had had an accident and was hospitalized on May 22, 2009 as a result of the power steering going out in the Cobalt.

The cost of the repairs would have been $4,498.18; however, the insurance company totaled the car at a cost in the amount of $6,709.13, which was used to purchase another vehicle. Because of the power steering default, other damages occurred to the vehicle when it was wrecked; therefore, the charges totaled $6,709.13.

I was unaware of the reported defects of the vehicle at the time; therefore, I believe that I should be compensated for the total amount of $6,709, in addition to the $1,500 personal cash that I had to add to purchase another car. Additionally, there were charges for hospital bills caused by the faulty power steering, totaling $2,450, which I believe I should be compensated for. We were without a vehicle for two (2) months or more.

I am requesting total compensation in the amount of $11,000.00 to settle my claim. I believe that the problem should have been identified and resolved prior to 2010.

Sincerely,

Alberta Bruster

*Alberta Bruster*