# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:  MOTORS LIQUIDATION COMPANY, et al.,
F/K/a GENERAL MOTORS CORP., et al.:
DEBTORS

Case No. 09-50026 (REG)

Chapter 11

-------------------------------------------------------------x

## ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM/FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application(s) for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application(s)") for professional services rendered and expenses incurred during the period commencing 4-21, 2009 through 11-1-, 2011; and a hearing having been held before this Court to consider the Application(s) on 11-22-, 2011; and due notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Application(s) is/are granted to the extent set forth in Schedule A.

Dated: New York, New York
_____

_____
United States Bankruptcy Judge