# EXHIBIT E

01/02/2006  05:36   773-929-6477   NEWTON+KERR ASSOC   PAGE  01/01

November 6, 2011

Re: Monty R. & Lisa K. Henderson

Claim # 70303

To whom it may concern,

I am writing this letter to inform the courts on our behalf that we are objecting to the omnibus claims that the claim filed #70303 on exhibit A was filed late.

This claim was filed before the deadline dates. The claim was originally filed in 2008; I have been trying to resolve this issue since this date. I have called, sent letters, photos, receipts each time requested. We have even sent information via e-mail to representatives.

We we're giving claim #674770 in 08/2009. This number was put on the last bar date proof of claim sent to the bankruptcy court sent in 2010 as proof that claim was filed early and that was the number giving originally. When this proof of claim was sent to us by motors liquidation I sent it right back in a timely matter. Not late.

Thank you,

*Monty R. & Lisa K. Henderson*

Monty R. & Lisa k. Henderson