# EXHIBIT F

9-28-2011

Dear Honorable Robert E. Gerber.

My name is Anastazia Stelmach. I am writing to you on behalf of my deceased father, Michael Stelmach. He passed away in April 2008. I was preoccupied with alot of legal matters, I set the papers aside and forgot about them. Also I could not understand why the courts send my father bankruptcy papers. When the second papers came, I called the Motors Liquidation Co., and was advised to go on the internet and print, fill out, sign, and mail it in even though it was passed due date. I am asking you your Honor if there is anything you can do to help me with this matter. Thank You for your kind consideration.

RECEIVED
OCT - 3 2011
U.S. BANKRUPTCY COURT, SDNY
REG

Respectfully Yours
Anastazia Stelmach
5324 Bingham
Dearborn, Mi., 48126

Home 313 581-3662
Work 313 383-8773
Cell  313 706-2342