# EXHIBIT G

CLAIM # 71193        NOVEMBER 30, 2011

TO WHOM IT MAY CONCERN,

THIS LETTER WAS SENT TO DICKSTEIN SHAPIRO LLP VIA FEDERAL EXPRESS ON OCTOBER 19, 2011. IT ARRIVED OCTOBER 20, 2011 @ 2:37 PM. COURT DATE SCHEDULED OCTOBER 21, 2011.

THE LAWYER SAID HE HAD TO "ASK PERMISSION" ABOUT SENDING THIS LETTER TO COURT BECAUSE HE IS NOT MY LAWYER. HE SAID HE'D SEND IT BACK TO ME TO SEND TO THE COURT.

THIS CAUSED ME TO INQUIRE AS TO THE DISPOSITION OF THE ORIGINAL CLAIM #71193. HE STATED THAT THE CLAIM WAS SENT TO COURT.

THANK YOU IN ADVANCE FOR ALL THE COURTS ASSISTANCE IN THIS MATTER.

GOD BLESS, CHERYL L. TRUXALL

[Stamp: RECEIVED DEC 5 - BANKRUPTCY COURT SO. DIST. OF NEW YORK]

# DICKSTEINSHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

November 22, 2011

**FEDERAL EXPRESS**
Cheryl L. Truxall
1250 Alton Dr. SW
Sherrodsville, OH 44675

Re: <u>Motors Liquidation Company, et al.</u> - Case No. 09-50026-reg

Dear Cheryl:

As discussed, please find enclosed your original letter that you sent in response to the 245th Omnibus Objection that was filed in the above-referenced matter. If you would like the Court to consider your letter when deciding the Objection, please send the letter to the Clerk of the Bankruptcy Court at:

United States Bankruptcy Court
Southern District of New York Manhattan Office
One Bowling Green, New York, NY 10004
Attn: Clerk

Also as discussed, we will notify you when a hearing is scheduled to consider the Objection to your claim.

As always, please do not hesitate to contact me should you have any questions.

Sincerely,

Shaya M. Berger
bergers@dicksteinshapiro.com
SMB/alk



RECEIVED DEC 5 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

DOCSNY-487350v1

October 19, ~~2002~~ 2011

Cheryl L. Truxall
1250 Alton Dr. SW.
Sherrodsville, OH. 44675
Tele. (330) 681-4020 (NEW)
Claim # 71193

Dickstein Shapiro LLP
1633 Broadway
New York, New York 10019-6708
Attorneys for Motors Liquidation Co. et. al., General Motors Corp.

To whom it may concern,

    I, Cheryl L. Truxall, was not privy to notices received in the mail reguarding General Motors "Chapter 11" status. My husband, Stephan A. Truxall Sr., did not mention or share the same. There was no knowledge of court dates, due dates, bar dates etc.

    My husband had a work related injury on 06-08-91. A prop shaft, (size of a metal fence post), hit him in the face and drove his Rt. eye tooth up into his gum. Surrounding teeth were affected requiring a "partial" dental prosthesis. Rt maxilla or "cheek bone" affected. A laceration of the lower lip required plastic surgery by Dr. Pandrangi at Parma Hospital.

CLAIM # 71193

STEVE HAD MENTIONED ONE DAY THAT HE HOPED THAT HE WOULD HAVE RECEIVED MORE COMPENSATION FOR THE ABOVE.

FROM MAILINGS RECEIVED AFTER STEVE'S DEATH (08-25-10), I GOT INFORMATION FROM THE GARDEN CITY GROUP. THEY WERE ENCOURAGING AND GAVE A CLAIM NUMBER: #71193 TO USE FOR THE PAPERWORK. TWO N.Y.C. LAWYERS CALLED MY HOME IN REGUARDS TO THIS MATTER, SHAYA BERGER AND JONATHON ZAKHEIM.

PLEASE CONSIDER AS MENTIONED IN PREVIOUS PAPERWORK THE PERSON BEHIND THE INJURY.

GOD'S BLESSINGS TO ALL

VERY SINCERELY,

Cheryl L. Truxall

CHERYL L. TRUXALL