Adjourned Hearing Date: 4/12/2012 @ 9:45 a.m. (prevailing Eastern Time)

CROWELL & MORING LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 223-4000
Fax: (212) 223-4134
Michael V. Blumenthal
Steven B. Eichel

Attorneys for Revitalizing Auto Communities Environmental
Response Trust f/k/a Environmental Response Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. 09-50026 (REG) |
| MOTORS LIQUIDATION COMPANY, et al., f/k/a General Motors Corp., et al, | |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider the Motion of the Revitalizing Auto Communities Environmental Response Trust f/k/a Environmental Response Trust for an order pursuant to 11 U.S.C. §§105 and 1142 to Enforce Debtors' Payment Obligations Under Second Amended Joint Chapter 11 Plan and Order Confirming the Second Amended Joint Chapter 11 Plan, previously scheduled to be heard on February 9, 2012 at 9:45 a.m. (prevailing Eastern Time), has been adjourned to April 12, 2012 at 9:45 a.m.

(prevailing Eastern Time) before the Honorable Robert E. Gerber, United States Bankruptcy Judge for the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), at the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be an evidentiary hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be further adjourned or continued from time to time upon further notice.

Dated: January 27, 2012
New York, New York

CROWELL & MORING LLP

By: /s/ Michael V. Blumenthal
Michael V. Blumenthal
Steven B. Eichel
590 Madison Avenue
New York, NY 10022
212-223-4000

*Attorneys for*
Revitalizing Auto Communities Environmental Response Trust f/k/a Environmental Response Trust

NYACTIVE-12353412.1