**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MOTORS LIQUIDATION COMPANY, *et al.* | ) Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | ) (Jointly Administered) |
| | ) |
| Debtors | ) |

**NOTICE TO BE REMOVED FROM ELECTRONIC NOTICE LIST**

Timothy M. Reardon, of the law firm Nadler Nadler & Burdman Co., L.P.A., hereby requests to be removed from the electronic filing list for the above mentioned cases and all related adversary cases or other related matters.

Please remove the following Email Address: tmreardon@nnblaw.com.

Dated: January 30, 2012

/s/ *Timothy M. Reardon*
TIMOTHY M. REARDON, ESQ.
Nadler Nadler & Burdman Co., L.P.A.
20 West Federal Street, Suite 600
Youngstown, Ohio 44503
330-744-0247 (telephone)
330-744-8690 (facsimile)
tmreardon@nnblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2012, a copy of the foregoing ***Notice to be Removed from Electronic Notice List*** was served via the Court's CM/ECF electronic mailing system, to all parties listed on the Court's Electronic Mail Notice List.

>NADLER NADLER & BURDMAN CO., L.P.A.
>20 Federal Plaza West, Suite 600
>Youngstown, Ohio 44503
>
>
>By:  /s/ Trina L. Pape
>       Trina L. Pape, Secretary of
>       Nadler Nadler & Burdman Co., L.P.A.

1/30/12 TLPC:\Documents and Settings\trina\My Documents\TMR\GM-Notice-Removal from Electronic Notice List.wpd