**NEW HEARING DATE AND TIME: February 28, 2012 at 9:45 a.m. ET**
**NEW OBJECTION DEADLINE: February 16, 2012 at 4:00 p.m. ET**

DICKSTEIN SHAPIRO LLP
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation*
*Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No.: 09-50026 (REG) |
| f/k/a General Motors Corporation, *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION**
**OF MOTORS LIQUIDATION COMPANY GUC TRUST**
**PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018 FOR**
**AN ORDER AUTHORIZING FILING OF COMPLAINT UNDER SEAL**

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Motors Liquidation Company GUC Trust Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 for an Order Authorizing Filing of Complaint Under Seal, which was originally scheduled to occur before the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, Room 621, New York, New York 10004, on February 9, 2012 at 9:45 a.m. (Eastern Time), has been adjourned to **February 28, 2012 at 9:45 a.m. (Eastern Time)** (the "**Hearing**"). The new objection deadline shall be **February 16, 2012 at 4:00 p.m. (Eastern Time)**. The Hearing may be further adjourned from time to time upon further notice.

Dated: New York, New York
January 31, 2012

**DICKSTEIN SHAPIRO LLP**

/s/ Katie L. Cooperman
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Counsel for Motors Liquidation
Company GUC Trust*