UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               :     09-50026 (REG)
    f/k/a General Motors Corp., *et al.*            :
                                                    :
                        Debtors.                    :     (Jointly Administered)
                                                    :
------------------------------------------------------------------x

**ORDER GRANTING MOTORS LIQUIDATION COMPANY DIP LENDERS TRUST'S MOTION TO FILE AN AMENDED RESPONSE IN OPPOSITION TO MOTION OF THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE THE DEBTORS' PAYMENT OBLIGATIONS UNDER THE SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER**

Upon the unopposed Motion, dated January 23, 2012 (the "**Motion**"), of the Motors Liquidation Company DIP Lender Trust (the "**MLC DIP Trust**") for the entry of an order granting the MLC DIP Trust leave to file an amended Response in Opposition to the Motion of the Revitalizing Auto Communities Environmental Response Trust ("**RACER**" or the "**Trust**") for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce the Debtors' Payment Obligations Under the Second Amended Joint Chapter 11 Plan and the Confirmation Order (**ECF No. 11164**), all as more fully described in the Motion; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted in its entirety; and it is further

ORDERED that the MLC DIP Trust is authorized to file the amended response attached as Exhibit B to the Motion; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order.

ORDERED that all costs are taxed against the party originally incurring same.

All relief not expressly granted herein is denied.

Dated: New York, New York
*February 2, 2012*

*s/ Robert E. Gerber*
HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE