UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
MOTORS LIQUIDATION COMPANY, *et al.*,              :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,          :
                                                   :
                        Debtors.                   :    (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On January 27, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel to the Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on [Buckley Erma Jeanine], 175 W. 90th St. Apt. 5C, New York, NY 10024 (affected party):

  - Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Erma Jeanine Buckley, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

3. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Lonnie Chapman, P.O. Box 1265, Hammond, IN 46325 (affected party):

  - Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Lonnie Chapman, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

4. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Betty Dalton, 1707 Radford Road, Christiansburg, VA 24073 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Betty Dalton, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

5. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Jesmer Evans, c/o James Evans, 15130 W. 9 Mile Rd, Oak Park, MI 48237-2569 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Jesmer Evans, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

6. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Monty R. and Lisa K. Henderson, 7340 S. Albany Ave, Chicago, IL 60629 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Monty R. and Lisa K. Henderson, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

7. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Michael Stelmach Sr., c/o Anastazia Stelmach, 5324 Bingham, Dearborn, MI 48126 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Anastazia Stelmach, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

8. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Stephan A. Truxall Sr., c/o Stephan and Cheryl Truxall, 1250 Alton Dr. SW, Sherrodsville, OH 44675 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Stephan and Cheryl L. Truxall, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

9. On January 27, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Sudie M. Venable, 3114 Mountain Road, Halifax, VA 24558 (affected party):

- Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Sudie M. Venable, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 a.m. (Eastern Time).

Dated: February 2nd, 2012
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 2nd day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015