GREENBERG TRAURIG, LLP
Bruce R. Zirinsky, Esq.
Nancy A. Mitchell, Esq.
John H. Bae, Esq.
Gary D. Ticoll, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: zirinskyb@gtlaw.com
      mitchelln@gtlaw.com
      baej@gtlaw.com
      ticollg@gtlaw.com

*Counsel for Certain Noteholders of General Motors Nova Scotia Finance Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re                                         :        Chapter 11
:
**MOTORS LIQUIDATION COMPANY,** *et al.,*   :        Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.,*      :
:
Debtors.           :        (Jointly Administered)
:
---------------------------------------------------------------- x


**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK    )

    MICHAEL JACKSON, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

    2. On February 2, 2012, I caused to be served true and accurate copies of the ***Objection Of Certain Noteholders Of General Motors Nova Scotia Finance Company To***

NY 241,805,613v1 2-3-12

*Motion Of Wilmington Trust Company, (I) As GUC Trust Administrator, To (A) Liquidate New GM Securities For The Purpose Of Funding Fees, Costs And Expenses Of The GUC Trust And The Avoidance Action Trust, And (B) Transfer New GM Securities To The Avoidance Action Trust For The Purpose Of Funding Future Tax Liabilities, And (II) As Avoidance Action Trust Administrator, To Approve An Amendment To The Avoidance Action Trust Agreement* (Docket No. 11370) via First Class Mail upon the parties listed on the attached <u>Exhibit A</u>.

<div style="display:flex; justify-content:space-between;">
<div>
Sworn to before me this<br>
3rd day of February, 2012.<br><br>
<i>/s/ Doreen Cusumano</i><br>
Doreen Cusumano<br>
Notary Public, State of New York<br>
No. 01CU6065126<br>
Qualified in Richmond County<br>
Commission expires October 9, 2013
</div>
<div>
<i>/s/ Michael Jackson</i><br>
MICHAEL JACKSON
</div>
</div>

# Exhibit A

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>Attorneys for the GUC Trust<br>Attn: Harvey Miller Esq., Stephen Karotkin, Esq.<br>and Joseph Smolinksy, Esq.<br>767 Fifth Ave<br>New York, N.Y. 10153 | Debtors<br>c/o Motors Liquidation Company<br>Attn: Thomas Morrow<br>401 South Old Woodward Ave.<br>Suite 370<br>Birmingham, Michigan 48009 |
| General Motors LLC<br>Attm: Lawrence S. Buonomo, Esq.<br>400 Renaissance Center<br>Detroit Michigan 48265 | Cadwalder, Wickersham & Taft LLP<br>Attorneys for the United States Department of the Treasury<br>Attn: John K. Rapisardi, Esq.<br>One World Financial Center<br>New York, New York 10281 |

United States Department of Treasury
Attn: Joseph Samarias, Esq.
1500 Pennsylvania Avenue, NW
Room 2312
Washington, D.C. 20220

Vedder Price, P.C.
Attorneys for Export Development Canada
Attn: Michael J. Edelman, Esq. & Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Kramer Levin Naftails & Frankel LLP
Attn: Thomas Moers Mayer, Esq. Robert Schmidt, Esq., Lauren Macksoud, Esq. and Jennifer Sharret, Esq.
1177 Avenue of the Americas
New York, New York 10036

The Office of the United States Trustee for the Southern District of New York
Attn: Tracy Hope Davis, Esq.
33 Whitehall Street
21st. Floor
New York, New York 10004

U.S. Attorney's Office, S.D.N.Y.
Attn: David S. Jones, Esq. And Natalie Kuehler, Esq.
86 Chambers Street
Third Floor
New York, New York 10007

Caplin & Drysdake Chartered
Attn: Elihu Inselbuch, Esq. & Rita Tobin, Esq.
375 Park Ave
35th Floor
New York, New York 10152-3500

Caplin & Drysdake Chartered
Attn: Trevor Swett III, Esq. & Kevin Maclay, Esq.
One Thomas Circle, N.W., Suite 1100
Washington D.C. 20005

Stutzman, Bromberg, Esserman & Plifka, PC
Attorneys for Dean M. Trafelet
Attn: Sander Esserman, Esq. & Robert Brousseau, Esq.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Gibson, Dunn & Crutcher LLP
Attn: Keith Martorana, Esq.
200 Park Avenue 47th Floor
New York, New York 10166

FTI Consulting, Inc.,
Attn: Anna Phillips
One Atlantic Center 1201 West Peachtree Street
Suite 500
Atlanta, Georgia 30309

Crowell & Moring LLP
Attn: Michael Blumenthal, Esq.
590 Madison Avenue 19th Floor
New York, New York 10022

Kirk P. Watson, Esq.
2301 Woodlawn Boulevard
Austin, Texas 78703

NY 241,805,613v1 2-3-12