

**GCG**
People. Power. Performance.

January 26, 2012

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

                *Re:  Motors Liquidation., et al.*
                *Case Co.:  09-50026 REG*

Dear Mr. Diamond:
        Enclosed please find 1 claim withdrawal as follows:

New Motor Vehicle Board – Clam #249 in the amount of $66.814.15

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

                                    Very truly yours,

                                    /s/Kathy-Ann Awkward
                                    Kathy-Ann Awkward
                                    Sr. Project Supervisor

Enclosures



RECEIVED
JAN 27 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1985 Marcus Avenue  |  Lake Success, NY 11042  |  P 631.470.5000  F 631.470.5100  |  gcginc.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026 ☐ MLC of Harlem, Inc., Case No. 09-13558 ☐ MLCS, LLC, Case No. 09-50027 ☐ MLCS Distribution Corporation, Case No. 09-50028 ☐ Remediation and Liability Management Company, Inc., Case No. 09-50029 ☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
|---|---|
| Creditor Name and Address: | Jackie Grassinger Mediator/Analyst New Motor Vehicle Board 1507 21st Street, Suite 330 Sacramento, CA 95811 |
| Claim Number (if known): | 249 |
| Date Claim Filed: | 06/01/2009 |
| Total Amount of Claim Filed: | $66,814.15 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1/25/12

Print Name: William G. Brennan

Title (if applicable): Executive Director New Motor Vehicle Board.

US_ACTIVE:¥43219392¥02¥72240.0639



RECEIVED JAN 27 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK