

**People. Power. Performance.**

January 27, 2012

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

     Re: *Motors Liquidation., et al.*
     Case Co.: **09-50026 REG**

Dear Mr. Diamond:
   Enclosed please find 1 claim withdrawal as follows:

Sparrow Hospital Association Edward W– Clam #11523 in the amount of $523,110.63

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

          Very truly yours,


          /s/Kathy-Ann Awkward
          Kathy-Ann Awkward
          Sr. Project Supervisor


Enclosures



RECEIVED JAN 30 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK



RECEIVED
JAN 30 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | [X] Motors Liquidation Company, Case No. 09-50026 |
| --- | --- |
| | [ ] MLC of Harlem, Inc., Case No. 09-13558 |
| | [ ] MLCS, LLC, Case No. 09-50027 |
| | [ ] MLCS Distribution Corporation, Case No. 09-50028 |
| | [ ] Remediation and Liability Management Company, Inc., Case No. 09-50029 |
| | [ ] Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | SPARROW HOSPITAL ASSOCIATION EDWARD W<br>C/O STEVEN D LOWE ESQ<br>STEVEN D LOWE PC<br>PO BOX 430<br>HASLETT, MI 48840 |
| Claim Number (if known): | 11523 |
| Date Claim Filed: | 10/16/2009 |
| Total Amount of Claim Filed: | $523,110.63 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _/-27-2012_

Print Name: _Steven D. Lowe (P33451)_

Title (if applicable): _Attorney_

1