Hearing Date and Time: April 12, 2012 at 9:45 a.m.
Response Deadline: February 3, 2012

Maureen F. Leary
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
The State Capitol
Albany, New York  12224-0341
Telephone: (518) 474-7154
Facsimile: (518) 473-2534
*Counsel for the State of New York and*
*The New York State Department of Environmental Conservation*

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | |
| **MOTORS LIQUIDATION COMPANY, et al.,** | Chapter 11 Case No. 09-50026(REG) |
| **f/k/a General Motors Corp., et al.,** | |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF JOINDER OF THE STATES OF NEW YORK, ILLINOIS, INDIANA, KANSAS, MICHIGAN, MISSOURI, NEW JERSEY, OHIO, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION AND THE ST. REGIS MOHAWK TRIBE, IN THE REVITALIZING AUTO COMMUNITIES ENVIRONMENTAL RESPONSE TRUST'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1142 TO ENFORCE DEBTORS' PAYMENT OBLIGATIONS UNDER THE SECOND AMENDED JOINT CHAPTER 11 PLAN AND THE CONFIRMATION ORDER, AND MOTION TO <u>ENFORCE CONSENT DECREE AND SETTLEMENT AGREEMENT</u>**

**PLEASE TAKE NOTICE** that on November 21, 2011 the Revitalizing Auto

Communities Environmental Response Trust filed a motion for an Order Pursuant to 11

U.S.C. § 105 and 1142 to Enforce Debtors' Payment Obligations Under the Second

Amended Joint Chapter 11 Plan and the Confirmation Order, and on December 6, 2011, certain Governmental Entities as set forth above filed a Statement in Support of the RACER Trust Motion; and

**PLEASE TAKE FURTHER NOTICE** that the upon the annexed Joinder, the Governmental Entities hereby join in the RACER Trust Motion, and herby seek the relief set forth therein on behalf of the Trust, including enforcement of the October 2010 Consent Decree and Trust Agreement, and seek such other relief as the Court deems just and appropriate; and

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, at the United States District Court for the Southern District of New York, One Bowling Green, Room 621, New York, New York 10004, on April 12, 2012 at 9:45 A.M. (Eastern Time).

Dated: February 3, 2011

                                              ERIC T. SCHNEIDERMAN
                                              Attorney General of the
                                              State of New York

BY: _____
      MAUREEN F. LEARY
      Assistant Attorney General
      New York State Department of Law
      Environmental Protection Bureau
      The Capitol
      Albany, New York  12224
      Tel: (518) 474-7154
      Fax: (518) 473-2534
      Maureen.Leary@ag.ny.gov