HEARING DATE AND TIME: February 28, 2012 at 9:45 a.m. (Eastern Time)
OBJECTION DEADLINE: February 21, 2012 at 4:00 p.m. (Eastern Time)

**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
Matthew J. Williams
Joshua Weisser
Keith R. Martorana

*Attorneys for the Motors Liquidation Company GUC Trust*
*and the Motors Liquidation Company Avoidance Action Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY**, *et al.*,                        :    **09-50026 (REG)**
**f/k/a General Motors Corp.**, *et al.*                         :
:    **(Jointly Administered)**
**Debtors.**                                                     :
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF WILMINGTON TRUST COMPANY, (I) AS GUC TRUST ADMINISTRATOR, TO (A) LIQUIDATE NEW GM SECURITIES FOR THE PURPOSE OF FUNDING FEES, COSTS AND EXPENSES OF THE GUC TRUST AND THE AVOIDANCE ACTION TRUST, AND (B) TRANSFER NEW GM SECURITIES TO THE AVOIDANCE ACTION TRUST FOR THE PURPOSE OF FUNDING FUTURE TAX LIABILITIES, AND (II) AS AVOIDANCE ACTION TRUST ADMINISTRATOR, TO APPROVE AN AMENDMENT TO THE AVOIDANCE ACTION TRUST AGREEMENT**

PLEASE TAKE NOTICE that the hearing to consider the Motion, dated January 20, 2012 (the "**Motion**"), of Wilmington Trust Company, pursuant to sections 105(a) and 1142(b) of title 11, United States Code (the "**Bankruptcy Code**") for entry for an order (I) as Trustee and Trust Administrator of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), to (A) Liquidate New GM Securities for the Purpose of Funding Fees, Costs and Expenses of the GUC Trust and the Motors Liquidation Company Avoidance Action Trust (the "**Avoidance Action Trust**"), and (B) Transfer New GM Securities for the Purpose of Funding Future Tax Liabilities,

and (II) as Trustee and Trust Administrator of the Avoidance Action Trust, to Approve an Amendment to the Motors Liquidation Company Avoidance Action Trust Agreement, all as more fully set forth in the Motion, which was originally scheduled to occur before the Honorable Judge Robert E. Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on February 9, 2012 at 9:45 a.m. (Eastern Time)**,** has been adjourned to **February 28, 2012 at 9:45 a.m. (Eastern Time)**.  The Hearing may be further adjourned from time to time upon further notice.

Dated:  New York, New York
            February 3, 2012

**GIBSON, DUNN & CRUTCHER LLP**

By:      /s/ Matthew J. Williams

Matthew J. Williams
Joshua Weisser
Keith R. Martorana
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Attorneys for the Motors Liquidation Company
GUC Trust and the Motors Liquidation Company
Avoidance Action Trust*

2