**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>MOTORS LIQUIDATION COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50026 (REG)<br><br>Jointly Administered |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **NOTICE IS HEREBY GIVEN** that **Buchalter Nemer**, A Professional Corporation (the "Firm") has moved to:

    **55 Second Street, 17th Floor**
    **San Francisco, California 94105-3493**

    The Firm's phone and fax numbers, and its email addresses, remain unchanged.

                                                                                                                       BUCHALTER NEMER,
                                                                                                       A Professional Corporation

Dated: February 3, 2012                            By:  /s/ Shawn M. Christianson
                                                                       Shawn M. Christianson, Esq.
                                                                        333 Market Street, 25th Floor
                                                                        San Francisco, CA 94105-2126
                                                                        Telephone:  (415) 227-0900
                                                                        Facsimile:   (415) 227-0770