Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                          :    **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,          :    **09-50026 (REG)**
  f/k/a General Motors Corp., *et al*.             :
:
        Debtors.                                   :    **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF MOTORS LIQUIDATION COMPANY GUC TRUST PURSUANT TO 11 U.S.C. §§ 105(a) AND 1142(b) FOR ENTRY OF ORDER (I) DIRECTING BENJAMIN HUBBARD TO DISMISS SATURN CORPORATION AND THE GUC TRUST ADMINISTRATOR FROM PENDING ACTION WITH PREJUDICE AND (II) ENFORCING PRIOR ORDERS OF THIS COURT BY ENJOINING BENJAMIN HUBBARD FROM FURTHER ACTION AGAINST THE DEBTORS, THE GUC TRUST, AND <u>THE GUC TRUST ADMINISTRATOR</u>**

PLEASE TAKE NOTICE that the Motors Liquidation Company GUC Trust hereby withdraws its Motion Pursuant to 11 U.S.C. §§105(a) and 1142(b) for Entry of Order (I) Directing Benjamin Hubbard to Dismiss Saturn Corporation and the GUC Trust Administrator from Pending Action with Prejudice and (II) Enforcing Prior Order of this Court by Enjoining Benjamin Hubbard from Further Action Against the Debtors, the GUC Trust, and the GUC Trust Administrator.

Dated: New York, New York
       February 7, 2012

    /s/ Joseph H. Smolinsky
    Harvey R. Miller
    Stephen Karotkin
    Joseph H. Smolinsky

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Motors Liquidation GUC Trust