**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
|  | : | **09-50026 (REG)** |
| **MOTORS LIQUIDATION COMPANY,** *et al.* | : |  |
| **f/k/a General Motors Corp.,** *et al.*, | : |  |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : |  |

---------------------------------------------------------------- x

## ORDER EXPUNGING CLAIM NUMBER 29239
## FILED BY WACHOVIA BANK, NATIONAL ASSOCIATION

Upon the notice of presentment of the proposed order (the "**Proposed Order**") expunging Claim Number 29232 filed by Wachovia Bank, National Association, dated January 23, 2012, filed by the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"); and due and proper notice of the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, Claim Number 29239 is disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February **8**, 2012
      New York, New York

                                          ***s/ Robert E. Gerber***
                                      United States Bankruptcy Judge