UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:    **Chapter 11 Case No.**
In re :
:    **09-50026 (REG)**
MOTORS LIQUIDATION COMPANY, *et al.* :
   f/k/a General Motors Corp., *et al.*, :
:    **(Jointly Administered)**
Debtors. :
:
------------------------------------------------------------- x

### ORDER EXPUNGING CLAIM NUMBER 70868 AND GRANTING RELATED RELIEF

Upon the notice of presentment of the proposed order (the "**Proposed Order**")[1] clarifying that Claim Number 70868 filed by Barry-Henry Spencer Junior and granting related relief, by the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"); and due and proper notice of the Proposed Order having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought is in the best interests of the Debtors, their estates, creditors, and all parties in interest and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that, pursuant to the Settlement Agreement and the Settlement Order, Claim Number 70868 is hereby expunged; and it is further

ORDERED that, if Spencer files any further claims against the Debtors or the GUC Trust, neither the Debtors nor the GUC Trust shall be required to include such claims on the claims

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Notice of Presentment of Order Expunging Claim Number 70868 and Related Relief.

register, object to such claims or otherwise take any action with respect to such claims unless directed by the Court; and it is further

ORDERED that nothing contained in this Order shall supersede the Settlement Order and such order shall remain in full force and effect; and is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: February _8_, 2012
     New York, New York

                                                            *s/ Robert E. Gerber*
                                                        United States Bankruptcy Judge