If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any) and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.

If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | : | **09-50026 (REG)** |
| f/k/a General Motors Corp., *et al.* | : | |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------------x | | |

**AMENDED NOTICE OF MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 9, 2012 AT 9:45 A.M.[1]**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

I.    **CONTESTED MATTERS**

1.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

Responses Filed:

A.    Response to Debtors' Eighty-Ninth Objection to Claim by Gerald A. Kolb (**ECF No. 7367**)

B.    Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims and Motions Requesting Enforcement of a Bar Dated Orders (Late-Filed Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

C.    Response in form of letter by John Pierro (**ECF No. 7563**)

---

[1] Items in this amended notice of matters scheduled that were added or modified from the original notice of matters scheduled (ECF No. 11390) appear in bold font.

    D.      Monty R. and Lisa K. Henderson (the "**Henderson Response**") (Informal Response)

Replies Filed:

    E.      **Reply to Responses filed by Claimants to the 89th, 165th, 245th, and 253rd Omnibus Objections to Late-Filed Proofs of Claim Numbered 70400, 69688, 70180, 71170, 70303, 71140, 71193, and 70342 ("GUC Trust Omnibus Reply to Late Filed Claims") (ECF No. 11352)**

Additional Documents:

    F.      Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**      This matter is going forward as to the Henderson Response and is adjourned as to all other responses to March 1, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.   If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

2.      Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

Responses Filed:

    A.      Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

    B.      Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (the "**Dalton Response**") (**ECF No. 9344**)

    C.      Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

    D.      Brandon J. Davis (Informal Response)

    E.      Rachel L. Boodram (Informal Response)

    F.      Ronald L. Phillips (Informal Response)

    G.      Sudie M. Venable (the "**Venable Response**") (Informal Response)

Replies Filed:

    H.      **GUC Trust Omnibus Reply to Late Filed Claims (ECF No. 11352)**

Additional Documents:

    I.    Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

    J.    Supplemental Order signed on 8/17/2011 Regarding Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10711**)

**Status:**    This matter is going forward as to the Dalton Response and the Venable Response, and is adjourned as to all other responses to March 1, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.   If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

3.    245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims Post-Effective Date) (**ECF No. 10748**)

Responses Filed:

    A.    Response of Jesmer Evans (the "**Evans Response**") (**ECF No. 10847**)

    B.    Claimant Diane Vanwinkle's Reply to Debtors' Objection to Claim and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10896**).

    C.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10893**).

        1.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10902**)

    D.    Response of Wingo Winston to the 245th Omnibus Objection (**ECF No. 10798**)

    E.    Response of Crown Enterprises, Inc. to the Motors Liquidation Company GUC Trust's 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10887**)

    F.    Claimants Aranzuza Mejia, Juan Carlos Mejia, Maria Alejandra Mejia, and Aranzuza Mejia as *guardian ad litem* of Lucas Mejia, Nicolas Mejia, and Santiago Mejia Response to the 245th Omnibus Objection to Claims and Claimants' Opposition to Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10911**)

G.  **Response of Cheryl L. Truxall (the "Truxall Response") (ECF No. 11218)**

H.  **Response of Anastazin Stelmack (the "Stelmach Response") (ECF No. 11012)**

I.  Response of Mary Lee Metzler (the "**Metzler Response**") (Informal)

J.  Response of Jeremy DeLarosa to the 245th Omnibus Objection (Informal)

Replies Filed:

K.  **GUC Trust Omnibus Reply to Late Filed Claims (ECF No. 11352)**

Additional Documents:        None to date.

**Status:**        This matter is going forward as to the Evans Response, Stelmack Response and the Truxall Response, and is adjourned as to all other responses to March 1, 2011 at 9:45 a.m., (Eastern Time) subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

4.  253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

Responses Filed:

A.  Objection to Disallowing Claim #70400 by Alberta Bruster (the "**Bruster Response**") (**ECF No. 11146**)

B.  **Lonnie Chapman (the "Chapman Response") (ECF No. 11136)**

C.  Alicia C. Harris  (Informal)

D.  Linda Marsical (Informal)

Replies Filed:

E.  **GUC Trust Omnibus Reply to Late Filed Claims (ECF No. 11352)**

Additional Documents:

F.  Order Granting 253rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11171**)

**Status:**        This matter is going forward as to the Bruster Response and the Chapman Response and is adjourned as to all other responses to

March 1, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

5.  246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

   Responses Filed:

   A.  Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

   B.  Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "**Jeanine Response**") (Informal)

      1.  Letter to Judge Robert E. Gerber from Jeanine Buckley (**ECF No. 11143**)

   Replies Filed:

   C.  **Reply to Motion and Response of Erma Jeanine Buckley re: 246th Omnibus Objection to Claims (ECF No. 11348)**

   Additional Documents:          None to date.

   **Status**:          This matter is going forward as to the Jeanine Response and is adjourned as to the King Response to March 1, 2012, at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

## II.    UNCONTESTED MATTERS

1.  264th Omnibus Objection to Claims (Securities Claims) (**ECF No. 11298**)

   Responses Filed:          None to date.

   Replies Filed:          None to date.

   Additional Documents:          None to date.

   **Status**:          This matter is going forward.

2.  265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying Property Damage Claims) (**ECF No. 11299**)

   Responses Filed:

A.      Progressive Casualty As Subrogee of Dennis Imber (the "**Progressive Response**") (Informal)

B.      Tower Insurance Company of NY as Subrogee of Trisha Brown-Janvier (the "**Tower Response**") (Informal)

Replies Filed:              None to date.

Additional Documents:       None to date.

**Status**:    This matter is going forward except as to the Tower Response, which is adjourned to March 1, 2012, at 9:45 a.m. (Eastern Time). The omnibus objection is withdrawn as to the Progressive Response.

3.    MTech Associates, LLC's Motion to Deem Claim Allowed Under 11 U.S.C. § 502(a) and Bankruptcy Rule 3001(f) (**ECF No. 11261**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:

A.      Notice of Adjournment of Presentment on MTech Associates, LLC's Motion to Deem Claim Allowed Under 11 U.S.C. 502(a) and Bankruptcy Rule 3001(f) (**ECF No. 11309**)

**Status**:    The parties have entered into a stipulation and agreed order to settle the claim which will be submitted to the Court at the hearing for approval and entry.

## III.    WITHDRAWN MATTERS

1.    Motion of Motors Liquidation Company GUC Trust Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) for Entry of Order (I) Directing Benjamin Hubbard to Dismiss Saturn and the GUC Trust Administrator from Pending Action with Prejudice and (II) Enforcing Prior Orders of this Court by Enjoining Benjamin Hubbard from Further Action Against the Debtors, the GUC Trust, and the GUC Trust Administrator (**ECF No. 11324**)

Responses Filed:            None to date.

Replies Filed:              None to date.

Additional Documents:

    A.    Notice of Withdrawal of Motion of Motors Liquidation Company GUC Trust Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) for Entry of Order (I) Directing Benjamin Hubbard to Dismiss Saturn and the GUC Trust Administrator from Pending Action with Prejudice and (II) Enforcing Prior Orders of this Court by Enjoining Benjamin Hubbard from Further Action Against the Debtors, the GUC Trust, and the GUC Trust Administrator (**ECF No. 11388**)

**Status**:    This matter is withdrawn as the claimant dismissed the applicable state court action as to MLCS, LLC (f/k/a Saturn Corporation) and Wilmington Trust Company.

## IV.   ADJOURNED MATTERS

1.    Motion of Wilmington Trust Company, (I) as GUC Trust Administrator, to (A) Liquidate New GM Securities for the Purpose of Funding Fees, Costs and Expenses of the GUC Trust and the Avoidance Action Trust, and (B) Transfer New GM Securities to the "Avoidance Action Trust for the Purpose of Funding Future Tax Liabilities, and (II) as Avoidance Action Trust Administrator, to Approve an Amendment to the Avoidance Action Trust Agreement (**ECF No. 11330**)

Responses Filed:

    A.    Limited Objection of Green Hunt Wedlake, Inc., Trsutee of General Motors Nova Scotia Finance Company, to Motion of Wilmington Trust Company, (I) as GUC Trust Administrator, to (A) Liquidate New GM Securities for the Purpose of Funding Fees, Costs and Expenses of the GUC Trust and the Avoidance Action Trust, and (B) Transfer New GM Securities to the "Avoidance Action Trust for the Purpose of Funding Future Tax Liabilities, and (II) as Avoidance Action Trust Administrator, to Approve an Amendment to the Avoidance Action Trust Agreement (**ECF No. 11369**)

    B.    Objection Of Certain Noteholders Of General Motors Nova Scotia Finance Company To Motion Of Wilmington Trust Company, (I) As GUC Trust Administrator, To (A) Liquidate New GM Securities For The Purpose Of Funding Fees, Costs And Expenses Of The GUC Trust And The Avoidance Action Trust, And (B) Transfer New GM Securities To The Avoidance Action Trust For The Purpose Of Funding Future Tax Liabilities, And (II) As Avoidance Action Trust Administrator, To Approve An Amendment To The Avoidance Action Trust Agreement (**ECF No. 11370**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status**:    This matter is adjourned to February 28, 2012 at 9:45 a.m. (Eastern Time).

2.    Motion of Motors Liquidation Company GUC Trust Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. 9018 for an Order Authorizing Filing of Complaint Under Seal (**ECF No. 11315**)

Responses Filed:    None to date.

Replies Filed:    None to date.

Additional Documents:

A.    Notice of Adjournment of Hearing on Motion of Motors Liquidation Company GUC Trust Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 for an Order Authorizing Filing of Complaint Under Seal (**ECF No. 11363**)

**Status**:    This matter is adjourned to February 28, 2012 at 9:45 a.m. (Eastern Time)

3.    Official Committee of Unsecured Creditors' First Amended Objection to Claims filed by Green Hunt Wedlake, Inc. and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief  (**ECF No. 7859**)

Responses Filed:

A.    Response of Certain Noteholders in Opposition to Official Committee of Unsecured Creditors' First Amended Objection to Claims Filed by Green Hunt Wedlake, Inc., and Noteholders of General Motors Nova Scotia Finance Company and Motion for Other Relief (**ECF No. 8084**)

B.    Initial Response and Reservation Rights of Certain Noteholders of General Motors Nova Scotia Finance to the Official Committee of Unsecred Creditors' First Amended Objection to Their Claims, and Joinder to Response of Noteholders Represented by Greenberg Traurig, LLP (**ECF No. 8104**)

Replies Filed:    None to date.

Additional Documents:

C.    Letter to Judge Gerber dated March 29, 2011 Requesting Pre-Motion Conference on behalf of Official Committee of Unsecured Creditors of General Motors Corporation (**ECF No. 9940**)

D.    Joint Status Report on behalf of Green Hunt Wedlake, Inc., Trustee (**ECF No. 11060**)

**Status:**    A status conference on this matter is adjourned to February 28, 2012 at 9:45 a.m. (Eastern Time).

4.    Motion of the Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce Debtors' Payment Obligations Under the Second Amended Joint Chapter 11 Plan and the Confirmation Order  (**ECF No. 11164**)

Responses Filed:

A.    Debtors' Response to Motion of Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. Sections 105 and 1142 to Enforce the Debtors' Payment Obligations Under the Second Amended Joint Chapter 11 Plan and the Confirmation Order (**ECF No. 11201**)

B.    Opposition to Motion of the Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce the Debtors Payment Obligations Under the Second Amended Joint Chapter 11 Plan and the Confirmation Order (**ECF No. 11297**)

Replies Filed:    None to date.

Additional Documents:

C.    Declaration of Scott R. Hamilton in Support of Motion of the Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. § §  105 and 1142 to Enforce Debtors' Payment Obligations Under the Second Amended Joint Chapter 11 Plan and the Confirmation Order  (**ECF No. 11165**)

D.    So Ordered Stipulation Regarding Motion Of Revitalizing Auto Communities Environmental Response Trust For An Order Enforcing Debtors Payment Obligations Under Second Amended Joint Chapter 11 Plan And Confirmation (**ECF No. 11228**)

E.    Notice of Proposed Order on Motors Liquidation Company Dip Lenders Trust's Motion to File an Amended Response in Opposition to Motion of The Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce The Debtors' Payment Obligations Under The Second Amended Joint Chapter 11 Plan and The Confirmation Order (**ECF No. 11335**)

F.          Notice of Adjournment of Hearing to Consider the Revitalizing Auto Communities Environmental Response Trust's Motion for an Order Pursuant to 11 U.S.C. Sections 105 and 1142 to Enforce Debtors' Payment Obligations under Second Amended Joint Chapter 11 Plan and the Confirmation Order (**ECF No. 11353**)

G.         Order signed on 2/2/2012 Granting Motors Liquidation Company DIP Lenders Trust's Motion to File an Amended Response in Opposition to Motion of The Revitalizing Auto Communities Environmental Response Trust for an Order Pursuant to 11 U.S.C. §§ 105 and 1142 to Enforce The Debtors' Payment Obligations Under The Second Amended Joint Chapter 11 Plan and The Confirmation Order (**ECF No. 11366**)

**Status**:      This matter is adjourned to April 12, 2012 at 9:45 a.m. (Eastern Time).

5.      Reorganized Debtors' Amended Supplemental Objection to Proof of Claim Number 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff (**ECF No. 11149**)

Responses Filed:

A.          Opposition of Chartis Specialty Insurance Company and Lexington Insurance Company to the Reorganized Debtors' Supplemental Amended Claims Objection to Proof of Claim Number 21242 (the "Motion") and Cross-Motion to Compel Arbitration (**ECF No. 11203**)

Replies Filed:

B.          The Motors Liquidation Company GUC Trust's (I) Reply in Support of Objection to Proof of Claim No. 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff and (II) Response in Opposition to Cross-Motion to Compel Arbitration (**ECF No. 11264**)

Additional Documents:

C.          So Ordered Stipulation signed on 11/21/2011 by and between Conflicts Counsel for Motor Liquidation Company and Counsel for Chartis U.S. Re: Approving a Partial Resolution of Certain Claims Asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company (**ECF No. 11163**)

D.          Notice of Cross-Motion to Compel Arbitration by Lexington Insurance Company and Chartis Specialty Insurance Company (**ECF No. 11202**)

**Status**:        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time).

6.      Opposition of Chartis Specialty Insurance Company and Lexington Insurance Company to the Reorganized Debtors' Supplemental Amended Claims Objection to Profo of Claim Number 21242 (the "Motion") and Cross-Motion to Compel Arbitration (**ECF No. 11203**)

      A.      Notice of Cross-Motion to Compel Arbitration by Lexington Insurance Company and Chartis Specialty Insurance Company (**ECF No. 11202**)

Responses Filed:

      B.      The Motors Liquidation Company GUC Trust's (I) Reply in Support of Objection to Proof of Claim No. 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff and (II) Response in Opposition to Cross-Motion to Compel Arbitration (**ECF No. 11264**)

Replies Filed:

      C.      Chartis Specialty Insurance Company and Lexington Insurance Company's Reply Memorandum in Further Support of Their Cross-Motion to Compel Arbitration (**ECF No. 11304**)

Additional Documents:

      D.      Reorganized Debtors' Amended Supplemental Objection to Proof of Claim Number 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff (**ECF No. 11149**)

      E.      So Ordered Stipulation signed on 11/21/2011 by and between Conflicts Counsel for Motor Liquidation Company and Counsel for Chartis U.S. Re: Approving a Partial Resolution of Certain Claims Asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company (**ECF No. 11163**)

**Status**:        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time).

7.      Objection to Proof of Claim No. 15927 filed by Patricia Meyer (**ECF No. 11300**)

Responses Filed:

      A.      Response to Objection to Proof of Claim No. 15927 filed by Patricia Meyer (**ECF No. 11359**)

Replies Filed:   None to date.

Additional Documents:  None to date.

**Status**:   This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time).

8. Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

Responses Filed:  None to date.

Replies Filed:   None to date.

Additional Documents:  None to date.

**Status:**   This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

9. Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 9455**)

Responses Filed:

 A. Response to Notice of Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 10106**)

Replies Filed:   None to date.

Additional Documents:  None to date.

**Status:**   This matter is adjourned to March 6, 2012 at 9:45 a.m. (Eastern Time).

10. Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim Pursuant to 11 U.S.C. § 105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure (**ECF No. 10355**)

Responses Filed:  None to date.

Replies Filed:   None to date.

Additional Documents:  None to date.

**Status:**   This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

11.     Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by
        General Motors LLC) (**ECF No. 5993**)

        Responses Filed:

            A.      Objection to Motion by Impact Group (**ECF No. 6240**)

            B.      Consumers Energy (Informal Response)

            C.      OCE (Informal Response)

        Replies Filed:                       None to date.

        Additional Documents:

            D.      Order Granting Debtors' Twenty-Third Omnibus Objection to Claims
                    (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

        **Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
                         Time) and may be subject to further adjournments.  If this matter
                         goes forward on March 1, 2012, claimants will be notified via
                         letter sent by February 23, 2012.

12.     Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified
        Claims) (**ECF No. 6250**)

        Responses Filed:

            A.      Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

            B.      Objection to the Purported Reclassification Claim No. 44240 in the
                    Above Entitled Case, Among Other Things, Proceeding in Pro Per in
                    this Matter Timely [Or by Leave of Court] for All the Reasons Stated
                    Herein [Or Otherwise Documented with my Claim No. 44240] and for
                    Other Purposes [Timely or by Leave of Court] Related Hereto by
                    Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

            C.      Claimant Leon Johnson' Response to Debtor's Twenty-Seventh
                    Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

            D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-
                    Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF
                    No. 6447**)

            E.      Objection to Motion to Reclassify Claim by Doyle Carmack (the
                    "**Carmack Response**") (**ECF No. 6475**)

      F.      Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

      G.      Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**<u>Status</u>:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

13.      Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

<u>Responses Filed</u>:

      A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

      B.      Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

      C.      Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**<u>Status</u>:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

14.      Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

<u>Responses Filed</u>:

A.      The DeMassi Response (**ECF No. 6454**)

Replies Filed:                     None to date.

Additional Documents:

B.      Order Granting Debtors' Thirtieth Omnibus Objection to Claims
(Incorrectly Classified Claims) (**ECF No. 6630**)

C.      Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to
Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on March 1, 2012, claimants will be notified via
letter sent by February 23, 2012.

15.     Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified)
(**ECF No. 6255**)

Responses Filed:

A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims;
(2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors'
Thirty-Second Omnibus Objection to Claims (Incorrectly Classified
Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of
the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:                     None to date.

Additional Documents:

B.      Order Granting Debtors' Thirty-Second Omnibus Objection to Claims
(Incorrectly Classified Claims) (**ECF No. 6632**)

C.      Supplemental Order Granting Debtors' Thirty-Second Omnibus
Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on March 1, 2012, claimants will be notified via
letter sent by February 23, 2012.

16.     Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF
No. 6646**)

Responses Filed:

    A.      Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

    B.      Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

    C.      Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

    D.      Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

    E.      Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**<u>Status</u>:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

17.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

<u>Responses Filed</u>:

    A.      Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second Omnibus Objection to Claims" (**ECF No. 7022**)

<u>Replies Filed</u>:          None to date.

<u>Additional Documents</u>:

    B.      Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

**<u>Status</u>:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

18.     Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

    Responses Filed:

        A.      Objection and Response to Debtors' Eighty-Third Omnibus Objection
                to Claim Re: Claim No. 62922  by Linda K. Bellaire (the "**Bellaire
                Response**") (**ECF No. 6972**)

        B.      Response and Objection to Debtors' Eighty-Third Omnibus Objections
                to Claims by Linda K. Bellaire (the "**Second Bellaire Response**")
                (**ECF No. 7076**)

        C.      Robert R. Hickman (Informal Response)

        D.      Darlene M. Schneider (Informal Response)

        E.      David E. Turner (Informal Response)

        F.      Calvin H. Purnell (Informal Response)

        G.      Alfred McMullen (Informal Response)

    Replies Filed:                      None to date.

    Additional Documents:

        H.      Order Granting Eighty-Third Omnibus Objection to Claims (Welfare
                Benefits Claims of Retired and Former Salaried and Executive
                Employees) (**ECF No. 7215**)

    **Status:**       This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
                Time) and may be subject to further adjournments.  If this matter
                goes forward on March 1, 2012, claimants will be notified via
                letter sent by February 23, 2012.

19.     Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting
        Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

    Responses Filed:

        A.      Pearly M. Jones (Informal Response)

        B.      Faye M. Tompach (Informal Response)

    Replies Filed:                      None to date.

Additional Documents:

    C.    Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

20.    Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

    A.    Barry E. Herr (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

21.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

Responses Filed:

    A.    Cecilia N. Best, Trustee (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter

goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

22.     Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

Responses Filed:

A.      Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

Replies Filed:                    None to date.

Additional Documents:

B.      Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**Status:**          This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

23.     Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

Responses Filed:

A.      City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

Replies Filed:                    None to date.

Additional Documents:

B.      Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**          This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

24.     Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

    A.       Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

    B.       Sarlower Olivier Tibbs (Informal Response)

Replies Filed:        None to date.

Additional Documents:

    C.       Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

25.      Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

    A.       Sharron S. Reyes (Informal Response)

Replies Filed:        None to date.

Additional Documents:

    B.       Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

26.      Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

Responses Filed:

    A.       Sharon A. Bell (**ECF No. 7492**)

Replies Filed:        None to date.

Additional Documents:          None to date.

**Status:**          This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

27.    Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

 A. Response in form of letter by Louis J. Alarie (**ECF No. 7490**)

 B. Response in form of letter by Floyd Jankowski (**ECF No. 7353**)

 C. Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

 D. Response in form of letter by George Leedom (**ECF No. 7401**)

 E. George W. Conrad (Informal Response)

Replies Filed:          None to date.

Additional Documents:

 F. Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7682**)

**Status:**          This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

28.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

 A. Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:          None to date.

Additional Documents:

 B. Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:** This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

29. Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

A. Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:                        None to date.

Additional Documents:

B. Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:** This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

30. Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

A. Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

B. Opposition to Motion to Disallow Proof of Claim filed by Larry D. Compton, Trustee for the Estate of Capital Chevrolet (**ECF No. 8777**)

C. Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8877**)

D. Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

E. William Bradford Jones (Informal Response)

    F.      Timothy Roberts (Informal Response)

Replies Filed:              None to date.

Additional Documents:

    G.      Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

    H.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 67977 by Sandra Caccoma) (**ECF No. 11130**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

31.    Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:

    A.      Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

    B.      David Scott (Informal)

    C.      Thomas L. & Donna L. Kracker (Informal)

Replies Filed:              None to date.

Additional Documents:

    D.      Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

32.    Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

    A.    Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

    B.    Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

    C.    Richard P. McManama (**Informal Response**)

Replies Filed:        None to date.

Additional Documents:

    D.    Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

33.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

    A.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

    B.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

    C.    Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

    D.    Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

    E.    Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

    F.    Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

    G.    Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

H.  Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

I.  Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

J.  Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

Replies Filed:                     None to date.

Additional Documents:

K.  Order Granting Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

34.  Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

Responses Filed:

A.  Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

1.  Response by Daniel Plouffe (**ECF No. 10474**)

Replies Filed:

B.  Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

C.  Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

D.  Supplemental Order Granting 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10631**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

35.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

Responses Filed:

    A.    Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

        1.    The Plouffe Response (**ECF No. 9894, 10474**)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

    D.    Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10787**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

36.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

Responses Filed:

    A.    Travelers Indemnity Company (the "**Travelers Response**")

Replies Filed:                None to date.

Additional Documents:

    B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

37.    Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8842**)

Responses Filed:

A.    Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9359**)

B.    Response of Sundram International, Inc. to Debtors' 160th Omnibus Objection to Claims (**ECF No. 9567**)

Replies Filed:              None to date.

Additional Documents:

C.    Order Granting Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9630**)

**Status**:    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

38.    Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 8843**)

Responses Filed:

A.    Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to Claims (**ECF Nos. 9341, 9342**)

B.    Response of GE Consumer & Industrial to Debtors' 161st Omnibus Objection to Claims (**ECF No. 9345**)

C.    Response of Sundram Fasteners Limited to Debtors 161st Omnibus Objection to Claims (**ECF No. 9572**)

D.    Carrier Corp. (Informal Response)

Replies Filed:              None to date.

Additional Documents:

 E.  Order Granting Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 9631**)

Status:  This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

39. Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

 Responses Filed:

  A.  Jack Wendall and Freda Peterson (Informal Response)

  B.  Marian S. Morelli (Informal Response)

  C.  Marion and Della Goble (Informal Response)

 Replies Filed:   None to date.

 Additional Documents:

  D.  Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

 **Status:**  This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

40. Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

 Responses Filed:

  A.  Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

 Replies Filed:   None to date.

 Additional Documents:

  B.  Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

**Status:**     This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

41.     Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

A.     Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.     Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.     Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.     Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.     Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:          None to date.

Additional Documents:

F.     Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:**     This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

42.     Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

A.     Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

B.     Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

      C.      Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

           1.    Letter to Judge Gerber (**ECF No. 9914**)

      D.      Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

Replies Filed:             None to date.

Additional Documents:

      E.      Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

      F.      Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

43.      Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

      Responses Filed:

      A.      Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:             None to date.

Additional Documents:

      B.      Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

44.      Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

    A.    Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

    B.    Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

    C.    Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.    Richard Schell (Informal)

    E.    Mohamed Fetouh (Informal)

Replies Filed:        None to date.

Additional Documents:

    F.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

45.    Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

46.    Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

    A.    Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:        None to date.

Additional Documents:

    B.    Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

47.    Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

    A.    Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

    B.    Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed:        None to date.

Additional Documents:

    C.    Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**     This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

48.     Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

A.     Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

B.     Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

C.     Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

D.     Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

E.     Order Granting Debtors' 177 Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**     This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

49.     Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

A.     The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

B.     Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

    C.    Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

    **Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

50.    Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

    Responses Filed:

    A.    Stanley Jack (Informal)

    Replies Filed:    None to date.

    Additional Documents:

    B.    Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

    **Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

51.    Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

    Responses Filed:

    A.    Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

    B.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

    C.    Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

    D.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    E.       Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

    F.       Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:          None to date.

Additional Documents:

    G.       Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**       This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

52.    Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

    A.       Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

    B.       Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.       Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

    D.       Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:          None to date.

Additional Documents:

    E.       Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**       This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

53.     Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of
        Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

        Responses Filed:

        A.      Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon
                Hall (**ECF No. 9230**)

        B.      Objection to Debtors' 183rd Omnibus Objection to Claims by David R.
                Volpe (**ECF No. 9290**)

        C.      Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T.
                Lico (**ECF No. 9401**)

        D.      Response to Notice of Debtors' 183rd Omnibus Objection to Claims by
                David L. Robertson (**ECF No. 9411**)

        Replies Filed:                    None to date.

        Additional Documents:

        E.      Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare
                Benefits Claims of Retired and Former Salaried and Executive
                Employees) (**ECF No. 9683**)

        **Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
                           Time) and may be subject to further adjournments.  If this matter
                           goes forward on March 1, 2012, claimants will be notified via
                           letter sent by February 23, 2012.

54.     Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired
        and Former Salaried and Executive Employees) (**ECF No. 8867**)

        Responses Filed:

        A.      Objection to Debtors' 184th Omnibus Objection to Claims by Stanley
                E. Jack (**ECF No. 9274**)

        B.      Response to the Notice of Debtors' 184th Omnibus Objection to Claims
                by Robert L. Grajek (**ECF No. 9235**)

        C.      Claiman'ts Response and Objection to Debtors' 184th Omnibus
                Objection to Claims by David W. Turner (**ECF No. 9394**)

        D.      Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim
                No. 37728 by Donald T. Lico (**ECF No. 9399**)

        Replies Filed:                    None to date.

Additional Documents:

    E.    Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**<u>Status</u>:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

55.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

    A.    Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

    B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

    C.    Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:    None to date.

Additional Documents:

    D.    Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**<u>Status</u>:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

56.    Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

    A.    Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

    B.    Carolyn Deruso (Informal)

Replies Filed:                    None to date.

Additional Documents:

    C.    Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

57.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.    Jessica High (the "**High Response**") (Informal)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

    C.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

58.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

    A.       Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:             None to date.

Additional Documents:

    B.       Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

    C.       Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

59.    Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

Responses Filed:

    A.       Vincent Germano Jr. (Informal)

Replies Filed:             None to date.

Additional Documents:

    B.       Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

60.    Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

    A.       ATEL Leasing Corporation (Informal Response)

       B.      Noreen Glaspie (Informal Response)

Replies Filed:

       C.      Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

Additional Documents:

       D.      Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

61.      Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

Responses Filed:

       A.      Frances L. Kelleher (**Informal Response**)

Replies Filed:            None to date.

Additional Documents:

       B.      Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

62.      Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

Responses Filed:

       A.      Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

       B.      Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

  C.  Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

  D.  Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:

  E.  Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

  F.  Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**<u>Status</u>:**  This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

63. Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

  <u>Responses Filed</u>:

  A.  Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

  B.  General Electric Company (Informal)

  C.  Owens-Illinois Inc. (Informal)

<u>Replies Filed</u>:    None to date.

<u>Additional Documents</u>:

  D.  Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**<u>Status</u>:**  This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

64. Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.    Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th

    C.    and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    D.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

    E.    Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

65.    Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

    A.    Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

    B.    State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

    C.    Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

    D.    Travelers Insurance (Informal)

    E.    Country Mutual Insurance Company (Informal)

    F.    Country Preferred Insurance Company (Informal)

Replies Filed:                    None to date.

Additional Documents:

    G.    Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

66.    Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

Responses Filed:

    A.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10177**)

        1.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10426**)

    B.    Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

    C.    Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

    D.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

    E.    Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:                    None to date.

Additional Documents:

    F.    Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

67.    221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

Responses Filed:

A.    Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

Replies Filed:                    None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

68.    225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

Responses Filed:

A.    Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

B.    Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

C.    Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

Replies Filed:                    None to date.

Additional Documents:        None to date.

**Status:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

69.    226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

09-50026-mg    Doc 11397    Filed 02/08/12    Entered 02/08/12 14:59:58    Main Document
Pg 45 of 53

Responses Filed:

    A.    Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by
Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

        1.    Letter to the Honorable Judge Gerber, dated September 13, 2011,
filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

    B.    Response to Motion 226th Omnibus Objection to Claims (Welfare
Benefits Claims of Retired and Former Salaried and Executive
Employees) filed by Walter M. Bogucki and Diana Bogucki (the
"**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on March 1, 2012, claimants will be notified via
letter sent by February 23, 2012.

70.    227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and
Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

    A.    Response to Retiree Benefits filed by Francis T. Brennan (the
"**Brennan Response**") (**ECF No. 10421**)

Replies Filed:          None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on March 1, 2012, claimants will be notified via
letter sent by February 23, 2012.

71.    229th Omnibus Objection to Claims (Supplemental Executive Retirement
Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and
Executive Employees) (**ECF No. 10304**)

Responses Filed:

    A.    Response of J. Michael Losh to 229th Omnibus Objection to Claims
(the "**Losh Response**") (**ECF No. 10409**)

  B.  Response to Debtors' 229th Omnibus Objection to Claims
(Supplemental Executive Retirement Benefits Claims and Welfare
Benefits Claims of Retired and Former Salaried and Executive
Employees) by Eugene L. Abbott and Bernadine M. Abbott (the
"**Abbott Response**") (**ECF No. 10437**)

  <u>Replies Filed</u>:    None to date.

  <u>Additional Documents</u>:  None to date.

  <u>**Status:**</u>  This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments. If this matter
goes forward on March 1, 2012, claimants will be notified via
letter sent by February 23, 2012.

72.  232nd Omnibus Objection to Claims (Claims Relating to Former Employees
Represented by United Auto Workers) (**ECF No. 10308**)

  <u>Responses Filed</u>:

  A.  UAW Local 259 Pension Fund (the "**UAW Response**") (Informal
Response)

  <u>Replies Filed</u>:    None to date.

  <u>Additional Documents</u>:

  B.  Order Granting 232nd Omnibus Objection to Claims (Claims Relating
to Former Employees Represented by United Auto Workers) (**ECF No.
10507**)

  <u>**Status:**</u>  This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments. If this matter
goes forward on March 1, 2012, claimants will be notified via
letter sent by February 23, 2012.

73.  234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried
and Hourly Employees) (**ECF No. 10719**)

  <u>Responses Filed</u>:

  A.  Opposition by Claimant, Robert Cramer, to Motion to Disallow and
Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

  <u>Replies Filed</u>:    None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

74.      235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

Responses Filed:

A.      Response of T. Charles Powell to 235th Omnibus Objection to Claims (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

75.      237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10722**)

Responses Filed:

A.      Beverley A. Cary (Informal)

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

76.      243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

Responses Filed:

A.      Memorandum in Opposition to Motion to Enforce Bar Dates (243rd) with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt (the "**Brewer Response**")(**ECF No. 10908**)

B.    Response of Peggy L. Jernigan to the 243rd Omnibus Objection (Informal).

C.    Response of Overstreet, Cathy Sue to the 243rd Omnibus Objection (Informal).

D.    Response of Overstreet, Katlyn to the 243rd Omnibus Objection (Informal).

E.    Response of Overstreet, Megan to the 243rd Omnibus Objection (Informal).

Replies Filed:          None to date.

Additional Documents:     None to date.

**Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

77.    244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10747**)

Responses Filed:

A.    Austin Viall and Rebecca Viall's Response to Motion of 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Viall Response**") (**ECF No. 10848**)

B.    C R Rondinelli, Inc.'s Answer to 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Rondinelli Response**") (**ECF No. 10894**)

C.    Response of Erica L. Davis to the 244th Omnibus Objection (the "**Davis Response**") (ECF No. 11168).

D.    Response of Terry L. Love to the 244th Omnibus Objection (the "**Love Response**") (Informal).

Replies Filed:          None to date.

Additional Documents:

E.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69755 by Terry Love) (**ECF No. 11130**)

    F.          Order Granting 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10962**)

    G.         Supplemental Order Granting 244th Omnibus Objection To Claims And Enforcement Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11285**)

**Status:**      This matter is is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimant will be notified via letter sent by February 23, 2012.

78.    248th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10941**)

    Responses Filed:

    A.          Response of Vanessa Smith to the 248th Omnibus Objection (the "**Smith Response**") (Informal)

    Replies Filed:  None to date.

    Additional Documents:

    B.          Amended Exhibit to 248th Omnibus Objection (**ECF No. 11020**)

    C.          Order Granting 248th Omnibus Objection as to Claim Numbers 1092, 1093 and 1398 filed by William Kuntz III (**ECF No. 11127**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

79.    249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10942**)

    Responses Filed:

    A.          Response of Alice Zittel to the 249th Omnibus Objection (Informal)

    B.          Response of Charles & Joan Hassink to the 249th Omnibus Objection (Informal)

    C.          Response of Kenneth Reynolds to the 249th Omnibus Objection (Informal)

    D.          Response of Jerry Davidson to the 249th Omnibus Objection (Informal)

E.      Response of Marcia Tauber to the 249th Omnibus Objection (Informal)

F.      Response of Antony Burton to the 249th Omnibus Objection (Informal)

G.      Response of James Bryant to the 249th Omnibus Objection (Informal)

H.      Response of Sharon Brumley to the 249th Omnibus Objection (Informal)

<u>Replies Filed</u>:                None to date.

<u>Additional Documents</u>:

I.      Order Granting the 249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11094**)

J.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 7458 by Sharon Brumley) (**ECF No. 11130**)

**<u>Status</u>:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

80.     255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11056**)

<u>Responses Filed</u>:

A.      Response to Debtors' Omnibus Objection to Claim by Susan Hufton (**ECF No. 11140**)

B.      Objection to Motion 255 Omnibus Objection to Claims by Tammy Holt (**ECF No. 11131**)

<u>Replies Filed</u>:                None to date.

<u>Additional Documents</u>:

C.      Order Granting the 255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11173**)

**<u>Status</u>:**        This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

81.    258th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11152**)

    Responses Filed:

        A.    Atlas Technologies Inc.'s Response to the Debtor's Omnibus Objection to Claims (the "**Atlas Response**") (**ECF No. 11231**)

        B.    Twayna Rorer (the "**Rover Response**") (Informal)

        C.    Debra Hawkins (the "**Hawkins Response**") (Informal)

    Replies Filed:    None to date.

    Additional Documents:

        D.    Order Granting The 258th Omnibus Objection To Claims (Insufficient Documentation) (**ECF No. 11287**)

    **Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimant will be notified via letter sent by February 23, 2012.

82.    259th Omnibus Objection to Claims  and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11153**)

    Responses Filed:

        A.    Response to 259th Omnibus Objection to Expunge Certain Claims by Margaret A. O'Neill (the "**O'Neill Response**") (**ECF No. 11216**)

    Replies Filed:    None to date.

    Additional Documents:

        B.    Order Granting 259th Omnibus Objection To Claims And Enforcement Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11288**)

    **Status:**    This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimant will be notified via letter sent by February 23, 2012.

83.    261st Omnibus Objection to Claims (No Liability Claims) (**ECF No. 11155**)

    Responses Filed:

    A.      Epidoc LLC (the "**Epidoc Response**") (Informal).

Replies Filed:           None to date.

Additional Documents:

    B.      Order Granting 261st Omnibus Objection to Claims (No Liability Claims) (**ECF No. 11290**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimant will be notified via letter sent by February 23, 2012.

84.    262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 11156**)

Responses Filed:

    A.      Sheila Marie Whorley (the "Whorley Response") (Informal)

Replies Filed:           None to date.

Additional Documents:

    B.      Order Granting 262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 11263**)

**Status:**      This matter is adjourned to March 1, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

Dated:  New York, New York
       February 8, 2012

           /s/ Joseph H. Smolinsky
           Harvey R. Miller
           Stephen Karotkin
           Joseph H. Smolinsky

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Motors Liquidation
            Company GUC Trust