**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | ) | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE TO BE REMOVED FROM ELECTRONIC NOTICE LIST**

Susan M. Franzetti, of the law firm Nijman Franzetti LLP, hereby requests to be removed from the electronic filing list for the above-mentioned cases and all related adversary cases or other related matters.

Plase remove the following E-mail Address:  sf@nijmanfranzetti.com.

Dated:  February 9, 2012

/s/ Susan M. Franzetti
SUSAN M. FRANZETTI
Nijman Franzetti LLP
10 S. LaSalle Street, Ste. 3600
Chicago, IL  60603
(312) 251-5590 (telephone)
(312) 251-4610 (facsimile)
sf@nijmanfranzetti.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2012, a cop of the foregoing ***Notice to be Removed from Electronic Notice List*** was served via the Court's CM/ECF electronic mailing system, to all parties listed on the Court's Electronic Mail Notice List.

/s/ Susan M. Franzetti
SUSAN M. FRANZETTI
Nijman Franzetti LLP
10 S. LaSalle Street, Ste. 3600
Chicago, IL  60603