UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                        :    Chapter 11
                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,        :    Case No. 09-50026 (REG)
     f/k/a General Motors Corp., *et al.*,   :
                                             :
                    Debtors.                 :    (Jointly Administered)
                                             :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On February 8, 2012, at the direction of Weil, Gotshal & Manges LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail, postage pre-paid on the parties identified on Exhibit A annexed hereto (affected parties):

- Order of U.S. District Court Judge Denise L. Cote Regarding Notice of Appeal filed by Dale R. Spirnak [Docket No 11396].

Dated:  February 9th, 2012
        Lake Success, New York

                                            /s/Barbara Kelley Keane
                                             Barbara Kelley Keane

Sworn to before me this 9th day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

DALE SPIRNAK  
207 MAPLEDALE DR  
MUNHALL, PA 15120-2927

DALE SPIRNAK  
C/O COREY J SACCA, ESQ  
BONONI & BONINI, PC  
20 N PENNSYLVANIA AVE STE 201  
GREENSBURG, PA 15601