RECEIVED FEB -9 2012 U.S. BANKRUPTCY COURT, SDNY

Honorable United States Criminal/Civil Court Judge

*United States Bankruptcy Judge Robert E. Gerber,*

Honorable King County Washington State Judge

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

CLINTON M. and MARGARET L. TULLIS
And The Palimony Relationship Thereof

Petitioners

No. 1. General Motors Corporation in Complicity
No. 2. Universal Underwrites Insurance Company
No. 3. Law Firm of Weil, Gotshal and Manges

Respondents

Case No.10- 2-25699-7 KNT

Motion for Order re:
GRAND JURY TRIAL

2. The GMC judge of the Federal Court and the case being tried in Washington DC or New York, New York are acting against the United States Constitutional Laws. The Judge of king County Court & Petitioners are presently involved with, may enjoy and spread their wings for a cure. <u>I will help all I can.</u>

<u>The Defendants (Cornforth Campbell) long Term Insured, Seriously, may be entirely by the Insurance Company of: Universal Underwriters Insurance Company Post Office Box 542010, Omaha Nebraska 68154-8010 Insured inclusively commencing 2003 through 2011. to contact Rancho Cordova Claims Office: Telephone Number= 916-859-2470 : FAX No. 402-963-5011: Or: zdm.Claims@ zurichna.com</u> : As preference and follow up on their Admissions of Conduct during tenure of Cornforth Campbell Insurance should assist General Motors Corporation in Payment of Debts incurred through Cornforth Campbell Criminal performances and General Motors Inc. has shared total debt responsibility from the Partnership.

3. I, The Plaintiff-Petitioner plan to collect and is occasionally, surprisingly blinding out, which at times cripples my productivity of which I will have to hang up for at least an hour.
4. The several Doctors that have conditional control of my anatomy have prescribed potent drugs beneficial to various parts of my anatomy and they do bother memory, perturbing me; and relaxing of some short time challenges.

5. I will be capable of facing a 12 person Jury and look forward to working with the Judges to augment a very essentially necessary new look at the potent Dangerous Automobile Industry That has about 75 to 90 percent control over Automobile Owners and closer to One Hundred Percent of Injuries and Deaths caused by Auto Factories and Dealers Deadly Short-Cuts. This Corruption results, Points to possibility's to you and me Every Day: Period.

6. The proper effects of our Trial formerly dated for, has already changed some by oversight and demand at the Assembly Lines at General Motors by Then: "Chief Rick Waggoner" upon receipt of Petitioners First Brief; Rick ordered the Assembly Lines to Increase GMC Frame And Steering Size and Strength, plus more welding and Heavier Steering and Frames connections.

Clinton M. and Margaret L Tullis ProSe
16300-184[th] ave. S.E. Renton, Wa. 98058
phone  425-226-7399 or 206-713-4950

1

7. Mr. Waggoner was the first Executive Fired off GMC Calendar. One Wonders Why. The Pick-ups and Trucks are much stronger; and so are the Passenger Cars. I would like an answer and may get one from a new owner of a Renton GMC Dealership. He may get fired from GMC, but I doubt it. He may investigate the facts and if they are strengthened, They will certainly make a grand advertiser.

8. Plaintiffs often have received condolences because of excitedly increasing the strengthening of General Motors Vehicles Frames and Steering assemblies because of Clinton M. Tullis Complaints of safety needed for vehicles to be on busy roads.

9. I Plan on sending GMC a copy of this Brief, exploiting this trustworthy factor and hope.

9. General Motors: Should send the Universal Underwriters Insurance Company if Possible; a demand for copies of Cornforth Campbell Insurance Policy's agreements with Cornforth Campbell of Puyallup, Washington.

9a. Though: Original owners of Cornforth Campbell Automobile Agency with Partnership of General Motors Mr. Good Wrench , may be in Jail.

10. The only Cornforth Campbell business that seemingly prevails is a Large Flashy, Wreck Repair Building located on East second Street in Puyallup, Washington..

11. There is a Large New Service Station appearing like a Truck Stop at the original Location of their former, Large GMC Automobile Agency.

12. I will soon utilize time to Go to City of Tacoma, To their new County Records Departments and obtain the ownership and other data such as a sale or just a change. Cornforth-Campbell has no outside references that I could detect in passing by.

13. The Pierce County Telephone Book is like looking at a Dead Horse.

14. The city of Tacoma is rapidly changing and looks like it is cleaning up as well as expanding.

15. The Pierce County Records Building has considerably expanded and is readily available. It used to look like Cowboys were wearing Boots and any need of properties had to first clear the mud and then you might find someone that would drag out a series of maps to research for location, planned usage and difficulties endured for construction permits. The changes in the area was absolutely astonishing.

\                Case Number 10-2-25699-7
     Plaintiff Reminder of on this day : Criminal and or Chief Civil Case Judge

With two or more counties involved, Petitioners can perform a case through a Court of Petitioners choice. This case had been enacted by performance in three counties of which one is King County and is their residence ever since 1954.

I Clinton M Tullis Has researched the Constitutional Laws and rules of the United States that augment the value of Tullis Case researched for absolute Truth of the present situation attempting to be overpowered by the opposition Attorneys seducing the Judge of the United States Court in NewYork, New York.

The case supposedly being resolved in the New York,New York court is against the United States Constitutional Laws as the case is to be resolved solely within the State and County Court House From the area where the Plaintiff-Petitioners preside.

Clinton M. and Margaret L Tullis ProSe
16300-184th ave. S.E. Renton, Wa 98058
phone 425-226-7399 or 206-713-4950

2

To place the Plaintiffs in jeopardy as well as the United States Judge to problems that are not any Of The Attorneys Legal business; Could place the self proclaimed Professionals as Attorney's in jeopardy.

I. Clinton M. Tullis has recently attempted to let the Attorneys know this and it appears that they learned their functioning as Attorneys in fact without further studies to see that they are not provided with all they should know as Professionals; of Federal functioning and resolution of a case created by situations prevailing in three counties in the State of Washington of which allows Plaintiffs-Petitioners, (Professionals), The absolute right of Clinton to make a choice of King County for final Trial and Judgment; in the City of Kent, Washington, at Maleng Regional Justice Center.

Clinton M. Tullis will rightfully continue this law suit through the Justice Center in the city of Kent. The Charges to Defendants are for combined Criminal and Civil Charges applicable to Rules of the Court of Washington to be applied and completed in Court action at Kent, WA.

Plaintiff Clinton may change his mind and complete this case in Seattle, Washington. The Appearing to be: the leading Superior Court System of King County and past amplified by past Thorough experience with Judge Lum.

Following is the United States Constitutional Laws

Amendment V11 (1791) :
In suit of Common Law, Where the Value in Consideration shall exceed (20) Twenty Dollars, the right to trial by Jury shall be preserved, and no fact tried by Jury, shall be Other wise Re-Examined in any Court of the United States than the rules of Common Law..

Article V1:

and all Executive and Judicial Offices, both of the United States and of several States Shall Be Bound by Oath and Affirmation to Support the Constitution.

Article 111.
No.{3} The trial of all crimes except in cases of impeachment , shall be by Jury; and such Trials shall be held in the State where the said Crimes shall have been committed.
Assurance IN this EVENT: as "Washington State".

AMENDMENT (X1V): SECTION (1).

Section 1. All Persons whether Born or Naturalized in the United States and subject to the Jurisdiction thereof, are citizens of the United States wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;

Nor shall any State deprive any person of life, liberty, or Property, without due process of Law; nor deny to any person within its Jurisdiction the equal protection of the laws.

SECTION (3).

No Person shall be a Senator or Representative in Congress or Elector of President and Vice President, or hold any office, CIVIL or MILITARY, UNDER THE UNITED STATES, or any STATE,

Who having previously taken an Oath, as an EXECUTIVE or JUDICIAL OFFICER of any STATE, To Support the Constitution of the United States, shall have engaged in insurrection or rebellion

Clinton M. and Margaret L Tullis ProSe
16300-184th ave S.E. Renton, Wa. 98058
phone 425-226-7399 or 206-713-4950

against the same, or have given aid or comfort to the enemies thereof. But Congress may by a Two-Thirds Vote of Each House, Remove Such Disability.

PERJURED SALES DECLARATIONS OF VEHICLE BEING IN PERFECT CONDITION (Like new). Vehicle Shined like New, but quickly found to be in dangerous road condition.

IE.: The State where the Crimes and Injuries there from; were committed, Covered results from Three Counties: IE: South King County, North Pierce County, and North Lewis County. King County at the city of Renton, is where we the "Plaintiffs, Petitioners" live, Purchased the

Suburban in Northern Part of Pierce County at Puyallup, city of Washington State; and had an unnecessary accident in the Northern Part of Lewis County, at Centralia, Washington. created by laxity of Mechanics and Business and Sales Agents working for Cornforth Campbell and GMC Mr. Good Wrench at Puyallup, Washington and for which Plaintiffs-Petitioners have continuously suffered from Never Ending "Physical Damages".

The so called Professionals: of Weil, Gotshal and Manges, etc. have bullied the word of Professionals to the Honorable Judge : Robert E. Gerber to Impress Him to have a Court Action against the Tullis" and this is against Constitutional Law and Washington State Law. IE.: The Case shall be totally resolved in the State of Washington and the County of Plaintiffs Choice.

Enforcement and of foreign Trial at New York is a Crime in itself and Plaintiffs now demand Ten Million Dollars for relief from the Criminal Acts of the above mentioned Attorneys. I could use a more appropriately and better names of your said Professionalism but do not desire to follow your ignorance.

The Judge will have to remand any claims against the Plaintiffs-Petitioners of Washington State. As any legal so called claims are really out of order under Honorable Judge Robert E. Gerber whom was led to believe that the so called Professionals "Lawyers" actually new what they were pressing him to perform. He should place them in Jail and give them some legal books to read that would move tham to a more appropriate status. Try some constitutional Law Books

The Law Firm of Weil, Gotshal & Manges etc. have grossly violated County, Federal and Washington State Laws, for which they could be placed in incarceration or will be at the least, charged heavily for their Criminal Acts. Today: Plaintiffs demand a 10 Million Dollar penalty from Weil, Gotshal and Manges, etc.

Again: Vehicle PERJURED Sale to Petitioners-Plaintiffs by General Motors GMC Mr. Good Wrench Agency of Cornforth Campbell, A Suburban Vehicle meant to tow a large Wilderness Trailer on vacations. Plaintiffs have more than Forty Pages consisting of the original Super Perjured information of the condition of the Vehicle and also consisting of all of the repairs and the never ending damages done to Plaintiffs-Petitioners caused by General Motors Agency irregulatory Persistant Criminal Neglect. Fraud in Fact.

The Agency Declaration of perfect condition of the Suburban Vehicle must have meant for the junk yards.

This case is a Criminal and Civil Case Combined. Fraud in fact.

The Studies of Constitutional Laws and Washington State Laws

No.1. The Law Firm of Weil, Gotshal and Manges etc. first challenge Plaintiffs by injecting the Chapter 11, etc; denied Plaintiffs of Crimes committed by General Motors and Agency of Cornforth

Clinton M. and Margaret L Tullis ProSe
16300-184th ave S.E. Renton, Wa. 98058
phone 425-226-7399 or 206-713-4950

$6^4$

Campbell could not take bankruptcy or find other means to hide their values. The submission demanded by Weil, Gotshal and Manges etc. were wrong in violating Plaintiffs case and further violation of rules of Washington State and the County of King being Plaintiffs choice for completion of our Case.

No. 2. The law firm of Weil, Gotshal and Manges, etc. are again violating Washington State Laws, King County Laws and United States Constitutional Law. Their firm is not a resident of the State of Washington or of King County, etc. and they have no right whatsoever to create a case or resolution with Plaintiffs on a Washington State Case of Law.

No.3. You are also pressing the United States Judge : Honorable Robert E. Gerber to violate Constitutional Law and Washington State Law for which you are wasting precious time for every one concerned and for which We shall show no mercy to your fiction.

Plaintiffs demand Eighty two Million Dollars for the hell we have been through in the past from June, 2003 to health remaining damaged in 2012 and we can add ten more years if necessary, to collect ten million from you and your cronies.

General Motors is now producing much better and safer vehicles because of my discovery and injury's from their former Suburban. Many of their officials and sales persons have thanked me for informing them of what was needed to make their vehicles safe on the roads. They will generate a lot of business from the changes immediately activated after my notice.

A Washington State Judge will soon close the case in my favor. Weil, Gotshal and Manges etc. and a Judge from out of State cannot rule without violating the laws of the US Constitution of which you must not have ever read.

TO THE OFFICIATING JUDGE OF THIS CASE OF CRIMES AND INJURIES COMMITTED TO PLAINTIFFS TO BE RESOLVED BY MONETARY VALUES REQUESTED BY PLAINTIFFS IS HEREBY ORDERED AS FOLLOWS:

BY Honorable Judge: _____ Payment of: $_____

From_____ on this _____ day of_____

_____

And payment of: $_____ from_____-

On this _____ day of _____ 2012.

_____

Clinton M. and Margaret L Tullis ProSe
16300-184th ave S.E. Renton, Wa 98058
phone 425-226-7399 or 206-713-4950

5