| 264th Omnibus Objection | Exhibit A | Motors Liquidation Company, et al. |
|---|---|---|
| | | Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO RECLASSIFY, DISALLOW AND EXPUNGE**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHARLES AND JOAN HASSINK<br>10256 SPINNAKER RUN<br><br>REMINDERVILLE, OH 44202-8109<br>UNITED STATES OF AMERICA | 4642 | Motors Liquidation Company | $3,500.00 | Securities Claims (Equity Interests) | Pgs. 4-5 |
| LLOYD OLDENBURG<br>27500 GERMAN RD<br><br>BELLE PLAINE, MN 56011 | 11250 | Motors Liquidation Company | $10,526.66 | Securities Claims (Equity Interests) | Pgs. 4-5 |
| WILLIAM J DARRAS<br>2003 E AVON LN<br><br>ARLINGTON HTS, IL 60004 | 17900 | Motors Liquidation Company | $35,368.00 | Securities Claims (Equity Interests) | Pgs. 4-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **3** |
|---|---|

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1