| | | | | | |
|---|---|---|---|---|---|
| 264th Omnibus Objection | | **Exhibit B** | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

**CLAIMS TO BE DISALLOWED AND EXPUNGED**

*CLAIMS TO BE DISALLOWED AND EXPUNGED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALICE ZIITTEL<br>426 MINNESOTA AVE<br>SAINT PAUL, MN 55113 | 8712 | Motors Liquidation Company | $10,160.00 | Securities Claims (Debt Security) | Pgs. 4-5 |
| ARTHUR P JESCHON & IRENE S JESCHON<br>35 LEAH CT<br>HAMMONTON, NJ 08037 | 9624 | Motors Liquidation Company | $19,875.50 | Securities Claims (Debt Security) | Pgs. 4-5 |
| ESTATE OF KENNETH REYNOLDS<br>SANDRA REYNOLDS EXECUTRIX<br>21 - PINEHURST CIRCLE<br>ANNANDALE, NJ 08801-1655 | 22233 | Motors Liquidation Company | $24,000.00 | Securities Claims (Debt Security) | Pgs. 4-5 |
| GUNTHER PAUL HESSE<br>1103 BAHAMA BEND APT G-2<br>COCONUT CREEK, FL 33066 | 65853 | Motors Liquidation Company | $125,795.64 | Securities Claims (Debt Security) | Pgs. 4-5 |
| JERRY C DAVIDSON TTEE MANESS FAMILY TRUST<br>C/O JERRY C DAVIDSON TTEE<br>2866 FOXFIRE DR<br>ST LOUIS, MO 63129-3511 | 11002 | Motors Liquidation Company | $1,928.66 | Securities Claims (Debt Security) | Pgs. 4-5 |
| KARL PHILIPP MULLER<br>LEBEREN STRASSE 27<br>CH 8472 SEUZACH SWITZERLAND | 70884 | Motors Liquidation Company | $794.70 | Securities Claims (Debt Security) | Pgs. 4-5 |
| LE GAISSE<br>NATIXIS PRIVATE BANKING<br>51 AVE JF KENNEDY<br>L-1855 LUXEMBOURG EUROPE | 64748 | Motors Liquidation Company | $62,722.80 | Securities Claims (Debt Security) | Pgs. 4-5 |
| MARCIA TAUBER<br>460 KILMER WAY<br>THE VILLAGES, FL 32162 | 70802 | Motors Liquidation Company | $0.00<br>Unliquidated | Securities Claims (Debt Security) | Pgs. 4-5 |
| MARY ANN FOYLE IRA<br>383 W THORNHILL PLACE<br>FREDERICK, MD 21703-6171 | 61115 | Motors Liquidation Company | $8,500.00 | Securities Claims (Debt Security) | Pgs. 4-5 |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 1

| 264th Omnibus Objection | **Exhibit B** | | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | |
| --- | --- | --- | --- | --- | --- |
| ROBERT G GRANT & <br> CYNTHIA L GRANT JT WROS <br> 26 ABBY LANE <br> GREEN BROOK, NJ 08812 | 62774 | Motors Liquidation Company | $150,000.00 | Securities Claims (Debt Security) | Pgs. 4-5 |
| ROBERT PAUL MCCORMICK <br> 4683 MIRABELLA CT <br> SAINT PETE BEACH, FL 33706 <br> UNITED STATES OF AMERICA | 28350 | Motors Liquidation Company | $10,450.00 | Securities Claims (Debt Security) | Pgs. 4-5 |
| STRUL FLANDEL <br> SQ ED MACHTENS 18/3 <br> 1080 BRUXELLES BELGIUM | 63034 | Motors Liquidation Company | $51,525.45 | Securities Claims (Debt Security) | Pgs. 4-5 |
| THOMAS GEHLEN <br> PLATANENWEG 39 <br> 65835 LIEDERBACH DE DEUTSCHLAND <br> , DE 65835 <br> GERMANY | 26840 | Motors Liquidation Company | $698.67 | Securities Claims (Debt Security) | Pgs. 4-5 |

| *CLAIMS TO BE DISALLOWED AND EXPUNGED* | **13** | | | | |
| --- | --- | --- | --- | --- | --- |

(1) In the "Claim Amount" column, the amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00". For claims filed in a foreign currency, "Foreign Currency" is displayed in the "Claim Amount" column.
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.