| 265th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY | 19793 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| CRAWFORD STEWART C LAW OFFICES OF | | | $0.00 | (P) | $0.00 | (P) |
| PO BOX E | | | | | | |
| 223 N MONROE ST, | | | | | | |
| MEDIA, PA 19063-3019 | | | $13,935.70 | (U) | $6,967.85 | (U) |
| | | | $13,935.70 | (Total Claim Amount) | $6,967.85 | (Total Claim Amount) |
| Official Claim Date: 11/4/2009 | | | | | | |
| ALLSTATE PROPERTY & CASUALTY INS CO | 17347 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| COZEN OCONNOR | | | $0.00 | (P) | $0.00 | (P) |
| ATTN: WILLIAM N CLARK ESQ | | | | | | |
| 1900 MARKET STREET | | | | | | |
| RE: JOHN GASSAWAY | | | $164,081.62 | (U) | $82,040.81 | (U) |
| PHILADELPHIA, PA 19103 | | | | | | |
| UNITED STATES OF AMERICA | | | $164,081.62 | (Total Claim Amount) | $82,040.81 | (Total Claim Amount) |
| Official Claim Date: 10/29/2009 | | | | | | |
| ARTHUR GRIGORYAN | 840 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 23277 VENTURA BLVD | | | $0.00 | (P) | $0.00 | (P) |
| WOODLAND HILLS, CA 91364 | | | | | | |
| | | | $55,086.26 | (U) | $13,771.57 | (U) |
| Official Claim Date: 7/6/2009 | | | $55,086.26 | (Total Claim Amount) | $13,771.57 | (Total Claim Amount) |
| AUTO CLUB INSURANCE ASSOCIATION | 5461 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| TRANS PAC SOLUTIONS | | | $0.00 | (P) | $0.00 | (P) |
| C/O KELLY SCHROADER | | | | | | |
| PO BOX 36220 | | | | | | |
| LOUISVILLE, KY 40233 | | | $21,224.50 | (U) | $5,306.13 | (U) |
| | | | $21,224.50 | (Total Claim Amount) | $5,306.13 | (Total Claim Amount) |
| Official Claim Date: 10/6/2009 | | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 265th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|---|
| | | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| BUCKELS, LAWRENCE | 61392 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| KAHN, DEES, DONOVAN & KAHN PO BOX 3646 | | | $0.00 | (P) | $0.00 | (P) |
| EVANSVILLE, IN 47735-3646 | | | $82,670.86 | (U) | $20,667.72 | (U) |
| Official Claim Date: 11/27/2009 | | | $82,670.86 | (Total Claim Amount) | $20,667.72 | (Total Claim Amount) |
| DASILVA, MICHAEL | 9537 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| STATE FARM INS 147 WASHINGTON POINTE DR | | | $0.00 | (P) | $0.00 | (P) |
| INDIANAPOLIS, IN 46229-2636 | | | $13,498.50 | (U) | $6,000.00 | (U) |
| Official Claim Date: 10/13/2009 | | | $13,498.50 | (Total Claim Amount) | $6,000.00 | (Total Claim Amount) |
| DIRECT GENERAL INS A/S/O WILLIAM KANE | 29771 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| PRAXIS CONSULTING, INC A/S/O DIRECT GENERAL, 1181183 PO BOX 5 | | | $0.00 | (P) | $0.00 | (P) |
| MUNCIE, IN 47308 | | | $48,910.00 | (U) | $4,891.00 | (U) |
| Official Claim Date: 11/18/2009 | | | $48,910.00 | (Total Claim Amount) | $4,891.00 | (Total Claim Amount) |
| DONAHUE LAW GROUP, P S C | 14807 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 410 SOUTH MAIN STREET SOMERSET, KY 42501 | | | $0.00 | (P) | $0.00 | (P) |
| | | | $31,509.81 | (U) | $15,754.91 | (U) |
| Official Claim Date: 10/22/2009 | | | $31,509.81 | (Total Claim Amount) | $15,754.91 | (Total Claim Amount) |
| EADY, JOHN | 17837 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| 400 HILLCREST CT IRVING, TX 75062-6957 | | | $0.00 | (P) | $0.00 | (P) |
| | | | $22,250.00 | (U) | $4,450.00 | (U) |
| Official Claim Date: 10/30/2009 | | | $22,250.00 | (Total Claim Amount) | $4,450.00 | (Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

## CLAIMS TO REDUCE, FIX AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| GASKINS, ELIZABETH<br><br>440 BOWEN ST<br>SAVANNA, IL 61074-2106<br><br>Official Claim Date: 11/30/2009 | 63419 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,521.95<br>$31,521.95 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| HOOVER, DOROTHY<br><br>HOOVER, MICHAEL L. & CHASE HOOVER<br>3580 8TH AVE NE<br>NAPLES, FL 34120-4963<br><br>Official Claim Date: 11/30/2009 | 63578 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,578.00<br>$16,578.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br>$4,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| INTEGON NATIONAL INSURANCE A/S/O TERRY GREENE<br><br>ATTN: CLAIM # 8733775<br>PO BOX 1429<br>WINSTON-SALEM, NC 27102<br><br>Official Claim Date: 10/29/2009 | 17625 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$18,917.50<br>$18,917.50 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$9,458.75<br>$9,458.75 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| KAISER FOUNDATION HEALTH PLAN INC<br><br>C/O CARL WARREN & CO<br>PO BOX 3975<br>WALNUT CREEK, CA 94598-0849<br><br>Official Claim Date: 11/25/2009 | 51096 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,195.34<br>$16,195.34 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$8,097.67<br>$8,097.67 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| LIBERTY MUTUAL<br><br>5050 W. TILGHMAN ST. SUITE 200<br>ALLENTOWN, PA 18104<br>UNITED STATES OF AMERICA<br><br>Official Claim Date: 11/3/2009 | 19431 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$78,000.00<br>$78,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$39,000.00<br>$39,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 265th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
| --- | --- | --- | --- | --- | --- |
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
| --- | --- | --- | --- | --- | --- | --- |
| LINDSAY KENNEY LLP<br><br>ATN:DUNCAN MAGNUS FOR RESPONDENT<br>PRESTON CHEVROLET CADILLAC (2006) LTD<br>401 W GEORGIA ST STE 1800<br>VANCOUVER BRITISH COLUMBIA V6B 5A1<br><br>Official Claim Date: 11/27/2009 | 60950 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$14,246.00<br>$14,246.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,123.00<br>$7,123.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| LUEKINNA MITCHELL<br><br>933 WALKER<br>DES MOINES, IA 50316<br><br>Official Claim Date: 2/28/2011 | 71019 | Motors Liquidation Company | $12,400.00<br>$0.00<br>$12,400.00<br>$0.00<br>$24,800.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,450.00<br>$4,450.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| LUMPKIN, MICHAEL R<br><br>FICKLEY R BRUCE LAW OFFICES OF<br>PO BOX 4005<br>ROANOKE, VA 24015-0005<br><br>Official Claim Date: 10/5/2009 | 4689 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$46,116.13<br>$46,116.13 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,764.52<br>$5,764.52 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| MERCURY INSURANCE COMPANY<br><br>LEA & NIVINSKUS<br>134 W WILSHIRE AVE<br>FULLERTON, CA 92832-1824<br><br>Official Claim Date: 10/30/2009 | 17901 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,000.00<br>$25,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,000.00<br>$6,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PARNASS, LUIS<br><br>1272 BONSAI CIR<br>CORONA, CA 92882-8346<br><br>Official Claim Date: 10/27/2009 | 16850 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,000.00<br>$13,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,000.00<br>$4,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 265th Omnibus Objection | | | **Exhibit A** | | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| PATTEN ADRIEN<br><br>PATTEN, ADRIEN<br>STATE FARM<br>147 WASHINGTON POINT DR<br>INDIANAPOLIS, IN 46229-2636<br><br>Official Claim Date: 10/13/2009 | 9536 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$51,189.25<br>$51,189.25 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$25,594.63<br>$25,594.63 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PROGRESSIVE AMERICAN INSURANCE<br><br>ATTN: STEVEN J JACOBSON, ESQ.<br>5701 N PINE ISLAND RD, STE 320<br>TAMARAC, FL 33321-4400<br><br>Official Claim Date: 11/10/2009 | 22492 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$35,372.40<br>$35,372.40 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$17,686.20<br>$17,686.20 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PROGRESSIVE EXPRESS INS. CO.<br><br>ATTN: STEVEN J JACOBSON, ESQ.<br>5701 N PINE ISLAND RD, STE 320<br>TAMARAC, FL 33321-4400<br><br>Official Claim Date: 11/10/2009 | 22497 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$21,093.20<br>$21,093.20 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,546.60<br>$6,546.60 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SCHEIDT, MARK<br><br>STATE FARM<br>147 WASHINGTON POINTE DR<br>INDIANAPOLIS, IN 46229-2636<br><br>Official Claim Date: 10/13/2009 | 9538 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$28,191.48<br>$28,191.48 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,500.00<br>$7,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SHEFFIELD, BEVERLY<br><br>1321 ORLEANS #2208<br>DETROIT, MI 48207<br><br>Official Claim Date: 10/21/2009 | 14294 | MLC of Harlem, Inc. | $0.00<br>$0.00<br>$0.00<br>$15,000.00<br>$15,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$6,500.00<br>$6,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 265th Omnibus Objection | | | **Exhibit A** | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO REDUCE, FIX AND ALLOW

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| SHELLY SWEDEEN<br><br>231 SILVERWOOD AVE<br>P.O. BOX 54<br>MARBLE, MN 55764-0054<br><br>Official Claim Date: 11/27/2009 | 61262 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$14,309.00<br>$14,309.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$4,769.67<br>$4,769.67 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SMILEY, YOLANDA<br><br>73190 STANDIFER GAP RD APT. 621<br>CHATTANOOGA, TN 37421<br><br>Official Claim Date: 10/5/2009 | 3952 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$31,656.18<br>$31,656.18 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SMITH, CHEIW<br><br>135 MAIN ST<br>RICHMONDVILLE, NY 12149-2401<br><br>Official Claim Date: 11/21/2009 | 33527 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$13,500.00<br>$13,500.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| SOLDANELS TED<br><br>SOLDANELS, TED<br>DOUG JOHNSON STATE FARM INS. CO.<br>147 WASHINGTON POINTE DR.<br>INDIANAPOLIS, IN 46229-2636<br><br>Official Claim Date: 10/13/2009 | 9540 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$25,367.66<br>$25,367.66 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$5,000.00<br>$5,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| VICKERY, ROBIN<br><br>LAW OFFICES OF MARK G MCMAHON<br>7912 BONHOMME AVE STE 101<br>SAINT LOUIS, MO 63105-3512<br><br>Official Claim Date: 10/8/2009 | 6397 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$33,625.75<br>$33,625.75 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$22,417.17<br>$22,417.17 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**265th Omnibus Objection**  **Exhibit A**  <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

*CLAIMS TO REDUCE, FIX AND ALLOW*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| WATKINS, SHARENA | 60050 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
|  |  |  | $0.00 | (A) | $0.00 | (A) |
| 5052 N 21ST ST |  |  | $0.00 | (P) | $0.00 | (P) |
| MILWAUKEE, WI 53209-5740 |  |  | $17,000.00 | (U) | $5,666.67 | (U) |
| Official Claim Date:  11/27/2009 |  |  | $17,000.00 | (Total Claim Amount) | $5,666.67 | (Total Claim Amount) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**265th Omnibus Objection** **Exhibit A** <u>**Motors Liquidation Company, et al.**</u>
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| TOWER INSURANCE CO OF NY AS SUBROGEE OF TRISHA BROWN-JANVIER | 67129 | Motors Liquidation Company | $0.00 | (S) | $0.00 | (S) |
| | | | $0.00 | (A) | $0.00 | (A) |
| JOSEPH J COOKE ESQ<br>MILBER MAKNS PLOUSADIS & SEIDEN LLP<br>1000 WOODBURY RD SUITE 402 | | | $0.00 | (P) | $0.00 | (P) |
| WOODBURY, NY 11797 | | | $86,087.96 | (U) | $14,347.99 | (U) |
| | | | $86,087.96 | (Total Claim Amount) | $14,347.99 | (Total Claim Amount) |
| Official Claim Date:  11/30/2009 | | | | | | |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 265th Omnibus Objection | | **Exhibit A** | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## *OBJECTION WITHDRAWN*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | | Proposed Allowed Status/Amount | |
|---|---|---|---|---|---|---|
| ALLSTATE INSURANCE COMPANY<br><br>F. OTWAY DENNY III, LLC (REPRESENTATIVE OF ALLSTATE INS. CO.)<br>110 VETERANS MEM. BLVD. , #460<br>METAIRIE, LA 70005<br><br>Official Claim Date: 7/24/2009 | 885 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$7,559.38<br>$7,559.38 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$7,559.38<br>$7,559.38 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| ALLSTATE INSURANCE COMPANY<br><br>C/O YOST & BAILL LLP<br>2050 US BANK PLAZA SOUTH 220 SOUTH 6TH ST<br>MINNEAPOLIS, MN 55402<br><br>Official Claim Date: 7/31/2009 | 958 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$16,235.22<br>$16,235.22 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$16,235.22<br>$16,235.22 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |
| PROGRESSIVE CASUALTY AS SUBROGEE OF DENNIS IMBER<br><br>ATTN: PAUL JOHNSTON<br>207 E MAIN ST<br>MACUNGIE, PA 18062-1312<br><br>Official Claim Date: 10/26/2009 | 15663 | Motors Liquidation Company | $0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$50,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) | $0.00<br>$0.00<br>$0.00<br>$50,000.00<br>$50,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(Total Claim Amount) |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.