**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : | **09-50026 (REG)** |
| f/k/a **General Motors Corp.,** *et al.* | : | |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------------x

### ORDER GRANTING 246TH OMNIBUS OBJECTION
### AS TO CLAIM NUMBER 66268 FILED BY ERMA JEANINE BUCKLEY

Upon the 246th omnibus objection dated September 23, 2011 (the "**Objection**")[1]

to Proof of Claim Number 66268 filed by Erma Jeanine Buckley (the "**Claimant**"), of the

Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned

debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint

Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from

time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the

"**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy

Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claims and

Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof (ECF No.

4079), seeking entry of an order disallowing and expunging Claim Number 66268 on the

grounds that Debtors are not liable for the claim as a matter of law, as more fully described in the

---

[1] Capitalized terns used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Objection.

Omnibus Objection; and due and proper notice of the Omnibus Objection having been provided,

and it appearing that no other or further notice need be provided; and the Court having

considered the response to the Objection filed by Erma Jeanine Buckley (ECF No. 11143), the

GUC Trust's reply thereto (ECF No. 11348); and the Court at the hearing on the Omnibus

Objection on September 26, 2011 (the "**Hearing**") having found and determined that the relief

sought in the Omnibus Objection is in the best interests of the Debtors, their estates, creditors,

and all parties in interest and that the legal and factual bases set forth in the Omnibus Objection

establish just cause for the relief granted herein; and upon the record, including the findings of

fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Omnibus Objection is granted as

provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Buckley

Claim is disallowed and expunged; and it is further

ORDERED that, to the extent Claimant files any further pleadings, claims, or

otherwise takes action against the Debtors or the GUC Trust in this Court, neither the Debtors

nor the GUC Trust shall be required to file a response or take any action unless directed by this

Court; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine all
matters arising from or related to this Order.


Dated: New York, New York
       *February 10, 2012*


                                        *s/ Robert E. Gerber*
                                        United States Bankruptcy Judge