**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    09-50026 (REG)
    f/k/a General Motors Corp., *et al.*                 :
                                                             :
                          Debtors.        :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

### ORDER GRANTING 89TH AND 245TH OMNIBUS OBJECTIONS AS TO LATE-FILED PROOFS OF CLAIM NUMBERED 71170, 70303, 71140, AND 71193 AND DISALLOWING AND EXPUNGING SUCH CLAIMS

Upon the 89th and 245th Omnibus Objections to late-filed proofs of claim numbered 71170 (Jesmer Evans), 70303 (Monty R. and Lisa K. Henderson), 71140 (Michael Stelmach, Sr.), and 71193 (Stephan A. Truxall, Sr.) (collectively, the "**Late-Filed Claims**") and the reply (the "**Reply**") to the responses of the Late-Filed Claims of the Motors Liquidation Company GUC Trust formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), seeking entry of an order disallowing and expunging the Late-Filed Claims on the grounds that such Late-Filed Claims were not timely filed, all as more fully described in the Omnibus Objections and the Reply; and due and proper notice of the Omnibus Objections and Reply having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Omnibus Objections and Reply is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Omnibus Objections and Reply establish just cause for

2

the relief granted herein; and after due deliberation and sufficient cause appearing therefor; and for the reasons stated in the record, it is

ORDERED that the relief requested in the Omnibus Objections is granted as to the Late-Filed Claims; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Late-Filed Claims are disallowed and expunged; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
    February 10, 2012

                                s/ Robert E. Gerber
                                United States Bankruptcy Judge