**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **MOTORS LIQUIDATION COMPANY,** *et al.*, | : Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On February 8, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil), counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Joseph Cobble Jr., 2134 Saint Andrews, Rochester Hills, MI 48309 (affected party):

- Supplemental Order Granting 83rd Omnibus Objection to Claims as to Proof of Claim No. 64959 Filed by Joseph Cobble Jr. (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) [Docket No. 11391].

3.    On February 8, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Pursuant to 11 U.S.C. §§ 105(a) and 1142(b) and Fed. R. Bankr. P. 7012(b) and 9014(c) (I) Directing the Tullises to Dismiss the Debtors and their Attorneys from Pending Action with Prejudice; and (II) Enforcing Prior Orders of this Court by Enjoining the Tullises from Further Action Against the Debtors, Post-Effective Date Debtors, Motors Liquidation Company GUC Trust, and their Officers and Professionals [Docket No. 11392].

Dated:  February 14th, 2012
         Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 14th day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

LAW OFFICE OF WILLIAM J. O'BRIEN
ATTN: WILLIAM J. OBRIEN
ATTY FOR DEFENDANT CORNFORTH-CAMPELL DEALERSHIP
999 3RD AVE, STE 805
SEATTLE, WA 98104-4019

TULLIS, CLINTON
16300 184TH AVE SE
RENTON, WA 98058-0903

TULLIS, MARGARET
16300 184TH AVE SE
RENTON, WA 98058-0903