Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re                                                         :    **Chapter 11 Case No.**
                                                              :
**MOTORS LIQUIDATION COMPANY,** *et al.*,                     :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*  :
                                                              :
        Debtors.       :    **(Jointly Administered)**
                                                              :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OMNIBUS OBJECTIONS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that, the Motors Liquidation Company GUC Trust, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011, hereby withdraws, without prejudice, the Omnibus Objections to Claims with respect to the Proofs of Claim listed below (the "**Claims**").

| **Claim No.** | **Claimant** | **Omnibus Objection** |
|---|---|---|
| 69532 | Larry Compton | 111th Omnibus Objection |
| 70113 | Timothy Roberts | 111th Omnibus Objection |
| 70264 | Wayne Hutchinson | 165th Omnibus Objection |
| 70337 | Deanna Lesser | 165th Omnibus Objection |
| 70910 | Austin and Rebecca Viall | 244th Omnibus Objection |
| 71176 | Clayborn Coleman | 245th Omnibus Objection |
| 70760 | Vanessa Smith/Marcia Price | 248th Omnibus Objection |
| 4246 | Charles and Joan Hassink | 249th Omnibus Objection |
| 8712 | Alice Zittel | 249th Omnibus Objection |
| 11002 | Jerry C. Davidson TTEE Maness Family Trust c/o Jerry C. Davidson TTEE | 249th Omnibus Objection |
| 22233 | Estate of Kenneth Reynolds | 249th Omnibus Objection |
| 63034 | Strul Flandel | 249th Omnibus Objection |
| 70802 | Marcia Tauber | 249th Omnibus Objection |
| 70225 | Alicia C. Harris | 253rd Omnibus Objection |
| 70213 | Linda Mariscal | 253rd Omnibus Objection |
| 30216 | Tammy Holt | 255th Omnibus Objection |
| 45183 | Susan Hufton | 255th Omnibus Objection |
| 70592 | Glenda Frazier | 257th Omnibus Objection |
| 11250 | Lloyd Oldenburg | 258th Omnibus Objection |
| 17985 | Epidoc LLC | 261st Omnibus Objection |

The GUC Trust reserves any and all rights to object to the Claims on any basis.

Dated: New York, New York
February 16, 2012

/s/ Stefanie Birbrower Greer
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust