UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        ) ss
COUNTY OF NASSAU     )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.      On February 10, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel for Motors Liquidation GUC Trust, I caused  a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Order Granting 264th Omnibus Objection to Claims (Securities Claims) [Docket No. 11406].

3.      On February 10, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit B annexed hereto (affected parties):

- Order Granting the 265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying Property Damage Claims) [Docket No. 11407].

4.      On February 10, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit C annexed hereto (affected parties):

- Order Granting 89th and 245th Omnibus Objection as to Late-Filed Proofs of Claim Numbered 71170, 70303, 71140, and 71193 and Disallowing and Expunging Such Claims [Docket No. 11409].

Dated:  February 16th, 2012
        Lake Success, New York

                /s/Barbara Kelley Keane
                 Barbara Kelley Keane

Sworn to before me this 16th day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

ALICE ZIITTEL
426 MINNESOTA AVE
SAINT PAUL, MN 55113

ARTHUR P JESCHON & IRENE S JESCHON
35 LEAH CT
HAMMONTON, NJ 08037

CHARLES AND JOAN HASSINK
10256 SPINNAKER RUN
REMINDERVILLE, OH 44202-8109

ESTATE OF KENNETH REYNOLDS
SANDRA REYNOLDS EXECUTRIX
21 - PINEHURST CIRCLE
ANNANDALE, NJ 08801-1655

GUNTHER PAUL HESSE
3201 PORTOFINO PT APT F4
COCONUT CREEK, FL 33066-1227

JERRY C DAVIDSON TTEE MANESS FAMILY TRUST
C/O JERRY C DAVIDSON TTEE
2866 FOXFIRE DR
ST LOUIS, MO 63129-3511

KARL PHILIPP MULLER
LEBEREN STRASSE 27
CH 8472 SEUZACH SWITZERLAND

LE GAISSE
NATIXIS PRIVATE BANKING
51 AVE JF KENNEDY
L-1855 LUXEMBOURG EUROPE

LLOYD OLDENBURG
27500 GERMAN RD
BELLE PLAINE, MN 56011

MARCIA TAUBER
460 KILMER WAY
THE VILLAGES, FL 32162

MARY ANN FOYLE IRA
383 W THORNHILL PLACE
FREDERICK, MD 21703-6171

ROBERT G GRANT  &
CYNTHIA L GRANT JT WROS
26 ABBY LANE
GREEN BROOK, NJ 08812

ROBERT PAUL MCCORMICK
4683 MIRABELLA CT
SAINT PETE BEACH, FL 33706

STRUL FLANDEL
SQ ED MACHTENS 18/3
1080  BRUXELLES  BELGIUM

THOMAS GEHLEN
PLATANENWEG 39
65835 LIEDERBACH DE DEUTSCHLAND
DE 65835

WILLIAM J DARRAS
350 W SCHAUMBURG RD APT 1412
SCHAUMBURG, IL 60194-3409

# EXHIBIT B

ALLSTATE INSURANCE COMPANY
C/O YOST & BAILL LLP
2050 US BANK PLAZA SOUTH 220 SOUTH 6TH ST
MINNEAPOLIS, MN 55402

ALLSTATE INSURANCE COMPANY
CRAWFORD STEWART C LAW OFFICES OF
PO BOX E
223 N MONROE ST,
MEDIA, PA 19063-3019

ALLSTATE INSURANCE COMPANY
F. OTWAY DENNY III, LLC (REPRESENTATIVE OF ALLSTATE INS. CO.)
110 VETERANS MEM. BLVD. , #460
METAIRIE, LA 70005

ALLSTATE PROPERTY & CASUALTY INS CO
COZEN OCONNOR
ATTN: WILLIAM N CLARK ESQ
1900 MARKET STREET
RE: JOHN  GASSAWAY
PHILADELPHIA, PA 19103

ARTHUR GRIGORYAN
23277 VENTURA BLVD
WOODLAND HILLS, CA 91364

AUTO CLUB INSURANCE ASSOCIATION
TRANS PAC SOLUTIONS
C/O KELLY SCHROADER
PO BOX 36220
LOUISVILLE, KY 40233

BUCKELS, LAWRENCE
KAHN, DEES, DONOVAN & KAHN
PO BOX 3646
EVANSVILLE, IN 47735-3646

DASILVA, MICHAEL
STATE FARM INS
147 WASHINGTON POINTE DR
INDIANAPOLIS, IN 46229-2636

DIRECT GENERAL INS A/S/O WILLIAM KANE
PRAXIS CONSULTING, INC
A/S/O DIRECT GENERAL, 1181183
PO BOX 5
MUNCIE, IN 47308

DONAHUE LAW GROUP, P S C
410 SOUTH MAIN STREET
SOMERSET, KY 42501

EADY, JOHN
400 HILLCREST CT
IRVING, TX 75062-6957

GASKINS, ELIZABETH
440 BOWEN ST
SAVANNA, IL 61074-2106

HOOVER, DOROTHY
HOOVER, MICHAEL L. & CHASE HOOVER
3580 8TH AVE NE
NAPLES, FL 34120-4963

INTEGON NATIONAL INSURANCE A/S/O TERRY GREENE
ATTN: CLAIM # 8733775
PO BOX 1429
WINSTON-SALEM, NC 27102

KAISER FOUNDATION HEALTH PLAN INC
C/O CARL WARREN & CO
PO BOX 3975
WALNUT CREEK, CA 94598-0849

LIBERTY MUTUAL
5050 W. TILGHMAN ST. SUITE 200
ALLENTOWN, PA 18104

LINDSAY KENNEY LLP
ATTN:DUNCAN MAGNUS FOR RESPONDENT PRESTON CHEVROLET
CADILLAC (2006) LTD
401 W GEORGIA ST STE 1800
VANCOUVER BRITISH COLUMBIA V6B 5A1

LUEKINNA MITCHELL
933 WALKER
DES MOINES, IA 50316

LUMPKIN, MICHAEL R
FICKLEY R BRUCE LAW OFFICES OF
PO BOX 4005
ROANOKE, VA 24015-0005

MERCURY INSURANCE COMPANY
LEA & NIVINSKUS
134 W WILSHIRE AVE
FULLERTON, CA 92832-1824

PARNASS, LUIS
1272 BONSAI CIR
CORONA, CA 92882-8346

PARNASS, LUIS
5691 E HOMECOMING CIR #A
EASTVALE, CA 91752

PATTEN ADRIEN
PATTEN, ADRIEN
STATE FARM
147 WASHINGTON POINT DR
INDIANAPOLIS, IN 46229-2636

PROGRESSIVE AMERICAN INSURANCE
ATTN: STEVEN J JACOBSON, ESQ.
5701 N PINE ISLAND RD, STE 320
TAMARAC, FL 33321-4400

PROGRESSIVE CASUALTY AS SUBROGEE OF DENNIS IMBER
ATTN: PAUL JOHNSTON
207 E MAIN ST
MACUNGIE, PA 18062-1312

PROGRESSIVE EXPRESS INS. CO.
ATTN: STEVEN J JACOBSON, ESQ.
5701 N PINE ISLAND RD, STE 320
TAMARAC, FL 33321-4400

SCHEIDT, MARK
STATE FARM
147 WASHINGTON POINTE DR
INDIANAPOLIS, IN 46229-2636

SHEFFIELD, BEVERLY
1321 ORLEANS #2208
DETROIT, MI 48207

SHEFFIELD, BEVERLY
20550 OLDHAM RD APT 107
SOUTHFIELD, MI 48076-4025

SHELLY SWEDEEN
231 SILVERWOOD AVE
P.O. BOX 54
MARBLE, MN 55764-0054

SMILEY, YOLANDA
73190 STANDIFER GAP RD APT. 621
CHATTANOOGA, TN 37421

SMITH, CHEIW
38 CHURCH ST APT 1
LITTLE FALLS, NY 13365-1350

SOLDANELS TED
SOLDANELS, TED
DOUG JOHNSON STATE FARM INS. CO.
147 WASHINGTON POINTE DR.
INDIANAPOLIS, IN 46229-2636

TOWER INSURANCE CO OF NY AS SUBROGEE OF TRISHA BROWN-JAN
JOSEPH J COOKE ESQ
MILBER MAKNS PLOUSADIS & SEIDEN LLP
1000 WOODBURY RD SUITE 402
WOODBURY, NY 11797

VICKERY, ROBIN
LAW OFFICES OF MARK G MCMAHON
7912 BONHOMME AVE STE 101
SAINT LOUIS, MO 63105-3512

WATKINS, SHARENA
5052 N 21ST ST
MILWAUKEE, WI 53209-5740

# EXHIBIT C

JESMER EVANS
C/O JAMES EVANS
15130 W 9 MILE RD
OAK PARK, MI 48237-2569

MICHAEL STELMACH SR
C/O ANASTAZIA STELMACH
5324 BINGHAM
DEARBORN, MI 48126

MONTY R & LISA K HENDERSON
7340 S ALBANY AVE
CHICAGO, IL 60629

STEPHAN A TRUXALL SR
C/O STEPHAN AND CHERYL TRUXALL
1250 ALTON DR SW
SHERRODSVILLE, OH 44675