Peggy L. Jernigan
9738 State Highway 104
Fairhope, AL 36532

January 31, 2012

The Honorable Robert E. Gerber
Judge, United States Bankruptcy Court
Southern District of New York
Courtroom 621
One Bowling Green
New York, NY 10004-1408

Dear Judge Gerber,

GM court date February 09, 2012. I am Peggy L. Jernigan Claimant # 70390 of the 243rd Omnibus Objection. The reason I am writing this letter is I want it to be understood I have made every effort to give a **written response** to every letter, court documents and any information I have ever received on my claim. I have only one small claim with this company and I started with GM. I have followed the instructions, sent the estimates, paid towing costs to and from the shop for estimates, written, mailed, and faxed letters including photos.

Please Your Honor Please review my file and accept this as a **"formal written response to the offer "**. We don't understand it. We don't know how much more this will cost me. We don't know any legal laws other than the fact that we have asked for minimal compensation to fix the last car I will live to buy your Honor. The car was paid for. I was sold a defected car.

I am writing to try to understand how GM can boast on the profits they are making and the bonuses paid to executives. The government has been paid off and we the consumer are to suffer forever with no good justice for us? Please Your Honor take us the "little people" who know nothing about law only about what is right. We were brought up to do the right thing and make the right choices. Thank you so very much Sir for your consideration and the time to read my letter.

Respectfully,

Peggy L. Jernigan
Peggy L. Jernigan
August 19, 1942

1-12-2012
1-11-2012
1-10-2012
1-09-2012

Peggy L. Jernigan
9738 State Hwy 104
Fairhope, AL 36532

To Whom It May Concern:
1. General Motors Corporation
2. ESIS/GM
3. MotorsLiqudation #673732
4. The Garden City Group Inc.,
5. Motors Liquidation Co. General Unsecured Creditors Trust
6. Wilimington Trust Co. The Trustee of the MLC GUC Trust

I am not accepting this offer. The Wilmington Trust has informed me that they have reached the limit of the accounts they will open for MLCGUC Trust. I looked up an address in TX for this company and there is not one. I am sending you a copy of my results. I have emailed them and there have been 6 name changes since I have tried to file my claim. I am drafting a letter to Judge Gerber along with the information I have tried to research. There is no phone, fax or address for me to contact anyone to help me understand or answer any questions. Thank you



People Search | Background Check | Criminal Records | Reverse Lookup | Online Reputation | Employee Screening | Identity Protection

## ⚠ Address not found

We did not find **2101 Cedar Springs Road Suite** in **75201 TX**

You may search again by refining your search criteria in the form below.

- Check your spelling
- Enter less information

### Property Report

| Address | City / State |
|---|---|
| 2101 Cedar Springs Road Suite | 75201, TX |

Search



  

All Products & Services | Help | About | Careers | Contact Us | FAQ | Site Map | Directory | Affiliates | Volume Discounts | Intelius Blog
© 2003-2012 Intelius, Inc. All Rights Reserved. Privacy Policy | Terms & Conditions

*[Handwritten annotations: "FROM lawyers of LMC TRUST this came from Dublin Ott 430"]*

**PLEASE TAKE FURTHER NOTICE** that, the Omnibus Objections were previously adjourned with respect to the claims listed on **Exhibit A**, because the claimant indicated that he/she opposed the Omnibus Objection. However, none of the claimants filed a written response thereto.

**PLEASE TAKE FURTHER NOTICE** that, the GUC Trust will be scheduling the Omnibus Objections, as to the claims listed on **Exhibit A**, for a hearing. Accordingly, such claimants are hereby notified that written responses, if any, to the Omnibus Objections shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) Dickstein Shapiro, LLP, attorneys for the GUC Trust, 1633 Broadway, New York, New York, 10019-6708 (Attn: Barry N. Seidel, Esq., and Stefanie Birbrower Greer, Esq.); (ii) the Debtors, c/o Motors Liquidation Company, 401 South Old Woodward Avenue, Suite 370, Birmingham, Michigan 48009 (Attn: Thomas Morrow ); (iii) General Motors, LLC, 400 Renaissance Center, Detroit, Michigan 48265 (Attn: Lawrence S. Buonomo, Esq.); (iv) Cadwalader, Wickersham & Taft LLP, attorneys for the United States Department of the Treasury, One World Financial Center, New York, New York 10281 (Attn: John J. Rapisardi, Esq.); (v) the United States Department of the Treasury, 1500 Pennsylvania Avenue NW, Room

# MOTORS LIQUIDATION COMPANY
## GENERAL UNSECURED CREDITORS TRUST  —  WILMINGTON TRUST

- Home
- News
- Key Information
- Documents
- Claims
- Contact Us
- Login

Hotline  
(800) 414-9607

## Contact Us

You may use this form to submit any inquiries or document requests, or you may call **(800) 414-9607**.

**Submit an Inquiry or Request**

- **Name:** Peggy L. Jernigan
- **Email Address:** skootertheog@aol.com
- **Telephone:** 2516267147
- **Street Address 1:** 9738 State Hwy 104
- **Street Address 2:**
- **City:** Fairhope    **State:** AL    **Zip/Postal:** 36532
- **Country:**
- **Inquiry / Request:** PLEASE EMAIL ME AND TELL ME WHAT THIS MEANS. DO I HAVE TO SPEND MORE MONEY TO GET MY CLAIM? Do I have to spend more money to sell the things? Are you going to buy them. This matter is urgent. Thank you so much in advance for your response and help.

[Submit] [Reset Form]   NOTE: Fields with a yellow background are required.

Disclaimer: The material and information disclosed on this site is for informational purposes only and is not intended to be legal advice or indicative of future performance. Please consult an attorney or agent specifically relating to your legal matter. Do not send confidential information without express consent of one of our case professionals. The MLC General Unsecured Creditors Trust and AlixPartners are not responsible for and make no representations about the content, completeness, or accuracy of any other web sites that are accessible through this site.

Home  Login    Privacy Notice  Terms Of Use    January 11, 2012 @ 01:56:54 PM    Copyright ©2011 AlixPartners, LLP | (121) AlixPartners



https://www.mlcguctrust.com/ContactUs.aspx    1/11/2012

# EXHIBIT A

## CLAIMANT RESPONSE TO SETTLEMENT OFFER

*PLEASE MARK WHETHER YOU "ACCEPT" OR "REJECT"
THE SETTLEMENT OFFER BELOW AND RETURN THIS RESPONSE PAGE
IN THE ENCLOSED PREPAID ENVELOPE __PRIOR TO 1/12/2012__.*

The Motors Liquidation Company GUC Trust ("**GUC Trust**") offers to resolve the following proof of claim (the "**Claim**") filed on behalf of the claimant(s) (the "**Claimant**") in exchange for an allowed general unsecured claim in the amount set forth below under the heading "Allowed Amount," subject to the Settlement Terms (the "**Settlement Offer**"):

| Claimant | Date of Filing | Claim Number | Allowed Amount |
|---|---|---|---|
| PEGGY L JERNIGAN | 8/26/2010 | 70390 | $7,500.00 |

*Please indicate below if you accept or reject the Settlement Offer by marking the appropriate box and return this form using the enclosed envelope.*

☐ I/we **agree** to and accept the Settlement Offer. I/we understand and acknowledge that this acceptance form, together with the Settlement Terms, the terms of which are incorporated by reference as if fully set forth herein, contain the entire understanding of the parties with respect to the subject matter hereof. I/we further represent and warrant that each person executing this agreement and acceptance on behalf of each Claimant has the authority to do so and that each Claimant has full knowledge of and has consented to the Settlement Terms.

**OR**

☒ I/we **reject** the Settlement Offer.

**THE UNDERSIGNED WARRANTS THAT HE OR SHE HAS READ AND UNDERSTANDS THE SETTLEMENT TERMS, HAS HAD THE ADVICE OF COUNSEL OR THE OPPORTUNITY TO OBTAIN SUCH ADVICE IN CONNECTION WITH READING, UNDERSTANDING, AND EXECUTING THE SETTLEMENT TERMS, AND HAS FULL KNOWLEDGE OF THE TERMS, CONDITIONS, AND EFFECTS OF THIS SETTLEMENT**

Sign Here: *Peggy L. Jernigan*
Printed Name: Peggy Jernigan
Address: 9738 St. Hwy 104
City and State: Fairhope, AL 36532
Date: 1-10-2012

Peggy L. Jernigan