2-2-12

Dear Honorable Judge Robert Gerber

Re: Chapter 11 Case No
09-50026 (REG)
(Jointly Administered)

There is a strong effort by Motors Liquidation to <u>frustrate</u> the Plantiff by having this case <u>extended</u> <u>in</u> <u>court</u>., please continue to be diligent in monitoring the motions & actions of the Defendant (Motors Liquidation)

Thank you!

Because He Lives !!!

Braxton Davis


RECEIVED FEB 14 2012 U.S. BANKRUPTCY COURT, SDNY

| OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER | OFFICIAL USE ONLY |
|---|---|

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

Zone/Route ID No.

1. Change of Address for: (Read Attached Instructions) ✓ Individual (#5)   Entire Family (#5)   Business (#6)
2. Is This Move Temporary?   Yes   ✓ No

Date Entered on Form 3982
M M D D Y Y

3. Start Date: (ex. 02/27/11)   1 1 0 1 1 1
4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/11)

Expiration Date
M M D D Y Y

5a. LAST Name & Jr./Sr./etc.   DAVIS

Clerk/Carrier Endorsement

5b. FIRST Name and MI   BRANDON

6. If BUSINESS Move, Print Business Name

PRINT OLD MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

7a. OLD Mailing Address   337 WOODBRIDGE GLEN

7a. OLD APT or Suite

7b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

7c. OLD CITY   RICHMOND HEIGHTS   7d. State OH   7e. ZIP 44143

PRINT NEW MAILING ADDRESS BELOW: HOUSE/BUILDING NUMBER AND STREET NAME (INCLUDE ST., AVE., CT., ETC.) OR PO BOX

8a. NEW Mailing Address   869 BEVERLY

8a. NEW APT/Ste or PMB

8b. For Puerto Rico Only: If address is in PR, print urbanization name, if appropriate.

8c. NEW CITY   CLEVELAND HEIGHTS   8d. State OH   8e. ZIP 44121

9. Print and Sign Name (see conditions on reverse)
Print: BRANDON DAVIS
Sign: Brandon Davis

10. Date Signed: (ex. 01/27/11)   1 1 0 1 1 1

OFFICIAL USE ONLY

PS FORM 3575 OCTOBER 2011   Visit usps.com to change your address online or call 1-800-ASK-USPS (1-800-275-8777)   1011B