Official Form 17
(12/04)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re __Motors Liquidation Company, GUC Trust__
Debtor
A/K/A General Motors Liquidation Company, et al
F/K/A General Motors Corp, et al    Case No. __09-50026 (REG)__

Chapter __11__

[Caption as in Form 16A, 16B, or 16D, as appropriate]

## NOTICE OF APPEAL

__Jeanine Buckley__, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the __February__ day of __10th__ 20 __12__.
                                                                (month)    (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Motors Liquidation Company GUC Trust
The Garden City Group, Inc
attn: Motors Liquidation Company
P.O. Box 9386
Dublin, Ohio 43017-4286

attn: Attorney for Motors Liquidation Company GUC Trust
1) Weil, Gotshal, Manges LLP
2) Dickstein Shapiro LLP

Dated: __2/18/2011__

Signed: __Jeanine Buckley__
~~Attorney for~~ Appellant (or Appellant, if not represented by an Attorney)

Pro se
~~Attorney~~ Name: __Jeanine Buckley__

Address: __175 west 90th street #5-C__
__New York, New York 10024-1238__

Telephone No: __212 874-2605 H   646 243 1998 C__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.