# UNITED STATES DISTRICT COURT

Southern (District) District of New York

Jeanine Buckley

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Motor Liquidation Company, et al
f/k/a General Motors Corp., et al    CASE 09-50026 (REG)

Defendant

I, Jeanine Buckley, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. One is paid by the number of shows worked; each show is approximately $65/ before tax. A full week = $400 to $500 (8 shows). The last 2 weeks my take home pay was $238. The theater closes on 2/26/12; It ran for approx 2/2 months; not known if the next show. The Schubert Corp, 244 W 44th St, NY, NY 10036

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends            ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☐ No
   d. Disability or workers compensation payments     ☒ Yes   ☐ No
   e. Gifts or inheritances                           ☐ Yes   ☐ No
   f. Any other sources                               ☐ Yes   ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. The theater closes on 2/26/12 — total for the month was approx $1200 before tax. I am assisting with my mentally ill sister's children here in NY and in Mississippi when possible. It appears there's a lot but it's not.

2012 FEB 17 P 3:59  U.S. BANKRUPTCY FILED

The money I've received was SSID for the past year $1096, with the expense I had including non household members—all the income was deplete by assisting with food, clothing, utility travel expense to and from the doctor; it has taken a toll on my life. I have decided I can't continue but they have no public assistance in mississippi. The situation is tragic, the worst in the country. The money from the theatre made it possible for me to have a little flexibility — I save by eating the same meal everyday.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. myself 1st; Elderly aunts, uncles, and cousins in mississippi. I sent from $100 combine between the elders and I paid for a sister utility bills and gasoline to assist the aunts and uncles — their ages are from 75-91, some are healthy but have very little or no income. The money they receive go for food, shelter + medical. All family make contributions if they can. I pay more often than others members because I live alone. It's difficult to think about. They receive some money monthly but not enough to live. I sent $20 of whatever I have more or less. There are 5 people, including my nephews in school (highschool)

I declare under penalty of perjury that the above information is true and correct.

2/18/2012                   Jeanine Buckley
_____                 _____
Date                        Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.