UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MOTORS LIQUIDATION COMPANY, *et al.*, | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On February 16, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties):

- Notice of Withdrawal of Omnibus Objections to Certain Claims [Docket No. 11417].

Dated: February 21st, 2012
            Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 21st day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015

# EXHIBIT A

ALICE ZIITTEL
426 MINNESOTA AVE
SAINT PAUL, MN 55113

ALICIA C HARRIS
9117 OZ DRIVE
CHALMETTE, LA 70043

AUSTIN AND REBECCA VIALL
710 KELLER LANE
TUSCUMBIA, AL 35674

CHARLES AND JOAN HASSINK
10256 SPINNAKER RUN
REMINDERVILLE, OH 44202-8109

CLAYBORN COLEMAN
C/O CHARLES W PULLIAM ATTORNEY AT LAW
931 E 192ND PL
GLENWOOD, IL 60425

DEANNA M LESSER
1 KIMBALL COURT
APT 410
WOBURN, MA 01801

EPIDOC LLC
DR ROBERT MORGAN
241 MAGNOLIA LAKE RD
AIKEN, SC 29803

ESTATE OF KENNETH REYNOLDS
SANDRA REYNOLDS EXECUTRIX
21 - PINEHURST CIRCLE
ANNANDALE, NJ 08801-1655

GLENDA O FRAZIER
140 JULIA COURT
FAYETTEVILLE, GA 30214

JERRY C DAVIDSON TTEE MANESS FAMILY TRUST
C/O JERRY C DAVIDSON TTEE
2866 FOXFIRE DR
ST LOUIS, MO 63129-3511

LARRY COMPTON TRUSTEE
ATTN DANIEL G BRUCE
BAXTER BRUCE & SULLIVAN PC
PO BOX 32819
JUNEAU, AK 99803

LINDA MARISCAL
P.O. BOX 404
BRENTWOOD, CA 94513

LLOYD OLDENBURG
27500 GERMAN RD
BELLE PLAINE, MN 56011

MARCIA TAUBER
460 KILMER WAY
THE VILLAGES, FL 32162

STRUL FLANDEL
SQ ED MACHTENS 18/3
1080  BRUXELLES  BELGIUM

SUSAN HUFTON
804 RAYMOND COURT
VIRGINIA BEACH, VA 23464

TAMMY HOLT
9386 LEAFHOPPER COURT
LAS VEGAS, NV 89178

TIMOTHY ROBERTS
62 MASSACHUSETTS AVE
JOHNSON CITY, NY 13790

VANESSA A SMITH / MARCIA PRICE
405 W ALEXIS RD APT 19
TOLEDO, OH 43612-3679

WAYNE HUTCHINSON
2450 W 239TH ST #5
TORRANCE, CA 90501