General Motors Company (GM) Historical Prices & Data – NASDAQ.com    http://www.nasdaq.com/symbol/gm/historical

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C:
New GM Common Stock Historical Trading    Pg 1 of 9



General Motors Company (GM) Historical Prices & Data – NASDAQ.com    http://www.nasdaq.com/symbol/gm/historical

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C:
New GM Common Stock Historical Trading    Pg 2 of 9

| Date | Open | High | Low | Close/Last | Volume |
|---|---|---|---|---|---|
| 01/06/2012 | 22.26 | 23.03 | 22.24 | 22.92 | 18,155,930 |
| 01/05/2012 | 21.1 | 22.29 | 20.96 | 22.17 | 17,787,980 |
| 01/04/2012 | 21.05 | 21.37 | 20.75 | 21.15 | 7,842,174 |
| 01/03/2012 | 20.83 | 21.18 | 20.75 | 21.05 | 9,286,035 |
| 12/30/2011 | 20.12 | 20.37 | 20.05 | 20.27 | 6,933,591 |
| 12/29/2011 | 19.85 | 20.25 | 19.71 | 20.21 | 6,809,731 |
| 12/28/2011 | 20.08 | 20.13 | 19.76 | 19.86 | 7,106,115 |
| 12/27/2011 | 20.43 | 20.43 | 20.08 | 20.09 | 5,843,562 |
| 12/23/2011 | 20.81 | 20.89 | 20.45 | 20.5 | 6,448,141 |
| 12/22/2011 | 20.25 | 20.85 | 20.17 | 20.7 | 7,238,471 |
| 12/21/2011 | 19.74 | 20.435 | 19.58 | 20.32 | 13,030,700 |
| 12/20/2011 | 19.42 | 19.9 | 19.35 | 19.69 | 13,921,150 |
| 12/19/2011 | 20.12 | 20.23 | 19 | 19.05 | 15,578,340 |
| 12/16/2011 | 20.16 | 20.52 | 19.97 | 20.15 | 9,087,521 |
| 12/15/2011 | 19.76 | 20.215 | 19.51 | 20.1 | 10,110,570 |
| 12/14/2011 | 19.95 | 20.01 | 19.42 | 19.47 | 15,047,800 |
| 12/13/2011 | 20.96 | 21 | 19.95 | 20.11 | 12,607,240 |
| 12/12/2011 | 20.66 | 20.9 | 20.56 | 20.8 | 6,243,175 |
| 12/09/2011 | 21.09 | 21.4 | 21.06 | 21.15 | 6,418,228 |
| 12/08/2011 | 21.76 | 21.76 | 20.85 | 20.98 | 11,500,000 |
| 12/07/2011 | 21.62 | 22.11 | 21.48 | 21.94 | 9,051,522 |
| 12/06/2011 | 21.6 | 21.875 | 21.28 | 21.68 | 10,645,420 |
| 12/05/2011 | 21.52 | 21.99 | 21.43 | 21.59 | 9,761,680 |
| 12/02/2011 | 21.35 | 21.73 | 21.13 | 21.28 | 9,759,405 |
| 12/01/2011 | 21.24 | 21.77 | 20.93 | 20.96 | 12,015,310 |
| 11/30/2011 | 21.02 | 21.31 | 20.94 | 21.29 | 11,116,580 |
| 11/29/2011 | 20.73 | 20.85 | 20.3 | 20.31 | 7,657,850 |
| 11/28/2011 | 20.95 | 21.43 | 20.65 | 20.74 | 8,916,337 |
| 11/25/2011 | 20.22 | 20.71 | 20.21 | 20.34 | 2,757,591 |
| 11/23/2011 | 20.48 | 20.69 | 20.06 | 20.24 | 9,499,998 |
| 11/22/2011 | 20.92 | 21.12 | 20.7 | 20.73 | 7,262,769 |
| 11/21/2011 | 21.1 | 21.18 | 20.54 | 21.05 | 11,752,100 |
| 11/18/2011 | 22.01 | 22.18 | 21.62 | 21.68 | 6,583,332 |
| 11/17/2011 | 22.72 | 22.75 | 21.56 | 21.79 | 12,590,140 |
| 11/16/2011 | 23.24 | 23.35 | 22.62 | 22.65 | 9,219,271 |
| 11/15/2011 | 22.81 | 23.53 | 22.6 | 23.35 | 13,866,450 |
| 11/14/2011 | 22.56 | 23.29 | 22.51 | 22.99 | 13,414,430 |
| 11/11/2011 | 22.95 | 23.1 | 22.22 | 22.51 | 15,438,280 |
| 11/10/2011 | 22.44 | 22.85 | 21.93 | 22.7 | 15,866,570 |
| 11/09/2011 | 23.07 | 23.57 | 22.15 | 22.31 | 32,879,530 |
| 11/08/2011 | 24.2 | 25.17 | 23.98 | 25.04 | 19,866,290 |
| 11/07/2011 | 23.93 | 24.15 | 23.52 | 24.01 | 9,779,156 |
| 11/04/2011 | 23.89 | 23.92 | 23.31 | 23.61 | 9,435,845 |
| 11/03/2011 | 23.82 | 24.115 | 22.76 | 24.03 | 19,950,330 |

General Motors Company (GM) Historical Prices & Data – NASDAQ.com    http://www.nasdaq.com/symbol/gm/historical

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C:
New GM Common Stock Historical Trading    Pg 3 of 9

| Date | Open | High | Low | Close/Last | Volume |
| --- | --- | --- | --- | --- | --- |
| 11/02/2011 | 23.7 | 23.73 | 22.92 | 23.2 | 14,355,260 |
| 11/01/2011 | 24.82 | 24.9 | 23.25 | 23.33 | 25,352,660 |
| 10/31/2011 | 25.92 | 26.16 | 25.61 | 25.85 | 8,853,422 |
| 10/28/2011 | 26.22 | 26.55 | 26 | 26.45 | 10,677,700 |
| 10/27/2011 | 25.87 | 26.47 | 25.2 | 26.32 | 18,397,590 |
| 10/26/2011 | 25.02 | 25.28 | 24.69 | 24.99 | 17,446,010 |
| 10/25/2011 | 24.86 | 25.19 | 24.16 | 24.86 | 11,368,810 |
| 10/24/2011 | 24.28 | 25.24 | 24.25 | 24.98 | 13,496,240 |
| 10/21/2011 | 23.4 | 24.38 | 23.2 | 24.35 | 12,322,230 |
| 10/20/2011 | 23.02 | 23.18 | 22.51 | 22.96 | 9,488,094 |
| 10/19/2011 | 23.52 | 23.55 | 22.96 | 23.09 | 7,591,724 |
| 10/18/2011 | 23.19 | 23.87 | 22.77 | 23.54 | 14,076,470 |
| 10/17/2011 | 24.17 | 24.19 | 23.15 | 23.18 | 8,603,285 |
| 10/14/2011 | 23.68 | 24.16 | 23.36 | 24.16 | 14,710,060 |
| 10/13/2011 | 23.38 | 23.38 | 22.5 | 23.15 | 9,832,494 |
| 10/12/2011 | 22.94 | 23.9695 | 22.86 | 23.41 | 17,249,910 |
| 10/11/2011 | 22.43 | 22.69 | 22.28 | 22.5 | 10,255,560 |
| 10/10/2011 | 22.51 | 22.965 | 22.36 | 22.62 | 11,291,660 |
| 10/07/2011 | 22.58 | 22.93 | 21.82 | 22.01 | 14,456,790 |
| 10/06/2011 | 22.3 | 22.6 | 21.75 | 22.35 | 13,486,630 |
| 10/05/2011 | 21.33 | 22.29 | 20.76 | 22.27 | 17,107,400 |
| 10/04/2011 | 19.45 | 21.46 | 19.05 | 21.42 | 23,658,120 |
| 10/03/2011 | 20.13 | 20.9 | 19.65 | 19.73 | 13,883,230 |
| 09/30/2011 | 20.44 | 20.5 | 20.1 | 20.18 | 10,109,690 |
| 09/29/2011 | 20.72 | 20.97 | 20.115 | 20.76 | 10,775,190 |
| 09/28/2011 | 21.2 | 21.44 | 20.37 | 20.41 | 10,095,310 |
| 09/27/2011 | 21.6 | 21.8295 | 21.08 | 21.19 | 11,170,900 |
| 09/26/2011 | 21.315 | 21.44 | 20.53 | 21.08 | 8,420,059 |
| 09/23/2011 | 19.77 | 21.28 | 19.77 | 21 | 13,721,910 |
| 09/22/2011 | 20.59 | 20.99 | 20.04 | 20.24 | 17,263,540 |
| 09/21/2011 | 22.39 | 22.7 | 21.22 | 21.28 | 9,785,231 |
| 09/20/2011 | 23.05 | 23.1 | 22.42 | 22.43 | 9,478,250 |
| 09/19/2011 | 22.15 | 23.17 | 22.05 | 23.05 | 14,014,990 |
| 09/16/2011 | 22.68 | 22.77 | 22.34 | 22.61 | 7,889,765 |
| 09/15/2011 | 22.59 | 22.79 | 22.15 | 22.7 | 8,000,244 |
| 09/14/2011 | 22.22 | 22.49 | 21.62 | 22.18 | 11,585,280 |
| 09/13/2011 | 21.87 | 22.33 | 21.5 | 22 | 11,111,330 |
| 09/12/2011 | 21.15 | 21.95 | 21 | 21.87 | 9,316,797 |
| 09/09/2011 | 22.36 | 22.45 | 21.47 | 21.76 | 11,908,060 |
| 09/08/2011 | 22.79 | 23.13 | 22.24 | 22.48 | 11,782,470 |
| 09/07/2011 | 21.82 | 23.04 | 21.82 | 22.86 | 13,395,710 |
| 09/06/2011 | 21.36 | 21.58 | 20.88 | 21.44 | 14,281,230 |
| 09/02/2011 | 22.41 | 22.55 | 21.73 | 22.07 | 14,082,820 |
| 09/01/2011 | 24.09 | 24.25 | 22.905 | 23.03 | 16,892,370 |

General Motors Company (GM) Historical Prices & Data – NASDAQ.com    http://www.nasdaq.com/symbol/gm/historical

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C: New GM Common Stock Historical Trading    Pg 4 of 9

| Date | Open | High | Low | Close/Last | Volume |
| --- | --- | --- | --- | --- | --- |
| 08/31/2011 | 23.87 | 24.49 | 23.83 | 24.03 | 12,321,460 |
| 08/30/2011 | 23.46 | 23.74 | 23.05 | 23.58 | 8,142,280 |
| 08/29/2011 | 23.3 | 23.96 | 23.27 | 23.79 | 10,553,020 |
| 08/26/2011 | 22.2 | 23.08 | 21.8 | 22.87 | 10,173,100 |
| 08/25/2011 | 22.49 | 22.74 | 22.1 | 22.3 | 10,927,080 |
| 08/24/2011 | 21.89 | 22.39 | 21.57 | 22.37 | 14,381,950 |
| 08/23/2011 | 21.78 | 22.06 | 21.21 | 22.06 | 19,910,480 |
| 08/22/2011 | 22.54 | 22.72 | 21.18 | 21.71 | 26,957,440 |
| 08/19/2011 | 23.25 | 23.44 | 21.71 | 22.16 | 34,382,680 |
| 08/18/2011 | 23.99 | 24.08 | 23.27 | 23.6 | 15,809,420 |
| 08/17/2011 | 26 | 26.09 | 24.9 | 24.94 | 12,030,060 |
| 08/16/2011 | 26.22 | 26.69 | 25.69 | 25.83 | 10,102,990 |
| 08/15/2011 | 26.03 | 26.54 | 25.79 | 26.42 | 12,958,810 |
| 08/12/2011 | 26.3 | 26.5 | 25.49 | 25.75 | 18,656,030 |
| 08/11/2011 | 24.11 | 26.17 | 24.11 | 25.81 | 25,141,570 |
| 08/10/2011 | 24.66 | 25 | 23.83 | 23.92 | 20,624,350 |
| 08/09/2011 | 25.09 | 25.56 | 24 | 25.54 | 26,523,190 |
| 08/08/2011 | 24.61 | 25.35 | 23.79 | 24.57 | 32,547,770 |
| 08/05/2011 | 26.07 | 26.46 | 24.49 | 26.31 | 34,828,810 |
| 08/04/2011 | 27.16 | 27.2 | 25.71 | 25.99 | 38,683,610 |
| 08/03/2011 | 27.03 | 27.17 | 26.13 | 27.17 | 15,778,040 |
| 08/02/2011 | 27.75 | 28.09 | 27.02 | 27.05 | 18,156,990 |
| 08/01/2011 | 28.88 | 28.88 | 27.7 | 28.07 | 12,748,840 |
| 07/29/2011 | 27.62 | 28.1 | 27.31 | 27.68 | 12,060,290 |
| 07/28/2011 | 28.22 | 28.9 | 28.02 | 28.1 | 11,024,320 |
| 07/27/2011 | 28.9 | 29 | 28.03 | 28.14 | 14,495,250 |
| 07/26/2011 | 29.67 | 29.7 | 28.96 | 29.09 | 9,210,521 |
| 07/25/2011 | 29.53 | 29.84 | 29.39 | 29.5 | 8,486,800 |
| 07/22/2011 | 29.97 | 30.29 | 29.88 | 30.1 | 7,731,969 |
| 07/21/2011 | 29.39 | 30.02 | 29.16 | 29.96 | 12,190,000 |
| 07/20/2011 | 29.45 | 29.48 | 29.05 | 29.24 | 6,947,108 |
| 07/19/2011 | 29.2 | 29.49 | 28.76 | 29.33 | 10,219,110 |
| 07/18/2011 | 29.57 | 29.65 | 28.62 | 29.1 | 13,816,560 |
| 07/15/2011 | 30.39 | 30.62 | 29.515 | 29.76 | 10,389,370 |
| 07/14/2011 | 30.85 | 30.97 | 30.03 | 30.1 | 10,712,130 |
| 07/13/2011 | 30.87 | 31.3 | 30.61 | 30.75 | 8,059,887 |
| 07/12/2011 | 30.24 | 30.94 | 30.02 | 30.68 | 10,508,440 |
| 07/11/2011 | 30.98 | 31.2 | 30.55 | 30.75 | 8,278,698 |
| 07/08/2011 | 31.25 | 31.7 | 31.16 | 31.58 | 9,825,439 |
| 07/07/2011 | 31.79 | 32.08 | 31.65 | 31.8 | 13,290,690 |
| 07/06/2011 | 31.37 | 31.68 | 31.09 | 31.19 | 14,199,330 |
| 07/05/2011 | 30.87 | 31.36 | 30.58 | 30.86 | 8,756,114 |
| 07/01/2011 | 30.35 | 30.86 | 29.92 | 30.58 | 17,951,970 |
| 06/30/2011 | 30.3 | 30.56 | 30.22 | 30.36 | 18,489,820 |

| Date | Open | High | Low | Close/Last | Volume |
|---|---|---|---|---|---|
| 06/29/2011 | 30.79 | 30.79 | 30.25 | 30.3 | 12,603,920 |
| 06/28/2011 | 30.21 | 30.79 | 30.18 | 30.5 | 12,682,660 |
| 06/27/2011 | 29.79 | 30.46 | 29.6 | 30.26 | 15,348,090 |
| 06/24/2011 | 30.15 | 30.3 | 29.66 | 29.92 | 49,956,900 |
| 06/23/2011 | 29.53 | 30.2 | 29.32 | 30.14 | 13,780,210 |
| 06/22/2011 | 29.62 | 30.18 | 29.5 | 29.97 | 15,510,080 |
| 06/21/2011 | 29.51 | 30 | 29.43 | 29.59 | 12,594,760 |
| 06/20/2011 | 28.87 | 29.595 | 28.77 | 29.52 | 8,875,490 |
| 06/17/2011 | 28.73 | 29.06 | 28.57 | 29 | 16,732,220 |
| 06/16/2011 | 28.7 | 28.99 | 28.165 | 28.59 | 14,066,380 |
| 06/15/2011 | 28.77 | 29.11 | 28.64 | 28.95 | 11,657,730 |
| 06/14/2011 | 28.92 | 29.49 | 28.86 | 29.11 | 10,948,380 |
| 06/13/2011 | 28.9 | 29.08 | 28.29 | 28.59 | 9,791,128 |
| 06/10/2011 | 29.3 | 29.3 | 28.65 | 28.85 | 11,731,740 |
| 06/09/2011 | 29.2 | 29.58 | 28.91 | 29.45 | 13,571,740 |
| 06/08/2011 | 28.52 | 29.34 | 28.4 | 28.86 | 16,530,890 |
| 06/07/2011 | 28.89 | 29.04 | 28.39 | 28.78 | 15,274,810 |
| 06/06/2011 | 29.02 | 29.4106 | 28.55 | 28.56 | 13,411,670 |
| 06/03/2011 | 29.28 | 29.56 | 28.9 | 29.12 | 21,959,190 |
| 06/02/2011 | 30.33 | 30.56 | 29.4 | 29.6 | 22,424,310 |
| 06/01/2011 | 31.7 | 31.7 | 30.15 | 30.23 | 19,110,160 |
| 05/31/2011 | 31.44 | 31.87 | 31.13 | 31.81 | 22,822,350 |
| 05/27/2011 | 30.77 | 31.48 | 30.59 | 31.28 | 9,049,814 |
| 05/26/2011 | 31.08 | 31.1 | 30.52 | 30.68 | 11,974,930 |
| 05/25/2011 | 30.56 | 31.38 | 30.5 | 31.27 | 14,307,850 |
| 05/24/2011 | 31.13 | 31.2 | 30.5 | 30.83 | 8,778,514 |
| 05/23/2011 | 30.68 | 31.16 | 30.5 | 30.96 | 8,970,541 |
| 05/20/2011 | 31.36 | 31.5 | 31.1 | 31.18 | 7,208,478 |
| 05/19/2011 | 31.53 | 31.79 | 31.31 | 31.47 | 9,578,323 |
| 05/18/2011 | 31.07 | 31.62 | 31 | 31.52 | 9,947,339 |
| 05/17/2011 | 31.06 | 31.38 | 30.83 | 31.1 | 11,157,590 |
| 05/16/2011 | 31.25 | 31.5 | 31.08 | 31.1 | 7,279,313 |
| 05/13/2011 | 31.46 | 31.54 | 30.85 | 31.07 | 10,837,120 |
| 05/12/2011 | 31.07 | 31.6 | 30.93 | 31.42 | 14,088,290 |
| 05/11/2011 | 31.57 | 31.8629 | 31.11 | 31.3 | 9,071,903 |
| 05/10/2011 | 31.47 | 31.64 | 31.33 | 31.61 | 7,841,788 |
| 05/09/2011 | 31.74 | 32.065 | 31.36 | 31.39 | 10,648,600 |
| 05/06/2011 | 32.5 | 32.6 | 31.84 | 31.91 | 12,802,720 |
| 05/05/2011 | 32.06 | 32.68 | 31.49 | 32.02 | 26,618,110 |
| 05/04/2011 | 33.16 | 33.47 | 32.71 | 33.04 | 20,487,390 |
| 05/03/2011 | 32.38 | 33.2 | 32.36 | 32.99 | 29,880,140 |
| 05/02/2011 | 32.41 | 32.5 | 31.92 | 32.18 | 11,012,180 |
| 04/29/2011 | 31.99 | 32.58 | 31.91 | 32.09 | 13,706,290 |
| 04/28/2011 | 31.76 | 32.095 | 31.48 | 31.91 | 15,810,420 |

| Date | Open | High | Low | Close/Last | Volume |
| --- | --- | --- | --- | --- | --- |
| 04/27/2011 | 31.47 | 31.79 | 31.28 | 31.78 | 14,946,140 |
| 04/26/2011 | 31.39 | 31.51 | 30.96 | 31.27 | 15,659,550 |
| 04/25/2011 | 31 | 31.19 | 30.32 | 31.14 | 15,437,320 |
| 04/21/2011 | 30.05 | 31 | 30.01 | 30.95 | 18,922,870 |
| 04/20/2011 | 29.76 | 30.38 | 29.42 | 29.93 | 22,039,360 |
| 04/19/2011 | 29.81 | 29.91 | 29.17 | 29.59 | 19,854,540 |
| 04/18/2011 | 30.06 | 30.34 | 29.9 | 29.97 | 12,743,570 |
| 04/15/2011 | 30.59 | 30.72 | 30.18 | 30.24 | 9,883,402 |
| 04/14/2011 | 30.65 | 30.86 | 30.35 | 30.58 | 9,010,604 |
| 04/13/2011 | 31.23 | 31.32 | 30.59 | 30.86 | 13,771,290 |
| 04/12/2011 | 30.4 | 31.34 | 30.1 | 31.15 | 19,648,900 |
| 04/11/2011 | 31.34 | 31.45 | 30.55 | 30.77 | 15,164,140 |
| 04/08/2011 | 32.4 | 32.75 | 31.325 | 31.52 | 16,055,040 |
| 04/07/2011 | 32.84 | 32.84 | 32.07 | 32.31 | 11,229,480 |
| 04/06/2011 | 33 | 33.28 | 32.52 | 32.87 | 8,131,178 |
| 04/05/2011 | 32.32 | 32.87 | 32.1 | 32.87 | 10,106,760 |
| 04/04/2011 | 32.5 | 32.72 | 32.2 | 32.39 | 12,331,430 |
| 04/01/2011 | 31.39 | 32.63 | 30.84 | 32.41 | 29,872,960 |
| 03/31/2011 | 31.4 | 31.55 | 31 | 31.03 | 8,968,251 |
| 03/30/2011 | 31.16 | 31.64 | 31.04 | 31.55 | 7,654,798 |
| 03/29/2011 | 30.93 | 31.17 | 30.68 | 31.1 | 9,701,428 |
| 03/28/2011 | 31.58 | 31.58 | 30.85 | 30.85 | 10,304,280 |
| 03/25/2011 | 31.49 | 31.7 | 31.09 | 31.47 | 15,201,280 |
| 03/24/2011 | 31.32 | 31.6 | 31.24 | 31.39 | 15,731,390 |
| 03/23/2011 | 30.6 | 31.28 | 30.2 | 31.16 | 23,015,040 |
| 03/22/2011 | 31.28 | 31.35 | 30.51 | 30.74 | 16,977,660 |
| 03/21/2011 | 32.24 | 32.3 | 31.23 | 31.28 | 13,182,460 |
| 03/18/2011 | 31.74 | 31.95 | 31.4202 | 31.85 | 9,860,702 |
| 03/17/2011 | 32.18 | 32.39 | 31.33 | 31.44 | 11,024,390 |
| 03/16/2011 | 32.42 | 32.53 | 31.4 | 31.78 | 14,137,160 |
| 03/15/2011 | 30.98 | 32.49 | 30.65 | 32.35 | 21,458,670 |
| 03/14/2011 | 32.14 | 32.3 | 31.43 | 31.59 | 9,976,120 |
| 03/11/2011 | 31.25 | 32.055 | 31.24 | 31.93 | 14,022,590 |
| 03/10/2011 | 31.47 | 31.7768 | 30.95 | 31.42 | 38,329,460 |
| 03/09/2011 | 32.74 | 32.7586 | 32.1 | 32.25 | 11,223,380 |
| 03/08/2011 | 31.74 | 32.82 | 31.69 | 32.72 | 14,509,370 |
| 03/07/2011 | 32.35 | 32.5 | 31.52 | 31.7 | 15,075,020 |
| 03/04/2011 | 33.07 | 33.079 | 32.01 | 32.39 | 24,240,590 |
| 03/03/2011 | 33.03 | 33.17 | 32.65 | 33.03 | 17,597,620 |
| 03/02/2011 | 32.9 | 33.17 | 32.59 | 32.88 | 14,275,910 |
| 03/01/2011 | 33.69 | 33.75 | 32.4295 | 32.95 | 27,319,570 |
| 02/28/2011 | 33.49 | 33.74 | 32.86 | 33.53 | 15,885,340 |
| 02/25/2011 | 33.67 | 34.2 | 33.05 | 33.25 | 28,998,790 |
| 02/24/2011 | 34.9 | 35 | 32.05 | 33.02 | 63,547,020 |

General Motors Company (GM) Historical Prices & Data – NASDAQ.com   http://www.nasdaq.com/symbol/gm/historical

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C:
New GM Common Stock Historical Trading    Pg 7 of 9

| Date | Open | High | Low | Close/Last | Volume |
| --- | --- | --- | --- | --- | --- |
| 02/23/2011 | 35.85 | 35.94 | 33.8 | 34.59 | 28,190,860 |
| 02/22/2011 | 35.86 | 36.15 | 35.45 | 35.77 | 13,857,800 |
| 02/18/2011 | 36.42 | 36.76 | 36.38 | 36.51 | 6,814,543 |
| 02/17/2011 | 36.55 | 36.7 | 36.3 | 36.37 | 7,460,978 |
| 02/16/2011 | 36.11 | 36.84 | 36.02 | 36.75 | 8,680,365 |
| 02/15/2011 | 36.19 | 36.41 | 35.8 | 36.11 | 10,335,760 |
| 02/14/2011 | 36.55 | 36.56 | 35.47 | 36.29 | 7,072,348 |
| 02/11/2011 | 35.76 | 36.57 | 35.55 | 36.45 | 13,505,850 |
| 02/10/2011 | 36.17 | 36.64 | 35.52 | 35.88 | 11,474,060 |
| 02/09/2011 | 36.82 | 36.91 | 36.28 | 36.41 | 6,395,298 |
| 02/08/2011 | 36.97 | 37.05 | 36.4 | 36.89 | 6,242,920 |
| 02/07/2011 | 36.95 | 37.09 | 36.61 | 36.7 | 7,328,655 |
| 02/04/2011 | 36.25 | 36.73 | 35.89 | 36.59 | 11,114,090 |
| 02/03/2011 | 35.97 | 36.06 | 35.13 | 36.06 | 19,347,650 |
| 02/02/2011 | 36.46 | 36.56 | 35.58 | 35.68 | 17,433,260 |
| 02/01/2011 | 36.93 | 37.23 | 36.13 | 36.45 | 27,990,640 |
| 01/31/2011 | 36.89 | 37.05 | 35.89 | 36.49 | 13,953,760 |
| 01/28/2011 | 38 | 38.02 | 36.01 | 36.6 | 37,125,400 |
| 01/27/2011 | 38.2 | 38.95 | 38.03 | 38.67 | 13,948,700 |
| 01/26/2011 | 38.75 | 38.91 | 37.86 | 37.89 | 11,533,780 |
| 01/25/2011 | 37.85 | 38.49 | 37.71 | 38.4 | 12,301,060 |
| 01/24/2011 | 37.71 | 37.8601 | 37.03 | 37.64 | 12,152,510 |
| 01/21/2011 | 37.33 | 37.85 | 36.82 | 37.24 | 9,548,466 |
| 01/20/2011 | 37.11 | 37.29 | 36.27 | 37.18 | 15,818,470 |
| 01/19/2011 | 37.78 | 37.9275 | 37.26 | 37.4 | 12,645,900 |
| 01/18/2011 | 38.05 | 38.33 | 37.32 | 38.03 | 8,918,153 |
| 01/14/2011 | 38.18 | 38.47 | 38.04 | 38.2 | 5,866,903 |
| 01/13/2011 | 38.66 | 38.71 | 38.11 | 38.27 | 11,358,190 |
| 01/12/2011 | 38.95 | 39.37 | 38.37 | 38.62 | 16,708,140 |
| 01/11/2011 | 38.66 | 39.43 | 38.51 | 38.75 | 14,830,980 |
| 01/10/2011 | 39.34 | 39.36 | 38.44 | 38.56 | 18,340,530 |
| 01/07/2011 | 38.84 | 39.33 | 38.51 | 38.98 | 19,899,330 |
| 01/06/2011 | 38.24 | 39.48 | 38.07 | 38.9 | 38,555,510 |
| 01/05/2011 | 37.47 | 38.3 | 37.47 | 38.07 | 22,446,030 |
| 01/04/2011 | 37.1 | 37.99 | 36.68 | 37.9 | 32,346,990 |
| 01/03/2011 | 37.32 | 38 | 37.03 | 37.06 | 24,861,890 |
| 12/31/2010 | 36.84 | 36.96 | 36.57 | 36.86 | 6,163,538 |
| 12/30/2010 | 36.1 | 36.98 | 36.02 | 36.82 | 16,979,770 |
| 12/29/2010 | 35.47 | 36.3 | 35.25 | 36.02 | 20,923,700 |
| 12/28/2010 | 35.38 | 35.67 | 35.07 | 35.32 | 23,476,270 |
| 12/27/2010 | 34.41 | 34.89 | 34.19 | 34.6 | 7,363,073 |
| 12/23/2010 | 34.67 | 35.52 | 34.62 | 34.81 | 20,529,110 |
| 12/22/2010 | 33.72 | 34.95 | 33.53 | 34.92 | 20,871,840 |
| 12/21/2010 | 33.86 | 33.94 | 33.72 | 33.85 | 8,993,729 |

General Motors Company (GM) Historical Prices & Data – NASDAQ.com    http://www.nasdaq.com/symbol/gm/historical

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C:
New GM Common Stock Historical Trading    Pg 8 of 9

| Date | Open | High | Low | Close/Last | Volume |
|---|---|---|---|---|---|
| 12/20/2010 | 33.91 | 34.05 | 33.74 | 33.76 | 12,476,400 |
| 12/17/2010 | 33.53 | 34 | 33.19 | 34 | 35,660,470 |
| 12/16/2010 | 33.57 | 33.86 | 33.56 | 33.61 | 9,885,617 |
| 12/15/2010 | 33.81 | 34.01 | 33.61 | 33.61 | 10,181,430 |
| 12/14/2010 | 33.73 | 33.92 | 33.45 | 33.89 | 15,165,560 |
| 12/13/2010 | 33.96 | 34.05 | 33.7 | 33.8 | 11,028,310 |
| 12/10/2010 | 33.85 | 33.99 | 33.53 | 33.81 | 11,735,950 |
| 12/09/2010 | 34.36 | 34.43 | 33.62 | 33.74 | 18,398,830 |
| 12/08/2010 | 34.61 | 34.73 | 34.33 | 34.45 | 12,603,070 |
| 12/07/2010 | 34.75 | 34.89 | 34.46 | 34.68 | 20,820,570 |
| 12/06/2010 | 34.48 | 34.78 | 34.41 | 34.48 | 11,675,690 |
| 12/03/2010 | 34.55 | 34.6 | 33.97 | 34.55 | 19,385,140 |
| 12/02/2010 | 34.92 | 34.98 | 34.51 | 34.68 | 23,247,930 |
| 12/01/2010 | 34.65 | 34.95 | 34.42 | 34.78 | 34,584,970 |
| 11/30/2010 | 33.53 | 34.25 | 33.36 | 34.2 | 57,466,050 |
| 11/29/2010 | 33.8 | 33.81 | 33.07 | 33.8 | 27,692,220 |
| 11/26/2010 | 33.41 | 33.81 | 33.21 | 33.8 | 12,301,250 |
| 11/24/2010 | 33.73 | 33.8 | 33.22 | 33.48 | 26,136,760 |
| 11/23/2010 | 33.95 | 33.99 | 33.19 | 33.25 | 31,033,420 |
| 11/22/2010 | 34.2 | 34.48 | 33.81 | 34.08 | 36,642,370 |
| 11/19/2010 | 34.15 | 34.5 | 33.11 | 34.26 | 107,840,100 |
| 11/18/2010 | 35 | 35.99 | 33.89 | 34.19 | 456,921,800 |

Download this file in Excel Format                    * This data reflects the latest intra-day delayed pricing.

Browse The Financial Glossary:    123  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Search the site:    NASDAQ.com only    enter keywords

Annual Reports | Careers | Custom Logo Ticker | NASDAQ Toolbar

Qfolio for the iPhone |  Qfolio HD for the iPad |  Qfolio for the Blackberry Playbook Tablet

**Jim's Daily Tips** Like What Jim Says On His Show? Then Get Daily Alerts On His Trades www.TheStreet.com/madmoney
**Phone Service $8.33/mo** Unlimited Calling, Free Int'l Calls Free Setup, Keep Your Number www.PhonePower.com
**10 Stocks to Hold Forever** Buy them, forget about them, and never sell them. www.StreetAuthority.com

AdChoices

09-50026-mg    Doc 11433-3    Filed 02/21/12    Entered 02/21/12 20:04:40    Exhibit C:
New GM Common Stock Historical Trading    Pg 9 of 9