*Entered Order: Granted.*

*S/REG*
*USBJ*
*2/22/12*

February 21, 2012

Honorable Robert E. Gerber
United States Bankruptcy Court, Room 621
Southern District of New York
One Bowling Green
New York, New York  10004

Re:       Chapter 11 Case No. 09-50026 (REG)
          Request for Extension due to death of attorney

Please be advised that this letter serves as notice that Mr. Frank Hernandez, Esquire, of Dallas, Texas, my attorney of record for the above-referenced personal injury case, passed away on Thursday, February 16, 2012.  I am the widow.

I am requesting consideration for postponement of the hearing to objection set for March 1, 2012, at 9:45 a.m. in the United States Bankruptcy Court of Southern District of New York.  As I am unaware of the extent of time that is allowable, it would be greatly appreciated if at least sixty days could be granted so that I may secure another attorney.

Please advise at the court's earliest possible convenience.   I can be reached by cell (817.565.0354), fax (817-732-3265) and e-mail (norcoe@att.net).

Thanking you for your consideration.

Sincerely,

*Doris Briscoe*

Doris Briscoe
4774 Overton Woods Dr.
Fort Worth, Texas  76109