*Honorable Judge:*
*Robert E. Gerber*

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING AT MALENG REGIONAL JUSTICE CENTER LOCATED IN THE CITY OF KENT

CLINTON M. TULLIS:

Plaintiff-Petitioner

Case No. 10-2-25699-7 KNT

Motions for order re.
GRAND JURY TRIAL

No. 1. General Motors Corporation in Complicity
No. 2. Universal Underwrites Insurance Company
No. 3. Law Firm of Weil, Gotshal and Manges
No. 4. Honorable Judge Robert E. Gerber GMC
       Bankruptcy Judge

Respondents

1. The Law Firm of Weil, Gotshal & Manges, etc. are against Washington on State and the United States Constitutional Laws. Plaintiff-Petitioner: Clinton M. Tullis has very thoroughly studied the essential need of compliance with United States Constitutional Law and Washington State Criminal Law and Plaintiff Petitioners research paid off. IE: Each Crime purported to have happened to citizens in any State shall only be managed and cured in the State in which the incidents have happened and any damages to Citizens caused or created in any Two or more County's shall be received for action in the County of the Citizens Choice..Plaintiffs choice is King County. The present Judge of King County Court and Petitioners may enjoy and spread their wings for a cure only within those Boundaries. Clinton M. Tullis case shall be kept entirely within the State of Washington and for outsiders from other States to interfere is a Criminal Act in itself. Weils attempt to get Tullis to sign Weils or the Judges Briefs is Unconstitutional and against the Laws of Washington State of which Plaintiff Clinton will not provide. Plaintiff Clinton has not made and will not concede to any other attempt to change his responsibility's to those necessities. Your brief is criminal and you demand that I sign; But I have news for you. I will not incriminate myself to save you from your Criminal act of applying your Stay into Tullis Court Case, in the Regional Justice Center at city of \Kent, in King County, State of Washington.

1a. <u>Honorable Judge: Robert E Gerber, with responsibility of General Motors recently affording his Court with responsibility of General Motors payments and must not have included my name on their roster. This is all I desired to know and will not sign any document letter or form to clear you or your Attorney Weil, etc. contempt.</u>

2. <u>The Defendants (Cornforth Campbell) long Term Insured, Seriously, may be entirely by the Insurance Company of: Universal Underwriters Insurance Company Post Office Box 542010, Omaha Nebraska 68154-8010 Insured inclusively commencing 2003 through 2011. to contact</u>

(P-1 of 6)

Clinton M Tullis ProSe
16300-184th ave SE Renton Wa 98058
phone 425-226-7399 or 206-713-4950

1

<u>Rancho Cordova Claims Office: Telephone Number= 916-859-2470 : FAX No. 402-963-5011:
Or: zdm.Claims@ zurichna.com</u> : As preference and follow up on their Admissions of Conduct during tenure of Cornforth Campbell Insurance should assist General Motors Corporation in Payment of Debts incurred through Cornforth Campbell Criminal performances and General Motors Inc. has shared total debt responsibility from the Partnership.

3. I, Plaintiff-Petitioner does plan to collect and is occasionally, surprisingly blinding out, which at times cripples my productivity of which I will have to hang up for at least an hour and sometimes several hours.

3.a. The several Doctors that have conditional control of my anatomy have prescribed potent drugs beneficial to various parts of my anatomy and they do bother memory, perturbing me; and relaxing of some short time challenges.

3.b. All of this has came about from Physical Damages done to Plaintiff-Petitioner requiring eight months to get in condition for heavy surgery on and across Clinton Tullis lower anatomy and left a never curing damage to Clintons left hand and wrist; All of which soon led to necessity of a heart Pace Maker; and his female partner, a mental fear From an accident that is 100 Percent caused by General Motors and Agency of Cornforth- Campbell criminal laxity.

4. Tullis original: First brief to General Motors Corporation led to then "Chief Rick Wagoner" Whom Immediately went to the General Motors Factory Assemblies and demanded an increase in Quality of "steel strength and size" for their frames and steering assemblies of all vehicles and

4a. Rick immediately sent Plaintiff Clinton a thank you note for informing GMC of the former discrepancy found in the Suburban, Plaintiffs had Purchased from GMC irresponsible Agency of Cornforth-Campbell at Puyallup Washington, that caused everlasting physical damages to Clinton M. Tullis and a heavy beating to Clinton and Margaret at point of contact with another vehicle that had stopped in the road because of crashing into another vehicle; thus badly bruising Margaret physically and creating slight, cautious fears of highway travels damage to Clinton's Partner: \Margaret Tullis.

4b. Several Sales Persons at General Motors Factory sent Clinton Tullis a Thank You note for the Strength improvements in the steering and frame assemblies of which all of them now claim they are producing the best vehicles in the World. I will send copies of a couple condolences.

5. I will be capable of facing a 12 person Jury and am looking forward to working with the Court chosen Judges to augment a very essentially necessary new look at the potent Dangerous Automobile Industry that has about 75 to 90 percent control over Automobile Owners and closer to One Hundred Percent of Injuries and Deaths caused by Auto Factories and Dealers Deadly Short-Cuts. This Corruption results; Points to possibility's to you and me Every Day: Period.

6. The proper effects of our formerly dated for Trial; has already changed some by oversight and demand at the Assembly Lines at General Motors by Then: "Chief Rick Waggoner" upon receipt of Petitioners First Brief; Rick ordered the Assembly Lines to Increase GMC Frame And Steering Size and Strength, plus more welding and Heavier Steering and Frames connections.

6a. Mr. Waggoner gleefully sent Plaintiff Notice of his immediate changes at the Assembly Lines.

7. Mr. Waggoner was the first Executive Fired off GMC Calendar. One Wonders Why. The Pick-ups and Trucks are much stronger; and so are the Passenger Cars. I would like an answer and may get one from a new owner of a Renton GMC Dealership. He may get fired from GMC, but I doubt it. He may investigate the facts and if they are strengthened, They will certainly make a grand advertiser.

8. Plaintiffs often have received condolences because of excitedly increasing the strengthening of General Motors Vehicles Frames and Steering assemblies because of Clinton M. Tullis Complaints of safety needed for vehicles to be on busy roads.

P-2 of 6

Clinton M Tullis ProSe
16300-184" ave SE Renton Wa 98058
phone 425-226-7399 or 206-713-4950

9. General Motors: Should send the Universal Underwriters Insurance Company if Possible; a demand for copies of Cornforth Campbell Insurance Policy's agreements with Cornforth Campbell of Puyallup, Washington to assist in financing this combined cause of action.
9a. Even Though: Original owners of Cornforth Campbell Automobile Agency with Partnership of General Motors Mr. Good Wrench , may be in Jail or fearful hiding.

10. The only Cornforth Campbell business that seemingly prevails is a Large Flashy, Wreck Repair Building located on East second Street in Puyallup, Washington..

11. There is a Large New Service Station appearing like a Truck Stop at the original Location of their former, Large GMC Automobile Agency.

12. I will soon utilize time to Go to City of Tacoma, To their new County Records of Cornforth-Campbell which has no outside references that I could detect in passing by.

13. The Pierce County Telephone Book is like looking at a Dead Horse. The name of Campbell Today predominates in the Pierce County phone books and may point back to the early settlers Plus adding new names with following marriages, etc.

14. The city of Tacoma is rapidly changing and looks like it is cleaning up as well as expanding.

15. The Pierce County Records Building has considerably expanded and is readily available. Plaintiffs Real Estate Sales in 1940s through 1980s were partially accomplished in Pierce and surrounding Counties. The growths and changes since is astounding.

16. Plaintiff Reminder of on this day : Criminal and or Chief Civil Case Judge planning on a decision by a Grand Jury Trial. With two or more Counties involved, Petitioners can perform a case through a Court of Petitioners choice. This case Number 10-2-25699-7 had been enacted by performance in three counties of which the final one chosen by Plaintiff-Petitioners is King County Regional Justice Center at city of Kent Washington. Tell Attorney Weil: Clinton M. Tullis will not be bullied out Of this.

17. I Clinton M Tullis, Has researched to let the Attorneys know this: The Constitutional Laws and rules of the United States that augment the value of Tullis Case researched for absolute Truth of the present situation attempting to be overpowered by the opposition Attorneys seducing the Judge of the United State Court in New York, New York. against Constitutional and Washington State Law. Plaintiff Clinton will not violate Washington State Law and I will not argue a Case outside of Washington State.
17a. The case supposedly and ignorantly being pressed to be associated with Clinton M. Tullis to resolve in the New York,New York court is against the United States Constitutional Laws as any case Clinton Tullis will accept, is Properly ordered to be resolved solely within the State and County Court From the area where the Plaintiff-Petitioners preside. Plaintiff Clinton will not sign Of which Weil, Manges and Gotshal only prove they are on the Criminal side of Law and Weil Erred in placing the Stay out of his territory into Washington State at King County Court.
17b. To place the Plaintiffs in jeopardy as well as the United States Judge to problems that are not Any Of The Attorneys Legal business; Could place the self proclaimed Professionals as Attorney's in Jeopardy, especially confronted by Weils, Gotshal and Manges and several attorney's in enacting a stay in the Maleng Regional Justice Center in the City of Kent, State of Washington. His bullying Tactics shall cost them and their large group, money and possibly a change in his career. He appears to be short on studies placed on his back-burner. Clinton Tullis will not duplicate this Criminal idiocy.
18. Clinton M. Tullis has recently attempted to let the Attorneys know this and it appears that they learned their functioning as Attorneys in fact without further studies to see that they are not

P-3 of 6

Clinton M Tullis ProSe
16300-184" ave S E Renton Wa 98058
phone 425-226-7399 or 206-713-4950

provided with all they should know as Professionals; of Federal functioning and resolution of a case created by situations prevailing in three counties in the State of Washington of which allows Plaintiffs-Petitioners, (Professionals), The absolute right of Clinton to make a choice of County for final Trial and Judgment. It is not to be ruptured by out of State Criminal Personnel.

18a. Clinton M. Tullis will rightfully continue this law suit through the Justice Center in the city of Kent. The Charges to Defendants are for combined Criminal and Civil Charges applicable to Rules of the Court of Washington and Constitutional Laws to be applied and completed in Clinton Tullis Court action.

Following is the United States Constitutional Laws

Amendment V11 (1791) :

In suit of Common Law, Where the Value in Consideration shall exceed (20) Twenty Dollars, the right to trial by Jury shall be preserved, and no fact tried by Jury, shall be Other wise Re-Examined in any Court of the United States than the rules of Common Law..

Article V1:

All Executive and Judicial Offices, both of the United States and of several States Shall Be Bound by Oath and Affirmation to Support the Constitution.

Article 111.

The trial of all crimes except in cases of impeachment , shall be by Jury; and such Trials shall be held in the State where the said Crimes shall have been committed.

AMENDMENT (X1V): SECTION (1).

Section 1. All Persons whether Born or Naturalized in the United States and subject to the Jurisdiction thereof, are citizens of the United States wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; Nor shall any State deprive any person of life, liberty, or Property, without due process of Law; nor deny to any person within its Jurisdiction the equal protection of the laws.

SECTION (3).

No Person shall be a Senator or Representative in Congress or Elector of President and Vice President, or hold any office, CIVIL or MILITARY, UNDER THE UNITED STATES, or any STATE, Who having previously taken an Oath, as an EXECUTIVE or JUDICIAL OFFICER of any STATE, To Support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or have given aid or comfort to the enemies thereof. But Congress may by a Two-Thirds Vote of Each House, Remove Such Disability.

19. PERJURED SALES To Plaintiff Clinton and Partner Margaret DECLARATIONS OF VEHICLE BEING IN PERFECT CONDITION (Like new). The Vehicle was Polished and Shined like New, but quickly found to be in dangerous road condition.

19a. IE.: The State where the Crimes and Injuries there from; were committed, Covered results from Three Counties: IE: South King County, North Pierce County, and North Lewis County. South King County at the city of Renton, is where we the "Plaintiffs, Petitioners" live, Purchased the Suburban in Northern Part of Pierce County at Puyallup, city of Washington State; and had an unnecessary accident in the Northern Part of Lewis County, at Centralia, Washington. created by laxity of Mechanics and Business and Sales Agents working for Cornforth Campbell and GMC Agency of Mr. Good Wrench at Puyallup, Washington and for which Plaintiffs-Petitioners have continuously suffered from Never Ending "Physical Damages".

19b. The so called Professionals: of Weil,Gotshal and Manges, etc. have bullied the word of Professionals to the Honorable Judge : Robert E. Gerber to Impress Him to have a Court Action against the Petitioners" and this is against Constitutional Law and Washington State Law. IE.: The PLAINTIFFS case shall be totally resolved in the State of Washington and the County of King as Plaintiff's Only Legal Choice.

(19c).To commence a Court action or participate in out of State Court Action other than as a witness

of an illegal or legal act, during foreign Trial out of State is a Crime in itself and Plaintiff Clinton, To date demands Ten Million Dollars for relief from the Criminal Acts of the above mentioned

P.4-of-6

Clinton M Tullis ProSe
16300-184" ave S E Renton Wa 98058
phone 425-226-7399 or 206-713-4950

Attorneys whom attempted to include Clinton in a definite inappropriate act or cause. I could use a more appropriate and better name of your said Professionalism but do not desire to follow your bullying and arrogant ignorance. (19d). Plaintiff-Petitioner Clinton: believes; you are not capable of the heavy load I sent you notice of And will only lower your fears with Truth by lowering your punishment absolutely deserved to $300,000.00 to be paid within Sixty days regardless of conclusion of Petitioners trial soon to commence.(19e).The Judge will have to remand any claims against the Plaintiff-Petitioner Clinton without assist of Washington State. As any legal so called claims are really out of order under Honorable, Judge Robert E. Gerber, whom was led to believe that the so called Professionals "Lawyers" actually new of the Crime they were pressing him to perform. He should place them in Jail and give them some legal books to read that would move them to a more appropriate status. Try some constitutional Law Books.(19f). Washington State Law demands that A Plaintiff shall carry his case for determination within Washington State Courts in a County of Petitioners Choice if Petitioners, incidental cause of Injuries were performed in two or more County's. Other wise, (19g)The, County being the only one for the incident shall be tried in that County Court. . Petitioners Case is not allowed otherwise by Washington State Laws.
(20.) It is illegal for Plaintiff- Petitioner Clinton to sign any OUT OF STATE Case Documents or to commence a cause out of State. The only reason Petitioner Clinton Contacted GMC reference Was to see if the Responsibility recently passed to Honorable Judge Robert E Gerber to pay listed parties owed, contained Petitioner Clinton M. Tullis in his list. (20a.) The Attorneys of Weil,Gotshal and Manges sneaky attempt to get Tullis to sign a ( Washington State unallowable Document) so that Weil, Gotshal and Manges could smash Tullis honest right, to collect from General Motors whom participated in a Felony with "GMC Mr. Good Wrench Agency Cornforth-Campbell"at city of Puyallup in Northern Pierce County (one of three Counties involved) that very nearly cost Plaintiff-Petitioner Clinton M. Tullis his life that led into over 8 months before surgery could be performed and has led Clinton to numerous never ending expensive hospital assistance.
(20b.) Constructive or Legal Fraud: Comprises all acts, omissions and concealments involving breach of equitable or Legal Duty, or Trust and resulting in damage to another. It is thus Fraud that is presumed from the circumstances, without the need for any actual proof of intent to defraud. "The Law Firm of Weil, Gotshal & Manges etc." have grossly violated County, Federal and Washington State Laws, for which they could be placed in incarceration or will be at the least, charged heavily for their Criminal Acts. Today: "Plaintiffs serve them notice of an acceptable Fee of which Weil, Gotshal and Manges, etc. may pay or can borrow and pay the penalty to Clinton M. Tullis within 60 days (Two months) commencing on the First Day of March, 2012. Regardless of Clinton Tullis future completion of Grand Jury determination of Tullis Case. If payment is Beyond the first day of March 2012, the value will automatically turn to $500,000.00 and double every six months thereafter if not paid in full.
(20c.) Again: PERJURED Sale of Vehicle to Petitioners-Plaintiffs by General Motors GMC Mr. Good Wrench Agency of Cornforth Campbell, A Suburban Vehicle meant to tow a large Wilderness Trailer on vacations.(XXXX Plaintiffs have more than Forty Pages consisting of the original Super Perjured information of the condition of the Vehicle and also consisting of all of the repairs and the never ending damages done to Plaintiffs-Petitioners caused by General Motors Agency irregular, Persistent Criminal Neglect. Fraud in Fact.XXXX.)
(20d.) Plaintiff-Petitioner: Clinton M. Tullis in The past: sent Honorable Judge Robert E. Gerber, The enormous pack (about ¾ of an inch thick) Of the total vehicle Perjured declarations and results thereof on sale of a GMC Suburban to Plaintiffs, That has vastly damaged Plaintiffs Physical Conditions*(20c.) Judge Gerber should have received it from his Court Clerk. The 40 or more pages were the history of Defendants Perjury creating and performing a serious accident.
(20e.)The Agency Declaration of perfect condition of the Suburban Vehicle must have meant for the Junk Yards. This case is a Criminal and Civil Case Combined. Fraud in fact.

(21.) Earlier in this Case; Plaintiffs-Petitioners informed the Court that General Motors and its Mr. Good Wrench Agency of Cornforth Campbell were declared Guilty of serious Crimes enacted to Plaintiffs and Could not take Bankruptcy or find other means to hide their Values. This remedy has not changed and will not change for any attempt to bypass the Cause shall be disregarded.
(P.5 of 6)

Clinton M Tullis ProSe
16300-184" ave S E Renton Wa 98058
phone 425-226-7399 or 206-713-4950

5

(21-a.) The Studies of Constitutional Laws and Washington State Laws are well founded.
(21-b.) The Law Firm of Weil, Gotshal and Manges etc. first challenged Plaintiffs by injecting the Chapter 11, etc; and denied Plaintiffs of Crimes committed by General Motors and Agency of Cornforth Campbell of whom could not take bankruptcy or find other means to hide their values.
(21-c.) The submission demanded by Weil, Gotshal and Manges etc. were wrong in violating Plaintiffs case and further violation of rules of Washington State and the County of King being Plaintiffs choice for completion of our Case. Weil Gotshal and Manges should have requested copies of Plaintiffs briefs received by General Motors, prior to the Law Firm becoming the officials to assist Present and future Legal concerns of General Motors. Weil, Gotshal and Manges are Corrupt. (21-d.) The law firm of Weil, Gotshal and Manges, etc. are again violating Washington State Laws, King County Laws and United States Constitutional Law. Their firm is not a resident of the State of Washington or of King County, etc. and they have no right whatsoever to create an illegal case or resolution with Plaintiffs on an out of State Case of Law in violation of State and Federal Laws. They are bullies and Plaintiff-Petitioner will not accept any of their conclusions.
(21-e.) You are also pressing the United States Judge : Honorable Robert E. Gerber to violate Constitutional Law and Washington State Law for which you are wasting precious time for every one concerned and for which We shall show no mercy to your fiction. Plaintiffs demand no less than aforementioned offer for the conflict we have been through with Weil, Gotshal and Manges in the Past, present and future.

No-(22.) General Motors is now producing much better and safer vehicles because of my discovery and injury's from their former Suburban. Many of their officials and sales persons have thanked me for informing them of what was needed to make their vehicles safe on the roads. They will generate a lot of business from the changes immediately activated after my notice.

No.(22a.) A Washington State Judge will soon close the case in Plaintiff-Petitioner Clinton M. Tullis, favor. Weil, Gotshal and Manges etc. and a Judge from out of State Court, cannot rule without violating the laws of the US Constitution of which you must not have ever read.

TO THE OFFICIATING JUDGE OF THIS CASE OF CRIMES AND INJURIES COMMITTED TO PLAINTIFFS TO BE RESOLVED BY MONETARY VALUES demanded BY PLAINTIFF IS HEREBY ORDERED AS FOLLOWS: In determination agreeable with a Grand Jury

BY Honorable Judge: _____Payment of: $_300,000.00_cash payment

From Attorneys Weil, Gotshal and Manges On Tuesday, The 1st day of March 2012 and increase to $500,000.00 if not received on the first day of March, 2012 _____

    Weil, Gotshal and Manges
After_____on this First day of March, 2012 shall change to

An additional $500,000.oo every 2nd day of every other month until the case is

finalized_____

To be ordered from General Motors at Grand Jury Determination

Payment of: $40,000,000.00 TO be Guaranteed in two annual increments of $20,000.000.00

commencing On the day improvised by the Grand Jury as _____2012.

(P. 6 of 6)

Clinton M Tullis ProSe
16300-184th ave SE Renton Wa 98058
phone 425-226-7399 or 206-713-4950

A.08.010 *HMC for Spencer*
A.08.020 **Liability for conduct of another—Complicity** *or for* A person is guilty of a crime if it is committed by conduct *Complicity* of another person for which he is legally accountable.

9A.08.030 **Corporate and personal liability.** (1) As used in this section:

(a) "Agent" means any director, officer, or employee of a corporation, or any other person who is authorized to act on behalf of the corporation;

(b) "Corporation" includes a joint stock association;

(c) "High managerial agent" means an officer or director of a corporation or any other agent in a position of comparable authority with respect to the formulation of corporate policy or the supervision in a managerial capacity of subordinate employees.

(2) A corporation is guilty of an offense when:

(a) The conduct constituting the offense consists of an omission to discharge a specific duty of performance imposed on corporations by law; or

(b) The conduct constituting the offense is engaged in, authorized, solicited, requested, commanded, or tolerated by the board of directors or by a high managerial agent acting within the scope of his employment and on behalf of the corporation; or

(c) The conduct constituting the offense is engaged in by an agent of the corporation, other than a high managerial agent, while acting within the scope of his employment and in behalf of the corporation and (i) the offense is a gross misdemeanor or misdemeanor, or (ii) the offense is one defined by a statute which clearly indicates a legislative intent to impose such criminal liability on a corporation.

(3) A person is criminally liable for conduct constituting an offense which he performs or causes to be performed in the name of or on behalf of a corporation to the same extent as if such conduct were performed in his own name or behalf.

(4) Whenever a duty to act is imposed by law upon a corporation, any agent of the corporation who knows he has or shares primary responsibility for the discharge of the duty is criminally liable for a reckless or, if a high managerial agent, criminally negligent omission to perform the required act to the same extent as if the duty were by law imposed directly upon such agent.

(5) Every corporation, whether foreign or domestic, which shall violate any provision of RCW 9A.28.040, shall forfeit every right and franchise to do business in this state. The attorney general shall begin and conduct all actions and proceedings necessary to enforce the provisions of this subsection. [1975 1st ex.s. c 260 § 9A.08.030.]

*Very important* → *Title 9A RCW—page 5*

**CRIME** a wrong that the government has determined is injurious to the public and that may therefore be prosecuted in a **criminal proceeding**. Crimes include **felonies** and **misdemeanors**. A common law crime was one declared to be an offense by the developed case law of the common law courts. Today all criminal offenses are exclusively statutory in nearly every American jurisdiction. See **infamous crime**.

**CRIMEN FALSI** (krī'-měn făl'-sē) Lat.: a crime of deceit. In common law a crime involving falsehood and fraud. Having committed such a crime generally disqualified a person as a witness in a judicial proceeding. Examples of *crimen falsi* include forgery, perjury, subornation of perjury, suppression of testimony, conspiracy in the absence of a witness and fraudulent making or alteration of a document.

**CRIMINAL COERCION** the common law offense of extortion has been broadened by modern statutes to encompass any person who, acting with purpose to restrict unlawfully another's freedom of action to his or her detriment, threatens to commit any criminal offense, accuse anyone of a criminal offense, expose any secret tending to subject any person to hatred, contempt, or ridicule, impair his or her credit or business repute, or threatens to take or withhold action as an official, or cause an official to take or withhold action. Common law extortion was limited to the corrupt collection of an unlawful fee by an officer acting under color of office with no proof of threat, force, or duress required. If property is obtained as the result of criminal coercion, the conduct then constitutes **theft by extortion** since that form of theft encompasses today any conduct that is now proscribed by the criminal coercion statute. See **coercion**.

**NEGLIGENCE** failure to exercise that degree of care which a person of ordinary prudence (a **reasonable man (person)**) would exercise under the same circumstances. The term refers to conduct which falls below the standard established by law for the protection of others against unreasonable risk of harm. It does not comprehend conduct recklessly disregardful of the interests of others. Restatement, Second, Torts §282.

**CONCURRENT NEGLIGENCE** the wrongful acts or omissions of two or more persons acting independently but causing the same injury. The independent actions do not have to occur at the same time, but must produce the same result. The actors are all responsible for paying the damages, and can usually be sued together in one lawsuit or individually in separate lawsuits.

**CRIMINAL (CULPABLE) NEGLIGENCE** such negligence as is necessary to incur criminal liability; in most jurisdictions, culpable (criminal) negligence is something more than the slight negligence necessary to support a civil action for damages. 133 N.Y.S. 2d 423, 427. Thus, culpable negligence, "under criminal law, is recklessness or carelessness resulting in injury or death, as imports a thoughtless disregard of consequences or a heedless indifference to the safety and rights of others." 85 S. E. 2d 327, 332; see also Perkins & Boyce, *circumstances. See id. §283.* Negligent conduct may involve either a) an act that the actor as a reasonable man should recognize as involving an unreasonable risk of causing an invasion of an interest of another, or b) a failure to do an act necessary for the protection or assistance of another and which the actor is under a duty to perform. See id. §284.

**ACTUAL (COMPENSATORY; GENERAL) DAMAGES** those damages directly referrable to the breach or tortious act; losses which can readily be proven to have been sustained, and for which the injured party should be compensated as a matter of right.

**DOUBLE (TREBLE) DAMAGES** twice [or three times] the amount of damages that a court or jury would normally find a party entitled to, which is recoverable by an injured party for certain kinds of injuries pursuant to a statute authorizing the double [or treble] recovery. See 6 Fed. Cas. 892, 893. They are intended, in certain instances, as a kind of punishment for improper behavior. See **EXEMPLARY (PUNITIVE) DAMAGES** below.

**EXEMPLARY (PUNITIVE) DAMAGES** compensation in excess of actual damages; a form of punishment to the wrongdoer and excess **enhancement** to the injured; nominal or actual damages must exist before exemplary damages will be found and then they will be awarded only in instances of malicious and willful misconduct.

**ARTICLE III**

Section 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services a Compensation, which shall not be diminished during their Continuance in Office.

Section 2. [1] The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States,

[3] The trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

*Present case no. 10-2-25699-7*

*if no. (5) above happened*
*I fear that all states or most of them would follow & I hope this does not*
*this is another reason Weil, Gotshal & Manges to back off happen*

Cases
(Formerly 92k45)
Municipal court should decide constitutional questions if they are raised. W.S.A. Const. Art. 7, §§ 2, 14; W.S.A. 755.045.

[2] Criminal Law 110 ⚖ 88

110 Criminal Law
    110VIII Jurisdiction
        110k85 Courts Invested with Criminal Jurisdiction
            110k88 k. Municipal and Other Local Courts. Most Cited Cases
(Formerly 92k45)
Once municipal court is created, its power is not that of administrative agency created by legislature, but rather is judicial power as part of unified court system, and, thus, municipal court has inherent authority to decide constitutionality of city ordinances. W.S.A. Const. Art. 7, §§ 1 et seq., 2.

[3] Constitutional Law 92 ⚖ 2450

92 Constitutional Law
    92XX Separation of Powers
        92XX(C) Judicial Powers and Functions
            92XX(C)1 In General
                92k2450 k. Nature and Scope in General. Most Cited Cases
(Formerly 92k67)

Judges 227 ⚖ 24

227 Judges
    227III Rights, Powers, Duties, and Liabilities
        227k24 k. Judicial Powers and Functions in General. Most Cited Cases
Judicial oath taken by municipal judge obligates judge to perform judicial duties in manner prescribed by Constitution, including determining constitutionality of legislation when legislation is challenged on that basis, but judicial power comes not from oath but from Constitution

DOUBLE (TREBLE) DAMAGES twice (or three times) the amount of damages that a court or jury would normally find a party entitled to, which is recoverable by an injured party for certain kinds of injuries pursuant to a statute authorizing the double (or treble) recovery. See 6 Fed. Cas. 893. They are intended, in certain instances, as a kind of punishment for improper behavior. See EXEMPLARY (PUNITIVE) DAMAGES below.

EXEMPLARY (PUNITIVE) DAMAGES compensation in excess of actual damages; a form of punishment to the wrongdoer and excess enhancement to the injured; nominal or actual damages must exist before exemplary damages will be found and then they will be awarded only in instances of malicious and willful misconduct.

DAMAGE see injury; irreparable injury (DAMAGE, HARM).

DAMAGES monetary compensation which the law awards to one who has been injured by the action of another; recompense for a legal wrong such as a breach of contract or a tortious act. There are various measures used for calculating damages, including diminution in value, and cost of completion. Compare specific performance.

ACTUAL (COMPENSATORY; GENERAL) DAMAGES those damages directly referrable to the breach or tortious act; losses which can readily be proven to have been sustained, and for which the injured party should be compensated as a matter of right.

still you have not proved your case against me." ¹ Courts are reluctant to grant a motion for a directed verdict. They usually feel that the jury should hear the defendant's case and render a verdict on the basis of all the evidence. Occasionally, however, the motion is granted and the case is dismissed.

If the defendant is denied his request for a directed verdict, he must proceed to place his evidence before the jury. His witnesses are introduced one by one, examined, and turned over to the plaintiff's counsel for cross-examination.

In the examination of a witness either attorney may object to a question asked by the other attorney. The court will either overrule or sustain the objection. The party against whom the court rules usually *takes exception* to the court's ruling in order to preserve the objection in case of an appeal.

ARGUMENTS TO THE JURY. After all of the evidence is in, the attorneys for the plaintiff and the defendant argue the case before the jury. Each side is allowed the same amount of time. The attorney for the plaintiff "opens" and "closes" the arguments. Attorneys must confine their argument to the evidence in the case.

INSTRUCTIONS TO THE JURY. As soon as the arguments of counsel are concluded, the judge instructs or charges the jury on the law applicable to the case.

VERDICT. The jury then retires to consider its verdict. In a criminal case a verdict of guilty must be unanimous. In civil cases, in most states, nine of the twelve jurors may render a verdict. After reaching a verdict the jurors return to the court room, and in the presence of the judge, the parties, and their attorneys, the foreman reads the verdict. Upon the request of either party the jury may be *polled*; that is, each juror may be separately asked whether this is his verdict.

JUDGMENT. On the basis of the verdict the judge renders his judgment. The wording of the judgment is important. Consequently, the judge may avail himself of the services of the attorneys in its preparation.

Occasionally the attorney for the losing party files a motion with the court for a *judgment non obstante veredicto* (notwithstanding the verdict). In behalf of such motion the attorney argues that on the basis of the evidence in the case the verdict was obviously for the wrong party.

¹ It will be noted that a motion for a directed verdict resembles a demurrer in important respects. In some jurisdictions, indeed, such a procedural move is called a *demurrer to the evidence*, a term handed down from the early common law. In other jurisdictions it is called a motion to exclude the evidence from the jury or a nonsuit.

DUE DATE time fixed for payment of debt, tax, etc.

PERJURY criminal offense of making false statements under oath or affirmation; at common law, only a willful and corrupt sworn statement made without sincere belief in its truth, and made in a judicial proceeding regarding a material matter, was perjury. Today, statutes have broadened the offense so that in some jurisdictions any false swearing in a legal instrument or legal setting is perjury, even if it is not material and even though it is not presented in a judicial proceeding. See Perkins & Boyce, Criminal Law 511 (3d ed. 1982); Model Penal Code §241.1. See also subornation of perjury.

Case no. 9812-25699-7 KNT

*this entire page refers to crimes committed by agency & manufacturers joint responsibility*

page # 2

13. We Trusted The Sales Agent and Office Personnel and their contracts or we would not have Purchased the Vehicle.
14. "Management had no intent to adhere to their signed agreements."
15. A recent acquired Washington State Commitment of Law states: There is no limitation on litigation awards to an injured party.
16. This is qualified as to AID AND ABET. To actively, knowingly, or purposely facilitate or assist another individual in the attempted or attempted commission of a crime.
17. Aiding and abetting is characterized by Affirmative Criminal Conduct and is not established as a result of omissions or negative acquisance. 24 A 2d 85, 87.
18. Compare Accessory: One who Aids or contributes in a secondary way or assists in or contributes to crime as subordinate. See 216 So. 2d 829, 831.
19. The failure to report the commission of a felony is sometimes itself a crime. An accessory does acts which facilitate others in commission or attempted commission of Crime or Avoiding Apprehension for Crime.
20. (Apprehension: To seize, to arrest, to understand, to fear, filled with dread, suspicious). Complicity "mens rea" Accomplice; Liability is shared. Common "Mens rea": and Criminal Purpose is shared between Agent and Principal: See 233 P 2d 347.
21. (a). Intent: A person acts with intent or intentionally when he acts with the objective or purpose to accomplish a result which constitutes a crime.
   (b) Knowledge: A person knows or acts knowingly or with knowledge when:
      (1) he is aware of a fact, facts, or circumstances or results described by a statute defining an offense;
      (2) or he has information which would lead a reasonable man in the same situation to believe that facts exist which facts are described by a statute defining an offense
   (c) Recklessness: A person is reckless or acts recklessly when he knows of or disregards a substantial risk that a wrongful act may occur and his disregard of such a substantial risk is a gross deviation from conduct that a reasonable man would exercise in the same situation.
22. Criminal Negligence:
   (a) A person is criminally negligent or acts with criminal negligence when he fails to be aware of a substantial risk that a wrongful act may occur and his failure to be aware of such substantial risk constitutes a gross deviation from the standard of care that a reasonable man would exercise in the same situation.
   (b) Substitute for Criminal Negligence:
      (1). Recklessness and Knowledge. When a statute provides that criminal negligence suffices to establish an element of an offense,
      (2). Such element also is established if a person acts intentionally, knowingly, or recklessly. When recklessness suffices to establish an element;
      (3) Such element also is established when a person acts intentionally or knowingly.
      (4) When acting knowingly suffices to establish an element, such element also establishes if a person acts intentionally.
23. Chapter RCW 9A.08.020, which advocates the Liability for Conduct of another: Complicity.
   (a) A person is guilty of a Crime if it is committed by the conduct of another person for which he is legally accountable.
24. Chapter RCW 9A.04.100.
   (a). This also applies to Agency and Corporations. The Corporation is also held or shares responsibility for Agents Acts
   (b). Allows Ten years for Statute of Limitations.  *10 years*
25. Letter to Cornforth Campbell on June 16, 2003. This letter was hand written and done in haste after returning home from one of the four visits to Cornforth Campbell to get them to correct mechanical problems discovered and getting nothing but rhetoric from their representatives for an answer.
   (a) The engine in a six mile run from East of Kent to Maple Valley Heights (pulling a 7,000 pound trailer); ran the water temperature to 280 degrees.
      (1). I want the fan belt and the thermostat removed;
      (2). then the water jacket reinstalled and filled with water *for testing or securing constant*

The Judge was not contacted for any Court Hearing, or other reason by Clinton Tullis, other than the

Appearing HONORABLE Judge Robert E. Gerber had been afforded GMC backed payments of

Debt service to see if Plaintiffs-Petitioners was on his calendar. Clinton had no other reason to

Comply and absolutely would not sign a Stay for Weil, Gotshal & Manges as it would be

Unconstitutional and also illegal from Washington State Laws.

**ALL RULES OF COURT AND CASES OF LAW SHALL BE COMITTED IN THE STATE FROM**

**WHICH PLAINTIFFS-RESIDE.**

Judge Robert E Gerber is now softly attempting for Petitioners to sign a release of Weil, Gotshal and Manges, of his present law suit etc. of which would place Petitioner-Plaintiff: Clinton Tullis as a villain

**No. Dice: I will send his letter back to him unsigned. I am a Washington State Individual since 1954. .**

I study the Washington State, Federal and Constitutional Law thoroughly for the better part of the last 20 years. Further association with Judge Gerber OTHER THAN HIS PAYMENT OF FINES AND DEBT TO CURE HIS ASSOCIATES, TO PLAINTIFF, CLINTON TULLIS is therefore DENIED.

The Cruise Control is a Killer. You don't have time to turn it off if suddenly unsuspected contact is Provided. If you are too tired to travel, You should not be there. If you need rest from foot on the pedal, Let someone else drive. Applying the Brakes does not stop the cruise Controls..
.When We end this Case, I will see to a lot of changes through our State Legislature.

8

Clinton M Tullis
and the palimony relationship thereof
16300-184th ave S E Renton WA 98058-0903

which could be stretched to another ten years if needed. Violations of Washington State Laws inclusive of Crimes Committed: The case number may soon be changed but Plaintiff doubts it.

1. RULES: 9A.08.010 GMC Agency. 2. 9A.08.020 Liability for conduct of another--Complicity A person is guilty of a crime if it is committed by conduct of or for another person for which he is legally accountable: Complicity.

2. RCW9A.08030 Corporate and personal liability. (1) (a) Agent means any director, officer, or employee of a Corporation. Or any other person who is authorized to act on behalf of the corporation. (b) Corporation means a joint stock association.

5. Every Corporation, whether foreign or domestic, which shall violate any provision of RCW 9A.28.040, 9A.08.030. shall forfeit every right and franchise to do business in this State.
The Attorney General shall begin and conduct all actions and proceedings necessary to enforce the provisions of this subject.
ARTICLE 111 OF THE CONSTITUTION: THE JUDICIAL POWER OF THE UNITED STATES.
Section 1. The Judicial Power shall extend to all cases, in Law and Equity, arising under this constitution, the Laws of the United States.
(3) The trial of all crimes, Except in Cases of Impeachment, shall be by Jury; and such trial shall be held in the State where the said Crimes were committed: but when not committed within any State, the trial shall be at such place or places as the congress may by Law have directed,.

CASE FOR JURY TRIAL
P-8

Clinton M. ▓▓▓▓▓▓▓▓▓. Tullis PrOSe
16300-184th ave. S.E. Renton, WA 98058-0903
Phone & Fax: 425-226-7399 or ph. 206-713-4950