UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | Chapter 11 Case No. |
| MOTORS LIQUIDATION COMPANY, *et al.,* | 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.* | |
| Debtors. | (Jointly Administered) |

_____

## CERTIFICATE OF SERVICE

I, Kevin C. Murphy, of The Wladis Law Firm, P.C. hereby certify that on the 23rd day of February, 2012, this office electronically filed the Limited Objection of Onondaga County, New York to the Trustee's Motion Seeking an Order Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation and Disclosure Statement, Dated February 13, 2012, in the above-referenced matter, with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification to the CM/ECF participants.

Dated: February 23, 2012            /s/ Kevin C. Murphy, Esq
                                    The Wladis Law Firm, P.C.
                                    PO Box 245
                                    Syracuse, NY 13214
                                    Telephone: (315) 445-1700