UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| MOTORS LIQUIDATION COMPANY, *et al.*, f/k/a General Motors Corp., *et al.*, | Case No. 09-50026 (REG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss
COUNTY OF ONONDAGA )

I, Kelly C. Collins, being duly sworn, depose and state:

1. I am an Administrative Assistant with Harris Beach PLLC, counsel for Town of Salina, in the above-captioned proceeding. Our business address is 333 West Washington Street, Suite 200, Syracuse, New York 13202.

2. On February 23, 2012 prior to 4:00 p.m. (Eastern Time), I electronically filed the Town of Salina's Response to Motion of GUC Trust For Entry of Order Pursuant to 11 U.S.C. §105(a) And General Order M-390 Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation (at Dkt. 11437), which sent notification to all CM/ECF participants in this matter, and I caused a true and correct copy of the above-referenced document via electronic mail on the parties identified on Exhibit "A" annexed hereto.

Dated: February 23, 2012
            Syracuse, New York

_____
Kelly C. Collins

Sworn to before me this 23rd day
of February, 2012.

_____
Notary Public
CATHIE APPLEMAN
Notary Public, State of New York
Qual. in Onondaga Co. No. 4834467
Commission Expires 10/31/14

229314 1765724v1

# EXHIBIT "A"

Debtors
c/o Motors Liquidation Company
401 South Old Woodward Avenue, Suite 370
Birmingham, MI 48009
Attn: Thomas Morrow
tmorrow@alixpartners.com

General Motors LLC
400 Renaissance Center
Detriot, MI 48265
Attn: Lawrence S. Buonomo, Esq.
Lawrence.s.buonomo@gm.com

Cadwalader, Wickersham & Taft LLP
One World Financial Center
Attorneys for U.S. Dept. of Treasury
New York, NY 10281
Attn: John J. Rapisardi, Esq.
John.rapisardi@cwt.com

United States Department of the Treasury
1500 Pennsylvania Avenue NW, Room 2312
Washington, D.C. 20220
Attn: Joseph Samarias, Esq.
Joseph.samarias@do.treas.gov

Vedder Price, P.C.
Attorneys for Export Development Canada
1633 Broadway, 47th Floor
New York, NY 10019
Attn: Michael L. Schein, Esq.
mschein@vedderprice.com

Kramer Levin Naftalis & Frankel LLP
Attorneys for Statutory Unsecured Creditors Committee
1177 Avenue of the Americas
New York, NY 10036
Attn: Thomas Moers Mayer, Esq.
and Jennifer Sharret, Esq.
tmayer@kramerlevin.com
jsharret@kramerlevin.com

229314 1765724v1

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Tracy.davis2@usdoj.gov

Caplin & Drysdale, Chartered
Attorneys for Official Committee of
Unsecured Creditors Holding Asbestos-related Claims
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Attn: Rita C. Tobin, Esq.
rct@capdale.com

Caplin &Drysdale, Chartered
Attorneys for Official Committee of
Unsecured Creditors Holding Asbestos-related Claims
One Thomas Circle, N.W., Suite 1100
Washington, D.C. 20005
Attn: Trevor W. Swett, III,
and Kevin C. Maclay, Esq.
tws@capdale.com
kcm@capdale.com

Stutzman, Bromberg, Esserman & Plifka
Attorneys for Dean M. Trafelet, et al.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
Attn: Sander L. Esserman, Esq.
and Robert T. Brousseau, Esq.
esserman@sbep-law.com
brousseau@sbep-law.com

Gibson, Dunn, Crutcher LLP
Attorneys for Wilmington Trust Company, et al.
200 Park Avenue, 47th Floor
New York, NY 10166
Attn: Keith Martorana, Esq.
kmartorana@gibsondunn.com

229314 1765724v1

FTI Consulting, as the GUC Trust Monitor
and as Avoidance Action Trust Monitor
One Atlantic Center
1201 West Peachtree Street, Suite 500
Atlanta, GA 30309
Attn: Anna Phillips
Anna.phillips@fticonsulting.com

Kirk P. Watson, Esq.
Asbestos Trust Administrator
2301 Woodlawn Boulevard
Austin, TX 78703
kirkwatson@gmail.com