| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br>In re:<br><br>MOTORS LIQUIDATION COMPANY, *et al.,*<br>    f/k/a General Motors Corp., *et al.*<br><br>                    Debtors.<br>-----------------------------------------------------------------X | Chapter 11<br><br>Case No. 09-50026 (REG)<br>(Jointly Administered)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK        )
                                                ) ss:
COUNTY OF NASSAU       )

    **REUEL COLES**, being duly sworn, deposes and says:

    Deponent is not a party to the action is over 18 years of age and is employed by Jaspan Schlesinger LLP.

    On February 23, 2012, deponent served the **LIMITED OPPOSITION BY WOODBURY CADILALC LLC TO GUC TRUST'S 268TH OMNIBUS OBJECTION TO CLAIMS AND MOTION REQUESTING ENFORCEMENT OF BAR DATE ORDERS** upon the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, via first class mail, by depositing a true copy of same, enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York:

TO:    **Daniel R. Murray**
        Jenner & Block, LLP
        330 N. Wabash Avenue
        Chicago, IL 606011
        (312) 923-2953
        Fax : (312) 527-0584
        Email: dmurray@jenner.com

        **David R. Berz**
        Weil Gotshal & Manges, LLP
        1300 Eye Street, NW
        Suite 900
        Washington, DC 20005
        (202) 682-7190
        Fax : (202) 682-7212
        Email: gregory.bailey@weil.com

**Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
(313) 393-7331
Fax : (313) 731-1572
Email: kovskyd@pepperlaw.com

**Donald F. Baty, Jr.**
Honigman Miller Schwartz and Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7314
Fax : (313) 465-7315
Email: dbaty@honigman.com

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: harvey.miller@weil.com

**Joseph R. Sgroi**
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7570
Fax : (313) 465-7571
Email: jsgroi@honigman.com

**Joseph H. Smolinsky**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8767
Fax : (212) 310-8007
Email: Joseph.Smolinsky@weil.com

**Judy B. Calton**
Honigman Miller Schwartz & Cohn, LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7344
Fax : (313) 465-7345
Email: jcalton@honigman.com

**Patrick J. Trostle**
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
(212) 891-1665
Fax : (212) 891-1699
Email: ptrostle@jenner.com

**Robert J. Lemons**
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8924
Fax : (212) 310-8007
Email: robert.lemons@weil.com

**Robert B. Weiss**
Honigman Miller Schwartz & Cohn, LLP
2290 First National Building
Detroit, MI 48226
(313) 465-7596
Fax : (313) 465-7597
Email: rweiss@honigman.com

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8350
Fax : (212) 310-8007
Email: stephen.karotkin@weil.com

**Tricia A. Sherick**
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
Suite 2290
Detroit, MI 48226
(313) 465-7662
Fax : (313) 465-7663
Email: tsherick@honigman.com

**Andrea B. Schwartz**
Dept. of Justice - Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255
Email: andrea.b.schwartz@usdoj.gov

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

**Brian Shoichi Masumoto**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

**Jeffrey S. Stein**
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747
(631) 470-6834
Email: PACERTeam@gardencitygroup.com

**Adam C. Rogoff**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 715-9285
Fax : (212) 715-8000
Email: arogoff@kramerlevin.com

**Amy Caton**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Email: acaton@kramerlevin.com

**David E. Blabey**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Fax : (212) 715-8000
Email: dblabey@kramerlevin.com

**Eric Fisher**
Dickstein Shapiro LLP
1630 Broadway
32nd Floor
New York, NY 10017
(212) 277-6500
Fax : (212) 277-6501
Email: fishere@dicksteinshapiro.com

**Gordon Z. Novod**
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
(212) 715-3275

**Gregory G. Plotko**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9149
Fax : (212) 715-8000
Email: gplotko@kramerlevin.com

**Jennifer Sharret**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9526
Fax : (212) 715-8000
Email: jsharret@kramerlevin.com

**Lauren Macksoud**
Kramer Levin LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9145
Fax : (212) 715-8000
Email: lmacksoud@kramerlevin.com

**Philip Bentley**
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Fax : (212) 715-8000
Email: pbentley@kramerlevin.com

**Robert T. Schmidt**
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Email: rschmidt@kramerlevin.com

**Thomas Moers Mayer**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

/s/Reuel Coles
**REUEL COLES**

Sworn to before me this
23rd day of Febraury, 2012.

/s/ Kareem M. Abbott
Notary Public

Kareem M. Abbott
Notary Public, State of New York
No. 01AB6231418
Qualified in Nassau County
Commission Expires November 29, 2014

RC/D802730v1/M11111/C88888