Thema: **Complaint about the non-consideration of the shareholders of General Motors Corp**
Datum: 20.03.2011 16:11:02 Westeuropäische Normalzeit
Von: ThomasZuern011@aol.com
An: edmund.hegmann@web.de

Thomas Zürn
Alter Mühlenweg 17
D-50679 Köln
Germany

Cologne, March 20 th., 2011
(Germany)(221) 8809460

United States Bankruptcy Court
Southern District of New York
Care off the Judge Mr. Robert E. Gerber
Courtroom 621
One Bowling Green
USA  - New York
NY  10004-1408

My complaint about the non-consideration of the shareholders from the General Motors Corporation by the participation of the new shares from the General Motors /my written complaint from December 3th., 2010

Dear Mrs. Deputy Blum,
Dear Sir Judge,

as a shareholder of the General Motors Corp. I will put in an application for a commitment of an expiry date.

For the calculation of the participation from the promised 15.200.000 shares of the issue of the new GM (=one percent of 1.520.000.000 shares) you should lay down a day at maturity. The cutoff-date should justly be at March 1 th. in the year 2011.

In fairness you have to take the first day in March 2011 for the upon expiry. Because you have pronounced the cancelation of the Motors Liquidation Corp. at March 2 th., 2011, it should be justly if you would consulting the day before: March 1 th., 2011.

Since we have issued 611 Millions of shares from the General Motors Corporation (=Motors Liquidation Corp.) you should participate for forty shares of Motors Liquidation Corp. one share of the new General Motors.

The day of participation has justly to be the day of the upon expiry at March 1 th. in 2011. (24.00 h)

As the grievance I have given you the structure of my letter to the Chief of the House of Representatives, Mr. John Boehner, from February 5 th. , 2011.

I am looking forward to hear from you.

Your`s faithfully

*Thomas Zürn*

Thomas Zürn

Shareholder of the
General Motors Corp.

Structure: The Letter from February 5. th., 2011