Feb. 24, 2012

Helen Blum
deputy law clerk
Honorable
Judge Robert E Gerber
Bankruptcy Court of SDyNY

FAX 212-668-3357

RE: Attorney Dickstein Shapiro
per conversation on phone of
today, regarding letter dated Jan 12, 2012.

BK-09-50026
GCG claim # 71249  dates unknown
                    2011 year
now # 48506        2012 year
reported number as bankruptcy not
closed.

However ESIS claim in Sept
2009 and no responsive help
then either.

Marjorie A Cramer
thehush9@hotmail.com

(attached)
letter Jan 12, 2012
open BK claim 2nd one
Email MLC 1/10/2012

CLAIM #'S - 71249 -
         - 48506 -

B 10 (Official Form 10) (12/08)

**UNITED STATES BANKRUPTCY COURT** FOR THE SOUTHERN DISTRICT of NEW YORK     **PROOF OF CLAIM**

Name of Debtor: GENERAL MOTORS CORP. and MLC
Case Number: 09-50026

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
MARJORIE A. CREAMER - CONSUMER PROTECTION
MARJORIE A. CREAMER - GM-PRODUCT LIABILITY
705 S. MONROE
SMITH CENTER KS 66967
thehusk.919@hotmail.com
785-259-1460

☒ Check this box to indicate that this claim amends a previously filed claim.
Clerk's entry Default
Court Claim Number: 11-4028
(If known)
On time NO ANSWER
Filed on: March 2011

MARJORIE A. CREAMER
Send to 705 S. MONROE
SMITH CENTER KS 66967

[Stamp: THE GARDEN CITY GROUP DEC 22 2011]
Complaint + Summons Served

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $2,000,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

BODILY DAMAGE - PERSONAL INJURY
If all or part of your claim is entitled to priority, complete item 5.
of Defective Recalled Steering motor
☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.
in Safety deposit box / Cates

2. Basis for Claim: CONSUMER PROTECTION
(See instruction #2 on reverse side.) PRODUCT LIABILITY

3. Last four digits of any number by which creditor identifies debtor:
SS# 3216  Recall Cobalt VIN #
3a. Debtor may have scheduled account as: 1G1AL55F367782066 COBALT
(See instruction #3a on reverse side.) 0039   FAILURE CAUSED

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:
Value of Property: $___  Annual Interest Rate ___%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $___  Basis for perfection: ___
Amount of Secured Claim: $___  Amount Unsecured: $___

ACCIDENT
Sept 24, 2009
4 year
old car
NOT Recalled

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).
☒ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).
☒ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).
☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a

Amount entitled to priority: $ Unknown

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 12/21/2011

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Dec 21, 2011   Marjorie A Creamer

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*[Handwritten at top:]* Helen Blum, deputy law clerk - FAX 212-668-3357 Judge Gerber, New York Judge Bankruptcy Ct Bankruptcy court of SD of NY — per conversation on phone Feb 24, 2012 — asking letter emailed to me and received on Feb 22, 2012. In re: MLC Chp. 11 case no: 09-50026 (REG)

# DICKSTEIN SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
tel (212) 277-6500 | fax (212) 277-6501 | dicksteinshapiro.com

January 12, 2012

*[Handwritten:]* NOT CLOSED — GCG agent for claims against MLC gave me claim #s because bankruptcy not closed yet. #71249 1st number date unknown #48506 2nd number approx date 2011  Marjorie A. Creamer  thehush91@hotmail.com  Feb 24, 2012

Via First Class Mail

Marjorie S. Creamer
705 S. Monroe
Smith Center, KS
66967

Re:   MLC Claim No. 71249

Dear Ms. Creamer:

We are in receipt of Proof of Claim No. 71249 dated December 22, 2011 (attached as Exhibit A) concerning the bankruptcy of General Motors Corporation (now known as Motors Liquidation Company, "MLC").

Please be advised that, by order of the United States Bankruptcy Court for the Southern District of New York, the deadline to file claims against MLC and its debtor affiliates was set for November 30, 2009. The order (attached as Exhibit B) provides that any creditor failing to file an official claim by such deadline is forever barred from doing so. **Because your claim was filed late, it cannot be considered for distribution by MLC.**

By this letter we are asking you to withdraw your claim against MLC. A sample withdrawal form with instructions is attached to this letter (as Exhibit C) for your use.

Sincerely,

Stefanie J. Greer

SJG/
Enclosures

*[Handwritten:]* criminal neglect failure to not notify consumer of factory defective steering motor, the day of knowledge of fact of defective

# Motors Liquidation Company_ Creditor Inquiry

1/18/2012

From: **MotorsLiquidationDocket** (Claims@MotorsLiquidationDocket.com)
Sent: Tue 1/10/12 2:43 PM
To: 'thehush91@hotmail.com' (thehush91@hotmail.com)

Dear Ms. Creamer,

This email will acknowledge receipt of your inquiry to the GCG call center. GCG is the claims and noticing agent retained in the Motors Liquidation Company f/k/a General Motors Corp. proceedings. Our records indicate that your claim has been assigned court claim# 71249. Please be advised that your claim is still under review by counsel.

*now 1/17/2012 claim # 48506*

Please visit www.motorsliquidationdocket.com for up-to-date information in these proceedings. Please do not hesitate to contact us if you have any additional questions or concerns.

*Please let me know hearing date schedule.*

Best Regards,

*FAX 212-668-3357*

GCG

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

*GM BK case # 09-50026*

*Judge Robert E Gerber*
*SD of NY Bankruptcy Ct*

*Attny Dickstein + Shapiro*
*1633 Bdwy  212-277-6500*
*NY NY 10019*