**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **MOTORS LIQUIDATION COMPANY,** *et al.,* | : | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.,* | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss
COUNTY OF NASSAU    )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.     I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.     On February 22, 2012, at the direction of Weil, Gotshal & Manges LLP, Counsel to the Motors Liquidation GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (affected parties), and by e-mail on Doris Briscoe, fgeagle@aol.com and norcoe@att.net (affected party):

- [Endorsed Order] Letter from Doris Briscoe, to Honorable Robert E. Gerber, United States Bankruptcy Court, Southern District of New York, dated February 21, 2012, regarding Request for 60 Day Postponement of Hearing on Claim [Docket No. 11434].

Dated:  February 24th 2012
       Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 24th day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015

# EXHIBIT A

DORIS BRISCOE THE ESTATE OF LEONARD BRISCOE
4774 OVERTON WOODS DR
FORT WORTH, TX 76109

DORIS BRISCOE THE ESTATE OF LEONARD BRISCOE
FRANK P HERNANDEZ
716 WAYNE ST
DALLAS, TX 75223