UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                    :    Chapter 11
                                                                              :
MOTORS LIQUIDATION COMPANY, *et al.*,    :    Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,        :
                                                                              :
                 Debtors.                       :    (Jointly Administered)
                                                                              :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss
COUNTY OF NASSAU       )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On February 21, 2012, at the direction of Dickstein Shapiro LLP ("Dickstein"), counsel to the Motors Liquidation GUC Trust, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected parties):

- Letter from Dickstein Shapiro LLP, to Dimitrios Marangos, regarding Hearing Date for Objection to Claim No. 61381 [annexed hereto as Exhibit B]

3.    On February 21, 2012, also at the direction of Dickstein, I caused a true and correct copy of the following document to be served by overnight delivery on Patricia Meyer, Box 112, West Olive, Michigan 49460-0112 (affected party):

- Letter from Dickstein Shapiro LLP, to Patricia A. Meyer, regarding Hearing Date for Objection to Claim No. 15927 [annexed hereto as Exhibit C].

Dated: February 24th 2012
Lake Success, New York

/s/Barbara Kelley Keane
Barbara Kelley Keane

Sworn to before me this 24th day of February, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015

# EXHIBIT A

MARANGOS, DIMITRIOS S
3162   GLENGROVE   DR
ROCHESTER HILLS, MI 48309-2735

MARANGOS, DIMITRIOS S
41604 HUNTINGTON DR.
BLDG C23
STERLING HEIGHTS, MI 48313-3125

# EXHIBIT B

**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

February 21, 2012

Dimitrios Marangos
41604 Huntington Dr. BLDG C23
Sterling Heights, MI 48313-3125

Re:  Motors Liquidation Company, *et al.* - Case No. 09-50026-reg
     Objection to Proof of Claim No. 61381 filed by Dimitrios Marangos

Dear Mr. Marangos:

This letter is to advise you that the hearing on the above referenced objection to your claim (and on any related filings) will take place on **Thursday, March 1, 2012 at 9:45 a.m. (Eastern Time)**.  If you fail to appear at the hearing, the Court will rule on this matter without further opportunity for you to be heard.

The hearing will be held at the following address:

> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> Courtroom 621
> New York, NY 10004-1408

Rather than appearing in person, you may participate in the hearing telephonically.  To request a telephonic appearance, please call the Court's telephonic appearance provider, CourtCall, LLC, at (866) 582-6878 in advance of the hearing.  In cases of hardship, we will arrange to cover the cost of your telephonic appearance.  Additional information on CourtCall may be found at www.nysb.uscourts.gov (the official website for the Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."

If you have any questions, please feel free to email me at whitmanm@dicksteinshapiro.com or call me at (212) 277-6756.

Sincerely,

Mikaela Whitman

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC

# EXHIBIT C

**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

February 21, 2012

Patricia A. Meyer
Box 112
West Olive, Michigan 49460

Re:  Motors Liquidation Company, *et al.* - Case No. 09-50026-reg
     Objection to Proof of Claim No. 15927 filed by Patricia Meyer

Dear Ms. Meyer:

This letter is to advise you that the hearing on the above referenced objection to your claim (and on any related filings) will take place on **Thursday, March 1, 2012 at 9:45 a.m. (Eastern Time)**. If you fail to appear at the hearing, the Court will rule on this matter without further opportunity for you to be heard.

The hearing will be held at the following address:

> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> Courtroom 621
> New York, NY 10004-1408

Rather than appearing in person, you may participate in the hearing telephonically. To request a telephonic appearance, please call the Court's telephonic appearance provider, CourtCall, LLC, at (866) 582-6878 in advance of the hearing. In cases of hardship, we will arrange to cover the cost of your telephonic appearance. Additional information on CourtCall may be found at www.nysb.uscourts.gov (the official website for the Court), by clicking on "Directories" on the left hand side, and then clicking on "Telephonic Appearance Provider."

If you have any questions, please feel free to email me at whitmanm@dicksteinshapiro.com or call me at (212) 277-6756.

Sincerely,

Mikaela Whitman