> If you currently are not receiving agendas by e-mail and would like to, send your name, the party that you represent (if any) and the proof of claim number(s) applicable to you (if any) to claims@motorsliquidationdocket.com.
>
> If you have a question regarding whether a particular matter listed herein will go forward, please contact Weil, Gotshal & Manges LLP, attorneys for the Motors Liquidation Company GUC Trust (Attn: Edward Wu; edward.wu@weil.com; (212) 310-8322).

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :         Chapter 11 Case No.
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                    :         **09-50026 (REG)**
        **f/k/a General Motors Corp.,** *et al.*             :
                                                            :
                        **Debtors.**                        :         **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**HEARING ON MARCH 1, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

## I.    CONTESTED MATTERS

1.    Motors Liquidation Company GUC Trust's Motion to Supplement Amended Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 11413**)

   Responses Filed:

   A.    Joinder of United Technologies Corporation in Responses of Onondaga County, Town of Salina and State of New York to Motion of GUC Trust to Supplemental Amended Order Authorizing Implementation of Alternative Dispute Procedures (**ECF No. 11449**)

   B.    Limited Objection of the State of New York to the Motion of the GUC Trust pursuant to 11 U.S.C. § 105(a) to Supplement Amended Order and General Order M-390 and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 111443 & 11444**)

C.      Limited Objection of Onondaga County, New York to the Trustee's Motion Seeking an Order Authorizing Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation and Disclosure Statement **(ECF No. 11440)**

D.      Response to Motion of GUC Trust re: Implementation of Alternative Dispute Resolution Procedures, Including Mandatory Mediation, filed by Town of Salina **(ECF No. 11437)**

E.      Limited Objection to Motion to Supplement Order Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation, filed by the United States of America **(ECF No. 11468)**

Replies Filed:

F.      Omnibus Reply of the Motors Liquidation Company GUC Trust to Objections to Its Motion to Supplement Amended Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation **(ECF No. 11460)**

Additional Documents:

G.      Amended Order Pursuant to 11 U.S.C. Section 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation **(ECF No. 7558)**

**Status:**      This matter is going forward.

2.      Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 61381 by Dimitrios Marangos **(ECF No. 11350)**

Responses Filed:

A.      Response by Dimitrios S. Marangos **(ECF No. 11436)**

Replies Filed:

B.      Reply to Response to Objection to Proof of Claim No. 61381 filed by Dimitrios Marangs **(ECF No. 11448)**

1.      Amended Reply to Response to Objection to Proof of Claim No. 15927 filed by Dimitrios Marangos **(ECF No. 11459)**

Additional Documents:        None to date.

**Status**:        This matter is going forward.

3.       Motors Liquidation Company GUC Trust's Objection to Proof of Claim No. 15927 by Patricia Meyer (**ECF No. 11300**)

Responses Filed:

    A.        Response filed by Patricia Meyer (**ECF No. 11359**)

Replies Filed:

    B.        Motors Liquidation Company GUC Trust's Reply to Response to Objection to Proof of Claim No. 15927 by Patricia Meyer (**ECF No. 11447**)

Additional Documents:        None to date.

**Status**:        This matter is going forward.

4.       Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

Responses Filed:

    A.        Objection and Response to Debtors' Eighty-Third Omnibus Objection to Claim by Linda K. Bellaire (the "**Bellaire Response**") (**ECF No. 6972**)

        1.        Response and Objection to Debtors' Eighty-Third Omnibus Objections to Claims by Linda K. Bellaire (**ECF No. 7076**)

    B.        Robert R. Hickman (Informal Response) (the "**Hickman Response**")

    C.        Darlene M. Schneider (Informal Response) (the "**Schneider Response**")

    D.        Alfred McMullen (Informal Response) (the "**McMullen Response**")

    E.        David E. Turner (Informal Response)

    F.        Calvin H. Purnell (Informal Response)

Replies Filed:

G.     Motors Liquidation Company GUC Trust's Reply to Responses to the 83rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11445**)

     1.     Declaration of Joseph H. Smolinsky in Support of Motors Liquidation Company GUC Trust's Reply to Responses to the 83rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11453**)

Additional Documents:

H.     Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

I.     Supplemental Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7819**)

J.     Supplemental Order Granting 83rd Omnibus Objection to Claims as to Proof of Claim No. 64959 (**ECF No. 11391**)

**<u>Status:</u>**     This matter is going forward as to the Hickman Response, the Schneider Response, and the McMullen Response, and is adjourned as to all other responses to April 26, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

5.     Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7105**)

Responses Filed:

A.     Response in form of letter by Louis J. Alarie (the "**Alarie Response**") (**ECF No. 7490**)

B.     Response in form of letter by Floyd Jankowski (the "**Jankowski Response**") (**ECF No. 7353**)

C.     Response in form of letter by Frank J. Ceslnak (**ECF No. 7324**)

D.     Response in form of letter by George Leedom (**ECF No. 7401**)

E.     George W. Conrad (Informal Response) (the "**Conrad Response**")

Replies Filed:

F.     Motors Liquidation Company GUC Trust's Reply to Responses to the 103rd Omnibus Objection to Claims (Welfare Benefits Claims of

Retired and Former Salaried and Executive Employees) **(ECF No. 11446)**

Additional Documents:

    G.    Order Granting Debtors' 103rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) **(ECF No. 7682)**

**Status:**    This matter is going forward as to the Alarie Response, the Jankowski Response, and the Conrad Response, and is adjourned as to all other responses to April 26, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

## II.  UNCONTESTED MATTERS

1.    266th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims Post-Effective Date) **(ECF No. 11354)**

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**:    This matter is going forward.

2.    267th Omnibus Objection to Claims (Insufficient Documentation) **(ECF No. 11355)**

    Responses Filed:

    A.    Juanita Picket, Claim Nos. 18839 and 70846 **(ECF No. 11429)** Response) (the "**Pickett Response**")

    B.    Walters Chevrolet-Pontiac, Inc. John Walters, Claim No. 17147 (**ECF No. 11426**)  (the "**Walters Chevrolet-Pontiac Response**")

    Replies Filed:    None to date.

    Additional Documents:    None to date.

    **Status**:    This matter is going forward except as to the Pickett Response and the Walters Chevrolet-Pontiac Response which are adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments.

3.      268th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar
        Date Orders (Late-Filed Claims) (**ECF No. 11356**)

        Responses Filed:

        A.      Limited Opposition by Woodbury Cadilalc LLC (the "**Woodbury
                Cadillac LLC Response**") (**ECF No. 11442**)

        Replies Filed:                None to date.

        Additional Documents:         None to date.

        **Status**:     This matter is going forward except as to the Woodbury Cadillac
                LLC Response which is adjourned to April 26, 2012 at 9:45 a.m.
                (Eastern Time), subject to further adjournments.

## III.    ADJOURNED MATTERS

1.      Reorganized Debtors' Amended Supplemental Objection to Proof of Claim
        Number 71242 Asserted by Chartis Specialty Insurance Company on the Ground
        that the Claim is Not Properly Secured by a Valid Right of Setoff (**ECF No.
        11149**)

        Responses Filed:

        A.      Opposition of Chartis Specialty Insurance Company and Lexington
                Insurance Company to the Reorganized Debtors' Supplemental
                Amended Claims Objection to Proof of Claim Number 71242 and
                Cross-Motion to Compel Arbitration (**ECF No. 11203**)

        Replies Filed:

        B.      The Motors Liquidation Company GUC Trust's (I) Reply in Support of
                Objection to Proof of Claim No. 71242 Asserted by Chartis Specialty
                Insurance Company on the Ground that the Claim is Not Properly
                Secured by a Valid Right of Setoff and (II) Response in Opposition to
                Cross-Motion to Compel Arbitration (**ECF No. 11264**)

        Additional Documents:

        C.      So Ordered Stipulation by and between Conflicts Counsel for Motor
                Liquidation Company and Counsel for Chartis U.S. Re: Approving a
                Partial Resolution of Certain Claims Asserted Against the Reorganized
                Debtors by Chartis Specialty Insurance Company and Lexington
                Insurance Company (**ECF No. 11163**)

        D.      Notice of Cross-Motion to Compel Arbitration by Lexington Insurance
                Company and Chartis Specialty Insurance Company (**ECF No. 11202**)

      E.        Notice of Adjournment of Hering (**ECF No. 11314**)

      F.        Notice of Presentment of Proposed Stipulation and Agreed Order Resolving Proof of Claim Number 71242 asserted against the Reorganized Debtors by Chartis U.S. (the "**Notice of Presentment**") (**ECF No. 11425**)

<u>**Status**</u>:        This matter will be resolved upon the Court's approval of the proposed stipulation and agreed order attached to the Notice of Presentment (to be presented to the Court on March 1, 2012 at 12:00 noon).

2.      Opposition of Chartis Specialty Insurance Company and Lexington Insurance Company to the Reorganized Debtors' Supplemental Amended Claims Objection to Proof of Claim Number 71242 and Cross-Motion to Compel Arbitration (**ECF No. 11203**)

<u>Responses Filed</u>:

      A.        The Motors Liquidation Company GUC Trust's (I) Reply in Support of Objection to Proof of Claim No. 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff and (II) Response in Opposition to Cross-Motion to Compel Arbitration (**ECF No. 11264**)

<u>Replies Filed</u>:

      B.        Chartis Specialty Insurance Company and Lexington Insurance Company's Reply Memorandum in Further Support of Their Cross-Motion to Compel Arbitration (**ECF No. 11304**)

<u>Additional Documents</u>:

      C.        Notice of Cross-Motion to Compel Arbitration by Lexington Insurance Company and Chartis Specialty Insurance Company (**ECF No. 11202**)

      D.        Reorganized Debtors' Amended Supplemental Objection to Proof of Claim Number 71242 Asserted by Chartis Specialty Insurance Company on the Ground that the Claim is Not Properly Secured by a Valid Right of Setoff (**ECF No. 11149**)

      E.        So Ordered Stipulation signed on 11/21/2011 by and between Conflicts Counsel for Motor Liquidation Company and Counsel for Chartis U.S. Re: Approving a Partial Resolution of Certain Claims Asserted Against the Reorganized Debtors by Chartis Specialty Insurance Company and Lexington Insurance Company (**ECF No. 11163**)

F.      Notice of Presentment of Proposed Stipulation and Agreed Order Resolving Proof of Claim Number 71242 asserted against the Reorganized Debtors by Chartis U.S. (**ECF No. 11425**)

**Status**:      This matter will be resolved upon the Court's approval of the proposed stipulation and agreed order attached to the Notice of Presentment (to be presented to the Court on March 1, 2012 at 12:00 noon).

3.      Motion of Maguire Family Properties, Inc. to Permit Filing of Late Claim Pursuant to 11 U.S.C. § 105 and Rule 9006 of the Federal Rules of Bankruptcy Procedure (**ECF No. 10355**)

Responses Filed:      None to date.

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) pending the finalization of a consensual resolution between the parties.

4.      Motion to File Proof of Claim After Claims Bar Date or, in the Alternative, to Amend Informal Proof of Claim by Genoveva Bermudez (**ECF No. 5747**)

Responses Filed:      None to date.

Replies Filed:      None to date.

Additional Documents:      None to date.

**Status:**      This matter is adjourned to April 26 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

5.      Motors Liquidation Company GUC Trust's Objection to Claim No. 60929 for Failure to Comply with Amended Order Pursuant to 11 U.S.C. § 105(a) and General Order M-390 Authorizing Implementation of Alternative Dispute Procedures, Including Mandatory Mediation (**ECF No. 11360**)

Responses Filed:      None to date.

Replies Filed:      None to date.

Additional Documents:        None to date.

**Status**:            This matter is adjourned to April 26 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

6.        Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order and ARMSPA Ordering New GM to Comply with Terms and Provisions and Motion for Sanctions (**ECF No. 10714**)

Responses Filed:

A.        General Motor LLC's Response to Dr. Sizemore's (i) Motion for Entry of Order Pursuant to 11 U.S.C. § 105 Enforcing 363 Sale Order and ARMSPA Ordering New GM to Comply with Terms and Provisions, and (ii) Motion for Sanctions  (**ECF No. 10995**)

Replies Filed:

B.        Dr. Sizemore's Reply to General Motors LLC's Response (**ECF No. 11021**)

Additional Documents:        None to date.

**Status**:            This matter is adjourned to April 26 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

7.        Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 5993**)

Responses Filed:

A.        Objection to Motion by Impact Group (**ECF No. 6240**)

B.        Consumers Energy (Informal Response)

C.        OCE (Informal Response)

Replies Filed:            None to date.

Additional Documents:

D.        Order Granting Debtors' Twenty-Third Omnibus Objection to Claims (Claims Assumed by General Motors LLC) (**ECF No. 6334**)

**Status:**            This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

8.      Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

Responses Filed:

   A.      Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

   B.      Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

   C.      Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

   D.      Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

   E.      Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

   F.      Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

Replies Filed:            None to date.

Additional Documents:

   G.      Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

9.      Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

Responses Filed:

   A.      Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal

Representative of the Estate of Robert J. DeMassi, Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr., DeMassi Cadillac Co., Inc., DeMassi Enterprises, and Pauline DeMassi (the "**DeMassi Response**") (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

> B.    Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6629**)

> C.    Supplemental Order Granting Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7797**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

10.    Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6253**)

Responses Filed:

> A.    The DeMassi Response (**ECF No. 6454**)

Replies Filed:                    None to date.

Additional Documents:

> B.    Order Granting Debtors' Thirtieth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6630**)

> C.    Supplemental Order Granting Debtors' Thirtieth Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7799**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

11.    Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6255**)

Responses Filed:

  A. Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp. by Robert A. DeMassi, Executor of the Estate of Arnold A. DeMassi, Jr. (**ECF No. 6454**)

Replies Filed:   None to date.

Additional Documents:

  B. Order Granting Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6632**)

  C. Supplemental Order Granting Debtors' Thirty-Second Omnibus Objection to Claim (Incorrectly Classified Claims) (**ECF No. 7800**)

**Status:** This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

12. Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 6646**)

Responses Filed:

  A. Objection to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Gardner Chevrolet-Oldsmobile-Cadillac, Inc. (**ECF No. 7034**)

  B. Response of Creditor Serra Chevrolet, Inc. to Debtors' Thirty-Ninth Omnibus Objection to Claims (**ECF No. 6987**)

  C. Response of West Covina Motors, Inc. to Debtors' Thirty-Ninth Onibus Objection to Claims (**ECF No. 7008**)

  D. Response to Motion to Debtors' Thirty Ninth Omnibus Objection to Claims by Coral Cadillac, Inc. (**ECF No. 7035**)

Replies Filed:   None to date.

Additional Documents:

  E. Order Granting Debtors' Thirty-Ninth Omnibus Objection to Claims (Dealership Claims) (**ECF No. 7170**)

**Status:** This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

13.    Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 6739**)

Responses Filed:

A.    Walter J. Lawrence's Reply in Opposition to "Debtors' Eighty - Second Omnibus Objection to Claims" (**ECF No. 7022**)

Replies Filed:                        None to date.

Additional Documents:

B.    Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7214**)

C.    Supplemental Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7818**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

14.    Debtors' Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 6740**)

Responses Filed:

A.    Objection and Response to Debtors' Eighty-Third Omnibus Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire (the "**Bellaire Response**") (**ECF No. 6972**)

B.    Objection and Response to Debtors' Eighty-Third Omnibus Objection to Claim Re: Claim No. 62922  by Linda K. Bellaire (the "**Bellaire Response**") (**ECF No. 6972**)

C.    Response and Objection to Debtors' Eighty-Third Omnibus Objections to Claims by Joseph Cobble Jr. (the "**Cobble Response**") (**ECF No. 7074**)

D.    Robert R. Hickman (Informal Response)

E.    Darlene M. Schneider (Informal Response)

F.       David E. Turner (Informal Response)

G.       Calvin H. Purnell (Informal Response)

H.       Alfred McMullen (Informal Response)

Replies Filed:

I.       Motors Liquidation Company GUC Trust's Reply to Joseph Cobble Jr.'s Response to the 83rd Omnibus Objection to Claims (Life Insurance Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 11283**)

Additional Documents:

J.       Order Granting Eighty-Third Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 7215**)

K.       Supplemental Order Granting Eighty-Third Omnibus Objection to Claims as to Proof of Claim No. 64959 filed by Joseph Cobble Jr. (**ECF No. 11391**)

**Status:**       This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

15.    Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 6996**)

Responses Filed:

A.       Response to Debtors' Eighty-Ninth Objection to Claim by Gerald A. Kolb (**ECF No. 7367**)

B.       Answer to Debtors' Eighty-Ninth Omnibus Objection to Claims and Motions Requesting Enforcement of a Bar Dated Orders (Late-Filed Claims) filed Lugo Auto Sales, Inc. (**ECF No. 7458**)

C.       Response in form of letter by John Pierro (**ECF No. 7563**)

Replies Filed:

D.       Reply to Responses filed by Claimants to the 89th, 165th, 245th, and 253rd Omnibus Objections to Late-Filed Proofs of Claim Numbered 70400, 69688, 70180, 71170, 70303, 71140, 71193, and 70342 ("GUC Trust Omnibus Reply to Late Filed Claims") (**ECF No. 11352**)

Additional Documents:

    E.    Order Granting Debtors' Eighty-Ninth Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 7668**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

16.    Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6997**)

Responses Filed:

    A.    Pearly M. Jones (Informal Response)

    B.    Faye M. Tompach (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    C.    Order Granting Debtors' Ninetieth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7669**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

17.    Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 6999**)

Responses Filed:

    A.    Barry E. Herr (Informal Response)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' Ninety-Second Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 7671**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

18.    Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7003**)

    Responses Filed:

        A.    Cecilia N. Best, Trustee (Informal Response)

    Replies Filed:        None to date.

    Additional Documents:

        B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7675**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

19.    Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7004**)

    Responses Filed:

        A.    Response in the form of a letter by M. Felber and F. Felber, Trustee (**ECF No. 7301**)

    Replies Filed:        None to date.

    Additional Documents:

        B.    Order Granting Debtors' Ninety-Seventh Omnibus Objection to Claims (No Liability GMAC Debt Claims) (**ECF No. 7676**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

20.    Debtors' Ninety-Eighth Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 7050**)

    Responses Filed:

    A.      City of Detroit's Response to Debtors' Ninety-Eighth Omnibus Objection to Claims (the "**Detroit Response**") (**ECF No. 7373**)

Replies Filed:          None to date.

Additional Documents:

    B.      Order Granting Debtors' Ninety-Eighth Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Incorrectly Classified Claims) (**ECF No. 7677**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

21.    Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7102**)

Responses Filed:

    A.      Objection to Debtor on Hundredth Omnibus Objection to Claims Stephan Theis (**ECF No. 7476**)

    B.      Sarlower Olivier Tibbs (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    C.      Order Granting Debtors' One Hundredth Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7679**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

22.    Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7103**)

Responses Filed:

    A.      Sharron S. Reyes (Informal Response)

Replies Filed:          None to date.

Additional Documents:

    B.    Order Granting Debtors' 101st Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 7680**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

23.    Debtors' 102nd Omnibus Objection to Claims (Claims Relating to former Employees Represented by United Auto Workers) (**ECF No. 7104**)

Responses Filed:

    A.    Sharon A. Bell (**ECF No. 7492**)

Replies Filed:    None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

24.    Debtors' 107th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 7109**)

Responses Filed:

    A.    Response by Ann F. McHugh (**ECF No. 7433**)

Replies Filed:    None to date.

Additional Documents:

    B.    Order Granting Debtors' 107th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 7687**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

25.    Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8000**)

Responses Filed:

    A.    Response to Motion of Debtors on the 110th Omnibus Objection to claims, by Granite State Insurance Company et al. (**ECF No. 9601**)

Replies Filed:               None to date.

Additional Documents:

    B.    Order Granting Debtors' 110th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 8609**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

26.    Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of the Bar Date Orders (Late-Filed Claims) (**ECF No. 8190**)

Responses Filed:

    A.    Response to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders by Crown Enterprises, Inc. (**ECF No. 8791**)

    B.    Response of Sandra Slaymaker, Personal Representative of the Estate of Laurence Slaymker, Deceased, to Debtor's 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders  (**ECF No. 8877**)

    C.    Objection of Creditors Brittany Flack and Rhonda Rainey to Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 8931**)

    D.    William Bradford Jones (Informal Response)

Replies Filed:               None to date.

Additional Documents:

    E.    Order Granting Debtors' 111th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9157**)

    F.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 67977 by Sandra Caccoma) (**ECF No. 11130**)

G.   Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69532 by Larry Compton) (**ECF No. 11417**)

H.   Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70113 by Timothy Roberts) (**ECF No. 11417**)

**Status:**   This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

27.   Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8193**)

Responses Filed:

A.   Objection to the 114th Omnibus Objection to Claims by Timothy L. Fitzpatrick (**ECF No. 8762**)

B.   David Scott (Informal)

C.   Thomas L. & Donna L. Kracker (Informal)

Replies Filed:                  None to date.

Additional Documents:

D.   Order Granting Debtors' 114th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9160**)

**Status:**   This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

28.   Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8194**)

Responses Filed:

A.   Claimant Response and Objection to the Debtors' 115th Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 8811**)

B.   Objection to Motion Debtors' 115th Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 8803**)

C.   Richard P. McManama (**Informal Response**)

Replies Filed:                 None to date.

Additional Documents:

    D.      Order Granting Debtors' 115th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9161**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

29.    Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8195**)

Responses Filed:

    A.      Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Don Siefkes (**ECF No. 8761**)

    B.      Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Nick Houvras (**ECF No. 8797**)

    C.      Objection and Response to the Notice of Debtors' 116th Omnibus Objection to Claims by Richard A. Schell (**ECF No. 8812**)

    D.      Objection to Debtors' 116th Omnibus Motion to Claims by William D. Scott (**ECF No. 8802**)

    E.      Objection to Debtor's 116th Omnibus Motion to Claims by James Kurlinski (**ECF No. 8801**)

    F.      Objection to Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Jerry B. Imboden (**ECF No. 8940**)

    G.      Response to the Notice of Debtors' 116th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Judy J. Haywood (**ECF No. 8936**)

    H.      Response and Objection to the Notice of Debtors' 116th Omnibus Motion to Claims by Allan C. Seely (**ECF No. 8815**)

    I.      Response to the Notice of Debtors' 116th Omnibus Objection to Claims dated December 20, 2010 by Freerk J. Schaafsma (**ECF No. 9041**)

J.    Objection to Debtors' 116th Omnibus Objection to Claims, Filed by David Volpe (**ECF No. 9038**)

Replies Filed:                    None to date.

Additional Documents:

K.    Order Granting Debtors' 116 Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9162**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

30.    Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8826**)

Responses Filed:

A.    Response to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) and Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) by Daniel Plouffe (the "**Plouffe Response**") (**ECF No. 9894**)

1.    Response by Daniel Plouffe (**ECF No. 10474**)

Replies Filed:

B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

C.    Order Granting Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9615**)

D.    Supplemental Order Granting 153rd Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10631**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

31.    Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 8828**)

    Responses Filed:

        A.    Response to Debtors' 155th Omnibus Objection Re: Claim No. 45172 by Daniel Plouffe (the "**D. Plouffe Response**") (**ECF Nos. 9403**)

            1.    The Plouffe Response (**ECF No. 9894, 10474**)

    Replies Filed:

        B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

    Additional Documents:

        C.    Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 9618**)

        D.    Supplemental Order Granting Debtors' 155th Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10787**)

    **Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

32.    Debtors' 159th Omnibus Objection to Claims (Continent Co-Liability Claims) (**ECF No. 8840**)

    Responses Filed:

        A.    Travelers Indemnity Company (the "**Travelers Response**")

    Replies Filed:          None to date.

    Additional Documents:

        B.    Order Granting Debtors' 159th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9629**)

    **Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

33.     Debtors' 160th Omnibus Objection to Claims (Claims Assumed by General
        Motors LLC) (**ECF No. 8842**)

    Responses Filed:

        A.     Response by DLA Piper LLP to Debtors' 160th Omnibus Objection to
            Claims (**ECF No. 9359**)

        B.     Response of Sundram International, Inc. to Debtors' 160th Omnibus
            Objection to Claims (**ECF No. 9567**)

    Replies Filed:                 None to date.

    Additional Documents:

        C.     Order Granting Debtors' 160th Omnibus Objection to Claims (Claims
            Assumed by General Motors LLC) (**ECF No. 9630**)

    **Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern
            Time) and may be subject to further adjournments.  If this matter
            goes forward on April 26, 2012, claimants will be notified via
            letter sent by April 19, 2012.

34.     Debtors' 161st Omnibus Objection to Claims (Claims Assumed by General
        Motors LLC) (**ECF No. 8843**)

    Responses Filed:

        A.     Exponent, Inc.'s Opposition to Debtors' 161st Omnibus Objection to
            Claims (**ECF Nos. 9341, 9342**)

        B.     Response of GE Consumer & Industrial to Debtors' 161st Omnibus
            Objection to Claims (**ECF No. 9345**)

        C.     Response of Sundram Fasteners Limited to Debtors 161st Omnibus
            Objection to Claims (**ECF No. 9572**)

        D.     Carrier Corp. (Informal Response)

    Replies Filed:                 None to date.

    Additional Documents:

        E.     Order Granting Debtors' 161st Omnibus Objection to Claims (Claims
            Assumed by General Motors LLC) (**ECF No. 9631**)

    **Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern
            Time) and may be subject to further adjournments.  If this matter

goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

35.     Debtors' 163rd Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8845**)

     Responses Filed:

         A.     Jack Wendall and Freda Peterson (Informal Response)

         B.     Marian S. Morelli (Informal Response)

         C.     Marion and Della Goble (Informal Response)

     Replies Filed:          None to date.

     Additional Documents:

         D.     Order Granting Debtors' 163rd Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9633**)

     **Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

36.     Debtors' 164th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8846**)

     Responses Filed:

         A.     Daniels Motors, Inc. and Rival, LLC Joint Response to Debtor's 164th Omnibus Objection to Claims (**ECF No. 9384**)

     Replies Filed:          None to date.

     Additional Documents:

         B.     Order Granting Debtors' 164th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9634**)

     **Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

37.     Debtors' 165th Omnibus Objection to Claims and Motion to Enforce Bar Date Orders (Late-Filed Claims) (**ECF No. 8847**)

Responses Filed:

A.    Objection to Debtors' Motion Expunging Claim by Theresa M. McHugh (**ECF No. 9231**)

B.    Response of Debtors' Objection to Proof of Claim No. 70180 by Betty E. Dalton (the "**Dalton Response**") (**ECF No. 9344**)

C.    Response to Debtors' Motion Re: Claim 70280 by Terje Sorhaug (**ECF No. 9369**)

D.    Brandon J. Davis (Informal Response)

        1.    Letter filed by Brandon J. Davis (**ECF No. 11428**)

E.    Rachel L. Boodram (Informal Response)

F.    Ronald L. Phillips (Informal Response)

G.    Sudie M. Venable (the "**Venable Response**") (Informal Response)

Replies Filed:

H.    GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

Additional Documents:

I.    Order Granting Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 9635**)

J.    Supplemental Order signed on 8/17/2011 Regarding Debtors' 165th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10711**)

K.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70337 by Deanna Lesser) (**ECF No. 11417**)

L.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70264 by Wayne Hutchinson) (**ECF No. 11417**)

**Status:**    This matter is adjourned to April 12, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.

38.    Debtors' 168th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 8850**)

Responses Filed:

A.      Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objections to Claim, by Robert J. Sheipe (**ECF No. 9376**)

B.      Objection to Motion of Debtors' 168th Omnibus Objection to Claim, by David W. Turner (**ECF No. 9392**)

C.      Response to Object to Debtors' 168th Omnibus Objection to Claims, by Richard P. McManama (**ECF No. 9400**)

D.      Response to Debtors' 168th Omnibus Objection to Claims, by Stephen J. Seaton (**ECF No. 9395**)

E.      Response to Debtors' 168th Omnibus Objection to Claim re: Claim No. 61563, by Jerry B. Imboden (**ECF No. 9407**)

Replies Filed:                    None to date.

Additional Documents:

F.      Order Granting Debtors' 168th Omnibus Objection to Claim (Supplemental Executive Retirement Benefits Claims of Former Executive Employees) (**ECF No. 9642**)

**Status:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

39.     Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8851**)

Responses Filed:

A.      Response to Claim by Thomas Jarusinski (**ECF No. 9076**)

B.      Objection to Debtors' 169th Omnibus Objection to Claims by Marilea Meder (**ECF No. 9293**)

C.      Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

1.      Letter to Judge Gerber (**ECF No. 9914**)

D.      Response to Debtor's Motion to Disallow and Expunge Claim by Joyce A. Szynski and Allen J. Szynski (**ECF No. 9253**)

Replies Filed:                    None to date.

Additional Documents:

    E.        Order Granting Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9643**)

    F.        Supplemental Order signed on 9/6/2011 Re: Debtors' 169th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10788**)

**Status:**       This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

40.    Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8852**)

Responses Filed:

    A.        Response to Debtors' 170th Omnibus Objection to Claims, by Doug Sterett (**ECF Nos. 9355, 9889, 9893**)

Replies Filed:          None to date.

Additional Documents:

    B.        Order Granting Debtors' 170th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9644**)

**Status:**       This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

41.    Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8853**)

Responses Filed:

    A.        Objection to Debtors' Motion to Dissolve or Expunged Claim by Lelah Johnson-Green (**ECF No. 9286**)

    B.        Objection to Debtors' 171st Omnibus Objection to Claims, by Paul C. Curzan (**ECF No. 9357**)

    C.        Objection to Motion to Debtors' 171st Omnibus Objection to Claims, by Gerald S. Kaspzyk (**ECF No. 9434**)

    D.      Richard Schell (Informal)

    E.      Mohamed Fetouh (Informal)

Replies Filed:           None to date.

Additional Documents:

    F.      Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9645**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

42.      Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8854**)

Responses Filed:

    A.      Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:           None to date.

Additional Documents:

    B.      Order Granting Debtors' 171st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9646**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

43.      Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8856**)

Responses Filed:

     A.     Objection to Debtors' 153rd Omnibus Objection to Claims (Claims for Equity Interests); Debtors' 172nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) and Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees by Ron Tanciar (**ECF Nos. 9308, 9368**)

Replies Filed:          None to date.

Additional Documents:

     B.     Order Granting Debtors' 174th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9648**)

**Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

44.     Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8857**)

Responses Filed:

     A.     Objection to Debtors' 175th Omnibus Objection to Claims, by Joseph C. Singer (**ECF No. 9273**)

     B.     Objection to Debtors' 175th Omnibus Objection to Claims, by Timothy J. Kuechenmeist (**ECF No. 9239**)

Replies Filed:          None to date.

Additional Documents:

     C.     Order Granting Debtors' 175th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9649**)

**Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

45.     Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8859**)

Responses Filed:

A.  Alan C. Zak's Response to Omnibus Objections (the "**Zak Response**") (**ECF Nos. 9396, 9397, 9412**)

B.  Gerald S. Kaspzyk (the "**Kaspzyk Response**") (Informal)

C.  Mohamed Fetouh (the "**Fetouh Response**") (Informal)

Replies Filed:

D.  Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

E.  Order Granting Debtors' 177th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9677**)

**Status:**  This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

46.  Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8861**)

Responses Filed:

A.  The Zak's Response (**ECF Nos. 9396, 9397 and 9412**)

Replies Filed:

B.  Motors Liquidation Company GUC Trust's Reply to Alan C. Zak's Responses to the 177th and 178th Omnibus Objections to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10458**)

Additional Documents:

C.  Order Granting Debtors' 178th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9678**)

**Status:**  This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

47.     Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8863**)

Responses Filed:

   A.     Stanley Jack (Informal)

Replies Filed:                  None to date.

Additional Documents:

   B.     Order Granting Debtors' 180th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees (**ECF No. 9680**)

**Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

48.     Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8864**)

Responses Filed:

   A.     Objection to Debtors' 181st Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9271**)

   B.     Response to the Notice of Debtors' 181st Omnibus Objection to Claims by George W. McClain (**ECF No. 9240**)

   C.     Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9232**)

   D.     Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

   E.     Response to the Notice of Debtors' 181st Omnibus Objection to Claims by Jane C. Bogue (**ECF No. 9378**)

   F.     Claimant Response and Objection to the Debtors' 181st Omnibus Objection to Claims by Stephen J. Seaton (**ECF No. 9398**)

Replies Filed:                  None to date.

Additional Documents:

G.   Order Granting Debtors' 181st Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9681**)

**Status:**   This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

49.   Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8865**)

Responses Filed:

A.   Objection to Debtors' 182nd Omnibus Objection to Claims by Joseph C. Singer (**ECF No. 9270**)

B.   Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.   Claimant's Response and Objection to Debtors' 182nd Omnibus Objection to Claims by David W. Turner (**ECF No. 9393**)

D.   Richard Zmierski's Response and Objections to Debtors' 182nd Omnibus Objection to Claims (**ECF No. 9491**)

Replies Filed:            None to date.

Additional Documents:

E.   Order Granting Debtors' 182nd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9682**)

**Status:**   This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

50.   Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8866**)

Responses Filed:

A.   Objection to Debtors' 183rd Omnibus Objection to Claims by Gordon Hall (**ECF No. 9230**)

B.     Objection to Debtors' 183rd Omnibus Objection to Claims by David R. Volpe (**ECF No. 9290**)

C.     Objection Re: 183 Omnibus Objection to Claims 36730 by Donald T. Lico (**ECF No. 9401**)

D.     Response to Notice of Debtors' 183rd Omnibus Objection to Claims by David L. Robertson (**ECF No. 9411**)

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:

E.     Order Granting Debtors' 183rd Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9683**)

**<u>Status</u>:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

51.     Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8867**)

<u>Responses Filed</u>:

A.     Objection to Debtors' 184th Omnibus Objection to Claims by Stanley E. Jack (**ECF No. 9274**)

B.     Response to the Notice of Debtors' 184th Omnibus Objection to Claims by Robert L. Grajek (**ECF No. 9235**)

C.     Claiman'ts Response and Objection to Debtors' 184th Omnibus Objection to Claims by David W. Turner (**ECF No. 9394**)

D.     Objection to Debtor's 184th Omnibus Objection to Claims RE: Claim No. 37728 by Donald T. Lico (**ECF No. 9399**)

<u>Replies Filed</u>:                    None to date.

<u>Additional Documents</u>:

E.     Order Granting Debtors' 184th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9684**)

**Status:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

52.    Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 8868**)

Responses Filed:

A.    Response to the Notice of Debtors' 185th Omnibus Objection to Claims by George W. McClain (**ECF No. 9241**)

B.    Response to Debtors' 168th, 181st, 182nd, and 185th Omnibus Objection to Claims by Robert J. Sheipe (**ECF No. 9376**)

C.    Response To Debtors' 185th Omnibus Objection to Claims Re: Claim No. 10078 by Glenn C. Kuntz (**ECF No. 9413**)

Replies Filed:                None to date.

Additional Documents:

D.    Order Granting Debtors' 185th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 9685**)

**Status:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

53.    Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8869**)

Responses Filed:

A.    Objection to Debtors' 186th Omnibus Objection to Claims by Patricia S. Coscarelli (**ECF No. 9294**)

B.    Carolyn Deruso (Informal)

Replies Filed:                None to date.

Additional Documents:

    C.    Order Granting Debtors' 186th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9686**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

54.    Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8870**)

Responses Filed:

    A.    Jessica High (the "**High Response**") (Informal)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Reply to Responses to the 187th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10457**)

Additional Documents:

    C.    Order Granting Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9687**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 187th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10790**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

55.    Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8871**)

Responses Filed:

    A.      Response to Debtors' 188th Omnibus Objection to Claims by Salvartore and Vivian Sciortino (**ECF No. 9284**)

Replies Filed:             None to date.

Additional Documents:

    B.      Letter to Judge Gerber Withdrawing Objection to the Debtors' 188th Motion but Not Withdrawing Claim Filed by Proof of Claim and Supporting Documentation on or Around November 23, 2009 filed by Salvatore Sciortino and Vivian Sciortino (**ECF No. 9915**)

    C.      Order Granting Debtors' 188th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9688**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

56.     Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 8872**)

Responses Filed:

    A.      Vincent Germano Jr. (Informal)

Replies Filed:             None to date.

Additional Documents:

    B.      Order Granting Debtors' 189th Omnibus Objection to Claims (Qualified Defined Benefits Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 9690**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

57.     Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 8897**)

Responses Filed:

    A.      ATEL Leasing Corporation (Informal Response)

    B.      Noreen Glaspie (Informal Response)

<u>Replies Filed</u>:

    C.      Debtors' Reply to Response of Noreen K. Glaspie Opposing Omnibus Objection to Incorrectly Classified Claims (**ECF No. 9875**)

<u>Additional Documents</u>:

    D.      Order Granting Debtors' 191st Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 9692**)

**<u>Status</u>:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

58.    Debtors' 207th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 8943**)

    <u>Responses Filed</u>:

    A.      Frances L. Kelleher (**Informal Response**)

    <u>Replies Filed</u>:          None to date.

    <u>Additional Documents</u>:

    B.      Order Granting Debtors' 207th Omnibus Objection to Claims (Claims with Insufficient Documentation) (**ECF No. 9710**)

**<u>Status</u>:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

59.    Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8945**)

    <u>Responses Filed</u>:

    A.      Response of United Technologies Corporation to Debtor's 208th Omnibus Objection to Claims (**ECF No. 9380**)

    B.      Response to Debtors' 208th Omnibus Objection to Claims by Honeywell International Inc. (**ECF No. 9872**)

    C.        Response of Kettering University to Debtors' 208th Omnibus Objection to Claims (**ECF No. 9843**)

    D.        Response of Ford Motor Company to Debtors' 208th Omnibus Objection to Claims (**ECF Nos. 9840**)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    E.        Order Granting Debtors' 208th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9711**)

    F.        Notice of Withdrawal of All Claims of Browning-Ferris Industries of Ohio Inc. (**ECF No. 9909**)

**<u>Status</u>:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

60.      Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability) (**ECF No. 8946**)

    <u>Responses Filed</u>:

    A.        Response of Waste-Stream, Inc. to Debtors' 209th Omnibus Objection to Claims (**ECF Nos. 9851, 9852**)

    B.        General Electric Company (Informal)

    C.        Owens-Illinois Inc. (Informal)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    D.        Order Granting Debtors' 209th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 9712**)

**<u>Status</u>:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

61.      Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9451**)

Responses Filed:

    A.    Timothy Mayer (the "**Mayer Response**") (Informal Response)

Replies Filed:

    B.    Motors Liquidation Company GUC Trust's Omnibus Reply to Responses to 147th, 148th, 151st through 156th, 210th and 214th Omnibus Objections to Claims (Claims for Equity Interests) (**ECF No. 10451**)

Additional Documents:

    C.    Order Granting Debtors' 214th Omnibus Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 9978**)

    D.    Supplemental Order signed on 9/6/2011 Re: Debtors' 214th Objection to Claims (Administrative Proofs of Claim for Equity Interests) (**ECF No. 10792**)

    **Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

62.    Debtors' 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10088**)

Responses Filed:

    A.    Grange Mutual Casualty Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Grange Response**") (**ECF No. 10217**)

    B.    State Farm Mutual Automobile Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**State Farm Response**") (**ECF No. 10218**)

    C.    Motorists Mutual Insurance Company's Response to Debtors' 219th and 220th Omnibus Objection to Claims (the "**Motorists Mutual Response**") (**ECF No. 10219**)

    D.    Travelers Insurance (Informal)

    E.    Country Mutual Insurance Company (Informal)

    F.    Country Preferred Insurance Company (Informal)

Replies Filed:                   None to date.

Additional Documents:

    G.    Order Granting 219th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10346**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

63.    Debtors' 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10089**)

Responses Filed:

    A.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10177**)

        1.    Foster Townsend Graham & Associates, LLP' s Response to Objection to Claim (**ECF No. 10426**)

    B.    Response of Pompey Dodge, Inc. to Debtors' 220th Objection to Claims (**ECF No. 10213**)

    C.    Response of Zurich Direct Underwriters to Debtors 220th Objection to Claims (**ECF No. 10212**)

    D.    Response of Nationwide Mutual Insurance Co., Allied Group, Inc., and Titan Insurance Co. to the GUC Trust's 220th Omnibus Objection to Claims (**ECF No. 10210**)

    E.    Opposition to 220th Omnibus Objection to Claims Filed by AIG and Its Subsidiaries (**ECF No. 10207**)

Replies Filed:                   None to date.

Additional Documents:

    F.    Order Granting 220th Omnibus Objection to Claims (Contingent Co-Liability Claims) (**ECF No. 10347**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

64.    221st Omnibus Objection to Claims (Claims for Equity Interests) (**ECF No. 10294**)

    Responses Filed:

        A.      Response to Motion 221st Omnibus Objection to Claims (Claims for Equity Interests) by Margaret A. O'Neill (the "**O'Neil Response**") (**ECF No. 10427**)

    Replies Filed:            None to date.

    Additional Documents:      None to date.

    **Status:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

65.    225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10301**)

    Responses Filed:

        A.      Response to Debtors' 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Beverly J. Meeks (the "**Meeks Response**") (**ECF No. 10388**)

        B.      Response to Motion 225th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees), Filed by Marie V. Pilz (the "**Pilz Response**") (**ECF No. 10417**)

        C.      Letter to the Honorable Judge Gerber, dated June 6, 2011, Filed by Gerald Morris (the "**Morris Response**") (**ECF No. 10419**)

    Replies Filed:            None to date.

    Additional Documents:      None to date.

    **Status:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

66.    226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10302**)

Responses Filed:

    A.    Letters to the Honorable Judge Gerber, dated June 2, 2011, Filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10411 and 10412**)

        1.    Letter to the Honorable Judge Gerber, dated September 13, 2011, filed by Judith Agazio (the "**Agazio Response**") (**ECF No. 10900**)

    B.    Response to Motion 226th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) filed by Walter M. Bogucki and Diana Bogucki (the "**Bogucki Response**") (**ECF No. 10422**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

67.    227th Omnibus Objection to Claims (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10305**)

Responses Filed:

    A.    Response to Retiree Benefits filed by Francis T. Brennan (the "**Brennan Response**") (**ECF No. 10421**)

Replies Filed:        None to date.

Additional Documents:    None to date.

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

68.    229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) (**ECF No. 10304**)

Responses Filed:

    A.    Response of J. Michael Losh to 229th Omnibus Objection to Claims (the "**Losh Response**") (**ECF No. 10409**)

     B.     Response to Debtors' 229th Omnibus Objection to Claims (Supplemental Executive Retirement Benefits Claims and Welfare Benefits Claims of Retired and Former Salaried and Executive Employees) by Eugene L. Abbott and Bernadine M. Abbott (the "**Abbott Response**") (**ECF No. 10437**)

<u>Replies Filed</u>:     None to date.

<u>Additional Documents</u>:     None to date.

<u>**Status:**</u>     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

69.     232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10308**)

<u>Responses Filed</u>:

     A.     UAW Local 259 Pension Fund (the "**UAW Response**") (Informal Response)

<u>Replies Filed</u>:     None to date.

<u>Additional Documents</u>:

     B.     Order Granting 232nd Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10507**)

<u>**Status:**</u>     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

70.     234th Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried and Hourly Employees) (**ECF No. 10719**)

<u>Responses Filed</u>:

     A.     Opposition by Claimant, Robert Cramer, to Motion to Disallow and Expunge His Claim ("**Cramer Response**") **ECF No. 10909**)

<u>Replies Filed</u>:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

71.     235th Omnibus Objection to Claims (Pension Claims and Welfare Benefits Claims of Former Salaried, Executive, or Hourly Employees) (**ECF No. 10720**)

Responses Filed:

    A.     Response of T. Charles Powell to 235th Omnibus Objection to Claims (the "**Powell Response**") (**ECF Nos. 10895 and 10898**)

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

72.     237th Omnibus Objection to Claims (Claims Relating to Former Employees Represented by United Auto Workers) (**ECF No. 10722**)

Responses Filed:

    A.     Beverley A. Cary (Informal)

Replies Filed:     None to date.

Additional Documents:     None to date.

**Status:**     This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

73.     243rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10746**)

Responses Filed:

    A.     Memorandum in Opposition to Motion to Enforce Bar Dates (243rd) with Respect to Lyndia Brewer on Behalf of the Estate of Marcus Wirt (the "**Brewer Response**")(**ECF No. 10908**)

B.      Response of Peggy L. Jernigan to the 243rd Omnibus Objection (**ECF No. 11427**)

C.      Response of Overstreet, Cathy Sue to the 243rd Omnibus Objection (Informal).

D.      Response of Overstreet, Katlyn to the 243rd Omnibus Objection (Informal).

E.      Response of Overstreet, Megan to the 243rd Omnibus Objection (Informal).

Replies Filed:                  None to date.

Additional Documents:           None to date.

**Status:**        This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

74.     244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 10747**)

Responses Filed:

A.      C R Rondinelli, Inc.'s Answer to 244th Objection Claims and Motion Requesting Enforcement of Bar Date Orders (the "**Rondinelli Response**") (**ECF No. 10894**)

B.      Response of Erica L. Davis to the 244th Omnibus Objection (the "**Davis Response**") (ECF No. 11168).

Replies Filed:                  None to date.

Additional Documents:

C.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 69755 by Terry Love) (**ECF No. 11130**)

D.      Order Granting 244th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10962**)

E.      Supplemental Order Granting 244th Omnibus Objection To Claims And Enforcement Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11285**)

F.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70910 by Austin and Rebecca Viall) (**ECF No. 11417**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

75.    245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims Post-Effective Date) (**ECF No. 10748**)

Responses Filed:

A.    Claimant Diane Vanwinkle's Reply to Debtors' Objection to Claim and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10896**).

B.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10893**).

    1.    Response of Claimant, Donald Warner (Claim No. 71177) to 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10902**)

C.    Response of Wingo Winston to the 245th Omnibus Objection (**ECF No. 10798**)

D.    Response of Crown Enterprises, Inc. to the Motors Liquidation Company GUC Trust's 245th Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10887**)

E.    Claimants Aranzuza Mejia, Juan Carlos Mejia, Maria Alejandra Mejia, and Aranzuza Mejia as *guardian ad litem* of Lucas Mejia, Nicolas Mejia, and Santiago Mejia Response to the 245th Omnibus Objection to Claims and Claimants' Opposition to Motion Requesting Enforcement of Bar Date Orders (**ECF No. 10911**)

F.    Response of Mary Lee Metzler (the "**Metzler Response**") (Informal)

G.    Response of Jeremy DeLarosa to the 245th Omnibus Objection (Informal)

Replies Filed:

H.    GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

Additional Documents:    None to date.

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

76.    246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

Responses Filed:

    A.    Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

Replies Filed:

    B.    Reply to Motion and Response of Erma Jeanine Buckley re: 246th Omnibus Objection to Claims (**ECF No. 11348**) Order Granting 246th Omnibus Objection As To Claim Number 66268

Additional Documents:

    C.    Order Granting 246th Omnibus Objection As To Claim Number 66268 (ECF No. 11408)

**Status**:    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

77.    249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10942**)

Responses Filed:

    A.    Response of Antony Burton to the 249th Omnibus Objection (Informal)

    B.    Response of James Bryant to the 249th Omnibus Objection (Informal)

    C.    Response of Sharon Brumley to the 249th Omnibus Objection (Informal)

Replies Filed:                None to date.

Additional Documents:

    D.    Order Granting the 249th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11094**)

    E.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 7458 by Sharon Brumley) (**ECF No. 11130**)

F.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 4246 by Charles and Joan Hassink) (**ECF No. 11417**)

G.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 8712 by Alice Zittel) (**ECF No. 11417**)

H.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 11002 by Jerry C. Davidson TTEE Maness Family Trust c/o Jerry C. Davidson TTEE) (**ECF No. 11417**)

I.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 63034 by Strul Flandel) (**ECF No. 11417**)

J.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 22233 by Estate of Kenneth Reynolds) (**ECF No. 11417**)

K.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70802 by Marcia Tauber) (**ECF No. 11417**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

78.    253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

Responses Filed:

A.      Objection to Disallowing Claim #70400 by Alberta Bruster (the "**Bruster Response**") (**ECF No. 11146**)

B.      **Lonnie Chapman (the "Chapman Response") (ECF No. 11136)**

Replies Filed:

C.      GUC Trust Omnibus Reply to Late Filed Claims (**ECF No. 11352**)

Additional Documents:

D.      Order Granting 253rd Omnibus Objection to Claims and Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11171**)

E.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70225 by Alicia C. Harris) (**ECF No. 11417**)

F.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70213 by Linda Mariscal) (**ECF No. 11417**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

79.    258th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11152**)

Responses Filed:

A.    Atlas Technologies Inc.'s Response to the Debtor's Omnibus Objection to Claims (the "**Atlas Response**") (**ECF No. 11231**)

B.    Twayna Rorer (the "**Rover Response**") (Informal)

C.    Debra Hawkins (the "**Hawkins Response**") (Informal)

Replies Filed:                None to date.

Additional Documents:

D.    Order Granting The 258th Omnibus Objection To Claims (Insufficient Documentation) (**ECF No. 11287**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

80.    259th Omnibus Objection to Claims  and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11153**)

Responses Filed:

A.    Response to 259th Omnibus Objection to Expunge Certain Claims by Margaret A. O'Neill (the "**O'Neill Response**") (**ECF No. 11216**)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting 259th Omnibus Objection To Claims And Enforcement Of Bar Date Orders (Late-Filed Claims) (**ECF No. 11288**)

**Status:**      This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments.  If this matter

goes forward on April 26, 2012, claimants will be notified via
letter sent by April 19, 2012.

81.    262nd Omnibus Objection to Claims (Pension Benefits Claims of Former Salaried
and Hourly Employees) (**ECF No. 11156**)

Responses Filed:

    A.    Sheila Marie Whorley (the "Whorley Response") (Informal)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting 262nd Omnibus Objection to Claims (Pension Benefits
Claims of Former Salaried and Hourly Employees) (**ECF No. 11263**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on April 26, 2012, claimants will be notified via
letter sent by April 19, 2012.

82.    265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying
Property Damage Claims) (**ECF No. 11299**)

Responses Filed:

    A.    Tower Insurance Company of NY as Subrogee of Trisha Brown-Janvier
(the "**Tower Response**") (Informal)

Replies Filed:                    None to date.

Additional Documents:

    B.    Order Granting The 265th Omnibus Objection To Claims (Reducing,
Allowing and Reclassifying Property Damage Claims) (**ECF No.
11407**)

**Status:**    This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern
Time) and may be subject to further adjournments.  If this matter
goes forward on April 26, 2012, claimants will be notified via
letter sent by April 19, 2012.

IV.    **WITHDRAWN MATTERS**

1.    248th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 10941**)

Responses Filed:

A.    Response of Vanessa Smith to the 248th Omnibus Objection (the "**Smith Response**") (Informal)

Replies Filed:  None to date.

Additional Documents:

B.    Amended Exhibit to 248th Omnibus Objection (**ECF No. 11020**)

C.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70760 by Vanessa Smith/Marcia Price) (**ECF No. 11417**)

**Status:**    This matter is withdrawn as all claims subject to the objection have been resolved.

2.    255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11056**)

Responses Filed:

A.    Objection to Motion 255 Omnibus Objection to Claims by Tammy Holt (**ECF No. 11131**)

Replies Filed:                None to date.

Additional Documents:

B.    Order Granting the 255th Omnibus Objection to Claims (Insufficient Documentation) (**ECF No. 11173**)

C.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 45183 by Susan Hufton) (**ECF No. 11417**)

D.    Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 30216 by Tammy Holt) (**ECF No. 11417**)

**Status:**    This matter is withdrawn as all claims subject to the objection have been resolved.

3.    257th Omnibus Objection to Claims (Duplicate Claims) (**ECF No. 11151**)

Responses Filed:

    A.      Response of Glenda O. Frazier (Claim No. 70592) to the 257th Omnibus Objection (Informal)

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    B.      Order Granting the 257th Omnibus Objection to Claims (Duplicate Claims) (**ECF No. 11286**)

    C.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 70592 by Glenda Frazier) (**ECF No. 11417**)

**<u>Status:</u>**      This matter is withdrawn as all claims subject to the objection have been resolved.

4.      261st Omnibus Objection to Claims (No Liability Claims) (**ECF No. 11155**)

<u>Responses Filed</u>:

    A.      Epidoc LLC (the "**Epidoc Response**") (Informal).

<u>Replies Filed</u>:           None to date.

<u>Additional Documents</u>:

    B.      Order Granting 261st Omnibus Objection to Claims (No Liability Claims) (**ECF No. 11290**)

    C.      Notice of Withdrawal of Omnibus Objections to Certain Claims (Claim No. 17985 by EpidocLLC) (**ECF No2. 11417**)

**<u>Status:</u>**      This matter is withdrawn as all claims subject to the objection have been resolved.

Dated:  New York, New York
        February 28, 2012

                                /s/ Joseph H. Smolinsky
                                Harvey R. Miller
                                Stephen Karotkin
                                Joseph H. Smolinsky

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007


                                Attorneys for Motors Liquidation
                                 Company GUC Trust