To: Honorable Judge Robert E. Gerber

Subject: Disallowing Claims and expunging claims for Floyd Jankowski. Claim # 10327

Your honor, my name is Floyd Jankowski. I have a copy of the workers compensation award. It states on page 10 I would continue to receive all pension benefits and any other vested pension benefits.

They reduced my life insurance from $77,000.00 to $10,000.00. A difference of $67,000.00.

I lost my long term care that I paid for 30+ years for a loss of $5834.60 plus interest.

When they were out sourcing to different companies, I had a 5 times base salary that I paid for. However when they went to Fidelity they would not deduct the premium, on a monthly basis so I quit the program. I lost the premium for 30 years plus.

And they also paid the SSI premium. Which they gave us in a $260.00 raise. So your honor could you please get the Trust Company to compensate me for my loss.

Thank you.
FG Jankowski