## Exhibit A

### Equitable Subordination Defendants

| Claim No. | Current Holder(s) |
|---|---|
| 66216 | Thoroughbred Fund LP; Citigroup Global Markets Inc.; Morgan Stanley & Co. International plc |
| 66217 | Palomino Fund LTD; Citigroup Global Markets Inc.; Morgan Stanley & Co. International plc |
| 66265 | Aurelius Investment LLC |
| 66266 | Elliot International LP |
| 66267 | The Liverpool Limited Partnership |
| 66319 | Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company |
| 67428 | Drawbridge DSO Securities LLC; Citigroup Global Markets Inc. |
| 67498 | Appaloosa Investment Limited Partnership I; Morgan Stanley & Co. International plc; Citigroup Global Markets Inc. |
| 67499 | FCOF UB Securities LLC |
| 67500 | Drawbridge OSO Securities LLC; Citigroup Global Markets Inc. |
| 67501 | Thoroughbred Master LTD; Morgan Stanley & Co. International plc; Citigroup Global Markets Inc. |
|  | John Doe Nos. 1-100 |
|  | John Doe, Inc. Nos. 1-100 |