## Exhibit B

## Recharacterization Defendants

| Claim No. | Current Holder(s) |
|---|---|
| 1556 | Collins Stewart (CI) Ltd |
| 1558 | Collins Stewart (CI) Ltd |
| 29379 | SPH Invest SA |
| 29647 | Consilium Treuhand AG & Beata Domus Anstalt |
| 29648 | Laminet, Maria-Dorothea |
| 31167 | Credit Suisse AG |
| 31168 | Credit Suisse AG |
| 31868 | Cheviot Asset Management |
| 32887 | Ugo, Pera |
| 32888 | Rosanna, Garibaldi |
| 37319 | Wagner, Ing. Hugo |
| 49548 | Knighthead Master Fund, L.P; LMA SPC for and on behalf of the MAP 84 Segregated |
| 60234 | Allianz Bank Financial Advisors SPA |
| 60251 | Banca Popolare di Vicenza SCPA |
| 60547 | Rosa, Rui Manuel Antunes Goncalves |
| 60566 | UBS AG, Zurich (Switzerland) |
| 60567 | UBS AG, Zurich (Switzerland) |
| 60568 | Credito Emiliano SPA |
| 60964 | Deutsche Bank SPA |
| 60993 | Cassa Centrale Banca-Credito Cooperativo del Nord Est SPA |
| 61481 | Aziz, Aly |
| 61520 | UniCredit Banca di Roma SPA |
| 61915 | Schoeffel, Johanna |
| 63955 | Aziz, Sirdar Aly |
| 64298 | CSS, LLC |
| 64332 | Schmidseder, Josef |
| 64333 | Schmidseder, Josef |
| 64340 | Dettmar, Hermann & Helene |
| 65554 | Pedersen, Claus |
| 65765 | HFR RVA Advent Global Opportunity Master Trust |
| 65784 | The Advent Global Opportunity Master Fund |
| 65934 | Banca di Credito Cooperativo Abruzzese-Cappelle sul Tavo-Societa Coopertiva |

| | |
|---|---|
| 66206 (amended by claim no. 70201) | Morgan Stanley & Co. International plc |
| 66216 | Thoroughbred Fund LP; Citigroup Global Markets Inc.; Morgan Stanley & Co. International plc |
| 66217 | Palomino Fund LTD; Citigroup Global Markets Inc.; Morgan Stanley & Co. International plc |
| 66218 | Citigroup Global Markets Inc.; Knighthead Master Fund, L.P.; LMA SPC for and on behalf of the MAP 84 Segregated; CQS Directional Opportunities Master Fund Limited; KIVU Investment Fund Limited |
| 66265 | Aurelius Investment LLC |
| 66266 | Elliot International LP |
| 66267 | The Liverpool Limited Partnership |
| 66312 | Citigroup Global Markets Inc.; SG Aurora Master Fund L.P. |
| 66319 | Green Hunt Wedlake, Inc., as trustee for General Motors Nova Scotia Finance Company |
| 66448 | Intesa Sanpaolo Private Banking SPA |
| 66462 | Intesa Sanpaolo SPA |
| 66718 | Hutchin Hill Capital C1, Ltd. |
| 66735 | UBS AG |
| 66769 | Banca delle Marche SPA |
| 67022 | JPMorgan Securities Limited |
| 67034 | Bank of Valletta PLC |
| 67035 | Banca di Credito Cooperativo di Roma Societa Cooperativa |
| 67244 | Prospect Mountain Fund Limited |
| 67245 | Ore Hill Credit Hub Fund Ltd |
| 67345 (amended by claim no. 70200) | Morgan Stanley & Co. International plc |
| 67428 | Drawbridge DSO Securities LLC; Citigroup Global Markets Inc. |
| 67429 | Onex Debt Opportunity Fund, LTD |
| 67430 | Redwood Master Fund LTD |
| 67498 | Appaloosa Investment Limited Partnership I; Morgan Stanley & Co. International plc; Citigroup Global Markets Inc. |
| 67499 | FCOF UB Securities LLC |
| 67500 | Drawbridge OSO Securities LLC; Citigroup Global Markets Inc. |
| 67501 | Thoroughbred Master LTD; Morgan Stanley & Co. International plc; Citigroup Global Markets Inc. |
| 68705 | Bhalodia RV/RM/Patel RG |
| 68941 | Red River Business Inc. |
| 69306 | Citigroup Global Markets Inc.; Canyon Value Realization Fund LP |
| 69307 | Citigroup Global Markets Inc.; Lyxor/Canyon Value Realization Fund Limited |
| 69308 | Citigroup Global Markets Inc.; Canyon-GRF Master Fund LP |

| | |
|---|---|
| 69309 | The Canyon Value Realization Fund (Cayman), Ltd; Citigroup Global Markets Inc. |
| 69340 | Barclays Bank PLC; SG Aurora Master Fund L.P. |
| 69341 | Barclays Bank PLC; Citigroup Global Markets Inc. |
| 69551 | Greenberg Traurig, LLP on behalf of all holders of the Notes |
| 69552 | Citigroup Global Markets Inc.; LMA SPC for and on behalf of the MAP 84 Segregated; Knighthead Master Fund, L.P. |
| 69734 | Anchorage Capital Master Offshore Ltd |
| 70200 | Morgan Stanley & Co. International plc; Citigroup Global Markets Inc. |
| 70201 | Morgan Stanley & Co. International plc |
| | John Doe Nos. 1-100 |
| | John Doe, Inc. Nos. 1-100 |