**Exhibit C**

**AURELIUS – 2015 Notes**

| Trade Date | Transaction Type | Quantity | Price |
|---|---|---|---|
| 03/30/09 | Buy | £10,000,000.00 | 25.000 |
| 02/11/09 | Buy | £215,000.00 | 19.250 |
| 01/14/09 | Buy | £10,000,000.00 | 21.000 |
| 12/18/08 | Buy | £10,000,000.00 | 17.000 |
| 12/16/08 | Buy | £1,781,000.00 | 16.750 |
| 12/04/08 | Buy | £3,250,000.00 | 19.750 |

**AURELIUS – 2023 Notes**

| Trade Date | Transaction Type | Quantity | Price |
|---|---|---|---|
| 05/12/09 | Buy | £10,000,000.00 | 9.000 |
| 05/06/09 | Buy | £2,000,000.00 | 11.500 |
| 01/27/09 | Buy | £7,700,000.00 | 19.650 |
| 01/13/09 | Buy | £6,750,000.00 | 20.500 |
| 01/13/09 | Buy | £10,000,000.00 | 21.750 |
| 09/11/08 | Buy | £2,750,000.00 | 51.000 |
| 09/02/08 | Buy | £2,750,000.00 | 48.500 |
| 08/15/08 | Buy | £2,500,000.00 | 51.500 |
| 08/13/08 | Buy | £2,000,000.00 | 51.000 |
| 08/11/08 | Buy | £2,500,000.00 | 51.000 |
| 07/09/08 | Buy | £1,000,000.00 | 52.500 |
| 07/09/08 | Buy | £2,500,000.00 | 53.500 |
| 06/27/08 | Buy | £2,500,000.00 | 55.500 |
| 06/26/08 | Buy | £2,500,000.00 | 57.750 |
| 06/24/08 | Buy | £25,500,000.00 | 60.000 |

**APPALOOSA – 2015 Notes**

| Trade Date | Transaction Type | Quantity | Price |
|---|---|---|---|
| 06/02/09 | Buy | £5,000,000.00 | 49.500 |
| 12/19/08 | Buy | £34,502,000.00 | 16.500 |
| 10/17/08 | Buy | £25,000,000.00 | 23.000 |

## APPALOOSA – 2023 Notes

| Trade Date | Transaction Type | Quantity | Price |
| --- | --- | --- | --- |
| 06/02/09 | Buy | £3,290,000.00 | 50.000 |
| 12/19/08 | Buy | £82,000,000.00 | 15.000 |
| 12/12/08 | Buy | £5,000,000.00 | 9.875 |
| 10/16/08 | Buy | £10,000,000.00 | 20.750 |

## ELLIOTT – 2015 Notes

| Trade Date | Transaction Type | Quantity | Price |
| --- | --- | --- | --- |
| 03/03/09 | Buy | £2,000,000.00 | 21.500 |
| 11/18/08 | Buy | £15,000,000.00 | 20.500 |
| 09/24/08 | Buy | £50,000,000.00 | 43.000 |

## ELLIOTT – 2023 Notes

| Trade Date | Transaction Type | Quantity | Price |
| --- | --- | --- | --- |
| 03/03/09 | Buy | £4,000,000.00 | 21.000 |

## FORTRESS – 2015 Notes

| Trade Date | Transaction Type | Quantity | Price |
| --- | --- | --- | --- |
| 06/05/09 | Buy | £400,000.00 | 45.000 |
| 06/05/09 | Buy | £200,000.00 | 45.000 |
| 06/03/09 | Buy | £4,667,000.00 | 49.500 |
| 06/03/09 | Buy | £2,333,000.00 | 49.500 |
| 05/07/09 | Buy | £2,000,000.00 | 14.500 |
| 11/18/08 | Buy | £7,500,000.00 | 20.500 |
| 11/18/08 | Buy | £17,500,000.00 | 20.500 |
| 10/17/08 | Buy | £5,000,000.00 | 23.000 |
| 09/22/08 | Buy | £50,000,000.00 | 44.500 |
| 09/12/08 | Buy | £2,000,000.00 | 55.000 |
| 09/04/08 | Buy | £50,000,000.00 | 53.000 |

**FORTRESS – 2023 Notes**

| Trade Date | Transaction Type | Quantity | Price |
|---|---|---|---|
| 06/02/09 | Buy | £3,333,000.00 | 51.250 |
| 06/02/09 | Buy | £667,000.00 | 51.000 |
| 06/02/09 | Buy | £6,667,000.00 | 51.250 |
| 06/02/09 | Buy | £1,333,000.00 | 51.000 |
| 05/06/09 | Buy | £5,500,000.00 | 11.500 |
| 07/09/08 | Buy | £4,900,000.00 | 52.500 |
| 07/01/08 | Buy | £5,000,000.00 | 55.250 |
| 06/16/08 | Buy | £25,000,000.00 | 62.500 |
| 04/02/08 | Buy | £20,000,000.00 | 66.500 |
| 04/01/08 | Buy | £20,000,000.00 | 66.500 |
| 04/21/06 | Buy | £5,000,000.00 | 72.250 |
| 04/21/06 | Buy | £5,000,000.00 | 72.375 |
| 04/19/06 | Buy | £3,000,000.00 | 71.750 |