**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                              :       **Chapter 11 Case No.**
:
**MOTORS LIQUIDATION COMPANY,** *et al.*,              :       **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*               :
:
                        Debtors.                       :       **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF MATTER SCHEDULED FOR**
**HEARING ON MARCH 6, 2012 AT 9:45 A.M. (EASTERN TIME)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER**

   1.   Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 9455**)

       Responses Filed:

        A.   Response to Notice of Debtors' Objection to Administrative Proof of Claim No. 70908 Filed by Lorin W. Tate (**ECF No. 10106**)

       Replies Filed:

        B.   Motors Liquidation Company GUC Trust's Reply to Response of Lorin W. Tate Opposing Debtors' Objection to Administrative Proof of Claim No. 70908 (**ECF No. 11474**)

            1.   Declaration of David Head, Managing Director of AlixPartners in Support of the GUC Trust's Reply to Response of Lorin W. Tate Opposing Debtors' Objection to Adminstrative Proof Claim No. 70908 (**ECF No. 11475**)

       Additional Documents:      None to date.

       **Status:**    This matter is going forward.

Dated: New York, New York
March 1, 2012

/s/ Joseph H. Smolinsky
Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Motors Liquidation
 Company GUC Trust