**266th Omnibus Objection**  **Exhibit A**  **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ARCHANT DIALOGUE LIMITED<br>PROSPECT HOUSE ROUEN ROAD<br>NORWICH NR1 1RE GREAT BRITAIN ENGLAND | 71251 | Motors Liquidation Company | Unliquidated | Late Filed Claim | Pgs. 8-10 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date:    N/A

Official Claim Date:    1/7/2012

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ELJOUHFI ABDERRAHMANE<br>37 AVENUE DIAE ARRAHMANE LA CHAVOLIERE 2 MAYRIAD RABAT | 71246 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | Late Filed Claim | Pgs. 8-10 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date:    N/A

Official Claim Date:    12/6/2011

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 266th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al.<br>Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| KJIRI YOUNES<br>2 RUE BELGNAOUI SOUISSI<br>RABAT MAROC | 71245 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$60,000.00 (U)<br>$60,000.00 (T) | Late Filed Claim | Pgs. 8-10 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date: N/A

Official Claim Date: 12/6/2011

| KJIRI YOUNES<br>2 RUE BELGNAOUI SOUISSI<br>RABAT MAROC | 71247 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$180,000.00 (U)<br>$180,000.00 (T) | Late Filed Claim | Pgs. 8-10 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date: N/A

Official Claim Date: 12/6/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

**266th Omnibus Objection** **Exhibit A** **Motors Liquidation Company, et al.**
**Case No. 09-50026 (REG), Jointly Administered**

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WILLIAMS SCOTSMAN INC<br>8211 TOWN CENTER DR<br>BALTIMORE, MD 21236 | 71250 | Motors Liquidation Company | $0.00 (S)<br>$122.50 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$122.50 (T) | Late Filed Claim | Pgs. 8-10 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date:    N/A

Official Claim Date:    12/27/2011

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 5 | | $0.00 (S)<br>$122.50 (A)<br>$0.00 (P)<br>$340,000.00 (U)<br>$340,122.50 (T) | | |
|---|---|---|---|---|---|

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.