267th Omnibus Objection                                **Exhibit A**                                **Motors Liquidation Company, et al.**
                                                                                                    Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| ALFRED DEBUHR<br>8211 DUNHAM RD<br><br>DOWNERS GROVE, IL 60516-4709 | 44646 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$212,508.20 (U)<br>$212,508.20 (T)<br>Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| BECK, MARLENE R<br>2927 N 26TH ST<br><br>KANSAS CITY, KS 66104-4521 | 23885 | Motors Liquidation Company | $45,500.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,325.00 (U)<br>$69,825.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| BERNICE RODGERS<br>775 TERRITORIAL RD<br><br>BENTON HARBOR, MI 49022 | 11177 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$59,000.00 (U)<br>$59,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| BROCK, ABBIE<br>2425 NEFF RD<br><br>DAYTON, OH 45414-5018 | 46234 | Motors Liquidation Company | $20,000.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$0.00 (U)<br>$20,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| C R RONDINIELLI INC<br>220 AVE LOS ATLETICOS<br><br>SAN GERMAN, PR 00683-4527 | 69133 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$456,037.91 (U)<br>$456,037.91 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

267th Omnibus Objection                                    **Exhibit A**                                    Motors Liquidation Company, et al.
                                                                                                            Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| CHALLENGE MFG CO<br>DOUG BRADLEY<br>3079 3 MILE RD NW<br>WALKER, MI 49534-1323 | 58881 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$272,910.00 (U)<br>$272,910.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| CRAGUN'S LODGE & CONFERENCE CENTER ATTN CASHIER<br>11000 CRAGUNS DR<br>BRAINERD, MN 56401-2020 | 6116 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$77,000.00 (U)<br>$77,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| DAYTON POWER AND LIGHT COMPANY<br>1065 WOODMAN DRIVE<br>DAYTON, OH 45432 | 1142 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$38,982.51 (U)<br>$38,982.51 (T) | Insufficient Supporting Documentation | Pg. 4 |
| DEAF COMMUNITY ADVOCACY NET<br>ATTN: CORPORATE OFFICER/AUTHORIZED AGENT<br>2111 ORCHARD LAKE RD STE 101<br>SYLVAN LAKE, MI 48320-1781 | 10244 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,960.78 (P)<br>$0.00 (U)<br>$4,960.78 (T) | Insufficient Supporting Documentation | Pg. 4 |
| DIANNA JURASOVICH<br>3954 S HOWELL AVE<br>APT 2<br>MILWAUKEE, WI 53207-1769 | 61786 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$6,600.00 (U)<br>$6,600.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| HACK, MILTON B<br>7980 STANLEY MILL DR<br>CENTERVILLE, OH 45459-5149 | 4167 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$2,513.34 (U)<br>$2,513.34 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

267th Omnibus Objection **Exhibit A** <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| HENZE INDUSTRIES<br>C/O PAULA HALL PLLC BROOKS WILKINS SHARKEY & TURCO PLLC<br>401 S OLD WOODWARD AVE STE 400<br>BIRMINGHAM, MI 48009 | 59000 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$35,324.40 (U)<br>$35,324.40 (T) | Insufficient Supporting Documentation | Pg. 4 |
| JOSEPH PATRICK BALANO & MICHELLE BALANO<br>537 GILLIS ST<br>KANSAS CITY, MO 64106 | 45844 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$4,000,000.00 (U)<br>$4,000,000.00 (T)<br>Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| LAPOSTA DAVID F<br>3524 WILLIAMS DR<br>WEIRTON, WV 26062-4456 | 59859 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$200,000.00 (U)<br>$200,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| LAPOSTA PONTIAC<br>3524 WILLIAMS DR<br>WEIRTON, WV 26062-4456 | 59858 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$660,123.75 (U)<br>$660,123.75 (T) | Insufficient Supporting Documentation | Pg. 4 |
| LENZ, MARSHA L<br>13508 S RED COAT DR<br>LEMONT, IL 60439-8159 | 44480 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$37,031.00 (U)<br>$37,031.00 (T)<br>Unliquidated | Insufficient Supporting Documentation | Pg. 4 |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

267th Omnibus Objection                                                                                    **Motors Liquidation Company, et al.**
Exhibit A
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| LUGO AUTO SALES INC<br>ALFREDO CARDONA<br>220 AVE LOS ATLETICOS<br>SAN GERMAN, PR 00683 | 69135 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,228,678.72 (U)<br>$1,228,678.72 (T) | Insufficient Supporting Documentation | Pg. 4 |
| NIDEC MOTORS & ACUATORS<br>C/O DAVID M EISENBERGY<br>ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC<br>400 GALLERIA OFFICENTRE SUITE 444<br>SOUTHFIELD, MI 48034 | 64890 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$100,000.00 (U)<br>$100,000.00 (T)<br>Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| PIERSON AUTOMOTIVE, INC.<br>JAMES PIERSON<br>2424 N VERITY PKWY<br>MIDDLETOWN, OH 45042-2466 | 62040 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$189,010.00 (U)<br>$189,010.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| REMA TIP TOP / NORTH AMERICA<br>119 ROCKLAND AVE<br>NORTHVALE, NJ 07647 | 1441 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$9,721.75 (U)<br>$9,721.75 (T) | Insufficient Supporting Documentation | Pg. 4 |
| SEMPER JANICE DENISE<br>5501 TRENT STREET<br>CLINTON, MD 20735-2421 | 5556 | MLCS, LLC | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$14,863.00 (U)<br>$14,863.00 (T) | Insufficient Supporting Documentation | Pg. 4 |

(1)  In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2)  Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

267th Omnibus Objection      **Exhibit A**      <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| STEINBRUNNER, MILDRED W<br>1124 S WAYNESVILLE RD<br><br>OREGONIA, OH 45054-9413 | 48367 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| TONYA M BELL<br>1206 UNION BLVD<br>APT 502<br>ENGLEWOOD, OH 45322-2416 | 1927 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$4,000.00 (P)<br>$0.00 (U)<br>$4,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| VACHUSKA, JAMES E<br>5315 INDIAN VALLEY RD<br><br>FRANKLIN, TN 37064-9478 | 28053 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$25,000.00 (U)<br>$25,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| WORKFLOWONE<br>PO BOX 1397<br><br>DAYTON, OH 45410-1397 | 438 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$26,941.10 (U)<br>$26,941.10 (T) | Insufficient Supporting Documentation | Pg. 4 |
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | **25** | | **$65,500.00** (S)<br>**$0.00** (A)<br>**$8,960.78** (P)<br>**$7,676,570.68** (U)<br>**$7,751,031.46** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

Page 5

09-50026-mg    Doc 11489-1    Filed 03/05/12    Entered 03/05/12 11:18:41    Exhibit A
Pg 6 of 6

267th Omnibus Objection     **Exhibit A**     **Motors Liquidation Company, et al.**
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JUANITA PICKETT<br>PO BOX 1181<br><br>MABLETON, GA 30126 | 70846 | Motors Liquidation Company | Unliquidated | Insufficient Supporting Documentation | Pg. 4 |
| PICKETT, JUANITA<br>PO BOX 1181<br><br>MABLETON, GA 30126-1003 | 18839 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$24,404.60 (U)<br>$24,404.60 (T) | Insufficient Supporting Documentation | Pg. 4 |
| WALTERS CHEVROLET-PONTIAC, INC.<br>JOHN WALTERS<br>8711 BONES RD #Z<br>BLOSSVALE, NY 13308-1101 | 17147 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$800,000.00 (U)<br>$800,000.00 (T) | Insufficient Supporting Documentation | Pg. 4 |
| ***OBJECTION ADJOURNED*** | **3** | | **$0.00** (S)<br>**$0.00** (A)<br>**$0.00** (P)<br>**$824,404.60** (U)<br>**$824,404.60** (T) | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.