| 268th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| DYLEWSKI MARY BETH<br>338 WEST SIXTH STREET<br>ERIE, PA 16507 | 68235 | Motors Liquidation Company | Unliquidated | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

Applicable Bar Date:   11/30/2009

Postmark Date:   11/30/2009

Official Claim Date:   12/2/2009

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| JASON BLACK<br>PO BOX 630701<br>IRVING, TX 75063 | 70779 | Motors Liquidation Company | $0.00   (S)<br>$10,000.00   (A)<br>$0.00   (P)<br>$0.00   (U)<br>$10,000.00   (T) | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date:   N/A

Official Claim Date:   2/4/2011

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 268th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| L MCTAGGART-ARMBRUSTER<br>2018 MARKESE<br><br>LINCOLN PARK, MI 48146 | 70867 | Motors Liquidation Company | Unliquidated | Late Filed Claim | Pgs. 6-7 |
| **Additional Claim Information** | | | | | |
| Applicable Bar Date: | | | | | |
| Postmark Date: N/A | | | | | |
| Official Claim Date: 2/9/2011 | | | | | |
| MR EARLY SCOTT<br>488 FOX HILLS DR S APT 3<br><br>BLOOMFIELD, MI 48304-1357 | 69976 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$103,000.00 (U)<br>$103,000.00 (T) | Late Filed Claim | Pgs. 6-7 |
| **Additional Claim Information** | | | | | |
| Applicable Bar Date: 2/10/2010 | | | | | |
| Postmark Date: 1/30/2010 | | | | | |
| Official Claim Date: 2/3/2010 | | | | | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

| 268th Omnibus Objection | | Exhibit A | | | Motors Liquidation Company, et al. |
|---|---|---|---|---|---|
| | | | | | Case No. 09-50026 (REG), Jointly Administered |

## CLAIMS TO BE DISALLOWED AND EXPUNGED

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| MS ELVIRA D POSADA<br>1617 N WABASH AVE<br>KOKOMO, IN 46901-2008 | 70022 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$360,000.00 (U)<br>$360,000.00 (T)<br>Unliquidated | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

Applicable Bar Date:   2/10/2010

Postmark Date:   N/A

Official Claim Date:   2/5/2010

| CLAIMS TO BE DISALLOWED AND EXPUNGED | 5 | $0.00 (S) |
|---|---|---|
| | | $10,000.00 (A) |
| | | $0.00 (P) |
| | | $463,000.00 (U) |
| | | $473,000.00 (T) |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.

268th Omnibus Objection  **Exhibit A**  <u>Motors Liquidation Company, et al.</u>
Case No. 09-50026 (REG), Jointly Administered

## *OBJECTION ADJOURNED*

| Name and Address of Claimant | Claim # | Debtor | Claim Amount and Priority (1) | Grounds For Objection | Objection Page Reference |
|---|---|---|---|---|---|
| WOODBURY CADILLAC LLC<br>C/O JASPAN SCHLESINGER LLP<br>ATTN: STEVEN R SCHLESINGER, ESQ<br>300 GARDEN CITY PLAZA, 5TH FLOOR<br>GARDEN CITY, NY 11530 | 70618 | Motors Liquidation Company | $0.00 (S)<br>$0.00 (A)<br>$0.00 (P)<br>$1,000,000.00 (U)<br>$1,000,000.00 (T) | Late Filed Claim | Pgs. 6-7 |

**Additional Claim Information**

Applicable Bar Date:

Postmark Date:    N/A

Official Claim Date:    1/19/2011

| | | | | |
|---|---|---|---|---|
| ***OBJECTION ADJOURNED*** | **1** | | $0.00 (S) | |
| | | | $0.00 (A) | |
| | | | $0.00 (P) | |
| | | | $1,000,000.00 (U) | |
| | | | $1,000,000.00 (T) | |

(1) In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".
(2) Claims on the exhibit are sorted in alphabetical order based on the creditor name as listed on proof of claim form.