## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

GENERAL MOTORS CORP., ET AL.,

DEBTORS.



RECEIVED

MAR - 5 2012

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

CASE# 09-50026

### HARDSHIP MOTION

Comes now, claimant, Sherif Rafik Kodsy, herein as (Kodsy) pro'se, files this hardship motion according to the ADR procedures for a mediation location, relocation from Dallas, Texas.

Kodsy, is disabled and sustained injuries from the excessive unwarned vibration exposures from a defective HUMMER H2 and is unable to fly or drive for a far distance.

Kodsy, resides in Palm Beach County, Florida, the debtors' scheduled a far location with malice, knowing that Kodsy, is unable to travel conveniently or with ease.

Kodsy, has a brain injury, a herniated neck, a herniated back, undocumented shoulder injuries, a knee injury, an umbilical hernia, and a broken big toe, in addition to suffering of continuous pains and neurological discomforts.

Kodsy, cannot risk his life, to travel for a mediation conference.

Kodsy, requests from this honorable court a hardship consideration order to be able to pursue the mediation process in Florida or a closer location.

1

**Thank you..**

## CERTIFICATE OF SERVICE

ALL ASSERTIONS MADE IN THE FOREGOING REQUEST,

ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

AND BELIEF AND THAT A COPY WAS FILED AND SENT TO

THE DEFENDANTS ATTORNEY OF RECORD, BY EMAIL AND

U.S. MAIL ON February 29, 2012 .

**SHERIF RAFIK KODSY**
Individual/pro'se
**15968 LAUREL OAK CIRCLE
DELRAY BEACH FLORIDA 33484
561-294-3046**

**COPY(S) TO:
WEIL, GOTSHAL & MANGES LLP., 767 FIFTH AVENUE
NEW YORK, NEW YORK 10153**