

March 2, 2012

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  *Motors Liquidation., et al.*
Case Co.:  **09-50026 REG**

Dear Mr. Diamond:

Enclosed please find 1 claim withdrawal as follows:

Marianne Monnerat Et Al – Clam #33266 in the amount of $15,000,000.00

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

Very truly yours,

/s/Kathy-Ann Awkward
Kathy-Ann Awkward
Sr. Project Supervisor

Enclosures



RECEIVED MAR - 5 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1985 Marcus Avenue  |  Lake Success, NY 11042  |  P 631.470.5000  F 631.470.5100  |  gcginc.com



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ☒ Motors Liquidation Company, Case No. 09-50026<br><br>☐ MLC of Harlem, Inc., Case No. 09-13558<br><br>☐ MLCS, LLC, Case No. 09-50027<br><br>☐ MLCS Distribution Corporation, Case No. 09-50028<br><br>☐ Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐ Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Marrianne Monnerat, et al.<br><br>Marlowe J. Blake, Esq.<br>Robert J. Fenstersheib, Esq.<br>The Law Offices of Robert J. Fenstersheib, P.A.<br>520 W. Hallandale Beach Blvd.<br>Hallandale Beach, Florida 33009 |
| Claim Number (if known): | 33266 |
| Date Claim Filed: | 11/17/2009 |
| Total Amount of Claim Filed: | $15,000,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 3/1/12

Print Name: Marlowe J. Blake, Esq.

Title (if applicable): _____