**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN THE MATTER OF:**

| | |
|---|---|
| GENERAL MOTORS CORPORATION, | Case No. 09-50026-REG |
| | Honorable ROBERT E. GERBER |
| Debtor. | Chapter 11 |

_____/

**PROOF OF SERVICE OF WITHDRAWAL OF CLAIM**

**SHAMIKA SMITH** certifies that on the 6th day of March, 2012, she served a copy of the WITHDRAWAL OF CLAIM and this PROOF OF SERVICE upon the following parties with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Joseph R. Sgroi                          jsgroi@honigman.com

U.S. Trustee

Office of the U.S. Trustee            via ecf e-mail

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

General Motors Corporation
c/o Alix Partners, Attn: Matt Roling
2000 Town Center, Suite 2400
Southfield, MI 48075

/S/ SHAMIKA SMITH
**SHAMIKA SMITH**, an employee of
KILPATRICK & ASSOCIATES, P.C.
903 N. Opdyke Rd, Suite C
Auburn Hills, MI 48326
(248) 377-0700
ecf@kaalaw.com