UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

------------------------------------------------------------X
DONNA M. TRUSKY on behalf of            :
Herself and all others similarly situated,         Case No. 2:11-cv-12815-SFC-LJM

                Plaintiff,

Vs.

GENERAL MOTORS COMPANY            :
300 Renaissance Center
Detroit, MI 48243

                Defendant,            :

------------------------------------------------------------X

**NOTICE OF APPEARANCE OF MARC H. EDELSON
ON BEHALF OF PLAINTIFF DONNA M. TRUSKY**

The parties are hereby notified that Marc H. Edelson, of the law firm of Edelson & Associates, LLC., hereby enters his appearance as counsel for Donna M. Trusky in the above captioned matter.

Dated this 6th day of July, 2011           Respectfully submitted,

                                                        EDELSON & ASSOCIATES, LLC
                                                        By: _____

                                                        Marc H. Edelson
                                                       45 West Court Street
                                                       Doylestown, Pennsylvania 18901
                                                       215-230-8043
                                                       medelson@edelson-law.com