AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:11-cv-12815-SFC-LJM
Hon. Sean F. Cox

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    General Motors Company

Date of Service:    7-7-11

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify): Certified mail, return receipt requested To: General Motors Company c/o The Corporation Company, 30600 Telegraph Rd Suite 2345, Bingham Farms, MI 48025

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Cheryl Pinter

Signature of Server:    Cheryl Pint

Date:    7-11-11

Server's Address:    100 W. Long Lake Rd, Ste 111
Bloomfield Hills, MI 48304

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  The Corporation Company  ☐ Agent  ☐ Addressee |
| | B. Received by ( Printed Name )    C. Date of Delivery  JUL 0 7 2011 |
| 1. Article Addressed to:<br><br>General Motors Company<br>c/o The Corporation Company<br>30600 Telegraph Rd., Ste. 2345<br>Bingham Farms, MI  48025 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7010 1870 0001 6356 2791 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Donna M Trusky,

*Plaintiff,*

v.

Case No. 2:11-cv-12815-SFC -LJM
Hon. Sean F. Cox

General Motors Company,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: General Motors Company

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        David H. Fink
        100 West Long Lake Road
        Suite 111
        Bloomfield Hills, MI
        48304

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Worth
      *Signature of Clerk or Deputy Clerk*

Date of Issuance: June 30, 2011

