# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

---------------------------------------- X
DONNA M. TRUSKY on behalf of            :
Herself and all others similarly situated, :
                                        :
            Plaintiff,                  :    Case No. 2:11-cv-12815-SFC-LJM
                                        :
    vs.                                 :
                                        :
GENERAL MOTORS COMPANY                  :
                                        :
            Defendant.                  :
---------------------------------------- X

## NOTICE OF APPEARANCE OF JEFFREY L. KODROFF
## ON BEHALF OF PLAINTIFF DONNA M. TRUSKY

The parties are hereby notified that Jeffrey L. Kodroff, of the law firm of Spector Roseman Kodroff & Willis, P.C., hereby enters his appearance as counsel for Donna M. Trusky in the above-captioned matter.

Dated this 15th day of July, 2011          Respectfully submitted,

                                           SPECTOR ROSEMAN KODROFF
                                           & WILLIS, P.C.

                                           _____
                                           Jeffrey L. Kodroff
                                           1818 Market Street
                                           Suite 2500
                                           Philadelphia, PA   19103
                                           (215) 496-0300
                                           jkodroff@srkw-law.com