# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

_____X
DONNA M. TRUSKY on behalf of      :
Herself and all others similarly situated,   :
                                  :
            Plaintiff,            :     Case No. 2:11-cv-12815-SFC-LJM
                                  :
    vs.                           :
                                  :
GENERAL MOTORS COMPANY            :
                                  :
            Defendant.            :
_____X

## NOTICE OF APPEARANCE OF JOHN A. MACORETTA
## ON BEHALF OF PLAINTIFF DONNA M. TRUSKY

The parties are hereby notified that John A. Macoretta, of the law firm of Spector Roseman Kodroff & Willis, P.C., hereby enters his appearance as counsel for Donna M. Trusky in the above-captioned matter.

Dated this 15th day of July, 2011

Respectfully submitted,

SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.

John A. Macoretta
1818 Market Street
Suite 2500
Philadelphia, PA   19103
(215) 496-0300
jmacoretta@srkw-law.com