**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONNA M. TRUSKY on behalf of Herself
and all others similarly situated,

        Plaintiff,                    Case No. 2:11-cv-12815-SFC-LJM

vs.                                 Honorable Sean F. Cox

GENERAL MOTORS COMPANY

        Defendant.

---

David H. Fink (P28235)
Darryl Bressack (P67820)
Fink + Associates Law
100 West Long Lake Rd., Suite 111
Bloomfield Hills, MI  48304
(248) 971-2500
dfink@finkandassociateslaw.com

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA  18901
(215) 230-8043
medelson@edelson-law.com

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, PC
1818 Market Street
Philadelphia, PA  19103
(215) 496-06611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

Attorneys for Plaintiff

Benjamin W. Jeffers (P57161)
Michael P. Cooney (P39405)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5340
bjeffers@dykema.com
mcooney@dykema.com

---

**NOTICE OF APPEARANCE**

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

TO:   Clerk of the Court
      Attorneys of Record

      PLEASE ENTER the Appearance of Benjamin W. Jeffers of Dykema Gossett PLLC as

one of the counsel of record on behalf of the Defendant General Motors Company in this action.


                              DYKEMA GOSSETT PLLC


                              By: /s/ Benjamin W. Jeffers
                                  Benjamin W. Jeffers (P57161)
                                  Michael P. Cooney (P39405)
                                  Attorneys for Defendant
                                  Dykema Gossett PLLC
                                  400 Renaissance Center
                                  Detroit, MI 48243
                                  (313) 568-5340
                                  bjeffers@dykema.com
Dated:  July 25, 2011             mcooney@dykema.com

<div style="writing-mode:vertical">DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243</div>

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2011, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system, which will send notification of such filing to the

attorneys of record in this matter.

DYKEMA GOSSETT PLLC

By: /s/ Benjamin W. Jeffers
    Benjamin W. Jeffers (P57161)
    Michael P. Cooney (P39405)
    Attorneys for Defendant
    Dykema Gossett PLLC
    400 Renaissance Center
    Detroit, MI 48243
    (313) 568-5340
    bjeffers@dykema.com
Dated: July 25, 2011    mcooney@dykema.com

DET01\942562.1
ID\BWJ - 019956/0999

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243