IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA M. TRUSKY on behalf of herself
and all others similarly situated,

        Case No. 11-12815

    Plaintiff,

vs

        Hon. Sean F. Cox

GENERAL MOTORS COMPANY
300 Renaissance Center
Detroit, MI 48243

    Defendant.
_____/

### AFFIDAVIT OF DONNA M. TRUSKY

Being duly sworn and competent to testify to all subject matters set forth herein, I, Donna M. Trusky state the following:

1) I am the named-Plaintiff in the above-entitled action.

2) I am a citizen of the Commonwealth of Pennsylvania.

3) The amount in controversy in the above-entitled action exceeds $5,000,000.

*[signature]*
Donna M. Trusky

Commonwealth of Pennsylvania

County of Lackawanna

On this, the 25th day of July, 2011, before me a notary public, the undersigned officer, personally appeared Donna M. Trusky, satisfactorily proven to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Stephanie Mullally, Notary Public
City of Carbondale, Lackawanna County
My Commission Expires May 30, 2015