IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA M. TRUSKY on behalf of herself
and all others similarly situated,

                          Case No. 11-12815

        Plaintiff,

   vs                                Hon. Sean F. Cox

GENERAL MOTORS COMPANY
300 Renaissance Center
Detroit, MI 48243

        Defendant.
_____/

**NOTICE OF APPEARANCE**

TO: All Attorneys of Record:

    PLEASE TAKE NOTICE THAT Darryl Bressack of the law firm of Fink + Associates Law hereby enters his appearance as counsel for Plaintiff in the above-entitled matter.

                            Respectfully submitted,

                        **FINK + ASSOCIATES LAW**

                        By:   /s/ Darryl Bressack_____
                              David H. Fink (P28235)
                              Darryl Bressack (P67820)
                              100 West Long Lake Rd.; Suite 111
                              Bloomfield Hills, Michigan 48304
                              (248) 971-2500
Dated: July 26, 2011          dfink@finkandassociateslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

        Respectfully submitted,

        **FINK + ASSOCIATES LAW**

       By: /s/ Darryl Bressack_____
         David H. Fink (P28235)
         Darryl Bressack (P67820)
         100 West Long Lake Rd.; Suite 111
         Bloomfield Hills, Michigan 48304
         (248) 971-2500
         dfink@finkandassociateslaw.com

Dated: July 26, 2011