# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DONNA M. TRUSKY on behalf of Herself
and all others similarly situated,

    Plaintiff,    Case No. 2:11-cv-12815-SFC-LJM

vs.    Honorable Sean F. Cox

GENERAL MOTORS COMPANY

    Defendant.

---

| | |
|---|---|
| David H. Fink (P28235) | Michael P. Cooney (P39405) |
| Darryl Bressack (P67820) | Benjamin W. Jeffers (P57161) |
| Fink + Associates Law | Attorneys for Defendant |
| 100 West Long Lake Rd., Suite 111 | Dykema Gossett PLLC |
| Bloomfield Hills, MI 48304 | 400 Renaissance Center |
| (248) 971-2500 | Detroit, MI 48243 |
| dfink@finkandassociateslaw.com | (313) 568-5340 |
| | bjeffers@dykema.com |
| Marc H. Edelson | mcooney@dykema.com |
| Edelson & Associates, LLC | |
| 45 West Court Street | |
| Doylestown, PA 18901 | |
| (215) 230-8043 | |
| medelson@edelson-law.com | |

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, PC
1818 Market Street
Philadelphia, PA 19103
(215) 496-06611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

Attorneys for Plaintiff

---

**INDEX OF EXHIBITS FOR GENERAL MOTORS COMPANY'S CONCURRENCE
THAT PLAINTIFF HAS ALLEGED JURISDICTION IN RESPONSE TO
<u>THE COURT'S ORDER TO SHOW CAUSE</u>**

A. Sale Approval Order

B. *In Re: OnStar Contract Litig.,* Case No. 2:07-MDL-01867, Opinion & Order Granting in Part and Denying in Part Plaintiffs' Motion For Leave to File a Third Amended Complaint

DET01\943389.1
ID\BWJ - 019956/0999