**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DONNA M. TRUSKY on behalf of Herself
and all others similarly situated,

      Plaintiff,                          Case No. 2:11-cv-12815-SFC-LJM

vs.                                  Honorable Sean F. Cox

GENERAL MOTORS COMPANY

      Defendant.

---

| | |
|---|---|
| David H. Fink (P28235) | Benjamin W. Jeffers (P57161) |
| Darryl Bressack (P67820) | Michael P. Cooney (P39405) |
| Fink + Associates Law | Attorneys for Defendant |
| 100 West Long Lake Rd., Suite 111 | Dykema Gossett PLLC |
| Bloomfield Hills, MI 48304 | 400 Renaissance Center |
| (248) 971-2500 | Detroit, MI 48243 |
| dfink@finkandassociateslaw.com | (313) 568-5340 |
| | bjeffers@dykema.com |
| Marc H. Edelson | mcooney@dykema.com |
| Edelson & Associates, LLC | |
| 45 West Court Street | |
| Doylestown, PA 18901 | |
| (215) 230-8043 | |
| medelson@edelson-law.com | |

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, PC
1818 Market Street
Philadelphia, PA 19103
(215) 496-06611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

Attorneys for Plaintiff

---

**<u>STIPULATED ORDER FOR EXTENSION OF TIME</u>**

Plaintiff and Defendant hereby stipulate to the entry of this Order extending the time until August 11, 2011, for Defendant to respond to or otherwise answer Plaintiff's Complaint.

IT IS HEREBY ORDERED: Based on the stipulation of the parties, Defendant is granted an extension of time until August 11, 2011, to respond to or otherwise answer Plaintiff's Complaint.

Dated: August 1, 2011
s/ Sean F. Cox
U. S. District Judge

Stipulated to by:

FINK + ASSOCIATES LAW

DYKEMA GOSSETT PLLC

By: s/ David H. Fink (w/permission)
David H. Fink (P28235)
Darryl Bressack (P67820)
Fink + Associates Law
100 West Long Lake Rd., Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com

By: s/ Benjamin W. Jeffers
Benjamin W. Jeffers (P57161)
Michael P. Cooney (P39405)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5340
bjeffers@dykema.com
mcooney@dykema.com

Dated: July 25, 2011

DET01\942563.1
ID\BWJ - 019956/0999

2