**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DONNA M. TRUSKY on behalf of Herself
and all others similarly situated,

      Plaintiff,                      Case No. 2:11-cv-12815-SFC-LJM

vs.                                 Honorable Sean F. Cox

GENERAL MOTORS COMPANY

      Defendant.

---

| | |
|---|---|
| David H. Fink (P28235) | Michael P. Cooney (P39405) |
| Darryl Bressack (P67820) | Benjamin W. Jeffers (P57161) |
| Fink + Associates Law | Attorneys for Defendant |
| 100 West Long Lake Rd., Suite 111 | Dykema Gossett PLLC |
| Bloomfield Hills, MI 48304 | 400 Renaissance Center |
| (248) 971-2500 | Detroit, MI 48243 |
| dfink@finkandassociateslaw.com | (313) 568-5340 |
| | bjeffers@dykema.com |
| Marc H. Edelson | mcooney@dykema.com |
| Edelson & Associates, LLC | |
| 45 West Court Street | |
| Doylestown, PA 18901 | |
| (215) 230-8043 | |
| medelson@edelson-law.com | |
| | |
| Jeffrey L. Kodroff | |
| John A. Macoretta | |
| Spector, Roseman Kodroff & Willis, PC | |
| 1818 Market Street | |
| Philadelphia, PA 19103 | |
| (215) 496-06611 | |
| jkodroff@srkw-law.com | |
| jmacoretta@srkw-law.com | |

Attorneys for Plaintiff

## INDEX OF EXHIBITS TO DEFENDANT'S MOTION TO DISMISS

A.  New York Bankruptcy Court Sale Approval Order.

B.  *In Re: OnStar Contract Litig.*, Case No. 2:07-MDL-01867, Opinion & Order Granting in Part and Denying In Part Plaintiffs' Motion For Leave To File A Third Amended Complaint.

C.  2008 Chevrolet Warranty.

DET01\946794.1
ID\BWJ - 106069/0301

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243