UNITED STATES DISTRICT COURT
EASTERNDISTRICT OF MICHIGAN

-----------------------------------------------------X
DONNA M. TRUSKY on behalf of             :
Herself and all others similarly situated,
                                                         Case No. 2:11-cv-12815-SFC-LJM
            Plaintiff,

    Vs.

GENERAL MOTORS COMPANY       :
300 Renaissance Center
Detroit, MI 48243

            Defendant,                       :

-----------------------------------------------------X

## NOTICE OF APPEARANCE
## OF RONALD JAY SMOLOW, ATTORNEY AT LAW,
## ON BEHALF OF PLAINTIFF DONNA M. TRUSKY

The parties are hereby notified that Ronald Jay Smolow, Attorney at Law, hereby enters his appearance as counsel for Donna M. Trusky in the above captioned matter.

Dated this 15th day of August, 2011                 Respectfully submitted,

                                                                    By: _____

                                                                    Ronald Jay Smolow, Attorney at Law
                                                                    3 Three Ponds Lane
                                                                    Newtown, Pennsylvania 18940
                                                                    215-579-1111
                                                                    ron@smolow.com