# EXHIBIT 1



Bulletin No.: 08032A
Date: July 2008

# Program Bulletin

  

# CUSTOMER SATISFACTION PROGRAM

**SUBJECT:** Uneven Police Car Rear Tire Wear – Replace Rear Wheel Spindle Rods

**MODELS:** 2007-2008 Chevrolet Impala
Equipped with Police Package (RPO 9C1/9C3)

> The Parts Information section in this bulletin has been revised for U.S. dealers. A new kit containing all the necessary parts has been released. U.S. dealers are to now order this new kit. Because this new kit is not available in Canada or export countries, Canadian and Export dealers are to continue to order the individual parts. Please discard all copies of bulletin 08032, issued June 2008.

## CONDITION

On **certain** 2007-2008 model year Chevrolet Impala vehicles equipped with a police package (RPO 9C1/9C3), the rear wheel spindle rods may cause rear wheel misalignment, resulting in lower tread depth on the inboard side of the rear tire.

## CORRECTION

Dealers are to replace the rear wheel spindle rods, align the rear wheels, and if necessary, replace the rear tires (only) that exhibit lower tread depth on the inboard side. If the tires have already been replaced due to this condition, the customer may request reimbursement for the replacement tires until July 31, 2009.

## VEHICLES INVOLVED

Involved are **certain** 2007-2008 model year Chevrolet Impala vehicles equipped with a police package (RPO 9C1/9C3) and built within these VIN breakpoints:

| Year | Division | Model | From | Through |
|------|----------|-------|----------|----------|
| 2007 | Chevrolet | Impala | 79129274 | 79419427 |
| 2008 | Chevrolet | Impala | 81174923 | 81237574 |
|      |           |        | 89100019 | 89283506 |

**Important:** Dealers are to confirm vehicle eligibility prior to beginning repairs by using the General Motors Inquiry System (GMVIS). Not all vehicles within the above breakpoints may be involved.

Copyright 2008 General Motors Corporation. All Rights Reserved.

09-50026-mg    Doc 11503-26    Filed 03/07/12    Entered 03/07/12 17:11:15    Exhibit
Case 9:12-cv-01097-JGK   Document 15-1   Filed 09/06/12   Page 3 of 9
Pg 3 of 9

Page 2                                          July 2008                           Bulletin No.: 08032A

For dealers with involved vehicles, a listing with involved vehicles containing the complete vehicle identification number, customer name, and address information has been prepared and will be provided through the applicable system listed below. Dealers will not have a report available if they have no involved vehicles currently assigned.

- US dealers - GM DealerWorld Recall Information
- Canadian dealers - GMinfoNet Recall Reports
- Export dealers - sent directly to dealers

The listing may contain customer names and addresses obtained from Motor Vehicle Registration Records. The use of such motor vehicle registration data for any purpose other than follow-up necessary to complete this program is a violation of law in several states/provinces/countries. Accordingly, you are urged to limit the use of this report to the follow-up necessary to complete this program.

PARTS INFORMATION

**For U.S. Dealers:** Parts required to complete this program are to be obtained from General Motors Service and Parts Operations (GMSPO). Please refer to your "involved vehicles listing" before ordering parts. Normal orders should be placed on a DRO = Daily Replenishment Order. In an emergency situation, parts should be ordered on a CSO = Customer Special Order.

| Part Number | Description | Quantity/Vehicle |
|---|---|---|
| 19208347 | Rod Kit, RR Susp Knu RR | 1 |

**For Canadian and Export Dealers:** Parts required to complete this program are to be obtained from General Motors Service and Parts Operations (GMSPO). Please refer to your "involved vehicles listing" before ordering parts. Normal orders should be placed on a DRO = Daily Replenishment Order. In an emergency situation, parts should be ordered on a CSO = Customer Special Order.

| Part Number | Description | Quantity/Vehicle |
|---|---|---|
| 10329689 | Rod,RR Whl Spdl (RR) | 2 |
| 10329691 | Rod,RR Whl Spdl (FRT) | 2 |

SERVICE PROCEDURE

1. Raise and support the vehicle.
2. Remove the rear tires and wheels.
3. Remove the exhaust pipe/muffler assembly.
4. Remove the wiring harness clips from the spindle arms and from the connector at the body.



2129076

5. Remove the rear wheel spindle rod bolts (4) and nuts from the knuckles (both sides).
6. Remove the stabilizer shaft from the rear suspension support.
7. Support the rear suspension support with jack stands and remove the mounting bolts.
8. Lower the rear suspension support in order to gain access to the rear wheel spindle rod to support bolts.



614974

9. Remove the four rear wheels spindle rod bolts (1) and nuts from the rear suspension support.
10. Remove the rear wheel spindle rods from the vehicle.
11. Install the new rear wheel spindle rods to the vehicle.

09-50026-mg    Doc 11503-26    Filed 03/07/12    Entered 03/07/12 17:11:15    Exhibit
Case 9:12-cv-01697-JGK    Document 15-1    Filed 09/06/12    Page 5 of 9

Page 4                                July 2008                          Bulletin No.: 08032A

12. Install the four rear wheel spindle rod bolts and nuts to the rear suspension support.

   **Tighten**
   Tighten the bolts to 135 N·m (100 lb ft).

13. Raise the rear suspension support into place.
14. Install the rear suspension support mounting bolts and remove the jack stands.

   **Tighten**
   Tighten the bolts to 110 N·m (85 lb ft).

15. Install the stabilizer shaft to the rear suspension support.
16. Install the rear wheel spindle rod bolts and nuts to the knuckles (both sides).

   **Tighten**
   Tighten the nuts to 150 N·m (110 lb ft).

17. Install the wiring harness clips to the spindle arms and to the connector at the body.
18. Install the exhaust pipe/muffler assembly.
19. Inspect the rear tires for uneven wear. Inspect the tread depth at the inboard and outboard tread blocks, and if there is more than 2.4 mm (3/32 in) difference in wear, install two new tires. If the customer has replaced the original Pirelli tires with four lower speed rated tires, install the same brand or comparable tire that was removed.
20. Install the rear tires and wheels.
21. Lower the vehicle.
22. Adjust the wheel toe angle.

## CUSTOMER REIMBURSEMENT - For GM US

All customer requests for reimbursement for previous repairs for the condition will be handled by the Customer Assistance Center, not by dealers.

A General Motors Customer Reimbursement Procedure and Claim Form is included with the customer letter.

**IMPORTANT**: (For GM Only) Refer to the GM Service Policies and Procedures Manual, section 6.1.12, for specific procedures regarding customer reimbursement and the form.

## CUSTOMER REIMBURSEMENT - For Canada and Export

Customer requests for reimbursement for previous repairs for the condition are to be submitted to the dealer by July 31, 2009.

All reasonable customer paid receipts should be considered for reimbursement. The amount to be reimbursed will be limited to the amount the repair would have cost if completed by an authorized General Motors dealer.

When a customer requests reimbursement, they must provide the following:

- Proof of ownership at time of repair.
- Original paid receipt confirming the amount of repair expense(s) that were not reimbursed, a description of the repair, and the person or entity performing the repair.

09-50026-mg    Doc 11503-26    Filed 03/07/12    Entered 03/07/12 17:11:15    Exhibit
Pg 6 of 9
Case 9:12-cv-01097-JGK    Document 15-1    Filed 09/06/11    Page 6 of 9

| Page 5 | July 2008 | Bulletin No.: 08032A |

Claims for customer reimbursement on previously paid repairs are to be submitted as required by WINS.

**IMPORTANT**: Refer to the GM Service Policies and Procedures Manual, section 6.1.12, for specific procedures regarding customer reimbursement verification.

## CLAIM INFORMATION

Submit a Product Claim with the information indicated below:

| Repair Performed | Part Count | Part No. | Parts Allow | CC-FC | Labor Op | Labor Hours | Net Item |
|---|---|---|---|---|---|---|---|
| Replace Four Rear Wheel Spindle Rods ( inc. alignment) | * | --- | ** | MA-96 | V1828 | 1.9 | N/A |
| Add: Mount and Balance Two Rear Tires | 2 | | | | | 0.4 | |
| Customer Reimbursement (Canadian & Export Dealers/US CAC) | | | | MA-96 | V1829 | 0.2 | *** |

\*    Part count: U.S. dealers – 1; Canadian and Export dealers – 4.

\*\*   The "Parts Allowance" should be the sum total of the current GMSPO Dealer net price plus applicable Mark-Up or Landed Cost Mark-Up (for Export) for the rod kit (U.S.) or the four rear wheel spindle rods (Canada and Export) needed to complete the repair, and if required, two rear tires.

\*\*\*  The amount identified in the "Net Item" column should represent the dollar amount reimbursed to the customer and will expire July 31, 2009

Refer to the General Motors WINS Claims Processing Manual for details on Product Recall Claim Submission.

## CUSTOMER NOTIFICATION – For US and Canada

General Motors will notify customers of this program on their vehicle (see copy of customer letter included with this bulletin).

## CUSTOMER NOTIFICATION – For Export

Letters will be sent to known owners of record located within areas covered by the US National Traffic and Motor Vehicle Safety Act. For owners outside these areas, dealers should notify customers using the attached sample letter.

## DEALER PROGRAM RESPONSIBILITY

All unsold new vehicles in dealers' possession and subject to this program <u>must</u> be held and inspected/repaired per the service procedure of this program bulletin <u>before</u> customers take possession of these vehicles.

Dealers are to service all vehicles subject to this program at no charge to customers, regardless of mileage, age of vehicle, or ownership, from this time forward.

Customers who have recently purchased vehicles sold from your vehicle inventory, and for which there is no customer information indicated on the dealer listing, are to be contacted by the dealer. Arrangements are to be made to make the required correction according to the instructions contained in this bulletin. A copy of the customer letter is provided in this bulletin for

your use in contacting customers.  Program follow-up cards should not be used for this purpose, since the customer may not as yet have received the notification letter.

In summary, whenever a vehicle subject to this program enters your vehicle inventory, or is in your dealership for service in the future, you must take the steps necessary to be sure the program correction has been made before selling or releasing the vehicle.

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer".  They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle.  Properly trained technicians have the tools, equipment, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition.  See your dealer/retailer for information on whether your vehicle may benefit from the information.

We Support
Voluntary
Technician
Certification

09-50026-mg    Doc 11503-26    Filed 03/07/12    Entered 03/07/12 17:11:15    Exhibit
Case 1:12-cv-01697-JGK   Document 15-1   Filed 09/06/12   Page 8 of 9
Pg 8 of 9

| Page 7 | July 2008 | Bulletin No.: 08032A |

June 2008

Dear General Motors Customer:

We have learned that a condition exists on your 2007 or 2008 model year Chevrolet Impala police vehicle that may cause rear wheel misalignment, resulting in lower tread depth on the inboard side of the rear tires.

Your satisfaction with your 2007 or 2008 model year Chevrolet Impala police vehicle is very important to us, so we are announcing a program to prevent this condition or, if it has occurred, to fix it.

**What We Will Do:** Your Chevrolet dealer will replace the rear wheel spindle rods, align the rear wheels, and if necessary, replace the rear tires. If you have replaced the original Pirelli tires with four lower speed rated tires, your dealer will install the same brand or comparable tire that you installed. This service will be performed for you at **no charge**.

**What You Should Do:** If you have not inspected the rear tires for adequate depth across all of the tread in the last month, you should do so **now** or contact your Chevrolet dealer for an immediate inspection. See *When It Is Time for New Tires* in your owner manual. Driving with worn tires is dangerous.

To limit any possible inconvenience, we recommend that you contact your dealer as soon as possible to schedule an appointment for this repair. By scheduling an appointment, your dealer can ensure that the necessary parts will be available on your scheduled appointment date.

**Customer Reply Form:** The enclosed customer reply form identifies your vehicle. Presentation of this form to your dealer will assist in making the necessary correction in the shortest possible time. If you no longer own this vehicle, please let us know by completing the form and mailing it back to us.

**Reimbursement:** The enclosed form explains what reimbursement is available and how to request reimbursement if you have paid to have the rear tires replaced because of this condition. Your request for reimbursement, including the information and documents mentioned on the enclosed form, must be received by GM by July 31, 2009.

If you have any questions or need any assistance to better understand related repairs, please contact your dealer. If you have questions related to a potential reimbursement, please contact the appropriate Customer Assistance Center at the number listed below.

| Division | Number | Text Telephones (TTY) |
|---|---|---|
| Chevrolet | 1-800-630-2438 | 1-800-833-2438 |
| Guam | 1-671-648-8450 | |
| Puerto Rico – English | 1-800-496-9992 | |
| Puerto Rico – Español | 1-800-496-9993 | |
| Virgin Islands | 1-800-496-9994 | |

We sincerely regret any inconvenience or concern that this situation may cause you.  We want you to know that we will do our best, throughout your ownership experience, to ensure that your Chevrolet Impala provides you many miles of enjoyable driving.

Scott Lawson
General Director,
Customer and Relationship Services

Enclosure
08032