**UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DONNA M. TRUSKY on behalf of Herself
and all others similarly situated,

       Plaintiff,                                 Case No. 2:11-cv-12815-SFC-LJM

vs.                                          Honorable Sean F. Cox

GENERAL MOTORS COMPANY

       Defendant.

---

| | |
|---|---|
| David H. Fink (P28235) | Benjamin W. Jeffers (P57161) |
| Darryl Bressack (P67820) | Michael P. Cooney (P39405) |
| Fink + Associates Law | Attorneys for Defendant |
| 100 West Long Lake Rd., Suite 111 | Dykema Gossett PLLC |
| Bloomfield Hills, MI 48304 | 400 Renaissance Center |
| (248) 971-2500 | Detroit, MI 48243 |
| dfink@finkandassociateslaw.com | (313) 568-5340 |
| | bjeffers@dykema.com |
| Marc H. Edelson | mcooney@dykema.com |
| Edelson & Associates, LLC | |
| 45 West Court Street | |
| Doylestown, PA 18901 | |
| (215) 230-8043 | |
| medelson@edelson-law.com | |
| | |
| Jeffrey L. Kodroff | |
| John A. Macoretta | |
| Spector, Roseman Kodroff & Willis, PC | |
| 1818 Market Street | |
| Philadelphia, PA 19103 | |
| (215) 496-06611 | |
| jkodroff@srkw-law.com | |
| jmacoretta@srkw-law.com | |

Attorneys for Plaintiff

---

**NOTICE OF APPEARANCE**

TO: Clerk of the Court
Attorneys of Record

PLEASE ENTER the Appearance of Michael P. Cooney of Dykema Gossett PLLC as one of the counsel of record on behalf of the Defendant General Motors Company in this action.

DYKEMA GOSSETT PLLC

By: /s/ Michael P. Cooney
Benjamin W. Jeffers (P57161)
Michael P. Cooney (P39405)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5340
bjeffers@dykema.com
mcooney@dykema.com

Dated: September 9, 2011

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

2

## CERTIFICATE OF SERVICE

     I hereby certify that on September 9, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record in this matter.

                                                 DYKEMA GOSSETT PLLC

                                      By: /s/ Michael P. Cooney
                                          Benjamin W. Jeffers (P57161)
                                          Michael P. Cooney (P39405)
                                          Attorneys for Defendant
                                          Dykema Gossett PLLC
                                          400 Renaissance Center
                                          Detroit, MI 48243
                                          (313) 568-5340
                                          bjeffers@dykema.com
Dated: September 9, 2011                 mcooney@dykema.com

DET01\955020.1
ID\MPC - 019956/0999

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243