IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA M. TRUSKY on behalf of herself
and all others similarly situated,

                                                  Case No. 11-12815

            Plaintiff,

      vs                                              Hon. Sean F. Cox

GENERAL MOTORS COMPANY
300 Renaissance Center
Detroit, MI  48243

                   Defendant.
_____/

**STIPULATION AND ORDER REGARDING**
**FILING OF RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

      Defendant, having filed a Motion to Dismiss, and having since been advised by Plaintiffs that Plaintiffs intend to file an amended complaint on or before September 6, 2011, which Plaintiffs believe will address, at least some of, the arguments raised in the Motion to Dismiss, the Parties agree that it would be an unnecessary expenditure of resources for Plaintiffs to respond to the pending Motion to Dismiss.   Therefore, as evidenced by the signatures of undersigned counsel, the parties stipulate that Plaintiffs may file an amended complaint on or before September 6, 2011, in lieu of responding to Defendant's currently-pending Motion to Dismiss.  The parties further stipulate that Defendants may file an Answer or otherwise respond to the amended complaint on or before September 27, 2011.

**IT IS HEREBY ORDERED** that Plaintiffs may file an amended complaint, on or before September 6, 2011 in lieu of responding to the currently-pending Motion to Dismiss, and that Defendant shall file an Answer or otherwise respond to the amended complaint on or before September 27, 2011.


                                    **SO ORDERED**


Dated:  September 13, 2011                    s/ Sean F. Cox
                                              Sean F. Cox
                                              U. S. District Judge




                                    **SO STIPULATED**



**Fink + Associates Law**                    **Dykema Gossett, PLLC**

By:  _/s/ David H. Fink_                     By:  _/s/ Benjamin W. Jeffers (w/ consent)_
David H. Fink (P28235)                       Benjamin W. Jeffers (P57161)
Darryl Bressack (P67820)                     Michael P. Cooney (P39405)
100 West Long Lake Rd., Suite 111            400 Renaissance Center
Bloomfield Hills, Michigan 48304             Detroit, Michigan 48243
Telephone: (248) 971-2500                    Telephone: (313) 568-5340
dfink@finkandassociateslaw.com               bjeffers@dykema.com

*Attorneys for Plaintiffs*                   *Attorneys for Defendant*