# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DONNA M. TRUSKY, AHSA JEFFRIES,
GAYNELL COLE  on behalf of themselves
and all others similarly situated,

           Case No. 2:11-cv-12815-SFC-LJM

       Plaintiff,

           Honorable Sean F. Cox

vs.

GENERAL MOTORS COMPANY

       Defendant.

---

David H. Fink (P28235)
Darryl Bressack (P67820)
Fink + Associates Law
100 West Long Lake Rd., Suite 111
Bloomfield Hills, MI  48304
(248) 971-2500
dfink@finkandassociateslaw.com

Marc H. Edelson
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA  18901
(215) 230-8043
medelson@edelson-law.com

Jeffrey L. Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, PC
1818 Market Street
Philadelphia, PA  19103
(215) 496-06611
jkodroff@srkw-law.com
jmacoretta@srkw-law.com

Attorneys for Plaintiff

Michael P. Cooney (P39405)
Benjamin W. Jeffers (P57161)
Attorneys for Defendant
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5340
bjeffers@dykema.com
mcooney@dykema.com

---

DYKEMA GOSSETT A PROFESSIONAL LIMITED LIABILITY COMPANY 400 RENAISSANCE CENTER DETROIT, MICHIGAN 48243

Case 9:12-cv-01597-3GK    Document 18-1    Filed 09/27/12    Page 2 of 2

### INDEX OF EXHIBITS TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT BASED ON LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM

A.    *In Re: OnStar Contract Litig.*, Case No. 2:07-MDL-01867, Opinion & Order Granting in Part and Denying In Part Plaintiffs' Motion For Leave To File A Third Amended Complaint.

B.    New York Bankruptcy Court Sale Approval Order.

C.    Declaration of Steven D. Oakley

D.    2008 Chevrolet Warranty.

DET01\946794.2
ID\BWJ - 106069/0301

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243