# EXHIBIT D

---

**IMPORTANT:** This booklet contains important information about the vehicle's warranty coverage. It also explains **owner assistance information and GM's participation in an Alternative Dispute Resolution Program.**
Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed.
Be sure to keep it with your vehicle if you sell it so future owners will have the information.

Owner's Name:

Street Address:

City & State:

Vehicle Identification Number (VIN):

Date Vehicle First Delivered or Put In Use:

Odometer Reading on Date Vehicle First Delivered or Put In Use:



Have you purchased the Genuine GM Protection Plan? The GM Protection Plan may be purchased within specific time/mileage limitations. See the information request form in the back of this booklet. Remember, if the service contract you are considering for purchase does not have the GM Protection Plan emblem shown above on it, then it is not the Genuine GM Protection Plan from GM.

© 2007 Chevrolet Motor Division, General Motors Corporation. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors Corporation.

Part No. 15854844 B Second Printing

# 2008 Chevrolet Limited Warranty and Owner Assistance Information

**An Important Message to Chevrolet Owners... ......1**
Chevrolet's Commitment to You ...........................1
Owner Assistance .............................................1
GM Participation in an Alternative Dispute
   Resolution Program ........................................1
Warranty Service — United States
   and Canada ..................................................1

**Warranty Coverage at a Glance ..........................2**
New Vehicle Limited Warranty ...........................2
Emission Control System Warranty .....................2

**General Motors Corporation New Vehicle
Limited Warranty .............................................4**
What Is Covered ..............................................4
What Is Not Covered ........................................7
Hybrid Specific Warranty ..................................10
What is Covered ..............................................10
Towing ..........................................................10
Malibu Hybrid Coverage ...................................11
Tahoe Two-mode Hybrid Coverage ....................11
What is Not Covered .......................................11

**Things You Should Know About the New
Vehicle Limited Warranty ................................12**
Warranty Repairs — Component Exchanges .......12
Warranty Repairs — Recycled Materials .............12
Tire Service ...................................................12
6.6L DURAMAX® Diesel Engine Components ......13
Aftermarket Engine Performance Enhancement
   Products and Modifications ............................13
After-Manufacture "Rustproofing" .......................14
Paint, Trim, and Appearance Items ...................14
Vehicle Operation and Care .............................14
Maintenance and Warranty Service Records ........14
Chemical Paint Spotting ..................................14
Warranty Coverage — Extensions .....................15
Touring Owner Service — Foreign Countries .......15
Warranty Service — Foreign Countries ..............16
Original Equipment Alterations ..........................16
Recreation Vehicle and Special Body or
   Equipment Alterations ..................................16
Pre-Delivery Service ........................................17
Production Changes .........................................17
Noise Emissions Warranty for Light Duty
   Trucks Over 10,000 LBS Gross Vehicle
   Weight Rating (GVWR) Only .........................17

# 2008 Chevrolet Limited Warranty and Owner Assistance Information

**Emission Control Systems Warranty** .................18
What Is Covered ............................................18
How to Determine the Applicable Emissions
  Control System Warranty ...............................18
Federal Emission Control System Warranty .........18
California Emission Control System
  Warranty .....................................................20
Emission Warranty Parts List ...........................22
Replacement Parts .........................................28
Maintenance and Repairs .................................28
Claims Procedure ...........................................29

**Owner Assistance** .............................................30
Customer Satisfaction Procedure ......................30
State Warranty Enforcement Laws .....................31
Assistance For Text Telephone (TTY) Users .......31
Chevrolet Roadside Assistance .........................32
Chevrolet Courtesy Transportation ....................32
Warranty Information for California Only .............32
Special Coverage Adjustment Programs Beyond
  the Warranty Period .....................................33
Customer Assistance Offices ............................33
Online Owner Center .......................................34

# An Important Message to Chevrolet Owners...

## Chevrolet's Commitment to You

We are committed to assuring your satisfaction with your new Chevrolet.

Your Chevrolet dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

Your Chevrolet dealer is best equipped to provide all of your service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If your problem has not been resolved to your satisfaction, follow the "Customer Satisfaction Procedure" as outlined under *Owner Assistance on page 30*.

We thank you for choosing a Chevrolet.

## GM Participation in an Alternative Dispute Resolution Program

See the "Customer Satisfaction Procedure" under *Owner Assistance on page 30* for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service — United States and Canada

Your selling dealership has made a large investment to ensure that they have the proper tools, training, and parts inventory to make any necessary warranty repairs should they be required during the warranty period. We ask that you return to your selling dealer for warranty repairs. In the event of an emergency repair, you may take your vehicle to any authorized GM dealer for warranty repairs. However, certain warranty repairs require special tools or training that only a dealer selling your brand may have. Therefore, not all dealers are able to perform every repair. If a particular dealership cannot assist you, then contact the Customer Assistance Center. If you have changed your residence, visit any Chevrolet dealer in the United States or Canada for warranty service.

1

## Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

- Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

- Coverage is for 5 years or 100,000 miles, whichever comes first.

#### Sheet Metal

- Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
- Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### 6.6L DURAMAX® Diesel Engine (If Equipped)

- Coverage is for 5 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see "How to Determine the Applicable Emissions Control System Warranty" under *Emission Control Systems Warranty on page 18* for more information.

#### Federal

- Gasoline Engines
  – Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously. Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

- Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
- 6.6L DURAMAX® Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

## California

- Gasoline Engines
  - Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.
  - Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L DURAMAX® Diesel Engines
  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.
  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

*Important:*  Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under *Emission Control Systems Warranty on page 18.*

## Noise Emissions

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

3

# General Motors Corporation New Vehicle Limited Warranty

GM will provide for repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

## What Is Covered

### Warranty Applies

This warranty is for GM vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new or remanufactured parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. A reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What is Covered" and those items listed under "What Is Not Covered" later in this section.

4

## Powertrain Coverage

The powertrain is covered for 5 years or 100,000 miles, whichever comes first, except for other coverages listed here under "What is Covered" and those items listed under "What is Not Covered" later in this section.

**Engine:** Cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, turbocharger, supercharger and all internal lubricated parts as well as manifolds, flywheel, water pump, harmonic balancer and engine mount. Timing belts are covered until the first scheduled maintenance interval.

**Transmission/Transaxle/Transfer Case:** Case, all internal lubricated parts, torque converter, transfer case, transmission/transaxle mounts, seals, and gaskets.

**Drive Systems:** Final drive housing, all internal lubricated parts, axle shafts and bearings, constant velocity joints, axle housing, propeller shafts, universal joints, wheel bearings, locking hubs, front differential actuator, supports, front and rear hub bearings, seals and gaskets.

## Tire Coverage

The tires supplied with your vehicle are covered against defects in material or workmanship under the Bumper-to-Bumper coverage. Any tire replaced will continue to be warranted for the remaining portion of the Bumper-to-Bumper coverage period.

Following expiration of the Bumper-to-Bumper coverage, tires may continue to be covered under the tire manufacturer's warranty. Review the tire manufacturer's warranty booklet or consult the tire manufacturer distributor for specific details.

## Accessory Coverages

All GM accessories and parts sold by GM and permanently installed on a GM vehicle prior to delivery will be covered under the provisions of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the new vehicle warranty, they will be covered, parts and labor, for the balance of the vehicle warranty, but in no event less than 12 months/12,000 miles. This coverage is only effective for GM accessories permanently installed by a GM dealer or an associated GM-approved Accessory Distributor/Installer (ADI).

GM accessories sold over-the-counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

*Notice:* **This warranty excludes:**

**Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service from the wireless communication carrier that provides service for the OnStar® system.**

## Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

**Corrosion:** Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

**Rust-Through:** Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

*Important:* Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

## Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## 6.6L DURAMAX® Diesel Engine Coverage

For trucks equipped with a 6.6L DURAMAX® Diesel Engine, the diesel engine, except those items listed under "What Is Not Covered" later in this section is covered for 5 years or 100,000 miles, whichever comes first. For additional information, refer to *Things You Should Know About the New Vehicle Limited Warranty on page 12.* Also refer to the appropriate emission control system warranty for possible additional coverages.

## What Is Not Covered

### Tire Damage or Wear

Normal tire wear or wear-out is not covered. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Also, damage from improper inflation, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, vandalism, or misapplication is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage and/or squeaks and rattles. Therefore, any damage caused by the bedliner is not covered under the terms of the warranty.

### Damage Due to Accident, Misuse, or Alteration

Damage caused as the result of any of the following is not covered:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle
- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.
- Alteration or modification to the vehicle including the body, chassis, or components after final assembly by GM.
- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.

*Important:*  This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or totaled.

## Damage or Corrosion Due to Environment, Chemical Treatments, and/or Aftermarket Products

Damage caused by airborne fallout, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under *Things You Should Know About the New Vehicle Limited Warranty on page 12* for more details.

## Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain fluids, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

## Damage Due to Contaminated or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stall, or no start. It may also render gauges inoperable or degrade functionality for components such as spark plugs, oxygen sensors, and the catalytic converter.

Damage from poor fuel quality, water contamination, incorrect diesel fuel or gasoline may not be covered.

It is recommended that gasoline meet specifications which were developed by automobile manufacturers around the world and contained in the World-Wide Fuel Charter which is available from the Alliance of Automobile Manufacturers at www.autoalliance.org/fuel_charter.htm. Gasoline meeting these specifications could provide improved driveability and emission control system performance compared to other gasoline.

## Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids

8

- Filters
- Keyless Entry Batteries *
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance **
- Wiper Inserts

are covered only when replacement or repair is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

## Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

**Other Terms:**  This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. **Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty. ***

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

9

## Hybrid Specific Warranty

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, General Motors will warrant certain Hybrid components for each 2008 Chevrolet Tahoe Two-mode Hybrid and Chevrolet Malibu Hybrid (hereafter referred to as Hybrid) for 8 years or 100,000 miles (160 000 kilometres), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific Hybrid components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance Booklet, General Motors of Canada Limited will warrant certain Hybrid components for each 2008 Chevrolet Tahoe Two-mode Hybrid and Chevrolet Malibu Hybrid (hereafter referred to as Hybrid) for 8 years, or 160,000 kilometres, whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific Hybrid components of the vehicle.

This warranty is for Hybrid vehicles registered in the United States or Canada, and normally operated in the United States or Canada. In addition to the initial owner of the vehicle, the coverage described in this Hybrid warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above described 8 years or 100,000 mile (160 000 kilometres) term. No deductibles are associated with this Hybrid warranty.

This Hybrid warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Hybrid Component Warranty.

For 2008 Hybrid owners requiring more comprehensive coverage than that provided under this Hybrid warranty, a GM Protection Plan may be available. See your Chevrolet dealer for more details.

## What is Covered

This Hybrid warranty covers repairs to correct any vehicle defect related to materials or workmanship occurring during the 8 year or 100,000 mile (160 000 kilometres) term for the following:

## Towing

During the 8 year or 100,000 mile (160 000 km) Hybrid warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Hybrid specific defect. Contact the Chevrolet Roadside Assistance Center for towing. Refer to the owner manual for details.

10

Case 12-cv-01057-JCH   Document 125   Filed 09/27/12   Page 16 of 41   Exhibit

## Malibu Hybrid Coverage

### Hybrid Components

The energy storage control module and components including the Hybrid NiMh batteries, Hybrid battery disconnect, and Hybrid battery cooling fan.

### Starter Generator Unit

The starter generator unit, starter generator control module, starter generator control module coolant pump, 3-phase cable assembly, starter generator drive belt, belt tensioner and brackets, belt pulley and brackets.

### Other Hybrid Components

The 42-volt cable assembly, auxiliary transmission pump, hill start valve, and cabin heater coolant pump.

## Tahoe Two-mode Hybrid Coverage

### Transmission

Automatic transmission components including the transmission auxiliary fluid pump, transmission auxiliary pump controller, and 3 phase transmission cables.

### Brakes

Brake modulator.

### Other Hybrid Components

Battery pack, 300v cables, Drive Motor/Generator Control Module (DMCM), and Accessory Power Module.

## What is Not Covered

In addition to the "What is Not Covered" section previously, this Hybrid warranty does not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in this Hybrid warranty.

### Maintenance

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. Maintenance intervals, checks, inspections, and recommended fluids and lubricants as prescribed in the owner manual are necessary to keep your vehicle in good working condition. Any damage caused by owner/lessee failure to follow scheduled maintenance may not be covered by warranty. Scheduled maintenance includes such items as:

- Brake Pads/Linings
- Coolants and Fluids
- Filters

## Things You Should Know About the New Vehicle Limited Warranty

### Warranty Repairs — Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts which may be new, remanufactured, reconditioned, or repaired, depending on the component involved.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, tape players, batteries, and powertrain control modules.

### Warranty Repairs — Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

### Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under *Owner Assistance on page 30*.

12

## 6.6L DURAMAX® Diesel Engine Components

For trucks equipped with a 6.6L Duramax® Diesel Engine, the complete engine assembly, including turbocharger components, is covered for defects in material or workmanship for 5 years or 100,000 miles, whichever comes first.

- Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets
- Diesel Fuel Metering System: injection pump, nozzles, high pressure lines, and high pressure sealing devices
- Glow Plug Control System: control/glow plug assembly, glow plugs, cold advance relay, and Engine Control Module (ECM)
- Fuel injection control module, integral oil cooler, transmission adapter plate, left and right common fuel rails, fuel filter assembly, fuel temperature sensor, and function block

**Important:** Some of these components may also be covered by the Emission Warranty. See the "Emission Warranty Parts List" under *Emission Control Systems Warranty on page 18* for details.

## Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax® Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

13

Case 12-50105-3gk    Document 1-5    Filed 09/23/12    Page 19 of 41

## After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

## Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as possible. Your owner manual has instructions regarding the care of these items.

## Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

## Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

## Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

## Warranty Coverage — Extensions

**Time Extensions:** The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

**Mileage Extension:** Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you will receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.
- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.
- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

## Touring Owner Service — Foreign Countries

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer facility, preferably one which sells and services Chevrolet vehicles. Once you return to the United States provide your dealer with a statement of circumstances, the original repair order, proof of ownership, and any paid receipt indicating the work performed and parts replaced for reimbursement consideration.

*Important:* Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

15

## Warranty Service — Foreign Countries

This warranty applies to GM vehicles registered in the United States and normally operated in the United States or Canada. If you have permanently relocated and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

*Important:* GM warranty coverages may be void on GM vehicles that have been imported/exported for resale.

## Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

**Additionally, General Motors does not warranty non-GM parts and/or calibrations.** The use of parts and/or control module calibrations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part and/or control module calibration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

## Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle, or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of wheelbase, suspension and driveline modifications, and axle additions.

16

## Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

## Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

## Noise Emissions Warranty for Light Duty Trucks Over 10,000 LBS Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design, assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

17

# Emission Control Systems Warranty

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

## What Is Covered

The parts covered under the emission warranty are listed under "Emission Warranty Parts List" later in this section.

## How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

## Federal Emission Control System Warranty

### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter and the vehicle/powertrain control module (including emission-related software), whichever comes first.
- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

18

- Light Duty Truck equipped with Heavy
  Duty Diesel Engine and with a Gross Vehicle
  Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

## Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built
  so as to conform at the time of sale with the
  applicable regulations of the Federal
  Environmental Protection Agency (EPA).
- The vehicle is free from defects in material and
  workmanship which cause the vehicle to fail
  to conform with those regulations during the
  emission warranty period.

Emission related defects in the genuine GM parts
listed under the Emission Warranty Parts List,
including related diagnostic costs, parts, and labor
are covered by this warranty.

## Federal Emission Performance Warranty

Some states and/or local jurisdictions have established
periodic vehicle Inspection and Maintenance (I/M)
programs to encourage proper maintenance of your
vehicle. If an EPA-approved I/M program is enforced
in your area, you may also be eligible for Emission
Performance Warranty coverage when all of the
following three conditions are met:

- The vehicle has been maintained and operated
  in accordance with the instructions for proper
  maintenance and use set forth in the owner
  manual supplied with your vehicle.
- The vehicle fails an EPA-approved I/M test
  during the emission warranty period.
- The failure results, or will result, in the owner of
  the vehicle having to bear a penalty or other
  sanctions, including the denial of the right to use
  the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair,
or adjust to GM specifications, at no charge to you,
any of the parts listed under the "Emission Warranty
Parts List" later in this section which may be necessary
to conform to the applicable emission standards.
Non-GM parts labeled "Certified to EPA Standards"
are covered by the Federal Emission Performance
Warranty.

19

## California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California **or other states adopting California emission and warranty regulations.***
- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*** Important:** Connecticut, Maine, Massachusetts, Pennsylvania, Rhode Island, and Vermont have California Emissions Warranty coverage. (New York adopted California emission standards, but not the California Emissions Warranty. The Federal Emissions Control Warranty applies to all non-PZEV vehicles in New York.)

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission related parts.

*Important:* California, New York, Massachusetts, Vermont, Maine, Connecticut, Rhode Island, and New Jersey have PZEV Emission Warranty Coverage.

## Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

In California, new motor vehicles must be designed, equipped, and built to meet the state's stringent anti-smog standards. GM must warrant your vehicle's emission control system for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

## California Emission Defect and Emission Performance Warranty Coverage

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles, whichever comes first:
  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.
  - If any emission related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Defects Warranty.

- For 7 years or 70,000 miles whichever comes first:
  - If an emission related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control System Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first:
  - If the catalytic converter, vehicle powertrain control module including emission related software is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 8 years or 100,000 miles, whichever comes first for California Low Emission Vehicle 2 (LEV2) vehicles equipped with option code NUA:
  - If an emission related part listed in this booklet specially noted with 7 years/70,000 miles or 8 years/80,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control System Defect Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):
  - If any emission related part listed in this booklet is defective GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

21

## Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020 or, in California, write to:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## Emission Warranty Parts List

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained previously in this section under the "Federal Emission Control System Warranty" and the "California Emission Control System Warranty".

*Important:*   Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.
- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)
- (*) and (**) are 8 years/100,000 miles, whichever comes first, for California LEV2 vehicles equipped with option code NUA.

The Emission Control System Warranty obligations do not apply to conditions resulting from tampering, abuse, neglect, or improper maintenance; or any other item listed under "What Is Not Covered" under *General Motors Corporation New Vehicle Limited Warranty on page 4.* The "Other Terms" presented under *General Motors Corporation New Vehicle Limited Warranty on page 4* also apply to the emission related warranties.

**Powertrain Control System**

ABS Control Module **
Camshaft Position Actuator *
Camshaft Position Actuator Valve
Coolant Level Sensor
Data Link Connector
Electronic Throttle Control (ETC) Motor
Engine Control Module (ECM) **
Engine Coolant Temperature Sensor
Fast Idle Solenoid
Flexible Fuel Sensor *
Fuel Control Module **
Intake Air Temperature Sensor
Malfunction Indicator Lamp
Manifold Absolute Pressure Sensor
Mass Air Flow Sensor
Oil Pressure Sensor (DoD™ only)
Oxygen Sensors
Powertrain Control Module (PCM) **
Programmable Read Only Memory (PROM)

Throttle Position Sensor
Throttle Position Switch
Vehicle Control Module (VCM) **
Vehicle Speed Sensor
Wheel Speed Sensor

**Transmission Controls and Torque Management**

GMLAN (CAN) Communications Circuit
Manual Transmission Clutch Switch
Park/Neutral Switch
Torque Converter Clutch Solenoids
Torque Converter Clutch Switch
Transmission Control Module **
Transmission Fluid Temperature Sensor
Transmission Gear Selection Switch (Diesel)
Transmission Internal Mode Switch
Transmission Pressure Control Solenoids
Transmission Pressure Switches
Transmission Shift Solenoids
Transmission Speed Sensors

23

**Fuel Management System**

Common Rail Assembly (6.6L DURAMAX® Diesel) *

Diesel Fuel Injection Pump *

Diesel Fuel Injection Pump Timing Adjust

Diesel Fuel Injector Control Module – EDU
(6.6L DURAMAX® Diesel) *

Diesel Fuel Temperature Sensor

Direct Fuel Injector Assembly
(6.6L DURAMAX® Diesel) *

Fuel Injector

Fuel Pressure Regulator

Fuel Rail Assembly *

Fuel Rail Pressure Sensor

Function Block (6.6L DURAMAX® Diesel)

High Pressure Fuel Pump (SIDI) *

**Air Management System**

Air Cleaner

Air Cleaner Diaphragm Motor

Air Cleaner Resonator

Air Cleaner Temperature Compensator Valve

Air Intake Ducts

Charge Air Control Actuator

Charge Air Control Solenoid Valve

Charge Air Control Valve

Charge Air Cooler *

Charge Air Cooler Fan

Idle Air Control Valve

Idle Speed Control Motor

Intake Manifold *

Intake Manifold Gasket (7/70 Only Uplander,
Montana SV6, and DURAMAX® Diesel) *

Intake Manifold Heater

Intake Manifold Tuning Valve

Intake Manifold Tuning Valve Relay

Supercharger Assembly *

Throttle Body * (Replacement Only)

Throttle Body Heater

Throttle Closing Dashpot

Turbocharger Assembly *

Turbocharger Boost Sensor

24

Turbocharger Oil Separator

Turbocharger Thermo Purge Switch

Vacuum Pump (6.6L DURAMAX® Diesel)

**Ignition System**

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Distributor

Distributor Cap

Distributor Pick Up Coil

Distributor Rotor

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Glow Plug Relay (Diesel)

Ignition Coil(s)

Ignition Control Module

Ignition Timing Adjustment

Knock Sensor

Spark Plug Wires

Spark Plugs

**Catalytic Converter System**

Catalytic Converter(s) and Muffler if attached
  as assembly **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Particulate Filter (DPF) *

Exhaust Manifold (7/70 Only Corvette 7.0L, Equinox,
  Torrent, Uplander, Montana SV6, Cadillac DTS 4.6L
  and XLR, (Impala and Grand Prix 5.3L right side)
  and C/K Trucks < 14,000 GVWR 8.1L) *

Exhaust Manifold with Catalytic Converter attached
  as assembly **

Exhaust Manifold Gasket

Exhaust Pipes and/or Mufflers (when located between
  catalytic converters and exhaust manifold)

**Positive Crankcase Ventilation System**

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

**Exhaust Gas Recirculation System**

EGR Feed and Delivery Pipes or Cast-in Passages

EGR Valve

EGR Valve Cooler (6.6L DURAMAX® Diesel) *

EGR Vacuum Pump Assembly
 (6.6L DURAMAX® Diesel)

**Secondary Air Injection System**

Air Pump

Check Valves

**Evaporative Emission Control System
(Gasoline Engines)**

Canister

Canister Purge Solenoid Valve

Canister Vent Solenoid

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve *

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

**Hybrid**

Auxiliary Transmission Fluid Pump

Battery Cooling Fan

Battery Pack Control Module (BPCM) *

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Drive Motors A and B

Drive Motor A and B Resolvers

Drive Motor/Generator Control Module
 (DMCM - HCP, MCPA, MCPB) **

Electro-Hydraulic Brake Control Module (EBCM) **

Energy Storage Control Module **

Fuel Filler Pipe Adapter Seal

Hybrid Batteries

Hybrid Battery Temperature Sensors

Hybrid Battery Voltage Sensors

SGCM Coolant Circuit (fan and fan relay and pump)

Starter Generator Control Module **

Transmission Friction Elements

Transmission Substrate Temperature Sensor

26

**Miscellaneous Items Used with Above
Components are Covered**

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring

Parts specified in your maintenance schedule that
require scheduled replacement are covered up to their
first replacement interval or the applicable emission
warranty coverage period, whichever comes first.
If failure of one of these parts results in failure of another
part, both will be covered under the Emission Control
System Warranty.

Parts specified in your maintenance schedule that
require scheduled replacement are covered up to their
first replacement interval or the applicable emission
warranty coverage period, whichever comes first.
If failure of one of these parts results in failure of another
part, both will be covered under the Emission Control
System Warranty.

For detailed information concerning specific parts
covered by these emission control systems warranties,
ask your dealer.

27

## Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. **Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.**

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes. Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

## Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in an emergency situation when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In an emergency, where an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes an emergency. Retain receipts and failed parts in order to receive compensation for warranty repairs reimbursable due to an emergency.

If, in an emergency situation, it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

28

Receipts and records covering the performance of regular maintenance or emergency repairs should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

## Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the "Customer Satisfaction Procedure" under *Owner Assistance on page 30*.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

Manager, Certification and Compliance
Division (6405J)
Warranty Claims
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 97131-2990

# Owner Assistance

## Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

**STEP ONE: Discuss your concern with a member of dealer management.** Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, **contact the owner of the dealer facility** or the general manager.

**STEP TWO:** If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help **contact the Chevrolet Customer Assistance Center** by calling 1-800-222-1020. In Canada, contact GM of Canada Central Office in Oshawa by calling 1-800-263-3777: English, or 1-800-263-7854: French.

**We encourage you to call the toll-free number in order to give your inquiry prompt attention.** Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration, title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location

- The vehicle's delivery date and present mileage

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

**STEP THREE:** Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you should file with the BBB Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty.

Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

You may contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business Bureaus, Inc.
4200 Wilson Boulevard
Suite 800
Arlington, VA 22203-1804
www.lemonlaw.bbb.org
Telephone: 1-800-955-5100

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

## State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. Your written notification should be sent to the Chevrolet Customer Assistance Center.

## Assistance For Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones·(TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

31

## Chevrolet Roadside Assistance

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program for a period of 5 years or 100,000 miles, whichever comes first. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872).

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Limited reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

## Chevrolet Courtesy Transportation

If your vehicle requires warranty repairs during the 5 year/100,000 mile (8 year/100,000 miles for Hybrid vehicles) warranty coverage period, alternate transportation and/or reimbursement of certain transportation expenses are available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of

Canada Limited reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.

## Warranty Information for California Only

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

32

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors Corporation
P.O. Box 33170
Detroit, MI 48232-5170

Fax Number: 1-866-962-2868

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

## Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

## Customer Assistance Offices

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

## United States

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170

www.Chevrolet.com
1-800-222-1020
1-800-833-2438 (For Text Telephone devices (TTYs))

Roadside Assistance:
1-800-CHEV-USA (243-8872)
Fax Number: 1-866-962-2868

From Puerto Rico:
1-800-496-9992 (English)
1-800-496-9993 (Spanish)
Fax Number: 313-381-0022

From U.S. Virgin Islands:
1-800-496-9994
Fax Number: 313-381-0022

## Canada

Customer Assistance Centre, CA1-163-005
General Motors of Canada Limited
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text Telephone devices (TTYs))
Roadside Assistance: 1-800-268-6800

## Mexico, Central America, and Caribbean Islands/Countries (Except Puerto Rico and U.S. Virgin Islands)

General Motors de Mexico, S. de R.L. de C.V.
Customer Assistance Center
Paseo de la Reforma # 2740
Col. Lomas de Bezares
C.P. 11910, Mexico, D.F.

01-800-508-0000
Long Distance: 011-52-53 29 0 800

## Online Owner Center

The Owner Center is a resource for your GM ownership needs. Specific vehicle information can be found in one place.

The Online Owner Center allows you to:

- Get e-mail service reminders.
- Access information about your specific vehicle, including tips and videos and an electronic version of this warranty manual.
- Keep track of your vehicle's service history and maintenance schedule.
- Find GM dealers for service nationwide.
- Receive special promotions and privileges only available to members.

Refer to the web for updated information.

To register your vehicle, visit www.MyGMLink.com.

## Don't Wait Until Your New Vehicle Limited Warranty – and Your Opportunity to Purchase the GM Protection Plan – Expire.

Learn how to protect yourself, with the GM Protection Plan, against costly repairs after your new vehicle limited warranty expires. A monthly payment plan makes it convenient and affordable. Just call or mail this request and you'll find out how you can get the security of knowing you're covered if something breaks down.



**GM Protection Plan** | **No–Obligation GM Protection Information Request**

☐ YES!  Please send me free information about how I can protect myself from costly repair bills after my new vehicle limited warranty expires.

Name: _____

Address: _____ Apt#: _____

City: _____ State: _____ Zip: _____

Daytime Phone: ( )_____ Evening Phone: ( )_____

**Vehicle Information**
Vehicle Identification Number *(17 Digits)*

_____

Make/Model: _____ Year: _____

Purchase Date: _____ Mileage: _____

Complete and mail this request today and we'll send you FREE details about how you can add years and miles of protection.

**Mail to: GM Protection Plan**
          **P.O. Box 02968**
          **Detroit, MI 48202**

**Or call 1–800–981–4677 toll–free for details today.**

35

36