# U.S. District Court
## Eastern District of Michigan (Detroit)
### CIVIL DOCKET FOR CASE #: 2:11−cv−12815−SFC−LJM
*Internal Use Only*

Trusky v. General Motors Company  
Assigned to: District Judge Sean F. Cox  
Referred to: Magistrate Judge Laurie J. Michelson  
Cause: 28:1330 Breach of Contract  

Date Filed: 06/29/2011  
Date Terminated: 02/10/2012  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Donna M Trusky**  represented by  **Darryl Bressack**  
Fink Associates Law  
100 West Long Lake Road  
Suite 111  
Bloomfield Hills, MI 48304  
248−971−2500  
Fax: 248−971−2600  
Email: dbressack@finkandassociateslaw.com  
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kodroff**  
Spector Roseman  
1818 Market Street  
Philadelphia, PA 19103  
215−496−0300  
Fax: 215−496−6611  
Email: jkodroff@srkw−law.com  
*ATTORNEY TO BE NOTICED*

**John A. Macoretta**  
Spector Roseman Kodroff &Willis, P.C.  
1818 Market Street  
Philadelphia, PA 19103  
215−496−0300  
Email: jmacoretta@srkw−law.com  
*ATTORNEY TO BE NOTICED*

**Marc H. Edelson**  
Edelson &Associates, LLC  
45 W. Court Street  
Doylestown, PA 18901  
215−230−8043  
Email: medelson@edelson−law.com  
*ATTORNEY TO BE NOTICED*

**Ronald J. Smolow**  
Three Ponds Lane  
Newtown, PA 18940  
267−364−5633  
Email: ron@smolow.com

          *ATTORNEY TO BE NOTICED*

          **David H. Fink**
Fink Associates Law
100 West Long Lake Road
Suite 111
Bloomfield Hills, MI 48304
248−971−2500
Fax: 248−971−2600
Email: dfink@finkandassociateslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Asha Jeffries**      represented by    **David H. Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gaynell Cole**      represented by    **David H. Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Motors Company**      represented by    **Benjamin W. Jeffers**
Dykema Gossett (Detroit)
400 Renaissance Center
Detroit, MI 48243−1668
313−568−6800
Email: bjeffers@dykema.com
*ATTORNEY TO BE NOTICED*

          **Michael P. Cooney**
Dykema Gossett
400 Renaissance Center
Detroit, MI 48243
313−568−6800
Fax: 313−568−6701
Email: mcooney@dykema.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/29/2011 | 1 | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645−3047448 − Fee: $350. County Where Action Arose: Wayne − [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Exhibit 1 − 08032A Bulletin) (Fink, David) (Entered: 06/29/2011) |
| 06/30/2011 | 2 | SUMMONS Issued for *General Motors Company* (DWor) (Entered: 06/30/2011) |
| 06/30/2011 |   | (Court only) ***Set/Clear Flags (DWor) (Entered: 06/30/2011) |

| | | |
|---|---|---|
| 07/06/2011 | Ï 3 | NOTICE of Appearance by Marc H. Edelson on behalf of All Plaintiffs. (Edelson, Marc) (Entered: 07/06/2011) |
| 07/12/2011 | Ï 4 | CERTIFICATE of Service/Summons Returned Executed. All Defendants. (Fink, David) Modified on 7/12/2011 (NHol). [GENERAL MOTORS SERVED ON 7/7/2011] (Entered: 07/12/2011) |
| 07/13/2011 | Ï 5 | ORDER for Donna M Trusky to Show Cause why this Case should not be Dismissed for Lack of Subject Matter Jurisdiciton. **Show Cause Response due by 7/26/2011** Signed by District Judge Sean F. Cox. (JHer) (Entered: 07/13/2011) |
| 07/15/2011 | Ï 6 | ATTORNEY APPEARANCE: Jeffrey L. Kodroff appearing on behalf of Donna M Trusky (Kodroff, Jeffrey) (Entered: 07/15/2011) |
| 07/15/2011 | Ï 7 | ATTORNEY APPEARANCE: John A. Macoretta appearing on behalf of Donna M Trusky (Macoretta, John) (Entered: 07/15/2011) |
| 07/25/2011 | Ï 8 | NOTICE of Appearance by Benjamin W. Jeffers on behalf of General Motors Company. (Jeffers, Benjamin) (Entered: 07/25/2011) |
| 07/26/2011 | Ï 9 | MEMORANDUM re 5 Order to Show Cause by Donna M Trusky (Attachments: # 1 Exhibit 1 – Affidavit of Donna M. Trusky) (Bressack, Darryl) [DOCUMENT ENTITLED RESPONSE] Modified on 7/26/2011 (CGre). (Entered: 07/26/2011) |
| 07/26/2011 | Ï 10 | NOTICE of Appearance by Darryl Bressack on behalf of Donna M Trusky. (Bressack, Darryl) (Entered: 07/26/2011) |
| 07/27/2011 | Ï 11 | NOTICE by General Motors Company re 5 Order to Show Cause *Concurrence That Plaintiff Has Alleged Jurisdiction in Response to The Court's Order to Show Cause* (Attachments: # 1 Index of Exhibits, # 2 Exhibit A. Sale Approval Order, # 3 Exhibit B. In Re: OnStar Contract Litig., Case No. 2:07–MDL–01867, Opinion &Order Granting in Part and Denying in Part Plaintiffs' Motion For Leave to File a Third Amended Complaint) (Jeffers, Benjamin) (Entered: 07/27/2011) |
| 08/01/2011 | Ï | TEXT–ONLY ORDER Vacating re 5 Order to Show Cause. Signed by District Judge Sean F. Cox. (JHer) (Entered: 08/01/2011) |
| 08/01/2011 | Ï 12 | STIPULATION AND ORDER Extending Time for Defendant to Respond re 1 Complaint. Responsive pleading due 8/11/2011. Signed by District Judge Sean F. Cox. (JHer) (Entered: 08/01/2011) |
| 08/11/2011 | Ï 13 | MOTION to Dismiss by General Motors Company. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A. New York Bankruptcy Court Sale Approval Order, # 3 Exhibit B. In Re: OnStar Contract Litig., Case No. 2:07–MDL–01867, Opinion &Order Granting in Part and Denying in Part Plaintiffs' Motion For Leave to File a Third Amended Complaint, # 4 Exhibit C. 2008 Chevrolet Warranty) (Jeffers, Benjamin) (Entered: 08/11/2011) |
| 08/16/2011 | Ï 14 | NOTICE of Appearance by Ronald J. Smolow on behalf of All Plaintiffs. (Smolow, Ronald) (Entered: 08/16/2011) |
| 09/06/2011 | Ï 15 | AMENDED COMPLAINT with Jury Demand filed by All Plaintiffs against All Defendants. NEW PARTIES ADDED. (Attachments: # 1 Exhibit Exhibit 1) (Fink, David) (Entered: 09/06/2011) |
| 09/09/2011 | Ï 16 | NOTICE of Appearance by Michael P. Cooney on behalf of General Motors Company. (Cooney, Michael) (Entered: 09/09/2011) |
| 09/13/2011 | Ï 17 | STIPULATION AND ORDER Regarding Responses to 13 MOTION to Dismiss. Signed by District Judge Sean F. Cox. (JHer) (Entered: 09/13/2011) |

| 09/27/2011 | 18 | MOTION to Dismiss *Amended Complaint Based On Lack Of Jurisdiction And Failure To State A Claim* by General Motors Company. (Attachments: # 1 Index of Exhibits, # 2 Exhibit A. In Re: OnStar Contract Litig., Case No. 2:07–MDL–01867, Opinion &Order Granting In Part and Denying In Part Plaintiffs' Motion For Leave To File A Third Amended Complaint, # 3 Exhibit B. New York Bankruptcy Court Sale Approval Order, # 4 Exhibit C. Declaration of Steven D. Oakley, # 5 Exhibit D. 2008 Chevrolet Warranty) (Jeffers, Benjamin) (Entered: 09/27/2011) |
|---|---|---|
| 10/24/2011 | 19 | STIPULATION AND ORDER Extending Briefing Deadline as to 18 MOTION to Dismiss ( **Responses due by 11/21/2011**) Signed by District Judge Sean F. Cox. (JHer) (Entered: 10/24/2011) |
| 11/21/2011 | 20 | STIPULATION AND ORDER STAYING CASE Pending Ruling from Bankruptcy Court Signed by District Judge Sean F. Cox. (JHer) (Entered: 11/21/2011) |
| 01/17/2012 | 21 | MOTION to Transfer Case *to Southern District of New York* by All Plaintiffs. (Attachments: # 1 Exhibit 1 – Appendix of Unpublished Opinions) (Fink, David) (Entered: 01/17/2012) |
| 01/31/2012 | 22 | RESPONSE to 21 MOTION to Transfer Case *to Southern District of New York* filed by General Motors Company. (Jeffers, Benjamin) (Entered: 01/31/2012) |
| 02/10/2012 | 23 | STIPULATED ORDER TRANSFERRING CASE to Southern District of New York. Signed by District Judge Sean F. Cox. (DWor) (Entered: 02/10/2012) |