UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRUSKY,

                Plaintiff(s),

    -against-

GENERAL MOTORS COMPANY,
                Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

12 civ 1097 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, April 17, 2012** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                        Don Fletcher
                                              Courtroom Case Manager

Dated: New York, New York
         February 22, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2012
```