Declaration of David A. Vanaskey Jr.
**Exhibit B** (page 1 of 5)

**MLC GUC Trust 2011 and 2012 Expected Cost Analysis**
Analysis in support of request to liquidate shares
*($ in thousands)*

| | | 2011 (Mar 1 - Dec 31) | | | | 2012 Full Year | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Estimated 2011 Expense | Initial Budget | Unfav Variance to be funded | Fav Variance due to timing (carried to 2012) | Estimated 2012 Expense | Initial Budget | plus: Fav Variance from 2011 to be carried over to 2012 | Original Budget plus: 2011 carry over | Unfav Variance to be funded |
| 1 **Trust Monitor (FTI Consulting)** | 579.0 | 625.0 | | 46.0 | 1,648.5 | 360.0 | 46.0 | 406.0 | 1,242.5 |
| 2 **Trust Administrator (Wilmington Trust)** | 945.0 | 1,184.9 | | 239.9 | 2,520.0 | 1,146.0 | 239.9 | 1,386.0 | 1,134.0 |
| Financial Reporting & Claims Resolution (AlixPartners) | 8,755.8 | 7,359.0 | 1,396.9 | | 7,918.2 | 2,245.2 | 0.0 | 2,245.2 | 5,673.0 |
| Lead Counsel[1] | 5,878.1 | 4,500.0 | 1,378.1 | | 7,020.0 | 3,600.0 | 0.0 | 3,600.0 | 3,420.0 |
| ADR Legal Counsel Fees & Expenses[2] | 1,406.2 | 5,762.2 | | 4,356.0 | 9,566.6 | 5,210.6 | 4,356.0 | 9,566.6 | 0.0 |
| Nova Scotia Litigation[3] | 1,286.5 | 1,900.0 | | 613.5 | 3,400.0 | 100.0 | 613.5 | 713.5 | 2,686.5 |
| Canadian Counsel (Stewart McKelvey ) | 14.7 | 125.0 | | 110.3 | 160.3 | 50.0 | 110.3 | 160.3 | 0.0 |
| Garden City Group | 915.8 | 770.0 | 145.8 | | 500.0 | 300.0 | 0.0 | 300.0 | 200.0 |
| Trust Counsel (Gibson Dunn) | 800.8 | 265.1 | 535.7 | | 300.0 | 246.0 | 0.0 | 246.0 | 54.0 |
| 3 **Trust Professionals** | 19,057.9 | 20,681.2 | 3,456.5 | 5,079.8 | 28,865.1 | 11,751.8 | 5,079.8 | 16,831.6 | 12,033.5 |
| Accounting & Tax Advisors[4] | 127.2 | 250.0 | | 122.8 | 622.8 | 500.0 | 122.8 | 622.8 | 0.0 |
| Rent and Facilities[5] | 154.6 | 178.0 | | 23.4 | 201.4 | 178.0 | 23.4 | 201.4 | 0.0 |
| Insurance Expense | 125.0 | 125.0 | 0.0 | | 125.0 | 125.0 | 0.0 | 125.0 | 0.0 |
| 4 **Other Costs** | 406.8 | 553.0 | 0.0 | 146.2 | 949.2 | 803.0 | 146.2 | 949.2 | 0.0 |
| 5 **Reserve for Tax on DIP Loan** | 0.0 | 0.0 | 0.0 | | 6,000.0 | 6,000.0 | 0.0 | 6,000.0 | 0.0 |
| *Total* | 20,988.6 | 23,044.2 | 3,456.5 | 5,512.0 | 39,982.8 | 20,060.8 | 5,512.0 | 25,572.8 | 14,410.0 |
| 6 Total 2011 and 2012 estimated fees and expenses | | | | | | | | | 60,971.5 |
| 7 Amount funded by Initial Budget | | | | | | | | | (43,105.0) |
| 8 Total GUC Trust fees and expenses to be funded with proceeds from the sale of New GM securities | | | | | | | | | 17,866.5 |

[1] Lead Counsel expenses include fees paid to and estimated for the following professionals:
    Weil
    Dickstein

[2] ADR Legal Counsel Fees & Expenses include fees paid to and estimated for the following vendors and professionals:
    Bernard, Cassisa, Elliott & David
    Borden Ladner Gervais LLP
    Bowman & Brook LLP
    Butler Snow
    Carddock Davis & Krause LLP
    D. McMurtry & Associates LLC
    Dykema
    Eckert Seamans Chernin & Mellot LLC
    Eldridge Cooper Steichen & Leach PLLC
    Epiq
    Hanson Bolkcom Group Ltd
    Hartline Davus Barger Dreyer
    Honigman Miller Schwartz Cohn LLP
    Jenner & Block LLP
    King & Spalding LLP
    Lathrop & Gage
    McKenna, Long & Aldridge
    O'Hagan Spencer LLP
    Prichard, Hawkins, McFarland & Young LLP
    Richard Layton & Finger
    Remberger, Kirk & Caldwell, P.A.
    Sedgwick, Detert, Morgan & Arnold LLP
    Tansey, Tracy & Convery
    The Rose Law Firm LLC
    Thorn Gershon Tymann
    Turner, Reid, Duncan, Loomer & Patton, P.C.
    Zausmer, Kaufman, August, Caldwell, & Taylor, P.C.

[3] Nova Scotia Litigation expenses include fees paid to and estimated for the following professionals:
    Butzel Long
    Jenner & Block
    Dickstein Shapiro

[4] Accounting and Tax Advisor expenses include fees paid to and estimated for the following professionals:
    Wilmington Trust (Investment Management Fee)
    Plante Moran (External Auditor)
    Rick Zablocki (Tax Advisor)

[5] Rent and Facilities expenses include fees paid to and estimated for the following professionals:
    Wilmington Trust (Custody Fee)
    Computershare
    US Trustee Fee

[6] Fees and expenses to be paid from the proceeds of the stock sale will not be restricted by line items so that a surplus in one line item can be used to fund budget overages in another line item.

**MLC GUC Trust Reporting & Transfer 2011 and 2012 Expected Cost Analysis**
Analysis in support of request to liquidate shares
*($ in thousands)*

|   |   | Estimated 2011 Expense Mar 1 - Dec 31 | Estimated 2012 Expense |
|---|---|---:|---:|
| 1 | **Trust Monitor (FTI Consulting)** | **0.0** | **787.5** |
| 2 | **Trust Administrator (Wilmington Trust)** | **0.0** | **2,152.5** |
|   | AlixPartners | 1,942.1 | 816.3 |
|   | Gibson Dunn | 1,328.1 | 500.0 |
|   | Watkins Meegan | 20.6 | 279.4 |
|   | Plante Moran | 200.0 | 100.0 |
|   | Crowell Moring | 350.0 | 250.0 |
|   | Kramer Levin | 808.7 | 300.0 |
| 3 | **Trust Professionals** | **4,649.5** | **2,245.7** |
|   | Insurance | 535.0 | 13.0 |
|   | Bowne Printing | 30.0 | 30.0 |
|   | Legal Reserve Fund | 0.0 | 2,000.0 |
|   | Other Reporting/Compliance Contingency[1] | 0.0 | 1,354.7 |
| 4 | **Other Costs and Reserves** | **565.0** | **3,397.7** |
| 5 | **Funding for Avoidance Action Reporting Costs** | **500.0** | **0.0** |
|   | *Total* | *5,714.5* | *8,583.4* |
| 6 | **Total 2011 and 2012 estimated fees and expenses** |   | **14,298.0** |
| 7 | Amount to be funded by Initial Budget |   | (5,649.3) |
| 8 | Total GUC Trust Reporting & Transfer fees and expenses to be funded with proceeds from the sale of New GM securities |   | 8,648.7 |

[1] Other Reporting/Compliance Contingency costs includes $1.354MM in 2012 for additional reporting or compliance costs that may arise as a result of the finalization of the SEC no action letter or the Sarbanes Oxley risk assessment and corresponding gap analysis.

**MLC AAT Trust 2011 - 2014 Expected Cost Analysis**
Analysis in support of request to liquidate shares
*($ in thousands)*

|   |   | Estimated 2012 Expense | Estimated 2013 Expense | Estimated 2014 Expense |
|---|---|---:|---:|---:|
| 1 | **Trust Monitor (FTI Consulting)** | **480.0** | **480.0** | **480.0** |
| 2 | **Trust Administrator (Wilmington Trust)** | **700.0** | **700.0** | **700.0** |
|   | Financial valuation (Ernst & Young/Frazier Deeter) | 50.0 | 0.0 | 0.0 |
|   | Legal valuation (Dickstein Shapiro) | 150.0 | 0.0 | 0.0 |
|   | Insurance | 1,250.0 | 0.0 | 0.0 |
|   | Tax Consultant (Grant Thornton) | 400.0 | 200.0 | 400.0 |
|   | Trust Counsel (Gibson Dunn) | 100.0 | 25.0 | 25.0 |
|   | Other[1] | 400.0 | 325.0 | 2,825.0 |
| 3 | **Total trust professional fees and expenses** | **2,350.0** | **550.0** | **3,250.0** |
| 4 | **Litigation expense (Dickstein Shapiro)** | **1,600.0** | **2,000.0** | **2,000.0** |
|   | *Total* | *5,130.0* | *3,730.0* | *6,430.0* |
| 5 | **Total 2011 - 2014 estimated fees and expenses** |   |   | **15,290.0** |
| 6 | Amount to be funded by Initial Budget |   |   | (1,576.0) |
| 8 | Total AAT Trust fees and expenses to be funded with proceeds from the sale of New GM securities |   |   | 13,714.0 |

[1] Other costs includes general contingencies of $400k in 2012; $325k in 2013; and $325k plus a $2.5MM reserve against a potential insurance deductible in 2014.