See attachment

United States Bankruptcy Court
Southern District of New York

Motors Liquidation Company
Chapter 11 case #
09-50026 (REG)

Omnibus claim # 11348
ECF # 11143

Claimant Jeanine Buckley

Date = presented March 2, 2012

Enclosed = Designation of Items
         = Statement of Issue combined

by Jeanine Buckley

ECF # 11143

United States Bankruptcy Court
Southern District of New York

<u>Motors Liquidation</u> Company    Chapter 11 Case No.
f/k/a <u>General Motors Corp</u> et al    09-50026 (REG)

<u>Debtors</u>    Jointly Administered

Response by Jeanine Buckley

Omnibus Objection to Claims (± ECF#11348)

Please note: <u>See Exhibits</u>

The <u>designate Items</u> to be included in the record <u>is/are</u>:

Notices of matters scheduled for Hearing on Feb 2, 2012, notice given on 2/8/2012, 2/28/2012 (for 4/26/2012)

See attached <u>exhibits</u> <u>1, 2 & 3</u>

United States Bankruptcy Court
Southern District of New York

Motors Liquidation Company

Claim #
09-50026 (REG)

Jointly Administered
omnibus # 11348 Jeanine Buckley

Designation of Items to
be included in the Record
are: Exhibit 1, 2, & 3 & Order date 2/10/12

See attached

presented by Jeanine Buckley

attached is letter to Judge Gerber
Re: Order date 2/10/2012

Ex hibit ①

|   | Additional Documents: | None to date. |
|---|---|---|
|   | **Status:** | This matter is going forward as to the Evans Response, Stelmach Response and the Truxall Response, and is adjourned as to all other responses to March 1, 2011 at 9:45 a.m., (Eastern Time) subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012. |

4. 246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

   Responses Filed:

   A. Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

   B. Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "**Jeanine Response**") (Informal)

      1. Letter to Judge Robert E. Gerber from Jeanine Buckley (**ECF No. 11143**)

   Replies Filed:           None to date.

   Additional Documents:    None to date.

   **Status**:  This matter is going forward as to the Jeanine Response and is adjourned as to the King Response to March 1, 2012, at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

5. 253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

   Responses Filed:

   A. Objection to Disallowing Claim #70400 by Alberta Bruster (the "**Bruster Response**") (**ECF No. 11146**)

   B. Alicia C. Harris (Informal)

   C. Linda Marsical (Informal)

   D. Lonnie Chapman (the "**Chapman Response**") (Informal)

   Replies Filed:           None to date.

March 1, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

5. 246th Omnibus Objection to Claims (No Liability Claims) **(ECF No. 10749)**

    Responses Filed:

    A. Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") **(ECF No. 10888)**

    B. Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "**Jeanine Response**") (Informal)

        1. Letter to Judge Robert E. Gerber from Jeanine Buckley **(ECF No. 11143)**

    Replies Filed:

    C. **Reply to Motion and Response of Erma Jeanine Buckley re: 246th Omnibus Objection to Claims (ECF No. 11348)**

    Additional Documents: None to date.

    Status: This matter is going forward as to the Jeanine Response and is adjourned as to the King Response to March 1, 2012, at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

*Exhibit 2* (handwritten annotation)

## II. UNCONTESTED MATTERS

1. 264th Omnibus Objection to Claims (Securities Claims) **(ECF No. 11298)**

    Responses Filed: None to date.

    Replies Filed: None to date.

    Additional Documents: None to date.

    Status: This matter is going forward.

2. 265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying Property Damage Claims) **(ECF No. 11299)**

    Responses Filed:

8. Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

   Responses Filed:

   A. Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

   B. Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

   C. Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

   D. Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

   E. Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

   F. Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

   Replies Filed: None to date.

   Additional Documents:

   G. Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

   **Status:** This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

9. Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

   Responses Filed:

   A. Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
MOTORS LIQUIDATION COMPANY, *et al.*,                        :    09-50026 (REG)
      f/k/a General Motors Corp., *et al.*                   :
                                                             :
                                   Debtors.                  :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

### ORDER GRANTING 246TH OMNIBUS OBJECTION
### AS TO CLAIM NUMBER 66268 FILED BY ERMA JEANINE BUCKLEY

Upon the 246th omnibus objection dated September 23, 2011 (the "**Objection**")[1] to Proof of Claim Number 66268 filed by Erma Jeanine Buckley (the "**Claimant**"), of the Motors Liquidation Company GUC Trust (the "**GUC Trust**"), formed by the above-captioned debtors (collectively, the "**Debtors**") in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), pursuant to section 502(b) of title 11, United States Code (the "**Bankruptcy Code**"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claims and Procedures Relating Thereto and Approving the Form and Manner of Notice Thereof (ECF No. 4079), seeking entry of an order disallowing and expunging Claim Number 66268 on the grounds that Debtors are not liable for the claim as a matter of law, as more fully described in the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Omnibus Objection; and due and proper notice of the Omnibus Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having considered the response to the Objection filed by Erma Jeanine Buckley (ECF No. 11143), the GUC Trust's reply thereto (ECF No. 11348); and the Court at the hearing on the Omnibus Objection on September 26, 2011 (the "**Hearing**") having found and determined that the relief sought in the Omnibus Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Omnibus Objection establish just cause for the relief granted herein; and upon the record, including the findings of fact and conclusions of law set forth by this Court at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Omnibus Objection is granted as provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Buckley Claim is disallowed and expunged; and it is further

ORDERED that, to the extent Claimant files any further pleadings, claims, or otherwise takes action against the Debtors or the GUC Trust in this Court, neither the Debtors nor the GUC Trust shall be required to file a response or take any action unless directed by this Court; and it is further

ORDERED that the time to appeal runs from the date this order is entered; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
  *February 10, 2012*

s/ *Robert E. Gerber*
United States Bankruptcy Judge

Jeanine Buckley
175 West 90th Street, #5C
New York, NY 10024-1238
212 874-2605 or 646-243 1998cp

March 1, 2012

The Honorable Robert E. Gerber
United States Bankruptcy Court
Southern District of New York
Room 621
# One Bowling Green Station
New York, New York 10004-1408

Re: Gm motor
Liquidation
Claim: Ch 11
Case: 09-50026
Objection claim
# 11348

Dear Judge Gerber:

This letter is in reference to your order dated February 10, 2012. There is no words that can express the horrible feeling and disappointment I have of myself. I am so upset and became so depress that I call my "Primary Doctor" because my blood pressure went up, I had head aches and sleep deficit. At the writing of this letter I became ill with a terrible cold. I'm a little better but I have mild pain above my right and left eye. The cough has calm down.

(F)

This letter may not be the letter one would write a federal Bankrupt Judge such as yourself. I think that my country upbringing and culture from Mississippi sustain my values and simplicity of life. Therefore, I humbly ask for your forgiveness of the terrible error on my part. I'm appealing the "order" with the intent of _hope_ that I'll be given the opportunity to get another chance to go and speak before your Court. In closing I apologize.

I have attached Exhibits that may shed clarity of my oversight. Thank you and hope you'll know that I have no words that will explain the disappointment.

March 1, 2012
Sincerely
Jeanine Buckley pro se

(2)