# DELPHI

5725 Delphi Drive
Troy MI, 48098
(248)813-2000

NOTICE OF CHANGE OF ADDRESS

February 16, 2012

In re: Motors Liquidation Company
c/o Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Joseph H. Smolinsky, Esq.

RE: Delphi Automotive Systems LLC, Proof of Claim number 64628

Dear Mr. Smolinsky:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Delphi Automotive Systems LLC
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
Tel : (206) 344-4677
Fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent The Garden City Group, Inc.

Very truly yours,

Name: Keith Stipp
Title: Treasurer

Cc:    The Garden City Group, Inc.
       Motors Liquidation Company Claims Agent
       PO Box 9386
       Dublin, OH 43017-4286