

People. Power. Performance.

February 29, 2012

Via FedEx

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

   **Re:**  ***Motors Liquidation., et al.***
     ***Case Co.: 09-50026 REG***

Dear Mr. Diamond:
   Enclosed please find 1 claim withdrawal as follows:

Mcelroy Deutsch Mulvaney & Carpenter– Clam #67342 in the amount of $17,490.40

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

               Very truly yours,

               /s/Kathy-Ann Awkward
               Kathy-Ann Awkward
               Sr. Project Supervisor

Enclosures



RECEIVED MAR - 1 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

### WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | Jeffrey Bernstein, Esq.<br>McElroy, Deutsch, Mulvaney, & Carpenter LLP<br>Three Gateway Center<br>Newark, NJ   07102 |
| Claim Number (if known): | 67342 |
| Date Claim Filed: | 11/30/09 |
| Total Amount of Claim Filed: | $17,490.40 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2/29/12          _Jeffry Bernst_, For
                        McElroy Deutsch Mulvaney e Carpenter LLP

Print Name: Jeffrey Bernstein

Title (if applicable): Partner

---

US_ACTIVE:¥43219392¥02¥72240.0639



RECEIVED
MAR − 1 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

JEFFREY BERNSTEIN
Direct dial: (973) 565-2183
jbernstein@mdmc-law.com

February 29, 2012

Via electronic mail

Matthew Roling
Alix Partners
2000 Town Center, Suite 2400
Southfield, Michigan 48075

    Re  In re Motors Liquidation Company,
       Case No. 09-50026

Dear Matthew,

  I am advised that my firm's claim has been satisfied. Attached please find a fully executed withdrawal of claim on behalf of McElroy, Deutsch, Mulvaney & Carpenter in the above-matter.

          Very truly yours,

         McElroy, Deutsch, Mulvaney & Carpenter, LLP

         Jeffrey Bernstein