

People. Power. Performance.

March 1, 2012

<u>Via FedEx</u>

Attn: Mark Diamond
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    Re:  *Motors Liquidation., et al.*
            *Case Co.:* **09-50026 REG**

Dear Mr. Diamond:

    Enclosed please find 1 claim withdrawal as follows:

OTS Signs, L.P.– Clam #23262 in the amount of $5,389,092.60

Please docket this claim withdrawal at your earliest convenience on the court website in connection with the above reference case.

Thank you for your assistance.

                        Very truly yours,

                        /s/Alison Moodie
                        Alison Moodie
                        Project Supervisor

Enclosures



RECEIVED MAR -2 2012 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | X  Motors Liquidation Company, Case No. 09-50026<br><br>☐  MLC of Harlem, Inc., Case No. 09-13558<br><br>☐  MLCS, LLC, Case No. 09-50027<br><br>☐  MLCS Distribution Corporation, Case No. 09-50028<br><br>☐  Remediation and Liability Management Company, Inc., Case No. 09-50029<br><br>☐  Environmental Corporate Remediation Company, Inc., Case No. 09-50030 |
| Creditor Name and Address: | OTS Signs, L.P.<br>C/O: Herrick, Feinstein LLP<br>Attn: Steven Selbst<br>2 Park Avenue<br>New York, NY   10016 |
| Claim Number (if known): | 23262 |
| Date Claim Filed: | 11/10/09 |
| Total Amount of Claim Filed: | $5,389,092.60 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2/28/2012

*[signature]*

Print Name: STEPHEN SELBST, HERRICK FEINSTEIN LLP

Title (if applicable): _____

US_ACTIVE:¥43219392¥02¥72240.0639



RECEIVED
MAR - 2 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK