Jeanine Buckley
175 West 90th Street #5-C
New York, New York 10024-1238
212 874 2605



March 9, 2012

The Honorable Judge Robert E. Gerber
United States Bankruptcy Court
Southern District of New York State
#One Bowling Green (Room #621)
New York, NY 10004-1408

Re: Order (Date February 10, 2012) Granting
    246th Omnibus Objection <u>As to Claim
    Number 66268 Filed By Erma Jeanine Buckley</u>

Dear Judge Gerber:

The purpose of this letter is in reference to your order dated February 10, 2012, Order in favor of General Motors. The attached exhibits explain why I did not attend the hearing on February 9, 2012 @ 9:45 A.M. See Exhibits 1, 2 & 3. I received a notice early on the morning of the hearing informing me that the session was adjourned until March 1, 2012, on the 7th + 8th of February, 2012. I also received an adjournment

①

further for April 16, 2012. See the attachment.

There is no reason for me to <u>disrespect</u> the <u>court</u> and not <u>show up</u> after three (3) years attempting and hoping to come and discuss my reasons of being part of the settlement. I was not allowed because I'm not an <u>attorney</u>. I am completely in shock of the <u>order</u> and my being given <u>notice</u> that adjournments were sent for March 1, & April 16, 2012, Therefore I am not or should not be remove from given the opportunity to come before your court as do GM legal representatives. I believe, under the circumstance the court would and should grant permission for me to attend a special hearing. It's only fair base on the notices I received. <u>See the attached exhibits</u>. I hope your honor will extend a second chance to me. Thanking you in advance for an opportunity to be consider for another chance.

Sincerely Jeanine Buckley

cc: <u>GM Attorney</u>

(2)

Exhibit 1

Additional Documents: None to date.

**Status:** This matter is going forward as to the Evans Response, Stelmach Response and the Truxall Response, and is adjourned as to all other responses to March 1, 2011 at 9:45 a.m., (Eastern Time) subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

4. 246th Omnibus Objection to Claims (No Liability Claims) (**ECF No. 10749**)

Responses Filed:

A. Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (**ECF No. 10888**)

B. Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "**Jeanine Response**") (Informal)

1. Letter to Judge Robert E. Gerber from Jeanine Buckley (**ECF No. 11143**)

Replies Filed: None to date.

Additional Documents: None to date.

**Status:** This matter is going forward as to the Jeanine Response and is adjourned as to the King Response to March 1, 2012, at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

5. 253rd Omnibus Objection to Claims and Motion Requesting Enforcement of Bar Date Orders (Late-Filed Claims) (**ECF No. 11054**)

Responses Filed:

A. Objection to Disallowing Claim #70400 by Alberta Bruster (the "**Bruster Response**") (**ECF No. 11146**)

B. Alicia C. Harris (Informal)

C. Linda Marsical (Informal)

D. Lonnie Chapman (the "**Chapman Response**") (Informal)

Replies Filed: None to date.

March 1, 2012 at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

5. 246th Omnibus Objection to Claims (No Liability Claims) (ECF No. 10749)

Responses Filed:

A. Kevin A. King's Response to the Debtor's Omnibus Objections to his Claim No. 65681 (the "**King Response**") (ECF No. 10888)

B. Response of Buckley Erma Jeanine to the 246th Omnibus Objection (the "**Jeanine Response**") (Informal)

   1. Letter to Judge Robert E. Gerber from Jeanine Buckley (ECF No. 11143)

Replies Filed:

C. **Reply to Motion and Response of Erma Jeanine Buckley re: 246th Omnibus Objection to Claims (ECF No. 11348)**

Additional Documents: None to date.

Status: This matter is going forward as to the Jeanine Response and is adjourned as to the King Response to March 1, 2012, at 9:45 a.m. (Eastern Time), subject to further adjournments. If this matter goes forward on March 1, 2012, claimants will be notified via letter sent by February 23, 2012.

II. **UNCONTESTED MATTERS**

1. 264th Omnibus Objection to Claims (Securities Claims) (ECF No. 11298)

   Responses Filed: None to date.

   Replies Filed: None to date.

   Additional Documents: None to date.

   Status: This matter is going forward.

2. 265th Omnibus Objection to Claims (Reducing, Allowing and Reclassifying Property Damage Claims) (ECF No. 11299)

   Responses Filed:

5

Exhibit 3

8. Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6250**)

   Responses Filed:

   A. Response by Deborah Dilks (the "**Dilks Response**") (**ECF No. 6510**)

   B. Objection to the Purported Reclassification Claim No. 44240 in the Above Entitled Case, Among Other Things, Proceeding in Pro Per in this Matter Timely [Or by Leave of Court] for All the Reasons Stated Herein [Or Otherwise Documented with my Claim No. 44240] and for Other Purposes [Timely or by Leave of Court] Related Hereto by Marvin Echols (the "**Echols Response**") (**ECF No. 6445**)

   C. Claimant Leon Johnson' Response to Debtor's Twenty-Seventh Omnibus Objection (the "**Johnson Response**") (**ECF No. 6446**)

   D. Claimant Rachel Simpson Kulis' Objection to Debtor's Twenty-Seventh Omnibus Objection to Claims (the "**Kulis Response**") (**ECF No. 6447**)

   E. Objection to Motion to Reclassify Claim by Doyle Carmack (the "**Carmack Response**") (**ECF No. 6475**)

   F. Objection by Creditor Jeanine Buckley to the Notice of Debtors Twenty-Seventh Omnibus Objection to Claims (**ECF No. 6735**)

   Replies Filed: None to date.

   Additional Documents:

   G. Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Incorrectly Classified Claims) (**ECF No. 6639**)

   **Status:** This matter is adjourned to April 26, 2012 at 9:45 a.m. (Eastern Time) and may be subject to further adjournments. If this matter goes forward on April 26, 2012, claimants will be notified via letter sent by April 19, 2012.

9. Debtors' Twenty-Ninth Omnibus Objection to Claims (Incorrectly Classified) (**ECF No. 6252**)

   Responses Filed:

   A. Response to (1) Debtors' Twenty-Ninth Omnibus Objection to Claims; (2) Debtors' Thirtieth Omnibus Objection to Claims; and (3) Debtors' Thirty-Second Omnibus Objection to Claims (Incorrectly Classified Claims) by 295 Park Avenue Corp., John L. Remsen, Personal

US_ACTIVE:\43933500\05\72240.0639                 10