UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                               : Chapter 11
                                                    :
MOTORS LIQUIDATION COMPANY, *et al.*,               : Case No. 09-50026 (REG)
    f/k/a General Motors Corp., *et al.*,           :
                                                    :
                    Debtors.                        : (Jointly Administered)
                                                    :
------------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.    I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.    On March 15, 2012, at the direction of Weil, Gotshal & Manges LLP ("Weil"), Attorneys for Motors Liquidation Company DIP Lenders Trust, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit A annexed hereto (affected parties)

- Notice of Settlement of and Supplemental Order Granting 83rd Omnibus Objection to Claims as to Proof of Claim No. 30614 Filed by Alfred McMullen, Proofs of Claim No. 36256 and 36257 Filed by Darlene M. Schneider, and Proof of Claim No. 51346 Filed by Robert R. Hickman (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees).

3.    On March 15, 2012, also at the direction of Weil, I caused a true and correct copy of the following document to be served by overnight delivery on the parties identified on Exhibit B annexed hereto (affected parties):

- Notice of Settlement of Supplemental Order Granting 103rd Omnibus Objection to Claims as to Proof of Claim No. 10327 Filed by Floyd Jankowski, Proof of Claim No. 19527 Filed by Louis J. Alarie, and Proof of Claim No. 31467 Filed by George W. Conrad (Welfare Benefits Claims of Retired and Former Salaried and Executive Employees).

Dated: March 16, 2012
      Lake Success, New York

      /s/Barbara Kelley Keane
      Barbara Kelley Keane

Sworn to before me this 16th day of March, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires: August 11, 2015

# EXHIBIT A

ALFRED MCMULLEN
4307 CLIFFWOOD CIRCLE
AUSTIN, TX 78759

HICKMAN, ROBERT R
PO BOX 3894
THOUSAND OAKS, CA 91359-0894

SCHNEIDER, DARLENE M
48611 LAKEVIEW E LOT 82
SHELBY TOWNSHIP, MI 48317-2737

# EXHIBIT B

ALARIE, LOUIS J
8070 SAWGRASS TRL
GRAND BLANC, MI 48439-1844

FLOYD JANKOWSKI
1224 HEAVENRIDGE RD
ESSEXVILLE, MI 48732-1738

GEORGE W CONRAD
MARJORIE A CONRAD TEN COM
3419 CROW VALLEY DR
MISSOURI CITY, TX 77459-3208