Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

*Attorneys for Motors Liquidation*
*Company GUC Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    **Chapter 11 Case No.**
                                                            :
**MOTORS LIQUIDATION COMPANY**, *et al.*,                   :    **09-50026 (REG)**
    f/k/a General Motors Corp., *et al.*                    :
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD TO BE PRESENTED ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Motors Liquidation Company GUC Trust ("the **GUC Trust**"), as appellee, formed by the above-captioned debtors in connection with the Debtors' Second Amended Joint Chapter 11 Plan, dated March 18, 2011 (as may be amended, supplemented, or modified from time to time, the "**Plan**"), respectfully submits the following designation of additional items (the "**Additional Designated Items**") to be included in the record of the appeal filed by Erma Jeanine Buckley (the "**Appellant**") of the Bankruptcy Court's decision read into the record at the hearing held on February 9, 2012 (Docket No. 2/13/12) and the related Order dated February 10, 2012 (Docket No. 11408). The GUC Trust requests that the Additional Designated Items be included in the record to be presented on appeal to the District Court for the Southern District of

New York in addition to the items designated by Appellant (Docket No. 11513). The GUC Trust reserves the right to seek clarification of the statement of issues raised on appeal and to further supplement the record if necessary.

### ADDITIONAL DESIGNATED ITEMS[1]

### Case No. 09-50026 (REG)

| Item | Date | Docket No. | Description |
|---|---|---|---|
| 1. | 8/24/11 | 10749 | Motion for Objection to Claim(s) - Notice of 246th Omnibus Objection to Claims filed by Barry N. Seidel on behalf of Motors Liquidation Company GUC Trust |
| 2. | 11/15/11 | 11143 | Letter to Judge Gerber regarding Claim No. 66268 filed by Jeanine Buckley |
| 3. | 1/24/12 | 11340 | Affidavit of Service of Barbara Kelley Keane of Letters from Courtney E. Topic, Dickstein Shapiro LLP, to Jesmer Evans, Michael Stelmach, Stephan and Cheryl L. Truxall, Betty Dalton, Alberta Bruster, Lonnie Chapman, Sudie M. Venable, Monty R. & Lisa K. Henderson and Erma Jeanine Buckley dated January 19, 2012, regarding Hearing on February 9, 2012 at 9:45 AM (Eastern Time) (Corrected Notice) |
| 4. | 1/26/12 | 11348 | Reply to Motion and Response of Erma Jeanine Buckley regarding the 246th Omnibus Objection to Claims filed by the GUC Trust |
| 5. | 2/2/12 | 11373 | Affidavit of Service of Barbara Kelley Keane of Letter from Courtney E. Topic, Dickstein Shapiro LLP, to Erma Jeanine Buckley, dated January 27, 2012, regarding Claim Objection Hearing set for February 9, 2012 at 9:45 AM (Eastern Time) |
| 6. | 2/7/12 | 11390 | Notice of Matters Scheduled for Hearing on February 9, 2012 at 9:45 AM |
| 7. | 2/8/12 | 11397 | Amended Notice of Matters Scheduled for Hearing on February 9, 2012 at 9:45 AM |
| 8. | 2/10/12 | 11408 | Order Granting 246th Omnibus Objection as to Claim Number 66268 Filed By Erma Jeanine Buckley |
| 9. | 2/13/12 | 11461 | Transcript regarding Hearing Held on 2/9/12 at 9:45 AM |
| 10. | 2/17/12 | 11430 | Notice of Appeal filed by Erma Jeanine Buckley |

---

[1] To the extent any of the below listed documents contain exhibits or attachments that are not specifically designated, all such exhibits and attachments are included in this designation.

Dated: New York, New York
March 19, 2012

*/s/ Stefanie Birbrower Greer*
Barry N. Seidel (BS-1945)
Stefanie Birbrower Greer (SG-2898)

DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Motors Liquidation
Company GUC Trust