**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| **MOTORS LIQUIDATION COMPANY**, *et al.*, | Case No. 09-50026 (REG) |
| f/k/a General Motors Corp., *et al.*, | |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NASSAU      )

I, Barbara Kelley Keane, being duly sworn, depose and state:

1.       I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On March 15, 2012, at the direction of Dickstein Shapiro LLP, counsel for Motors Liquidation Company GUC Trust, I caused a true and correct copy of the following document to be served by first class mail on Anthony F. Burton, 170 Hempstead Dr, Somerset, NJ 08873-3952 (affected party):

- Letter from Dickstein Sharpiro LLP, to Anthony F. Burton, dated March 15, 2012, regarding Claim Objection Hearing date set for Thursday April 26, 2012 at 9:45 a.m. (Eastern Time).

Dated:  March 19, 2012
         Lake Success, New York

                                        /s/Barbara Kelley Keane_
                                         Barbara Kelley Keane

Sworn to before me this 19th day of March, 2012

/s/Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01V16096931
Qualified in Nassau County
Commission Expires:  August 11, 2015