# EXHIBIT A

(4 pages)

Jan. 17, 2012

MARJORIE A. CREAMER

given claim # 71249
then changed to # 48506

no claim # 48506 today
by the Garden City Group on bankruptcy

GM 09-50026
in NY Court

TO
FAX # 212-668-3357        JAN 17, 2012
SD of NY Bankruptcy Crt.
Judge Robert E Gerber
RE: AIRBAG NON DEPLOYMENT OF DRIVER
  No notification
RE: Recall steering motor
GM Chevy Cobalt 2006

Purchased new automobile. The above car was at approximately 35,000 miles when the steering motor lose. NO AIRBAG DEPLOYED on frontal crash hitting a utility pole. Wires hanging over car. I was knocked unconscious and seven injuries Sept 24, 2009. Three years ago. Urgent  VIN # 1G1AL55F367780?

JUN-30-2011 1:43 PM THOMAS CO INSURANCE

*#2585891-0 #800-227-1591* Progressive
Day 785-462-3752
Page 1 of 2

Global Warranty Management
Progressive Policy #25255891-2
Patricia Schlyer
February 14, 2011
Fax 785-228-1878

Update My Profile
Logout

Global Warranty Management: Main > Interface with Customer > View Vehicle Summary
INTERFACE WITH CUSTOMER 095735392 # 785-271-2631 9/24/2009
Claim # Blake Gerald

View Vehicle Summary

This screen allows GWMS users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio information (if applicable).

For this vehicle:
— View Vehicle Summary
→ Service Contract
— Branded Title
— Warranty Block
— View Vehicle Build
— View Vehicle Component Summary
— View Vehicle Transaction History Detail
— View Vehicle Delivery Information
— Investigate Major Assembly History

**Vehicle Information**
VIN: 1G1AL55F367780039
Service Contract: No      Branded Title: Yes
Order Type: 70 - RETAIL - STOCK
Field Actions: 1 Open

Model: 1AL89-2006 COBALT LT SEDAN
Warranty Block: Yes      PDI Status: No

Open field actions are highlighted

**Required Field Actions**

| Type | Number | Original Nbr | Description | Release Date | Status |
|---|---|---|---|---|---|
| Product Emission Recall | N060090 | 06090 | ENGINE FUEL INJECTORS - REPLACE | 01/22/2007 | Closed |
| Product Safety Recall | N100023 | 10023 | LOSS OF POWER STEERING ASSIST - REPLACE ELECTRIC POWER STEERING MOTOR | 03/18/2010 | Open |

3-18-2010

Claim # 09-5735392 on Sept 24, 2009 accident caused by [recalled] no notification sent March 18 2010 1.3 million recalls

**Branded Title**
The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.
Brand Description: SALVAGED

Date Branded: 11/01/2009
Reporting Source Code:
Effective Date: 12/04/2009

Title Number: R1588243
Reported By: KS

**Warranty Block**

| Code | Description | Effective Date |
|---|---|---|
| BT | BRANDED TITLE | 12/04/2009 |

Blocked Labour Ops:

Block Transaction Types:
ZPDI
ZPTI
ZREG
ZSCT

**Service Information**
Vehicle has no current record of outstanding service information.

**OnStar and XM Satellite Radio Information**
Refer to Help page for details. For OnStar contact 888.ON.STAR1 (888.667.8271) and for XM Radio contact 877.GET.XMST (877.438.9677).

OnStar Equipped: N
XM Equipped: Y
OnStar Vehicle Diagnostics: N
XM Radio ID: Y48PQ00E
OnStar Status: NA
XM Status: Inactive
DMN Enabled: N

1-14

Jan 19, 2012

Robert E.
Judge Gerber, chambers
Courtroom of bankruptcy          RE: Garden City
                        (Marjorie A. Creamer  G # 48506)

RE: SD of New York - BK of GM 09-50026

Dear Clerk of US Bankruptcy Court
Casey Boyle, Maggie Gilstrap
This is to request an urgency on the decision of #48506 Garden City group Claim:

1) Purchased new 2006 Chevy Cobalt LT Sport
2) approx 35,000 steering motor failed
3) never sent an defective motor RECALL of MOTOR REPLACEMENT
   vin# 1G1AL55F367780039
4) Accident on Sept 24, 2009 caused by defective steering motor
5) frontal impact (NON DEPLOYMENT of AIRBAG
6) utility pole @ 69mph + wires hanging over car
7) A miracle I'm alive
8) head injury, wrists, legs, tiny fractures all over body
9) 3 years later and feel impact

and rolling of automobile

10) PTSD severely need medical and emotional assist

This is why ask for exorbitant amount as GM employees not converse with me regarding accident

On cruise at time of accident and no time to brake as would have rolled down busy highway.

Thank God I did not kill anyone because of the defective steering motor.

Asking court to expedite this claim

Thank you
Mary A Creamer

THE HUSH
www.thehush.com
785-259-1460
thehush912@hotmail.com

Also contact when hearing for this claim. As soon as you schedule hearing

# Motors Liquidation Company_ Creditor Inquiry

From: **MotorsLiquidationDocket** (Claims@MotorsLiquidationDocket.com)
Sent: Tue 1/10/12 2:43 PM
To: 'thehush91@hotmail.com' (thehush91@hotmail.com)

Dear Ms. Creamer,

This email will acknowledge receipt of your inquiry to the GCG call center. GCG is the claims and noticing agent retained in the Motors Liquidation Company f/k/a General Motors Corp. proceedings. Our records indicate that your claim has been assigned court claim# 71249. Please be advised that your claim is still under review by counsel.

*now 1/17/2012 claim # 48506*

Please visit www.motorsliquidationdocket.com for up-to-date information in these proceedings. Please do not hesitate to contact us if you have any additional questions or concerns.

*Please let me know hearing date schedule.*

Best Regards,

*FAX 212-668-3357*

GCG

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

*GM BK case # 09-50026*

*Judge Robert E Gerber*
*SD of NY Bankruptcy Crt.*