# EXHIBIT D

UNITED STATES
FEDERAL COURT
  OF APPEAL
10th CIRCUIT
DENVER COLORADO

MARJORIE A. CREAMER )
         Appellant )
v )                        Case # 11-3358
GENERAL MOTORS )
CORP Etal  Appellee )
                           )
                           )
_____

MOTION FOR – REVIEW –
NEW PANEL JUDGES

According to the panel of judges disiplanary action filed asking Court for new panel pursuant to Fed. Ap Crt Rules as no answer in time allowed by courts from Defendants. AND appeal decision to fast for FACTS Dec. 15, 2011

Marjorie A Creamer

Mailed to Clk of Appeal 10th Circuit Denver Co. and defendant attorney Detroit MI. GM Corp

# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | Douglas E. Cressler<br>Chief Deputy Clerk |

December 20, 2011

Ms. Majorie A. Creamer
705 South Monroe St.
Smith Center, Kansas 66967

    Re: No. 11-3358, Creamer v. General Motors Corp.

Dear Ms. Creamer:

    This is in response to the pleading you forwarded titled "Motion For Review New Panel Judges," which we received here yesterday. As you know, the judges denied your earlier request for post-termination relief, which was construed as a petition for rehearing, on December 8. That order noted the court would not accept any additional petitions for rehearing. In essence, it appears that is what you are requesting in this most recent submission. The appeal here is now closed, and the court will not be taking further action. Procedurally, your recourse at this juncture is to consider whether to seek certiorari review in the United States Supreme Court. The address there is One First Street, N.E., Washington, D.C., 20543. The court will not be taking any action on this latest submission, and will not accept further filings in this case. We appreciate your understanding.

                              Very truly yours,

                              ELISABETH A. SHUMAKER
                              Clerk of Court

EAS/lab