# EXHIBIT E

# General Docket
## Tenth Circuit Court of Appeals

| | |
|---|---|
| **Court of Appeals Docket #:** 11-3358 | **Docketed:** 11/29/2011 |
| **Nature of Suit:** 3365 Personal Injury - Product Liability | **Termed:** 12/02/2011 |
| Creamer v. General Motors Corporation, et al | |
| **Appeal From:** United States District Court for the District of Kansas - Topeka | |
| **Fee Status:** ifp granted | |

**Case Type Information:**
  1) civil
  2) private
  3) -

**Originating Court Information:**
  **District:** 1083-5 : 5:11-CV-04028-CM-DJW
  **Trial Judge:** Carlos Murguia, -, U.S. District Judge
  **Date Filed:** 03/15/2011
  
  | **Date NOA Filed:** | **Date Rec'd COA:** |
  | 11/29/2011 | 11/29/2011 |

**Prior Cases:**
  03-1019
  **Date Filed:** 01/15/2003   **Date Disposed:** 10/02/2003   **Disposition:** -
  94-1593
  **Date Filed:** 12/29/1994   **Date Disposed:** 06/11/1996   **Disposition:** -

**Current Cases:**
  None

**Panel Assignment:**   Not available

---

MARJORIE A. CREAMER                                 Marjorie A. Creamer
    Plaintiff - Appellant                          Email: thehush91@hotmail.com
                                                    [NTC Pro Se]
                                                    Firm: 785/259-1460
                                                    705 South Monroe
                                                    Smith Center, KS 66967

v.

GENERAL MOTORS CORPORATION
    Defendant - Appellee

MOTORS LIQUIDATION COMPANY
    Defendant - Appellee

MARJORIE A. CREAMER,

    Plaintiff - Appellant,

v.

GENERAL MOTORS CORPORATION; MOTORS LIQUIDATION COMPANY,

    Defendants - Appellees.

| Date | File | Description |
|---|---|---|
| 11/29/2011 | 21 pg, 226.85 KB | [9922466] Civil case docketed. Preliminary record filed. DATE RECEIVED: 11/29/2011. Order on IFP motion due 12/29/2011 for district court. Notice of appearance due on 12/29/2011 for Marjorie A. Creamer. |
| 11/30/2011 | 2 pg, 46.21 KB | [9922839] District court order granting leave to proceed in forma pauperis filed. |
| 12/02/2011 | 3 pg, 32.11 KB | [9923635] Jurisdictional Defect; Procedural termination after other judicial action; Written, unsigned, unpublished; Judges Lucero, Murphy and O'Brien. |
| 12/06/2011 | 33 pg, 1.6 MB | [9924246] Petition for rehearing filed by Ms. Marjorie A. Creamer. No certificate of service. |
| 12/08/2011 | 1 pg, 60.99 KB | [9924926] Order filed by Judges Lucero, Murphy and O'Brien (err) construing appellant's 12/5/11 letter as a petition for rehearing, and as so construed, denying the petition for rehearing. The petitioner is warned that the court will not accept another petition for rehearing from the appellant. |
| 12/12/2011 | 2 pg, 28.87 KB | [9925843] Entry of appearance received from Ms. Marjorie A. Creamer, but not filed. Served on 12/07/2011. Manner of Service: US mail. |
| 12/19/2011 | 2 pg, 91.4 KB | [9927838] "Motion for Review New Panel Judges" received from Ms. Marjorie A. Creamer but not filed. Response letter sent. |
| 12/20/2011 | 1 pg, 40.59 KB | [9928102] Motion for additional time received from Ms. Marjorie A. Creamer but not filed. |
| 01/03/2012 | 2 pg, 128.77 KB | [9931141] Re-open motion of default in lower court received from Ms. Marjorie A. Creamer, but not filed. |
| 01/09/2012 | 3 pg, 91.96 KB | [9932690] 2nd Petition for rehearing and hearing en banc received from Ms. Marjorie A. Creamer but not filed. |