# EXHIBIT F

B 10 (Official Form 10) (12/08)

**UNITED STATES BANKRUPTCY COURT** FOR THE SOUTHERN DISTRICT of NEW YORK

**PROOF OF CLAIM**

Name of Debtor: GENERAL MOTORS CORP. and MLC

Case Number: 09-50026

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (the person or other entity to whom the debtor owes money or property): MARJORIE A. CREAMER – CONSUMER PROTECTION

Name and address where notices should be sent: MARJORIE A. CREAMER - GM-PRODUCT LIABILITY
705 S. MONROE
SMITH CENTER KS 66967
thehush91@hotmail.com
785-259-1460

Telephone number: Complaint – ON time Summons – Served

THE GARDEN CITY GROUP, INC. DEC 22 2011

X Check this box to indicate that this claim amends a previously filed claim. Clk entry Default

Court Claim Number: (If known) 11-4028 ~~Closed~~ NO ANSWER

Filed on: March 2011

Name and address where payment should be sent (if different from above): MARJORIE A. CREAMER send to 705 S. MONROE SMITH CENTER KS 66967

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check this box if you are the debtor or trustee in this case

**1. Amount of Claim as of Date Case Filed:** $ 2,000,000.00

If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4

If all or part of your claim is entitled to priority, complete item 5 BODILY DAMAGE – PERSONAL INJURY of Defective Recalled steering motor

X Check this box if claim includes interest or other charges in addition to the principal amount of claim Attach itemized statement of interest or charges in safety deposit box / Later

**2. Basis for Claim:** CONSUMER PROTECTION PRODUCT LIABILITY
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:** SS# 3261 Recall Cobalt VIN # 1G1AL55F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 2006 COBALT FAILURE caused

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side)

**4. Secured Claim** (See instruction #4 on reverse side)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:$** **Annual Interest Rate** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $** **Basis for perfection:**

**Amount of Secured Claim: $** **Amount Unsecured: $**

ACCIDENT Sept 24, 2009 4 year Old Car NO Notification of recalled

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C §507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U S C §507 (a)(4)

☐ Contributions to an employee benefit plan – 11 U S C §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U S C §507 (a)(7)

X Taxes or penalties owed to governmental units – 11 U S C §507 (a)(8)

X Other – Specify applicable paragraph of 11 U S C §507 (a

**Amount entitled to priority:**

$ Unknown

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements You may also attach a summary Attach redacted copies of documents providing evidence of perfection of a security interest You may also attach a summary (*See instruction 7 and definition of "redacted" on reverse side*)

DO NOT SEND ORIGINAL DOCUMENTS ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain

**FILED - 71249**
**MOTORS LIQUIDATION COMPANY**
**F/K/A GENERAL MOTORS CORP**
**SDNY # 09-50026 (REG)**

Date: 12/21/2011

**Signature:** The person filing this claim must sign it Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above Attach copy of power of attorney, if any

Dec 21, 2011 Marjie A Creamer

**FOR COURT USE ONLY**

2 legal size sheets

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

# 25255891-0 #800-229-1590 Phone Progressive

Global Warranty Management

Fax 785-462-3752

Page 1 o

Progressive Policy #25255891-2

GM Connect

Patricia Schlyer

February 14, 2011

Update My Pr
Logout

Fax 785-228-1878

Global Warranty Management: Main > Interface With Customer > View Vehicle Summary

INTERFACE WITH CUSTOMER 0957353920 Claim # 785-271-2631 9/24/2009

## View Vehicle Summary

Blake Gerald

This screen allows GMVIS users to view the Summary of Vehicle Information, Field Actions Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio information (if applicable)

For this vehicle:

- View Vehicle Summa
  - Service Contract
  - Branded Titl
  - Warranty Block
- View Vehicle Build
- View Vehicle Component Summa
- View Vehicle Transaction History Detail
- View Vehicle Delive Information
- Investigate Major Assembly History

### Vehicle Information

VIN 1G1AL55F367780039

Model 1AL69-2006 COBALT LT SEDAN

Service Contract: No Branded Title Yes Warranty Block Yes PDI Status: No

Order Type 70 - RETAIL - STOCK

Field Actions: 1 Open

FOCUS ON ANOTHER VIN

### Required Field Actions

Open field actions are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|---|---|---|---|---|---|
| Product Emission Recall | N060090 | 06090 | ENGINE FUEL INJECTORS - REPLACE | 01/22/2007 | Closed |
| Product Safety Recall | N100023 | 10023 | LOSS OF POWER STEERING ASSIST - REPLACE ELECTRIC POWER STEERING MOTOR | 03/18/2010 | Open |

3-18-2010

Claim # 09-5735392 0 n

### Branded Title

Sept 24, 2009 accident caused by

recall no notification March 2010 1.3 million recalled

*The VIN information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.

Brand Description: SALVAGED

Date Branded: 11/01/2009

Title Number R1588243

Reporting Source Code

Reported By KS

Effective Date 12/04/2009

March 18, 2010

### Warranty Block

1.3 million recalled

| Code | Description | Effective Date |
|---|---|---|
| BT | BRANDED TITLE | 12/04/2009 |

Block Transaction Types: ZPDI ZPTI ZREG ZSCT

Blocked Labour Ops.

Recall and no notification Send to replace defective steering motor on 4 yr. old car

### Service Information

Vehicle has no current record of outstanding service information

### OnStar and XM Satellite Radio Information

Refer to Help page for details For OnStar contact 888 ON STAR1 (888.667 8271) and for XM Radio contact 877.GET.XMST (877 438.9677)

OnStar Equipped N

OnStar Status NA

XM Equipped Y

XM Radio ID Y48PG00E

XM Status: Inactive

OnStar Vehicle Diagnostics: N

DMN Enabled N

~~bankruptcy claim~~ 09-50026

1-14 late in claims because of still waiting for 30 day limit in U.S. Appeals Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MARJORIE A. CREAMER,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION,<br>and<br>MOTORS LIQUIDATION COMPANY,<br><br>Defendant. | ) | Case No. 11-4028-CM/DJW |

**ENTRY OF DEFAULT**

Whereas the plaintiff, appearing pro se, has demonstrated that defendants General Motors Corporation, and Motors Liquidation Company, have failed to appear or defend this action, showing that more than twenty days have elapsed since service was effectuated upon defendant;

DEFAULT IS HEREBY ENTERED against Defendants General Motors Corporation and Motors Liquidation Company, pursuant to Federal Rule of Civil Procedure 55(a).

Date: June 6, 2011

Kansas City, Kansas

TIMOTHY M. O'BRIEN
Clerk of the Court

By s/ Jennifer Walton
Deputy Clerk
United States District Court
for the District of Kansas

# Volt loses some potential buyers

## NHTSA is looking into battery fires that followed crash tests

By Chris Woodyard
USA TODAY

Dec 8, 2011 Money p. B front

Shoppers are starting to cross the Chevrolet Volt plug-in electric car off their consideration lists after reports that the batteries can catch fire following a serious accident, a new survey finds.

**Autos**

CNW Research finds that the share of "general consumers" who said they were "very likely" to consider buying a Volt fell from 1.3% in a March poll to 0.6% in the latest survey this month. Those "likely" to consider one fell from 4.3% to 1.1%.

Even respondents identified as "early adopters" — people who'll spend to be first with the latest technology — and "very likely" to consider a Volt fell from 21.3% to 11.6%, and those "likely" dropped from 38.1% to 24.7%.

The decline in interest follows the opening last month of an investigation into Volt fire risks by the National Highway Traffic Safety Administration. It was opened after Volt batteries caught fire in testing that tried to re-create an event last spring in which Volt batteries caught fire weeks after a severe crash test. In a third test, the batteries heated up.



General Motors

**2011 Chevrolet Volt:** Electric car has a big lithium-ion battery pack.

The Volt has a big lithium-ion battery pack that can power the car at least 25 miles on electricity alone. The car also has a gasoline engine to extend its range beyond the plug-in charge. Volt deliveries began a year ago. More than 5,300 have been sold.

The government and General Motors both say the Volt is safe to drive. And a leading private crash-test agency also stands by its top safety rating for the Volt.

GM has moved quickly, though, to reassure owners, offering loaner cars, as well as offering to buy back the cars. GM officials say "a couple dozen" owners have asked GM to buy back the $39,995-to-start car and a like number have requested loaners.

But CNW Research chief Art Spinella says Volt was losing fans even before the fire reports. The biggest problem: a high price compared with cars of similar size. "The underlying softness of the Volt continues to grow," he says. "The price really turned people off."

Reacting to the CNW survey, Chevrolet spokesman Rob Peterson says that there are still plenty of interested buyers for what GM believes is "the most technologically advanced vehicle out there." He also noted a *Consumer Reports* survey showing the Volt with the highest owner satisfaction ratings of any vehicle.

GM is being supported by more than 100 Volt owners who signed an open letter saying they are "keeping the keys." Owner Jeff U'Ren of Santa Monica, Calif., says he thinks his BMW would be more dangerous in a crash than a Volt because it carries more gas. The current controversy, he says, shows "the Volt is the most misunderstood car."



# CHAPTER FOUR

## THE MOOT TRIAL

I was denied a jury trial Chapter 4, the moot trial, will exhibit parts of the court trial on October 1994 Otherwise, the immense week-long trial could be displayed, but it would take several volumes of books The original record of the court will allow the reader to see and discover the facts of the case revealing the moot court

### REPORTER'S PARTIAL TRANSCRIPT OF COURT TRIAL DIRECT EXAMINATION OF JOHN CHAPMAN—OCTOBER 20, 1994

DIRECT EXAMINATION—CHAPMAN

PAGE 16

BY MR. BRAKE:
Q All right Do you recall whether or not Mr. Hoff was between Ms Creamer's legs?
A Yes Yes, I recall that.
Q You recall that
A Yeah.
Q And you would agree with me that that is not stated in Exhibit R, wouldn't you, sir?
A No, it's not
Q So you do have some independent recollection beyond what's

[illegible]
A. What I [illegible] is, I [illegible] everything I've said here is
What I rem[illegible] from that night. When I said I saw her—him
Lift her u[illegible] and [illegible] that time, that's what I saw, and he was
Lifting he[illegible] so he was actually between her legs To
Me, that's what that is there.
Q. And do you have any recollection s to whether or not you
Went up to him and put you hand on him?
A Not exactly, no I can—to change around what I said
Here would be—I couldn't do it I couldn't change
What I said here because this was fresh in my mind. exactly
Everything else is, like, three or four years later And I—
Just can't remember a lot of details of why I didn't make
Maybe three pages or it was only half a page I just can't
say.

### REPORTER'S PARTIAL TRANSCRIPT OF COURT TRIAL DIRECT EXAMINATION OF JOHN CHAPMAN—OCTOBER 20, 1994

DIRECT EXAMINATION—CHAPMAN

PAGE 21

Q And your answer was yes, wasn't it, sir?
A Yes
Q. Would you agree, is, that Ms Creamer was subjected to sexual harassment at Laidlaw?
MR BESNOFF: Your Honor, that's a very vague question. Is it referring to the incident in question or just in general? That is a matter for the Court's decision
THE COURT In what context, Mr Brake?
MR BRAKE· In the context of her employment, Your Honor
THE COURT Let's start out by asking this gentleman

10th Circuit of Appeals

(5) Brief Statement of facts — 11-3358 10th circuit appeal

— A victim again —

A victim again of this court, only this time "CONSUMER PROTECTION" is the issue at hand, not sexual harassment (assault, battery, attempt rape at work). MARJORIE A. CREAMER will show that the case 11-3358 in 10th circuit appeal court is of such imperative public importance as to NOT justify the 1 day allowance for decision, to quick for appellate practice to examine facts and to require attention to fact of improper conduct to defendant(s) contacts

Requires immediate redetermination of case and misconduct of judges.

— USA Today newspaper Dec 8, 2011, Tuesday Chevy VOLT auto problems, fire hazard.

(1-5)

- CRUIZE replaced Cobalt and Cruize has defective steering motor problems still today.

- March 2010, 1.3 million recalls on Cobalt defective steering motor. Marjorie A. Creamer's Cobalt recalled but never notified to replace motor

THIS IS WHAT HAPPENED - CHEVY 2006 COBALT PURCHASED NEW, ACCIDENT ON SEPTEMBER 24, 2009 near frontal impact on "CRUIZE" ("65 mph"), rolled and non-non-deployment of airbag, THIS WAS ISSUE UNTIL MARCH OF 2010 and found STEERING MOTOR DEFECTIVE recalls on COBALT

FILED A KANSAS PRODUCT LIABILITY ACTION AFTER NO RECOURSE FOUND IN TRYING TO CONTACT GM CORP. DIRECTLY.

(DATES) - MARCH 2011, DIST of KS case filed IFP (no chg in income today)

MARCH 15 - U.S MARSHALL SERVED

MAY 4 GM CORP + MOTORS LIQ CO.

- NO ANSWER D. Kan Rule 5.4(a)

JUNE 3 - DEFAULT MOTION

JUNE 6 - CLERK of FEDERAL COURT DEFAULT ENTRY

(2-5)

NO ANSWER ON COMPLAINT + SUMMONS

JUL. 21 – JUDGEMENT AMOUNT

JUNE 27 – NOTICE OF BK
TO LATE

– CASE CONTINUES
– ORDER KS JUDGE MUGUR

NOV 29 – APPEAL NOTICE

DEC 2 – 10th CIRCUIT APPEAL ORDER

BIASED JUDGES CONTACT WITH DEFENDANT AGAIN (as in CREAMER V. LAIDLAW No. 92S1673 Lower Denver District Court)

AND NO INVESTIGATION OF FACTS OR DOCKET RECORD, NEED "AUTHORITATIVE INTERPRETIVE STANDARDS" JUDGES ENGAGED IN CONDUCT PREJUDICIAL TO THE EFFECT WITHOUT STUDY OF CASE RECORD. JUDGES LUCERO, OBRIEN MURPHY ARE THE SAME JUDGES AS IN CREAMER V. LAIDLAW APPEAL, CREAMER

KNOWS JUDGES FAILED TO EXAMINE
THE FACTS AND TESTIMONY of CASE NO
92S1673 DENVER DISTRICT COURT, AS
page 16-21 of TESTIMONY of JOHN
CHAPMAN - OCTOBER 20, 1994, WHICH
appears IN THE HUSH page 58 - 59 author MARJORIE
A. CREAMER WHO ALSO WAS DENIED JURY
TRIAL AS CIVIL COVER SHEET REQUESTS.
IF THE TESTIMONY OF WEEK LONG TRIAL
WOULD HAVE BEEN EXAMINED THE
"SEVERE OR PERVASIVE" CLAUSE WOULD
HAVE BEEN OMITTED. THIS DID ALTER
THE WORK ENVIRONMENT.
ASKING JUDGES TO REFRAIN
FROM PAST CONDUCT AND CORRECT
SPECIFIC HARM TO MARJORIE A. CREAMER
ACTION SHOULD BE TAKEN TO REDRESS
THE HARM AND OUTCOME of A PRODUCT
LIABILITY CASE AS SUCH TO CATCH THE
CHEVORLET PROBLEM TO RECTIFY
THE ELAPSE OF 90'S SEXUAL
(4-5)

HARASSMENT CAUSUITIES, 20 YEARS AGO. THIS VIABLE TESTIMONY IS STILL IN THE ARCHIVES AS ALSO IN THE HUSH and ALSO THE CASE LAW IN FEDERAL REPORTER NEEDS TO BE REMOVED (86 F 3rd 167 10th CIRCUIT 1996) as THESE INCIDENT(S) IN 1991 WERE SEVERE AND PERVASIVE ENOUGH TO ALTER THE PLAINTIFF'S WORK ENVIRONMENT. AS THE ~~FACT THAT~~ A RECALL NOTIFICATION FAILED CAUSING A SERIOUS ACCIDENT ON SEP. 24, 2011 - CREAMER v GM CORP etal

APRIL 24 1991 - CREAMER v LAIDLAW

AND CONTINUES WITH NEW 2011, 2012 MODELS INCLUDING WITH COMPLAINT

10th CIRCUIT MISCONDUCT RULE 6.2

SUPPORING DOCUMENTS

P. 58 THE HUSH

RECALL of DEFECTIVE MOTOR COBALT STEERING

ENTRY OF DEFAULT / ENVELOPE

(5-5)

[signature]

Dec 10, 2011

author Marjorie A. Creamer THE HUSH

# CHAPTER FOUR

## THE MOOT TRIAL

page 58

I was denied a jury trial. Chapter 4, the moot trial, will exhibit parts of the court trial on October 1994. Otherwise, the immense week-long trial could be displayed, but it would take several volumes of books. The original record of the court will allow the reader to see and discover the facts of the case revealing the moot court.

### REPORTER'S PARTIAL TRANSCRIPT OF COURT TRIAL DIRECT EXAMINATION OF JOHN CHAPMAN—OCTOBER 20, 1994

DIRECT EXAMINATION—CHAPMAN

PAGE 16

BY MR. BRAKE:
Q. All right. Do you recall whether or not Mr. Hoff was between Ms. Creamer's legs?
A. Yes. Yes, I recall that.
Q. You recall that.
A. Yeah.
Q. And you would agree with me that that is not stated in Exhibit R, wouldn't you, sir?
A. No, it's not.
Q. So you do have some independent recollection beyond what's



p. 59

In Exhibit [illegible]
A. What I [illegible] is, I see—everything I've said here is
What I rem[illegible] from that night. When I said I saw her—him
Lift her up and [illegible] that time, that's what I saw, and he was
Lifting her [illegible] so he was actually between her legs. To
Me, that's what that is there.
Q. And do you have any recollection s to whether or not you
Went up to him and put you hand on him?
A. Not exactly, no. I can—to change around what I said
Here would be—I couldn't do it. I couldn't change
What I said here because this was fresh in my mind. exactly
Everything else is, like, three or four years later. And I—
Just can't remember a lot of details of why I didn't make
Maybe three pages or it was only half a page. I just can't
say.

Pushed

should be disbarred

### REPORTER'S PARTIAL TRANSCRIPT OF COURT TRIAL DIRECT EXAMINATION OF JOHN CHAPMAN—OCTOBER 20, 1994

DIRECT EXAMINATION—CHAPMAN

Attorney Brake filed lawsuit against Laidlaw Conflict Interest with Donita Barrett before my trial in 1994

At work April 24 1991

PAGE 21

Q. And your answer was yes, wasn't it, sir?
A. Yes.
Q. Would you agree, is, that Ms. Creamer was subjected to sexual harassment at Laidlaw?
MR. BESNOFF: Your Honor, that's a very vague question. Is it referring to the incident in question or just in general? That is a matter for the Court's decision
THE COURT: In what context, Mr. Brake?
MR. BRAKE: In the context of her employment, Your Honor.
THE COURT: Let's start out by asking this gentleman

Marjorie Creamer Jack Hoff Laidlaw BUS. She is on witness list

JUN-30-2011 ... THOMAS CO INSURANCE FAX NO. 7854623752

#25255891-0 #800-229-1590 Progressive
Phone
Fax 785-462-3752

Global Warranty Management

Page 1 o

Progressive Policy #25255891-2

Patricia Schlyer
February 14, 2011

Update My Pr
Logout

Fax 785-228-1878

Global Warranty Management: Main > Interface With Customer > View Vehicle Summary

INTERFACE WITH CUSTOMER 095735392 Claim # 785-271-2631 9/24/2009

## View Vehicle Summary

Blake, Gerald

This screen allows GMVIS users to view the Summary of Vehicle Information, Field Actions, Service Information, Applicable Warranties, Transaction History, Service Contract(s) if applicable, Warranty Block, Branded Title information and OnStar and XM Radio information (if applicable)

For this vehicle:
- View Vehicle Summa
  - Service Contract
  - Branded Titl
  - Warranty Block
- View Vehicle Build
- View Vehicle Component Summa
- View Vehicle Transaction History Detail
- View Vehicle Delive Information
- Investigate Major Assembly History

### Vehicle Information

VIN 1G1AL55F367780039
Model. 1AL69-2006 COBALT LT SEDAN
Service Contract: No   Branded Title: Yes   Warranty Block: Yes   PDI Status No
Order Type 70 - RETAIL - STOCK
Field Actions: 1 Open

### Required Field Actions

Open field actions are highlighted

| Type | Number | Original Nbr | Description | Release Date | Status |
|---|---|---|---|---|---|
| Product Emission Recall | N060090 | 06090 | ENGINE FUEL INJECTORS - REPLACE | 01/22/2007 | Closed |
| Product Safety Recall | N100023 | 10023 | LOSS OF POWER STEERING ASSIST - REPLACE ELECTRIC POWER STEERING MOTOR | 03/18/2010 | Open |

3-18-2010

Claim # 09-5735392-0 n

Sept 24, 2009 accident caused by

### Branded Title

*The VIN Information contained herein and information derived therefrom is the proprietary property of The Polk Company and is to be used only for the purpose of warranty verification and shall not be used for any other purpose whatsoever.

Brand Description: SALVAGED   Date Branded: 11/01/2009

Title Number R1588243   Reporting Source Code
Reported By. KS   Effective Date. 12/04/2009

March 18, 2010

### Warranty Block

1.3 million recalled

| Code | Description | Effective Date |
|---|---|---|
| BT | BRANDED TITLE | 12/04/2009 |

Block Transaction Types: ZPDI ZPTI ZREG ZSCT
Blocked Labour Ops:

recall and no notification Send to replace defective steering motor on 4 yr. old car

rec... no notif... Marc... 2... 1.3... rec...

### Service Information

Vehicle has no current record of outstanding service information.

### OnStar and XM Satellite Radio Information

Refer to Help page for details. For OnStar contact 888.ON.STAR1 (888.667.8271) and for XM Radio contact 877.GET.XMST (877.438.9677).

OnStar Equipped N   OnStar Status. NA
XM Equipped: Y   XM Radio ID: Y48PG00E   XM Status: Inactive
OnStar Vehicle Diagnostics: N   DMN Enabled. N

bankruptcy claim 09-50026
1-14 late in claims because of suit waiting for 30 day limit in U.S. Appeals Court



Receiving
TO: Greaves, Sharna (82)
Route. 1
Ext 6804
Mailstop.
External Carrier
Project Code
Manufacturer
Purchase Order
1001867333160001104200872842851572
12/22/2011 4 13 39 PM

**UPDATE ALL POD IN

RT 946 7 F
FZ 1572 12 22

FedEx US Airbill Express
FedEx Tracking Number 8728 4285 1572

1 From
Date 12/21/2011
Sender's Name MARJORIE A CREAMER Phone 785 259 1160
Company 705 S MONROE
Address SMITH
City CENTER State KS ZIP 66967

2 Your Internal Billing Reference

3 To
Recipient's Name CLAIMS AGENT Phone 212 668 2870
BANKRUPTCY GM CORP (MLC)
Company GARDEN CITY GROUP C/O #09-50026

6 Special Handling and Delivery Signature Options
SATURDAY DELIVERY

Does this shipment contain dangerous goods?

7 Payment Bill to: 4868 9513 3006 9664
4 Credit Card

8728 4285 1572

Urgent
FedEx Retrieval Copy
Name
Company Garden City
Address 1985 Marcus Ave
City, State, Zip Lake Sucess 11042
Telephone
FROM

FedEx 0200 8728 4285 1572
EC TKLA
THU - 22 DEC A2
STANDARD OVERNIGHT
11042
NY-US
JFK

From (631) 470-5000 Origin ID TKLA
MOTORS LIQUIDATION COMPANY
The Garden City Group, Inc
1985 MARCUS AVE STE 200

NEW HYDE PARK, NY 11042



J11201108050225

Ship Date 28DEC11
ActWgt 1 0 LB
CAD 100098347/INET3210

Delivery Address Bar Code



SHIP TO (614) 289 5413 BILL SENDER
**Attn: Jon Campolo**
**The Garden City Group, Inc.**
**5151 BLAZER PKWY STE A**
**SUITE A,**
**DUBLIN, OH 43017**

Ref # APS
Invoice #
PO #
Dept #

**THU - 29 DEC A2**
**PRIORITY OVERNIGHT**

TRK# 7978 9420 4796
0201

**XX CMHA**

**43017**
OH-US
**LCK**

50FG1/859F/F5F4

**After printing this label**

1 Use the 'Print' button on this page to print your label to your laser or inkjet printer
2 Fold the printed page along the horizontal line
3 Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned

Warning Use only the printed original label for shipping Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex com FedEx will not be responsible for any claim in excess of $100 per package whether the result of loss, damage delay non-delivery misdelivery or misinformation, unless you declare a higher value pay an additional charge document your actual loss and file a timely claim Limitations found in the current FedEx Service Guide apply Your right to recover from FedEx for any loss including intrinsic valueof the package loss of sales income interest profit, attorney's fees, costs, and other forms of damage whether direct incidental,consequential or special is limited to the greater of $100 or the authorized declared value Recovery cannot exceed actual documented loss Maximum for items of extraordinary value is $500, e g jewelry precious metals, negotiable instruments and other items listed in our ServiceGuide Written claims must be filed within strict time limits see current FedEx Service Guide