# EXHIBIT I

# U.S. District Court
## DISTRICT OF KANSAS (Topeka)
## CIVIL DOCKET FOR CASE #: 5:11−cv−04110−RDR−KGG

Creamer v. ESIS Claims Unit et al  
Assigned to: District Judge Richard D. Rogers  
Referred to: Magistrate Judge Kenneth G. Gale  
Demand: $9,999,000  
Cause: 28:1331 Fed. Question: Auto Negligence  

Date Filed: 09/15/2011  
Jury Demand: Plaintiff  
Nature of Suit: 350 Motor Vehicle  
Jurisdiction: Federal Question  

**Plaintiff**

**Marjorie A. Creamer**     represented by    **Marjorie A. Creamer**  
705 S. Monroe  
Smith Center, KS 66967  
785−259−1460  
Email: thehush91@hotmail.com  
PRO SE  

V.

**Defendant**

**ESIS Claims Unit**     represented by    **Deanne Watts Hay**  
Parker &Hay, LLP  
400 S. Kansas Ave., Suite #200  
Topeka, KS 66603−5736  
785−228−5736  
Fax: 785−228−5741  
Email: dhay@parkerhaylaw.com  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Annette Rigdon**     represented by    **Deanne Watts Hay**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2011 | 1 | COMPLAINT (No Summons Issued) with trial location of Topeka filed by Marjorie A. Creamer.(mb) (Entered: 09/15/2011) |
| 09/15/2011 | 2 | CIVIL COVER SHEET: Re 1 Complaint by Plaintiff Marjorie A. Creamer. (mb) (Entered: 09/15/2011) |
| 09/15/2011 | 3 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>MOTION for Leave to Proceed in forma pauperis by Plaintiff Marjorie A. Creamer(mb) (Entered: 09/15/2011) |
| 09/15/2011 | 4 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>FINANCIAL AFFIDAVIT by Plaintiff Marjorie A. Creamer. (mb) (Entered: 09/15/2011) |
| 10/18/2011 | 5 | MEMORANDUM AND ORDER taking under advisement 3 Motion for Leave to Proceed in forma pauperis pending submission, on or before November 8, 2011, by Plaintiff of additional information identified in order. Signed by Magistrate Judge Kenneth G. Gale on 10/18/2011. Mailed to pro se party Marjorie Creamer by certified mail. (df) (Entered: 10/18/2011) |

| | | |
|---|---|---|
| 10/18/2011 | | NOTICE Re: Pro Se Mailing. Document 5 Order on Motion for Leave to Proceed In Forma Pauperis, mailed to Marjorie A. Creamer on 10/18/2011 by certified mail ; Certified Tracking Number 70110110000213990922. (aa) (Entered: 10/18/2011) |
| 11/07/2011 | 6 | RESPONSE by Plaintiff Marjorie A. Creamer re 5 Order on Motion for Leave to Proceed In Forma Pauperis. (daw) (Entered: 11/07/2011) |
| 11/07/2011 | 7 | RETURN MAIL received re 5 Order on Motion for Leave to Proceed In Forma Pauperis, addressed to Marjorie A. Creamer. Not remailed. (alm) (Entered: 11/08/2011) |
| 11/23/2011 | 8 | MEMORANDUM AND ORDER granting 3 Motion for Leave to Proceed in forma pauperis. The Clerk shall issue summons to the US Marshal or Deputy Marshal, who are appointed pursuant to Fed.R.Civ.P. 4(c)(3). Plaintiff directed to IMMEDIATELY prepare and submit summon(s) to the Clerk for service. Signed by Magistrate Judge Kenneth G. Gale on 11/23/2011. (df) (Entered: 11/23/2011) |
| 11/23/2011 | | SUMMONS ISSUED as to ESIS Claims Unit, Annette Rigdon. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry) (mb) (Entered: 11/28/2011) |
| 11/28/2011 | 9 | MOTION for new judge by Plaintiff Marjorie A. Creamer(mb) (Entered: 11/28/2011) |
| 12/02/2011 | 10 | MEMORANDUM AND ORDER denying 9 Motion for Recusal. Signed by District Judge Wesley E. Brown on 12/2/2011. (aa) (Entered: 12/02/2011) |
| 12/21/2011 | 11 | CLERKS ORDER EXTENDING TIME for Defendants Annette Rigdon, ESIS Claims Unit to answer or otherwise plead. Signed by deputy clerk on 12/21/2011. (daw) (Entered: 12/21/2011) |
| 12/26/2011 | 12 | MOTION for default by Plaintiff Marjorie A. Creamer(mb) (Entered: 12/27/2011) |
| 01/05/2012 | 13 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants ESIS Claims Unit, Annette Rigdon(Hay, Deanne) (Entered: 01/05/2012) |
| 01/05/2012 | 14 | MEMORANDUM IN SUPPORT of 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants ESIS Claims Unit, Annette Rigdon(Hay, Deanne) (Entered: 01/05/2012) |
| 01/05/2012 | 15 | INDEX OF EXHIBITS by Defendants ESIS Claims Unit, Annette Rigdon re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Attachments: # 1 Exhibit Complaint in this case, # 2 Exhibit GM case docket sheet, # 3 Exhibit GM case Doc 1 Complaint, # 4 Exhibit GM case Doc 13 Order, # 5 Exhibit GM case Doc 15 Motion, # 6 Exhibit GM case Doc 17 Motion, # 7 Exhibit GM case Doc 18 Order, # 8 Exhibit GM case Doc 19 Motion, # 9 Exhibit GM case Doc 20 Order, # 10 Exhibit GM case Doc 21 Motion, # 11 Exhibit GM case Doc 22 Order, # 12 Exhibit GM case Doc 28 Appellate Order)(Hay, Deanne) (Entered: 01/05/2012) |
| 01/06/2012 | 16 | MOTION for Summary Judgment by Plaintiff Marjorie A. Creamer(mb) (Entered: 01/06/2012) |
| 01/08/2012 | 17 | RESPONSE by Plaintiff Marjorie A. Creamer re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (mb) (Main Document 17 replaced on 1/10/2012) (mb). (Entered: 01/09/2012) |
| 01/09/2012 | 18 | RESPONSE by Defendants ESIS Claims Unit, Annette Rigdon re 12 MOTION default (Attachments: # 1 Exhibit Summons)(Hay, Deanne) (Entered: 01/09/2012) |
| 01/10/2012 | 19 | MEMORANDUM AND ORDER denying 12 Motion for Default ; dismissing 16 Motion for Summary Judgment. Signed by District Judge Wesley E. Brown on 1/10/2012. Modified on 1/10/2012. This document was not mailed to Plaintiff. Plaintiff was notified via NEF (aa). (Entered: 01/10/2012) |
| 01/11/2012 | 20 | RETURN OF SERVICE OF SUMMONS upon Annette Rigdon mailed on 11/28/2011 envelope has not been returned to USMS nor service has been made on 1/10/12 (ck) Modified text on 1/12/2012 (mb). (Entered: 01/11/2012) |

| 01/11/2012 | 21 | RETURN OF SERVICE OF SUMMONS Mailed on 11/28/11 upon ESIS Claims Unit. Envelope has not been returned to USMS nor service has been made on 1/10/12 (ck) Modified text on 1/12/2012 (mb). (Entered: 01/11/2012) |
|---|---|---|
| 01/12/2012 | 22 | AMENDED RESPONSE by Plaintiff Marjorie A. Creamer re 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Attachment: # 1 Exhibits)(mb) (Entered: 01/12/2012) |
| 01/12/2012 | 23 | MOTION for New Judge, MOTION for Change of Place of Trial ( Response deadline 1/26/2012) by Plaintiff Marjorie A. Creamer. (aa) (Entered: 01/13/2012) |
| 01/20/2012 | 24 | REPLY to Response to Motion by Defendants ESIS Claims Unit, Annette Rigdon re: 13 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Hay, Deanne) (Entered: 01/20/2012) |
| 01/20/2012 | 25 | RESPONSE by Defendants ESIS Claims Unit, Annette Rigdon re 23 MOTION for Order MOTION Change of Place of Trial (Hay, Deanne) (Entered: 01/20/2012) |
| 01/24/2012 | 26 | MOTION for Summary Judgment by Plaintiff Marjorie A. Creamer(mb) (Entered: 01/24/2012) |
| 01/24/2012 | 27 | RESPONSE by Defendants ESIS Claims Unit, Annette Rigdon re 26 MOTION for Summary Judgment (Hay, Deanne) (Entered: 01/24/2012) |
| 01/26/2012 | 28 | SUPPLEMENT to 26 MOTION for Summary Judgment by Plaintiff Marjorie A. Creamer. (Filed as supplement per chambers.) (aa) (Entered: 01/27/2012) |
| 02/01/2012 | 29 | MINUTE ORDER REASSIGNING CASE. Case reassigned to District Judge Richard D. Rogers for all further proceedings. District Judge Wesley E. Brown no longer assigned to case. Signed by deputy clerk on 2/1/2012.Mailed to pro se party by regular mail (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(lak) (Entered: 02/01/2012) |
| 02/16/2012 | 30 | RESPONSE by Defendants ESIS Claims Unit, Annette Rigdon re 26 MOTION for Summary Judgment (Attachments: # 1 Exhibit Index, # 2 Exhibit 1 − Civil Docket for Creamer v GM Corp. No. 11−CV−4028, # 3 Exhibit 2 − Exhibit (Doc. 12 p. 1) in Creamer v GM Corp. No. 11−CV−4028)(Hay, Deanne) (Entered: 02/16/2012) |